Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
**ICE MILLER LLP**
1500 Broadway, Suite 2900
New York, NY 10036
Telephone: (212) 835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com
*Attorneys for 31-01 Steinway LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | *(Jointly Administered)* |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, 31-01 Steinway LLC, ("Steinway"), through its attorneys, Ice Miller LLP, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| Louis T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>**ICE MILLER LLP**<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Telephone: (212) 835-6315<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com | John C. Cannizzaro, Esq.<br>**ICE MILLER LLP**<br>Arena District<br>250 West Street, Suite 700<br>Columbus, OH 43215-7509<br>Telephone: (614) 462-2700<br>john.cannizzaro@icemiller.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Steinway to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Steinway is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of Steinway for such purpose.

Dated: May 10, 2024

                                          **ICE MILLER LLP**
*Attorneys for 31-01 Steinway LLC*

By: /s/ *Alyson M. Fiedler*
Alyson M. Fiedler