**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br>EXPRESS, Inc., *et al.*,<br>　　　　　　Debtors. | ) Chapter 11<br>) Case No. 24-10831 (KBO)<br>) (Jointly Administered)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Ronald E. Gold, Esquire of the law firm of Frost Brown Todd LLP to represent WPG Legacy, LLC, managing agent for certain landlords in the above-captioned cases.

　　　　　　　　　　　　　　　　　　　　　*/s/ Susan E. Kaufman*
　　　　　　　　　　　　　　　　　　　　　Susan E. Kaufman (DSB #3381)
　　　　　　　　　　　　　　　　　　　　　Law Office of Susan E. Kaufman, LLC
　　　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 460
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　(302) 472-7420 / (320) 792-7420 Fax
Dated: May 10, 2024　　　　　　　　　　skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  May 10, 2024　　　　　　　*/s/ Ronald E. Gold*
　　　　　　　　　　　　　　　　　　Ronald E. Gold, Esq.
　　　　　　　　　　　　　　　　　　Frost Brown Todd LLC
　　　　　　　　　　　　　　　　　　301 East Fourth Street, Suite 3300
　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　(513) 651-6800 / (513) 651-6981 Fax
　　　　　　　　　　　　　　　　　　rgold@fbtlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.