**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br>EXPRESS, Inc., *et al.*,<br>　　　　　Debtors. | ) Chapter 11<br>) Case No. 24-10831 (KBO)<br>) (Jointly Administered)<br>) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Erin P. Severini, Esq. of the law firm of Frost Brown Todd LLP to represent WPG Legacy, LLC managing agent for certain landlords in the above-captioned cases.

　　　　　　　　　　　　　　　　　　　　*/s/ Susan E. Kaufman*
　　　　　　　　　　　　　　　　　　　　Susan E. Kaufman, (DSB# 3381)
　　　　　　　　　　　　　　　　　　　　Law Office Of Susan E. Kaufman, LLC
　　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 460
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 472-7420 / (302) 792-7420 Fax
Dated: May 10, 2024　　　　　　　　　　skaufman@skaufmanlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　*/s/ Erin P. Severini*
　　　　　　　　　　　　　　　　　　　　Erin P. Severini, Esquire
　　　　　　　　　　　　　　　　　　　　Frost Brown Todd LLP
　　　　　　　　　　　　　　　　　　　　3300 Great American Tower
　　　　　　　　　　　　　　　　　　　　301 East Fourth Street
　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　　Tel: (513) 651-6800 / Fax: (513) 651-6981
　　　　　　　　　　　　　　　　　　　　Email: eseverini@fbtlaw.com

### ORDER GRANTING MOTION

　　IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.