**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, Inc., *et al.*, | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Robert L. LeHane, Esq. of the law firm of Kelley Drye & Warren LLP to represent Brookfield Retail Properties Inc. in the above-captioned cases.

Dated: May 10, 2024

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DE Bar No. 3381)
**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**
919 N. Market Street, Suite 460
Wilmington, DE 19801
Tel: (302) 472-7420 / Fax: (302) 792-7420
Email: skaufman@skaufmanlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and New Jersey, United States District Court for Eastern, Northern, and Southern, Districts of New York, and District Court of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/*s/ Robert L. LeHane*
Robert L. LeHane
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800 / Fax: (212) 808-7897
Email: rlehane@kelleydrye.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: May 13th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**