UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X

In re:

Express, Inc., *et al.*,

               Debtors.

-----------------------------------------------------------X

Chapter 11
Case No.: 24 - 10831

## VERIFIED STATEMENT OF CULLEN AND DYKMAN, LLP PURSUANT TO BANKRUPTCY RULE 2019

Cullen and Dykman, LLP ("C&D"), as attorneys for the G&L Building Corp. and Annjoy Imports LLC (jointly, the "Entities"), in connection with the above-captioned chapter 11 cases (the "Case") of Express Inc., and its debtor affiliates (collectively, the "Debtors"), makes the following statements pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. As of the date of this Statement, C&D was retained by the following Entities in connection with the Debtors' cases:

| Annjoy Imports LLC<br>100 Macfarlane Dr., 4B<br>Delray Beach, FL 33483<br><br>Annjoy Imports LLC supplies the Debtor with plastic bags for use in shipping products from their e-commerce business. As of the commencement of this Case, the Debtor owed Annjoy Imports LLC $114,405.50. | G&L Building Corp.<br>39 Division St., 2nd Fl.<br>Sag Harbor, NY 11963<br><br>G&L Building Corp. leases a retail store located in the Sands Shopping Center, Long Beach Road, Oceanside, New York. As of the commencement of this Case, the Debtor owed G&L Building Corp. $51,302.22. |
|---|---|

2. The Entities do not own any equity securities of the Debtor.

3. C&D was engaged by each of the Entities to represent their respective individual interests in connection with the commencement of the Debtors' Case at the instance of each of the Entities.

4. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any rights of any of the Entities to, among other things, assert, file and/or

amend its claim(s) in accordance with applicable law and/or any orders entered in this Case, including, without limitation, in respect of filing any proofs of claim.

5.      C&D reserves the right to amend and/or supplement this Verified Statement.

6.      The undersigned verifies that the foregoing is true and accurate to the best of the undersigned's knowledge, information and belief.

7.      C&D reserves the right to supplement or amend this Statement in the future.

8.      The undersigned declares under penalty of perjury that this Statement is true and accurate, to the best of his knowledge, information and belief.

Date: May 13, 2024

**CULLEN AND DYKMAN LLP**

*/s/ Michelle McMahon*
One Battery Park Plaza, 34th Fl.
New York, New York 10004
T: (212) 510-2296
E: mmcmahon@cullenllp.com