IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

EXPRESS, INC., *et al.*,[1]

      Debtors.

---

Chapter 11

Case No. 24-10831 (KO)

(Jointly Administered)

## NOTICE OF RECLAMATION DEMAND PURSUANT TO 11 U.S.C. § 546(c) AND UCC § 2-702 BY LEVER STYLE LIMITED

Lever Style Limited and any applicable affiliates (collectively, "Lever Style"), by and through its undersigned counsel, on May 13, 2024, served a demand for reclamation (the "Reclamation Demand") upon Express BNBS Fashion, LLC and the other above-captioned debtors and debtors in possession (collectively, the "Debtors") and on Debtors' counsel, via FedEx, U.S. Mail and electronic mail, to reclaim certain goods (the "Goods") pursuant to 11 U.S.C. § 546(c) and section 2-702 of the Uniform Commercial Code. A copy of the Reclamation Demand is attached hereto as **Exhibit A**.

Pursuant to the Reclamation Demand, Lever Style believes that the Goods were received by the Debtors within 45 days prior to commencement of the chapter 11 cases on April 22, 2024. Furthermore, this demand is made only 20 days after the commencement of the chapter 11 cases. Pursuant to 11 U.S.C. § 546(c) and section 2-702 of the Uniform Commercial Code, Lever Style demands that the Debtors immediately surrender the Goods to Lever Style. Pending the prompt return

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

of the Goods, Lever Style demands that the Debtors (i) protect and segregate the Goods and (ii) refrain from selling, using or disposing of the Goods pursuant to 11 U.S.C. §§ 361 and 363(c).

Lever Style reserves all of its rights with respect to the Goods, including without limitation, (i) its right to be paid in the ordinary course of business as a postpetition creditor of the Debtors to the extent that the Goods are determined to be delivered to the Debtors on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (v) its right to amend, correct, supplement or modify the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims, including without limitation, filing its original proof of claim or otherwise amending it in the Debtors' chapter 11 cases and all other claims at law or in equity; (vi) its right to setoff or recoupment; and (vii) its right to assert any other rights under applicable law. The filing of this Notice is not intended to constitute an election of remedies or to waive any of Lever Style's rights under the Bankruptcy Code or any applicable non-bankruptcy law. By filing this Notice of Demand for Reclamation, Lever Style does not consent to the entry of final orders by the bankruptcy court on non-core issues and claims, and does not waive any jurisdictional defenses.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 13, 2024  
      Wilmington, Delaware

**MCCARTER & ENGLISH, LLP**

By: */s/ Shannon Dougherty Humiston*  
Shannon Dougherty Humiston (No. 5740)  
Renaissance Centre  
405 N. King St., 8th Floor  
Wilmington, Delaware 07102  
Telephone: (302) 984-6344  
Facsimile: (302) 984-6399  
shumiston@mccarter.com

-and-

**NORTON ROSE FULBRIGHT US LLP**  
Robert M. Hirsh  
1301 Avenue of the Americas  
New York, New York 90071  
Telephone: (212) 318-3060  
robert.hirsh@nortonrosefulbright.com

*Counsel for Lever Style Limited*