# EXHIBIT A

# NORTON ROSE FULBRIGHT

May 13, 2024

Norton Rose Fulbright US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
United States

Direct line +1 213 892 9346
rebecca.winthrop@nortonrosefulbright.com

**FedEx & Via Email at
the Addresses Below**

Tel +1 213 892 9200
Fax +1 213 892 9494
nortonrosefulbright.com

Express BNBS Fashion, LLC
and its affiliates
c/o Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York
Attention:  Joshua A. Sussberg
            Emily E. Geier
            Nicholas M. Adzima

333 West Wolf Point Plaza
Chicago, Illinois  60654
Attention:  Charles B. Sterrett

Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, Delaware  19801
Attention:  Domenic E. Pacitti
            Morton R. Branzburg
            Michael W. Yurkewicz
            Alyssa M. Radovanovich

Re:     *In re Express, Inc., et al.*, Case No. 24-10831 (KO) – Reclamation Demand
        (the "Reclamation Demand") on behalf of Lever Style Limited and any applicable affiliates
        (collectively, "Lever Style").

Dear Mr. Sussberg:

        We represent Lever Style in relation to the above-referenced bankruptcy cases
(collectively, the "Bankruptcy Cases") filed by Express BNBS Fashion, LLC and its
applicable affiliates (collectively, the "Debtors").

        This letter serves as Lever Style's written demand (the "Reclamation Demand") to
reclaim any and all goods it sold in the ordinary course of business to any of the Debtors,
including, but not limited to, the goods described on the Purchase Orders attached hereto as
**Exhibit 1** (collectively, the "Goods"), during the Reclamation Period (defined below)
pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702.  We believe the Goods were received
by the Debtors within 45 days prior to the commencement of the Bankruptcy Cases on
April 22, 2024 (the "Reclamation Period"), and this demand is made within 20 days of
the commencement of the Bankruptcy Cases.  A copy of this Reclamation Demand will be
sent to you at the above-referenced addresses via FedEx.  Furthermore, the Goods are
valued in at least the amounts reflected in Exhibit 1.  At the time the Debtors received the
Goods, we believe that the Debtors were insolvent.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

*In re Express, Inc., et al.*

NORTON ROSE FULBRIGHT

Case No. 24-10831 (KO), Bankr. D. Del.

May 13, 2024
Page 2

Pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702, Lever Style demands that the Debtors immediately surrender the Goods to Lever Style. Pending the prompt return of the Goods, Lever Style hereby further demands that the Debtors (i) protect and segregate the Goods, and (ii) refrain from selling, using, or disposing of the Goods pursuant to 11 U.S.C. §§ 361 and 363(e).

Please confirm promptly whether the Debtors will honor this demand and contact the undersigned for instructions in connection with the return of the Goods.

Lever Style does not waive, and hereby makes this Reclamation Demand without prejudice to, any other rights and remedies available to it at law or in equity, including, without limitation, (i) its right to be paid in the ordinary course of business as a postpetition creditor of the applicable Debtors to the extent that the Goods are determined to be delivered to the Debtors on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (v) its right to amend, correct, supplement or modify the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims, including without limitation, any proof of claim (including any amendments or supplements thereto) in the Debtors' Bankruptcy Cases and all other claims at law or in equity; (vi) its right to setoff or recoupment; and (vii) its right to assert any other rights under applicable law.

Please direct any response, notices, or inquiries regarding the Reclamation Demand to my attention.

Sincerely,

Rebecca J. Winthrop

Enclosure

Emails:    joshua.sussberg@kirkland.com          dpacitti@klehr.com
           emily.geier@kirkland.com              myurkewicz@klehr.com
           nicholas.adzima@kirkland.com          aradvanovich@klehr.com
           charles.sterrett@kirkland.com         mbranzburg@klehr.com

