**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 7 and 86** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE (I) PAYMENT OF CERTAIN TAXES AND FEES AND (II) UNDERTAKING OF TAX PLANNING ACTIVITIES**

The undersigned proposed counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies the following:

1. On April 22, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.

2. On April 22, 2024, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders Authorizing the (I) Payment of Certain Taxes and Fees and (II) Undertaking of Tax Planning Activities* [Docket No. 7] (the "Motion").

3. On April 24, 2024, the Court entered an interim order with respect to the Motion [Docket No. 86] (the "Interim Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

10973617.v1

4. On April 24, 2024, the Debtors filed and served the *Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET)* [Docket No. 89] (the "Second Day Notice").

5. Other than as described herein and informal comments from the Official Committee of Unsecured Creditors (the "UCC"), certain insurers and utility providers (the "Insurers / Utility Providers") the Office of the United States Trustee (the "UST"), and/or the Debtors' prepetition and postpetition secured lenders (the "Lenders," collectively with the UCC, the Insurers / Utility Providers, and the UST, the "Commenting Parties"), the Debtors have not received any responsive pleading relating to the Motion and the undersigned has searched the docket in these cases to confirm no responsive pleading appears thereon.

6. On May 9, 2024, Jeffrey M. Kurzon filed the *Pro Se Shareholder (1) Omnibus Initial Objections to Debtor's First Day Motions and Opposition to Motion Waiving the Requirement to File a List of Equity Security Holders [Docket No. 9] and (2) Motion for a Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage to the Debtors* [Docket No. 181]. The Debtors have confirmed with Mr. Kurzon that he has no opposition to entry of a final order with respect to this Motion.

7. The Debtors have revised the proposed order submitted with the Motion (the "Revised Proposed Order") to incorporate comments from the Commenting Parties. A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

8. A Copy of the Revised Proposed Order marked to show changes from the version filed with the Motion is attached hereto as **Exhibit B**.

9. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated: May 14, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Michael W. Yurkewicz* | |
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Michael W. Yurkewicz (DE Bar No. 4165) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | Nicholas M. Adzima (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 601 Lexington Avenue |
| Telephone:    (302) 426-1189 | New York, New York 10022 |
| Facsimile:     (302) 426-9193 | Telephone:    (212) 446-4800 |
| Email:           dpacitti@klehr.com | Facsimile:     (212) 446-4900 |
|                      myurkewicz@klehr.com | Email:           joshua.sussberg@kirkland.com |
|                      aradvanovich@klehr.com |                      emily.geier@kirkland.com |
| | nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone:    (215) 569-3007 | Telephone:    (312) 862-2000 |
| Facsimile:     (215) 568-6603 | Facsimile:     (312) 862-2200 |
| Email:           mbranzburg@klehr.com | Email:           charles.sterrett@kirkland.com |
| | |
| *Proposed Co-Counsel for the Debtors and Debtors in Possession* | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |