**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 10 and 104** |

**CERTIFICATION OF COUNSEL MOTION OF DEBTORS FOR ENTRY OF INTERIM
AND FINAL ORDERS (I) DETERMINING ADEQUATE ASSURANCE OF PAYMENT
FOR FUTURE UTILITY SERVICES, (II) PROHIBITING UTILITY PROVIDERS FROM
ALTERING, REFUSING, OR DISCONTINUING SERVICES, (III) APPROVING THE
DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE
REQUESTS, AND (IV) GRANTING RELATED RELIEF**

The undersigned proposed counsel to the above captioned debtors and debtors in possession

(collectively, the "Debtors") hereby certifies the following:

1.      On April 22, 2024 (the "Petition Date"), each of the above-captioned debtors and

debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11

of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the

United States Bankruptcy Court for the District of Delaware.

2.      On April 22, 2024, the Debtors filed the *Motion of Debtors for Entry of Interim and*

*Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services,*

*(II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax
identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC
(8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622);
Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC
(6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services
Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service
address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related* [Docket No. 10] (the "<u>Motion</u>").

3.    On April 24, 2024, the Court entered an interim order with respect to the Motion [Docket No. 104] (the "<u>Interim Order</u>").

4.    On April 24, 2024, the Debtors filed and served the *Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET)* [Docket No. 89] (the "<u>Second Day Notice</u>").

5.    Other than as described herein and informal comments from the Official Committee of Unsecured Creditors (the "<u>UCC</u>"), certain insurers and utility providers (the "<u>Insurers / Utility Providers</u>") the Office of the United States Trustee (the "<u>UST</u>"), and/or the Debtors' prepetition and postpetition secured lenders (the "<u>Lenders</u>," collectively with the UCC, the Insurers / Utility Providers, and the UST, the "<u>Commenting Parties</u>"), the Debtors have not received any responsive pleading relating to the Motion and the undersigned has searched the docket in these cases to confirm no responsive pleading appears thereon.

6.    On May 9, 2024, Jeffrey M. Kurzon filed the *Pro Se Shareholder (1) Omnibus Initial Objections to Debtor's First Day Motions and Opposition to Motion Waiving the Requirement to File a List of Equity Security Holders [Docket No. 9] and (2) Motion for a Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage to the Debtors* [Docket No. 181]. The Debtors have confirmed with Mr. Kurzon that he has no opposition to entry of a final order with respect to this Motion.

7.    The Debtors have revised the proposed order submitted with the Motion (the "<u>Revised Proposed Order</u>") to incorporate comments from the Commenting Parties.  A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

8.    A Copy of the Revised Proposed Order marked to show changes from the version filed with the Motion is attached hereto as **Exhibit B**.

10973637.v1

9.      Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order in the form attached hereto as **<u>Exhibit A</u>** at its earliest convenience.

10973637.v1

Dated:  May 14, 2024
Wilmington, Delaware

/s/ Michael W. Yurkewicz

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com


-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:    (215) 568-6603
Email:        mbranzburg@klehr.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

10973637.v1