# EXHIBIT A

# Morgan Lewis

**Stephan Hornung**
Partner
+1.212.309.6285
stephan.hornung@morganlewis.com

May 10, 2024

**VIA EMAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| EXPRESS, INC. | KIRKLAND & ELLIS LLP |
| One Express Drive | 601 Lexington Ave |
| Columbus, OH 43230 | New York, NY 10022 |
| Attn:  Aparna Tewari | Attn:  Joshua A. Sussberg, P.C. |

**Re:    In re Express, Inc. et al., Case No. 24-10831 (KBO) (Bankr. D. Del.)**
       **Reclamation Demand of Motives International (Hong Kong) Limited**

Dear Madam or Sir:

This firm represents Motives International (Hong Kong) Limited ("Motives") in connection with the above-referenced chapter 11 cases that were commenced by the Debtors on April 22, 2024 (the "Petition Date").

Motives delivered goods (the "Goods") to the Debtors within forty-five (45) days of the Petition Date in the ordinary course of business at a time when the Debtors were insolvent.  The Goods, which consist of men's and women's jackets, vest, pants and skirts, are worth $5,167,354.78.   A summary of the relevant deliveries, including the purchase order number, invoice number, invoice amount, and delivery date is attached as **Exhibit A**.   Copies of the relevant invoices are attached as **Exhibit B**.

Pursuant to Section 2-702 of the Uniform Commercial Code (the "UCC") and Section 546(c) of Title 11 of the United States Code (the "Bankruptcy Code"), Motives hereby demands the return of all Goods that were sold by Motives to the Debtors and received by the Debtors within forty-five (45) days of the Petition Date.  The Debtors are further requested to immediately inventory the Goods, segregate the Goods from other inventory, and provide Motives with an accounting of the Goods remaining in the Debtors' possession.  Absent the express written consent of Motives or an order of the United States Bankruptcy Court specifically providing authorization, the Debtors may not commingle, sell, or otherwise utilize for any purpose any of the Goods.

Motives reserves its right to assert an administrative expense claim under Section 503(b)(9) of the Bankruptcy Code for Goods that the Debtors received from Motives within the twenty (20) days preceding the Petition Date.

Motives further reserves the right to amend or supplement this demand or to make additional demands or claims, including, but not limited to, providing additional support for this Motives, or modifying this demand should additional shipments be identified.   Motives also reserves all rights accruing to it under the Bankruptcy Code and applicable non-bankruptcy law.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States

**T** +1.212.309.6000
**F** +1.212.309.6001

Aparna Tewari
Joshua A. Sussberg, P.C.
May 10, 2024
Page 2

This demand is without prejudice to other rights and remedies of Motives under applicable law and is not intended to be and shall not be construed as an election of remedies by Motives or a waiver or limitation of any rights of Motives, all of which are expressly reserved.

Please contact me to arrange the return of the Goods, or if you have any questions or wish to discuss this matter.

Very truly yours,


/s/ Stephan E. Hornung


Stephan E. Hornung

Enclosures

cc:     Corey Baggett (via email)