IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF RECLAMATION DEMAND**

Motives International Limited ("**Motives International**"), by and through its undersigned counsel, hereby give notices that on May 10, 2024, Motives International delivered a written reclamation demand (the "**Demand Letter**") on Debtor Express, Inc. A copy of the Demand Letter without the accompanying exhibits is attached hereto as Exhibit A.[2]

Motives International hereby provides formal notice to all interested parties of Motives International's reclamation claims pursuant to, without limitation, Section 546(c) of Title 11 of the United States Code and Section 2-702 of the Uniform Commercial Code, as applicable under various state statutes, for the reclamation of goods delivered by Motives International to the Debtor.

Motives International reserves all its rights and remedies available under the United States Bankruptcy Code or any other applicable law.

Dated: May 14, 2024
       Wilmington, Delaware

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Digital Services Costa Rica, S.R.L. (7382). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] The exhibits to the Demand Letter are voluminous and contain confidential business information.

**MORGAN, LEWIS & BOCKIUS LLP**

 */s/ Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com


– and –

Stephan E. Hornung
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Email: stephan.hornung@morganlewis.com


– and –

John C. Goodchild, III
2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Email: john.goodchild@morganlewis.com

*Counsel for Motives International*