## **CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on May 14, 2024, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

        **PASHMAN STEIN WALDER HAYDEN, P.C.**

        */s/ Joseph C. Barsalona II*
        Joseph C. Barsalona II (No. 6102)
        1007 North Orange Street, 4th Floor, Suite 183
        Wilmington, DE 19801-1242
        Telephone: (302) 592-6496
        Email: jbarsalona@pashmanstein.com

        *Counsel to Domain Northside Retail Property Owner LP*