UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 24-10831 (KO)

Debtor: EXPRESS, INC., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Robert M. Hirsh, Esq. of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York, 10019 to represent Lever Style Limited in this action.

/s/ Shannon D. Humiston, Esquire

Firm Name: McCarter & English, LLP
Address: Renaissance Center
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6300
Email: shumiston@mccarter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Robert M. Hirsh, Esquire

Firm Name: Norton Rose Fulbright US LLP
Address: 1301 Avenue of the Americas
New York, NY 10019
Phone: 212-318-3060
Email: robert.hirsh@nortonrosefulbright.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105