**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EXPRESS, INC., *et al.*, | ) Case No. 24-10831 (KBO) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Re:  Docket Nos. 10, 155 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, (III) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING <u>ADEQUATE ASSURANCE REQUESTS, AND (IV) GRANTING RELATED RELIEF</u>**

American Electric Power, Consolidated Edison Company of New York, Inc., Georgia Power Company, Southern California Edison Company, San Diego Gas and Electric Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company, Jersey Central Power & Light Company, The Connecticut Light & Power Company, Public Service Company of New Hampshire, NStar East Electric Company, NStar Gas Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Boston Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, Baltimore Gas and Electric Company, Commonwealth

Edison Company, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, The Potomac Electric Power Company, PSEG Long Island, Constellation NewEnergy, Inc., Dominion Energy South Carolina, Inc. and Orange & Rockland Utilities, Inc. (collectively, the "Utilities"), hereby withdraw their *Objection* (Docket No. 155) to the *Motion of Debtors For Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* (Docket No. 10), pursuant to a settlement between the Utilities and the Debtors.

| | |
|---|---|
| Dated:  May 14, 2024 | WHITEFORD TAYLOR & PRESTON LLC |
| | /s/ *William F. Taylor, Jr.*<br>William F. Taylor, Jr. (#2936)<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4145<br>Facsimile:  (302) 357-3270<br>E-mail: wtaylor@whitefordlaw.com |
| | and |
| | LAW FIRM OF RUSSELL R. JOHNSON III, PLC<br>Russell R. Johnson III (VSB No. 31468)<br>John M. Craig (VSB No. 32977)<br>2258 Wheatlands Drive<br>Manakin-Sabot, Virginia  23103<br>Telephone: (804) 749-8861<br>E-mail: russell@russelljohnsonlawfirm.com |

john@russelljohnsonlawfirm.com

*Counsel for American Electric Power, Consolidated Edison Company of New York, Inc., Georgia Power Company, Southern California Edison Company, San Diego Gas and Electric Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company, Jersey Central Power & Light Company, The Connecticut Light & Power Company, Public Service Company of New Hampshire, NStar East Electric Company, NStar Gas Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Boston Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, Baltimore Gas and Electric Company, Commonwealth Edison Company, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, The Potomac Electric Power Company, PSEG Long Island, Constellation NewEnergy, Inc., Dominion Energy South Carolina, Inc. and Orange & Rockland Utilities, Inc.*