UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:    Chapter **11**

Case No. **24** - **10831** (**KO**)

Debtor: **EXPRESS, INC., et al.**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Robert M. Hirsh, Esq. of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York, 10019** to represent **Lever Style Limited** in this action.

/s/ Shannon D. Humiston, Esquire

Firm Name: McCarter & English, LLP
Address: Renaissance Center
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6300
Email: shumiston@mccarter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New York** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Robert M. Hirsh, Esquire

Firm Name: Norton Rose Fulbright US LLP
Address: 1301 Avenue of the Americas
New York, NY 10019
Phone: 212-318-3060
Email: robert.hirsh@nortonrosefulbright.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*Ka B. O____.*

Dated: May 14th, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

Local Form 105