## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF REGISTERED EQUITY SECURITY HOLDERS

**PLEASE TAKE NOTICE** that on May 14, 2024, the Debtors hereby file the List of Registered Equity Security Holders registered directly with the transfer agent attached hereto as Exhibit A.

Dated: May 14, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com
-and-
Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:    (215) 568-6603
Email:        mbranzburg@klehr.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com
-and-
Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# EXHIBIT A

**Registered Holders**

| # | NAME | ATTENTION NAME | ADDRESS 1 | CITY | STATE | ZIP | COUNTRY | TOTAL |
|---|------|----------------|-----------|------|-------|-----|---------|-------|
| 1 | AARON JOSEPH PUTNAM | | | | | | | 14 |
| 2 | ALEX J OBERG TOD ON FILE SUBJECT TO CPU RULES | | | | | | | 1 |
| 3 | ALIM RAMJI | | | | | | | 16 |
| 4 | BRIAN THOMAS DAVIS | | | | | | | 2 |
| 5 | CEDE & CO | | 570 WASHINGTON BLVD | JERSEY CITY | NJ | 07310 | | 3,472,990 |
| 6 | CHARLES WHEELER | | | | | | | 6 |
| 7 | CHRISTOPHER D MUELLER | | | | | | | 1 |
| 8 | CHRISTOPHER PAK | | | | | | | 5 |
| 9 | CRAIG THOMPSON | | | | | | | 55 |
| 10 | DAVID SILVERMAN | | | | | | | 60 |
| 11 | EXPWHP LLC | C/O WHP GLOBAL | 530 FIFTH AVENUE 12TH FLOOR | NEW YORK | NY | 10036 | | 271,739 |
| 12 | FRANCISCO JAVIER GONZALEZ | | | | | | | 75 |
| 13 | JASON J SWIFT & KELSEY SWIFT JT TEN | | | | | | | 1 |
| 14 | JEFFREY HUNTER RICE | | | | | | | 5 |
| 15 | JEFFREY MEAD KURZON | | | | | | | 1,025 |
| 16 | JEREMY FEROVA & JOLENE FEROVA JT TEN | | | | | | | 7 |
| 17 | JOSHUA ANTHONY RAY & ROBYN LYNN RAY JT TEN | | | | | | | 99 |
| 18 | JOSHUA R MONROE | | | | | | | 7 |
| 19 | KEVIN-MITCHELL CLEMENT | | | | | | | 1 |
| 20 | MAX E ORELLANA | | | | | | | 13 |
| 21 | PETER MYUNG-WON PAK | | | | | | | 55 |
| 22 | ROBIN LIONHEART | | | | | | | 5 |
| 23 | SALEH K ABUBAKIER | | | | | | | 100 |
| 24 | SARAH L KLEIN | | | | | | | 20 |
| 25 | STEVEN M BASSIGNANI | | | | | | | 260 |
| 26 | THOMAS PIWOWARSKI | | | | | | CANADA | 5 |
| 27 | TYLER B BOVITCH | | | | | | | 8 |
| 28 | WALEED M EBRAHIM TOD ON FILE SUBJECT TO CPU RULES | | | | | | | 5 |
| | | | | | | | | 3,746,580 |

In re Express, Inc., et al.
Case Number: 24-10831 (KBO)

Record Date: April 15, 2024