# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF ERIC P. SCHRIESHEIM

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Eric P. Schriesheim, Esquire of Ropes & Gray LLP, to represent ReStore Capital, LLC, as Agent to the FILO Lenders ("ReStore") in the above-captioned cases.

Dated: May 14, 2024  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: desgross@chipmanbrown.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**CERTIFICATION BY ERIC P. SCHRIESHEIM**
**TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: May 14, 2024

/s/ *Eric P. Schriesheim*
Eric P. Schriesheim
**ROPES & GRAY LLP**
32nd Floor
191 North Wacker Drive
Chicago, Illinois 60606-4302
Telephone: (312) 845-1200
Email: eric.schriesheim@ropesgray.com

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of Eric P. Schriesheim is granted.

4864-9022-7390, v. 2