## Exhibit 1

**Cash Management System Schematic**

# Overview of Bank Accounts – Cash Management System Schematic

M3 PARTNERS | EXPRESS

*Source: Company Files (Bank Account, Current Bank Accounts)*

*Note: Light blue shaded Master accounts constitute "bank cash" and can be used to paydown the revolver*

*(1) Not a Master account*




**Exhibit 2**

**Bank Accounts**

| Ref. | Legal Entity | Bank Name | Last Four Digits of Account No. | Account Type |
|---|---|---|---|---|
| 1 | Express, LLC | Banco Popular | 2711 | Master Account |
| 2 | Express, LLC | Banco Popular | 2754 | Payroll Account |
| 3 | Express, LLC | Banco Popular | 2746 | Store Deposit Account |
| 4 | Express Fashion Operations, LLC | Fifth Third | 6750 | Cash Vault Account |
| 5 | Express Fashion Operations, LLC | Fifth Third | 3404 | Cash Vault Account |
| 6 | Express Fashion Operations, LLC | Fifth Third | 0409 | Puerto Rico Stores Credit Card Deposit Account |
| 7 | Express, LLC | Wells Fargo | 3744 | Adequate Assurance Deposit Account |
| 8 | Express, LLC | Wells Fargo | 4734 | Professional Fees Account |
| 9 | Express, LLC | Wells Fargo | 2187 | Securities Account |
| 10 | Express Fashion Operations, LLC | Wells Fargo | 2876 | Securities Account |
| 11 | Express, LLC | Wells Fargo | 4120 | Master Collection Account |
| 12 | Express, LLC | Wells Fargo | 6017 | Master Operating Account |
| 13 | Express, Inc. | Wells Fargo | 9955 | Deposit Account |
| 14 | Express Fashion Operations, LLC | Wells Fargo | 5171 | Concentration Account |
| 15 | Express, LLC | Wells Fargo | 6537 | Franchise Receipt Account |
| 16 | Express Fashion Logistics, LLC | Wells Fargo | 9092 | Zero Balance Account |
| 17 | Express Fashion Operations, LLC | Wells Fargo | 6799 | Store Concentration Account |
| 18 | Express Fashion Operations, LLC | Wells Fargo | 6020 | Credit Card Collections |
| 19 | Express, LLC | Wells Fargo | 9453 | Payroll |
| 20 | Express, LLC | Wells Fargo | 2508 | Accounts Payable |
| 21 | Express, LLC | Wells Fargo | 6815 | Payroll Tax |
| 22 | Express, LLC | Wells Fargo | 3125 | Sales Tax |
| 23 | UW, LLC | Wells Fargo | 2548 | Operating Account |
| 24 | UW, LLC | Wells Fargo | 5013 | Expense |
| 25 | Express BNBS Fashion, LLC | Wells Fargo | 1192 | Master Account |
| 26 | Express BNBS Fashion, LLC | Wells Fargo | 1200 | Deposits |
| 27 | Express BNBS Fashion, LLC | Wells Fargo | 1218 | Payments/Disbursements |