**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EXPRESS, INC, *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| Debtors. | ) | (Jointly Administered) |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 16, 2024 AT 1:00 P.M. (ET)

**This proceeding will be conducted remotely via Zoom.** Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for **information on the method of allowed participation (video or audio),** Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before / **one-hour prior to** the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

CONTINUED MATTERS:

1. Motion of Debtors for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [Docket No. 8; Filed 4/22/2024]

   Related Documents:

   A. Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [Docket No. 83; Entered 4/24/2023]

   B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

   Response Deadline: May 9, 2024 at 4:00 p.m.

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] **Amended items are in bold.**

Responses Received:

A. Omnibus Objection to Debtor's First Day Motions & Opposition to Motion Waiving the Requirement to File List of Equity Security Holders and (2) Motion for Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage [Docket No. 181; Filed 5/9/2024]

Status: This matter has been continued until the next omnibus hearing scheduled for May 31, 2024 at 1:00 p.m.

2. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief [Docket No. 9; Filed 4/22/2024]

Related Documents:

A. Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief [Docket No. 87; Entered 4/24/2023]

B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

Response Deadline: May 9, 2024 at 4:00 p.m.

Responses Received:

A. Omnibus Objection to Debtor's First Day Motions & Opposition to Motion Waiving the Requirement to File List of Equity Security Holders and (2) Motion for Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage [Docket No. 181; Filed 5/9/2024]

Status: This matter has been continued until the next omnibus hearing scheduled for May 31, 2024 at 1:00 p.m.

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 24]

Related Documents:

A. Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 85; Entered 4/24/2024]

B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

Response Deadline: May 9, 2024 at 4:00 p.m.

Responses Received: None

Status: This matter has been continued until the next omnibus hearing scheduled for May 31, 2024 at 1:00 p.m. The Debtors intend to submit a second interim order extending the milestones under certification of counsel.

4. Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 41; Filed 4/22/2024]

Related Documents:

A. Declaration of Adam Keil in Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 42; Filed 4/22/2024]

B. Declaration of Elise S. Frejka, CIPP/US, In Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV)

Establishing Notice and Procedures for the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 128; Filed 4/26/2024]

Response Deadline: May 9, 2024 at 4:00 p.m.

Responses Received: None

Status: This matter has been continued until the next omnibus hearing scheduled for May 31, 2024 at 1:00 p.m. The Debtors intend to submit a second interim order extending the milestones under certification of counsel.

UNCONTESTED MATTERS WITH A COC/CNO:

5. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 5; Filed 4/22/2024]

Related Documents:

A. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

B. Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 81; Entered 4/24/2024]

C. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 198; Filed 5/14/2024]

**Status: An Order has been entered on this matter at Docket No. 224.**

6. Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of (A) Certain Critical Vendors, (B) Certain Foreign Vendors, (C) Certain Lien Claimants, (D) 503(b)(9) Claimants, and (E) PACA Claimants, (II) Confirming Administrative Expense Priority of Critical Outstanding Orders, and (III) Granting Related Relief [Docket No. 6; Filed 4/22/2024]

Related Documents:

A. Interim Order (I) Authorizing Debtors to Pay Prepetition Claims of (A) Certain Critical Vendors, (B) Certain Foreign Vendors, (C) Certain Lien

Claimants, and (D) PACA Claimants, (II) Confirming Administrative Expense Priority of Critical Outstanding Orders, and (III) Granting Related Relief [Docket No. 82; Entered 4/24/2023]

B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

C. Certification of Counsel Regarding Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of (A) Certain Critical Vendors, (B) Certain Foreign Vendors, (C) Certain Lien Claimants, (D) 503(b)(9) Claimants, and (E) PACA Claimants, (II) Confirming Administrative Expense Priority of Critical Outstanding Orders, and (III) Granting Related Relief [Docket No. 201; Filed 5/14/2024]

**Status: An Order has been entered on this matter at Docket No. 221.**

7. Motion of Debtors for Entry of Interim and Final Orders Authorizing the (I) Payment of Certain Taxes and Fees and (II) Undertaking of Tax Planning Activities [Docket No. 7; Filed 4/22/2024]

Related Documents:

