**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | § |
| | § Chapter 11 |
| EXPRESS, INC., et al, | § |
| | § Case No. 24-10831 (KBO) |
| | § |
| Debtors. | § (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Christopher M. Winter and James H. Billingsley of the law

firm Duane Morris LLP hereby appear in the above-referenced chapter 11 case as counsel for

NorthPark Partners, LP, and, pursuant to the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, request that

copies of all notices and pleadings given or filed in this case be given and served upon counsel at

the following addresses and contact information:

| | |
|---|---|
| Christopher M. Winter | James H. Billingsley |
| DUANE MORRIS LLP | DUANE MORRIS LLP |
| 1201 N. Market Street, Suite 501 | 100 Crescent Court, Suite 1200 |
| Wilmington, DE 19801 | Dallas, TX 75201 |
| Telephone: (302) 657-4900 | Telephone: (214) 257-7200 |
| Facsimile: (302) 657-4901 | Facsimile: (214) 853-9067 |
| E-mail: cmwinter@duanemorris.com | E-mail: jbillingsley@duanemorris.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy

Rules specified above, but also includes without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of NorthPark Partners, LP.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of NorthPark Partners, LP, including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which NorthPark Partners, LP is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: May 16, 2024
Wilmington, Delaware

*/s/ Christopher M. Winter*
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com

- and –

James H. Billingsley
Texas Bar No. 00787084
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: 214.257.7200
E-mail: jbillingsley@duanemorris.com

*Counsel to NorthPark Partners, LP*

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher M. Winter, hereby certify that on May 15, 2024, I caused a copy of the

foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS to be

served on all parties who are scheduled to receive notice through the Court's ECF system.


*/s/ Christopher M. Winter*
Christopher M. Winter (DE 4163)