## **EXHIBIT B**

**Sussberg Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**DECLARATION OF JOSHUA A. SUSSBERG**
**IN SUPPORT OF THE APPLICATION OF THE**
**DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF APRIL 22, 2024**

I, Joshua A. Sussberg, being duly sworn, state the following under penalty of perjury:

1.    I am the president of Joshua A. Sussberg, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Courts of Appeals for the Second Circuit and Fifth Circuit and the United States District Courts for the Southern District of New York and the Northern District of Illinois.  There are no disciplinary proceedings pending against me.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2.      I submit this declaration (the "Declaration") in support of the *Application of the*
*Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP*
*and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession*
*Effective as of April 22, 2024* (the "Application").[2]  Except as otherwise noted, I have personal
knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and
extensive experience and knowledge in the field of debtors' protections, creditors' rights, and
business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented
debtors in many cases, including, among others:  *In re Sientra, Inc.*, No. 24-10245 (JTD) (Bankr.
D. Del. Feb. 12, 2024); *In re MVK FarmCo LLC*, No. 23-11721 (LSS) (Bankr. D. Del.
Oct. 13, 2023); *In re Yellow Corp.*, No. 23-11069 (CTG) (Bankr. D. Del. Aug. 6, 2023); *In re PGX*
*Holdings, Inc.*, No. 23-10718 (CTG) (Bankr. D. Del. June 4, 2023); *In re Lannett Co., Inc.*,
No. 23-10559 (JKS) (Bankr. D. Del. May 2, 2023); *In re SiO2 Med. Prods., Inc.*, No. 23-10366
(JTD) (Bankr. D. Del. Mar. 29, 2023); *In re Carestream Health, Inc.*, No. 22-10778 (JKS) (Bankr.
D. Del. Aug. 23, 2022).[3]

6.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland
has become familiar with the Debtors' business and many of the potential legal issues that may

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[3]   Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration.
      Copies of these orders are available upon request to Kirkland.

arise in the context of these chapter 11 cases. I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

**<u>Services to Be Provided</u>**

7.     Subject to further order of the Court and that certain engagement letter dated February 19, 2024 (the "<u>Engagement Letter</u>"), a copy of which is attached as **<u>Exhibit 1</u>** to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.     advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of their businesses and properties;

b.     advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.     attending meetings and negotiating with representatives of creditors and other parties in interest;

d.     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.     preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.     representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.     advising the Debtors in connection with any potential sale of assets;

h.     appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.     advising the Debtors regarding tax matters;

j.     taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

3

      k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

## Professional Compensation

8.     Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

---

[4]   For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein. While the rate ranges provided for in this Application may change if

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,195-$2,465 |
| Of Counsel | $820-$2,245 |
| Associates | $745-$1,495 |
| Paraprofessionals | $325-$625 |

11.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

12.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services

---

an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]     Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity. In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14.    Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States. Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases. Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

15.    Per the terms of the Engagement Letter, on February 29, 2024, the Debtors paid $500,000 to Kirkland, which, as stated in the Engagement Letter, constituted a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid to Kirkland additional special purpose retainer totaling $6,250,000 in the aggregate. As stated in the Engagement Letter, any special purpose retainer is earned by Kirkland upon receipt, any special purpose retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any special purpose retainer upon Kirkland's receipt, any special purpose retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on

any special purpose retainer.[7]  A chart identifying the statements setting forth the professional

services provided by Kirkland to the Debtors and the expenses incurred by Kirkland in connection

therewith, as well as the special purpose retainer transferred by the Debtors to Kirkland, prior to

the Petition Date is set forth below.

16.     During the 90-day period before the Petition Date, the Debtors paid special purpose

retainer in the following amounts to Kirkland:

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Special Purpose Retainer Requested | Amount of Special Purpose Retainer Received | Resulting Special Purpose Retainer Following |
|---|---|---|---|---|---|
| Initial Request for Special Purpose Retainer | 02/29/2024 | | $1,500,000 | | |
| Receipt of Initial Special Purpose Retainer | 02/29/2024 | | | $1,500,000 | $1,620,602.04 |
| Additional Special Purpose Retainer | 03/14/2024 | | $250,000 | | |
| Additional Special Purpose Retainer | 03/21/2024 | | $500,000 | | |
| Receipt of Additional Special Purpose Retainer | 03/22/2024 | | | $750,000 | $2,370,602.04 |
| Additional Special Purpose Retainer | 03/28/2024 | | $500,000 | | |
| Additional Special Purpose Retainer | 04/05/2024 | | $500,000 | | |
| Receipt of Additional Special Purpose Retainer | 04/08/2024 | | | $500,000 | $2,870,602.04 |
| Additional Special Purpose Retainer (Full Statement) | 04/08/2024 | $1,657,779.54 | | | $1,212,822.50 |
| Additional Special Purpose Retainer | 04/09/2024 | | $2,000,000 | | |
| Receipt of Additional Special Purpose Retainer | 04/12/2024 | | | $2,500,000 | 3,712,822.50 |
| Additional Special Purpose Retainer (Full Statement) | 04/15/2024 | $1,806,290.42 | | | $1,906,532.08 |

---

[7]     The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition special purpose retainer during the pendency of a chapter 11 case rather than applying such special purpose retainer to postpetition fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition special purpose retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition special purpose retainer but, instead, will apply any remaining special purpose retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

| Additional Special Purpose Retainer | 04/16/2024 | | $1,000,000 | | |
| Additional Special Purpose Retainer | 04/18/2024 | | $500,000 | | |
| Receipt of Additional Special Purpose Retainer | 04/19/2024 | | | $1,500,000 | $3,406,532.08 |
| Additional Special Purpose Retainer (Full Statement) | 04/19/2024 | $1,410,753.67 | | | $1,995,778.41 |

17.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's special purpose retainer, Kirkland's total special purpose retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

18.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

**Statement Regarding U.S. Trustee Guidelines**

19.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both

in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

**Attorney Statement Pursuant to Revised UST Guidelines**

20.        The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.  **Question**:  Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**:  No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.  **Question**:  Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**:  No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.  **Question**:  If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:  Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [8]

| Billing Category | U.S. Range |
| --- | --- |
| Partners | $1,195-$2,465 |
| Of Counsel | $820-$2,245 |
| Associates | $745 - $1,495 |
| Paraprofessionals | $325 - $625 |

---

[8]   While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

9

d.  **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**:  Yes, for the period from April 22, 2024 through July 31, 2024.

**Kirkland's Disinterestedness**

21.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  Except with respect to matters specifically disclosed in this Declaration, Kirkland did not receive any answers in the affirmative to these emails.  Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in

interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Kirkland has searched its electronic database for its connections to the entities listed on __Schedule 1__ attached hereto. The information listed on __Schedule 1__ may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information. The following is a list of the categories that Kirkland has searched:[9]

| __Schedule__ | __Category__ |
|---|---|
| 1(a) | Debtors and Non-Debtor Affiliates |
| 1(b) | Directors and Officers |
| 1(c) | Equity Holders |
| 1(d) | Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel |
| 1(e) | Banks, Lenders, Lien Parties, and Administrative Agents |
| 1(f) | Benefit Providers |
| 1(g) | Debtor Professionals |
| 1(h) | Equipment Lessors |
| 1(i) | Insurers |
| 1(j) | JV Partner |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | Official Committee Professionals |
| 1(n) | Potential M&A Counterparties |
| 1(o) | Staffing Agencies |
| 1(p) | Surety |
| 1(q) | Taxing Authorities |
| 1(r) | Vendors |

23.     To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the

---

[9]   Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

24.     Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[10]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.[11]

25.     Of the entities listed on **Schedule 2**, only one, GLP Pte. Ltd. ("GLP"), a vendor of the Debtors, represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on April 22, 2024.  I do not believe that any current or former representation of GLP precludes it from meeting the disinterestedness standard under the Bankruptcy Code.

---

[10]   As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[11]   The Debtors also seek to employ and retain Klehr Harrison Harvey Branzburg LLP as conflicts counsel pursuant to the *Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg as Conflicts Counsel for the Debtors and Debtors in Possession as of the Petition Date*.

26.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(r)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

27.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

28.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

29.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

13

30.     From time to time, certain former partners of Kirkland are entitled to compensation for a limited period of time following their departure from the firm.

31.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

32.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

<u>**Specific Disclosures**</u>

33.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

A.      **Connections to Officers and Directors.**

34.     As disclosed below and on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and

14

directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.     Karen Leever, a current director of the Debtors, is the chief operating officer of a Kirkland client, Fetch, Inc.  I do not believe that Kirkland's current or prior representation of clients for which Karen Leever served or serves in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

36.     Yehuda Shmidman, a recent former director of the Debtors, has served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Yehuda Shmidman served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.      Connections to Other Entities.**

37.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, WHP Global LLC ("WHP Global").  WHP Global holds 7.25% of debtor Express, Inc.'s publicly-traded equity.  WHP Global's controlled affiliate—EXPWHP, LLC—owns 60% of EXP Topco, LLC, a joint venture entity that holds 100% of the Debtors' intellectual property interests.  WHP Global, through other controlled affiliates, owns 100% of the Bonobos intellectual property, from whom the Debtors license the right to operate Bonobos' business.  Commencing in 2023, Kirkland represented WH Buyer, LLC ("WHP") in its proposed acquisition of Rag & Bone. In the fall of 2023, in the course of that representation, Kirkland represented WHP in its negotiations with Express with respect to a proposed transaction in which Express would acquire certain operating assets of Rag & Bone, and affiliates of WHP would concurrently acquire the intellectual property of Rag & Bone.  A separate Kirkland team represented Express in those

negotiations.    Express did not ultimately proceed with the Rag & Bone transaction, and subsequently, in April of 2024, WHP acquired Rag & Bone together with affiliates of Guess?, Inc. Kirkland has not represented, and will not represent, WHP in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of WHP precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

38.    As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Bazaarvoice, Inc. and various of its subsidiaries and affiliates ("<u>Bazaarvoice</u>") on a variety of matters.  Kirkland's current and prior representations of Bazaarvoice have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, Bazaarvoice in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Bazaarvoice precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.    As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Wells Fargo Bank N.A. and various of its subsidiaries and affiliates ("<u>Wells Fargo</u>"), which is a depository bank to the Debtors, on a variety of matters.  Kirkland's current and prior representations of Wells Fargo have been in matters unrelated to the Debtors in these chapter 11 cases.  Kirkland has not represented, and will not represent, Wells Fargo in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Wells Fargo precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.      Potential M&A Transaction Counterparties.**

40.    The Debtors are in discussions with certain parties (and may be in discussions with other parties in the future) regarding potential M&A transactions regarding the Debtors and their businesses.  Due to the inherently competitive nature of this process, it is imperative that the identities of these potential counterparties remain confidential.  The Debtors have disclosed to the U.S. Trustee the identities of the potential counterparties and Kirkland's connections to such potential counterparties, and Kirkland believes such disclosure is sufficient and reasonable under the circumstances and at this time.  However, should the Court request disclosure of the identities of the potential counterparties, the Debtors are prepared to file with the Court under seal a version of this Declaration that contains a schedule of the potential counterparties and Kirkland's connections to such potential counterparties.  For the avoidance of doubt, Kirkland will not represent any of the potential counterparties in connection with any matter in these chapter 11 cases.

