# EXHIBIT B

**Pacitti Declaration**

10936959.v4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| EXPRESS, INC., *et al.*,[7] | ) |
|  | ) Case No. 24-10831 (KBO) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**DECLARATION OF DOMENIC E. PACITTI IN SUPPORT OF THE
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF KLEHR HARRISON
HARVEY BRANZBURG LLP AS CO-COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

I, Domenic E. Pacitti, being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the law firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison").[8] I am familiar with the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of Delaware, and I have been admitted to practice in the United States District Court for the District of Delaware.

2.      I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the*

---

[7]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[8]    Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

1

*Petition Date* (the "<u>Application</u>").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

<u>**KLEHR HARRISON'S QUALIFICATIONS**</u>

3.      The Debtors seek to retain Klehr Harrison because of Klehr Harrison's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

4.      Klehr Harrison has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others, the following recent cases: *PGX Holdings, Inc.*, Case No. 23-10718 (CTG) (Bankr. D. Del. June 4, 2023); *Performance Powersports Group Investor, LLC*, Case No. 23-10047 (LSS) (Bankr. D. Del. Jan. 16, 2023); *Gold Standard Baking, LLC*, Case No. 22-10559 (JKS) (Bankr. D. Del. June 22, 2022); *A and A Shareholding Co., LLC*, Case No. 21-10917 (CTG) (Bankr. D. Del. Sept. 22, 2021); *APC Automotive Technologies Intermediate Holdings, LLC*, Case No. 20-11466 (CSS) (Bankr. D. Del. June 3, 2020); *Sustainable Restaurant Holdings, Inc.*, Case No. 20-11087 (JTD) (Bankr. D. Del. May 12, 2020); *BL Restaurants Holding, LLC,* Case No. 20-10156 (MFW) (Bankr. D. Del. Jan. 27, 2020); *In re Clover Technologies Group, LLC,* Case No. 19-12680 (KBO) (Bankr. D. Del. Dec. 16, 2019); *In re Anna Holdings LLC*, Case No. 19-12551 (CSS) (Bankr. D. Del. Dec. 1, 2019); *In re Charming Charlie Holdings Inc.*, Case No. 19-11534 (CSS) (Bankr. D. Del. July 11, 2019); *In re RUI Holding Corp.,* Case No. 19-11509 (JTD) (Bankr. Del. July 7, 2019); and *In re 1515-GEEnergy Holding Co. LLC, et al.*, No. 19-10303 (LSS) (Bankr. D. Del. February 14, 2019).[9]

---

[9]    Because of the voluminous nature of the orders cited herein, they are not attached to this Declaration, Copies of these orders are available upon request to Debtors' proposed counsel.

5.      In preparing for its representation of the Debtors in these chapter 11 cases, Klehr Harrison has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases. I believe that Klehr Harrison is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### SERVICES TO BE PROVIDED

6.      Subject to further order of the Court, and consistent with the Engagement Letter, the Debtors request the retention and employment of Klehr Harrison to render the following legal services, among others, as directed by the Debtors and in support of K&E and on discreet matters assigned directly to Klehr Harrison by the Debtors and K&E:

(a)     providing legal advice regarding the Local Rules, practices, precedent, regulations, and procedures and providing substantive and strategic advice on how to accomplish the Debtor's goals in connection with the prosecution of these cases, bearing in mind that the Court relies on co-counsel such as Klehr Harrison to be involved in all aspects of each bankruptcy proceeding;

(b)     appearing in Court, depositions, and at any meeting with the United States Trustee for the District of Delaware (the "U.S. Trustee") and any meeting of creditors at any given time on behalf of the Debtors as their co-counsel;

(c)     attending meetings and negotiating with representatives of creditors and other parties in interest, in its capacity as co-counsel with K&E;

(d)     reviewing, commenting and/or preparing drafts of documents and discovery materials, and ensuring compliance with the Local Rules, to be filed with the Court as co-counsel to the Debtors and/or served on parties or third parties in these chapter 11 cases;

(e)     advising and assisting the Debtors with respect to the reporting requirements of the U.S. Trustee;

(f)     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in

which the Debtors are involved, including objections to claims filed against the Debtors' estates;

(g)    performing various services in connection with the administration of these cases, including, without limitation, (i) preparing certificates of no objection, certifications of counsel, notices of fee applications and hearings, agendas, and hearing binders of documents and pleadings, (ii) monitoring the docket for filings and coordinating with K&E on pending matters that need responses, (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates and other matters and the deadlines associated with the same, (iv) generally prepare and/or assist in preparation, and file on behalf of the Debtors all necessary motions, notices, applications, answers, orders, reports and papers in support of positions taken by the Debtors, and (v) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these cases and coordinating with K&E on any necessary responses;

(h)    performing various services in which it is determined that K&E may have a conflict in handling on behalf of the Debtors; and

(i)    performing all other services assigned by the Debtors, in consultation with K&E, to Klehr Harrison as co-counsel to the Debtors, and to the extent that Klehr Harrison determines that such services fall outside of the scope of services historically or generally performed by Klehr Harrison as co-counsel in a bankruptcy proceeding, Klehr Harrison will file a supplemental declaration.

## **PROFESSIONAL COMPENSATION**

7.    Klehr Harrison intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Klehr Harrison will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Klehr Harrison uses in other debtor representations and are comparable to the hourly rates and corresponding rate structure that Klehr Harrison uses for complex corporate, securities, and

litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

8.      Klehr Harrison's current hourly rates for matters related to these chapter 11 cases range as follows:

| Billing Category | Range of Hourly Rates |
|---|---|
| Partners | $550.00 to $1,100.00 |
| Counsel | $475.00 to $605.00 |
| Associates | $360.00 to $560.00 |
| Paralegals | $305.00 to $375.00 |

9.      Klehr Harrison's hourly rates are set at a level designed to compensate Klehr Harrison fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[10]

10.     Klehr Harrison represented the Debtors during the month before the Petition Date, using the hourly rate effective January 1, 2024. Commensurate with the annual rate increases of Klehr Harrison, effective January 1, 2024 Klehr Harrison represented the Debtors using the rates listed above. Moreover, these hourly rates are consistent with the rates that Klehr Harrison charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

11.     Consistent with the Engagement Letter, it is Klehr Harrison's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Klehr Harrison's policy to charge its clients only the amount actually incurred by

---

[10]     As set forth in the Order, Klehr Harrison will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

Klehr Harrison in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

12.    To ensure compliance with all applicable deadlines in these chapter 11 cases, Klehr Harrison utilizes the services of overtime secretaries. Klehr Harrison charges fees for these services pursuant to the Engagement Letter between Klehr Harrison and the Debtors, which permits Klehr Harrison to bill the Debtors for overtime secretarial charges that arise out of business necessity. In addition, Klehr Harrison professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

13.    Klehr Harrison currently charges its clients $0.15 per page for standard duplication services.  Notwithstanding the foregoing and consistent with the Local Rules, Klehr Harrison will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases. Klehr Harrison does not charge its clients for incoming facsimile transmissions. Klehr Harrison has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost-effective than using traditional (non-computer-assisted legal research) techniques.

**COMPENSATION RECEIVED BY KLEHR HARRISON FROM THE DEBTORS**

14.    In connection with these cases, the Debtors paid classic retainers to Klehr Harrison as follows: $150,000.00 on April 5, 2024 and $30,000.00 on April 19, 2024 which, as stated in the Engagement Letter, constituted a "classic retainer" as defined *In re Production Associates, Ltd.,* 264 B.R. 180, 184-85 (Bankr. N.D. Ill. 2001), and *In re McDonald Bros. Construction, Inc.,* 114 B.R. 989, 997-99 (Bankr. N.D. Ill. 1990). As stated in the Engagement Letter, the classic retainers are property of Klehr Harrison, are not held in a separate account, and were earned upon receipt, and, consequently, Klehr Harrison placed the amounts into its general cash account. The amounts

Klehr Harrison has invoiced the Debtors against the classic retainer for professional services and for the reimbursement of reasonable and necessary expenses incurred in connection therewith are set forth below.

15.     During the 90-day period before the Petition Date, Klehr Harrison invoiced the Debtors, the Debtors paid, and Klehr Harrison applied, the following amounts for fees and expenses in connection with preparation for and filing of these chapter 11 cases:

| Date | Invoice | Period | Fees Billed | Disb. Billed | Total Billed | Amounts Received | Amounts Applied | Balance of Retainer |
|---|---|---|---|---|---|---|---|---|
| 04 /05/2024 | | | | | | $150,000.00 | | $150,000.00 |
| 04/19/2024 | | | | | | $30,000.00 | | $180,000.00 |
| 04/19/2024 | 508137 | 03/27/2024-04/19/2024 | $45,230.00 | $0.00 | $45,230.00 | | $45,230.00 | $134,770.00 |
| 04/22/2024 | 508138 | 04/20 /2024-04/22/2024 | $13,567.00 | $20,856.00 | $34,423.00 | | $34,423.00 | $100,347.00 |
| TOTALS | | | $58,797.00 | $20,856.00 | $79,653.00 | $180,000.00 | $79,653.00 | $100,347.00 |

16.     As of the Petition Date, the Debtors did not owe Klehr Harrison any amounts for legal services rendered before the Petition Date. Although certain expenses and fees may have been incurred, but not yet applied to Klehr Harrison's retainers, Klehr Harrison's total retainers always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

17.     Pursuant to Bankruptcy Rule 2016(b), Klehr Harrison has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Klehr Harrison or (b) any compensation another person or party has received or may receive.

### STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

18.     Klehr Harrison shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 328, 330, and 331 of the Bankruptcy Code (as applicable) and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders

of the Court. Klehr Harrison also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases,* effective As of November 1, 2013 (the "Large Case UST Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by Klehr Harrison in these chapter 11 cases.

## ATTORNEY STATEMENT PURSUANT TO REVISED UST GUIDELINES

19. The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Large Case UST Guidelines:

**Question**: Did Klehr Harrison agree to any variations from, or alternatives to, Klehr Harrison's standard billing arrangements for this engagement?

> **Answer**: No. Klehr Harrison and the Debtors have not agreed to any variations from, or alternatives to, Klehr Harrison's standard billing arrangements for this engagement. The rate structure provided by Klehr Harrison is appropriate and is not significantly different from (a) the rates that Klehr Harrison charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

**Question**: Do any of the Klehr Harrison professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

> **Answer**: No. The hourly rates used by Klehr Harrison in representing the Debtors are consistent with the rates that Klehr Harrison charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

**Question**: If Klehr Harrison has represented the Debtors in the 12 months prepetition, disclose Klehr Harrison's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Klehr Harrison's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

> **Answer**: Klehr Harrison represented the Debtors during the three-month period before the Petition Date using the hourly rates effective January 1, 2023. Commensurate with the annual rate

increases of Klehr Harrison, effective January 1, 2023 Klehr Harrison represented the Debtors using the rates listed below:

| Billing Category | Range of Hourly Rates |
|---|---|
| Partners | $550.00 to $1,100.00 |
| Counsel | $475.00 to $605.00 |
| Associates | $360.00 to $560.00 |
| Paralegals | $305.00 to $375.00 |

**Question**: Have the Debtors approved Klehr Harrison's budget and staffing plan, and, if so, for what budget period?

> **Answer**: Yes, as reflected in the budget attached as attached as <u>Exhibit 1</u> to the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 85].

20.     Klehr Harrison will seek to fulfill its role as co-counsel to the Debtors in the manner that is expected of all counsel practicing before the Courts of the State of Delaware and the federal courts in the District of Delaware, including the United States Bankruptcy Court for the District of Delaware.

## KLEHR HARRISON'S DISINTERESTEDNESS

21.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Klehr Harrison undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Klehr Harrison obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto. Klehr Harrison has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto. To the

extent that I have been able to ascertain that Klehr Harrison has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.    Klehr Harrison and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Klehr Harrison has searched on its electronic database for its connection to the entities listed on **Schedule 1**[11]attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Klehr Harrison will update this Declaration as necessary and when Klehr Harrison becomes aware of additional material information.

23.    To the best of my knowledge, (a) Klehr Harrison is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Klehr Harrison has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

24.    Listed on **Schedule 2** to this Declaration are the results of Klehr Harrison's conflicts searches of the above-listed entities.[12] For the avoidance of doubt, Klehr Harrison will not

---

[11]    Klehr Harrison's inclusion of parties in the following Schedules is solely to illustrate Klehr Harrison's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

[12]    As referenced in **Schedule 2**, the term "current client" means a client to whom time was posted in the 12 months preceding the Petition Date. As referenced in **Schedule 2**, the term "former client" means a client to whom time was posted between 12 and 24 months preceding the Petition Date. As referenced in **Schedule 2** the term "closed client" means a client to whom time was posted in the 24 months preceding the Petition Date, but for which the client representation has been closed. As a general matter, Klehr Harrison discloses connections with former

commence a cause of action in these chapter 11 cases against the parties listed on **Schedule 2** that are current or ongoing clients of Klehr Harrison (including parties listed under the "Specific Disclosures" section of this Declaration) unless Klehr Harrison has an applicable waiver on file or first receives a waiver from such party allowing Klehr Harrison to commence such an action. To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by conflicts counsel.

25.    Of the current clients listed on **Schedule 2**, none represented more than four percent of Klehr Harrison's fee receipts for the twelve-month period ending on January 1, 2023.

26.    Klehr Harrison's conflicts search of the parties in interest listed on **Schedule 1** (that Klehr Harrison was able to locate using its reasonable efforts) reveals, to the best of Klehr Harrison's knowledge, that those Klehr Harrison attorneys and paraprofessionals who previously worked at other law firms that represented certain potential parties in interest in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Klehr Harrison.

27.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Klehr Harrison, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

---

clients or closed clients for whom time was posted in the last 24 months but does not disclose connections if time was billed more than 24 months before the Petition Date.

28.    Klehr Harrison will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Klehr Harrison will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

29.    Generally, it is Klehr Harrison's policy to disclose clients in the capacity that they first appear in a conflicts search. For example, if a client already has been disclosed in this Declaration in one capacity (*e.g.,* a customer), and the client appears in a subsequent conflicts search in a different capacity (*e.g.,* a vendor), Klehr Harrison does not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

30.    From time to time, Klehr Harrison has referred work to other professionals to be retained in these chapter 11 cases. Likewise, certain such professionals have referred work to Klehr Harrison.

31.    Certain insurance companies pay the legal bills of Klehr Harrison clients. Some of these insurance companies may be involved in these chapter 11 cases. None of these insurance companies, however, are Klehr Harrison clients as a result of the fact that they pay legal fees on behalf of Klehr Harrison clients.

## <u>DISCLOSURES</u>

32.    As specifically set forth in the attached **<u>Schedule 2</u>**, Klehr Harrison may represent certain of the Debtors' creditors, equity security holders, or other parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases. None of the representations described herein are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Klehr Harrison is not disqualified from acting as counsel to the

Independent Director merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters wholly unrelated to these chapter 11 cases.

## **AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS**

33.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Klehr Harrison is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Klehr Harrison has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 16, 2024                                         Respectfully submitted,

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti, Partner
Klehr Harrison Harvey Branzburg LLP

10936959.v4

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors and Non-Debtor Affiliates |
| 1(b) | Directors and Officers |
| 1(c) | Equity Holders |
| 1(d) | Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware |
| 1(e) | Banks, Lenders, Lien Parties, and Administrative Agents |
| 1(f) | Benefit Providers |
| 1(g) | Debtor Professionals |
| 1(h) | Equipment Lessors |
| 1(i) | Insurers |
| 1(j) | JV Partner |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | Official Committee Professionals |
| 1(n) | Potential M&A Counterparties |
| 1(o) | Staffing Agencies |
| 1(p) | Surety |
| 1(q) | Taxing Authorities |
| 1(r) | Vendors |

# SCHEDULE 1(a)

## **Debtors and Non-Debtor Affiliates**

EXP TopCo LLC
Express BNBS Fashion LLC
Express CG LLC
Express Fashion Digital Services Costa Rica SRL
Express Fashion Investment LLC
Express Fashion Logistics LLC
Express Fashion Operations LLC
Express Finance Corp.
Express Holding LLC
Express Inc.
Express LLC
Express Topco LLC
EXPWHP LLC
UW LLC

# SCHEDULE 1(b)

### Directors and Officers

Archbold, Michael G.
Davenport, Terry
Finigan, Matthew
Glendinning, Stewart
Krueger, Laurel
Leever, Karen
Lopez, Patricia
Mangum, Mylle H.
Mehta, Satish
Reese, Mike
Shmidman, Yehuda
Still, Mark
Swinburn, Peter
Tervo, Sara
Zinkin, Effy

# SCHEDULE 1(c)

## Equity Holders

Axiom Capital Management Inc.
BANK 2022-BNK40
BANK 2022-BNK42
BANK 2022-BNK43
BANK 2023-BNK46
Bank of America - Merrill Lynch
Bank of America Corp.
BANK5 2023-5YR1
BANK5 2023-5YR2
Barclays Wealth (UK)
Battery Park CLO II Ltd.
BlackRock Advisors LLC
BX Commercial Mortgage Trust 2022-AHP
BX Commercial Mortgage Trust 2024-MF
BX Commercial Mortgage Trust 2024-XL4
BXP Trust 2021-601L
Carson Wealth Management Group LLC
Charles Schwab Investment Management
    Inc.
Citadel Advisors LLC
Citigroup Inc.
Dimensional Fund Advisors LP
Dimensional Global Sustainability Core
    Equity Fund
Dimensional International Core Equity Fund
Dryden 102 CLO Ltd.
Dryden 104 CLO Ltd.
Dryden 105 CLO Ltd.
Dryden 106 CLO Ltd.
Dryden 107 CLO Ltd.
Dryden 108 CLO Ltd.
Dryden 109 CLO Ltd.
Dryden 112 CLO Ltd.
Dryden 113 CLO Ltd.
Dryden 94 CLO Ltd.
Dryden 97 CLO Ltd.
Dryden 98 CLO Ltd.
DTP Commercial Mortgage Trust 2023-
    STE2
Federated MDTA LLC
Fidelity Extended Market Index Fund
Fidelity Series Total Market Index Fund

