**Exhibit B**

**Kamlani Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**DECLARATION OF KUNAL S. KAMLANI IN SUPPORT**
**OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN**
**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF M3**
**ADVISORY PARTNERS, LP AS FINANCIAL ADVISOR PURSUANT TO SECTIONS**
**327(A) AND 328 OF THE BANKRUPTCY CODE EFFECTIVE AS OF APRIL 22, 2024**

I, Kunal S. Kamlani, being duly sworn, state the following under the penalty of perjury:

1.     I am a Senior Managing Director at M3 Advisory Partners, LP ("M3"), the

proposed financial advisor to the above debtors and debtors in possession (the "Debtors") in the

above captioned chapter 11 cases.  I am authorized to submit this Declaration and am competent

to testify to the matters contained herein.

2.     I submit this declaration (the "Declaration") in support of the *Application of the*

*Debtors for Entry of an Order Authorizing The Employment and Retention of M3 Advisory*

*Partners, LP as Financial Advisor Pursuant to Sections 327(A) and 328 of The Bankruptcy Code*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*Effective as of April 22, 2024* (the "<u>Application</u>").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

### Retention of M3

3.    I understand that, in consideration of the size and complexity of their businesses, the Debtors have determined that the services of experienced financial advisors will substantially enhance their attempts to maximize the value of their estates.  M3 is well qualified to provide these services in light of their extensive knowledge and expertise with respect to chapter 11 proceedings.

4.    M3's professionals have experience providing these services in many large and mid-size bankruptcy cases in this and other districts nationwide.  *See, e.g.*, *Prime Core Technologies Inc.*, No 23-11161 (JKS) (Bankr. D. Del. Oct. 4, 2024); *In re Celsius Network LLC, et al.*, No. 22-10964 (MG) (Bankr. S.D.N.Y. Oct. 18, 2022); *In re Sorrento Therapeutics, Inc.*, No. 23-90085 (DRJ) (Bankr. S.D. Tex. Apr. 13, 2023); *In re PWM Property Management LLC*, No. 21-11445 (MFW) (Bankr. D. Del. 2021); *In re Secure Home Holdings LLC*, No. 21-10745 (JKS) (Bankr. D. Del. 2021); *In re Sanchez Energy Corp.*, No. 19-34508 (MI) (Bankr. S.D. Tex. 2019); *In re Barneys New York, Inc.*, No. 19-36300 (CMG) (Bankr, S.D.N.Y. 2019); *In re Sears Holdings Corp.*, No. 18-23538 (RDD) (Bankr. S.D.N.Y. 2018); *In re Real Industry, Inc.*, No. 17-12464 (KJC) (Bankr. D. Del. 2018).

5.    Furthermore, since its engagement on August 18, 2023, M3 professionals have worked closely with the Debtors' management team, and other professionals, and have become

---

[2]    Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Application.

[3]    Certain of the disclosures set forth herein relate to matters not within my personal knowledge but rather within the knowledge of other employees and professionals at M3 and are based on information provided to me by them.

well-acquainted with the Debtors' business and related matters.  Accordingly, I believe that M3 is well qualified to advise the Debtors in an efficient and timely manner in the chapter 11 cases.

**Services to be Provided**

6.      Subject to Court approval, and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and such other procedures as may be fixed by order of the Court, the Debtors will compensate M3 in accordance with the terms and conditions of the Engagement Letter, dated August 18, 2023 (as amended, supplemented or otherwise modified prior to the date hereof, the "Engagement Letter"), a copy of which is attached as Exhibit A to the Application.  The Engagement Letter provides for M3 to render, without limitation, the following services:

- Support the Debtor's management team in evaluating the business operations and financial prospects of the Client and preparing cash flow forecasts;

- Advise and assist the Debtor and its counsel with their on-going assessment of the Debtors' financial performance and its ability to repay its outstanding obligations;

- Support the Client's management team in developing and implementing initiatives to optimize cash flow;

- Support the Client's executive team in developing and implementing initiatives to enhance the enterprise value of Express; and

- Provide such other services as M3 and the Debtor shall otherwise agree in writing.

**Professional Compensation**

7.      M3 intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure M3 will use in these chapter 11

cases are the same as the hourly rates and corresponding rate structure that M3 uses in other

debtor representations.  These rates and the rate structure reflect that such restructuring and other

complex matters typically are national in scope and involve great complexity, high stakes, and

severe time pressures.

8.      M3 will charge for the work of professionals and staff members pursuant to the

Engagement Letter as follows:

| Professional | Hourly Rate |
|---|---|
| Managing Partner | $1,415 |
| Senior Managing Director | $1,305 |
| Managing Director | $1,075 - $1,205 |
| Senior Director | $1,050 |
| Director | $880 - $990 |
| Vice President | $786 |
| Senior Associate | $680 |
| Associate | $575 |
| Analyst | $470 |

9.      M3's hourly rates reflect M3's normal and customary billing practices for

engagements of this complexity and magnitude.  M3 revises its hourly rates periodically and M3

will provide ten (10) business days' advance notice of any rate increases to the Debtors, the U.S.

Trustee, and the Committee.

10.     In addition to compensation for professional services, M3 will seek

reimbursement for reasonable and documented out-of-pocket expenses incurred in connection

with these chapter 11 cases, including, without limitation, travel costs.  All fees and expenses

due to M3 will be billed in accordance with any interim compensation orders entered by this

Court and the relevant sections of the Bankruptcy Code, Bankruptcy Rules, and Local Rules.

11.     It is M3's policy to charge its clients in all areas of practice for identifiable, non-

overhead expenses incurred in connection with the client's case that would not have been

incurred except for representation of that particular client.  It is also M3's policy to charge its

clients only the amount actually incurred by M3 in connection with such items.  Examples of

such expenses include postage, overnight mail, courier delivery, transportation, overtime

expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

12.     M3 will also maintain records in support of any fees (in 1/10th of an hour

increments), costs, and expenses incurred in connection with services rendered in these chapter

11 cases.  Records will be arranged by category and nature of the services rendered and will

include reasonably detailed descriptions of those services provided on behalf of the Debtors.

M3's applications for compensation of fees and reimbursement of expenses will be paid by the

Debtors pursuant to the terms of the Engagement Letter and any procedures established by this

Court.

13.     As of the Petition Date, the Debtors had paid M3 in full for all financial advisory

services rendered before the Petition Date.

### Indemnification

14.     The Engagement Letter contains M3's standard indemnification language with

respect to M3's services including, without limitation, an agreement by the Debtors to indemnify

M3 and its affiliates, equity holders, partners, directors, employees, agents, representatives and

contractors, including past, present or future partners, principals and personnel of each against all

costs, fees, expenses, damages, and liabilities relating to or arising out of the Engagement Letter

or M3's services, except to the extent caused by bad faith, gross negligence, or willful

misconduct.

15.     The indemnification provisions contained in the Engagement Letter

(the "Indemnification Provisions") are customary and reasonable for M3 and, to my knowledge,

for comparable firms providing similar financial advisory services. The terms and conditions of the Indemnification Provisions were negotiated by the Debtors and M3 at arm's length and in good faith. I believe that the provisions contained in the Engagement Letter, viewed in conjunction with the other terms of M3's proposed retention, are reasonable and in the best interest of the Debtors, their estates, and creditors in light of the fact that the Debtors require services of this nature to successfully reorganize.

### M3's Disinterestedness

16.     In connection with the preparation of this Declaration, M3 requested and obtained from the Debtors' proposed counsel a list of interested parties and significant creditors in these chapter 11 cases (collectively, the "Potential Parties in Interest"). The list of Potential Parties in Interest is reflected on **Schedule 1** attached hereto. A search was performed for connections to the Potential Parties in Interest as to M3, and each of M3 Partners' controlled affiliates. Results are disclosed for connections to Potential Parties in Interest in **Schedule 2** attached hereto.[4]

17.     Based on that review, M3 represents that, to the best of its knowledge, M3 knows of no fact or situation that would represent a conflict of interest for M3 with regard to the Debtors, except to as set forth in **Schedule 2**. Unless otherwise noted, references to "M3" below collectively refer to M3 and its controlled affiliates.

18.     To the best of my knowledge, information, and belief, and based on the foregoing inquiry, other than in connection with this engagement or as otherwise disclosed in this Declaration or as set forth in **Schedule 2**, M3 has no relationships or connections with the Debtors or their affiliates.

---

4     M3's inclusion of parties in Schedules 1 and 2 is solely to illustrate M3's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the Debtors' schedules or has a claim or legal relationship to the Debtors of the nature described in the Schedules.

19.     M3 has previously represented, presently represents, and may in the future represent, credit facility agents, syndicate lenders, and equity holders who may be involved in these proceedings in various engagements unrelated to the Debtors or these proceedings.  These agents, lenders, and owners include parties listed on **Schedule 1**. Such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these cases.

