**<u>Exhibit B</u>**

**Ericson Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF MOLLY ERICSON IN**
**SUPPORT OF THE APPLICATION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF ERNST & YOUNG LLP AS TAX SERVICES**
**PROVIDER AS OF APRIL 22, 2024, and (II) GRANTING RELATED RELIEF**

I, Molly Ericson, hereby declare pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as follows:

1. I am a managing director of EY US LLP (as defined below). I provide this Declaration on behalf of Ernst & Young LLP ("EY LLP") in support of the application (the "Application") of the above-captioned debtors (the "Debtors") to retain EY LLP as their tax services provider, effective as of April 22, 2024 (the "Petition Date"), pursuant to the terms and conditions set forth in the agreements between the Debtors and EY LLP attached hereto as **Exhibit 1** and **Exhibit 2** (the "Engagement Letters").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Engagement Letters.

2.      The facts set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or professionals of EY LLP and EY US LLP (as defined below) or employees of other member firms of EYGL (as defined below) under my supervision and direction.

3.      As set forth in further detail in the Engagement Letters, EY LLP has agreed to provide certain tax services (the "Services") to the Debtors in connection with these chapter 11 proceedings.  A summary description of each of the Services is summarized below and fully described in the Engagement Letters:[3]

- US federal and state tax advice in connection with the Company's bankruptcy filing and plan of reorganization including, but not limited to, potential sales of assets, cancellation of indebtedness income, attribute reduction, deductibility of transaction costs, availability and measurement of tax attributes, and processing of tax claims.

## EY LLP's Disinterestedness

4.      Based on the connections check process that is described herein, to the best of my knowledge, information and belief, EY LLP (a) does not hold or represent an interest adverse to the Debtors' estates, and (b) is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, as required under section 327(a) of the Bankruptcy Code.  Moreover, to the best of my knowledge, information and belief, EY LLP's retention is not prohibited or restricted by Bankruptcy Rule 5002.  Accordingly, I believe that EY LLP is eligible for retention by the Debtors under Section 327(a) of the Bankruptcy Code.

---

[3]    The summaries of certain terms of the Engagement Letters herein are qualified in their entirety by reference to the provisions of the Engagement Letters themselves.  To the extent there is any discrepancy between the summaries contained in this Declaration and the terms of the Engagement Letters themselves, the terms of the Engagement Letters shall control.

5.      On or about April 5, 2024, EY LLP received a retainer from the Debtors in the amount of $250,000 for tax services (the "Retainer").  As of the Petition Date, the balance of the Retainer was approximately $245,000.  EY LLP shall apply the remaining balance of the Retainer toward post-petition fees and expense reimbursements that the Debtors are authorized to pay to EY LLP during these chapter 11 cases.

6.      During the ninety days before the Petition Date, the Debtors paid $250,000 to EY LLP, all of which constituted the Retainer.

**Professional Compensation and Reimbursement of Expenses**

7.      EY LLP intends to charge the Debtors fees for the Services, as set forth in the Engagement Letters and summarized below.

EY LLP intends to charge the Debtors based on the amount of time spent providing the Services and billed at the following hourly rates:

| Level | Rate per hour |
|---|---|
| Partner/Principal | $1,450 |
| Managing Director | $1,350 |
| Senior Manager | $1,050 |
| Manager | $940 |
| Senior | $660 |
| Staff | $440 |

8.      EY LLP's fees are exclusive of taxes or similar charges, as well as customs, duties or tariffs imposed in respect of the Services, all of which the Debtors shall pay (other than taxes imposed on EY LLP's income generally).

9.      In addition to the fees set forth above, the Debtors shall reimburse EY LLP for any direct expenses incurred in connection with EY LLP's retention in these cases and the performance of the Services set forth in the Engagement Letters, including all taxes, including value-added taxes, sales taxes, and other indirect taxes.  EY LLP's direct expenses shall include, but not be

limited to, reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses (including any fees or reasonable expenses of EY LLP's legal counsel) related to the Services.

10.     If EY LLP is requested or authorized by the Debtors, or is required by government regulation, subpoena or other legal process, to produce its documents or personnel as witnesses with respect to the Services or the Engagement Letters, the Debtors would, so long as EY LLP is not a party to the proceeding in which the information is sought, reimburse EY LLP for its professional time and expenses, as well as the fees and expenses of EY LLP's counsel, incurred in responding to such requests.

**<u>Certain Other Terms of the Engagement Letters</u>**

11.     EY LLP's provision of Services to the Debtors is contingent upon this Court's approval of each term and condition set forth in the Engagement Letters.

12.     The Engagement Letters may be terminated by EY LLP or the Debtors in accordance with their terms.  The Debtors or EY LLP may terminate the Engagement Letters at any time in writing, but in any event the Engagement Letters will terminate upon the effective date of the Debtors' confirmed plan of reorganization, or the liquidation of the Debtors' assets under chapter 11 or 7 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), or otherwise. Notwithstanding such termination, however, the Debtors' estates will remain obligated to pay all accrued fees and expenses as of the effective date of such termination.  Moreover, certain other terms of the Engagement Letters will continue (either indefinitely or for a specified period of time) following termination.

13.     Copies of the Engagement Letters are submitted with this Declaration for approval.[4] EY LLP's provision of Services to the Debtors is contingent upon the Court's approval of each term and condition set forth in the Engagement Letters.  Included among the terms and conditions set forth in the Engagement Letters is language substantially similar to the following:

> Any controversy or claim with respect to, in connection with, arising out of, or in any way related to this Agreement or the services provided hereunder (including any such matter involving any parent, subsidiary, affiliate, successor in interest or agent of Client or its subsidiaries or of EY) shall be brought in the Bankruptcy Court or the applicable district court (if such district court withdraws the reference) and the parties to this Agreement, and any and all successors and assigns thereof, consent to the jurisdiction and venue of such court as the sole and exclusive forum (unless such court does not have jurisdiction and venue of such claims or controversies) for the resolution of such claims, causes of action or lawsuits.  The parties to this Agreement, and any and all successors and assigns thereof, hereby waive trial by jury, such waiver being informed and freely made.  If the Bankruptcy Court, or the district court upon withdrawal of the reference, does not have or retain jurisdiction over the foregoing claims or controversies, the parties to this Agreement and any and all successors and assigns thereof, agree to submit first to nonbinding mediation; and, if mediation is not successful, then to binding arbitration, in accordance with the dispute resolution procedures as set forth in Appendix 1 to this Agreement.  Judgment on any arbitration award may be entered in any court having proper jurisdiction.  The foregoing is binding upon Client, EY and any all successors and assigns thereof.

### Ernst & Young Global Limited

14.     The Ernst & Young global network comprises independent professional services practices conducted by separate legal entities throughout the world.  Such legal entities are members of Ernst & Young Global Limited ("EYGL"), a company incorporated under the laws of England and Wales and limited by guarantee, with no shareholders and no capital.  The EYGL

---

[4]    To the extent that this Declaration and the terms of the Engagement Letters are inconsistent, the terms of the Engagement Letters shall control.

member firms have agreed to operate certain of their professional practices in accordance with agreed standards, but remain separate legal entities.

15.    The particular firm that the Debtors seek to retain in these chapter 11 cases, EY LLP, is a member firm of EYGL in the United States.  EY LLP does not have a parent entity, but rather is 100% owned by its partners.  EY LLP engages in the practice of public accountancy and provides accounting and other professional services.  All partners of EY LLP are Certified Public Accountants ("CPAs").

16.    In addition, Ernst & Young U.S. LLP ("EY US LLP"), the owners of which are EY LLP CPA partners and non-CPA principals, is another member firm of EYGL in the United States. EY US LLP provides infrastructure and support services to EY LLP, including the services of CPA and non-CPA personnel.  In particular, EY LLP uses EY US LLP personnel in providing services to EY LLP's clients.  Such EY US LLP personnel continue to be employed by EY US LLP, but work under EY LLP's supervision in EY LLP engagements.

## Disclosure of Connections

17.    In connection with EY LLP's proposed retention by the Debtors, Debtors' counsel provided a list of names of parties in interest in these cases (the "PIIL") to EY LLP on or about April 1, 2024.  The specific names that were set forth on the PIIL that EY LLP received from the Debtors' counsel are referred to herein as the "Parties in Interest."

18.    EY LLP has access to a computer database (the "Database") that contains information about actual client engagements and potential engagement activity of all of the member firms of EYGL.  The Database also includes the names of other parties that the professionals on the relevant engagement team have identified as also being involved in each engagement (*e.g.*, adverse parties and co-clients).  Thus, the Database indicates whether any

Debtor entity is involved in an engagement by an EYGL member firm, in which a Party in Interest is a client.[5]

19.     EY LLP caused the names of the Parties in Interest to be run through the Database. The disclosure schedule annexed hereto as **Exhibit 3** lists the names of the Parties in Interest and whether a client engagement has been initiated in the Database during the last three years by EY LLP or any other EYGL member firm.

20.     To the best of my knowledge, information and belief based on the information set forth in the Database, none of the services rendered to Parties in Interest by EY LLP or any other EYGL member firm have been in connection with the Debtors or these chapter 11 cases, except as otherwise stated herein.

21.     In January 2023, a global investment manager engaged EY LLP to provide transaction buy side diligence services in connection with WHP Global, a JV Partner of a non-debtor affiliate.  The engagement was completed in March 2023.

22.     In February 2024, a global investment firm engaged EY LLP to provide buy side transaction diligence services in connection with a contemplated investment in WHP Global, a JV Partner of a non-debtor affiliate.  That investment did not occur, and the engagement was completed in February 2024.

23.     Additionally, EY LLP conducted a search to determine whether EY US LLP (but not any other member firm of EYGL) has paid any person or entity that is specified on the PIIL as being a professional service provider that has been retained by a Party in Interest ("Party-Retained

---

[5]     The information in the Database is populated by the professionals who are providing services under each engagement.  Therefore, the information in the Database may not be 100% correct with respect to all engagements, as human errors may occur.  Furthermore, financial information pertaining to engagement activity is the proprietary and confidential information of each individual EYGL member firm.  EY LLP may not have the right to access, or if accessed, disclose, such information relating to other EYGL member firms.

Professionals") to provide professional services during the last three years. Based on its search of that database, EY LLP has determined that EY US LLP has paid the following Party-Retained Professionals during the last three years for professional services: Joele Frank and PricewaterhouseCoopers International Limited.

24.     EY LLP cannot prohibit any other EYGL member firm from accepting any client engagements, including in matters that may be adverse to the Debtors or their bankruptcy estates. Nevertheless, if EY LLP becomes aware of any such engagement by another EYGL member firm, EY LLP will file a supplemental declaration with the Court that contains the pertinent information that EY LLP is authorized to disclose.[6]  Moreover, if EY LLP becomes aware that another EYGL member firm represents a Party in Interest in a matter that is adverse to the Debtors or their bankruptcy estates, EY LLP will not permit anyone from such non-US EYGL member firm's engagement team who provides services to the Party in Interest in the adverse matter to be involved in the Services that EY LLP provides for the Debtors during these chapter 11 cases.

25.     In the ordinary course of business, certain EYGL member firms ("EY Support Firms") provide various professional, administrative and back office support services for client-facing EYGL member firms throughout the world, as requested, coordinated and directed by such client-facing EYGL member firms (including EY LLP).  An EY Support Firm assisted EY LLP in performing EY LLP's connections check for these chapter 11 cases.  The costs paid by EY LLP to EY Support Firms for such connections check related services will not be billed to the Debtors. EY Support Firms do not provide client-facing services.  Because the Database against which the

---

[6]     There may be situations in which EY LLP will be unable to disclose engagements of non-US EYGL member firms.  For example, laws or regulations applicable to a non-US EYGL member firm may preclude that firm from providing information regarding its client engagements to EY LLP, or applicable laws and regulations may prohibit disclosure.  If that issue arises, EY LLP will discuss it with the Office of the United States Trustee to try to reach a resolution.

names of the Parties in Interest was run for EY LLP's connections check contains client engagement information for all client-facing EYGL member firms, no EY Support Firm will run its own connections check or file a declaration in these chapter 11 cases.

26.     During these chapter 11 cases, EY Support Firms may assist EY LLP in providing services to the Debtors.

27.     Notwithstanding any use of EY Support Firms, EY LLP shall remain fully and solely responsible for any liabilities and obligations in respect of EY LLP's engagement and Services during these chapter 11 cases.

28.     During these chapter 11 cases, EY LLP may subcontract with other EYGL member firms in various countries, including Costa Rica (the "Subcontracting EYGL Member Firms"), to provide services to one or more Debtor entities during these chapter 11 cases.  The fees and expenses of the Subcontracting EYGL Member Firms relating to work performed for the Debtors will be included in EY LLP's fee applications in these chapter 11 cases.  EY LLP will distribute the applicable fees and expenses to the Subcontracting EYGL Member Firms once EY LLP's fee applications are approved by the Court and such fees and expenses are paid by the Debtors. Because the Database against which the names of the Parties in Interest was run for EY LLP's connections check contains client engagement information for all EYGL member firms, the Subcontracting EYGL Member Firms will not run their own connections checks or file declarations under Bankruptcy Rule 2014 in these chapter 11 cases.

29.     During these chapter 11 cases, EY LLP may perform services for a non-Debtor affiliate of the Debtors, Express Fashion Digital Services Costa Rica S.R.L., pursuant to a direct contractual arrangement with such entity.

30.     EY LLP and other EYGL member firms may perform services for their clients that relate to the Debtors merely because such clients may be creditors or counterparties to transactions with the Debtors and whose assets and liabilities may thus be affected by the Debtors' status. The disclosures set forth herein do not include specific identification of such services.

31.     As part of its practice, EY LLP appears in cases, proceedings and transactions involving many different attorneys, financial advisors and creditors, some of which may represent or be parties involved in these chapter 11 cases.

32.     EY LLP may currently be a party or participant in certain litigation matters involving Parties in Interest, which matters are unrelated to the Debtors or these chapter 11 cases.

33.     EY LLP does not directly hold any debt or equity securities of the Debtors. In addition, none of the EY LLP or EY US LLP professionals who are currently on the engagement team that is providing Services to the Debtors directly hold any securities in the Debtors, but those engagement team members may hold interests in mutual funds or other investment vehicles that may own securities of the Debtors.

34.     It is possible that professionals of EY LLP and EY US LLP who are not currently on the engagement team that is providing Services to the Debtors may directly or indirectly hold securities of the Debtors or interests in mutual funds or other investment vehicles that may own securities of the Debtors. Additionally, EY LLP and EY US LLP professionals, whether or not on the engagement team that is providing services to the Debtors, may have economic interests in or business associations with Parties in Interest.

35.     To the best of my knowledge, information and belief, neither the undersigned nor the professionals expected to assist the Debtors in these matters are connected to the Bankruptcy Judges in this District, the United States Trustee for the region in which these chapter 11 cases are

pending, or any person employed in the Office of the United States Trustee in the city in which these chapter 11 cases are pending as identified in the PIIL. Moreover, to the best of my knowledge, information and belief, EY LLP's retention is not prohibited by Bankruptcy Rule 5002.

36.    Despite the efforts described above to identify and disclose connections with Parties in Interest, because the Debtors are a large enterprise with numerous creditors and other relationships, EY LLP is unable to state with certainty that every client representation or other connection with Parties in Interest has been disclosed herein. If EY LLP discovers additional information that requires disclosure, EY LLP will file supplemental disclosures with the Court.

37.    Certain Parties in Interest are lenders to EY LLP and/or EY US LLP: Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., Wells Fargo Bank, National Association and Bank of America, N.A. participate in EY LLP's and EY US LLP's Revolving Credit Program; EY LLP and EY US LLP have borrowed long-term debt from Metropolitan Life Insurance Company, American International Group UK Limited (AIG) and The Prudential Insurance Company of America. In addition, Chubb Group of Insurance Company is a surety bond provider on behalf of EY LLP and EY US LLP.

38.    To the best of my knowledge, information and belief, prior to the Petition Date, EY LLP performed certain professional services for the Debtors, including tax and consulting services.

39.    At the Debtors' request following the Petition Date and prior to Court approval of EY LLP's engagement in these cases, EY LLP may provide in its sole discretion certain of the Services described in the Engagement Letters. Thus, EY LLP requests that its retention be authorized as of the Petition Date.

40.    To the extent required by Section 504 of the Bankruptcy Code, except as otherwise set forth herein (*e.g.*, if another EYGL member firm provides services to the Debtors under a

subcontracting arrangement with EY LLP), EY LLP has not shared or agreed to share any of its compensation in connection with this matter with any other person, other than the partners, principals and employees of EY LLP and EY US LLP.

41.     EY LLP intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and the Engagement Letters, and pursuant to any additional procedures that may be established by the Court in these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May   16,     2024   ,

*/s/ Molly Ericson*
**Molly Ericson**
Ernst & Young LLP

## Exhibit 1

**Master Services Agreement**



# MASTER SERVICES AGREEMENT

This Master Services Agreement (this "Agreement") is entered into between Ernst & Young LLP, a Delaware limited liability partnership ("EY") and Express, Inc. on behalf of itself and on behalf of its affiliated entities (collectively**,** "Client"), effective as of March 27, 2024 (the "Effective Date").

## Structure

1.  This Agreement sets out the contractual structure for the provision of services ("Services") by EY to Client. EY will perform the Services described in separate Statements of Work entered into between the parties that incorporate the terms of this Agreement as well as the terms of any applicable Module(s) to form a separate and independent contract ("Contract").

2.  For the purposes of any Contract, (a) "Client" in such Contract (including in this Agreement and the applicable Module(s) as incorporated into such Contract) means the Client Entity that executes the applicable Statement of Work, and (b) "party" means either EY or such Client Entity.

3.  If there is any inconsistency between provisions in different parts of a Contract, those parts shall have precedence as follows (unless expressly agreed otherwise): (a) the applicable Statement of Work and any annexes thereto, (b) any applicable Module, (c) this Agreement, and (d) other annexes to a Contract.

## Definitions

4.  The following terms are defined as specified below:

    (a) "AICPA" means the American Institute of Certified Public Accountants.

    (b) "Client Affiliate" means an entity that controls, is controlled by, or is under common control with, Client.

    (c) "Client Entity" means Client or a Client Affiliate.

    (d) "Client Information" means information obtained by EY from Client or from a third party on Client's behalf.

    (e) "Deliverables" means any advice, communications, information, technology or other content that EY provides under this Agreement.

    (f) "EY Firm" means a member of the EY network and any entity operating under a common branding arrangement with a member of the EY network.

    (g) "EY Persons" means EY's or any other EY Firm's subcontractors, members, shareholders, directors, officers, partners, principals or employees.

    (h) "Internal Support Services" means internal support services utilized by EY, including but not limited to: (a) administrative support, (b) accounting and finance support, (c) network coordination, (d) IT functions including business applications, system management, and data security, storage and recovery, and (e) conflict checking, risk management and quality reviews.



(i) "Module" means a module, supplemental to this Agreement, entered into by the parties and containing further terms applicable to a particular type of Services.

(j) "Personal Data" means Client Information relating to identified or identifiable natural persons or that is otherwise considered to be "personal data," "personal information" or similar term under applicable data protection laws.

(k) "Report" means a Deliverable (or any portion of a Deliverable) issued on EY letterhead or under the EY brand or otherwise identifiable as being prepared by or in association with EY, any other EY Firm or EY Person.

(l) "Statement of Work" means a document, incorporating this Agreement and any applicable Module, entered into by the parties describing particular Services that EY will perform.

(m) "Support Providers" means external service providers of EY and other EY Firms and their respective subcontractors.

(n) "Tax Advice" means tax matters, including tax advice, tax opinions, tax returns or the tax treatment or tax structure of any transaction to which the Services relate.

## Provision of the Services

5. EY will provide the Services using reasonable skill and care in accordance with applicable professional standards, including those established by the AICPA**.**

6. EY may subcontract a portion of the Services to one or more EY Firms, as well as to other third parties, who may deal with Client directly. EY will remain solely responsible to Client for the performance of the Services. From time to time, non-CPA personnel may perform the Services.

7. EY will act as an independent contractor and not as Client's employee, agent or partner. Client will remain solely responsible for management decisions relating to the Services and for determining whether the Services are appropriate for its purposes. Client shall assign qualified personnel to oversee the Services, as well as the use and implementation of the Services and Deliverables.

8. Client agrees to promptly provide to EY (or cause others to so provide) Client Information, resources and assistance (including access to records, systems, premises and people) that EY reasonably requires to perform the Services.

9. Client Information will be accurate and complete in all material respects. EY will rely on Client Information and, unless EY expressly agrees otherwise in writing, EY will have no responsibility to verify it. The provision of Client Information (including Personal Data), resources and assistance to EY will be in accordance with applicable law and will not infringe any copyright or other third-party rights.

## Deliverables

10. All Deliverables are intended for Client's use in accordance with the Contract under which they are provided.



11. Client may not rely on any draft Deliverable. EY shall not be required to update any final Deliverable as a result of circumstances of which EY becomes aware, or events occurring, after its delivery.

12. Unless otherwise provided for in a Contract, Client may not disclose a Report (or any portion or summary of a Report), or refer to EY or to any other EY Firm or EY Person in connection with the Services, except:

(a) to a Client Affiliate (subject to these disclosure restrictions);

(b) to Client's lawyers (subject to these disclosure restrictions), who may review it only in connection with advice relating to the Services;

(c) to Client's independent auditors (subject to these disclosure restrictions) who may review it only in connection with their audit;

(d) to the extent, and for the purposes, required by applicable law (and Client will promptly notify EY of such legal requirement to the extent Client is permitted to do so);

(e) to other persons (with EY's prior written consent), who may use it only as specified in such consent; or

(f) to the extent it contains Tax Advice.

If Client discloses a Report (or a portion thereof), Client shall not alter, edit or modify it from the form provided by EY. Client shall inform those to whom it discloses a Report (other than disclosure of Tax Advice to tax authorities) that they may not rely on it for any purpose without EY's prior written consent. Subject to the foregoing, Client is not prohibited by this Section 12 from using Deliverables that do not qualify as Reports in communication with third parties provided that: (i) there is no reference to, or communication of, EY's or any other EY Firm's involvement in the development of such Deliverables, and (ii) Client assumes sole responsibility for such use and communication.

### Limitations

13. As part of the parties' arrangements, the parties have mutually agreed the following limitations of liability (which also apply to others for whom Services are provided under any Contract):

(a) Neither party will be responsible, in contract or tort, under statute or otherwise, for any amount with respect to loss of profit, data or goodwill, or any other consequential, incidental, indirect, punitive or special damages in connection with claims arising out of a Contract or otherwise relating to the Services, whether or not the likelihood of such loss or damage was contemplated.

(b) Client (and any others for whom Services are provided) may not recover from EY, in contract or tort, under statute or otherwise, aggregate damages in excess of the fees actually paid for the Services that directly caused the loss under the respective Contract during the twelve (12) months preceding the date of the event giving rise to the loss. This cap is an aggregate cap across all claims under such Contract prior to such date.

(c) Client shall make any claim relating to the Services or otherwise under a Contract no later than one (1) year after Client became aware (or ought reasonably to have become aware) of the facts giving rise to any alleged such claim and in any event, no later than two (2) years after the completion of the particular Services.



14.  The limitations set out in Sections 13(b) and (c) above will not apply to losses or damages caused by EY's fraud or willful misconduct or to the extent prohibited by applicable law or professional regulations.

15.  Client (and any others for whom Services are provided under a Contract) may not make a claim or bring proceedings relating to the Services or otherwise under a Contract against any other EY Firm or EY Person. Client shall make any claim or bring proceedings only against EY.

