## Exhibit B

**Friedman Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF**
**IVAN L. FRIEDMAN IN SUPPORT OF**
**THE DEBTORS' APPLICATION FOR AN ORDER**
**AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF RCS REAL ESTATE ADVISORS AS REAL ESTATE ADVISOR TO**
**THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE AS OF APRIL 26, 2024**

I, Ivan L. Friedman, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1.      I, Ivan L. Friedman, President and CEO of Retail Consulting Services, Inc. d/b/a RCS Real Estate Advisors ("RCS"), which has its principal place of business at 470 Seventh Avenue, New York, New York 10018.  I am authorized to make this declaration on behalf of RCS and in support of the application (the "Application") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order:  (a) authorizing the employment and retention of RCS, as real estate advisor to the Debtors, on the terms set forth in the Engagement Letter; (b) approving the terms of the Engagement Letter; (c) waiving certain time-keeping requirements

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

pursuant to Local Rule 2016-2(h); and (d) granting related relief.[2]  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.[3]  RCS was retained pursuant to that certain engagement letter, dated April 26, 2024 (the "Engagement Letter") by and between RCS and Express, Inc., a copy of which is attached as Annex 1 to Exhibit A.

2.      I am the founder of RCS and have over 40 years of experience as a real estate advisor.  In this role, I have been involved in many reorganization cases and have facilitated restructuring strategies for various financially troubled retail companies.  Among the many clients I have represented are well-known names in retailing and business services such as Aéropostale, Payless Shoes, Eastern Mountain Sports, Disney, PacSun, Pep Boys, Christopher and Banks, Charlotte Russe, and Hancock Fabrics.

3.      RCS is well-qualified to provide real estate advisory services to the Debtors. RCS was founded in 1981 and has extensive real estate experience in the retail industry.  RCS specializes in analyzing real estate portfolios and reducing occupancy costs and provides key transitional services, relating to and including lease portfolio assessments and lease renewals, restructurings, terminations, and dispositions.  Many of RCS' professionals have direct experience in executive positions in the retail industry and are expert negotiators and can call on their long-standing relationships with landlords to maximize value for the Debtors' estates.

4.      Moreover, RCS has served as a real estate advisor, in a similar capacity as contemplated here, in many complex bankruptcy cases.  *In re Pack Liquidating, LLC*, No. 22-10797 (CTG) (Bankr. D. Del Oct. 24, 2022); *In re Solstice Marketing Concepts LLC*, No. 21-

---

[2]  Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Application.

[3]  Certain disclosures herein relate to matters within the personal knowledge of other professionals at RCS and are based on information provided by them.

10306 (MG) (Bankr. S.D.N.Y. Apr. 13, 2021); *In re True Religion Apparel, Inc.*, No. 20-10941 (CTG) (Bankr. D. Del June 11, 2020); *In re Forever 21, Inc.*, No. 19-12122 (KG) (Bankr. D. Del Nov. 4, 2019); *In re Payless Holdings LLC*, No. 17-42267-659 (KAS) (Bankr. E.D. Mo. May 9, 2017); *In re Eastern Outfitters, LLC*, No. 17-10243 (LSS) (Bankr. D. Del Mar. 9, 2017); *In re Aéropostale, Inc.*, No. 16-11275 (SHL) (Bankr. S.D.N.Y. June 3, 2016).

5.　　　In addition, RCS' professionals have developed relevant experience and expertise regarding the Debtors' lease portfolio and other of their real property assets as well as the Debtors' goals and objectives relating thereto.  Accordingly, I submit that RCS is both well-qualified and uniquely able to provide efficient and timely services to the Debtors on the matters for which it is being retained in these chapter 11 cases.

6.　　　RCS understands that the Debtors have retained and may retain additional professionals during the term of its engagement.  RCS has used and will continue to use reasonable efforts to coordinate with the Debtors and other retained professionals to avoid unnecessary duplication of services and will work cooperatively with such professionals to integrate its work with that of the other professionals retained by the Debtors.

7.　　　The Fee Structure is consistent with RCS's normal and customary billing practices and fee arrangements for comparably sized and complex cases involving services similar to those to be provided in these chapter 11 cases.  RCS did not agree to any material variations from, or alternatives to, its normal and customary billing practices for these chapter 11 cases.  The Fee Structure is also consistent with compensation arrangements entered into by RCS and other real estate advisory firms of comparable standing in connection with the rendering of similar services to clients such as the Debtors.  As such, the Fee Structure is both reasonable and market-tested.

8.      The Debtors and RCS negotiated the Fee Structure to function as an interrelated, integrated whole.  It would be contrary to the intention of RCS and the Debtors for any isolated component of the Fee Structure to be treated as sufficient consideration for any isolated portion of RCS's services.  Instead, the Debtors and RCS intend that RCS's services be considered as a whole and that its compensation pursuant to the Fee Structure be indivisible.  Certain of the services provided by RCS do not have an individualized fee component but are necessary to maximize value and limit liabilities of the Debtors.  The services to be provided pursuant to the Engagement Letter are with the understanding that the Fee Structure will provide sufficient compensation for all services rendered pursuant to the Engagement Letter.

9.      The Fee Structure is the subject of arm's-length negotiation and reflects and recognizes that a substantial commitment of professional time and effort will be required of RCS and its professionals hereunder, and that such commitment may foreclose other opportunities for RCS and that the actual time commitments required of RCS and its professionals to perform such services may vary substantially from week to week and month to month.  The Fee Structure further takes into consideration (a) the myriad of issues that RCS may be required to address in the performance of its services under the Engagement Letter, (b) a recognition that RCS's commitment to devote all of the time needed to achieve results acceptable to the Debtors will result in variable levels of time, and (c) the market prices for RCS's services for engagements of this nature both in- and out-of-court and in the chapter 11 context.

10.      In connection with its proposed retention by the Debtors in these chapter 11 cases, RCS obtained from the Debtors' counsel the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest"), which parties are listed on **Schedule 1**, annexed hereto.  RCS then compared the names of the Potential Parties in Interest

with the names of entities that have entered into engagement agreements with RCS in the last three years.  I am unaware of any real estate advisory engagements of RCS by the Potential Parties in Interest within the last three years or any other material connections between RCS and the Potential Parties in Interest.  However, it is possible that RCS may now or in the future be retained by one or more of the Potential Parties in Interest in unrelated matters without my knowledge.  To the extent that RCS discovers or enters into any new material relationship with Potential Parties in Interest, it will supplement this Declaration.

11.     Although RCS has researched the Potential Parties in Interest list, the Debtors may also have numerous customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom RCS may maintain business relationships.

12.     In addition, it is possible that certain of RCS' directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (i) the Debtors or (ii) the Potential Parties in Interest in these chapter 11 cases.  To the extent that RCS discovers that any of its directors, officers, or employees have a material relationship with any Potential Party in Interest, it will supplement this Declaration.

13.     As part of its diverse practice, RCS appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in these cases.  Also, RCS has performed in the past, and may perform in the future, real estate consulting and advisory services for various attorneys and law firms, and may have been represented by attorneys and law firms, some of whom may be involved in these proceedings.  In addition, RCS may have in the past, may currently, and may in the future work with or against other professionals involved in

these cases in matters unrelated to the Debtors and these cases. Based on my current knowledge of the professionals involved in these cases, to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which RCS is to be employed, and none are in connection with these cases.

