## EXHIBIT D

**2023 Audit Amendment No. 1**

DocuSign Envelope ID: 9898C7CE-CEB6-4C16-B579-9AED5F7A25B0
Case 24-10831-KBO    Doc 265-5    Filed 05/16/24    Page 2 of 4



### Amendment #1 to Existing Engagement Letter

March 14, 2024

Mr. Michael Archbold
Chair of the Audit Committee
Express, Inc.
One Express Drive
Columbus, Ohio 43230

Dear Mr. Archbold:

This letter reflects our agreement to amend our engagement letter of May 8, 2023 with Express, Inc. (the "Company") in the following respect: to implement a retainer for services with the Company.

As discussed and as a result of this change, PwC requires the Company remit to PwC a retainer of $100,000 before the Services can begin (a **"Retainer"**). A Retainer is not a "flat fee" for any engagement, as actual fees for Services rendered may be higher than that amount. The parties agree that PwC's future issued invoices for Services rendered hereunder shall be applied against a Retainer. PwC reserves the right to request additional retainer amounts or replenishments should circumstances warrant. At the conclusion of the Services and completion of the agreed upon work, as such scope may be amended, PwC will apply the remaining amount of any Retainer on hand to PwC's final invoice for the Services, and, to the extent applicable, return any remaining Retainer balance to the Company. All other provisions of our engagement letter of May 8, 2023 with the Company remain unchanged.

If you have any questions regarding this amendment, please discuss them with Nicholas Doland at (513) 673-2696. If the services and terms outlined in this letter are acceptable, please sign one copy of this letter in the space provided and return it to me. You may return the signed copy by hand, by mail or by air courier, attached to an email as a pdf, jpeg or similar file type sent to me at nicholas.doland@pwc.com, or by electronic signature.

PricewaterhouseCoopers LLP, 41 South High Street, Suite 2500, Columbus, Ohio 43215
T: (614) 225 8700, www.pwc.com/us

1 of 3



Very truly yours,

*PricewaterhouseCoopers LLP*
PricewaterhouseCoopers LLP

Date:

March 14, 2024

_____

The services and terms as set forth in this letter are agreed to.

Express, Inc.

*Michael Archbold*
Michael Archbold

Chair of the Audit Committee

Date:

March 17, 2024

_____

*Stewart Glendinning*
Stewart Glendinning

Chief Executive Officer

Date:

March 18, 2024

_____

2



Mark Still

Chief Financial Officer

Date:

March 18, 2024