## **CERTIFICATE OF SERVICE**

   I, Thomas J. Francella, Jr., do hereby certify that on the 17th day of May, 2024, I caused a copy of the foregoing **Notice of Appearance and Demand for Service of Notices and Papers** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

                   */s/ Thomas J. Francella, Jr.*
                   Thomas J. Francella, Jr. (DE No. 3835)