**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**


| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10831 |
| | § | (Chapter 11) |
| EXPRESS, INC. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

HUMBLE INDEPENDENT SCHOOL DISTRICT, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT # 358, HARRIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT # 155, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT AND CITY OF HOUSTON

c/o Melissa E. Valdez
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429 FAX
mvaldez@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,**
**COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant

By:   /s/Melissa E. Valdez

Melissa E. Valdez
Bar No: 24051463

## CERTIFICATE OF SERVICE

I Melissa E. Valdez do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 20th day of May 2024.

ATTORNEY FOR DEBTOR

| | |
|---|---|
| Nicholas M. Adzima | Email: nicholas.adzima@kirkland.com |
| Robert A Diehl | Email: robert.diehl@kirkland.com |
| Emily Geier | Email: emily.geier@kirkland.com |
| Joshua A Sussberg | Email: joshua.sussberg@kirkland.com |
| Mary Catherine Young | Email: marycatherine.young@kirkland.com |

Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

| | |
|---|---|
| Lindsey Blumenthal | Email: lindsey.blum@kirkland.com |
| Max M Freedman | Email: max.freedman@kirkland.com |
| Michael B Slade | Email: michael.slade@kirkland.com |
| Charles B Sterrett | Email: charles.sterrett@kirkland.com |

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

| | |
|---|---|
| Morton R. Branzburg | Email: mbranzburg@klehr.com |

Klehr Harrison Harvey Branzburg LLP
1835 Market Street
14th Floor
Philadelphia, PA 19103

Tabitha De Paulo
Kirkland & Ellis LLP
609 Main St
Houston, TX 77002

Email: tabitha.depaulo@kirkland.com

Domenic E. Pacitti
Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg LLP
919 Market St., Suite 1000
Wilmington, DE 19801

Email: dpacitti@klehr.com
Email: myurkewicz@klehr.com

 /s/Melissa E. Valdez
 Melissa E. Valdez
 Bar No: 24051463

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3