**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 10, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Deutsche Bank AG NY/Cedear, Agostino Ricci at PO Box 6178, Astoria, NY 11106-0178:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)

- **Notice of Chapter 11 Bankruptcy Cases** (Docket No. 127)

- **Notice of Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock** (attached hereto as <u>**Exhibit A**</u>)

- **Instructional Cover Letter to Nominees, Banks, and Brokers** (attached hereto as <u>**Exhibit B**</u>)

Furthermore, on May 13, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Kluk Pianko Law PLLC at 41 Madison Ave, Ste 3303, New York, NY 10010-2361, pursuant to USPS forwarding instructions:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)

- **Notice of Chapter 11 Bankruptcy Cases** (Docket No. 127)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on or before May 14, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)

- **Notice of Chapter 11 Bankruptcy Cases** Docket No. 127)

- **Express Employee Cover Notice** (attached hereto as **Exhibit D**)

Furthermore, on or before May 14, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit E**:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)

- **Notice of Chapter 11 Bankruptcy Cases** Docket No. 127)

Dated: May 20, 2024



Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 20th day of May, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF INTERIM ORDER APPROVING
## NOTIFICATION AND HEARING PROCEDURES FOR
## CERTAIN TRANSFERS OF AND DECLARATIONS OF
## WORTHLESSNESS WITH RESPECT TO COMMON STOCK

**TO:  ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF THE EXISTING CLASSES OF COMMON STOCK (THE "COMMON STOCK") OF EXPRESS, INC.:**

**PLEASE TAKE NOTICE** that on April 22, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed petitions with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock* [Docket No. 8] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on April 24, 2024, the Court entered the *Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock* [Docket No. 83] (the "Interim Order") approving procedures for certain transfers and declarations of worthlessness with respect to Common Stock, set forth in **Exhibit 1** attached to the Interim Order (the "Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock, or Beneficial Ownership of Common Stock in violation of the Procedures, and any such transaction in violation of the Procedures shall be null and void *ab initio*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, the Procedures shall apply to the holding and transfers of Common Stock, or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Order, upon the request of any person or entity, the proposed notice, claims, and solicitation agent for the Debtors, Stretto, will provide a copy of the Interim Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time.  Such declarations are also available via PACER on the Court's website at https://www.deb.uscourts.gov for a fee, or free of charge by accessing the Debtors' restructuring website at: https://cases.stretto.com/Express.

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Order or the Motion, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, failure to follow the Procedures set forth in the Interim Order shall constitute a violation of, among other things, the automatic stay provisions of section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the final hearing (the "Final Hearing") on the Motion shall be held on **May 16, 2024, at 1:00 p.m., prevailing Eastern Time**.  Any objections or responses to entry of a final order on the Motion shall be filed on or before **4:00 p.m., prevailing Eastern Time, on May 9, 2024**, and shall be served on:  (a) the Debtors, Express, Inc., One Express Drive, Columbus, Ohio 43230, Attn.: Laurel Krueger; (b) proposed counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C. and Nicholas M. Adzima, (ii) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois, 60654, Attn.: Charles B. Sterrett; and (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn.: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich, and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn.: Morton R. Branzburg; (b) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: John Schanne; (d) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors, Goldberg Kohn Ltd., 55 E. Monroe St., Suite 3300, Chicago, Illinois 60603 (Attn: Randall Klein (Randall.Klein@goldbergkohn.com), Dimitri G. Karcazes (Dimitri.Karcazes@goldbergkohn.com), Keith G. Radner (Keith.Radner@goldbergkohn.com), and Eva D. Gadzheva (Eva.Gadzheva@goldbergkohn.com)) and Richards Layton & Finger, 920 N. King Street, Wilmington, Delaware 19801 (Attn: John H. Knight (Knight@RLF.com), Paul N. Heath (heath@RLF.com), and Alexander R. Steiger (Steiger@RLF.com)); (e) counsel to ReStore

3

Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606, Attn: Stephen L. Iacovo (stephen.iacovo@ropesgray.com) and Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, DE 19801, Attn: Mark L. Desgrosseilliers; and (f) any statutory committee appointed in these chapter 11 cases.  In the event no objections to entry of the Final Order on the Motion are timely received, the Court may enter such Final Order without need for the Final Hearing.

