IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Express, Inc., *et al.*,[1] | ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | **Related to D.I. 181** |

**ORDER SETTING STATUS CONFERENCE ON *MOTION FOR A SHAREHOLDER'S COMMITTEE AND REQUEST FOR OTHER EMERGENCY RELIEF TO PREVENT FURTHER DAMAGE TO THE DEBTORS* [D.I. 181]**

Upon request of the parties after meeting and conferring, it is hereby **ORDERED** that the Court shall hold a status conference on **May 31, 2024 at 1:00 p.m. (Eastern time)** on the *Motion for a Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage to the Debtors* [D.I. 181] filed by Jeffrey M. Kurzon. Any party wishing to participate in the status conference may do so remotely by registering in advance using the *eCourtAppearances* tool available on the Court's website (http://www.deb.uscourts.gov/ecourt-appearances). The deadline to register for remote attendance is **4:00 p.m. (Eastern time) on May 30, 2024**. The Debtors are directed to serve this Order on Mr. Kurzon via overnight courier and electronic mail and file an affidavit of service with the Bankruptcy Court by **May 24, 2024**.

Dated: May 21, 2024
Wilmington, Delaware

Karen B. Owens
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.