UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

In re:

       **EXPRESS, INC., et al.**                         Case No. 24-10831 (KBO)
                                                        Chapter 11

                       Debtors.

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
_____

      **PLEASE TAKE NOTICE** that **AP 1519 - 1521 WALNUT ST., LP, AP NEWBURY STREET PORTFOLIO #1, LLC**, and **AP WASHINGTON, LLC** (collectively, the "AP Landlords") hereby request, as provided in 11 U.S.C. §§101(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

      Kiah T. Ford IV, Esq.
      Parker Poe Adams & Bernstein LLP
      620 South Tryon Street, Suite 800
      Charlotte, North Carolina 28202
      Telephone: (704) 372-9000

      **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

      **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of the AP Landlords' (i) right to have final orders in noncore matters entered only after *de novo* review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which the AP Landlords are or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments the AP Landlords expressly reserve. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court, including, without limitation, the United States Bankruptcy Court for the District of Delaware, all of which rights are reserved without prejudice.

      This the 22nd day of May, 2024.

                                                  /s/ Kiah T. Ford IV, Esq.
                                                  Kiah T. Ford IV, Esq.  (NC Bar No. 20979)
                                                  Parker Poe Adams & Bernstein LLP
                                                  620 South Tryon Street, Suite 800
                                                  Charlotte, North Carolina 28202
                                                  Telephone: (704) 372-9000
                                                  chipford@parkerpoe.com
                                                  *Attorney for the AP Landlords*