**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC, *et al.,*[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket Nos. 24 and 85** |
| | ) |

**NOTICE OF FIRST LIEN DIP ABL CREDIT AGREEMENT, SECOND**
**LIEN DIP TERM CREDIT AGREEMENT AND AMENDMENTS THERETO**

**PLEASE TAKE NOTICE** that on April 22, 2024 (the "Petition Date"), the above captioned debtors (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that on April 22, 2024 the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 24] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on April 24, 2024 the Court entered the *Interim Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 85] (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the First Lien DIP ABL Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the First Amendment to the First Lien DIP ABL Credit Agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is the Second Lien DIP Term Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is the First Amendment to the Second Lien DIP Term Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is a changed-pages redline marked to note changes to the First Lien DIP ABL Credit Agreement and the Second Lien DIP Term Credit Agreement.

Dated:  May 23, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone:   (302) 426-1189 | Telephone:    (212) 446-4800 |
| Facsimile:   (302) 426-9193 | Facsimile:    (212) 446-4900 |
| Email:   dpacitti@klehr.com | Email:    joshua.sussberg@kirkland.com |
|             myurkewicz@klehr.com |                 emily.geier@kirkland.com |
|             aradovanovich@klehr.com |                 nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone:   (215) 569-3007 | Telephone:    (312) 862-2000 |
| Facsimile:   (215) 568-6603 | Facsimile:    (312) 862-2200 |
| Email:   mbranzburg@klehr.com | Email:    charles.sterrett@kirkland.com |
| *Proposed Co-Counsel for the Debtors and Debtors in Possession* | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |