## Exhibit E

**Redline**

**Schedule 5.01(r)**
**Milestones**

| Event | Date |
|---|---|
| File motion to approve Specified Liquidation Agreement with respect to 95 Stores of the Debtors (such motion, the "Store Closing Sales Motion") acceptable to the Lenders. | Petition Date + 1 day |
| File Bidding Procedures Motion acceptable to the Lenders, which shall contemplate a going concern sale of all or substantially all of the remaining Stores (the "Going Concern Sale") and, in the alternative, (ii) orderly liquidation of all of the Company's assets, including (without limitation) an entire chain liquidation of all stores and all the assets relating thereto (the "Liquidation"). | Petition Date + 1 day |
| Entry of Store Closing Interim Order acceptable to the Lenders, which shall include approval for the Specified Liquidation Agents to act as the liquidation agents pursuant to the Specified Liquidation Agreement for any stores not included in the Going Concern Sale on the terms and conditions contained in the Specified Liquidation Agreement. | Petition Date + 3 days |
| Entry of Interim Order acceptable to the Lenders | Petition Date + 3 days |
| ~~Entry of Final Order acceptable to the Lenders~~ | ~~May 22, 2024~~ |
| ~~Entry of order approving Bidding Procedures Motion acceptable to the Lenders~~ | ~~May 22, 2024~~ |
| Either:<br><br>   (i)   Entry into a "stalking horse" purchase agreement for a Going Concern Sale that has no financing or due diligence outs and is otherwise in accordance with these milestones (a "GC Purchase Agreement"); or<br><br>   (ii)   Entry into a "stalking horse" agreement in the form of an agreement (the "Liquidation Agreement") for a Liquidation (either pursuant to a fee deal or equity deal). | May ~~22~~24, 2024 |
| Entry of Final Order acceptable to the Lenders | June 3, 2024 |
| Entry of order approving Bidding Procedures Motion acceptable to the Lenders | June 3, 2024 |
| If GC Purchase Agreement is entered into by May 22, 2024, then the following additional milestones shall apply: | |
| File GC Purchase Agreement with the Bankruptcy Court | May ~~23~~24, 2024 |
| Bid Deadline for Going Concern Sale | June 3, 2024 |
| Final Store List delivered to Lenders and Debtors for Going Concern Sale | June 3, 2024 |
| Auction Date for Going Concern Sale | June 5, 2024 |

| | |
|---|---|
| Entry of Sale Order approving the Going Concern Sale | June ~~7~~14, 2024 |
| Closing of Going Concern Sale | June ~~10~~18, 2024 |
| If Liquidation Agreement is entered into by May 22, 2024, then the following additional milestones shall apply: | |
| Bid Deadline for Liquidation | ~~May 24~~June 3, 2024 |
| Auction Date for Liquidation | ~~May 28~~June 5, 2024 |
| Entry of Order approving Liquidation Bid | ~~May 30~~June 6, 2024 |
| Commencement of Liquidation | ~~May 31~~June 7, 2024 |