1 | ERNIE ZACHARY PARK, State Bar #82616
2 | BEWLEY, LASSLEBEN & MILLER, LLP
3 | 13215 E. Penn Street, Suite 510
4 | Whittier, CA 90602-1797
5 | (562) 698-9771; (562) 309-8063 Fax
6 | Ernie.park@bewleylaw.com

RECEIVED
2024 MAY 28 AM 10: 53

Attorneys for Creditor FASHION ISLAND RETAIL LLC, a Delaware limited liability company

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

EXPRESS, INC.,

Debtor.

CASE NO. 24-10831-KBO

Chapter: 11

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for FASHION ISLAND RETAIL LLC, a Delaware limited liability company, creditors and parties-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002 (g), 2015(c), and 3017(a), the undersigned request that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served

///

///

///

///

Notice of Appearance and Request for All Notices and Pleadings

1

upon the following:

Ernie Zachary Park

BEWLEY, LASSLEBEN & MILLER, LLP

13215 E. Penn St., Suite 510

Whittier, CA 90602

(562) 698-9771; (562) 309-8063 Fax

ernie.park@bewleylaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telex, telecopy, facsimile or otherwise, which affects the debtor or the property of the debtor. The undersigned consents to electronic service.

Date: <u>May 20, 2024</u>

BEWLEY, LASSLEBEN & MILLER, LLP

By: _____
Ernie Zachary Park
Attorneys for Creditor FASHION
ISLAND RETAIL LLC, a Delaware
limited liability company

**PROOF OF SERVICE**
Code of Civil Procedure §§1013(a), 2015.5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 13215 E. Penn Street, Suite 510, Whittier, CA 90602.

On May 20, 2024, I served the foregoing document(s) described as NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Nicholas M. Adzima<br>Robert A. Diehl<br>Emily Geier<br>Joshua A. Sussberg<br>Mark Catherine Young<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave<br>New York, NY 10022 | Lindsey Blumenthal<br>Max M. Freedman<br>Michael B. Slade<br>Charles B. Sterrett<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, Il 60654 |
| Morton R. Branzburg<br>1835 Market S., 14th Flr<br>Philadelphia, CA 19103 | Tabitha De Paulo<br>KIRKLAND & ELLIS LLP<br>609 Main St<br>Houston, TX 77002 |
| Domenic E. Pacitti<br>KLEHR HARRISON HARVEY<br>Michael W. Yurkewicz<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | United States Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| John Henry Schanne, II<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |

[X] **[BY U.S. MAIL]** The envelope was mailed with postage thereon fully paid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\* Executed on May 20, 2024, at Whittier, California.

[X] (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the bar of the above-entitled court at whose direction this service was made.

*K. Ibarra*
K. Ibarra



**BEWLEY, LASSLEBEN & MILLER, LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
SUITE 510 WHITTIER SQUARE
13215 EAST PENN STREET
WHITTIER, CALIFORNIA 90602

United States Bankruptcy Court
Southern District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801