IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.,*<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Megan M. Wasson of Kramer Levin Naftalis & Frankel LLP to represent the Official Committee of Unsecured Creditors of Express, Inc., *et al.*, in this action.

Dated: May 28, 2024
                                          */s/ Lucian B. Murley*
                                          Lucian B. Murley (DE Bar No. 4892)
                                          **SAUL EWING LLP**
                                          1201 N. Market Street, Suite 2300
                                          P.O. Box 1266
                                          Wilmington, DE 19899
                                          (302) 421-6898

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 28, 2024
                                          */s/ Megan M. Wasson*
                                          Megan M. Wasson
                                          **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
                                          1177 Avenue of the Americas
                                          New York, NY 10036
                                          Telephone: (212) 715-9100
                                          Facsimile: (212) 715-8000
                                          mwasson@kramerlevin.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: May 28th, 2024**
**Wilmington, Delaware**
                                          **KAREN B. OWENS**
                                          **UNITED STATES BANKRUPTCY JUDGE**