IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

**RESTORE CAPITAL, LLC'S MOTION FOR AUTHORITY TO EXCEED PAGE LIMIT WITH RESPECT TO RESPONSE OF RESTORE CAPITAL, LLC, TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

ReStore Capital, LLC, as the Second Lien Prepetition Term Agent and the Second Lien DIP Term Agent (the "2L Agent"), by and through its undersigned counsel, hereby moves (the "Motion") this Court for the entry of an order pursuant to Rule 7007-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the 2L Agent to exceed the page limit requirement for the *Response of Restore Capital, LLC, to Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*Relief* (the "Response"), filed on the date hereof. In support of the Motion, 2L Agent respectfully represents as follows:

## BACKGROUND

1. On April 22, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. These cases are being jointly administered (the "Chapter 11 Cases"). *See Order Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 67].

2. On May 3, 2024, the United States Trustee for Region 3 appointed the Official Committee of Unsecured Creditors (the "Committee"). *See Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 154].

3. On April 22, 2024, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 24] (the "DIP Motion").

4. On April 24, 2024, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 85] (the "Interim Order"). Pursuant to the Interim Order, a hearing on entry of the Final Order was set for May 16, 2024, and the objection deadline was May 9, 2024. *See Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET)* [Docket No. 89].

5.      On May 24, 2024, the Committee filed the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 304] (the "Committee DIP Objection").

6.      The 2L Agent plans to file the Response. The 2L Agent's Response exceeds the amount of pages allowed by the Local Rules by approximately 7 pages. *See* Del Bankr. L.R. 7007- As such, the 2L Agent seeks leave of this Court for additional pages.

## RELIEF REQUESTED

7.      Pursuant to Local Rule 7007-2(a)(iv), the page limit for any reply brief is 15 pages, without leave of court.

8.      In the Response, the 2L Agent endeavored to be as concise as possible. However, in order to respond fully to the arguments presented by the Committee in the Committee DIP Objection and to present the Court with a full background of the bankruptcy cases, the 2L Agent was compelled to exceed the limits imposed on reply briefs by Local Rule 7007-2. Because the facts and arguments set forth in the Response will be helpful to the Court's final consideration of the DIP Motion, the 2l Agent believes that cause exists to modify the limitations otherwise imposed by Local Rule 7007-2. Accordingly, the 2L Agent respectfully requests that this Court grant leave to exceed the 15-page limit by 7 pages for the Response, so that the 2L Agent may set forth all of the facts and legal arguments providing further support for the DIP Motion and the 2L Agent's response to the Committee DIP Objection.

**CONCLUSION**

For the foregoing reasons, the 2L Agent respectfully requests that this Court enter an Order substantially in the form attached hereto as **Exhibit A** granting its request to exceed the 15-page limitation imposed by Local Rule 7007-2 with respect to the Response by approximately 7 pages.

Dated:  May 28, 2024　　　　　　　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　*/s/ Mark L. Desgrosseilliers*
　　　　　　　　　　　　　　　　　　　　　Mark L. Desgrosseilliers (No. 4083)
　　　　　　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 295-0191
　　　　　　　　　　　　　　　　　　　　　Email: desgross@chipmanbrown.com

　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　**ROPES & GRAY LLP**

　　　　　　　　　　　　　　　　　　　　　Gregg M. Galardi (No. 2991)
　　　　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10036-8704
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 596-9000
　　　　　　　　　　　　　　　　　　　　　Email: gregg.galardi@ropesgray.com

　　　　　　　　　　　　　　　　　　　　　Stephen L. Iacovo (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Eric P. Schriesheim (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　191 North Wacker Drive
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606-4302
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 596-9000
　　　　　　　　　　　　　　　　　　　　　Email: stephen.iacovo@ropesgray.com
　　　　　　　　　　　　　　　　　　　　　　　　　 eric.schriesheim@ropesgray.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to ReStore Capital, LLC*