IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before May 20, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)
- **Notice of Chapter 11 Bankruptcy Cases** (Docket No. 127)
- **Express Employee Cover Notice** (attached hereto as **Exhibit B**)

Furthermore, on May 20, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Zuniga,Crystal at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)
- **Notice of Chapter 11 Bankruptcy Cases** (Docket No. 127)

Furthermore, on or before May 21, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)
- **Notice of Chapter 11 Bankruptcy Cases** (Docket No. 127)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on May 21, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on King County Treasury at 201 S Jackson St, Seattle, WA 98104-3854:

- **Final Order Authorizing the Payment of Certain Taxes and Fees** (Docket No. 231)

Dated: May 28, 2024

Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of May, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **<u>Exhibit A</u>**

s



**Exhibit A**
Served Via First-Class Mail

| Name | Address |
|---|---|
| Abdrabbo,Ashlly | Address Redacted |
| Allen,Joshua | Address Redacted |
| Bell,Terri | Address Redacted |
| Cruz Barajas,Guillermo | Address Redacted |
| Diaz,Yessaret | Address Redacted |
| Fahey,Michael | Address Redacted |
| Ferraz,Jonnathan | Address Redacted |
| Gonzalez,Meylin | Address Redacted |
| Jones,Michelle | Address Redacted |
| Konster,Shemaiah | Address Redacted |
| Negron Rodriguez,Aracelis | Address Redacted |
| Rivera,Wilner | Address Redacted |
| Smiley,Shalunda | Address Redacted |
| Sodl,Michael | Address Redacted |
| Varrelmann,Carla | Address Redacted |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **<u>Exhibit B</u>**



April 25, 2024

Team,

As you know, Express is positioning itself for the future by taking steps that will strengthen the Company's financial position and enable us to continue advancing our business initiatives. To facilitate our sale process, Express has filed voluntary Chapter 11 petitions. As we move through the court-supervised process, you will occasionally receive legal notices in the mail. These materials are a usual part of the process and are design to keep you and our other stakeholders informed.

Enclosed you will find what is known as a "Notice of Commencement," which is required by the court to be mailed in connection with the beginning of the Chapter 11 proceedings.

Here are the important things to keep in mind:

- This notice has no impact on your employment, compensation or benefits.

- You are not required to take any action with respect to this notice.

- This notice is being sent to many of our stakeholders, including current and former employees, suppliers, partners, certain customers and others who have interacted with Express and our brands over the past few years.

- The notice contains certain details of the proceedings, such as the case number of the filing, along with other relevant information.

We will continue to provide updates of any key milestones as we move through this process.

We appreciate your continued hard work and dedication on behalf of Express.

