## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 29, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on May 31, 2024 at 1:00 P.M. (ET)** (Docket No. 316)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: May 30, 2024

*Aurelie Blanadet*
_____
Aurelie I. Blanadet

State of Colorado      )
                       ) SS.
County of Denver       )

Subscribed and sworn before me this 30th day of May 2024 by Aurelie I. Blanadet.

*Danielle Harnden*
_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# <u>Exhibit A</u>



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | PO Box 417368 | | Boston | MA | 02241-7368 | |
| 1552 Broadway Retail Owner LLC | Attn: Legal Department | 80 State Street | | Albany | NY | 12207 | |
| Adobe Systems Inc. | Attn: Scott Burns | 75 Remittance Dr | #1025 | Chicago | IL | 60675-1025 | |
| AK Office of the Attorney General | Attn: Legal Department | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 | |
| AL Office of the Attorney General | Attn: Legal Department | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Alvarez & Marsal | Attn: Patricia Hong Sanjay Srikanth | 600 Madison Ave | 8th Floor | New York | NY | 10022 | |
| AR Office of the Attorney General | Attn: Legal Department | 323 Center St | Suite 200 | Little Rock | AR | 72201 | |
| AZ Office of the Attorney General | Attn: Legal Department | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Bernardo Manufacturing | Attn: Gregg Castelluci | 54 Taylor Dr | | East Providence | RI | 02916 | |
| BlueCore Inc | Attn: Liz Madsen | 124 Rivington St | | New York | NY | 10002 | |
| Brierley & Partners Inc. | Attn: E. Keller & S. Bollam | PO Box 847439 | | Dallas | TX | 75284 | |
| Brierley & Partners Inc. | Attn: Legal Department | 15303 Ventura Blvd | #400 | Sherman Oaks | CA | 91403 | |
| CA Office of the Attorney General | Attn: Legal Department | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CFL Distribution Inc | Attn: Lynda Wong | Hore de Macau Limitada | Avenida da Praia Grande | Edif Great Will | | 665 | Macau |
| Chacon | Attn: Armond M. Jackson | 2 Venture Parkway | Ste 240 | Irvine | CA | 92618 | |
| Chacon | Attn: Joseph Lavi | 8889 West Olympic Blvd | #200 | Beverly Hlls | CA | 90211 | |
| Chacon | Attn: Raul Perez | 1875 Century Park East | Suite 1000 | Los Angeles | CA | 90067 | |
| Chacon | Attn: Sahag Majarian | 18250 Ventura Blvd | | Tarzana | CA | 91356 | |
| CO Office of the Attorney General | Attn: Legal Department | 1300 Broadway 10th Floor | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| Commission Junction LLC | Attn: Camelia Gehrke | 4140 Solutions Center | #774140 | Chicago | IL | 60677-4001 | |
| Committee of Unsecured Creditors | c/o Saul Ewing LLP | 1201 North Market Street Suite 2300 | Attn: Luke Murley | Wilmington | DE | 19801 | |
| Crescent Bahuman Limited | Attn: Abdul Mateen Khan | 45-A Off Zahar Ali Rd | Golberg V | Lahore | | 54660 | Pakistan |
| CT Office of the Attorney General | Attn: Legal Department | 165 Capitol Avenue | | Hartford | CT | 06106 | |
| DC Office of the Attorney General | Attn: Legal Department | 441 4th St NW | Suite 1100 | Washington | DC | 20001 | |
| Delaware Department of Justice | Attn: Legal Department | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 | |
| EKFH LLC | c/o KLM Equities Inc. | 920 Broadway 17th Fl | Attn: Zachary Kleinhandler | New York | NY | 10010 | |
| E-Teen Company Limited | Attn: Legal Department | Rm 202 2Fl Sun Cheong Ind Bldg | 2-4 Cheung Yee Street | Lai Chi Kok Kowloon | | | Hong Kong |
| FL Office of the Attorney General | Attn: Legal Department | The Capitol Pl?01 | | Tallahassee | FL | 32399 | |
| Fortune Footwear Inc | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | New York | NY | 10013 | |
| GA Office of the Attorney General | Attn: Legal Department | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| GGP Columbia Mall | Attn: Troy Benson | Rouse Fashion Place | SDS-12-2780 PO Box 86 | Minneapolis | MN | 55486-2780 | |
| HI Office of the Attorney General | Attn: Legal Department | 425 Queen St | | Honolulu | HI | 96813 | |
| ID Office of the Attorney General | Attn: Legal Department | 700 W Jefferson St | Suite 210 | Boise | ID | 83720 | |
| IL Office of the Attorney General | Attn: Legal Department | 100 W Randolph St | James R. Thompson Center | Chicago | IL | 60601 | |
| IN Office of the Attorney General | Attn: Legal Department | 302 W Washington St 5th Floor | Indiana Government Center South | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Iowa Office of the Attorney General | Attn: Legal Department | 1305 E Walnut St Room 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| Jeffrey M. Kurzon | | Address on file | | | | | |
| Jeffrey Mead Kurzon | | Address on file | | | | | |
| Jennifer McCall | c/o Lynch Carpenter LLP | 1133 Penn Avenue 5th Floor | Attn: Gary F Lynch | Pittsburgh | PA | 15222 | |
| Jennifer McCall | c/o Lynch Carpenter LLP | 1234 Camino del Mar | Attn: Todd Carpenter & Scott Braden | Del Mar | CA | 92014 | |
| KS Office of the Attorney General | Attn: Legal Department | 120 SW 10th Ave | 2nd Floor | Topeka | KS | 66612 | |
| KY Office of the Attorney General | Attn: Legal Department | 700 Capitol Ave Suite 118 | Capitol Building | Frankfort | KY | 40601 | |
