IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024 (via CM/ECF, email and first class mail) and May 29, 2024 (via first class mail), I caused copies of the *Response of Wells Fargo Bank, National Association, as First Lien Prepetition ABL Agent And First Lien DIP ABL Agent, (I) to Objection of the Official Committee of Unsecured Creditors and (II) in Support of Debtors' Motion Seeking Final Approval of Debtor-In-Possession Financing* [Docket No. 312] to be served upon the service list attached hereto in the manner indicated.

*/s/ Alexander R. Steiger*
Alexander R. Steiger (No. 7139)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

RLF1 31038937v.1