| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | | 80 State Street | | Albany | NY | 12207 | | | 5/29/2024 First-Class Mail |
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | PO Box 417368 | | Boston | MA | 02241-7368 | 212-216-1670 | brett.herschenfeld@slgreen.com | 5/29/2024 First-Class Mail |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | 1500 Broadway, Suite 2900 | New York | NY | 10036 | 212-835-6315 | louis.delucia@icemiller.com; alysonfiedler@icemiller.com | 5/28/24 via CM/ECF & Courtsey Email |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | 250 West Street, Suite 700 | Columbus | OH | 43215-7509 | 614-462-2700 | john.cannizzaro@icemiller.com | 5/28/24 via CM/ECF & Courtsey Email |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | 919 N Market Street, 11th Floor | Wilmington | DE | 19801-3034 | 302-252-4465 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; brannickn@ballardspahr.com | 5/28/24 via CM/ECF & Courtsey Email & First-Class Mail |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | 2029 Century Park East, Suite 1400 | Los Angeles | CA | 90067-2915 | 424-204-4400 | branchd@ballardspahr.com; zarnighiann@ballardspahr.com; shahbazis@ballardspahr.com | 5/28/24 via CM/ECF & Courtsey Email |
| Adobe Systems, Inc. | Attn: Scott Burns | 75 Remittance Dr | #1025 | Chicago | IL | 60675-1025 | 630-262-6202 | sburns@adobe.com | 5/29/2024 First-Class Mail |
| Alabama Office of the Attorney General | | 501 Washington Ave | | Montgomery | AL | 36104 | 334-242-7300 | | 5/29/2024 First-Class Mail |
| Alaska Office of the Attorney General | | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 | 907-269-5100 | attorney.general@alaska.gov | 5/29/2024 First-Class Mail |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | 600 Madison Ave | 8th Floor | New York | NY | 10022 | | phong@alvarezandmarsal.com; Sanjay.Srikanth@alvarezandmarsal.com | 5/29/2024 First-Class Mail |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd | Beachwood | OH | 44122 | 216-220-1129 | ahochheiser@mauricewutscher.com | 5/28/24 First-Class Mail |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | 620 South Tryon Street | Charlotte | NC | 28202 | 704-372-9000 | chipford@parkerpoe.com | 5/28/24 via CM/ECF & Courtsey Email |
| Arizona Office of the Attorney General | Consumer Information and Complaints | 2005 N Central Ave | | Phoenix | AZ | 85004 | 602-542-5025 | aginfo@azag.gov; consumerinfo@azag.gov | 5/29/2024 First-Class Mail |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | Little Rock | AR | 72201 | 501-682-2007 | | 5/29/2024 First-Class Mail |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | 52 East Gay Street | Columbus | OH | 43215 | 614-464-8322 | tscobb@vorys.com | 5/28/24 via CM/ECF & Courtsey Email |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | 200 Public Square, Suite 1400 | Cleveland | OH | 44144 | 216-479-6189 | cmbrosius@vorys.com | 5/28/24 via CM/ECF & Courtsey Email |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | 500 Delaware Avenue, 8th Floor | Wilmington | DE | 19801 | 302-504-3728 | mdebaecke@ashbygeddes.com | 5/28/24 via CM/ECF & Courtsey Email |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | 10500 NE 8th Street, Suite 850 | Bellevue | WA | 98004 | 425-289-5555 | bmuchinsky@illuminatelg.com | 5/28/24 via CM/ECF & Courtsey Email |
| Bernardo Manufacturing | Attn: Gregg Castelluci | 54 Taylor Dr | | East Providence | RI | 02916 | 401-272-2885 | | 5/29/2024 First-Class Mail |
| BlueCore Inc | Attn: Liz Madsen | 124 Rivington St | | New York | NY | 10002 | 512-554-6565 | liz.madsen@bluecore.com | 5/29/2024 First-Class Mail |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | PO Box 847439 | | Dallas | TX | 75284 | | elisabeth.keller@capillarytech.com; sridhar.bollam@capillarytech.com | 5/29/2024 First-Class Mail |
| Brierley & Partners, Inc. | | 15303 Ventura Blvd | #400 | Sherman Oaks | CA | 91403 | 323-965-4000 | | 5/29/2024 First-Class Mail |
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | 3 World Trade Center | New York | NY | 10007 | 212-808-7800 | jcarr@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com | 5/28/24 via CM/ECF & Courtsey Email |