**<u>Exhibit 1</u>**

| Customer name | Invoice | PO | Balance (USD) |
|---|---|---|---|
| BONOBOS INC | L232654 | P106357 | 12,427.58 |
| BONOBOS INC | L232655 | P106245 | 7,540.00 |
| BONOBOS INC | L232656 | P106240 | 33,060.00 |
| BONOBOS INC | D231291 | -- | 33,158.05 |
| BONOBOS INC | L232766 | P106156 | 611,193.77 |
| BONOBOS INC | L232794 | P106204 | 39,069.29 |
| BONOBOS INC | L232795 | P106205 | 5,244.20 |
| BONOBOS INC | L232796 | P106209 | 2,720.48 |
| BONOBOS INC | L232797 | P106226 | 137,571.21 |
| BONOBOS INC | L232798 | P106227 | 6,002.10 |
| BONOBOS INC | L232799 | P106389 | 69,361.75 |
| BONOBOS INC | L232800 | P106390 | 4,923.75 |
| BONOBOS INC | L232801 | P106424 | 50,483.16 |
| BONOBOS INC | L232802 | P106425 | 54,762.60 |
| BONOBOS INC | L232803 | P106426 | 2,086.50 |
| BONOBOS INC | L232804 | P106388 | 2,264.60 |
| BONOBOS INC | L232833 | P106372 | 66,301.44 |
| BONOBOS INC | L232834 | P106373 | 49,935.60 |
| BONOBOS INC | L232809 | P106540 | 109,836.48 |
| BONOBOS INC | L232835 | P106163 | 41,316.00 |
| BONOBOS INC | L232836 | P106433 | 36,813.34 |
| BONOBOS INC | L232873 | P106453 | 88,485.60 |
| BONOBOS INC | L232874 | P106203 | 41,030.50 |
| BONOBOS INC | L232875 | P106448 | 29,235.52 |
| BONOBOS INC | L232876 | P106481 | 22,516.26 |
| BONOBOS INC | L232877 | P106482 | 6,183.45 |
| BONOBOS INC | L232878 | P106485 | 9,188.55 |
| BONOBOS INC | L232879 | P106487 | 5,068.70 |
| BONOBOS INC | L232880 | P106496 | 34,252.32 |
| BONOBOS INC | D240007 | D240007 | 68.24 |
| BONOBOS INC | D240008 | D240008 | 823.28 |
| BONOBOS INC | D240009 | D240009 | 1,103.01 |
| BONOBOS INC | D240010 | D240010 | 103.70 |
| BONOBOS INC | D240011 | D240011 | 87.10 |
| BONOBOS INC | D240012 | D240012 | 20.60 |
| BONOBOS INC | L232881 | P106821 | 1,549.12 |
| BONOBOS INC | D240081 | D240081 | 2,324.74 |
| BONOBOS INC | L240134 | P106501 | 665.34 |
| BONOBOS INC | L240135 | P106502 | 596.84 |
| BONOBOS INC | L240136 | P106312 | 26,551.89 |
| BONOBOS INC | L240137 | P106731 | 95,122.50 |
| BONOBOS INC | L240138 | P106732 | 46,511.80 |
| BONOBOS INC | L240139 | P106749 | 160,778.88 |
| BONOBOS INC | L240361 | P106527 | 21,388.77 |
| BONOBOS INC | L240362 | P106536 | 2,117.70 |

| Customer name | Invoice | PO | Balance (USD) |
| --- | --- | --- | --- |
| BONOBOS INC | L240363 | P106537 | 57,494.17 |
| BONOBOS INC | L240364 | P106538 | 5,613.40 |
| BONOBOS INC | L240365 | P106666 | 60,799.28 |
| BONOBOS INC | L240366 | P106667 | 22,072.50 |
| BONOBOS INC | L240367 | P106668 | 2,632.50 |
| BONOBOS INC | L240368 | P106671 | 101,561.43 |
| BONOBOS INC | L240369 | P106672 | 7,308.60 |
| BONOBOS INC | L240370 | P106699 | 144,000.00 |
| BONOBOS INC | L240371 | P106576 | 97,812.12 |
| BONOBOS INC | L240372 | P106577 | 3,996.20 |
| BONOBOS INC | L240373 | P106578 | 41,160.08 |
| BONOBOS INC | L240374 | P106579 | 3,853.20 |
| BONOBOS INC | L240375 | P106585 | 24,386.16 |
| BONOBOS INC | L240376 | P106586 | 3,071.90 |
| BONOBOS INC | L240377 | P106625 | 111,072.71 |
| BONOBOS INC | L240378 | P106626 | 4,386.85 |
| BONOBOS INC | L240379 | P106719 | 27,117.14 |
| BONOBOS INC | L240380 | P106727 | 12,548.60 |
| BONOBOS INC | L240381 | P106728 | 8,409.94 |
| BONOBOS INC | L240382 | P106729 | 26,901.27 |
| BONOBOS INC | L240231 | P106763 | 289,181.40 |
| BONOBOS INC | L240411 | P106632 | 186,721.82 |
| BONOBOS INC | L240412 | P106633 | 8,392.80 |
| BONOBOS INC | L240413 | P106685 | 5,352.00 |
| BONOBOS INC | L240414 | P106686 | 21,785.34 |
| BONOBOS INC | L240415 | P106687 | 42,974.13 |
| BONOBOS INC | L240416 | P106688 | 4,736.05 |
| BONOBOS INC | L240417 | P106689 | 47,810.75 |
| BONOBOS INC | L240418 | P106696 | 3,792.16 |
| BONOBOS INC | L240419 | P106503 | 29,659.00 |
| BONOBOS INC | L240420 | P106504 | 1,071.20 |
| BONOBOS INC | L240421 | P106506 | 55,438.72 |
| BONOBOS INC | L240422 | P106678 | 72,893.22 |
| BONOBOS INC | L240423 | P106697 | 5,118.00 |
| BONOBOS INC | L240424 | P106708 | 4,164.00 |
| BONOBOS INC | L240425 | P106755 | 68,062.40 |
| BONOBOS INC | D240219 | D240219 | 1,851.15 |
| BONOBOS INC | L240232 | P106748 | 82,015.00 |
| BONOBOS INC | L240233 | P106762 | 122,066.60 |
| BONOBOS INC | D240223 | D240223 | 408.00 |
| BONOBOS INC | D240233 | D240233 | 6,419.58 |
| BONOBOS INC | D240226 | D240226 | 565.89 |
| BONOBOS INC | D240227 | D240227 | 955.81 |
| BONOBOS INC | D240228 | D240228 | 273.66 |
| BONOBOS INC | D240245 | D240245 | 27,227.66 |