A. Interim Order Authorizing the Payment of Certain Taxes and Fees [Docket No. 86; Entered 4/24/2023]

B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

C. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders Authorizing the (I) Payment of Certain Taxes and Fees and (II) Undertaking of Tax Planning Activities [Docket No. 200; Filed 5/14/2024]

**Status: An Order has been entered on this matter at Docket No. 231.**

8. Motion of Debtors for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 10; Filed 4/22/2024]

Related Documents:

A. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

B. Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 104; Entered 4/25/2023]

C. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 205; Filed 5/14/2024]

D. Notice of Withdrawal of Objection of Certain Utility Companies to the Motion of Debtors for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket no. 218; Filed 5/14/2024]

Response Deadline: May 9, 2024 at 4:00 p.m.

Responses Received:

A. Objection of Certain Utility Companies to the Motion of Debtors for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 155; Filed 5/3/2024]

**Status: An Order has been entered on this matter at Docket No. 233.**

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain, Renew, or Supplement the Customs Surety Bonds and (II) Granting Related Relief [Docket No. 11; Filed 4/22/2024]

Related Documents:

A. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

B. Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain, Renew, or Supplement the Customs Surety Bonds and (II) Granting Related Relief [Docket No. 90; Entered 4/24/2023]

C. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain, Renew, or Supplement the Customs Surety Bonds and (II) Granting Related Relief [Docket No. 202; Filed 5/14/2024]

**Status: An Order has been entered on this matter at Docket No. 232.**

10. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 12; Filed 4/22/2024]

Related Documents:

A. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No.74; Entered 4/23/2024]

B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

C. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 217; Filed 5/14/2024]

**Status: An Order has been entered on this matter at Docket No. 235.**

11. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs, (II) Honor Certain Prepetition Obligations Related Thereto, and (III) Granting Related Relief [Docket No. 13; Filed 4/22/2024]

Related Documents:

A. Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs, (II) Honor Certain Prepetition Obligations Related Thereto, and (III) Granting Related Relief [Docket No. 88; Entered 4/24/2024]

B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

C. Certificate of No Objection Regarding Docket No. 13 [Docket No. 204; Filed 5/14/2024]

**Status: An Order on this matter has been entered at Docket No. 227.**

12. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 14; Filed 4/22/2024]

Related Documents:

A. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

B. Interim Order (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 84; Entered 4/23/2024]

C. Declaration of Eric Kaup in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 132; Filed 4/29/2024]

D. Declaration of Stewart Glendinning In Support of the Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary

Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 213; Filed 5/14/2024]

E. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 215; Filed 5/14/2024]

Response Deadline: May 9, 2024 at 4:00 p.m.

Responses Received: None

**Status: An Order has been entered on this matter at Docket No. 234.**

13. Motion of Debtors Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 15; Filed 4/22/2024]

Related Documents:

A. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

B. Certificate of No Objection Regarding Docket No. 15 [Docket No. 206; Filed 5/14/2024]

**Status: An Order has been entered on this matter at Docket No. 222.**

14. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 16; Filed 4/22/2024]

Related Documents:

A. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

B. Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 207; Filed 5/14/2024]

Status: A Certification of Counsel has been filed. **This matter is going forward at the direction of the Court.**

15. Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 149; Filed 5/2/2024]

Related Documents:

A. Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 216; Filed 5/14/2024]

**Status: An Order on this matter has been entered at Docket No. 223.**

16. Motion of Debtors for Entry of an Order (I) Authorizing and Establishing Procedures for the Compromise and Settlement of De Minimis Claims, (II) Approving the Form and Manner of the Notice of Settlement, and (II) Granting Related Relief [Docket No. 150; Filed 5/2/2024]

Related Documents:

A. Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Authorizing and Establishing Procedures for the Compromise and Settlement of De Minimis Claims, (II) Approving the Form and Manner of the Notice of Settlement, and (II) Granting Related Relief

Status: A Certification of Counsel has been filed. **This matter is going forward at the direction of the Court.**

17. Motion of Debtors Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [Docket No. 152; Filed 5/2/2024]
Related Documents:

A. Certification of Counsel Regarding Motion of Debtors Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [Docket No. 211; Filed 5/14/2024]

Status: A Certification of Counsel has been filed. **This matter is going forward at the direction of the Court.**

Dated: May **15**, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com
myurkewicz@klehr.com
aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: charles.sterrett@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*