**D.      Other Chapter 11 Professionals.**

41.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

42.     One of the Debtors' ordinary course professionals is Joele Frank Wilkinson Brimmer Katcher ("Joele Frank").  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Joele Frank, on a variety of matters.  Kirkland's current and prior representations of Joele Frank have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, Joele Frank in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Joele Frank precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.     One of the Debtors' ordinary course professionals is KPMG LLP ("KPMG").  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, KPMG, on a variety of matters.  Kirkland's current and prior representations of KPMG have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, KPMG in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of KPMG precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

44.     The Debtors' proposed investment bank is Moelis & Co. ("Moelis").  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Moelis, on a variety of matters.  Kirkland's current and prior representations of Moelis have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, Moelis in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Moelis precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

45.     The Debtors' proposed audit services provider is PricewaterhouseCoopers LLP ("PwC").  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, PwC, on a variety of matters.  Kirkland's current and prior representations of PwC have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, PwC in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of PwC precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

46.     On April 24, 2024, the Court approved Stretto, Inc. ("Stretto") as the Debtors' notice and claims agent.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates of Stretto, and its affiliate Stone Point Capital LLC, in a variety of matters.  Kirkland's current and prior representation of Stretto has been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, Stretto in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Stretto precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.     Kirkland Attorney and Employee Investments.**

47.     From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge.  Each Kirkland person generally owns substantially

less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

48.      From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales.  And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund.  To the extent the Passive-Intermediary Entity is or becomes aware of the

20

identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

49.    From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases.  Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

## F.    Former Clerks.

50.    Kirkland attorney Jose Elaine Lugo had a clerkship with Judge Karen B. Owens in the United States Bankruptcy Court for the District of Delaware from 2020 to 2021and Kirkland attorney Jacob Black had a clerkship with Judge Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware from 2020 to 2021 (the "Former Clerks").  I do not believe that the Former Clerks' work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

## G.    Other Disclosures.

51.    Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

52.     Kirkland currently represents, and formerly has represented, Bank of America, N.A. ("Bank of America") and certain of its affiliates, in a variety of matters. Bank of America is an equity holder in these chapter 11 cases. Kirkland's representations of Bank of America, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on April 22, 2024. All of Kirkland's current and prior representations of Bank of America have been unrelated to the Debtors and these chapter 11 cases. I do not believe that Kirkland's representation of Bank of America precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

53.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co. JPMorgan Chase & Co. is among the Debtors' equity holders. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

54.     Reginald Brown, a Kirkland partner, is a member of the board of directors of Blackstone, Inc. Blackstone is a secured lender of the Debtors. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Brown from all aspects of Kirkland's representation of the Debtors. I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

55.     James H.M. Sprayregen, a Kirkland partner, is the incoming Vice Chairman of Hilco Global ("Hilco Global"). Hilco Global is the ultimate parent of Hilco Trading LLC ("Hilco Trading"). Hilco Trading is providing services to the Debtors as a secured lender in these chapter 11 cases. Mr. Sprayregen has not worked, and will not work, on the Debtors' cases while at Kirkland. I do not believe that Mr. Sprayregen's upcoming employment at Hilco Global precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code. In

addition, out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Sprayregen from all aspects of Kirkland's representation of the Debtors.

56.    The son of Kirkland partner Patrick J. Nash, Jr., is employed by Hilco Redevelopment Partners LLC, an affiliate of Hilco Trading.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

57.    Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.   Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation, including attorneys Leon Peschel, who worked on a transactional matter involving certain affiliates of WHP Global LLC, Bonobos, and Express, Inc.,  Fadila Akel, who worked on a real estate matter adverse to Express Fashion Operations at a prior place of employment, Ryan C. Myers, who worked on a patent litigation matter adverse to Express LLC at a prior place of employment, Luke Guerra, who serves on the board of Big Brothers Big Sisters of Greater Los Angeles, and retired attorney James S. Rowe who serves on the board of Big Brothers Big Sisters of Metropolitan Chicago.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

58.    Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened

Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

### Affirmative Statement of Disinterestedness

59.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  May 16, 2024                                  Respectfully submitted,

                                                      */s/ Joshua A. Sussberg*
                                                      Joshua A. Sussberg
                                                      as President of Joshua A. Sussberg, P.C., as
                                                      Partner of Kirkland & Ellis LLP; and as Partner
                                                      of Kirkland & Ellis International LLP

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Joshua A. Sussberg in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of April 22, 2024* (the "Sussberg Declaration").[1]    Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Sussberg Declaration, matching the incomplete or ambiguous name.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sussberg Declaration.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors and Non-Debtor Affiliates |
| 1(b) | Directors and Officers |
| 1(c) | Equity Holders |
| 1(d) | Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel |
| 1(e) | Banks, Lenders, Lien Parties, and Administrative Agents |
| 1(f) | Benefit Providers |
| 1(g) | Debtor Professionals |
| 1(h) | Equipment Lessors |
| 1(i) | Insurers |
| 1(j) | JV Partner |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | Official Committee Professionals |
| 1(n) | Potential M&A Counterparties |
| 1(o) | Staffing Agencies |
| 1(p) | Surety |
| 1(q) | Taxing Authorities |
| 1(r) | Vendors |

# SCHEDULE 1(a)

## **Debtors and Non-Debtor Affiliates**

EXP TopCo LLC
Express BNBS Fashion LLC
Express CG LLC
Express Fashion Digital Services Costa Rica SRL
Express Fashion Investment LLC
Express Fashion Logistics LLC
Express Fashion Operations LLC
Express Finance Corp.
Express Holding LLC
Express Inc.
Express LLC
Express Topco LLC
EXPWHP LLC
UW LLC

# SCHEDULE 1(b)

### Directors and Officers

Archbold, Michael G.
Davenport, Terry
Finigan, Matthew
Glendinning, Stewart
Krueger, Laurel
Leever, Karen
Lopez, Patricia
Mangum, Mylle H.
Mehta, Satish
Reese, Mike
Shmidman, Yehuda
Still, Mark
Swinburn, Peter
Tervo, Sara
Zinkin, Effy

# SCHEDULE 1(c)

## Equity Holders

Abubakier, Saleh K.
Bassignani, Steven M.
Bovitch, Tyler B.
Cede & Co.
Clement, Kevin-Mitchell
Davis, Brian Thomas
Ebrahim, Waleed M.
Ferova, Jeremy
Ferova, Jolene
Gonzalez, Francisco Javier
Klein, Sarah L.
Kurzon, Jeffrey Mead
Lionheart, Robin
Monroe, Joshua R.
Mueller, Christopher D.
Oberg, Alex J.
Orellana, Max E.
Pak, Christopher
Pak, Peter Myung-Won
Piwowarski, Thomas
Putnam, Aaron Joseph
Ray, Joshua Anthony
Ray, Robyn Lynn
Rice, Jeffrey Hunter
Silverman, David
Swift, Jason J.
Swift, Kelsey
Thompson, Craig
Wheeler, Charles
Ramji, Alim

# SCHEDULE 1(d)

## Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel

Attix, Lauren
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M.
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giodano, Diane
Girello, Michael
Goldblatt, Craig T.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, JOnathan
O'Malley, James R.
Owens, Karen B.
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.

Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate
Subda, Paula
Vara, Andrew
Walker, Jill
Walrath, Mary F.
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(e)

## Banks, Lenders, Lien Parties, and Administrative Agents

1903 Partners LLC
Banco Popular SA
Bank of America NA
Fifth Third Bank NA
First Eagle Alternative Credit LLC
MGF Sourcing US LLC
ReStore Capital LLC
Wells Fargo Bank
Wells Fargo Bank NA
Wells Fargo Securities LLC

# SCHEDULE 1(f)

## **Benefit Providers**

Alight
ARAG SRL
CVS Caremark
Delta Dental Insurance Co.
Matrix Psychological Services Employee Assistance Program Inc.
Metropolitan Life Insurance Co.
Optum Bank Inc.
Prudential
Securian Life Insurance Co.
Smart-Choice Holdings Inc.
United Healthcare Services Inc.
Unum Life Insurance Co. of America
VSP Global Inc.

# SCHEDULE 1(g)

## __Debtor Professionals__

A&G Realty Partners LLC
Joele Frank
Kirkland & Ellis LLP
KPMG International Ltd.
M3 Partners LP
Moelis & Co.
PricewaterhouseCoopers International Ltd.

# SCHEDULE 1(h)

## Equipment Lessors

Quadient Leasing USA Inc.
Ricoh USA Inc.
Ricoh USA Managed Service

# SCHEDULE 1(i)

## Insurers

American International Group Inc.
Chubb Insurance Co. of Puerto Rico
Chubb Ltd.
Endurance Worldwide Insurance Ltd.
Great American Insurance Co.
Lloyd's of London Ltd.
Markel Group Inc.
Prudential Insurance Co.
Sompo Insurance
Sompo Lead
Starr Insurance Cos.
Travelers Insurance
Travelers Lead
UNUM Life Insurance Co.
Zurich & Affiliated FM

# SCHEDULE 1(j)

## **JV Partner**

WHP Global LLC

# SCHEDULE 1(k)

## Landlords

0145 Barton Creek Spg (TX)
0302 Battlefield Mall LLC
0511 Simon Property Group (TX)
1308 Simon Property Group (TX)
1552 Broadway Retail Owner LLC
17 North State LLC
173 Court Street Holdings LLC
2105 Simon Property Group LP
230 Clarendon Street LLC
2307 Simon Property Group LP
2324 Lakeline Dev
235 N. Fourth Street LLC
2810 Newport Centre LLC
3107 Penn Ross JV
31st Steinway Partners
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
4825 Simon Property Group LP
4832 Simon Property Group LP
488 Madison Avenue Associates LLC
490 Lower Unity LP
5060 Montclair Plaza Lane Owner LLC
53 Greenwich Avenue Associates LLC
555 11th Owner LLC
7604-Pheasant Lane
7607 Woodland Hills Mall
900 North Michigan LLC
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
AAT Del Monte LLC
Acadia Realty LP
Acadia Realty Trust
Acadia West Diversey LLC
Acadiana Mall LLC
ACS Town Square Shopping Center In LLC
Albertville Premium Outlets
Alderwood Mall LLC
Algonquin I LLC
Allen Premium Outlets LP

Allstate Road (Edens) LLC
Alto 900 Lincoln Road LP
Ameream LLC
Annapolis Mall LP
Antelope Valley Shop - Lockbox
AP 1519-1521 Walnut St. LP
AP Newbury Street Porfolio #1 LLC
AP Union II LLC
Arbor Place II LLC
Arden Fair Associates LP
Arizona Mills Mall LLC
Arrowhead Town Center LLC
Arundel Mills LP
Atlanta Outlet Shoppes CMBS LLC
Atlantic City Associates
Aventura Mall Venture
Avenues Mall LLC
Bangor Mall Realty LLC
Basset Place Re Co. LLC
Bay Street Centercal LLC
Baybrook Mall
Bayside Marketplace LLC
Beachwood Place Mall LLC
Bel Air Mall Realty Holding LLC
Belden Mall LLC
Bellevue Square LLC
Bellevue Square Merchants
Bellwether Properties of Massachusetts LP
Berkshire PA Holdings LLC
Birch Run Outlets II LLC
BJW Realty LLC
Bluegrass Outlet Shoppes II LLC
Boardwalk Routh LLC
Boston Properties LP
Boulevard Mall SPE LLC
Boynton Beach Mall LLC
BPR-FF LLC
Braintree Property Associates LP
Brandon (Tampa) LP
Brandon Shopping Center Partners
BRE/Pearlridge LLC
Brea Mall

Brickell City Centre Retail LLC
Bridge Group Investments II LLC
Bridgewater Common Mall II LLC
Bridgewater Commons
Brookfield Square Joint Venture
Brooklyn King Plaza LLC
Brunswick Square Mall LLC
BV Centercal LLC
BVA Avenue LLC
Cadillac Fairview Corp. Ltd., The
Cafaro Management Co.
Camarillo Premium Outlets
Campana 125 LLC
Canal Square Associates LP
Carolina Place
Castleton Square LLC
Cats Brothers
Causeway LLC
CBI-Friendly Center CMBS
CBI-Monroeville LP
CBI-Westmoreland LP
CBL SM-Brownsville LLC
Centennial VTC LLC
Centennial Waterfall Willow Bend LLC
Centennial Westland Mall Partners LLC
Centro de Ciencia y Tecnologia
Century City Mall LLC
Charles Mall Co. LP
Charles WV Mall LLC
Charlotte Outlets LLC
Cherry Hill Mall LLC
Cherryvale Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CIII Gecmc05-C1 Lakeside Mall
Citizens National Bank Building LLC
Citrus Park Mall Owner LLC
City Creek Center Associates
City Creek Center Associates LLC
Clackamas Mall LLC
Clay Terrace Partners LLC
Clinton Crossing Premium Outlets
Coastal Grand CMBS LLC
Coastland Center LLC
Coconut Point Town Center LLC
Colorado Mills Mall LP

Columbus Outlets
Concord Mills Mall
Connecticut Post LP, The
Coolsprings Mall LLC
Coral Ridge Mall LLC
Cord Meyer Development Co.
Coroc/Rehoboth III LLC
Coroc/Riviera LLC
Corpus Christi Retail
Corso LLC
Corte Madera Village LLC
Country Club Plaza JV LLC
Countryside Mall LLC
CP Commercial Delaware LLC
CPF District Owner LLC Lockbox
CPG Mercedes LP
CPG Partners LP
Craig Realty Group
Craig Realty Group - Tulare LLC
Creekside 126 LLC
Cross County Shopping Center
Cross Creek Mall SPE LP
Crossgates Mall General Co. Newco LLC
Crossings Premium Outlets, The
Crossroads Mall Realty Holding LLC
Cruz, Sarahi
Crystal Run Galleria LLC
CVM Holdings Crabtree Valley Mall
Dartmouth Mall
Day Jay Associates
DDR Urban LP
Deerbrook Mall
Del Amo Fashion Center
Denver Pavillons Owner Co.
Denver Premium Outlets
Destin Commons Ltd.
Development Area 5 LP
Dolphin Mall Associates LP
Domain Mall II LLC, The
Domain Retail Property Owner
Donnelley Financial LLC
Dos Lagos Squared LLC
DTC Development MSP LLC
E&P at East Brunswick LLC
Eastland Mall
Easton Town Center II LLC