Fidelity Total Market Index Fund
FSC Securities Corp.
Geode Capital Management LLC
Gratia Capital LLC
Group One Trading LP
GSA Capital Partners LLP
Huntington Auto Trust 2024-1
Huntington National Bank
Invesco Capital Management LLC
Invesco FTSE RAFI US 1500 Small-Mid
    ETF
JP Morgan Securities LLC
JP Morgan Securities plc
KSL Commercial Mortgage Trust 2023-HT
Ladenburg Thalmann & Co. Inc.
Legg Mason Royce US Small Cap
    Opportunity Fund
Millennium Management LLC
Morgan Stanley & Co. International plc
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney Holdings
    LLC
MSWF Commercial Mortgage Trust 2023-1
MSWF Commercial Mortgage Trust 2023-2
Northern Trust Investments Inc.
OAKST Commercial Mortgage Trust 2023-
    NLP
Oaktree Capital Management LP
Oaktree CLO 2021-2 Ltd.
Oaktree CLO 2022-1 Ltd.
Oaktree CLO 2022-2 Ltd.
Oaktree CLO 2022-3 Ltd.
Oaktree CLO 2023-1 Ltd.
Oaktree CLO 2023-2 Ltd.
Parametric Portfolio Associates
PGA National Resort Commercial Mortgage
    Trust 2023-RSRT
PGIM Inc.
PNC Advisors
RBC Capital Markets LLC
Renaissance Technologies LLC
RhumbLine Advisers LP

Royce & Associates LP
Royce Small-Cap Opportunity Fund
Schwab Total Stock Market Index Fund
SPDR Russell 2000 US Small Cap UCITS
	ETF
State Street Global Advisors
State Teachers Retirement System of Ohio
Taubman Centers Commercial Mortgage
	Trust 2022-DPM
Tower Research Capital LLC
Vanguard Balanced Index Fund
Vanguard Extended Market Index Fund
Vanguard Group Inc.
Vanguard Institutional Total Stock Market
	Index Fund
Vanguard Total Stock Market Index Fund
Vanguard US Equity Index Fund
Vita Scientia 2022-1 DAC
Wells Fargo Advisors Financial Network
	LLC
Wells Fargo Bank NA
Wells Fargo Commercial Mortgage Trust
	2022-JS2
Wells Fargo Commercial Mortgage Trust
	2022-ONL
Wells Fargo Mortgage Backed Securities
	2022-1
Wells Fargo Mortgage Backed Securities
	2022-2 Trust
Wells Fargo Mortgage Backed Securities
	2022-INV1 Trust
WF Card Issuance Trust

# SCHEDULE 1(d)

## Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware

Attix, Lauren
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M.
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giodano, Diane
Girello, Michael
Goldblatt, Craig T.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, JOnathan
O'Malley, James R.
Owens, Karen B.
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.

Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate
Subda, Paula
Vara, Andrew
Walker, Jill
Walrath, Mary F.
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(e)

## Banks, Lenders, Lien Parties, and Administrative Agents

1903 Partners LLC
Banco Popular SA
Bank of America NA
Fifth Third Bank NA
First Eagle Alternative Credit LLC
MGF Sourcing US LLC
ReStore Capital LLC
Wells Fargo Bank
Wells Fargo Bank NA
Wells Fargo Securities LLC

# SCHEDULE 1(f)

## <u>Benefit Providers</u>

Alight
ARAG SRL
CVS Caremark
Delta Dental Insurance Co.
Matrix Psychological Services Employee Assistance Program Inc.
Metropolitan Life Insurance Co.
Optum Bank Inc.
Prudential
Securian Life Insurance Co.
Smart-Choice Holdings Inc.
United Healthcare Services Inc.
Unum Life Insurance Co. of America
VSP Global Inc.

# SCHEDULE 1(g)

## **Debtor Professionals**

A&G Realty Partners LLC
Joele Frank
Kirkland & Ellis LLP
KPMG International Ltd.
M3 Partners LP
Moelis & Co.
PricewaterhouseCoopers International Ltd.

# SCHEDULE 1(h)

## **Equipment Lessors**

Quadient Leasing USA Inc.
Ricoh USA Inc.
Ricoh USA Managed Service

# SCHEDULE 1(i)

### **Insurers**

American International Group Inc.
Chubb Insurance Co. of Puerto Rico
Chubb Ltd.
Endurance Worldwide Insurance Ltd.
Great American Insurance Co.
Lloyd's of London Ltd.
Markel Group Inc.
Prudential Insurance Co.
Sompo Insurance
Sompo Lead
Starr Insurance Cos.
Travelers Insurance
Travelers Lead
UNUM Life Insurance Co.
Zurich & Affiliated FM

# SCHEDULE 1(j)

## **JV Partner**

WHP Global LLC

# SCHEDULE 1(k)

### Landlords

0145 Barton Creek Spg (TX)
0302 Battlefield Mall LLC
0511 Simon Property Group (TX)
1308 Simon Property Group (TX)
1552 Broadway Retail Owner LLC
17 North State LLC
173 Court Street Holdings LLC
2105 Simon Property Group LP
230 Clarendon Street LLC
2307 Simon Property Group LP
2324 Lakeline Dev
235 N. Fourth Street LLC
2810 Newport Centre LLC
3107 Penn Ross JV
31st Steinway Partners
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
4825 Simon Property Group LP
4832 Simon Property Group LP
488 Madison Avenue Associates LLC
490 Lower Unity LP
5060 Montclair Plaza Lane Owner LLC
53 Greenwich Avenue Associates LLC
555 11th Owner LLC
7604-Pheasant Lane
7607 Woodland Hills Mall
900 North Michigan LLC
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
AAT Del Monte LLC
Acadia Realty LP
Acadia Realty Trust
Acadia West Diversey LLC
Acadiana Mall LLC
ACS Town Square Shopping Center In LLC
Albertville Premium Outlets
Alderwood Mall LLC
Algonquin I LLC
Allen Premium Outlets LP

Allstate Road (Edens) LLC
Alto 900 Lincoln Road LP
Ameream LLC
Annapolis Mall LP
Antelope Valley Shop - Lockbox
AP 1519-1521 Walnut St. LP
AP Newbury Street Portfolio #1 LLC
AP Union II LLC
Arbor Place II LLC
Arden Fair Associates LP
Arizona Mills Mall LLC
Arrowhead Town Center LLC
Arundel Mills LP
Atlanta Outlet Shoppes CMBS LLC
Atlantic City Associates
Aventura Mall Venture
Avenues Mall LLC
Bangor Mall Realty LLC
Basset Place Re Co. LLC
Bay Street Centercal LLC
Baybrook Mall
Bayside Marketplace LLC
Beachwood Place Mall LLC
Bel Air Mall Realty Holding LLC
Belden Mall LLC
Bellevue Square LLC
Bellevue Square Merchants
Bellwether Properties of Massachusetts LP
Berkshire PA Holdings LLC
Birch Run Outlets II LLC
BJW Realty LLC
Bluegrass Outlet Shoppes II LLC
Boardwalk Routh LLC
Boston Properties LP
Boulevard Mall SPE LLC
Boynton Beach Mall LLC
BPR-FF LLC
Braintree Property Associates LP
Brandon (Tampa) LP
Brandon Shopping Center Partners
BRE/Pearlridge LLC
Brea Mall

Brickell City Centre Retail LLC
Bridge Group Investments II LLC
Bridgewater Common Mall II LLC
Bridgewater Commons
Brookfield Square Joint Venture
Brooklyn King Plaza LLC
Brunswick Square Mall LLC
BV Centercal LLC
BVA Avenue LLC
Cadillac Fairview Corp. Ltd., The
Cafaro Management Co.
Camarillo Premium Outlets
Campana 125 LLC
Canal Square Associates LP
Carolina Place
Castleton Square LLC
Cats Brothers
Causeway LLC
CBI-Friendly Center CMBS
CBI-Monroeville LP
CBI-Westmoreland LP
CBL SM-Brownsville LLC
Centennial VTC LLC
Centennial Waterfall Willow Bend LLC
Centennial Westland Mall Partners LLC
Centro de Ciencia y Tecnologia
Century City Mall LLC
Charles Mall Co. LP
Charles WV Mall LLC
Charlotte Outlets LLC
Cherry Hill Mall LLC
Cherryvale Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CIII Gecmc05-C1 Lakeside Mall
Citizens National Bank Building LLC
Citrus Park Mall Owner LLC
City Creek Center Associates
City Creek Center Associates LLC
Clackamas Mall LLC
Clay Terrace Partners LLC
Clinton Crossing Premium Outlets
Coastal Grand CMBS LLC
Coastland Center LLC
Coconut Point Town Center LLC
Colorado Mills Mall LP