20.     In addition, to the best of my knowledge, information, and belief, neither I nor any other professional of M3 who is working on this engagement:  (a) has any connection with the Debtors, their creditors, equity security holders, or other parties in interest in these chapter 11 cases (other than M3's services as financial advisor to the Debtors prior to filing of the petition); (b) has or represents any interest adverse to the Debtors' estates; (c) is a creditor, equity security holder, or an insider of any of the Debtors; or (d) is or has been, within two years before the Petition Date, a director, officer, or employee of any of the Debtors.  Except as set forth in **Schedule 2**, none of the M3 professionals expected to assist the Debtors in these chapter 11 cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.  To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of the Debtors' retention are discovered or arise, M3 will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

21.     M3 provides services to many clients with interests in these chapter 11 cases.  To the best of my knowledge M3's services for such clients do not relate to these chapter 11 cases.

22.     I have read the Application that accompanies this Declaration and, to the best of my knowledge, information and belief, the contents of such Application are true and correct.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 16, 2024

By: */s/ Kunal S. Kamlani*
Kunal S. Kamlani
Senior Managing Director
M3 Advisory Partners, LP

## Schedule 1

**Potential Parties In Interest**

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors and Non-Debtor Affiliates |
| 1(b) | Directors and Officers |
| 1(c) | Equity Holders |
| 1(d) | Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel |
| 1(e) | Banks, Lenders, Lien Parties, and Administrative Agents |
| 1(f) | Benefit Providers |
| 1(g) | Debtor Professionals |
| 1(h) | Equipment Lessors |
| 1(i) | Insurers |
| 1(j) | JV Partner |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | Official Committee Professionals |
| 1(n) | Potential M&A Counterparties |
| 1(o) | Staffing Agencies |
| 1(p) | Surety |
| 1(q) | Taxing Authorities |
| 1(r) | Vendors |

# SCHEDULE 1(a)

## **Debtors and Non-Debtor Affiliates**

EXP TopCo LLC
Express BNBS Fashion LLC
Express CG LLC
Express Fashion Digital Services Costa Rica SRL
Express Fashion Investment LLC
Express Fashion Logistics LLC
Express Fashion Operations LLC
Express Finance Corp.
Express Holding LLC
Express Inc.
Express LLC
Express Topco LLC
EXPWHP LLC
UW LLC

# SCHEDULE 1(b)

### Directors and Officers

Archbold, Michael G.
Davenport, Terry
Finigan, Matthew
Glendinning, Stewart
Krueger, Laurel
Leever, Karen
Lopez, Patricia
Mangum, Mylle H.
Mehta, Satish
Reese, Mike
Shmidman, Yehuda
Still, Mark
Swinburn, Peter
Tervo, Sara
Zinkin, Effy

# SCHEDULE 1(c)

## Equity Holders

Abubakier, Saleh K.
Bassignani, Steven M.
Bovitch, Tyler B.
Cede & Co.
Clement, Kevin-Mitchell
Davis, Brian Thomas
Ebrahim, Waleed M.
Ferova, Jeremy
Ferova, Jolene
Gonzalez, Francisco Javier
Klein, Sarah L.
Kurzon, Jeffrey Mead
Lionheart, Robin
Monroe, Joshua R.
Mueller, Christopher D.
Oberg, Alex J.
Orellana, Max E.
Pak, Christopher
Pak, Peter Myung-Won
Piwowarski, Thomas
Putnam, Aaron Joseph
Ray, Joshua Anthony
Ray, Robyn Lynn
Rice, Jeffrey Hunter
Silverman, David
Swift, Jason J.
Swift, Kelsey
Thompson, Craig
Wheeler, Charles
Ramji, Alim

# SCHEDULE 1(d)

## Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel

Attix, Lauren
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M.
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giodano, Diane
Girello, Michael
Goldblatt, Craig T.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, JOnathan
O'Malley, James R.
Owens, Karen B.
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.

Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate
Subda, Paula
Vara, Andrew
Walker, Jill
Walrath, Mary F.
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(e)

## **Banks, Lenders, Lien Parties, and Administrative Agents**

1903 Partners LLC
Banco Popular SA
Bank of America NA
Fifth Third Bank NA
First Eagle Alternative Credit LLC
MGF Sourcing US LLC
ReStore Capital LLC
Wells Fargo Bank
Wells Fargo Bank NA
Wells Fargo Securities LLC

# SCHEDULE 1(f)

## **Benefit Providers**

Alight
ARAG SRL
CVS Caremark
Delta Dental Insurance Co.
Matrix Psychological Services Employee Assistance Program Inc.
Metropolitan Life Insurance Co.
Optum Bank Inc.
Prudential
Securian Life Insurance Co.
Smart-Choice Holdings Inc.
United Healthcare Services Inc.
Unum Life Insurance Co. of America
VSP Global Inc.

## SCHEDULE 1(g)

### **Debtor Professionals**

A&G Realty Partners LLC
Joele Frank
Kirkland & Ellis LLP
KPMG International Ltd.
M3 Partners LP
Moelis & Co.
PricewaterhouseCoopers International Ltd.

# SCHEDULE 1(h)

## **Equipment Lessors**

Quadient Leasing USA Inc.
Ricoh USA Inc.
Ricoh USA Managed Service

# SCHEDULE 1(i)

### **Insurers**

American International Group Inc.
Chubb Insurance Co. of Puerto Rico
Chubb Ltd.
Endurance Worldwide Insurance Ltd.
Great American Insurance Co.
Lloyd's of London Ltd.
Markel Group Inc.
Prudential Insurance Co.
Sompo Insurance
Sompo Lead
Starr Insurance Cos.
Travelers Insurance
Travelers Lead
UNUM Life Insurance Co.
Zurich & Affiliated FM

# SCHEDULE 1(j)

## **JV Partner**

WHP Global LLC

# SCHEDULE 1(k)

## Landlords

0145 Barton Creek Spg (TX)
0302 Battlefield Mall LLC
0511 Simon Property Group (TX)
1308 Simon Property Group (TX)
1552 Broadway Retail Owner LLC
17 North State LLC
173 Court Street Holdings LLC
2105 Simon Property Group LP
230 Clarendon Street LLC
2307 Simon Property Group LP
2324 Lakeline Dev
235 N. Fourth Street LLC
2810 Newport Centre LLC
3107 Penn Ross JV
31st Steinway Partners
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
4825 Simon Property Group LP
4832 Simon Property Group LP
488 Madison Avenue Associates LLC
490 Lower Unity LP
5060 Montclair Plaza Lane Owner LLC
53 Greenwich Avenue Associates LLC
555 11th Owner LLC
7604-Pheasant Lane
7607 Woodland Hills Mall
900 North Michigan LLC
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
AAT Del Monte LLC
Acadia Realty LP
Acadia Realty Trust
Acadia West Diversey LLC
Acadiana Mall LLC
ACS Town Square Shopping Center In LLC
Albertville Premium Outlets
Alderwood Mall LLC
Algonquin I LLC
Allen Premium Outlets LP

Allstate Road (Edens) LLC
Alto 900 Lincoln Road LP
Ameream LLC
Annapolis Mall LP
Antelope Valley Shop - Lockbox
AP 1519-1521 Walnut St. LP
AP Newbury Street Portfolio #1 LLC
AP Union II LLC
Arbor Place II LLC
Arden Fair Associates LP
Arizona Mills Mall LLC
Arrowhead Town Center LLC
Arundel Mills LP
Atlanta Outlet Shoppes CMBS LLC
Atlantic City Associates
Aventura Mall Venture
Avenues Mall LLC
Bangor Mall Realty LLC
Basset Place Re Co. LLC
Bay Street Centercal LLC
Baybrook Mall
Bayside Marketplace LLC
Beachwood Place Mall LLC
Bel Air Mall Realty Holding LLC
Belden Mall LLC
Bellevue Square LLC
Bellevue Square Merchants
Bellwether Properties of Massachusetts LP
Berkshire PA Holdings LLC
Birch Run Outlets II LLC
BJW Realty LLC
Bluegrass Outlet Shoppes II LLC
Boardwalk Routh LLC
Boston Properties LP
Boulevard Mall SPE LLC
Boynton Beach Mall LLC
BPR-FF LLC
Braintree Property Associates LP
Brandon (Tampa) LP
Brandon Shopping Center Partners
BRE/Pearlridge LLC
Brea Mall