**No Responsibility to Third Parties**

16.  Unless specifically otherwise agreed with Client in writing, EY's responsibility for performance of the Services is to Client and Client alone. Should any Deliverable be disclosed, or otherwise made available, by or through Client (or at Client's request) to a third party (including but not limited to permitted disclosures to third parties under Section 12), Client agrees to indemnify EY, as well as the other EY Firms and the EY Persons, against all claims by third parties, and resulting liabilities, losses, damages, costs and expenses (including reasonable external and internal legal costs) arising out of such disclosure.

**Intellectual Property Rights**

17.  Each party retains its rights in its pre-existing intellectual property.  Except as set out in the applicable Contract, any intellectual property developed by EY, and any working papers compiled in connection with the Services (but not Client Information contained in them), shall be the property of EY.

18.  Client's right to use Deliverables under a Contract arises following payment for the Services.

**Confidentiality, Data Protection & Security**

19.  Except as otherwise permitted by a Contract, neither party may disclose to third parties any information (other than Tax Advice) provided by or on behalf of the other that ought reasonably to be treated as confidential (including, in the case of EY, Client Information). Either party may, however, disclose such information to the extent that it:

(a) is or becomes public other than through a breach of a Contract;

(b) is subsequently received by the recipient from a third party who, to the recipient's knowledge, owes no obligation of confidentiality to the disclosing party with respect to that information;

(c) was known to the recipient at the time of disclosure or is thereafter created independently;

(d) is disclosed as necessary to enforce the recipient's rights under this Agreement; or

(e) must be disclosed under applicable law, legal process or professional regulations.

20.  EY uses other EY Firms, EY Persons and Support Providers who may have access to Client Information in connection with delivery of Services as well as to provide Internal Support Services. EY shall be responsible for any use or disclosure of Client Information by other EY Firms, EY Persons or Support Providers to the same extent as if EY had engaged in the conduct itself.

21.  Client agrees that Client Information, including Personal Data, may be processed by EY, other EY Firms, EY Persons and their Support Providers in various jurisdictions in which they operate (EY office locations are listed at www.ey.com). Client Information, including any Personal Data, will be processed in accordance with laws and professional regulations applicable to EY, and appropriate technical and organizational security measures designed to protect such information will be



implemented. EY will also require any Support Provider that processes Personal Data on its behalf to provide at least the same level of protection for such Personal Data as is required by such legal and regulatory requirements. If Personal Data relating to a data subject in the UK, European Union or Switzerland (collectively, "European Personal Data") is required for EY to perform the Services, the parties agree to negotiate in good faith a data transfer addendum intended to validate the transfer of such European Personal Data by Client to EY prior to such transfer. Transfer of Personal Data among members of the EY network is subject to the EY Binding Corporate Rules Program available at www.ey.com/bcr. Further information about EY's processing of Personal Data is available at www.ey.com/privacy.

22. To the extent permitted by applicable law, regulation or governmental directive, EY will notify Client without undue delay in the event of loss, disclosure or unauthorized or unlawful processing of Personal Data and provide Client with relevant information about the nature and extent of the event.

23. In certain circumstances, individuals may have the right under applicable data protection law to access, correct, erase, port, restrict or object to the processing of their personal data. Such requests may be sent to privacy.office@ey.com.  To the extent permitted by law, regulation or governmental directive, EY will notify Client without undue delay upon receipt of any verifiable request from a data subject or supervisory authority relating to a Personal Data right.  If EY is required to provide Personal Data in response to such verifiable request, or to a request from Client, providing that data will be part of the Services and, to the extent permitted by applicable law, Client will be responsible for EY's reasonable charges incurred in doing so.

24. As a professional services firm, EY is required to exercise its own judgment in determining the purposes and means of processing any Personal Data when providing the Services. Accordingly, unless otherwise specified in a Contract, when processing Personal Data subject to the General Data Protection Regulation or other applicable data protection law (including, without limitation, state data protection (e.g., the California Consumer Privacy Act)), EY acts as an independent controller (or similar status that determines the purposes and means of processing), and not as a processor under Client's control (or similar status acting on behalf of Client) or as a joint controller with Client. For Services where EY acts as a processor processing Personal Data on Client's behalf, the parties will agree appropriate data processing terms in the applicable Statement of Work.

25. EY and other EY Firms may retain and use Client Information for benchmarking, analytics, research and development, thought leadership and related purposes, and to enhance their services, provided that any use does not externally identify, or make reference to, Client. In all such matters, EY and other EY Firms will comply with applicable law and professional obligations.

26. If Client requires EY to access or use Client or third-party systems or devices, EY shall have no responsibility for the confidentiality, security or data protection controls of such systems or devices, or for their performance or compliance with Client requirements or applicable law.

27. EY may provide Client access to use certain data, software, designs, utilities, tools, models, systems and other methodologies and know-how that EY owns or licenses for the purpose of Client's receipt of the Services or as otherwise expressly agreed in writing by EY ("EY Tools"). Client shall be responsible for compliance by all Client personnel and third parties acting on Client's behalf with the terms applicable to the use of such EY Tools. As between EY and Client, EY (or another EY Firm) owns all right, title, interest, and all intellectual property rights in and to the EY Tools, including any enhancements, modifications, and derivative work thereof.



*License to EY Tools During the Statement of Work Term:* To the extent that EY provides Client access to any EY Tools during the term of an applicable Statement of Work, EY hereby grants to Client a nonexclusive, paid-up, internal license, during the term of the applicable Statement of Work, to use, execute, and display the EY Tools, for the sole purpose of Client's receipt of the Services from EY under the applicable Statement of Work.

*License to EY Tools After the Statement of Work Term:* EY may allow Client to use certain EY Tools, after the term of an applicable Statement of Work, for the sole purpose of Client's use and receipt of the benefit of the Services provided by EY under such Statement of Work. Any EY Tools that EY allows Client to use after the term of such Statement of Work will be identified in the Statement of Work as a "Leave Behind EY Tool."  With respect to such an identified Leave Behind EY Tool, to the extent permitted by applicable law and professional regulations, EY hereby grants to Client a nonexclusive, paid-up, internal license,  to use, execute, and display the Leave Behind EY Tool, after the term of the Statement of Work,  for the sole purpose of Client's use and receipt of the benefit of the Services provided by EY under the Statement of Work.

*EY Tools Disclaimers and Acknowledgments:* Client's use of any EY Tools may be subject to additional terms, which EY will provide to Client in writing. Client acknowledges that EY may at any time, modify, replace, direct Client to discontinue use of any EY Tools, or otherwise revoke, limit or condition Client's access and right to use any EY Tools. ALL EY TOOLS ARE PROVIDED "AS IS" AND WITHOUT ANY WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF TITLE, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR USE, OR ANY WARRANTY THAT THE OPERATION OF EY TOOLS WILL BE  UNINTERRUPTED, ERROR FREE OR THAT EY TOOLS WILL BE OR REMAIN COMPATIBLE WITH ANY OF CLIENT'S HARDWARE OR SOFTWARE. IN NO EVENT SHALL EY BE LIABLE FOR LOSS OF OR DAMAGE TO CLIENT'S DATA RESULTING FROM THE CLIENT'S USE OF THE EY TOOLS. Client shall not decompile, dissemble or otherwise reverse engineer the EY Tools, unless authorized by law or the relevant regulatory agency. Client shall not sell, lease, assign or otherwise transfer any portion of the EY Tools.

## Compliance

28. In connection with the performance of its respective rights and obligations under a Contract, EY and Client each will comply with all laws and regulations of any jurisdiction applicable to it from time to time concerning or relating to bribery or corruption, including, without limitation, the U.S. Foreign Corrupt Practices Act ("FCPA").

## Fees and Expenses Generally

29. Client shall pay EY's professional fees and specific expenses in connection with the Services as detailed in the applicable Contract. Client shall also reimburse EY for other reasonable expenses incurred in performing the Services.  EY's fees are exclusive of taxes or similar charges, as well as customs, duties or tariffs imposed in respect of the Services, all of which Client shall pay (other than taxes imposed on EY's income generally).

30. EY may charge additional professional fees if events beyond its control (including Client's acts or omissions) affect EY's ability to perform the Services as agreed in the applicable Contract, or if Client asks EY to perform additional tasks.



31. If EY is required by applicable law, legal process or government action to produce information or personnel as witnesses with respect to the Services or a Contract, Client shall reimburse EY for any professional time and expenses (including reasonable external and internal legal costs) incurred to respond to the request, unless EY is a party to the proceeding or the subject of the investigation.

**Force Majeure**

32. Neither party shall be liable for breach of a Contract (other than payment obligations) caused by circumstances beyond such party's reasonable control.

**Term and Termination**

33. A Contract applies to all Services associated with such Contract whenever performed (including before the date of the applicable Contract).

34. A Contract shall terminate on the completion of the Services associated with such Contract. Except as otherwise set forth in the applicable Contract, either party may terminate a Contract, or any particular Services, upon thirty (30) days' prior written notice to the other. In addition, EY may terminate a Contract, or any particular Services, immediately upon written notice to Client if EY reasonably determines that it can no longer provide the Services in accordance with applicable law or professional obligations.

35. Client shall pay EY for all work-in-progress, Services already performed, and expenses incurred by EY up to and including the effective date of the termination or expiration of a Contract, as well as any applicable termination fees set forth in the applicable Contract.  Payment is due within thirty (30) days following the date of the invoice for these amounts.

36. The term of this Agreement will expire five (5) years following the Effective Date (the "Term"), unless the parties mutually agree to renew or extend it. For clarity, this Agreement shall survive with respect to any Contract entered into during the Term, even if such Contract remains in effect beyond the Term.

37. The provisions of this Agreement, including Section 12 and otherwise with respect to Deliverables and Reports, that give either party rights or obligations beyond its termination shall continue indefinitely following the termination of this Agreement or applicable Contract.

**Governing Law and Dispute Resolution**

38. This Agreement, any Contract under this Agreement, and any non-contractual matters or obligations arising out of a Contract or the Services, shall be governed by, and construed in accordance with, the laws of the state of New York applicable to agreements made, and fully to be performed, therein by residents thereof.

Except for a claim seeking solely injunctive relief, any dispute relating to a Contract or the Services shall be resolved as set forth in Appendix 1.

**United States Specific Terms**

39. The U.S. Department of Labor (DOL) regulations, at 20 CFR § 655.734(a)(1)(ii)(A), require the posting of notice of a Labor Condition Application (LCA) in instances where individuals holding



**Building a better
working world**

certain visas (e.g., H-1B) will be working onsite. Where applicable, EY and the Client will work together to develop an appropriate notice to enable compliance with this requirement.

### Miscellaneous

40. A Contract constitutes the entire agreement between the parties as to the Services and the other matters it covers, and supersedes all prior agreements, understandings and representations with respect thereto, including any previously agreed confidentiality agreements.

41. Each party may execute this Agreement or a Contract, as well as any modifications to them, by electronic means, and each party may sign a different copy of the same document. Both parties must agree in writing to modify this Agreement or a Contract.

42. Client agrees that EY and the other EY Firms may, subject to professional obligations, act for other clients, including Client's competitors.

43. Neither party may assign any of its rights, obligations or claims under this Agreement or a Contract.

44. If any provision of this Agreement or a Contract (in whole or part) is held to be illegal, invalid or otherwise unenforceable, the other provisions shall remain in full force and effect.

45. Client acknowledges that the U.S. Securities and Exchange Commission regulations indicate that, where auditor independence is required, certain confidentiality restrictions related to tax structure may render the auditor to be deemed to be non-independent or may require specific tax disclosures. Accordingly, if and only to the extent that U.S. Securities and Exchange Commission auditor independence regulations apply to the relationship between Client or any of Client's associated entities and any EY Firm, with respect to the tax treatment or tax structure of any transaction to which the Services relate, Client represents, to the best of its knowledge, as of the date of a Contract, that neither Client nor any Client Affiliate has agreed, either orally or in writing, with any other advisor to restrict Client's ability to disclose to anyone such tax treatment or tax structure. Client agrees that the impact of any such agreement is its responsibility.

46. EY and Client acknowledge that Client or a Client Affiliate (the "Local Client") may seek to enter into an agreement with another EY Firm (the "Local EY Firm") for the provision of services in another country (the "Local Services"). The parties agree that the Local Client and the Local EY Firm may enter into a local country agreement (the "Local Agreement") for Local Services that incorporates the terms and conditions of this Agreement, subject to any modifications they deem appropriate under local law, regulation, professional standard, or local custom and practice. For clarity, in such event, (i) the Local Agreement shall govern all Local Services; and (ii) neither the Local Client nor the Local EY Firm will be deemed to be parties to this Agreement in connection with the Local Services.

47. Client represents that Client Affiliates for whom Services are performed by EY in connection with a Contract shall be bound by the terms of such Contract.

48. Neither party may use or reference the other's name, logos or trademarks without its prior written consent, provided that EY may use Client's name publicly to identify Client as a client in connection with specific Services or otherwise.

49. The limitations in Sections 13 and 15 and the provisions of Sections 16, 20, 22 and 37 are intended to benefit the other EY Firms and all EY Persons, who shall be entitled to enforce them.



**Bankruptcy Related Provisions**

50. Upon any filing by Client of a petition under Chapter 11 ("Chapter 11") of the United States Bankruptcy Code (the "Bankruptcy Code"), with respect to any Services performed after such filing date (the "Bankruptcy Services") (i) if such Bankruptcy Services are then being performed under any Statement of Work issued pursuant to a master services agreement or other agreement other than this Agreement, each such Statement of Work shall remain in full force and effect but is hereby amended by deleting all references therein to such other agreement(s) and replacing such references with references to this Agreement and (ii) upon approval by the bankruptcy court (the "Bankruptcy Court"), Sections 34, 35, 37, 38 and 39 of this Agreement shall not apply to the Bankruptcy Services and shall be replaced by the following, respectively:

*34. A Contract shall terminate on the completion of the Services associated with such Contract. This Agreement and/or any or all Contracts may be terminated at any time by Client or EY, but in any event this Agreement including all Statements of Work will expire upon the effective date of Client's confirmed plan of reorganization, or liquidation of Client's assets under Chapter 11 or 7 of the Bankruptcy Code, or otherwise.*

*35. Client shall pay EY for all work-in-progress, Services already performed, and expenses incurred by EY up to and including the effective date of the termination or expiration of a Contract, as well as any applicable termination fees set forth in the applicable Contract. Payment is due within thirty (30) days following the date of the invoice for these amounts or as quickly as the Bankruptcy Code, Bankruptcy Rules, Local Rules and any relevant orders of the Bankruptcy Court allow.*

*37. The provisions of this Agreement, including Section 12 and Section 38 otherwise with respect to Deliverables and Reports, that give either party rights or obligations beyond its termination shall continue indefinitely following the termination of this Agreement or applicable Contract and shall survive completion of the Client's bankruptcy whether through a confirmed plan of reorganization under Chapter 11, liquidation of the Client's assets under Chapter 7 of the Bankruptcy Code, or otherwise.*

*38. This Agreement, any Contract under this Agreement, and any non-contractual matters or obligations arising out of a Contract or the Services, shall be governed by, and construed in accordance with, the laws of the state of New York applicable to agreements made, and fully to be performed, therein by residents thereof. Any controversy or claim with respect to, in connection with, arising out of, or in any way related to this Agreement or the services provided hereunder (including any such matter involving any parent, subsidiary, affiliate, successor in interest or agent of Client or its subsidiaries or of EY) shall be brought in the Bankruptcy Court or the applicable district court (if such district court withdraws the reference) and the parties to this Agreement, and any and all successors and assigns thereof, consent to the jurisdiction and venue of such court as the sole and exclusive forum (unless such court does not have jurisdiction and venue of such claims or controversies) for the resolution of such claims, causes of action or lawsuits. The parties to this Agreement, and any and all successors and assigns thereof, hereby waive trial by jury, such waiver being informed and freely made. If the Bankruptcy Court, or the district court upon withdrawal of the reference, does not have or retain jurisdiction over the foregoing claims or controversies, the parties to this Agreement and any and all successors and assigns thereof, agree to submit first to nonbinding mediation; and, if mediation is not successful, then to binding*



*arbitration, in accordance with the dispute resolution procedures as set forth in Appendix 1 to these Terms and Conditions.  Judgment on any arbitration award may be entered in any court having proper jurisdiction.  The foregoing is binding upon Client, EY and any all successors and assigns thereof.*

*39. A Contract constitutes the entire agreement between the parties as to the Services and the other matters it covers, and supersedes all prior agreements, understandings and representations with respect thereto, including any previously agreed confidentiality agreements. Except as expressly provided otherwise herein, this Agreement does not modify the terms or provisions for other professional services executed prior to Client's filing of a Chapter 11 petition in the Bankruptcy Court.*

51. In addition, the following provisions will be added to this Agreement with respect to the Bankruptcy Services:

By agreement to the provision of the Services, EY is not providing a guarantee to Client that EY's performance of those services pursuant to the terms and conditions set forth in this Agreement will guarantee Client's successful reorganization under Chapter 11.

EY will provide the Bankruptcy Services as described in the applicable Statement of Work to Client, contingent upon the Bankruptcy Court's approval of EY's retention in accordance with the terms of this Agreement.

The Bankruptcy Services may be modified from time to time by EY and Client's mutual written agreement and approval of the Bankruptcy Court, if required.

Client acknowledges and agrees that, whether or not the Statement of Work has been approved by the Bankruptcy Court at the time any Deliverable is rendered, any such Deliverable rendered by EY prior to the delivery of its final Deliverable is preliminary in nature and cannot be relied upon for any purpose, including penalty protection.

Each Statement of Work will identify the individuals who will lead the EY engagement team in providing the Bankruptcy Services.  If any of these individuals ceases to provide the Bankruptcy Services to the Client pursuant to such Statement of Work, EY will so advise the Client and, if that person is replaced, provide the Client with the name of the professional's replacement.  Other staff, not identified therein, may be utilized as required to conduct EY's work in an efficient manner.

EY will submit an itemized and detailed billing statement for each applicable Statement of Work, and EY will request payment of its fees and expenses, in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the Bankruptcy Court and any relevant administrative orders.  EY will submit its invoices as the work progresses and payment of them will be made upon receipt, or as quickly as the Bankruptcy Code, the Bankruptcy Rules, Local Rules and any relevant administrative orders allow.

EY acknowledges that payment of its fees and expenses is subject to (i) the jurisdiction and approval of the Bankruptcy Court under Sections 330 and 331 of the Bankruptcy Code, any order of the Bankruptcy Court approving the retention of EY and the U.S. Trustee Guidelines, (ii) any applicable fee and expense guidelines and/or orders and (iii) any requirements governing interim and final fee applications.



Notwithstanding anything to the contrary in any Statement of Work, EY will not charge the Client for any technology fees or service charges for late payments.

Any activities not described in the applicable Statement of Work are not covered by the fees stated therein. These services will be considered outside the scope of such Statement of Work and are the responsibility of Client to perform on a timely basis unless otherwise agreed by the parties in writing (in an amendment or a separate Statement of Work) and approved by the Bankruptcy Court.



**IN WITNESS WHEREOF,** EY and Client have each caused this Agreement to be signed and delivered by its duly authorized representative/s.

**ERNST & YOUNG LLP**

Signed:

_____

Name: Molly Ericson

_____

Title: Managing Director

_____

**Express, Inc.**

Signed:

Mark A Still (Mar 28, 2024 06:36 MDT)

_____

Name:     Mark Still

_____

Title:     Chief Financial Officer

_____



**APPENDIX 1**

**Dispute Resolution Procedures**

**Mediation**

A party shall submit a dispute to mediation by written notice to the other party or parties. The mediator shall be selected by the parties. If the parties cannot agree on a mediator, the International Institute for Conflict Prevention and Resolution ("CPR") shall designate a mediator at the request of a party. Any mediator must be acceptable to all parties and must confirm in writing that the mediator is not, and will not become during the term of the mediation, an employee, partner, executive officer, director, or beneficial owner with decision-making capacity over any EY Firm audit client.

The mediator shall conduct the mediation as the mediator determines, with the agreement of the parties. The parties shall discuss their differences in good faith and attempt, with the mediator's assistance, to reach an amicable resolution of the dispute. The mediation shall be treated as a settlement discussion and shall therefore be confidential. The mediator may not testify for either party in any later proceeding relating to the dispute. The mediation proceedings shall not be recorded or transcribed.

Each party shall bear its own costs in the mediation. The parties shall share equally the fees and expenses of the mediator.

If the parties have not resolved a dispute within 90 days after written notice beginning mediation (or a longer period, if the parties agree to extend the mediation), the mediation shall terminate and the dispute shall be settled by arbitration. In addition, if a party initiates litigation, arbitration, or other binding dispute resolution process without initiating mediation, or before the mediation process has terminated, an opposing party may deem the mediation requirement to have been waived and may proceed with arbitration.

**Arbitration**

The arbitration will be conducted in accordance with the procedures in this document and the CPR Rules for Non-Administered Arbitration ("Rules") as in effect on the date of the Agreement, or such other rules and procedures as the parties may agree. In the event of a conflict, the provisions of this document will control.

The arbitration will be conducted before a panel of three arbitrators, to be selected in accordance with the screened selection process provided in the Rules. Any issue concerning the extent to which any dispute is subject to arbitration, or concerning the applicability, interpretation, or enforceability of any of these procedures, shall be governed by the Federal Arbitration Act and resolved by the arbitrators. No potential arbitrator may be appointed unless the arbitrator has agreed in writing to these procedures and has confirmed in writing that the arbitrator is not, and will not become during the term of the arbitration,



an employee, partner, executive officer, director, or beneficial owner with decision-making capacity over any EY Firm audit client.

The arbitration panel shall have no power to award non-monetary or equitable relief of any sort or to make an award or impose a remedy that (i) is inconsistent with the agreement to which these procedures are attached or any other agreement relevant to the dispute, or (ii) could not be made or imposed by a court deciding the matter in the same jurisdiction.  In deciding the dispute, the arbitration panel shall apply the limitations period that would be applied by a court deciding the matter in the same jurisdiction, and shall have no power to decide the dispute in any manner not consistent with such limitations period.

Discovery shall be permitted in connection with the arbitration only to the extent, if any, expressly authorized by the arbitration panel upon a showing of substantial need by the party seeking discovery.

All aspects of the arbitration shall be treated as confidential. The parties and the arbitration panel may disclose the existence, content or results of the arbitration only in accordance with the Rules or applicable professional standards. Before making any such disclosure, a party shall give written notice to all other parties and shall afford them a reasonable opportunity to protect their interests, except to the extent such disclosure is necessary to comply with applicable law, regulatory requirements or professional standards.

The result of the arbitration shall be binding on the parties, and judgment on the arbitration award may be entered in any court having jurisdiction.

**<u>Exhibit 2</u>**

**Statement of Work**



Ernst & Young LLP
Suite 1000
55 Ivan Allen Jr. Boulevard
Atlanta, GA  30308

Tel: +1 404 874 8300
Fax: +1 404 817 5589
ey.com

## Statement of Work

This Statement of Work, which is effective as of March 27, 2024 (this "SOW"), is made by Ernst & Young LLP ("EY") and Express, Inc. on behalf of itself and its affiliated entities ("Client"), pursuant to the Agreement, dated March 27, 2024 (the "Agreement"), between EY and Express, Inc.

This SOW incorporates the Agreement by reference to form a contract. Capitalized terms used, but not otherwise defined, in this SOW shall have the meanings in the Agreement.

### Scope of Services

EY will provide the following services (the "Services") to Client.

- Advise Client personnel in developing an understanding of the tax issues and options related to Client's potential Chapter 11 filing, taking into account Client's specific facts and circumstances, for US federal and state & local tax purposes.