14.     Other than as disclosed herein, RCS has no relationship with the Debtors of which I am aware after due inquiry.

15.     Based upon the foregoing, except as otherwise set forth herein, to the best of my knowledge, information, and belief, RCS (a) is not a creditor, equity security holder or an insider of the Debtors and (b) is not or was not, within two years before the Petition Date, a director, officer or employee of any of the Debtors.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 16, 2024

Ivan L. Friedman
President & Chief Executive Officer
Retail Consulting Services, Inc. d/b/a RCS Real
Estate Advisors

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors and Non-Debtor Affiliates |
| 1(b) | Directors and Officers |
| 1(c) | Equity Holders |
| 1(d) | Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel |
| 1(e) | Banks, Lenders, Lien Parties, and Administrative Agents |
| 1(f) | Benefit Providers |
| 1(g) | Debtor Professionals |
| 1(h) | Equipment Lessors |
| 1(i) | Insurers |
| 1(j) | JV Partner |
| 1(k) | Landlords |
| 1(l) | Litigation Parties |
| 1(m) | Official Committee Professionals |
| 1(n) | Potential M&A Counterparties |
| 1(o) | Staffing Agencies |
| 1(p) | Surety |
| 1(q) | Taxing Authorities |
| 1(r) | Vendors |

# SCHEDULE 1(a)

## Debtors and Non-Debtor Affiliates

EXP TopCo LLC
Express BNBS Fashion LLC
Express CG LLC
Express Fashion Digital Services Costa Rica SRL
Express Fashion Investment LLC
Express Fashion Logistics LLC
Express Fashion Operations LLC
Express Finance Corp.
Express Holding LLC
Express Inc.
Express LLC
Express Topco LLC
EXPWHP LLC
UW LLC

# SCHEDULE 1(b)

## **Directors and Officers**

Archbold, Michael G.
Davenport, Terry
Finigan, Matthew
Glendinning, Stewart
Krueger, Laurel
Leever, Karen
Lopez, Patricia
Mangum, Mylle H.
Mehta, Satish
Reese, Mike
Shmidman, Yehuda
Still, Mark
Swinburn, Peter
Tervo, Sara
Zinkin, Effy

# SCHEDULE 1(c)

## **Equity Holders**

Abubakier, Saleh K.
Bassignani, Steven M.
Bovitch, Tyler B.
Cede & Co.
Clement, Kevin-Mitchell
Davis, Brian Thomas
Ebrahim, Waleed M.
Ferova, Jeremy
Ferova, Jolene
Gonzalez, Francisco Javier
Klein, Sarah L.
Kurzon, Jeffrey Mead
Lionheart, Robin
Monroe, Joshua R.
Mueller, Christopher D.
Oberg, Alex J.
Orellana, Max E.
Pak, Christopher
Pak, Peter Myung-Won
Piwowarski, Thomas
Putnam, Aaron Joseph
Ray, Joshua Anthony
Ray, Robyn Lynn
Rice, Jeffrey Hunter
Silverman, David
Swift, Jason J.
Swift, Kelsey
Thompson, Craig
Wheeler, Charles
Ramji, Alim

# SCHEDULE 1(d)

## Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel

Attix, Lauren
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M.
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giodano, Diane
Girello, Michael
Goldblatt, Craig T.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, JOnathan
O'Malley, James R.
Owens, Karen B.
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.

Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate
Subda, Paula
Vara, Andrew
Walker, Jill
Walrath, Mary F.
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(e)

## Banks, Lenders, Lien Parties, and Administrative Agents

1903 Partners LLC
Banco Popular SA
Bank of America NA
Fifth Third Bank NA
First Eagle Alternative Credit LLC
MGF Sourcing US LLC
ReStore Capital LLC
Wells Fargo Bank
Wells Fargo Bank NA
Wells Fargo Securities LLC

# SCHEDULE 1(f)

## **Benefit Providers**

Alight
ARAG SRL
CVS Caremark
Delta Dental Insurance Co.
Matrix Psychological Services Employee Assistance Program Inc.
Metropolitan Life Insurance Co.
Optum Bank Inc.
Prudential
Securian Life Insurance Co.
Smart-Choice Holdings Inc.
United Healthcare Services Inc.
Unum Life Insurance Co. of America
VSP Global Inc.

# SCHEDULE 1(g)

## Debtor Professionals

A&G Realty Partners LLC
Joele Frank
Kirkland & Ellis LLP
KPMG International Ltd.
M3 Partners LP
Moelis & Co.
PricewaterhouseCoopers International Ltd.

# SCHEDULE 1(h)

## **Equipment Lessors**

Quadient Leasing USA Inc.
Ricoh USA Inc.
Ricoh USA Managed Service

# SCHEDULE 1(i)

### Insurers

American International Group Inc.
Chubb Insurance Co. of Puerto Rico
Chubb Ltd.
Endurance Worldwide Insurance Ltd.
Great American Insurance Co.
Lloyd's of London Ltd.
Markel Group Inc.
Prudential Insurance Co.
Sompo Insurance
Sompo Lead
Starr Insurance Cos.
Travelers Insurance
Travelers Lead
UNUM Life Insurance Co.
Zurich & Affiliated FM

# SCHEDULE 1(j)

## JV Partner

WHP Global LLC

# SCHEDULE 1(k)

## Landlords

0145 Barton Creek Spg (TX)
0302 Battlefield Mall LLC
0511 Simon Property Group (TX)
1308 Simon Property Group (TX)
1552 Broadway Retail Owner LLC
17 North State LLC
173 Court Street Holdings LLC
2105 Simon Property Group LP
230 Clarendon Street LLC
2307 Simon Property Group LP
2324 Lakeline Dev
235 N. Fourth Street LLC
2810 Newport Centre LLC
3107 Penn Ross JV
31st Steinway Partners
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
4825 Simon Property Group LP
4832 Simon Property Group LP
488 Madison Avenue Associates LLC
490 Lower Unity LP
5060 Montclair Plaza Lane Owner LLC
53 Greenwich Avenue Associates LLC
555 11th Owner LLC
7604-Pheasant Lane
7607 Woodland Hills Mall
900 North Michigan LLC
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
AAT Del Monte LLC
Acadia Realty LP
Acadia Realty Trust
Acadia West Diversey LLC
Acadiana Mall LLC
ACS Town Square Shopping Center In LLC
Albertville Premium Outlets
Alderwood Mall LLC
Algonquin I LLC
Allen Premium Outlets LP

Allstate Road (Edens) LLC
Alto 900 Lincoln Road LP
Ameream LLC
Annapolis Mall LP
Antelope Valley Shop - Lockbox
AP 1519-1521 Walnut St. LP
AP Newbury Street Portfolio #1 LLC
AP Union II LLC
Arbor Place II LLC
Arden Fair Associates LP
Arizona Mills Mall LLC
Arrowhead Town Center LLC
Arundel Mills LP
Atlanta Outlet Shoppes CMBS LLC
Atlantic City Associates
Aventura Mall Venture
Avenues Mall LLC
Bangor Mall Realty LLC
Basset Place Re Co. LLC
Bay Street Centercal LLC
Baybrook Mall
Bayside Marketplace LLC
Beachwood Place Mall LLC
Bel Air Mall Realty Holding LLC
Belden Mall LLC
Bellevue Square LLC
Bellevue Square Merchants
Bellwether Properties of Massachusetts LP
Berkshire PA Holdings LLC
Birch Run Outlets II LLC
BJW Realty LLC
Bluegrass Outlet Shoppes II LLC
Boardwalk Routh LLC
Boston Properties LP
Boulevard Mall SPE LLC
Boynton Beach Mall LLC
BPR-FF LLC
Braintree Property Associates LP
Brandon (Tampa) LP
Brandon Shopping Center Partners
BRE/Pearlridge LLC
Brea Mall