**PLEASE TAKE FURTHER NOTICE** that nothing in the Interim Order shall preclude any person desirous of acquiring any Common Stock from requesting relief from the Interim Order from this Court, subject to the Debtors' and the other Notice Parties' rights to oppose such relief.

**PLEASE TAKE FURTHER NOTICE** that other than to the extent that the Interim Order expressly conditions or restricts trading in Common Stock, nothing in the Interim Order or in the Motion shall, or shall be deemed to, prejudice, impair, or otherwise alter or affect the rights of any holders of Common Stock, including in connection with the treatment of any such stock under any chapter 11 plan or any applicable bankruptcy court order.

**PLEASE TAKE FURTHER NOTICE** that any prohibited purchase, sale, or other transfer of Common Stock, Beneficial Ownership thereof, or option with respect thereto in violation of the Interim Order is prohibited and shall be null and void *ab initio* and may be subject to additional sanctions as this court may determine.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Interim Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated:  April 22, 2024
Wilmington, Delaware

/s/ Michael W. Yurkewicz

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com


-and-

Morton R. Branzburg (*pro hac vice* pending)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:    (215) 568-6603
Email:        mbranzburg@klehr.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Emily E. Geier, P.C. (*pro hac vice* pending)
Nicholas M. Adzima (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

# <u>Exhibit B</u>



To Banks, Brokers, Intermediaries, and Nominees:

**IMPORTANT! PLEASE SERVE THE ENCLOSED NOTICES IN EXHIBIT A TO THE BENEFICIAL HOLDERS OF THE SECURITY LISTED BELOW**

*Re: Case Number: 24-10831 (KBO) – Express, Inc., et al., Chapter 11 Bankruptcy*

Note: Express, Inc., et al. (the "Debtors") will not serve the enclosed Notices in Exhibit A (the "Notices") directly to the beneficial holders. This mailing will not be handled through the facilities of third-party intermediaries such as Broadridge and Mediant.

*CUSIP No. 30219E202*

The Debtors filed with the United States Bankruptcy Court for the District of Delaware, the enclosed Notices in Exhibit A. Stretto, the Claims and Noticing agent for the Debtors, was instructed by the Debtors' counsel that the enclosed Notices must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notices because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of April 22, 2024 (the "Record Date"). All holders of record (Nominees) of CUSIP No. 30219E202 shall be required to serve the Notices on any holder for whose benefit such registered holder holds such security down the chain of ownership.

| CUSIP/ISIN No. | Record Date |
|---|---|
| 30219E202 / US30219E2028 | April 22, 2024 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

**Exhibit A**

- **Notice of Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock**
- **Notice of Chapter 11 Bankruptcy Cases**
- **Notice of Telephonic Section 341 Meeting**

# Exhibit C



# Exhibit C
Served Via First-Class Mail

| Name | Address |
| --- | --- |
| Acevedo,Yanci | Address Redacted |
| Allen,Jessica | Address Redacted |
| Alston,Adriana | Address Redacted |
| Bergl,Kolin | Address Redacted |
| Bieri - Booth,Maggie | Address Redacted |
| Burke-Washington,April | Address Redacted |
| Colgan,Kathleen | Address Redacted |
| Cruz Barajas,Guillermo | Address Redacted |
| Darlue,Jamila | Address Redacted |
| Diaz,Yessaret | Address Redacted |
| Dill,Selena | Address Redacted |
| Ellis,Alisha | Address Redacted |
| Gonzalez,Meylin | Address Redacted |
| Gordiano Garista,Vanessa | Address Redacted |
| Gray,Miracle | Address Redacted |
| Jones,Bailey | Address Redacted |
| Jones,Michelle | Address Redacted |
| Keough,Abigail | Address Redacted |
| Long,Doug | Address Redacted |
| Lopez,Kimberly | Address Redacted |
| Marshall,Elizabeth | Address Redacted |
| Marshall,Mason | Address Redacted |
| Murray,Yesenia | Address Redacted |
| Oliveira Jerez,Ana | Address Redacted |
| Owens,Michael | Address Redacted |
| Penn,Savannah | Address Redacted |
| Ramirez,Jacqueline | Address Redacted |
| Rix,Barbara | Address Redacted |
| Robinson,Honestasia | Address Redacted |
| Stone,Anna | Address Redacted |
| Stuart,Shekinah | Address Redacted |
| Sundermeier,Tracy | Address Redacted |
| Talwar,Manvinder | Address Redacted |
| Villalobos,Vidal | Address Redacted |
| Wilson,Ethan | Address Redacted |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