Best,

*Stewart Glendinning*

Stewart Glendinning
Chief Executive Officer

# **<u>Exhibit C</u>**



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Anderson,Nicole A. | | Address Redacted | | | | |
| Annen,Madison M | | Address Redacted | | | | |
| Bala,Halie | | Address Redacted | | | | |
| Becker,Lindsay M | | Address Redacted | | | | |
| Beckford,Rhianna Mcmillian | | Address Redacted | | | | |
| Bejerano,Maddie G | | Address Redacted | | | | |
| Bell,April T | | Address Redacted | | | | |
| Benham,Emily M | | Address Redacted | | | | |
| Berruz,Alisson Anahi | | Address Redacted | | | | |
| Bizjak,Lisa M. | | Address Redacted | | | | |
| Boggs,Logan C | | Address Redacted | | | | |
| Bucolt,Olivia | | Address Redacted | | | | |
| Buenrostro,Laura | | Address Redacted | | | | |
| Buscher,Kirsten | | Address Redacted | | | | |
| Camacho,Jesus Roman | | Address Redacted | | | | |
| Camarillo,Erica | | Address Redacted | | | | |
| Campana 125, LLC | c/o David Adam Realty | 61 Wilton Rd | Ste 3 | Westport | CT | 06880-3121 |
| Carey,Christine | | Address Redacted | | | | |
| Carnero,Heidi | | Address Redacted | | | | |
| Castillo,Christian | | Address Redacted | | | | |
| Charbonneau,Michael P | | Address Redacted | | | | |
| Chavez,George | | Address Redacted | | | | |
| Chavez,Giselle | | Address Redacted | | | | |
| Cleveland,Lashanda | | Address Redacted | | | | |
| Communication Interface Technologies, LLC | | 1800 Teague Dr | Ste 500 | Sherman | TX | 75090-2908 |
| Compton,Janee | | Address Redacted | | | | |
| Cox,Ashlyn | | Address Redacted | | | | |
| Dandrea,Hannah | | Address Redacted | | | | |
| Darroca,Brigette | | Address Redacted | | | | |
| De Paz,Andrea | | Address Redacted | | | | |
| Deykes,Piper | | Address Redacted | | | | |
| Dudycha,Morgan | | Address Redacted | | | | |
| Dunn,Lindsey | | Address Redacted | | | | |
| Dunne,Carolyn | | Address Redacted | | | | |
| Figueroa,Rina M | | Address Redacted | | | | |
| Fisher,Thomas A | | Address Redacted | | | | |
| Foy-Kougha,Pierette | | Address Redacted | | | | |
| Frelix,Trinity Christiana | | Address Redacted | | | | |
| Garcia Ruiz,Julisa Nataly | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 4



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Gatan,Patrick M. | | Address Redacted | | | | |
| Griffin,Michael | | Address Redacted | | | | |
| Griffiths,Nathaniel | | Address Redacted | | | | |
| Gutierrez,Monica Sophia | | Address Redacted | | | | |
| Hamilton,Edmund Daniel | | Address Redacted | | | | |
| Harvey,Katie | | Address Redacted | | | | |
| Hastings,Johanna | | Address Redacted | | | | |
| Hastings,Olivia R | | Address Redacted | | | | |
| Haun,Karli A. | | Address Redacted | | | | |
| Haun,Kayla Jean | | Address Redacted | | | | |
| Her,Brian | | Address Redacted | | | | |
| Hodel,Ruby J | | Address Redacted | | | | |
| Houser,Alex Jean | | Address Redacted | | | | |
| Isaac,Nicole E | | Address Redacted | | | | |
| Jacquez,Christina Hope | | Address Redacted | | | | |
| Jobe,Juliana E | | Address Redacted | | | | |
| Jose Aponte,Linorka | | Address Redacted | | | | |
| Kaiser,Kayla T. | | Address Redacted | | | | |
| Kassim,Adam | | Address Redacted | | | | |
| Katrevich,Irina | | Address Redacted | | | | |
| Knipmeyer,Paul W | | Address Redacted | | | | |
| Koroma,Marie Leah | | Address Redacted | | | | |
| Langston,Aaliyah Lynn | | Address Redacted | | | | |
| Lee,Vincent Michael | | Address Redacted | | | | |
| Lewellyn,Logan Marshall | | Address Redacted | | | | |
| Lewis,Camesha Ce Ce | | Address Redacted | | | | |
| Lira,Leslie | | Address Redacted | | | | |
| Luhn,Brian | | Address Redacted | | | | |
| Lundquist,Emma Jeanne | | Address Redacted | | | | |
| Macadam,Charis Anna | | Address Redacted | | | | |
| Majors,Whinter | | Address Redacted | | | | |
| Marchluk,Jessica | | Address Redacted | | | | |
| Marketing & Research Resources LLC | | PO Box 428 | | Walkersville | MD | 21793-0428 |
| Mccann,Kiana Nkya | | Address Redacted | | | | |
| Mcguire,Rebecca N | | Address Redacted | | | | |
| Meacham,Hailiey Joan | | Address Redacted | | | | |
| Merritt,Kathryn | | Address Redacted | | | | |
| Montanez,Anayse | | Address Redacted | | | | |
| Montemayor,Vincent D | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 4