| LA Office of the Attorney General | Attn: Legal Department | 1885 N Third St | | Baton Rouge | LA | 70802 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Lever Style Ltd. | Attn: Chan Tan Lee Man | Wing Tai Centre Rm 76 Flat A 7th Fl | 12 Hing Yip Street | Kwun Tong Kowloon | | | Hong Kong |
| Li&Fung(Trading) Limited | Laurence Rudge & Gordon Chiang | 5th Floor Lifung Tower | 888 Cheung Sha Wan Road | Kowloon | | | Hong Kong |
| MA Office of the Attorney General | Attn: Legal Department | 1 Ashburton Pl 20th Floor | | Boston | MA | 02108 | |
| Macerich Cerritos LLC | Attn: Doug Healey | PO Box 849445 | | Los Angeles | CA | 90084-9445 | |
| Macerich Cerritos LLC | Attn: Legal Department | 401 Wilshire Boulevard | Suite 700 | Santa Monica | CA | 90401 | |
| Manchu Times Fashion Ltd | Attn: Michael Li Olivia Luk | 56 Dundas Street | Park-In Commercial Bldg Rm 1316 | Kowloon | | | Hong Kong |
| MD Office of the Attorney General | Attn: Legal Department | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of the Attorney General | Attn: Legal Department | 6 State House Station | | Augusta | ME | 04333 | |
| MGF Sourcing US LLC | Attn: Daniel Bloch | 4200 Regent Street | Suite 205 | Columbus | OH | 43219 | |
| MI Office of the Attorney General | Attn: Legal Department | 525 W Ottawa St 7th Floor | G. Mennen Williams Building | Lansing | MI | 48933 | |
| MN Office of the Attorney General | Attn: Legal Department | 445 Minnesota St | Suite 1400 | St. Paul | MN | 55101 | |
| MO Office of the Attorney General | Attn: Legal Department | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| Monument Consulting LLC | Attn: Allison Hutchcroft | 1800 Summit Ave | | Richmond | VA | 23230 | |
| Motives | Attn: Corey Baggett | 499th Avenue | 19th Floor | New York | NY | 10018 | |
| MS Office of the Attorney General | Attn: Legal Department | 550 High St Suite 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| MT Office of the Attorney General | Attn: Legal Department | 215 N Sanders | Justice Building 3rd Floor | Helena | MT | 59601 | |
| NC Office of the Attorney General | Attn: Legal Department | 114 W Edenton St | | Raleigh | NC | 27603 | |
| ND Office of the Attorney General | State Capitol | 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| NE Office of the Attorney General | Attn: Legal Department | 2115 State Capitol | | Lincoln | NE | 68509 | |
| NewTimes Development Limited | Attn: Sue Lee Eunice Kim | Ayazaga Mah. Mimar Sinan Sok. | No:21 B/34Sariyer | Istanbul | | | Turkey |
| NH Office of the Attorney General | NH Department of Justice | 33 Capitol St | | Concord | NH | 03301 | |
| NJ Office of the Attorney General | Attn: Legal Department | 25 Market St 8th Floor West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| NM Office of the Attorney General | Attn: Legal Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | |
| NV Office of the Attorney General | Attn: Legal Department | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| NY Office of the Attorney General | Attn: Legal Department | The Capitol | | Albany | NY | 12224 | |
| Office of the US Trustee of DE | Attn:  John Schanne | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| OH Dept of Job and Family Services | Attn: Legal Department | 30 E Broad St | | Columbus | OH | 43215 | |
| Ohio Department of Taxation | Attn: Legal Department | 4485 Northland Ridge Blvd | | Columbus | OH | 43229 | |
| Ohio Office of the Attorney General | Attn: Legal Department | 30 E Broad St 14th Floor | State Office Tower | Columbus | OH | 43215 | |
| OK Office of the Attorney General | Attn: Legal Department | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| OR Office of the Attorney General | Attn: Legal Department | 1162 Court St NE | | Salem | OR | 97301 | |
| PA Office of the Attorney General | Attn: Legal Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | |
| Pacific Buying & Marketing Srvc Ltd | Attn: Carol Hong | PBMS Building 538 Bongcheon-ro | Gwanak-gu | Seoul | | 08789 | Republic of Korea |
| Pandera Systems LLC | Attn: Steve Jones | 189 S Orange Ave | Ste 1250 | Orlando | FL | 32801 | |
| Queens Center SPE LLC | Attn: Doug Healey | PO Box 849433 | | Los Angeles | CA | 90084-9433 | |
| Queens Center SPE LLC | Attn: Legal Department | 90-15 Queens Boulevard | | Elmhurst | NY | 11373 | |
| Radial Inc | Attn: Emily Busch Jones | 935 First Avenue | | King of Prussia | PA | 19406 | |
| Radial Inc | Attn: Kat Gibson Emily Jones | PO Box 204113 | | Dallas | TX | 75320-4114 | |
| ReStore Capital | Attn: Legal Department | 5 Revere Drive | Suite 206 | Northbrook | IL | 60062 | |
| ReStore Capital, LLC | c/o Ropes and Gray LLP | 191 North Wacker Drive 32nd Floor | Attn: Stephen L. Iacovo | Chicago | IL | 60606 | |
| ReStore; First Eagle; Gordon Bros | c/o Ropes & Gray LLP | 1211 Avenue of the Americas | Attn: Gregg M. Galardi | New York | NY | 10036 | |
| RI Office of the Attorney General | Attn: Legal Department | 150 S Main St | | Providence | RI | 02903 | |
| Ropa Siete Leguas Inc | CMT de La Laguna S.A. DE C.V. | 495 East Mound Street | c/o Dana & Pariser Co. L.P.A. | Columbus | OH | 43215 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 3