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 N Market St | Wilmington | DE | 19801 | 302-472-7420 | skaufman@skaufmanlaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Broward County, Florida | c/o The Records, Taxes and Treasury Division | Attn: Scott Andron | 115 S Andrews Avenue, Suite A-100 | Fort Lauderdale | FL | 33301 | 954-357-7600 | sandron@broward.org | 5/28/24 via CM/ECF & Courtsey Email |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Scott Andron | 115 S Andrews Ave, Rm 423 | Ft Lauderdale | FL | 33301 | 954-357-7600 | sandron@broward.org | 5/28/24 via CM/ECF & Courtsey Email |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | 2805 Fountain Plaza Blvd | Edinburg | TX | 78539 | 956-631-4026 | edinburgbankruptcy@pbfcm.com | 5/28/24 via CM/ECF & Courtsey Email |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 North Market Street | Wilmington | DE | 19801 | 302-428-8191 | whazeltine@sha-llc.com | 5/28/24 via CM/ECF & Courtsey Email |
| California Office of the Attorney General | | PO Box 944255 | | Sacramento | CA | 94244-2550 | 916-210-6276 | bankruptcy@coag.gov | 5/29/2024 First-Class Mail |
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | 1055 Washington Blvd. 4th Fl | Stamford | CT | 06901 | 203-425-4200 | mkurzman@carmodylaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Fred B. Ringel, Clement Yee | 875 Third Avenue, 9th Floor | New York | NY | 10022 | 212-603-6300 | fringel@leechtishman.com; cyee@leechtishman.com | 5/28/24 via CM/ECF & Courtsey Email |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | 1007 N Orange Street, Suite 420 | Wilmington | DE | 19801 | 302-985-9805 | jcarbino@leechtishman.com | 5/28/24 via CM/ECF & Courtsey Email |
| CFL Distribution Inc | Attn: Lynda Wong | Hore de Macau Limitada | Avenida da Praia Grande | Edif Great Will | | 665 | 853-2897-3743 | Lynda_wong@cflhk.com | 5/29/2024 First-Class Mail |
| Chacon | Attn: Raul Perez | 1875 Century Park East | Suite 1000 | Los Angeles | CA | 90067 | 310-556-4881 | raul.perez@capstonelawyers.com | 5/28/24 First-Class Mail |
| Chacon | Attn: Armond M. Jackson | 2 Venture Parkway | Ste 240 | Irvine | CA | 92618 | 949-281-6857 | ajackson@jacksonapc.com | 5/29/2024 First-Class Mail |
| Chacon | Attn: Sahag Majarian | 18250 Ventura Blvd | | Tarzana | CA | 91356 | 944-978-2683 | | 5/29/2024 First-Class Mail |
| Chacon | Attn: Joseph Lavi | 8889 West Olympic Blvd | #200 | Beverly Hlls | CA | 90211 | 310-362-2016 | | 5/29/2024 First-Class Mail |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan Street, Suite 2200 | San Antonio | TX | 78205 | 210-225-6763 | sanantonio.bankruptcy@lgbs.com | 5/29/2024 First-Class Mail |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D Reece | 1919 S Shiloh Rd | Garland | TX | 75042 | 972-278-8282 | lreece@pbfcm.com | 5/28/24 First-Class Mail |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | 1700 Redbud Blvd | McKinney | TX | 75069 | 214-544-4000 | bankruptcy@abernathy-law.com | 5/28/24 via CM/ECF & Courtsey Email |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | Denver | CO | 80203 | 720-508-6000 | | 5/29/2024 First-Class Mail |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | Wilmington | DE | 19801 | 302-830-2312 | jfalgowski@burr.com | 5/28/24 via CM/ECF & Courtsey Email |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | 420 N 20th Street, Suite 3400 | Birmingham | AL | 35203 | 205-458-5277 | jhaithcock@burr.com | 5/29/2024 First-Class Mail |
| Commission Junction LLC | Attn: Camelia Gehrke | 4140 Solutions Center | #774140 | Chicago | IL | 60677-4001 | 415-471-3867 | camelia.gehrke@cj.com | 5/29/2024 First-Class Mail |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 | 860-808-5318 | | 5/29/2024 First-Class Mail |