| Customer name | Invoice | PO | Balance (USD) |
|---|---|---|---:|
| BONOBOS INC | D240229 | D240229 | 683.65 |
| BONOBOS INC | D240220 | -- | 20,350.00 |
| BONOBOS INC | L240133 | P106750 | 123,971.64 |
| BONOBOS INC | L240140 | P106756 | 23,342.28 |
| BONOBOS INC | L240461 | P106526 | 1,729.00 |
| BONOBOS INC | L240462 | P106644 | 141,365.44 |
| BONOBOS INC | L240463 | P106645 | 2,142.40 |
| BONOBOS INC | L240464 | P106663 | 43,155.80 |
| BONOBOS INC | L240465 | P106664 | 23,400.90 |
| BONOBOS INC | L240466 | P106665 | 19,475.56 |
| BONOBOS INC | L240467 | P106757 | 116,068.64 |
| BONOBOS INC | L240468 | P106519 | 421,330.70 |
| BONOBOS INC | L240551 | P106583 | 110,355.74 |
| BONOBOS INC | L240552 | P106584 | 6,309.55 |
| BONOBOS INC | L240553 | P106619 | 10,515.69 |
| BONOBOS INC | L240554 | P106620 | 872.95 |
| BONOBOS INC | L240555 | P106627 | 13,326.95 |
| BONOBOS INC | L240556 | P106628 | 853.45 |
| BONOBOS INC | L240557 | P106232 | 64,401.07 |
| BONOBOS INC | L240558 | P106233 | 5,678.40 |
| BONOBOS INC | L240559 | P106661 | 58,127.56 |
| BONOBOS INC | L240560 | P106761 | 180,848.50 |
| BONOBOS INC | L240578 | P106232 | 65,341.08 |
| BONOBOS INC | L240141 | P106657 | 161,942.44 |
| BONOBOS INC | L240142 | P106658 | 1,379.95 |
| BONOBOS INC | L240143 | P106758 | 64,186.20 |
| BONOBOS INC | L240520 | P106694 | 93,119.04 |
| BONOBOS INC | L240521 | P106754 | 107,429.00 |
| BONOBOS INC | L240522 | P106693 | 70,642.59 |
| BONOBOS INC | L240234 | P106743 | 3,465.60 |
| BONOBOS INC | L240763 | P106689 | 552.00 |
| BONOBOS INC | L240764 | P106575 | 142.90 |
| BONOBOS INC | L240235 | P106758 | 49,361.52 |
| BONOBOS INC | D240392 | -- | 103.87 |
| BONOBOS INC | D240394 | -- | 780.22 |
| BONOBOS INC | D240395 | -- | 57.10 |
| BONOBOS INC | L240736 | P106375 | 63,647.52 |
| BONOBOS INC | L240737 | P106700 | 8,891.07 |
| BONOBOS INC | L240738 | P106607 | 107,133.11 |
| BONOBOS INC | L240739 | P106608 | 5,443.75 |
| BONOBOS INC | L240740 | P106630 | 2,744.30 |
| | | **TOTAL** | **6,021,649.83** |