Eastview Mall LLC
Eastwood EMC
Eaton Centre Management Office
Eatontown Monmouth Mall LLC
Edinburgh Premium Outlets
Edison Mall
EKFH LLC
Eklecco Newco LLC
El Paso Outlet Center CMBS LLC
Elmwood Properties LLC
EMI Santa Rosa LP
Empire Mall LLC
Fairfax, County of (VA)
Fairlane Town Center Realty Holding LLC
Fairmall Leaseholds Inc.
Falls Shopping Center Associates, The
Fashion Centre Mall LLC
Fashion Outlets at Foxwoods LLC
Fashion Valley Mall
Fayette Mall SPE LLC
FFB Retail Property LLC
First Colony Mall LLC
First Sterling Greenwich Corp.
Flatiron Property Holding LLC
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Forbes/Cohen FLA Property
Forest Harlem Properties Ltd.
Four State Properties LLC
Fox Hills Mall LP
Fox Valley Mall LLC
Franklin Mills Association LP
Franklin Park Mall LLC
Freehold Chandler Trust TWC Chandler
    LLC
Freemall Associates LLC
Frit San Jose Town & Country Village LLC
FSH Associates LP
G&L Building Corp.
Galleria at Wolfchase LLC
Galleria Mall Investors
Galveston Outlets LLC
Gardens Promotional Fund
Genesee Mall Realty LLC
GGP Columbia Mall
GGP Four Seasons LP

GGP Holding II Inc.
GGP LP
GGP Maine Mall LLC
GGP Meadows Mall LLC
GGP Newgate Mall LLC
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGP-Grandville LLC
Gilroy Premium Outlets
Glendale I Mall Associates LP
Gloucester Premium Outlets LLC
GMV (Mall) Venture LLC
Governors Square Mall LLC
Grand Prairie Outlets LLC
Grapevine Mills Mall LP
Great Friends Agency
Great Mall at Milpitas, The
Greece Ridge LLC
Green Hills Mall TRG LLC
Greene Town Center LLC, The
Greenwood Park Mall LLC
GT Cross Pointe LLC
Gulf Coast Factory Shops LP
Gulfport Factory Shops LP
Gwinnett Place Mall
Hamilton Mall Realty LLC
Hamilton Place CMBS LLC
Hamilton TC LLC
Handlery Hotels Inc.
Harbor East Parcel B-Retail
HG Galleria LLC
HGIT Briargate LLC
Highland Village LP
Hill Center at Green Hills LLC
Holyoke Mall Co. LP
Hoover Mall Ltd. LLC
Hulen Mall LLC
Imperial Valley Mall II LP
International Environmental Management
Irvine Co. LLC, The
Jamestown 283 Dartmouth
JBG/Shay Retail LLC
Jersey Shore Premium Outlets LLC
JG Elizabeth II LLC
JG Winston-Salem LLC
Jordan Creek Town Center LLC

JPMCC 2014-C20 Lincolnwood Town
    Center LLC
JPPF Buckhead Village LP
K/BTF Broadway LLC
Kenwood Mall LLC GGP-TRS LLC
Keystone FLA Property Holding
Kildeer Village Square LLC
King of Prussia Associate
King of Prussia, City of (PA)
Kittery Development LLC
Kravco Inc.
KRE Broadway Owner LLC
KRE Colonie Owner Lockbox
KRG Lansing Eastwood LLC
La Cienega Ltd., Department 58801
Lacantera Retail Ltd. Partnership
Lake Buena Vista Joint Venture LLC
Lake Success Shepping Center
Lakeside Ootb Ventures LLC
Laredo Outlet Shoppes LLC
Las Vegas North Premium Outlets
Las Vegas South Outlets LLC
Lasalle Property Fund REIT Inc.
Laurel Park Retail Properties
Leawood TCP LLC
Leesburg Corner Premium Outlets
Legacy West Investors
Lehigh Valley Mall LLC
Lenox Square
Liberty Center LLC
Lighthouse Place Premium Outlets LLC
Lincoln Plaza Center
Lindale Mall Realty Holding LLC
Little Rock Outlets Realty Holding LLC
Livermore Premium Outlets
Livingston Mall Realty Holding LLC
Louis Joliet Realty LLC
Lynnhaven Mall LLC
M&J - Big Waterfront Town Center I LLC
Macerich Buenaventura LP
Macerich Cerritos LLC
Macerich Deptford LLC
Macerich Fresno LP
Macerich Lakewood LP
Macerich Niagara LLC
Macerich North Park Mall LLC

Macerich Northwestern Associates
Macerich Oaks LP
Macerich Partnership LP, The
Macerich South Plains LP
Macerich Stonewood LLC
Macerich Twenty Ninth Street LLC
Macerich Vintage Fair Ltd.
MACWH LP
Madison-East Towne LLC
Madison-West Towne LLC
Mainplace Shoppingtown LLC
Mall 1 Bay Plaza LLC
Mall at Auburn LLC
Mall at Briarwood LLC
Mall at Chestnut Hill LLC
Mall at Cottonwood LLC
Mall at Great Lakes LLC
Mall at Gurnee Mills LLC
Mall at Irving LLC
Mall at Jefferson Valley LLC
Mall at Katy Mills LP
Mall at Northshore LLC
Mall at Potomac Mills LLC
Mall at Solomon Pond LLC
Mall at Summit LLC
Mall at White Oaks LLC
Mall Del Norte LLC
Mall In Columbia, The
Mall of Georgia LLC
Mall of Louisiana LLC
Market Place S/C GGPLP
Market Place, The
Market Street - The Woodlands
Maryland Plaza South LLC
Mayfair Mall LLC
Mayflower Cape Cod LLC
Mckinley Mall Realty Holding LLC
MCM Properties Ltd.
Meadowood Mall SPE LLC
Melbourne Square LLC
Memorial City Mall LP
Merchants Association BS
Merchants Row Webward LLC
Mershops Galleria at Sunset LLC
Mesilla Realty LLC
Meyerland Retail Associates LLC

Mid-South Outlet Shops LLC
Miromar Outlet East LLC
MK Oakland Mall LLC
MMH Mall LLC
MOAC Mall Holdings LLC
Monarchs Sub LLC
Montgomery Mall Owner LLC
Montgomery Mall Partnership
Moreno Valley Mall Holding LLC
MSC1 2011-C2 Ingram Park LLC
MSM Property LLC
MVV Owner LLC
Natick Mall LLC
NE Gateway Mall Propco LLC
Ned Altoona LLC
Newpark Mall LLC
Norfolk Outlets LLC
North County Shops BGI GP LLC
North Georgia Premium Outlets
North Hills Owner LLC
North Riverside Park Association LLC
North Town Mall Realty Holding LLC
Northfield Square Mall Realty LLC
Northpark Merchants Association
Northpark Partners LP
Northwood Mall Realty Holding LLC
Northwoods Mall CMBS LLC
NPP Development LLC
NSMJV LLC
NW Arkansas Mall Realty LLC
Oak Park Mall LLC
Oakbrook Urban Venture LP
Oaks Mall, The
Oakwood Hills Mall LLC
Oglethorpe Mall
OKC Outlets I LLC
Old Orchard Urban Ltd. Partnership
Omaha Outlets SPE LLC
Ontario Mills LP
Ontrea Inc.
Ontrea Inc., Markville
Ontrea Inc., Masonville
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Outlet Collection, The

Outlet Village of Hagerstown LP
Outlets at Westgate LLC
Palm Beach Outlets I LLC
Palm Desert LP
Paramus Park Shopping Center
Park City Business Trust
Parkdale Mall CMBS LLC
Parks at Arlington, The
Parkway Place SPE LLC
Partners Mall Abilene LLC
Pearland Town Center LP
Pearlridge Center Association
Pembroke Lakes
Penn Square Mall LLC
Perimeter Mall LLC
Petaluma Village Premium Outlets
PFP Columbus II LLC
Philadelphia Premium Outlets LLC
Pizzuti GM LLC
Plaza Bonita LLC
Plaza Carolina Mall LP
Plaza Del Caribe
Plaza Frontenac Acquisition LLC
Plaza Las Americas Inc.
Plaza West Covina LP
Pleasant Prairie Premium Outlets LLC
Pom-College Station LLC
Poughkeepsie Galleria LLC
PPF RTL Atlantic Town Center LLC
PPF RTL Rosedale Shopping Center LLC
PPR Washington Square LLC
PR Avalon Phase I Owner LLC
PR Capital City
PR Gallery I LP
PR Patrick Henry LLC
PR Plymouth Meeting LP
PR Prince George Plaza LlC
PR Springfield Delco LP
PR Springfield Town Center
Preit Associates LP
Preit Services LP
Premium Outlet Partners LP
Prep Hillside Real Estate LLC
Prisa Arbor Lakes LLC
Promenade Shops - 10220472
Providence Place

Pyramid Walden Co. LP
Quaker Associates LLC
Queens Center SPE LLC
Rar2 Marina Marketplace CA
RC Lincoln Road Holdings LLC
Red Sparks SPE LLC
Reep-Rtl Mpm Ga LLC
Retail Property Trust, The
Riderwood USA Inc.
Ridgedale Center LLC
River Oaks Center LLC
RM Member LLC
Robinson Mall Realty Holding LLC
Rockaway Center Associates
Rocksal Mall LLC
Rolling Oaks Mall Realty Holding LLC
Roosevelt Field
Roosevelt Field Mall
Roseville Shoppingtown LLC
Round Rock Premium Outlets
Rouse F.S. LLC
RPI Carlsbad LP
RPI Greenville Mall LP
RPT Realty LP
RREEF American Reit II Corp.
RSE Independence LLC
RSS Ubsbb2012C4-Ut Nmh LLC
RSS Ubsbb2013-C6-Fl Bml, LLC
Ruiz, Norman
Saint Louis Galleria LLC
Salisbury Mall Realty Holding LLC
Sam Walnut LLC
Sandusky Mall Co.
Sangertown Square LLC
Scottsdale Fashion Square
SDG Dadeland Associates Inc.
SDG Fashion Mall LP
SDQ Fee LLC
Seaport Boston
Seattle Premium Outlets
Seminole Mall Realty Holding LLC
Settlers' R2 Inc.
Sherman Oaks Fashion
Shoppes At Buckland Hills LLC
Shoppes at River Crossing
Shopping Center Associate

Shops At Mission Viejo LLC
Shops at NorthCreek LLC, The
Shops at Summerlin North LP, The
Short Hills Associates
Short Pump Town Center LLC
Simon Capital GP
Simon Capital LP
Simon Property Group
Simon Property Group (TX) LP
Simon Property Group LP
Simon/Clarksburg Development LLC
Singlepay
Sl Mall LLC
Slts Grand Avenue II LP
SM Eastland Mall LLC
Somerset Collection Ltd.
South Coast Plaza
South County Shoppingtown
South Mill Mall
South Shore Mall Realty LLC
Southcenter Owner LLC
Southdale Center LLC
Southern Park Mall LLC
Southlake Indiana LLC
Southland Center LLC
Southpark Mall LP
Southwest Plaza LLC
Spark JC LLC
Spectrum Real Estate Advisors
SPG Finance II LLC
SPG Houston Holdings LP
SPG Prien LLC
SPM Acquisition LLC
Spotsylvania Mall Comp
Spus9 Fb Paddock Prop LLC
SRE Hawkeye LLC
SRE Ontario LLC
SRMF Town Square Owner LLC
St. Augustine Premium Outlets
St. Clair Square SPE LLC
St. Cloud Mall LLC
St. Louis Premium Outlets LLC
Stamford Town Center LLC
Star-West Chicago Ridge LLC
Star-West Franklin Park Mall LLC
Star-West Great Northern Mall LLC