Columbus Outlets
Concord Mills Mall
Connecticut Post LP, The
Coolsprings Mall LLC
Coral Ridge Mall LLC
Cord Meyer Development Co.
Coroc/Rehoboth III LLC
Coroc/Riviera LLC
Corpus Christi Retail
Corso LLC
Corte Madera Village LLC
Country Club Plaza JV LLC
Countryside Mall LLC
CP Commercial Delaware LLC
CPF District Owner LLC Lockbox
CPG Mercedes LP
CPG Partners LP
Craig Realty Group
Craig Realty Group - Tulare LLC
Creekside 126 LLC
Cross County Shopping Center
Cross Creek Mall SPE LP
Crossgates Mall General Co. Newco LLC
Crossings Premium Outlets, The
Crossroads Mall Realty Holding LLC
Cruz, Sarahi
Crystal Run Galleria LLC
CVM Holdings Crabtree Valley Mall
Dartmouth Mall
Day Jay Associates
DDR Urban LP
Deerbrook Mall
Del Amo Fashion Center
Denver Pavillons Owner Co.
Denver Premium Outlets
Destin Commons Ltd.
Development Area 5 LP
Dolphin Mall Associates LP
Domain Mall II LLC, The
Domain Retail Property Owner
Donnelley Financial LLC
Dos Lagos Squared LLC
DTC Development MSP LLC
E&P at East Brunswick LLC
Eastland Mall
Easton Town Center II LLC

Eastview Mall LLC
Eastwood EMC
Eaton Centre Management Office
Eatontown Monmouth Mall LLC
Edinburgh Premium Outlets
Edison Mall
EKFH LLC
Eklecco Newco LLC
El Paso Outlet Center CMBS LLC
Elmwood Properties LLC
EMI Santa Rosa LP
Empire Mall LLC
Fairfax, County of (VA)
Fairlane Town Center Realty Holding LLC
Fairmall Leaseholds Inc.
Falls Shopping Center Associates, The
Fashion Centre Mall LLC
Fashion Outlets at Foxwoods LLC
Fashion Valley Mall
Fayette Mall SPE LLC
FFB Retail Property LLC
First Colony Mall LLC
First Sterling Greenwich Corp.
Flatiron Property Holding LLC
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Forbes/Cohen FLA Property
Forest Harlem Properties Ltd.
Four State Properties LLC
Fox Hills Mall LP
Fox Valley Mall LLC
Franklin Mills Association LP
Franklin Park Mall LLC
Freehold Chandler Trust TWC Chandler
    LLC
Freemall Associates LLC
Frit San Jose Town & Country Village LLC
FSH Associates LP
G&L Building Corp.
Galleria at Wolfchase LLC
Galleria Mall Investors
Galveston Outlets LLC
Gardens Promotional Fund
Genesee Mall Realty LLC
GGP Columbia Mall
GGP Four Seasons LP

GGP Holding II Inc.
GGP LP
GGP Maine Mall LLC
GGP Meadows Mall LLC
GGP Newgate Mall LLC
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGP-Grandville LLC
Gilroy Premium Outlets
Glendale I Mall Associates LP
Gloucester Premium Outlets LLC
GMV (Mall) Venture LLC
Governors Square Mall LLC
Grand Prairie Outlets LLC
Grapevine Mills Mall LP
Great Friends Agency
Great Mall at Milpitas, The
Greece Ridge LLC
Green Hills Mall TRG LLC
Greene Town Center LLC, The
Greenwood Park Mall LLC
GT Cross Pointe LLC
Gulf Coast Factory Shops LP
Gulfport Factory Shops LP
Gwinnett Place Mall
Hamilton Mall Realty LLC
Hamilton Place CMBS LLC
Hamilton TC LLC
Handlery Hotels Inc.
Harbor East Parcel B-Retail
HG Galleria LLC
HGIT Briargate LLC
Highland Village LP
Hill Center at Green Hills LLC
Holyoke Mall Co. LP
Hoover Mall Ltd. LLC
Hulen Mall LLC
Imperial Valley Mall II LP
International Environmental Management
Irvine Co. LLC, The
Jamestown 283 Dartmouth
JBG/Shay Retail LLC
Jersey Shore Premium Outlets LLC
JG Elizabeth II LLC
JG Winston-Salem LLC
Jordan Creek Town Center LLC

JPMCC 2014-C20 Lincolnwood Town
    Center LLC
JPPF Buckhead Village LP
K/BTF Broadway LLC
Kenwood Mall LLC GGP-TRS LLC
Keystone FLA Property Holding
Kildeer Village Square LLC
King of Prussia Associate
King of Prussia, City of (PA)
Kittery Development LLC
Kravco Inc.
KRE Broadway Owner LLC
KRE Colonie Owner Lockbox
KRG Lansing Eastwood LLC
La Cienega Ltd., Department 58801
Lacantera Retail Ltd. Partnership
Lake Buena Vista Joint Venture LLC
Lake Success Shepping Center
Lakeside Ootb Ventures LLC
Laredo Outlet Shoppes LLC
Las Vegas North Premium Outlets
Las Vegas South Outlets LLC
Lasalle Property Fund REIT Inc.
Laurel Park Retail Properties
Leawood TCP LLC
Leesburg Corner Premium Outlets
Legacy West Investors
Lehigh Valley Mall LLC
Lenox Square
Liberty Center LLC
Lighthouse Place Premium Outlets LLC
Lincoln Plaza Center
Lindale Mall Realty Holding LLC
Little Rock Outlets Realty Holding LLC
Livermore Premium Outlets
Livingston Mall Realty Holding LLC
Louis Joliet Realty LLC
Lynnhaven Mall LLC
M&J - Big Waterfront Town Center I LLC
Macerich Buenaventura LP
Macerich Cerritos LLC
Macerich Deptford LLC
Macerich Fresno LP
Macerich Lakewood LP
Macerich Niagara LLC
Macerich North Park Mall LLC

Macerich Northwestern Associates
Macerich Oaks LP
Macerich Partnership LP, The
Macerich South Plains LP
Macerich Stonewood LLC
Macerich Twenty Ninth Street LLC
Macerich Vintage Fair Ltd.
MACWH LP
Madison-East Towne LLC
Madison-West Towne LLC
Mainplace Shoppingtown LLC
Mall 1 Bay Plaza LLC
Mall at Auburn LLC
Mall at Briarwood LLC
Mall at Chestnut Hill LLC
Mall at Cottonwood LLC
Mall at Great Lakes LLC
Mall at Gurnee Mills LLC
Mall at Irving LLC
Mall at Jefferson Valley LLC
Mall at Katy Mills LP
Mall at Northshore LLC
Mall at Potomac Mills LLC
Mall at Solomon Pond LLC
Mall at Summit LLC
Mall at White Oaks LLC
Mall Del Norte LLC
Mall In Columbia, The
Mall of Georgia LLC
Mall of Louisiana LLC
Market Place S/C GGPLP
Market Place, The
Market Street - The Woodlands
Maryland Plaza South LLC
Mayfair Mall LLC
Mayflower Cape Cod LLC
Mckinley Mall Realty Holding LLC
MCM Properties Ltd.
Meadowood Mall SPE LLC
Melbourne Square LLC
Memorial City Mall LP
Merchants Association BS
Merchants Row Webward LLC
Mershops Galleria at Sunset LLC
Mesilla Realty LLC
Meyerland Retail Associates LLC

Mid-South Outlet Shops LLC
Miromar Outlet East LLC
MK Oakland Mall LLC
MMH Mall LLC
MOAC Mall Holdings LLC
Monarchs Sub LLC
Montgomery Mall Owner LLC
Montgomery Mall Partnership
Moreno Valley Mall Holding LLC
MSC1 2011-C2 Ingram Park LLC
MSM Property LLC
MVV Owner LLC
Natick Mall LLC
NE Gateway Mall Propco LLC
Ned Altoona LLC
Newpark Mall LLC
Norfolk Outlets LLC
North County Shops BGI GP LLC
North Georgia Premium Outlets
North Hills Owner LLC
North Riverside Park Association LLC
North Town Mall Realty Holding LLC
Northfield Square Mall Realty LLC
Northpark Merchants Association
Northpark Partners LP
Northwood Mall Realty Holding LLC
Northwoods Mall CMBS LLC
NPP Development LLC
NSMJV LLC
NW Arkansas Mall Realty LLC
Oak Park Mall LLC
Oakbrook Urban Venture LP
Oaks Mall, The
Oakwood Hills Mall LLC
Oglethorpe Mall
OKC Outlets I LLC
Old Orchard Urban Ltd. Partnership
Omaha Outlets SPE LLC
Ontario Mills LP
Ontrea Inc.
Ontrea Inc., Markville
Ontrea Inc., Masonville
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Outlet Collection, The

Outlet Village of Hagerstown LP
Outlets at Westgate LLC
Palm Beach Outlets I LLC
Palm Desert LP
Paramus Park Shopping Center
Park City Business Trust
Parkdale Mall CMBS LLC
Parks at Arlington, The
Parkway Place SPE LLC
Partners Mall Abilene LLC
Pearland Town Center LP
Pearlridge Center Association
Pembroke Lakes
Penn Square Mall LLC
Perimeter Mall LLC
Petaluma Village Premium Outlets
PFP Columbus II LLC
Philadelphia Premium Outlets LLC
Pizzuti GM LLC
Plaza Bonita LLC
Plaza Carolina Mall LP
Plaza Del Caribe
Plaza Frontenac Acquisition LLC
Plaza Las Americas Inc.
Plaza West Covina LP
Pleasant Prairie Premium Outlets LLC
Pom-College Station LLC
Poughkeepsie Galleria LLC
PPF RTL Atlantic Town Center LLC
PPF RTL Rosedale Shopping Center LLC
PPR Washington Square LLC
PR Avalon Phase I Owner LLC
PR Capital City
PR Gallery I LP
PR Patrick Henry LLC
PR Plymouth Meeting LP
PR Prince George Plaza LlC
PR Springfield Delco LP
PR Springfield Town Center
Preit Associates LP
Preit Services LP
Premium Outlet Partners LP
Prep Hillside Real Estate LLC
Prisa Arbor Lakes LLC
Promenade Shops - 10220472
Providence Place