Brickell City Centre Retail LLC
Bridge Group Investments II LLC
Bridgewater Common Mall II LLC
Bridgewater Commons
Brookfield Square Joint Venture
Brooklyn King Plaza LLC
Brunswick Square Mall LLC
BV Centercal LLC
BVA Avenue LLC
Cadillac Fairview Corp. Ltd., The
Cafaro Management Co.
Camarillo Premium Outlets
Campana 125 LLC
Canal Square Associates LP
Carolina Place
Castleton Square LLC
Cats Brothers
Causeway LLC
CBI-Friendly Center CMBS
CBI-Monroeville LP
CBI-Westmoreland LP
CBL SM-Brownsville LLC
Centennial VTC LLC
Centennial Waterfall Willow Bend LLC
Centennial Westland Mall Partners LLC
Centro de Ciencia y Tecnologia
Century City Mall LLC
Charles Mall Co. LP
Charles WV Mall LLC
Charlotte Outlets LLC
Cherry Hill Mall LLC
Cherryvale Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CIII Gecmc05-C1 Lakeside Mall
Citizens National Bank Building LLC
Citrus Park Mall Owner LLC
City Creek Center Associates
City Creek Center Associates LLC
Clackamas Mall LLC
Clay Terrace Partners LLC
Clinton Crossing Premium Outlets
Coastal Grand CMBS LLC
Coastland Center LLC
Coconut Point Town Center LLC
Colorado Mills Mall LP

Columbus Outlets
Concord Mills Mall
Connecticut Post LP, The
Coolsprings Mall LLC
Coral Ridge Mall LLC
Cord Meyer Development Co.
Coroc/Rehoboth III LLC
Coroc/Riviera LLC
Corpus Christi Retail
Corso LLC
Corte Madera Village LLC
Country Club Plaza JV LLC
Countryside Mall LLC
CP Commercial Delaware LLC
CPF District Owner LLC Lockbox
CPG Mercedes LP
CPG Partners LP
Craig Realty Group
Craig Realty Group - Tulare LLC
Creekside 126 LLC
Cross County Shopping Center
Cross Creek Mall SPE LP
Crossgates Mall General Co. Newco LLC
Crossings Premium Outlets, The
Crossroads Mall Realty Holding LLC
Cruz, Sarahi
Crystal Run Galleria LLC
CVM Holdings Crabtree Valley Mall
Dartmouth Mall
Day Jay Associates
DDR Urban LP
Deerbrook Mall
Del Amo Fashion Center
Denver Pavillons Owner Co.
Denver Premium Outlets
Destin Commons Ltd.
Development Area 5 LP
Dolphin Mall Associates LP
Domain Mall II LLC, The
Domain Retail Property Owner
Donnelley Financial LLC
Dos Lagos Squared LLC
DTC Development MSP LLC
E&P at East Brunswick LLC
Eastland Mall
Easton Town Center II LLC

Eastview Mall LLC
Eastwood EMC
Eaton Centre Management Office
Eatontown Monmouth Mall LLC
Edinburgh Premium Outlets
Edison Mall
EKFH LLC
Eklecco Newco LLC
El Paso Outlet Center CMBS LLC
Elmwood Properties LLC
EMI Santa Rosa LP
Empire Mall LLC
Fairfax, County of (VA)
Fairlane Town Center Realty Holding LLC
Fairmall Leaseholds Inc.
Falls Shopping Center Associates, The
Fashion Centre Mall LLC
Fashion Outlets at Foxwoods LLC
Fashion Valley Mall
Fayette Mall SPE LLC
FFB Retail Property LLC
First Colony Mall LLC
First Sterling Greenwich Corp.
Flatiron Property Holding LLC
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Forbes/Cohen FLA Property
Forest Harlem Properties Ltd.
Four State Properties LLC
Fox Hills Mall LP
Fox Valley Mall LLC
Franklin Mills Association LP
Franklin Park Mall LLC
Freehold Chandler Trust TWC Chandler
    LLC
Freemall Associates LLC
Frit San Jose Town & Country Village LLC
FSH Associates LP
G&L Building Corp.
Galleria at Wolfchase LLC
Galleria Mall Investors
Galveston Outlets LLC
Gardens Promotional Fund
Genesee Mall Realty LLC
GGP Columbia Mall
GGP Four Seasons LP

GGP Holding II Inc.
GGP LP
GGP Maine Mall LLC
GGP Meadows Mall LLC
GGP Newgate Mall LLC
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGP-Grandville LLC
Gilroy Premium Outlets
Glendale I Mall Associates LP
Gloucester Premium Outlets LLC
GMV (Mall) Venture LLC
Governors Square Mall LLC
Grand Prairie Outlets LLC
Grapevine Mills Mall LP
Great Friends Agency
Great Mall at Milpitas, The
Greece Ridge LLC
Green Hills Mall TRG LLC
Greene Town Center LLC, The
Greenwood Park Mall LLC
GT Cross Pointe LLC
Gulf Coast Factory Shops LP
Gulfport Factory Shops LP
Gwinnett Place Mall
Hamilton Mall Realty LLC
Hamilton Place CMBS LLC
Hamilton TC LLC
Handlery Hotels Inc.
Harbor East Parcel B-Retail
HG Galleria LLC
HGIT Briargate LLC
Highland Village LP
Hill Center at Green Hills LLC
Holyoke Mall Co. LP
Hoover Mall Ltd. LLC
Hulen Mall LLC
Imperial Valley Mall II LP
International Environmental Management
Irvine Co. LLC, The
Jamestown 283 Dartmouth
JBG/Shay Retail LLC
Jersey Shore Premium Outlets LLC
JG Elizabeth II LLC
JG Winston-Salem LLC
Jordan Creek Town Center LLC

JPMCC 2014-C20 Lincolnwood Town
   Center LLC
JPPF Buckhead Village LP
K/BTF Broadway LLC
Kenwood Mall LLC GGP-TRS LLC
Keystone FLA Property Holding
Kildeer Village Square LLC
King of Prussia Associate
King of Prussia, City of (PA)
Kittery Development LLC
Kravco Inc.
KRE Broadway Owner LLC
KRE Colonie Owner Lockbox
KRG Lansing Eastwood LLC
La Cienega Ltd., Department 58801
Lacantera Retail Ltd. Partnership
Lake Buena Vista Joint Venture LLC
Lake Success Shepping Center
Lakeside Ootb Ventures LLC
Laredo Outlet Shoppes LLC
Las Vegas North Premium Outlets
Las Vegas South Outlets LLC
Lasalle Property Fund REIT Inc.
Laurel Park Retail Properties
Leawood TCP LLC
Leesburg Corner Premium Outlets
Legacy West Investors
Lehigh Valley Mall LLC
Lenox Square
Liberty Center LLC
Lighthouse Place Premium Outlets LLC
Lincoln Plaza Center
Lindale Mall Realty Holding LLC
Little Rock Outlets Realty Holding LLC
Livermore Premium Outlets
Livingston Mall Realty Holding LLC
Louis Joliet Realty LLC
Lynnhaven Mall LLC
M&J - Big Waterfront Town Center I LLC
Macerich Buenaventura LP
Macerich Cerritos LLC
Macerich Deptford LLC
Macerich Fresno LP
Macerich Lakewood LP
Macerich Niagara LLC
Macerich North Park Mall LLC

Macerich Northwestern Associates
Macerich Oaks LP
Macerich Partnership LP, The
Macerich South Plains LP
Macerich Stonewood LLC
Macerich Twenty Ninth Street LLC
Macerich Vintage Fair Ltd.
MACWH LP
Madison-East Towne LLC
Madison-West Towne LLC
Mainplace Shoppingtown LLC
Mall 1 Bay Plaza LLC
Mall at Auburn LLC
Mall at Briarwood LLC
Mall at Chestnut Hill LLC
Mall at Cottonwood LLC
Mall at Great Lakes LLC
Mall at Gurnee Mills LLC
Mall at Irving LLC
Mall at Jefferson Valley LLC
Mall at Katy Mills LP
Mall at Northshore LLC
Mall at Potomac Mills LLC
Mall at Solomon Pond LLC
Mall at Summit LLC
Mall at White Oaks LLC
Mall Del Norte LLC
Mall In Columbia, The
Mall of Georgia LLC
Mall of Louisiana LLC
Market Place S/C GGPLP
Market Place, The
Market Street - The Woodlands
Maryland Plaza South LLC
Mayfair Mall LLC
Mayflower Cape Cod LLC
Mckinley Mall Realty Holding LLC
MCM Properties Ltd.
Meadowood Mall SPE LLC
Melbourne Square LLC
Memorial City Mall LP
Merchants Association BS
Merchants Row Webward LLC
Mershops Galleria at Sunset LLC
Mesilla Realty LLC
Meyerland Retail Associates LLC

Mid-South Outlet Shops LLC
Miromar Outlet East LLC
MK Oakland Mall LLC
MMH Mall LLC
MOAC Mall Holdings LLC
Monarchs Sub LLC
Montgomery Mall Owner LLC
Montgomery Mall Partnership
Moreno Valley Mall Holding LLC
MSC1 2011-C2 Ingram Park LLC
MSM Property LLC
MVV Owner LLC
Natick Mall LLC
NE Gateway Mall Propco LLC
Ned Altoona LLC
Newpark Mall LP
Norfolk Outlets LLC
North County Shops BGI GP LLC
North Georgia Premium Outlets
North Hills Owner LLC
North Riverside Park Association LLC
North Town Mall Realty Holding LLC
Northfield Square Mall Realty LLC
Northpark Merchants Association
Northpark Partners LP
Northwood Mall Realty Holding LLC
Northwoods Mall CMBS LLC
NPP Development LLC
NSMJV LLC
NW Arkansas Mall Realty LLC
Oak Park Mall LLC
Oakbrook Urban Venture LP
Oaks Mall, The
Oakwood Hills Mall LLC
Oglethorpe Mall
OKC Outlets I LLC
Old Orchard Urban Ltd. Partnership
Omaha Outlets SPE LLC
Ontario Mills LP
Ontrea Inc.
Ontrea Inc., Markville
Ontrea Inc., Masonville
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Outlet Collection, The