- Advise Client on the federal and state & local income tax consequences of proposed plans of reorganization, including, if necessary, assisting in the preparation of IRS ruling requests regarding the tax consequences of alternative reorganization structures and tax opinions.

- Understand and advise on the tax implication of reorganization and/or restructuring alternatives Client is evaluating with existing bondholders and other creditors that may result in a change in the equity, capitalization and/or ownership of the shares of Client and its assets.

- Gather information, prepare calculations ("Section 382 Calculations") and apply the appropriate federal and state & local tax law to historic information regarding changes in the ownership of Client's stock to calculate whether any of the shifts in stock ownership may have caused an ownership change that will restrict the use of tax attributes (such as net operating loss, capital loss, credit carry forwards, and built in losses) and the amount of any such limitation.

- Provide tax projections relative to alternative scenarios using data and business forecasts provided by the Company and its advisors.

- Prepare calculations and apply the appropriate federal and state & local tax law to determine the amount of tax attribute reduction related to debt cancellation income and modeling of tax consequences of such reduction.

- Update the draft tax basis balance sheets and draft computations of stock basis as of certain relevant dates for purposes of analyzing the tax consequences of alternative reorganization structures.



- Analyze federal and state & local tax consequences of restructuring and rationalization of inter-company accounts, and upon written request, we will analyze tax impacts of transfer pricing and related cash management.

- Analyze federal and state & local tax consequences of potential bad debt and worthless stock deductions, including tax return disclosure and presentation.

- As requested by Client, assist with various tax, compliance, audit, notices, tax account registration/deregistration, business licensing, tax accrual or tax working capital analysis and voluntary disclosure issues arising in the ordinary course of business while in bankruptcy, including (if or as applicable) but not limited to: federal or state & local income/franchise tax, sales and use tax, value added taxes ("VAT"), property tax, employment taxes, severance tax, excise tax, credit & incentive agreements, annual reports, business licenses, other miscellaneous taxes or regulatory fees and unclaimed property.

- Advise and/or assist, as requested and as permissible, with determining the validity and amount of bankruptcy tax claims or assessments, including (as applicable) but not limited to: federal or state & local income/franchise tax, sales and use tax, value added taxes ("VAT"), property tax, employment taxes, severance tax, excise tax, credit & incentive agreements, annual reports, business licenses, other miscellaneous taxes or regulatory fees and unclaimed property.

- As requested by Client, scope, assist and advise on the potential for seeking cash tax refunds, including (as applicable) but not limited to: federal or state & local income/franchise tax, sales and use tax, value added taxes ("VAT"), property tax, employment taxes, severance tax, excise tax, credit & incentive agreements, annual reports, business licenses, other miscellaneous taxes or regulatory fees and unclaimed property.   Any findings-based fee Services to claim and secure tax refunds identified will be subject to a separate Statement of Work mutually agreed to by the parties.

- Analyze federal and state & local tax consequences of employee benefit plans, as requested in writing.

- Advise Client personnel on the bankruptcy tax process and procedure lifecycle, the typical tax issues, options and opportunities related to a Chapter 11 filing, the typical impact of a Chapter 11 filing on a corporate tax department's operations, and leading practices for addressing such impact areas while operating in bankruptcy and the post-emergence period.

- Provide documentation, as appropriate or necessary, of tax matters, of tax analysis, opinions, recommendations, conclusions and correspondence for any proposed restructuring alternative, bankruptcy tax issue, or other tax matter described above.

- The Client will be responsible for all accounting and management decisions.



EY
Building a better
working world

**Other Provisions**

Client shall assign a qualified person to oversee the Services. Client is responsible for all management decisions relating to the Services and for determining whether the Services are appropriate for its purposes.

Notwithstanding anything to the contrary in the Agreement or this SOW, EY does not assume any responsibility for any third-party products, programs or services selected by Client, their performance or compliance with Client's specifications or otherwise.

Client will not, and will not authorize others to, quote or refer to any Reports, any portion, summary or abstract thereof, or to EY or any other EY Firm, in any document filed or distributed in connection with (i) a purchase or sale of securities to which the United States or state securities laws ("Securities Laws") are applicable, or (ii) periodic reporting obligations under Securities Laws.

EY may subcontract a portion of the Services to one or more EY Firms and to subcontractors working under EY's direction who may communicate directly with Client. EY, however, will remain solely responsible to Client for the performance of the Services. If EY has prepared or reviewed (or will prepare or review) Client's U.S. income tax returns, Client authorizes the EY Firms, including those located outside the United States, and EY's subcontractors to disclose information received or generated in connection with the preparation of any such U.S. income tax returns of Client to and among each other for the purpose of rendering the Services and discussing and providing other services to Client. Client has the ability to request a more limited disclosure of tax return information than that described above.  If, at any time, Client would like EY to narrow the scope of the information to be disclosed, please contact EY in writing and EY will limit any disclosures that have not yet occurred. Client acknowledges that this consent will be valid for three years from the date this SOW is signed by Client below.

EY and other EY Firms may retain and use Client Information for benchmarking, analytics, research and development, thought leadership and related purposes, and to enhance their services, provided that any use does not externally identify, or make reference to, Client. In all such matters, EY and other EY Firms will comply with applicable law and professional obligations.

**EY Tools:** EY may provide Client access to use certain EY Materials for the purpose of Client's receipt of the Services or as otherwise expressly agreed in writing by EY ("**EY Tools**"). As between EY and Client, EY (or another EY Firm) owns all right, title, interest, and all intellectual property rights in and to the EY Tools, including any enhancements, modifications, and derivative work thereof.

**License to EY Tools During the SOW Term:** To the extent that EY provides Client access to any EY Tools during the Term of this SOW, EY hereby grants to Client a nonexclusive, paid-up, internal license, during the Term of this SOW, to use the EY Tools, for the sole purpose of Client's receipt of the Services from EY under this SOW.

**License to EY Tools After the SOW Term:** EY may allow Client to use certain EY Tools, after the Term of this SOW ("Leave Behind EY Tool"), for the sole purpose of Client's use and receipt of the benefit of the Services provided by EY under this SOW. With respect to any such Leave Behind EY Tool, to the extent permitted by applicable law and professional regulations, EY hereby grants to Client a nonexclusive, paid-up, internal license, to use the Leave Behind EY Tool, after the Term of this SOW, for the sole purpose of Client's use and receipt of the benefit of the Services provided by EY under this SOW.

**EY Tools Disclaimers and Acknowledgements:** Client's use of any EY Tools may be subject to additional



terms, which EY will provide to Client in writing. Client acknowledges that EY may at any time, modify, replace, direct Client to discontinue use of any EY Tools, or otherwise revoke, limit or condition Client's access and right to use any EY Tools. ALL EY TOOLS ARE PROVIDED "AS IS" AND WITHOUT ANY WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF TITLE, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OR USE, OR ANY WARRANTY THAT THE OPERATION OF THE EY TOOL WILL BE UNINTERRUPTED, ERROR FREE OR THAT IT WILL BE OR REMAIN COMPATIBLE WITH ANY OF CLIENT'S HARDWARE OR SOFTWARE.

To use EY Interact My Documents ("EYI MyDocs") for collaboration with Client, EY will create a client collaboration workspace with a sharing library to which Client's employees designated by Client and at least one member of the EY engagement team are provided access ("Client Library"). Client may use the Client Library to deposit information and retrieve EY deliverables. EY may establish a number of Client Libraries on the client collaboration workspace where Client and EY can exchange documents and information; everyone with access to a particular library will have access to all documents stored in the library. The client collaboration workspace should not be used as a repository by Client. Client is responsible for informing EY in writing the names and email addresses of Client's employees who are to have access to each EYI MyDocs Client Library and for notifying EY in writing when access for any Client employee is to be removed. Client will provide the name and email address of the Client representative who will inform EY which Client employees are to have access.

## Contacts

Client has identified Michael Gillespie as Client's contact with whom EY should communicate about these Services. Client's contact at EY for these Services will be Molly Ericson.

## Fees

Immediately upon the execution of this agreement, Client shall provide EY an advance payment retainer in the amount of $250,000 (together with additional amounts added thereto as described below, the "Retainer").  The Client acknowledges and agrees that EY will have the right to apply the Retainer as advance payment for fees and expense reimbursements for services rendered from time to time under this Agreement, whether or not an invoice has yet been submitted to the Client for such work, including without limitation for work anticipated to be performed before the Client's filing of any bankruptcy petition.  EY may also satisfy out of the Retainer any amounts due for prepetition fees and services that are unbilled and unpaid as of the day prior to the Client's filing of a bankruptcy petition. Unless otherwise specified in writing by EY, delivery of an invoice shall constitute notice by EY to the Client that the amount set forth on such invoice has been applied against the Retainer, and payment by the Client of the amount specified on such invoice will be used to replenish the amounts by which the Retainer is reduced from time to time.  Payment on each invoice shall be due immediately, but in no event later than seven days after such invoice is rendered. EY reserves the right to impose a late charge of 1% per month on any invoiced amounts that remain unpaid for seven days. If any invoice is not paid within seven days as required hereunder, EY, in its discretion, may cease performing any and all services and withdraw from the representation.

Client shall pay fees for the Services based on the actual time that EY's professionals spend performing them, billed at the following rates for each level while the Services under this SOW are being performed.



**EY**
Building a better
working world

| Level | Rate per hour |
|---|---|
| Partner/Principal | $1,450 |
| Managing Director | $1,350 |
| Senior Manager | $1,050 |
| Manager | $940 |
| Senior | $660 |
| Staff | $440 |

Client shall also pay any potential value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by Client. In addition, a charge will be added to EY's fees reflecting an estimated technology cost incurred equal to 3% of the professional fees for this engagement.

EY will bill Client for EY's fees, expenses, and applicable taxes or other charges, if any, on a monthly basis. Payment is due upon receipt of EY's invoice.

In witness whereof, the parties have executed this SOW as of the date set forth below.

*Ernst & Young LLP*

Express, Inc., on behalf of itself and its affiliates.

By: _Mark A Still (Mar 28, 2024 06:37 MDT)_____

Name: _Mark Still_____

Title: _Chief Financial Officer_____

Date: Mar 28, 2024_____

**Exhibit 3**

**Names of Parties in Interest and whether a Client Engagement has been Initiated by EYGL Member Firms During the Last Three Years**

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1 | Company Entity/Affiliate | EXP TopCo, LLC | X | |
| 2 | Company Entity/Affiliate | Express BNBS Fashion, LLC | X | |
| 3 | Company Entity/Affiliate | Express CG, LLC | X | |
| 4 | Company Entity/Affiliate | Express Fashion Digital Services Costa Rica S.R.L. | X | |
| 5 | Company Entity/Affiliate | Express Fashion Investment, LLC | X | |
| 6 | Company Entity/Affiliate | Express Fashion Logistics, LLC | X | |
| 7 | Company Entity/Affiliate | Express Fashion Operations, LLC | X | |
| 8 | Company Entity/Affiliate | Express Finance Corp. | X | |
| 9 | Company Entity/Affiliate | Express Holding, LLC | X | |
| 10 | Company Entity/Affiliate | Express Topco LLC | X | |
| 11 | Company Entity/Affiliate | Express, Inc. | X | |
| 12 | Company Entity/Affiliate | Express, LLC | X | |
| 13 | Company Entity/Affiliate | EXPWHP, LLC | X | |
| 14 | Company Entity/Affiliate | UW, LLC | X | |
| 15 | D&O | Effy Zinkin | | X |
| 16 | D&O | Karen Leever | | X |
| 17 | D&O | Laurel Krueger | | X |
| 18 | D&O | Mark Still | | X |
| 19 | D&O | Matthew Finigan | | X |
| 20 | D&O | Michael G. Archbold | | X |
| 21 | D&O | Mike Reese | | X |
| 22 | D&O | Mylle H. Mangum | | X |
| 23 | D&O | Patricia Lopez | | X |
| 24 | D&O | Peter Swinburn | | X |
| 25 | D&O | Sara Tervo | | X |
| 26 | D&O | Satish Mehta | | X |
| 27 | D&O | Stewart Glendinning | | X |
| 28 | D&O | Terry Davenport | | X |
| 29 | D&O | Yehuda Shmidman | | X |
| 30 | Debtor Professionals | A&G Realty Partners, LLC | | X |
| 31 | Debtor Professionals | Joele Frank | | X |
| 32 | Debtor Professionals | Kirkland & Ellis LLP | X | |
| 33 | Debtor Professionals | KPMG International Limited | | X |
| 34 | Debtor Professionals | M3 Partners, LP | | X |
| 35 | Debtor Professionals | Moelis & Company | X | |
| 36 | Debtor Professionals | PricewaterhouseCoopers International Limited | | X |
| 37 | Secured Lender | 1903 Partners, LLC | | X |
| 38 | Secured Lender | Bank of America, N.A. | X | |
| 39 | Secured Lender | First Eagle Alternative Credit, LLC | | X |
| 40 | Secured Lender | MGF Sourching US, LLC | X | |
| 41 | Secured Lender | ReStore Capital, LLC | | X |
| 42 | Secured Lender | Wells Fargo Bank | X | |
| 43 | Bankruptcy Court Personnel | AL LUGANO | | X |
| 44 | Bankruptcy Court Personnel | AMANDA HRYCAK | | X |
| 45 | Bankruptcy Court Personnel | CACIA BATTS | | X |
| 46 | Bankruptcy Court Personnel | CATHERINE FARRELL | | X |
| 47 | Bankruptcy Court Personnel | CLAIRE BRADY | | X |
| 48 | Bankruptcy Court Personnel | DANIELLE GADSON | | X |
| 49 | Bankruptcy Court Personnel | DEMITRA YEAGER | | X |
| 50 | Bankruptcy Court Personnel | JILL WALKER | | X |
| 51 | Bankruptcy Court Personnel | LAURA HANEY | | X |
| 52 | Bankruptcy Court Personnel | LAURIE CAPP | | X |
| 53 | Bankruptcy Court Personnel | LORA JOHNSON | | X |
| 54 | Bankruptcy Court Personnel | MARQUIETTA LOPEZ | | X |
| 55 | Bankruptcy Court Personnel | NICKITA BARKSDALE | | X |

**Results of Connections Check**

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|--------------------------------------|------------|---------------|
| 56 | Bankruptcy Court Personnel | PAULA SUBDA | | X |
| 57 | Bankruptcy Court Personnel | RACHEL BELLO | | X |
| 58 | Bankruptcy Court Personnel | ROBERT CAVELLO | | X |
| 59 | Bankruptcy Judge | ASHLEY M. CHAN | | X |
| 60 | Bankruptcy Judge | BRENDAN L SHANNON | | X |
| 61 | Bankruptcy Judge | CRAIG T GOLDBLATT | | X |
| 62 | Bankruptcy Judge | J. KATE STICKLES | | X |
| 63 | Bankruptcy Judge | JOHN T DORSEY | | X |
| 64 | Bankruptcy Judge | KAREN B OWENS | | X |
| 65 | Bankruptcy Judge | LAUIRE SELBER SILVERSTEIN | | X |
| 66 | Bankruptcy Judge | MARY F WALRATH | | X |
| 67 | Bankruptcy Judge | THOMAS M HORAN | | X |
| 68 | Benefit Provider | Alight | X | |
| 69 | Benefit Provider | ARAG | X | |
| 70 | Benefit Provider | CVS Caremark | X | |
| 71 | Benefit Provider | Delta Dental | X | |
| 72 | Benefit Provider | Matrix Psychological Services Employee Assistance Program, Inc. | | X |
| 73 | Benefit Provider | Metropolitan Life Insurance Company | X | |
| 74 | Benefit Provider | Optum Bank | | X |
| 75 | Benefit Provider | Prudential | X | |
| 76 | Benefit Provider | Securian Life Insurance Company | | X |
| 77 | Benefit Provider | Smart-Choice | | X |
| 78 | Benefit Provider | United Healthcare | X | |
| 79 | Benefit Provider | United Healthcare Services, Inc. | X | |
| 80 | Benefit Provider | Unum Life Insurance Company of America | X | |
| 81 | Benefit Provider | VSP | X | |
| 82 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮▮▮▮ | ▮ | ▮ |
| 83 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮▮▮ | ▮ | ▮ |
| 84 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮▮ | ▮ | ▮ |
| 85 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮▮▮▮ | ▮ | ▮ |
| 86 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮ | ▮ | ▮ |
| 87 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮▮ | ▮ | ▮ |
| 88 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮ | ▮ | ▮ |
| 89 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮▮▮▮ | ▮ | ▮ |
| 90 | CONFIDENTIAL M&A Counterparties | ▮▮▮ | ▮ | ▮ |
| 91 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮ | ▮ | ▮ |
| 92 | CONFIDENTIAL M&A Counterparties | ▮▮▮ | ▮ | ▮ |
| 93 | CONFIDENTIAL M&A Counterparties | ▮▮▮▮ | ▮ | ▮ |
| 94 | CONFIDENTIAL M&A Counterparties | ▮▮▮ | ▮ | ▮ |
| 95 | CONFIDENTIAL M&A Counterparties | ▮▮ | ▮ | ▮ |
| 96 | CONFIDENTIAL M&A Counterparties | ▮▮▮ | ▮ | ▮ |
| 97 | Depository Bank | Banco Popular | X | |
| 98 | Depository Bank | Fifth Third Bank, National Association | X | |
| 99 | Depository Bank | Wells Fargo Bank, National Association | X | |
| 100 | Depository Bank | Wells Fargo Securities LLC | X | |
| 101 | Equipment Lessors | QUADIENT LEASING USA, INC | | X |
| 102 | Equipment Lessors | RICOH USA INC | X | |
| 103 | Equipment Lessors | RICOH USA MANAGED SERVICE | | X |
| 104 | Insurance | American International Group (AIG) | X | |
| 105 | Insurance | Chubb | X | |
| 106 | Insurance | Chubb Insurance Company of Puerto Rico | | X |
| 107 | Insurance | Great American | X | |
| 108 | Insurance | Lloyd's | | X |
| 109 | Insurance | Markel | X | |
| 110 | Insurance | Prudential Insurance Company | X | |