Brickell City Centre Retail LLC
Bridge Group Investments II LLC
Bridgewater Common Mall II LLC
Bridgewater Commons
Brookfield Square Joint Venture
Brooklyn King Plaza LLC
Brunswick Square Mall LLC
BV Centercal LLC
BVA Avenue LLC
Cadillac Fairview Corp. Ltd., The
Cafaro Management Co.
Camarillo Premium Outlets
Campana 125 LLC
Canal Square Associates LP
Carolina Place
Castleton Square LLC
Cats Brothers
Causeway LLC
CBI-Friendly Center CMBS
CBI-Monroeville LP
CBI-Westmoreland LP
CBL SM-Brownsville LLC
Centennial VTC LLC
Centennial Waterfall Willow Bend LLC
Centennial Westland Mall Partners LLC
Centro de Ciencia y Tecnologia
Century City Mall LLC
Charles Mall Co. LP
Charles WV Mall LLC
Charlotte Outlets LLC
Cherry Hill Mall LLC
Cherryvale Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CIII Gecmc05-C1 Lakeside Mall
Citizens National Bank Building LLC
Citrus Park Mall Owner LLC
City Creek Center Associates
City Creek Center Associates LLC
Clackamas Mall LLC
Clay Terrace Partners LLC
Clinton Crossing Premium Outlets
Coastal Grand CMBS LLC
Coastland Center LLC
Coconut Point Town Center LLC
Colorado Mills Mall LP

Columbus Outlets
Concord Mills Mall
Connecticut Post LP, The
Coolsprings Mall LLC
Coral Ridge Mall LLC
Cord Meyer Development Co.
Coroc/Rehoboth III LLC
Coroc/Riviera LLC
Corpus Christi Retail
Corso LLC
Corte Madera Village LLC
Country Club Plaza JV LLC
Countryside Mall LLC
CP Commercial Delaware LLC
CPF District Owner LLC Lockbox
CPG Mercedes LP
CPG Partners LP
Craig Realty Group
Craig Realty Group - Tulare LLC
Creekside 126 LLC
Cross County Shopping Center
Cross Creek Mall SPE LP
Crossgates Mall General Co. Newco LLC
Crossings Premium Outlets, The
Crossroads Mall Realty Holding LLC
Cruz, Sarahi
Crystal Run Galleria LLC
CVM Holdings Crabtree Valley Mall
Dartmouth Mall
Day Jay Associates
DDR Urban LP
Deerbrook Mall
Del Amo Fashion Center
Denver Pavillons Owner Co.
Denver Premium Outlets
Destin Commons Ltd.
Development Area 5 LP
Dolphin Mall Associates LP
Domain Mall II LLC, The
Domain Retail Property Owner
Donnelley Financial LLC
Dos Lagos Squared LLC
DTC Development MSP LLC
E&P at East Brunswick LLC
Eastland Mall
Easton Town Center II LLC

Eastview Mall LLC
Eastwood EMC
Eaton Centre Management Office
Eatontown Monmouth Mall LLC
Edinburgh Premium Outlets
Edison Mall
EKFH LLC
Eklecco Newco LLC
El Paso Outlet Center CMBS LLC
Elmwood Properties LLC
EMI Santa Rosa LP
Empire Mall LLC
Fairfax, County of (VA)
Fairlane Town Center Realty Holding LLC
Fairmall Leaseholds Inc.
Falls Shopping Center Associates, The
Fashion Centre Mall LLC
Fashion Outlets at Foxwoods LLC
Fashion Valley Mall
Fayette Mall SPE LLC
FFB Retail Property LLC
First Colony Mall LLC
First Sterling Greenwich Corp.
Flatiron Property Holding LLC
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Forbes/Cohen FLA Property
Forest Harlem Properties Ltd.
Four State Properties LLC
Fox Hills Mall LP
Fox Valley Mall LLC
Franklin Mills Association LP
Franklin Park Mall LLC
Freehold Chandler Trust TWC Chandler
    LLC
Freemall Associates LLC
Frit San Jose Town & Country Village LLC
FSH Associates LP
G&L Building Corp.
Galleria at Wolfchase LLC
Galleria Mall Investors
Galveston Outlets LLC
Gardens Promotional Fund
Genesee Mall Realty LLC
GGP Columbia Mall
GGP Four Seasons LP

GGP Holding II Inc.
GGP LP
GGP Maine Mall LLC
GGP Meadows Mall LLC
GGP Newgate Mall LLC
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGP-Grandville LLC
Gilroy Premium Outlets
Glendale I Mall Associates LP
Gloucester Premium Outlets LLC
GMV (Mall) Venture LLC
Governors Square Mall LLC
Grand Prairie Outlets LLC
Grapevine Mills Mall LP
Great Friends Agency
Great Mall at Milpitas, The
Greece Ridge LLC
Green Hills Mall TRG LLC
Greene Town Center LLC, The
Greenwood Park Mall LLC
GT Cross Pointe LLC
Gulf Coast Factory Shops LP
Gulfport Factory Shops LP
Gwinnett Place Mall
Hamilton Mall Realty LLC
Hamilton Place CMBS LLC
Hamilton TC LLC
Handlery Hotels Inc.
Harbor East Parcel B-Retail
HG Galleria LLC
HGIT Briargate LLC
Highland Village LP
Hill Center at Green Hills LLC
Holyoke Mall Co. LP
Hoover Mall Ltd. LLC
Hulen Mall LLC
Imperial Valley Mall II LP
International Environmental Management
Irvine Co. LLC, The
Jamestown 283 Dartmouth
JBG/Shay Retail LLC
Jersey Shore Premium Outlets LLC
JG Elizabeth II LLC
JG Winston-Salem LLC
Jordan Creek Town Center LLC

JPMCC 2014-C20 Lincolnwood Town
    Center LLC
JPPF Buckhead Village LP
K/BTF Broadway LLC
Kenwood Mall LLC GGP-TRS LLC
Keystone FLA Property Holding
Kildeer Village Square LLC
King of Prussia Associate
King of Prussia, City of (PA)
Kittery Development LLC
Kravco Inc.
KRE Broadway Owner LLC
KRE Colonie Owner Lockbox
KRG Lansing Eastwood LLC
La Cienega Ltd., Department 58801
Lacantera Retail Ltd. Partnership
Lake Buena Vista Joint Venture LLC
Lake Success Shepping Center
Lakeside Ootb Ventures LLC
Laredo Outlet Shoppes LLC
Las Vegas North Premium Outlets
Las Vegas South Outlets LLC
Lasalle Property Fund REIT Inc.
Laurel Park Retail Properties
Leawood TCP LLC
Leesburg Corner Premium Outlets
Legacy West Investors
Lehigh Valley Mall LLC
Lenox Square
Liberty Center LLC
Lighthouse Place Premium Outlets LLC
Lincoln Plaza Center
Lindale Mall Realty Holding LLC
Little Rock Outlets Realty Holding LLC
Livermore Premium Outlets
Livingston Mall Realty Holding LLC
Louis Joliet Realty LLC
Lynnhaven Mall LLC
M&J - Big Waterfront Town Center I LLC
Macerich Buenaventura LP
Macerich Cerritos LLC
Macerich Deptford LLC
Macerich Fresno LP
Macerich Lakewood LP
Macerich Niagara LLC
Macerich North Park Mall LLC

Macerich Northwestern Associates
Macerich Oaks LP
Macerich Partnership LP, The
Macerich South Plains LP
Macerich Stonewood LLC
Macerich Twenty Ninth Street LLC
Macerich Vintage Fair Ltd.
MACWH LP
Madison-East Towne LLC
Madison-West Towne LLC
Mainplace Shoppingtown LLC
Mall 1 Bay Plaza LLC
Mall at Auburn LLC
Mall at Briarwood LLC
Mall at Chestnut Hill LLC
Mall at Cottonwood LLC
Mall at Great Lakes LLC
Mall at Gurnee Mills LLC
Mall at Irving LLC
Mall at Jefferson Valley LLC
Mall at Katy Mills LP
Mall at Northshore LLC
Mall at Potomac Mills LLC
Mall at Solomon Pond LLC
Mall at Summit LLC
Mall at White Oaks LLC
Mall Del Norte LLC
Mall In Columbia, The
Mall of Georgia LLC
Mall of Louisiana LLC
Market Place S/C GGPLP
Market Place, The
Market Street - The Woodlands
Maryland Plaza South LLC
Mayfair Mall LLC
Mayflower Cape Cod LLC
Mckinley Mall Realty Holding LLC
MCM Properties Ltd.
Meadowood Mall SPE LLC
Melbourne Square LLC
Memorial City Mall LP
Merchants Association BS
Merchants Row Webward LLC
Mershops Galleria at Sunset LLC
Mesilla Realty LLC
Meyerland Retail Associates LLC