# **Exhibit D**



April 25, 2024

Team,

As you know, Express is positioning itself for the future by taking steps that will strengthen the Company's financial position and enable us to continue advancing our business initiatives. To facilitate our sale process, Express has filed voluntary Chapter 11 petitions. As we move through the court-supervised process, you will occasionally receive legal notices in the mail. These materials are a usual part of the process and are design to keep you and our other stakeholders informed.

Enclosed you will find what is known as a "Notice of Commencement," which is required by the court to be mailed in connection with the beginning of the Chapter 11 proceedings.

Here are the important things to keep in mind:

- This notice has no impact on your employment, compensation or benefits.

- You are not required to take any action with respect to this notice.

- This notice is being sent to many of our stakeholders, including current and former employees, suppliers, partners, certain customers and others who have interacted with Express and our brands over the past few years.

- The notice contains certain details of the proceedings, such as the case number of the filing, along with other relevant information.

We will continue to provide updates of any key milestones as we move through this process.

We appreciate your continued hard work and dedication on behalf of Express.

Best,

Stewart Glendinning
Chief Executive Officer

# <u>Exhibit E</u>



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| 1st Financial Bank USA | | 250 N Sunny Slope Rd | Ste 300 | Brookfield | WI | 53005-4824 |
| Al-Andulusi,Maryam | | Address Redacted | | | | |
| Allen,Callie E | | Address Redacted | | | | |
| Amajoyi,Callistus Chinedu | | Address Redacted | | | | |
| Anderson,Nicole A. | | Address Redacted | | | | |
| Anytime Waste Systems | | PO Box 35126 | | Louisville | KY | 40232-5126 |
| Arango,Isabella | | Address Redacted | | | | |
| Atchison,Hannah Grace | | Address Redacted | | | | |
| Bala,Halie | | Address Redacted | | | | |
| Barno,Makaylia | | Address Redacted | | | | |
| Bartkiv,Olesia | | Address Redacted | | | | |
| Bartlett,Melissa E | | Address Redacted | | | | |
| Baxter,Timothy George | | Address Redacted | | | | |
| Beaty Legal PLLC | | Address Redacted | | | | |
| Beck,Lily | | Address Redacted | | | | |
| Becker,Lindsay M | | Address Redacted | | | | |
| Beckford,Rhianna Mcmillian | | Address Redacted | | | | |
| Bejerano,Maddie G | | Address Redacted | | | | |
| Bell,Kalira | | Address Redacted | | | | |
| Bell,Reagan Leanne | | Address Redacted | | | | |
| Benham,Emily M | | Address Redacted | | | | |
| Bennett,Caitlin | | Address Redacted | | | | |
| Benton-Corless,Mackenzie | | Address Redacted | | | | |
| Beras - Baquero,Miliangie | | Address Redacted | | | | |
| Berg,Amelia K | | Address Redacted | | | | |
| Berishaj,Ava Alexis | | Address Redacted | | | | |
| Berry,Tylah | | Address Redacted | | | | |
| Betts,Stacy M | | Address Redacted | | | | |
| Bizjak,Lisa M. | | Address Redacted | | | | |
| Boese,Alexa E | | Address Redacted | | | | |
| Boggs,Logan C | | Address Redacted | | | | |
| Bova,Jessica | | Address Redacted | | | | |
| Braide,Alrich | | Address Redacted | | | | |