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mostofa,Nazma | | Address Redacted | | | | |
| Muneses,Mitchell David | | Address Redacted | | | | |
| Murray,Mary Ellen | | Address Redacted | | | | |
| Neal,Jordan | | Address Redacted | | | | |
| Newkirk,Treyana Karimah | | Address Redacted | | | | |
| Nixon,Chasity | | Address Redacted | | | | |
| Nompleggi,Victoria Li | | Address Redacted | | | | |
| Obias,Mary S | | Address Redacted | | | | |
| Ostermiller,Lori | | Address Redacted | | | | |
| Peck,Kara | | Address Redacted | | | | |
| Perez,Stephanie | | Address Redacted | | | | |
| Perez,Yodeli | | Address Redacted | | | | |
| Price,Darin | | Address Redacted | | | | |
| Rackthai,Ashlee | | Address Redacted | | | | |
| Raygoza,River Omero | | Address Redacted | | | | |
| Reed,Travis | | Address Redacted | | | | |
| Reese,Ashley | | Address Redacted | | | | |
| Reyes Jr.,Francisco | | Address Redacted | | | | |
| Rhodes,Johnathan Daniel | | Address Redacted | | | | |
| Rivera,Robert N | | Address Redacted | | | | |
| Robinson,Britney S | | Address Redacted | | | | |
| Sandy,Cindy Etha | | Address Redacted | | | | |
| Santos Martinez,Nisbeth | | Address Redacted | | | | |
| Schneider,Jenna S | | Address Redacted | | | | |
| Scott,Aleczander Todd | | Address Redacted | | | | |
| Semo,Braydon S | | Address Redacted | | | | |
| Shaabna,Shahd I | | Address Redacted | | | | |
| Shead,Jordan | | Address Redacted | | | | |
| Slaven Ii,Howard S | | Address Redacted | | | | |
| Smalls,Mark A | | Address Redacted | | | | |
| Smith,Kimberly | | Address Redacted | | | | |
| Smith,Laura K | | Address Redacted | | | | |
| Snyder,Roanika | | Address Redacted | | | | |
| Sorenson,Elizabeth Marie | | Address Redacted | | | | |
| Sosa,Javier | | Address Redacted | | | | |
| Standberry,Stephanie | | Address Redacted | | | | |
| Strausbaugh,Tamara Lee | | Address Redacted | | | | |
| Tate,Crystal Ann | | Address Redacted | | | | |
| Taylor,Anijah | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 3 of 4



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Tennison,Natasha Nicole | | Address Redacted | | | | |
| Thao,Pang Nhia | | Address Redacted | | | | |
| Tondje,Angelique | | Address Redacted | | | | |
| Vang,Gaonou | | Address Redacted | | | | |
| Vaughn,Nia | | Address Redacted | | | | |
| Verdugo Arellano,Carlos Joaquin | | Address Redacted | | | | |
| Walker,Leemonde | | Address Redacted | | | | |
| Ware,Victoria | | Address Redacted | | | | |
| Watkins,Taylor Ann | | Address Redacted | | | | |
| White,Gregory Larue | | Address Redacted | | | | |
| White,Seth D | | Address Redacted | | | | |
| Wilkerson,Isaiah Alexander | | Address Redacted | | | | |
| Williams,Artasia | | Address Redacted | | | | |
| Williams,Deondra | | Address Redacted | | | | |
| Williams,Jasmin Kristine | | Address Redacted | | | | |
| Williams,Terrance L. | | Address Redacted | | | | |
| W-LD Legends Owner VII, L.L.C. | c/o KKR Legends L.L.C. Red Legacy Asset Management | c/o Heather Trower | 4400 College Blvd Ste 180 | Leawood | KS | 66211-2326 |
| Youngblood,Taylor D. | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 4 of 4