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Ropa Siete Leguas Inc | CMT de La Laguna S.A. DE C.V. | 500 N Mesa St | Ste 300 | El Paso | TX | 79901-1224 | |
| RR Donnelley | Attn: Todd Fallon | 7810 Solution Center | | Chicago | IL | 60677-7008 | |
| Salesforce Inc | Attn: Kevin Ramirez | PO Box 203141 | | Dallas | TX | 75320-3141 | |
| Salesforce Inc | Attn: Legal Department | 415 Mission Street 3rd Floor | Salesforce Tower | San Francisco | CA | 94105 | |
| SC Office of the Attorney General | Attn: Legal Department | 1000 Assembly St Room 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| SD Office of the Attorney General | Attn: Legal Department | 1302 E Hwy 14 | Suite 1 | Pierre | SD | 57501 | |
| Securities and Exchange Commission | Attn: Andrew Calamari Rd | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | Attn: Legal Department | 100 F Street NE | | Washington | DC | 20549 | |
| Silver Crest Clothing PVT LTD | Attn: Gautam Golchha | Plot No. 4E1 & E2 | Kiadb Industrial Area | Attibele | KA | 562107 | India |
| Simon Capital GP | Attn: Jon Murphy | 867925 Reliable Pkwy | | Chicago | IL | 60686-0079 | |
| State Of Delaware | Department of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| Tanger Properties LP | Attn: Justin Stein | PO Box 414225 | | Boston | MA | 02241-4225 | |
| Tanger Properties LP | Attn: Legal Department | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| TN Office of the Attorney General | Attn: Legal Department | 301 6th Ave N | | Nashville | TN | 37243 | |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | 5F-7 No. 1 Fu Hsing North Road | | Taipei | | ROC105 | Taiwan |
| TX Office of the Attorney General | Attn: Legal Department | 300 W 15th St | | Austin | TX | 78701 | |
| Urban Crown Limited | Attn: Kevin Moylan | 1101 West Tower,Exchange Rd | Ortigas Ctr | Pasig City | | 1605 | Philippines |
| US Attorney's Office For DE | Attn: Officer or Director | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Utah Office of the Attorney General | Attn: Legal Department | 350 N State St Suite 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| VA Office of the Attorney General | Attn: Legal Department | 202 N Ninth St | | Richmond | VA | 23219 | |
| VT Office of the Attorney General | Attn: Legal Department | 109 State St | | Montpelier | VT | 05609 | |
| WA Office of the Attorney General | Attn: Legal Department | 1125 Washington St SE | | Olympia | WA | 98501 | |
| Wells Fargo Bank N.A. | Attn: Legal Department | One Boston Place | 18th Floor | Boston | MA | 02103 | |
| Wells Fargo Bank NA | Attn: Emily Abrahamson | 125 High Street | 11th Floor | Boston | MA | 02110 | |
| Wells Fargo Bank NA | c/o Goldberg Kohn Ltd. | 55 East Monroe Street Suite 3300 | Klein Karcazes Radner Gadzheva | Chicago | IL | 60603-5792 | |
| Wells Fargo Bank Natl Association | c/o Richards Layton & Finger | 920 North King Street | J. Knight, P. Heath, A. Steiger | Wilmington | DE | 19801 | |
| Wells Fargo Retail Finance LLC | Attn: Legal Department | One Boston Place | 18th Floor | Boston | MA | 02103 | |
| Wells Fargo; BOFA; US Bank et al | c/o Goldberg Kohn Ltd. | 55 E Monroe Street Suite 3300 | Attn: Klein Karczes Radner Gadzheva | Chicago | IL | 60603 | |
| Wells Fargo; BOFA; US Bank et al | c/o Richard Layton & Finger | 920 N King Street | Attn:  Knight Steiger Heath | Wilmington | DE | 19801 | |
| WI Office of the Attorney General | Attn: Legal Department | 114 E State Capitol | | Madison | WI | 53702 | |
| WV Office of the Attorney General | State Capitol | 1900 Kanawha Blvd E Bldg 1 | Room E-26 | Charleston | WV | 25305 | |
| WY Office of the Attorney General | Attn: Legal Department | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 3 of 3