| Crescent Bahuman Limited | Attn: Abdul Mateen Khan | 45-A Off Zahar Ali Rd | Golberg V | Lahore | | 54660 | 92-345-767-6994 | amateen@crescentbahuman.com | 5/29/2024 First-Class Mail |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | 500 E Border St | Arlington | TX | 76010 | 817-461-3344 | ebcalvo@pbfcm.com | 5/28/24 First-Class Mail |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 3 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | Houston | TX | 77253-3064 | 713-844-3400 | houston_bankruptcy@lgbs.com | 5/29/2024 First-Class Mail |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | PO Box 5315 | Princeton | NJ | 08543 | 609-219-7458; 609-791-70 | tonder@stark-stark.com; jlemkin@stark-stark.com | 5/28/24 via CM/ECF & Courtsey Email |
| Delaware Department of Justice | | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 | 302-577-8400 | Attorney.General@state.DE.US | 5/29/2024 First-Class Mail |
| District of Columbia Office of the Attorney General | | 441 4th St NW | Suite 1100 | Washington | DC | 20001 | 202-727-3400 | | 5/29/2024 First-Class Mail |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | 999 18th Street | Denver | CO | 80202 | 303-996-8637 | kevin@ksnpc.com | 5/28/24 First-Class Mail |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II | 1007 North Orange St | Wilmington | DE | 19801-1242 | 302-592-6496; 302-592-64 | jbarsalona@pashmanstein.com | 5/28/24 via CM/ECF & Courtsey Email |
| E-Teen Company Limited | | Rm 202, 2Fl, Sun Cheong Industrial Bldg | 2-4 Cheung Yee Street | Lai Chi Kok | Kowloon | | | | 5/29/2024 First-Class Mail |
| EKFH LLC | c/o KLM Equities Inc. | Attn: Zachary Kleinhandler | 920 Broadway 17th Fl | New York | NY | 10010 | | | 5/29/2024 First-Class Mail |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | 1225 King Street | Wilmington | DE | 19801 | 302-388-1944 | mjoyce@mjlawoffices.com | 5/28/24 via CM/ECF & Courtsey Email |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | 733 Third Avenue | New York | NY | 10022 | 212-551-1273 | jgiampolo@rosenbergestis.com | 5/28/24 First-Class Mail |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | 919 North Market Street, Suite 1000 | Wilmington | DE | 19801 | | dpacitti@klehr.com; myurkewicz@klehr.com; aradovanovich@klehr.com | 5/28/24 via CM/ECF & Courtsey Email |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | 601 Lexington Avenue | New York | NY | 10022 | | joshua.sussberg@kirkland.com; emily.geier@kirkland.com; nicholas.adzima@kirkland.com | 5/28/24 First-Class Mail |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street, Suite 1400 | Philadelphia | PA | 19103 | | mbranzburg@klehr.com | 5/28/24 via CM/ECF & Courtsey Email |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | 333 West Wolf Point Plaza | Chicago | IL | 60654 | | charles.sterrett@kirkland.com | 5/28/24 First-Class Mail |
| Express, Inc., et al. | Attn: Laurel Krueger | One Express Drive | | Columbus | OH | 43230 | | lakrueger@express.com | 5/29/2024 First-Class Mail |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | 95 S State St | Salt Lake City | UT | 84111 | | daniel.daines@kirkland.com | 5/29/2024 First-Class Mail |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 4 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Fashion Island Retail LLC | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E Penn St, Suite 510 | Whittier | CA | 90602 | 562-698-9771 | ernie.park@bewleylaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | 919 N Market Street, 11th Floor | Wilmington | DE | 19801-3034 | 302-252-4465 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; brannickn@ballardspahr.com | 5/28/24 via CM/ECF & Courtsey Email |
| Florida Office of the Attorney General | | The Capitol Pl?01 | | Tallahassee | FL | 32399 | 850-414-3300 | | 5/29/2024 First-Class Mail |
| Fortune Footwear Inc | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | New York | NY | 10013 | 212-431-6480 | tpaccione@fortunefootwear.com | 5/29/2024 First-Class Mail |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | One Battery Park Plaza, 34th Fl | New York | NY | 10004 | 212-510-2296 | mmcmahon@cullenllp.com | 5/28/24 via CM/ECF & Courtsey Email |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | Atlanta | GA | 30334 | 404-656-3300 | | 5/29/2024 First-Class Mail |
| GGP Columbia Mall | Attn: Troy Benson | Rouse Fashion Place | SDS-12-2780, PO Box 86 | Minneapolis | MN | 55486-2780 | 312-960-5796 | Troy.Benson@bpretail.com | 5/29/2024 First-Class Mail |