Star-West Parkway Mall LP
Stoneridge Properties LLC
Stonestown Shopping
Street Retail Inc.
STRS Ohio Il Real Estate Investments LLC
Sunland Park Mall LLC
Sunrise Mall Holdings LLC
Sunrise Mills (MLP) LP
Sunvalley Associates
Tacoma Mall
Tampa Premium Outlets LLC
Tampa Westshore Associates LP
Tanger Daytona LLC
Tanger National Harbor LLC
Tanger Outlets Deer Park
Tanger Properties LP
Tanger San Marcos LLC
Taubman Auburn Hills
Taubman Cherry Creek
TB Mall at UTC LLC
Temecula Towne Center Associates
Thomas White Investments LLC
TM Northlake Mall LP
TM Partridge Creek Mall
TM Wellington Green Mall
Topanga Plaza LLC
Tory Burch LLC
Town Center at Aurora LLC
Town Center at Boca Raton Trust, The
Town Center at Cobb Reality Holding LLC
Towson TC LLC
TRCC/Rock Outlet Center LLC
Treasure Coast- JCP Associates Ltd.
Triangle Town Center Realty Holding LLC
Trumbull Shopping Center #2 LLC
TSLV LLC
Tucson Mall LLC
Tucson Premium Outlets LLC
TVO Mall Owner LLC
Twin Cities Outlets Eagan
Tyler Mall LP
Tyson Galleria LLC
Tysons Corner Holdings
UE Bergen Mall Owner LLC
University Park Mall LLC
University Towne Centre

University Village
Urban Shopping Centers LP
US Centennial Vancouver Mall LLC
UTC Venture LLC
Valley Plaza Mall LP
Valley Stream Green Acres LLC
Valley View Mall SPE LLC
Valley View Realty Holding LLC
Valley West Mall LLC
Viking Rideau Corp.
VR Mall LLC
Waller Realty Inc.
Walt Whitman Mall LLC
Warwick Mall Owner LLC
Washington LLC, The
Water Tower Owner LLC
Waterford Lakes Town Center LLC
Wedderbum, Jordan
West Acres Development LLP
West County Mall CMBS LLC
West Farms Mall LLC
West Town Mall LLC
Westchester Mall LLC
Westcor Realty LP
Westfield Garden State
Westgate Mall Realty LLC
Westland Garden State Plaza LP
Westland South Shore Mall
Westminster Mall LLC
Westroads Mall GGPLP
WFP Retail Co. LP
Wheaton Plaza Regional Shopping
White Marsh LLC
Williamsburg Outlets LLC
Wisconsin Dells Outlet Fee LLC
W-LD Legends Owner VII LLC
Woodbridge Center Inc.
Woodburn Premium Outlets LLC
Woodbury Common Premium Outlets
Woodfield Mall LLC
Woodlands Mall Associates LLC, The
WP BTC LLC
WS Tampa Owner LLC
WSM Hingham Properties LLC
Wyoming Valley Mall Realty Holding LLC
YTC Mall Owner LLC

# SCHEDULE 1(l)

## **Litigation Parties**

Advanced Transactions
Alfaro, Carlos E.
Al-Husseini, Dana
Atwood, Brian
Avendano, Leonor
Barnes, Deborah
Barrera, Esther
Barton, Jennifer L.
Berry, Eric
Bilawal, Muhammad
Blanchard, Joshua
Breen, Christina
Burgueno, Nautica
CaaStle Inc.
Camilo, Jagely
Carr, Christie
Carriaga, Angela M.
Carrow, Cassie
Chacon, Jorge
Chaney-Bell, Terrell
Checo, Sixta
Coffey, Fredrick
Colin Gomez, Ana A.
Collins, Dominique
Communication Interface Technologies
    LLC
Davis, Laura
Derraj, Sophia
Dias, Kate
Diaz, Letticia
Donmez, Melissa
Dorcely, Micah
East End Trial Group LLC
Engler, Cindi
Enix, Anthony
Environmental Democracy Project
Esquivel, Nadia
E-Teen Co. Ltd.
Fannin, David M.
Faria, Nathaly C.
Garcia, Daniel
Gates, Kiana

Gieseke, Kerry
Glover, Guyla
Gomez, Analia
Gonzalez, Hilda C.
Gonzalez, Madeline
Haley, Joan
Harris, Caleb
Hazel, Lena
Hernandez, Sonny
Hernandez, Yvonne
Hopkins, Dawson Noah
Idrobo, Penelope
Inzuna Cortez, Lesley
Jackson, A Professional Corp.
Jean Francois, Emmanuella
Jillson, Crystal
Johnson, Kaitlin A.
Kaldro, Angeline
Keriwala, Mohamed Umer
Killinger, Amanda
Koulouris, Ariana
Lalani, Faiza N.
Lavi & Ebrahimian LLP
Law Offices of Sahag Majarian, II
Liberty Place Retail Associations
Lux, Matthew
Marca, Bryam
Martinez, Teresa M.
McCall, Jennifer
Nastase, Alina
Nettles, Jessica
Ortado, Rene
Pacific Trial Attorneys
Paez, Carlos M.
Paige-Stone, Monje
Palma, Mathias
Patterson, Anthony
Picardi, Kimberly
Reimer, Ruhi
Rendon, Rusty
Ricketts, Bruce
Rivera, Zhanna

Robinhood
Rodriguez, Paula M.
Romero, Eloy
Ropa Siete Leguas Inc.
Rose, Justin
Rumph, Kennedy
Salaiz, Erik
Salvo, Gina
Schiavulli, Tracy
Sevilla, Victoria
Stevens, Sally
Telephone Consumer Protection Act
Thomas, Bryan
Tran, Katherine
Universal Music Group NV
Vance, David
Vendor Collection Actions
Viramontes, Maria
Washington, James
Waters, Annest
Waters, Cheo
Wehbe, Layal
Whitesel, Collin
Williams, Shay
Wint, Deborah
Woods Law Offices PLLC
Yardley, Eric
Yemane, Lemlem H.
Yohrling, Deborah
Yonggang, Liu
Yugay, Elena
Zabriskie, Gregory S.
Zarco, Evelyn
Zaylore Stout & Associates LLC

# SCHEDULE 1(m)

## Official Committee Professionals

Kramer Levin Naftalis & Frankel

# SCHEDULE 1(n)

## __Potential M&A Counterparties__

[Confidential]

# SCHEDULE 1(o)

## **Staffing Agencies**

AI Altius US Bidco Inc.
C Lavigne Management Inc.
Globant LLC
Kaiser Consulting LLC
KPMG LLP
Monument Consulting LLC
RCG Global Services Inc.

# SCHEDULE 1(p)

## Surety

Alabama, State of, Professional Fundraiser or Commercial Co-Venture
Central Georgia Electric Membership Corp.
Consolidated Edison Co. of New York
Duke Energy Co., The
Florida Gulf Power Co.
Florida Orlando Utilities Co.
Florida Orlando Utilities Commission
Florida Power & Light
Florida Power Corp.
Florida Tampa Electric Co.
Florida Withlacoochee River Electric Coop
Gainesville, City of (FL)
Kansas City Power & Light
Kansas, City of (MO), Board of Public Utilities
Knoxville, City of (TN), Utilities Board
Massachusetts, Commonwealth of, Professional Solicitor's Bond
Murfreesboro Electric
Nevada, State of, Department of Taxation
Pacific Gas & Electric Co.
Progress Energy Carolinas Inc.
Puerto Rico, Commonwealth of
Southern California Edison Co.
Washington D.C., US Customs & Border Protection
Washington D.C., US Customs Duty Drawback

# SCHEDULE 1(q)

## Taxing Authorities

Abington, Township of (PA), Fire
Ada, County of (ID), Treasurer
Akron, City of (OH)
Alameda, County of (CA)
Albemarle, County of (VA)
Albuquerque, City of (NM)
Alexandria, City of (LA)
Alief Independent School District (TX), Tax
    Assessor
Allen, County of (IN), Treasurer
Alpharetta, City of (GA)
Anderson, City of (SC)
Anderson, County of (SC), Treasurer
Ann Arbor, City of (MI)
Anne Arundel, County of (MD)
Arcadia, City of (CA)
Arizona, State of, Department of Revenue
Arlington, City of (VA)
Ascension, Parish of (LA)
Ashwaubenon, Village of (WI), Public
    Safety
Atlanta, City of (GA)
Auburn Hills, City of (MI)
Auburn, Town of (MA)
Bakersfield, City of (CA)
Baltimore, County of (MD)
Bangor, CIty of (ME)
Barboursville, Village of (WV)
Baton Rouge, City of (LA)
Bellevue, City of (WA)
Bergen, County of (NJ)
Bexar, County of (TX), Tax
Biloxi, City of (MS)
Birmingham, City of (AL)
Bloomingdale, Village of (IL)
Boone, County of (MO)
Boone, County of (MO), Sheriff
Bossier, City of (LA)
Bossier, Parish of (LA), Tax Collector
Bowie, City of (MD)
Bowling Green, City of (KY)
Bradley, Village of (IL)

Brazoria, County of (TX), Tax
Brazos, County of (TX), Tax Assessor-
    Collector
Brea, City of (CA)
Brevard, County of (FL), Tax
Brookfield, City of (WI)
Brown, County of (WI), Treasurer
Bucks, County of (PA)
Burlington, Town of (MA)
Cabarrus, County of (NC), Tax
Calcasieu, Parish of (LA)
Calgary, City of (Canada)
California, State of, Department of Public
    Health
California, State of, Department of Public
    Health, Healthy San Francisco
California, State of, Department of Toxic
    Substance Center
California, State of, Environmental Health
    Division
California, State of, State Board of
    Equalization
California, State of, Travel & Tourism
Calumet, City of (IL)
Cameron, County of (TX), Tax Office
Carlsbad, City of (CA)
Carlstadt, Borough of (NJ)
Cerritos, City of (CA)
Charles, County of (MD)
Charleston, City of (SC)
Charlotte, City of (NC)
Chatham, County of (GA), Tax
Chattanooga, City of (TN), Treasurer
Cherokee, County of (GA), Tax
    Commissioner
Cherry Hill, Township of (NJ)
Chesapeake, City of (VA)
Chesterfield, City of (MO)
Chicago Ridge, Village of (IL)
Chicago, City of (IL)
Chula Vista, City of (CA)

Cincinnati, City of (OH), Income Tax
    Division
Clackamas, County of (OR), Tax
Clarke, County of (GA), Tax
Clarkstown, Town of (NY)
Clayton, County of (GA), Tax
Clear Creek Independent School District
    (TX), Tax Office
Clearwater, City of (FL)
Cleveland, County of (OK), Treasurer
Clinton, Town of (CT)
Clinton, Township of (MI), Treasurer
Cobb, County of (GA)
Cobb, County of (GA), Tax
Collierville, Town of (TN)
Collin, County of (TX), Tax
Colorado Springs, City of (CO)
Colorado Springs, City of (CO), Police
    Department
Colorado, State of, Division of Family &
    Medical Leave
Colorado, State of, Manager of Finance
Columbia, City of (MO)
Columbus, City of (OH), Treasurer
Concord, City of (CA)
Concord, City of (NC), Tax
Concord, City of GA), False Alarm
    Reduction Program
Contra Costa, County of, (CA), Tax
Coral Springs, City of (FL)
Coralville, City of (IA)
Coralville, City of (IA), Fire Department
Costa Mesa, City of (CA)
Craighead, County of (AR), Collector
Cypress-Fairbanks Independent School
    District (TX)
Dallas, County of (TX), Tax
Daly, Gregory F.X.
Danbury, City of (CT), Tax Collector
Dartmouth, Town of (MA)
Davenport, City of (IA)
Dearborn, City of (MI)
Dekalb, County of (GA), Tax
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Delaware, State of, Secretary of State

Denton, County of (TX), Tax
Denver, County of (CO)
Des Peres, City of (MO)
Desoto, County of (MS)
Dona Ana, County of (NM), Treasurer
Dothan, City of (AL)
Douglas, County of (CO), Treasurer
Douglasville, City of (GA)
Downey, City of (CA)
Durham, County of (NC), Tax
East Brunswick, City of (NJ), Fire District 1
Eatontown, Borough of (NJ)
Eau Claire, County of (WI)
Ector, County of (TX), Appraisal
Edison, Township of (NJ)
Edmonton, City of (Canada)
El Cajon, City of (CA)
El Centro, City of (CA)
El Paso, City of (TX), Tax Assessor
El Paso, County of (CO)
Enfield, Town of (ME)
Escondido, City of (CA)
Fayette County Public Schools (KY)
Fayette, County of (KY)
Flint, Charter Township (MI)
Florence, City of (KY)
Florence, City of (SC)
Florence, County of (SC), Treasurer
Floyd, County of (GA), Tax
Fort Bend, County of (TX), LID #2
Fort Bend, County of (TX), Tax
Foxborough, Town of (MA)
Frederick, County of (MD)
Fresno, City of (CA)
Fresno, City of (CA), Police Department
Fresno, County of (CA), Sheriff's Office
Fulton, County of (GA), Tax Commissioner
Garland Independent School District (TX)
Garland, City of (TX), Tax
Gilroy, City of (CA)
Glendale, City of (AZ)
Glendale, City of (WI)
Gloucester, Township of (NJ), Fire District
    4
Grand Chute, Town of (WI)
Greensboro, City of (NC)