Pyramid Walden Co. LP
Quaker Associates LLC
Queens Center SPE LLC
Rar2 Marina Marketplace CA
RC Lincoln Road Holdings LLC
Red Sparks SPE LLC
Reep-Rtl Mpm Ga LLC
Retail Property Trust, The
Riderwood USA Inc.
Ridgedale Center LLC
River Oaks Center LLC
RM Member LLC
Robinson Mall Realty Holding LLC
Rockaway Center Associates
Rocksal Mall LLC
Rolling Oaks Mall Realty Holding LLC
Roosevelt Field
Roosevelt Field Mall
Roseville Shoppingtown LLC
Round Rock Premium Outlets
Rouse F.S. LLC
RPI Carlsbad LP
RPI Greenville Mall LP
RPT Realty LP
RREEF American Reit II Corp.
RSE Independence LLC
RSS Ubsbb2012C4-Ut Nmh LLC
RSS Ubsbb2013-C6-Fl Bml, LLC
Ruiz, Norman
Saint Louis Galleria LLC
Salisbury Mall Realty Holding LLC
Sam Walnut LLC
Sandusky Mall Co.
Sangertown Square LLC
Scottsdale Fashion Square
SDG Dadeland Associates Inc.
SDG Fashion Mall LP
SDQ Fee LLC
Seaport Boston
Seattle Premium Outlets
Seminole Mall Realty Holding LLC
Settlers' R2 Inc.
Sherman Oaks Fashion
Shoppes At Buckland Hills LLC
Shoppes at River Crossing
Shopping Center Associate

Shops At Mission Viejo LLC
Shops at NorthCreek LLC, The
Shops at Summerlin North LP, The
Short Hills Associates
Short Pump Town Center LLC
Simon Capital GP
Simon Capital LP
Simon Property Group
Simon Property Group (TX) LP
Simon Property Group LP
Simon/Clarksburg Development LLC
Singlepay
Sl Mall LLC
Slts Grand Avenue II LP
SM Eastland Mall LLC
Somerset Collection Ltd.
South Coast Plaza
South County Shoppingtown
South Mill Mall
South Shore Mall Realty LLC
Southcenter Owner LLC
Southdale Center LLC
Southern Park Mall LLC
Southlake Indiana LLC
Southland Center LLC
Southpark Mall LP
Southwest Plaza LLC
Spark JC LLC
Spectrum Real Estate Advisors
SPG Finance II LLC
SPG Houston Holdings LP
SPG Prien LLC
SPM Acquisition LLC
Spotsylvania Mall Comp
Spus9 Fb Paddock Prop LLC
SRE Hawkeye LLC
SRE Ontario LLC
SRMF Town Square Owner LLC
St. Augustine Premium Outlets
St. Clair Square SPE LLC
St. Cloud Mall LLC
St. Louis Premium Outlets LLC
Stamford Town Center LLC
Star-West Chicago Ridge LLC
Star-West Franklin Park Mall LLC
Star-West Great Northern Mall LLC

Star-West Parkway Mall LP
Stoneridge Properties LLC
Stonestown Shopping
Street Retail Inc.
STRS Ohio Il Real Estate Investments LLC
Sunland Park Mall LLC
Sunrise Mall Holdings LLC
Sunrise Mills (MLP) LP
Sunvalley Associates
Tacoma Mall
Tampa Premium Outlets LLC
Tampa Westshore Associates LP
Tanger Daytona LLC
Tanger National Harbor LLC
Tanger Outlets Deer Park
Tanger Properties LP
Tanger San Marcos LLC
Taubman Auburn Hills
Taubman Cherry Creek
TB Mall at UTC LLC
Temecula Towne Center Associates
Thomas White Investments LLC
TM Northlake Mall LP
TM Partridge Creek Mall
TM Wellington Green Mall
Topanga Plaza LLC
Tory Burch LLC
Town Center at Aurora LLC
Town Center at Boca Raton Trust, The
Town Center at Cobb Reality Holding LLC
Towson TC LLC
TRCC/Rock Outlet Center LLC
Treasure Coast- JCP Associates Ltd.
Triangle Town Center Realty Holding LLC
Trumbull Shopping Center #2 LLC
TSLV LLC
Tucson Mall LLC
Tucson Premium Outlets LLC
TVO Mall Owner LLC
Twin Cities Outlets Eagan
Tyler Mall LP
Tyson Galleria LLC
Tysons Corner Holdings
UE Bergen Mall Owner LLC
University Park Mall LLC
University Towne Centre

University Village
Urban Shopping Centers LP
US Centennial Vancouver Mall LLC
UTC Venture LLC
Valley Plaza Mall LP
Valley Stream Green Acres LLC
Valley View Mall SPE LLC
Valley View Realty Holding LLC
Valley West Mall LLC
Viking Rideau Corp.
VR Mall LLC
Waller Realty Inc.
Walt Whitman Mall LLC
Warwick Mall Owner LLC
Washington LLC, The
Water Tower Owner LLC
Waterford Lakes Town Center LLC
Wedderbum, Jordan
West Acres Development LLP
West County Mall CMBS LLC
West Farms Mall LLC
West Town Mall LLC
Westchester Mall LLC
Westcor Realty LP
Westfield Garden State
Westgate Mall Realty LLC
Westland Garden State Plaza LP
Westland South Shore Mall
Westminster Mall LLC
Westroads Mall GGPLP
WFP Retail Co. LP
Wheaton Plaza Regional Shopping
White Marsh LLC
Williamsburg Outlets LLC
Wisconsin Dells Outlet Fee LLC
W-LD Legends Owner VII LLC
Woodbridge Center Inc.
Woodburn Premium Outlets LLC
Woodbury Common Premium Outlets
Woodfield Mall LLC
Woodlands Mall Associates LLC, The
WP BTC LLC
WS Tampa Owner LLC
WSM Hingham Properties LLC
Wyoming Valley Mall Realty Holding LLC
YTC Mall Owner LLC

# SCHEDULE 1(l)

### Litigation Parties

Advanced Transactions
Alfaro, Carlos E.
Al-Husseini, Dana
Atwood, Brian
Avendano, Leonor
Barnes, Deborah
Barrera, Esther
Barton, Jennifer L.
Berry, Eric
Bilawal, Muhammad
Blanchard, Joshua
Breen, Christina
Burgueno, Nautica
CaaStle Inc.
Camilo, Jagely
Carr, Christie
Carriaga, Angela M.
Carrow, Cassie
Chacon, Jorge
Chaney-Bell, Terrell
Checo, Sixta
Coffey, Fredrick
Colin Gomez, Ana A.
Collins, Dominique
Communication Interface Technologies
      LLC
Davis, Laura
Derraj, Sophia
Dias, Kate
Diaz, Letticia
Donmez, Melissa
Dorcely, Micah
East End Trial Group LLC
Engler, Cindi
Enix, Anthony
Environmental Democracy Project
Esquivel, Nadia
E-Teen Co. Ltd.
Fannin, David M.
Faria, Nathaly C.
Garcia, Daniel
Gates, Kiana

Gieseke, Kerry
Glover, Guyla
Gomez, Analia
Gonzalez, Hilda C.
Gonzalez, Madeline
Haley, Joan
Harris, Caleb
Hazel, Lena
Hernandez, Sonny
Hernandez, Yvonne
Hopkins, Dawson Noah
Idrobo, Penelope
Inzuna Cortez, Lesley
Jackson, A Professional Corp.
Jean Francois, Emmanuella
Jillson, Crystal
Johnson, Kaitlin A.
Kaldro, Angeline
Keriwala, Mohamed Umer
Killinger, Amanda
Koulouris, Ariana
Lalani, Faiza N.
Lavi & Ebrahimian LLP
Law Offices of Sahag Majarian, II
Liberty Place Retail Associations
Lux, Matthew
Marca, Bryam
Martinez, Teresa M.
McCall, Jennifer
Nastase, Alina
Nettles, Jessica
Ortado, Rene
Pacific Trial Attorneys
Paez, Carlos M.
Paige-Stone, Monje
Palma, Mathias
Patterson, Anthony
Picardi, Kimberly
Reimer, Ruhi
Rendon, Rusty
Ricketts, Bruce
Rivera, Zhanna

Robinhood
Rodriguez, Paula M.
Romero, Eloy
Ropa Siete Leguas Inc.
Rose, Justin
Rumph, Kennedy
Salaiz, Erik
Salvo, Gina
Schiavulli, Tracy
Sevilla, Victoria
Stevens, Sally
Telephone Consumer Protection Act
Thomas, Bryan
Tran, Katherine
Universal Music Group NV
Vance, David
Vendor Collection Actions
Viramontes, Maria
Washington, James
Waters, Annest
Waters, Cheo
Wehbe, Layal
Whitesel, Collin
Williams, Shay
Wint, Deborah
Woods Law Offices PLLC
Yardley, Eric
Yemane, Lemlem H.
Yohrling, Deborah
Yonggang, Liu
Yugay, Elena
Zabriskie, Gregory S.
Zarco, Evelyn
Zaylore Stout & Associates LLC

# SCHEDULE 1(m)

## <u>Official Committee Professionals</u>

Kramer Levin Naftalis & Frankel
Saul Ewing LLP
Province Inc.