Outlet Village of Hagerstown LP
Outlets at Westgate LLC
Palm Beach Outlets I LLC
Palm Desert LP
Paramus Park Shopping Center
Park City Business Trust
Parkdale Mall CMBS LLC
Parks at Arlington, The
Parkway Place SPE LLC
Partners Mall Abilene LLC
Pearland Town Center LP
Pearlridge Center Association
Pembroke Lakes
Penn Square Mall LLC
Perimeter Mall LLC
Petaluma Village Premium Outlets
PFP Columbus II LLC
Philadelphia Premium Outlets LLC
Pizzuti GM LLC
Plaza Bonita LLC
Plaza Carolina Mall LP
Plaza Del Caribe
Plaza Frontenac Acquisition LLC
Plaza Las Americas Inc.
Plaza West Covina LP
Pleasant Prairie Premium Outlets LLC
Pom-College Station LLC
Poughkeepsie Galleria LLC
PPF RTL Atlantic Town Center LLC
PPF RTL Rosedale Shopping Center LLC
PPR Washington Square LLC
PR Avalon Phase I Owner LLC
PR Capital City
PR Gallery I LP
PR Patrick Henry LLC
PR Plymouth Meeting LP
PR Prince George Plaza LlC
PR Springfield Delco LP
PR Springfield Town Center
Preit Associates LP
Preit Services LP
Premium Outlet Partners LP
Prep Hillside Real Estate LLC
Prisa Arbor Lakes LLC
Promenade Shops - 10220472
Providence Place

Pyramid Walden Co. LP
Quaker Associates LLC
Queens Center SPE LLC
Rar2 Marina Marketplace CA
RC Lincoln Road Holdings LLC
Red Sparks SPE LLC
Reep-Rtl Mpm Ga LLC
Retail Property Trust, The
Riderwood USA Inc.
Ridgedale Center LLC
River Oaks Center LLC
RM Member LLC
Robinson Mall Realty Holding LLC
Rockaway Center Associates
Rocksal Mall LLC
Rolling Oaks Mall Realty Holding LLC
Roosevelt Field
Roosevelt Field Mall
Roseville Shoppingtown LLC
Round Rock Premium Outlets
Rouse F.S. LLC
RPI Carlsbad LP
RPI Greenville Mall LP
RPT Realty LP
RREEF American Reit II Corp.
RSE Independence LLC
RSS Ubsbb2012C4-Ut Nmh LLC
RSS Ubsbb2013-C6-Fl Bml, LLC
Ruiz, Norman
Saint Louis Galleria LLC
Salisbury Mall Realty Holding LLC
Sam Walnut LLC
Sandusky Mall Co.
Sangertown Square LLC
Scottsdale Fashion Square
SDG Dadeland Associates Inc.
SDG Fashion Mall LP
SDQ Fee LLC
Seaport Boston
Seattle Premium Outlets
Seminole Mall Realty Holding LLC
Settlers' R2 Inc.
Sherman Oaks Fashion
Shoppes At Buckland Hills LLC
Shoppes at River Crossing
Shopping Center Associate

Shops At Mission Viejo LLC
Shops at NorthCreek LLC, The
Shops at Summerlin North LP, The
Short Hills Associates
Short Pump Town Center LLC
Simon Capital GP
Simon Capital LP
Simon Property Group
Simon Property Group (TX) LP
Simon Property Group LP
Simon/Clarksburg Development LLC
Singlepay
Sl Mall LLC
Slts Grand Avenue II LP
SM Eastland Mall LLC
Somerset Collection Ltd.
South Coast Plaza
South County Shoppingtown
South Mill Mall
South Shore Mall Realty LLC
Southcenter Owner LLC
Southdale Center LLC
Southern Park Mall LLC
Southlake Indiana LLC
Southland Center LLC
Southpark Mall LP
Southwest Plaza LLC
Spark JC LLC
Spectrum Real Estate Advisors
SPG Finance II LLC
SPG Houston Holdings LP
SPG Prien LLC
SPM Acquisition LLC
Spotsylvania Mall Comp
Spus9 Fb Paddock Prop LLC
SRE Hawkeye LLC
SRE Ontario LLC
SRMF Town Square Owner LLC
St. Augustine Premium Outlets
St. Clair Square SPE LLC
St. Cloud Mall LLC
St. Louis Premium Outlets LLC
Stamford Town Center LLC
Star-West Chicago Ridge LLC
Star-West Franklin Park Mall LLC
Star-West Great Northern Mall LLC

Star-West Parkway Mall LP
Stoneridge Properties LLC
Stonestown Shopping
Street Retail Inc.
STRS Ohio Il Real Estate Investments LLC
Sunland Park Mall LLC
Sunrise Mall Holdings LLC
Sunrise Mills (MLP) LP
Sunvalley Associates
Tacoma Mall
Tampa Premium Outlets LLC
Tampa Westshore Associates LP
Tanger Daytona LLC
Tanger National Harbor LLC
Tanger Outlets Deer Park
Tanger Properties LP
Tanger San Marcos LLC
Taubman Auburn Hills
Taubman Cherry Creek
TB Mall at UTC LLC
Temecula Towne Center Associates
Thomas White Investments LLC
TM Northlake Mall LP
TM Partridge Creek Mall
TM Wellington Green Mall
Topanga Plaza LLC
Tory Burch LLC
Town Center at Aurora LLC
Town Center at Boca Raton Trust, The
Town Center at Cobb Reality Holding LLC
Towson TC LLC
TRCC/Rock Outlet Center LLC
Treasure Coast- JCP Associates Ltd.
Triangle Town Center Realty Holding LLC
Trumbull Shopping Center #2 LLC
TSLV LLC
Tucson Mall LLC
Tucson Premium Outlets LLC
TVO Mall Owner LLC
Twin Cities Outlets Eagan
Tyler Mall LP
Tyson Galleria LLC
Tysons Corner Holdings
UE Bergen Mall Owner LLC
University Park Mall LLC
University Towne Centre

University Village
Urban Shopping Centers LP
US Centennial Vancouver Mall LLC
UTC Venture LLC
Valley Plaza Mall LP
Valley Stream Green Acres LLC
Valley View Mall SPE LLC
Valley View Realty Holding LLC
Valley West Mall LLC
Viking Rideau Corp.
VR Mall LLC
Waller Realty Inc.
Walt Whitman Mall LLC
Warwick Mall Owner LLC
Washington LLC, The
Water Tower Owner LLC
Waterford Lakes Town Center LLC
Wedderbum, Jordan
West Acres Development LLP
West County Mall CMBS LLC
West Farms Mall LLC
West Town Mall LLC
Westchester Mall LLC
Westcor Realty LP
Westfield Garden State
Westgate Mall Realty LLC
Westland Garden State Plaza LP
Westland South Shore Mall
Westminster Mall LLC
Westroads Mall GGPLP
WFP Retail Co. LP
Wheaton Plaza Regional Shopping
White Marsh LLC
Williamsburg Outlets LLC
Wisconsin Dells Outlet Fee LLC
W-LD Legends Owner VII LLC
Woodbridge Center Inc.
Woodburn Premium Outlets LLC
Woodbury Common Premium Outlets
Woodfield Mall LLC
Woodlands Mall Associates LLC, The
WP BTC LLC
WS Tampa Owner LLC
WSM Hingham Properties LLC
Wyoming Valley Mall Realty Holding LLC
YTC Mall Owner LLC

# SCHEDULE 1(l)

### Litigation Parties

Advanced Transactions
Alfaro, Carlos E.
Al-Husseini, Dana
Atwood, Brian
Avendano, Leonor
Barnes, Deborah
Barrera, Esther
Barton, Jennifer L.
Berry, Eric
Bilawal, Muhammad
Blanchard, Joshua
Breen, Christina
Burgueno, Nautica
CaaStle Inc.
Camilo, Jagely
Carr, Christie
Carriaga, Angela M.
Carrow, Cassie
Chacon, Jorge
Chaney-Bell, Terrell
Checo, Sixta
Coffey, Fredrick
Colin Gomez, Ana A.
Collins, Dominique
Communication Interface Technologies
    LLC
Davis, Laura
Derraj, Sophia
Dias, Kate
Diaz, Letticia
Donmez, Melissa
Dorcely, Micah
East End Trial Group LLC
Engler, Cindi
Enix, Anthony
Environmental Democracy Project
Esquivel, Nadia
E-Teen Co. Ltd.
Fannin, David M.
Faria, Nathaly C.
Garcia, Daniel
Gates, Kiana