**Results of Connections Check**

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 111 | Insurance | Sompo & Endurance | | X |
| 112 | Insurance | Sompo Lead | | X |
| 113 | Insurance | Starr Insurance | X | |
| 114 | Insurance | Travelers | X | |
| 115 | Insurance | Travelers Lead | | X |
| 116 | Insurance | UNUM Life Insurance Company | X | |
| 117 | Insurance | Zurich & Affiliated FM | | X |
| 118 | Landlords | 0145 BARTON CREEK SPG(TX) | | X |
| 119 | Landlords | 0302 BATTLEFIELD MALL LLC | | X |
| 120 | Landlords | 0511 SIMON PROP GROUP(TX) | | X |
| 121 | Landlords | 1308 SIMON PROP GRP (TX) | | X |
| 122 | Landlords | 1552 BROADWAY RETAIL OWNER LLC | | X |
| 123 | Landlords | 17 NORTH STATE LLC | | X |
| 124 | Landlords | 173 COURT STREET HOLDINGS, LLC | | X |
| 125 | Landlords | 2105 SIMON PROP GROUP, LP | | X |
| 126 | Landlords | 230 CLARENDON STREET LLC | | X |
| 127 | Landlords | 2307 SIMON PROP GROUP LP | | X |
| 128 | Landlords | 2324 LAKELINE DEV | | X |
| 129 | Landlords | 235 N. FOURTH STREET LLC | | X |
| 130 | Landlords | 2810 NEWPORT CENTRE LLC | | X |
| 131 | Landlords | 3107 PENN ROSS JV | | X |
| 132 | Landlords | 31ST STEINWAY PARTNERS | | X |
| 133 | Landlords | 3632 MALL AT SMITH HAVEN | | X |
| 134 | Landlords | 4670 ORLAND, LP | | X |
| 135 | Landlords | 4674 SOUTH HILLS VILLAGE | | X |
| 136 | Landlords | 4676 WESTCHESTER MALL LLC | | X |
| 137 | Landlords | 4693 SHOPS AT ST JOHNSLLC | | X |
| 138 | Landlords | 4825 SIMON PROP GROUP LP | | X |
| 139 | Landlords | 4832 SIMON PROP GROUP LP | | X |
| 140 | Landlords | 488 MADISON AVENUE ASSOCIATES LLC | | X |
| 141 | Landlords | 490 LOWER UNITY LP | | X |
| 142 | Landlords | 5060 MONTCLAIR PLAZA LANE OWNER LLC | | X |
| 143 | Landlords | 53 GREENWICH AVENUE ASSOCIATES LLC | | X |
| 144 | Landlords | 555 11th Owner L.L.C. | | X |
| 145 | Landlords | 7604-PHEASANT LANE | | X |
| 146 | Landlords | 7607 WOODLAND HILLS MALL | | X |
| 147 | Landlords | 900 NORTH MICHIGAN LLC | | X |
| 148 | Landlords | 9780 MALL @ MIAMI INT'L | | X |
| 149 | Landlords | 9862 CORAL - CS LTD ASSOC | | X |
| 150 | Landlords | AAT DEL MONTE LLC | | X |
| 151 | Landlords | ACADIA REALTY LIMITED PARTNERSHIP | X | |
| 152 | Landlords | ACADIA WEST DIVERSEY LLC | | X |
| 153 | Landlords | ACADIANA MALL LLC | | X |
| 154 | Landlords | ACS TOWN SQUARE SHOPPING CENTER IN LLC | | X |
| 155 | Landlords | ALBERTVILLE PREMIUM OUTLETS | | X |
| 156 | Landlords | ALDERWOOD MALL LLC | | X |
| 157 | Landlords | ALGONQUIN I LLC | | X |
| 158 | Landlords | ALLEN PREMIUM OUTLETS, LP | | X |
| 159 | Landlords | ALLSTATE ROAD (EDENS) LLC | | X |
| 160 | Landlords | ALTO 900 LINCOLN ROAD LP | | X |
| 161 | Landlords | AMEREAN LLC | | X |
| 162 | Landlords | ANNAPOLIS MALL LDT PTNSHP | | X |
| 163 | Landlords | ANTELOPE VALLEY SHOP - LOCKBOX | | X |
| 164 | Landlords | AP 1519-1521 Walnut St., LP | | X |
| 165 | Landlords | AP NEWBURY STREET PORTFOLIO #1 LLC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 166 | Landlords | AP UNION II LLC | | X |
| 167 | Landlords | ARBOR PLACE II LLC | | X |
| 168 | Landlords | ARDEN FAIR ASSOCIATES LP | | X |
| 169 | Landlords | ARIZONA MILLS MALL LLC | | X |
| 170 | Landlords | ARROWHEAD TOWN CENTER LLC | | X |
| 171 | Landlords | ARUNDEL MILLS LP | | X |
| 172 | Landlords | ATLANTA OUTLET SHOPPES CMBS LLC | | X |
| 173 | Landlords | ATLANTIC CITY ASSOCIATES | | X |
| 174 | Landlords | AVENTURA MALL VENTURE | | X |
| 175 | Landlords | AVENUES MALL, LLC | | X |
| 176 | Landlords | BANGOR MALL REALTY LLC | | X |
| 177 | Landlords | BASSET PLACE RE CO LLC | | X |
| 178 | Landlords | BAY STREET CENTERCAL LLC | | X |
| 179 | Landlords | BAYBROOK MALL | | X |
| 180 | Landlords | BAYSIDE MARKETPLACE LLC | | X |
| 181 | Landlords | BEACHWOOD PLACE MALL LLC | | X |
| 182 | Landlords | BEL AIR MALL REALTY HOLDING LLC | | X |
| 183 | Landlords | BELDEN MALL LLC | | X |
| 184 | Landlords | BELLEVUE SQ MERCHANTS | | X |
| 185 | Landlords | BELLEVUE SQUARE LLC | | X |
| 186 | Landlords | BELLWETHER PROPERTIES OF MASS, LP | | X |
| 187 | Landlords | BERKSHIRE PA HOLDINGS LLC | | X |
| 188 | Landlords | BIRCH RUN OUTLETS II, LLC | | X |
| 189 | Landlords | BJW REALTY LLC | | X |
| 190 | Landlords | BLUEGRASS OUTLET SHOPPES II LLC | | X |
| 191 | Landlords | BOARDWALK ROUTH LLC | | X |
| 192 | Landlords | BOSTON PROPERTIES LIMITED PARTNERSHIP | X | |
| 193 | Landlords | BOULEVARD MALL SPE, LLC | | X |
| 194 | Landlords | BOYNTON BEACH MALL LLC | | X |
| 195 | Landlords | BPR-FF LLC | | X |
| 196 | Landlords | BRAINTREE PROP ASSOC | | X |
| 197 | Landlords | BRANDON (TAMPA) LP | | X |
| 198 | Landlords | BRANDON SHPNG CTR PRTNRS | | X |
| 199 | Landlords | BRE/PEARLRIDGE LLC | | X |
| 200 | Landlords | BREA MALL | | X |
| 201 | Landlords | BRICKELL CITY CENTRE RETAIL LLC | | X |
| 202 | Landlords | BRIDGE GROUP INVESTMENTS II LLC | | X |
| 203 | Landlords | BRIDGEWATER COMMON MALL II, LLC | | X |
| 204 | Landlords | BRIDGEWATER COMMONS | | X |
| 205 | Landlords | BROOKFIELD SQ JOINT VNTRE | | X |
| 206 | Landlords | BROOKLYN KING PLAZA LLC | | X |
| 207 | Landlords | BRUNSWICK SQUARE MALL,LLC | | X |
| 208 | Landlords | BV CENTERCAL LLC | | X |
| 209 | Landlords | BVA AVENUE LLC | | X |
| 210 | Landlords | C/O ACADIA REALTY TRUST | | X |
| 211 | Landlords | CAFARO MANAGEMENT CO | | X |
| 212 | Landlords | CAMARILLO PREMIUM OUTLETS | | X |
| 213 | Landlords | CAMPANA 125 LLC | | X |
| 214 | Landlords | CANAL SQUARE ASSOCIATES | | X |
| 215 | Landlords | CAROLINA PLACE | | X |
| 216 | Landlords | CASTLETON SQUARE LLC | | X |
| 217 | Landlords | CATS BROTHERS | | X |
| 218 | Landlords | CAUSEWAY LLC | | X |
| 219 | Landlords | CBL SM-BROWNSVILLE LLC | | X |
| 220 | Landlords | CBL-FRIENDLY CENTER CMBS | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|--------------------------------------|------------|---------------|
| 221 | Landlords | CBL-MONROEVILLE LP | | X |
| 222 | Landlords | CBL-WESTMORELAND LP | | X |
| 223 | Landlords | CENTENNIAL VTC LLC | | X |
| 224 | Landlords | CENTENNIAL WATERFALL WILLOW BEND LLC | | X |
| 225 | Landlords | CENTENNIAL WESTLAND MALL PARTNERS, LLC | | X |
| 226 | Landlords | CENTRO DE CIENCIA Y TECNOLOGIA | | X |
| 227 | Landlords | CENTURY CITY MALL LLC | | X |
| 228 | Landlords | CHARLES MALL CO, LP | | X |
| 229 | Landlords | CHARLES WV MALL LLC | | X |
| 230 | Landlords | CHARLOTTE OUTLETS LLC | | X |
| 231 | Landlords | CHERRY HILL MALL LLC | | X |
| 232 | Landlords | CHERRYVALE MALL LLC | | X |
| 233 | Landlords | CHICAGO PREMIUM OUTLETS | | X |
| 234 | Landlords | CHRISTIANA ACQUISITIONS | | X |
| 235 | Landlords | CIII GECMC05-C1 LAKESIDE MALL | | X |
| 236 | Landlords | CITIZENS NATIONAL BANK BUILDING, LLC | | X |
| 237 | Landlords | CITRUS PARK MALL OWNERLLC | | X |
| 238 | Landlords | CITY CREEK CENTER ASSOCIATES | | X |
| 239 | Landlords | CITY CREEK CENTER ASSOCIATES, LLC | | X |
| 240 | Landlords | CLACKAMAS MALL, LLC | | X |
| 241 | Landlords | CLAY TERRACE PARTNERS LLC | | X |
| 242 | Landlords | CLINTON CROSSING PREMIUM OUTLETS | | X |
| 243 | Landlords | COASTAL GRAND CMBS, LLC | | X |
| 244 | Landlords | COASTLAND CENTER LLC | | X |
| 245 | Landlords | COCONUT POINT TOWN CTRLLC | | X |
| 246 | Landlords | COLORADO MILLS MALL, LP | | X |
| 247 | Landlords | COLUMBUS OUTLETS | | X |
| 248 | Landlords | CONCORD MILLS MALL | | X |
| 249 | Landlords | COOLSPRINGS MALL, LLC | | X |
| 250 | Landlords | CORAL RIDGE MALL LLC | | X |
| 251 | Landlords | CORD MEYER DEV | | X |
| 252 | Landlords | COROC/REHOBOTH III LLC | | X |
| 253 | Landlords | COROC/RIVIERA LLC | | X |
| 254 | Landlords | CORPUS CHRISTI RETAIL | | X |
| 255 | Landlords | CORSO LLC | | X |
| 256 | Landlords | CORTE MADERA VILLAGE LLC | | X |
| 257 | Landlords | COUNTRY CLUB PLAZA JV LLC | | X |
| 258 | Landlords | COUNTRYSIDE MALL, LLC | | X |
| 259 | Landlords | CP COMMERCIAL DELAWARE LLC | | X |
| 260 | Landlords | CPF DISTRICT OWNER LLC LOCKBOX | | X |
| 261 | Landlords | CPG MERCEDES, LP | | X |
| 262 | Landlords | CPG PARTNERS LP | | X |
| 263 | Landlords | CRAIG REALTY GROUP | | X |
| 264 | Landlords | CRAIG REALTY GROUP - TULARE, LLC | | X |
| 265 | Landlords | CREEKSIDE 126 LLC | | X |
| 266 | Landlords | CROSS COUNTY SHOPPING CTR | | X |
| 267 | Landlords | CROSS CREEK MALL SPE, LLC | | X |
| 268 | Landlords | CROSSGATES MALL GENERAL COMPANY NEWCO, L | | X |
| 269 | Landlords | CROSSROADS MALL REALTY HOLDING LLC | | X |
| 270 | Landlords | CRYSTAL RUN GALLERIA LLC | | X |
| 271 | Landlords | CVM HOLDINGS CRABTREE VALLEY MALL | | X |
| 272 | Landlords | DARTMOUTH MALL | | X |
| 273 | Landlords | DAY JAY ASSOCIATES | | X |
| 274 | Landlords | DDR URBAN LP | | X |
| 275 | Landlords | DEERBROOK MALL | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 276 | Landlords | DEL AMO FASHION CTR OPER | | X |
| 277 | Landlords | DENVER PAVILLONS OWNER CO | | X |
| 278 | Landlords | DENVER PREMIUM OUTLETS | | X |
| 279 | Landlords | DESTIN COMMONS LTD | | X |
| 280 | Landlords | DEVELOPMENT AREA 5, L.P. | | X |
| 281 | Landlords | DOLPHIN MALL ASSOC LP | | X |
| 282 | Landlords | DOMAIN RETAIL PROPERTY OWNER | | X |
| 283 | Landlords | DONNELLEY FINANCIAL LLC | X | |
| 284 | Landlords | DOS LAGOS SQUARED LLC | | X |
| 285 | Landlords | DTC DEVELOPMENT MSP LLC | | X |
| 286 | Landlords | E&P AT EST BRUNSWICK LLC | | X |
| 287 | Landlords | EASTLAND MALL | | X |
| 288 | Landlords | EASTON TOWN CENTER II LLC | | X |
| 289 | Landlords | EASTVIEW MALL, LLC | | X |
| 290 | Landlords | EASTWOOD EMC | | X |
| 291 | Landlords | EATON CENTRE MGMT OFFICE | | X |
| 292 | Landlords | EATONTOWN MONMOUTH MALL LLC | | X |
| 293 | Landlords | EDINBURGH PREMIUM OUTLETS | | X |
| 294 | Landlords | EDISON MALL | | X |
| 295 | Landlords | EKFH LLC | | X |
| 296 | Landlords | EKLECCO NEWCO LLC | | X |
| 297 | Landlords | EL PASO OUTLET CENTER CMBS LLC | | X |
| 298 | Landlords | ELMWOOD PROPERTIES LLC | | X |
| 299 | Landlords | EMI SANTA ROSA LP | | X |
| 300 | Landlords | EMPIRE MALL LLC | | X |
| 301 | Landlords | FAIRFAX CO OF VIRGINIA | | X |
| 302 | Landlords | FAIRLANE TOWN CENTER REALTY HOLDING LLC | | X |
| 303 | Landlords | FAIRMALL LEASEHOLDS INC | | X |
| 304 | Landlords | FASHION CENTRE MALL, LLC | | X |
| 305 | Landlords | FASHION CENTRE MALL, LLC C/O M.S. MANAGE | | X |
| 306 | Landlords | FASHION OUTLETS AT FOXWOODS LLC | | X |
| 307 | Landlords | FASHION VALLEY MALL | | X |
| 308 | Landlords | FAYETTE MALL SPE, LLC | | X |
| 309 | Landlords | FHB RETAIL PROPERTY LLC | | X |
| 310 | Landlords | FIRST COLONY MALL, LLC | | X |
| 311 | Landlords | FIRST STERLING GREENWICH CORP. | | X |
| 312 | Landlords | FLATIRON PROPERTY HOLDING LLC | | X |
| 313 | Landlords | FLORIDA MALL ASSOC LTD | | X |
| 314 | Landlords | FORBES TAUBMAN ORLANDO | | X |
| 315 | Landlords | FORBES/COHEN FLA PROP | | X |
| 316 | Landlords | FOREST HARLEM PROPS, LTD | | X |
| 317 | Landlords | FOUR STATE PROPERTIES LLC | | X |
| 318 | Landlords | FOX HILLS MALL, LP | | X |
| 319 | Landlords | FOX VALLEY MALL LLC | | X |
| 320 | Landlords | FRANKLIN MILLS ASSOC, LP | | X |
| 321 | Landlords | FRANKLIN PARK MALL, LLC | | X |
| 322 | Landlords | FREEHOLD CHANDLER TRUST TWC CHANDLER, LL | | X |
| 323 | Landlords | FREEMALL ASSOCIATES LLC | | X |
| 324 | Landlords | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE L | | X |
| 325 | Landlords | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, | | X |
| 326 | Landlords | FSH ASSOCIATES LP | | X |
| 327 | Landlords | G&L BUILDING CORPORATION | | X |
| 328 | Landlords | GALLERIA AT WOLFCHASE LLC | | X |
| 329 | Landlords | GALLERIA MALL INVESTORS | | X |
| 330 | Landlords | GALVESTON OUTLETS LLC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 331 | Landlords | GARDENS PROMOTIONAL FUND | | X |
| 332 | Landlords | GENESEE MALL REALTY LLC | | X |
| 333 | Landlords | GGP COLUMBIA MALL | | X |
| 334 | Landlords | GGP FOUR SEASONS LP | | X |
| 335 | Landlords | GGP HOLDING II, INC. | | X |
| 336 | Landlords | GGP LIMITED PARTNERSHIP | | X |
| 337 | Landlords | GGP MAINE MALL, LLC | | X |
| 338 | Landlords | GGP MEADOWS MALL LLC | | X |
| 339 | Landlords | GGP NEWGATE MALL LLC | | X |
| 340 | Landlords | GGP STATEN ISLAND MALL LL | | X |
| 341 | Landlords | GGP/HOMART II LLC | | X |
| 342 | Landlords | GGP/HOMART II, LLC | | X |
| 343 | Landlords | GGP-GRANDVILLE, LLC | | X |
| 344 | Landlords | GGP-LIMITED PARTNERSHIP | | X |
| 345 | Landlords | GILROY PREMIUM OUTLETS | | X |
| 346 | Landlords | GLENDALE I MALL ASSOC, LP | | X |
| 347 | Landlords | GLOUCESTER PREMIUM OUTLETS LLC | | X |
| 348 | Landlords | GMV (MALL) VENTURE, LLC | | X |
| 349 | Landlords | GOVERNORS SQUARE MALL LLC | | X |
| 350 | Landlords | GRAND PRAIRIE OUTLETS LLC | | X |
| 351 | Landlords | GRAPEVINE MILLS MALL LP | | X |
| 352 | Landlords | GREAT FRIENDS AGENCY | | X |
| 353 | Landlords | GREECE RIDGE, LLC | | X |
| 354 | Landlords | GREEN HILLS MALL TRG LLC | | X |
| 355 | Landlords | GREEN HILLS MALL TRG, LLC | | X |
| 356 | Landlords | GREENWOOD PARK MALL LLC | | X |
| 357 | Landlords | GREYSTONE, JPMCC 2010-C2 | | X |
| 358 | Landlords | GT CROSS POINTE LLC | | X |
| 359 | Landlords | GULF COAST FACTORY SHOPS LP | | X |
| 360 | Landlords | GULFPORT FACTORY SHOPS L.P. | | X |
| 361 | Landlords | GWINNETT PLACE MALL GALLC | | X |
| 362 | Landlords | HAMILTON MALL REALTY LLC | | X |
| 363 | Landlords | HAMILTON PLACE CMBS, LLC | | X |
| 364 | Landlords | HAMILTON TC, LLC | | X |
| 365 | Landlords | HANDLERY HOTELS, INC | | X |
| 366 | Landlords | HARBOR EAST PARCEL B-RETAIL | | X |
| 367 | Landlords | HG GALLERIA LLC | | X |
| 368 | Landlords | HGIT BRIARGATE LLC | | X |
| 369 | Landlords | HIGHLAND VILLAGE LIMITED PARTNERSHIP | | X |
| 370 | Landlords | HILL CENTER AT GREEN HILLS LLC | | X |
| 371 | Landlords | HOLYOKE MALL COMPANY LP | | X |
| 372 | Landlords | HOOVER MALL LTD LLC | | X |
| 373 | Landlords | HULEN MALL LLC | | X |
| 374 | Landlords | IMPERIAL VALLEY MALL II LP | | X |
| 375 | Landlords | INTERNATIONAL ENVIRONMENTAL MGMT | | X |
| 376 | Landlords | JAMESTOWN 283 DARTMOUTH | | X |
| 377 | Landlords | JBG/SHAY RETAIL LLC | | X |
| 378 | Landlords | JERSEY SHORE PREMIUM OUTLETS LLC | | X |
| 379 | Landlords | JG ELIZABETH II, LLC | | X |
| 380 | Landlords | JG WINSTON-SALEM LLC | | X |
| 381 | Landlords | JORDAN CREEK TOWN CENTER LLC | | X |
| 382 | Landlords | JORDAN WEDDERBUM | | X |
| 383 | Landlords | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER L | | X |
| 384 | Landlords | JPPF BUCKHEAD VILLAGE L.P C/O JAMESTOWN | | X |
| 385 | Landlords | K/BTF BROADWAY LLC | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 386 | Landlords | KENWOOD MALL LLC GGP-TRS LLC | | X |
| 387 | Landlords | KEYSTONE FLA PROP HOLDING | | X |
| 388 | Landlords | KILDEER VILLAGE SQUARE LLC | | X |
| 389 | Landlords | KING OF PRUSSIA | | X |
| 390 | Landlords | KING OF PRUSSIA ASSOCIATE | | X |
| 391 | Landlords | KING OF PRUSSIA ASSOCIATES | | X |
| 392 | Landlords | KITTERY DEVELOPMENT LLC | | X |
| 393 | Landlords | KRAVCO INC | | X |
| 394 | Landlords | KRE BROADWAY OWNER LLC | | X |
| 395 | Landlords | KRE COLONIE OWNER LOCKBOX | | X |
| 396 | Landlords | KRG LANSING EASTWOOD, LLC | | X |
| 397 | Landlords | LA CIENEGA LTD DEPT 58801 | | X |
| 398 | Landlords | LACANTERA RETAIL LTD PTR | | X |
| 399 | Landlords | LAKE BUENA VISTA JOINT VENTURE LLC | | X |
| 400 | Landlords | LAKE SUCCESS SHPNG CNTR | | X |
| 401 | Landlords | LAKESIDE OOTB VENTURES, LLC | | X |
| 402 | Landlords | LAREDO OUTLET SHOPPES LLC | | X |
| 403 | Landlords | LAS VEGAS NORTH PREMIUM OUTLETS | | X |
| 404 | Landlords | LAS VEGAS SOUTH OUTLETS LLC | | X |
| 405 | Landlords | LASALLE PROPERTY FUND REIT INC | | X |
| 406 | Landlords | LAUREL PARK RETAIL PRPTES | | X |
| 407 | Landlords | LEAWOOD TCP, LLC | | X |
| 408 | Landlords | LEESBURG CORNER PREMIUM OUTLETS | | X |
| 409 | Landlords | LEGACY WEST INVESTORS C/O PRISM PLACES I | | X |
| 410 | Landlords | LEHIGH VALLEY MALL, LLC | | X |
| 411 | Landlords | LENOX SQUARE | | X |
| 412 | Landlords | LIBERTY CENTER LLC | | X |
| 413 | Landlords | LIGHTHOUSE PLACE PREMIUM OUTLETS, LLC | | X |
| 414 | Landlords | LINCOLN PLAZA CENTER | | X |
| 415 | Landlords | LINDALE MALL REALTY HOLDING LLC | | X |
| 416 | Landlords | LITTLE ROCK OUTLETS REALTY HOLDING LLC | | X |
| 417 | Landlords | LIVERMORE PREMIUM OUTLETS | | X |
| 418 | Landlords | LIVINGSTON MALL REALTY HOLDING LLC | | X |
| 419 | Landlords | LOUIS JOLIET REALTY LLC | | X |
| 420 | Landlords | LYNNHAVEN MALL, LLC | | X |
| 421 | Landlords | M&J - BIG WATERFRONT TOWN CENTER I LLC | | X |
| 422 | Landlords | MACERICH BUENAVENTURA LP | | X |
| 423 | Landlords | MACERICH CERRITOS LLC | | X |
| 424 | Landlords | MACERICH DEPTFORD LLC | | X |
| 425 | Landlords | MACERICH FRESNO LP | | X |
| 426 | Landlords | MACERICH LAKEWOOD LP | | X |
| 427 | Landlords | MACERICH NIAGARA LLC | | X |
| 428 | Landlords | MACERICH NORTH PARK MALL LLC | | X |
| 429 | Landlords | MACERICH NORTHWESTERN ASSOCIATES | | X |
| 430 | Landlords | MACERICH OAKS LP | | X |
| 431 | Landlords | MACERICH SOUTH PLAINS LP | | X |
| 432 | Landlords | MACERICH STONEWOOD LLC | | X |
| 433 | Landlords | MACERICH TWENTY NINTH STREET, LLC | | X |
| 434 | Landlords | MACERICH VINTAGE FAIR LTD | | X |
| 435 | Landlords | MACWH, LP DBA DANBURY MALL, LLC | | X |
| 436 | Landlords | MADISON-EAST TOWNE LLC | | X |
| 437 | Landlords | MADISON-WEST TOWNE LLC | | X |
| 438 | Landlords | MAINPLACE SHOPPINGTOWN LLC | | X |
| 439 | Landlords | MALL 1 BAY PLAZA LLC | | X |
| 440 | Landlords | MALL AT AUBURN, LLC | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 441 | Landlords | MALL AT BRIARWOOD LLC | | X |
| 442 | Landlords | MALL AT CHESTNUT HILL, LLC | | X |
| 443 | Landlords | MALL AT COTTONWOOD LLC | | X |
| 444 | Landlords | MALL AT GREAT LAKES LLC | | X |
| 445 | Landlords | MALL AT GURNEE MILLS, LLC | | X |
| 446 | Landlords | MALL AT IRVING LLC | | X |
| 447 | Landlords | MALL AT JEFFERSON VALLEY | | X |
| 448 | Landlords | MALL AT KATY MILLS, LP | | X |
| 449 | Landlords | MALL AT NORTHSHORE LLC | | X |
| 450 | Landlords | MALL AT POTOMAC MILLS,LLC | | X |
| 451 | Landlords | MALL AT SOLOMON POND LLC | | X |
| 452 | Landlords | MALL AT SUMMIT LLC | | X |
| 453 | Landlords | MALL AT WHITE OAKS LLC | | X |
| 454 | Landlords | MALL DEL NORTE LLC | | X |
| 455 | Landlords | MALL OF GEORGIA LLC | | X |
| 456 | Landlords | MALL OF LOUISIANA LLC | | X |
| 457 | Landlords | MARKET PLACE S/C GGPLP | | X |
| 458 | Landlords | MARKET STREET- THE WOODLANDS | | X |
| 459 | Landlords | MARYLAND PLAZA SOUTH LLC | | X |
| 460 | Landlords | MAYFAIR MALL LLC | | X |
| 461 | Landlords | MAYFLOWER CAPE COD, LLC | | X |
| 462 | Landlords | MCKINLEY MALL REALTY HOLDING LLC | | X |
| 463 | Landlords | MCM PROPERTIES LTD | | X |
| 464 | Landlords | MEADOWOOD MALL SPE, LLC | | X |
| 465 | Landlords | MELBOURNE SQUARE LLC | | X |
| 466 | Landlords | MEMORIAL CITY MALL LP | | X |
| 467 | Landlords | MERCHANTS ASSOCIATION BS | | X |
| 468 | Landlords | MERCHANTS ROW WEBWARD LLC | | X |
| 469 | Landlords | MERSHOPS GALLERIA AT SUNSET LLC | | X |
| 470 | Landlords | MESILLA REALTY LLC | | X |
| 471 | Landlords | MEYERLAND RETAIL ASSOCIATES, LLC | | X |
| 472 | Landlords | MID-SOUTH OUTLET SHOPS LLC | | X |
| 473 | Landlords | MIROMAR OUTLET EAST LLC | | X |
| 474 | Landlords | MK OAKLAND MALL LLC | | X |
| 475 | Landlords | MNH MALL LLC | | X |
| 476 | Landlords | MOAC MALL HOLDINGS LLC | | X |
| 477 | Landlords | MOAC MALL HOLDINGS, LLC | | X |
| 478 | Landlords | MONARCHS SUB LLC | | X |
| 479 | Landlords | MONTGOMERY MALL OWNER LLC | | X |
| 480 | Landlords | MONTGOMERY MALL PARTNERSH | | X |
| 481 | Landlords | MORENO VALLEY MALL HOLDING LLC | | X |
| 482 | Landlords | MSC1 2011-C2 INGRAM PARK LLC | | X |
| 483 | Landlords | MSM PROPERTY LLC | | X |
| 484 | Landlords | MVV OWNER LLC | | X |
| 485 | Landlords | NATICK MALL, LLC | | X |
| 486 | Landlords | NE GATEWAY MALL PROPCO LLC | | X |
| 487 | Landlords | NED ALTOONA, LLC | | X |
| 488 | Landlords | NEWPARK MALL LP | | X |
| 489 | Landlords | NORFOLK OUTLETS LLC | | X |
| 490 | Landlords | NORMAN RUIZ | | X |
| 491 | Landlords | NORTH COUNTY SHOPS BGI GP LLC | | X |
| 492 | Landlords | NORTH GEORGIA PREMIUM OUTLETS | | X |
| 493 | Landlords | NORTH HILLS OWNER LLC | | X |
| 494 | Landlords | NORTH RIVERSIDE PARK ASSOC LLC | | X |
| 495 | Landlords | NORTH TOWN MALL REALTY HOLDING LLC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 496 | Landlords | NORTHFIELD SQUARE MALL REALTY LLC | | X |
| 497 | Landlords | NORTHPARK MERCHANTS ASSOC | | X |
| 498 | Landlords | NORTHPARK MERCHANTS ASSOCIATION | | X |
| 499 | Landlords | NORTHPARK PARTNERS, LP | | X |
| 500 | Landlords | NORTHWOOD MALL REALTY HOLDING LLC | | X |
| 501 | Landlords | NORTHWOODS MALL CMBS, LLC | | X |
| 502 | Landlords | NPP DEVELOPMENT, LLC | | X |
| 503 | Landlords | NSMJV, LLC | | X |
| 504 | Landlords | NW ARKANSAS MALL REALTY LLC | | X |
| 505 | Landlords | OAK PARK MALL, LLC | | X |
| 506 | Landlords | OAKBROOK URBAN VENTURE LP | | X |
| 507 | Landlords | OAKWOOD HILLS MALL LLC | | X |
| 508 | Landlords | OGLETHORPE MALL | | X |
| 509 | Landlords | OKC OUTLETS I, LLC | | X |
| 510 | Landlords | OLD ORCHARD URBAN LTD PTR | | X |
| 511 | Landlords | OMAHA OUTLETS SPE LLC | | X |
| 512 | Landlords | ONTARIO MILLS LP | | X |
| 513 | Landlords | ONTREA INC MASONVILLE | | X |
| 514 | Landlords | ONTREA INC RE:SHERWAY | | X |
| 515 | Landlords | ONTREA INC, MARKVILLE | | X |
| 516 | Landlords | OPRY MILLS MALL, LP | | X |
| 517 | Landlords | ORLANDO OUTLET OWNER LLC | | X |
| 518 | Landlords | ORLANDO VINELAND PO LP | | X |
| 519 | Landlords | OUTLET VILLAGE OF HAGERSTOWN LP | | X |
| 520 | Landlords | OUTLETS AT WESTGATE LLC | | X |
| 521 | Landlords | PALM BEACH OUTLETS I LLC | | X |
| 522 | Landlords | PALM DESERT, LP | | X |
| 523 | Landlords | PARAMUS PARK SHOPPING CTR | | X |
| 524 | Landlords | PARK CITY BUSINESS TRUST | | X |
| 525 | Landlords | PARKDALE MALL CMBS, LLC | | X |
| 526 | Landlords | PARKWAY PLACE SPE, LLC | | X |
| 527 | Landlords | PARTNERS MALL ABILENE LLC | | X |
| 528 | Landlords | PEARLAND TOWN CENTER LP | | X |
| 529 | Landlords | PEARLRIDGE CENTER ASSOC. | | X |
| 530 | Landlords | PEMBROKE LAKES | | X |
| 531 | Landlords | PENN SQUARE MALL LLC | | X |
| 532 | Landlords | PERIMETER MALL, LLC | | X |
| 533 | Landlords | PETALUMA VILLAGE PREMIUM OUTLETS | | X |
| 534 | Landlords | PFP COLUMBUS II, LLC | | X |
| 535 | Landlords | PHILADELPHIA PREMIUM OUTLETS LLC | | X |
| 536 | Landlords | PIZZUTI GM LLC | | X |
| 537 | Landlords | PLAZA BONITA LLC | | X |
| 538 | Landlords | PLAZA CAROLINA MALL, LP | | X |
| 539 | Landlords | PLAZA DEL CARIBE | | X |
| 540 | Landlords | PLAZA FRONTENAC ACQUISITION LLC | | X |
| 541 | Landlords | PLAZA LAS AMERICAS, INC | | X |
| 542 | Landlords | PLAZA WEST COVINA LP | | X |
| 543 | Landlords | PLEASANT PRAIRIE PREMIUM OUTLETS LLC | | X |
| 544 | Landlords | POM-COLLEGE STATION LLC | | X |
| 545 | Landlords | POUGHKEEPSIE GALLERIA LLC | | X |
| 546 | Landlords | PPF RTL ATLANTIC TOWN CENTER LLC | | X |
| 547 | Landlords | PPF RTL ROSEDALE SHOPPING CENTER,LLC | | X |
| 548 | Landlords | PR AVALON PHASE I OWNER, LLC | | X |
| 549 | Landlords | PR CAPITAL CITY | | X |
| 550 | Landlords | PR GALLERY I LIMITED PARTNERSHIP | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 551 | Landlords | PR PATRICK HENRY LLC | | X |
| 552 | Landlords | PR PLYMOUTH MEETING,LP | | X |
| 553 | Landlords | PR PRINCE GEORGE PLAZA LLC | | X |
| 554 | Landlords | PR SPRINGFIELD DELCO LP | | X |
| 555 | Landlords | PR SPRINGFIELD TOWN CNTR | | X |
| 556 | Landlords | PREIT ASSOCIATES LP | | X |
| 557 | Landlords | PREIT ASSOCIATES, LP | | X |
| 558 | Landlords | PREIT SERVICES, LP | | X |
| 559 | Landlords | PREMIUM OUTLET PARTNERS LP | | X |
| 560 | Landlords | PREP HILLSIDE REAL ESTATE LLC | | X |
| 561 | Landlords | PRISA ARBOR LAKES, LLC | | X |
| 562 | Landlords | PROMENADE SHOPS - 10220472 | | X |
| 563 | Landlords | PROVIDENCE PLACE | | X |
| 564 | Landlords | PYRAMID WALDEN COMPANY LP | | X |
| 565 | Landlords | QUAKER ASSOCIATES LLC | | X |
| 566 | Landlords | QUEENS CENTER SPE, LLC | | X |
| 567 | Landlords | RAR2 MARINA MRKTPLC CA | | X |
| 568 | Landlords | RC LINCOLN ROAD HOLDINGS LLC | | X |
| 569 | Landlords | RED SPARKS SPE, LLC | | X |
| 570 | Landlords | REEP-RTL MPM GA LLC | | X |
| 571 | Landlords | RIDERWOOD USA INC | | X |
| 572 | Landlords | RIDGEDALE CENTER LLC | | X |
| 573 | Landlords | RIVER OAKS CENTER LLC | | X |
| 574 | Landlords | RM MEMBER LLC | | X |
| 575 | Landlords | ROBINSON MALL REALTY HOLDING LLC | | X |
| 576 | Landlords | ROCKAWAY CENTER ASSOCIATES | | X |
| 577 | Landlords | ROCKSAL MALL LLC | | X |
| 578 | Landlords | ROLLING OAKS MALL REALTY HOLDING LLC | | X |
| 579 | Landlords | ROOSEVELT FIELD | | X |
| 580 | Landlords | ROOSEVELT FIELD MALL | | X |
| 581 | Landlords | ROSEVILLE SHOPPINGTOWN LLC | | X |
| 582 | Landlords | ROUND ROCK PREMIUM OUTLETS | | X |
| 583 | Landlords | ROUSE F.S.,LLC | | X |
| 584 | Landlords | RPI CARLSBAD LP | | X |
| 585 | Landlords | RPI GREENVILLE MALL, LP | | X |