Mid-South Outlet Shops LLC
Miromar Outlet East LLC
MK Oakland Mall LLC
MMH Mall LLC
MOAC Mall Holdings LLC
Monarchs Sub LLC
Montgomery Mall Owner LLC
Montgomery Mall Partnership
Moreno Valley Mall Holding LLC
MSC1 2011-C2 Ingram Park LLC
MSM Property LLC
MVV Owner LLC
Natick Mall LLC
NE Gateway Mall Propco LLC
Ned Altoona LLC
Newpark Mall LLC
Norfolk Outlets LLC
North County Shops BGI GP LLC
North Georgia Premium Outlets
North Hills Owner LLC
North Riverside Park Association LLC
North Town Mall Realty Holding LLC
Northfield Square Mall Realty LLC
Northpark Merchants Association
Northpark Partners LP
Northwood Mall Realty Holding LLC
Northwoods Mall CMBS LLC
NPP Development LLC
NSMJV LLC
NW Arkansas Mall Realty LLC
Oak Park Mall LLC
Oakbrook Urban Venture LP
Oaks Mall, The
Oakwood Hills Mall LLC
Oglethorpe Mall
OKC Outlets I LLC
Old Orchard Urban Ltd. Partnership
Omaha Outlets SPE LLC
Ontario Mills LP
Ontrea Inc.
Ontrea Inc., Markville
Ontrea Inc., Masonville
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Outlet Collection, The

Outlet Village of Hagerstown LP
Outlets at Westgate LLC
Palm Beach Outlets I LLC
Palm Desert LP
Paramus Park Shopping Center
Park City Business Trust
Parkdale Mall CMBS LLC
Parks at Arlington, The
Parkway Place SPE LLC
Partners Mall Abilene LLC
Pearland Town Center LP
Pearlridge Center Association
Pembroke Lakes
Penn Square Mall LLC
Perimeter Mall LLC
Petaluma Village Premium Outlets
PFP Columbus II LLC
Philadelphia Premium Outlets LLC
Pizzuti GM LLC
Plaza Bonita LLC
Plaza Carolina Mall LP
Plaza Del Caribe
Plaza Frontenac Acquisition LLC
Plaza Las Americas Inc.
Plaza West Covina LP
Pleasant Prairie Premium Outlets LLC
Pom-College Station LLC
Poughkeepsie Galleria LLC
PPF RTL Atlantic Town Center LLC
PPF RTL Rosedale Shopping Center LLC
PPR Washington Square LLC
PR Avalon Phase I Owner LLC
PR Capital City
PR Gallery I LP
PR Patrick Henry LLC
PR Plymouth Meeting LP
PR Prince George Plaza LlC
PR Springfield Delco LP
PR Springfield Town Center
Preit Associates LP
Preit Services LP
Premium Outlet Partners LP
Prep Hillside Real Estate LLC
Prisa Arbor Lakes LLC
Promenade Shops - 10220472
Providence Place

Pyramid Walden Co. LP
Quaker Associates LLC
Queens Center SPE LLC
Rar2 Marina Marketplace CA
RC Lincoln Road Holdings LLC
Red Sparks SPE LLC
Reep-Rtl Mpm Ga LLC
Retail Property Trust, The
Riderwood USA Inc.
Ridgedale Center LLC
River Oaks Center LLC
RM Member LLC
Robinson Mall Realty Holding LLC
Rockaway Center Associates
Rocksal Mall LLC
Rolling Oaks Mall Realty Holding LLC
Roosevelt Field
Roosevelt Field Mall
Roseville Shoppingtown LLC
Round Rock Premium Outlets
Rouse F.S. LLC
RPI Carlsbad LP
RPI Greenville Mall LP
RPT Realty LP
RREEF American Reit II Corp.
RSE Independence LLC
RSS Ubsbb2012C4-Ut Nmh LLC
RSS Ubsbb2013-C6-Fl Bml, LLC
Ruiz, Norman
Saint Louis Galleria LLC
Salisbury Mall Realty Holding LLC
Sam Walnut LLC
Sandusky Mall Co.
Sangertown Square LLC
Scottsdale Fashion Square
SDG Dadeland Associates Inc.
SDG Fashion Mall LP
SDQ Fee LLC
Seaport Boston
Seattle Premium Outlets
Seminole Mall Realty Holding LLC
Settlers' R2 Inc.
Sherman Oaks Fashion
Shoppes At Buckland Hills LLC
Shoppes at River Crossing
Shopping Center Associate

Shops At Mission Viejo LLC
Shops at NorthCreek LLC, The
Shops at Summerlin North LP, The
Short Hills Associates
Short Pump Town Center LLC
Simon Capital GP
Simon Capital LP
Simon Property Group
Simon Property Group (TX) LP
Simon Property Group LP
Simon/Clarksburg Development LLC
Singlepay
Sl Mall LLC
Slts Grand Avenue II LP
SM Eastland Mall LLC
Somerset Collection Ltd.
South Coast Plaza
South County Shoppingtown
South Mill Mall
South Shore Mall Realty LLC
Southcenter Owner LLC
Southdale Center LLC
Southern Park Mall LLC
Southlake Indiana LLC
Southland Center LLC
Southpark Mall LP
Southwest Plaza LLC
Spark JC LLC
Spectrum Real Estate Advisors
SPG Finance II LLC
SPG Houston Holdings LP
SPG Prien LLC
SPM Acquisition LLC
Spotsylvania Mall Comp
Spus9 Fb Paddock Prop LLC
SRE Hawkeye LLC
SRE Ontario LLC
SRMF Town Square Owner LLC
St. Augustine Premium Outlets
St. Clair Square SPE LLC
St. Cloud Mall LLC
St. Louis Premium Outlets LLC
Stamford Town Center LLC
Star-West Chicago Ridge LLC
Star-West Franklin Park Mall LLC
Star-West Great Northern Mall LLC

Star-West Parkway Mall LP
Stoneridge Properties LLC
Stonestown Shopping
Street Retail Inc.
STRS Ohio Il Real Estate Investments LLC
Sunland Park Mall LLC
Sunrise Mall Holdings LLC
Sunrise Mills (MLP) LP
Sunvalley Associates
Tacoma Mall
Tampa Premium Outlets LLC
Tampa Westshore Associates LP
Tanger Daytona LLC
Tanger National Harbor LLC
Tanger Outlets Deer Park
Tanger Properties LP
Tanger San Marcos LLC
Taubman Auburn Hills
Taubman Cherry Creek
TB Mall at UTC LLC
Temecula Towne Center Associates
Thomas White Investments LLC
TM Northlake Mall LP
TM Partridge Creek Mall
TM Wellington Green Mall
Topanga Plaza LLC
Tory Burch LLC
Town Center at Aurora LLC
Town Center at Boca Raton Trust, The
Town Center at Cobb Reality Holding LLC
Towson TC LLC
TRCC/Rock Outlet Center LLC
Treasure Coast- JCP Associates Ltd.
Triangle Town Center Realty Holding LLC
Trumbull Shopping Center #2 LLC
TSLV LLC
Tucson Mall LLC
Tucson Premium Outlets LLC
TVO Mall Owner LLC
Twin Cities Outlets Eagan
Tyler Mall LP
Tyson Galleria LLC
Tysons Corner Holdings
UE Bergen Mall Owner LLC
University Park Mall LLC
University Towne Centre