| Brewer,Layla M | | Address Redacted | | | | |
| Brines Refrigeration Heating and Cooling | | 23800 Northwestern Hwy | Ste 140 | Southfield | MI | 48075-7739 |
| Bucolt,Olivia | | Address Redacted | | | | |
| Buenrostro,Laura | | Address Redacted | | | | |
| Bustamante,Stephanie Mireles | | Address Redacted | | | | |
| Byers,Brandon | | Address Redacted | | | | |
| Cabrera,Mercedes | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cabrera,Sheila | | Address Redacted | | | | |
| Caldwell,Kameron | | Address Redacted | | | | |
| Callahan,Samaria | | Address Redacted | | | | |
| Camarillo,Erica | | Address Redacted | | | | |
| Cannon,Brittany | | Address Redacted | | | | |
| Cardona,Matthew Scott | | Address Redacted | | | | |
| Carey,Christine | | Address Redacted | | | | |
| Carnero,Heidi | | Address Redacted | | | | |
| Carr,Skyhler | | Address Redacted | | | | |
| Carrasquillo,Jasmyn | | Address Redacted | | | | |
| Carreon,Isaac | | Address Redacted | | | | |
| Casias,Nicole Christine | | Address Redacted | | | | |
| Castillo,Christian | | Address Redacted | | | | |
| Chapman,Nevan W | | Address Redacted | | | | |
| Chavarria,Felix | | Address Redacted | | | | |
| Chavez,George | | Address Redacted | | | | |
| Chavez,Giselle | | Address Redacted | | | | |
| Chin,Marsha | | Address Redacted | | | | |
| Choudhury,Syed | | Address Redacted | | | | |
| Christopherson,Payton James | | Address Redacted | | | | |
| Cleveland,Lashanda | | Address Redacted | | | | |
| Cobbs,Cleo | | Address Redacted | | | | |
| Communication Interface Technologies, LLC | | Address Redacted | | | | |
| Conklin,Olivea K. | | Address Redacted | | | | |
| Cosby,Brandy | | Address Redacted | | | | |
| Cox,Aaron | | Address Redacted | | | | |
| Craig,Elissa | | Address Redacted | | | | |
| Crawford,Chyjanea S | | Address Redacted | | | | |
| Crawford,Rhiannon | | Address Redacted | | | | |
| Creekside 126 LLC | | 34505 W 12 Mile Rd | Ste 250 | Farmington Hills | MI | 48331-3143 |
| Creekside 126, LLC | c/o Friedman Management Company Attn: Property Manager | 34505 W 12 Mile Rd | Ste 250 | Farmington Hills | MI | 48331-3143 |
| Crow,Jenna Caroline | | Address Redacted | | | | |
| Crowder,Sophia | | Address Redacted | | | | |
| Cruz Flores,Ronaldo | | Address Redacted | | | | |
| Cruz,Ivan | | Address Redacted | | | | |
| Cruz,Oscar | | Address Redacted | | | | |
| Cruz,Victoria Raquel | | Address Redacted | | | | |
| Dandrea,Hannah | | Address Redacted | | | | |
| Daza,Juan | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| De Paz,Andrea | | Address Redacted | | | | |
| Del Rosario,Maria Francesca | | Address Redacted | | | | |
| Dela-Cruz,Alexander Perez | | Address Redacted | | | | |
| Deleon,Julia | | Address Redacted | | | | |
| Deykes,Piper | | Address Redacted | | | | |
| Dorsey,Dwayne | | Address Redacted | | | | |
| Drake,Adrian | | Address Redacted | | | | |
| Drewery,Andrea Ladawn | | Address Redacted | | | | |
| Driggers,Alissa Anne | | Address Redacted | | | | |
| Dudycha,Morgan | | Address Redacted | | | | |
| Dunne,Carolyn | | Address Redacted | | | | |
| Edley,Derick | | Address Redacted | | | | |
| Edwards,Briana Lachelle | | Address Redacted | | | | |
| Edwards,Kylie Nicole | | Address Redacted | | | | |
| Ellis,Marquel D | | Address Redacted | | | | |