# Exhibit B



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | | brett.herschenfeld@slgreen.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | john.cannizzaro@icemiller.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | louis.delucia@icemiller.com alysonfiedler@icemiller.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com zarnighiann@ballardspahr.com shahbazis@ballardspahr.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com brannickn@ballardspahr.com |
| Adobe Systems, Inc. | Attn: Scott Burns | | sburns@adobe.com |
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | | phong@alvarezandmarsal.com sanjay.srikanth@alvarezandmarsal.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Arizona Office of the Attorney General | Consumer Information and Complaints | | aginfo@azag.gov consumerinfo@azag.gov |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | cmbrosius@vorys.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | tscobb@vorys.com |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | bmuchinsky@illuminatelg.com |
| BlueCore Inc | Attn: Liz Madsen | | liz.madsen@bluecore.com |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | | elisabeth.keller@capillarytech.com sridhar.bollam@capillarytech.com |
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | jcarr@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com kdwbankruptcydepartment@kelleydrye.com |
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Broward County, Florida | c/o The Records, Taxes and Treasury Division | Attn: Scott Andron | sandron@broward.org |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Scott Andron | sandron@broward.org |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | mkurzman@carmodylaw.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Fred B. Ringel, Clement Yee | fringel@leechtishman.com<br>cyee@leechtishman.com |
| CFL Distribution Inc | Attn: Lynda Wong | | lynda_wong@cflhk.com |
| Chacon | Attn: Armond M. Jackson | | ajackson@jacksonapc.com |
| Chacon | Attn: Raul Perez | | raul.perez@capstonelawyers.com |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D Reece | lreece@pbfcm.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | bankruptcy@abernathy-law.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | jhaithcock@burr.com |
| Commission Junction LLC | Attn: Camelia Gehrke | | camelia.gehrke@cj.com |
| Crescent Bahuman Limited | Attn: Abdul Mateen Khan | | amateen@crescentbahuman.com |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Delaware Department of Justice | | | attorney.general@state.de.us |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | jgiampolo@rosenbergestis.com |
| Express, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | daniel.daines@kirkland.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradovanovich@klehr.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: BJWKO-D7AAH-PWHBA-4G5CD