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | 1801 S MoPac Expressway | Austin | TX | 78746 | 512-236-9901 | streusand@slollp.com | 5/28/24 via CM/ECF & Courtsey Email |
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | PO Box 2848 | Houston | TX | 77252 | 346-286-8899 | taxbankruptcy.cao@harriscountytx.gov | 5/29/2024 First-Class Mail |
| Hawaii Office of the Attorney General | | 425 Queen St | | Honolulu | HI | 96813 | 808-586-1500 | hawaiiag@hawaii.gov | 5/29/2024 First-Class Mail |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 | 302-295-0191 | desgross@chipmanbrown.com | 5/28/24 via CM/ECF & Courtsey Email |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | 1235 North Loop West | Houston | TX | 77008 | 713-862-1860 | mvaldez@pbfcm.com | 5/28/24 via CM/ECF & Courtsey Email |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | Boise | ID | 83720 | 208-334-2400 | | 5/29/2024 First-Class Mail |

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | Chicago | IL | 60601 | 312-814-3000 | | 5/29/2024 First-Class Mail |
| Indiana Office of the Attorney General | | Indiana Government Center South | 302 W Washington St | Indianapolis | IN | 46204 | 317-232-6201 | | 5/29/2024 First-Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 800-973-0424 | | 5/29/2024 First-Class Mail |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 | 515-281-5164 | | 5/29/2024 First-Class Mail |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | 1234 Camino del Mar | Del Mar | CA | 92014 | 619-762-1903 | todd@lcllp.com; scott@lcllp.com | 5/29/2024 First-Class Mail |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | 1133 Penn Avenue | Pittsburgh | PA | 15222 | 412-322-9243 | gary@lcllp.com | 5/29/2024 First-Class Mail |
| Kansas Office of the Attorney General | | 120 SW 10th Ave | 2nd Floor | Topeka | KS | 66612 | 785-296-2215 | | 5/29/2024 First-Class Mail |
| Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson | 1001 3rd Ave W | Suite 240 | Bradenton | FL | 34205-7863 | 941-741-4835 | legal@taxcollector.com | 5/28/24 First-Class Mail |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Frankfort | KY | 40601 | 502-696-5300 | | 5/29/2024 First-Class Mail |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | PO Box 579 | | Bakersfield | CA | 93302-0579 | 661-868-3490 | bankruptcy@kerncounty.com | 5/28/24 First-Class Mail |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 N Market Street, Suite 460 | Wilmington | DE | 19801 | 302-472-7420 | skaufman@skaufmanlaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | Wing Tai Centre Room 76, Flat A 7th Floor | 12 Hing Yip Street | Kwun Tong | Kowloon | | 852-9034-7713 | eddie.chan@leverstyle.com; william.tan@leverstyle.com; derek.lee@leverstyle.com; winnie.man@leverstyle.com | 5/29/2024 First-Class Mail |
| Li&Fung(Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | 5th Floor, Lifung Tower | 888 Cheung Sha Wan Road | | Kowloon | | 852-2300-5000 | laurencerudge@lifung.com; gordonchiang@lifung.com; legalnotices@lifung.com | 5/2824 First-Class Mail |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Thomas J. Francella, Jr & Richard W. Riley | 600 N King St | Wilmington | DE | 19801 | 302-357-3277 | tfrancella@whitefordlaw.com; rriley@whitefordlaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | 105 Eisenhower Pkwy | Roseland | NJ | 07068 | 973-325-1500 | szuber@csglaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Louisiana Office of the Attorney General | | 1885 N Third St | | Baton Rouge | LA | 70802 | 225-326-6000 | | 5/29/2024 First-Class Mail |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | PO Box 817 | Lubbock | TX | 79408 | 806-744-5092; 806-744-50 | lmonroe@pbfcm.com; lmbkr@pbfcm.com | 5/28/24 via CM/ECF & Courtsey Email |
| Macerich Cerritos LLC | | 401 Wilshire Boulevard | Suite 700 | Santa Monica | CA | 90401 | 310-394-6000 | | 5/29/2024 First-Class Mail |
| Macerich Cerritos LLC | Attn: Doug Healey | PO Box 849445 | | Los Angeles | CA | 90084-9445 | 585-249-4401 | Doug.Healey@macerich.com | 5/29/2024 First-Class Mail |