Greenville, County of (SC), Tax
Guilford, County of (NC), Tax
Gwinnett, County of (GA), Tax Commission
H.A. Berkheimer Inc., Business Privilege
    Tax
Hagen, Harry E.
Hall, County of (GA)
Hamilton, County of (IN), Treasurer
Hamilton, County of (TN), Trustee
Hamilton, Township of (NJ)
Hampton, City of (VA)
Hampton, City of (VA), Treasurer
Harlingen, Town of (TX), Tax Office
Harris, County of (TX), Alarm Detail
Harrison, County of (MS), Tax Collector
Harrisonburg, City of (VA)
Hartford, City of (CT), Tax Collector
Hays, County of (TX), Tax Office
Henderson, City of (NV)
Hennepin, County of (MN)
Henrico Virginia, County of (VA)
Hidalgo, County of (TX)
Hillsborough, County of (FL), Tax
Homewood, City of (AL)
Hoover, City of (AL)
Horry, County of (SC)
Horry, County of (SC), Business
Houston, County of (AL), Revenue
Howard, County of (MD)
Humble Independent School District (TX)
Huntsville, City of (AL), Clerk Treasurer
Illinois, State of, Department of
    Employment
Illinois, State of, Department of Revenue
Imperial, County of (CA), Tax
Indian River, County of (FL)
Irving Independent School District (TX),Tax
    Office
Jackson, County of (MO), Collector
Jasper, County of (MO), Collector
Jefferson, County of (AL), District Court
Jefferson, County of (KY)
Jefferson, County of (TX), Tax
Jefferson, Parish of (LA)
Jersey, City of (NJ)
Johnson, City of (TN)

Johnson, County of (KS), Treasurer
Jonesboro, City of (AR)
Joplin, City of (MO)
Judson Independent School District (TX),
    Tax Office
Kanawha, County of (WV), Sheriff
Kansas, City of (MO)
Kansas, State of, Department of Revenue
Katy, City of (TX)
Kenner, City of (LA)
Kentucky, Commonwealth of, Department
    of Revenue
Kentucky, Commonwealth of, Division of
    Unemployment
Kentucky, Commonwealth of, Treasurer
King, County of (WA), District Court
King, County of (WA), Treasury
Knox, County of (TN), Trustee
Knoxville, City of (TN)
La Crosse, City of (WI)
La Crosse, City of (WI), Treasurer
Lafayette, Parish of (LA), Tax
Lake Charles, City of (LA)
Lake, County of (IN), Treasurer
Lakewood, City of (CA), Business
    Licensing
Lancaster, City of (PA)
Lansing, Charter Township of (MI)
Larimer, County of (CO), Treasurer
Las Cruces, City of (NM)
Lauderdale, County of (MS), Tax
Lawrence, Township of (NJ)
Leawood, City of (KS)
Leon, County of (FL), Tax Collector
Lexington Fayette, County of (KY),
    Division of Revenue
Lincoln, City of (NE)
Lincolnwood, Village of (IL)
Livingston, Township of (NJ)
Lone Tree, City of (CO)
Long Beach, City of (CA)
Los Angeles, City of (CA)
Los Angeles, City of (CA), Fire Department
Los Angeles, County of (CA)
Los Angeles, County of (CA), Fire
    Department

Los Angeles, County of (CA), Tax
Loudoun, County of (VA)
Louisville Metro Revenue Commission
Loveland, City of (CO)
Loveland, City of (CO), Public
    Improvement Fee
Loveland, City of (CO), Retail Sales Fee
Lubbock, State of (TX), Central Appraisal
    District
Lynnfield, Town of (MA)
Lynnwood, City of (WA)
Madeira, City of (OH), Tax Offce
Madison, Borough of (NJ), Municipal Court
Madison, City of (AL), License Commission
Madison, City of (WI), Fire Department
Madison, City of (WI), Treasurer
Madison, County of (MS), Tax
Manchester, Town of (CT)
Manchester, Town of (CT), Eighth Utilities
    District
Maricopa, County of (AZ), Treasurer
Marin, County of (CA), Tax
Marin, County of (CA), Weights &
    Measures
Marion, County of (IN), Treasurer
Marlborough, City of (MA)
Marshal, City of (NY)
Maryland, State of, Clerk of the Court
Massachusetts, Commonwealth of,
    Department of Revenue
McAllen, City of (TX)
McAllen, City of (TX), Municipal Court
McAllen, City of (TX), Tax
McLennan, County of (TX), Tax Office
Mecklenburg, County of (NC)
Memphis, City of (TN), Treasurer
Meriden, City of (CT), Tax Collector
Meridian, Charter Township of (MI)
Mesa, City of (AZ)
Mesquite, City of (TX), Tax Fund
Miami Beach, City of (FL)
Miami Dade, County of (FL)
Michigan, State of, Department of Treasury
Middletown, Township of (PA)
Midland, City of (MI)
Milford, City of (CT)

Milpitas, City of (CA)
Minnesota, State of, Department of Revenue
Mississippi, State of, Office of Revenue
Mobile, City of (AL)
Mobile, County of (AL), Revenue
Modesto, City of (CA)
Monroe, County of (FL)
Monroeville, Municipality of (PA)
Montclair, City of (CA)
Montebello, City of (CA)
Monterey, City of (CA)
Monterey, County of (CA), Tax
Montgomery, City of (AL)
Montgomery, County of (MD)
Montgomery, County of (TX), Tax
Multnomah, County of (OR)
Muniservices LLC
Murray, City of (UT), Business
Muscogee, County of (GA), Tax
Nashville & Davidson County, Metropolitan
    Government of (TN), Trustee
Nassau, County of (NY), Fire Commission
Nassau, County of (NY), Teasurer
Natick, Town of (MA)
Nebraska, State of, Department of Revenue
Nevada, State of, Department of Taxation
Nevada, State of, Secretary of State
New Hanover, County of (NC), Tax
New Jersey, State of
New Jersey, State of, Department of Labor
New Mexico, State of, Tax & Revenue
New York, State of, Unemployment
New York, State of, Unemployment
    Insurance
Newark, City of (CA)
Newington, Town of (NH), Police
    Department
Newport News, City of (VA)
Newport, City of (RI)
Niles, City of (OH), Income Tax
Niles, Village of (IL)
Norfolk, City of (VA), Treasurer
Norridge, Village of (IL)
North Attleborough, Town of (MA)
North Dakota, State of, Tax Commissioner

North Dakota, State of, Workforce Safety & Insurance

North Olmsted, City of (OH)

Nueces, County of (TX)

Oakland, City of (CA)

Okaloosa, County of (FL)

Oklahoma, County of (OK), Treasurer

Oklahoma, State of, Office of the Ohio Attorney General

Ontario, City of (CA)

Orange, County of (CA)

Oregon, State of, Department of Revenue

Oregon, State of, Employment Department

Oregon, State of, Secretary of State

Orem, City of (UT)

Orland Park, Village of (IL)

Palm Beach Gardens, City of (FL)

Palm Beach, County of (FL)

Palm Desert, City of (CA)

Palmdale, City of (CA)

Palo Alto, City of (CA), Police Department

Pasco, County of (FL)

Pasco, County of (FL), Board of Community Commissioners

Peabody, City of (MA)

Peabody, City of (MA), Police Department

Pembroke Pines, City of (FL)

Philadelphia, City of (PA)

Phoenix, City of (AZ)

Pierce, County of (WA), Budget & Finance

Pima, County of (AZ), Treasurer

Placer, County of (CA), Tax Collector

Plantation, City of (FL)

Platte, County of (MO), Collector

Pleasant Prairie, Village of (WI), Fire & Rescue

Pleasant Prairie, Village of (WI), Treasurer

Pleasanton, City of (CA)

Portage, City of (MI)

Portland, City of (OR)

Portland, City of (OR), Police Alarms

Potter, County of (TX), Tax

Prince George's, County of (MD)

Prince William, County of (VA)

Puerto Rico, Commonwealth of, Corporacion Del Fondo Del Seguro Del Estado

Pulaski, County of (AR), Treasurer

Puyallup, City of (WA)

Ramsey, County of (MN), Environmental Health Division

Rapides, Parish of (LA)

Rapides, Parish of (LA), Sheriff's

Redondo Beach, City of (CA)

Reno, City of (NV)

Richland, County of (SC), Treasury

Richmond, City of (BC)

Richmond, County of (GA), Tax

Ridgeland, City of (MS)

Riverhead, Town of (NY)

Riverside, County of (CA)

Riverside, County of (CA), Treasurer

Roanoke, City of (VA)

Roseville, City of (CA), Fire Department

Rutherford, County of (TN), Trustee

Sacramento, City of (CA)

Sacramento, County of (CA)

Sacramento, County of (CA), Metro Fire

Saginaw, City of (MI)

Salisbury, City of (MD)

San Bernardino, County of (CA), Fire Protection

San Diego, City of (CA)

San Diego, County of (CA)

San Francisco, City of (CA), Department of Public Health

San Francisco, City of (CA), Tax Collector

San Jose, City of (CA)

San Luis Obispo, City of (CA)

San Rafael, City of (CA)

Sandy, City of (UT)

Santa Ana Finance, City of (CA)

Santa Barbara, City of (CA)

Santa Clara, County of (CA)

Santa Rosa, City of (CA)

Saugus, Town of (MA)

Savannah, City of (GA)

Scottsdale, City of (AZ)

Shelby, County of (KY)

Shelby, County of (KY), Occupational
  License Office
Shelby, County of (TN), Trustee
Simpsonville, City of (KY)
Slo, County of (CA), Tax Collector
Snohomish, County of (WA), Treasurer
Somerville, City of (MA)
Sonoma, County of (CA)
Sonoma, County of (CA), Tax Collector
South Dakota, State of, Department of
  Revenue
South Portland, City of (ME)
Southern California Edison Co.
Sparks, City of (NV), Alarm Program
Spartanburg, City of (SC)
Spring Branch Independent School District
  (TX)
Springfield, City of (MO)
Springfield, Township of (PA)
St. Charles, County of (MO)
St. Matthews, City of (KY)
St. Peters, City of (MO)
St. Tammany, Parish of (LA)
Stamford, City of (CT), Tax Collector
Stanislaus, County of (CA)
Sterling Heights, City of (MI)
Stockton, City of (CA)
Summit, County of (UT), Treasurer
Swansea, Town of (CT)
Sweetwater, City of (FL)
Tacoma, City of (WA)
Tallahassee, City of (FL)
Tarrant, County of (TX), Tax
Taylor Central Appraisal District (TX)
Temecula, City of (CA)
Tempe, City of (AZ)
Texas. State of, Comptroller of Public
  Accounts, Woodlands Metro Center
Thousand Oaks, City of (CA)
Tigard, City of (OR)
Tinton Falls, Borough of (NJ)
Tippecanoe, County of (IN), Treasurer
Toledo, City of (OH)
Toledo, CIty of (OH), Fire & Rescue
  Department
Torrance, City of (CA)

Travis, County of (TX), Tax Office
Trinity School District (PA)
Troy, City of (MI)
Trumbull, Town of (CT), Tax Collector
Tucson, City of (AZ)
Tulare, County of (CA), Tax Collector
Tulsa, County of (OK), Treasurer
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL), Tax
United Independent School District (TX),
  Tax Office
United States, Government of the,
  Department of the Treasury
Upper Merion, Township of (PA)
Utah, State of, Department of Agriculture
Utah, State of, State Tax Commission
Vacaville, City of (CA)
Vacaville, City of (CA), Police Alarm
Vancouver, City of (WA)
Vanderburgh, County of (IN), Superior
  Court
Vanderburgh, County of (IN), Treasurer
Vermont, State of, Department of Taxes
Vernon Hills, Village of (IL)
Visalia, City of (CA)
Warren, County of (KY), Sheriff
Warwick, City of (MA)
Warwick, Town of (RI), Police Department
Washington D.C., Office of Tax & Revenue
Washington, County of (MD), Treasurer's
  Office
Washington, County of (MN)
Washington, County of (TN), Trustee
Washington, State of, Employment Security
  Department
Washington, State of, State Employment
  Security Department
Washoe, County of (NV), Treasurer
Waterford, Town of (CT), Tax Collector
Watertown, Town of (MA)
Wauwatosa, City of (WI)
Wayne, Township of (NJ)
Webb, County of (TX), Tax Collector
Weber, County of (UT), Assessor
Wellington, Village of (FL)
West Covina, City of (CA)