# SCHEDULE 1(n)

## **Potential M&A Counterparties**

[Confidential]

# SCHEDULE 1(o)

## **Staffing Agencies**

AI Altius US Bidco Inc.
C Lavigne Management Inc.
Globant LLC
Kaiser Consulting LLC
KPMG LLP
Monument Consulting LLC
RCG Global Services Inc.

# SCHEDULE 1(p)

## Surety

Alabama, State of, Professional Fundraiser or Commercial Co-Venture
Central Georgia Electric Membership Corp.
Consolidated Edison Co. of New York
Duke Energy Co., The
Florida Gulf Power Co.
Florida Orlando Utilities Co.
Florida Orlando Utilities Commission
Florida Power & Light
Florida Power Corp.
Florida Tampa Electric Co.
Florida Withlacoochee River Electric Coop
Gainesville, City of (FL)
Kansas City Power & Light
Kansas, City of (MO), Board of Public Utilities
Knoxville, City of (TN), Utilities Board
Massachusetts, Commonwealth of, Professional Solicitor's Bond
Murfreesboro Electric
Nevada, State of, Department of Taxation
Pacific Gas & Electric Co.
Progress Energy Carolinas Inc.
Puerto Rico, Commonwealth of
Southern California Edison Co.
Washington D.C., US Customs & Border Protection
Washington D.C., US Customs Duty Drawback

# SCHEDULE 1(q)

## Taxing Authorities

Abington, Township of (PA), Fire
Ada, County of (ID), Treasurer
Akron, City of (OH)
Alameda, County of (CA)
Albemarle, County of (VA)
Albuquerque, City of (NM)
Alexandria, City of (LA)
Alief Independent School District (TX), Tax Assessor
Allen, County of (IN), Treasurer
Alpharetta, City of (GA)
Anderson, City of (SC)
Anderson, County of (SC), Treasurer
Ann Arbor, City of (MI)
Anne Arundel, County of (MD)
Arcadia, City of (CA)
Arizona, State of, Department of Revenue
Arlington, City of (VA)
Ascension, Parish of (LA)
Ashwaubenon, Village of (WI), Public Safety
Atlanta, City of (GA)
Auburn Hills, City of (MI)
Auburn, Town of (MA)
Bakersfield, City of (CA)
Baltimore, County of (MD)
Bangor, CIty of (ME)
Barboursville, Village of (WV)
Baton Rouge, City of (LA)
Bellevue, City of (WA)
Bergen, County of (NJ)
Bexar, County of (TX), Tax
Biloxi, City of (MS)
Birmingham, City of (AL)
Bloomingdale, Village of (IL)
Boone, County of (MO)
Boone, County of (MO), Sheriff
Bossier, City of (LA)
Bossier, Parish of (LA), Tax Collector
Bowie, City of (MD)
Bowling Green, City of (KY)
Bradley, Village of (IL)

Brazoria, County of (TX), Tax
Brazos, County of (TX), Tax Assessor-Collector
Brea, City of (CA)
Brevard, County of (FL), Tax
Brookfield, City of (WI)
Brown, County of (WI), Treasurer
Bucks, County of (PA)
Burlington, Town of (MA)
Cabarrus, County of (NC), Tax
Calcasieu, Parish of (LA)
Calgary, City of (Canada)
California, State of, Department of Public Health
California, State of, Department of Public Health, Healthy San Francisco
California, State of, Department of Toxic Substance Center
California, State of, Environmental Health Division
California, State of, State Board of Equalization
California, State of, Travel & Tourism
Calumet, City of (IL)
Cameron, County of (TX), Tax Office
Carlsbad, City of (CA)
Carlstadt, Borough of (NJ)
Cerritos, City of (CA)
Charles, County of (MD)
Charleston, City of (SC)
Charlotte, City of (NC)
Chatham, County of (GA), Tax
Chattanooga, City of (TN), Treasurer
Cherokee, County of (GA), Tax Commissioner
Cherry Hill, Township of (NJ)
Chesapeake, City of (VA)
Chesterfield, City of (MO)
Chicago Ridge, Village of (IL)
Chicago, City of (IL)
Chula Vista, City of (CA)

Cincinnati, City of (OH), Income Tax Division
Clackamas, County of (OR), Tax
Clarke, County of (GA), Tax
Clarkstown, Town of (NY)
Clayton, County of (GA), Tax
Clear Creek Independent School District (TX), Tax Office
Clearwater, City of (FL)
Cleveland, County of (OK), Treasurer
Clinton, Town of (CT)
Clinton, Township of (MI), Treasurer
Cobb, County of (GA)
Cobb, County of (GA), Tax
Collierville, Town of (TN)
Collin, County of (TX), Tax
Colorado Springs, City of (CO)
Colorado Springs, City of (CO), Police Department
Colorado, State of, Division of Family & Medical Leave
Colorado, State of, Manager of Finance
Columbia, City of (MO)
Columbus, City of (OH), Treasurer
Concord, City of (CA)
Concord, City of (NC), Tax
Concord, City of GA), False Alarm Reduction Program
Contra Costa, County of, (CA), Tax
Coral Springs, City of (FL)
Coralville, City of (IA)
Coralville, City of (IA), Fire Department
Costa Mesa, City of (CA)
Craighead, County of (AR), Collector
Cypress-Fairbanks Independent School District (TX)
Dallas, County of (TX), Tax
Daly, Gregory F.X.
Danbury, City of (CT), Tax Collector
Dartmouth, Town of (MA)
Davenport, City of (IA)
Dearborn, City of (MI)
Dekalb, County of (GA), Tax
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Delaware, State of, Secretary of State

Denton, County of (TX), Tax
Denver, County of (CO)
Des Peres, City of (MO)
Desoto, County of (MS)
Dona Ana, County of (NM), Treasurer
Dothan, City of (AL)
Douglas, County of (CO), Treasurer
Douglasville, City of (GA)
Downey, City of (CA)
Durham, County of (NC), Tax
East Brunswick, City of (NJ), Fire District 1
Eatontown, Borough of (NJ)
Eau Claire, County of (WI)
Ector, County of (TX), Appraisal
Edison, Township of (NJ)
Edmonton, City of (Canada)
El Cajon, City of (CA)
El Centro, City of (CA)
El Paso, City of (TX), Tax Assessor
El Paso, County of (CO)
Enfield, Town of (ME)
Escondido, City of (CA)
Fayette County Public Schools (KY)
Fayette, County of (KY)
Flint, Charter Township (MI)
Florence, City of (KY)
Florence, City of (SC)
Florence, County of (SC), Treasurer
Floyd, County of (GA), Tax
Fort Bend, County of (TX), LID #2
Fort Bend, County of (TX), Tax
Foxborough, Town of (MA)
Frederick, County of (MD)
Fresno, City of (CA)
Fresno, City of (CA), Police Department
Fresno, County of (CA), Sheriff's Office
Fulton, County of (GA), Tax Commissioner
Garland Independent School District (TX)
Garland, City of (TX), Tax
Gilroy, City of (CA)
Glendale, City of (AZ)
Glendale, City of (WI)
Gloucester, Township of (NJ), Fire District 4
Grand Chute, Town of (WI)
Greensboro, City of (NC)

Greenville, County of (SC), Tax
Guilford, County of (NC), Tax
Gwinnett, County of (GA), Tax Commission
H.A. Berkheimer Inc., Business Privilege
    Tax
Hagen, Harry E.
Hall, County of (GA)
Hamilton, County of (IN), Treasurer
Hamilton, County of (TN), Trustee
Hamilton, Township of (NJ)
Hampton, City of (VA)
Hampton, City of (VA), Treasurer
Harlingen, Town of (TX), Tax Office
Harris, County of (TX), Alarm Detail
Harrison, County of (MS), Tax Collector
Harrisonburg, City of (VA)
Hartford, City of (CT), Tax Collector
Hays, County of (TX), Tax Office
Henderson, City of (NV)
Hennepin, County of (MN)
Henrico Virginia, County of (VA)
Hidalgo, County of (TX)
Hillsborough, County of (FL), Tax
Homewood, City of (AL)
Hoover, City of (AL)
Horry, County of (SC)
Horry, County of (SC), Business
Houston, County of (AL), Revenue
Howard, County of (MD)
Humble Independent School District (TX)
Huntsville, City of (AL), Clerk Treasurer
Illinois, State of, Department of
    Employment
Illinois, State of, Department of Revenue
Imperial, County of (CA), Tax
Indian River, County of (FL)
Irving Independent School District (TX),Tax
    Office
Jackson, County of (MO), Collector
Jasper, County of (MO), Collector
Jefferson, County of (AL), District Court
Jefferson, County of (KY)
Jefferson, County of (TX), Tax
Jefferson, Parish of (LA)
Jersey, City of (NJ)
Johnson, City of (TN)