Gieseke, Kerry
Glover, Guyla
Gomez, Analia
Gonzalez, Hilda C.
Gonzalez, Madeline
Haley, Joan
Harris, Caleb
Hazel, Lena
Hernandez, Sonny
Hernandez, Yvonne
Hopkins, Dawson Noah
Idrobo, Penelope
Inzuna Cortez, Lesley
Jackson, A Professional Corp.
Jean Francois, Emmanuella
Jillson, Crystal
Johnson, Kaitlin A.
Kaldro, Angeline
Keriwala, Mohamed Umer
Killinger, Amanda
Koulouris, Ariana
Lalani, Faiza N.
Lavi & Ebrahimian LLP
Law Offices of Sahag Majarian, II
Liberty Place Retail Associations
Lux, Matthew
Marca, Bryam
Martinez, Teresa M.
McCall, Jennifer
Nastase, Alina
Nettles, Jessica
Ortado, Rene
Pacific Trial Attorneys
Paez, Carlos M.
Paige-Stone, Monje
Palma, Mathias
Patterson, Anthony
Picardi, Kimberly
Reimer, Ruhi
Rendon, Rusty
Ricketts, Bruce
Rivera, Zhanna

Robinhood
Rodriguez, Paula M.
Romero, Eloy
Ropa Siete Leguas Inc.
Rose, Justin
Rumph, Kennedy
Salaiz, Erik
Salvo, Gina
Schiavulli, Tracy
Sevilla, Victoria
Stevens, Sally
Telephone Consumer Protection Act
Thomas, Bryan
Tran, Katherine
Universal Music Group NV
Vance, David
Vendor Collection Actions
Viramontes, Maria
Washington, James
Waters, Annest
Waters, Cheo
Wehbe, Layal
Whitesel, Collin
Williams, Shay
Wint, Deborah
Woods Law Offices PLLC
Yardley, Eric
Yemane, Lemlem H.
Yohrling, Deborah
Yonggang, Liu
Yugay, Elena
Zabriskie, Gregory S.
Zarco, Evelyn
Zaylore Stout & Associates LLC

# SCHEDULE 1(m)

## **Official Committee Professionals**

Kramer Levin Naftalis & Frankel

# SCHEDULE 1(n)

## Potential M&A Counterparties

[Confidential]

## SCHEDULE 1(o)

### **Staffing Agencies**

AI Altius US Bidco Inc.
C Lavigne Management Inc.
Globant LLC
Kaiser Consulting LLC
KPMG LLP
Monument Consulting LLC
RCG Global Services Inc.

# SCHEDULE 1(p)

## <u>Surety</u>

Alabama, State of, Professional Fundraiser or Commercial Co-Venture
Central Georgia Electric Membership Corp.
Consolidated Edison Co. of New York
Duke Energy Co., The
Florida Gulf Power Co.
Florida Orlando Utilities Co.
Florida Orlando Utilities Commission
Florida Power & Light
Florida Power Corp.
Florida Tampa Electric Co.
Florida Withlacoochee River Electric Coop
Gainesville, City of (FL)
Kansas City Power & Light
Kansas, City of (MO), Board of Public Utilities
Knoxville, City of (TN), Utilities Board
Massachusetts, Commonwealth of, Professional Solicitor's Bond
Murfreesboro Electric
Nevada, State of, Department of Taxation
Pacific Gas & Electric Co.
Progress Energy Carolinas Inc.
Puerto Rico, Commonwealth of
Southern California Edison Co.
Washington D.C., US Customs & Border Protection
Washington D.C., US Customs Duty Drawback

# SCHEDULE 1(q)

## Taxing Authorities

Abington, Township of (PA), Fire
Ada, County of (ID), Treasurer
Akron, City of (OH)
Alameda, County of (CA)
Albemarle, County of (VA)
Albuquerque, City of (NM)
Alexandria, City of (LA)
Alief Independent School District (TX), Tax
 Assessor
Allen, County of (IN), Treasurer
Alpharetta, City of (GA)
Anderson, City of (SC)
Anderson, County of (SC), Treasurer
Ann Arbor, City of (MI)
Anne Arundel, County of (MD)
Arcadia, City of (CA)
Arizona, State of, Department of Revenue
Arlington, City of (VA)
Ascension, Parish of (LA)
Ashwaubenon, Village of (WI), Public
 Safety
Atlanta, City of (GA)
Auburn Hills, City of (MI)
Auburn, Town of (MA)
Bakersfield, City of (CA)
Baltimore, County of (MD)
Bangor, CIty of (ME)
Barboursville, Village of (WV)
Baton Rouge, City of (LA)
Bellevue, City of (WA)
Bergen, County of (NJ)
Bexar, County of (TX), Tax
Biloxi, City of (MS)
Birmingham, City of (AL)
Bloomingdale, Village of (IL)
Boone, County of (MO)
Boone, County of (MO), Sheriff
Bossier, City of (LA)
Bossier, Parish of (LA), Tax Collector
Bowie, City of (MD)
Bowling Green, City of (KY)
Bradley, Village of (IL)

Brazoria, County of (TX), Tax
Brazos, County of (TX), Tax Assessor-
 Collector
Brea, City of (CA)
Brevard, County of (FL), Tax
Brookfield, City of (WI)
Brown, County of (WI), Treasurer
Bucks, County of (PA)
Burlington, Town of (MA)
Cabarrus, County of (NC), Tax
Calcasieu, Parish of (LA)
Calgary, City of (Canada)
California, State of, Department of Public
 Health
California, State of, Department of Public
 Health, Healthy San Francisco
California, State of, Department of Toxic
 Substance Center
California, State of, Environmental Health
 Division
California, State of, State Board of
 Equalization
California, State of, Travel & Tourism
Calumet, City of (IL)
Cameron, County of (TX), Tax Office
Carlsbad, City of (CA)
Carlstadt, Borough of (NJ)
Cerritos, City of (CA)
Charles, County of (MD)
Charleston, City of (SC)
Charlotte, City of (NC)
Chatham, County of (GA), Tax
Chattanooga, City of (TN), Treasurer
Cherokee, County of (GA), Tax
 Commissioner
Cherry Hill, Township of (NJ)
Chesapeake, City of (VA)
Chesterfield, City of (MO)
Chicago Ridge, Village of (IL)
Chicago, City of (IL)
Chula Vista, City of (CA)

Cincinnati, City of (OH), Income Tax Division
Clackamas, County of (OR), Tax
Clarke, County of (GA), Tax
Clarkstown, Town of (NY)
Clayton, County of (GA), Tax
Clear Creek Independent School District (TX), Tax Office
Clearwater, City of (FL)
Cleveland, County of (OK), Treasurer
Clinton, Town of (CT)
Clinton, Township of (MI), Treasurer
Cobb, County of (GA)
Cobb, County of (GA), Tax
Collierville, Town of (TN)
Collin, County of (TX), Tax
Colorado Springs, City of (CO)
Colorado Springs, City of (CO), Police Department
Colorado, State of, Division of Family & Medical Leave
Colorado, State of, Manager of Finance
Columbia, City of (MO)
Columbus, City of (OH), Treasurer
Concord, City of (CA)
Concord, City of (NC), Tax
Concord, City of GA), False Alarm Reduction Program
Contra Costa, County of, (CA), Tax
Coral Springs, City of (FL)
Coralville, City of (IA)
Coralville, City of (IA), Fire Department
Costa Mesa, City of (CA)
Craighead, County of (AR), Collector
Cypress-Fairbanks Independent School District (TX)
Dallas, County of (TX), Tax
Daly, Gregory F.X.
Danbury, City of (CT), Tax Collector
Dartmouth, Town of (MA)
Davenport, City of (IA)
Dearborn, City of (MI)
Dekalb, County of (GA), Tax
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Delaware, State of, Secretary of State

Denton, County of (TX), Tax
Denver, County of (CO)
Des Peres, City of (MO)
Desoto, County of (MS)
Dona Ana, County of (NM), Treasurer
Dothan, City of (AL)
Douglas, County of (CO), Treasurer
Douglasville, City of (GA)
Downey, City of (CA)
Durham, County of (NC), Tax
East Brunswick, City of (NJ), Fire District 1
Eatontown, Borough of (NJ)
Eau Claire, County of (WI)
Ector, County of (TX), Appraisal
Edison, Township of (NJ)
Edmonton, City of (Canada)
El Cajon, City of (CA)
El Centro, City of (CA)
El Paso, City of (TX), Tax Assessor
El Paso, County of (CO)
Enfield, Town of (ME)
Escondido, City of (CA)
Fayette County Public Schools (KY)
Fayette, County of (KY)
Flint, Charter Township (MI)
Florence, City of (KY)
Florence, City of (SC)
Florence, County of (SC), Treasurer
Floyd, County of (GA), Tax
Fort Bend, County of (TX), LID #2
Fort Bend, County of (TX), Tax
Foxborough, Town of (MA)
Frederick, County of (MD)
Fresno, City of (CA)
Fresno, City of (CA), Police Department
Fresno, County of (CA), Sheriff's Office
Fulton, County of (GA), Tax Commissioner
Garland Independent School District (TX)
Garland, City of (TX), Tax
Gilroy, City of (CA)
Glendale, City of (AZ)
Glendale, City of (WI)
Gloucester, Township of (NJ), Fire District 4
Grand Chute, Town of (WI)
Greensboro, City of (NC)