| 586 | Landlords | RPT REALTY LP | | X |
| 587 | Landlords | RREEF AMERICAN REIT II, CORP HH | | X |
| 588 | Landlords | RSE INDEPENDENCE LLC | | X |
| 589 | Landlords | RSS UBSBB2012C4-UT NMH LLC | | X |
| 590 | Landlords | RSS UBSBB2013-C6-FL BML, LLC | | X |
| 591 | Landlords | SAINT LOUIS GALLERIA LLC | | X |
| 592 | Landlords | SALISBURY MALL REALTY HOLDING LLC | | X |
| 593 | Landlords | SAM WALNUT LLC | | X |
| 594 | Landlords | SANDUSKY MALL CO | | X |
| 595 | Landlords | SANGERTOWN SQUARE LLC | | X |
| 596 | Landlords | SARAHI CRUZ | | X |
| 597 | Landlords | SCOTTSDALE FASHION SQUARE | | X |
| 598 | Landlords | SDG DADELAND ASSOC INC | | X |
| 599 | Landlords | SDG FASHION MALL LIMITED PARTNERSHIP | | X |
| 600 | Landlords | SDQ FEE LLC | | X |
| 601 | Landlords | SDQ FEE, LLC | | X |
| 602 | Landlords | SEAPORT BOSTON | | X |
| 603 | Landlords | SEATTLE PREMIUM OUTLETS | | X |
| 604 | Landlords | SEMINOLE MALL REALTY HOLDING LLC | | X |
| 605 | Landlords | SETTLERS' R2 INC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 606 | Landlords | SF SHOPPING CENTRE ASSOC | | X |
| 607 | Landlords | SHERMAN OAKS FASHION | | X |
| 608 | Landlords | SHOPPES AT BUCKLAND HILLS LLC | | X |
| 609 | Landlords | SHOPPES AT RIVER CROSSING | | X |
| 610 | Landlords | SHOPPING CENTER ASSOCIATE | | X |
| 611 | Landlords | SHOPS AT MISSION VIEJOLLC | | X |
| 612 | Landlords | SHORT HILLS ASSOC | | X |
| 613 | Landlords | SHORT PUMP TOWN CNTR,LLC | | X |
| 614 | Landlords | SIMON CAPITAL GP | | X |
| 615 | Landlords | SIMON CAPITAL LP | | X |
| 616 | Landlords | SIMON PROP GROUP | X | |
| 617 | Landlords | SIMON PROP GRP(TX)LP | | X |
| 618 | Landlords | SIMON PROPERTY GROUP LP | X | |
| 619 | Landlords | SIMON PROPERTY GROUP, LP | X | |
| 620 | Landlords | SIMON/CLARKSBURG DEVELOPMENT LLC | | X |
| 621 | Landlords | SINGLEPAY | | X |
| 622 | Landlords | SL MALL LLC | | X |
| 623 | Landlords | SLTS GRAND AVENUE II, LP | | X |
| 624 | Landlords | SM EASTLAND MALL LLC | | X |
| 625 | Landlords | SOMERSET COLLECTION LTD | | X |
| 626 | Landlords | SOUTH COAST PLAZA | | X |
| 627 | Landlords | SOUTH COUNTY SHOPPINGTOWN | | X |
| 628 | Landlords | SOUTH MILL MALL | | X |
| 629 | Landlords | SOUTH SHORE MALL REALTY LLC | | X |
| 630 | Landlords | SOUTHCENTER OWNER, LLC | | X |
| 631 | Landlords | SOUTHDALE CENTER, LLC | | X |
| 632 | Landlords | SOUTHERN PARK MALL LLC | | X |
| 633 | Landlords | SOUTHLAKE INDIANA, LLC | | X |
| 634 | Landlords | SOUTHLAND CENTER LLC | | X |
| 635 | Landlords | SOUTHPARK MALL LP | | X |
| 636 | Landlords | SOUTHWEST PLAZA LLC | | X |
| 637 | Landlords | SPARK JC, LLC | | X |
| 638 | Landlords | SPECTRUM REAL ESTATE ADVISORS | | X |
| 639 | Landlords | SPG FINANCE II, LLC | | X |
| 640 | Landlords | SPG HOUSTON HOLDINGS LP | | X |
| 641 | Landlords | SPG PRIEN LLC | | X |
| 642 | Landlords | SPM ACQUISITION LLC | | X |
| 643 | Landlords | SPOTSYLVANIA MALL COMP | | X |
| 644 | Landlords | SPUS9 FB PADDOCK PROP, LLC | | X |
| 645 | Landlords | SRE HAWKEYE LLC | | X |
| 646 | Landlords | SRE ONTARIO LLC | | X |
| 647 | Landlords | SRMF TOWN SQUARE OWNER LLC | | X |
| 648 | Landlords | ST AUGUSTINE PREMIUM OUTLETS | | X |
| 649 | Landlords | ST CLAIR SQUARE SPE LLC | | X |
| 650 | Landlords | ST LOUIS PREMIUM OUTLETS LLC | | X |
| 651 | Landlords | ST. CLOUD MALL, LLC. | | X |
| 652 | Landlords | STAMFORD TOWN CENTER LLC | | X |
| 653 | Landlords | STAR-WEST CHICAGO RIDGE, LLC | | X |
| 654 | Landlords | STAR-WEST FRANKLIN PARK MALL, LLC | | X |
| 655 | Landlords | STAR-WEST GREAT NORTHERN MALL, LLC | | X |
| 656 | Landlords | STAR-WEST PARKWAY MALL,LP | | X |
| 657 | Landlords | STONERIDGE PROP LLC | | X |
| 658 | Landlords | STONESTOWN SHOPPING CTRLP | | X |
| 659 | Landlords | STREET RETAIL INC | | X |
| 660 | Landlords | STREET RETAIL, INC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 661 | Landlords | STREET RETAIL, INC - PROPERTY #2405 | | X |
| 662 | Landlords | STRS OHIO IL REAL ESTATE INVESTMENTS LLC | | X |
| 663 | Landlords | SUNLAND PARK MALL LLC | | X |
| 664 | Landlords | SUNRISE MALL HOLDINGS LLC | | X |
| 665 | Landlords | SUNRISE MILLS (MLP), LP | | X |
| 666 | Landlords | SUNVALLEY ASSOC | | X |
| 667 | Landlords | TACOMA MALL | | X |
| 668 | Landlords | TAMPA PREMIUM OUTLETS LLC | | X |
| 669 | Landlords | TAMPA WESTSHORE ASSOC. LP | | X |
| 670 | Landlords | TANGER DAYTONA LLC | | X |
| 671 | Landlords | TANGER NATIONAL HARBORLLC | | X |
| 672 | Landlords | TANGER OUTLETS DEER PARK | | X |
| 673 | Landlords | TANGER PROPERTIES LIMITED PARTNERSHIP | | X |
| 674 | Landlords | TANGER PROPERTIES LP | | X |
| 675 | Landlords | TANGER SAN MARC LLC | | X |
| 676 | Landlords | TAUBMAN AUBURN HILLS ASC | | X |
| 677 | Landlords | TAUBMAN CHERRY CREEK | | X |
| 678 | Landlords | TB MALL AT UTC, LLC | | X |
| 679 | Landlords | TEMECULA TOWNE CNTR ASSOC | | X |
| 680 | Landlords | THE CADILLAC FAIRVEIW | X | |
| 681 | Landlords | THE CONNECTICUT POST LP | | X |
| 682 | Landlords | THE CROSSINGS PREMIUM OUTLETS | | X |
| 683 | Landlords | THE DOMAIN MALL II, LLC | | X |
| 684 | Landlords | THE FALLS SHPNG CTR ASSOC | | X |
| 685 | Landlords | THE GREENE TOWN CENTERLLC | | X |
| 686 | Landlords | THE IRVINE COMPANY, LLC | X | |
| 687 | Landlords | THE MACERICH PARTNERSHIP, LP | | X |
| 688 | Landlords | THE MALL IN COLUMBIA | | X |
| 689 | Landlords | THE MARKET PLACE | | X |
| 690 | Landlords | THE OAKS MALL GGPLP | | X |
| 691 | Landlords | THE OUTLET COLLECTION | | X |
| 692 | Landlords | THE PARKS AT ARLINGTON | | X |
| 693 | Landlords | THE RETAIL PROPERTY TRUST | | X |
| 694 | Landlords | THE SHOPS AT NORTH CREEK LLC | | X |
| 695 | Landlords | THE SHOPS AT SUMMERLIN N. | | X |
| 696 | Landlords | THE TOWN CENTER AT BOCA RATON TRUST | | X |
| 697 | Landlords | THE WASHINGTON LLC | | X |
| 698 | Landlords | THE WOODLANDS MALL ASSOC, LLC | | X |
| 699 | Landlords | THEGREAT MALL AT MILPITAS | | X |
| 700 | Landlords | THOMAS WHITE INVESTMENTS LLC | | X |
| 701 | Landlords | TM NORTHLAKE MALL LP | | X |
| 702 | Landlords | TM PARTRIDGE CREEK MALL | | X |
| 703 | Landlords | TM WELLINGTON GREEN MALL | | X |
| 704 | Landlords | TOPANGA PLAZA LLC | | X |
| 705 | Landlords | TORY BURCH LLC | X | |
| 706 | Landlords | TOWN CENTER AT AURORA LLC | | X |
| 707 | Landlords | TOWN CENTER AT COBB REALITY HOLDING LLC | | X |
| 708 | Landlords | TOWSON TC LLC | | X |
| 709 | Landlords | TRCC/ROCK OUTLETS CENTER LLC | | X |
| 710 | Landlords | TREASURE COAST- JCP ASSOCIATED, LTD | | X |
| 711 | Landlords | TRIANGLE TOWN CENTER REALTY HOLDING LLC | | X |
| 712 | Landlords | TRUMBULL SHOPPING CENTER #2 LLC | | X |
| 713 | Landlords | TSLV LLC | | X |
| 714 | Landlords | TUCSON MALL LLC | | X |
| 715 | Landlords | TUCSON PREMIUM OUTLETS LLC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 716 | Landlords | TVO MALL OWNER LLC | | X |
| 717 | Landlords | TWIN CITIES OUTLETS EAGAN | | X |
| 718 | Landlords | TYLER MALL LP | | X |
| 719 | Landlords | TYSON GALLERIA LLC | | X |
| 720 | Landlords | TYSONS CORNER HOLDINGS | | X |
| 721 | Landlords | UE BERGEN MALL OWNER, LLC | | X |
| 722 | Landlords | UNIV TOWNE CENTRE | | X |
| 723 | Landlords | UNIVERSITY PARK MALL, LLC | | X |
| 724 | Landlords | UNIVERSITY VILLAGE | | X |
| 725 | Landlords | URBAN SHOPPING CNTRS, LP | X | |
| 726 | Landlords | US CENTENNIAL VANCOUVER MALL LLC | | X |
| 727 | Landlords | UTC VENTURE LLC | | X |
| 728 | Landlords | VALLEY PLAZA MALL LP | | X |
| 729 | Landlords | VALLEY STREAM GREEN ACRES LLC | | X |
| 730 | Landlords | VALLEY VIEW MALL SPE, LLC | | X |
| 731 | Landlords | VALLEY VIEW REALTY HOLDING LLC | | X |
| 732 | Landlords | VALLEY WEST MALL, LLC | | X |
| 733 | Landlords | VIKING RIDEAU CORPORATION | | X |
| 734 | Landlords | VR MALL LLC | | X |
| 735 | Landlords | WALLER REALTY INC | | X |
| 736 | Landlords | WALT WHITMAN MALL LLC | | X |
| 737 | Landlords | WARWICK MALL OWNER, LLC | | X |
| 738 | Landlords | WASHINGTON SQUARE PPR | | X |
| 739 | Landlords | WATER TOWER OWNER LLC | | X |
| 740 | Landlords | WATERFORD LAKES TOWN CENTER LLC | | X |
| 741 | Landlords | WEST ACRES DEV LLP | | X |
| 742 | Landlords | WEST COUNTY MALL CMBS,LLC | | X |
| 743 | Landlords | WEST FARMS MALL LLC | | X |
| 744 | Landlords | WEST TOWN MALL LLC | | X |
| 745 | Landlords | WESTCHESTER MALL, LLC | | X |
| 746 | Landlords | WESTCOR REALTY LP | | X |
| 747 | Landlords | WESTFIELD GARDEN STATE | | X |
| 748 | Landlords | WESTGATE MALL REALTY LLC | | X |
| 749 | Landlords | WESTLAND GARDEN STATE PLAZA LIMITED PART | | X |
| 750 | Landlords | WESTLAND SOUTH SHORE MALL | | X |
| 751 | Landlords | WESTMINSTER MALL, LLC | | X |
| 752 | Landlords | WESTROADS MALL GGPLP | | X |
| 753 | Landlords | WFP RETAIL CO. LP | | X |
| 754 | Landlords | WHEATON PLAZA REG SHOPPIN | | X |
| 755 | Landlords | WHITE MARSH, LLC | | X |
| 756 | Landlords | WILLIAMSBURG OUTLETS LLC | | X |
| 757 | Landlords | WISCONSIN DELLS OUTLET FEE, LLC | | X |
| 758 | Landlords | W-LD LEGENDS OWNER VII, LLC | | X |
| 759 | Landlords | WOODBRIDGE CENTER INC | | X |
| 760 | Landlords | WOODBURN PREMIUM OUTLETS LLC | | X |
| 761 | Landlords | WOODBURY COMMON PREMIUM OUTLETS | | X |
| 762 | Landlords | WOODFIELD MALL LLC | | X |
| 763 | Landlords | WP BTC LLC | | X |
| 764 | Landlords | WS TAMPA OWNER LLC | | X |
| 765 | Landlords | WSM HINGHAM PROPERTIES LLC | | X |
| 766 | Landlords | WYOMING VALLEY MALL REALTY HOLDING LLC | | X |
| 767 | Landlords | YTC MALL OWNER LLC | | X |
| 768 | Litigation Parties | Abramson Labor Group | | X |
| 769 | Litigation Parties | Advanced Transactions | | X |
| 770 | Litigation Parties | Al- Husseini, Dana | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 771 | Litigation Parties | Alfaro, Carlos E | | X |
| 772 | Litigation Parties | Apex Trial Law | | X |
| 773 | Litigation Parties | Avendano, Leonor | | X |
| 774 | Litigation Parties | Barnes, Deborah | | X |
| 775 | Litigation Parties | Barrera, Esther | | X |
| 776 | Litigation Parties | Barton, Jennifer L | | X |
| 777 | Litigation Parties | Beaty Legal PLLC | | X |
| 778 | Litigation Parties | Berry, Eric | | X |
| 779 | Litigation Parties | Bilawal, Muhammad | | X |
| 780 | Litigation Parties | Blanchard, Joshua | | X |
| 781 | Litigation Parties | Breen, Christina | | X |
| 782 | Litigation Parties | Brian Atwood | | X |
| 783 | Litigation Parties | Brownstein Hyatt Farber Schreck, LLP | | X |
| 784 | Litigation Parties | Burgueno, Nautica | | X |
| 785 | Litigation Parties | CaaStle | | X |
| 786 | Litigation Parties | Camilo, Jagely | | X |
| 787 | Litigation Parties | Capstone Law APC | | X |
| 788 | Litigation Parties | Carriaga, Angela M | | X |
| 789 | Litigation Parties | Carrow, Cassie | | X |
| 790 | Litigation Parties | Castronovo & McKinney, LLC | | X |
| 791 | Litigation Parties | Chacon Class Action (includes Chacon I, Chacon II, and Carr) | | X |
| 792 | Litigation Parties | Chaney-Bell, Terrell | | X |
| 793 | Litigation Parties | Checo, Sixta | | X |
| 794 | Litigation Parties | Coffey, Fredrick | | X |
| 795 | Litigation Parties | Colin Gomez, Ana A | | X |
| 796 | Litigation Parties | Collins, Dominique | | X |
| 797 | Litigation Parties | Communication Interface Technologies, LLC | | X |
| 798 | Litigation Parties | Daignault Iyer | | X |
| 799 | Litigation Parties | Dana & Pariser Co., L.P.A. | | X |
| 800 | Litigation Parties | Dapeer Law | | X |
| 801 | Litigation Parties | Davis, Laura | | X |
| 802 | Litigation Parties | Derraj, Sophia | | X |
| 803 | Litigation Parties | Diaz, Letticia | | X |
| 804 | Litigation Parties | Donmez, Melissa | | X |
| 805 | Litigation Parties | Dorcely, Micah | | X |
| 806 | Litigation Parties | East End Trial Group LLC | | X |
| 807 | Litigation Parties | Engler, Cindi | | X |
| 808 | Litigation Parties | Enix, Anthony | | X |
| 809 | Litigation Parties | Environmental Democracy Project | | X |
| 810 | Litigation Parties | Eric Yardley | | X |
| 811 | Litigation Parties | Esquivel, Nadia | | X |
| 812 | Litigation Parties | E-Teen | | X |
| 813 | Litigation Parties | Excel Sports Management | | X |
| 814 | Litigation Parties | Faegre Drinker Biddle & Reath LLP | | X |
| 815 | Litigation Parties | Fannin, David M | | X |
| 816 | Litigation Parties | Faria, Nathaly C | | X |
| 817 | Litigation Parties | Garcia v. American Eagle, et al. | | X |
| 818 | Litigation Parties | Gates, Kiana | | X |
| 819 | Litigation Parties | Gieseke, Kerry | | X |
| 820 | Litigation Parties | Glover, Guyla | | X |
| 821 | Litigation Parties | Gomez, Analia | | X |
| 822 | Litigation Parties | Gonzalez, Hilda C | | X |
| 823 | Litigation Parties | Gonzalez, Madeline | | X |
| 824 | Litigation Parties | Haley, Joan | | X |
| 825 | Litigation Parties | Harris, Caleb | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 826 | Litigation Parties | Hazel, Lena | | X |
| 827 | Litigation Parties | Hernandez, Yvonne | | X |
| 828 | Litigation Parties | HKM Employment Attorneys LLP | | X |
| 829 | Litigation Parties | Hopkins, Dawson Noah | | X |
| 830 | Litigation Parties | Idrobo, Penelope | | X |
| 831 | Litigation Parties | Inzuna Cortez, Lesley | | X |
| 832 | Litigation Parties | Jackson, APC | | X |
| 833 | Litigation Parties | Jean Francois, Emmanuella | | X |
| 834 | Litigation Parties | Jessica Nettles | | X |
| 835 | Litigation Parties | Jillson, Crystal | | X |
| 836 | Litigation Parties | Johnson, Kaitlin A | | X |
| 837 | Litigation Parties | Justin Rose | | X |
| 838 | Litigation Parties | Kaldro, Angeline | | X |
| 839 | Litigation Parties | Kate Dias | | X |
| 840 | Litigation Parties | Keriwala, Mohamed Umer | | X |
| 841 | Litigation Parties | Killinger, Amanda | | X |
| 842 | Litigation Parties | Koulouris, Ariana | | X |
| 843 | Litigation Parties | Lalani, Faiza N | | X |
| 844 | Litigation Parties | Lavi & Ebrahimian, LLP | | X |
| 845 | Litigation Parties | Law Offices of Anthony J. Pantuso, III | | X |
| 846 | Litigation Parties | Law Offices of Gloria Dredd Haney | | X |
| 847 | Litigation Parties | Law Offices of Sahag Majarian, II | | X |
| 848 | Litigation Parties | Leeds Brown Law, P.C. | | X |
| 849 | Litigation Parties | Lexington Law Group | | X |
| 850 | Litigation Parties | Liberty Place Retail Associations | | X |
| 851 | Litigation Parties | Lux, Matthew | | X |
| 852 | Litigation Parties | Lynch Carpenter LLP | | X |
| 853 | Litigation Parties | Mallari Law Group | | X |
| 854 | Litigation Parties | Marca, Bryam | | X |
| 855 | Litigation Parties | Martinez, Teresa M | | X |
| 856 | Litigation Parties | McCall v. Express Factory Outlet | | X |
| 857 | Litigation Parties | Nastase, Alina | | X |
| 858 | Litigation Parties | Ortado, Rene | | X |
| 859 | Litigation Parties | Outten & Golden LLP | | X |
| 860 | Litigation Parties | Pacific Trial Attorneys | | X |
| 861 | Litigation Parties | Paez, Carlos M | | X |
| 862 | Litigation Parties | Paige-Stone, Monje | | X |
| 863 | Litigation Parties | Palma, Mathias | | X |
| 864 | Litigation Parties | Patterson, Anthony | | X |
| 865 | Litigation Parties | Perez Law, P.A. | | X |
| 866 | Litigation Parties | Picardi, Kimberly | | X |
| 867 | Litigation Parties | Reimer, Ruhi | | X |
| 868 | Litigation Parties | Ricketts, Bruce | | X |
| 869 | Litigation Parties | Rivera, Zhanna | | X |
| 870 | Litigation Parties | Robinhood | X | |
| 871 | Litigation Parties | Rodriguez, Paula M | | X |
| 872 | Litigation Parties | Romero, Eloy | | X |
| 873 | Litigation Parties | Ropa Siete Leguas, Inc. | | X |
| 874 | Litigation Parties | Rumph, Kennedy | | X |
| 875 | Litigation Parties | Rusty Rendon | | X |
| 876 | Litigation Parties | Salaiz, Erik | | X |
| 877 | Litigation Parties | Salvo, Gina | | X |
| 878 | Litigation Parties | Schiavulli, Tracy | | X |
| 879 | Litigation Parties | Schottenstein Legal Services Co., LPA | | X |
| 880 | Litigation Parties | Sevilla, Victoria | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 881 | Litigation Parties | Shamis & Gentile, P.A. | | X |
| 882 | Litigation Parties | Sonny Hernandez | | X |
| 883 | Litigation Parties | Stevens, Sally | | X |
| 884 | Litigation Parties | Sulaiman Law Group, Ltd | | X |
| 885 | Litigation Parties | Swigart Law Group, APC | | X |
| 886 | Litigation Parties | Telephone Consumer Protection Act (TCPA) | | X |
| 887 | Litigation Parties | Thomas, Bryan | | X |
| 888 | Litigation Parties | Tran, Katherine | | X |
| 889 | Litigation Parties | Universal Music Group | X | |
| 890 | Litigation Parties | Vance, David | | X |
| 891 | Litigation Parties | Vendor Collection Actions | | X |
| 892 | Litigation Parties | Viramontes, Maria | | X |
| 893 | Litigation Parties | Washington, James | | X |
| 894 | Litigation Parties | Waters, Annest | | X |
| 895 | Litigation Parties | Waters, Cheo | | X |
| 896 | Litigation Parties | Wehbe, Layal | | X |
| 897 | Litigation Parties | Whitesel, Collin | | X |
| 898 | Litigation Parties | Williams, Shay | | X |
| 899 | Litigation Parties | Wint, Deborah | | X |
| 900 | Litigation Parties | Woods Law Offices PLLC | | X |
| 901 | Litigation Parties | Yemane, Lemlem H | | X |
| 902 | Litigation Parties | Yohrling, Deborah | | X |
| 903 | Litigation Parties | Yonggang, Liu | | X |
| 904 | Litigation Parties | Yugay, Elena | | X |
| 905 | Litigation Parties | Zabriskie, Gregory S | | X |
| 906 | Litigation Parties | Zarco, Evelyn | | X |
| 907 | Litigation Parties | Zaylore Stout & Associates, LLC | | X |
| 908 | Staffing Agency | AI ALTIUS US BIDCO INC | | X |
| 909 | Staffing Agency | C LAVIGNE MANAGEMENT INC | | X |
| 910 | Staffing Agency | GLOBANT LLC | X | |
| 911 | Staffing Agency | KAISER CONSULTING LLC | | X |
| 912 | Staffing Agency | KPMG  LLP | X | |
| 913 | Staffing Agency | MONUMENT CONSULTING LLC | | X |
| 914 | Staffing Agency | RCG GLOBAL SERVICES INC | X | |
| 915 | Surety | AL Professional Fundraiser or Commercial Co-Venture | | X |
| 916 | Surety | CA Pacific Gas & Electric Company | | X |
| 917 | Surety | CA Southern California Edison | | X |
| 918 | Surety | DC US Customs | | X |
| 919 | Surety | DC US Customs & Border Protection | | X |
| 920 | Surety | DC US Customs Duty Drawback | | X |
| 921 | Surety | FL City of Gainesville | | X |
| 922 | Surety | FL Florida Power & Light | | X |
| 923 | Surety | FL Florida Power Corporation | | X |
| 924 | Surety | FL Gulf Power Company | | X |
| 925 | Surety | FL Orlando Utilities Co | | X |
| 926 | Surety | FL Orlando Utilities Commission | | X |
| 927 | Surety | FL Tampa Electric Company | | X |
| 928 | Surety | FL Withlacoochee River Elec Coop | | X |
| 929 | Surety | GA Central Georgia EMC | | X |
| 930 | Surety | KS Kansas City Board of Public Utilities | | X |
| 931 | Surety | MA Professional Solicitor's Bond | | X |
| 932 | Surety | MO Kansas City Power & Light | | X |
| 933 | Surety | NC Progress Energy Carolinas Inc | | X |
| 934 | Surety | NV Nevada Department of Taxation | | X |
| 935 | Surety | NY Consolidated Edison Company of New York | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 936 | Surety | OH The Duke Energy Company | | X |
| 937 | Surety | PR Commonwealth of Puerto Rico | | X |
| 938 | Surety | TN Knoxville Utilities Board | | X |
| 939 | Surety | TN Murfreesboro Electric | | X |
| 940 | Taxing Authority | ABINGTON TOWNSHIP FIRE | | X |
| 941 | Taxing Authority | ADA COUNTY TREASURER | | X |
| 942 | Taxing Authority | ADMIN, UNEMPLOYMENT COMP | | X |
| 943 | Taxing Authority | ALAMEDA COUNTY | X | |
| 944 | Taxing Authority | ALIEF ISD TAX ASSESSOR | | X |
| 945 | Taxing Authority | ALLEN COUNTY TREASURER | | X |
| 946 | Taxing Authority | ANDERSON COUNTY TREASURER | | X |
| 947 | Taxing Authority | ANNE ARUNDEL COUNTY | | X |
| 948 | Taxing Authority | ARIZONA DEPT OF REVENUE | | X |
| 949 | Taxing Authority | ASHWAUBENON PUBLIC SAFETY | | X |
| 950 | Taxing Authority | BAKERSFIELD CITY | | X |
| 951 | Taxing Authority | BALTIMORE COUNTY | X | |
| 952 | Taxing Authority | BEXAR COUNTY TAX | | X |
| 953 | Taxing Authority | BOONE COUNTY SHERIFF | | X |
| 954 | Taxing Authority | BOONE COUNTY, MO | | X |
| 955 | Taxing Authority | BOROUGH OF CARLSTADT | | X |
| 956 | Taxing Authority | BOROUGH OF EATONTOWN | | X |
| 957 | Taxing Authority | BOROUGH OF TINTON FALLS | | X |
| 958 | Taxing Authority | BOROUGH OF WYOMISSING, PA | | X |
| 959 | Taxing Authority | BOSSIER PARISH TAX COLLECTOR | | X |
| 960 | Taxing Authority | BRAZORIA COUNTY TAX | | X |
| 961 | Taxing Authority | BREVARD COUNTY TAX | | X |
| 962 | Taxing Authority | BROWN COUNTY TREASURER | | X |
| 963 | Taxing Authority | CABARRUS COUNTY TAX | | X |
| 964 | Taxing Authority | CALCASIEU PARISH | | X |
| 965 | Taxing Authority | CALIFORNIA TRAVEL&TOURISM | | X |
| 966 | Taxing Authority | CAMERON COUNTY TAX OFFICE | | X |
| 967 | Taxing Authority | CHARLES COUNTY, MD | | X |
| 968 | Taxing Authority | CHARTER TOWNSHIP OF FLINT | | X |
| 969 | Taxing Authority | CHARTER TWNSHP OF LANSING | | X |
| 970 | Taxing Authority | CHATHAM COUNTY TAX | | X |
| 971 | Taxing Authority | CHATTANOOGA CITY TREASURE | | X |
| 972 | Taxing Authority | CHEROKEE COUNTY TAX COMMISSIONER | | X |
| 973 | Taxing Authority | CHERRY HILL TOWNSHIP | | X |
| 974 | Taxing Authority | CINCINNATI INCOME TAX DIV | | X |
| 975 | Taxing Authority | CITY OF AKRON | | X |
| 976 | Taxing Authority | CITY OF ALBUQUERQUE | | X |
| 977 | Taxing Authority | CITY OF ALEXANDRIA, LA | | X |
| 978 | Taxing Authority | CITY OF ALPHARETTA | | X |
| 979 | Taxing Authority | CITY OF ANDERSON | | X |
| 980 | Taxing Authority | CITY OF ANN ARBOR | | X |
| 981 | Taxing Authority | CITY OF ARCADIA | | X |
| 982 | Taxing Authority | CITY OF ARLINGTON | | X |
| 983 | Taxing Authority | CITY OF ATLANTA | X | |
| 984 | Taxing Authority | CITY OF AUBURN HILLS | | X |
| 985 | Taxing Authority | CITY OF BANGOR | | X |
| 986 | Taxing Authority | CITY OF BATON ROUGE | | X |
| 987 | Taxing Authority | CITY OF BELLEVUE | | X |
| 988 | Taxing Authority | CITY OF BILOXI | | X |
| 989 | Taxing Authority | CITY OF BIRMINGHAM | X | |
| 990 | Taxing Authority | CITY OF BOSSIER CITY | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 991 | Taxing Authority | CITY OF BOWIE | | X |
| 992 | Taxing Authority | CITY OF BOWLING GREEN, KY | X | |
| 993 | Taxing Authority | CITY OF BREA CALIFORNIA | | X |
| 994 | Taxing Authority | CITY OF BROOKFIELD | | X |
| 995 | Taxing Authority | CITY OF CALUMET CITY, IL. | | X |
| 996 | Taxing Authority | CITY OF CARLSBAD | | X |
| 997 | Taxing Authority | CITY OF CERRITOS | | X |
| 998 | Taxing Authority | CITY OF CHARLESTON | | X |
| 999 | Taxing Authority | CITY OF CHARLOTTE | X | |
| 1000 | Taxing Authority | CITY OF CHESAPEAKE VA | | X |
| 1001 | Taxing Authority | CITY OF CHICAGO | X | |
| 1002 | Taxing Authority | CITY OF CHICAGO DEPT OF | X | |
| 1003 | Taxing Authority | CITY OF CHULA VISTA | | X |
| 1004 | Taxing Authority | CITY OF CLEARWATER | | X |
| 1005 | Taxing Authority | CITY OF COLORADO SPRINGS | | X |
| 1006 | Taxing Authority | CITY OF COLUMBIA | | X |
| 1007 | Taxing Authority | CITY OF CONCORD | | X |
| 1008 | Taxing Authority | CITY OF CONCORD TAX | | X |
| 1009 | Taxing Authority | CITY OF CORAL SPRINGS | | X |
| 1010 | Taxing Authority | CITY OF CORALVILLE | | X |
| 1011 | Taxing Authority | CITY OF COSTA MESA | | X |
| 1012 | Taxing Authority | CITY OF DAVENPORT | | X |
| 1013 | Taxing Authority | CITY OF DEARBORN | | X |
| 1014 | Taxing Authority | CITY OF DES PERES | | X |
| 1015 | Taxing Authority | CITY OF DOTHAN | | X |
| 1016 | Taxing Authority | CITY OF DOUGLASVILLE | | X |
| 1017 | Taxing Authority | CITY OF DOWNEY | | X |
| 1018 | Taxing Authority | CITY OF EL CAJON | | X |
| 1019 | Taxing Authority | CITY OF EL CENTRO | | X |
| 1020 | Taxing Authority | CITY OF ESCONDIDO | | X |
| 1021 | Taxing Authority | CITY OF FLORENCE | | X |
| 1022 | Taxing Authority | CITY OF FLORENCE, SC | | X |
| 1023 | Taxing Authority | CITY OF FRESNO | | X |
| 1024 | Taxing Authority | CITY OF FRESNO POLICE DEPT. | | X |
| 1025 | Taxing Authority | CITY OF GARLAND TAX | | X |
| 1026 | Taxing Authority | CITY OF GILROY | | X |
| 1027 | Taxing Authority | CITY OF GLENDALE | | X |
| 1028 | Taxing Authority | CITY OF GLENDALE, AZ | | X |
| 1029 | Taxing Authority | CITY OF GREENSBORO | | X |
| 1030 | Taxing Authority | CITY OF HAMPTON | | X |
| 1031 | Taxing Authority | CITY OF HARRISONBURG- | | X |
| 1032 | Taxing Authority | CITY OF HENDERSON | | X |
| 1033 | Taxing Authority | CITY OF HOMEWOOD | | X |
| 1034 | Taxing Authority | CITY OF HOOVER | | X |
| 1035 | Taxing Authority | CITY OF JOHNSON CITY | | X |
| 1036 | Taxing Authority | CITY OF JONESBORO | | X |
| 1037 | Taxing Authority | CITY OF JOPLIN | | X |
| 1038 | Taxing Authority | CITY OF KANSAS CITY, MO | | X |
| 1039 | Taxing Authority | CITY OF KATY | | X |
| 1040 | Taxing Authority | CITY OF KENNER | | X |
| 1041 | Taxing Authority | CITY OF KNOXVILLE | | X |
| 1042 | Taxing Authority | CITY OF LA CROSSE | | X |
| 1043 | Taxing Authority | CITY OF LAKE CHARLES | | X |
| 1044 | Taxing Authority | CITY OF LAKEWOOD BUSINESS | | X |
| 1045 | Taxing Authority | CITY OF LANCASTER,PA | | X |