University Village
Urban Shopping Centers LP
US Centennial Vancouver Mall LLC
UTC Venture LLC
Valley Plaza Mall LP
Valley Stream Green Acres LLC
Valley View Mall SPE LLC
Valley View Realty Holding LLC
Valley West Mall LLC
Viking Rideau Corp.
VR Mall LLC
Waller Realty Inc.
Walt Whitman Mall LLC
Warwick Mall Owner LLC
Washington LLC, The
Water Tower Owner LLC
Waterford Lakes Town Center LLC
Wedderbum, Jordan
West Acres Development LLP
West County Mall CMBS LLC
West Farms Mall LLC
West Town Mall LLC
Westchester Mall LLC
Westcor Realty LP
Westfield Garden State
Westgate Mall Realty LLC
Westland Garden State Plaza LP
Westland South Shore Mall
Westminster Mall LLC
Westroads Mall GGPLP
WFP Retail Co. LP
Wheaton Plaza Regional Shopping
White Marsh LLC
Williamsburg Outlets LLC
Wisconsin Dells Outlet Fee LLC
W-LD Legends Owner VII LLC
Woodbridge Center Inc.
Woodburn Premium Outlets LLC
Woodbury Common Premium Outlets
Woodfield Mall LLC
Woodlands Mall Associates LLC, The
WP BTC LLC
WS Tampa Owner LLC
WSM Hingham Properties LLC
Wyoming Valley Mall Realty Holding LLC
YTC Mall Owner LLC

# SCHEDULE 1(l)

## Litigation Parties

Advanced Transactions
Alfaro, Carlos E.
Al-Husseini, Dana
Atwood, Brian
Avendano, Leonor
Barnes, Deborah
Barrera, Esther
Barton, Jennifer L.
Berry, Eric
Bilawal, Muhammad
Blanchard, Joshua
Breen, Christina
Burgueno, Nautica
CaaStle Inc.
Camilo, Jagely
Carr, Christie
Carriaga, Angela M.
Carrow, Cassie
Chacon, Jorge
Chaney-Bell, Terrell
Checo, Sixta
Coffey, Fredrick
Colin Gomez, Ana A.
Collins, Dominique
Communication Interface Technologies
    LLC
Davis, Laura
Derraj, Sophia
Dias, Kate
Diaz, Letticia
Donmez, Melissa
Dorcely, Micah
East End Trial Group LLC
Engler, Cindi
Enix, Anthony
Environmental Democracy Project
Esquivel, Nadia
E-Teen Co. Ltd.
Fannin, David M.
Faria, Nathaly C.
Garcia, Daniel
Gates, Kiana

Gieseke, Kerry
Glover, Guyla
Gomez, Analia
Gonzalez, Hilda C.
Gonzalez, Madeline
Haley, Joan
Harris, Caleb
Hazel, Lena
Hernandez, Sonny
Hernandez, Yvonne
Hopkins, Dawson Noah
Idrobo, Penelope
Inzuna Cortez, Lesley
Jackson, A Professional Corp.
Jean Francois, Emmanuella
Jillson, Crystal
Johnson, Kaitlin A.
Kaldro, Angeline
Keriwala, Mohamed Umer
Killinger, Amanda
Koulouris, Ariana
Lalani, Faiza N.
Lavi & Ebrahimian LLP
Law Offices of Sahag Majarian, II
Liberty Place Retail Associations
Lux, Matthew
Marca, Bryam
Martinez, Teresa M.
McCall, Jennifer
Nastase, Alina
Nettles, Jessica
Ortado, Rene
Pacific Trial Attorneys
Paez, Carlos M.
Paige-Stone, Monje
Palma, Mathias
Patterson, Anthony
Picardi, Kimberly
Reimer, Ruhi
Rendon, Rusty
Ricketts, Bruce
Rivera, Zhanna

Robinhood
Rodriguez, Paula M.
Romero, Eloy
Ropa Siete Leguas Inc.
Rose, Justin
Rumph, Kennedy
Salaiz, Erik
Salvo, Gina
Schiavulli, Tracy
Sevilla, Victoria
Stevens, Sally
Telephone Consumer Protection Act
Thomas, Bryan
Tran, Katherine
Universal Music Group NV
Vance, David
Vendor Collection Actions
Viramontes, Maria
Washington, James
Waters, Annest
Waters, Cheo
Wehbe, Layal
Whitesel, Collin
Williams, Shay
Wint, Deborah
Woods Law Offices PLLC
Yardley, Eric
Yemane, Lemlem H.
Yohrling, Deborah
Yonggang, Liu
Yugay, Elena
Zabriskie, Gregory S.
Zarco, Evelyn
Zaylore Stout & Associates LLC

# SCHEDULE 1(m)

## <u>Official Committee Professionals</u>

Kramer Levin Naftalis & Frankel

# SCHEDULE 1(n)

## Potential M&A Counterparties

[Confidential]

# SCHEDULE 1(o)

**<u>Staffing Agencies</u>**

AI Altius US Bidco Inc.
C Lavigne Management Inc.
Globant LLC
Kaiser Consulting LLC
KPMG LLP
Monument Consulting LLC
RCG Global Services Inc.

# SCHEDULE 1(p)

### <u>Surety</u>

Alabama, State of, Professional Fundraiser or Commercial Co-Venture
Central Georgia Electric Membership Corp.
Consolidated Edison Co. of New York
Duke Energy Co., The
Florida Gulf Power Co.
Florida Orlando Utilities Co.
Florida Orlando Utilities Commission
Florida Power & Light
Florida Power Corp.
Florida Tampa Electric Co.
Florida Withlacoochee River Electric Coop
Gainesville, City of (FL)
Kansas City Power & Light
Kansas, City of (MO), Board of Public Utilities
Knoxville, City of (TN), Utilities Board
Massachusetts, Commonwealth of, Professional Solicitor's Bond
Murfreesboro Electric
Nevada, State of, Department of Taxation
Pacific Gas & Electric Co.
Progress Energy Carolinas Inc.
Puerto Rico, Commonwealth of
Southern California Edison Co.
Washington D.C., US Customs & Border Protection
Washington D.C., US Customs Duty Drawback

# SCHEDULE 1(q)

## Taxing Authorities

Abington, Township of (PA), Fire
Ada, County of (ID), Treasurer
Akron, City of (OH)
Alameda, County of (CA)
Albemarle, County of (VA)
Albuquerque, City of (NM)
Alexandria, City of (LA)
Alief Independent School District (TX), Tax
     Assessor
Allen, County of (IN), Treasurer
Alpharetta, City of (GA)
Anderson, City of (SC)
Anderson, County of (SC), Treasurer
Ann Arbor, City of (MI)
Anne Arundel, County of (MD)
Arcadia, City of (CA)
Arizona, State of, Department of Revenue
Arlington, City of (VA)
Ascension, Parish of (LA)
Ashwaubenon, Village of (WI), Public
     Safety
Atlanta, City of (GA)
Auburn Hills, City of (MI)
Auburn, Town of (MA)
Bakersfield, City of (CA)
Baltimore, County of (MD)
Bangor, CIty of (ME)
Barboursville, Village of (WV)
Baton Rouge, City of (LA)
Bellevue, City of (WA)
Bergen, County of (NJ)
Bexar, County of (TX), Tax
Biloxi, City of (MS)
Birmingham, City of (AL)
Bloomingdale, Village of (IL)
Boone, County of (MO)
Boone, County of (MO), Sheriff
Bossier, City of (LA)
Bossier, Parish of (LA), Tax Collector
Bowie, City of (MD)
Bowling Green, City of (KY)
Bradley, Village of (IL)