| Elshaffy,Eyad Eldin | | Address Redacted | | | | |
| Escobedo Calderon,Karla I | | Address Redacted | | | | |
| Evans,Jaylan | | Address Redacted | | | | |
| Favasuli,Mariela | | Address Redacted | | | | |
| Fetterly,Alexa | | Address Redacted | | | | |
| Fitzpatrick,Brian A | | Address Redacted | | | | |
| Flores,Ashley M | | Address Redacted | | | | |
| Franks,Johnathan | | Address Redacted | | | | |
| Frazier,Christian A | | Address Redacted | | | | |
| Frazier,Jordan | | Address Redacted | | | | |
| Frederick,Kailey Raine | | Address Redacted | | | | |
| Frelix,Trinity Christiana | | Address Redacted | | | | |
| Fuller,Sarah | | Address Redacted | | | | |
| Gaddi,Antonio | | Address Redacted | | | | |
| Garcia,Eliana A | | Address Redacted | | | | |
| Garcia,Emmanuel | | Address Redacted | | | | |
| Garcia,Liripse | | Address Redacted | | | | |
| Garza,Nora Alicia | | Address Redacted | | | | |
| Gerena,Emily | | Address Redacted | | | | |
| Gerritson,Tabatha | | Address Redacted | | | | |
| Gilchrist,Kyle A | | Address Redacted | | | | |
| Gilmore,Meaghan | | Address Redacted | | | | |
| Gonzalez,Sergio R. | | Address Redacted | | | | |
| Grajeda,Patrick | | Address Redacted | | | | |
| Gutierrez,Monica Sophia | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hall,Ethan M | | Address Redacted | | | | |
| Hamer,Hunter Orie | | Address Redacted | | | | |
| Hamilton,Edmund Daniel | | Address Redacted | | | | |
| Hardesty,Kylie Anne | | Address Redacted | | | | |
| Harris Insights & Analytics LLC | | 225 W Wacker Dr | Ste 1900 | Chicago | IL | 60606-1272 |
| Harris,Shericker D. | | Address Redacted | | | | |
| Hart,Katie Ann | | Address Redacted | | | | |
| Harvey,Katie | | Address Redacted | | | | |
| Haun,Karli A. | | Address Redacted | | | | |
| Haun,Kayla Jean | | Address Redacted | | | | |
| Heinrich,Leah | | Address Redacted | | | | |
| Her,Brian | | Address Redacted | | | | |
| Hernandez,Adalmari | | Address Redacted | | | | |
| Hicks,Jaimie | | Address Redacted | | | | |
| Hodel,Ruby J | | Address Redacted | | | | |
| Hodge,Aishima Shynis | | Address Redacted | | | | |
| Hofbauer,Joe Erwin | | Address Redacted | | | | |
| Hogan,Taylor L | | Address Redacted | | | | |
| Holbert,Jacqueline | | Address Redacted | | | | |
| Holland,Kayla C | | Address Redacted | | | | |
| Hoover,Kristina May | | Address Redacted | | | | |
| Hope,Madison | | Address Redacted | | | | |
| Houser,Alex Jean | | Address Redacted | | | | |
| Howard,Joy M | | Address Redacted | | | | |
| Huff,Janae | | Address Redacted | | | | |
| Isaac,Nicole E | | Address Redacted | | | | |
| Jackson,Kyla Anne | | Address Redacted | | | | |
| Jackson,Suna N | | Address Redacted | | | | |
| Jacobus,Erin | | Address Redacted | | | | |
| Jacquez,Christina Hope | | Address Redacted | | | | |
| Jamal,Moosa | | Address Redacted | | | | |
| Jenkins,Kali | | Address Redacted | | | | |
| Jobe,Juliana E | | Address Redacted | | | | |
| Johnson,Abiah Symone | | Address Redacted | | | | |
| Johnson,Gabrielle | | Address Redacted | | | | |
| Jones,Aliah | | Address Redacted | | | | |
| Jones,Chrystle | | Address Redacted | | | | |
| Jones,Jessica | | Address Redacted | | | | |
| Jones,Moriah | | Address Redacted | | | | |
| Jose Aponte,Linorka | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 4 of 9