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Fashion Island Retail LLC | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Fortune Footwear Inc | Attn: Thomas Paccione | | tpaccione@fortunefootwear.com |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| GGP Columbia Mall | Attn: Troy Benson | | troy.benson@bpretail.com |
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Jeffrey M. Kurzon | | | Email address on file |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | gary@lcllp.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | todd@lcllp.com<br>scott@lcllp.com |
| Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson | | legal@taxcollector.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | | eddie.chan@leverstyle.com<br>william.tan@leverstyle.com<br>derek.lee@leverstyle.com<br>winnie.man@leverstyle.com |
| Li&Fung(Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | | laurencerudge@lifung.com<br>gordonchiang@lifung.com<br>legalnotices@lifung.com |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Thomas J. Francella, Jr & Richard W. Riley | tfrancella@whitefordlaw.com<br>rriley@whitefordlaw.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmonroe@pbfcm.com<br>lmbkr@pbfcm.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: BJWKO-D7AAH-PWHBA-4G5CD



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Macerich Cerritos LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | | jrich@madisoncountyal.gov |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | | michaelli@manchutimesfashion.com <br> olivialuk@manchutimesfashion.com |
| Manchu Times Fashion Ltd | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | tklestadt@klestadt.com |
| Maryland Office of the Attorney General | | | oag@oag.state.md.us |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | | dbloch@mgfsourcing.com |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Monument Consulting LLC | Attn: Allison Hutchcroft | | allison.hutchcroft@monumentconsulting.com |
| Motives | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | | | attorneygeneral@doj.nh.gov |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | | suelee@newtimesgroup.com <br> eunicekim@newtimesgroup.com |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | jcarbino@leechtishman.com |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel & Clement Yee | fringel@leechtishman.com <br> cyee@leechtishman.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | cmwinter@duanemorris.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | jbillingsley@duanemorris.com |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | | john.schanne@usdoj.gov <br> ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com <br> rschmidt@kramerlevin.com <br> nallard@kramerlevin.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 4 of 6

Document Ref: BJWKO-D7AAH-PWHBA-4G5CD



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | luke.murley@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Luke Murley | luke.murley@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | | carolhong@pbms.biz |
| Pandera Systems, LLC | Attn: Steve Jones | | steve.jones@66degrees.com |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | joaquin.alemany@hklaw.com |
| PREIT Services, LLC | c/o Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Radial Inc | Attn: Kat Gibson, Emily Jones | | gibsonk@radial.com<br>ejones@radial.com |
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com |
| ReStore Capital, LLC | c/o Ropes and Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | atanenbaum@dplawyers.com |
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| Salesforce Inc | Attn: Kevin Ramirez | | kramirez@salesforce.com |
| Silver Crest Clothing PVT LTD - Unit III | Attn: Gautam Golchha | | gautam@silvercrest.in |
| Simon Capital GP | Attn: Jon Murphy | | jonmurphy@simon.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| Simon Property Group, Inc. | c/o Offit Kurman, P.A. | Attn: Brian J. McLaughlin | brian.mclaughlin@offitkurman.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | cmiller@morrisnichols.com |
| Tanger Properties Limited Partnership | Attn: Justin Stein | | js@tanger.com |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | | keven@totefashion.com.tw |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 5 of 6

 **STRETTO**

**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Travis County | Attn: Jason A. Starks | | jason.starks@traviscountytx.gov |
| Urban Crown Limited | Attn: Kevin Moylan | | kevin@crownsmart.com |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | | emily.abrahamson@wellsfargo.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com dimitri.karcazes@goldbergkohn.com keith.radner@goldbergkohn.com eva.gadzheva@goldbergkohn.com |
| Wells Fargo Bank, National Association | c/o Richards Layton & Finger | Attn: John H. Knight, Paul N. Heath, Alexander R. Steiger | knight@rlf.com heath@rlf.com steiger@rlf.com |
| WHP Global | c/o Morris, Nicholas, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@morrisnichols.com |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | jafeltman@wlrk.com bsarfa@wlrk.com |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com eseverini@fbtlaw.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: BJWKO-D7AAH-PWHBA-4G5CD