| Madison County, Alabama | Attn: J. Jeffery Rich | 100 Northside Square | Suite 700 | Huntsville | AL | 35801 | 256-519-2061 | jrich@madisoncountyal.gov | 5/28/24 via CM/ECF & Courtsey Email |
| Maine Office of the Attorney General | | 6 State House Station | | Augusta | ME | 04333 | 207-626-8800 | | 5/29/2024 First-Class Mail |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 6 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | Park-In Commercial Bldg, Rm 1316 | 56 Dundas Street | Kowloon | | | 852-238888373 | MichaelLi@manchutimesfashion.com; OliviaLuk@manchutimesfashion.com | 5/29/2024 First-Class Mail |
| Manchu Times Fashion Ltd | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | 200 West 41st Street, 17th Floor | New York | NY | 10036-7023 | 212-972-3000 | tklestadt@klestadt.com | 5/28/24 via CM/ECF & Courtsey Email |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | Baltimore | MD | 21202 | 410-576-6300 | oag@oag.state.md.us | 5/29/2024 First-Class Mail |
| Massachusetts Office of the Attorney General | | 1 Ashburton Pl | 20th Floor | Boston | MA | 02108 | 302-577-8400 | | 5/29/2024 First-Class Mail |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | 4200 Regent Street | Suite 205 | Columbus | OH | 43219 | 614-904-3242; 614-893-95 | dbloch@mgfsourcing.com | 5/29/2024 First-Class Mail |
| Michigan Office of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | Lansing | MI | 48933 | 517-373-1110 | miag@michigan.gov | 5/29/2024 First-Class Mail |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | St. Paul | MN | 55101 | 651-296-3353 | | 5/29/2024 First-Class Mail |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Jackson | MS | 39201 | 601-359-3680 | | 5/29/2024 First-Class Mail |
| Missouri Office of the Attorney General | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | 573-751-3321 | attorney.general@ago.mo.gov | 5/29/2024 First-Class Mail |
| Montana Office of the Attorney General | | 215 N Sanders | Justice Building | Helena | MT | 59601 | 406-444-2026 | | 5/29/2024 First-Class Mail |
| Monument Consulting LLC | Attn: Allison Hutchcroft | 1800 Summit Ave | | Richmond | VA | 23230 | 804-405-2943 | Allison.Hutchcroft@MonumentConsulting.com | 5/29/2024 First-Class Mail |
| Motives | Attn: Corey Baggett | 499th Avenue | 19th Floor | New York | NY | 10018 | 212-265-2885 | corey@motivesny.com | 5/29/2024 First-Class Mail |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N Market Street, Suite 2201 | Wilmington | DE | 19801 | 302-574-3000 | jody.barillare@morganlewis.com | 5/28/24 via CM/ECF & Courtsey Email |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | 101 Park Avenue | New York | NY | | 10178 212-309-6000 | stephan.hornung@morganlewis.com | 5/28/24 via CM/ECF & Courtsey Email |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | 2222 Market Street | Philadelphia | PA | 19103 | 215-963-5000 | john.goodchild@morganlewis.com | 5/28/24 First-Class Mail |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | Lincoln | NE | 68509 | 402-471-2683 | nedoj@nebraska.gov | 5/29/2024 First-Class Mail |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | 775-684-1100 | | 5/29/2024 First-Class Mail |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 7 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| New Hampshire Office of the Attorney General | | Nh Department of Justice | 33 Capitol St | Concord | NH | 03301 | 603-271-3658 | attorneygeneral@doj.nh.gov | 5/29/2024 First-Class Mail |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | Trenton | NJ | 08611 | 609-292-8740 | | 5/29/2024 First-Class Mail |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | 505-490-4060 | | 5/29/2024 First-Class Mail |
| New York Office of the Attorney General | | The Capitol | | Albany | NY | 12224 | 518-474-7330 | | 5/29/2024 First-Class Mail |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | Ayazaga Mah. Mimar Sinan Sok. | No:21 B/34 | Istanbul | | | 852-2711-1111 | Suelee@newtimesgroup.com; EuniceKim@newtimesgroup.com | 5/29/2024 First-Class Mail |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | Raleigh | NC | 27603 | 919-716-6400 | | 5/29/2024 First-Class Mail |