West Hartford, Town of (CT)
West Palm Beach, City of (FL)
West Virginia, State of, Secretary of State
Westminster, City of (CA)
Whitehall, Townsip of (PA), Treasurer's
    Office
Wicomico, County of (MD)
Williamson, County of (TX)
Wilson School District (PA)
Wisconsin, State of
Wisconsin, State of, Department of Revenue
Woodbridge Fire Prevention Bureau (NJ)
Woodbury, City of (MN)
Woodbury, Town of (NY)
Wyomissing, Borough of (PA)
Yonkers, City of (NY)

# SCHEDULE 1(r)

## Vendors

1552 Broadway Retail Owner LLC
2.7 August Apparel Inc.
24-7 Intouch Inc.
2810 Newport Centre LLC
3107 Penn Ross JV
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
7607 Woodland Hills Mall
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
Adobe Systems Inc.
Akamai Technologies Inc.
Akay, Malissa
Alorica Inc.
Alvarez & Marsal
Applied Predictive Technologies Inc.
Arden Fair Associates LP
Arden Jewelry Manufacturing Co.
Arnold Willis & Co. Ltd.
Arundel Mills LP
Aventura Mall Venture
Bamboo Rose LLC
Batallure Beauty LLC
Baxter, Tim
Beachwood Place Mall LLC
Bellwether Properties of Massachusetts LP
Bernardo Manufacturing
Bespoke Fashion LLC
Big Brothers Big Sisters of America
Bluecore Inc.
BPR-FF LLC
Braintree Property Associates LP
Brea Mall
Bridgewater Common Mall II LLC
Brierley & Partners Inc.
Brooklyn King Plaza LLC
Camarillo Premium Outlets
CFL Distribution Inc.
Chacon

Cherry Hill Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CMT de la Laguna SA de CV
Commission Junction LLC
CPG Partners LP
Crescent Bahuman Ltd.
CSC Corporate Domains Inc.
Del Amo Fashion Center
Dolphin Mall Associates LP
Experian Marketing Solutions Inc.
Facebook Inc.
Falls Shopping Center Associates, The
Fantas Eyes Inc.
Fashion Centre Mall LLC
Fashion Valley Mall
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Fortune Footwear Inc.
Four State Properties LLC
Franklin Park Mall LLC
Freemall Associates LLC
GardaWorld Security Services
Gerber Technology LLC
GGP LP
Gilroy Premium Outlets
Glendale I Mall Associates LP
Globant LLC
Google Inc.
Granify Inc.
Great Mall at Milpitas, The
Green Hills Mall TRG LLC
Hing Shing Looping Manufacturing Co. Ltd.
Hylant Group Inc., The
JDA Software Inc.
Jebbit Inc.
Jewelry Group, The
JG Elizabeth II LLC
Jordan Creek Town Center LLC
Kenilworth Creations Inc.
Kenwood Mall LLC GGP-TRS LLC
KFM247 Ltd.

King of Prussia Associate
KPMG LLP
L Brands Inc.
Leesburg Corner Premium Outlets
Lehigh Valley Mall LLC
Lenox Square
Lever Style Ltd.
Li & Fung (Trading) Ltd.
LiftLab Analytics Inc.
Linea Pelle
Livermore Premium Outlets
Macerich Vintage Fair Ltd.
Mall at Gurnee Mills LLC
Mall at Potomac Mills LLC
Mall at Summit LLC
Mall In Columbia, The
Manchu Times Fashion Ltd.
MANE Enterprises Inc.
Mayfair Mall LLC
Merkle Inc.
MGF Sourcing US LLC
Microsoft Online Inc.
Millcraft Paper Co., The
Mission & Fields LLC
MOAC Mall Holdings LLC
Monument Consulting LLC
Motives International
Natick Mall LLC
NCR Corp.
Nedap Inc.
NetJets Aviation Inc.
Newtimes Development Ltd.
nOir Jewelry LLC
North Georgia Premium Outlets
NXGN Inc.
Oakbrook Urban Venture LP
Ogletree, Deakins, Nash, Smoak & Stewart
    PC
Ontario Mills LP
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Pacific Buying & Marketing Service Ltd.
Pandera Systems LLC
Pembroke Lakes
Penn Square Mall LLC

Perimeter Mall LLC
Planes Moving & Storage Inc.
Premium Outlet Partners LP
Providence Place
PT Ungaran Sari Garments
Quaker Associates LLC
Queens Center SPE LLC
R. R. Donnelley
Radial Inc.
RCG Global Services Inc.
Resicom Custom Painting & Maintenance
Ricoh USA Inc.
Ridgedale Center LLC
Rimini Street Inc.
Rocksal Mall LLC
Roosevelt Field
Rose Knitting (Asia) Ltd.
Roth Bros. Inc.
S5 Stratos Inc.
Saint Louis Galleria LLC
Salesforce Inc.
Sandy Alexander Inc.
Scandit Inc.
SDG Dadeland Associates Inc.
Shopping Center Associate
Shops At Mission Viejo LLC
Short Hills Associates
Short Pump Town Center LLC
Silver Crest Clothing Pvt. Ltd. - Unit III
Simon Property Group LP
Single Source Apparel Inc.
Sirius Computer Solutions LLC
Skadden, Arps, Slate, Meagher & Flom LLP
South Asia Knitting Factory Ltd.
South Coast Plaza
Southdale Center LLC
SPG Finance II LLC
Standard Black
Star Garments Group Pvt. Ltd.
Stylitics Inc.
Sunland Park Mall LLC
Sunrise Mills (MLP) LP
TAL Global Alliances Ltd.
Tampa Westshore Associates LP
Tanger Properties LP
Taubman Cherry Creek

TB Mall at UTC LLC
Texgroup
TikTok Inc.
Tote Fashion Sourcing Ltd.
Town Center at Boca Raton Trust, The
Towson TC LLC
Tysons Corner Holdings
UpWest LLC
Urban Crown Ltd.
Valley Plaza Mall LP
Valley Stream Green Acres LLC
VaynerMedia LLC
Velocity Apparelz Co. ESC
Verifone Inc.
Visplay Inc.
Viva Knitwear Factory Ltd.
VR Mall LLC
West Camp Press Inc.
West Farms Mall LLC
West Town Mall LLC
Westfield Garden State
Wheatley, Nick
Woodbury Common Premium Outlets
Woodfield Mall LLC
World Textile Sourcing Inc.

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 0302 Battlefield Mall LLC | Alexander A. Taubman | Current |
| 0511 Simon Property Group (TX) | | |
| 1308 Simon Property Group (TX) | | |
| 2105 Simon Property Group LP | | |
| 2307 Simon Property Group LP | | |
| 2810 Newport Centre LLC | | |
| 3632 Mall at Smith Haven | | |
| 4670 Orland LP | | |
| 4674 South Hills Village | | |
| 4693 Shops at St. Johns LLC | | |
| 4825 Simon Property Group LP | | |
| 4832 Simon Property Group LP | | |
| 7607 Woodland Hills Mall | | |
| 9780 Mall at Miami International | | |
| 9862 Coral - CS Ltd. Associates | | |
| Albertville Premium Outlets | | |
| Allen Premium Outlets LP | | |
| Arizona Mills Mall LLC | | |
| Arundel Mills LP | | |
| Aventura Mall Venture | | |
| Avenues Mall LLC | | |
| Bellwether Properties of Massachusetts LP | | |
| Birch Run Outlets II LLC | | |
| Brea Mall | | |
| Camarillo Premium Outlets | | |
| Castleton Square LLC | | |
| Charles Mall Co. LP | | |
| Charlotte Outlets LLC | | |
| Chicago Premium Outlets | | |
| Clinton Crossing Premium Outlets | | |
| Coconut Point Town Center LLC | | |
| Colorado Mills Mall LP | | |
| Columbus Outlets | | |
| Concord Mills Mall | | |
| Country Club Plaza JV LLC | | |
| CPG Partners LP | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Crossings Premium Outlets, The | | |
| Del Amo Fashion Center | | |
| Denver Premium Outlets | | |
| Dolphin Mall Associates LP | | |
| Domain Mall II LLC, The | | |
| Edinburgh Premium Outlets | | |
| Empire Mall LLC | | |
| Falls Shopping Center Associates, The | | |
| Fashion Centre Mall LLC | | |
| Fashion Valley Mall | | |
| Franklin Mills Association LP | | |
| Galleria at Wolfchase LLC | | |
| Gilroy Premium Outlets | | |
| Grand Prairie Outlets LLC | | |
| Grapevine Mills Mall LP | | |
| Great Mall at Milpitas, The | | |
| Green Hills Mall TRG LLC | | |
| Greenwood Park Mall LLC | | |
| Gulfport Factory Shops LP | | |
| Jersey Shore Premium Outlets LLC | | |
| King of Prussia Associate | | |
| Las Vegas North Premium Outlets | | |
| Las Vegas South Outlets LLC | | |
| Lenox Square | | |
| Lighthouse Place Premium Outlets LLC | | |
| Mall at Auburn LLC | | |
| Mall at Briarwood LLC | | |
| Mall at Chestnut Hill LLC | | |
| Mall at Gurnee Mills LLC | | |
| Mall at Katy Mills LP | | |
| Mall at Northshore LLC | | |
| Mall at Potomac Mills LLC | | |
| Mall at Solomon Pond LLC | | |
| Mall at Summit LLC | | |
| Mall at White Oaks LLC | | |
| Mall of Georgia LLC | | |
| Meadowood Mall SPE LLC | | |

2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Norfolk Outlets LLC | | |
| North Georgia Premium Outlets | | |
| Ontario Mills LP | | |
| OPRY Mills Mall LP | | |
| Orlando Outlet Owner LLC | | |
| Orlando Vineland Po LP | | |
| Outlet Village of Hagerstown LP | | |
| Penn Square Mall LLC | | |
| Petaluma Village Premium Outlets | | |
| Philadelphia Premium Outlets LLC | | |
| Plaza Carolina Mall LP | | |
| Pleasant Prairie Premium Outlets LLC | | |
| Roosevelt Field | | |
| Roosevelt Field Mall | | |
| Round Rock Premium Outlets | | |
| SDG Dadeland Associates Inc. | | |
| SDG Fashion Mall LP | | |
| SDQ Fee LLC | | |
| Seattle Premium Outlets | | |
| Shops At Mission Viejo LLC | | |
| Simon Capital GP | | |
| Simon Capital LP | | |
| Simon Property Group | | |
| Simon Property Group (TX) LP | | |
| Simon Property Group LP | | |
| Simon/Clarksburg Development LLC | | |
| St. Louis Premium Outlets LLC | | |
| Tacoma Mall | | |
| Tampa Premium Outlets LLC | | |
| Taubman Auburn Hills | | |
| Taubman Centers Commercial Mortgage Trust 2022-DPM | | |
| Taubman Cherry Creek | | |
| TB Mall at UTC LLC | | |
| TM Partridge Creek Mall | | |
| Town Center at Boca Raton Trust, The | | |
| Treasure Coast- JCP Associates Ltd. | | |

3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Tucson Premium Outlets LLC<br>TVO Mall Owner LLC<br>Twin Cities Outlets Eagan<br>University Park Mall LLC<br>Williamsburg Outlets LLC<br>Woodburn Premium Outlets LLC<br>Woodbury Common Premium Outlets<br>Woodfield Mall LLC | | |
| 24-7 Intouch Inc.<br>Cadillac Fairview Corp. Ltd., The<br>Ontrea Inc.<br><br>Ontrea Inc., Markville<br>Ontrea Inc., Masonville | 24-7 Intouch Holdings, Inc.<br>Ontario Power Generation Inc.<br>Ontario Teachers' Pension Plan Board | Current<br>Current<br>Current |
| AI Altius US Bidco Inc. | Accenture LLP<br>Accenture plc | Current<br>Current |
| Alorica Inc. | AEPF III 34 S.à r.l.<br>Alorica Inc.<br>Apollo Capital Management, L.P.<br>Apollo Global Management, Inc.<br>Apollo Global Real Estate Management LP<br>Apollo Infrastructure Opportunities Fund II LP<br>Apollo Management International LLP<br>Apollo Principal Holdings IX LP<br>Apterra Infrastructure Capital<br>Marc Rowan | Closed<br>Closed<br>Current<br>Current<br>Current<br>Closed<br>Current<br>Closed<br>Closed<br>Closed |
| Alvarez & Marsal | A&M Capital Advisors Europe, LLP<br>A&M Capital Advisors GP, LLC<br>A&M Capital Advisors LLC<br>A&M Capital Advisors LP<br>A&M Capital Europe, SCSp<br>A&M Capital Europe-GP Associates, LP | Closed<br>Closed<br>Closed<br>Current<br>Closed<br>Closed |