Johnson, County of (KS), Treasurer
Jonesboro, City of (AR)
Joplin, City of (MO)
Judson Independent School District (TX),
    Tax Office
Kanawha, County of (WV), Sheriff
Kansas, City of (MO)
Kansas, State of, Department of Revenue
Katy, City of (TX)
Kenner, City of (LA)
Kentucky, Commonwealth of, Department
    of Revenue
Kentucky, Commonwealth of, Division of
    Unemployment
Kentucky, Commonwealth of, Treasurer
King, County of (WA), District Court
King, County of (WA), Treasury
Knox, County of (TN), Trustee
Knoxville, City of (TN)
La Crosse, City of (WI)
La Crosse, City of (WI), Treasurer
Lafayette, Parish of (LA), Tax
Lake Charles, City of (LA)
Lake, County of (IN), Treasurer
Lakewood, City of (CA), Business
    Licensing
Lancaster, City of (PA)
Lansing, Charter Township of (MI)
Larimer, County of (CO), Treasurer
Las Cruces, City of (NM)
Lauderdale, County of (MS), Tax
Lawrence, Township of (NJ)
Leawood, City of (KS)
Leon, County of (FL), Tax Collector
Lexington Fayette, County of (KY),
    Division of Revenue
Lincoln, City of (NE)
Lincolnwood, Village of (IL)
Livingston, Township of (NJ)
Lone Tree, City of (CO)
Long Beach, City of (CA)
Los Angeles, City of (CA)
Los Angeles, City of (CA), Fire Department
Los Angeles, County of (CA)
Los Angeles, County of (CA), Fire
    Department

Los Angeles, County of (CA), Tax
Loudoun, County of (VA)
Louisville Metro Revenue Commission
Loveland, City of (CO)
Loveland, City of (CO), Public
    Improvement Fee
Loveland, City of (CO), Retail Sales Fee
Lubbock, State of (TX), Central Appraisal
    District
Lynnfield, Town of (MA)
Lynnwood, City of (WA)
Madeira, City of (OH), Tax Offce
Madison, Borough of (NJ), Municipal Court
Madison, City of (AL), License Commission
Madison, City of (WI), Fire Department
Madison, City of (WI), Treasurer
Madison, County of (MS), Tax
Manchester, Town of (CT)
Manchester, Town of (CT), Eighth Utilities
    District
Maricopa, County of (AZ), Treasurer
Marin, County of (CA), Tax
Marin, County of (CA), Weights &
    Measures
Marion, County of (IN), Treasurer
Marlborough, City of (MA)
Marshal, City of (NY)
Maryland, State of, Clerk of the Court
Massachusetts, Commonwealth of,
    Department of Revenue
McAllen, City of (TX)
McAllen, City of (TX), Municipal Court
McAllen, City of (TX), Tax
McLennan, County of (TX), Tax Office
Mecklenburg, County of (NC)
Memphis, City of (TN), Treasurer
Meriden, City of (CT), Tax Collector
Meridian, Charter Township of (MI)
Mesa, City of (AZ)
Mesquite, City of (TX), Tax Fund
Miami Beach, City of (FL)
Miami Dade, County of (FL)
Michigan, State of, Department of Treasury
Middletown, Township of (PA)
Midland, City of (MI)
Milford, City of (CT)

Milpitas, City of (CA)
Minnesota, State of, Department of Revenue
Mississippi, State of, Office of Revenue
Mobile, City of (AL)
Mobile, County of (AL), Revenue
Modesto, City of (CA)
Monroe, County of (FL)
Monroeville, Municipality of (PA)
Montclair, City of (CA)
Montebello, City of (CA)
Monterey, City of (CA)
Monterey, County of (CA), Tax
Montgomery, City of (AL)
Montgomery, County of (MD)
Montgomery, County of (TX), Tax
Multnomah, County of (OR)
Muniservices LLC
Murray, City of (UT), Business
Muscogee, County of (GA), Tax
Nashville & Davidson County, Metropolitan
    Government of (TN), Trustee
Nassau, County of (NY), Fire Commission
Nassau, County of (NY), Teasurer
Natick, Town of (MA)
Nebraska, State of, Department of Revenue
Nevada, State of, Department of Taxation
Nevada, State of, Secretary of State
New Hanover, County of (NC), Tax
New Jersey, State of
New Jersey, State of, Department of Labor
New Mexico, State of, Tax & Revenue
New York, State of, Unemployment
New York, State of, Unemployment
    Insurance
Newark, City of (CA)
Newington, Town of (NH), Police
    Department
Newport News, City of (VA)
Newport, City of (RI)
Niles, City of (OH), Income Tax
Niles, Village of (IL)
Norfolk, City of (VA), Treasurer
Norridge, Village of (IL)
North Attleborough, Town of (MA)
North Dakota, State of, Tax Commissioner

North Dakota, State of, Workforce Safety & Insurance
North Olmsted, City of (OH)
Nueces, County of (TX)
Oakland, City of (CA)
Okaloosa, County of (FL)
Oklahoma, County of (OK), Treasurer
Oklahoma, State of, Office of the Ohio Attorney General
Ontario, City of (CA)
Orange, County of (CA)
Oregon, State of, Department of Revenue
Oregon, State of, Employment Department
Oregon, State of, Secretary of State
Orem, City of (UT)
Orland Park, Village of (IL)
Palm Beach Gardens, City of (FL)
Palm Beach, County of (FL)
Palm Desert, City of (CA)
Palmdale, City of (CA)
Palo Alto, City of (CA), Police Department
Pasco, County of (FL)
Pasco, County of (FL), Board of Community Commissioners
Peabody, City of (MA)
Peabody, City of (MA), Police Department
Pembroke Pines, City of (FL)
Philadelphia, City of (PA)
Phoenix, City of (AZ)
Pierce, County of (WA), Budget & Finance
Pima, County of (AZ), Treasurer
Placer, County of (CA), Tax Collector
Plantation, City of (FL)
Platte, County of (MO), Collector
Pleasant Prairie, Village of (WI), Fire & Rescue
Pleasant Prairie, Village of (WI), Treasurer
Pleasanton, City of (CA)
Portage, City of (MI)
Portland, City of (OR)
Portland, City of (OR), Police Alarms
Potter, County of (TX), Tax
Prince George's, County of (MD)
Prince William, County of (VA)

Puerto Rico, Commonwealth of, Corporacion Del Fondo Del Seguro Del Estado
Pulaski, County of (AR), Treasurer
Puyallup, City of (WA)
Ramsey, County of (MN), Environmental Health Division
Rapides, Parish of (LA)
Rapides, Parish of (LA), Sheriff's
Redondo Beach, City of (CA)
Reno, City of (NV)
Richland, County of (SC), Treasury
Richmond, City of (BC)
Richmond, County of (GA), Tax
Ridgeland, City of (MS)
Riverhead, Town of (NY)
Riverside, County of (CA)
Riverside, County of (CA), Treasurer
Roanoke, City of (VA)
Roseville, City of (CA), Fire Department
Rutherford, County of (TN), Trustee
Sacramento, City of (CA)
Sacramento, County of (CA)
Sacramento, County of (CA), Metro Fire
Saginaw, City of (MI)
Salisbury, City of (MD)
San Bernardino, County of (CA), Fire Protection
San Diego, City of (CA)
San Diego, County of (CA)
San Francisco, City of (CA), Department of Public Health
San Francisco, City of (CA), Tax Collector
San Jose, City of (CA)
San Luis Obispo, City of (CA)
San Rafael, City of (CA)
Sandy, City of (UT)
Santa Ana Finance, City of (CA)
Santa Barbara, City of (CA)
Santa Clara, County of (CA)
Santa Rosa, City of (CA)
Saugus, Town of (MA)
Savannah, City of (GA)
Scottsdale, City of (AZ)
Shelby, County of (KY)

Shelby, County of (KY), Occupational
    License Office
Shelby, County of (TN), Trustee
Simpsonville, City of (KY)
Slo, County of (CA), Tax Collector
Snohomish, County of (WA), Treasurer
Somerville, City of (MA)
Sonoma, County of (CA)
Sonoma, County of (CA), Tax Collector
South Dakota, State of, Department of
    Revenue
South Portland, City of (ME)
Southern California Edison Co.
Sparks, City of (NV), Alarm Program
Spartanburg, City of (SC)
Spring Branch Independent School District
    (TX)
Springfield, City of (MO)
Springfield, Township of (PA)
St. Charles, County of (MO)
St. Matthews, City of (KY)
St. Peters, City of (MO)
St. Tammany, Parish of (LA)
Stamford, City of (CT), Tax Collector
Stanislaus, County of (CA)
Sterling Heights, City of (MI)
Stockton, City of (CA)
Summit, County of (UT), Treasurer
Swansea, Town of (CT)
Sweetwater, City of (FL)
Tacoma, City of (WA)
Tallahassee, City of (FL)
Tarrant, County of (TX), Tax
Taylor Central Appraisal District (TX)
Temecula, City of (CA)
Tempe, City of (AZ)
Texas. State of, Comptroller of Public
    Accounts, Woodlands Metro Center
Thousand Oaks, City of (CA)
Tigard, City of (OR)
Tinton Falls, Borough of (NJ)
Tippecanoe, County of (IN), Treasurer
Toledo, City of (OH)
Toledo, CIty of (OH), Fire & Rescue
    Department
Torrance, City of (CA)