Greenville, County of (SC), Tax
Guilford, County of (NC), Tax
Gwinnett, County of (GA), Tax Commission
H.A. Berkheimer Inc., Business Privilege
    Tax
Hagen, Harry E.
Hall, County of (GA)
Hamilton, County of (IN), Treasurer
Hamilton, County of (TN), Trustee
Hamilton, Township of (NJ)
Hampton, City of (VA)
Hampton, City of (VA), Treasurer
Harlingen, Town of (TX), Tax Office
Harris, County of (TX), Alarm Detail
Harrison, County of (MS), Tax Collector
Harrisonburg, City of (VA)
Hartford, City of (CT), Tax Collector
Hays, County of (TX), Tax Office
Henderson, City of (NV)
Hennepin, County of (MN)
Henrico Virginia, County of (VA)
Hidalgo, County of (TX)
Hillsborough, County of (FL), Tax
Homewood, City of (AL)
Hoover, City of (AL)
Horry, County of (SC)
Horry, County of (SC), Business
Houston, County of (AL), Revenue
Howard, County of (MD)
Humble Independent School District (TX)
Huntsville, City of (AL), Clerk Treasurer
Illinois, State of, Department of
    Employment
Illinois, State of, Department of Revenue
Imperial, County of (CA), Tax
Indian River, County of (FL)
Irving Independent School District (TX),Tax
    Office
Jackson, County of (MO), Collector
Jasper, County of (MO), Collector
Jefferson, County of (AL), District Court
Jefferson, County of (KY)
Jefferson, County of (TX), Tax
Jefferson, Parish of (LA)
Jersey, City of (NJ)
Johnson, City of (TN)

Johnson, County of (KS), Treasurer
Jonesboro, City of (AR)
Joplin, City of (MO)
Judson Independent School District (TX),
    Tax Office
Kanawha, County of (WV), Sheriff
Kansas, City of (MO)
Kansas, State of, Department of Revenue
Katy, City of (TX)
Kenner, City of (LA)
Kentucky, Commonwealth of, Department
    of Revenue
Kentucky, Commonwealth of, Division of
    Unemployment
Kentucky, Commonwealth of, Treasurer
King, County of (WA), District Court
King, County of (WA), Treasury
Knox, County of (TN), Trustee
Knoxville, City of (TN)
La Crosse, City of (WI)
La Crosse, City of (WI), Treasurer
Lafayette, Parish of (LA), Tax
Lake Charles, City of (LA)
Lake, County of (IN), Treasurer
Lakewood, City of (CA), Business
    Licensing
Lancaster, City of (PA)
Lansing, Charter Township of (MI)
Larimer, County of (CO), Treasurer
Las Cruces, City of (NM)
Lauderdale, County of (MS), Tax
Lawrence, Township of (NJ)
Leawood, City of (KS)
Leon, County of (FL), Tax Collector
Lexington Fayette, County of (KY),
    Division of Revenue
Lincoln, City of (NE)
Lincolnwood, Village of (IL)
Livingston, Township of (NJ)
Lone Tree, City of (CO)
Long Beach, City of (CA)
Los Angeles, City of (CA)
Los Angeles, City of (CA), Fire Department
Los Angeles, County of (CA)
Los Angeles, County of (CA), Fire
    Department

Los Angeles, County of (CA), Tax
Loudoun, County of (VA)
Louisville Metro Revenue Commission
Loveland, City of (CO)
Loveland, City of (CO), Public
    Improvement Fee
Loveland, City of (CO), Retail Sales Fee
Lubbock, State of (TX), Central Appraisal
    District
Lynnfield, Town of (MA)
Lynnwood, City of (WA)
Madeira, City of (OH), Tax Offce
Madison, Borough of (NJ), Municipal Court
Madison, City of (AL), License Commission
Madison, City of (WI), Fire Department
Madison, City of (WI), Treasurer
Madison, County of (MS), Tax
Manchester, Town of (CT)
Manchester, Town of (CT), Eighth Utilities
    District
Maricopa, County of (AZ), Treasurer
Marin, County of (CA), Tax
Marin, County of (CA), Weights &
    Measures
Marion, County of (IN), Treasurer
Marlborough, City of (MA)
Marshal, City of (NY)
Maryland, State of, Clerk of the Court
Massachusetts, Commonwealth of,
    Department of Revenue
McAllen, City of (TX)
McAllen, City of (TX), Municipal Court
McAllen, City of (TX), Tax
McLennan, County of (TX), Tax Office
Mecklenburg, County of (NC)
Memphis, City of (TN), Treasurer
Meriden, City of (CT), Tax Collector
Meridian, Charter Township of (MI)
Mesa, City of (AZ)
Mesquite, City of (TX), Tax Fund
Miami Beach, City of (FL)
Miami Dade, County of (FL)
Michigan, State of, Department of Treasury
Middletown, Township of (PA)
Midland, City of (MI)
Milford, City of (CT)

Milpitas, City of (CA)
Minnesota, State of, Department of Revenue
Mississippi, State of, Office of Revenue
Mobile, City of (AL)
Mobile, County of (AL), Revenue
Modesto, City of (CA)
Monroe, County of (FL)
Monroeville, Municipality of (PA)
Montclair, City of (CA)
Montebello, City of (CA)
Monterey, City of (CA)
Monterey, County of (CA), Tax
Montgomery, City of (AL)
Montgomery, County of (MD)
Montgomery, County of (TX), Tax
Multnomah, County of (OR)
Muniservices LLC
Murray, City of (UT), Business
Muscogee, County of (GA), Tax
Nashville & Davidson County, Metropolitan
    Government of (TN), Trustee
Nassau, County of (NY), Fire Commission
Nassau, County of (NY), Teasurer
Natick, Town of (MA)
Nebraska, State of, Department of Revenue
Nevada, State of, Department of Taxation
Nevada, State of, Secretary of State
New Hanover, County of (NC), Tax
New Jersey, State of
New Jersey, State of, Department of Labor
New Mexico, State of, Tax & Revenue
New York, State of, Unemployment
New York, State of, Unemployment
    Insurance
Newark, City of (CA)
Newington, Town of (NH), Police
    Department
Newport News, City of (VA)
Newport, City of (RI)
Niles, City of (OH), Income Tax
Niles, Village of (IL)
Norfolk, City of (VA), Treasurer
Norridge, Village of (IL)
North Attleborough, Town of (MA)
North Dakota, State of, Tax Commissioner

North Dakota, State of, Workforce Safety & Insurance

North Olmsted, City of (OH)

Nueces, County of (TX)

Oakland, City of (CA)

Okaloosa, County of (FL)

Oklahoma, County of (OK), Treasurer

Oklahoma, State of, Office of the Ohio Attorney General

Ontario, City of (CA)

Orange, County of (CA)

Oregon, State of, Department of Revenue

Oregon, State of, Employment Department

Oregon, State of, Secretary of State

Orem, City of (UT)

Orland Park, Village of (IL)

Palm Beach Gardens, City of (FL)

Palm Beach, County of (FL)

Palm Desert, City of (CA)

Palmdale, City of (CA)

Palo Alto, City of (CA), Police Department

Pasco, County of (FL)

Pasco, County of (FL), Board of Community Commissioners

Peabody, City of (MA)

Peabody, City of (MA), Police Department

Pembroke Pines, City of (FL)

Philadelphia, City of (PA)

Phoenix, City of (AZ)

Pierce, County of (WA), Budget & Finance

Pima, County of (AZ), Treasurer

Placer, County of (CA), Tax Collector

Plantation, City of (FL)

Platte, County of (MO), Collector

Pleasant Prairie, Village of (WI), Fire & Rescue

Pleasant Prairie, Village of (WI), Treasurer

Pleasanton, City of (CA)

Portage, City of (MI)

Portland, City of (OR)

Portland, City of (OR), Police Alarms

Potter, County of (TX), Tax

Prince George's, County of (MD)

Prince William, County of (VA)

Puerto Rico, Commonwealth of, Corporacion Del Fondo Del Seguro Del Estado

Pulaski, County of (AR), Treasurer

Puyallup, City of (WA)

Ramsey, County of (MN), Environmental Health Division

Rapides, Parish of (LA)

Rapides, Parish of (LA), Sheriff's

Redondo Beach, City of (CA)