**Results of Connections Check**

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1046 | Taxing Authority | CITY OF LEAWOOD | | X |
| 1047 | Taxing Authority | CITY OF LINCOLN | | X |
| 1048 | Taxing Authority | CITY OF LONE TREE | | X |
| 1049 | Taxing Authority | CITY OF LONG BEACH CALIFORNIA | X | |
| 1050 | Taxing Authority | CITY OF LOS ANGELES | X | |
| 1051 | Taxing Authority | CITY OF LOVELAND | | X |
| 1052 | Taxing Authority | CITY OF LYNNWOOD | | X |
| 1053 | Taxing Authority | CITY OF MADEIRA TAX OFFCE | | X |
| 1054 | Taxing Authority | CITY OF MADISON FIRE DEPARTMENT | | X |
| 1055 | Taxing Authority | CITY OF MADISON TREASURER | | X |
| 1056 | Taxing Authority | CITY OF MARLBOROUGH | | X |
| 1057 | Taxing Authority | CITY OF MCALLEN | | X |
| 1058 | Taxing Authority | CITY OF MCALLEN TAX | | X |
| 1059 | Taxing Authority | CITY OF MESA | | X |
| 1060 | Taxing Authority | CITY OF MIAMI BEACH | | X |
| 1061 | Taxing Authority | CITY OF MIDLAND | | X |
| 1062 | Taxing Authority | CITY OF MILFORD | | X |
| 1063 | Taxing Authority | CITY OF MILPITAS | | X |
| 1064 | Taxing Authority | CITY OF MOBILE | | X |
| 1065 | Taxing Authority | CITY OF MODESTO | | X |
| 1066 | Taxing Authority | CITY OF MONTCLAIR | | X |
| 1067 | Taxing Authority | CITY OF MONTEBELLO | | X |
| 1068 | Taxing Authority | CITY OF MONTEREY | | X |
| 1069 | Taxing Authority | CITY OF MONTGOMERY | | X |
| 1070 | Taxing Authority | CITY OF NEW JERSEY CITY | | X |
| 1071 | Taxing Authority | CITY OF NEWARK | X | |
| 1072 | Taxing Authority | CITY OF NEWPORT | | X |
| 1073 | Taxing Authority | CITY OF NEWPORT NEWS | | X |
| 1074 | Taxing Authority | CITY OF NILES INCOME TAX | | X |
| 1075 | Taxing Authority | CITY OF OAKLAND | | X |
| 1076 | Taxing Authority | CITY OF ONTARIO | | X |
| 1077 | Taxing Authority | CITY OF OREM | | X |
| 1078 | Taxing Authority | CITY OF PALM BEACH GARDNS | | X |
| 1079 | Taxing Authority | CITY OF PALM DESERT | | X |
| 1080 | Taxing Authority | CITY OF PALMDALE | | X |
| 1081 | Taxing Authority | CITY OF PEABODY | | X |
| 1082 | Taxing Authority | CITY OF PEMBROKE PINES | | X |
| 1083 | Taxing Authority | CITY OF PHILADELPHIA | X | |
| 1084 | Taxing Authority | CITY OF PHOENIX | X | |
| 1085 | Taxing Authority | CITY OF PLANTATION | | X |
| 1086 | Taxing Authority | CITY OF PLEASANTON | | X |
| 1087 | Taxing Authority | CITY OF PORTAGE | | X |
| 1088 | Taxing Authority | CITY OF PORTLAND | | X |
| 1089 | Taxing Authority | CITY OF PUYALLUP | | X |
| 1090 | Taxing Authority | CITY OF REDONDO BEACH | | X |
| 1091 | Taxing Authority | CITY OF RENO | | X |
| 1092 | Taxing Authority | CITY OF RICHMOND | | X |
| 1093 | Taxing Authority | CITY OF RIDGELAND | | X |
| 1094 | Taxing Authority | CITY OF ROANOKE | X | |
| 1095 | Taxing Authority | CITY OF SACRAMENTO | | X |
| 1096 | Taxing Authority | CITY OF SALISBURY | | X |
| 1097 | Taxing Authority | CITY OF SAN DIEGO | | X |
| 1098 | Taxing Authority | CITY OF SAN JOSE | X | |
| 1099 | Taxing Authority | CITY OF SAN LUIS OBISPO | X | |
| 1100 | Taxing Authority | CITY OF SAN RAFAEL | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1101 | Taxing Authority | CITY OF SANDY | | X |
| 1102 | Taxing Authority | CITY OF SANTA ANA FINANCE | | X |
| 1103 | Taxing Authority | CITY OF SANTA BARBARA | X | |
| 1104 | Taxing Authority | CITY OF SANTA ROSA | | X |
| 1105 | Taxing Authority | CITY OF SAVANNAH | X | |
| 1106 | Taxing Authority | CITY OF SCOTTSDALE | | X |
| 1107 | Taxing Authority | CITY OF SIMPSONVILLE | | X |
| 1108 | Taxing Authority | CITY OF SOMERVILLE | | X |
| 1109 | Taxing Authority | CITY OF SOUTH PORTLAND | | X |
| 1110 | Taxing Authority | CITY OF SPARKS ALARM PROGRAM | | X |
| 1111 | Taxing Authority | CITY OF SPARTANBURG, S.C. | | X |
| 1112 | Taxing Authority | CITY OF SPRINGFIELD/FINAN | | X |
| 1113 | Taxing Authority | CITY OF ST PETERS | | X |
| 1114 | Taxing Authority | CITY OF ST. MATTHEWS | | X |
| 1115 | Taxing Authority | CITY OF STERLING HEIGHTS | | X |
| 1116 | Taxing Authority | CITY OF STOCKTON - FINAR | | X |
| 1117 | Taxing Authority | CITY OF SWEETWATER | | X |
| 1118 | Taxing Authority | CITY OF TACOMA | X | |
| 1119 | Taxing Authority | CITY OF TALLAHASSEE | | X |
| 1120 | Taxing Authority | CITY OF TEMECULA | | X |
| 1121 | Taxing Authority | CITY OF TEMPE | | X |
| 1122 | Taxing Authority | CITY OF THOUSAND OAKS | | X |
| 1123 | Taxing Authority | CITY OF TIGARD | | X |
| 1124 | Taxing Authority | CITY OF TOLEDO | X | |
| 1125 | Taxing Authority | CITY OF TORRANCE | | X |
| 1126 | Taxing Authority | CITY OF TROY | | X |
| 1127 | Taxing Authority | CITY OF TUCSON | X | |
| 1128 | Taxing Authority | CITY OF TUSCALOOSA | | X |
| 1129 | Taxing Authority | CITY OF VACAVILLE | | X |
| 1130 | Taxing Authority | CITY OF VANCOUVER | X | |
| 1131 | Taxing Authority | CITY OF VISALIA | | X |
| 1132 | Taxing Authority | CITY OF WARWICK | | X |
| 1133 | Taxing Authority | CITY OF WAUWATOSA | | X |
| 1134 | Taxing Authority | CITY OF WEST COVINA | | X |
| 1135 | Taxing Authority | CITY OF WEST PALM BEACH | | X |
| 1136 | Taxing Authority | CITY OF WESTMINSTER | X | |
| 1137 | Taxing Authority | CITY OF WOODBURY | | X |
| 1138 | Taxing Authority | CITY OF YONKERS | | X |
| 1139 | Taxing Authority | CLACKAMAS COUNTY TAX | | X |
| 1140 | Taxing Authority | CLARKE COUNTY TAX | | X |
| 1141 | Taxing Authority | CLAYTON COUNTY TAX | | X |
| 1142 | Taxing Authority | CLEAR CREEK ISD TAX OFFIC | | X |
| 1143 | Taxing Authority | CLERK OF THE COURT | | X |
| 1144 | Taxing Authority | CLEVELAND COUNTYTREASURER | | X |
| 1145 | Taxing Authority | CLINTON TWP TREASURER | | X |
| 1146 | Taxing Authority | CO DENVER COUNTY | | X |
| 1147 | Taxing Authority | COBB COUNTY | | X |
| 1148 | Taxing Authority | COBB COUNTY TAX | | X |
| 1149 | Taxing Authority | COLLIN COUNTY TAX | | X |
| 1150 | Taxing Authority | COLORADO SPRINGS POLICE DEPARTMENT | | X |
| 1151 | Taxing Authority | COLUMBUS - CITY TREASURER | | X |
| 1152 | Taxing Authority | CONCORD FALSE ALARM REDUCTION PROGRAM | | X |
| 1153 | Taxing Authority | CONTRA COSTA COUNTY TAX | | X |
| 1154 | Taxing Authority | CORALVILLE FIRE DEPARTMENT | | X |
| 1155 | Taxing Authority | CORPORACION DEL FONDO DEL | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1156 | Taxing Authority | COUNTY OF ALBEMARLE | | X |
| 1157 | Taxing Authority | COUNTY OF ALBEMARLE, VA | | X |
| 1158 | Taxing Authority | COUNTY OF BERGEN | X | |
| 1159 | Taxing Authority | COUNTY OF BUCKS | | X |
| 1160 | Taxing Authority | COUNTY OF EAU CLAIRE | | X |
| 1161 | Taxing Authority | COUNTY OF HENRICO VIRGINIA | | X |
| 1162 | Taxing Authority | COUNTY OF LOS ANGELES | X | |
| 1163 | Taxing Authority | COUNTY OF LOUDOUN | | X |
| 1164 | Taxing Authority | COUNTY OF MARIN- WEIGHTS | | X |
| 1165 | Taxing Authority | COUNTY OF ORANGE | X | |
| 1166 | Taxing Authority | COUNTY OF RIVERSIDE | | X |
| 1167 | Taxing Authority | COUNTY OF SACRAMENTO | | X |
| 1168 | Taxing Authority | COUNTY OF SAN DIEGO | | X |
| 1169 | Taxing Authority | COUNTY OF SANTA CLARA | | X |
| 1170 | Taxing Authority | CRAIGHEAD COUNTYCOLLECTOR | | X |
| 1171 | Taxing Authority | CYPRESS-FAIRBANKS ISD | | X |
| 1172 | Taxing Authority | DALLAS COUNTY TAX | | X |
| 1173 | Taxing Authority | DC OFFICE OF TAX AND REVENUE | | X |
| 1174 | Taxing Authority | DEKALB COUNTY TAX | | X |
| 1175 | Taxing Authority | DELAWARE DEPT OF LABOR | | X |
| 1176 | Taxing Authority | DELAWARE DIV OF REVENUE | | X |
| 1177 | Taxing Authority | DELAWARE SECRETARYOFSTATE | | X |
| 1178 | Taxing Authority | DENTON COUNTY TAX | | X |
| 1179 | Taxing Authority | DEPT OF PUBLIC HEALTH | | X |
| 1180 | Taxing Authority | DEPT OF TOXIC SUBSTNCE CN | | X |
| 1181 | Taxing Authority | DESOTO COUNTY | | X |
| 1182 | Taxing Authority | DISTRICT COURT OF JEFFERSON COUNTY | | X |
| 1183 | Taxing Authority | DIVISION OF FAMILY AND MEDICAL LEAVE | | X |
| 1184 | Taxing Authority | DIVISION OF UNEMPLOYMENT | | X |
| 1185 | Taxing Authority | DONA ANA COUNTY TREASURER | | X |
| 1186 | Taxing Authority | DOUGLAS CNTY TREASURER CO | | X |
| 1187 | Taxing Authority | DURHAM COUNTY TAX | | X |
| 1188 | Taxing Authority | EAST BRUNSWICK FIRE DISTRICT 1 | | X |
| 1189 | Taxing Authority | ECTOR COUNTY APPRAISAL | | X |
| 1190 | Taxing Authority | EIGHTH UTILITIES DISTRICT | | X |
| 1191 | Taxing Authority | EL PASO COUNTY, CO | | X |
| 1192 | Taxing Authority | EL PASO TAX ASSESSOR/ | | X |
| 1193 | Taxing Authority | EMPLOYMENT SECURITY DEPARTMENT | | X |
| 1194 | Taxing Authority | ENVIRONMENTAL HEALTH DIVISION | | X |
| 1195 | Taxing Authority | FAYETTE COUNTY PUBLIC SCHOOLS (FCPS) | | X |
| 1196 | Taxing Authority | FLORENCE COUNTY TREASURER | | X |
| 1197 | Taxing Authority | FLOYD COUNTY TAX | | X |
| 1198 | Taxing Authority | FORT BEND CO LID #2 | | X |
| 1199 | Taxing Authority | FORT BEND COUNTY TAX | | X |
| 1200 | Taxing Authority | FRANKLIN COUNTY CLERK OF | | X |
| 1201 | Taxing Authority | FREDERICK COUNTY MD | | X |
| 1202 | Taxing Authority | FRESNO COUNTY SHERIFF'S OFFICE | | X |
| 1203 | Taxing Authority | FULTON COUNTY TAX COMMISSIONER | | X |
| 1204 | Taxing Authority | GARLAND INDEPENDENT | | X |
| 1205 | Taxing Authority | GLOUCESTER TOWNSHIP FIRE DISTRICT 4 | | X |
| 1206 | Taxing Authority | GREENVILLE COUNTY TAX | | X |
| 1207 | Taxing Authority | GREGORY F.X. DALY | | X |
| 1208 | Taxing Authority | GUILFORD COUNTY TAX | | X |
| 1209 | Taxing Authority | GWINNETT CO TAX COMMISSIO | | X |
| 1210 | Taxing Authority | HAB-BPT BERKHEIMER ASSOC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 1211 | Taxing Authority | HALL COUNTY, GA | | X |
| 1212 | Taxing Authority | HAMILTON COUNTY TREASURER | | X |
| 1213 | Taxing Authority | HAMILTON COUNTY TRUSTEE | | X |
| 1214 | Taxing Authority | HAMPTON CITY TREASURER | | X |
| 1215 | Taxing Authority | HARLINGEN TAX OFFICE | | X |
| 1216 | Taxing Authority | HARRIS COUNTY ALARM DTL | | X |
| 1217 | Taxing Authority | HARRISON CO TAX COLLECTOR | | X |
| 1218 | Taxing Authority | HARRISONBURG, VA CITY OF | | X |
| 1219 | Taxing Authority | HARRY E HAGEN,TAX COLLECT | | X |
| 1220 | Taxing Authority | HAYS COUNTY TAX OFFICE | | X |
| 1221 | Taxing Authority | HEALTHY SAN FRANCISCO | | X |
| 1222 | Taxing Authority | HENNEPIN COUNTY | X | |
| 1223 | Taxing Authority | HIDALGO COUNTY TEXAS | | X |
| 1224 | Taxing Authority | HILLSBOROUGH COUNTY TAX | | X |
| 1225 | Taxing Authority | HORRY COUNTY BUSINESS | | X |
| 1226 | Taxing Authority | HORRY COUNTY, SC | | X |
| 1227 | Taxing Authority | HOUSTON COUNTY REVENUE | | X |
| 1228 | Taxing Authority | HOWARD COUNTY | | X |
| 1229 | Taxing Authority | HUMBLE ISD | | X |
| 1230 | Taxing Authority | HUNTSVILLE AL CTY CLK TRS | | X |
| 1231 | Taxing Authority | ILLINOIS DEPT OF EMPLYMNT | | X |
| 1232 | Taxing Authority | ILLINOIS DEPT OF REVENUE | | X |
| 1233 | Taxing Authority | IMPERIAL COUNTY TAX | | X |
| 1234 | Taxing Authority | INDIAN RIVER COUNTY | | X |
| 1235 | Taxing Authority | IRVING ISD TAX OFFICE | | X |
| 1236 | Taxing Authority | JACKSON COUNTY COLLECTOR | | X |
| 1237 | Taxing Authority | JASPER COUNTY COLLECTOR | | X |
| 1238 | Taxing Authority | JEFFERSON COUNTY TX TAX | | X |
| 1239 | Taxing Authority | JEFFERSON COUNTY, KY | | X |
| 1240 | Taxing Authority | JOHNSON COUNTY TREASURER | | X |
| 1241 | Taxing Authority | JUDSON ISD TAX OFFICE | | X |
| 1242 | Taxing Authority | KANAWHA COUNTY SHERIFF | | X |
| 1243 | Taxing Authority | KANSAS DEPT. OF REVENUE | | X |
| 1244 | Taxing Authority | KENTUCKY DEPT OF REVENUE | | X |
| 1245 | Taxing Authority | KENTUCKY STATE TREASURER | | X |
| 1246 | Taxing Authority | KING COUNTY DISTRICT CRT | | X |
| 1247 | Taxing Authority | KING COUNTY TREASURY | | X |
| 1248 | Taxing Authority | KNOX COUNTY TRUSTEE | | X |
| 1249 | Taxing Authority | LA CROSSE CITY TREASURER | | X |
| 1250 | Taxing Authority | LAFAYETTE PARISH TAX | | X |
| 1251 | Taxing Authority | LAKE COUNTY TREASURER | | X |
| 1252 | Taxing Authority | LARIMER COUNTY TREASURER | | X |
| 1253 | Taxing Authority | LAS CRUCES CITY CLERKS OF | | X |
| 1254 | Taxing Authority | LAUDERDALE CO TAX | | X |
| 1255 | Taxing Authority | LEON COUNTY TAX COLLECTOR | | X |
| 1256 | Taxing Authority | LFUCG, DIVISION OF REVENU | | X |
| 1257 | Taxing Authority | LOS ANGELES COUNTY FIRE DEPARTMENT | | X |
| 1258 | Taxing Authority | LOS ANGELES COUNTY TAX | | X |
| 1259 | Taxing Authority | LOS ANGELES FIRE DEPARTMENT | | X |
| 1260 | Taxing Authority | LOUISVILLE METRO REVENUE COMMISSION | | X |
| 1261 | Taxing Authority | LOVELAND CITY PIF | | X |
| 1262 | Taxing Authority | LOVELAND CITY RSF | | X |
| 1263 | Taxing Authority | LUBBOCK CENTRAL APPRAISAL | | X |
| 1264 | Taxing Authority | MADISON COUNTY TAX | | X |
| 1265 | Taxing Authority | MADISON CTY. LICENSE COMM | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1266 | Taxing Authority | MADISON MUNICIPAL COURT | | X |
| 1267 | Taxing Authority | MANAGER OF FINANCE | | X |
| 1268 | Taxing Authority | MARICOPA COUNTY TREASURER | | X |
| 1269 | Taxing Authority | MARIN COUNTY TAX | | X |
| 1270 | Taxing Authority | MARION COUNTY TREASURER | | X |
| 1271 | Taxing Authority | MARSHAL, CITY OF NEW YORK | | X |
| 1272 | Taxing Authority | MASSACHUSETTS DEPT OF | | X |
| 1273 | Taxing Authority | MCALLEN MUNICIPAL COURT | | X |
| 1274 | Taxing Authority | MCLENNAN COUNTY TAX OFFIC | | X |
| 1275 | Taxing Authority | MECKLENBURG COUNTY | | X |
| 1276 | Taxing Authority | MERIDEN TAX COLLECTOR | | X |
| 1277 | Taxing Authority | MERIDIAN CHARTER TOWNSHIP | | X |
| 1278 | Taxing Authority | MESQUITE TAX FUND | | X |
| 1279 | Taxing Authority | METROPOLITAN TRUSTEE | | X |
| 1280 | Taxing Authority | MIAMI DADE COUNTY | | X |
| 1281 | Taxing Authority | MICHIGAN DEPARTMENT OF TREASURY | | X |
| 1282 | Taxing Authority | MICHIGAN DEPT OF TREASURY | | X |
| 1283 | Taxing Authority | MIDDLETOWN TOWSHIP | | X |
| 1284 | Taxing Authority | MINNESOTA DEPT OF REVENUE | | X |
| 1285 | Taxing Authority | MISSISSIPPI OFFICE OF REV | | X |
| 1286 | Taxing Authority | MOBILE COUNTY REVENUE | | X |
| 1287 | Taxing Authority | MONROE COUNTY, FL | | X |
| 1288 | Taxing Authority | MONTEREY COUNTY TAX | | X |
| 1289 | Taxing Authority | MONTGOMERY COUNTY TAX | | X |
| 1290 | Taxing Authority | MONTGOMERY COUNTY, MD | | X |
| 1291 | Taxing Authority | MULTNOMAH COUNTY, OREGON | | X |
| 1292 | Taxing Authority | MUNICIPALITY OF MONROEVLL | | X |
| 1293 | Taxing Authority | MUNISERVICES, LLC | | X |
| 1294 | Taxing Authority | MURRAY CITY BUSINESS | | X |
| 1295 | Taxing Authority | MUSCOGEE CO TAX | | X |
| 1296 | Taxing Authority | NASSAU COUNTY FIRE COMMISSION | | X |
| 1297 | Taxing Authority | ND WORKFORCE SAFETY&INSUR | | X |
| 1298 | Taxing Authority | NEBRASKA DEPT OF REV | | X |
| 1299 | Taxing Authority | NEVADA DEPARTMENT OF TAXATION | | X |
| 1300 | Taxing Authority | NEW HANOVER COUNTY TAX | | X |
| 1301 | Taxing Authority | NEW JERSEY DEPT OF LABOR | | X |
| 1302 | Taxing Authority | NEW MEXICO TAX & REVENUE | | X |
| 1303 | Taxing Authority | NEW YORK STATE UNEMPLYMNT | | X |
| 1304 | Taxing Authority | NEWINGTON POLICE DEPT | | X |
| 1305 | Taxing Authority | NORFOLK CITY TREASURER | | X |
| 1306 | Taxing Authority | NORTH DAKOTA STATE TAX CO | | X |
| 1307 | Taxing Authority | NUECES COUNTY | | X |
| 1308 | Taxing Authority | NV SECRETARY OF STATE | | X |
| 1309 | Taxing Authority | NYS UNEMPLOYMENT INSURANCE | | X |
| 1310 | Taxing Authority | OFFICE OF FAYETTE COUNTY | | X |
| 1311 | Taxing Authority | OFFICE OF TAX AND REVENUE | | X |
| 1312 | Taxing Authority | OFFICE OF THE OHIO ATTORNEY GENERAL | | X |
| 1313 | Taxing Authority | OKALOOSA COUNTY | | X |
| 1314 | Taxing Authority | OKLAHOMA COUNTY TREASURER | | X |
| 1315 | Taxing Authority | ORANGE COUNTY | X | |
| 1316 | Taxing Authority | OREGON DEPT OF REVENUE | | X |
| 1317 | Taxing Authority | OREGON EMPLOYMENT DEPARTMENT | | X |
| 1318 | Taxing Authority | OREGON SECRETARY OF STATE | | X |
| 1319 | Taxing Authority | ORLAND PARK, VILLAGE OF | | X |
| 1320 | Taxing Authority | PALM BEACH COUNTY | X | |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1321 | Taxing Authority | PALO ALTO POLICE DEPT | | X |
| 1322 | Taxing Authority | PARISH OF ASCENSION | | X |
| 1323 | Taxing Authority | PARISH OF JEFFERSON | | X |
| 1324 | Taxing Authority | PASCO COUNTY BOCC | | X |
| 1325 | Taxing Authority | PASCO COUNTY FLORIDA | | X |
| 1326 | Taxing Authority | PEABODY POLICE DEPARTMENT | | X |
| 1327 | Taxing Authority | PIERCE COUNTY BUDGET & | | X |
| 1328 | Taxing Authority | PIMA COUNTY TREASURER | | X |
| 1329 | Taxing Authority | PLACER CNTY TAX COLLECTOR | | X |
| 1330 | Taxing Authority | PLATTE COUNTY COLLECTOR | | X |
| 1331 | Taxing Authority | PLEASANT PRAIRIE FIRE AND RESCUE | | X |
| 1332 | Taxing Authority | PORTLAND POLICE ALARMS | | X |
| 1333 | Taxing Authority | POTTER COUNTY TAX | | X |
| 1334 | Taxing Authority | PRINCE GEORGE'S COUNTY | | X |