Brazoria, County of (TX), Tax
Brazos, County of (TX), Tax Assessor-
     Collector
Brea, City of (CA)
Brevard, County of (FL), Tax
Brookfield, City of (WI)
Brown, County of (WI), Treasurer
Bucks, County of (PA)
Burlington, Town of (MA)
Cabarrus, County of (NC), Tax
Calcasieu, Parish of (LA)
Calgary, City of (Canada)
California, State of, Department of Public
     Health
California, State of, Department of Public
     Health, Healthy San Francisco
California, State of, Department of Toxic
     Substance Center
California, State of, Environmental Health
     Division
California, State of, State Board of
     Equalization
California, State of, Travel & Tourism
Calumet, City of (IL)
Cameron, County of (TX), Tax Office
Carlsbad, City of (CA)
Carlstadt, Borough of (NJ)
Cerritos, City of (CA)
Charles, County of (MD)
Charleston, City of (SC)
Charlotte, City of (NC)
Chatham, County of (GA), Tax
Chattanooga, City of (TN), Treasurer
Cherokee, County of (GA), Tax
     Commissioner
Cherry Hill, Township of (NJ)
Chesapeake, City of (VA)
Chesterfield, City of (MO)
Chicago Ridge, Village of (IL)
Chicago, City of (IL)
Chula Vista, City of (CA)

Cincinnati, City of (OH), Income Tax
    Division
Clackamas, County of (OR), Tax
Clarke, County of (GA), Tax
Clarkstown, Town of (NY)
Clayton, County of (GA), Tax
Clear Creek Independent School District
    (TX), Tax Office
Clearwater, City of (FL)
Cleveland, County of (OK), Treasurer
Clinton, Town of (CT)
Clinton, Township of (MI), Treasurer
Cobb, County of (GA)
Cobb, County of (GA), Tax
Collierville, Town of (TN)
Collin, County of (TX), Tax
Colorado Springs, City of (CO)
Colorado Springs, City of (CO), Police
    Department
Colorado, State of, Division of Family &
    Medical Leave
Colorado, State of, Manager of Finance
Columbia, City of (MO)
Columbus, City of (OH), Treasurer
Concord, City of (CA)
Concord, City of (NC), Tax
Concord, City of GA), False Alarm
    Reduction Program
Contra Costa, County of, (CA), Tax
Coral Springs, City of (FL)
Coralville, City of (IA)
Coralville, City of (IA), Fire Department
Costa Mesa, City of (CA)
Craighead, County of (AR), Collector
Cypress-Fairbanks Independent School
    District (TX)
Dallas, County of (TX), Tax
Daly, Gregory F.X.
Danbury, City of (CT), Tax Collector
Dartmouth, Town of (MA)
Davenport, City of (IA)
Dearborn, City of (MI)
Dekalb, County of (GA), Tax
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Delaware, State of, Secretary of State

Denton, County of (TX), Tax
Denver, County of (CO)
Des Peres, City of (MO)
Desoto, County of (MS)
Dona Ana, County of (NM), Treasurer
Dothan, City of (AL)
Douglas, County of (CO), Treasurer
Douglasville, City of (GA)
Downey, City of (CA)
Durham, County of (NC), Tax
East Brunswick, City of (NJ), Fire District 1
Eatontown, Borough of (NJ)
Eau Claire, County of (WI)
Ector, County of (TX), Appraisal
Edison, Township of (NJ)
Edmonton, City of (Canada)
El Cajon, City of (CA)
El Centro, City of (CA)
El Paso, City of (TX), Tax Assessor
El Paso, County of (CO)
Enfield, Town of (ME)
Escondido, City of (CA)
Fayette County Public Schools (KY)
Fayette, County of (KY)
Flint, Charter Township (MI)
Florence, City of (KY)
Florence, City of (SC)
Florence, County of (SC), Treasurer
Floyd, County of (GA), Tax
Fort Bend, County of (TX), LID #2
Fort Bend, County of (TX), Tax
Foxborough, Town of (MA)
Frederick, County of (MD)
Fresno, City of (CA)
Fresno, City of (CA), Police Department
Fresno, County of (CA), Sheriff's Office
Fulton, County of (GA), Tax Commissioner
Garland Independent School District (TX)
Garland, City of (TX), Tax
Gilroy, City of (CA)
Glendale, City of (AZ)
Glendale, City of (WI)
Gloucester, Township of (NJ), Fire District
    4
Grand Chute, Town of (WI)
Greensboro, City of (NC)

Greenville, County of (SC), Tax
Guilford, County of (NC), Tax
Gwinnett, County of (GA), Tax Commission
H.A. Berkheimer Inc., Business Privilege Tax
Hagen, Harry E.
Hall, County of (GA)
Hamilton, County of (IN), Treasurer
Hamilton, County of (TN), Trustee
Hamilton, Township of (NJ)
Hampton, City of (VA)
Hampton, City of (VA), Treasurer
Harlingen, Town of (TX), Tax Office
Harris, County of (TX), Alarm Detail
Harrison, County of (MS), Tax Collector
Harrisonburg, City of (VA)
Hartford, City of (CT), Tax Collector
Hays, County of (TX), Tax Office
Henderson, City of (NV)
Hennepin, County of (MN)
Henrico Virginia, County of (VA)
Hidalgo, County of (TX)
Hillsborough, County of (FL), Tax
Homewood, City of (AL)
Hoover, City of (AL)
Horry, County of (SC)
Horry, County of (SC), Business
Houston, County of (AL), Revenue
Howard, County of (MD)
Humble Independent School District (TX)
Huntsville, City of (AL), Clerk Treasurer
Illinois, State of, Department of Employment
Illinois, State of, Department of Revenue
Imperial, County of (CA), Tax
Indian River, County of (FL)
Irving Independent School District (TX),Tax Office
Jackson, County of (MO), Collector
Jasper, County of (MO), Collector
Jefferson, County of (AL), District Court
Jefferson, County of (KY)
Jefferson, County of (TX), Tax
Jefferson, Parish of (LA)
Jersey, City of (NJ)
Johnson, City of (TN)

Johnson, County of (KS), Treasurer
Jonesboro, City of (AR)
Joplin, City of (MO)
Judson Independent School District (TX), Tax Office
Kanawha, County of (WV), Sheriff
Kansas, City of (MO)
Kansas, State of, Department of Revenue
Katy, City of (TX)
Kenner, City of (LA)
Kentucky, Commonwealth of, Department of Revenue
Kentucky, Commonwealth of, Division of Unemployment
Kentucky, Commonwealth of, Treasurer
King, County of (WA), District Court
King, County of (WA), Treasury
Knox, County of (TN), Trustee
Knoxville, City of (TN)
La Crosse, City of (WI)
La Crosse, City of (WI), Treasurer
Lafayette, Parish of (LA), Tax
Lake Charles, City of (LA)
Lake, County of (IN), Treasurer
Lakewood, City of (CA), Business Licensing
Lancaster, City of (PA)
Lansing, Charter Township of (MI)
Larimer, County of (CO), Treasurer
Las Cruces, City of (NM)
Lauderdale, County of (MS), Tax
Lawrence, Township of (NJ)
Leawood, City of (KS)
Leon, County of (FL), Tax Collector
Lexington Fayette, County of (KY), Division of Revenue
Lincoln, City of (NE)
Lincolnwood, Village of (IL)
Livingston, Township of (NJ)
Lone Tree, City of (CO)
Long Beach, City of (CA)
Los Angeles, City of (CA)
Los Angeles, City of (CA), Fire Department
Los Angeles, County of (CA)
Los Angeles, County of (CA), Fire Department