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Joseph,Jasmin F | | Address Redacted | | | | |
| Jovanni Fonseca | | Address Redacted | | | | |
| Jusu,Malitta Beauty | | Address Redacted | | | | |
| Kaiser,Kayla T. | | Address Redacted | | | | |
| Kamann,Samantha | | Address Redacted | | | | |
| Kamel,Refqa B | | Address Redacted | | | | |
| Kassim,Adam | | Address Redacted | | | | |
| Katrevich,Irina | | Address Redacted | | | | |
| Keise Jr,Courtney | | Address Redacted | | | | |
| Kitchens,Trinity Lee | | Address Redacted | | | | |
| Klein,Cary Michelle | | Address Redacted | | | | |
| Klink,Aniah Nicole | | Address Redacted | | | | |
| Knipmeyer,Paul W | | Address Redacted | | | | |
| Kopniske,Sarah | | Address Redacted | | | | |
| Kucherov,Mark Yanovich | | Address Redacted | | | | |
| Kull,Elise M. | | Address Redacted | | | | |
| Kurima,Ashley | | Address Redacted | | | | |
| Lahoz,Karine Yuri Matsuda | | Address Redacted | | | | |
| Laigaie,Jessica Danielle | | Address Redacted | | | | |
| Lamberson,Bailee | | Address Redacted | | | | |
| Lane,Terkesha | | Address Redacted | | | | |
| Lange,Sierra M | | Address Redacted | | | | |
| Langston,Aaliyah Lynn | | Address Redacted | | | | |
| Ledezma,Matthew Nicholas | | Address Redacted | | | | |
| Lee,Vincent Michael | | Address Redacted | | | | |
| Legree,Le-Farah M | | Address Redacted | | | | |
| Leuthold,Makayla Rose | | Address Redacted | | | | |
| Lewellyn,Logan Marshall | | Address Redacted | | | | |
| Lewis,Camesha Ce Ce | | Address Redacted | | | | |
| Livensparger,Sara Catherine Marie | | Address Redacted | | | | |
| Lobo,Valeria | | Address Redacted | | | | |
| Logistxy Technologies, LLC | | 9600 Great Hills Trl | Ste 300E | Austin | TX | 78759-5681 |
| Lopez,Adramein | | Address Redacted | | | | |
| Lopez,Odalis Adilene | | Address Redacted | | | | |
| Lugo Martinez,Jose | | Address Redacted | | | | |
| Luhn,Brian | | Address Redacted | | | | |
| Lynch,Nikolas Giovanni | | Address Redacted | | | | |
| Magasiny,Marissa Caitlyn | | Address Redacted | | | | |
| Marchluk,Jessica | | Address Redacted | | | | |
| Marshall,Caden | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 5 of 9