| North Dakota Office of the Attorney General | | State Capitol | 600 E Boulevard Ave | Bismarck | ND | 58505 | 701-328-2210 | ndag@nd.gov | 5/29/2024 First-Class Mail |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel & Clement Yee | 875 Third Avenue | New York | NY | 10022 | 212-603-6300 | fringel@leechtishman.com; cyee@leechtishman.com | 5/28/24 via CM/ECF & Courtsey Email |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | 1007 N Orange St | Wilmington | DE | 19801 | 302-985-9805 | jcarbino@leechtishman.com | 5/28/24 via CM/ECF & Courtsey Email |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | 1201 N. Market Street | Wilmington | DE | 19801 | 302-657-4900 | cmwinter@duanemorris.com | 5/28/24 via CM/ECF & Courtsey Email |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | 100 Crescent Court | Dallas | TX | 75201 | 214-257-7200 | jbillingsley@duanemorris.com | 5/28/24 via First-Class Mail |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | 214-880-0089 | dallas.bankruptcy@lgbs.com | 5/28/2024 First-Class Mail |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | Boston | MA | 02109 | 617-345-9000 | jdoran@hinckleyallen.com | 5/28/24 via CM/ECF & Courtsey Email |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | Austin | TX | 78760-7428 | 512-447-6675 | austin.bankruptcy@lgbs.com | 5/29/2024 First-Class Mail |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | 302-573-6277 | usade.ecfbankruptcy@usdoj.gov | 5/29/2024 First-Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | 267-514-2491 | john.schanne@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov | 5/28/24 via CM/ECF & Courtsey Email |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | 1177 Avenue of the Americas | New York | NY | 10036 | 212-715-9100 | arogoff@kramerlevin.com; rschmidt@kramerlevin.com; nallard@kramerlevin.com | 5/28/24 via CM/ECF & Courtsey Email & First-Class Mail |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | 1201 N Market St, Suite 2300 | Wilmington | DE | 19899 | 302-421-6898 | luke.murley@saul.com; nicholas.smargiassi@saul.com | 5/28/24 via CM/ECF & Courtsey Email |

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | Centre Square West | Philadelphia | PA | 19102-2186 | 215-972-8415 | turner.falk@saul.com | 5/28/24 via CM/ECF & Courtsey Email |
| Ohio Department of Job and Family Services | | 30 E Broad St | | Columbus | OH | 43215 | 614-466-4605 | | 5/29/2024 First-Class Mail |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | Columbus | OH | 43229 | | | 5/29/2024 First-Class Mail |
| Ohio Office of the Attorney General | | State Office Tower | 30 E Broad St | Columbus | OH | 43215 | 614-466-4986 | | 5/29/2024 First-Class Mail |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | 312 Walnut Street, Suite 2000 | Cincinnati | OH | 45202-4029 | 513-352-6700 | louis.solimine@thompsonhine.com | 5/28/24 via CM/ECF & Courtsey Email |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | Oklahoma City | OK | 73105 | 405-521-3921 | | 5/29/2024 First-Class Mail |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | San Francisco | CA | 94105-3493 | 415-227-0900 | schristianson@buchalter.com | 5/28/24 via CM/ECF & Courtsey Email |
| Oregon Office of the Attorney General | | 1162 Court St NE | | Salem | OR | 97301 | 503-378-4400 | | 5/29/2024 First-Class Mail |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | PBMS Building | 538 Bongcheon-ro | Seoul | | 08789 | 82-2-748-9292; 82-2-748- | carolhong@pbms.biz | 5/28/24 First-Class Mail |
| Pandera Systems, LLC | Attn: Steve Jones | 189 S Orange Ave | Ste 1250 | Orlando | FL | 32801 | 240-660-8425 | steve.jones@66degrees.com | 5/29/2024 First-Class Mail |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | 717-787-3391 | | 5/29/2024 First-Class Mail |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | 701 Brickell Avenue, Suite 3300 | Miami | FL | 33131 | 305-789-7763 | joaquin.alemany@hklaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| PREIT Services, LLC | c/o Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | 101 N Washington Avenue, Suite 4A | Margate | NJ | 08402 | 215-839-1222 | kurtzman@kurtzmansteady.com | 5/28/24 via CM/ECF & Courtsey Email |