4

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | A&M Capital Opportunities Fund, LP | Current |
| | A&M Capital Opportunities-GP Associates, LP | Closed |
| | A&M Capital Partners, LLC | Current |
| | A&M Capital-GP Associates, LP | Closed |
| | A&M Capital-GP Holdings, LP | Closed |
| | A&M Opportunities Fund | Closed |
| | Alvarez & Marsal AMCO Partners Fund, LP | Closed |
| | Alvarez & Marsal Capital LLC | Closed |
| | Alvarez & Marsal Capital, LP | Closed |
| | Alvarez & Marsal Europe LLP | Closed |
| | Alvarez & Marsal Holdings LLC | Closed |
| | Alvarez & Marsal Inc. | Current |
| | Alvarez & Marsal Partners Buyout Fund, LP | Closed |
| | Alvarez & Marsal Partners Europe Buyout Fund, LP | Closed |
| | Alvarez & Marsal Partners Europe Fund, LP | Closed |
| | Alvarez & Marsal Partners Fund, LP | Closed |
| | Alvarez & Marsal Partners Opportunities Fund, LP | Closed |
| | AMCP Staffing Buyer Holdings, Inc. | Current |
| | AMCP Staffing Holdings GP, LLC | Closed |
| | AMCP Staffing Holdings, LP | Current |
| | AMCP Staffing Intermediate Holdings I, LLC | Current |
| | AMCP Staffing Intermediate Holdings II, LLC | Current |
| | AMCP Staffing Intermediate Holdings III, LLC | Current |
| | Barbara Gould | Closed |
| | Edward Simon Middleton | Closed |
| | Joint Administrators for Valaris plc | Closed |
| | Wesley Arthur Edwards | Closed |
| | Wing Sze Tiffany Wong | Closed |

5

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| American International Group Inc. | AIG DECO Fund I LP | Current |
| | AIG DECO Fund II LP | Current |
| Antelope Valley Shop - Lockbox Bridge Group Investments II LLC | Bridge Investment Group | Current |
| Bank of America - Merrill Lynch | Banc of America Securities LLC | Closed |
| Bank of America Corp. | Bank of America Corp. | Current |
| Bank of America NA | Bank of America Securities Ltd. | Closed |
| | Benjamin Klein | Current |
| | BofA Securities Inc. | Current |
| | Merrill Lynch (Asia Pacific) Limited | Closed |
| Barclays Wealth (UK) | Barclays Bank plc | Current |
| | Barclays Capital Inc. | Current |
| | Barclays Securities Inc. | Current |
| Baybrook Mall | Alexander A. Taubman | Current |
| Beachwood Place Mall LLC | Altera Infrastructure L.P. | Current |
| Boulevard Mall SPE LLC | BCP IV RTP Holdings Ltd. | Current |
| Carolina Place | BPR REIT Services LLC | Closed |
| Clackamas Mall LLC | Brookfield Asset Management Inc. | Closed |
| Deerbrook Mall | Brookfield Asset Management, LLC | Current |
| First Colony Mall LLC | Brookfield Business Partners LP | Current |
| GGP Columbia Mall | Brookfield Capital Partners Ltd. | Closed |
| GGP Four Seasons LP | Brookfield Infrastructure Debt Fund II LP | Former |
| GGP Holding II Inc. | Brookfield Private Capital (DIFC) Ltd. | Current |
| GGP LP | Brookfield Properties Development LLC | Closed |
| GGP Maine Mall LLC | Brookfield Renewable Partners LP | Closed |
| GGP Meadows Mall LLC | Brookfield Special Investments LLC | Current |
| GGP Newgate Mall LLC | GFI Energy Group of Oaktree Capital Management | Current |
| GGP Staten Island Mall LLC | Jordon Kruse | Current |
| GGP/Homart II LLC | Matthew Wilson | Current |
| GGP-Grandville LLC | Neal Schore | Closed |
| Governors Square Mall LLC | Oaktree Acquisition Corp. | Closed |
| Lynnhaven Mall LLC | Oaktree Acquisition Corp. II | Former |
| Mall In Columbia, The | Oaktree ATI Investors LP | Current |
| Mall of Louisiana LLC | Oaktree Bidco Ltd. | Current |

6

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Market Place S/C GGPLP | Oaktree Capital Management, L.P. | Current |
| Market Place, The | Oaktree Gardens OLP LLC | Current |
| Mayfair Mall LLC | Oaktree Gardens OLP SPV LP | Current |
| Natick Mall LLC | Oaktree Lending Partners (Unlevered) Corp. | Current |
| Newpark Mall LP | Oaktree Lending Partners Corporation | Current |
| Oaktree Capital Management LP | Oaktree Maritime Finance Holdings XI Ltd. | Closed |
| Oaktree CLO 2021-2 Ltd. | Oaktree Midco Ltd. | Current |
| Oaktree CLO 2022-1 Ltd. | Oaktree Opportunities Fund XI Feeder (Cayman) LP | Current |
| Oaktree CLO 2022-2 Ltd. | Oaktree Power Opportunities Fund IV (Parallel) LP | Current |
| Oaktree CLO 2022-3 Ltd. | Oaktree Power Opportunities Fund IV LP | Current |
| Oaktree CLO 2023-1 Ltd. | Oaktree Special Situations Fund | Current |
| Oaktree CLO 2023-2 Ltd. | Oaktree Specialty Lending Corporation | Current |
| Oglethorpe Mall | Oaktree Strategic Credit Fund | Current |
| Paramus Park Shopping Center | Oaktree Topco Ltd. | Current |
| Parks at Arlington, The | Ronald N. Beck | Current |
| Pembroke Lakes | | |
| Perimeter Mall LLC | | |
| Plaza Frontenac Acquisition LLC | | |
| Providence Place | | |
| Ridgedale Center LLC | | |
| RSE Independence LLC | | |
| Saint Louis Galleria LLC | | |
| Shoppes at River Crossing | | |
| Short Pump Town Center LLC | | |
| Tucson Mall LLC | | |
| WFP Retail Co. LP | | |
| Woodlands Mall Associates LLC, The | | |
| Big Brothers Big Sisters of America | Big Brothers Big Sisters of Greater Los Angeles | Current |
| BlackRock Advisors LLC | BlackRock, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BlackRock Investment Management (UK) Limited | Closed |
| | Mark B. Florian | Current |
| | Pam Chan | Current |
| | Patrick C. Eilers | Current |
| Boynton Beach Mall LLC<br>Brunswick Square Mall LLC<br>Clay Terrace Partners LLC<br>Edison Mall<br>Mall at Cottonwood LLC<br>Mall at Great Lakes LLC<br>Mall at Irving LLC<br>Mall at Jefferson Valley LLC<br>Melbourne Square LLC<br>NE Gateway Mall Propco LLC<br>Outlet Collection, The<br>Pearlridge Center Association<br>PFP Columbus II LLC<br>Southern Park Mall LLC<br>Town Center at Aurora LLC<br>Waterford Lakes Town Center LLC | Washington Prime Group Inc. | Former |
| Chicago, City of (IL) | Chicago, City of (IL), Board of Education | |
| Chubb Insurance Co. of Puerto Rico Chubb Ltd. | Chubb Bermuda Insurance Ltd. | Current |
| Citadel Advisors LLC | Citadel Americas LLC | Current |
| | Citadel Enterprise Americas LLC | Closed |
| | Citadel Insurance Managers, Inc. | Current |
| | Citadel LLC | Current |
| | Citadel Securities LLC | Closed |
| | GFS LLC | Current |
| Citigroup Inc. | Andrew Morton | Current |
| | Citigroup Global Markets Asia Ltd. | Closed |
| | Citigroup Global Markets Europe AG | Closed |
| | Citigroup Global Markets Inc. | Current |
| | Citigroup Inc. | Current |
| Commission Junction LLC | Lion Re: Sources, Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| CVS Caremark | Oak Street Health, LLC | Current |
| Dallas, County of (TX), Tax | Dallas, County of (TX), Office of the District Attorney | Current |
| Facebook Inc. | Facebook Operations LLC | Current |
|  | Facebook Technologies LLC | Current |
|  | Meta Platforms, Inc. | Current |
| Federated MDTA LLC | Federated Hermes Funds, Independent Trustees | Current |
| Fidelity Extended Market Index Fund<br>Fidelity Series Total Market Index Fund<br>Fidelity Total Market Index Fund | Fidelity Investments | Current |
| First Eagle Alternative Credit LLC | BCP VII SBS Holdings LLC | Current |
|  | BEP II SBS Holdings LLC | Current |
|  | Blackstone Advisors India Pvt. Ltd. | Current |
|  | Blackstone Alternative Credit Advisors LP | Current |
|  | Blackstone Asia | Current |
|  | Blackstone Capital Partners VII LP | Current |
|  | Blackstone Capital Partners VII NQ LP | Current |
|  | Blackstone Energy Family Investment Partnership II ESC NQ LP | Current |
|  | Blackstone Energy Family Investment Partnership II SMD LP | Current |
|  | Blackstone Energy Partners II F NQ LP | Current |
|  | Blackstone Energy Partners II LP | Current |
|  | Blackstone Energy Partners II NQ LP | Current |
|  | Blackstone Europe LLP | Current |
|  | Blackstone Family Investment Partnership VII ESC NQ LP | Current |
|  | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Closed |

9

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Closed |
| | Blackstone Group International Partners LLP, The | Closed |
| | Blackstone Growth LP | Former |
| | Blackstone Inc. | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone Infrastructure Partners LP | Current |
| | Blackstone Life Sciences Advisors LLC | Former |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Current |
| | Blackstone Property Partners Europe Holdings SARL | Current |
| | Blackstone Property Partners LP | Current |
| | Blackstone Real Estate Advisors | Closed |
| | Blackstone Real Estate Advisors LP | Closed |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Closed |
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Closed |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Closed |
| | Blackstone Real Estate Income Trust Inc. | Current |
| | Blackstone Real Estate Investment Trust | Former |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Closed |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Closed |
| | Blackstone Real Estate Partners Europe VII | Current |
| | Blackstone Singapore Pte. Ltd. | Former |

10

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Strategic Capital Holdings LP | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Strategic Partners | Closed |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | Blackstone Tactical Opportunities Fund LP | Former |
| | BPP Parker Towers Property Owner LLC | Current |
| | BRE Atlas Property Owner LLC | Current |
| | BRE Newton Hotels Property Owner LLC | Current |
| | BRE Polygon Property Owner LLC | Current |
| | BRE SH Brisbane Owner LLC | Current |
| | BRE SSP Property Owner LLC | Current |
| | BRE SSP Thousand Oaks LLC | Current |
| | BX CQP Target Holdco LLC | Current |
| | Clarus Ventures LLC | Former |
| | David I. Foley | Current |
| | First Eagle Alternative Credit LLC | Current |
| | Independent Directors of First Eagle Global Opportunities Fund | Current |
| | Khan, Bilal | Current |
| | Prakash A. Melwani | Former |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Inc. | Current |
| | Vikram Suresh | Former |
| Florida Gulf Power Co.<br><br>Florida Power & Light | NextEra Energy Capital Holdings Inc. | Closed |
| | NextEra Energy Constructors LLC | Closed |
| | NextEra Energy Inc. | Closed |
| | NextEra Energy Marketing LLC | Closed |
| | NextEra Energy Operating Services LLC | Closed |
| | NextEra Energy Project Management LLC | Closed |
| | NextEra Energy Resources, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | NextEra Energy Transmission Asset Acquisition Holdings LLC | Closed |
| | NextEra Energy Transmission LLC | Closed |
| | NextEra Energy Transmission Southwest LLC | Closed |
| | NextEra Energy, Inc. | Closed |
| | NextEra Grid Holdings LLC | Closed |
| FSC Securities Corp. | AG Artemis Holdings, LP | Current |
| Ladenburg Thalmann & Co. Inc. | Ladenburg Thalmann & Co. Inc. | Current |
| GardaWorld Security Services | BC Partners | Current |
| Google Inc. | Intersection Holdings, LLC | Closed |
| | Waymo LLC | Current |
| Granify Inc. | Bazaarvoice, Inc. | Current |
| | Thomas H. Lee Partners | Current |
| Invesco Capital Management LLC | Invesco Hong Kong Ltd. | Closed |
| Invesco FTSE RAFI US 1500 Small-Mid ETF | Invesco International Partnership Fund VI LP | Closed |
| | Invesco Private Capital, Inc. | Current |
| | Invesco Senior Secured Management, Inc. | Closed |
| | Invesco U.S. Private Equity Partnership Fund VI LP | Closed |
| | Invesco U.S. Venture Partnership Fund VI LP | Closed |
| JDA Software Inc. | Blue Yonder, Inc. | Current |
| Jebbit Inc. | Jebbit, Inc. | Current |
| Joele Frank | Meaghan A. Repko | Former |
| JP Morgan Securities LLC | Andrew Cohen | Closed |
| JP Morgan Securities plc | Highbridge Capital Management, LLC | Current |
| Ontario Mills LP | J.P. Morgan AG | Closed |
| | J.P. Morgan Investment Management Inc. | Current |
| | J.P. Morgan Securities Asia Pacific Limited | Current |
| | J.P. Morgan Securities LLC | Current |
| | J.P. Morgan Securities plc | Closed |
| | JP Morgan Asset Management | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | JP Morgan Securities (Asia Pacific) Ltd. | Closed |
| | JP Morgan Securities (Far East) Ltd. | Closed |
| | JPMorgan Asset Management (Europe) SARL | Current |
| | JPMorgan Asset Management (UK) Ltd. | Current |
| | JPMorgan Chase & Co. | Closed |
| | JPMorgan Chase Bank NA | Former |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Infrastructure Investments Fund | Current |
| | JPMorgan Securities LLC | Closed |
| | Kerwin Clayton | Former |
| KPMG International Ltd. | KPMG (HK) | Current |
| KPMG LLP | KPMG Auditores, S.L. | Closed |
| | KPMG International Ltd. | Closed |
| | KPMG International Services Ltd. | Closed |
| | KPMG Law Firm | Former |
| | KPMG LLP | Former |
| | KPMG LLP (Canada) | Current |
| | KPMG LLP (Singapore) | Current |
| Lasalle Property Fund REIT Inc. | Jones Lang LaSalle Americas Inc. | Current |
| Partners Mall Abilene LLC | Jones Lang LaSalle Income Property Trust | Closed |
| Woodbridge Center Inc. | Jones Lang LaSalle, Inc. | Closed |
| | LaSalle Investment Management | Current |
| | LaSalle Investment Management / Jones Lang LaSalle Group | Current |
| | LaSalle Property Fund | Current |
| Li & Fung (Trading) Ltd. | Alan D. Yang | Current |
| | Daniel J. Ward | Current |
| | Fung Retailing Limited | Closed |