Travis, County of (TX), Tax Office
Trinity School District (PA)
Troy, City of (MI)
Trumbull, Town of (CT), Tax Collector
Tucson, City of (AZ)
Tulare, County of (CA), Tax Collector
Tulsa, County of (OK), Treasurer
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL), Tax
United Independent School District (TX),
    Tax Office
United States, Government of the,
    Department of the Treasury
Upper Merion, Township of (PA)
Utah, State of, Department of Agriculture
Utah, State of, State Tax Commission
Vacaville, City of (CA)
Vacaville, City of (CA), Police Alarm
Vancouver, City of (WA)
Vanderburgh, County of (IN), Superior
    Court
Vanderburgh, County of (IN), Treasurer
Vermont, State of, Department of Taxes
Vernon Hills, Village of (IL)
Visalia, City of (CA)
Warren, County of (KY), Sheriff
Warwick, City of (MA)
Warwick, Town of (RI), Police Department
Washington D.C., Office of Tax & Revenue
Washington, County of (MD), Treasurer's
    Office
Washington, County of (MN)
Washington, County of (TN), Trustee
Washington, State of, Employment Security
    Department
Washington, State of, State Employment
    Security Department
Washoe, County of (NV), Treasurer
Waterford, Town of (CT), Tax Collector
Watertown, Town of (MA)
Wauwatosa, City of (WI)
Wayne, Township of (NJ)
Webb, County of (TX), Tax Collector
Weber, County of (UT), Assessor
Wellington, Village of (FL)
West Covina, City of (CA)

West Hartford, Town of (CT)
West Palm Beach, City of (FL)
West Virginia, State of, Secretary of State
Westminster, City of (CA)
Whitehall, Townsip of (PA), Treasurer's
    Office
Wicomico, County of (MD)
Williamson, County of (TX)
Wilson School District (PA)
Wisconsin, State of
Wisconsin, State of, Department of Revenue
Woodbridge Fire Prevention Bureau (NJ)
Woodbury, City of (MN)
Woodbury, Town of (NY)
Wyomissing, Borough of (PA)
Yonkers, City of (NY)

# SCHEDULE 1(r)

## Vendors

1552 Broadway Retail Owner LLC
2.7 August Apparel Inc.
24-7 Intouch Inc.
2810 Newport Centre LLC
3107 Penn Ross JV
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
7607 Woodland Hills Mall
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
Adobe Systems Inc.
Akamai Technologies Inc.
Akay, Malissa
Alorica Inc.
Alvarez & Marsal
Applied Predictive Technologies Inc.
Arden Fair Associates LP
Arden Jewelry Manufacturing Co.
Arnold Willis & Co. Ltd.
Arundel Mills LP
Aventura Mall Venture
Bamboo Rose LLC
Batallure Beauty LLC
Baxter, Tim
Beachwood Place Mall LLC
Bellwether Properties of Massachusetts LP
Bernardo Manufacturing
Bespoke Fashion LLC
Big Brothers Big Sisters of America
Bluecore Inc.
BPR-FF LLC
Braintree Property Associates LP
Brea Mall
Bridgewater Common Mall II LLC
Brierley & Partners Inc.
Brooklyn King Plaza LLC
Camarillo Premium Outlets
CFL Distribution Inc.
Chacon

Cherry Hill Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CMT de la Laguna SA de CV
Commission Junction LLC
CPG Partners LP
Crescent Bahuman Ltd.
CSC Corporate Domains Inc.
Del Amo Fashion Center
Dolphin Mall Associates LP
Experian Marketing Solutions Inc.
Facebook Inc.
Falls Shopping Center Associates, The
Fantas Eyes Inc.
Fashion Centre Mall LLC
Fashion Valley Mall
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Fortune Footwear Inc.
Four State Properties LLC
Franklin Park Mall LLC
Freemall Associates LLC
GardaWorld Security Services
Gerber Technology LLC
GGP LP
Gilroy Premium Outlets
Glendale I Mall Associates LP
Globant LLC
Google Inc.
Granify Inc.
Great Mall at Milpitas, The
Green Hills Mall TRG LLC
Hing Shing Looping Manufacturing Co. Ltd.
Hylant Group Inc., The
JDA Software Inc.
Jebbit Inc.
Jewelry Group, The
JG Elizabeth II LLC
Jordan Creek Town Center LLC
Kenilworth Creations Inc.
Kenwood Mall LLC GGP-TRS LLC
KFM247 Ltd.

King of Prussia Associate
KPMG LLP
L Brands Inc.
Leesburg Corner Premium Outlets
Lehigh Valley Mall LLC
Lenox Square
Lever Style Ltd.
Li & Fung (Trading) Ltd.
LiftLab Analytics Inc.
Linea Pelle
Livermore Premium Outlets
Macerich Vintage Fair Ltd.
Mall at Gurnee Mills LLC
Mall at Potomac Mills LLC
Mall at Summit LLC
Mall In Columbia, The
Manchu Times Fashion Ltd.
MANE Enterprises Inc.
Mayfair Mall LLC
Merkle Inc.
MGF Sourcing US LLC
Microsoft Online Inc.
Millcraft Paper Co., The
Mission & Fields LLC
MOAC Mall Holdings LLC
Monument Consulting LLC
Motives International
Natick Mall LLC
NCR Corp.
Nedap Inc.
NetJets Aviation Inc.
Newtimes Development Ltd.
nOir Jewelry LLC
North Georgia Premium Outlets
NXGN Inc.
Oakbrook Urban Venture LP
Ogletree, Deakins, Nash, Smoak & Stewart
    PC
Ontario Mills LP
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Pacific Buying & Marketing Service Ltd.
Pandera Systems LLC
Pembroke Lakes
Penn Square Mall LLC

Perimeter Mall LLC
Planes Moving & Storage Inc.
Premium Outlet Partners LP
Providence Place
PT Ungaran Sari Garments
Quaker Associates LLC
Queens Center SPE LLC
R. R. Donnelley
Radial Inc.
RCG Global Services Inc.
Resicom Custom Painting & Maintenance
Ricoh USA Inc.
Ridgedale Center LLC
Rimini Street Inc.
Rocksal Mall LLC
Roosevelt Field
Rose Knitting (Asia) Ltd.
Roth Bros. Inc.
S5 Stratos Inc.
Saint Louis Galleria LLC
Salesforce Inc.
Sandy Alexander Inc.
Scandit Inc.
SDG Dadeland Associates Inc.
Shopping Center Associate
Shops At Mission Viejo LLC
Short Hills Associates
Short Pump Town Center LLC
Silver Crest Clothing Pvt. Ltd. - Unit III
Simon Property Group LP
Single Source Apparel Inc.
Sirius Computer Solutions LLC
Skadden, Arps, Slate, Meagher & Flom LLP
South Asia Knitting Factory Ltd.
South Coast Plaza
Southdale Center LLC
SPG Finance II LLC
Standard Black
Star Garments Group Pvt. Ltd.
Stylitics Inc.
Sunland Park Mall LLC
Sunrise Mills (MLP) LP
TAL Global Alliances Ltd.
Tampa Westshore Associates LP
Tanger Properties LP
Taubman Cherry Creek

TB Mall at UTC LLC
Texgroup
TikTok Inc.
Tote Fashion Sourcing Ltd.
Town Center at Boca Raton Trust, The
Towson TC LLC
Tysons Corner Holdings
UpWest LLC
Urban Crown Ltd.
Valley Plaza Mall LP
Valley Stream Green Acres LLC
VaynerMedia LLC
Velocity Apparelz Co. ESC
Verifone Inc.
Visplay Inc.
Viva Knitwear Factory Ltd.
VR Mall LLC
West Camp Press Inc.
West Farms Mall LLC
West Town Mall LLC
Westfield Garden State
Wheatley, Nick
Woodbury Common Premium Outlets
Woodfield Mall LLC
World Textile Sourcing Inc.

# SCHEDULE 2

| Disclosures of Klehr Harrison Harvey Branzburg, LLP | | |
|---|---|---|
| **Potential Interested Party** | **Affiliation to Cases** | **Klehr Harrison Connection** |
| Kirkland & Ellis LLP | Professionals - Co-Counsel to the Debtors | Co-counsel in several former and current unrelated matters and represented debtor in an unrelated matter in a chapter 11 proceeding in which Kirkland & Ellis is counsel to the secured lender, DIP lender and equity owner of the debtor in that case. |
| Moelis | Professionals – Investment Banker to the Debtors | Klehr Harrsion has represented prior clients in restructuring and chapter 11 matters in matters wholly unrelated to the Debtors and these chapter 11 cases in which Moelis was the investment banker. |
| Stretto | Professionals – Claims and Noticing Agent | Claims, noticing, and balloting agent in several former and current unrelated matters. |
| Linda Richenderfer | U.S. Trustee trial attorney | Linda Richenderfer was a partner at Klehr Harrison for approximately 10 years before joining the Office of the United States Trustee in May 2018 and did not work on any matter related to these cases or these Debtors. |
| Great American Assurance Company | List of Insurers | Klehr Harrison has represented in the past and currently represents Great American Assurance Company or an Great American Assurance Company an affiliate in matters wholly unrelated to the Debtors and these chapter 11 cases. |
| Acadia Realty Trust | Landlord | Klehr Harrison has represented in the past and currently represents affiliates of Acadia Realty Trust in matters wholly unrelated to the Debtors and these chapter 11 cases. |

1