Reno, City of (NV)

Richland, County of (SC), Treasury

Richmond, City of (BC)

Richmond, County of (GA), Tax

Ridgeland, City of (MS)

Riverhead, Town of (NY)

Riverside, County of (CA)

Riverside, County of (CA), Treasurer

Roanoke, City of (VA)

Roseville, City of (CA), Fire Department

Rutherford, County of (TN), Trustee

Sacramento, City of (CA)

Sacramento, County of (CA)

Sacramento, County of (CA), Metro Fire

Saginaw, City of (MI)

Salisbury, City of (MD)

San Bernardino, County of (CA), Fire Protection

San Diego, City of (CA)

San Diego, County of (CA)

San Francisco, City of (CA), Department of Public Health

San Francisco, City of (CA), Tax Collector

San Jose, City of (CA)

San Luis Obispo, City of (CA)

San Rafael, City of (CA)

Sandy, City of (UT)

Santa Ana Finance, City of (CA)

Santa Barbara, City of (CA)

Santa Clara, County of (CA)

Santa Rosa, City of (CA)

Saugus, Town of (MA)

Savannah, City of (GA)

Scottsdale, City of (AZ)

Shelby, County of (KY)

Shelby, County of (KY), Occupational
  License Office
Shelby, County of (TN), Trustee
Simpsonville, City of (KY)
Slo, County of (CA), Tax Collector
Snohomish, County of (WA), Treasurer
Somerville, City of (MA)
Sonoma, County of (CA)
Sonoma, County of (CA), Tax Collector
South Dakota, State of, Department of
  Revenue
South Portland, City of (ME)
Southern California Edison Co.
Sparks, City of (NV), Alarm Program
Spartanburg, City of (SC)
Spring Branch Independent School District
  (TX)
Springfield, City of (MO)
Springfield, Township of (PA)
St. Charles, County of (MO)
St. Matthews, City of (KY)
St. Peters, City of (MO)
St. Tammany, Parish of (LA)
Stamford, City of (CT), Tax Collector
Stanislaus, County of (CA)
Sterling Heights, City of (MI)
Stockton, City of (CA)
Summit, County of (UT), Treasurer
Swansea, Town of (CT)
Sweetwater, City of (FL)
Tacoma, City of (WA)
Tallahassee, City of (FL)
Tarrant, County of (TX), Tax
Taylor Central Appraisal District (TX)
Temecula, City of (CA)
Tempe, City of (AZ)
Texas. State of, Comptroller of Public
  Accounts, Woodlands Metro Center
Thousand Oaks, City of (CA)
Tigard, City of (OR)
Tinton Falls, Borough of (NJ)
Tippecanoe, County of (IN), Treasurer
Toledo, City of (OH)
Toledo, CIty of (OH), Fire & Rescue
  Department
Torrance, City of (CA)

Travis, County of (TX), Tax Office
Trinity School District (PA)
Troy, City of (MI)
Trumbull, Town of (CT), Tax Collector
Tucson, City of (AZ)
Tulare, County of (CA), Tax Collector
Tulsa, County of (OK), Treasurer
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL), Tax
United Independent School District (TX),
  Tax Office
United States, Government of the,
  Department of the Treasury
Upper Merion, Township of (PA)
Utah, State of, Department of Agriculture
Utah, State of, State Tax Commission
Vacaville, City of (CA)
Vacaville, City of (CA), Police Alarm
Vancouver, City of (WA)
Vanderburgh, County of (IN), Superior
  Court
Vanderburgh, County of (IN), Treasurer
Vermont, State of, Department of Taxes
Vernon Hills, Village of (IL)
Visalia, City of (CA)
Warren, County of (KY), Sheriff
Warwick, City of (MA)
Warwick, Town of (RI), Police Department
Washington D.C., Office of Tax & Revenue
Washington, County of (MD), Treasurer's
  Office
Washington, County of (MN)
Washington, County of (TN), Trustee
Washington, State of, Employment Security
  Department
Washington, State of, State Employment
  Security Department
Washoe, County of (NV), Treasurer
Waterford, Town of (CT), Tax Collector
Watertown, Town of (MA)
Wauwatosa, City of (WI)
Wayne, Township of (NJ)
Webb, County of (TX), Tax Collector
Weber, County of (UT), Assessor
Wellington, Village of (FL)
West Covina, City of (CA)

West Hartford, Town of (CT)
West Palm Beach, City of (FL)
West Virginia, State of, Secretary of State
Westminster, City of (CA)
Whitehall, Townsip of (PA), Treasurer's
    Office
Wicomico, County of (MD)
Williamson, County of (TX)
Wilson School District (PA)
Wisconsin, State of
Wisconsin, State of, Department of Revenue
Woodbridge Fire Prevention Bureau (NJ)
Woodbury, City of (MN)
Woodbury, Town of (NY)
Wyomissing, Borough of (PA)
Yonkers, City of (NY)

# SCHEDULE 1(r)

## **Vendors**

1552 Broadway Retail Owner LLC
2.7 August Apparel Inc.
24-7 Intouch Inc.
2810 Newport Centre LLC
3107 Penn Ross JV
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
7607 Woodland Hills Mall
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
Adobe Systems Inc.
Akamai Technologies Inc.
Akay, Malissa
Alorica Inc.
Alvarez & Marsal
Applied Predictive Technologies Inc.
Arden Fair Associates LP
Arden Jewelry Manufacturing Co.
Arnold Willis & Co. Ltd.
Arundel Mills LP
Aventura Mall Venture
Bamboo Rose LLC
Batallure Beauty LLC
Baxter, Tim
Beachwood Place Mall LLC
Bellwether Properties of Massachusetts LP
Bernardo Manufacturing
Bespoke Fashion LLC
Big Brothers Big Sisters of America
Bluecore Inc.
BPR-FF LLC
Braintree Property Associates LP
Brea Mall
Bridgewater Common Mall II LLC
Brierley & Partners Inc.
Brooklyn King Plaza LLC
Camarillo Premium Outlets
CFL Distribution Inc.
Chacon
Cherry Hill Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CMT de la Laguna SA de CV

Commission Junction LLC
CPG Partners LP
Crescent Bahuman Ltd.
CSC Corporate Domains Inc.
Del Amo Fashion Center
Dolphin Mall Associates LP
Experian Marketing Solutions Inc.
Facebook Inc.
Falls Shopping Center Associates, The
Fantas Eyes Inc.
Fashion Centre Mall LLC
Fashion Valley Mall
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Fortune Footwear Inc.
Four State Properties LLC
Franklin Park Mall LLC
Freemall Associates LLC
GardaWorld Security Services
Gerber Technology LLC
GGP LP
Gilroy Premium Outlets
Glendale I Mall Associates LP
Globant LLC
Google Inc.
Granify Inc.
Great Mall at Milpitas, The
Green Hills Mall TRG LLC
Hing Shing Looping Manufacturing Co. Ltd.
Hylant Group Inc., The
JDA Software Inc.
Jebbit Inc.
Jewelry Group, The
JG Elizabeth II LLC
Jordan Creek Town Center LLC
Kenilworth Creations Inc.
Kenwood Mall LLC GGP-TRS LLC
KFM247 Ltd.
King of Prussia Associate
KPMG LLP
L Brands Inc.
Leesburg Corner Premium Outlets
Lehigh Valley Mall LLC
Lenox Square
Lever Style Ltd.
Li & Fung (Trading) Ltd.

LiftLab Analytics Inc.
Linea Pelle
Livermore Premium Outlets
Macerich Vintage Fair Ltd.
Mall at Gurnee Mills LLC
Mall at Potomac Mills LLC
Mall at Summit LLC
Mall In Columbia, The
Manchu Times Fashion Ltd.
MANE Enterprises Inc.
Mayfair Mall LLC
Merkle Inc.
MGF Sourcing US LLC
Microsoft Online Inc.
Millcraft Paper Co., The
Mission & Fields LLC
MOAC Mall Holdings LLC
Monument Consulting LLC
Motives International
Natick Mall LLC
NCR Corp.
Nedap Inc.
NetJets Aviation Inc.
Newtimes Development Ltd.
nOir Jewelry LLC
North Georgia Premium Outlets
NXGN Inc.
Oakbrook Urban Venture LP
Ogletree, Deakins, Nash, Smoak & Stewart PC
Ontario Mills LP
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Pacific Buying & Marketing Service Ltd.
Pandera Systems LLC
Pembroke Lakes
Penn Square Mall LLC
Perimeter Mall LLC
Planes Moving & Storage Inc.
Premium Outlet Partners LP
Providence Place
PT Ungaran Sari Garments
Quaker Associates LLC
Queens Center SPE LLC
R. R. Donnelley
Radial Inc.