| 1335 | Taxing Authority | PRINCE WILLIAM COUNTY | | X |
| 1336 | Taxing Authority | PULASKI COUNTY TREASURER | | X |
| 1337 | Taxing Authority | RAMSEY COUNTY ENVIRONMENTAL HEALTH DIV | | X |
| 1338 | Taxing Authority | RAPIDES PARISH | | X |
| 1339 | Taxing Authority | RAPIDES PARISH SHERIFF'S | | X |
| 1340 | Taxing Authority | RICHLAND COUNTY TREASURY | | X |
| 1341 | Taxing Authority | RICHMOND COUNTY TAX | | X |
| 1342 | Taxing Authority | RIVERSIDE CNTY TREASURER | | X |
| 1343 | Taxing Authority | ROSEVILLE FIRE DEPT | | X |
| 1344 | Taxing Authority | RUTHERFORD COUNTY TRUSTEE | | X |
| 1345 | Taxing Authority | SACRAMENTO COUNTY | | X |
| 1346 | Taxing Authority | SACRAMENTO METRO FIRE | | X |
| 1347 | Taxing Authority | SAGINAW, MI | | X |
| 1348 | Taxing Authority | SAN BERNARDINO COUNTY FIRE PROTECTION | | X |
| 1349 | Taxing Authority | SAN FRANCISCO DPH | | X |
| 1350 | Taxing Authority | SAN FRANCISCO TAX COLLECTOR | | X |
| 1351 | Taxing Authority | SD DEPT OF REVENUE | | X |
| 1352 | Taxing Authority | SHELBY COUNTY | | X |
| 1353 | Taxing Authority | SHELBY COUNTY OCCUPATIONAL | | X |
| 1354 | Taxing Authority | SHELBY COUNTY TRUSTEE | | X |
| 1355 | Taxing Authority | SLO COUNTY TAX COLLECTOR | | X |
| 1356 | Taxing Authority | SNOHOMISH CNTY TREASURER | | X |
| 1357 | Taxing Authority | SONOMA CNTY TAX COLLECTOR | | X |
| 1358 | Taxing Authority | SONOMA COUNTY | X | |
| 1359 | Taxing Authority | SOUTHERN CALIFORNIA EDISON | X | |
| 1360 | Taxing Authority | SPRING BRANCH I.S.D | | X |
| 1361 | Taxing Authority | SPRINGFIELD TWP. | | X |
| 1362 | Taxing Authority | ST CHARLES COUNTY | | X |
| 1363 | Taxing Authority | ST TAMMANY PARISH | | X |
| 1364 | Taxing Authority | STANISLAUS COUNTY | | X |
| 1365 | Taxing Authority | STATE BOARD OF EQUALIZATN | | X |
| 1366 | Taxing Authority | STATE OF NEW JERSEY | X | |
| 1367 | Taxing Authority | STATE OF WISCONSIN | X | |
| 1368 | Taxing Authority | SUMMIT COUNTY TREASURER | | X |
| 1369 | Taxing Authority | TARRANT COUNTY TAX | | X |
| 1370 | Taxing Authority | TAX ASSESSOR-COLLECTOR | | X |
| 1371 | Taxing Authority | TAX COLLECTOR | | X |
| 1372 | Taxing Authority | TAX COLLECTOR, CITY OF | | X |
| 1373 | Taxing Authority | TAYLOR COUNTY CENTRAL | | X |
| 1374 | Taxing Authority | THE CITY OF CALGARY | X | |
| 1375 | Taxing Authority | THE CITY OF CHESTERFIELD | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1376 | Taxing Authority | THE CITY OF EDMONTON | X | |
| 1377 | Taxing Authority | THE CITY OF NORTH OLMSTED | | X |
| 1378 | Taxing Authority | THE TOWN OF COLLIERVILLE | | X |
| 1379 | Taxing Authority | TIPPECANOE CO TREASURER | | X |
| 1380 | Taxing Authority | TOLEDO FIRE & RESCUE DEPARTMENT | | X |
| 1381 | Taxing Authority | TOWN  OF SAUGUS | | X |
| 1382 | Taxing Authority | TOWN OF AUBURN | | X |
| 1383 | Taxing Authority | TOWN OF BURLINGTON | | X |
| 1384 | Taxing Authority | TOWN OF CLARKSTOWN | | X |
| 1385 | Taxing Authority | TOWN OF CLINTON | | X |
| 1386 | Taxing Authority | TOWN OF DARTMOUTH | | X |
| 1387 | Taxing Authority | TOWN OF ENFIELD, CT | | X |
| 1388 | Taxing Authority | TOWN OF FOXBOROUGH | | X |
| 1389 | Taxing Authority | TOWN OF GRAND CHUTE | | X |
| 1390 | Taxing Authority | TOWN OF LYNNFIELD | | X |
| 1391 | Taxing Authority | TOWN OF MANCHESTER | | X |
| 1392 | Taxing Authority | TOWN OF N ATTLEBOROUGH | | X |
| 1393 | Taxing Authority | TOWN OF NATICK | | X |
| 1394 | Taxing Authority | TOWN OF RIVERHEAD | | X |
| 1395 | Taxing Authority | TOWN OF SWANSEA | | X |
| 1396 | Taxing Authority | TOWN OF WATERTOWN | | X |
| 1397 | Taxing Authority | TOWN OF WEST HARTFORD | | X |
| 1398 | Taxing Authority | TOWN OF WOODBURY | | X |
| 1399 | Taxing Authority | TOWNSHIP OF EDISON | | X |
| 1400 | Taxing Authority | TOWNSHIP OF HAMILTON | | X |
| 1401 | Taxing Authority | TOWNSHIP OF LAWRENCE NJ | | X |
| 1402 | Taxing Authority | TOWNSHIP OF LIVINGSTON | | X |
| 1403 | Taxing Authority | TOWNSHIP OF SPRINGFIELD | | X |
| 1404 | Taxing Authority | TOWNSHIP OF WAYNE | | X |
| 1405 | Taxing Authority | TRAVIS COUNTY TAX OFFICE | | X |
| 1406 | Taxing Authority | TREASURE CNTY OF NASSAU | | X |
| 1407 | Taxing Authority | TREASURER, VILLAGE OF PLEASANT PRAIRIE | | X |
| 1408 | Taxing Authority | TREASURER,CITY OF MEMPHIS | | X |
| 1409 | Taxing Authority | TRINITY SCHOOL DISTRICT | | X |
| 1410 | Taxing Authority | TRUMBULL TAX COLLECTOR | | X |
| 1411 | Taxing Authority | TULARE CNTY TAX COLLECTOR | | X |
| 1412 | Taxing Authority | TULSA COUNTY TREASURER | | X |
| 1413 | Taxing Authority | TUSCALOOSA COUNTY TAX | | X |
| 1414 | Taxing Authority | UNITED ISD TAX OFFICE | | X |
| 1415 | Taxing Authority | UNITED STATES TREASURY | | X |
| 1416 | Taxing Authority | UPPER MERION TWP. | | X |
| 1417 | Taxing Authority | UTAH DEPT OF AGRICULTURE | | X |
| 1418 | Taxing Authority | UTAH STATE TAX COMMISSION | | X |
| 1419 | Taxing Authority | VACAVILLE POLICE ALARM | | X |
| 1420 | Taxing Authority | VANDERBURGH CO TREASURER | | X |
| 1421 | Taxing Authority | VANDERBURGH SUPERIOR CRT | | X |
| 1422 | Taxing Authority | VERMONT DEPT OF TAXES | | X |
| 1423 | Taxing Authority | VILLAGE OF BARBOURSVILLE | | X |
| 1424 | Taxing Authority | VILLAGE OF BLOOMINGDALE | | X |
| 1425 | Taxing Authority | VILLAGE OF BRADLEY | | X |
| 1426 | Taxing Authority | VILLAGE OF CHICAGO RIDGE | | X |
| 1427 | Taxing Authority | VILLAGE OF LINCOLNWOOD | | X |
| 1428 | Taxing Authority | VILLAGE OF NILES | | X |
| 1429 | Taxing Authority | VILLAGE OF NORRIDGE | | X |
| 1430 | Taxing Authority | VILLAGE OF VERNON HILLS | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1431 | Taxing Authority | VILLAGE OF WELLINGTON | | X |
| 1432 | Taxing Authority | WA STATE EMPLOYMENT SECURITY DEPT | | X |
| 1433 | Taxing Authority | WARREN COUNTY SHERIFF | | X |
| 1434 | Taxing Authority | WARWICK POLICE DEPARTMENT | | X |
| 1435 | Taxing Authority | WASHINGTON COUNTY | X | |
| 1436 | Taxing Authority | WASHINGTON COUNTY TREASURERS OFFICE | | X |
| 1437 | Taxing Authority | WASHINGTON COUNTY TRUSTEE | | X |
| 1438 | Taxing Authority | WASHOE COUNTY TREASURER | | X |
| 1439 | Taxing Authority | WATERFORD TAX COLLECTOR | | X |
| 1440 | Taxing Authority | WEBB COUNTY TAX COLLECTOR | | X |
| 1441 | Taxing Authority | WEBER COUNTY ASSESSOR | | X |
| 1442 | Taxing Authority | WHITEHALL TREASURERS OFC | | X |
| 1443 | Taxing Authority | WICOMICO COUNTY | | X |
| 1444 | Taxing Authority | WILLIAMSON COUNTY | | X |
| 1445 | Taxing Authority | WILSON SCHOOL DISTRICT | | X |
| 1446 | Taxing Authority | WISCONSIN DEPT OF REVENUE | | X |
| 1447 | Taxing Authority | WOODBRIDGE FIRE PREVENTION BUREAU | | X |
| 1448 | Taxing Authority | WOODLANDS METRO CENTER | | X |
| 1449 | Taxing Authority | WV SECRETARY OF STATE | | X |
| 1450 | U.S. Trustee's Personnel | ANDREW VARA | | X |
| 1451 | U.S. Trustee's Personnel | BENJAMIN HACKMAN | | X |
| 1452 | U.S. Trustee's Personnel | CHRISTINE GREEN | | X |
| 1453 | U.S. Trustee's Personnel | DIANE GIODANO | | X |
| 1454 | U.S. Trustee's Personnel | DION WYNN | | X |
| 1455 | U.S. Trustee's Personnel | EDITH A. SERRANO | | X |
| 1456 | U.S. Trustee's Personnel | FANG BU | | X |
| 1457 | U.S. Trustee's Personnel | HANNAH M. MCCOLLUM | | X |
| 1458 | U.S. Trustee's Personnel | HOLLY DICE | | X |
| 1459 | U.S. Trustee's Personnel | JAMES R. O'MALLEY | | X |
| 1460 | U.S. Trustee's Personnel | JANE LEAMY | | X |
| 1461 | U.S. Trustee's Personnel | JONATHAN LIPSHIE | | X |
| 1462 | U.S. Trustee's Personnel | JONATHAN NYAKU | | X |
| 1463 | U.S. Trustee's Personnel | JOSEPH CUDIA | | X |
| 1464 | U.S. Trustee's Personnel | JOSEPH MCMAHON | | X |
| 1465 | U.S. Trustee's Personnel | JULIET SARKESSIAN | | X |
| 1466 | U.S. Trustee's Personnel | LAUREN ATTIX | | X |
| 1467 | U.S. Trustee's Personnel | LINDA CASEY | | X |
| 1468 | U.S. Trustee's Personnel | LINDA RICHENDERFER | | X |
| 1469 | U.S. Trustee's Personnel | MALCOLM M. BATES | | X |
| 1470 | U.S. Trustee's Personnel | MICHAEL GIRELLO | | X |
| 1471 | U.S. Trustee's Personnel | NYANQUOI JONES | | X |
| 1472 | U.S. Trustee's Personnel | RICHARD SCHEPACARTER | | X |
| 1473 | U.S. Trustee's Personnel | ROSA SIERRA-FOX | | X |
| 1474 | U.S. Trustee's Personnel | SHAKIMA L. DORTCH | | X |
| 1475 | U.S. Trustee's Personnel | TIMOTHY J. FOX, JR. | | X |
| 1476 | Vendors | 1552 BROADWAY RETAIL OWNER LLC | | X |
| 1477 | Vendors | 2.7 AUGUST APPAREL | | X |
| 1478 | Vendors | 24-7 INTOUCH INC | X | |
| 1479 | Vendors | 2810 NEWPORT CENTRE LLC | | X |
| 1480 | Vendors | 3107 PENN ROSS JV | | X |
| 1481 | Vendors | 3632 MALL AT SMITH HAVEN | | X |
| 1482 | Vendors | 4670 ORLAND, LP | | X |
| 1483 | Vendors | 4674 SOUTH HILLS VILLAGE | | X |
| 1484 | Vendors | 4676 WESTCHESTER MALL LLC | | X |
| 1485 | Vendors | 4693 SHOPS AT ST JOHNSLLC | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1486 | Vendors | 7607 WOODLAND HILLS MALL | | X |
| 1487 | Vendors | 9780 MALL @ MIAMI INT'L | | X |
| 1488 | Vendors | 9862 CORAL - CS LTD ASSOC | | X |
| 1489 | Vendors | ADOBE SYSTEMS, INC. | X | |
| 1490 | Vendors | AKAMAI TECHNOLOGIES | X | |
| 1491 | Vendors | ALORICA INC | | X |
| 1492 | Vendors | Alvarez & Marsal | | X |
| 1493 | Vendors | APPLIED PREDICTIVE TECHNOLOGIES, INC | | X |
| 1494 | Vendors | ARDEN FAIR ASSOCIATES LP | | X |
| 1495 | Vendors | ARDEN JEWELRY MFG. CO. | | X |
| 1496 | Vendors | Arnold Willis & Co LTD | | X |
| 1497 | Vendors | ARUNDEL MILLS LP | | X |
| 1498 | Vendors | AVENTURA MALL VENTURE | | X |
| 1499 | Vendors | BAMBOO ROSE LLC | | X |
| 1500 | Vendors | BATALLURE BEAUTY, LLC | | X |
| 1501 | Vendors | BEACHWOOD PLACE MALL LLC | | X |
| 1502 | Vendors | BELLWETHER PROPERTIES OF MASS, LP | | X |
| 1503 | Vendors | BERNARDO MANUFACTURING | | X |
| 1504 | Vendors | BESPOKE FASHION LLC | | X |
| 1505 | Vendors | BIG BROTHER BIG SISTERS OF AMERICA | | X |
| 1506 | Vendors | BLUECORE INC | | X |
| 1507 | Vendors | BPR-FF LLC | | X |
| 1508 | Vendors | BRAINTREE PROP ASSOC | | X |
| 1509 | Vendors | BREA MALL | | X |
| 1510 | Vendors | BRIDGEWATER COMMON MALL II, LLC | | X |
| 1511 | Vendors | BRIERLEY & PARTNERS, INC. | X | |
| 1512 | Vendors | BROOKLYN KING PLAZA LLC | | X |
| 1513 | Vendors | CAMARILLO PREMIUM OUTLETS | | X |
| 1514 | Vendors | CFL DISTRIBUTION INC | | X |
| 1515 | Vendors | Chacon | X | |
| 1516 | Vendors | CHERRY HILL MALL LLC | | X |
| 1517 | Vendors | CHICAGO PREMIUM OUTLETS | | X |
| 1518 | Vendors | CHRISTIANA ACQUISITIONS | | X |
| 1519 | Vendors | CMT DE LA LAGUNA, S.A DE C.V. | | X |
| 1520 | Vendors | COMMISSION JUNCTION LLC | | X |
| 1521 | Vendors | CPG PARTNERS LP | | X |
| 1522 | Vendors | CRESCENT BAHUMAN LIMITED | | X |
| 1523 | Vendors | CSC CORPORATE DOMAINS | | X |
| 1524 | Vendors | DEL AMO FASHION CTR OPER | | X |
| 1525 | Vendors | DOLPHIN MALL ASSOC LP | | X |
| 1526 | Vendors | EXPERIAN MARKETING | X | |
| 1527 | Vendors | FACEBOOK, INC. | X | |
| 1528 | Vendors | FANTAS EYES INC | | X |
| 1529 | Vendors | FASHION CENTRE MALL, LLC | | X |
| 1530 | Vendors | FASHION VALLEY MALL | | X |
| 1531 | Vendors | FLORIDA MALL ASSOC LTD | | X |
| 1532 | Vendors | FORBES TAUBMAN ORLANDO | | X |
| 1533 | Vendors | FORTUNE FOOTWEAR INC | | X |
| 1534 | Vendors | FOUR STATE PROPERTIES LLC | | X |
| 1535 | Vendors | FRANKLIN PARK MALL, LLC | | X |
| 1536 | Vendors | FREEMALL ASSOCIATES LLC | | X |
| 1537 | Vendors | GARDAWORLD SECURITY SERVICES | | X |
| 1538 | Vendors | GERBER TECHNOLOGY | | X |
| 1539 | Vendors | GGP LIMITED PARTNERSHIP | | X |
| 1540 | Vendors | GILROY PREMIUM OUTLETS | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1541 | Vendors | GLENDALE I MALL ASSOC, LP | | X |
| 1542 | Vendors | GLOBANT LLC | X | |
| 1543 | Vendors | GOOGLE INC | X | |
| 1544 | Vendors | GRANIFY, INC | | X |
| 1545 | Vendors | GREEN HILLS MALL TRG, LLC | | X |
| 1546 | Vendors | HING SHING LOOPING MANUFACTURING CO LTD | | X |
| 1547 | Vendors | JDA SOFTWARE, INC. | | X |
| 1548 | Vendors | JEBBIT INC | X | |
| 1549 | Vendors | JG ELIZABETH II, LLC | | X |
| 1550 | Vendors | JORDAN CREEK TOWN CENTER LLC | | X |
| 1551 | Vendors | KENILWORTH CREATIONS | | X |
| 1552 | Vendors | KENWOOD MALL LLC GGP-TRS LLC | | X |
| 1553 | Vendors | KFM247 LTD | | X |
| 1554 | Vendors | KING OF PRUSSIA ASSOCIATE | | X |
| 1555 | Vendors | KPMG  LLP | X | |
| 1556 | Vendors | L BRANDS, INC | X | |
| 1557 | Vendors | LEESBURG CORNER PREMIUM OUTLETS | | X |
| 1558 | Vendors | LEHIGH VALLEY MALL, LLC | | X |
| 1559 | Vendors | LENOX SQUARE | | X |
| 1560 | Vendors | LEVER STYLE LTD. | X | |
| 1561 | Vendors | LI&FUNG(TRADING) LIMITED | | X |
| 1562 | Vendors | LIFTLAB ANALYTICS INC | | X |
| 1563 | Vendors | LINEA PELLE | | X |
| 1564 | Vendors | LIVERMORE PREMIUM OUTLETS | | X |
| 1565 | Vendors | MACERICH VINTAGE FAIR LTD | | X |
| 1566 | Vendors | Malissa Akay | | X |
| 1567 | Vendors | MALL AT GURNEE MILLS, LLC | | X |
| 1568 | Vendors | MALL AT POTOMAC MILLS,LLC | | X |
| 1569 | Vendors | MALL AT SUMMIT LLC | | X |
| 1570 | Vendors | MANCHU TIMES FASHION LTD | | X |
| 1571 | Vendors | MANE ENTERPRISES, INC. | | X |
| 1572 | Vendors | MAYFAIR MALL LLC | | X |
| 1573 | Vendors | MERKLE INC | X | |
| 1574 | Vendors | MGF SOURCING US, LLC | X | |
| 1575 | Vendors | MICROSOFT ONLINE INC. | X | |
| 1576 | Vendors | MISSION AND FIELDS LLC | | X |
| 1577 | Vendors | MOAC MALL HOLDINGS LLC | | X |
| 1578 | Vendors | MONUMENT CONSULTING LLC | | X |
| 1579 | Vendors | MOTIVES | | X |
| 1580 | Vendors | NATICK MALL, LLC | | X |
| 1581 | Vendors | NCR CORPORATION | X | |
| 1582 | Vendors | NEDAP INC | X | |
| 1583 | Vendors | NETJETS AVIATION, INC | X | |
| 1584 | Vendors | NEWTIMES DEVELOPMENT LIMITED | X | |
| 1585 | Vendors | Nick Wheatley | | X |
| 1586 | Vendors | NOIR JEWELRY LLC | | X |
| 1587 | Vendors | NORTH GEORGIA PREMIUM OUTLETS | | X |
| 1588 | Vendors | NXGN INC | | X |
| 1589 | Vendors | OAKBROOK URBAN VENTURE LP | | X |
| 1590 | Vendors | OGLETREE, DEAKINS, NASH, SMOAK & STEWART | | X |
| 1591 | Vendors | ONTARIO MILLS LP | | X |
| 1592 | Vendors | OPRY MILLS MALL, LP | | X |
| 1593 | Vendors | ORLANDO OUTLET OWNER LLC | | X |
| 1594 | Vendors | ORLANDO VINELAND PO LP | | X |
| 1595 | Vendors | PACIFIC BUYING AND MARKETING SERVICE LTD | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1596 | Vendors | PANDERA SYSTEMS, LLC | | X |
| 1597 | Vendors | PEMBROKE LAKES | | X |
| 1598 | Vendors | PENN SQUARE MALL LLC | | X |
| 1599 | Vendors | PERIMETER MALL, LLC | | X |
| 1600 | Vendors | PLANES MOVING & STORAGE INC | | X |
| 1601 | Vendors | PREMIUM OUTLET PARTNERS LP | | X |
| 1602 | Vendors | PROVIDENCE PLACE | | X |
| 1603 | Vendors | PT. UNGARAN SARI GARMENTS | | X |
| 1604 | Vendors | QUAKER ASSOCIATES LLC | | X |
| 1605 | Vendors | QUEENS CENTER SPE, LLC | | X |
| 1606 | Vendors | RADIAL INC | | X |
| 1607 | Vendors | RCG GLOBAL SERVICES INC | X | |
| 1608 | Vendors | RESICOM CUSTOM PAINTING & | | X |
| 1609 | Vendors | RICOH USA INC | X | |
| 1610 | Vendors | RIDGEDALE CENTER LLC | | X |
| 1611 | Vendors | RIMINI STREET, INC. | X | |
| 1612 | Vendors | ROCKSAL MALL LLC | | X |
| 1613 | Vendors | ROOSEVELT FIELD | | X |
| 1614 | Vendors | ROSE KNITTING (ASIA) LIMITED | | X |
| 1615 | Vendors | ROTH BROS INC | | X |
| 1616 | Vendors | RR DONNELLEY | X | |
| 1617 | Vendors | S5 STRATOS INC | | X |
| 1618 | Vendors | SAINT LOUIS GALLERIA LLC | | X |
| 1619 | Vendors | SALESFORCE  INC | X | |
| 1620 | Vendors | SANDY ALEXANDER INC | | X |
| 1621 | Vendors | SCANDIT INC | X | |
| 1622 | Vendors | SDG DADELAND ASSOC INC | | X |
| 1623 | Vendors | SHOPPING CENTER ASSOCIATE | | X |
| 1624 | Vendors | SHOPS AT MISSION VIEJOLLC | | X |
| 1625 | Vendors | SHORT HILLS ASSOC | | X |
| 1626 | Vendors | SHORT PUMP TOWN CNTR,LLC | | X |
| 1627 | Vendors | SILVER CREST CLOTHING PVT LTD - UNIT III | | X |
| 1628 | Vendors | SIMON PROPERTY GROUP LP | X | |
| 1629 | Vendors | SINGLE SOURCE APPAREL INC | | X |
| 1630 | Vendors | SIRIUS COMPUTER SOLUTIONS | X | |
| 1631 | Vendors | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | X | |
| 1632 | Vendors | SOUTH ASIA KNITTING FACTORY LTD. | | X |
| 1633 | Vendors | SOUTH COAST PLAZA | | X |
| 1634 | Vendors | SOUTHDALE CENTER, LLC | | X |
| 1635 | Vendors | SPG FINANCE II, LLC | | X |
| 1636 | Vendors | STANDARD BLACK | | X |
| 1637 | Vendors | STAR GARMENTS GROUP (PVT) LTD | | X |
| 1638 | Vendors | STYLITICS INC | | X |
| 1639 | Vendors | SUNLAND PARK MALL LLC | | X |
| 1640 | Vendors | SUNRISE MILLS (MLP), LP | | X |
| 1641 | Vendors | TAL GLOBAL ALLIANCES LIMITED | | X |
| 1642 | Vendors | TAMPA WESTSHORE ASSOC. LP | | X |
| 1643 | Vendors | TANGER PROPERTIES LIMITED PARTNERSHIP | | X |
| 1644 | Vendors | TAUBMAN CHERRY CREEK | | X |
| 1645 | Vendors | TB MALL AT UTC, LLC | | X |
| 1646 | Vendors | TEXGROUP | X | |
| 1647 | Vendors | THE FALLS SHPNG CTR ASSOC | | X |
| 1648 | Vendors | THE HYLANT GROUP, INC | | X |
| 1649 | Vendors | THE JEWELRY GROUP | | X |
| 1650 | Vendors | THE MALL IN COLUMBIA | | X |