Los Angeles, County of (CA), Tax
Loudoun, County of (VA)
Louisville Metro Revenue Commission
Loveland, City of (CO)
Loveland, City of (CO), Public
    Improvement Fee
Loveland, City of (CO), Retail Sales Fee
Lubbock, State of (TX), Central Appraisal
    District
Lynnfield, Town of (MA)
Lynnwood, City of (WA)
Madeira, City of (OH), Tax Offce
Madison, Borough of (NJ), Municipal Court
Madison, City of (AL), License Commission
Madison, City of (WI), Fire Department
Madison, City of (WI), Treasurer
Madison, County of (MS), Tax
Manchester, Town of (CT)
Manchester, Town of (CT), Eighth Utilities
    District
Maricopa, County of (AZ), Treasurer
Marin, County of (CA), Tax
Marin, County of (CA), Weights &
    Measures
Marion, County of (IN), Treasurer
Marlborough, City of (MA)
Marshal, City of (NY)
Maryland, State of, Clerk of the Court
Massachusetts, Commonwealth of,
    Department of Revenue
McAllen, City of (TX)
McAllen, City of (TX), Municipal Court
McAllen, City of (TX), Tax
McLennan, County of (TX), Tax Office
Mecklenburg, County of (NC)
Memphis, City of (TN), Treasurer
Meriden, City of (CT), Tax Collector
Meridian, Charter Township of (MI)
Mesa, City of (AZ)
Mesquite, City of (TX), Tax Fund
Miami Beach, City of (FL)
Miami Dade, County of (FL)
Michigan, State of, Department of Treasury
Middletown, Township of (PA)
Midland, City of (MI)
Milford, City of (CT)

Milpitas, City of (CA)
Minnesota, State of, Department of Revenue
Mississippi, State of, Office of Revenue
Mobile, City of (AL)
Mobile, County of (AL), Revenue
Modesto, City of (CA)
Monroe, County of (FL)
Monroeville, Municipality of (PA)
Montclair, City of (CA)
Montebello, City of (CA)
Monterey, City of (CA)
Monterey, County of (CA), Tax
Montgomery, City of (AL)
Montgomery, County of (MD)
Montgomery, County of (TX), Tax
Multnomah, County of (OR)
Muniservices LLC
Murray, City of (UT), Business
Muscogee, County of (GA), Tax
Nashville & Davidson County, Metropolitan
    Government of (TN), Trustee
Nassau, County of (NY), Fire Commission
Nassau, County of (NY), Teasurer
Natick, Town of (MA)
Nebraska, State of, Department of Revenue
Nevada, State of, Department of Taxation
Nevada, State of, Secretary of State
New Hanover, County of (NC), Tax
New Jersey, State of
New Jersey, State of, Department of Labor
New Mexico, State of, Tax & Revenue
New York, State of, Unemployment
New York, State of, Unemployment
    Insurance
Newark, City of (CA)
Newington, Town of (NH), Police
    Department
Newport News, City of (VA)
Newport, City of (RI)
Niles, City of (OH), Income Tax
Niles, Village of (IL)
Norfolk, City of (VA), Treasurer
Norridge, Village of (IL)
North Attleborough, Town of (MA)
North Dakota, State of, Tax Commissioner

North Dakota, State of, Workforce Safety &
    Insurance
North Olmsted, City of (OH)
Nueces, County of (TX)
Oakland, City of (CA)
Okaloosa, County of (FL)
Oklahoma, County of (OK), Treasurer
Oklahoma, State of, Office of the Ohio
    Attorney General
Ontario, City of (CA)
Orange, County of (CA)
Oregon, State of, Department of Revenue
Oregon, State of, Employment Department
Oregon, State of, Secretary of State
Orem, City of (UT)
Orland Park, Village of (IL)
Palm Beach Gardens, City of (FL)
Palm Beach, County of (FL)
Palm Desert, City of (CA)
Palmdale, City of (CA)
Palo Alto, City of (CA), Police Department
Pasco, County of (FL)
Pasco, County of (FL), Board of Community
    Commissioners
Peabody, City of (MA)
Peabody, City of (MA), Police Department
Pembroke Pines, City of (FL)
Philadelphia, City of (PA)
Phoenix, City of (AZ)
Pierce, County of (WA), Budget & Finance
Pima, County of (AZ), Treasurer
Placer, County of (CA), Tax Collector
Plantation, City of (FL)
Platte, County of (MO), Collector
Pleasant Prairie, Village of (WI), Fire &
    Rescue
Pleasant Prairie, Village of (WI), Treasurer
Pleasanton, City of (CA)
Portage, City of (MI)
Portland, City of (OR)
Portland, City of (OR), Police Alarms
Potter, County of (TX), Tax
Prince George's, County of (MD)
Prince William, County of (VA)

Puerto Rico, Commonwealth of,
    Corporacion Del Fondo Del Seguro Del
    Estado
Pulaski, County of (AR), Treasurer
Puyallup, City of (WA)
Ramsey, County of (MN), Environmental
    Health Division
Rapides, Parish of (LA)
Rapides, Parish of (LA), Sheriff's
Redondo Beach, City of (CA)
Reno, City of (NV)
Richland, County of (SC), Treasury
Richmond, City of (BC)
Richmond, County of (GA), Tax
Ridgeland, City of (MS)
Riverhead, Town of (NY)
Riverside, County of (CA)
Riverside, County of (CA), Treasurer
Roanoke, City of (VA)
Roseville, City of (CA), Fire Department
Rutherford, County of (TN), Trustee
Sacramento, City of (CA)
Sacramento, County of (CA)
Sacramento, County of (CA), Metro Fire
Saginaw, City of (MI)
Salisbury, City of (MD)
San Bernardino, County of (CA), Fire
    Protection
San Diego, City of (CA)
San Diego, County of (CA)
San Francisco, City of (CA), Department of
    Public Health
San Francisco, City of (CA), Tax Collector
San Jose, City of (CA)
San Luis Obispo, City of (CA)
San Rafael, City of (CA)
Sandy, City of (UT)
Santa Ana Finance, City of (CA)
Santa Barbara, City of (CA)
Santa Clara, County of (CA)
Santa Rosa, City of (CA)
Saugus, Town of (MA)
Savannah, City of (GA)
Scottsdale, City of (AZ)
Shelby, County of (KY)

Shelby, County of (KY), Occupational
  License Office
Shelby, County of (TN), Trustee
Simpsonville, City of (KY)
Slo, County of (CA), Tax Collector
Snohomish, County of (WA), Treasurer
Somerville, City of (MA)
Sonoma, County of (CA)
Sonoma, County of (CA), Tax Collector
South Dakota, State of, Department of
  Revenue
South Portland, City of (ME)
Southern California Edison Co.
Sparks, City of (NV), Alarm Program
Spartanburg, City of (SC)
Spring Branch Independent School District
  (TX)
Springfield, City of (MO)
Springfield, Township of (PA)
St. Charles, County of (MO)
St. Matthews, City of (KY)
St. Peters, City of (MO)
St. Tammany, Parish of (LA)
Stamford, City of (CT), Tax Collector
Stanislaus, County of (CA)
Sterling Heights, City of (MI)
Stockton, City of (CA)
Summit, County of (UT), Treasurer
Swansea, Town of (CT)
Sweetwater, City of (FL)
Tacoma, City of (WA)
Tallahassee, City of (FL)
Tarrant, County of (TX), Tax
Taylor Central Appraisal District (TX)
Temecula, City of (CA)
Tempe, City of (AZ)
Texas. State of, Comptroller of Public
  Accounts, Woodlands Metro Center
Thousand Oaks, City of (CA)
Tigard, City of (OR)
Tinton Falls, Borough of (NJ)
Tippecanoe, County of (IN), Treasurer
Toledo, City of (OH)
Toledo, CIty of (OH), Fire & Rescue
  Department
Torrance, City of (CA)