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Martinez,Liz | | Address Redacted | | | | |
| Mayer,Timothy Scott | | Address Redacted | | | | |
| Mccann,Kiana Nkya | | Address Redacted | | | | |
| Mccollough,Bryce J | | Address Redacted | | | | |
| Mcconnell,Shyana | | Address Redacted | | | | |
| Mcewan,Kiara Selena | | Address Redacted | | | | |
| Mcgill,Imani R | | Address Redacted | | | | |
| Mcguire,Rebecca N | | Address Redacted | | | | |
| Mcmurtry,Tony Jaeden | | Address Redacted | | | | |
| Mcnair,Tylar | | Address Redacted | | | | |
| Mcwhite,Adaja J. | | Address Redacted | | | | |
| Meacham,Hailiey Joan | | Address Redacted | | | | |
| Meadows,Chance Perry | | Address Redacted | | | | |
| Mejia,Makayla Jordyn | | Address Redacted | | | | |
| Merica,Catherine J | | Address Redacted | | | | |
| Milton,Grace | | Address Redacted | | | | |
| Minchin,Alyssa Lynn | | Address Redacted | | | | |
| Misbah,Bisma | | Address Redacted | | | | |
| Mitchell,Dorian Elizabeth | | Address Redacted | | | | |
| Mivshek,Amber | | Address Redacted | | | | |
| Montanez,Anayse | | Address Redacted | | | | |
| Moore,Aryma Mya | | Address Redacted | | | | |
| Moore,Ishah M | | Address Redacted | | | | |
| Morales,Monica Marie | | Address Redacted | | | | |
| Morales,Tanayrie Z | | Address Redacted | | | | |
| Moreno,Jamie Suzet | | Address Redacted | | | | |
| Moshe,Nardeen | | Address Redacted | | | | |
| Muneses,Mitchell David | | Address Redacted | | | | |
| Murphy,Kristin Marie | | Address Redacted | | | | |
| Murray,Mary Ellen | | Address Redacted | | | | |
| Narasimhan,Shalini | | Address Redacted | | | | |
| Narvaez,Amber Marie | | Address Redacted | | | | |
| Nash,Maia | | Address Redacted | | | | |
| Neal,Jordan | | Address Redacted | | | | |
| Nelson,Janet L | | Address Redacted | | | | |
| Nolan,Timothy D | | Address Redacted | | | | |
| Nouhou,Bachir | | Address Redacted | | | | |
| Obaseki,Osaro O | | Address Redacted | | | | |
| Obias,Mary S | | Address Redacted | | | | |
| Oduro,Keren Nana | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ogden,Kelley Russell | | Address Redacted | | | | |
| Okonski,Mikayla A | | Address Redacted | | | | |
| Olson,Ben E | | Address Redacted | | | | |
| Osteen,Reagan M | | Address Redacted | | | | |
| Pace,Makaila | | Address Redacted | | | | |
| Parker,Aracely Marie | | Address Redacted | | | | |
| Patel,Mili | | Address Redacted | | | | |
| Patino,Samuel | | Address Redacted | | | | |
| Patterson,Jaleesa | | Address Redacted | | | | |
| Perry,Taylor | | Address Redacted | | | | |
| Pichardo,Summer | | Address Redacted | | | | |
| Polillo,Hannah Lene | | Address Redacted | | | | |
| Politis,Ioannis S | | Address Redacted | | | | |
| Prime,Autrela Marie | | Address Redacted | | | | |
| Pursifull,Joel | | Address Redacted | | | | |
| Qureshi,Rahhim A | | Address Redacted | | | | |
| Raake,Tate | | Address Redacted | | | | |
| Rackthai,Ashlee | | Address Redacted | | | | |
| Ramirez,Yesenia Flor | | Address Redacted | | | | |
| Raygoza,River Omero | | Address Redacted | | | | |
| Redman,Devon Ray | | Address Redacted | | | | |
| Reese,Ashley | | Address Redacted | | | | |
| Reynolds,Jerusa S | | Address Redacted | | | | |
| Riley,Jamel | | Address Redacted | | | | |
| Rivera,Robert N | | Address Redacted | | | | |
| Rizvi,Mohammad Hassan | | Address Redacted | | | | |
| Roberts,Katricia Lanae | | Address Redacted | | | | |
| Robinson,Britney S | | Address Redacted | | | | |
| Rogers,Courtney | | Address Redacted | | | | |
| Ruggerio,Adryona | | Address Redacted | | | | |
| Russell,Koral | | Address Redacted | | | | |
| Sabo,Megan | | Address Redacted | | | | |
| Salcedo-Achuy,Sebastian A | | Address Redacted | | | | |
| Sanchez,Jonathan A | | Address Redacted | | | | |
| Santiago,Joshua E. | | Address Redacted | | | | |
| Sargent,Samantha Lynn | | Address Redacted | | | | |
| Satterlee,Megan E | | Address Redacted | | | | |
| Saunders,Haley | | Address Redacted | | | | |
| Schlick,Kristin | | Address Redacted | | | | |
| Schneider,Jenna S | | Address Redacted | | | | |