| Queens Center SPE, LLC | | 90-15 Queens Boulevard | | Elmhurst | NY | 11373 | 718-592-3901 | steve.declara@macerich.com | 5/29/2024 First-Class Mail |
| Queens Center SPE, LLC | Attn: Doug Healey | PO Box 849433 | | Los Angeles | CA | 90084-9433 | 585-249-4401 | Doug.Healey@macerich.com | 5/29/2024 First-Class Mail |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N Market Street, Suite 2201 | Wilmington | DE | 19801 | 302-574-3000 | jody.barillare@morganlewis.com | 5/28/24 via CM/ECF & Courtsey Email |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | 2222 Market Street | Philadelphia | PA | 19103 | 215-963-5000 | john.goodchild@morganlewis.com | 5/28/24 First-Class Mail |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | 101 Park Avenue | New York | NY | 10178 | 212-309-6000 | stephan.hornung@morganlewis.com | 5/28/24 via CM/ECF & Courtsey Email |
| Radial Inc | Attn: Kat Gibson, Emily Jones | PO Box 204113 | | Dallas | TX | 75320-4114 | 423-432-7464; 610-491-71 | gibsonk@radial.com; ejones@radial.com | 5/28/24 First-Class Mail |
| Radial, Inc. | Attn: Emily Busch Jones | 935 First Avenue | | King of Prussia | PA | 19406 | 877-255-2857; 610-491-71 | ejones@radial.com | 5/28/24 First-Class Mail |
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | Addison | TX | 75001 | 972-380-5533 | mshriro@singerlevick.com | 5/28/24 via CM/ECF & Courtsey Email |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 9 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| ReStore Capital | Attn: Legal Department | 5 Revere Drive | Suite 206 | Northbrook | IL | 60062 | | | 5/29/2024 First-Class Mail |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 | 302-295-0191 | desgross@chipmanbrown.com | 5/28/24 via CM/ECF & Courtsey Email |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | 1211 Avenue of the Americas | New York | NY | 10036-8704 | 212-596-9000 | Gregg.Galardi@ropesgray.com | 5/28/24 via CM/ECF & Courtsey Email |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | 191 North Wacker Drive, 32nd Floor | Chicago | IL | 60606-4302 | 312-485-1200 | stephen.iacovo@ropesgray.com | 5/28/24 First-Class Mail |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | 1211 Avenue of the Americas | New York | NY | 10036 | | | 5/29/2024 First-Class Mail |
| Rhode Island Office of the Attorney General | | 150 S Main St | | Providence | RI | 02903 | 401-274-4400 | | 5/29/2024 First-Class Mail |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | 495 East Mound Street | Columbus | OH | 43215 | 614-253-1010 | atanenbaum@dplawyers.com | 5/29/2024 First-Class Mail |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | | 500 N Mesa St | Ste 300 | El Paso | TX | 79901-1224 | | | 5/29/2024 First-Class Mail |
| RR Donnelley | Attn: Todd Fallon | 7810 Solution Center | | Chicago | IL | 60677-7008 | 614-985-2124 | Todd.fallon@rrd.com | 5/29/2024 First-Class Mail |
| Salesforce Inc | Attn: Kevin Ramirez | PO Box 203141 | | Dallas | TX | 75320-3141 | 612-283-3976 | kramirez@salesforce.com | 5/29/2024 First-Class Mail |
| Salesforce Inc | | 415 Mission Street, 3rd Floor | Salesforce Tower | San Francisco | CA | 94105 | 800-664-9073 | | 5/29/2024 First-Class Mail |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 | | | 5/29/2024 First-Class Mail |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | | | 5/29/2024 First-Class Mail |
| Silver Crest Clothing PVT LTD - Unit III | Attn: Gautam Golchha | Plot No. 4E1 & E2 | Kiadb Industrial Area | Attibele | KA | 562107 | 91-9886745888 | gautam@silvercrest.in | 5/29/2024 First-Class Mail |
| Simon Capital GP | Attn: Jon Murphy | 867925 Reliable Pkwy | | Chicago | IL | 60686-0079 | 347-260-0628 | jonmurphy@simon.com | 5/29/2024 First-Class Mail |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 | 317-263-2346 | rtucker@simon.com | 5/29/2024 First-Class Mail |