13

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | GCP SecureSpace Development Partners LP | Current |
| | GLP Capital Partners Holdings 2 Limited | Current |
| | GLP Capital Partners LP | Current |
| | GLP Capital Partners Ltd. | Current |
| | GLP China Holdings Ltd. | Current |
| | GLP CP Aggregator LP | Current |
| | GLP Lava (Czech Republic) SRO | Current |
| | GLP Lilac (Czech Republic) SRO | Current |
| | GLP Lime (Czech Republic) SRO | Current |
| | GLP Maritime GP SP Zoo Adonia Spk | Current |
| | GLP Pte. Ltd. | Current |
| | GLP Senec 1 (Slovakia) SRO | Current |
| | GLP Senec 2 (Slovakia) SRO | Current |
| | GLP Senec 3 (Slovakia) SRO | Current |
| | GLP Senec 5 (Slovakia) SRO | Current |
| | GLP Senec 6 (Slovakia) SRO | Current |
| | GLP Senec 7 (Slovakia) SRO | Current |
| | GLP US Management Holdings II LLC | Closed |
| | GLP US Management LLC | Closed |
| | Golden Lincoln Holdings II Ltd. | Closed |
| | Li & Fung Limited | Current |
| | Michelle Li | Former |
| | NRL Investment Holdings Pte. Ltd. | Current |
| | Peter O. Kane | Current |
| | Steven Crowe | Current |
| | Zhuhai Hidden Hill Capital Equity Management Ltd. | Current |
| Merkle Inc. | Dentsu Group Inc. | Current |
| MGF Sourcing US LLC | MGF Sourcing Holdings, Limited | Current |
| | MGF Sourcing US LLC | Current |
| | Stefan Kaluzny | Current |
| | Sycamore Partners A LP | Current |
| | Sycamore Partners Associates Co-Invest LP | Current |

14

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Sycamore Partners Associates Investments LP | Current |
| | Sycamore Partners Associates LP | Current |
| | Sycamore Partners Associates-C LP | Current |
| | Sycamore Partners Co-Invest LLC | Current |
| | Sycamore Partners II LP | Current |
| | Sycamore Partners III LP | Current |
| | Sycamore Partners LP | Current |
| | Sycamore Partners Management LP | Current |
| | Sycamore Partners Torrid LLC | Current |
| Millennium Management LLC | Millennium Capital Partners LLP | Closed |
| | Millennium Management LLC | Current |
| Minnesota, State of, Department of Revenue | Minnesota Department of Human Rights | Current |
| | Minnesota, State of, Office of the Attorney General | Current |
| Moelis & Co. | Atlas Crest Investment Corp. | Closed |
| | MA Investment Management Pty Ltd. | Closed |
| | Moelis & Company | Current |
| Monument Consulting LLC | Leonard Green & Partners LP | Current |
| Monument Consulting LLC | Bentall GreenOak Strategic Capital Partners LLC | Closed |
| | Crescent Capital Group, LP | Current |
| | SLC Management | Current |
| Morgan Stanley & Co. International plc | Morgan Stanley | Current |
| Morgan Stanley & Co. LLC | Morgan Stanley & Co. | Current |
| Morgan Stanley Smith Barney Holdings LLC | Morgan Stanley & Co. LLC | Closed |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Infrastructure Partners | Current |
| | Morgan Stanley Investment Management Limited | Closed |
| | Morgan Stanley Real Estate Investing | Closed |
| Muniservices LLC | Arlington Capital Partners | Current |

15

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Jeffrey H. Freed | Former |
| | Matthew L. Altman | Current |
| | Michael H. Lustbader | Former |
| | Peter M. Manos | Former |
| NetJets Aviation Inc. | Berkshire Hathaway Inc. | Current |
| | BHE Renewables LLC | Current |
| | BHER Power Resources Inc. | Current |
| | BNSF Railway | Closed |
| | Brilliant National Services, Inc. | Current |
| | FlightSafety International Inc. | Closed |
| | HomeServices of America, Inc. | Current |
| | PPW Holdings LLC | Current |
| Northern Trust Investments Inc. | 50 South Capital Advisors, LLC | Current |
| | Northern Trust Fiduciary (Guernsey) Limited | Current |
| | Northern Trust Fiduciary Services (Guernsey) Ltd. | Current |
| Oklahoma, State of, Office of the Ohio Attorney General | Oklahoma Tax Commission | Closed |
| Optum Bank Inc. | UnitedHealth Group Employee Benefits Plan Investment Committee and Members | Current |
| United Healthcare Services Inc. | UnitedHealth Group Inc, Board of Directors | Current |
| | UnitedHealth Group, Inc. | Current |
| | USHealth Group, Inc. | Current |
| Pacific Gas & Electric Co. | Pacific Gas and Electric Company | Former |
| Parametric Portfolio Associates | Eaton Vance Funds, Independent Trustees | Current |
| PGIM Inc. Prudential | PGIM Luxembourg SA | Current |
| PNC Advisors | PNC Bank NA | Current |
| | SP Capital Partners LLC | Closed |
| | The PNC Financial Services Group, Inc. | Current |
| PPR Washington Square LLC | Canyon Capital Advisors LLC | Current |
| | Canyon Partners LLC | Current |

16

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | ICE Canyon LLC | Closed |
| PricewaterhouseCoopers International Ltd. | PricewaterhouseCoopers LLP | Current |
| | PricewaterhouseCoopers LLP Ontario | Closed |
| | David Jonas | Current |
| RBC Capital Markets LLC | BlueBay Asset Management Services Ltd. | Current |
| | RBC Capital Markets Corporation | Closed |
| | RBC Wealth Management | Current |
| RCG Global Services Inc. | Frontenac Company LLC | Current |
| Redondo Beach, City of (CA) | City of Redondo Beach | Closed |
| Renaissance Technologies LLC | Renaissance Technologies Holdings Corp. | Current |
| | Renaissance Technologies LLC | Current |
| ReStore Capital LLC | Hilco Monarch Investments VI LLC | Current |
| | Hilco Redevelopment Holdings LLC | Current |
| | Hilco Redevelopment, LLC | Current |
| | Hilco Trading LLC | Current |
| Robinhood | Robinhood Crypto LLC | Current |
| | Robinhood Markets, Inc. | Current |
| Roth Bros. Inc. | Sodexo S.A. | Current |
| RREEF American Reit II Corp. | Deutsche Bank & Trust Co. | Closed |
| | Deutsche Bank AG | Current |
| | Deutsche Bank AG, New York Branch | Closed |
| | Deutsche Bank Americas Holding Corp. | Closed |
| | Deutsche Bank Securities Inc. | Former |
| | DWS Group GmbH & Co. KGaA | Current |
| | RREEF America LLC | Current |
| Securian Life Insurance Co. | Securian Financial Group, Inc. | Current |
| Shops at Summerlin North LP, The | Howard Hughes Corporation, The | Current |
| | Special Committee of the Board of Directors of Howard Hughes Holdings Inc. | Current |
| Sirius Computer Solutions LLC | CDW Corporation | Current |

KE 14796018

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | CDW LLC | Current |
| | SCS Holdings I Inc. | Closed |
| | Sirius Computer Solutions Holdco, L.P. | Current |
| Starr Insurance Cos. | C. V. Starr & Co., Inc. | Current |
| | Starr Principal Holdings, LLC | Closed |
| Stylitics Inc. | Circana, Inc. | Closed |
| | Hellman & Friedman LLC | Current |
| | Stephen H. Ensley | Former |
| TikTok Inc. | ByteDance (HK) Limited | Closed |
| TM Wellington Green Mall | Starwood Capital Group Global, L.P. | Current |
| Travelers Insurance Travelers Lead | The Travelers Companies, Inc. | Closed |
| United States, Government of the, Department of the Treasury | Konstantina Diamantopoulos | Former |
| Universal Music Group NV | Universal Music Group NV | Current |
| Utah, State of, Department of Agriculture Utah, State of, State Tax Commission | Utah Solicitor General | Closed |
| Vanguard Balanced Index Fund Vanguard Extended Market Index Fund Vanguard Group Inc. Vanguard Institutional Total Stock Market Index Fund Vanguard Total Stock Market Index Fund Vanguard US Equity Index Fund | The Vanguard Group | Closed |
| Verifone Inc. | Francisco Partners Consulting LLC | Current |
| | Francisco Partners GP Splitter, LLC | Closed |
| | Francisco Partners II (Cayman) L.P. | Closed |
| | Francisco Partners II LP | Closed |
| | Francisco Partners III (Cayman), L.P. | Closed |
| | Francisco Partners III (Domestic AIV) Feeder, LLC | Closed |

18

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Francisco Partners III (Domestic AIV), L.P. | Closed |
| | Francisco Partners III LP | Closed |
| | Francisco Partners IV LP | Closed |
| | Francisco Partners IV-A LP | Closed |
| | Francisco Partners Management LP | Closed |
| | Francisco Partners Management, L.P. | Current |
| | Francisco Partners Parallel Fund II L.P. | Closed |
| | Francisco Partners Parallel Fund III (Cayman), L.P. | Closed |
| | Francisco Partners Parallel Fund III, L.P. | Closed |
| | Verifone Systems, Inc. | Current |
| Verifone Inc. | British Columbia Investment Management Corp. | Current |
| | QuadReal Property Group Limited Partnership | Current |
| | Verifone Systems, Inc. | Current |
| VSP Global Inc. | Vision Service Plan | Current |
| Wells Fargo Advisors Financial Network LLC | Jon Kossow | Former |
| Wells Fargo Bank | Norwest Equity Partners | Current |
| Wells Fargo Bank NA | Norwest Equity Partners IX LP | Current |
| Wells Fargo Commercial Mortgage Trust 2022-JS2 | Norwest Equity Partners X LP | Current |
| Wells Fargo Commercial Mortgage Trust 2022-ONL | Norwest Equity Partners XI LP | Current |
| Wells Fargo Mortgage Backed Securities 2022-1 | Norwest Equity Partners XI-A LP | Current |
| Wells Fargo Mortgage Backed Securities 2022-2 Trust | Norwest Mezzanine Partners III LP | Current |
| Wells Fargo Mortgage Backed Securities 2022-INV1 Trust | Norwest Mezzanine Partners IV - Debt LP | Current |
| Wells Fargo Securities LLC | Norwest Mezzanine Partners IV - Equity LP | Current |
| WF Card Issuance Trust | Norwest Mezzanine Partners V LP | Current |

19

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Norwest Mezzanine Partners V-A LP | Current |
| | Wells Fargo Asset Management (International) Limited | Current |
| | Wells Fargo Asset Management Luxembourg S.A. | Current |
| | Wells Fargo Bank, N.A. | Current |
| | Wells Fargo Securities LLC | Current |
| WHP Global LLC | WH Buyer, LLC | Current |
| | Yehuda Shmidman | Current |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |

KE 14796018