RCG Global Services Inc.
Resicom Custom Painting & Maintenance
Ricoh USA Inc.
Ridgedale Center LLC
Rimini Street Inc.
Rocksal Mall LLC
Roosevelt Field
Rose Knitting (Asia) Ltd.
Roth Bros. Inc.
S5 Stratos Inc.
Saint Louis Galleria LLC
Salesforce Inc.
Sandy Alexander Inc.
Scandit Inc.
SDG Dadeland Associates Inc.
Shopping Center Associate
Shops At Mission Viejo LLC
Short Hills Associates
Short Pump Town Center LLC
Silver Crest Clothing Pvt. Ltd. - Unit III
Simon Property Group LP
Single Source Apparel Inc.
Sirius Computer Solutions LLC
Skadden, Arps, Slate, Meagher & Flom LLP
South Asia Knitting Factory Ltd.
South Coast Plaza
Southdale Center LLC
SPG Finance II LLC
Standard Black
Star Garments Group Pvt. Ltd.
Stylitics Inc.
Sunland Park Mall LLC
Sunrise Mills (MLP) LP
TAL Global Alliances Ltd.
Tampa Westshore Associates LP
Tanger Properties LP
Taubman Cherry Creek
TB Mall at UTC LLC
Texgroup
TikTok Inc.
Tote Fashion Sourcing Ltd.
Town Center at Boca Raton Trust, The
Towson TC LLC
Tysons Corner Holdings
UpWest LLC
Urban Crown Ltd.

Valley Plaza Mall LP
Valley Stream Green Acres LLC
VaynerMedia LLC
Velocity Apparelz Co. ESC
Verifone Inc.
Visplay Inc.
Viva Knitwear Factory Ltd.
VR Mall LLC
West Camp Press Inc.
West Farms Mall LLC
West Town Mall LLC
Westfield Garden State
Wheatley, Nick
Woodbury Common Premium Outlets
Woodfield Mall LLC
World Textile Sourcing Inc

**Schedule 2**

**Connections to Parties In Interest**

**Potential Connections or Related Parties**[1]

- In the ordinary course of its financial advisory practice, M3 Advisory Partners, LP or its senior professionals[2] (collectively, "<u>M3</u>") have recently had and/or currently have relationships with various law firms, accounting firms, financial advisory firms, and other professionals and service providers, as well as affiliates of the foregoing who are listed on **<u>Schedule 1</u>** (the "***Debtor Disclosure Schedule***") as parties-in-interest in these proceedings (each, an "***Ancillary Entity***"). Such relationships have included, among other things, M3 or its senior professionals serving as an advisor to clients in engagements where (a) such client was or is represented by one or more Ancillary Entities or (b) one or more Ancillary Entities has represented or currently represents one or more parties-in-interest who are not clients of M3. Additionally, certain of the Ancillary Entities may have retained, or been retained by M3 and its affiliates, in the recent past with respect to matters unrelated to the Debtors and their bankruptcy cases. The Persons shown on the Debtor Disclosure Schedule who constitute (or whose affiliates constitute) Ancillary Entities include, without limitation, A&G Realty Partners, LLC; Akerman LLP; Alvarez & Marsal; Arent Fox LLP; Baker & Hostetler LLP; Brownstein Hyatt Farber Schreck, LLP; Bryan Cave Leighton Paisner LLP; Crowell & Moring LP; Deloitte LLP; Dinsmore & Shohl LLP; DLA Piper; Faegre Drinker Biddle & Reath LLP; Fenwick & West LLP; Fragomen, Del Rey, Bernsen & Loewy, LLP; Jenner & Block LLP; Joele Frank; Kirkland & Ellis LLP; KPMG LLP; Maples Fiduciary Services; McGuire Woods; Moelis & Company; Ogletree, Deakins, Nash, Smoak & Stewart; PricewaterhouseCoopers International Limited; Raymond James & Associates, Inc.; RBC Capital Markets LLC; Skadden, Arps, Slate, Meagher & Flom LLP; and Venable LLP. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- M3 has currently has or recently has had relationships with various bank and non-bank lenders, trustees, other financial institutions acting in various capacities, and other equity and debt financing sources, as well as affiliates of any of the foregoing, who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings (collectively, the "***Financial Institutions***"). Such relationships may include, among other things, (a) a direct relationship between M3 and one or more of the Financial Institutions, (b) M3 advising Persons who themselves have relationships with such Financial Institutions and (c) M3 being involved in a proceeding or other engagement in which one or more Financial Institutions was separately a

---

[1] References in this Schedule to parties-in-interest with which M3 currently has or recently has had relationships in any category described above are not exclusive and the party-in-interest or an affiliate thereof also may have other relationships with M3 in the same or other categories without specific identification. All disclosures contained herein are made to the knowledge of M3 based upon parties-in-interest disclosures provided in various engagements and other information of which the senior professionals at M3 have actual knowledge. For purposes of this Schedule, the term "<u>Persons</u>" shall include entities and natural persons and any reference to a specific Person shall be deemed to also be a reference to affiliates of such Person. In addition, M3 has assumed for purposes of this Schedule that various special purpose securitization vehicles (such as Oaktree CLO 2021-2 Ltd. or Wells Fargo Commercial Mortgage Trust 2022-JST) and investment funds (such as Invesco FTSE RAFI US 1500 Small-Mid ETF) are affiliates of the entity suggested by their names (e.g., Oaktree Capital Management LP, Wells Fargo Bank, N.A. or Invesco Capital Management LLC) and thus have not individually listed such vehicles in this Schedule if an affiliate already has been listed.

[2] For purposes of this Schedule, the term "senior professionals" refers to Managing Directors and Directors of M3.

party-in-interest (the parties-in-interest described in clauses (a), (b) and (c) collectively, "*Ancillary Institutions*").  Such Ancillary Institutions include, without limitation:  Banco Popular; Bank of America, N.A.; Barclays Wealth (UK); BlackRock Advisors LLC; Charles Schwab Investment Management Inc.; Citadel Advisors LLC; Citibank, N.A.; Credit Agricole Leasing and Factoring; Dimensional Fund Advisors LP; Fidelity Extended Market Index Fund / Fidelity Series Total Market Index Fund / Fidelity Total Market Index Fund; Fifth Third Bank, National Association; First Eagle Alternative Credit, LLC; Geode Capital Management LLC; Group One Trading LP; Huntington National Bank; Invesco Capital Management LLC;; JP Morgan Securities LLC; Morgan Stanley Smith Barney Holdings LLC; Northern Trust Investments; Oaktree Capital Management, LP; Optum Bank; PGIM Inc.; PNC Advisors; Renaissance Technologies LLC; Rhumline Advisors LP;  Royce & Associates LP;  Schwab Total Stock Market Index Fund; State Street Global Advisors; CIT Group; Tower Research Capital LLC; US Bank Equipment Finance; Vanguard Group, Inc.; and Wells Fargo Bank NA.  To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- On the Debtor Disclosure Schedule, Berkshire has been disclosed with the label "Insurance".

  o A senior professional of M3 has disclosed that he holds equity securities of Berkshire Hathaway that are material to his financial position.  The relevant senior professional is not part of the engagement team for the Debtors.  To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- On the Debtor Disclosure Schedule, Robinhood has been disclosed with the label "Litigation Parties".

  o Robinhood has been identified as a "Potential Bidding Party" or "NDA Counterpart", or as an "Exchange/Marketplace" in multiple bankruptcy proceedings or other engagements which have been recently completed in which M3 has served as a financial advisor.  To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- On the Debtor Disclosure Schedule, a company has been disclosed with the label "Bonobos Vendor."

  o That company has been identified as a former client of M3 for whose independent directors M3 provided financial advisory services in an engagement that M3 is required to keep confidential.  That engagement was completed in 2022.  To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- On the Debtor Disclosure Schedule, a number of parties have been disclosed as "Confidential M&A Counterparties".



To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- M3 currently purchases or recently has purchased goods and services in the ordinary course of business and in the open market from vendors who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. Similarly, clients of M3, and debtors and parties-in-interest with respect to matters in which M3 is currently involved or recently has been involved in various capacities, also purchase or recently have purchased, or sell or recently have sold, goods and services in the ordinary course of business and in the open market from or to certain of the Persons listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- M3 currently serves or recently has served as a financial advisor to various Persons which have (a) purchased, or currently purchase, insurance (including, without limitation, health and similar insurance), suretyship products, employment benefits services, or utilities from, (b) leased property or assets from landlords or lease counterparties who are, or (c) recently have been or are subject to the taxing or other regulatory authority of, Persons listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. In addition, M3 itself purchases or has recently purchased insurance, employments benefits services or utilities from, or currently or recently has leased property or assets from, or is or recently has been subject to the taxing or other regulatory authority of, Persons who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- In the ordinary course of its business, M3 provides services to Persons currently or recently conducting, or involved in, bankruptcy proceedings in various federal bankruptcy courts in the United States. In connection with these proceedings, M3 interacts with Judges of the United States Bankruptcy Courts and personnel of the Office of the United States Trustee in various

jurisdictions, including, without limitation, those of the District of Delaware. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.