**Results of Connections Check**

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1651 | Vendors | THE MILLCRAFT PAPER CO. | | X |
| 1652 | Vendors | THE TOWN CENTER AT BOCA RATON TRUST | | X |
| 1653 | Vendors | THEGREAT MALL AT MILPITAS | | X |
| 1654 | Vendors | TIKTOK INC | X | |
| 1655 | Vendors | Tim Baxter | | X |
| 1656 | Vendors | TOTE FASHION SOURCING LIMITED | | X |
| 1657 | Vendors | TOWSON TC LLC | | X |
| 1658 | Vendors | TYSONS CORNER HOLDINGS | | X |
| 1659 | Vendors | UPWEST LLC | | X |
| 1660 | Vendors | URBAN CROWN LIMITED | | X |
| 1661 | Vendors | VALLEY PLAZA MALL LP | | X |
| 1662 | Vendors | VALLEY STREAM GREEN ACRES LLC | | X |
| 1663 | Vendors | VAYNERMEDIA LLC | X | |
| 1664 | Vendors | VELOCITY APPARELEZ COMPANY E.S.C | | X |
| 1665 | Vendors | VERIFONE INC | X | |
| 1666 | Vendors | VISPLAY INC | X | |
| 1667 | Vendors | VIVA KNITWEAR FACTORY LTD. | | X |
| 1668 | Vendors | VR MALL LLC | | X |
| 1669 | Vendors | WEST CAMP PRESS INC | | X |
| 1670 | Vendors | WEST FARMS MALL LLC | | X |
| 1671 | Vendors | WEST TOWN MALL LLC | | X |
| 1672 | Vendors | WESTFIELD GARDEN STATE | | X |
| 1673 | Vendors | WOODBURY COMMON PREMIUM OUTLETS | | X |
| 1674 | Vendors | WOODFIELD MALL LLC | | X |
| 1675 | Vendors | WORLD TEXTILE SOURCING, INC. | | X |
| 1676 | Equityholder | Aaron Joseph Putnam | | X |
| 1677 | Equityholder | ALEX J OBERG TOD ON FILE SUBJECT TO CPU RULES | | X |
| 1678 | Equityholder | ALIM RAMJI | | X |
| 1679 | Equityholder | BRIAN THOMAS DAVIS | | X |
| 1680 | Equityholder | CEDE & CO | | X |
| 1681 | Equityholder | CHARLES WHEELER | | X |
| 1682 | Equityholder | CHRISTOPHER D MUELLER | | X |
| 1683 | Equityholder | CHRISTOPHER PAK | | X |
| 1684 | Equityholder | CRAIG THOMPSON | | X |
| 1685 | Equityholder | DAVID SILVERMAN | | X |
| 1686 | Equityholder | EXPWHP LLC | X | |
| 1687 | Equityholder | FRANCISCO JAVIER GONZALEZ | | X |
| 1688 | Equityholder | JASON J SWIFT & KELSEY SWIFT JT TEN | | X |
| 1689 | Equityholder | JEFFREY HUNTER RICE | | X |
| 1690 | Equityholder | JEFFREY MEAD KURZON | | X |
| 1691 | Equityholder | JEREMY FEROVA & JOLENE FEROVA JT TEN | | X |
| 1692 | Equityholder | JOSHUA ANTHONY RAY & ROBYN LYNN RAY JT TEN | | X |
| 1693 | Equityholder | JOSHUA R MONROE | | X |
| 1694 | Equityholder | KEVIN-MITCHELL CLEMENT | | X |
| 1695 | Equityholder | MAX E ORELLANA | | X |
| 1696 | Equityholder | PETER MYUNG-WON PAK | | X |
| 1697 | Equityholder | ROBIN LIONHEART | | X |
| 1698 | Equityholder | SALEH K ABUBAKIER | | X |
| 1699 | Equityholder | SARAH L KLEIN | | X |
| 1700 | Equityholder | STEVEN M BASSIGNANI | | X |
| 1701 | Equityholder | THOMAS PIWOWARSKI | | X |
| 1702 | Equityholder | TYLER B BOVITCH | | X |
| 1703 | Equityholder | WALEED M EBRAHIM TOD ON FILE SUBJECT TO CPU RULES | | X |
| 1704 | JV Partner | WHP Global | | X |