Travis, County of (TX), Tax Office
Trinity School District (PA)
Troy, City of (MI)
Trumbull, Town of (CT), Tax Collector
Tucson, City of (AZ)
Tulare, County of (CA), Tax Collector
Tulsa, County of (OK), Treasurer
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL), Tax
United Independent School District (TX),
  Tax Office
United States, Government of the,
  Department of the Treasury
Upper Merion, Township of (PA)
Utah, State of, Department of Agriculture
Utah, State of, State Tax Commission
Vacaville, City of (CA)
Vacaville, City of (CA), Police Alarm
Vancouver, City of (WA)
Vanderburgh, County of (IN), Superior
  Court
Vanderburgh, County of (IN), Treasurer
Vermont, State of, Department of Taxes
Vernon Hills, Village of (IL)
Visalia, City of (CA)
Warren, County of (KY), Sheriff
Warwick, City of (MA)
Warwick, Town of (RI), Police Department
Washington D.C., Office of Tax & Revenue
Washington, County of (MD), Treasurer's
  Office
Washington, County of (MN)
Washington, County of (TN), Trustee
Washington, State of, Employment Security
  Department
Washington, State of, State Employment
  Security Department
Washoe, County of (NV), Treasurer
Waterford, Town of (CT), Tax Collector
Watertown, Town of (MA)
Wauwatosa, City of (WI)
Wayne, Township of (NJ)
Webb, County of (TX), Tax Collector
Weber, County of (UT), Assessor
Wellington, Village of (FL)
West Covina, City of (CA)

West Hartford, Town of (CT)
West Palm Beach, City of (FL)
West Virginia, State of, Secretary of State
Westminster, City of (CA)
Whitehall, Townsip of (PA), Treasurer's
    Office
Wicomico, County of (MD)
Williamson, County of (TX)
Wilson School District (PA)
Wisconsin, State of
Wisconsin, State of, Department of Revenue
Woodbridge Fire Prevention Bureau (NJ)
Woodbury, City of (MN)
Woodbury, Town of (NY)
Wyomissing, Borough of (PA)
Yonkers, City of (NY)

# SCHEDULE 1(r)

## Vendors

1552 Broadway Retail Owner LLC
2.7 August Apparel Inc.
24-7 Intouch Inc.
2810 Newport Centre LLC
3107 Penn Ross JV
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
7607 Woodland Hills Mall
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
Adobe Systems Inc.
Akamai Technologies Inc.
Akay, Malissa
Alorica Inc.
Alvarez & Marsal
Applied Predictive Technologies Inc.
Arden Fair Associates LP
Arden Jewelry Manufacturing Co.
Arnold Willis & Co. Ltd.
Arundel Mills LP
Aventura Mall Venture
Bamboo Rose LLC
Batallure Beauty LLC
Baxter, Tim
Beachwood Place Mall LLC
Bellwether Properties of Massachusetts LP
Bernardo Manufacturing
Bespoke Fashion LLC
Big Brothers Big Sisters of America
Bluecore Inc.
BPR-FF LLC
Braintree Property Associates LP
Brea Mall
Bridgewater Common Mall II LLC
Brierley & Partners Inc.
Brooklyn King Plaza LLC
Camarillo Premium Outlets
CFL Distribution Inc.
Chacon

Cherry Hill Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CMT de la Laguna SA de CV
Commission Junction LLC
CPG Partners LP
Crescent Bahuman Ltd.
CSC Corporate Domains Inc.
Del Amo Fashion Center
Dolphin Mall Associates LP
Experian Marketing Solutions Inc.
Facebook Inc.
Falls Shopping Center Associates, The
Fantas Eyes Inc.
Fashion Centre Mall LLC
Fashion Valley Mall
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Fortune Footwear Inc.
Four State Properties LLC
Franklin Park Mall LLC
Freemall Associates LLC
GardaWorld Security Services
Gerber Technology LLC
GGP LP
Gilroy Premium Outlets
Glendale I Mall Associates LP
Globant LLC
Google Inc.
Granify Inc.
Great Mall at Milpitas, The
Green Hills Mall TRG LLC
Hing Shing Looping Manufacturing Co. Ltd.
Hylant Group Inc., The
JDA Software Inc.
Jebbit Inc.
Jewelry Group, The
JG Elizabeth II LLC
Jordan Creek Town Center LLC
Kenilworth Creations Inc.
Kenwood Mall LLC GGP-TRS LLC
KFM247 Ltd.

King of Prussia Associate
KPMG LLP
L Brands Inc.
Leesburg Corner Premium Outlets
Lehigh Valley Mall LLC
Lenox Square
Lever Style Ltd.
Li & Fung (Trading) Ltd.
LiftLab Analytics Inc.
Linea Pelle
Livermore Premium Outlets
Macerich Vintage Fair Ltd.
Mall at Gurnee Mills LLC
Mall at Potomac Mills LLC
Mall at Summit LLC
Mall In Columbia, The
Manchu Times Fashion Ltd.
MANE Enterprises Inc.
Mayfair Mall LLC
Merkle Inc.
MGF Sourcing US LLC
Microsoft Online Inc.
Millcraft Paper Co., The
Mission & Fields LLC
MOAC Mall Holdings LLC
Monument Consulting LLC
Motives International
Natick Mall LLC
NCR Corp.
Nedap Inc.
NetJets Aviation Inc.
Newtimes Development Ltd.
nOir Jewelry LLC
North Georgia Premium Outlets
NXGN Inc.
Oakbrook Urban Venture LP
Ogletree, Deakins, Nash, Smoak & Stewart
    PC
Ontario Mills LP
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Pacific Buying & Marketing Service Ltd.
Pandera Systems LLC
Pembroke Lakes
Penn Square Mall LLC

Perimeter Mall LLC
Planes Moving & Storage Inc.
Premium Outlet Partners LP
Providence Place
PT Ungaran Sari Garments
Quaker Associates LLC
Queens Center SPE LLC
R. R. Donnelley
Radial Inc.
RCG Global Services Inc.
Resicom Custom Painting & Maintenance
Ricoh USA Inc.
Ridgedale Center LLC
Rimini Street Inc.
Rocksal Mall LLC
Roosevelt Field
Rose Knitting (Asia) Ltd.
Roth Bros. Inc.
S5 Stratos Inc.
Saint Louis Galleria LLC
Salesforce Inc.
Sandy Alexander Inc.
Scandit Inc.
SDG Dadeland Associates Inc.
Shopping Center Associate
Shops At Mission Viejo LLC
Short Hills Associates
Short Pump Town Center LLC
Silver Crest Clothing Pvt. Ltd. - Unit III
Simon Property Group LP
Single Source Apparel Inc.
Sirius Computer Solutions LLC
Skadden, Arps, Slate, Meagher & Flom LLP
South Asia Knitting Factory Ltd.
South Coast Plaza
Southdale Center LLC
SPG Finance II LLC
Standard Black
Star Garments Group Pvt. Ltd.
Stylitics Inc.
Sunland Park Mall LLC
Sunrise Mills (MLP) LP
TAL Global Alliances Ltd.
Tampa Westshore Associates LP
Tanger Properties LP
Taubman Cherry Creek

TB Mall at UTC LLC
Texgroup
TikTok Inc.
Tote Fashion Sourcing Ltd.
Town Center at Boca Raton Trust, The
Towson TC LLC
Tysons Corner Holdings
UpWest LLC
Urban Crown Ltd.
Valley Plaza Mall LP
Valley Stream Green Acres LLC
VaynerMedia LLC
Velocity Apparelz Co. ESC
Verifone Inc.
Visplay Inc.
Viva Knitwear Factory Ltd.
VR Mall LLC
West Camp Press Inc.
West Farms Mall LLC
West Town Mall LLC
Westfield Garden State
Wheatley, Nick
Woodbury Common Premium Outlets
Woodfield Mall LLC
World Textile Sourcing Inc.