 **STRETTO**

**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Sewall,Colleen Michelle | | Address Redacted | | | | |
| Shaabna,Shahd I | | Address Redacted | | | | |
| Siler,Marianna | | Address Redacted | | | | |
| Sims,Destinee Nicole Jael | | Address Redacted | | | | |
| Singleterry,Cathy | | Address Redacted | | | | |
| Slaven Ii,Howard S | | Address Redacted | | | | |
| Smalls,Mark A | | Address Redacted | | | | |
| Smith,Jade | | Address Redacted | | | | |
| Smith,Kimberly | | Address Redacted | | | | |
| Smith,Laura K | | Address Redacted | | | | |
| Smith,Parker | | Address Redacted | | | | |
| Sorenson,Elizabeth Marie | | Address Redacted | | | | |
| Sprague,Haylee Coy | | Address Redacted | | | | |
| Standberry,Stephanie | | Address Redacted | | | | |
| Strausbaugh,Tamara Lee | | Address Redacted | | | | |
| Streeter,Teiyona | | Address Redacted | | | | |
| Styles,Brittany | | Address Redacted | | | | |
| Swinton,Carmella | | Address Redacted | | | | |
| Tate,Selwyn Tyrone | | Address Redacted | | | | |
| Tennison,Natasha Nicole | | Address Redacted | | | | |
| Thao,Pang Nhia | | Address Redacted | | | | |
| Thiel,Olivia | | Address Redacted | | | | |
| Thomas,John F. | | Address Redacted | | | | |
| Thompson,Sebastian | | Address Redacted | | | | |
| Thornton,Aaliyah | | Address Redacted | | | | |
| Timbers,Breanne A | | Address Redacted | | | | |
| Tobias,Jasmyn S | | Address Redacted | | | | |
| Tondje,Angelique | | Address Redacted | | | | |
| Tontarski,Adam P | | Address Redacted | | | | |
| Torres Castellon,Juan L | | Address Redacted | | | | |
| Torres,Beatriz | | Address Redacted | | | | |
| Trevino,Martha E. | | Address Redacted | | | | |
| Turner,Raus | | Address Redacted | | | | |
| Tuttle,Rebecca | | Address Redacted | | | | |
| Vang,Gaonou | | Address Redacted | | | | |
| Vaughn,Nia | | Address Redacted | | | | |
| Vaughn,Stephanie | | Address Redacted | | | | |
| Vogt,Halli | | Address Redacted | | | | |
| Walters,Richard Scott | | Address Redacted | | | | |
| Warax,Bailey Nicole | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ware,Victoria | | Address Redacted | | | | |
| Washam,Amber Renee | | Address Redacted | | | | |
| Watkins,Ava Etania | | Address Redacted | | | | |
| Weber,Drew | | Address Redacted | | | | |
| Wendling,William C. | | Address Redacted | | | | |
| Wendt,Kim Kay | | Address Redacted | | | | |
| White,Gregory Larue | | Address Redacted | | | | |
| White,Jayla | | Address Redacted | | | | |
| White,Noah Nathan | | Address Redacted | | | | |
| White,Seth D | | Address Redacted | | | | |
| Wilkerson,Isaiah Alexander | | Address Redacted | | | | |
| Willer,Hayley | | Address Redacted | | | | |
| Williams,Artasia | | Address Redacted | | | | |
| Williams,Briana Kamyle | | Address Redacted | | | | |
| Williams,Daishanique | | Address Redacted | | | | |
| Williams,Denisha | | Address Redacted | | | | |
| Williams,Matthew Christopher | | Address Redacted | | | | |
| Williams,Rashonda | | Address Redacted | | | | |
| Williams,Sedrick | | Address Redacted | | | | |
| Williams,Terrance L. | | Address Redacted | | | | |
| Wilson,Stacie | | Address Redacted | | | | |
| Winton and Waits | | 115 E Daggett Ave | | Fort Worth | TX | 76104-1339 |
| Witten,Joshua S. | | Address Redacted | | | | |
| Woodley,Johannah E. | | Address Redacted | | | | |
| Wyatt,Sarah | | Address Redacted | | | | |
| XCel Energy | Xcel Energy Remit Processing | PO Box 4176 | | Carol Stream | IL | 60197-4176 |
| Yakoub,Anthony | | Address Redacted | | | | |
| Yang,Audrey | | Address Redacted | | | | |
| Zamrock,Tawni R | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 9 of 9