| Simon Property Group, Inc. | c/o Offit Kurman, P.A. | Attn: Brian J. McLaughlin | 222 Delaware Avenue, Suite 1105 | Wilmington | DE | 19801 | 302-351-0916 | brian.mclaughlin@offitkurman.com | 5/28/24 via CM/ECF & Courtsey Email |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Columbia | SC | 29201 | 803-734-3970 | | 5/29/2024 First-Class Mail |
| South Dakota Office of the Attorney General | | 1302 E Hwy 14 | Suite 1 | Pierre | SD | 57501 | 605-773-3215 | | 5/29/2024 First-Class Mail |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | 302-577-8400 | attorney.general@state.de.us | 5/29/2024 First-Class Mail |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | 1201 N Market Street, 16th Floor | Wilmington | DE | 19801 | 302-658-9200 | cmiller@morrisnichols.com | 5/29/2024 First-Class Mail |
| Tanger Properties Limited Partnership | Attn: Justin Stein | PO Box 414225 | | Boston | MA | 02241-4225 | 862-352-0444 | js@tanger.com | 5/29/2024 First-Class Mail |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 10 of 12

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Tanger Properties Limited Partnership | | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | 336-292-3010 | | 5/29/2024 First-Class Mail |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | 214-880-0089 | dallas.bankruptcy@lgbs.com | 5/28/24 First-Class Mail |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | Nashville | TN | 37243 | 615-741-3491 | | 5/29/2024 First-Class Mail |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 | 512-463-2100 | | 5/29/2024 First-Class Mail |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way, Suite 100 | Round Rock | TX | 78665 | 512-323-3241 | jparsons@mvbalaw.com | 5/28/24 via CM/ECF & Courtsey Email & First-Class Mail |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | PO Box 1269 | Round Rock | TX | 78680-1269 | 512-323-3241 | jparsons@mvbalaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | 5F-7, No. 1, Fu Hsing North Road | | Taipei | | ROC105 | 886-2-27775974 | keven@totefashion.com.tw | 5/29/2024 First-Class Mail |
| Travis County | Attn: Jason A. Starks | PO Box 1748 | | Austin | TX | 78767 | 512-854-9092 | jason.starks@traviscountytx.gov | 5/28/24 via CM/ECF & Courtsey Email |
| Urban Crown Limited | Attn: Kevin Moylan | 1101 West Tower,Exchange Rd | Ortigas Ctr | Pasig City | | 1605 | 632-687-0741 | kevin@crownsmart.com | 5/29/2024 First-Class Mail |
| Vermont Office of the Attorney General | | 109 State St | | Montpelier | VT | 05609 | 802-828-3171 | ago.info@vermont.gov | 5/29/2024 First-Class Mail |
| Virginia Office of the Attorney General | | 202 N Ninth St | | Richmond | VA | 23219 | 804-786-2071 | | 5/29/2024 First-Class Mail |
| Washington Office of the Attorney General | | 1125 Washington St SE | | Olympia | WA | 98501 | 206-464-6684 | | 5/29/2024 First-Class Mail |
| Wells Fargo Bank, N.A. | | One Boston Place | 18th Floor | Boston | MA | 02108 | | | 5/29/2024 First-Class Mail |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | 125 High Street | 11th Floor | Boston | MA | 02110 | 866-842-6360 | emily.abrahamson@wellsfargo.com | 5/29/2024 First-Class Mail |
| Wells Fargo Retail Finance, LLC, as Collateral Agent | | One Boston Place | 18th Floor | Boston | MA | 02108 | | | 5/29/2024 First-Class Mail |
| West Virginia Office of the Attorney General | | State Capitol | 1900 Kanawha Blvd E Bldg 1 | Charleston | WV | 25305 | 304-558-2021 | | 5/29/2024 First-Class Mail |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | 51 West 52nd Street | New York | NY | 10019 | 212-403-1000 | jafeltman@wlrk.com; bsarfa@wlrk.com | 5/28/24 First-Class Mail |

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| Wisconsin Office of the Attorney General | | 114 E State Capitol | | Madison | WI | 53702 | 608-266-1221 | | 5/29/2024 First-Class Mail |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | 3300 Great American Tower, 301 East Fourth Street | Cincinnati | OH | 45202 | 513-651-6800 | rgold@fbtlaw.com; eseverini@fbtlaw.com | 5/28/24 via CM/ECF & Courtsey Email |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | 307-777-7841 | | 5/29/2024 First-Class Mail |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 12 of 12