**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR EXPRESS, LLC (CASE NO. 24-10835)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## General

Express, Inc. ("Express") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), are filing their respective *Schedules of Assets and Liabilities* (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" or "SOFA" and, collectively, the "Statements" or "SOFAs") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors prepared a Global Notes with respect to any of the individual Debtor's Schedules and Statement and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Mark Still, Senior Vice President and Chief Financial Officer of the Debtors, and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Still has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Mr. Still has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and Statements from time-to-time as may be necessary or appropriate; provided, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

**Global Notes and Overview of Methodology**

1. **Description of the Cases.**  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on April 22, 2024 (the "Petition Date").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 23, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 67].  On May 3, 2024, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "UCC") [Docket No. 154].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of April 6, 2024, the date of the Debtors' month end closure to their balance sheet, and the liability data of the Debtors is as of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

2. **Global Notes Control.**  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights.**  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed,"

3

"contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d. **Classifications.** The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e. **Estimates and Assumptions.** To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities as of the Petition Date. The reported amounts of revenues are as of the latest prepetition month end close, which is April 6, 2024. Actual results could differ from such estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f. **Causes of Action.** Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any

kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at Law, in equity, or otherwise. Causes of action also include: (a) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (b) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (c) the right to object to or otherwise contest claims or interests; (d) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (e) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (f) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g. **Intellectual Property Rights.** Exclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h. **Insiders.** The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider." As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets. The Debtors have also considered the requirements of GAAP and Securities and Exchange Commission (the "SEC") reporting standards and their public disclosures with respect to designating certain individuals and entities as "insider" herein.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be

construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

**4. <u>Methodology</u>**

a. **<u>Basis of Presentation.</u>** For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within Debtors' accounting systems, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b. **Reporting Date.** Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of April 6, 2024, which follows the Debtors' fiscal calendar.

c. **Confidentiality or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses). The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[3]

d. **Consolidated Entity Accounts Payable and Disbursement Systems.** Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by approximately twenty-seven (27) bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims and Intercompany Transactions. Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Continue*

---

[3]   Such as the Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors In Lieu of Submitting a Separate Mailing Matrix for each Debtor, (B) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, (C) Serve Certain Parties In Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Holders; and (IV) Granting Related Relief [Docket No.87].

*to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 235] (the "<u>Final Cash Management Order</u>"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f. **Net Book Value of Assets.** In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of April 6, 2024, the date of the Debtors' month end closure to their balance sheet, are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g. **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

h. **Payment of Prepetition Claims Pursuant to First Day Orders.**  Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition:  (i)  service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) customer program obligations; (v)  customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders").  As such, outstanding liabilities may have been reduced by any Court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i. **Other Paid Claims.**  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j. **Setoffs.**  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k. **Leases.**  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be,

an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

l. **Liens.** The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

m. **Allocation of Liabilities.** The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

n. **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

o. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

p. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

q. **Claims of Third-Party Related Entities.** While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors

have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

**Specific Schedules Disclosures.**

**Part 1 – Cash and Cash Equivalents**

    (a) **Schedule A/B-2 – Cash on Hand.**  Schedule A/B 2 lists cash on hand in store registers as of the Petition Date.

    (b) **Schedule A/B-3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances as of closing on the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and the Final Cash Management Order.

    (c) **Schedule A/B-4 – Other Cash Equivalents.**  The Debtors estimated the amount of insurance claims related to workers' compensation and general liability and cash "in-transit" as of the Petition Date.  Cash in-transit represents credit card transmissions made by Express before month-end but are not settled until the next fiscal month. Insurance-related cash equivalents are bank balances required to be maintained by a third-party vendor which handles workers' compensation and general ledger claims in order to pay those claims after their settlement.  Store depository balances represent cash pending settlement at banks and are physically in transit to the bank.  The Debtors provided store depository balances as of April 6, 2024, as this was the latest comprehensive reconciliation conducted prior to the Petition Date. Store depository balances are dependent on in-store cash purchase volume and the timing of cash movement from the store to the bank.

**Part 2 – Deposits and Prepayments**

    (a) **Schedule A/B-7 – Deposits.**  The Debtors maintain certain deposits in the ordinary course of their business operations.   These deposits are included in the Schedules for the appropriate legal entity as of April 6, 2024.  The Debtors have exercised reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid or amortized assets are not listed in Part 2 in accordance with the Debtors' accounting policies.  The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

    (b) **Schedule A/B-8 – Prepayments.**  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business.  The Debtors have exercised reasonable efforts to report the current value of any prepayments as of the Petition Date.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

## Part 3 – Accounts Receivable

(a) **Schedule A/B-11 – Accounts Receivable.** Schedule A/B 11 includes accounts receivable as of the Petition Date. Accounts receivable include amounts held by the Debtors' credit card processors as a reserve. The Debtors record credit card reserves as 90+ days for aging purposes in their books and records. Any intercompany receivables are excluded in Schedule A/B 11, but are included in Schedule A/B 77.

## Part 4 – Investments

(a) **Schedule A/B-15 – Stock and Interests in Incorporated and Unincorporated Businesses.** Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities and minority equity interests in a non-controlled subsidiary.

## Part 5 – Inventory, excluding Agricultural Assets

(a) **Schedule A/B-19 – Raw Materials.**  Raw materials include fabric, trim, and label inventory valued as of the Petition Date.

(b) **Schedule A/B-21 – Finished Goods, including Goods Held for Resale.**  Inventory is valued as of the Petition Date and includes merchandise in Debtors' possession, merchandise in transit and not yet received in the Debtors' facilities, and capitalized freight. Inventory is shown net of reserves for shrink and topside adjustments.

(c) **Schedule A/B-22 – Other Inventory and Supplier.**  Schedule A/B 22 captures inventory on hand for store supplies at third-party warehouse distribution centers as of the Petition Date.  This balance is net of reserves for obsolete store supply inventory balances.

(d) **Schedule A/B-25 – Goods Purchased within 20 Days Prior to Filing Date.** The Debtors have made a good faith effort to quantify the value of goods received within 20 days prior to the Petition Date but reserve the right to revise this amount as they continue to review their books and records.  This balance is not adjusted for any postpetition payments that may have been made with a vendor that delivered goods within 20 days prior to filing and also is not adjusted for any amounts of a 503(b)(9) claim waived by a vendor that delivered goods within 20 days prior to filing.

## Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles

(a) **Schedules A/B-39 – Office Furniture, A/B-40 – Office Fixtures, A/B-41 – Office Equipment.**  The Debtors do not have a clear way of separating furniture and fixtures, hardware (store POS equipment, servers, networks), and software that are capitalized. Accordingly, the values of items that fall under Schedules A/B 39, 40, and 41 are consolidated within Schedule A/B 39 as of April 6, 2024.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

**Part 8 – Machinery, Equipment, and Vehicles**

> **Schedules A/B-50 – Other Machinery, Fixtures, and Equipment.** The Debtors listed the value of their buildings and improvements, leasehold improvements, asset retirement obligations, and construction in progress as of April 6, 2024. These values are net of accumulated depreciation. Actual realizable values of the assets identified may vary significantly relative to net book values listed here.

**Part 9 – Real Property**

> The Debtors do not own any real property. Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors listed each agreement on Schedule G. The consolidated lease right of use value is as of April 6, 2024, and is net of accumulated depreciation. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 10 – Intangibles and Intellectual Property**

> The Debtors review intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values. An impairment test has not been conducted for the preparation of the Schedules and Statements, and therefore, the Debtors' intangible asset values are listed as undetermined. Additionally, the net book values of the Debtors' intangible assets may differ materially from fair market values. The Debtors historically reported the net book value of the Bonobos License Agreement and Express Intellectual Property License Agreement.

**Part 11 – All Other Assets**

> Dollar amounts are presented net of impairments and other adjustments as of April 6, 2024. Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

> On April 15, 2024, the Debtors received a $49 million tax refund from the U.S. Treasury under the authority of the Coronavirus Aid, Relief, and Economic Security Act. This tax refund is listed in Express, LLC's Schedule A/B Part 11, as $45 million receivable as of April 6, 2024, which is the amount the Debtors expected at that time. The final refund received amounted to $4 million greater than the $45 million receivable listed on the books as of April 6, 2024. For tax purposes, all tax refunds and income tax receivables are recorded at Debtor entities: Express, LLC and Express Fashion Operations, LLC.

> The Debtors' insurance policies apply to each Debtor entity, but in an effort to reduce the volume of the disclosures that would otherwise be applicable, the Debtors are only disclosing their insurance policies on Express, LLC's Schedule A/B Part 11.

In addition, the Debtors attempted to list known causes of actions and other claims as of the Petition Date.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B Part 11.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtors are continuing to review potential causes of action, and accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition asset-based loan credit agreement and second-priority asset-based term loan agreement, only the administrative agents have been listed for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Schedule D does not include beneficiaries of letters of credit.  Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.  The Debtors have not listed any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.  The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.

**Specific Notes Regarding Schedule E/F**

(a) **Part 1 – Creditors with Priority Unsecured Claims.** The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to on-going audits. The Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F, Part 1. Therefore, the Debtors have listed all such claims as undetermined in amount, pending resolution of on-going audits or other outstanding issues.

Pursuant to the *Order (Interim and Final) (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 81 and Docket No. 224] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business. Accordingly, the Debtors have not listed on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

(b) **Part 2 – Creditors with Nonpriority Unsecured Claims.** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may have been or may be rejected, to the extent such damage claims exist.

Schedule E/F includes various claims attributable to Macerich Vintage Fair LTD and its affiliates (collectively, "Macerich"). Two Macerich entities were not listed on Schedule E/F as they have negative claims balances. Given the negative claims balances were not

included in Schedule E/F, the aggregate claim by the Macerich entities in Schedule E/F is overstated. Accordingly, the Macerich entities' claims against the Debtors have been marked as subject to offset.

With respect to gift cards, the Debtors cannot ascertain the identity of the vast majority of the holders of such gift cards or whether such cards are still in existence. Therefore, the Debtors have not included any holders of gift cards on the Schedules.

The Debtors have not listed demand letters in Schedule E/F, as these demand letters are accounted for in the Statement of Financial Affairs, Question 7. Information regarding pending litigation involving the Debtors is listed as undetermined and is marked as contingent, unliquidated, and disputed.

Trade payables listed on Schedule E/F, Part 2 contain the prepetition liability information available to the Debtors as of the Petition Date. Schedule E/F, Part 2 is inclusive of certain prepetition balances that were paid subsequent to the Petition Date related to prepetition obligations pursuant to the *Order (Interim and Final) (I) Authorizing Debtors to Pay Prepetition Claims of (A) Certain Critical Vendors, (B) Certain Foreign Vendors, (C) Certain Lien Claimants, and (D) PACA Claimants, (II) Confirming Administrative Expense Priority of Critical Outstanding Orders, and (III) Granting Related Relief* [Docket No. 82 and Docket No. 221] (the "<u>Vendor Order</u>").

**<u>Specific Notes Regarding Schedule G</u>**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or to supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such

agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate. The master service agreements or other ancillary documents have been listed in Schedule G, but such listing does not reflect any decision by the Debtors as to whether such agreements are executory in nature.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement, and where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In some cases, the Debtors may have inadvertently listed the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements and non-disclosure agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G. To the extent that any confidentiality agreements are listed individually on Schedule G, such confidentiality agreements do not constitute executory contracts to which the Debtors are bound to.

The Debtors are still in the process of collecting the addresses of all counterparties to such executory contracts and unexpired leases. The Debtors will continue to compile addresses to send the notice of the bar date for the filing of proofs of claims in these chapter 11 cases.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

## Specific Statements Disclosures

(a) **Question 1 – Income from Operations.** The values reflected in Part 1, Question 1 are presented on an accrual basis and not on a cash basis.

(b) **Question 2 – Non-Business Revenue.** Non-business revenue includes such items as JV dividend income, interest income, insurance proceeds, gain on sale of intellectual property, and other income. This is reflected on an accrual basis and not a cash basis.

(c) **Question 3 –Payments or Transfers to Creditors.** The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors. These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates. As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated. The Debtors also omitted payments made to T. Rowe Price, as these payments are attributable to employee withholdings for employee 401(k) retirement plans, which includes Debtors' matching contribution. With respect to Debtor Express BNBS Fashion, LLC's payment on March 1, 2024, for $713,536 to WH Borrower LLC, the actual payment and cash related to this transaction amounts to $356,768. The remainder of the $356,768 was mistakenly sent to an unrelated third-party which later returned the full amount of the funds to the Company, net of bank transaction fees. As presented in Question 3, the Debtors elected to mark this payment with the full outflow of $713,536.

(d) **Question 4 – Payments or Transfers to Insiders.** The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

(e) **Question 9 – Gifts or Charitable Contributions.** The contributions made to The Columbus Foundation are attributed to Debtor entity UW, LLC. However, the payments were effectuated by Express, LLC. Consequently, the contributions have been recorded under Express, LLC. The Debtors historically collected donations on behalf of Big Brother Big Sisters of America. The full amount of these donations was passed through to Big Brothers Big Sisters of America with the use of the Debtors' cash management systems. The Debtors are not including collections for Big Brothers Big Sisters of America in Question 9.

(f) **Question 10 – Certain Losses.**  Given the scale of the Debtors' store footprint as of the Petition Date, certain losses cannot be tracked by the Debtors with complete accuracy and, accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture items such as inventory shrink.

(g) **Question 16 – Customer PII.**  The Debtors collect a limited amount of information about customers and their representatives in the ordinary course.  Examples of the types of information collected by the Debtors include, among other things, customer names, billing addresses, mailing addresses, telephone numbers, and e-mail addresses.

(h) **Question 20 – Off-Premises Storage.**  The Debtors are not including any owned in-transit inventory.  The collection of this specific information would be a time-consuming exercise, as the in-transit inventory may be handled by different shipping vendors at any given point in time.  Further, such in-transit inventory is accounted for on the Debtors' Schedule of Assets in Schedule A/B 21 Merchandise Inventory (net).  The Debtors are also not including data storage providers such as Google Cloud or Amazon Web Services.

(i) **Question 17 – Employee Benefit Plans.**  Express, LLC and Express Fashion Operations, LLC are the Debtor entities that provide the 401(k) program.  However, employees of UW, LLC and Express BNBS Fashion, LLC are also covered under this program.

(j) **Question 27 – Inventories of the Debtors' Property.**  Physical inventories are taken periodically by the company.  During the last two years prior to the Petition Date, the Debtors conducted three inventories at all Express locations and two inventories at Bonobos Guideshop locations.  In an effort to reduce the volume of disclosures that would otherwise be applicable, the Debtors have omitted such inventory counts conducted by the stores. Further information regarding the Debtors' inventories is available upon request.

(k) **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Refer to the Methodology section regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name: Express, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10835

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** | | Undetermined |
| Copy line 88 from Schedule A/B | | |
| 1b. **Total personal property:** | | $468,869,455.29 |
| Copy line 91A from Schedule A/B | | |
| 1c. **Total of all property:** | | $468,869,455.29 |
| Copy line 92 from Schedule A/B | | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) ......... $188,925,800.35

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | | $1,247,380.70 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | | $506,591,649.04 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | | |

**4. Total Liabilities** .................................................................................................................... $696,764,830.09

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Express, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10835

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1    Register Cash | | | $575.47 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1    See Schedule A/B 3 Attachment | | | $17,255,706.19 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1    Insurance claims | | | $24,251.91 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $17,280,533.57 |

### Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

| | Current value of debtor's interest |
|---|---|

Description, including name of holder of deposit

| 7.1 | | |
|---|---|---|
| | Miscellenous Deposit - Alight (FSA) | $40,000.00 |
| 7.2 | | |
| | Miscellenous Deposit - Netjets | $135,304.00 |
| 7.3 | | |
| | Security Deposit - Costa Rica office | $6,644.00 |
| 7.4 | | |
| | Security Deposit - Creekside | $12,737.25 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | | |
|---|---|---|
| | See Schedule A/B 8 Attachment | $16,042,840.55 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $16,237,525.80 |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $3,482,829.87 | − | $839,196.35 | = ........ ➜ | $2,643,633.52 |
| 11b. | Over 90 days old: | $6,112,687.14 | − | $0.00 | = ........ ➜ | $6,112,687.14 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $8,756,320.66 |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | |
|---|---|---|
| None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                       % of ownership:

| 15.1 | | | |
|---|---|---|---|
| EXP Topco, LLC | 39% | N/A | Undetermined |
| **15.2** | | | |
| Express Fashion Digital Services Costa Rica, S.R.L. | 100% | N/A | Undetermined |
| **15.3** | | | |
| Express Fashion Investments, LLC | 100% | N/A | Undetermined |
| **15.4** | | | |
| Express Fashion Logistics, LLC | 100% | N/A | Undetermined |
| **15.5** | | | |
| Express Fashion Operations, LLC | 100% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | |
|---|---|---|
| None | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| Fabric, Trim, Label inventory | N/A | $645,494.97 | Cost | $645,494.97 |
| **20. Work in progress** | | | | |
| 20.1 | | | | |
| None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| Merchandise Inventory (net) | September 2023 | $29,414,762.88 | Lower of cost net realizable value | $29,414,762.88 |

**22. Other inventory or supplies**

22.1

| None | | | | $0.00 |
|------|--|--|--|-------|

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$30,060,257.85

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $18,810,883.61    Valuation method    Book Value    Current value    $18,810,883.61

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|

**28. Crops—either planted or harvested**

28.1

| | | | $0.00 |
|--|--|--|-------|

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1

| | | | $0.00 |
|--|--|--|-------|

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1

| | | | $0.00 |
|--|--|--|-------|

**31. Farm and fishing supplies, chemicals, and feed**

31.1

| | | | $0.00 |
|--|--|--|-------|

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

| | | | $0.00 |
|--|--|--|-------|

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|

**39. Office furniture**

| 39.1 Furniture and Fixtures (Net) | $20,706,325.88 | Cost | $20,706,325.88 |
|---|---|---|---|

**40. Office fixtures**

| 40.1 INCLUDED IN SCHEDULE A/B 39 - OFFICE FURNITURE | | | $0.00 |
|---|---|---|---|

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 INCLUDED IN SCHEDULE A/B 39 - OFFICE FURNITURE | | | $0.00 |
|---|---|---|---|

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 None | | | $0.00 |
|---|---|---|---|

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $20,706,325.88 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Asset retirement obligation (net) | $11,171.20 | Cost | $11,171.20 |
| 50.2<br>Building and improvements (net) | $48,706.55 | Cost | $48,706.55 |
| 50.3<br>Construction in process | $8,725,443.81 | Cost | $8,725,443.81 |
| 50.4<br>Leasehold improvements (net) | $230,184.15 | Cost | $230,184.15 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $9,015,505.71 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Right of Use assets (net) - Store locations, Headquarters, Distribution Centers | Leased | $61,441,033.74 | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

Undetermined

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Trademark - Compass Design | Undetermined | Undetermined | Undetermined |
| 60.2 Trademark - COMFORT FOR GOOD | Undetermined | Undetermined | Undetermined |
| 60.3 Trademark - DENIM MADE BETTER | Undetermined | Undetermined | Undetermined |
| 60.4 Trademark - UPWEST | Undetermined | Undetermined | Undetermined |
| 60.5 Trademark - UPWEST (China) | Undetermined | Undetermined | Undetermined |
| 60.6 Trademark - UPWEST RESORT AND MERCANTILE | Undetermined | Undetermined | Undetermined |
| 60.7 Trademark - (Device Only) | Undetermined | Undetermined | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 UPWESTMERCANTILE.COM | Undetermined | Undetermined | Undetermined |

61.2
UPWEST.COM                                    Undetermined        Undetermined        Undetermined

**62. Licenses, franchises, and royalties**

62.1
Bonobos License Agreement                     Undetermined        Undetermined        Undetermined

62.2
Intellectual Property License Agreement       Undetermined        Undetermined        Undetermined

**63. Customer lists, mailing lists, or other compilations**

63.1
Customer Database                             Undetermined        Undetermined        Undetermined

**64. Other intangibles, or intellectual property**

64.1
Facebook - @go.upwest                         Undetermined        Undetermined        Undetermined

64.2
Instagram - @go_upwest                        Undetermined        Undetermined        Undetermined

64.3
LinkedIn - Upwest                             Undetermined        Undetermined        Undetermined

64.4
Pinterest - @go_upwest                        Undetermined        Undetermined        Undetermined

64.5
Spotify - UpWest                              Undetermined        Undetermined        Undetermined

64.6
Tiktok - @go_upwest                           Undetermined        Undetermined        Undetermined

64.7
Youtube - @upwest9897                         Undetermined        Undetermined        Undetermined

**65. Goodwill**

65.1
None                                                                                      $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                    Undetermined

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  Express, LLC
        Name

Case number *(if known)* 24-10835

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | None | total face amount | – | doubtful or uncollectible amount | = ➜ | $0.00 |
|---|---|---|---|---|---|---|

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | CARES Act tax refund | Tax year | 2023 and prior | $45,482,496.00 |
|---|---|---|---|---|
| 72.2 | Income tax receivables | Tax year | 2023 and prior | $1,939,762.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | See Schedule A/B 73 Attachment | Undetermined |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | None | $0.00 |
|---|---|---|
| Nature of Claim | | |
| Amount requested | | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 | None | $0.00 |
|---|---|---|
| Nature of Claim | | |
| Amount requested | | |

**76. Trusts, equitable or future interests in property**

| 76.1 | None | $0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | Intercompany Receivable - Express Fashion Digital Services Costa Rica, S.R.L. | $8,290.10 |
|---|---|---|
| 77.2 | Intercompany Receivable - Express Inc | $251,320,788.30 |
| 77.3 | Intercompany Receivable - UW, LLC | $68,061,649.42 |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $366,812,985.82 |
|---|


**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $17,280,533.57 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $16,237,525.80 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $8,756,320.66 | |
| **83. Investments.** Copy line 17, Part 4. | Undetermined | |
| **84. Inventory.** Copy line 23, Part 5. | $30,060,257.85 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $20,706,325.88 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $9,015,505.71 | |
| **88. Real property.** Copy line 56, Part 9. | → | Undetermined |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $366,812,985.82 | |

**91. Total. Add lines 80 through 90 for each column**     91a. $468,869,455.29     91b. $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.     $468,869,455.29

**SCHEDULE A/B 3 ATTACHMENT**
Checking, Savings, Money Market, or Financial Brokerage Accounts

| Name of Institution (Bank or Brokerage Firm) | Type of Account | Last 4 Digits of Account # | Current Value |
|---|---|---|---|
| Banco Popular | Master Account | 2711 | $166,126.50 |
| Banco Popular | Payroll Account | 2754 | $0.00 |
| Banco Popular | Store Deposit Account | 2746 | $0.00 |
| Wells Fargo | Accounts Payable | 2508 | $0.00 |
| Wells Fargo | Adequate Assurance Deposit Account | 6596 | $850,000.00 |
| Wells Fargo | Deposit Account | 9955 | $215,517.46 |
| Wells Fargo | Franchise Receipt Account | 6537 | $0.00 |
| Wells Fargo | Master Collection Account | 4120 | $16,024,062.23 |
| Wells Fargo | Master Operating Account | 6017 | $0.00 |
| Wells Fargo | Payroll | 9453 | $0.00 |
| Wells Fargo | Payroll Tax | 6815 | $0.00 |
| Wells Fargo | Professional Fees Account | 4734 | $0.00 |
| Wells Fargo | Sales Tax | 3125 | $0.00 |
| Wells Fargo | Securities Account | 2187 | $0.00 |

**TOTAL:  $17,255,706.19**

**SCHEDULE A/B 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid Corporate - Amperity Inc | $72,647.34 |
| Prepaid Corporate - AnaPlan Inc. | $30,874.22 |
| Prepaid Corporate - ASCENTIAL INC | $18,140.43 |
| Prepaid Corporate - Avalara | $42,954.60 |
| Prepaid Corporate - BOOMI INC | $156,073.89 |
| Prepaid Corporate - BUBS NY CORP | $41,666.60 |
| Prepaid Corporate - Constructor.io | $20,384.41 |
| Prepaid Corporate - CORPTAX, INC | $62,890.08 |
| Prepaid Corporate - GS1 US | $3,474.49 |
| Prepaid Corporate - ISS Corporate Solutions | $21,500.02 |
| Prepaid Corporate - LRN Corporation | $27,365.65 |
| Prepaid Corporate - NAVEX GLOBAL INC | $2,908.50 |
| Prepaid Corporate - NETJETS AVIATION, INC | $40,480.00 |
| Prepaid Corporate - Oracle Netsuite | $79,567.62 |
| Prepaid Corporate - Planful | $83,221.88 |
| Prepaid Corporate - POPPULO INC | $22,938.14 |
| Prepaid Corporate - Power Reviews | $25,592.18 |
| Prepaid Corporate - Q4 INC | $11,812.35 |
| Prepaid Corporate - QUALTRICS LLC | $13,915.37 |
| Prepaid Corporate - QUALTRICS LLC | $41,656.63 |
| Prepaid Corporate - RETAIL INDUSTRY LEADERS ASSOCIATION | $17,500.00 |
| Prepaid Corporate - SABA C/O WELLS FARGO BANK | $105,548.65 |
| Prepaid Corporate - SALESFORCE  INC | $737,286.49 |
| Prepaid Corporate - SHEERID, INC. | $129,220.00 |
| Prepaid Corporate - Sign-On and Retention Bonus | $1,309,873.05 |
| Prepaid Corporate - SNOWFLAKE INC. | $25,369.59 |
| Prepaid Corporate - TELSEY ADVISORY GROUP | $52,083.34 |
| Prepaid Corporate - The Game Changers | $16,060.00 |
| Prepaid Corporate - Twilio Inc | $7,429.91 |
| Prepaid Corporate - Validity, Inc | $19,080.93 |
| Prepaid Corporate - WORKIVA INC | $66,493.07 |
| Prepaid eCommerce - Accertify | $55,666.66 |
| Prepaid eCommerce - BAZAARVOICE, INC. | $8,177.48 |
| Prepaid eCommerce - CONDUCTOR LLC | $29,166.65 |
| Prepaid eCommerce - CreatorIQ | $34,803.15 |
| Prepaid eCommerce - DRAFTHORSE SOLUTIONS LLC | $24,880.00 |
| Prepaid eCommerce - GITHUB INC | $5,658.32 |
| Prepaid eCommerce - KEYSIGHT TECHNOLOGIES | $67,578.30 |
| Prepaid eCommerce - Melissa | $4,925.00 |
| Prepaid eCommerce - NXGN INC | $12,021.30 |
| Prepaid eCommerce - POWERFRONT INC | $57,200.00 |
| Prepaid eCommerce - Shotflow | $4,574.45 |
| Prepaid eCommerce - Validity | $42,916.69 |
| Prepaid eCommerce - YEXT INC | $53,751.04 |
| Prepaid Insurance - Cyber | $130,842.32 |
| Prepaid Insurance - Hylant Group | $579,385.71 |
| Prepaid Insurance - Marsh | $3,414,891.22 |
| Prepaid Insurance - Traveler's | $218,172.07 |
| Prepaid IT - Advizex | $676,808.40 |
| Prepaid IT - Bamboo Rose | $12,630.27 |
| Prepaid IT - BMC Software | $173,676.53 |
| Prepaid IT - CDW | $96,214.19 |
| Prepaid IT - Coursera | $4,333.34 |

**SCHEDULE A/B 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid IT - ICIMS | $62,410.01 |
| Prepaid IT - JDA | $22,773.70 |
| Prepaid IT - KnowBe4 | $23,994.22 |
| Prepaid IT - Manhattan Associates | $159,871.68 |
| Prepaid IT - NCR | $109,354.75 |
| Prepaid IT - Optiv | $14,668.33 |
| Prepaid IT - RightStar Systems | $22,808.79 |
| Prepaid IT - Rimini Street | $0.02 |
| Prepaid IT - Sirius Computer Solutions | $1,234,885.13 |
| Prepaid IT - Slack Technologies | $12,225.04 |
| Prepaid IT - Snowflake | $30,000.00 |
| Prepaid IT - UiPath | $7,019.31 |
| Prepaid IT - Vertex | $46,381.50 |
| Prepaid IT - Workday | $100,000.03 |
| Prepaid Marketing - Bazaarvoice, Inc | $7,241.89 |
| Prepaid Marketing - Sandy Alexander | $66,677.67 |
| Prepaid Marketing - SPROUT SOCIAL INC | $34,049.41 |
| Prepaid Marketing - Stylus | $25,333.35 |
| Prepaid Royalty - WHP Global | $5,048,863.20 |

TOTAL:   **$16,042,840.55**

**SCHEDULE A/B 73 ATTACHMENT**

Interests in insurance policies or annuities

| General Description | Policy Type | Policy Number | Current Value |
|---|---|---|---|
| 2023 Directors & Officers Liability Run Off Policies (Extension of existing D&O coverage) | N/A | N/A | Undetermined |
| Automobile | Travelers Property Casualty Company of America | TJ-CAP-8B354788-TIL-23 | Undetermined |
| Aviation | STARR INDEMNITY & LIABILITY COMPANY | 1000227092-08 | Undetermined |
| Business Travel | Federal Insurance Company | 9907-03-07 | Undetermined |
| Costa Rica - Local Property and Liability Insurance | Chubb | 03B112856 | Undetermined |
| Crime | XL Specialty Insurance Company | ELU193307-23 | Undetermined |
| Cyber Liability - Lead(1) | Endurance AmericanSpecialty InsuranceCompany | NRV30043286400 | Undetermined |
| Director & Officer ABC - AIG Lead | National Union Fire Insurance Company of Pittsburgh, Pa. | 01-357-47-25 | Undetermined |
| Director & Officer Side A - Lead | Berkeley Insurance Company - US | BPRO8096789 | Undetermined |
| EPLI & Wage & Hour - Employment Practices | Markel Bermuda Limited | MKLB25GPL0004398 | Undetermined |
| Excess Cyber Liability - 10M x $10M | ACE American InsuranceCompany | G71214990 001 | Undetermined |
| Excess Cyber Liability - 10M x $20M(1) | Associated IndustriesInsurance Company, Inc. | AES1210695-02 | Undetermined |
| Excess Cyber Liability - 10M x $30M(1) | Ascot Specialty Insurance Company (Non-Admitted) | EOXS2310001030-03 | Undetermined |
| Excess Director & Officer ABC - $5M xs $10M | Great American Insurance Co. | DFX1490840 | Undetermined |
| Excess Director & Officer ABC - $5M xs $15M | Continental Casualty Company | 425423242 | Undetermined |
| Excess Director & Officer ABC - $5M xs $20M | Atlantic Specialty Insurance Company | MMX-04737-23 | Undetermined |
| Excess Director & Officer ABC - $5M xs $25M | Samsung Fire & Marine Insurance Co., Ltd. (US Branch) | SGC 0456-03 | Undetermined |
| Excess Director & Officer ABC - $5M xs $30M | RSUI Indemnity Company | NHS706474 | Undetermined |
| Excess Director & Officer ABC - $5M xs $35M | Allianz Global Risks US Insurance Company | USF01119623 | Undetermined |
| Excess Director & Officer ABC - $5M xs $40M | North River Insurance Company | 577-102680-9 | Undetermined |
| Excess Director & Officer ABC - $5M xs $40M | Westfield Insurance Company | XDO-00014C5-01 | Undetermined |
| Excess Director & Officer ABC - $5M xs $5M | XL Specialty Insurance Company | ELU191767-23 | Undetermined |
| Excess Director & Officer Side A $10M xs $105M | National Union Fire Insurance Company of Pittsburgh, Pa. | 01-357-84-06 | Undetermined |
| Excess Director & Officer Side A $10M xs $60M | Endurance American Insurance Company | ADX10009654807 | Undetermined |
| Excess Director & Officer Side A $10M xs $70M | U.S. Specialty Insurance Company | 14-MGU-23-A57083 | Undetermined |
| Excess Director & Officer Side A $10M xs $80M | XL Specialty Insurance Company | ELU191763-23 | Undetermined |
| Excess Director & Officer Side A $10M xs $80M | National Union Fire Insurance Company of Pittsburgh, Pa. | 01-357-84-13 | Undetermined |
| Excess Director & Officer Side A $10M xs $80M | Continental Casualty Company | 652251136 | Undetermined |
| Excess Director & Officer Side A $10M xs $80M | Berkshire Hathaway Specialty Insurance Company | 47-EPC-323555-02 | Undetermined |
| Excess Liability Insurance | Allianz Global Risks US Insurance Company | USF00896723 | Undetermined |
| Excess Umbrella - $15M xs $10M | Firemans Fund Insurance Company (Allianz) | USL009066232 | Undetermined |
| Excess Umbrella - $25M xs $25M | Liberty Mutual | ECO (24) 57 37 62 69 | Undetermined |
| Fiduciary Liability Coverage | Federal Insurance Company | J05979432 | Undetermined |
| General Liability | Travelers Indemnity Co of CT | HE-EXGL-474M7977-TCT-23 | Undetermined |
| Kidnap & Ransom | Great American Insurance Co | BD70915CR | Undetermined |
| Marine Open Cargo Policy | Endurance American Insurance Company (50% Participation) Chubb - Federal Insurance Company (50% Participation) | OMC10014657304N10742249 | Undetermined |
| Master Foreign Package, inclusive of  Property General Liability Automobile Liability Voluntary Workers' Compensation / Employer Liability Accidental Death and Dismemberment Kidnap and Ranson | ACE American Insurance Co (Chubb) | CXCD42183544 007 | Undetermined |
| Property (Distributed Centers Only) | Affiliated FM Insurance Company | 1119352 | Undetermined |
| Property (Stores) | Zurich American Insurance Company | ERP019813707 | Undetermined |
| Puerto Rico General Liability | Chubb Insurance Co of Puerto Rico | 41PR100108 | Undetermined |
| Terrorism | Lloyd's | B0621MEXPR000123 | Undetermined |
| Umbrella $10M Primary | Travelers Property Casualty Company of America | CUP-6T44112A-23-NF | Undetermined |
| Works Comp | Travelers Property Casualty Company of America | HWXJUB-474M7953-23 UB-5P605177-23-NC-R UB-5P352993-23-NC-T | Undetermined |

**Fill in this information to identify the case:**

Debtor name: Express, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10835

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

ReStore Capital, LLC
5 Revere Dr
Suite 206
Northbrook, IL 60062

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Wells Fargo Bank - First
Restore Capital, LLC - Second

**Describe debtor's property that is subject to the lien:**
Second priority in substantially all personal property including Cash, AR and Inventory

**Describe the lien**
Second priority lien on substantially all personal property of the loan parties

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

|  | $105,770,465.41 | Undetermined |
|---|---|---|

**2.2**

Wells Fargo Bank
1156 Avenue of the Americas
New York, NY 10036

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
Wells Fargo Bank - First
Restore Capital, LLC - Second

**Describe debtor's property that is subject to the lien:**
Substantially all personal property including Cash, AR and Inventory

**Describe the lien**
First priority lien on substantially all assets of the loan parties

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$63,073,250.00    Undetermined

---

**2.3**

Wells Fargo Bank
1156 Avenue of the Americas
New York, NY 10036

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
Wells Fargo Bank - First
Restore Capital, LLC - Second

**Describe debtor's property that is subject to the lien:**
Substantially all personal property including Cash, AR and Inventory

**Describe the lien**
First priority lien on substantially all assets of the loan parties

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$20,082,084.94    Undetermined

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$188,925,800.35

Debtor   Express, LLC
         Name

Case number *(if known)* 24-10835

---

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street,Suite 5400,Wilmington,DE,19801 | | |
| 3.2 Goldberg Kohn Ltd., 55 E. Monroe Street,Suite 3300,Chicago,IL, 60603 | | |
| 3.3 Richards Layton & Finger, 920 North King Street,Wilmington,DE,19801 | | |
| 3.4 Ropes and Gray LLP, 191 North Wacker Drive,32nd Fl,Chicago,IL,60606 | | |

**Fill in this information to identify the case:**

Debtor name: Express, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10835

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

2.1

ABINGTON PA TOWNSHIP TREASURER, 1176 OLD YORK RD, ABINGTON, PA 19001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROPERTY TAX

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

2.2

ABINGTON TOWNSHIP FIRE MARSHAL'S OFFICE, 1176 OLD YORK RD, ABINGTON, PA 19001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
REGULATORY AND OTHER TAX

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

2.3

ADA COUNTY TREASURER, PO BOX 2868, BOISE, ID 83701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.4

ADAMS COUNTY TREASURER, PO BOX 869, BRIGHTON, CO 80601-0869

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.5

ALABAMA DEPARTMENT OF REVENUE, GORDON PERSONS BLDNG, 50 NORTH RIPLEY STREET, MONTGOMERY, AL 36104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.6**

ALABAMA DEPARTMENT OF REVENUE, GORDON
PERSONS BLDNG, 50 NORTH RIPLEY STREET,
MONTGOMERY, AL 36104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED                    UNDETERMINED

---

**2.7**

ALABAMA DEPT OF REVENUE, BUSINESS PRIVILEGE
TAX, P.O. BOX 327320, MONTGOMERY, AL 36132-7320

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED                    UNDETERMINED

---

**2.8**

ALACHUA COUNTY TAX COLLECTOR, 12 SE 1ST ST,
GAINESVILLE, FL 32601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED                    UNDETERMINED

2.9

ALAMANCE COUNTY TAX COLLECTOR, 124 W ELM ST, GRAHAM, NC 27253-2802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.10

ALAMEDA COUNTY ENVIRONMENTAL HEALTH, 1131 HARBOR BAY PKWY, ALAMEDA, CA 94502-6577

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.11

ALARM MANAGEMENT PROGRAM OF SUFFOLK, 30 YAPHANK AVE, YAPHANK, NY 11980

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.12

ALASKA REMOTE SELLER SALES TAX COMMISSION, ONE SEALASKA PLAZA, STE 302, JUNEAU, AK 99801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.13

ALEX PADILLA CA SECRETARY OF STATE, PO BOX 944230, SACRAMENTO, CA 94244-2300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.14

ALEXI GIANNOULIAS SECRETARY OF STATE / DEPT OF BUSINESS S, 501 S 2ND STREET, SPRINGFIELD, IL 62756-5510

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.15

ALIEF ISD TAX ASSESSOR, COLLECTOR, PO BOX 368, ALIEF, TX 77411

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.16

ALLEN COUNTY TREASURER, PO BOX 2540, FORT WAYNE, IN 46801-2540

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.17

ALLEN PARISH SCHOOL BOARD SALES AND USE TAX DEPT, PO DRAWER 190, OBERLIN, LA 70655

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.18

ALPHARETTA, GA, BUSINESS OCCUPATION TAX, PO
BOX 349, ALPHARETTA, GA 30009-0349

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.19

ANDERSON COUNTY TREASURER, PO BOX 8002,
ANDERSON, SC 29622

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.20

ANNE ARUNDEL CIRCUIT CRT, CIRCUIT COURT FOR
ANNE ARUNDEL COUNTY, 8 CHURCH CIRCLE,
ANNAPOLIS, MD 21401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.21

ANNE ARUNDEL COUNTY, FINANCE OFFICE, 44 CALVERT STREET, RM 110, ANNAPOLIS, MD 21401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.22

ARAPAHOE COUNTY TREASURER, 5334 S PRINCE ST, LITTLETON, CO 80120-1136

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.23

ARIZONA DEPARTMENT OF REVENUE, 1600 W MONROE ST., PHOENIX, AZ 85007-2650

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.24

ARIZONA DEPARTMENT OF REVENUE, 1600 W
MONROE ST., PHOENIX, AZ 85007-2650

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.25

ARKANSAS DEPARTMENT OF FINANCE AND
ADMINISTRATION, 1509 WEST 7TH STREET, LITTLE
ROCK, AR 72201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.26

ARLINGTON COUNTY COMMISSIONER OF REVENUE,
COMM OF REVENUE/SUITE 200, 1 COURTHSE/2100,
CLARENDON, ARLINGTON, VA 22201-5403

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor  Express, LLC
Name

Case number *(if known)* 24-10835

2.27

ARLINGTON COUNTY PD, ARLINGTON CNTY
COURTHOUSE, 1425 NORTH COURTHOUSE RD,
ARLINGTON, VA 22201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.28

ASCENSION PARISH SALES AND USE TAX AUTHORITY,
PO BOX 1718, GONZALES, LA 70707

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.29

ASHWAUBENON PUBLIC SAFETY FIRE INSPECTIONS,
N2930 STATE RD 22, C/O BILLING OFFICE, WAUTOMA,
WI 54982-5267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.30

ASSUMPTION PARISH SALES AND USE TAX DEPARTMENT, PO DRAWER 920, NAPOLEONVILLE, LA 70390

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.31

ATHENS CLARKE CO DEPT FIN, BUSINESS TAX OFFICE, 325 E WASHINGTON STREET, ATHENS, GA 30601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.32

ATLANTA FALSE ALARM, REDUCTION PROGRAM, PO BOX 936104, ATLANTA, GA 31193-6104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.33

AUGUSTA LICENSE & INPECTION, PO BOX 9270,
AUGUSTA, GA 30916

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.34

AVOYELLES PARISH SALES AND USE TAX
DEPARTMENT, 221 TUNICA DR W, MARKSVILLE, LA
71351

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.35

BAKERSFIELD CITY, P.O. BOX 2057, BAKERSFIELD, CA
93303

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor  Express, LLC
Name

Case number *(if known)* 24-10835

2.36

BAKERSFIELD FARP, PO BOX 749899, LOS ANGELES, CA 90074-9899

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.37

BALDWIN COUNTY REVENUE, COMMISSIONER, PO BOX 1549 , BAY MINETTE, AL 36507-1549

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.38

BALDWIN COUNTY REVENUE, PO BOX 538517, ATLANTA, GA 30353-8517

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.39

BARTHOLOMEW COUNTY TREASURER, PO BOX 1986, COLUMBUS, IN 47202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.40

BASILE OCCUPATIONAL TAX, PO BOX 308, BASILE, LA 70515-0308

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.41

BEAUREGARD PARISH SHEFFIFF OFFICE (B.P.S.O) SALES TAX DEPT, PO BOX 639, DERIDDER, LA 70634-0639

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.42

BERNALILLO COUNTY TREASURER, PO BOX 27800, ALBUQUERQUE, NM 87125-7800

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.43

BERSHIRE TWP JEDD, C/O CITY OF DELAWARE INCOME TAX DEPT, PO BOX 496, DELAWARE, OH 43015-0496

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.44

BEXAR COUNTY TAX, ASSESSOR-COLLECTOR, PO BOX 2903, SAN ANTONIO, TX 78299-2903

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.45

BIENVILLE PARISH SALES & USE TAX COMMISSION, PO BOX 746, ARCADIA, LA 71001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.46

BIRCH RUN TOWNSHIP, 8425 MAIN STREET, PO BOX 152, BIRCH RUN, MI 48415

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.47

BOARD-POLICE COMMISSIONER, ATTN: ACCOUNTING OFFICE, 1125 LOCUST STREET, KANSAS CITY, MO 64106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.48

BOONE COUNTY FISCAL CT., 2950 WASHINGTON STREET, PO BOX 457, FLORENCE, KY 41022-0457

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.49

BOONE COUNTY SHERIFF, PO BOX 198, 3000 CONRAD LANE, BURLINGTON, KY 41005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.50

BOONE COUNTY, MO, GOVERNMENT CENTER, 801 E. WALNUT, RM 118, COLUMBIA, MO 65201-7727

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.51

BOROUGH OF CARLSTADT, 500 MADISON STREET, CARLSTADT, NJ 07072

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.52

BOROUGH OF EATONTOWN, 47 BROAD STREET, FIRE PREVENTION BUREAU, EATONTOWN, NJ 07724

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.53

BOROUGH OF EDGEWATER, FIRE PREVENTION BUREAU, 838 RIVER ROAD, EDGEWATER, NJ 07020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.54

BOROUGH OF HOMESTEAD TAX OFFICE, 221 EAST
7TH AVE, HOMESTEAD, PA 15120

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.55

BOROUGH OF PARAMUS, BUILDING DEPT. ANNUAL
SGN, JOCKISH SQUARE, PARAMUS, NJ 07652

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.56

BOROUGH OF PARAMUS, ONE JOCKISH SQUARE,
PARAMUS, NJ 07652

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.57

BOROUGH OF TINTON FALLS, FIRE PREVENTION
BUREAU, 556 TINTON AVENUE, TINTON FALLS, NJ
07724

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.58

BOROUGH OF WYOMISSING, PA, BOROUGH HALL, 22
READING BLVD., WYOMISSING, PA 19610-2083

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.59

BOSSIER CITY PARISH SALES AND USE TAX DIVISION,
PO BOX 71313, BOSSIER CITY, LA 71171-1313

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.60

BRAZORIA COUNTY TAX, ASSESSOR-COLLECTOR, PO BOX 1586, LAKE JACKSON, TX 77566

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.61

BREA FIRE DEPT, FIRE PREVENTION DIVISION, 1 CIVIC CENTER CIRCLE, BREA, CA 92821

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.62

BREVARD COUNTY TAX, COLLECTOR, PO BOX 2500, TITUSVILLE, FL 32781-2500

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.63

BRIDGEWATER TOWNSHIP, 100 COMMONS WAY, OFFICE OF THE FIRE MARSHAL, BRIDGEWATER, NJ 08807

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.64

BROOMFIELD CITY &COUNTY, ONE DESCOMBES DRIVE, BROOMFIELD, CO 80020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.65

BROWARD COUNTY TAX COLLECTOR, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE., FT. LAUDERDALE, FL 33301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.66

BROWARD COUNTY TAX COLLECTOR, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE RM A100, FT. LAUDERDALE, FL 33301-1895

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.67

BROWN COUNTY TREASURER, 305 E WALNUT ST, PO BOX 23600, GREEN BAY, WI 54305-3600

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.68

BUNCOMBE COUNTY TAX DEPT, 94 COXE AVE, ASHEVILLE, NC 28801-3620

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.69

BUREAU OF FIRE PREVENTION, FIRE DISTRICT NO. 2,
225 N LENOLA RD, MOORESTOWN, NJ 08057

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.70

BUREAU OF FIRE PREVENTION, TOWNSHIP OF
ROCKAWAY, 65 MT. HOPE ROAD, ROCKAWAY, NJ 07866

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.71

BYRON TOWNSHIP, 8085 BYRON CENTER AVE SW,
BYRON CENTER, MI 49315

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.72

CABARRUS COUNTY TAX, COLLECTOR, PO BOX 580347, CHARLOTTE, NC 28258-0347

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.73

CABELL COUNTY SHERIFF TAX DIVISION, PO BOX 2114, HUNTINGTON, WV 25721-2114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.74

CADDO-SHREVEPORT SALES AND USE TAX COMMISSION, PO BOX 104, SHREVEPORT, LA 71161

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.75

CALCASIEU PARISH, TAX COLLECTOR, PO BOX 1450,
LAKE CHARLES, LA 70602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.76

CALCASIEU PARISH SALES AND USE TAX DEPT., PO
DRAWER 2050, LAKE CHARLES, LA 70602-2050

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.77

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION, 450 N STREET, SACRAMENTO, CA
95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.78

CALIFORNIA STATE CONTROLLERS OFFICE, UNCLAIMED PROPERTY DIVISION, 10600 WHITE ROCK RD, STE 141, RANCHO CORDOVA, CA 95670

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.79

CALIFORNIA TRAVEL & TOURISM, TOURISM ASESSMENT PROGRAM, 1809 S STREET STE 101-182, SACRAMENTO, CA 95811

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.80

CAMERON COUNTY TAX OFFICE, PO BOX 952, BROWNSVILLE, TX 78522-0952

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.81

CASTLE ROCK SALES TAX DIVISION, PO BOX 17906, DENVER, CO 80217

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.82

CEDAR HILL POLICE DEPT, ALARM UNIT, 285 UPTOWN BLVD, BLDG #200, CEDAR HILL, TX 75104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.83

CENTERRA PUBLIC IMPROVEMENT COLLECTION CORP, C/O CITY OF LOVELAND SALES TAX ADMINISTRATION, PO BOX 892, LOVELAND, CO 80539

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.84

CHARLES COUNTY, MD, PO BOX 2607, LA PLATA, MD 20646

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.85

CHARLES LOMELI, TAX, COLLECTOR, SOLANO CNTY, TREASURY, PO BOX 7407, SAN FRANCISCO, CA 94120-7407

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.86

CHARLESTON COUNTY TREASURER, TREASURER, PO BOX 100242, COLUMBIA, SC 29202-3242

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.87

CHARLESTON COUNTY TREASURER, PO BOX 878, CHARLESTON, SC 29402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.88

CHARTER TOWNSHIP OF FLINT, TREASURER, 1490 SOUTH DYE RD, FLINT, MI 48532

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.89

CHARTER TWNSHP OF LANSING, TREASURER, 3209 W MICHIGAN AVE, LANSING, MI 48917

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.90

CHARTER TWNSHPOF GARFIELD, TREASURER, 3848 VETERANS DR, TRAVERSE CITY, MI 49684

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.91

CHATHAM COUNTY TAX, COMMISSIONER, SUITE 107, 222 W OGLETHORPE AVE, SAVANNAH, GA 31412

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.92

CHATTANOOGA CITY TREASURE, PO BOX 191, CHATTANOOGA, TN 37401-0191

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor   Express, LLC
Name

Case number *(if known)* 24-10835

**2.93**

CHEROKEE COUNTY TAX COMMISSIONER, 2780 MARIETTA HWY, CANTON, GA 30114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.94**

CHERRY HILL TOWNSHIP, 820 MERCER STREET ROOM 205, CHERRY HILL, NJ 08002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.95**

CHESTERFIELD COUNTY, COMMISSIONER OF REVENUE, P.O. BOX 124, CHESTERFIELD, VA 23832-0124

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.96

CITY & COUNTY OF HONOLULU, PO BOX 29610, HONOLULU, HI 96820-2010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.97

CITY OF AKRON, OH, INCOME TAX DIVISION, 1 CASCADE PLAZA, STE 100, AKRON, OH 44308-1161

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.98

CITY OF ALBUQUERQUE, TREASURY DIVISION, PO BOX 1313, ALBUQUERQUE, NM 87103-1313

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.99

CITY OF ALBUQUERQUE, FIRE DEPARTMENT, P.O. BOX 25625, ALBUQUERQUE, NM 87125-0625

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.100

CITY OF ALEXANDRIA, LA, BUSINESS OFFICE, PO BOX 71, ALEXANDRIA, LA 71309

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.101

CITY OF ALPHARETTA, FINANCE DEPT - TAX, PO BOX 349, ALPHARETTA, GA 30009-0349

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.102

CITY OF ALPHARETTA, FINANCE DEPARTMENT - TAX,
PO BOX 117022, ATLANTA, GA 30368-7022

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.103

CITY OF ALTAMONTE SPRINGS, 225 NEWBURYPORT
AVENUE, ALTAMONTE SPRINGS, FL 32701-3697

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.104

CITY OF ANDERSON, BUSINESS LICENSE OFFICE, 601
SOUTH MAIN STREET, ANDERSON, SC 29624

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.105

CITY OF ANN ARBOR, CUSTOMER SERVICE CENTER, 301 E HURON, ANN ARBOR, MI 48107-8647

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.106

CITY OF ARCADIA, BUSINESS LICENSE OFFICE, 240 WEST HUNTINGTON DR, ARCADIA, CA 91066

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.107

CITY OF ARLINGTON, FIRE PREVENTION OFFICE, PO BOX 90231 MS 07-0100, ARLINGTON, TX 76004-3231

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.108

CITY OF ARVADA, 8101 RALSTON RD, ARVADA, CO 80002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.109

CITY OF ATLANTA, GENERAL BUSINESS LICENSE, PO BOX 932053, ATLANTA, GA 31193-2053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.110

CITY OF AUBURN HILLS, 1827 N SQUIRREL ROAD, AUBURN HILLS, MI 48326

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.111

CITY OF AUBURN PERMIT CENTER, 25 WEST MAIN
STREET, AUBURN, WA 98001-4998

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.112

CITY OF AURORA, PO BOX 913200, TAX & LICENSING,
DENVER, CO 80291-3200

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.113

CITY OF AURORA, LICENSING OFFICE, 15151 E
ALAMEDA PKY #1100, AURORA, CO 80012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.114**

CITY OF AVENTURA, COMMUNITY DEVELOPMENT DEPARTMENT, 19200 W. COUNTRY CLUB DR, AVENTURA, FL 33180

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

**2.115**

CITY OF BANGOR, ATTN: TREASURY OFFICE, 73 HARLOW STREET, BANGOR, ME 04401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

**2.116**

CITY OF BATON ROUGE - PARISH OF EAST BATON ROUGE, DEPT OF FINANCE - REVENUE DIVISION, PO BOX 2590, BATON ROUGE, LA 70821-2590

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

Debtor    Express, LLC
Name
Case number *(if known)* 24-10835

Case 24-10831-KBO    Doc 338    Filed 05/30/24    Page 78 of 571

2.117

CITY OF BELLEVUE, PO BOX 34372, SEATTLE, WA 98124-1372

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.118

CITY OF BILOXI, LICENSE ADMINISTRATOR, PO BOX 508, BILOXI, MS 39533-0508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.119

CITY OF BIRMINGHAM, REVENUE DIVISION, PO BOX 10566, BIRMINGHAM, AL 35296-0001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

Debtor    Express, LLC
Name

Case number *(if known)* 24-10835

**2.120**

CITY OF BOCA RATON, BUSINESS TAX AUTHORITY, PO BOX 402053, ATLANTA, GA 30384-2053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

**2.121**

CITY OF BOSSIER CITY, LICENSE DIVISION, PO BOX 5399, BOSSIER CITY, LA 71171-5399

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

**2.122**

CITY OF BOSTON, BOX 55810, BOSTON, MA 02205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.123

CITY OF BOSTON, OFFICE OF THE CITY CLERK, ROOM
601 BOSTON CITY HALL, BOSTON, MA 02201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.124

CITY OF BOULDER, 1136 ALPINE AVE, BOULDER, CO
80304

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.125

CITY OF BOWIE, FINANCE DEPARTMENT, 15901
EXCALIBUR ROAD, BOWIE, MD 20716

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.126

CITY OF BOYNTON BEACH, FIRE INSPECTION FEES,
100 E. BOYNTON BEACH BLVD, BOYNTON BEACH, FL
33425-0310

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.127

CITY OF BOYNTON BEACH, ATTEN CASHIERS, PO BOX
310, BOYNTON BEACH, FL 33425

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.128

CITY OF BRANSON, 110 W MADDUX ST STE 200,
BRANSON, MO 65616

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.129

CITY OF BREA CALIFORNIA, BUSINESS LICENSE
DIVISION, NUMBER ONE CIVIC CENTER, BREA, CA
92621

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.130

CITY OF BROOKFIELD, 2000 N CALHOUN ROAD,
BROOKFIELD, WI 53005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.131

CITY OF CALUMET CITY, IL., PO BOX 1519, 204
PULASKI RD., CALUMET CITY, IL 60409

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.132

CITY OF CAMARILLO, BUSINESS LICENSE TAX
DIVISION, PO BOX 37, CAMARILLO, CA 93011-0037

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.133

CITY OF CAMBRIDGE, TAX COLLECTOR'S OFFICE, 795
MASSACHUSETTS AVE, CAMBRIDGE, MA 02139

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.134

CITY OF CAMBRIDGE, PO BOX 399142, CAMBRIDGE,
MA 02139

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

Debtor    Express, LLC
Name

Case number *(if known)* 24-10835

2.135

CITY OF CAPITOLA, 420 CAPITOLA AVENUE, CAPITOLA, CA 95010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.136

CITY OF CARLSBAD, ATTN: BUSINESS LICENSE, 1635 FARADAY AVENUE, CARLSBAD, CA 92008-7314

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.137

CITY OF CEDAR RAPIDS, CITY TREASURERS OFFICE, PO BOX 2148, CEDAR RAPIDS, IA 52406-2148

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor    Express, LLC
_____    Case number *(if known)* 24-10835
Name

2.138

CITY OF CERRITOS, PO BOX 3130, BLOOMFIELD AVE @ 183RD ST, CERRITOS, CA 90703

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.139

CITY OF CHANDLER, MAIL STOP 701, PO BOX 4008, CHANDLER, AZ 85244-4008

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.140

CITY OF CHARLESTON, PO BOX 7786, CHARLESTON, WV 25356

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.141

CITY OF CHARLESTON, BUSINESS LICENSE, PO BOX 22009, CHARLESTON, SC 29413-2009

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.142

CITY OF CHARLOTTE, PO BOX 31032, CHARLOTTE, NC 28231-1032

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.143

CITY OF CHESAPEAKE, BEN WHITE, TREASURER, PO BOX 16495, CHESAPEAKE, VA 23328-6495

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.144

CITY OF CHESAPEAKE VA, COMMISSIONER OF THE RVNUE, P.O. 15285, CHESAPEAKE, VA 23328

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.145

CITY OF CHICAGO, DEPARTMENT OF REVENUE, PO BOX 88292, CHICAGO, IL 60680-1292

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.146

CITY OF CHICAGO DEPT OF BUS. AFFAIRS & LICENSING, 121 N LASALLE ROOM 800, CHICAGO, IL 60602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

Debtor    Express, LLC
Name

Case number *(if known)* 24-10835

**2.147**

CITY OF CHICAGO, DEPT OF STREETS AND SANITATION, COMMISIONERS OFFICE, 121 N LASALLE ST, ROOM 1107, CHICAGO, IL 60602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

**2.148**

CITY OF CHULA VISTA, FINANCE DEPARTMENT, PO BOX 7549, CHULA VISTA, CA 91912

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

**2.149**

CITY OF CINCINNATI, OH, PO BOX 637876, CINCINNATI, OH 45263-7876

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.150

CITY OF CITRUS HEIGHTS FINANCIAL DEPARTMENT,
6360 FOUNTAIN SQUARE DR, CITRUS HEIGHTS, CA
95621

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.151

CITY OF CLEARWATER, PLANNING & DEVLPMNT DEPT,
PO BOX 4748, CLEARWATER, FL 33758-4748

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.152

CITY OF CLEVELAND, OH, CCA - DIVISION OF
TAXATION, PO BOX 94810, CLEVELAND, OH 44101-
4810

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.153

CITY OF COLORADO SPRINGS, DEPT 2408, DENVER, CO 80256-0001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.154

CITY OF COLUMBIA, P.O. BOX 6015, COLUMBIA, MO 65205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.155

CITY OF COLUMBIA, LICENSE DIVISION, PO BOX 7997, COLUMBIA, SC 29202-7997

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor   Express, LLC
Name

Case number *(if known)* 24-10835

2.156

CITY OF COLUMBUS INCOME TAX DIVISION, 77 N. FRONT STREET, 2ND FLOOR, COLUMBUS, OH 43215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.157

CITY OF COLUMBUS, GEORGIA, P.O. BOX 1397, COLUMBUS, GA 31902-1397

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.158

CITY OF CONCORD, TAX DEPT, PO BOX 308, CONCORD, NC 28026-0308

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

Debtor ___Express, LLC___
Name

Case number *(if known)* 24-10835

2.159

CITY OF CONCORD, 1950 PARKSIDE DR, CONCORD, CA 94519-2578

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.160

CITY OF CONCORD, CONCORD FIRE AND LIFE SAFETY, PO BOX 308, ATTEN: FIRE PREVENTION, CONCORD, NC 28026-0308

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.161

CITY OF CORAL SPRINGS, 2801 CORAL SPRINGS DRIVE, FIRE DEPT, CORAL SPRINGS, FL 33065

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.162

CITY OF CORAL SPRINGS, BUSINESS TAX OFFICE, PO BOX 754501, CORAL SPRINGS, FL 33075-4501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.163

CITY OF CORONA, 400 S VICENTIA AVE, CORONA, CA 92882

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.164

CITY OF COSTA MESA, P.O. BOX 1200, COSTA MESA, CA 92628

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.165**

CITY OF CULVER CITY REVENUE DIVISION, 9770
CULVER BLVD, CULVER CITY, CA 90232

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.166**

CITY OF DAVENPORT, CITY CLERK'S OFFICE, 226 W.
4TH STREET, DAVENPORT, IA 52801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.167**

CITY OF DAYTONA BEACH, PERMITS & LICENSING
DIVISION, 301 S RIDGEWOOD AVE, RM 127B, DAYTONA
BEACH, FL 32114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.168

CITY OF DEARBORN, TAX DEPT 3102, PO BOX 30516, LANSING, MI 48909-8016

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.169

CITY OF DES PERES, DIRECTOR OF FINANCE, 12325 MANCHESTER, DES PERES, MO 63131

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.170

CITY OF DETROIT BUSINESS LICENSE CENTER, 402 COLEMAN A. YOUNG MUNICIPAL CENTER, DETROIT, MI 48226

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.171

CITY OF DETROIT INCOME TAX DIVISION, COLEMAN A. YOUNG MUNICIPAL CENTER, 2 WOODWARD AVE, STE 130, DETROIT, MI 48226

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.172

CITY OF DORAL, 8120 NW 53 STREET, SUITE 103, DORAL, FL 33166

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.173

CITY OF DORAL, PO BOX 864662, ORLANDO, FL 32886-4662

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.174

CITY OF DOTHAN, LICENSE DIVISION, P.O. BOX 2128, DOTHAN, AL 36302

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.175

CITY OF DOUGLASVILLE, PO BOX 219 (30133), 6695 CHURCH STREET, DOUGLASVILLE, GA 30134

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.176

CITY OF DOWNEY, PO BOX 7016, DOWNEY, CA 90241

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.177

CITY OF DUNWOODY, 41 PERIMETER CENTER EAST, DUNWOODY, GA 30346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.178

CITY OF DURHAM, TAX COLLECTION OFFICE, 101 CITY HALL PLAZA, DURHAM, NC 27702

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.179

CITY OF EL CAJON, BUSINESS LICENSE DIVISION, 200 E. MAIN ST., EL CAJON, CA 92020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.180

CITY OF EL CENTRO, PO BOX 2069, EL CENTRO, CA 92244

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.181

CITY OF EL SEGUNDO, 350 MAIN ST, EL SEGUNDO, CA 90245

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.182

CITY OF ELIZABETH, 50 WINFIELD SCOTT PLAZA, ELIZABETH, NJ 07201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.183

CITY OF EMERYVILLE FINANCE DEPT, 1333 PARK
AVENUE, EMERYVILLE, CA 94608

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED         UNDETERMINED

2.184

CITY OF ENGLEWOOD, FINANCE DEPT, TAX &
LICENSING DIVISION, 1000 ENGLEWOOD PKWY,
ENGLEWOOD, CO 80110-2373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED         UNDETERMINED

2.185

CITY OF ESCONDIDO, CIVIC CENTER PLAZA, 201 N.
BROADWAY, ESCONDIDO, CA 92025

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED         UNDETERMINED

2.186

CITY OF FAIRFIELD, CA, BUSINESS LICENSE OFFICE, 1000 WEBSTER STREET, FAIRFIELD, CA 94533-4883

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.187

CITY OF FAIRLAWN, OH, P.O. BOX 5433, FAIRLAWN, OH 44334

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.188

CITY OF FAIRVIEW HEIGHTS, CITY CLERK'S OFFICE, 10025 BUNKUM ROAD, FAIRVIEW HEIGHTS, IL 62208

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.189

CITY OF FAYETTEVILLE, ATTN: ACCOUNTS
RECEIVABLE, P.O. DRAWER D, FAYETTEVILLE, NC
28302

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.190

CITY OF FLORENCE, PO BOX 1327, FLORENCE, KY
41022-1327

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.191

CITY OF FLORENCE, SC, BUSINESS LICENSE OFFICE,
324 WEST EVANS STREET, FLORENCE, SC 29501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.192

CITY OF FOLEY, PO DRAWER 1750, FOLEY, AL 36536

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED      UNDETERMINED

---

2.193

CITY OF FORT COLLINS, 215 NORTH MASON STREET, FORT COLLINS, CO 80524

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED      UNDETERMINED

---

2.194

CITY OF FORT LAUDERDALE, LICENSE DIVISION, 301 N. ANDREWS AVE., FT. LAUDERDALE, FL 33301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED      UNDETERMINED

2.195

CITY OF FORT LAUDERDALE, PO BOX 31689, TAMPA, FL 33631-3689

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.196

CITY OF FORT MYERS, P.O. BOX 2423, FT. MYERS, FL 33902

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.197

CITY OF FORT MYERS, BUSINESS TAX RECEIPTS, 1825 HENDRY ST, STE 101, FORT MYERS, FL 33901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.198

CITY OF FORT WORTH, FIRE DEPT REVENUE GROUP,
505 W FELIX STREET, FORT WORTH, TX 76115

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.199

CITY OF FRESNO, LICENSE DIVISION, P.O. BOX 45017,
FRESNO, CA 93718

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.200

CITY OF FRESNO POLICE DEPT., 3074 W SHAW AVE,
FRESNO, CA 93711

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.201

CITY OF GAINESVILLE, 200 E UNIVERSITY AVE, GAINESVILLE, FL 32601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.202

CITY OF GARLAND TAX, OFFICE, PO BOX 462010, GARLAND, TX 75046-2010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.203

CITY OF GENEVA, FINANCE DIVISION, 15 S 1ST STREET, GENEVA, IL 60134

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.204

CITY OF GILROY - BUSINESS LICENSE DIVISION, 7351
ROSANNA STREET, GILROY, CA 95020-6197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.205

CITY OF GILROY, FIRE PREVENTION, CUPA AND
PRETREATMENT, 7351 ROSANNA STREET, GILROY, CA
95020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.206

CITY OF GLENDALE, 5909 N WILWAUKEE RIVER
PARKWAY, GLENDALE, WI 53209

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.207**

CITY OF GLENDALE, PRIVILEGE TAX SECTION, PO BOX 800, GLENDALE, AZ 85311-0800

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

**2.208**

CITY OF GLENDALE FIRE PREVENTION AND ENVIRONMENTAL, PO BOX 29099, GLENDALE, CA 91209

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

**2.209**

CITY OF GLENDALE, AZ, TAX & LICENSE DIVISION, 5850 W. GLENDALE AVE., GLENDALE, AZ 85301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.210

CITY OF GONZALES, BUSINESS LICENSE, 120 S IRMA
BLVD, GONZALES, LA 70737

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.211

CITY OF GRANDVILLE, DEPT # 200, PO BOX 2545,
GRAND RAPIDS, MI 49501-2545

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.212

CITY OF GREENSBORO, C/O FIRE RECOVERY USA, LLC,
PO BOX 935667, ATLANTA, GA 31193

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.213

CITY OF GREENSBORO, PO BOX 26120, GREENSBORO, NC 27402-6120

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.214

CITY OF GREENVILLE, GREENVILLE MUNICIPAL CRT, 426 N MAIN STREET, GREENVILLE, SC 29601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.215

CITY OF GREENVILLE, FINANCIAL SERV/REVENUE, PO BOX 7207, GREENVILLE, NC 27835-7207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.216

CITY OF GREENVILLE, SC, PO BOX 2207, ATTN: BUSINESS LICENSE, GREENVILLE, SC 29602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.217

CITY OF GRETNA, 204 N MCKENNA AVE, P.O. BOX 69, GRETNA, NE 68028

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.218

CITY OF HAMPTON, PO BOX 636, HAMPTON, VA 23669

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.219

CITY OF HARRISONBURG, TREASURER, PO BOX 1007, HARRISONBURG, VA 22803-1007

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.220

CITY OF HENDERSON, BUILDING & FIRE SAFETY, PO BOX 95050, HENDERSON, NV 89009-5050

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.221

CITY OF HENDERSON, FIANCE DEPT., P.O. BOX 95007, HENDERSON, NV 89009-5007

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

**2.222**

CITY OF HIALEAH, 501 PALM AVE, 1ST FLR, HIALEAH, FL 33010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.223**

CITY OF HILLSBORO, 123 W. MAIN ST, PUBLIC SERVICES BLDG, RM 160, HILLSBORO, OR 97123-3999

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.224**

CITY OF HILLSBORO, 150 E MAIN ST, HILLSBORO, OR 97123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.225

CITY OF HOLYOKE, COLLECTOR OF TAXES, 536 DWIGHT ST, ROOM 6, HOLYOKE, MA 01040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.226

CITY OF HOLYOKE, PO BOX 4135, WOBURN, MA 01888-4135

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.227

CITY OF HOMEWOOD, DRAWER 516, PO BOX 11407, BIRMINGHAM, AL 35246-0516

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.228

CITY OF HOOVER, REVENUE DEPARTMENT, PO BOX 11407, BIRMINGHAM, AL 35246-0144

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.229

CITY OF HOUSTON, ARA ALARM ADMINISTRATOR, PO BOX 203887, HOUSTON, TX 77216-3887

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.230

CITY OF HYATTSVILLE, 4310 GALLATIN ST, HYATTSVILLE, MD 20781

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.231**

CITY OF INDIANAPOLIS, OFFICE OF FIN & MANAGEMENT, 200 E WASHINGTON ST #2260, INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    UNDETERMINED

**2.232**

CITY OF JOHNSON CITY, C/O CITY RECORDER, PO BOX 2227, JOHNSON CITY, TN 37605-2227

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    UNDETERMINED

**2.233**

CITY OF JONESBORO, PO BOX 1845, JONESBORO, AR 72403

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED    UNDETERMINED

2.234

CITY OF JOPLIN, 303 E. THIRD STREET, JOPLIN, MO 64801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.235

CITY OF KATY, 5718 SECOND STREET, KATY, TX 77493

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.236

CITY OF KENNER, DEPT. OF FINANCE, 1801 WILLIAMS BLVD., KENNER, LA 70062

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.237

CITY OF KENTWOOD, MI-TAX, PO BOX 88018, CHICAGO, IL 60680-1018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

---

2.238

CITY OF KENTWOOD, MI-TAX, PO BOX 8848, KENTWOOD, MI 49518-8848

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

---

2.239

CITY OF KENTWOOD-BUSINESS LICENSE, P.O. BOX 8848, 4900 BRETON SE, KENTWOOD, MI 49518-8848

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.240

CITY OF KNOXVILLE, PROPERTY TAX OFFICE, PO BOX
15001, KNOXVILLE, TN 37901-5001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

---

2.241

CITY OF LA - FALSE ALARMS, PO BOX 30879, LOS
ANGELES, CA 90030-0879

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

---

2.242

CITY OF LAFAYETTE, PO BOX 4024, LAFAYETTE, LA
70502

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.243

CITY OF LAKE CHARLES, PO BOX 3706, LAKE CHARLES, LA 70602-3706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.244

CITY OF LAKEWOOD, 480 S. ALLISON PARKWAY, LAKEWOOD, CO 80226

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.245

CITY OF LAKEWOOD BUSINESS, LICENSE, P.O. BOX 220, LAKEWOOD, CA 90714-0220

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.246

CITY OF LANCASTER, PA, 39 WEST CHESTNUT STREET, LANCASTER, PA 17602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.247

CITY OF LAREDO-TAX DEPT, 1102 BOB BULLOCK, PO BOX 6548, LAREDO, TX 78042-6548

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.248

CITY OF LAS VEGAS, BUSINESS LICENSING DIV, 333 N RANCHO DR, 6TH FLOOR, LAS VEGAS, NV 89106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.249

CITY OF LAS VEGAS, PO BOX 748018, LOS ANGELES, CA 90074-8018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.250

CITY OF LEAWOOD, ATTN: OCCUPATION LICENSE, 4800 TOWN CENTER DRIVE, LEAWOOD, KS 66211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.251

CITY OF LEWISVILLE, PO BOX 299002, LEWISVILLE, TX 75029-9002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.252

CITY OF LINCOLN, ALARM REGISTRATION PROGRM,
555 S 10TH STREET, BOX 26, LINCOLN, NE 68508-2803

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.253

CITY OF LITTLE ROCK, 500 W MARKHAM STREET,
ROOM 100, LITTLE ROCK, AR 72201-1497

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.254

CITY OF LITTLE ROCK, PLANNING & DEVELOPMENT,
723 W MARKHAM ST, LITTLE ROCK, AR 72201-1334

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.255

CITY OF LITTLETON, PO BOX 1305, ENGLEWOOD, CO 80150-1305

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.256

CITY OF LIVERMORE, 1052 S LIVERMORE AVE, LIVERMORE, CA 94550-4899

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.257

CITY OF LIVERMORE, PO BOX 45164, SAN FRANCISCO, CA 94145

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.258

CITY OF LOCUST GROVE, PO BOX 900, LOCUST GROVE, GA 30248-0900

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.259

CITY OF LONE TREE, 9220 KIMMER DR., SUITE 100, LONE TREE, CO 80124

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.260

CITY OF LONG BEACH CALIFORNIA, 411 OCEAN BLVD, LONG BEACH, CA 90802-9629

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor    Express, LLC
Name
Case number *(if known)* 24-10835

Case 24-10831-KBO    Doc 338    Filed 05/30/24    Page 126 of 571

**2.261**

CITY OF LONG BEACH CALIFORNIA, PO BOX 630, LONG BEACH, CA 90842-0001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

**2.262**

CITY OF LONGMONT, CIVIC CENTER, 350 KIMBARK ST, LONGMONT, CO 80501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

**2.263**

CITY OF LOS ANGELES, OFFICE OF FINANCE, P.O. BOX 513996, LOS ANGELES, CA 90051-3996

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.264

CITY OF LOUISVILLE, CITY HALL, 749 MAIN ST, LOUISVILLE, CO 80027

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.265

CITY OF LYNNWOOD, ATTN: BUS. LIC. CLERK, PO BOX 5008, LYNNWOOD, WA 98046-5008

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.266

CITY OF MADEIRA TAX OFFCE, 7141 MIAMI AVENUE, CINCINNATI, OH 45243

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.267

CITY OF MADISON FIRE DEPARTMENT, 314 W. DAYTON ST, MADISON, WI 53703-2506

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

2.268

CITY OF MADISON TREASURER, PO BOX 2999, MADISON, WI 53701-2999

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

2.269

CITY OF MANCHESTER, BUSINESS LICENSING & ENFO, ONE CITY HALL PLAZA, MANCHESTER, NH 03101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

2.270

CITY OF MARLBOROUGH, PO BOX 981037, BOSTON, MA 02298-1037

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.271

CITY OF MARLBOROUGH, WEIGHTS AND MEASURES, 140 MAIN ST - CITY HALL, MARLBOROUGH, MA 01752

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.272

CITY OF MAUMEE, CITY HALL, 400 CONANT STREET, MAUMEE, OH 43537

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.273

CITY OF MCALLEN, 311 N 15TH ST, MCALLEN, TX 78501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED      UNDETERMINED

2.274

CITY OF MCALLEN TAX, OFFICE, PO BOX 220, MC ALLEN, TX 78505-0220

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED      UNDETERMINED

2.275

CITY OF MELBOURNE, FL, 900 E. STRAWBRIDGE AVE., MELBOURNE, FL 32901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED      UNDETERMINED

Debtor    Express, LLC
Name

Case number *(if known)* 24-10835

2.276

CITY OF MESA, PO BOX 1466, MESA, AZ 85211-1466

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.277

CITY OF MIAMI, CUSTOMER SERVICE BILLING, 444 SW 2ND AVE, ROOM 638, MIAMI, FL 33130

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.278

CITY OF MIAMI, ALARM ORDINANCE DETAIL, 400 NW 2ND AVE #209, MIAMI, FL 33128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.279

CITY OF MIAMI BEACH, FALSE ALARM REDUCTION
PROGRAM, PO BOX 142165, IRVING, TX 75014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.280

CITY OF MIDDLETOWN, 7162 LIBERTY CENTRE DRIVE,
SUITE A, LIBERTY TOWNSHIP, OH 45069

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.281

CITY OF MIDLAND, PO BOX 1647, MIDLAND, MI 48641-
1647

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.282

CITY OF MILFORD, TAX COLLECTOR, PO BOX 3025, MILFORD, CT 06460

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.283

CITY OF MILPITAS, 455 E CALAVERAS BLVD, MILPITAS, CA 95035

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.284

CITY OF MOBILE, BUSINESS LICENSE DEPT, P.O. BOX 949, MOBILE, AL 36652-0949

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.285

CITY OF MODESTO, BUSINESS LICENSE, PO BOX 3442, MODESTO, CA 95353

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.286

CITY OF MONROE, LICENSE DEPARTMENT, P.O. BOX 123, MONROE, LA 71201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.287

CITY OF MONTCLAIR, PO BOX 2308, MONTCLAIR, CA 91763

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.288

CITY OF MONTEBELLO, LICENSE DIVISION FINANCE, 1600 BEVERLY BLVD., MONTEBELLO, CA 90640

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.289

CITY OF MONTEREY, ANNUAL BUS LICENSERENEWA, 735 PACIFIC ST STE A, MONTEREY, CA 93940

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.290

CITY OF MONTGOMERY, TAX/LICENSE REMITTANCE, P.O. BOX 830469, BIRMINGHAM, AL 35283-0469

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.291

CITY OF MORROW, 1500 MORROW ROAD, MORROW,
GA 30260

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.292

CITY OF MURFREESBORO, CITY TAX COLLECTOR, PO
BOX 1139, MURFREESBORO, TN 37133-1139

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.293

CITY OF MYRTLE BEACH, BUSINESS LICENSE
DIVISION, PO BOX 2468, MYRTLE BEACH, SC 29578

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.294

CITY OF NAPLES, 735 8TH STREET SOUTH, NAPLES, FL 34102-6976

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

---

2.295

CITY OF NATIONAL CITY, 1243 NATL CITY BLVD., NATIONAL CITY, CA 91950

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

---

2.296

CITY OF NATIONAL CITY, BUSINESS LICENSING, 8839 N CEDAR AVE #212, FRESNO, CA 93720-1832

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

2.297

CITY OF NEW ORLEANS, 1300 PERDIDO ST 1W15, NEW ORLEANS, LA 70112

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.298

CITY OF NEW ORLEANS, BUREAU OF REVENUE, 1300 PERIDO ST, ROOM 1W34, NEW ORLEANS, LA 70112

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.299

CITY OF NEWARK, 37101 NEWARK BLVD, NEWARK, CA 94560

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.300

CITY OF NEWPORT, TAX COLLECTOR, 43 BROADWAY, NEWPORT, RI 02840

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.301

CITY OF NEWPORT BEACH, REVENUE DIVISION, PO BOX 3080, NEWPORT BEACH, CA 92658-3080

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.302

CITY OF NEWPORT BEACH, REVENUE DIVISION, PO BOX 4999, WHITTIER, CA 90607-4999

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.303

CITY OF NEWPORT NEWS, PO BOX 975, NEWPORT NEWS, VA 23607

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.304

CITY OF NEWPORT NEWS, COMMISSIONER OF REVENUE, 2400 WASHINGTON AVE, NEWPORT NEWS, VA 23607-4389

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.305

CITY OF NOVI, TAX PROCESSING, PO BOX 674258, DETROIT, MI 48267-4258

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.306

CITY OF NOVI, DRAWER 67, PO BOX 33321, DETROIT, MI 48232-5321

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.307

CITY OF OAKLAND, FALSE ALARM REDUCTION PROGRAM, FALSE ALARM, PO BOX 101513, PASADENA, CA 91189-0005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.308

CITY OF OAKLAND, FALSE ALARM REDUCTION PROGRAM, PO BOX 445822, SAN FRANCISCO, CA 94145-0822

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.309

CITY OF OCOEE, FL, 150 N. LAKESHORE DR, OCEE, FL 34761

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

---

2.310

CITY OF ONTARIO, 303 EAST B STREET, ONTARIO, CA 91764

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

---

2.311

CITY OF OREM, 56 NORTH STATE, OREM, UT 84057

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.312

CITY OF ORLANDO, OCCUPATIONAL LICENSE, 400 S ORANGE AVE, ORLANDO, FL 32801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.313

CITY OF ORLANDO, REVENUE COLLECTION, PO BOX 4990, ORLANDO, FL 32802-4990

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.314

CITY OF PALM BEACH GARDNS, 10500 N MILTARY TRAIL, PALM BEACH GARD, FL 33410

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.315

CITY OF PALM DESERT, 73 510 FRED WARING DRIVE,
PALM DESERT, CA 92260

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.316

CITY OF PALMDALE, BUS. LICENSE DEPT., 38250
SIERRA HIGHWAY, PALMDALE, CA 93550-4609

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.317

CITY OF PANAMA CITY BEACH, 104 S. ARNOLD ROAD,
PANAMA CITY BEACH, FL 32413

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor ___Express, LLC___
Name

Case number *(if known)* 24-10835

**2.318**

CITY OF PEABODY, ATTN: PERSONAL PROP PYMTS,
PO BOX 3047, PEABODY, MA 01961-3047

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.319**

CITY OF PEMBROKE PINES, 4TH FLOOR A/R, 10100
PINES BOULEVARD, PEMBROKE PINES, FL 33026

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.320**

CITY OF PEMBROKE PINES, 601 CITY CENTER WAY,
LBTR-4TH FLOOR, PEMBROKE PINES, FL 33025

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.321

CITY OF PENSACOLA, DEPT OF FINANCE, TREASURY, PO BOX 12910, PENSACOLA, FL 32521

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.322

CITY OF PETALUMA FINANCE DEPT, PO BOX 61, PETALUMA, CA 94953-0061

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.323

CITY OF PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING 1401 JFK BOULEVARD, PHILADELPHIA, PA 19102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.324

CITY OF PHOENIX, FINANCE DEPT, P.O. BOX 29125, PHOENIX, AZ 85038-9125

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.325

CITY OF PLANTATION, DEPT OF FINANCIAL SERVICE, PO BOX 19270, PLANTATION, FL 33318-9270

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.326

CITY OF PLEASANTON, PO BOX 520, ATTN BUSINESS LICENSE DPT, PLEASANTON, CA 94566

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.327

CITY OF POOLER, 100SW HWY 80, POOLER, GA 31322

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

---

2.328

CITY OF PORTAGE, TREASURY OFFICE, 7900 S WESTNEDGE AVE, PORTAGE, MI 49002-5117

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

---

2.329

CITY OF PORTLAND REVENUE DIVISION, 111 SW COLUMBIA STREET SUITE 600, PORTLAND, OH 97201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.330

CITY OF PUYALLUP, PO BOX 314, SEAHURST, WA 98062

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.331

CITY OF RALEIGH, FIRE INSPECTION DIVISION, PO BOX 30213, RALEIGH, NC 27622

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.332

CITY OF RALEIGH, OFFICE OF THE FIRE MARSHAL, PO BOX 590, RALEIGH, NC 27602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor   Express, LLC
Name

Case number *(if known)* 24-10835

2.333

CITY OF RANCHO CUCAMONGA, 10500 CIVIC CENTER
DR, RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.334

CITY OF REDONDO BEACH, LICENSE DIVISION, 415
DIAMOND ST, DOOR C, REDONDO BEACH, CA 90277

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.335

CITY OF REDONDO BEACH, C/O FIRE RECOVERY USA,
LLC, PO BOX 548, ROSEVILLE, CA 95678-0548

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.336

CITY OF RENO, BOX 1900, RENO, NV 89505

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.337

CITY OF RICHMOND HEIGHTS, CITY CLERK, 1330 SOUTH BIG BEN, RICHMOND HGHTS, MO 63117

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.338

CITY OF RIDGELAND, PO BOX 217, RIDGELAND, MS 39158

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.339

CITY OF RIVERSIDE, FINANCE DEPT., 3900 MAIN ST., RIVERSIDE, CA 92522

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.340

CITY OF ROANOKE, COMMISSIONER OF REVENUE, 215 CHURCH AVE S W, ROANOKE, VA 24011-1588

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.341

CITY OF ROANOKE, PO BOX 1451, ROANOKE, VA 24007-1451

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.342

CITY OF ROANOKE TREASURER, 215 CHURCH AVE, SW
ROOM 254, ROANOKE, VA 24011-1513

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.343

CITY OF ROSEVILLE, LICENSE DIVISION, 2005 HILLTOP
CIRCLE, ROSEVILLE, CA 95678

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.344

CITY OF SACRAMENTO, 915 I STREET, ROOM 1214,
CITY HALL, SACRAMENTO, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.345

CITY OF SALISBURY, 125 N DIVISION STREET, SALISBURY, MD 21801-4940

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED     UNDETERMINED

2.346

CITY OF SAN DIEGO, P.O. BOX 121536, SAN DIEGO, CA 92112-5536

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED     UNDETERMINED

2.347

CITY OF SAN JOSE, BUSINESS TAX DEP# 34370, PO BOX 39000, SAN FRANCISCO, CA 94139-0001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED     UNDETERMINED

2.348

CITY OF SAN LUIS OBISPO, ATTN: ACCOUNTS RECEIVABLE, PO BOX 8112, SAN LUIS OBISPO, CA 93403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

2.349

CITY OF SAN LUIS OBISPO, ALARM PROGRAM, P.O. BOX 142586, IRVING, TX 75014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

2.350

CITY OF SAN MARCOS, ALARM PROGRAM, PO BOX 140336, IRVING, TX 75014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

2.351

CITY OF SAN MARCOS, UTILITY DEPARTMENT, 630 E. HOPKINS, SAN MARCOS, TX 78666

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.352

CITY OF SAN MATEO, FINANCE DEPT., 330 W. 20TH AVE., SAN MATEO, CA 94403

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.353

CITY OF SAN RAFAEL, 1400 FIFTH AVENUE, PO BOX 151570, SAN RAFAEL, CA 94915-1560

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.354

CITY OF SANDY, COMMERCIAL LICENSE APPL, 1000 CENTENNIAL PARKWAY, SANDY, UT 84070

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.355

CITY OF SANTA ANA FINANCE, TREASURY DIVISION M-13, PO BOX 1964, SANTA ANA, CA 92702-1964

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.356

CITY OF SANTA BARBARA, SBPD ALARMS, PO BOX 539, SANTA BARBARA, CA 93102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.357

CITY OF SANTA BARBARA, BILLING & LICENSE DIV, P.O
BOX 1990, SANTA BARBARA, CA 93102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.358

CITY OF SANTA MONICA, BUS & REV OPERATIONS DIV,
BILLING, PO BOX 7125, ARTESIA, CA 90702

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.359

CITY OF SANTA MONICA POLICE DEPARTMENT, 333
OLYMPIC DRIVE, SANTA MONICA, CA 90401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.360

CITY OF SANTA MONICA, CA, LICENSE DIV. 1685 MAIN ST, PO BOX 2200, SANTA MONICA, CA 90407

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.361

CITY OF SANTA ROSA, PO BOX 1673, SANTA ROSA, CA 95402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.362

CITY OF SANTA ROSA, 8839 N CEDAR AVE, #212, FRESNO, CA 93720

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.363

CITY OF SANTA ROSA, FIRE DEPARTMENT, 2373 CIRCADIAN WAY, SANTA ROSA, CA 95407

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.364

CITY OF SARASOTA, 1565 1ST STREET ROOM 114, PO BOX 1058, SARASOTA, FL 34230

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.365

CITY OF SAVANNAH, REVENUE DEPT., PO BOX 1228, SAVANNAH, GA 31402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.366

CITY OF SCOTTSDALE, TAX AND LICENSING REG, PO BOX 1570, SCOTTSDALE, AZ 85252-1570

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.367

CITY OF SCOTTSDALE, AZ, 7447 E INDIAN SCHOOL RD, SUITE 110, SCOTTSDALE, AZ 85251

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.368

CITY OF SEATTLE, P.O. BOX 34907, SEATTLE, WA 98124-1907

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.369

CITY OF SOMERVILLE, OFFICE OF THE TAX CLLCTOR, PO BOX 197, SOMERVILLE, MA 02143-0197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.370

CITY OF SOUTH MIAMI, FINANCE DEPARTMENT, 6130 SUNSET DRIVE, SOUTH MIAMI, FL 33143

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.371

CITY OF SOUTH PORTLAND, PO BOX 6700, LEWISTON, ME 04243-6700

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.372

CITY OF SOUTHAVEN OFFICE OF THE CITY CLERK,
8710 NORTHWEST DR, SOUTHAVEN, MS 38671

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.373

CITY OF SPANISH FORT, PO BOX 7226, SPANISH FORT,
AL 36577

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.374

CITY OF SPARKS ALARM PROGRAM, 431 PRATER WAY,
PO BOX 857, SPARKS, NV 89432-0857

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.375

CITY OF SPARKS ALARM PROGRAM, PO BOX 141388, IRVING, TX 75014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.376

CITY OF SPARTANBURG, S.C., P.O. DRAWER 1749, SPARTANBURG, SC 29304

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.377

CITY OF SPRINGFIELD/FINAN, LICENSE DIV, 830 BOONVILLE PO BOX 8368, SPRINGFIELD, MO 65801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.378

CITY OF ST PETERS, PO BOX 9, ONE ST PETERS CTR BLVD, ST PETERS, MO 63376

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.379

CITY OF ST. MATTHEWS, ATTN: BUS LIC DEPT, PO BOX 7097, SAINT MATTHEWS, KY 40257-0097

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.380

CITY OF ST. PETERSBURG, P.O.BOX 2842, ST. PETERSBURG, FL 33731-2842

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.381

CITY OF STERLING HEIGHTS, DEPARTMENT 296201, PO BOX 55000, DETROIT, MI 48255-2962

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.382

CITY OF STOCKTON, REVENUE SERVICE DIVISION, PO BOX 2107, STOCKTON, CA 95201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.383

CITY OF STOCKTON - FINAR, PO BOX 1570, STOCKTON, CA 95201-1570

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.384

CITY OF STOCKTON - FINAR, REVENUE SERVICES
DIVISION, PO BOX 2107, STOCKTON, CA 95201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.385

CITY OF STOCKTON FIRE DEPARTMENT, 425 N EL
DORADO ST, STOCKTON, CA 95202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.386

CITY OF SUNRISE, FINANCE DEPT -FALSE ALARM, PO
BOX 452048, SUNRISE, FL 33345

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.387

CITY OF SUNRISE, 1607 N.W. 136 AVENUE, BUILDING B, SUNRISE, FL 33323

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.388

CITY OF SUNRISE, BUSINESS TAX OFFICE, 1601 NW 136 AVE, BLDG A, SUNRISE, FL 33323

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.389

CITY OF SWEETWATER, 500 SW 109TH AVE, SWEETWATER, FL 33174

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.390

CITY OF TACOMA, FINANCE DEPT/TAX&LIC DIV, PO BOX 11640, TACOMA, WA 98411-6640

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.391

CITY OF TACOMA, TACOMA FIRE DEPARTMENT, CITY TREASURER - PO BOX 11367, TACOMA, WA 98411-0367

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.392

CITY OF TACOMA, TACOMA FIRE DEPARTMENT, CITY TREASURER - 747 MARKET ST, ROOM 246, TACOMA, WA 98402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.393

CITY OF TALLAHASSEE, OCCUPATIONAL LICENSING, CITY HALL, TALLAHASSEE, FL 32301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.394

CITY OF TAMPA, BUSINESS TAX DIVISION, PO BOX 2200, TAMPA, FL 33601-2200

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.395

CITY OF TEMECULA, 41000 MAIN STREET, TEMECULA, CA 92590

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.396

CITY OF TEMPE, TAX AND LICENSE DIVISION, PO BOX 29618, PHOENIX, AZ 85038-9618

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.397

CITY OF TEMPE ALARM UNIT, PO BOX 29615, PHOENIX, AZ 85038-9615

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.398

CITY OF THORNTON, 9500 CIVIC CENTER DRIVE, THORNTON, CO 80229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.399

CITY OF THOUSAND OAKS, BUSINESS TAX DEPARTMENT, 2100 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA 91362

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.400

CITY OF TIGARD, BUSINESS TAX DEPARTMENT, 13125 SW HALL BLVD, TIGARD, OR 97223

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.401

CITY OF TORRANCE, FIRE DEPARTMENT, 3031 TORRANCE BLVD., TORRANCE, CA 90503

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.402

CITY OF TROY, PO BOX 554754, DETROIT, MI 48255-4754

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.403

CITY OF TUCSON, LICENSE SECTION, 255 W ALAMEDA, TUCSON, AZ 85701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.404

CITY OF TULARE BUSINESS LICENSES, 411 E KERN AVE, TULARE, CA 93274

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.405

CITY OF TUSCALOOSA, REVENUE DEPT, PO BOX 2089, TUSCALOOSA, AL 35403

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED　　UNDETERMINED

2.406

CITY OF VACAVILLE, BUSINESS LICENSE, PO BOX 6178, VACAVILLE, CA 95696-6178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED　　UNDETERMINED

2.407

CITY OF VANCOUVER, PO BOX 8995, VANCOUVER, WA 98668-8995

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED　　UNDETERMINED

2.408

CITY OF VENTURA, 501 POLI ST, RM 107, VENTURA, CA 93001-2697

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.409

CITY OF VIRGINIA BEACH, COMMISSIONER OF THE REVENUE, 2401 COURTHOUSE DR, VIRGINIA BEACH, VA 23456-9002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.410

CITY OF VIRGINIA BEACH, FIRE MARSHALS OFF FCP, 2408 COURTHOUSE DR, VIRGINIA BEACH, VA 23456-9065

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.411

CITY OF VISALIA, PO BOX 4002, VISALIA, CA 93278-4002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED    UNDETERMINED

2.412

CITY OF WALNUT CREEK BUSINESS LICENSE DIVISION, 1666 N MAIN ST, WALNUT CREEK, CA 94596

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED    UNDETERMINED

2.413

CITY OF WARWICK, TAX COLLECTOR, PO BOX 981027, BOSTON, MA 02298-1027

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED    UNDETERMINED

2.414

CITY OF WAUWATOSA, BIN 360, MILWAUKEE, WI 53288-0360

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.415

CITY OF WEST COVINA, CITY TREASURERS OFFICE, 1444 W GARVEY AVE, WEST COVINA, CA 91790

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.416

CITY OF WEST PALM BEACH FIRE RESCUE, PO BOX 3366, WEST PALM BEACH, FL 33402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.417

CITY OF WESTLAND, PO BOX 85040, WESTLAND, MI 48185

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.418

CITY OF WESTMINSTER, 4800 W. 92ND AVE. WESTMINSTER, CO 80031

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.419

CITY OF WESTMINSTER, BUSINESS LICENSE DIVISION, 8200 WESTMINSTER BLVD, WESTMINSTER, CA 92683

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.420

CITY OF WICHITA, TREASURY DIVISION, ATTN: ACCT RECEIVABLE, PO BOX 547, WICHITA, KS 67201-0547

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.421

CITY OF WILMINGTON, COLLECTIONS DIVISION, PO BOX 1810, WILMINGTON, NC 28402-1810

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.422

CITY OF WINSTON SALEM, P.O. BOX 2756, WINSTON SALEM, NC 27102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor  Express, LLC
Name
Case number *(if known)* 24-10835

Case 24-10831-KBO    Doc 338    Filed 05/30/24    Page 180 of 571

2.423

CITY OF WOODBURN FINANCE DEPARTMENT, 270 MONTGOMERY ST, WOODBURN, OR 97071

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.424

CITY OF WOODBURY, 8301 VALLEY CREEK ROAD, WOODBURY, MN 55125

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.425

CITY OF WOODSTOCK, 12453 HIGHWAY 92, WOODSTOCK, GA 30188

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.426

CITY OF YONKERS, OFFCE CITY CLRK/CTY HALL, 40 S BROADWAY ROOM 107, YONKERS, NY 10701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.427

CITY OF YONKERS, BUREAU OF HOUSING&BUILD., 87 NEPPERHAN AV., YONKERS, NY 10701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.428

CITY TREAS OF VA BEACH, MUNICIPAL CENTER, BLDG 1, 2401 COURTHOUSE DR, VIRGINIA BEACH, VA 23456-9018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.429

CITY TREASURER, CRFD-FIRE CODE, PO BOX 2148,
CEDAR RAPIDS, IA 52406-2148

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.430

CITY TREASURER, LICENSE SECTION, 750 PIEDMONT
RD S ENTRNCE, COLUMBUS, OH 43224

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.431

CITY TREASURER, PO BOX 11367, TACOMA, WA 98411-
0367

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.432

CITY TREASURER/REVENUE, CITY OF KANSAS CITY,
PO BOX 15623, KANSAS CITY, MO 64106-0623

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.433

CITY-COUNTY TAX COLLECTOR, PO BOX 1400,
CHARLOTTE, NC 28201-1400

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.434

CLACKAMAS COUNTY SHERIFF, OFFICE, 2223 KAEN
ROAD, OREGON CITY, OR 97045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.435

CLACKAMAS COUNTY TAX, COLLECTOR, PO BOX 6100, PORTLAND, OR 97228-6100

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.436

CLARK CNTY BUSINESS LIC, 500 S GRAND CNTRL PKWY, PO BOX 551810, LAS VEGAS, NV 89155-1810

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.437

CLARK COUNTY ASSESSOR, 500 S GRAND CENTRAL PKWY, 2ND FLOOR, LAS VEGAS, NV 89155

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.438

CLARK COUNTY TREASURER'S, OFFICE, PO BOX 9808, VANCOUVER, WA 98666

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.439

CLARKE COUNTY TAX, COMMISSIONER, PO BOX 1768, ATHENS, GA 30603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.440

CLAY COUNTY TAX COLLECTOR, PO BOX 218, GREEN COVE SPRINGS, FL 32043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.441

CLAYTON COUNTY TAX, COMMISSIONER, 121 S MCDONOUGH STREET, JONESBORO, GA 30236

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.442

CLEAR CREEK ISD TAX OFFIC, PO BOX 650395, DALLAS, TX 75265-0395

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.443

CLERK OF CIRCUIT COURT, 200 CHARLES ST, LA PLATA, MD 20646

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.444

CLERK OF CIRCUIT COURT, WICOMICO COUNTY, PO
BOX 198, SALISBURY, MD 21803-0198

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.445

CLERK OF THE COURT, MONTGOMERY COUNTY, 50
MARYLAND AVE RM 1300, ROCKVILLE, MD 20850

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.446

CLEVELAND COUNTYTREASURER, 201 S JONES SUITE
100, NORMAN, OK 73069

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.447

CLINTON TWP TREASURER, 40700 ROMEO PLANK RD, CLINTON TWP, MI 48038

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

2.448

COBB COUNTY, BUSINESS LICENSE, PO BOX 649, MARIETTA, GA 30061-0649

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

2.449

COBB COUNTY TAX, COMMISSIONER, PO BOX 100127, MARIETTA, GA 30061-7027

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED          UNDETERMINED

2.450

COLLECTOR OF REVENUE, SCOTT PAYNE, 940 BOONVILLE AVE., SPRINGFIELD, MO 65802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.451

COLLECTOR, CLAIBORNE PARISH SALES TAX DEPT., PO BOX 600, HOMER, LA 71040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.452

COLLIER COUNTY TAX COLLECTOR, TAX COLLECTOR, 3291 E TAMIAMI TRAIL, NAPLES, FL 34112-5758

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.453

COLLIER COUNTY TAX COLLECTOR, 2800 N
HORSESHOE DR, ROOM 211, NAPLES, FL 34104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.454

COLLIER COUNTY TAX COLLECTOR, 3291 E. TAMIAMI
TRAIL, NAPLES, FL 34112-5758

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.455

COLLIERVILLE POLICE DEPT, 156 N ROWLETT ST,
COLLIERVILLE, TN 38017-0123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.456

COLLIN COUNTY TAX, ASSESSOR-COLLECTOR, PO BOX 8046, MCKINNEY, TX 75070-8046

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.457

COLORADO DEPARTMENT OF REVENUE, 1375 SHERMAN ST., DENVER, CO 80261

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.458

COLORADO DEPARTMENT OF REVENUE, 1375 SHERMAN ST., DENVER, CO 80261

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.459

COLORADO SPRINGS POLICE DEPARTMENT, ATTN POLICE ALARM, 705 S NEVADA AVE, COLORADO SPRINGS, CO 80903

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.460

COLORADO SPRINGS POLICE DEPARTMENT, ALARM UNIT, PO BOX 598, RODEO, CA 94572

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.461

COLUMBUS CITY TREASURER, DEPARTMENT OF PUBLIC SAFETY, 4252 GROVES RD, LICENSE SECTION, COLUMBUS, OH 43232

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.462

COMMISSIONER OF TAXATION, ONE GOVERNMENT
CENTER, SUITE 2070, TOLEDO, OH 43604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.463

COMMISSIONER OF THE REVENUE, COUNTY OF
JAMES CITY, PO BOX 283, WILLIAMSBURG, VA 23187

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.464

COMMONWEALTH OF KENTUCKY, SECRETARY OF
STATE, PO BOX 1150, FRANKFORT, KY 40602-1150

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.465

COMMONWEALTH OF MASSACHUSETTS, 436 DWIGHT STREET, SPRINGFIELD, MA 01103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.466

COMMONWEALTH OF VIRGINIA STATE CORP. COMMISSION, PO BOX 1197, RICHMOND, VA 23218-1197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.467

COMPTROLLER OF MARYLAND, 80 CALVERT STREET, PO BOX 466, ANNAPOLIS, MD 21404-0466

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.468**

COMPTROLLER OF MARYLAND, REVENUE ADMINISTRATION, 80 CALVERT STREET, PO BOX 466, ANNAPOLIS, MD 21404-0466

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

**2.469**

COMPTROLLER OF PUBLIC ACCOUNTS, CAPITOL STATION, P.O. BOX 13528, AUSTIN, TX 78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

**2.470**

CONCORD FALSE ALARM REDUCTION PROGRAM, REDUCTION PROGRAM, PO BOX 741013, ATLANTA, GA 30374-1013

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.471

CONCORD FALSE ALARM REDUCTION PROGRAM, PO
BOX 308, CONCORD, NC 28026

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.472

CONCORDIA PARISH SALES TAX FUND, PO BOX 160,
VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.473

CONNECTICUT DEPARTMENT OF REVENUE, 25
SIGOURNEY STREET, HARTFORD, CT 06106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.474

CONNECTICUT STATE DEPARTMENT OF REVENUE
SERVICES, 25 SIGOURNEY STREET, HARTFORD, CT
06106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.475

CONTRA COSTA COUNTY, DEPT OF AGRICULTURE,
2366A STANWELL CIRCLE, CONCORD, CA 94520

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.476

CONTRA COSTA COUNTY, 2380 BISSO LANE, STE A,
CONCORD, CA 94520

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.477

CONTRA COSTA COUNTY TAX, COLLECTOR, PO BOX 7002, SAN FRANCISCO, CA 94120-7002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.478

CONTRA COSTA HEALTH SERVICES, 50 DOUGLAS DR STE 320C, MARTINEZ, CA 94553

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.479

CORALVILLE FIRE DEPARTMENT, 1501 5TH ST, CORALVILLE, IA 52241

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.480

CORONA POLICE DEPARTMENT, ATTN: ALARM COORDINATOR, 730 CORPORATION YARD WAY, CORONA, CA 92880

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.481

COUNTY OF ALAMEDA, OFFICE OF WEIGHT & MEASUR, 224 W WINTON AVE, RM 184, HAYWARD, CA 94544

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.482

COUNTY OF ALBEMARLE, PO BOX 7604, MERRIFIELD, VA 22116-7604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.483

COUNTY OF ALBEMARLE, VA, 401 MCINTIRE RD, BUS
LICENSE DIVISION, CHARLOTTESVILLE, VA 22902

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.484

COUNTY OF EAU CLAIRE, 721 OXFORD AVE, EAU
CLAIRE, WI 54703-5478

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.485

COUNTY OF FAIRFAX, FIRE MARSHAL'S OFFICE, 12099
GOVERNMENT CTR PKWY, FAIRFAX, VA 22035

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.486

COUNTY OF FAIRFAX, VA., P.O. BOX 10203, 4080
CHAINBRIDGE RD., DPT B, FAIRFAX, VA 22035

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.487

COUNTY OF FAIRFAX, VA., DEPARTMENT OF TAX
ADMINISTRATION, PO BOX 10203, FAIRFAX, VA 22035

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.488

COUNTY OF HENRICO, DEPT OF FIN LICENSE SECT, PO
BOX 27032, RICHMOND, VA 23273-0000

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.489

COUNTY OF HENRICO, PO BOX 3369, HENRICO, VA
23228-9769

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.490

COUNTY OF HENRICO VIRGINIA, DEPT OF FINANCE,
PO BOX 90775, HENRICO, VA 23273-0775

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.491

COUNTY OF IMPERIAL, DEPT OF WEIGHTS&
MEASURES, PO BOX 806, EL CENTRO, CA 92243

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.492

COUNTY OF IMPERIAL, DEPT OF WEIGHTS &
MEASURES, 852 BROADWAY, EL CENTRO, CA 92243

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.493

COUNTY OF JAMES CITY, COMMISSIONER OF THE
REVENUE, PO BOX 283, WILLIAMSBURG, VA 23187

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.494

COUNTY OF LOS ANGELES, AGRIC
COMMR/WTS&MEASURES, PO BOX 54949, LOS
ANGELES, CA 90054-5409

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.495

COUNTY OF LOUDOUN, H ROGER ZURN, JR, TREAS, PO BOX 1000, LEESBURG, VA 20177-1000

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.496

COUNTY OF LOUDOUN, VA, P.O. BOX 8000, LEESBURG, VA 20177-9804

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.497

COUNTY OF MARIN- WEIGHTS AND MEASURES, 1682 NOVATO BLVD STE 150A, NOVATO, CA 94947-7021

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.498

COUNTY OF MONTGOMERY, 101 MONROE STREET, 2ND FLOOR, ROCKVILLE, MD 20850

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.499

COUNTY OF ORANGE, TREASURER-TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702-1438

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.500

COUNTY OF ORANGE TREASURER, PO BOX 4005, SANTA ANA, CA 92702-4005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.501

COUNTY OF RIVERSIDE, DIVISION OF WGHTS & MSURE, PO BOX 1089, RIVERSIDE, CA 92502-1089

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.502

COUNTY OF RIVERSIDE, DEPARTMENT OF ENVIRONMENTAL HEALTH, BUSINESS REGISTRATION DIV, PO BOX 1208, RIVERSIDE, CA 92502-1208

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.503

COUNTY OF RIVERSIDE, DEPARTMENT OF ENVIRONMENTAL HEALTH, PO BOX 7909, RIVERSIDE, CA 92513-7909

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.504

COUNTY OF SACRAMENTO, 4137 BRANCH CENTER RD, SACRAMENTO, CA 95827-3823

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.505

COUNTY OF SACRAMENTO, ENVIRONMENTAL MANAGEMENT DEPARTMENT, 11080 WHITE ROCK ROAD SUITE 200, RANCHO CORDOVA, CA 95670

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.506

COUNTY OF SAN DIEGO DEPT OF ENVIR HEALTH AND QUALITY, PO BOX 129261, SAN DIEGO, CA 92112-9261

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.507

COUNTY OF SANTA BARBARA, DIR OF WEIGHTS & MEASURES, 263 CAMINO DEL REMEDIO, SANTA BARBARA, CA 93110-1335

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.508

COUNTY OF SANTA CLARA, DEPARTMENT OF ENVIRONMENTAL HEALTH, 1555 BERGER DR, SUITE 300, SAN JOSE, CA 95112

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.509

COUNTY OF VENTURA DEPT OF, WEIGHTS & MEASURES, 800 S VICTORIA L #1750, VENTURA, CA 93009

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.510

CRAIGHEAD COUNTYCOLLECTOR, PO BOX 9276, JONESBORO, AR 72403-9276

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.511

CUMBERLAND COUNTY, 310 ALLEN RD STE 701, CARLISLE, PA 17013

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.512

CUMBERLAND COUNTY, 21 WATERFORD DR, SUITE 201, MECHANICSBURG, PA 17050

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.513

CUMBERLAND COUNTY TAX, COLLECTOR, PO BOX 449, FAYETTEVILLE, NC 28302-0449

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.514

CUMBERLAND COUNTY TAX, PO BOX 538313, ATLANTA, GA 30353-8313

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.515

CYPRESS-FAIRBANKS ISD, TAX ASSESSOR-COLLECTOR, 10494 JONES RD, SUITE 106, HOUSTON, TX 77065

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.516

DALLAS COUNTY TAX, ASSESSOR/COLLECTOR, PO BOX 139066, DALLAS, TX 75313-9066

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.517

DAVIDSON COUNTY CLERK'S OFFICE, 700 SECOND AVE S, STE 101, PO BOX 196333, NASHVILLE, TN 37219-6333

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.518

DAWSON COUNTY PLANNING AND DEVELOPMENT, 25 JUSTICE WAY, STE 2322, DAWSONVILLE, GA 30534

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.519

DAWSON COUNTY TAX COMMISSIONER, 25 JUSTICE WAY, STE 1222, DAWSONVILLE, GA 30534

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.520

DEKALB COUNTY, INTERNAL AUDIT & LICENSIN, P.O. BOX 100020, DECATUR, GA 30031-7020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.521

DEKALB COUNTY TAX, COMMISSIONER, PO BOX 100004, DECATUR, GA 30031-7004

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.522

DELAWARE DIVISION OF REVENUE, CARVEL STATE OFFICE BUILDING, 820 NORTH FRENCH STREET, NEW CASTLE COUNTY, WILMINGTON, DE 19801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.523

DELAWARE DIVISION OF REVENUE, CARVEL STATE OFFICE BUILDING, 820 NORTH FRENCH STREET, NEW CASTLE COUNTY, WILMINGTON, DE 19801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.524

DELAWARE SECRETARY OF STATE, PO BOX 5509, BINGHAMTON, NY 13902-5509

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.525

DENTON COUNTY TAX, ASSESSOR COLLECTOR, PO BOX 90223, DENTON, TX 76202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.526

DENVER CITY & COUNTY, 201 W. COLFAX AVE., DEPARTMENT 1009, DENVER, CO 80202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.527

DEPARTMENT OF FINANCE, COLLECT/CTY HALL RM 107A, 121 NORTH LASALLE STREET, CHICAGO, IL 60602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.528

DEPARTMENT OF FINANCE & ADMINISTRATION, 1509 WEST 7TH STREET, LITTLE ROCK, AR 72201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.529

DEPARTMENT OF TOXIC SUBSTANCES CONTROL, ACCOUNTING UNIT, PO BOX 1288, SACRAMENTO, CA 95812-1288

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.530

DEPT OF CONSUMER & REGULATORY AFFAIRS, 1100 4TH ST. SW, WASHINGTON, DC 20024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.531

DEPT OF PUBLIC HEALTH, HAZARDOUS MATERIAL &
WASTE PROGRAM, 49 S VAN NESS, #600, SAN
FRANCISCO, CA 94103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.532

DEPT. OF THE SECRETARY OF STATE, 101 STATE
HOUSE STATION, AUGUSTA, ME 04333-0101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.533

DESOTO COUNTY TAX COLLECTOR, 365 LOSHER ST.,
#110, HERNANDO, MS 38632-2144

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.534

DESOTO PARISH SALES AND USE TAX COMMISSION, PO BOX 927, MANSFIELD, LA 71052

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.535

DESTIN FIRE CONTROL DISTRICT, 848 AIRPORT ROAD, DESTIN, FL 32541

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.536

DIR OF FINANCE SAN JUAN, MUNICIPAL LICENSE TAX DIVISION, PO BOX 70179, SAN JUAN, PR, 00936-8179

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.537

DISTRICT OF COLUMBIA OFFICE OF TAX AND
REVENUE, 1101 4TH ST, SW, STE 270 WEST,
WASHINGTON, DC 20024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.538

DONA ANA COUNTY TREASURER, 845 N MOTEL BLVD,
LAS CRUCES, NM 88007

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.539

DOUGLAS CNTY TREASURER CO, PO BOX 1208,
CASTLE ROCK, CO 80104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.540

DOUGLAS COUNTY TAX, COMMISSIONER, PO BOX 1177, DOUGLASVILLE, GA 30133

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.541

DOUGLAS COUNTY TAX, 6200 FAIRBURN RD, DOUGLASVILLE, GA 30134

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.542

DOUGLAS COUNTY TREASURER, PO BOX 2855, OMAHA, NE 68103-2855

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

**2.543**

DURHAM COUNTY TAX, COLLECTOR, PO BOX 30090, DURHAM, NC 27702-3090

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.544**

DUVAL COUNTY TAX COLLECTOR, TAX COLLECTOR, 231 E. FORSYTH ST./RM 130, JACKSONVILLE, FL 32202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.545**

DUVAL COUNTY TAX COLLECTOR, PO BOX 44009, JACKSONVILLE, FL 32231-4009

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.546

EAST BRUNSWICK FIRE DISTRICT 1, BUREAU OF FIRE SAFETY, 680 OLD BRIDGE TURNPIKE, EAST BRUNSWICK, NJ 08816

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.547

ECTOR COUNTY APPRAISAL, DISTRICT, 1301 E 8TH STREET, ODESSA, TX 79761-4722

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.548

EDISON DEPT OF PUBLIC, SAFETY DIVISION OF FIRE, 100 MUNICIPAL BLVD, EDISON, NJ 08817

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.549

EL PASO COUNTY CLERK, 500 E SAN ANTONIO, SUITE 105, EL PASO, TX 79901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.550

EL PASO COUNTY, CO, TREASURER, PO BOX 2018, COLORADO SPRINGS, CO 80901-2018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.551

EL PASO TAX ASSESSOR/, COLLECTOR, PO BOX 660271, DALLAS, TX 75266-0271

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.552

ENVIRONMENTAL HEALTH DIVISION, COUNTY OF
VENTURA, 800 SOUTH VICTORIA AVE, VENTURA, CA
93009-1290

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.553

ESCAMBIA COUNTY COLLECTOR, P.O. BOX 1312,
PENSACOLA, FL 32591-1312

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.554

EVANGELINE PARISH SALES/USE TAX COMMISSION,
PO BOX 367, VILLE PLATTE, LA 70586-0367

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.555

FALSE ALARM REDUCTION UNI, PO BOX 2150, 10425 AUDIE LANE, LA PLATA, MD 20646

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.556

FAYETTE COUNTY PUBLIC SCHOOLS, 701 EAST MAIN STREET, LEXINGTON, KY 40502

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.557

FINANCE DEPARTMENT, REVENUE DIVISION, 414 E. 12TH STREET, KANSAS CITY, MO 64106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.558

FIRE PREVENTION BUREAU, BOROUGH OF TINTON FALLS, 556 TINTON AVE, TINTON FALLS, NJ 07724

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.559

FLORENCE COUNTY TREASURER, PO BOX 100501, FLORENCE, SC 29502-0501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.560

FLORIDA DEPARTMENT OF REVENUE, 5050 WEST TENNESSEE STREET, TALLAHASSEE, FL 32399-0100

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.561

FLORIDA DEPARTMENT OF REVENUE, 5050 WEST
TENNESSEE STREET, TALLAHASSEE, FL 32399-0100

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.562

FLORIDA DEPT OF STATE, 500 S BOROUGH ST,
TALLAHASSEE, FL 32399

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.563

FLOYD COUNTY TAX, COMMISSIONER, PO BOX 26,
ROME, GA 30162-0026

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.564

FORSYTH COUNTY TAX, COLLECTOR, PO BOX 70844, CHARLOTTE, NC 28272-0844

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.565

FORSYTH COUNTY TAX, PO BOX 82, WINSTON SALEM, NC 27102-0082

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.566

FORT BEND CO LID #2, 11111 KATY FREEEWAY #725, HOUSTON, TX 77079-2197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.567

FORT BEND COUNTY TAX, ASSESSOR-COLLECTOR, PO
BOX 1028, SUGARLAND, TX 77487-1028

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.568

FRANCHISE TAX BOARD, 3321 POWER INN ROAD,
SUITE 250, SACRAMENTO, CA 95826-3893

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.569

FRANKLIN PARISH SALES TAX, PO BOX 337,
WINNSBORO, LA 71295

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.570

FREDERICK COUNTY MD, CIRCUIT COURT, 100 WEST
PATRICK STREET, FREDERICK, MD 21701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.571

FRESNO COUNTY TAXVICKI CROW, FRESNO CNTY,
2281 TULARE ST, RM 105, PO BOX 1192, FRESNO, CA
93715-1192

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.572

FULTON COUNTY TAX COMMISSIONER, PO BOX
105052, ATLANTA, GA 30348-5052

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.573

G & I VI PROMENADE LLC RETAIL SALES FEE ADMIN,
C/O CITY OF LOVELAND SALES TAX ADMINISTRATION,
PO BOX 1386, LOVELAND, CO 80539

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.574

GALVESTON CO MUD #54, PO BOX 1368,
FRIENDSWOOD, TX 77549-1368

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.575

GALVESTON COUNTY CLERK, 600 59TH ST, SUITE
2001, GALVESTON, TX 77551

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.576

GALVESTON COUNTY TAX COLLECTOR, 722 MOODY
(21ST STREET), GALVESTON, TX 77550

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.577

GARLAND INDEPENDENT, SCHOOL DISTRICT, PO BOX
461407, GARLAND, TX 75046-1407

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.578

GEORGIA DEPARTMENT OF REVENUE, 1800 CENTURY
CENTER BLVD., N.E., ATLANTA, GA 30345

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.579

GEORGIA DEPARTMENT OF REVENUE, 1800 CENTURY CENTER BLVD., N.E., ATLANTA, GA 30345

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.580

GLENDALE POLICE DEPARTMNT, ALARM PROGRAM, 6835 NORTH 57TH DRIVE, GLENDALE, AZ 85301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.581

GLOUCESTER TOWNSHIP FIRE DISTRICT 4, BUREAU OF FIRE PREVENTION, 14 W CENTRAL AVE, BLACKWOOD, NJ 08012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.582

GOVERNMENT OF THE DISTRICT OF COLUMBIA, 1101 4TH ST, SW, STE 270 WEST, WASHINGTON, DC 20024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.583

GRAPEVINE-COLLEYVILLE TAX OFFICE, 3072 MUSTANG DRIVE, GRAPEVINE, TX 76051

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.584

GREENE COUNTY, COLLECTOR OF REVENUE, 940 BOONVILLE, SPRINGFIELD, MO 65802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.585

GREENVILLE COUNTY TAX, COLLECTOR, DEPT 390, PO BOX 100221, COLUMBIA, SC 29202-3221

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.586

GREG JOHNSON, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,480.75          $25,480.75

2.587

GREORY F.X. DALY, COLLECTOR OF REVENUE, CITY HALL, 1200 MARKET STREET, ST. LOUIS, MO 63103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.588

GRETNA CITY CLERK, 204 N MCKENNA AVE, GRETNA, NE 68028

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.589

GUILFORD COUNTY TAX, DEPARTMENT, PO BOX 71072, CHARLOTTE, NC 28272-1072

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.590

GWINNETT CO TAX COMMISSION, DEPT OF PROPERTY TAX, PO BOX 370, LAWRENCEVILLE, GA 30046

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.591

GWINNETT COUNTY-GEORGIA, LICENSE/REVENUE
ADMIN, PO BOX 1045, LAWRENCEVILLE, GA 30046-
1045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.592

HAB-BPT, 325-A N.POTTSTOWN PIKE, EXTON, PA
19341-2290

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.593

HAB-BPT BERKHEIMER ASSOC, DICKSON CITY, PA
BOROUGH, 325-A N. POTTSTOWN PIKE, EXTON, PA
19341-2290

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.594

HALL COUNTY, GA, TAX COMMISSIONER, PO BOX 1579, GAINESVILLE, GA 30503

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.595

HAMILTON COUNTY TREASURER, 33 N 9TH STREET STE 112, NOBLESVILLE, IN 46060

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.596

HAMILTON COUNTY TRUSTEE, PO BOX 11047, CHATTANOOGA, TN 37401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.597

HAMPTON CITY TREASURER, PO BOX 3800,
HAMPTON, VA 23663-3800

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.598

HARLINGEN TAX OFFICE, PO BOX 2643, HARLINGEN,
TX 78551-2643

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.599

HARRIS COUNTY ALARM DTL, 9418 JENSEN DRIVE,
STE A, HOUSTON, TX 77093

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.600

HARRIS COUNTY M.U.D. #358, 11111 KATY FREEWAY #725, HOUSTON, TX 77079-2197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.601

HARRIS COUNTY WCID #155, 11111 KATY FREEWAY #725, HOUSTON, TX 77079-2197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.602

HARRISON CO TAX COLLECTOR, PO BOX 1270, GULFPORT, MS 39502

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.603

HARRISONBURG, VA CITY OF, COMMISSIONER OF THE RVNUE, PO BOX 20031, HARRISONBURG, VA 22801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.604

HARRY E HAGEN, TAX COLLECT, COUNTY OF SANTA BARBARA, PO BOX 579, SANTA BARBARA, CA 93102-0579

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.605

HAWAII DEPARTMENT OF TAXATION, DIRECTOR OF TAXATION, ROOM 221, DEPT OF TAXATION, 830 PUNCHBOWL STREET, HONOLULU, HI 96813-5094

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.606

HAWAII STATE TAX COLLECTOR, DIRECTOR OF TAXATION, ROOM 221, DEPT OF TAXATION, 830 PUNCHBOWL STREET, HONOLULU, HI 96813-5094

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.607

HAYS COUNTY TAX OFFICE, 712 S STAGECOACH TRAIL, SAN MARCOS, TX 78666-6073

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.608

HEALTHY SAN FRANCISCO, CITY OPTION PROGRAM, 201 THIRD STREET, 7TH FL, SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.609

HENDERSON BUILDING AND, FIRE SAFETY DEPT
BOX95040, 240 WATER STREET, HENDERSON, NV
89009

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.610

HENNEPIN COUNTY, 300 SOUTH SIXTH STREET, MAIL
CODE 129, MINNEAPOLIS, MN 55487-9989

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.611

HENRY COUNTY TAX COMMISSIONER, 140 HENRY
PARKWAY, MCDONOUGH, GA 30253

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.612

HIDALGO COUNTY TEXAS, PO BOX 2287, MCALLEN,
TX 78502-2287

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.613

HILLSBOROUGH COUNTY, OFFICE OF FIRE MARSHAL,
PO BOX 310398, TAMPA, FL 33680

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.614

HILLSBOROUGH COUNTY TAX, COLLECTOR, PO BOX
30012, TAMPA, FL 33630-3012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.615

HORRY COUNTY BUSINESS, LICENSE DEPARTMENT,
PO BOX 1275, CONWAY, SC 29528

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.616

HORRY COUNTY, SC, PO BOX 1236, CONWAY, SC 29528

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.617

HOUSTON COUNTY REVENUE, COMMISSIONER, PO
BOX 6406, DOTHAN, AL 36302-6406

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.618

HOWARD COUNTY, PO BOX 37237, BALTIMORE, MD
21297-3237

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.619

HOWARD COUNTY CIRCUT CRT, 6095 MARSHALEE DR,
STE 120, ELKRIDGE, MD 21075

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.620

HOWARD COUNTY DIRECTOR OF FINANCE, OFFICE OF
LAW, CARROLL BUILDING, 1ST FLR, ELLICOTT CITY,
MD 21043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.621

HUMBLE ISD, PO BOX 4020, HOUSTON, TX 77210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.622

HUNTSVILLE AL CTY CLK TRS, MUNICIPAL BUILDING, PO BOX 308, HUNTSVILLE, AL 35804

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.623

IBERIA PARISH SCHOOL BOARD SALES AND USE TAX DEPARTMENT, PO BOX 9770, NEW IBERIA, LA 70562-9770

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.624

IBERVILLE PARISH SALES TAX DEPARTMENT, PO BOX 355, PLAQUEMINE, LA 70765-0355

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
SALES AND USE TAX
**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.625

IDAHO STATE TAX COMMISSION, 800 PARK BLVD., PLAZA IV, BOISE, ID 83712-7742

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
INCOME TAX
**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.626

IDAHO STATE TAX COMMISSION, 800 PARK BLVD., PLAZA IV, BOISE, ID 83712-7742

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
SALES AND USE TAX
**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.627

ILLINOIS DEPARTMENT OF REVENUE, PO BOX 1040, GALESBURG, IL 61402-1040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.628

ILLINOIS DEPARTMENT OF REVENUE, PO BOX 1040, GALESBURG, IL 61402-1040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.629

ILLINOIS STATE TREASURER, DIVISION OF UNCLAIMED PROPERTY, STATE CAPITOL, RM 219, SPRINGFIELD, IL 62706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.630

IMPERIAL COUNTY TAX, COLLECTOR, 940 WEST MAIN STREER #106, EL CENTRO, CA 92243

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.631

INDIAN RIVER COUNTY, TAX COLLECTOR, P.O. BOX 1509, VERO BEACH, FL 32961

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.632

INDIANA DEPARTMENT OF REVENUE, 1025 WIDENER LN, SOUTH BEND, IN 46614

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.633

INDIANA DEPARTMENT OF REVENUE, 1025 WIDENER LN, SOUTH BEND, IN 46614

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.634

INDIANA SECRETARY OF STATE, 200 W WASHINGTON ST, STE 201, INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.635

IOWA DEPARTMENT OF REVENUE, PO BOX 10471, DES MOINES, IA 50306-0471

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.636

IOWA DEPARTMENT OF REVENUE, PO BOX 10471, DES MOINES, IA 50306-0471

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.637

IRVING ISD TAX OFFICE, 2621 W AIRPORT FWY, PO BOX 152021, IRVING, TX 75015-2021

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.638

JACKSON COUNTY, 67 ATHENS STREET, JEFFERSON, GA 30549

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.639

JACKSON COUNTY COLLECTOR, PO BOX 219747, KANSAS CITY, MO 64121-9747

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.640

JACKSON PARISH SALES TAX COLLECTION AGENCY, 102 FOURTH ST, PO BOX 666, JONESBORO, LA 71251

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.641

JACKSONVILLE SHERIFF'S OFFICE, FALSE ALARM REDUCTION PROGRAM, PO BOX 141925, IRVING, TX 75014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.642

JAMES CITY COUNTY TREASURER, PO BOX 8701,
WILLIAMSBURG, VA 23187

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.643

JAMES CITY COUNTY TREASURER, PO BOX 844637,
BOSTON, MA 02284-4637

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.644

JASPER COUNTY COLLECTOR, PO BOX 421,
CARTHAGE, MO 64836-0421

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.645

JEFFERSON COUNTY, DEPT OF REVENUE, PO BOX 830710, BIRMINGHAM, AL 35283-0710

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.646

JEFFERSON COUNTY, PO BOX 12207, BIRMINGHAM, AL 35202-2207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.647

JEFFERSON COUNTY (CO), TREASURER, 100 JEFFERSON, COUNTY PARKWAY 2520, GOLDEN, CO 80419-2520

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.648

JEFFERSON COUNTY TX TAX, ASSESSOR COLLECTOR, PO BOX 2112, BEAUMONT, TX 77704-2112

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED                    UNDETERMINED

2.649

JEFFERSON COUNTY, KY, SHERIFF'S OFFICE, PO BOX 34570, LOUSIVILLE, KY 40232-4570

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED                    UNDETERMINED

2.650

JEFFERSON DAVIS PARISH, SALES AND USE TAX DEPT, PO BOX 1161, JENNINGS, LA 70546

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED                    UNDETERMINED

2.651

JEFFERSON PARISH SHERIFF'S OFFICE BUREAU OF
REVENUE AND TAXATION, SALES TAX DIVISION, PO
BOX 248, GRETNA, LA 70054

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.652

JOHNSON CO TREASURER (IN), PO BOX 7039,
INDIANAPOLIS, IN 46207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.653

JOHNSON CO TREASURER (IN), PO BOX 6095,
INDIANAPOLIS, IN 46206-6095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.654

JOHNSON COUNTY TREASURER, PO BOX 2902,
SHAWNEE MISSION, KS 66201-1302

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.655

JUDSON ISD TAX OFFICE, 8012 SHIN OAK DRIVE, LIVE
OAK, TX 78233-2413

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.656

KANAWHA COUNTY SHERIFF, TAX DIVISION, 409
VIRGINIA ST ROOM 120, CHARLESTON, WV 25301-
2595

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.657

KANSAS DEPARTMENT OF REVENUE, 915 SW
HARRISON ST, #300, TOPEKA, KS 66612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED    UNDETERMINED

2.658

KANSAS DEPARTMENT OF REVENUE, 915 SW
HARRISON ST, #300, TOPEKA, KS 66612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED    UNDETERMINED

2.659

KATY MANAGEMENT DISTRICT #1, 873 DULLES AVE,
STE A, STAFFORD, TX 77477-5753

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED    UNDETERMINED

2.660

KATY MANAGEMENT DISTRICT #1, 12841 CAPRICORN ST, STAFFORD, TX 77477

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.661

KCTTC, PAYMENT CENTER, PO BOX 541004, LOS ANGELES, CA 90054-1004

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.662

KENTUCKY DEPARTMENT OF REVENUE, 501 HIGH STREET, FRANKFORT, KY 40620

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.663

KENTUCKY STATE TREASURER, 1050 US HIGHWAY 127 SOUTH, SUITE 100, FRANKFORT, KY 40604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.664

KING COUNTY TREASURY, 500 FOURTH AVE, RM 600, SEATTLE, WA 98104-2340

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.665

KITTERY POLICE DEPARTMENT, 200 ROGERS RD, KITTERY, ME 03904

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.666

KNOX COUNTY TRUSTEE, PO BOX 70, KNOXVILLE, TN 37901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.667

LA COUNTY TREASURER, PO BOX 512399, LOS ANGELES, CA 90051-0399

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.668

LA CROSSE CITY TREASURER, 400 LA CROSSE ST, LA CROSSE, WI 54601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.669

LAFAYETTE PARISH SCHOOL SYSTEM, PO BOX 52706, LAFAYETTE, LA 70505-2706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.670

LAFAYETTE PARISH TAX, COLLECTOR, PO BOX 52667, LAFAYETTE, LA 70505

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.671

LAFOURCHE PARISH SCHOOL BOARD SALES AND USE TAX DEPT, 701 E 7TH ST, THIBODAUX, LA 70301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.672

LAKE COUNTY TREASURER, 2293 N MAIN ST. BLG A 2FL, CROWN POINT, IN 46307

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.673

LANCASTER CO TAX COLLECTION BUREAU, 1845 WILLIAM PENN WAY, STE 1, LANCASTER, PA 17601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.674

LANCASTER COUNTY TREASURER, 575 S 10TH ST, 2ND FLOOR, LINCOLN, NE 68508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.675

LANCASTER COUNTY TREASURER, 555 S 10TH ST,
ROOM 102, LINCOLN, NE 68508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.676

LAPORTE COUNTY TREASURER, 555 MICHIGAN AVE,
STE 102, LAPORTE, IN 46350-3491

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.677

LARIMER COUNTY TREASURER, PO BOX 2336, FORT
COLLINS, CO 80522-2336

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.678

LAUDERDALE CO TAX, COLLECTOR, PO BOX 5205,
MERIDIAN, MS 39302

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.679

LAWRENCE DENNEY SECRETARY OF STATE, PO BOX
83720, BOISE, ID 83720-0080

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.680

LEDYARD TAX COLLECTOR, PO BOX 150430,
HARTFORD, CT 06115-0430

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.681

LEE COUNTY SHERIFF'S OFFICE ALARM REDUCTION UNIT, 14750 SIX MILE CYPRESS PARKWAY, FORT MYERS, FL 33912

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.682

LEE COUNTY TAX COLLECTOR, TAX COLLECTOR, P.O. BOX 1609, FORT MYERS, FL 33902-1609

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.683

LEE COUNTY TAX COLLECTOR, PO BOX 1549, FORT MYERS, FL 33902-1549

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.684

LEE COUNTY TAX COLLECTOR, PO BOX 1609, FORT MYERS, FL 33902-1609

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.685

LEON COUNTY TAX COLLECTOR, P.O. BOX 1835, TALLAHASSEE, FL 32302

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.686

LEXINGTON COUNTY TREASURER'S OFFICE, PO BOX 3000, LEXINGTON, SC 29071-3000

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.687

LEXINGTON- FAYETTE URBAN COUNTY GOVERNMENT, 200 E. MAIN STREET, LEXINGTON, KY 40507

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.688

LFUCG, DIVISION OF REVENU, 200 E MAIN STREET, LEXINGTON, KY 40507

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.689

LIBERTY COMMUNITY AUTHORITY, GREEN MUNICIPAL BUILDING, 47 HALL STREET, POWELL, OH 43065

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.690

LINCOLN PARISH SALES AND USE TAX COMMISSION, PO BOX 863, RUSTON, LA 71273-0863

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.691

LIVINGSTON PARISH PUBLIC SCHOOL SYSTEM, PO BOX 1030, LIVINGSTON, LA 70754

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.692

LONG HILL FIRE DISTRICT TAX COLLECTOR, TAX COLLECTOR, BOA, PO BOX 416968, BOSTON, MA 02241-6968

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.693

LONG HILL FIRE DISTRICT TAX COLLECTOR, PO BOX 4110, WOBURN, MA 01888-4110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.694

LONG HILL FIRE DISTRICT TAX COLLECTOR, PO BOX 4110, WOBURN, MA 01888-4110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.695

LOS ANGELES CNTY AGRICULTURAL COMM, WEIGHTS AND MEASURES, 11012 GARFIELD AVE, SOUTH GATE, CA 90280

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.696

LOS ANGELES COUNTY FIRE DEPARTMENT, PO BOX 513148, LOS ANGELES, CA 90051-1148

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.697

LOS ANGELES COUNTY TAX, COLLECTOR, PO BOX 54027, LOS ANGELES, CA 90054-0027

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.698

LOS ANGELES FIRE DEPARTMENT, 200 NORTH MAIN ST RM 1780, LOS ANGELES, CA 90012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.699

LOUISIANA DEPARTMENT OF REVENUE, 617 NORTH
THIRD STREET, BATON ROUGE, LA 70821-0201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.700

LOUISIANA DEPARTMENT OF REVENUE, 617 NORTH
THIRD STREET, BATON ROUGE, LA 70821-0201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.701

LOUISIANA DEPT OF ENVIRONMENTAL QUALITY OES,
PERMIT SUPPORT SERVICES DIVISION, PO BOX 4313,
BATON ROUGE, LA 70821-4313

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.702

LOUISIANA SECRETARY OF STATE, PO BOX 94125,
BATON ROUGE, LA 70804-9125

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.703

LOUISVILLE METRO REVENUE COMMISSION, 617 W.
JEFFERSON STREET, LOUISVILLE, KY 40202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.704

LOVELAND SALES TAX DIVISION, PO BOX 0845,
LOVELAND, CO 80537-0845

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.705

LUBBOCK CENTRAL APPRAISAL, DISTRICT, PO BOX 10568, LUBBOCK, TX 79408-3568

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.706

MACON-BIBB COUNTY, PO BOX 4724, MACON, GA 31208

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.707

MACON-BIBB COUNTY, 200 CHERRY ST, STE202, MACON, GA 31201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.708

MADISON COUNTY TAX, COLLECTOR, PO BOX 113, CANTON, MS 39046

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAX

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.709

MADISON COUNTY TAX, COLLECTOR, 100 NORTHSIDE SQUARE, HUNTSVILLE, AL 35801-4820

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAX

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.710

MADISON CTY. LICENSE COMM, 100 NORTHSIDE SQ ROOM 108, HUNTSVILLE, AL 35801-4820

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
REGULATORY AND OTHER TAX

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.711

MADISON PARISH SALES TAX FUND, PO BOX 100,
VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.712

MAINE REVENUE SERVICES, COMPLIANCE DIVISION
PO BOX 9107, AUGUSTA, ME 04332-9107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.713

MALISSA AKAY, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$475,961.48          $475,961.48

2.714

MANATEE COUNTY TAX COLLECTOR, PO BOX 25300, BRADENTON, FL 34206-5300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.715

MARICOPA COUNTY TREASURER, PO BOX 52133, PHOENIX, AZ 85072-2133

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.716

MARIN COUNTY TAX, COLLECTOR, PO BOX 4220, SAN RAFAEL, CA 94913-4220

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.717

MARION COUNTY TAX COLLECTOR, PO BOX 3416, PORTLAND, OR 97208-3416

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.718

MARION COUNTY TREASURER, PO BOX 6145, INDIANAPOLIS, IN 46206-6145

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.719

MARTIN COUNTY TAX COLLECT, 3485 SE WILLOUGHBY BLVD, STUART, FL 34994

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.720

MASHANTUCKET PEQUOT TRIBE, OFFICE OF
REVENUE AND TAXATION, ATTN: FINANCE DEPT, 1
MATT'S PATH, PO BOX 3008, MASHANTUCKET, CT
06338-3008

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.721

MASSACHUSETTS DEPARTMENT OF REVENUE, 436
DWIGHT STREET, SPRINGFIELD, MA 01103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.722

MCLENNAN COUNTY TAX OFFIC, PO BOX 406, WACO,
TX 76703

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.723

MECKLENBURG COUNTY, TAX COLLECTOR, PO BOX 71063, CHARLOTTE, NC 28272-1063

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.724

MERIDEN TAX COLLECTOR, PO BOX 150431, HARTFORD, CT 06115-0431

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.725

MERIDIAN CHARTER TOWNSHIP, 5151 MARSH RD, OKEMOS, MI 48864

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.726

MESQUITE TAX FUND, PO BOX 850267, MESQUITE, TX 75185-0267

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.727

METROPOLITAN TRUSTEE, PERSONALTY TAX DEPT, PO BOX 305012, NASHVILLE, TN 37230-5012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.728

MIAMI-DADE CLERK OF COURTS, MIAMI-DADE FIRE RESCUE DEPT, ATTN: FINANCE BUREAU, 9300 NW 41ST STREET, MIAMI, FL 33178

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.729

MIAMI-DADE COUNTY INTERNAL SERVICES DEPARTMENT, FIRE RESC./FINANCE BUREAU, 9300 NW 41ST STREET, MIAMI, FL 33178-2414

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.730

MIAMI-DADE POLICE DEPT, FALSE ALARM ENFCMNT UNIT, 11500 NW 25TH ST, 2ND FLR, MIAMI, FL 33172

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.731

MIAMI-DADE TAX COLLECTOR, 140 W FLAGLER STREET, MIAMI, FL 33130

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.732

MIAMI-DADE TAX COLLECTOR, PO BOX 13701, MIAMI, FL 33101-3701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.733

MIAMI-DADE TAX COLLECTOR, LOCAL BUSINESS TAX SECTION, 200 NW 2ND AVE, MIAMI, FL 33128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.734

MICHIGAN DEPARTMENT OF TREASURY, 430 W ALLEGAN ST, LANSING, MI 48933

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.735

MIDDLETOWN TOWSHIP, 3 MUNICIPAL WAY, LANGHORNE, PA 19047-4324

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.736

MIDDLETOWN TWNSHP LANGHOR, 3 MUNICIPAL WAY, LANGHORNE, PA 19047-4324

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.737

MINNESOTA DEPARTMENT OF REVENUE, 600 NORTH ROBERT ST, ST. PAUL, MN 55101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.738

MINNESOTA DEPARTMENT OF REVENUE, 600 NORTH
ROBERT ST, ST. PAUL, MN 55101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.739

MISSISSIPPI DEPARTMENT OF REVENUE, P.O. BOX
22808, JACKSON, MS 39225-2808

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.740

MISSISSIPPI DEPARTMENT OF REVENUE, P.O. BOX
22808, JACKSON, MS 39225-2808

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.741

MISSISSIPPI SECRETARY OF STATE, PO BOX 136, JACKSON, MS 39205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.742

MISSOURI DEPARTMENT OF REVENUE, HARRY S TRUMAN STATE OFFICE BUILDING 301 WEST HIGH STREET JEFFERSON CITY, MO 65101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.743

MISSOURI DEPARTMENT OF REVENUE, HARRY S TRUMAN STATE OFFICE BUILDING 301 WEST HIGH STREET JEFFERSON CITY, MO 65101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.744

MISSOURI SECRETARY OF STATE, PO BOX 1366, JEFFERSON CITY, MO 65102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.745

MOBILE COUNTY, 205 GOVERNMENT STREET, MOBILE, AL 36633

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.746

MOBILE COUNTY REVENUE, COMMISSIONER, PO BOX 1169, MOBILE, AL 36633-1169

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.747

MONROE COUNTY TREASURER, 100 W KIRKWOOD AVE, RM 204, BLOOMINGTON, IN 47404

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.748

MONROE COUNTY, FL, TAX COLLECTOR, PO BOX 1129, KEY WEST, FL 33041

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.749

MONTEREY COUNTY TAX, COLLECTOR, PO BOX 891, SALINAS, CA 93902-0891

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.750

MONTGOMERY COUNTY, REVENUE COMMISSIONER,
PO BOX 1667, MONTGOMERY, AL 36102-1667

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.751

MONTGOMERY COUNTY, PO BOX 4720,
MONTGOMERY, AL 36103-4720

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.752

MONTGOMERY COUNTY SHERRIFS OFFICE, PO BOX
2178, CONROE, TX 77305

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.753

MONTGOMERY COUNTY TAX, ASSESSOR & COLLECTOR, PO BOX 4798, HOUSTON, TX 77210-4798

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.754

MONTGOMERY COUNTY, MD, DEPT OF FIN TREASURY DIV, 255 ROCKVILLE PIKE, L-15, ROCKVILLE, MD 20850

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.755

MONTGOMERY COUNTY, MD, OFFICE OF FIRE MARSHAL, 100 EDISON PARK DR, FL2, GAITHERSBURG, MD 20878

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.756

MONTGOMERY POLICE DEPT, OFF-DUTY EMPLOYMENT OFF, 320 N RIPLEY STREET, MONTGOMERY, AL 36104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.757

MONTGOMERY TOWNSHIP, BUSINESS TAX OFFICE, PO BOX 511, MONTGOMERYVILLE, PA 18936-0511

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.758

MONTGOMERY TOWNSHIP, 1001 STUMP RD, MONTGOMERVILLE, PA 18936

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.759

MOREHOUSE PARISH SALES/USE TAX COMMISSION, PO BOX 672, BASTROP, LA 71221-0672

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.760

MORENO VALLEY, FINANCE DEPTMNT/CITY HALL, PO BOX 88005, MORENO VALLEY, CA 92552-0805

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.761

MULTNOMAH COUNTY, OREGON, PO BOX 2718, PORTLAND, OR 97208-2716

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.762

MUNICIPAL CAROLINA, CITY HALL, IGNACIO ARZUAGA AVE., CORNER OF FERNÁNDEZ JUNCOS ST. CAROLINA, PR 00986-0008

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.763

MUNICIPAL PONCE, CITY HALL, VILLA ST., PONCE, PR 00733-1709

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.764

MUNICIPAL SAN JUAN, CITY HALL, 11 SAN CARLOS AVE., AGUADILLA, PR 00605-1008

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.765

MUNICIPALITY OF MONROEVLL, BUSINESS TAX OFFICE, 2700 MONROEVILLE BLVD., MONROEVILLE, PA 15146

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.766

MURRAY CITY BUSINESS, LICENSING, 4646 SOUTH 500 WEST, MURRAY, UT 84123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.767

MUSCOGEE CO TAX, COMMISSIONER, PO BOX 1441, COLUMBUS, GA 31902-1441

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.768

NASSAU COUNTY FIRE COMMISSION OFFICE OF FIRE MARSHAL, 1194 PROSPECT AVE, WESTBURY, NY 11590

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.769

NASSAU COUNTY FIRE COMMISSION, OFFICE OF FIRE MARSHAL, 899 JERUSALEM AVE. BOX128, UNIONDALE, NY 11553-0128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.770

NASSAU COUNTY POLICE DEPT, COMM BUREAU / ALARM PERMI, 1194 PROSPECT AVE, WESTBURY, NY 11590

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.771

NATCHITOCHES TAX COMMISSION, 220 E FIFTH ST, PO BOX 639, NATCHITOCHES, LA 71458-0639

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.772

NEBRASKA DEPARTMENT OF REVENUE, NEBRASKA STATE OFFICE BUILDING, 301 CENTENNIAL MALL, SOUTH LINCOLN, NE 68508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.773

NEBRASKA DEPARTMENT OF REVENUE, NEBRASKA STATE OFFICE BUILDING, 301 CENTENNIAL MALL, SOUTH LINCOLN, NE 68508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.774

NEVADA DEPARTMENT OF TAXATION, 1550 COLLEGE PARKWAY, SUITE 115, CARSON CITY, NV 89706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.775

NEVADA SECRETARY OF STATE, 555 E WASHINGTON AVE, STE 4000, LAS VEGAS, NV 89101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.776

NEW HANOVER COUNTY SHERIFFS OFFICE, 300 PRINCESS ST, ROOM 201, WILMINGTON, NC 28401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.777

NEW HANOVER COUNTY TAX, OFFICE, PO BOX 580070, CHARLOTTE, NC 28258-0070

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.778

NEW JERSEY DIVISION OF TAXATION, P.O. BOX 002, TRENTON, NJ 08625-0002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.779

NEW JERSEY DIVISION OF TAXATION, P.O. BOX 002, TRENTON, NJ 08625-0002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.780

NEW JERSEY MEADOWLANDS, COMMISSION, ONE DEKORTE PARK PLAZA, LYNDHURST, NJ 07071

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.781

NEW MEXICO TAXATION AND REVENUE DEPARTMENT, 1100 SOUTH ST. FRANCIS DRIVE, SANTA FE, NM 87504

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.782

NEW MEXICO TAXATION AND REVENUE DEPT., 1100 SOUTH ST. FRANCIS DRIVE, SANTA FE, NM 87504

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.783

NEW YORK CITY DEPARTMENT OF FINANCE, P.O. BOX 5564, BINGHAMTON, NY 13902-5564

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.784

NEW YORK CITY DEPT. OF FINANCE, 66 JOHN STREET, ROOM 104, NEW YORK, NY 10038

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.785

NEW YORK DEPARTMENT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, P.O. BOX 5300, ALBANY, NY 12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.786

NEW YORK STATE CORPORATION TAX, BANKRUPTCY SECTION, P.O. BOX 5300, ALBANY, NY 12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

---

2.787

NEWINGTON POLICE DEPT, 71 FOX POINT ROAD, NEWINGTON, NH 03801-2795

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

---

2.788

NICK WHEATLEY, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$174,784.62     $174,784.62

2.789

NORFOLK CITY TREASURER, PO BOX 3215, NORFOLK, VA 23514-3215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.790

NORTH CAROLINA DEPARTMENT OF REVENUE, 501 N WILMINGTON ST, RALEIGH, NC 27604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.791

NORTH CAROLINA DEPARTMENT OF REVENUE, 501 N WILMINGTON ST, RALEIGH, NC 27604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.792

NORTH DAKOTA STATE TAX COMMISSIONER, 600 E.
BOULEVARD AVE., BRISMARCK, ND 58505-0599

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.793

NORTH DAKOTA TAX DEPARTMENT, 600 E.
BOULEVARD AVE., BRISMARCK, ND 58505-0599

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.794

NORTH HILLS SCHOOL DIST, 135 SIXTH AVE,
PITTSBURGH, PA 15229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.795

NUECES COUNTY, TAX ASSESSOR-COLLECTOR, PO BOX 2810, CORPUS CHRISTI, TX 78403-2810

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.796

NYC DEPARTMENT OF FINANCE, 66 JOHN STREET, 2ND FLOOR, NEW YORK, NY 10038

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.797

OFFICE OF FAYETTE COUNTY, SHERIFF, PO BOX 34148, LEXINGTON, KY 40588-4148

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.798

OFFICE OF FINANCE, CITY OF LA - APPLICATIONS, PO BOX 30359, LOS ANGELES, CA 90030-0359

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.799

OFFICE OF SECRETARY OF STATE, 2 MARTIN LUTHER KING, JR. DR. SE, ATLANTA, GA 30334-1530

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.800

OGDEN CITY CORPORATION, 2549 WASHINGTON BLVD, STE 240, OGDEN, UT 84401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor    Express, LLC
Name
Case number *(if known)* 24-10835

Case 24-10831-KBO    Doc 338    Filed 05/30/24    Page 306 of 571

2.801

OH REGIONAL INCOME TAX AGENCY, 10107
BRECKSVILLE ROAD, BRECKSVILLE, OH 44141

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.802

OHIO DEPARTMENT OF COMMERCE, 77 S HIGH
STREET, 20TH FLOOR, COLUMBUS, OH 43215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.803

OHIO DEPARTMENT OF TAXATION, P.O.BOX 530,
COLUMBUS, OH 43216-0530

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.804

OHIO TREASURER OF STATE, 77 S HIGH STREET, 28TH FLOOR, COLUMBUS, OH 43215

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

2.805

OKALOOSA COUNTY, TAX COLLECTOR, P.O. BOX 1390, NICEVILLE, FL 32588

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

2.806

OKLAHOMA COUNTY TREASURER, PO BOX 268875, OKLAHOMA CITY, OK 73216-8875

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED     UNDETERMINED

2.807

OKLAHOMA SECRETARY OF STATE, 421 N.W. 13TH, SUITE 210, OKLAHOMA CITY, OK 73103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.808

OKLAHOMA TAX COMMISSION, CONNORS BUILDING, 2501 NORTH LINCOLN BOULEVARD OKLAHOMA CITY, OK 73194

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.809

OKLAHOMA TAXATION COMMISSION, CONNORS BUILDING, 2501 NORTH LINCOLN BOULEVARD OKLAHOMA CITY, OK 73194

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.810

ONTARIO POLICE DEPARTMENT, 2500 S ARCHIBALD AVE, ONTARIO, CA 91761

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.811

ORANGE COUNTY HEALTH CARE AGENCY ENVIRONMENTAL HEALTH, 1241 EAST DYER RD, STE 120, SANTA ANA, CA 92705-5611

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.812

ORANGE COUNTY TAX COLLECTOR, P.O. BOX 2551, ORLANDO, FL 32802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.813

ORANGE COUNTY TAX COLLECTOR, PO BOX 545100, ORLANDO, FL 32854-5100

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.814

ORANGE COUNTY, ENVIRONMENTAL HEALTH DIVISION, P.O. BOX 25400, SANTA ANA, CA 92705

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.815

OREGON DEPARTMENT OF REVENUE, 955 CENTER ST NE, SALEM, OR 97301-2555

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.816

OREGON DEPARTMENT OF REVENUE, 955 CENTER ST NE, SALEM, OR 97301-2555

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.817

OREGON SECRETARY OF STATE, 900 COURT ST NE. STE 136, SALEM, OR 97310

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.818

ORLAND PARK, VILLAGE OF, BUILDING DIVISION, 14700 RAVINIA AVENUE, ORLAND PARK, IL 60462

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.819

OUACHITA PARISH TAX, COLLECTOR, PO BOX 1773, MONROE, LA 71210-1773

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.820

OUACHITA PARISH/CITY OF MONROE TAXATION AND REVENUE DIVISION, PO BOX 123, MONROE, LA 71210-0123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.821

PA DEPARTMENT OF REVENUE, OFFICE OF CHIEF COUNSEL, PO BOX 281061, HARRISBURG, PA 17128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.822

PALM BEACH COUNTY, TAX COLLECTOR, P.O. BOX
3353, WEST PALM BEACH, FL 33402-3353

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.823

PALO ALTO POLICE DEPT, ATTN: ALARM OFFICER, 275
FOREST AVENUE, PALO ALTO, CA 94301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.824

PARISH OF ACADIA SALES AND USE TAX
DEPARTMENT, PO DRAWER 309, CROWLEY, LA 70527-
0309

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.825

PARISH OF CALDWELL SALES AND USE TAX
DEPARTMENT, PO BOX 280, VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.826

PARISH OF CATAHOULA SALES AND USE TAX
DEPARTMENT, PO BOX 250, VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.827

PARISH OF EAST CARROLL SALES AND USE TAX
DEPARTMENT, PO BOX 130, VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.828

PARISH OF EAST FELICIANA SALES AND USE TAX
DEPARTMENT, PO BOX 397, CLINTON, LA 70722

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.829

PARISH OF GRANT, SHERIFF STEVEN MCCAIN , SALES
AND USE TAX DEPT, PO BOX 187, COLFAX, LA 71417

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.830

PARISH OF LASALLE SALES AND USE TAX
DEPARTMENT, PO BOX 190, VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.831

PARISH OF ST. BERNARD SALES AND USE TAX
DEPARTMENT, PO BOX 168, CHALMETTE, LA 70044

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.832

PARISH OF TENSAS SALES AND USE TAX
DEPARTMENT, PO BOX 430, VIDALIA, LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.833

PARISH OF TERREBONNE SALES AND USE TAX DEPT,
PO BOX 670, HOUMA, LA 70361-0670

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.834

PASCO COUNTY BOCC, PASCO COUNTY FIRE RESCUE, ATTN COMMUNITY RISK REDUCTION, 4111 LAND O' LAKES BLVD, LAND O' LAKES, FL 34638

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.835

PASCO COUNTY FLORIDA, TAX COLLECTOR, PO BOX 276, DADE CITY, FL 33526-0276

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.836

PEABODY POLICE DEPARTMENT, 6 ALLENS LANE, PEABODY, MA 01960

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.837

PEMBROKE PINES, FALSE ALARM REDUCTION PROGRAM, PO BOX 24620, WEST PALM BEACH, FL 33416

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.838

PENNSYLVANIA DEPARTMENT OF REVENUE, OFFICE OF CHIEF COUNSEL, PO BOX 281061, HARRISBURG, PA 17128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.839

PIERCE COUNTY BUDGET &, FINANCE, PO BOX 11621, TACOMA, WA 98411-6621

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.840

PIMA COUNTY TREASURER, PO BOX 29011, PHOENIX, AZ 85038-9011

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.841

PINELLAS COUNTY TAX, COLLECTOR, PO BOX 4005, SEMINOLE, FL 33775-4005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.842

PINELLAS COUNTY TAX, PO BOX 31149, TAMPA, FL 33631-3149

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.843

PITT COUNTY TAX COLLECTOR, 111 S WASHINGTON STREET, PO BOX 875, GREENVILLE, NC 27835-0875

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.844

PLACER CNTY TAX COLLECTOR, 2976 RICHARDSON DR, AUBURN, CA 95603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.845

PLAQUEMINES PARISH SALES TAX DIVISION, 333 F. EDWARD HEBERT BLVD, BLDG 102, STE 345, BELLE CHASSE, LA 70037

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.846

PLYMOUTH TOWNSHIP, 700 BELVOIR RD., PLYMOUTH MEETING, PA 19462

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.847

POINTE COUPEE PARISH SALES AND USE TAX DEPARTMENT, PO BOX 290, NEW ROADS, LA 70760

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.848

PORTLAND POLICE ALARMS, PO BOX 1867, PORTLAND, OR 97207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.849

POTTER COUNTY TAX, ASSESSOR/COLLECTOR, PO BOX 2289, AMARILLO, TX 79105-2289

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.850

PRINCE GEORGES COUNTY, CLERK OF CIRCUIT COURT, 14735 MAIN STREET, UPPER MARLBORO, MD 20772-9987

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.851

PRINCE GEORGE'S COUNTY FALSE ALARM REDUCTION UNIT, FALSE ALARM REDUCTION UNT, 1300 MARCANTILE, LN #100K, LARGO, MD 20774

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.852

PRINCE GEORGE'S COUNTY FALSE ALARM
REDUCTION UNIT, PO BOX 75888, BALTIMORE, MD
21275-5888

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.853

PRINCE WILLIAM COUNTY, PO BOX 2467, PRINCE
WILLIAM, VA 22195-2467

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.854

PUERTO RICO DEPARTMENT OF TREASURY, 10 PASEO
COVADONGA, SAN JUAN, PR 00901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.855

PUERTO RICO DEPT OF STATE, SAN JOSE STREET, OLD
SAN JUAN, SAN JUAN , PR 901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.856

PULASKI COUNTY TREASURER, PO BOX 8101, LITTLE
ROCK, AR 72203

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.857

RAMSEY COUNTY ENVIRONMENTAL HEALTH DIV, SDS
12-2411, PO BOX 86, MINNEAPOLIS, MN 55486-2411

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.858

RAMSEY COUNTY ENVIRONMENTAL HEALTH DIV,
2785 WHITE BEAR AVE N #350, MAPLEWOOD, MN
55109

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.859

RAMSEY COUNTY ENVIRONMENTAL HEALTH DIV, PO
BOX 64045, SAINT PAUL, MN 55164

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.860

RAPIDES PARISH SALES AND USE TAX DEPARTMENT,
5606 COLISEUM BLVD, ALEXANDRIA, LA 71303

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.861

RAPIDES PARISH SHERIFF'S, OFFICE, PO BOX 1590, ALEXANDRIA, LA 71309

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.862

RED RIVER TAX AGENCY, PO BOX 570, COUSHATTA, LA 71019-0570

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.863

REVENUE AND TAXATION, MPTN OFFICE, 450 COLUMBUS BLVD., SUITE 1, HARTFORD, CT 06103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.864

RHODE ISLAND DEPARTMENT OF TAXATION, ONE
CAPITOL HILL, PROVIDENCE, RI 02908

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.865

RHODE ISLAND DIVISION OF TAXATION, ONE CAPITOL
HILL, PROVIDENCE, RI 02908

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.866

RICHLAND COUNTY TREASURY, PO BOX 8028,
COLUBMIA, SC 2920-8028

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.867

RICHLAND PARISH SALES AND USE TAX
DEPARTMENT, PO BOX 688, RAYVILLE, LA 71269-0688

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.868

RICHMOND COUNTY TAX, COMMISSIONER, 530
GREENE ST -ROOM 117, AUGUSTA, GA 30901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.869

RIVERSIDE CNTY TREASURER, PO BOX 12005,
RIVERSIDE, CA 92502-2205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.870

ROSEVILLE FIRE DEPT, 316 VERNON STREET #480, ROSEVILLE, CA 95678

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.871

ROUND ROCK TAX ASSESSOR-COLLECTOR, 1311 ROUND ROCK AVE, ROUND ROCK, TX 78681

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.872

RUTHERFORD COUNTY TRUSTEE, PO BOX 1316, MURFREESBORO, TN 37133

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.873

SABINE PARISH SALES AND USE TAX COMMISSION,
PO BOX 249, MANY, LA 71449

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
SALES AND USE TAX
**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.874

SACRAMENTO COUNTY, UNSECURED TAX UNIT, PO
BOX 508, SACRAMENTO, CA 95812-0508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
PROPERTY TAX
**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.875

SACRAMENTO METRO FIRE, DISTR COMM RISK
REDCTION, PO BOX 269110, SACRAMENTO, CA 95826-
9110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
REGULATORY AND OTHER TAX
**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.876

SACRAMENTO POLICE DEPT, ALARM BILLING UNIT, 5770 FREEPORT BLVD #100, SACRAMENTO, CA 95822

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.877

SAGINAW, MI, TOWNSHIP TREASURER, PO BOX 6400, SAGINAW, MI 48608

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.878

SALT LAKE COUNTY ASSESSOR, PO BOX 410470, SALT LAKE CITY, UT 84141-0470

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

**2.879**

SAN BERNARDINO COUNTY, DIV OF WEIGHTS & MEASURES, 777 EAST RIALTO AVENUE, SAN BERNARDINO, CA 92415-0720

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.880**

SAN BERNARDINO COUNTY FIRE PROTECTION, 157 W FIFTH STREET, SECOND FLOOR, SAN BERNARDINO, CA 92415

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.881**

SAN DIEGO COUNTY, TREASURER-TAX COLLECTOR, PO BOX 129009, SAN DIEGO, CA 92112

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.882

SAN DIEGO FIRE-RESCUE DEPARTMENT, FALSE ALARMS, 600 B STREET, STE 1300, SAN DIEGO, CA 92101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.883

SAN FRANCISCO DPH, WEIGHTS AND MEASURES, 1390 MARKET ST STE 210, SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

---

2.884

SAN FRANCISCO TAX COLLECTOR, PROPERTY TAX, PO BOX 7426, SAN FRANCISCO, CA 94120-7426

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.885

SAN FRANCISCO TAX COLLECTOR, BUSINESS TAX
DIVISION, P.O. BOX 7425, SAN FRANCISCO, CA 94120-
7425

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.886

SAN FRANCISCO TAX COLLECTOR, P.O BOX 7425, SAN
FRANCISCO, CA 94120

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.887

SAN MATEO COUNTY TAX COLLECTOR, PO BOX
45878, SAN FRANCISCO, CA 94145-0878

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.888

SAN MATEO COUNTY TAX COLLECTOR, PO BOX
45901, SAN FRANCISCO, CA 94145-0901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.889

SANTA BARBARA COUNTY EHS/CUPA, 2125 S
CENTERPOINTE PKWY, ROOM 333, SANTA MARIA, CA
93455-1340

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.890

SANTA BARBARA POLICE, DEPARTMENT-ALARMS, PO
BOX 539, SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.891

SANTA CRUZ COUNTY TAX, TREASURER- TAX COLLECTOR, PO BOX 1817, SANTA CRUZ, CA 95061-1817

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.892

SARASOTA COUNTY FIRE DEPT, FINANCE DEPT, PO BOX 3876, SARASOTA, FL 34230-3876

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.893

SARASOTA TAX COLLECTOR, 101 S WASHINGTON BLVD, SARASOTA, FL 34236

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.894

SARPY COUNTY TREASURER, 1210 GOLDEN GATE DR #1120, PAPILLION, NE 68046-2842

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.895

SBC TAX COLLECTOR, 172 W THIRD STREET, FIRST FLOOR, SAN BERNARDINO, CA 92415-0360

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.896

SBC TAX COLLECTOR, 268 W HOSPITALITY LANE, 1ST FLOOR, SAN BERNARDINO, CA 92415-0360

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.897

SC DEPT OF REVENUE, LICENSE AND REGISTRATION, UNIT, COLUMBIA, SC 29214-0140

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.898

SCC DTAC, 70 WEST HEDDING STREET, EAST WING, 6TH FLOOR, SAN JOSE, CA 95110-1767

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.899

SCRANTON, PA, COLLECTOR OF TAXES, 441 WYOMING AVE, SCRANTON, PA 18503

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.900

SECRETARY OF STATE, PO BOX 5513, BISMARCK, ND 58506-5513

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.901

SECRETARY OF STATE, 30 TRINITY STREET, PO BOX 150470, HARTFORD, CT 06115-0470

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.902

SECRETARY OF STATE MARK MARTIN, 1401 WEST CAPITOL AVE., SUITE 250, LITTLE ROCK, AR 72201-2937

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

Debtor  Express, LLC
       Name

Case number *(if known)* 24-10835

2.903

SEDGWICK COUNTY TREASURER, PO BOX 2961, WICHITA, KS 67201-2961

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.904

SEMINOLE COUNTY, RAY VALDES, TAX COLLECTOR, PO BOX 630, SANFORD, FL 32772-0630

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.905

SEMINOLE COUNTY, TAX COLLECTOR, PO BOX 630, SANFORD, FL 32772-0630

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.906

SHELBY COUNTY OCCUPATIONAL LICENSE OFFICE, 419 WASHINGTON ST, SHELBYVILLE, KY 40065

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.907

SHELBY COUNTY TRUSTEE, PO BOX 2751, MEMPHIS, TN 38101-2751

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.908

SJC TTC, PO BOX 2169, STOCKTON, CA 95201-2169

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.909

SLO COUNTY TAX COLLECTOR, 1055 MONTEREY ST, RM D290, COUNTY GOVT CENTER, SAN LUIS OBISPO, CA 93408

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.910

SNOHOMISH CNTY TREASURER, PO BOX 34171, SEATTLE, WA 98124-1171

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.911

SONOMA CNTY TAX COLLECTOR, 585 FISCAL DRIVE, ROOM 100, SANTA ROSA, CA 95403

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.912

SONOMA COUNTY, 133 AVIATION BLVD STE 110, SANA
ROSA, CA 95403-1077

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.913

SOUTH CAROLINA DEPARTMENT OF REVENUE, PO
BOX 12265, COLUMBIA, SC 29211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.914

SOUTH CAROLINA DEPARTMENT OF REVENUE, PO
BOX 12265, COLUMBIA, SC 29211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.915

SOUTH DAKOTA DEPARTMENT OF REVENUE, 445 E
CAPITOL AVENUE, PIERRE, SD 57501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.916

SOUTH STRABANE TOWNSHIP, ATTN: DEPT OF
PUBLIC SAFETY, 550 WASHINGTON RD, WASHINGTON,
PA 15301-9622

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.917

SPOKANE COUNTY TREASURER, 1116 WEST
BROADWAY AVE, COUNTY COURTHOUSE, 2ND FL,
SPOKANE, WA 99260

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.918

SPOKANE COUNTY TREASURER, PO BOX 199,
SPOKANE, WA 99210-0199

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.919

SPOTSYLVANIA COUNTY, COMMISSIONER OF THE
REVENUE, PO BOX 9000, SPOTSYLVANIA, VA 22553

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.920

SPRING BRANCH I.S.D, TAX ASSESSOR-COLLECTOR,
PO BOX 19037, HOUSTON, TX 77224-9037

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.921

SPRINGFIELD TWP., 50 POWELL RD, SPRINGFIELD, PA 19064

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.922

ST CHARLES COUNTY, COLLECTOR, 201 N SECOND ST, STE 134, SAINT CHARLES, MO 63301-2889

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.923

ST JOSEPH CO TREASURER, PO BOX 4758, SOUTH BEND, IN 46634

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.924

ST LOUIS COUNTY, COLLECTOR OF REVENUE, 41 S
CENTRAL AVE, ST LOUIS, MO 63105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.925

ST LOUIS COUNTY TREASURER, 41 S CENTRAL, 8TH
FLR, CLAYTON, MO 63105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.926

ST. CHARLES PARISH SCHOOL BOARD SALES AND
USE TAX DEPT., 13855 RIVER RD, LULING, LA 70070

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.927

ST. HELENA PARISH SHERIFF'S OFFICE SALES TAX DIVISION, PO BOX 1205, GREENSBURG, LA 70441

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.928

ST. JAMES PARISH SCHOOL BOARD SALES & USE TAX DEPARTMENT, PO BOX 368, LUTCHER, LA 70071

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.929

ST. JOHN THE BAPTIST PARISH SALES AND USE TAX OFFICE, PO BOX 2066, LAPLACE, LA 70068-2066

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.930

ST. JOHNS COUNTY TAX COLLECTOR, PO BOX 9001, ST. AUGUSTINE, FL 32085-9001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.931

ST. LANDRY PARISH SCHOOL BOARD SALES AND USE TAX DEPT., PO BOX 1210, OPELOUSAS, LA 70571-1210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.932

ST. MARTIN PARISH SCHOOL BOARD SALES AND USE TAX DEPT., PO BOX 1000, BREAUX BRIDGE, LA 70517

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.933

ST. MARY PARISH SALES AND USE TAX DEPARTMENT,
PO BOX 1279, 301 THIRD ST, MORGAN CITY, LA 70381

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.934

ST. TAMMANY PARISH, TAX COLLECTOR, PO BOX
61041, NEW ORLEANS, LA 70161-1041

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.935

STANISLAUS COUNTY, DEPT OF ENVIRONMENTAL
RESOURCES, COLLECTOR, PO BOX 859, MODESTO, CA
95353

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.936

STANISLAUS COUNTY, DEPT OF ENVIRONMENTAL
RESOURCES, 3800 CORNUCOPIA WAY SUITE C,
MODESTO, CA 95358

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.937

STATE BOARD OF EQUALIZATN, ENVIRONMENTAL
FEES DIV, PO BOX 942879, SACRAMENTO, CA
942796001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.938

STATE OF DELAWARE DEPT OF FINANCE, 820 N.
FRENCH ST, 8TH FL, WILIMINGTON, DE 19801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.939

STATE OF HAWAII DEPT OF TAXATION, PO BOX 259, HONOLULU, HI 96809-0259

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.940

STATE OF IOWA SECRETARY OF STATE, 1007 EAST GRAND AVENUE ROOM 105, STATE CAPITOL DES MOINES, IA 50319

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.941

STATE OF KANSAS, 120 S.W. 10TH AVENUE, TOPEKA, KS 66612-1594

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.942

STATE OF MARYLAND, 301 W PRESTON STREET, BALTIMORE, MD 20201-2395

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.943

STATE OF MARYLAND, DEPT OF ASSESSMENTS AND TAXATION, PERSONAL PROPERTY DIV, 301 WEST PRESTON ST, RM801, BALTIMORE, MD 21201-2395

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.944

STATE OF MICHIGAN, 430 W ALLEGAN ST, LANSING, MI 48933

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.945

STATE OF MICHIGAN / CORPORATION DIVISION, PO BOX 30702, LANSING, MI 48909

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.946

STATE OF NEBRASKA, PO BOX 94608, LINCOLN, NE 68509-4608

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.947

STATE OF NEVADA DEPARTMENT OF TAXATION, 700 E WARM SPRINGS RD, 2ND FL, LAS VEGAS, NV 89119

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.948

STATE OF NEW HAMPSHIRE DEPARTMENT OF REVENUE AD, 109 PLEASANT STREET, P.O. BOX 457, CONCORD, NH 03302-0457

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.949

STATE OF NEW HAMPSHIRE DEPT OF STATE, 107 NORTH MAIN STREET, CONCORD, NH 03301-4989

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.950

STATE OF NEW JERSEY DEPT. OF THE TREASURY DIVISION, 125 W STATE ST, TRENTON, NJ 08608

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.951

STATE OF NEW JERSEY DEPT. OF THE TREASURY DIVISION, UNCLAIMED PROPERTY ADMINISTRATION, PO BOX 214, TRENTON, NJ 08695-0214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.952

STATE OF OHIO BUSINESS GATEWAY, OHIO DEPARTMENT OF TAXATION, 4485 NORTHLAND RIDGE BLVD. COLUMBUS, OH 43229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.953

STATE OF TENNESSEE, 312 ROSA L. PARKS AVE., 6TH FL, NASHVILLE, TN 37243-1102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.954

STATE OF TENNESSEE DEPARTMENT OF REVENUE,
500 DEADERICK STREET, ANDREW JACKSON
BUILDING NASHVILLE, TN 37242

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.955

STATE OF UTAH DEPT OF COMMERCE, PO BOX
146705, SALT LAKE CITY, UT 84114-6705

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.956

STATE OF VERMONT DEPARTMENT OF TAXES, 133
STATE ST, MONTPELIER VT 05633-1401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.957

STATE OF WASHINGTON, PO BOX 47475, OLYMPIA, WA 98504-7475

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.958

STATE OF WASHINGTON, PO BOX 9034, OLYYMPIA, WA 98507-9034

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.959

STATE OF WEST VIRGINIA, ATTN: LEGAL DIVISION, 1001 LEE STREET, EAST, CHARLESTON, WV 25301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.960

SUMMIT COUNTY ASSESSOR, 60 NORTH MAIN, PO BOX 128, COALVILLE, UT 84017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.961

SUMMIT COUNTY CLERK, PO BOX 128, COALVILLE, UT 84017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.962

SUMMIT COUNTY TREASURER, PO BOX 128, COALVILLE, UT 84017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.963

SWATARA TOWNSHIP, 599 EISENHOWER BLVD., SWATARA, PA 17111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.964

SYCAMORE TWP KENWOOD SW JEDZ, C/O AMBERLEY VILLAGE, 7149 RIDGE RD, CINCINNATI, OH 45237-2307

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.965

TANEY COUNTY TAX COLLECTOR, PO BOX 278, FORSYTH, MO 65653

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.966

TANGIPAHOA PARISH SCHOOL SYSTEM SALES TAX DIVISION, PO BOX 159, AMITE, LA 70422-0159

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.967

TARRANT COUNTY TAX, ASSESSOR-COLLECTOR, PO BOX 961018, FORT WORTH, TX 76161-0018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.968

TAX ASSESSOR-COLLECTOR, BRAZOS COUNTY, 4151 COUNTY PARK CT, BRYAN, TX 77802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.969

TAX COLLECTOR, CITY OF STAMFORD, PO BOX 50, STAMFORD, CT 06904-0050

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.970

TAX COLLECTOR, CITY OF, WATERBURY, PO BOX 1560, HARTFORD, CT 06144-1560

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.971

TAX COLLECTOR, CITY OF, DANBURY, PO BOX 237, DANBURY, CT 06813

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.972

TAYLOR COUNTY CENTRAL, APPRAISAL DISTRICT, PO BOX 1800, ABILENE, TX 79604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.973

TENNESSEE DEPARTMENT OF REVENUE, 500 DEADERICK STREET, ANDREW JACKSON BUILDING NASHVILLE, TN 37242

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.974

TEXAS COMPTROLLER, LYNDON B. JOHNSON STATE OFFICE BUILDING, 111 EAST 17TH STREET, AUSTIN, TX 78774

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.975

TEXAS DEPT OF LICENSING AND REGULATION, PO
BOX 12157, AUSTIN, TX 78711-2157

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.976

THE CITY OF ATLANTIC CITY, 1301 BACHARACH BLVD,
SUITE 120, ATLANTIC CITY, NJ 08401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.977

THE CITY OF BRENTWOOD, 708 THIRD STREET,
BRENTWOOD, CA 94513-1396

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.978

THE CITY OF CHESTERFIELD, 690 CHESTERFIELD PARKWAY, WEST, CHESTERFIELD, MO 63017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.979

THE CITY OF KEY WEST, CODE COMPLIANCE DIVISION, PO BOX 1409, KEY WEST, FL 33040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.980

THE CITY OF WEST PALM BEACH, DEVELOPMENT SERVICES, PO BOX 3147, WEST PALM BEACH, FL 33402

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.981

THE CITY OF WEST PALM BEACH, PO BOX 31627, TAMPA, FL 33631-3627

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.982

THE COMMONWEALTH OF MASSACHUSETTS, 1 ASHBURTON PLACE, 17TH FL, BOSTON, MA 02108-1512

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.983

THE SECRETARY OF TREASURY, BUREAU OF INCOME TAX, PO BOX 9022501, SAN JUAN, PR, 00902-2501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.984

THE TOWN OF COLLIERVILLE, 500 POPLAR VIEW
PKWY, COLLIERVILLE, TN 38017-3440

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.985

THE TOWN OF CORTE MADERA, FINANCE DEPT, PO
BOX 159, CORTE MADERA, CA 94976-0159

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.986

TIM BAXTER, ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$571,153.85          $571,153.85

2.987

TIPPECANOE CO TREASURER, 20 N 3RD STREET, LAFAYETTE, IN 47901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.988

TOLEDO FIRE & RESCUE DEPARTMENT, FIRE PREVENTION BUREAU, ATTN: FPB REMITTANCE, ONE GOVERNMENT CENTER, SUITE 1710, TOLEDO, OH 43604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.989

TOWN OF AUBURN, PO BOX 733, READING, MA 01867-0405

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.990

TOWN OF AUBURN, TOWN CLERK&ELECTION ADMIN,
104 CENTRAL STREET, AUBURN, MA 01501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.991

TOWN OF BABYLON, 200 E SUNRISE HWY,
LINDENHURST, NY 11757

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.992

TOWN OF BURLINGTON, PO BOX 376, BURLINGTON,
MA 01803

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.993

TOWN OF BURLINGTON, DEPT OF PUBLIC WORKS, 25
CENTER STREET, BURLINGTON, MA 01803

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.994

TOWN OF BURLINGTON, SEALER OF
WEIGHTS&MEASURE, 29 CENTER STREET,
BULINGTON, MA 01803

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.995

TOWN OF CARY, ATTN: OCCUPATIONAL LICENS, P.O.
BOX 8049, CARY, NC 27512-8049

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

UNDETERMINED          UNDETERMINED

2.996

TOWN OF CLARKSTOWN, 10 MAPLE AVE, NEW CITY, NY 10956

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.997

TOWN OF CLINTON, 54 E MAIN ST, CLINTON, CT 06413

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.998

TOWN OF COLONIE, DEPT OF FIRE SERVICES, 347 OLD NISKAYUNA RD, LATHAM, NY 12110-2213

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.999

TOWN OF DARTMOUTH, PO BOX 981003, BOSTON, MA 02298-1003

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.1000

TOWN OF DEDHAM, PO BOX 981032, BOSTON, MA 02298-1032

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.1001

TOWN OF ENFIELD, CT, PO BOX 10007, LEWISTON, ME 04243-9434

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED        UNDETERMINED

2.1002

TOWN OF FOXBOROUGH, PO BOX 341, MEDFORD, MA 02155-0004

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.1003

TOWN OF GRAND CHUTE, TOWN TREASURER, 190 GRAND CHUTE BLVD, GRAND CHUTE, WI 54913-9613

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.1004

TOWN OF HEMPSTEAD DEPT OF BUILDINGS, ONE WASHINGTON ST, HEMPSTEAD, NY 11550-4923

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1005

TOWN OF HINGHAM, COLLECTOR OF TAXES, PO BOX 4191, WOBURN, MA 01888-4191

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.1006

TOWN OF KITTERY, PO BOX 1491, BRATTLEBORO, VT 05302

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

2.1007

TOWN OF LEESBURG, 25 W MARKET STREET, LEESBURG, VA 20176

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED          UNDETERMINED

**2.1008**

TOWN OF LYNNFIELD, PO BOX 314, LYNNFIELD, MA 01940

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

**2.1009**

TOWN OF MANCHESTER, COLLECTOR OF REVENUE, PO BOX 191, MANCHESTER, CT 06045-0191

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

**2.1010**

TOWN OF MARANA FINANCE DEPT, 11555 W CIVIC CENTER DR, MARANA, AZ 85653

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1011

TOWN OF N ATTLEBOROUGH, OFFICE OF THE
COLLECTOR, PO BOX 871, NORTH ATTLEBOROUGH,
MA 02761-0871

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1012

TOWN OF NATICK, 13 EAST CENTRAL ST, NATICK, MA
01760

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1013

TOWN OF NIAGARA, TOWN CLERK, 7105 LOCKPORT
RD, NIAGARA FALLS, NY 14305

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1014

TOWN OF PINEVILLE, 200 DOVER STREET, PO BOX 249,
PINEVILLE, NC 28134

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1015

TOWN OF RIVERHEAD, RIVERHEAD PD FALSE ALARM,
210 HOWELL AVE, RIVERHEAD, NY 11901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1016

TOWN OF SAUGUS, PO BOX 4157, WOBURN, MA
01888-4157

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.1017**

TOWN OF SWANSEA, TAX COLLECTOR, PO BOX
150490, HARTFORD, CT 06115-0490

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.1018**

TOWN OF WATERTOWN, TAX COLLECTOR'S OFFICE,
PO BOX 850, WATERTOWN, MA 02471-0850

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.1019**

TOWN OF WEST HARTFORD, FIRE MARSHAL OFFICE,
95 RAYMOND ROAD, WEST HARTFORD, CT 06107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1020

TOWN OF WEST HARTFORD, LOCKBOX #411, PO BOX 5047, NEW BRITAIN, CT 06050-5047

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      UNDETERMINED

2.1021

TOWN OF WESTPORT, TOWN CLERK'S OFFICE, 110 MYRTLE AVENUE, WESTPORT, CT 06880

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      UNDETERMINED

2.1022

TOWN OF WOODBURY, 615 ROUTE 32, PO BOX 1004, HIGHLAND MILLS, NY 10930

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED      UNDETERMINED

2.1023

TOWN OF WRENTHAM, PO BOX 4110, WOBURN, MA 01888-4110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.1024

TOWNSHIP OF HAMILTON, BUREAU OF FIRE PREVENTION, 6101 THIRTEENTH STREET, MAYS LANDING, NJ 08330

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.1025

TOWNSHIP OF LAWRENCE NJ, FIRE MARSHALL'S OFFICE, P.O. BOX 6006, LAWRENCEVILLE, NJ 08648

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.1026

TOWNSHIP OF LIVINGSTON, DIV OF FIRE, FIRE PREV BU, 62 SOUTH LIVINGSTON AVE, LIVINGSTON, NJ 07039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1027

TOWNSHIP OF SPRINGFIELD, OFFICE OF THE FIRE MARSHAL, 50 POWELL ROAD, SPRINGFIELD, PA 19064

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1028

TOWNSHIP OF WAYNE FIRE BUREAU, 475 VALLEY ROAD, WAYNE, NJ 07470

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1029

TRAVIS COUNTY TAX OFFICE, PO BOX 149328, AUSTIN, TX 78714-9328

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1030

TREASURE CNTY OF NASSAU, NASSAU FIRE COMMISSION, 1194 PROSPECT AVENUE, WESTBURY, NY 11590

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1031

TREASURER CITY OF BOWLING GREEN, CITY HALL ANNEX, 1017 COLLEGE STREET BOWLING GREEN, KY 42101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1032

TREASURER CITY OF ROANOKE, PO BOX 1451, ROANOKE, VA 24007-1451

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1033

TREASURER, CHESTERFIELD, COUNTY, PO BOX 26585, RICHMOND, VA 23261-6585

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1034

TREASURER, CITY OF MEMPHIS, PO BOX 185, MEMPHIS, TN 38101-0185

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1035

TREASURER, SPARTANBURG, COUNTY, PO BOX 100260, COLUMBIA, SC 29202-3260

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.1036

TREASURER, SPARTANBURG, COUNTY TREASURER, PO BOX 5807, SPARTANSBURG, SC 29304

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

---

2.1037

TREASURER, STATE OF MAINE, 39 STATE HOUSE STATION, BURTON M. CROSS OFFICE BUILDING, 3RD FLOOR, 111 SEWALL STREET AUGUSTA, ME 04333-0039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1038

TREASURER, VILLAGE OF PLEASANT PRAIRIE,
PLEASANT PRAIRIE FIRE & RESCUE, 8044 88TH AVE,
PLEASANT PRAIRIE, WI 53158-2015

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1039

TRINITY SCHOOL DISTRICT, TAX COLLECTOR, 550
WASHINGTON RD, WASHINGTON, PA 15301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1040

TRUMBULL TAX COLLECTOR, 5866 MAIN STREET, PO
BOX 110326, TRUMBULL, CT 06611-0326

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1041

TULALIP TAX & LICENSING DIVISION, 6406 MAINE DR NW, TULALIP, WA 98271

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1042

TULARE CNTY TAX COLLECTOR, PO BOX 30329, LOS ANGELES, CA 90030-0329

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1043

TULARE COUNTY CLERK-RECORDER, 221 S MOONEY BLVD, VISALIA, CA 93291-4593

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1044

TULSA COUNTY TREASURER, PO BOX 21017, TULSA, OK 74121-1017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1045

UNIFIED GOVERNMENT OF WYANDOTTE CNTY, 4953 STATE AVE, KANSAS CITY, KS 66102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1046

UNION PARISH SALES AND USE TAX COMMISSION, PO BOX 903, RUSTON, LA 71273-0903

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1047

UNITED ISD TAX OFFICE, 3501 E SAUNDERS, LAREDO, TX 78041

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.1048

UNITED STATES TREASURY, 1500 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20220

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.1049

UNITED STATES TREASURY, INTERNAL REVENUE SERVICE, OGDEN, UT 84201-0039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                UNDETERMINED

2.1050

UPPER MERION TWP, BUS. TAX RECEIVER, 175 W. VALLEY FORGE RD., KING OF PRUSSIA, PA 19406

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1051

UPPER MERION TWP., P.O. BOX 38, BRIDGEPORT, PA 19405

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1052

UTAH COUNTY TREASURER, PERSONAL PROPERTYDIVISION, 100 EAST CENTER, STE 1200, PROVO, UT 84606

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1053

UTAH DEPT OF AGRICULTURE AND FOOD, 350 N
REDWOOD RD, SALT LAKE CITY, UT 84116

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1054

UTAH STATE TAX COMMISSION, 210 NORTH 1950
WEST, SALT LAKE CITY, UT 84134

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1055

UTAH STATE TAX COMMISSION, 210 NORTH 1950
WEST, SALT LAKE CITY, UT 84134

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1056

VACAVILLE POLICE ALARM, ADMINISTRATOR, 660 MERCHANT ST, VACAVILLE, CA 95688

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1057

VANDERBURGH CO TREASURER, PO BOX 77, EVANSVILLE, IN 47701-0077

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1058

VERMILION PARISH SCHOOL BOARD SALES TAX DIVISION, PO DRAWER 1508, ABBEVILLE, LA 70511-0520

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1059

VERMONT DEPARTMENT OF TAXES, 133 STATE ST, MONTPELIER VT 05633-1401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.1060

VERNON PARISH SALES TAX DEPT, 117 BELVIEW RD, LEESVILLE, LA 71446

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.1061

VILLAGE AT DRY CREEK DISTRICT NO.1, 8390 E CRESCENT PKWAY, STE 300, GREENWOOD VILLAGE, CO 80111-2814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED                    UNDETERMINED

2.1062

VILLAGE OF ASHWAUBENON, 2155 HOLMGREN WAY,
ASHWAUBENON, WI 54304-4605

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED              UNDETERMINED

2.1063

VILLAGE OF BARBOURSVILLE, BUSINESS TAX
DEPARTMENT, PO BOX 266, BARBOURSVILLE, WV
25504-0266

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED              UNDETERMINED

2.1064

VILLAGE OF BIRCH RUN, PO BOX 371, BIRCH RUN, MI
48415

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED              UNDETERMINED

2.1065

VILLAGE OF BLOOMINGDALE, 201 S. BLOOMINGDALE RD., BLOOMINGDALE, IL 60108

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1066

VILLAGE OF BRADLEY, LICENSE DIVISION, 111 N MICHIGAN AVE, BRADLEY, IL 60915

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1067

VILLAGE OF CHICAGO RIDGE, 10455 S RIDGELAND, CHICAGO RIDGE, IL 60415

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

**2.1068**

VILLAGE OF GREENDALE, PO BOX 257, 6500
NORTHWAY, GREENDALE, WI 53129-0257

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

**2.1069**

VILLAGE OF GURNEE, 325 N O'PLAINE ROAD, GURNEE,
IL 60031

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

**2.1070**

VILLAGE OF KILDEER, 21911 QUENTIN RD, KILDEER, IL
60047

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1071

VILLAGE OF LAKE DELTON, PO BOX 87, LAKE DELTON, WI 53940

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1072

VILLAGE OF LAKE GROVE, PO BOX 708, LAKE GROVE, NY 11755

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1073

VILLAGE OF LINCOLNWOOD, 6900 N. LINCOLN AVENUE, LINCOLNWOOD, IL 60712

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1074

VILLAGE OF NILES, 1000 CIVIC CENTER DRIVE, NILES, IL 60714-3229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

---

2.1075

VILLAGE OF NORRIDGE, FALSE ALARM UNIT, 4020 NORTH OLCOTT AVE, NORRIDGE, IL 60706-1134

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

---

2.1076

VILLAGE OF NORRIDGE, 4000 N. OLCOTT AVE., NORRIDGE, IL 60634

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.1077

VILLAGE OF NORTH RIVERSDE, 2401 S. DES PLAINES
AVE., N. RIVERSIDE, IL 60546

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.1078

VILLAGE OF OAK BROOK, 26018 NETWORK PLACE,
CHICAGO, IL 60673-1260

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.1079

VILLAGE OF SCHAUMBURG, 101 SCHAUMBURG CT.,
SCHAUMBURG, IL 60193

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

Debtor     Express, LLC
Name
Case number *(if known)* 24-10835

Case 24-10831-KBO    Doc 338    Filed 05/30/24    Page 399 of 571

2.1080

VILLAGE OF SKOKIE, 5127 OAKTON STREET, SKOKIE, IL 60077

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED      UNDETERMINED

---

2.1081

VILLAGE OF VERNON HILLS, MONICA LUNDEEN, 290 EVERGREEN DRIVE, VERNON HILLS, IL 60061

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED      UNDETERMINED

---

2.1082

VILLAGE OF WELLINGTON, ATTN:BUSINESS TAX RECEIPT, 12300 FOREST HILL BLVD, WELLINGTON, FL 33414

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

UNDETERMINED      UNDETERMINED

2.1083

VILLAGE OF WEST DUNDEE, ATTN LICENSING, 102 S
SECOND STREET, WEST DUNDEE, IL 60118

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1084

VIRGINIA DEPARTMENT OF TAXATION, VIRGINIA
DEPARTMENT OF TAXATION OFFICE OF CUSTOMER
SERVICE, P.O. BOX 1115, RICHMOND, VA 23218-1115

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1085

VIRGINIA DEPARTMENT OF TAXATION, VIRGINIA
DEPARTMENT OF TAXATION OFFICE OF CUSTOMER
SERVICE, P.O. BOX 1115, RICHMOND, VA 23218-1115

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1086

VOLUSIA COUNTY REVENUE DIVISION, 123 W INDIANA
AVE, ROOM 103, DELAND, FL 32720

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1087

WAKE COUNTY REVENUE DEPT, PO BOX 2331,
RALEIGH, NC 27602-2331

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1088

WAKE COUNTY REVENUE DEPT, PO BOX 580084,
CHARLOTTE, NC 28258-0084

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1089

WARREN COUNTY SHERIFF, PO BOX 807, BOWLING GREEN, KY 42102-0807

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1090

WARWICK POLICE DEPARTMENT, ATTN. LICENSING UNIT, 99 VETERANS MEMORIAL DR, WARWICK, RI 02886-4617

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1091

WASHINGTON COUNTY, PO BOX 3587, PORTLAND, OR 97208-3587

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1092

WASHINGTON COUNTY, 161 NW ADAMS AVE, HILLSBORO, OR 97124

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1093

WASHINGTON COUNTY SHERIFF, ALARM PERMIT UNIT, 215 SW ADAMS AVE MS32, HILLSBORO, OR 97123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1094

WASHINGTON COUNTY TAX COLLECTOR, 280 N COLLEGE, SUITE 202, FAYETTEVILLE, AR 72701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1095

WASHINGTON COUNTY TREASURERS OFFICE, 35
WEST WASHINGTON STREET, STE 102, HAGERSTOWN,
MD 21740-4868

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1096

WASHINGTON COUNTY TRUSTEE, PO BOX 215,
JONESBOROUGH, TN 37659

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1097

WASHINGTON DEPARTMENT OF REVENUE, TAXPAYER
ACCOUNT ADMINISTRATION, P.O. BOX 47476,
OLYMPIA, WA 98504-7476

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1098

WASHINGTON PARISH SHERIFF'S OFFICE, 1002 MAIN, FRANKLINTON, LA 70438

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1099

WASHINGTON PARISH SHERIFF'S OFFICE SALES TAX, PO DRAWER 508, FRANKLINTON, LA 70438

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1100

WASHOE COUNTY CLERK, PO BOX 30083, RENO, NV 89520-3083

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1101

WASHOE COUNTY TREASURER, PO BOX 30039, RENO, NV 89520-3039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1102

WATERFORD TAX COLLECTOR, 15 ROPE FERRY ROAD, WATERFORD, CT 06385-2886

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1103

WEBB COUNTY TAX COLLECTOR, PO BOX 420128, LOREDO, TX 78042-8128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1104

WEBER COUNTY ASSESSOR, 2380 WASHINGTON BLVD, SUITE 380, OGDEN, UT 84401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1105

WEBSTER PARISH SALES & USE TAX COMMISSION, PO BOX 357, MINDEN, LA 71058-0357

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1106

WEST BATON ROUGE PARISH REVENUE DEPARTMENT, PO BOX 86, PORT ALLEN, LA 70767

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1107

WEST CARROLL PARISH SCHOOL BOARD SALES TAX DEPARTMENT, 410 WILLIS ST, OAK GROVE, LA 71263

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1108

WEST FELICIANA PARISH SALES AND USE TAX COLLECTOR, PO BOX 1910, ST. FRANCISVILLE, LA 70775

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1109

WEST VIRGINIA SECRETARY OF STATE, 1900 KANAWHA BLVD E, BLDG 1, STE 157 K, CHARLESTON, WV 25305

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1110

WEST VIRGINIA STATE TAX DEPARTMENT, ATTN: LEGAL DIVISION 1001 LEE STREET EAST, CHARLESTON, WV 25301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.1111

WESTMORELAND COUNTY TREASURER, WEIGHTS AND MEASURES, RD #12, BOX 203, DONOHOE RD, GREENSBURG, PA 15601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

---

2.1112

WESTMORELAND COUNTY TREASURER, 2 N MAIN ST, GREENSBURG, PA 15601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED     UNDETERMINED

2.1113

WHITEHALL TREASURERS OFC, BUS. PRIVILEGE TAX
DEP, 3221 MACARTHUR RD., WHITEHALL, PA 18052-
2994

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.1114

WICOMICO COUNTY, PO BOX 4036, SALISBURY, MD
21803-4036

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.1115

WILKES-BARRE TWP POLICE, MANAGEMENT OFFICE,
29 WYOMING VALLEY MALL, WILKES-BARRE, PA
18702-6872

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED            UNDETERMINED

2.1116

WILLIAMSON COUNTY, 904 S MAIN ST, GEORGETOWN, TX 78626

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1117

WILSON SCHOOL DISTRICT, 2601 GRANDVIEW BLVD., WEST LAWN, PA 19609-1324

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1118

WINN PARISH SCHOOL BOARD SALES TAX DEPARTMENT, PO BOX 430, WINNFIELD, LA 71483

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED      UNDETERMINED

2.1119

WISCONSIN DEPARTMENT OF REVENUE, CUSTOMER SERVICE BUREAU, P.O. BOX 8949, MADISON, WI 53708-8949

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INCOME TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1120

WISCONSIN DEPARTMENT OF REVENUE, CUSTOMER SERVICE BUREAU, P.O. BOX 8949, MADISON, WI 53708-8949

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1121

WISCONSIN DEPT OF REVENUE, PO BOX 7846, MADISON, WI 53707-7846

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED    UNDETERMINED

2.1122

WOODBRIDGE FIRE PREVENTION BUREAU, 418
SCHOOL STREET, WOODBRIDGE, NJ 07905

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY AND OTHER TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1123

WOODLANDS METRO CENTER, MUD, PO BOX 7829,
THE WOODLANDS, TX 77387-7829

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1124

WYOMING DEPT OF REVENUE, 122 W 25TH ST, STE
E301, CHEYENNE, WY 82002-0110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES AND USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED          UNDETERMINED

2.1125

YORK ADAMS TAX BUREAU, 1405 N DUKE ST, YORK, PA 17405-0156

**As of the petition filing date, the claim is:**   UNDETERMINED   UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
PROPERTY TAX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1

2.7 AUGUST APPAREL, 3775 BROADWAY PL, LOS ANGELES, CA, 90007

**As of the petition filing date, the claim is:**   $446,953.66
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.2

3CINTERACTIVE LLC, DEPT 3412, PO BOX 123412, DALLAS, TX, 75312-3412

**As of the petition filing date, the claim is:**   $370,908.22
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.3**

7TH BONE TAILORING, 710 4TH STREET E, MENOMONIE, MI, 54751

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $6,191.18
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

ACXIOM, 301 E DAVE WARD DRIVE, CONWAY, AR, 72032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $12,001.67
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.5**

ADOBE SYSTEMS, INC., 75 REMITTANCE DR, #1025, CHICAGO, IL, 60675-1025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,139,945.09
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.6**

ADVIZEX TECHNOLOGIES, LLC, #774019, 4019 SOLUTIONS CENTER, CHICAGO, IL, 60677-4000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $204,153.16
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.7

ADZERK INC DBA KEVEL, 505 SOUTH DUKE STREET #500, DURHAM, NC, 27701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,850.00

### 3.8

AGILITY RECOVERY SOLUTION, PO BOX 600091, RALEIGH, NC, 27675-6091

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,204.52

### 3.9

AIR FORCE ONE INC, 5800 SHIER RING ROAD, DUBLIN, OH, 43016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,586.00

### 3.10

AISS STERLING INFOSYSTEMS, 12445 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,475.86

**3.11**

ALALA LLC, 270 PARK AVE, NEW YORK, NY, 10172

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,553.44

---

**3.12**

ALIGHT SOLUTIONS, LLC, 4 OVERLOOK POINT, LINCOLNSHIRE, IL, 60069

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,062.94

---

**3.13**

ALINA NASTASE V BROOKFIELD PROPERTY, LLC, BROOKFIELD MANAGEMENT, EXPRESS LLC, NORTHRIDGE FASHION , THE LAW OFFICES OF ARASH KHORSANDI ATTN: ARASH KHORSANDI ARASH LAW BUILDING 2960 WILSHIRE BOULEVARD THIRD FLOOR LOS ANGELES, CA 90010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.14**

ALIXPARTNERS LLP, PO BOX 7410063, CHICAGO, IL, 60674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,464.16

**3.15**

ALLEN & GLEDHILL LLP, ONE MARINA BOULEVARD, #28-00, 018989, SINGAPORE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,399.00

---

**3.16**

ALTERYX INC, 230 COMMERCE, SUITE 250, IRVINE, CA, 92602

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,713.64

---

**3.17**

ALVAREZ & MARSAL, 600 MADISON AVE, 8TH FLOOR, NEW YORK, NY, 10022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal Settlement Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,500,000.00

---

**3.18**

AMANDA KELLY DESIGN, STUDIO, 4 LOVE WALK, CAMBERWELL,LONDON, SE5 8AD, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,325.00

**3.19**

AMAZON WEB SERVICES INC, PO BOX 035184, SEATTLE, WA, 98124

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8,841.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20**

AMPAC, PO BOX 905349, CHARLOTTE, NC, 28290

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $86,481.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**

ANDREW KASZUBSKI, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6,400.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**

ANIXTER INC., PO BOX 847428, DALLAS, TX, 75284-7428

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $685.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Express, LLC
Name

Case number *(if known)* 24-10835

**3.23**

ANNE'S APOTHECARY, 215 E QUAILWOOD DR, FUQUAY VARINA, NC, 27526

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$219.20

**3.24**

ANTOINETTE ET FREDDY, 955 AVENUE DE L'AGAU, LATTES, HERAULT, 34970, FRANCE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,600.00

**3.25**

APPIAN CORPORATION, DEPT 2708, PO BOX 952708, ATLANTA, GA, 31192

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,756.25

**3.26**

APPLIED PREDICTIVE TECHNOLOGIES, INC, 901 N STUART ST STE 1100, ARLINGTON, VA, 22203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$517,250.00

**3.27**

ARCHROMA US, INC, 32290 COLLECTION CENTER, DRIVE, CHICAGO, IL, 60693-0322

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $2,311.38
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**

ARDEN JEWELRY MFG. CO., 10 INDUSTRIAL LN, JOHNSTON, RI, 02919

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $173,652.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29**

ARIANNA ELIZABETH CAPERS, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $2,100.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30**

ARO SWIM LLC, 841 JACON WAY, PACIFIC PALISADES, CA, 90272

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $200.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31

ARTSONG STUDIO INC., 264 W 40TH ST, #402, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $375.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

ASSET STRATEGIES GROUPLLC, 501 WEST SCHROCK ROAD, SUITE 201, WESTERVILLE, OH, 43081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $47,064.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33

ASSURED ENVIRONMENTS, 45 BROADWAY 10TH FLR, NEW YORK, NY, 10006

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $561.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.34

B2 PREMIUM LIMITED, 10 VICTORIA ROAD SOUTH, SOUTHSEA, HAMPSHIRE, PO5 2DA, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $192.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35**

BAMBOO ROSE LLC, 17 ROGERS STREET, GLOUCESTER, MA, 01930

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $151,563.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36**

BASK SUNCARE, 254 PARK AVE S SUITE 11D, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $36.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

BATALLURE BEAUTY, LLC, 104 CARNEGIE CENTER, PRINCETON, NJ, 08540

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $261,600.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**

BCN GROUP, 101 BENTREE DR, HENDERSONVILLE, TN, 37075

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $140.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, 200 PUBLIC SQUARE, STE 2300, CLEVELAND, OH, 44114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $57,276.25
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

BERNARDO MANUFACTURING, 54 TAYLOR DR, EAST PROVIDENCE, RI, 02916

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,664,303.65
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.41**

BESPOKE FASHION LLC, 275 MADISON AVE 26TH FLR, NEW YORK, NY, 10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $582,804.93
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

BEST COURIER, INC., P.O. BOX 30251, GAHANNA, OH, 43230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,322.39
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

BIG BROTHER BIG SISTERS OF AMERICA, 2502 ROCKY POINT DR SUITE 550, TAMPA, FL, 33607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$269,430.00

**3.44**

BIO COUNSELORS AT LAW LLC, PLAZA 273 STE 704, 273 PONCE DE LEON AVE, SAN JUAN, PR, 00917

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,893.75

**3.45**

BJW REALTY LLC, C/O WINTER MGMT GROUP, 730 FIFTH AVE 12TH FLOOR, NEW YORK, NY, 10019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,318.17

**3.46**

BLIND BARBER, LLC, 339 E 10TH ST, NEW YORK, NY, 10009

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$17.60

---

**3.47**

BLUECORE INC, 124 RIVINGTON ST, NEW YORK, NY, 10002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $921,112.50
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.48**

BOBBLE LTD, 10 SEMLEY ROAD, BRIGHTON, EAST SUSSEX, BN1 6EP, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $2,740.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.49**

BOLOTOV & PARTNERS LLP, ALMATY BUSINESS CENTER, 60 AUEZOV STREET 6TH FLOOR, ALMATY, 050008, KAZAKHSTAN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $511.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.50**

BRICKER GRAYDON LLP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $8,003.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.51

BRIERLEY & PARTNERS, INC., PO BOX 847439, DALLAS, TX, 75284

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $1,508,810.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.52

BRIGHT RIVER USA LLC, DEPT 3567, PO BOX 123567, DALLAS, TX, 75312-3567

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $4,044.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.53

BROKEN TOP CANDLE CO., 62980 BOYD ACRES RD, #7, BEND, OR, 97701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $279.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54

BSS CREATIVE GROUP, 1350 MAZURETTE SUITE #326, MONTREAL, QC, H4N 1H2, CANADA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $132,342.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55**

CAMPER ATLANTIC CORP, 221 BOWERY STREET, NEW YORK, NY, 10002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,339.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56**

CANVAS PRINT STUDIO LTD, 20 WATERSON STREET, LONDON, E2 8HL, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,850.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.57**

CAPTRUST FINANCIAL ADVISORS, PO BOX 600071, RALEIGH, NC, 27675-6071

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $36,893.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58**

CARDINAL KNIVES INC, 778 E HUDSON ST, COLUMBUS, OH, 43211

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $441.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59**

CARIBBEAN IP, 224 DATURA ST, STE 513, WEST PALM BEACH, FL, 33401

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,070.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60**

CARLOS PAEZ V. EXPRESS, 938 ALEXANDRA DR., CORONA, CA 92881

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61**

CARRILLO Y ASOCIADOS, DIAGONAL 6, 10-01 ZONA 10, CENTRO GERENCIAL, LAS MARGARITAS, GUATEMALA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,750.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**

CDW INC., P.O. BOX 75723, CHICAGO, IL, 606755723

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,097.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

CENTRO DE CIENCIA Y TECNOLOGIA, SAN RAFAEL, ESCAZU, RESIDENCIAL TREJOS MONTEALEGRE, ESCAZU SAN JOSE, 10201, COSTA RICA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6,843.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

CERIDIAN TAX SERVICE INC, 13839 COLLECTION CENTER, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $29,648.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

CFL DISTRIBUTION INC, HORE DE MACAU LIMITADA, AVENIDA DA PRAIA GRANDE, 665,EDIF GREAT WILL, MACAU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,551,243.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

CHACON, 1875 CENTURY PARK EAST, SUITE 1000, LOS ANGELES, CA, 90067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,750,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal Settlement Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.67**

CISION US, INC, PO BOX 98869, CHICAGO, IL, 60693-8869

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,520.00

**3.68**

CIVITAS NOW LLC, 1020 DENNISON AVE SUITE 102, COLUMBUS, OH, 43201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$100,000.00

**3.69**

CMT DE LA LAGUNA, S.A DE C.V., 1055 OTE, CALZADA TECNOLOGICO, LERDO, DGO, MEXICO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$614,107.62

**3.70**

COCA-COLA BOTTLING CO, TRI-STATE DIVISION COLS, 2329 PAYSPHERE CIRCLE, CHICAGO, IL, 60674-2329

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,396.77

**3.71**

COMMISSION JUNCTION LLC, #774140, 4140 SOLUTIONS CENTER, CHICAGO, IL, 60677-4001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,731,976.72

**3.72**

COMPLIANCE RESOURCES GROUP INC, PO BOX 13399, SAN JUAN, PR, 00908, PUERTO RICO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$416.00

**3.73**

COMPUTACENTER UNITED STATES INC, PO BOX 31001-830, PASADENA, CA, 91110-0830

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,709.34

**3.74**

COMPUTERSHARE, DEPT CH 19228, PALATINE, IL, 60055-9228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,181.44

3.75

CONCEPTS DESIGN AGENCY, 344 W 38TH STREET #603, NEW YORK, NY, 10018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,125.00

3.76

CONCUR TECHNOLOGIES, INC, 62157 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,122.56

3.77

CONTROL GROUP COMPANIES LLC, 200 CROSSING BLVD, FL 2, BRIDGEWATER, NJ 08807-2861

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$350.00

3.78

CONVERSION PATH, 1105 SCHROCK RD SUITE 200, COLUMBUS, OH, 43229

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$71,445.40

3.79

COPILEVITZ LAM & RANEY PC, 310 W 20TH ST, SUITE 300, KANSAS CITY, MO, 64108

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $5,344.43
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

CORPORACION DEL FONDO DEL, SEGURO DEL ESTADO, PO BOX 42006 MINILLAS STN, SAN JUAN, 00940-2006, PUERTO RICO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $683.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81

CORPORATE COURIER NY, INC, 225 WEST 28TH STREET, NEW YORK, NY, 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $372.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.82

CORPTACTICS AUDIT GROUP, PSC, PO BOX 13399, SAN JUAN, 00908, PUERTO RICO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $10,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.83

CORSEARCH, 111 EIGHTH AVENUE, NEW YORK, NY, 10011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,367.60

3.84

COUPA SOFTWARE INC, 1855 SOUTH GRANT STREET, SAN MATEO, CA, 94402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,793.00

3.85

COURANT C/O VERY GREAT INC, 52 MERCER ST, FLOOR 3, NEW YORK, NY, 10013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$310.40

3.86

CREATION GARDENS INC, PO BOX 638894, CINCINNATI, OH, 45263-8894

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,898.40

**3.87**

CREATORIQ, 8605 SANTA MONICA BLVD, PMB 82232, WEST HOLLYWOOD, CA, 90069

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $26,029.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.88**

CREEKSIDE 126 LLC, 26711 NORTHWESTERN HWY SUITE 125, SOUTHFIELD, MI, 48033

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $213.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.89**

CRESCENT BAHUMAN LIMITED, 45-A OFF ZAFAR ALI RD, GOLBERG V, LAHORE, 54660, PAKISTAN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,242,980.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.90**

CRIMSON CUP, INC., 1925 ALUM CREEK DRIVE, COLUMBUS, OH, 43207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $804.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.91**

CYXTERA COMMUNICATIONS LLC, PO BOX 52187, PHOENIX, AZ, 85072-2187

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20,238.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.92**

DANA AL-HUSSEINI V. EXPRESS, LLC, 9147 CARNEROS CREEK ROAD, CHARLOTTE, NC 28214

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (Workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.93**

DASH AND MILLER LTD, TOP FLOOR, 1A BARTON ROAD, ST PHILIPS, BRISTOL, UK, BS2 0LF, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,550.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.94**

DATA CENTER SOLUTIONS INC, 6349 DURBAN DR, GALLOWAY, OH, 43119

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6,161.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

DELOITTE TAX LLP, PO BOX 844736, DALLAS, TX, 75284-4736

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $90,396.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.96

DENTONS MUNOZ COSTA RICA LIMITADA, CENYRO EMPRESARI AL FORUM I, EDIFICIO B, SANTA ANA SAN JOSE, 10903, COSTA RICA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,020.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.97

DENTONS US LLP, DEPT 3078, CAROL STREAM, IL, 60132

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $777.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.98

DER DUTCHMAN RESTAURANT, 445 S JEFFERSON AVE, PLAIN CITY, OH, 43064

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $613.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**

DIA & CO, 244 FIFTH AVENUE SUITE 2602, NEW YORK, NY, 10001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,854.06
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100**

DILIGENT CORPORATION, PO BOX 419829, BOSTON, MA, 02241-9829

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $850.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.101**

DINSMORE & SHOHL LLP, 255 EAST FIFTH STREET SUITE 1900, CINCINNATI, OH, 45202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $72,761.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.102**

DIRECTIONS RESEARCH, INC, 401 EAST COURT STREET, CINCINNATI, OH, 45202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $97,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.103

DONNELLEY FINANCIAL LLC, PO BOX 842282, BOSTON, MA, 02284-2282

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,685.00

3.104

DOOLEY MEDIA, 601 FAIRFIELD AVE, BELLEVUE, KY, 41073

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$74,000.00

3.105

DTA AGENCY LLC, 883 WESTBOURNE DR, WEST HOLLYWOOD, CA, 90069

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,961.49

3.106

DUEL HOLDINGS LIMITED, 103, 65 GLASSHILL STREET, LONDON, SE1 0QR, UNITED KINGDOM

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,995.00

**3.107**

DUGGAL VISUAL SOLUTIONS, 10 W. 24TH STREET, NEW YORK, NY, 10010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,350.00

**3.108**

ECLIPSE CREATIVE SERVICES INC, 825 TAYLOR RD, GAHANNA, OH, 43230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$54,846.00

**3.109**

ELEVATE HONG KONG HOLDINGS LTD, 15/F SOUNDWILL PLAZA II - MIDTOWN, 1-29 TANG LUNG STREET, HONG KONG, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$93,620.25

**3.110**

EM DASH CREATIVE, 585 MULBERRY WAY N., WESTERVILLE, OH, 43082

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$6,000.00

**3.111**

EMERGING BLUE, INC, 50 CALIFORNIA STREET #1500, SAN FRANCISCO, CA, 94111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,678.75

**3.112**

EMILY LEBSOCK, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$800.00

**3.113**

EMMANUELLA JEAN V. EXPRESS LLC, JOHN DOE , 3421 GREENVIEW TERRACE WEST, MARGATE, FL 33063

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.114**

ENGINEPOINT MARKETING LTD, 752 N STATE ST #253, WESTERVILLE, OH, 43082

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

**3.115**

ENTRUST CORPORATION, PO BOX 972894, DALLAS, TX, 75397-2894

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $11,982.03
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.116**

ERIC BOLES INC, 11317 MADERA CIRCLE SW, LAKEWOOD, WA, 98499

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $48,180.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.117**

ESTI STUDIO INC, 241 WEST 37TH ST. STE 1100, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $6,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118**

E-TEEN COMPANY LIMITED V. EXPRESS, LLC, SCHOTTENSTEIN LEGAL SERVICES CO., LPA JAMES M. SCHOTTENSTEIN 492 S. HIGH STREET, SUITE 200 COLUMBUS, OH 43215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.119

E-TEEN COMPANY LIMITED, JUTANG INDUSTRIAL DISTRIC, HOU SHA ROAD, HOUJIE TOWN, DONGGUAN CITY, CHINA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $225,187.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.120

EXPERIAN MARKETING, SOLUTIONS, 22807 NETWORK PLACE, CHICAGO, IL, 60673

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $287,267.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.121

EXPRESS BNBS FASHION, LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11,256,076.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

3.122

EXPRESS FASHION OPERATIONS, LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $321,111,197.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123**

EXPRESS GC, LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $10,738,440.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124**

EXPRESS TOPCO LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $5,783,742.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125**

FACEBOOK, INC., ATTN: ACCOUNTS RECEIVABLE, 15161 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $440,888.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126**

FACTSET RESEARCH SYSTEMS INC, PO BOX 414756, BOSTON, MA, 02241

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $1,794.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.127**

FANNIN, DAVID VS OHIO BWC CLAIM NO 22-194995 EXPRESS LLC
EXPRESS COLUMBUS HOME OFFICE OP , 4304 WHITE SPRUCE LANE,
GROVE CITY, OH 43123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation (Workers Comp)

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.128**

FANTAS EYES INC, 385 FIFTH AVE, 9TH FL, NEW YORK, NY, 10016

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $204,572.25
*Check all that apply.*
☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.129**

FEDERAL EXPRESS, PO BOX 371461, PITTSBURGH, PA, 15250-7461

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $52.00
*Check all that apply.*
☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.130**

FELIX GRAY, INC., 132 CROSBY ST. 7TH FLOOR, NEW YORK, NY, 10012

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $3.40
*Check all that apply.*
☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.131**

FORTUNE FOOTWEAR INC, 174 HUDSON STREET, 3RD FLOOR, NEW
YORK, NY, 10013

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,793,821.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.132**

FOURLAPS LLC, 247 WEST 37 STREET SUITE 1902, NEW YORK, NY,
10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $48,127.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.133**

FRANCOIS LEROY L'ATELIER, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,305.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.134**

FROSS ZELNICK LEHRMAN & ZISSU, PC, 151 WEST 42ND ST 17TH
FLOOR, NEW YORK, NY, 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,752.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.135

FSV PAYMENT SYSTEMS INC, 6410 SOUTHPOINT PKWY, SUITE 200, JACKSONVILLE, FL, 32216

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $228.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.136

GERBER TECHNOLOGY, PO BOX 95060, CHICAGO, IL, 60694-5060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $160,051.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.137

GLOBAL INTIMATES LLC, 5240 LANGFORD PARK DR SUITE B, NORCROSS, GA, 30071

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $45,276.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.138

GOOGLE INC, DEPT 33654, PO BOX 39000, SAN FRANCISCO, CA, 94139

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $707,060.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Express, LLC
Name

Case number *(if known)* 24-10835

**3.139**

GORDON FOOD SERVICE, INC., PO BOX 88029, CHICAGO, IL, 60680-1029

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $29,633.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.140**

GORDON REES SCULLY MANSUKHANI LLP, 1111 BROADWAY SUITE 1700, OAKLAND, CA, 94607

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $62,236.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.141**

GOVDOCS, INC., 355 RANDOLPH AVE, SUITE 200, ST. PAUL, MN, 55102

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $35.94
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.142**

GRANITE TELECOMMUNICATION, CLIENT ID #311, PO BOX 983119, BOSTON, MA, 02298-3119

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $87,084.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.143**

GREAT BOWERY INC DBA STREETERS, 560 BROADWAY SUITE 203, NEW YORK, NY, 10012

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $8,021.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.144**

GREAT CHINA EMPIRE, LTD, 1385 BROADWAY 21ST FLOOR, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $39,468.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145**

GREENBERG TRAURIG LLP, 3333 PIEDMONT RD NE, STE 2500, ATLANTA, GA, 30305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $75,645.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.146**

HA HAE CORPORATION, 173 DIGITAL RO GEUMCHEON GU, SEOUL, SOUTH KOREA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $38.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.147

HALLI BOSTIC, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

3.148

HARPER ENGRAVING, PO BOX 426, COLUMBUS, OH, 43216

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$172.93

3.149

HERRERA CONSULTING INC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,100.00

3.150

HIGGS CO INC, 111 PINE STREET, SAN FRANCISCO, CA, 94111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,327.92

3.151

HILDA GONZALEZ VS. EXPRESS, GERARD NISIVOCCIA 175 MARKET
STREET SUITE 200 PATERSON, NJ 07505

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (Workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152

HING SHING LOOPING MANUFACTURING CO LTD, 12 HING YIP STREET,
FLAT B 10F WING TAI CENTRE, KWUN TONG, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $673,196.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.153

HORIZON ENTERPRISE LTD, G/F 39 SHEK KIP MEI ST, SHAMSHUIPO,
KOWLOON, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $360.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.154

HUCKSTLE, LLC, 381 TRADEWIND CT, WESTERVILLE, OH, 43081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $88.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.155

HUNTON ANDREWS KURTH LLP, 951 EAST BYRD STREET, RICHMOND, VA, 23219

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,762.50
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.156

HYER GOODS, 670 EASTERN PARKWAY, BROOKLYN, NY, 11213

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $433.60
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.157

IBM CORPORATION, P.O. BOX 643600, PITTSBURGH, PA, 15264-3600

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $61,049.20
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.158

ILLINOIS WHOLESALE, CASH REGISTER, 2790 PINNACLE DR, ELGIN, IL, 60124

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $71,122.57
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.159**

IMPACT TECH INC, 225 E COTA ST, SANTA BARBARA, CA, 93101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $35,542.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.160**

INDUSTRIAL COLOR INC, 32 AVENUE OF AMERICAS, NEW YORK, NY, 10013

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8,920.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.161**

INDYME SOLUTIONS LLC, 8295 AERO PLACE, STE 260, SAN DIEGO, CA, 92123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21,280.78
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.162**

INFOR (US), NW 7418, PO BOX 1450, MINNEAPOLIS, MN, 55485-7418

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $752.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.163**

INNISFREE M&A INCORPORATED, 501 MADISON AVE, 20TH FLOOR, NEW YORK, NY, 10022-5606

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $45,510.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

IT SUPPLIES INC, 5100 NEWPORT DR, STE 6, ROLLING MEADOWS, IL, 60008

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $877.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.165**

JACOB WOOSLEY, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,480.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.166**

JACY SHELDON, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.167

JAMF SOFTWARE, LLC, NW6335, PO BOX 145, MINNEAPOLIS, MN, 55485-6335

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,350.00

3.168

JDA SOFTWARE, INC., PO BOX 202621, DALLAS, TX, 75320-2621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$230,732.74

3.169

JEFFREY BERMUDEZ, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,520.00

3.170

JENNIFER FEHELEY, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

**3.171**

JFROG INC, 3945 FREEDOM CIRCLE, SANTA CLARA, CA, 95054

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,289.26

**3.172**

JIGGY PUZZLES LLC, 330 WYTHE AVE #3J, BROOKLYN, NY, 11249

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$972.40

**3.173**

JK CREATIVE NYC LLC, 25 RUSTIC VIEW ROAD, GREENWICH, CT, 06830

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,200.00

**3.174**

JULIAN VARBANOV & PARTNERS LTD, SOUTH PARK COMPLEX, BL.1, ENTR. A, PO BOX 1152, SOFIA, BG-1421 BULGARIA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,219.76

3.175

KAIA HENDERSON, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

3.176

KAISER CONSULTING LLC, 34 GRACE DR, POWELL, OH, 43065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $105,510.00
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☒ No
☐ Yes

3.177

KATHERINE GUITERREZ AS PARENT AND NATURAL GUARDIAN OF MINOR MG V. EXPRESS LLC AND JOHN DOE , PENDA ATTORNEYS ATTN: JONATHAN SANCLEMENTE 816 W. DR. MARTIN LUTHER KING BLVD TAMPA, FL 33603

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

3.178

KELLY LANE, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $510.45
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

3.179

KENILWORTH CREATIONS, PO BOX 9541, PROVIDENCE, RI, 02940

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$496,274.85

3.180

KENNEY JAZZ RUMPH V. EXPRESS, THE GAP AND 585 BROADWAY LLC , 228 MIDWOOD STREET APT 2, BROOKLYN, NY 11225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.181

KERRY GIESEKE VS. EXPRESS LLC; STANDARD FIRE INS. CO.; CORVEL, RATTO LAW FIRM: BRIAN KREFT, 600 16TH STREET. OAKLAND , CA 94612

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (Workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.182

KIMBERLY PICARDI VS. LIBERTY PLACE RETAIL MANAGEMENT D/B/A THE SHOPS AT LIBERTY PLANCE AND THE ARTHUR JACKSON COMPANY VS. EXPRESS, LLC, MORGAN & MORGAN REBECCA SWEENEY 2005 MARKET STREET SUITE 350 PHILADELPHIA, PA 191303

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.183**

KING BUSINESS INTERIORS, 6155 HUNTLEY RD., SUITE D, COLUMBUS, OH, 43229

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $12,471.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.184**

KIP SLEEPWEAR, 7971 NW 76 AVENUE, MEDLEY, FL, 33166

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1,121.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.185**

KNS INTERNATIONAL, 12552 S 125 W, SUITE 200, DRAPER, UT, 84020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $111,840.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.186**

KORN FERRY US, NW 5854, PO BOX 1450, MINNEAPOLIS, MN, 55485-5854

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $40,202.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187**

KPMG LLP, DEPT 0970, PO BOX 120970, DALLAS, TX, 75312-0970

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $400,874.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188**

KYLE BRIDGEFORTH, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.189**

L BRANDS, INC, 3 LIMITED PARKWAY, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $143,971.49
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.190**

L BRANDS, INC, ATTN: PAYROLL TAX, 4 LIMITED PKWY, REYNOLDSBURG, OH, 43068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,646,913.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.191

LEAP SERVICES INC, 207 EAST OHIO ST, CHICAGO, IL, 60611

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $105,493.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.192

LECTRA USA, INC., PO BOX 198501, ATLANTA, GA, 30384-8501

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $48,763.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193

LEHMAN DAMAN CONSTRUCTION SERVICES INC, 975 EASTWIND DRIVE, STE 130, WESTERVILLE, OH, 43081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,648.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.194

LESLEY INZUNZA CORTEZ V. EXPRESS LLC, RODOLFO WEISS 8880 RIO SAN DIEGO DR., #800 DAN DIEGO, CA 92108

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (Workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.195**

LEVEL 3 COMMUNICATIONS, PO BOX 910182, DENVER, CO, 80291-0182

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $66,731.72
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.196**

LI&FUNG(TRADING) LIMITED, 5TH FLOOR, LIFUNG TOWER, 888 CHEUNG SHA WAN ROAD, KOWLOON, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $36,467,790.16
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.197**

LI&FUNG(TRADING) LIMITED, LIFUNG TOWER, 888 CHEUNG SHA WAN RD, KOWLOON, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $104,422.27
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.198**

LIBERTY PLACE RETAIL ASSOCIATIONS, L.P. VS. EXPRESS, LLC, FAEGRE DRINKER BIDDLE & REATH LLP D. ALICIA HICKOK DAVID A. EBBY ONE LOGAN SQUARE, SUITE 200 PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Lawsuit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.199

LIFTLAB ANALYTICS INC, 1111 BROADWAY 5TH FLOOR, OAKLAND, CA, 94607

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $144,600.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.200

LINEA PELLE, 7107 VALJEAN AVENUE, VAN NUYS, CA, 91406

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $151,052.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.201

LINKEDIN CORPORATION, 2029 STIERLIN COURT, MOUNTAIN VIEW, CA, 94043

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $48,697.03
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.202

LISEP, LLC DBA TECHR2, PO BOX 247, REYNOLDSBURG, OH, 43068

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,770.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

LITTLER MENDELSON PC, PO BOX 45547, SAN FRANCISCO, CA, 94145-0547

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,565.90

3.204

LRN CORPORATION, DEPT AT 952699, ATLANTA, GA, 31192-2699

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,987.50

3.205

LUCIDLINK CORP, 111 PINE STREET, SAN FRANCISCO, CA, 94111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$364.22

3.206

MADCAP SOFTWARE, 11401 CENTURY OAKS TERRACE STE 250, AUSTIN, TX, 78758

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$297.00

**3.207**

MADELINE GONZALEZ V GS PORTFOLIO HOLDINGS, LLC,
WILLOWBROOK MALL, EXPRESS CLOTHING STORE, ABS CLEAN CO,
JOHN DOES , GERARD NISIVOCCIA 175 MARKET STREET SUITE 200
PATERSON, NJ 07505

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.208**

MANCHU TIMES FASHION LTD, PARK-IN COMMERCIAL BLDG, RM 1316,
56 DUNDAS STREET, KOWLOON, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $9,296,610.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.209**

MANHATTAN ASSOCIATES, PO BOX 405696, ATLANTA, GA, 30384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $6,250.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210**

MARGARET WILSON, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $2,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.211

MARK BAY, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14,139.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.212

MARKETVISION RESEARCH INC, 5151 PFEIFFER RD, SUITE 300, CINCINNATI, OH, 45242

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $69,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.213

MARKIT GROUP LIMITED, PO BOX 1393, BUFFALO, NY, 14240-1393

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23,749.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.214

MARPIPE, INC., 291 BROADWAT STE 700, NEW YORK, NY, 10007

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.215**

MASC INC, 180 WATER STREWET #2516, NEW YORK, NY, 10038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,684.00

**3.216**

MCGUIRE SPONSEL, LLC, 201 N ILLINOIS STREET, SUITE 1000, INDIANAPOLIS, IN, 46204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,900.00

**3.217**

MCGUIREWOODS LLP, 800 EAST CANAL STREET, RICHMOND, VA, 23219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,594.17

**3.218**

MEMOBOTTLE, INC, 8605 SANTA MONICA BLVD #92026, WEST HOLLYWOOD, CA, 90069-4109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$669.04

3.219

MERAKI CREATIVE LLC, 4735 BENT ELM, SAN ANTONIO, TX, 78259

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.220

MERIDIAN COMPENSATION PARTNERS LLC, 25676 NETWORK PLACE, CHICAGO, IL, 60673-1256

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $31,204.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.221

MERKLE INC, PO BOX 8025, CHARLOTTESVILLE, VA, 22906

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $259,696.80
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.222

METLIFE EXECUTIVE SUPPLMENTAL, DEPT CH 10579, PALATINE, IL, 60055-0579

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $186.64
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.223**

MGF SOURCING US, LLC, 4200 REGENT ST, SUITE 205, COLUMBUS, OH, 43219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,152,075.86
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.224**

MGF SOURCING US, LLC, 4200 REGENT ST, SUITE 205, COLUMBUS, OH, 43219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $266,426.30
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.225**

MGF SOURCING US, LLC, 4200 REGENT ST, SUITE 205, COLUMBUS, OH, 43219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $89,591.20
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.226**

MGF SOURCING US, LLC, C/O MGF #521, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,108,688.78
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Express, LLC
Name

**3.227**

MGF SOURCING US, LLC, C/O MGF #521, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500,000.16

**3.228**

MGF SOURCING US, LLC, C/O MGF #521, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$807,955.69

**3.229**

MICHAEL DAVID MARQUEZ, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,748.32

**3.230**

MICHELLE COCCIA FRANCE, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,807.70

Debtor Express, LLC
Name

Case number *(if known)* 24-10835

**3.231**

MICROSOFT ONLINE INC., PO BOX 847833, DALLAS, TX, 75284-7833

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $121,413.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232**

MILK STUDIOS,LLC, 67 N 8TH ST, BROOKLYN, NY 11249

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,020.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.233**

MILLER'S TEXTILE SERVICES INC., PO BOX 239, WAPAKONETA, OH, 45895

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,301.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234**

MILLIMAN, INC, 71 S WACKER DRIVE, 31ST FLOOR, CHICAGO, IL, 60606

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $12,125.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

MING FAI GARMENT MATERIAL CO LTD, UNIT A, 4/F YOUNG IND BLD, NO381-389 SHA TSUI ROAD, TSUEN WAN, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $3,348.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.236

MITCHELL RAMAZON, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $1,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.237

MONUMENT CONSULTING LLC, 1800 SUMMIT AVE, RICHMOND, VA, 23230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $1,358,718.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.238

MOODY'S ANALYTICS INC, PO BOX 117354, ATLANTA, GA, 30368

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $29,816.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.239**

MORGAN LEWIS & BOCKIUS LLP, PO BOX 8500 S-6050, PHILADELPHIA, PA, 19178-6050

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $472.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.240**

MOTIVES, 499TH AVENUE 19TH FLOOR, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $15,056,815.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.241**

MUSE MANAGEMENT INC, 37 W 26TH STREET STE 303, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:             $23,156.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.242**

NANA'S FASHION LLC, 8. SZEKELY MIHALY UTCA, BUDAPEST, 1061, HINGARY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:              $1,340.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.243

NASH AND JONES CORPORATION, 7259 NORTHWEST HIGHWAY, FAIRVIEW, TN, 37062

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.244

NATHANIEL MITCHELL, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $10,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.245

NATIONAL ASSOCIATION, 1515 N COURTHOUSE RD, STE 1200, ARLINGTON, VA, 22201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12,255.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.246

NCR CORPORATION, 14181 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $346,150.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.247**

NETJETS AVIATION, INC, PO BOX 933300, ATLANTA, GA, 31193-3300

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $211,145.55
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.248**

NEW RELIC, INC, 188 SPEAR STREET, SUITE 1200, SAN FRANCISCO, CA, 94105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $67,393.20
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249**

NEW VIEW MANAGEMENT GROUP INC, 10680 MCSWAIN DR, CINCINNATI, OH, 45241

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $6,618.42
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.250**

NEWTIMES DEVELOPMENT LIMITED, AYAZAGA MAH. MIMAR SINAN SOK., NO:21 B/34 SARIYER, ISTANBUL, TURKEY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $9,614,520.84
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.251

NO DESIGN INC, PO BOX 20294, NEW YORK, NY, 10009

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $2,720.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.252

NOIR JEWELRY LLC, 362 5TH AVENUE, 6TH FLOOR, NEW YORK, NY, 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $221,573.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.253

NP OP KRATOS LLC, 395 RIVERSIDE DRIVE 12AD, NEW YORK, NY, 10025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $3,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

NYSE MARKET, INC, BOX #223695, PITTSBURGH, PA, 15251-2695

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $81,307.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.255**

O'DONNELL CORP, 661 NORTH LAKEWOOD DR, ORLANDO, FL, 32803

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $139,209.78
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.256**

OFFICE DEPOT, INC., PO BOX 633301, CINCINNATI, OH, 45263-3301

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12,273.53
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.257**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PO BOX 89, COLUMBIA, SC, 29202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $192,081.14
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.258**

OKTA INC, PO BOX 743620, LOS ANGELES, CA, 90074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $127,760.31
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Express, LLC
Name

Case number *(if known)* 24-10835

**3.259**

OPTUM FINANCIAL INC, SERVICES, PO BOX 367, ANOKA, MN, 55303

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $678.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260**

ORACLE AMERICA, INC., PO BOX 203448, DALLAS, TX, 75320-3448

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $107,855.10
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.261**

PACIFIC BUYING AND MARKETING SERVICE LTD, SERVICE LTD, 22/F, TAI, YAU BLDG, 181 JOHNSON RD, WAI CHAI, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,113,357.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.262**

PADDYWAX LLC, 343 ASPEN GROVE DR, SUITE 200, FRANKLIN, TN, 37067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $576.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.263

PANDERA SYSTEMS, LLC, 189 S ORANGE AVE STE 1250, ORLANDO, FL, 32801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,004,079.08

3.264

PASICH LLP, 10880 WILSHIRE BOULEVARD SUITE 2000, LOS ANGELES, CA, 90024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

3.265

PAXAR BANGLADESH LTD, PLOT#167-169, DEPZ (EXT. AREA), DHAKA, 1349, BANGLEDESH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$198.54

3.266

PAYPAL INC, 2211 N 1ST STREET, SAN JOSE, CA, 95131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,675.00

3.267

PEPSI COLA - COLUMBUS, PO BOX 643383, CINCINNATI, OH, 45264-3383

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $320.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.268

PERKINS COIE LLP, ATTN: CLIENT ACCOUNTING, 1201 THIRD AVE STE 4900, SEATTLE, WA, 98101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $125,377.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.269

PG HEATING AND COOLING INC, 23-80 48TH STREET, ASTORIA, NY, 11103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $6,546.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.270

PLANES MOVING & STORAGE INC, PO BOX 636589, CINCINNATI, OH, 45263-6589

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $169,601.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.271**

POCKET SQUARE CLOTHING INC, 205 W 7TH ST, LOS ANGELES, CA, 90014

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $32,663.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.272**

PORTFOLIO ONE, INC, 714 N LA BREA, #210, LOS ANGELES, CA, 90038

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $66,430.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.273**

Q4 INC, 350 EAST DEVON AVE, LOCKBOX #771873, ITASCA, IL, 60143

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,526.09
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.274**

QUENCH USA INC, PO BOX 781393, PHILADELPHIA, PA, 19178-1393

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,286.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.275

RACKTOP SYSTEMS, INC, 8170 MAPLE LAWN BLVD, STE 180, FULTON, MD, 20759

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $42,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.276

RADIAL INC, PO BOX 204113, DALLAS, TX, 75320-4114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,403,372.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.277

RANDOM SOUND INC, 1462 BUSHWICK AVE APT 2R, BROOKLYN, NY, 11207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,421.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.278

RAZOR MD, 8569 TRAILWINDS CT, BOYNTON BEACH, FL, 33473

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.279

RED BULL DISTRIBUTION CO, PO BOX 204750, DALLAS, TX, 75320-4750

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $148.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.280

RETAIL INDUSTRY LEADERS ASSOCIATION, ASSOCIATIONS, 1700 N MOORE ST, STE 2250, ARLINGTON, VA, 22209

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.281

REUNITED LLC, 1375 BROADWAY, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $45,192.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.282

REVTRAX, 31 PENN PLAZA, 132 W 31ST, STE 702, NEW YORK, NY, 10001

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $70,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.283**

REWARDSTYLE INC, 4514 TRAVIS STREET STE330, DALLAS, TX, 75205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $80,000.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.284**

RICOH USA INC, PO BOX 802815, CHICAGO, IL, 60680-2815

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $268,815.37
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.285**

RICOH USA MANAGED SERVICE, PO BOX 534777, ATLANTA, GA, 30353-4777

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $4,796.89
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.286**

RIGHTSTAR, INC., 1951 KIDWELL DR, #110, VIENNA, VA, 22182-3930

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $11,100.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.287

RIMINI STREET, INC., PO BOX 846287, DALLAS, TX, 75284-6287

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $200,417.00
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

3.288

ROBERT ELLIOT CENNAMO, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,600.00
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

3.289

ROBIN ENTERPRISES CO., 111 N. OTTERBEIN AVE., WESTERVILLE, OH, 43081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $31,254.00
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

3.290

ROPA SIETE LEGUAS, INC. V. EXPRESS, LLC, DANA & PARISER CO., L.P.A. ALYSON C. TANENBAUM 495 EAST MOUND STREET COLUMBUS, OH 43215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Lawsuit

**Is the claim subject to offset?**
☒ No
☐ Yes

3.291

RSM US LLP, 5155 PAYSPHERE CIRCLE, CHICAGO, IL, 60674-0051

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19,692.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.292

RUHI REIMER VS. EXPRESS, LLC

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Arbitration

**Is the claim subject to offset?**
☑ No
☐ Yes

3.293

RUNE MODEL MANAGEMENT LLC, 450 EAST 96TH STREET SUITE 5025, INDIANAPOLIS, IN, 46240

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26,300.49
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.294

RYAN RANSOM, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295

RYAN, LLC, PO BOX 848351, DALLAS, TX, 75284-8351

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $27,760.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.296

S5 STRATOS INC, 13601 PRESTON RD, STE W0930, DALLAS, TX, 75240

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $525,836.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.297

SANDRA PAJARO VS. EXPRESS, LLC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.298

SANDY ALEXANDER INC, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $292,025.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.299

SATISH MEHTA, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $882.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.300

SAVAGE DESIGN CO, LLC

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,845.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.301

SCANDIT INC, 711 ATLANTIC AVENUE, BOSTON, MA, 02111

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $235,440.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.302

SEG SYSTEMS LLC, 6945 NORTHPARK BLVD, SUITE A, CHARLOTTE, NC, 28216

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,657.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.303

SEQUIN, LLC, PO BOX 24155, MINNEAPOLIS, MN, 55424-1055

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16,350.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.304

SERVICEMASTER ELITE JANITORIAL SERVICES, PO BOX 68, HILLIARD, OH, 43026

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25,842.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.305

SHADOW PUBLIC RELATIONS INC, 30 WEST 21ST ST, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $76,863.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.306

SIGAL MODELS & TALENT, LLC, 81 MILL ST, STE 300, GAHANNA, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,555.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.307

SILVER CREST CLOTHING PVT LTD - UNIT III, PLOT NO. 4E1 & E2, KIADB INDUSTRIAL AREA, ATTIBELE, KA, 562107, INDIA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $1,717,677.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.308

SINGLE SOURCE APPAREL INC, 1800 CALHOUN RD, GREENWOOD, SC, 29646

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $465,056.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.309

SINOSKY LIMITED, SINOSKY BUILDING #18, HUZHOUSTREET, HANGZHOU, ZHEJIANG, CHINA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $123,035.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.310

SIRIUS COMPUTER SOLUTIONS, PO BOX 202289, DALLAS, TX, 75320-2289

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $350,612.43
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.311

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, PO BOX 1764, WHITE PLAINS, NY, 10602

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $394,779.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.312

SLALOM LLC, PO BOX 101416, PASEDENA, CA, 91189

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25,375.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.313

SMALL CAP CONSUMER RESEARCH LLC, 595 ROCKLAND STREET, WESTBURY, NY, 11590

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8,333.34
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.314

SPECTRAFLOW INC, 46 DIGITAL DRIVE STE 5, NOVATO, CA, 94949

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,154.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.315**

SPIRAL BINDING COMPANY INC., PO BOX 286, TOTOWA, NJ, 07512

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,173.89
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.316**

STANDARD PRINTING COMPANY OF CANTON, PO BOX 9726, CANTON, OH, 44711

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13,722.84
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.317**

STATE ARTIST MANAGEMENT LLC, 525 7TH AVENUE SUITE 904, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8,880.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.318**

STATISTA INC, 55 BROAD ST, 30TH FLOOR, NEW YORK, NY, 10004

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.319

STEPANI STYLE, 8587 FENWICK ST #15, SUNLAND, CA, 91040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$86,495.76

3.320

STETTS MODEL MANAGEMENT INC, 1123 BROADWAY #1007, NEW YORK, NY, 10010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,650.00

3.321

STEVEN VARGO, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$578.75

3.322

STILNOVO SPA, VIA AVOLTA 13/15, SAN MINIATO PISA, 56028, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,890.40

**3.323**

SURGICORE OF JERSEY CITY A/A/O LEONOR AVENDANO V. ACE AMERICAN INSURANCE CO., , JONATHAN JONATHAN SAX 17 SQUADRON BLVD. STE 410 NEW CITY, NY 10956

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (Workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.324**

SWAPOPOLIS INC., 24 EUGENE STREET, HAMILTON, ON, L8H 2R3, CANADA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25,477.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.325**

SYDNEY MADISON SEICHTER

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.326**

TAL GLOBAL ALLIANCES LIMITED, TAL BUILDING 3RD FLOOR, 49 AUSTIN ROAD, KOWLOON, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $361,075.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.327**

TALX CORPORATION, 4076 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $99,212.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.328**

TARIK M FAYAD, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,400.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.329**

TAX CREDIT CO, LLC, 6255 SUNSET BLVD STE 2200, LOS ANGELES, CA, 90028

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,899.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330**

TELSEY ADVISORY GROUP, LLC, 555 FIFTH AVENUE 7TH FLOOR, NEW YORK, NY, 10017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $62,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.331**

TERADATA CORPORATION, 14753 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:       $18,006.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.332**

THE COMPUTER WORKSHOP INC, 5200 UPPER METRO PL, STE 140, DUBLIN, OH, 43017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:       $279.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.333**

THE HYLANT GROUP, INC, PO BOX 638720, CINCINNATI, OH, 45263-8720

**Date or dates debt was incurred**

As of the petition filing date, the claim is:       $600.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.334**

THE JEWELRY GROUP, 1411 BROADWAY, STE 320, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:       $419,555.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.335**

THE METRO GROUP, 50-23 23RD STREET, LONG ISLAND CITY, NY, 11101

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $21,119.45
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.336**

THE MILLCRAFT PAPER CO., PO BOX 72466, CLEVELAND, OH, 44192

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $279,519.66
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.337**

THE NPD GROUP, 24619 NETWORK PLACE, CHICAGO, IL, 60673-1246

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $53,812.50
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.338**

THE ONLY AGENCY, INC, 20 W 22ND ST SUITE 905, NEW YORK, NY 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,800.00
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**3.339**

THE PRUDENTIAL INSURANCE COMPANY OF, PO BOX 101241, ATLANTA, GA, 30392-1241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,530.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.340**

THE QUE STUDIO, 4987 MARCY WOODS LANE UNIT C, DUBLIN, OH, 43016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $975.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.341**

THOMSON REUTERS (TAX & ACCOUNTING) INC, PO BOX 71687, CHICAGO, IL, 60694-1687

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $28,889.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.342**

TIKTOK INC, ATTN: FINANCE, P.O. BOX 894476, LOS ANGELES, CA, 90189-4476

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $227,108.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.343**

TIME WARNER CABLE, PO BOX 0916, CAROL STREAM, IL, 60132-0916

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,696.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.344**

TIMEVALUE SOFTWARE INC, 22 MAUCHLY, IRVINE, CA, 92618

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,178.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.345**

TOPY TOP, AV. SANTUARIO 1323 - 1325, LIMA 36, PERU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $308,663.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.346**

TOTE FASHION SOURCING LIMITED, 5F-7, NO. 1, FU HSING NORTH ROAD, TAIPEI TAIWAN, ROC105, TAIWAN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,929,814.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.347

TRACER LABS INC., 10 HUDSON YARDS, 25TH FLOOR, NEW YORK, NY 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.348

TRACTION ARTIST MGMNT, 18 BRIDGE STREET STE 2B, BROOKLYN, NY, 11201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.349

TRANSPERFECT HOLDINGS, 1250 BROADWAY, #7FL, NEW YORK, NY 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $157.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.350

TRICIA ZELENAK, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,200.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.351

TRUE INC, PO BOX 1517, NEW YORK, NY, 10021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,250.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.352

TYRESE PROCTOR, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $15,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.353

UNUM LIFE INSURANCE COMPANY, PO BOX 406955, ATLANTA, GA, 30384-6955

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $909.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.354

UPS, 28013 NETWORK PLACE, CHICAGO, IL, 60673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Express, LLC
Name

Case number *(if known)* 24-10835

---

3.355

URBAN CROWN LIMITED, 1101 WEST TOWER,EXCHANGE, RD, ORTIGAS CTR, PASIG CITY, 1605, PHILIPPINES

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,900,627.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.356

URSULA WIEDMANN MODELS INC, 1663 BENT RIVER DRIVE, LIBURN, GA, 30047

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,400.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.357

UW, LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $10.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.358

VACO LLC, 5410 MARYLAND WAY, STE 460, BRENTWOOD, TN, 37027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $51,581.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.359**

VALIDITY INC, 200 CLARENDON ST 22ND FLOOR, BOSTON, MA, 02116

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$132,500.00

**3.360**

VAYNERMEDIA LLC, 10 HUDSON YARDS, 25TH FLOOR, NEW YORK, NY, 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$656,466.19

**3.361**

VELLABOX LLC, 44 N HIGH ST, #3B, COLUMBUS, OH, 43215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,712.00

**3.362**

VERIFONE INC, LOCKBOX# 774060, 4060 SOLUTIONS CENTER, CHICAGO, IL, 60677

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$327,091.68

**3.363**

VERTIV CORP, 610 EXECUTIVE CAMPUS DR, WESTERVILLE, OH, 43082

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18,244.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.364**

VICTORIA SEVILLA V. EXPRESS LLC, SHAW LAW GROUP 650 TOWN CENTER FR., STE. 1400 COSTA MSA, CA 92627

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.365**

VINCERO INC, 311 4TH AVE UNIT 409, SAN DIEGO, CA, 92101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $32.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.366**

VORYS, SATER, SEYMOUR, AND PEASE LLP, PO BOX 73487, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,655.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.367

VPV INTERACTIVE INC, 197 GRAND ST 7TH FL, NEW YORK, NY, 10013

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $60,000.00
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.368

WACHTER,INC., PO BOX 801711, KANSAS CITY, MO, 64180

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $43,687.79
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.369

WASTE CONNECTIONS, P.O. BOX 660654, DALLAS, TX, 75266-0654

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,281.05
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.370

WB MASON CO INC., PO BOX 981101, BOSTON, MA, 02298-1101

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,491.95
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.371**

WEB ANALYTICS DEMYSTIFIED, INC, PO BOX 13303, PORTLAND, OR, 97213-0313

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $36,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.372**

WEICHERT WORKFORCE MOBILITY INC, 1625 STATE ROUTE 10, MORRIS PLAINS, NJ, 07950

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $349.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.373**

WEST CAMP PRESS INC, 39 COLLEGEVIEW ROAD, WESTERVILLE, OH, 43081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $431,155.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.374**

WGSN LLC, 232 W 44TH STREET 7TH FLR, NEW YORK, NY, 10036

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $108,842.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.375

WINTON AND WAITS, 411 SOUTH MAIN STREET STE 117, FORT WORTH, TX, 76104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$113.90

3.376

WME ENTERTAINMENT LLC, ATTN: STRAND CONOVER, 11 MADISON AVE, 18TH FLOOR, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

3.377

WOMBLE BOND DICKINSON (US) LLP, PO BOX 601879, CHARLOTTE, NC, 28260-1879

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,232.91

3.378

WONDERSAUCE LLC, 45 W 25TH ST, 6TH FLOOR, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$180,800.00

3.379

WORKIVA INC, 2900 UNIVERSITY BLVD, AMES, IA, 50010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $31,475.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.380

WYO ARTISTS LLC, 8 JAGGER LANE, WESTHAMPTON, NY, 11977

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $17,350.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.381

X-RITE, INC. DBA PANTONE LLC, LOCKBOX 62750, 62750 COLLECTION CNTR DR, CHICAGO, IL, 60693-0627

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $121.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.382

YVONNE HERNANDEZ V. EXPRESS, LLC, SHAW LAW GROUP 650 TOWN CENTER FR., STE. 1400 COSTA MSA, CA 92627

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation (Workers Comp)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 | Line _____<br><br>☐ Not listed. Explain<br>_____ | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $1,247,380.70 |
| 5b. **Total claims from Part 2** | 5b. | $506,591,649.04 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $507,839,029.74 |

**Fill in this information to identify the case:**

Debtor name: Express, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10835

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:    Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1 **State what the contract or lease is for and the nature of the debtor's interest** — See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1 | 2017 Order Form and Agreement: VIP YouTube Influencer Marketing Campaign | N/A | Google LLC and its Affiliates | |
| 2.2 | 2022 Services Summary: Router/Switch/AP issues | N/A | CrossCom National LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.3 | 2023 Data Center Preventive Maintenance Cleaning Proposal : Preventive maintenance and cleaning services | N/A | Data Center Solutions, INc. | |
| 2.4 | 4/27/12 Master Services Agreement: Consulting resource for eCommerce Quality Assurance | N/A | AdeptSource LLC | 205 Cowal Drive South, Spicewood, TX, 78669 |
| 2.5 | Access Policy: Access to L brands | N/A | RR Donnely & Sons | 230 Bluegrass Way, Ostrander, OH, 43061 |
| 2.6 | Addendum No 1 to Master Service Agreement dated February 01, 17: Modifying terms | N/A | Commercetools Inc | Commercetools Inc, 318 Blackwell St, Ste 240, Durham, NC, 27701 |
| 2.7 | Addendum No 1 to Master Service Agreement: Modifying terms | N/A | Commercetools Inc | Commercetools Inc, 318 Blackwell St, Ste 240, Durham, NC, 27701 |
| 2.8 | Addendum No. 1 - Signal Fuse Platform: Use the Signal Fuse Platform to collect and manage data from mobile applications | N/A | Signal Digital, Inc. | |
| 2.9 | Addendum No. 3 : Amending terms of data sheet | 367 | EMC Corporation | EMC Corporation, 176 South Street, Hopkinton, MA, 01748 |
| 2.10 | Addendum or purchase agreement: Store and Distribute | 1,826 | R. R. Donnelley & Sons Company | 35 West Wacker Drive, Chicago, IL, 60601 |
| 2.11 | Addendum to Client Services Agreement: QA Lead | N/A | Vaco Supply Chain Solutions, LLC | 4449 Easton Way, Second Floor, Columbus, OH, 43219 |
| 2.12 | Addendum to Client Services Agreement: Staff Augmentation | N/A | Vaco Columbus, LLC | 4449 Easton Way, Second Floor, Columbus, OH, 43219 |
| 2.13 | Addendum to Gift Card Distribution Agreement: Gift card distribution | N/A | Interactive Communications International, Inc. | 250 Williams Street, 5th Floor, Atlanta, GA, 30303 |
| 2.14 | Addendum to Legal Tracker Order Form: Legal Tracker Products & Services | N/A | Thomson Reuters | 610 Opperman Drive, P.O. Box 64833, St. Paul, MN, 55164-1803 |
| 2.15 | Addendum to Master Services Agreement: Purchase of hardware and software | N/A | Fusionstorm | 124 Grove Street, Suite 311, Franklin, MA, 02038 |
| 2.16 | Addendum to Renewal Order: Customer Renewal Order of services | N/A | CenturyLink Communications, LLC d/b/a Lumen Technologies Group | |
| 2.17 | Addendum to Scope of Work: NYFW Styling Activation and Budget | N/A | Shadow Public Relations, Inc. | 414 West 14th Street, Floor 3, New York, NY, 10014 |
| 2.18 | Addendum to service agreement: Contractual agreement for modifying services | N/A | Cancerlink,LLC | |
| 2.19 | Addendum to service agreement: On-Demand Reporting Database | N/A | Vertex, Inc. | 1041 Old Cassatt Road, Berwyn, PA, 19312 |
| 2.20 | Addendum to Service Provider Agreement: Contingent labor services | N/A | TargetCW and Monument Consulting, LLC | |
| 2.21 | Addendum to Services Agreement | N/A | Brink's U.S. | 1362 Essex Ave, Columbus, OH |
| 2.22 | Addendum to SOW: Add One-time fee and Subscription fee of Bluecore Site Capture - Basic | N/A | Bluecore, Inc. | 228 Park Avenue South, PMB 24329, New York, NY, 10003-1502 |
| 2.23 | Addendum to SOW: Amend Billing Terms | N/A | Bluecore, Inc. | 228 Park Avenue South, PMB 24329, New York, NY, 10003-1502 |
| 2.24 | Addendum WFO Service Availability: Quality Management Service | N/A | Five9, Inc. | 4000 Executive Parkway, Suite 400, San Ramon, CA, 94583 |
| 2.25 | Addendum: Addendum to data sheet | 367 | EMC Corporation | EMC Corporation, 176 South Street, Hopkinton, MA, 01748 |
| 2.26 | Addendum: Extends the Pilot period | N/A | Apex Supply Chain Technologies | 4393 Digital Way, Mason, OH, 45040 |
| 2.27 | Addendum: Inside Services | N/A | Powerfront, Inc. | 468 N Camden Dr, Suite 200, Beverly Hills, CA, 90210 |
| 2.28 | Addendum: Modifying terms | N/A | Akamai Technologies, Inc | |
| 2.29 | Addendum: One year adjustment to the current terms | N/A | MGF Sourcing US, LLC | 4200 Regent Street, Suite 205, Columbus, OH, 43219 |
| 2.30 | Addendum: Provide products and services | N/A | Caremark PCS Health, LLC Employers Health Purchasing Corporation | |
| 2.31 | Addendum: Rentals | N/A | Quench USA, Inc. | 780 Fifth Avenue, Suite 200, King Prussia, PA, 19406 |
| 2.32 | Addendum: Return Path Platinum Plus, Certification-Tier 13 | N/A | Return Path, Inc. | 3 Park Avenue, 41st Floor, New York, NY, 10016 |
| 2.33 | Addendum: Subscription | N/A | The Nielsen Company (US), LLC | 85 Broad Street, New York, NY, 10004 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.34 | Addendum: Terms and conditions of MSA | N/A | Relevent Partners, LLC | 170 Varick, 12th Floor, New York, NY, 10013 |
| 2.35 | Additional service authorization : Providing hotel price tracking services | N/A | Carlson Wagonlit Travel, Inc. | |
| 2.36 | Additional Service Order: Terms and Conditions | N/A | CWT | |
| 2.37 | Additional Work or Services Form: Physical and digital peer- to - peer college marketing program | N/A | Youth Marketing Connection, LLC | 1510 19th Street NW, Washington, DC, 20036 |
| 2.38 | Additional Work Order: Intralinks Services for M&A Transactions | N/A | Intralinks Inc. | 150 East, 42nd Street, New York, NY, 10017 |
| 2.39 | Administrative Services Agreement: Customer Self-Funded employee benefit plan services. | N/A | United HealthCare Services, Inc. a | I 85 Asylum Street, Hartford, CT, 06103-3408 |
| 2.40 | Administrative Services Agreement: Self-Insured Short Term Income Protection or Salary Continuation Plan Services | N/A | Unum Life Insurance Company of America | |
| 2.41 | Adobe Sales Order Addendum: Professional Services | N/A | Adobe Systems Incorporated | 345 Park Avenue, San Jose, CA, 95110 |
| 2.42 | Adobe Sales Order: Managed services | N/A | Adobe Systems Incorporated | 345 Park Avenue, San Jose, CA, 95110 |
| 2.43 | Adoption Agreement: Declaration of Trust | N/A | Prudential Trust Company | |
| 2.44 | Advance Guarantee Price Agreement: Content usage | N/A | Getty Images (US), Inc | 75 Varick Street, 5th Floor, New York, NY, 10013 |
| 2.45 | Advertising Agreement: Marketing- Advertising | N/A | InStyle, a division of Time Inc. | |
| 2.46 | Advertising Agreement: Sell advertising time | 1,826 | LightYear Media, Inc. | |
| 2.47 | Agreement for Payroll Deduction: Payment | N/A | Purchasing Power,LLC | 1349 West Peachtree Street NW, Suite 1100, Atlanta, GA, 30309 |
| 2.48 | Agreement for Products and Services: Tax Processing Services, W2 Print and Image Services and Interface Software and Services | N/A | Ceridian HCM, Inc. | 3311 East Old Shakopee Road, Minneapolis, MN, 55425 |
| 2.49 | Agreement for Professional Services: Translation, Editing, and Proofreading, Desktop Publishing | N/A | TransPerfect Translations International, Inc. | Three Park Avenue, 39th Floor, New York, NY, 10016 |
| 2.50 | Agreement for Promotional Services: Promotional Services | N/A | ISPYDIY.com | |
| 2.51 | Agreement for Relocation Services: Terms and conditions to provide relocation services to Employer | N/A | Relocation Today, Inc. | 6465 Wayzata, Blvd. Suite 670, St. Louis Park, MN, 55416 |
| 2.52 | Agreement for services: Hotel folio services | N/A | American Express Travel Related Services Company, Inc. | AESC-P 20022 North 31st Ave, Mail Code AZ-08-03-11, Phoenix, AZ, 85027 |
| 2.53 | Agreement for services: Work reporting services | N/A | American Express Travel Related Services Company, Inc. | AESC-P 20022 North 31st Ave, Mail Code AZ-08-03-11, Phoenix, AZ, 85027 |
| 2.54 | Agreement Letter for Lease | 1,036 | COROC/REHOBOTH III LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.55 | Agreement letter: Vertex NA Retail On Demand Solution | N/A | Vertex Inc. | 2301 Renaissance Blvd, King of Prussia, PA, 19406 |
| 2.56 | Agreement regarding receipt of confidential information: Confidential information relating to the company's business | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.57 | Agreement to recruit: Canadian business action plan | N/A | The Beacon Group | 4576 Younge Street, Suite 360, Toronto, ON, M2N 6N4, Canada |
| 2.58 | Agreement: Corrugated | 366 | Westrock CP, LLC | 1000 Abernathy Road NE, Atlanta, GA, 30328 |
| 2.59 | Agreement: Fashion tastemakers in stores to purchase products | N/A | Ford Models, Inc. | 111 fifth Avenue, New York, NY, 10003 |
| 2.60 | Agreement: Press releases and product, pitch creative story lines, target all fashion, lifestyle, entertainment | N/A | Brill Communications | 125 John Street, Toronto, ON, M5V 2E2, Canada |
| 2.61 | Aircraft Lease Agreement | 1,826 | NetJets Services, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.62 | Akamai Terms & Conditions: Akamai Enterprise Solution | N/A | Akamai Technologies, Inc. | 145 Broadway, Cambridge, MA, 02142 |
| 2.63 | Alex Lauture Expressions Agreement: On-site Services | N/A | The Peaceful Bean, LLC | |
| 2.64 | Amended And Restated Limited Liability Company Agreement: Amended agreement | N/A | Exp Topco, LLC Expwhp, LLC | 530 Fifth Avenue, 25th Floor, New York, NY, 10036 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.65 | Amended and Restated Master Sourcing Agreement: Goods including all packaging, components, materials, containers and labels; and services related thereto | N/A | Reunited LLC | 1375 Broadway, 22nd Floor, New York, NY, 10023 |
| 2.66 | Amended U.S. Schedule of Rebates: File Turn Days (Rebate) | N/A | FIA Card Services, N.A. | |
| 2.67 | Amendment #1 : Amendment to Agreement | N/A | Mirakl, Incorporated | Kamal Kirpalani, 485 Massachusetts Ave., Suite 300, Cambridge, MA, 02139 |
| 2.68 | Amendment #10 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.69 | Amendment #11 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.70 | Amendment #2 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.71 | Amendment #2: Logistics Services | 2,724 | Mast Logistics Services, Inc. (f /k/a Limited Logistics Services, Inc.) | |
| 2.72 | Amendment #3 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.73 | Amendment #3: Parcel and Ocean Services | 2,833 | Bath & Body Works Logistics Services, LLC f/k/a Mast Logistics Services, Inc. f/k/a Limited Logistics Services, Inc. | |
| 2.74 | Amendment #4 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.75 | Amendment #5 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.76 | Amendment #6 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.77 | Amendment #7 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.78 | Amendment #8 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.79 | Amendment #9 to Lease Agreement | 612 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.80 | Amendment 1 and Extension to Lease Agreement | N/A | WILLOWBROOK MALL (TX), LLC | c/o Williowbrook Mall TX, 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607, Attn: Law/Leasing Administration Department |
| 2.81 | Amendment 1 to Lease Agreement | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall 1201 Lake Woodlands Drive, #700 The Woodlands, TX 77380 |
| 2.82 | Amendment 1 to Merchant Agreement: Modifying Merchant Agreement terms | N/A | Gift Certficate centerInc, d/b/a  Hallmark Business Connections, Inc | |
| 2.83 | Amendment 1 to the Lease Agreement | 247 | The Prudential Insurance Company of America | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |
| 2.84 | Amendment 1 to the Lease Agreement | N/A | Wheaton Plaza Regional Shopping Center, LLP | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.85 | Amendment 2 to lease agreement | 2,073 | Tampa Westshore Associates Limited Partnership | 200 East Long Lake Road, P O Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.86 | Amendment 2 to Lease Agreement | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall 1201 Lake Woodlands Drive, #700 The Woodlands, TX 77380 |
| 2.87 | Amendment 2 to the Lease Agreement | N/A | Wheaton Plaza Regional Shopping Center, LLP | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.88 | Amendment 3 to the Lease Agreement | N/A | Wheaton Plaza Regional Shopping Center, LLP | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.89 | Amendment 4 to the Lease Agreement | N/A | Wheaton Plaza Regional Shopping Center, LLP | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.90 | Amendment A: Amend certain terms and conditions | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.91 | Amendment A: Detail service plan | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.92 | Amendment B: Navigating and price agreement | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.93 | Amendment C: Product description designing | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.94 | Amendment D: Amend development hours | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.95 | Amendment E: Amend Dedicated services | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.96 | Amendment F: Amend Dedicated services | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.97 | Amendment for Remote Work: Remote Work Solutions | N/A | ExlService Holdings, Inc. | 280 Park Avenue, 38th Floor, New York, NY, 10017 |
| 2.98 | Amendment four to the E-Marketing Services Schedule: Amend Schedule consistent with terms and conditions | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.99 | Amendment III: Memory/System Components (U) | N/A | CDW Direct, LLC | 200 N Milwaukee Avenue, Vernon Hills, IL, 60061 |
| 2.100 | Amendment Letter: Administrative Services | N/A | Alight Solutions LLC | 4 Overlook Point, Lincolnshire, IL, 60069 |
| 2.101 | Amendment No. 1 to Agreement: Modifying terms | N/A | BloomReach, Inc. | 82 Pioneer Way, Mountain View, CA, 94041 |
| 2.102 | Amendment No. 1 to Client Services Agreement: Amendment to Invoice procedures | N/A | Monument Consulting, LLC | 1800 Summit Avenue, Richmond, VA, 23230 |
| 2.103 | Amendment No. 1 to Master Services Agreement: Amend the Agreement to update and clarify certain provisions | N/A | Shadow Public Relations, Inc. | 414 West 14th Street, Floor 3, New York, NY, 10014 |
| 2.104 | Amendment No. 1 to Original Content Card Participation Agreement: Gift Card Sale Services | N/A | Blackhawk Network, Inc. | 5918 Stoneridge Mall Road, Pleasanton, CA, 94588 |
| 2.105 | Amendment No. 1 to Select Merchant Payment Card Processing Agreement: Amend and Supplement Select Merchant Payment Card Processing Agreement | N/A | First Data Services, LLC and Bank of America, NA | |
| 2.106 | Amendment No. 1 to Software as a Service Agreement: Term Extension | N/A | BrightTag, Inc. | |
| 2.107 | Amendment No. 1 to the Merchant Cooperation Agreement: In-store Card Shopping Solution | N/A | Klarna Inc. | 629 N High St, Suite 300, Columbus, OH, 43215 |
| 2.108 | Amendment No. 1 to the Service Schedule: Modifying Terms | N/A | Granify Inc, | 200 10065 Jasper Avenue, Edmonton, AB, T5J 3B1, Canada |
| 2.109 | Amendment No. 1: Amend the general terms | N/A | Scandit Inc. | 711 Atlantic Avenue, Boston, MA, 02111 |
| 2.110 | Amendment No. 2 to Agreement: Modifying terms | N/A | BloomReach, Inc. | 82 Pioneer Way, Mountain View, CA, 94041 |
| 2.111 | Amendment No. 2 to SaaS Subscription Agreement: Amend payment schedule of SaaS Subscription Agreement | N/A | LeanIX, Inc. | LeanIX, Inc, 1900 West Loop South, Suite 1550, Houston, TX, 77027 |
| 2.112 | Amendment No. 2 to Select Merchant Payment Card Processing Agreement: Amend and Supplement Select Merchant Payment Card Processing Agreement | N/A | First Data Services, LLC and Bank of America, NA | |
| 2.113 | Amendment No. 2 to Statement of Work: Amends the Statement of Work related to the Hurricane Disaster Zone Credits | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.114 | Amendment No. 2 to the Merchant Cooperation Agreement: In-store Card Shopping Solution | N/A | Klarna Inc. | 629 N High St, Suite 300, Columbus, OH, 43215 |
| 2.115 | Amendment No. 3 to Agreement: Modifying terms | N/A | BloomReach, Inc. | 82 Pioneer Way, Mountain View, CA, 94041 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.116 | Amendment No. 3 to Select Merchant Payment Card Processing Agreement: Amend and Supplement Select Merchant Payment Card Processing Agreement | N/A | First Data Services, LLC and Bank of America, NA | |
| 2.117 | Amendment No.1 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.118 | Amendment of Lease | N/A | MACERICH NORTH PARK MALL LLC | 320 West Kimberly Road, Davenport, Iowa 52806-5920 |
| 2.119 | Amendment of SOW: Security Testing | N/A | RSM US LLP | 719 Griswold Street, Suite 820, Detroit, MI, 48226 |
| 2.120 | Amendment of SOW: Wireless network security review | N/A | RSM US LLP | 719 Griswold Street, Suite 820, Detroit, MI, 48226 |
| 2.121 | Amendment One to the Agreement: Amend General terms of the Agreement | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.122 | Amendment One to the Ordering Document: Unlimited Deployment Program | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.123 | Amendment One: License to use programs | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.124 | Amendment Order Form: Amendment of Subscription | N/A | FokoRetail, Inc. | |
| 2.125 | Amendment Order Form: Recurring Subscription | N/A | iCIMS, Inc | 101 Crawfords Corner Rd, Suite 3-100, Holmdel, NJ, 07733 |
| 2.126 | Amendment three to the E-Marketing Services Schedule: Amend Schedule consistent with terms and conditions | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.127 | Amendment to agreement and Assignment: Name change | N/A | ICF Resources LLC | 9300 LEE Highway, Fairfax, VA, 22031 |
| 2.128 | Amendment to CenturyLink Total Advantage Agreement: CenturyLink Domestic Network Diversity Service | N/A | CenturyLink Communications, LLC f/k/a Qwest Communications Company,  LLC | |
| 2.129 | Amendment to CenturyLink Total Advantage Agreement: Domest IQ Networking Service | N/A | CenturyLink Communications, LLC f/k/a Qwest Communications Company, LLC | |
| 2.130 | Amendment to CenturyLink Total Advantage Agreement: Managed Enterprise Service, CenturyLink IQ Delta Port Internet Connection | N/A | CenturyLink Communications, LLC | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.131 | Amendment to CenturyLink Total Advantage Agreement: Networking Retail Service | N/A | Qwest Communications Company, LLC d/b/a CenturyLink QCC | 1801 California St., #900, Denver, CO, 80202 |
| 2.132 | Amendment to CenturyLink Total Advantage Agreement: SIP Trunk Service | N/A | Qwest Communications Company, LLC d/b/a  CenturyLink QCC | |
| 2.133 | Amendment to CenturyLink Total Advantage Agreement: SIP Trunk Service | N/A | Qwest Communications Company, LLC d/b/a  CenturyLink QCC | |
| 2.134 | Amendment to CenturyLink Total Advantage or CenturyLink Loyal Advantage Agreement: vCloud Hybrid Services | N/A | CenturyLink Communications, LLC f/k/a Qwest Communications Company, LLC | |
| 2.135 | Amendment to Client Services Agreement: Amendment to satisfy obligations imposed by applicable data privacy laws. | N/A | Monument Consulting, LLC | 1800 Summit Avenue, Richmond, VA, 23230 |
| 2.136 | Amendment to Customer Agreement: Data Management Services | N/A | Iron Mountain and Iron Mountain Canada Corporation | |
| 2.137 | Amendment to Engagement Agreement: Amends certain terms | 1,827 | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.138 | Amendment to Enterprise License Order: Modified Attachment A and B | 1,491 | BMC Software, Inc. | 2101 CityWest Boulevard, Houston, TX, 77042 |
| 2.139 | Amendment to Experian standard terms and conditions: Amend and modify the general terms | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.140 | Amendment to Facility Cost Management Agreement: Energy Supply Management | N/A | Advantage IQ, Inc., now known as Ecova, Inc. | 1313 N. Atlantic, Suite 5000, Spokane, WA, 99201 |
| 2.141 | Amendment to Famebit by YouTube Client services agreement: Amend and modify the general terms | N/A | Google LLC | 1600 Amphitheatre Parkway, Mountain View, CA, 94043 |
| 2.142 | Amendment to Lease Agreement: Procurement of Lease | N/A | Distribution Land Corp. | Three Limited Parkway, Columbus, OH, 43230 |
| 2.143 | Amendment to Letter Agreement: Non- Bank delay pay product | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.144 | Amendment to Logistic Services Agreement: Inbound and outbound transportation and delivery of goods negotiation. | 2,724 | Mast Industries, Inc. | Four Limited Parkway, Reynoldsburg, OH, 43068 |
| 2.145 | Amendment To Master Agreement: Maintenance | N/A | Blue Yonder, Inc. (formerly known as, JDA Software, Inc.) | 15059 N. Scottsdale Rd., Suite 400, Scottsdale, AZ, 85254 |
| 2.146 | Amendment to Master Application Service Provider Agreement: Amends certain terms | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.147 | Amendment to Master Services Agreement: Additional deliverables to services | N/A | Magic Links, Inc | 361 Vernon Avenue, Unit 6, Venice, CA, 90291 |
| 2.148 | Amendment to Master Services Agreement: LRN grants Client and its Affiliates a perpetual license. | N/A | LRN Corporation | 41 Madison Avenue, 30th Floor, New York, NY, 10010 |
| 2.149 | Amendment to Order Form: Amendment to pricing and other terms | N/A | eCommera, Inc. dba Order Dynamics | 812 Middlefield Road, Redwood City, CA |
| 2.150 | Amendment to Order Form: Modifying Order Form terms | N/A | Compare Metrics,Inc | 1828 Kramer Lane, Suite B, Austin, TX, 78758 |
| 2.151 | Amendment to Price change agreement: Corrugate cartons services | N/A | The Royal Group | 2137 Innovation Dr, Marion, OH, 43302 |
| 2.152 | Amendment to Processing Agreement: Merchant Payment Card Processing | N/A | First Data Services, LLC | |
| 2.153 | Amendment to Reseller Licensing Agreement: Grant of license | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.154 | Amendment To Retirement Plan Advisory Service Agreement: Investment Advisory Services | N/A | Capfinancial Partners, LLC | 4208 Six Forks Road –, ste. 1700, Raleigh, NC, 27609 |
| 2.155 | Amendment to SaaS Service Agreement: AMI platform Services | N/A | Maven Technologies, Inc | 1736 Virginia Street, Berkeley, CA, 94703 |
| 2.156 | Amendment to SaaS Subscription Agreement: Amend Software Fees | N/A | LeanIX, Inc. | LeanIX, Inc, 1900 West Loop South, Suite 1550, Houston, TX, 77027 |
| 2.157 | Amendment to service agreement: Gift card distribution | N/A | Interactive Communications International, Inc. | 250 Williams Street, 5th Floor, Atlanta, GA, 30303 |
| 2.158 | Amendment to Service Agreement: Switchblade Messaging Service | N/A | 3Cinteractive Corp. | 750 Park of Commerce Boulevard, Suite 400, Boca Raton, FL, 33487 |
| 2.159 | Amendment to Service Agreement: Switchblade Service | N/A | 3Cinteractive Corp. | 750 Park of Commerce Boulevard, Suite 400, Boca Raton, FL, 33487 |
| 2.160 | Amendment to Service Order : Amend the Subscription date | N/A | iCIMS, Inc | 101 Crawfords Corner Rd, Suite 3-100, Holmdel, NJ, 07733 |
| 2.161 | Amendment to Service Order: Modify Term and invoice date | N/A | Narvar, Inc. | 50 Beale Street, 7th Floor, San Francisco, CA, 94105 |
| 2.162 | Amendment to Services Addendum: Amends certain terms | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.163 | Amendment to Software License, Services, Support and Enhancements Agreement: Software enhancement services | N/A | Manhattan Associates, Inc. | |
| 2.164 | Amendment to SOW: Career Suite Content | N/A | NAS Recruitment Innovation, Inc. | 6133 Rockside Rd., Suite 302, Independence, OH, 44131 |
| 2.165 | Amendment to SOW: Training Services | N/A | Alorica Inc. | 5161 California Ave., Suite 100, Irvine, CA, 92617 |
| 2.166 | Amendment to Sponsored Content Agreement: Sponsored Content services | N/A | Uninterrupted, LLC | 1575 N. Gower St., Suite 150, Los Angeles, CA, 90028 |
| 2.167 | Amendment to Statement of Work to Express Master Service Agreement with OneKreate: Photography Services | N/A | KSC Studio, LLC dba OneKreate | 2152 Citygate Drive., Columbus, OH, 43219 |
| 2.168 | Amendment To Statement Of Work: Amending statement of work to provide services | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.169 | Amendment to Statement Of Work: Contractual agreement for services | N/A | UsableNet, Inc. | 228 Park Ave S, STE 62305, New York, NY, 10003 |
| 2.170 | Amendment To Statement Of Work: FTE Services | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.171 | Amendment to Statement of Work: Paid Search Marketing Services | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.172 | Amendment to the MSA: Furlough of the personnel provided | N/A | Ricoh USA, Inc. | |
| 2.173 | Amendment to the MSA: Staff reduction and Furlough | N/A | Ricoh USA, Inc. | |
| 2.174 | Amendment to the Standard Terms and Conditions: Amend General terms of the Agreement | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.175 | Amendment to the Universal Service Agreement: Amends certain terms | N/A | TALX Corporation (a provider of Equifax Workforce Solutions) | 11432 Lackland Road, St. Louis, MO, 63146 |
| 2.176 | Amendment to Total Advantage Agreement: Managed Enterprise Service | N/A | CenturyLink Communications, LLC | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.177 | Amendment to Vendor Agreement: Terms and Conditions of Men's products applies to Women's products | N/A | Batallure Beauty, LLC | 104 Carnegie Center, Suite 202, Princeton, NJ, 08540 |
| 2.178 | Amendment to Statement of Work: Marketing Services | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.179 | Amendment two to the E-Marketing Services Schedule: Amend Schedule consistent with terms and conditions | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.180 | Amendment Two: License to use programs | N/A | Oracle USA, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.181 | Amendment: Account Transfer | N/A | Snowflake Inc. | |
| 2.182 | Amendment: Additional accessories to be added to the original equipment | N/A | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.183 | Amendment: Adds the Fiserv Managed Routing Service | N/A | First Data Merchant Services LLC | |
| 2.184 | Amendment: amend plan economics as- definitions ,taxes etc. | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.185 | Amendment: Amend Promotion Project Collaboration | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.186 | Amendment: Amend Promotion Project Collaboration | N/A | rewardStyle, Inc. d/b/a LTK | 3102 Oak Lawn Ave, 9th Floor, Dallas, TX, 75219 |
| 2.187 | Amendment: amending certain definitions, programs | N/A | World Financial Network National Bank | 156 5th Ave, floor 2, Manhattan, NY, 10010 |
| 2.188 | Amendment: Amending the term | N/A | Ecova, Inc. | 1313 N. Atlantic, Suite 5000, Spokane, WA, 99201 |
| 2.189 | Amendment: Amending the term | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.190 | Amendment: Amending the term and fee | N/A | NPD Group, Inc. | 900 West Shore Road, Port Washington, New York, NY, 11050 |
| 2.191 | Amendment: Amendment to Inventory Services | N/A | RGIS, LLC | 2000 East Taylor Road, Auburn Hills, MI, 48326 |
| 2.192 | Amendment: Amendments | N/A | Relevent Partners, LLC | 170 Varick, 12th Floor, New York, NY, 10013 |
| 2.193 | Amendment: CSC Corptax System Solution, Corptax SaaS, Corptax Data Archive, Corptax Support | 1,095 | Corptax, Inc. | 2100 E. Lake Cook Rd., Suite 800, Buffalo Grove, IL, 60089 |
| 2.194 | Amendment: Deferred Payment | N/A | PayPal, Inc. | eBay Park North, 2211 North First Street, San Jose, CA, 95132 |
| 2.195 | Amendment: Enhancement Marketing Services | N/A | Comenity Bank, f/k/a World Financial Network Bank | |
| 2.196 | Amendment: Express Savings and Retirement Pan | N/A | Wells Fargo | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.197 | Amendment: Fifth Amendment to Private Label Credit Card Program Agreement | 2,682 | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.198 | Amendment: First amendment to the MSA | N/A | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.199 | Amendment: Fourth Amendment to Private Label Credit Card Program Agreement | N/A | Comenity Bank, f/k/a World Financial Network Bank | |
| 2.200 | Amendment: Give access to Egencia executive service team | N/A | Egencia, LLC | Egencia, LLC, 666 Third Avenue, 4th Floor, New York, NY, 10017 |
| 2.201 | Amendment: Inventory Services modification | 730 | RGIS, LLC | 2000 East Taylor Road, Auburn Hills, MI, 48326 |
| 2.202 | Amendment: Inventory Services modification | N/A | RGIS, LLC | 2000 East Taylor Road, Auburn Hills, MI, 48326 |
| 2.203 | Amendment: Inventory Services modification | 805 | RGIS, LLC | 2000 East Taylor Road, Auburn Hills, MI, 48326 |
| 2.204 | Amendment: Lien Resolution Services | N/A | CorVel Enterprise Comp, Inc. | 2010 Main Street, Suite 600, Irvine, CA, 92614 |
| 2.205 | Amendment: making certain changes in the agreement | N/A | Comenity Bank fka   World Financial Network National Bank | |
| 2.206 | Amendment: Modify software license | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.207 | Amendment: Modifying the terms of Statement of Work | N/A | Harris Insights & Analytics, LLC | 300 N Lasalle Street, Ste 5575, Chicago, IL, 60654 |
| 2.208 | Amendment: Music Services | N/A | PlayNetwork, Inc. | 8728 148th Ave NE, Redmond, WA, 98052 |
| 2.209 | Amendment: Plan Distribution Processing Platform | N/A | Wells Fargo Bank, N.A. | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.210 | Amendment: Report line Program Services | N/A | The Network, Inc. | 334 Research Court, Norcross, GA, 30092 |
| 2.211 | Amendment: Retirement Investment Advice Program | N/A | Wells Fargo Bank, N.A. | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.212 | Amendment: Sale and Purchase of goods | N/A | PayPal, Inc. Bill Me Later, Inc. | |
| 2.213 | Amendment: Second amendment to the MSA | N/A | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.214 | Amendment: second amendment to the MSA adding hosting, licensing and environments. | N/A | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.215 | Amendment: Software, and authorized Services | N/A | VMware, Inc. | 3401 Hillview Avenue, Palo Alto, CA, 94304 |
| 2.216 | Amendment: Support and Software Service | N/A | VMware, Inc. | 3401 Hillview Avenue, Palo Alto, CA, 94304 |
| 2.217 | Amendment: Third amendment to the MSA | 1,217 | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.218 | Analytical Services Schedule: Validations and Analytics Projects | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.219 | Annual Subscription Agreement: Subscription Services | N/A | UXPin Inc. | 1134 W El Camino Real, Mountain View, CA, 94040 |
| 2.220 | Apparel and Accessories - UX Audits for Express: UX audit of the desktop, mobile websites and the iOS mobile app, and Baymard Premium | N/A | Baymard Institute | Kastanie Alle 41, Farum, 3520 |
| 2.221 | Apparel Master Sourcing Agreement: Purchase and sale of goods | 5,710 | Mast Industries, Inc. | Four Limited Parkway, Reynoldsburg, OH, 43068 |
| 2.222 | Appendix A: Photo Studio Services Change Request Form | N/A | KSC Studio, LLC dba OneKreate | 2152 Citygate Drive., Columbus, OH, 43219 |
| 2.223 | Application for Stop Loss Insurance: Application for a policy of Stop Loss Insurance. | N/A | Aetna Life Insurance Company | |
| 2.224 | Application Order: states terms and conditions | N/A | ReadyPulse, Inc. | 1600 A El Camino Real, San Carlos, CA, 94070 |
| 2.225 | Armored Car Service Agreement: Transportation Services | 365 | Garda Lakes Inc FKA AT Systems Garda Lakes,Inc. | |
| 2.226 | Assignment Agreement: Right to use INFOR Software | N/A | Infor Global Solutions (Michigan), Inc. (successor-in-interest to Workbrain, Inc.) | 13560 Morris Road, Alpharetta, GA, 30004 |
| 2.227 | Assignment Agreement: Transfer of the assigned licenses | N/A | MicroStrategy Services Corporation, Limited Brands, Inc. | 1861 International Drive, McLean, VA, 22102 |
| 2.228 | Associate Corporate Charge Card Agreement: Access to Associate Expense | N/A | Motus, LLC | |
| 2.229 | Attachment to agreement: Switchblade Service | N/A | 3Cinteractive Corp. | 750 Park of Commerce Boulevard, Suite 400, Boca Raton, FL, 33487 |
| 2.230 | Attachment: AMI platform Services | N/A | Maven Technologies, Inc | 1736 Virginia Street, Berkeley, CA, 94703 |
| 2.231 | Attachment: Implementation of the enterprise order management | N/A | Manhattan Associates, Inc. | |
| 2.232 | Attachment: Offer Management Platform | 365 | OnCard Marketing, Inc. d/b/a RevTrax | 276 Fifth Avenue, Suite 608, New York, NY, 10001 |
| 2.233 | Authorization Letter: Authorization for Ecova | N/A | Ecova | 600 Vine Street, Suite 1600, Cincinnati, OH, 45202 |
| 2.234 | Authorization Letters Signature: Authorization signature | N/A | ENGIE Insight Services, Inc. | ENGIE Insight Services, Inc, Attn: Correspondence Dept., 1313 N Atlantic St, Ste 5000, Spokane, WA, 99201-2330 |
| 2.235 | Beta Service Agreement: Contractual agreement for services | N/A | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.236 | Beta Service and Early Access Program Agreement: Analytics and Segmentation service | N/A | Urban Airship, Inc. | 1417 NW Everett Street, Suite 300, Portland, OR, 97209 |
| 2.237 | Bill of Lading | N/A | RDS Delivery Service Co. Inc. | 436 East 11th St. Grd fl., New York, NY, 10009 |
| 2.238 | Binding letter of intent | N/A | Super Klossy, LLC dba Kode With Klossy | |
| 2.239 | Blogger Agreement: Express X NYLON Flatiron Opening Party | N/A | Jessica Sturdy | 518 E 5th Street, Apt 11, New York, NY, 10009 |
| 2.240 | Blogger Agreement: Feature the EXPRESS x NYLON Flatiron Opening party | N/A | Christina Caradona | |
| 2.241 | Bulk Hauling National Services Agreement: Bulk- on -demand pick -up services | 365 | CheckSammy, Inc. | CheckSammy, Inc. |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.242 | Business Service Agreement: Concur Business Services | N/A | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000, Bellevue, WA, 98004 |
| 2.243 | Buying Agency Agreement: Engage Agent in the Territory | N/A | Li & Fung Trading Limited | |
| 2.244 | Buying Agency Agreement: Information Gathering | N/A | Pacific Buying and Marketing Service Limited | |
| 2.245 | Buying Agency Agreement: information Gathering; Negotiating Purchase Terms; Placing Orders | N/A | Pacific Buying and Marketing Services Limited | 22/F Tai Yau Building, 181 Johnston Road, Wai Chai |
| 2.246 | Canada Addendum to the TargetCW - Services Agreement: Govern payrolling services in Quebec, Canada | N/A | TargetCW/TCW Services Canada | 9475 Chesapeake Drive, San Diego, CA, 92123 |
| 2.247 | Capacity Adjustment: Adjustment of the Baseline Capacity of certain Products | N/A | BMC Software, Inc. | 2101 CityWest Boulevard, Houston, TX, 77042 |
| 2.248 | Card-Linked Offer Advertising Affiliation Agreement: promotes advertiser's products | N/A | Ebates Performance Marketing, Inc. | 160 Spear St., Suite 1900, San Francisco, CA, 94105 |
| 2.249 | Cassandra Report® Agreement: Tabulation of consumer, business or other information | N/A | ORC International, Inc. | 315 Park Ave. South, 14 Floor, New York, NY, 10010 |
| 2.250 | Certificate of Amendment: Mobile Messaging Services | N/A | Iris Mobile Corporation | 70 East Lake Street, Suite 1230, Chicago, IL, 60601 |
| 2.251 | Certificate of Completion | N/A | International SOS Assistance, Inc. | 3600 Horizon Boulevard, Suite 300, Trevose, PA, 19053 |
| 2.252 | Certificate of Completion | N/A | Qwest Communications | 1801 California St., #900, Denver, CO, 80202 |
| 2.253 | Certificate of liability insurance: Insurance details | N/A | TrueSource, LLC | 3235 Levis Commons Blvd., Perrysburg, OH, 43551 |
| 2.254 | Certificate of Ownership: Photography Services | N/A | Meritocracy Inc. S Corp | 6434 Santa Monica Blvd, Los Angeles, CA, 90038 |
| 2.255 | Certificates: Documents for Reserve Sales | N/A | Batallure Beauty, LLC | 104 Carnegie Center, Suite 202, Princeton, NJ, 08540 |
| 2.256 | Change Authorization: Carbon Software | N/A | ENGIE Insight Services Inc. dba ENGIE Impact | |
| 2.257 | Change Authorization: Waste Bill Processing and Analysis Service | N/A | ENGIE Insight Services Inc. dba ENGIE Impact | |
| 2.258 | Change Management Process: Change Management | N/A | Epsilon Data Management, LLC | Epsilon Data Management, LLC, 11030 CirclePoint Road, Suite 110, Westminster, CO, 80020 |
| 2.259 | Change Order #002: Labor for project management, coordination, research and to dismantle one LED video display | N/A | Show+Tell | 307 Seventh Avenue, Suite 2403, New York, NY, 10001 |
| 2.260 | Change Order #2: Changing scope of service | N/A | 66degrees Holdings, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.261 | Change Order #6: Support Services | 363 | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.262 | Change Order 1 to SOW: Amend and Supplement SOW | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.263 | Change Order for Services: Media Services | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.264 | Change Order to SOW: Amend SOW in consistent with the terms | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.265 | Change Order to Statement of Work: Modify staffing structure | N/A | ExlService Holdings, Inc. | 280 Park Avenue, 38th Floor, New York, NY, 10017 |
| 2.266 | Change Order, Approval Form and Renewal History: Amend and modify the general terms, Approval and Renewal History | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.267 | Change Order: Adding carrier for en_US Track | N/A | Narvar, Inc. | 50 Beale Street, 7th Floor, San Francisco, CA, 94105 |
| 2.268 | change order: Advanced Customizations to Five (5) Off-Shelf Courses and course registration overages | N/A | True Office Learning, Inc. | 180 Maiden Lane, Suite 604, New York, NY, 10038 |
| 2.269 | Change Order: Amend and modify the general terms | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.270 | Change Order: Amend SOW in consistent with the terms | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.271 | change order: Change to Pulse Courses, Provide for SCORM Integration | N/A | NYSE Governance Services, Inc. | 11 Wall Street, 16th Floor, 1 Express Drive |
| 2.272 | Change Order: Consulting Services | N/A | RSM US LLP | 719 Griswold Street, Suite 820, Detroit, MI, 48226 |
| 2.273 | Change Order: Order consistent with terms and conditions | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.274 | Change Order: Sales and Use Tax Compliance Outsourcing Services | N/A | Jefferson Wells International, LLC | |
| 2.275 | Change Order: Software services | N/A | Stylitics,Inc. | 10 E 33st, 6th floor, New york, NY, 10016 |
| 2.276 | Change Order: VVM Core Services | N/A | VaynerMedia, LLC | 10 Hudson Yards, Floor 25, New York, NY, 10001 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.277 | Change Request : Adding additional team members | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.278 | Change Request : Additional workforce requirements | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.279 | Change Request : Professional services based on time and materials | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.280 | Change Request : Professional services during extended period | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.281 | Change request form: Budget Increase | N/A | Manhattan Associates, Inc. | |
| 2.282 | Change request form: EOL General Support | N/A | Manhattan Associates, Inc. | |
| 2.283 | Change request form: Extension Development | N/A | Manhattan Associates, Inc. | |
| 2.284 | Change request form: Extension Development/ Project management | N/A | Manhattan Associates, Inc. | |
| 2.285 | Change Request Form: Integrate physical inventory | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.286 | Change Request Form: Integration testing support for RMS and Post Go Live development | N/A | Manhattan Associates, Inc. | |
| 2.287 | Change Request Form: Project change request | N/A | SolutionsIQ | 6801 185th Ave NE, Suite 200, Redmond, WA, 98052 |
| 2.288 | Change Request Form: Project implementation activities | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.289 | Change request form: Resource Addition/ Extension | N/A | Manhattan Associates, Inc. | |
| 2.290 | Change Request to Statement of Work: Extend the term of SOW and staffing changes | N/A | ExlService Holdings, Inc. | 280 Park Avenue, 38th Floor, New York, NY, 10017 |
| 2.291 | Change Request: Express Advanced Store 6.8 Volume Testing | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.292 | Change Request: Express Back to Trunk – AMS ongoing project support | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.293 | Change Request: Express Back to Trunk – AS - AMS ongoing project support | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.294 | Change Request: Express Loyalty Re-Launch Discovery | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.295 | Change Request: PLCC Prescreen Protocol | N/A | Aurus, Inc. | 1 Edgewater Drive, Suite 200, Norwood, MA, 02062 |
| 2.296 | Change Request: Revision of the investment for the services. | N/A | AdvizeX Technologies | 6480 Rockside Woods Blvd S, Ste 190, Independence, OH, 44131 |
| 2.297 | Clearance Agreement: License for production and promotion of products services | N/A | Universal Television LLC | 100 Universal City Plaza, Universal City, CA, 91608 |
| 2.298 | Client Agreement: Services provided by Vendor | 365 | T.B.I. Refunds | IDA Business Park, Ring Road, Kilkenny |
| 2.299 | Client Service Agreement: Graphic Recording | N/A | ImageThink, LLC | 1000 Dean Street, # 305, Brooklyn, NY, 11238 |
| 2.300 | Client Services Agreement: Client services | N/A | Vernovis, Ltd. | 4770 Duke Dr., Suite 180, Mason, OH, 45040 |
| 2.301 | Client Services Agreement: Consulting Services | N/A | Vaco Supply Chain Solutions, LLC | 4449 Easton Way, Second Floor, Columbus, OH, 43219 |
| 2.302 | Closed Loop Offer Addendum: Closed Loop Offer | N/A | PayPal, Inc. | eBay Park North, 2211 North First Street, San Jose, CA, 95132 |
| 2.303 | Cloud Services Agreement: Software as a Services offerings and related programs | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.304 | Cloud Subscription Agreement: Subscription Service | N/A | Appian Corporation | 7950 Jones Branch Drive, McLean, VA, 22102 |
| 2.305 | Clover Service Supplement to Select Merchant Payment Card Processing Agreement: Services consistent with the terms of agreement | N/A | First Data Services, LLC and Bank of America, NA | |
| 2.306 | Collaboration Proposal: Create editorial story telling content | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.307 | Collaboration Proposal: Creating Content for social media blogs | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.308 | Collaboration Proposal: Promotion of the Express brand and product line | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.309 | Collaboration Proposal: To create editorial story telling content | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.310 | Collaboration Services Order Form: Collaboration Services | N/A | CenturyLink | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.311 | Collegiate Athlete Commercial Endorsement Agreement: Athlete endorsement in connection with the promotion of products | N/A | Keyonte George c/o LIFT Sports Management | 77 Water Street, #2404, New York, NY, 10005 |
| 2.312 | Commercial Account Agreement: American express corporate card program | N/A | American Express Travel Related Services Company, Inc. | AESC-P 20022 North 31st Ave, Mail Code AZ-08-03-11, Phoenix, AZ, 85027 |
| 2.313 | Commercial Bed Bug Management Service Agreement : Contractual agreement for services | N/A | Ramac Corporation | 5 roadway, 10th Floor, New York, NY, 10006 |
| 2.314 | Commodity Master Agreement: Purchase Contract Quantity of Commodity | N/A | Direct Energy Business, LLC Direct EnergyBusiness Marketing, LLC | |
| 2.315 | Common Area Advertising Agreement: Advertising the property | N/A | Legacy Asset Management | |
| 2.316 | Compliance Certificate: Client certification for e-mail | N/A | The Nielsen Company(US), LLC | 60 Corporate Woods, Rochester, NY, 14623 |
| 2.317 | Confidential Settlement Agreement: One time concession | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.318 | Consent To Assignment: Assignment of the Agreement | N/A | Sequent, Inc. | |
| 2.319 | Consolidation and Distribution Services Agreement: Consolidation, distribution and related services | N/A | RR Donnelley Logistics | RR Donnelley Logistics, 1000 Windham Parkway, Bolingbrook, IL, 60490 |
| 2.320 | Consulting Agreement: Conduct research and submit names and resumes of qualified candidates | N/A | Landline Worldwide, LLC | Landline Worldwide, LLC, 3148, Atwater Ave, Los Angeles, CA, 90039 |
| 2.321 | Consulting Agreement: Evaluating indirect tax | N/A | Vertex, Inc. | 1041 Old Cassatt Road, Berwyn, PA, 19312 |
| 2.322 | Consulting Agreement: Training and Consulting Services | N/A | Utech Consulting Group LLC | 565 W. Hereford Dr., San Tan Valley, AZ, 85143 |
| 2.323 | Consulting Group Statement of Work: Lifecycle Implementation Services | N/A | ALA Consulting Group | 30879 Falkirk Drive, Westlake, OH, 44145 |
| 2.324 | Consulting Services Agreement: Consulting | N/A | Oxford Global Resources, Inc. | 100 Cummings Center, Suite 206L, Beverly, MA, 01915 |
| 2.325 | Consulting Services Order: XBRL Roll Forward and Maintenance | N/A | Workiva, Inc. | 2900 University Blvd., Ames, IA, 50010 |
| 2.326 | Consulting Services Order: XBRL Taxonomy Migration | N/A | Workiva, Inc. | 2900 University Blvd., Ames, IA, 50010 |
| 2.327 | Consumer Authentication Services Addendum: Card Authentication Processing | N/A | First Data Services, LLC | |
| 2.328 | Contingency Search Agreement: Recruiting on Demand services | N/A | MAC Diversity Recruiters | 7000 Parkwood Blvd., Bldg. A #100, 1 Express Drive, Frisco, TX, 75034 |
| 2.329 | Contract Approval Form, Statement of Work and Purchase Agreement: RFID Technology Information, Schedule and Hardware Products Services | N/A | Sensormatic Electronics, LLC | 1155 Broken Sound Parkway NW, Suite A, Boca Raton, FL, 33487 |
| 2.330 | Contract Approval Form: Domains | N/A | Corporation Service Company | 251 Little Falls Drive, Wilmington, DE, 19808-1674 |
| 2.331 | Contract Approval Form: Human Resources | 1,096 | TALX Corporation (Provider of Equifax Workforce Solutions) | 11432 Lackland Road, St. Louis, MO, 63146 |
| 2.332 | Contract Approval Form: shows reviewed the Contract in its entirety | N/A | Relevent Partners, LLC | 170 Varick, 12th Floor, New York, NY, 10013 |
| 2.333 | Contract Approval Form: SIP Trunk Service | N/A | CenturyLink, QCC | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.334 | Contract Courier Services Agreement: Contract Courier Services | N/A | Best Courier, Inc. | 1200 Technology Drive, Gahanna, OH, 43230 |
| 2.335 | Contract File Copy and Engagement Letter: National Accounts New Start Sheet and Pest Services | N/A | Terminix International Company, L.P. | |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.336 | Contract for Catering Services: Food services for an event | N/A | Global Gourmet Catering | |
| 2.337 | contract invoice: provides payment details | N/A | ComDoc Inc. | 3458 massillon Road, Union town, OH, 44685 |
| 2.338 | Contractor Agreement: Staffing Services | N/A | Pioneer Global, Inc. | 2321 Coit Road, Suite E, Plano, TX, 75075 |
| 2.339 | Cooperation Agreement: Solutions for Checkouts | N/A | Klarna Inc. | 629 N High St, Suite 300, Columbus, OH, 43215 |
| 2.340 | Cooperative Database Agreement: Cooperative Database | N/A | Wiland, Inc. | 7420 E Dry Creek Parkway, Niwot, CO, 80503 |
| 2.341 | Copyright Assignment: Description of Original Designs | N/A | CJ Quansah | Columbus, OH |
| 2.342 | Core Platform Service Agreement: Proprietary interactive communication solutions | N/A | Everbridge, Inc. | 500 N Brand Blvd., Suite 1000, Glendale, CA, 91203 |
| 2.343 | Corporate Account Agreement & Exhibits : Expenditure Calculation and Corporate Rates | N/A | Hertz Corporation | 8501 Williams Roas, Estero, FL, 33928 |
| 2.344 | Corporate Account Agreement & Exhibits : Services regarding Vehicle Rental Supplies | 365 | Hertz Corporation | 8501 Williams Roas, Estero, FL, 33928 |
| 2.345 | Corporate Agreement: Negotiated corporate guest room terms | N/A | Hotel LeVeque | |
| 2.346 | Corporate Rate Agreement - 2013: Corporate Rates | N/A | Conde Nast Media Group | 4 Times Square, New York, NY, 10036 |
| 2.347 | Corporate Rate Agreement - 2015: Corporate Rates | N/A | Conde Nast Media Group | 4 Times Square, New York, NY, 10036 |
| 2.348 | Corporate rate agreement: Hotel Services | N/A | The New York EDITION | |
| 2.349 | Corporate Rate Agreement: Rental rates and corporate amount | N/A | Dollar Thrifty Auto Group DTG Operations, Inc. | |
| 2.350 | Corporate Transient Rate Agreement: corporate rates to utilize number of projected room nights for promotion | N/A | Hyatt Union Square New York | 134 Fourth Avenue, New York, NY, 10003 |
| 2.351 | Cost sheet: Overview of 2019-2021 | N/A | New Relic, Inc. | 188 Spear St., Suite 1000, San Francisco, CA, 94105 |
| 2.352 | Country Participation Addendum - Canada: Products | N/A | Grand and Toy Limited | 33 Green Belt Drive, Toronto, ON, M3C 1M1, Canada |
| 2.353 | COVID-19 Agreement to Amend Leases | N/A | MACERICH NORTH PARK MALL LLC | 320 West Kimberly Road, Davenport, Iowa 52806-5920 |
| 2.354 | Covid-19 Agreement to amend leases | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall 1201 Lake Woodlands Drive, #700 The Woodlands, TX 77380 |
| 2.355 | Covid-19 Agreement to amend leases | N/A | WILLOWBROOK MALL (TX), LLC | c/o Williowbrook Mall TX, 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607, Attn: Law/Leasing Administration Department |
| 2.356 | Creative Services Agreement: Providing Creative Research and development, concept development and creative direction | N/A | Chandelier Creative, Inc. | Chandelier Creative, Inc. |
| 2.357 | credit card test account agreement: it is to test utilizing live credit cards | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.358 | CT Assurance Agreement: Terms | 1,096 | C T Corporation System | 28 Liberty Street, 42nd Floor, New York, NY, 10005 |
| 2.359 | Customer Agreement: Agreement for Services | N/A | Iron Mountain Information Management, Inc. | |
| 2.360 | Customer Agreement: Computer products and computer consulting services | N/A | Sirius Computer Solutions, Inc. | 10100 Reunion Place, Suite 500, San Antonio, TX, 78216 |
| 2.361 | Customer Agreement: Inventory Availability | N/A | Onera, Inc. | 156 2nd Street, San Francisco, CA, 94105 |
| 2.362 | Customer Agreement: optimization of services | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.363 | Customer Agreement: Services for stores on Lease | 365 | Iron Mountain Information Management, Inc. | |
| 2.364 | Customer policy: Consulting and technical services | N/A | Manhattan Associates, Inc. | |
| 2.365 | Customer Quote: JFrog Pro Edition | N/A | JFrog, Inc. | 3945 Freedom Circle, Santa Clara, CA, 95054 |
| 2.366 | Customer Quote: Licensing Services | N/A | JFrog, Inc. | 3945 Freedom Circle, Santa Clara, CA, 95054 |
| 2.367 | Cylance End User License Agreement: Access and Use of Software | N/A | Cylance, Inc. | 18201 Von Karman, Suite 700, Irvine, CA, 92612 |
| 2.368 | Data Append Order: Final Audit Report History | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.369 | Data License and Services Agreement: Granting license | N/A | Ypulse, Inc | 228 Park Avenue S, #39851, New York, NY, 10003 |
| 2.370 | Data On-Boarding Agreement: To enable the use of LiveRamp's Data Cookie Network. | N/A | LiveRamp, Inc. | 667 Mission St, 4th Floor, San Francisco, CA, 94104 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.371 | Data Processing Agreement: Software Platform Services | N/A | UserTesting, Inc. | 144 Townsend Street, San Francisco, CA, 94107 |
| 2.372 | Data Protection Services Addendum: Transarmor Services provided by BAMS Canada | N/A | Bank of America Merchant Services Canada Corp. and Bank of America, N.A. | |
| 2.373 | Data Rental Agreement: Acquisition Marketing | N/A | Edvisors | |
| 2.374 | Data Sharing Agreement: Contractual agreement for services | N/A | LiveRamp, Inc. | 667 Mission St, 4th Floor, San Francisco, CA, 94104 |
| 2.375 | Data Sharing Agreement: IT Services - Software Products | N/A | Zeta Global LLC | 3 Park Avenue, 33rd Floor, New York, NY, 10016 |
| 2.376 | Data Sharing Agreement: Sharing personal information with vendor | N/A | Zeta Global LLC | 3 Park Avenue, 33rd Floor, New York, NY, 10016 |
| 2.377 | Data Test Agreement: Data Services consistent with the terms | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.378 | Design Collaboration and Marketing Agreement: Designing, publicizing, marketing and promotion | 666 | Bubs NY Corp. f/s/o Brian Atwood | Brian Atwood, 15 Hudson Yards, New York, NY, 10001 |
| 2.379 | Domestic Wire/Funds Transfer Payments Order: Fund transfer | N/A | Lake Region Bank | Main St, PO box 450, New London, MN, 56273 |
| 2.380 | Dynamic Currency Conversion Addendum: Dynamic Currency Conversion Services | N/A | First Data Services, LLC | |
| 2.381 | Early Entry Letter | N/A | Alderwood Mall LLC | c/o Alderwood Mall 350 N Orleans St Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Alderwood Mall, 3000 - 184th Street SW, Room 145, Lynnwood, WA 98037, Attn: General Manager |
| 2.382 | Early Entry License for Lease | 336 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.383 | Electronic Payment Agreement Amendment: Payroll card processing services | N/A | FSV Payment Systems, Inc | 15710 JFK Blvd, Ste 500, Houston Texas, 77032, Houston, TX, 77032 |
| 2.384 | E-mail: Alert parameters | N/A | Granify, Inc, | 200 10065 Jasper Avenue, Edmonton, AB, T5J 3B1, Canada |
| 2.385 | E-mail: Cisco Webex with Cloud Connected Audio Conferencing Solutions | N/A | Intrado – Enterprise Collaboration | 1 South Wacker Drive, Suit 1100, Chicago, IL, 60606 |
| 2.386 | E-mail: Design works Ink Vendor Set Up | N/A | DesignWorks Ink | 33 Aspen Grove Dr., Franklin, TN, 37067 |
| 2.387 | E-mail: Express MPLS Orders - Cancellation Request | N/A | Five9 | 4000 Executive Parkway, Suite 400, San Ramon, CA, 94583 |
| 2.388 | E-mail: Legal services | N/A | Morell Bauza Cartagena & Dapena, LLC | Plaza 273, Suite 700, 273 Ponce de Leon Ave., San Juan, PR, 00917-1934 |
| 2.389 | E-mail: License Reduction VCC Agent Seat | N/A | Five9 | 4000 Executive Parkway, Suite 400, San Ramon, CA, 94583 |
| 2.390 | E-mail: Tax Services | N/A | Morell Bauza Cartagena & Dapena, LLC | Plaza 273, Suite 700, 273 Ponce de Leon Ave., San Juan, PR, 00917-1934 |
| 2.391 | End User License Agreement: Apex EAP | N/A | Apex Industrial Technologies, LLC | 4393 Digital Way, Mason, OH, 45040 |
| 2.392 | End User License Agreement: Onesource tax stream provision | N/A | Thomson ReutersTax & Accounting) Inc. | 121 River Street, Hoboken, NJ, 07030 |
| 2.393 | End User License Agreement: UserTesting platform services | N/A | UserTesting, Inc. | 144 Townsend Street, San Francisco, CA, 94107 |
| 2.394 | End User Software License Agreement: Licensing Services | N/A | JFrog, Inc. | 3945 Freedom Circle, Santa Clara, CA, 95054 |
| 2.395 | Engagement Agreement: Legal Services | N/A | Cooley | 4401 Eastgate Mall, San Diego, CA, 92121 |
| 2.396 | Engagement Agreement: Professional Services | N/A | Interhack Corporation | 5 E Long St, 9th Floor, Columbus, OH, 43215 |
| 2.397 | Engagement Form: Procurement | N/A | BeSocial Public Relations LLC | |
| 2.398 | Engagement Letter Agreement: Governance of any services provided | N/A | Mercer Investments Consulting, Inc. | 701 Market Street, Suite 1100, St. Louis, MO, 63101 |
| 2.399 | Engagement Letter: Advice and counsel the client | N/A | Sidley Austin LLP | 1501 K, NW Washington, DC, 20005 |
| 2.400 | Engagement Letter: Advisory services of financial accounting and reporting | N/A | Deloitte Tax & legal, S.A. | Corporate center EL cafetal La Ribera, Belen, 78131000, Costa Rica |
| 2.401 | Engagement Letter: Amending Tax returns and other fillings | N/A | Deloitte Tax LLP | 180 east board street, Suite 1400, Coloumbus, OH, 43215 |
| 2.402 | Engagement Letter: Business Impact Analysis update | N/A | Blue & Co., LLC | 8800 Lyra Drive, Suite 450, Columbus, OH, 43240 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.403 | Engagement Letter: Contemporaneous documentation transfer pricing services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.404 | Engagement Letter: Defense of TCPA Maters | N/A | DINSMORE & SHOHL LLP | North Point Tower, 1001 Lakeside Avenue, Suite 990, Cleveland, OH, 44114 |
| 2.405 | Engagement Letter: Engaging to provide Professional services | N/A | Blue & Co., LLC | 8800 Lyra Drive, Suite 450, Columbus, OH, 43240 |
| 2.406 | Engagement Letter: FTZ consultancy and compliance | N/A | Deloitte Tax & legal, S.A. | Corporate center EL cafetal La Ribera, Belen, 78131000, Costa Rica |
| 2.407 | Engagement Letter: Legal Service Pertaining to Express Saving and retirement Plan | N/A | Benesch,Friedlander,Coplan & Aronoff LLP | 200 Public Square, 2300, Cleveland, OH, 44114-2378 |
| 2.408 | Engagement Letter: Nature, Scope and Cost of Services to be performed | N/A | McGuire Sponsel, LLC | |
| 2.409 | Engagement Letter: Non-exclusive service | N/A | Next Management, LLC | |
| 2.410 | Engagement Letter: Professional Services | N/A | TALX Corporation, Provider of Equifax Workforce Solutions | 11432 Lackland Road, St. Louis, MO, 63146 |
| 2.411 | Engagement letter: Representation | N/A | Ropes & Gray LLP | 1211 Avenue of the Americas, New York, NY, 10036-8704 |
| 2.412 | Engagement Letter: Review and Signing of Tax returns | N/A | Deloitte Tax LLP | 180 east board street, Suite 1400, Coloumbus, OH, 43215 |
| 2.413 | Engagement Letter: Senior Secured Revolving Credit Facility | N/A | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.414 | Engagement Letter: Site Location Selection Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.415 | Engagement Letter: Staff Assistance | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.416 | Engagement Letter: Standard Terms of Appointment | N/A | Widyawan & Partners | |
| 2.417 | Engagement Letter: Tax advisory services | N/A | Deloitte Tax LLP | 180 east board street, Suite 1400, Coloumbus, OH, 43215 |
| 2.418 | Engagement Letter: Tax compliance services | N/A | Deloitte LLP | 1005 Skyview drive, suite 202, Burlington, ON, L7P 5B1, Canada |
| 2.419 | Engagement Letter: Tax Consulting Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.420 | Engagement Letter: Transaction tax, including domestic sales and use tax and foreign value added tax ("VAT"), consulting services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.421 | Engagement Letter: Transfer Pricing Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.422 | Engagement Terms and Conditions: Legal Advice | N/A | Akerman LLP | 50 North Laura Street, Suite 3100, Jacksonville, FL, 32202-3646 |
| 2.423 | Enrollment Form: Merchant Access Program for advertising and brand promotion | N/A | Access Development | 1012 W. Beardsley Place, Salt Lake City, UT, 84119 |
| 2.424 | Enterprise System Support ("ESS") Addendum: Software subscription services | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.425 | Enterprise System Support Addendum: Software subscription services | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.426 | ESS Hardware & Software Maintenance Order: Maintenance pricing schedule | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.427 | ESS Maintenance Order: Maintenance Bill Summary | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.428 | Estimate: Font Creation | N/A | Chalk 242 | 265 Canal Street, Suite 513, New York, NY, 10013 |
| 2.429 | Estimate: Font Creation - Ultra Light and Oblique | N/A | Chalk 242 | 265 Canal Street, Suite 513, New York, NY, 10013 |
| 2.430 | Estimate: Membership dues | N/A | Retail & Hospitality ISAC | 8300 Boone Blvd., Suite 500, Vienna, VA, 22182 |
| 2.431 | Event Agreement: Cody Zeller All-Star Appearance | N/A | Excel Sports Management | 1700 Broadway, 29th Floor, New York, NY, 10019 |
| 2.432 | Event Agreement: Commercial shoot | N/A | D-Avant Garde Media | |
| 2.433 | Event Agreement: Commercial shoot | N/A | Verizon Communications Inc. | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.434 | Event Agreement: LTK Con 2022 - Event Coordination | N/A | Planning MODE, LLC | planning MODE, LLC, 6301 Gaston Avenue, Suite 235, Dallas, TX, 75214 |
| 2.435 | Event Sponsor Agreement: Element Sponsor for RewardsStyle Event | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.436 | Event Sponsor Agreement: Sponsor for RewardStyle Event- to be held on April 25-27, 2014 in Dallas, TX (the "Event") | N/A | NastyGoat DBA rewardStyle | 4514 Travis St, # 330, Dallas, TX, 75205 |
| 2.437 | Event Sponsorship Proposal: rS The Conference 2014 | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.438 | Exchange of confidential agreement: provide protection for confidential information | N/A | International business Machine Corporation | 5475 ring road, suite 300, Dublin, OH, 43017 |
| 2.439 | Exclusive Arrangement: Source and Recruit Candidates | N/A | Kirk Palmer & Associates, Inc. | |
| 2.440 | Exhibit A- Statement of Work: Deliverables as per Section 1.2 and 2.1 of the MSA | N/A | Richline Group, Inc. d/b/a Inverness | 49 Pearl Street, Attleboro, MA, 02703 |
| 2.441 | Exhibit A: Reimbursement Details | N/A | TEKsystems, Inc. | 7437 Race Road, Hanover, MD, 21076 |
| 2.442 | Exhibit C: Fuel surcharge value | N/A | RR Donnelley Logistics | RR Donnelley Logistics, 1000 Windham Parkway, Bolingbrook, IL, 60490 |
| 2.443 | Express Asia Hub Tariff: Express Origin Purchase Orders and Fees | N/A | Air Express International USA, Inc. dba DHL Global Forwarding | 2500-A Sullivan Road, College Park, GA, 30337 |
| 2.444 | Express Fall 2013 Blogger Agreement: Host a Girls Night Out Shopping and Styling event | N/A | ANH Sundstrom | 930 Pine Street #104, San Francisco, CA, 94108 |
| 2.445 | Express Fall 2013 Blogger Agreement: Host a Girls Night Out Shopping and Styling event | N/A | Jessica Ricks | 706 More Ave, Los Gatos, CA, 95032 |
| 2.446 | Express Fall 2013 Blogger Agreement: Host a Girls Night Out Shopping and Styling event | N/A | Taylor Sterling | 134 Alpine Ave, Los Gatos, CA, 95030 |
| 2.447 | Express Partial Termination and Amendment Countersigned (OCT12020).pdf: Marketing Mix Modelling and Multi-Touch Attribution | N/A | The Nielsen Company (US), LLC | 85 Broad Street, New York, NY, 10004 |
| 2.448 | Express x Chic Sketch- Activation: Event On-site activation | N/A | Chic Sketch/ Appetizer Mobile, LLC | Chic Sketch/ Appetizer Mobile, LLC |
| 2.449 | Express/ Intelligence Group Agreement: Consumer Marketing and Research Services | N/A | The Intelligence Group Creative Artists Agency | |
| 2.450 | Extension Letter: Project Management | N/A | Consumer Centric Consulting, LLC | 20 Kate's Glen, Plymouth, MA, 02360 |
| 2.451 | FAVR Reimbursement Program: Driver Policy / Program Overview & Procedures | N/A | Motus, LLC | |
| 2.452 | FAVR Reimbursement Program: FAVR Reimbursement Rate | N/A | Motus, LLC | |
| 2.453 | Fee Agreement: Employee search and placement services | N/A | Poole Professional Resources Limited | |
| 2.454 | Fee Agreement: Identify potential employees | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.455 | Fifth Amendment to Lease Agreement: Lease | N/A | Land Company, LLC /f/k/a Distribution Land Corp. | |
| 2.456 | Fifth Amendment to the Lease Agreement: Property Lease | 2,833 | Distribution  Land Company, LLC /f/k/a Distribution Land Corp | |
| 2.457 | First Amended and Restated Assignment and Recognition Agreement: Assignment, assumption, and other terms | N/A | Netjets Aviation, Inc. Netjets Sales, Inc., Netjets Services, Inc., The CIT Group/Equipment Financing, Inc. | Business Aircraft Unit, 5420 LBJ Freeway, Suite 410, Dallas, TX, 75240 |
| 2.458 | First Amended and Restated Master Lease Agreement : Amends and restates in its entirety | N/A | The CIT Group/Equipment Financing, Inc. | Business Aircraft Unit, 5420 LBJ Freeway, Suite 410, Dallas, TX, 75240 |
| 2.459 | First Amendment of Lease | N/A | MACERICH NORTH PARK MALL LLC | 320 West Kimberly Road, Davenport, Iowa 52806-5920 |
| 2.460 | First Amendment to E-Rewards Panel Partner Agreement: Amend certain Provisions | N/A | e-Rewards, Inc. | 8401 North Central Expressway, Suite 900, Dallas, TX, 75225 |
| 2.461 | First Amendment to Lease | 3,228 | Sommerset Collection Limited Partnership | 100 Galleria Officeentre, Suite 427, Southfield, Michigan 48034 |

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.462 | First Amendment to Master Lease Agreement, Schedule No. 1 and Related Lease Documents: Assignment, assumption, and other terms | N/A | Orchard Brands Corporation The CIT Group/Equipment Financing, Inc. | Business Aircraft Unit, 5420 LBJ Freeway, Suite 410, Dallas, TX, 75240 |
| 2.463 | First Amendment to the Agreement for Services: Agreement for Services | N/A | Ipreo, LLC (fka i-Deal LLC), Ipreo Data,Inc. | |
| 2.464 | First Amendment: Renew the Hotline and Incident Management Services | N/A | Navex Global, Inc. | 5500 Meadows Road, Suite 500, Lake Oswego, OR, 97035 |
| 2.465 | First Lease Modification Agreement | 1,036 | COROC/REHOBOTH III LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.466 | Fiserv Managed Routing Service Addendum: Managed Routing Service | N/A | First Data Merchant Services LLC | |
| 2.467 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Aurora | |
| 2.468 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Barns Courtney | |
| 2.469 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Beth Ditto | |
| 2.470 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Cloud Nothings | |
| 2.471 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Dams of the West | |
| 2.472 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Electric Guest | |
| 2.473 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Kaleo | |
| 2.474 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Lucy Dacus | |
| 2.475 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Mona | |
| 2.476 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | New Politics | |
| 2.477 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Superclose Touring US Inc. F/S/O Tegan Quin and Sara Quin PKA Tegan and Sara | |
| 2.478 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | The Griswolds | |
| 2.479 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | The Palms | |
| 2.480 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | The Regrettes | |
| 2.481 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Violent Femmes | |
| 2.482 | Footage Release Agreement: Authorization and Release of Talent's footage. | N/A | Wolf Alice | |
| 2.483 | Fourth Amendment to Private Label Credit Card Program Agreement: Private Label Credit Card Program | N/A | Comenity Bank, f/k/a World Financial Network Bank | |
| 2.484 | Fourth Amendment: Private label credit card program | N/A | Comenity Bank f/k/a World Financial Network Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.485 | Fractional Program Agreement: Management and maintenance of aircraft | N/A | NetJets Sales, Inc. NetJets Aviation, Inc. NetJets Services, Inc. | 4111 Bridgeway Ave., Columbus, OH, 43219 |
| 2.486 | Full Time Fee Agreement: Service fee policy | N/A | Design + Industry | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.487 | General Service Agreement: Contractual agreement for Instagram / FB post + story promoting services | N/A | Media Farm | 4636 Lebanon Pike, #137, Hermitage, TN, 37076 |
| 2.488 | General Terms and Conditions: Professional Services | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.489 | GGP Bankruptcy agreement | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall 1201 Lake Woodlands Drive, #700 The Woodlands, TX 77380 |
| 2.490 | GGP Bankruptcy agreement | N/A | WILLOWBROOK MALL (TX), LLC | c/o Williowbrook Mall TX, 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607, Attn: Law/Leasing Administration Department |
| 2.491 | Gift Card Agreement: Promotional Services through Gift Card | N/A | Blackhawk Network, Inc. | 5918 Stoneridge Mall Road, Pleasanton, CA, 94588 |
| 2.492 | Gift Card Agreement: Selling Gift Cards for the purpose od resale, marketing and other promotional purpose | N/A | GYFT, Inc | 25 Taylor St, Sans Fransico, CA, 94102 |
| 2.493 | Global Edit Agreement: Software Services | N/A | Global Edit | |
| 2.494 | Guaranteed Credit Card Applicant Program Letter of Agreement: Credit Card Application | N/A | Hertz Corporation | 8501 Williams Roas, Estero, FL, 33928 |
| 2.495 | Incentive Agreement: Providing discount on sales | N/A | Cathay Pacific Airways, Ltd | Cathay Pacific City, 8 Scenic Road, Hong Kong International Airport, Lantau |
| 2.496 | Independent Contractor Agreement: Agreement for Services | N/A | Qualine Consulting ( Aristides Jurado) | 3799 Easton Way, Columbus, OH, 43219 |
| 2.497 | Independent Contractor Agreement: Creative services | N/A | Faure Project Management Consulting | 27 Thorndike Pond Road, Jaffrey, NH, 03452 |
| 2.498 | Independent Contractor Agreement: Creative Services | N/A | Jayson Council | 12 Grove Terrace, Montclaire, NJ, 07042 |
| 2.499 | Independent Contractor Agreement: Creative services | N/A | Niki Starr Consulting, LLC | 3156 SW 27th Ave # 305, Miami, FL, 33133 |
| 2.500 | Independent Contractor Agreement: Customization services | N/A | CHERM LLC. DBA Six Ounce Studio | 2449 Hunter St., Unit A, Los Angeles, CA, 90021 |
| 2.501 | Independent Contractor Agreement: Graphic design work | N/A | 4th Avenue Graphics Ltd. | |
| 2.502 | Independent Contractor Agreement: Graphic design work | N/A | Life Love Art LLC | Life Love Art LLC, 325 North End Are, Ste. 10D, NY, NY, 10282 |
| 2.503 | Independent Contractor Agreement: provide the services set forth on Exhibit A | N/A | Coccia-France Consulting LLC | 215 Saffron Drive, Sunbury, OH, 43074 |
| 2.504 | Independent Contractor Agreement: Services provided by Contractor | N/A | Lorri Jackson Consulting | 303 Tack Ct., Delaware, OH, 43015 |
| 2.505 | Information Security Addendum: Subscription Services | N/A | S5 Stratos, Inc. | 13601 Preston Road, Suite W0860, Dallas, TX, 75240 |
| 2.506 | Information Technology Risk Management Program Overview: Strategies, roles and responsibilities, guidelines and procedures for Information Technology Risk Management | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.507 | Initial Sales Order Form: Concur Travel, Expense and Enterprise Edition | 1,096 | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000, Bellevue, WA, 98004 |
| 2.508 | Initial Software and Maintenance Schedule: Software Services | N/A | JDA Software, Inc. | 14400 N. 87th Street, Scottsdale, AZ, 85260-3649 |
| 2.509 | Insertion Order | N/A | Cardlytics, Inc. | |
| 2.510 | Insertion Order: Advertising | N/A | BDG Media Inc. | |
| 2.511 | Insertion Order: Insertion of Video commercial, premium slate | N/A | Hulu | 1333 2nd street, Santa Monica, CA, 90401 |
| 2.512 | Insertion Order: Purchase and sale of goods | N/A | Stylight Inc | 1900 Market street, Philadelphia, PA, 19103 |
| 2.513 | Instructions for the requester of forms: Purchase and sale of Goods and Business Policies forms - W8. | N/A | Formation Brands LLC | 400 Oyster Pt, Suite 200, South San Francisco, CA, 94080 |
| 2.514 | Insurance Policy Quote (Proposal): Insurance policy rates information | N/A | Sun Life Financial | One Sun Life Exec Park, 112 Worcester St, Wellesley Hills, MA, 02481 |
| 2.515 | Internet Retail Sales Policy: sale of product | N/A | Dolce Vita Footwear, Inc | 78 13150 SE 32nd St, Bellevue, WA, 98055 |
| 2.516 | Inventory Services Agreement: Perform certain inventory services | 973 | RGIS, LLC | 2000 East Taylor Road, Auburn Hills, MI, 48326 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.517 | Invoice | N/A | Madcap Software, Inc. | 109 N. El Camino Real, Encinitas, CA, 92024 |
| 2.518 | Invoice: Billing details | N/A | Capture Integration, Inc | 330 Peters St SW, Suite 102, Atlanta, GA, 30313 |
| 2.519 | Invoice: Contractual Agreement for Services | N/A | Ink Global | 806 S Douglas Road, Suite 300, Coral Gables, FL, 33134 |
| 2.520 | Invoice: Hosting/Serving | N/A | Drafthorse Solutions, LLC | PO Box 505, Richmond, VT, 05477 |
| 2.521 | Invoice for design services | N/A | Chalk 242 | 265 Canal Street, Suite 513, New York, NY, 10013 |
| 2.522 | Invoice Subscription | N/A | TrackJS | 215 Pine St W, Stillwater, MN, 55082 |
| 2.523 | Invoice: S-DemoG, S-Intr, S-FPA, S-Video, S-MDD, S-Mobile-App | N/A | RetailNext, Inc. | 60 S. Market Street, 10th Floor, San Jose, CA, 95113 |
| 2.524 | Invoice: Seat subscription | 365 | DocuSign Inc. | 221 Main Street, Suite 1550, San Francisco, CA, 94105 |
| 2.525 | Invoice: Warehousing service | N/A | Interactive Communications International dba InComm | 250 Williams Street, Suite M100, Atlanta, GA, 30303 |
| 2.526 | Lease | N/A | Alderwood Mall LLC | c/o Alderwood Mall 350 N Orleans St Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Alderwood Mall, 3000 - 184th Street SW, Room 145, Lynnwood, WA 98037, Attn: General Manager |
| 2.527 | Lease Agreement | 216 | 235 N Fourth Street, LLC | c/o Capitol Equities Realty, Inc 580 North Fourth Street, Suite 120, Columbus, Ohio 43215 |
| 2.528 | Lease Agreement | 2,438 | Bath & Body Works Logistics Services, LLC | Limited Logistics Services, Inc, Two Limited Parkway, Columbus, OH 43230, Attn: Vice President, DC Operations |
| 2.529 | Lease Agreement | 1,311 | Creekside 126, LLC | c/o Friedman Management Company, 26711 Northwestern Highway, Suite 125, Southfield, Michigan 48033, Attn: Property Manager |
| 2.530 | Lease Agreement | 2,438 | Distribution Land Company, LLC /f/k/a Distribution Lan Corp | Distribution Land Corp Three Limited Parkway Columbus, Ohio 43230 Attention: Corporate Real Estate Department |
| 2.531 | Lease Agreement | N/A | MACERICH NORTH PARK MALL LLC | 320 West Kimberly Road, Davenport, Iowa 52806-5920 |
| 2.532 | Lease Agreement | 2,803 | NorthPark Center, Ltd | 8080 North Central Expressway, Suite 1100, Dallas, Texas 75206-1807 |
| 2.533 | Lease Agreement | 2,073 | Tampa Westshore Associates Limited Partnership | 200 East Long Lake Road, P O Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.534 | Lease agreement for premises | 1,036 | COROC/REHOBOTH III LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.535 | Lease agreement for premises | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall 1201 Lake Woodlands Drive, #700 The Woodlands, TX 77380 |
| 2.536 | Lease agreement for premises | N/A | WILLOWBROOK MALL (TX), LLC | c/o Williowbrook Mall TX, 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607, Attn: Law/Leasing Administration Department |
| 2.537 | Lease for distribution center premises | 2,439 | Bath & Body Works Logistics Services, LLC | Limited Logistics Services, Inc., Two Limited Parkway, Columbus, OH 43230, Attn: Vice President, DC Operations |
| 2.538 | Lease for office premises | 1,312 | Creekside 126, LLC | c/o Friedman Management Company, 26711 Northwestern Highway, Suite 125, Southfield, Michigan 48033, Attn: Property Manager |
| 2.539 | Lease for office premises | 2,439 | Distribution Land Company, LLC /f/k/a Distribution Lan Corp. | Distribution Land Corp. Three Limited Parkway Columbus, Ohio 43230 Attention: Corporate Real Estate Department |
| 2.540 | Lease for photo studio premises | 217 | 235 N. Fourth Street, LLC | c/o Capitol Equities Realty, Inc. 580 North Fourth Street, Suite 120, Columbus, Ohio 43215 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.541 | Lease for store premises | N/A | 223-1 DL Holdings, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.542 | Lease for store premises | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department , Riverchase Galleria 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 Attn: General Manager |
| 2.543 | Lease for store premises | 2,804 | NorthPark Center, Ltd. | 8080 North Central Expressway, Suite 1100, Dallas, Texas 75206-1807 |
| 2.544 | Lease for store premises | N/A | Poag & McEwen Lifestyle Centers-Corona, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.545 | Lease for store premises | 3,228 | Sommerset Collection Limited Partnership | 100 Galleria Officeentre, Suite 427, Southfield, Michigan 48034 |
| 2.546 | Lease for store premises | 3,229 | Sommerset Collection Limited Partnership | 100 Galleria Officeentre, Suite 427, Southfield, Michigan 48034 |
| 2.547 | Lease for store premises | 2,074 | Tampa Westshore Associates Limited Partnership | 200 East Long Lake Road, P. O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.548 | Lease for store premises | 612 | VALLEY VIEW MALL, LLC, | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 |
| 2.549 | Leasing Storage Agreement | 1,036 | COROC/REHOBOTH III LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.550 | LED Display Quote: LED Display Services | N/A | D3 Led LLC | 11370 Sunrise Park Dr, Rancho Cordova, CA, 95742 |
| 2.551 | Legal Tracker Order Form: Legal Tracker Product | N/A | Thomson Reuters | 610 Opperman Drive, P.O. Box 64833, St. Paul, MN, 55164-1803 |
| 2.552 | Letter | N/A | Continuity Solutions, Inc. | 5900 Roche Drive, Suite 201, Columbus, OH, 43229 |
| 2.553 | Letter | N/A | Michelle Stuhl & Company, Inc | 33 Irving Place, 10th Floor, New York, NY, 10003 |
| 2.554 | Letter (Scope of Work): Federal and state research tax credits and Services provided | N/A | Tax Credit Co. | 6255 Sunset Blvd., Suite 2200, Los Angeles, CA, 90028 |
| 2.555 | Letter (Scope of Work): Work Opportunity Tax Credits and Fees Details | 5 | Tax Credit Co. | 6255 Sunset Blvd., Suite 2200, Los Angeles, CA, 90028 |
| 2.556 | Letter Agreement - Authorization Parked Aircraft | 1,827 | NetJets Aviation, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.557 | Letter Agreement - Authorization Parked Aircraft | 1,827 | NetJets Services, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.558 | Letter Agreement - Commercial Enhancements | 1,826 | NetJets Aviation, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.559 | Letter Agreement - Commercial Enhancements | 1,826 | NetJets Services, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.560 | Letter Agreement (23rd Amendment) : Amend and Modify the terms of agreement | N/A | Hilco Merchant Resources, LLC | One Northbrook Place, 5 Revere Drive, Suite 206, Northbrook, IL, 60062 |
| 2.561 | Letter Agreement (Fourth Amendment): Amend and Modify the terms of agreement | N/A | Hilco Merchant Resources, LLC | One Northbrook Place, 5 Revere Drive, Suite 206, Northbrook, IL, 60062 |
| 2.562 | Letter Agreement Regarding Irrevocable Standby Letter of Credit: Letter of Credit | N/A | L Brands Service Company, LLC, Distribution Land Corp, Mast Logistics Serivices, Inc. | Three Limited Parkway, Columbus, OH, 43230 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.563 | Letter Agreement: Automic Release Automation (ARA) and Automic Workload Automation (AWA) services. | N/A | Broadcom (Automic) | 14475 NE 24st Street, Suite 210, Bellevue, WA, 98007 |
| 2.564 | Letter Agreement: Deployment of service tools | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.565 | Letter Agreement: Emergency Services | N/A | Five9 | 4000 Executive Parkway, Suite 400, San Ramon, CA, 94583 |
| 2.566 | Letter Agreement: Evaluating | N/A | Salesforce.com, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.567 | Letter Agreement: Governing Inventory and FF&E Disposition | N/A | Hilco Merchant Resources, LLC | One Northbrook Place, 5 Revere Drive, Suite 206, Northbrook, IL, 60062 |
| 2.568 | Letter Agreement: Granting access to services provided | N/A | Henry Doneger Associates, Inc | 463 Seventh Avenue, New York, NY, 10018 |
| 2.569 | Letter Agreement: Inside Services | N/A | Powerfront, Inc. | 468 N Camden Dr, Suite 200, Beverly Hills, CA, 90210 |
| 2.570 | Letter Agreement: Irrevocable Standby Letter of Credit | N/A | L Brands Service Company, LLC, Distribution Land Corp., and Mast Logistics Services, Inc. f/k/a Limited Logistics Services, Inc. | 3 Limited Parkway, Columbus, OH, 43230 |
| 2.571 | Letter Agreement: Lease Amount | N/A | The CIT Group/Equipment Financing, Inc. | Business Aircraft Unit, 5420 LBJ Freeway, Suite 410, Dallas, TX, 75240 |
| 2.572 | Letter Agreement: Legal services | N/A | Nixon Peabody LLP | 100 Summer Street, Boston, MA, 02110-2131 |
| 2.573 | Letter Agreement: Marketing | N/A | People StyleWatch, a division of Time Inc. | |
| 2.574 | Letter Agreement: Notice of Non-renewal | N/A | Commission Junction, LLC | 530 East Montecito Street, Santa Barbara, CA, 93103 |
| 2.575 | Letter Agreement: Pricing and timeline adjustment | N/A | Namogoo Technologies Inc. | 162 Federal St., Boston, MA, 02110 |
| 2.576 | Letter Agreement: Private Label Credit and Program Agreement between Comenity Bank and Express LLC. | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.577 | Letter Agreement: Proposal for preparation of the Puerto Rico tax returns for Express | N/A | Corptactics, Inc | Plaza Scotiabank Suite 700, 273 Ponce de Leon Ave, San Juan, PR, 00917 1934 |
| 2.578 | Letter Agreement: Purchase Commitment | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.579 | Letter Agreement: Purchase of Cisco Enterprise Agreement | N/A | Cisco Systems, Inc. | |
| 2.580 | Letter Agreement: Replacement services | N/A | NetJets Inc. | 4111 Bridgeway Avenue, Columbus, OH, 43219 |
| 2.581 | Letter Agreement: Sale of Sponsorship benefits | N/A | Arena Sports Marketing, LLC | One Philips Drive, Atlanta, GA, 30303 |
| 2.582 | Letter Agreement: Signing Materials | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.583 | Letter Agreement: Subscription Services | N/A | ISS Corporate Solutions Inc. | |
| 2.584 | Letter Agreement: Tenant security services | N/A | Distribution Land Corp. | Three Limited Parkway, Columbus, OH, 43230 |
| 2.585 | Letter of Agreement: Associate-Funded Onsite Fitness Classes | N/A | Wellness LLC DBA Wellness Collective | 4200 Regent Street, Suite 200, Columbus, OH, 43219 |
| 2.586 | Letter of Agreement: Non-Exclusive Services | N/A | Benzo Productions, Inc. | |
| 2.587 | Letter of agreement: Providing products and services | N/A | CBL & Associates Management, Inc. | CBL center, Suite 500 2030 Hamilton place Blvd, Chattanooga, TN, 37421-6000 |
| 2.588 | Letter of Agreement: Public Relations | N/A | BG&A, LLC | |
| 2.589 | Letter of Authorization: Utility Expense and Data Management services | N/A | ENGIE Insight Services, Inc. | |
| 2.590 | Letter of Authorization: Waste Expense Management services | N/A | ENGIE Insight Services, Inc. | |
| 2.591 | Letter of Consideration: Expectations and Consideration of Services | N/A | LT Custom Furnishings Inc. | 625 Millay Ave., Vaughan, ON, L4K3T9, Canada |
| 2.592 | Letter of Credit: Decrease in the amount of the letter of credit | N/A | Wells Fargo Bank, N.A. | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.593 | Letter of Engagement and General Terms and Conditions: Legal Services | N/A | Dentons Costa Rica Limitada | Dentons Muñoz Costa Rica Limitada, Forum 1 Business Center, Building B, 2nd Floor, Santa Ana, San José, 12891-1000 |
| 2.594 | Letter of Engagement: Consultant Service | N/A | Change4growth, Inc. | Change4growth, Inc. |
| 2.595 | Letter of Engagement: Kicking off the process of implementing an assortment planning application | N/A | Change4growth, Inc. | Change4growth, Inc. |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.596 | Letter of Engagement: Staffing | N/A | Spencer Stuart | 277 Park Avenue, 32nd Floor, New York, NY, 10172 |
| 2.597 | Letter of Intent: Software Services for text message based conversational survey project | N/A | Chatter Research, Inc. | Chatter Research, Inc. |
| 2.598 | Letter on project contingencies: Supplement leadership | N/A | Right Management Manpower Group | 445 Hutchinson Ave., Suite 600, Columbus, OH, 43235 |
| 2.599 | letter: Change of address | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.600 | Letter: close account 454328 | N/A | Solutran/Lake Region Bank | 13305 12th Avenue, North, Minneapolis, MN, 55441 |
| 2.601 | Letter: Confirming availability of firm for purpose of evaluating and obtaining status. | N/A | Morell Bauza Cartagena & Dapena, LLC | Plaza 273, Suite 700, 273 Ponce de Leon Ave., San Juan, PR, 00917-1934 |
| 2.602 | Letter: Converted to Slalom, Inc. | N/A | Slalom LLC Slalom, Inc | 821 2nd Ave, # 1900, Seattle, WA, 98104 |
| 2.603 | Letter: Delay Pay Product | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.604 | Letter: Documenting amended agreement | N/A | Bubs NY Corp. f/s/o Brian Atwood | Brian Atwood, 15 Hudson Yards, New York, NY, 10001 |
| 2.605 | Letter: Email Conversation regarding Express Agreement | N/A | The Movember Group Pty Ltd. | 8559 Higuera St., Culver City, CA, 90232 |
| 2.606 | Letter: Essential Details of Agreement | N/A | The OPTM360 | One Penn Plaza, 36th Floor, New York, NY, 10119 |
| 2.607 | Letter: Evaluating and improving strategic sourcing, third party risk management and software asset management | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.608 | Letter: Express custom white oak flooring package | N/A | Architectural Systems, Inc. | 150 West 25th Street, New York, NY, 10001 |
| 2.609 | Letter: Fee on card | N/A | Interactive Communications International, Inc. | 250 Williams Street, 5th Floor, Atlanta, GA, 30303 |
| 2.610 | Letter: Financial position | N/A | Allen Systems Group, Inc. | |
| 2.611 | Letter: Interim Loaned Staff Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.612 | Letter: IP Strategy and brand protection to expand companies operations | N/A | Wragge & Co LLP | 3 Waterhouse Square, 142 Holborn, London , EC 1N 2SW, London, EC1N 2SW, United Kingdom |
| 2.613 | Letter: Notice of non-renewal | N/A | Heap, Inc | 255 Bush Street, Suite 200, San Francisco, CA, 94104 |
| 2.614 | Letter: Preparation of federal, state and local income tax returns in CorpTax, Analysis, documentation and tracking of state and local income/franchise tax notices, General consulting and assistance with matters ancillary to the preparation of the federal and state and local income tax returns | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.615 | Letter: Private Label Credit and Program Agreement between Comenity Bank and Express LLC. | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.616 | Letter: Professional Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.617 | Letter: Project Management Services | N/A | King Business Interiors Inc. | 1400 Goodale Blve., Suite102, Columbus, OH, 43212 |
| 2.618 | Letter: Providing services regarding rooms | N/A | Hyatt Union Square New York | 134 Fourth Avenue, New York, NY, 10003 |
| 2.619 | Letter: Quality Assessment Review Information | N/A | Schneider Downs & Co., Inc. | 41 S High Street, Suite 2100, Columbus, OH, 43215 |
| 2.620 | Letter: Renew the Master Services Agreement | N/A | Red Points Solutions, S.L. | Carrer de Berlín 38, 1ª, Barcelona, 08029 |
| 2.621 | Letter: Search Engine Optimization Services | N/A | VML, Inc | C/O Kaylee Douglas, 250 Richards Road, Kansas City, MO, 64116 |
| 2.622 | Letter: Taxation representation | N/A | Think, LLP | 11601 Wilshire Blvd., 5th Floor, Los Angeles, CA, 90025 |
| 2.623 | Letter: The procedures to be followed by Brierley. | N/A | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.624 | License Addendum: Procurement | N/A | 66degrees Holdings, LLC f.k.a Pandera Systems, LLC | 600 W. Van Buren St., Suite 603, Chicago, IL, 60607 |
| 2.625 | License Agreement: Comenity Mobile App Plugin | N/A | Comenity Servicing LLC | |
| 2.626 | License agreement: Grant of Software License | N/A | CardinalCommerce Corporation | 8100 Tyler Boulevard, Suite 100, Mentor, OH |
| 2.627 | License Agreement: Materials & License for the Executive Challenge event | N/A | Abilitie | 201 W. 5th Street #1100, Austin, TX, 78701 |
| 2.628 | License Agreement: Software Subscription | N/A | The Nielsen Company (US), LLC | 85 Broad Street, New York, NY, 10004 |
| 2.629 | License Agreement: Video and music licensing | N/A | Getty Images (US), Inc | 75 Varick Street, 5th Floor, New York, NY, 10013 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.630 | License and Maintenance Agreement: Contract for Non-exclusive license | N/A | Automic Software, Inc | 14475 NE 24th Street., Suite 210, Bellevue, WA, 98007 |
| 2.631 | License and Service Agreement (Proposal): Services provided by Company | 731 | Technomedia Talent Management, Inc. | |
| 2.632 | License and Service Agreement: Authentication Services. | N/A | CardinalCommerce Corporation | 8100 Tyler Boulevard, Suite 100, Mentor, OH |
| 2.633 | License and Service Agreement: Grant of Software License | N/A | CardinalCommerce Corporation | 8100 Tyler Boulevard, Suite 100, Mentor, OH |
| 2.634 | License and Service Agreement: Internet based Service | N/A | Powerfront, Inc. | 468 N Camden Dr, Suite 200, Beverly Hills, CA, 90210 |
| 2.635 | License and Service Agreement: License to use Programs | N/A | Oracle USA,  Inc. | |
| 2.636 | License and Service Agreement: License to use programs | N/A | Oracle USA, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.637 | License and Service Agreement: Software Authentication Services | N/A | CardinalCommerce Corporation | 8100 Tyler Boulevard, Suite 100, Mentor, OH |
| 2.638 | License for Early Entry | 1,036 | COROC/REHOBOTH III LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.639 | Licensing Quote: Licensing Services | N/A | JFrog, Inc. | 3945 Freedom Circle, Santa Clara, CA, 95054 |
| 2.640 | Lifecycle Consulting Support SOW: Lifecycle Implementation Services | N/A | ALA Consulting Group | 30879 Falkirk Drive, Westlake, OH, 44145 |
| 2.641 | Limited Liability Company Agreement: Management of Company IP | N/A | Exp Topco, LLC
Expwhp, LLC | 530 Fifth Avenue, 25th Floor, New York, NY, 10036 |
| 2.642 | Limited Market Agreement: Services provided by vendor | N/A | Civitas | |
| 2.643 | List Rental Agreement: Renting of selected active subscribers | N/A | Hearst Communications, Inc | 300 West 57th Street, New York, NY, 10019 |
| 2.644 | List Rental Agreement: To rent names and addresses | N/A | Meredith Corporation | 1716 Locust Street, Des Moines, IA, 50309 |
| 2.645 | List Rental SOW: Rent Epsilon Data to Client | N/A | Epsilon Data Management, LLC
ICOM Information and Communications L.P. | |
| 2.646 | Lumen Order Addendum: Incentive Credit | N/A | Lumen | 1025 Eldorado Blvd., Broomfield, CO, 80021 |
| 2.647 | Marketing Agreement: Terms and conditions of Atwood's services | 666 | Bubs NY Corp. f/s/o Brian Atwood | Brian Atwood, 15 Hudson Yards, New York, NY, 10001 |
| 2.648 | Marketing Program Agreement: Marketing Service | 730 | Big Brothers Big Sisters of America | 2502 North Rocky Point Drive, Suite 550, Tampa, FL, 33607 |
| 2.649 | Marketing Services Agreement Addendum: Digital Marketing Services | N/A | Rimm-Kaufman Group, LLC | 701 East, Water Street, Charlottesville, VA, 22902 |
| 2.650 | Marketing Services Agreement Addendum: Marketing Services | N/A | Rimm-Kaufman Group, LLC | 701 East, Water Street, Charlottesville, VA, 22902 |
| 2.651 | Marketing Services Agreement: Marketing Services | N/A | Rimm-Kaufman Group, LLC | 701 East, Water Street, Charlottesville, VA, 22902 |
| 2.652 | MarketPlace Store Agreement: E-Commerce Platform | N/A | Blue Cloud, LLC dba Stepani Styles | |
| 2.653 | Master Agreement | N/A | CrossCom National LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.654 | Master Agreement: Contractual agreement for services | N/A | CrossCom National, LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.655 | Master Agreement: Contractual Services | N/A | CrossCom National, LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.656 | Master Agreement: Providing certain software and services. | N/A | Reflexis Systems, Inc | 3 Allied Drive, Suite #400, MA, 02026 |
| 2.657 | Master Agreement: Providing contract employees | N/A | Technical Youth, LLC dba Brooksource | P.O. Box 55767, Indianapolis, IN, 46205 |
| 2.658 | Master Agreement: Purchase hardware, software, services and other related items | N/A | GuidePoint Security LLC | 2202 Cooperative Way, Suite 225, Herndon, VA, 20171 |
| 2.659 | Master Agreement: SaaS Hosting Services | N/A | Novatus, Incorporated | 12124 High Tech Avenue, Suite 165, Orlando, FL, 32817 |
| 2.660 | Master Agreement: Security Services | N/A | Vector Security, Inc. | 2000 Ericsson Drive, Warrendale, PA, 15086 |
| 2.661 | Master Application Service Provider Agreement: Provision of Certain Services | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.662 | Master Client Agreement : Contractual agreement for services | N/A | LiveRamp, Inc. | 667 Mission St, 4th Floor, San Francisco, CA, 94104 |
| 2.663 | Master Client Agreement: Agreement for Services | N/A | Q4 Inc. | |
| 2.664 | Master Client Agreement: Contractual agreement for services | N/A | Gartner, Inc. | 56 Top Gallant Road, Stamford, CT, 06904 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.665 | Master Client Agreement: Data products for marketing programs | N/A | Acxiom Corporation | P.O. Box 2000, 301 East Dave Ward Drive, Conway, AR, 72032-7114 |
| 2.666 | Master Consulting and Professional Agreement: Consulting Services | N/A | UPS Professional Services, Inc. | 55 Glenlake Parkway, Building 3, Floor 7, NE, Atlanta, GA, 30328 |
| 2.667 | Master Facilities Services Agreement: Data Management Services | N/A | Iron Mountain Information Management, Inc. | |
| 2.668 | Master Investigative Services Agreement: Manufacture and Sale of Express Products | N/A | Professional Investigating and Consulting Agency, Inc., d/b/a, Pica Corporation | 551 South Third Street, Colombus, OH, 43215 |
| 2.669 | Master Lease Agreement: Lease of vehicle | N/A | Gelco Corporation dba GE Fleet Services | |
| 2.670 | Master Pre-Release Software License Agreement: Granting License | N/A | MicroStrategy Incorporated | 1850 Towers Crescent Plaza, Tysons Corner, VA, 22182 |
| 2.671 | Master Professional Services Agreement: Professional and consulting services | N/A | WSO2, Inc. | 787 Castro St., Mountain View, CA, 94041 |
| 2.672 | Master Professional Services Agreement: Professional Non-Attestation Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.673 | Master SaaS Agreement: Subscription Services | N/A | Snowflake Computing, Inc. | 100 South Ellsworth Avenue, #100, San Mateo, CA, 94401 |
| 2.674 | Master Sale Agreement: Contractual agreement for equipment and software | N/A | Forsythe Solutions Group, Inc. | 27734 Bluegrass Drive, Channahon, IL, 60410 |
| 2.675 | Master Service Agreement #2: IT Services - Software Products | N/A | WSO2, Inc. | 787 Castro St., Mountain View, CA, 94041 |
| 2.676 | Master Service agreement: Agreement sets forth the general terms of vendors provision of services | N/A | Cohesion Corporation | 8044 montgomery road, suite 250, Cincinnati, OH, 45236 |
| 2.677 | Master Service Agreement: Consultant Services | N/A | LevelUP Consulting Partners, LLC | 100 SE Third Avenue, Suite 1000, Fort Lauderdale, FL, 33394 |
| 2.678 | Master Service Agreement: Consulting service and assistance | N/A | McGladrey LLP | One South Wacker Drive, Suite 800, Chicago, IL, 60606-3392 |
| 2.679 | Master Service Agreement: Contractual Agreement for Service | N/A | Everest Technologies, Inc. | 740 Lakeview Plaza Blvd., Suite 250, Worthington, OH, 43085 |
| 2.680 | Master Service Agreement: Contractual Agreement for Service | N/A | Evonence, LLC | 625 Bear run lane, Lewis center, OH, 43035 |
| 2.681 | Master Service Agreement: Contractual Agreement for Service | N/A | Excel Softech Inc. | 545 Metro Place South, Suite 100, Dublin, OH, 43017 |
| 2.682 | Master Service Agreement: Contractual agreement for services | N/A | Beacon Hill Staffing Group, LLC | 5515 Baconridge Dr, Galloway, OH, 43219 |
| 2.683 | Master Service Agreement: Contractual agreement for services | N/A | BlazeMeter, Inc. | 785 Castro Street, Mountain View, CA, 04041 |
| 2.684 | Master Service Agreement: Contractual agreement for services | N/A | Blue & Co., LLC | 8800 Lyra Drive, Suite 450, Columbus, OH, 43240 |
| 2.685 | Master Service Agreement: Contractual agreement for services | N/A | Blue Chip Consulting Group | 6050 Oak Tree Blvd., Suite 290, Independence, OH, 44131 |
| 2.686 | Master Service Agreement: Contractual agreement for services | N/A | Capture Integration, Inc | 330 Peters St SW, Suite 102, Atlanta, GA, 30313 |
| 2.687 | Master Service Agreement: Contractual Agreement for Services | N/A | Carpenter & Lee Consulting, LLC DBA TOP Consulting | 2315 Littleleaf Lane, Columbus, OH, 43235 |
| 2.688 | Master Service Agreement: Contractual Agreement for Services | N/A | ExlService Holdings, Inc. | 280 Park Avenue, 38th Floor, New York, NY, 10017 |
| 2.689 | Master Service Agreement: Contractual agreement for services | N/A | FireEye, Inc., d/b/a Mandiant | 601 McCarthy Blvd., Milpitas, CA, 95035 |
| 2.690 | Master Service Agreement: Contractual Agreement for Services | N/A | Invisible Ink Communications, LLC | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.691 | Master Service Agreement: Contractual agreement for services | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.692 | Master Service Agreement: Contractual agreement for services | N/A | Lux & Gravis LLC | 7350 E. Progress Place, Suite 100, Greenwood Village, CO, 80111 |
| 2.693 | Master Service Agreement: Contractual agreement for services | N/A | Market Sights, Inc | 300 Broadway, Suite 29, San Francisco, CA, 94133 |
| 2.694 | Master Service Agreement: Contractual Agreement for Services | N/A | Narvar, Inc. | 50 Beale Street, 7th Floor, San Francisco, CA, 94105 |
| 2.695 | Master Service Agreement: Contractual Agreement for Services | N/A | Poppulo, Inc. | 77 Fourth Avenue, 6th Floor, Waltham, MA, 02451 |
| 2.696 | Master Service Agreement: Contractual agreement for services | N/A | TriggerMail, Inc. | 110 William Street, Suite 2800, New York, NY, 10038 |
| 2.697 | Master Service Agreement: Contractual Agreement of Services | N/A | Capture Integration, Inc. | 331 Peter St SW, Suite 102, Atlanta, GA, 30313 |
| 2.698 | Master Service Agreement: Contractual agreement services | N/A | The Full Picture, LLC | 915 Broadway, 24th Floor, New York, NY, 10010 |
| 2.699 | Master Service Agreement: Contractual agreement services | N/A | The Paciello Group, LLC | 7 Pine Street Ext#6 Annex, Nashua, NH, 03060 |
| 2.700 | Master Service agreement: Contractual agreement services | N/A | Themisun | Suite 1610, ower A, Lar Valley International, 168 Guang An Men Wai Street, Beijing |
| 2.701 | Master Service agreement: Contractual agreement services | N/A | Think Interactive, Inc. | 1375 Peachtree St, NE Suite 600, Atlanta, GA, 30309 |
| 2.702 | Master Service Agreement: Contractual Agreement to Services | N/A | Kaiser Consulting, LLC | 34 Grace Drive, Powell, OH |
| 2.703 | Master Service Agreement: Contractual Service Agreement | N/A | Impressionwise, LLC | 140 Island Way, Suite 185, Clearwater, FL, 33767 |
| 2.704 | Master Service Agreement: Creative support to Express | N/A | Zengenius, Inc. | 44 East Prescott Street, Columbus, OH, 43215 |
| 2.705 | Master Service Agreement: data platform providing consulting training and support services | N/A | Hortonworks, Inc. | 5470 Great America Parkway, Santa Clara, CA, 95054 |
| 2.706 | Master Service Agreement: engagement of CMSPI to perform services in each SOW | N/A | CMS Payments Intelligence, Inc. | 55 Ivan Allen Jr Blvd NW, Suite 500, Atlanta, GA, 30308 |
| 2.707 | Master Service agreement: general terms and conditions applicable on all services | N/A | Unbxd Software Pvt. Ltd | #2733 16th cross 27 main, HSR Layout sector 1, bangalore, 560102 |
| 2.708 | Master Service agreement: General terms and conditions for all services | N/A | Radius 8, Inc. | 707 State Road, Suite 105, Princeton, NJ, 08540 |
| 2.709 | Master Service Agreement: General terms and conditions for all services | N/A | Randstad Technologies LP | One Oveton Park, 3625 Cuberland blvd, suite 600, Atlanta, GA, 30339 |
| 2.710 | Master Service Agreement: General terms and conditions of the services. | N/A | MarketVision Research, Inc. | 5151 Pfeiffer Road, Suite 300, Cincinnati, OH, 45242 |
| 2.711 | Master Service Agreement: General terms and conditions of the services. | N/A | Marsh USA Inc. | 200 Public Square, Suite 3760, Cleveland, OH, 44114 |
| 2.712 | Master Service Agreement: Information Technology and Outsourcing Services | N/A | Wipro, LLC | 2 Tower Center Blvd, Suite 2200, East Brunswick, NJ, 08816 |
| 2.713 | Master Service Agreement: Master sourcing agreement describing terms and conditions of buyers and sellers desire to sell or purchase goods. | N/A | Breton Company LLC | 1303 S 1200 W, Springville, UT, 84663 |
| 2.714 | Master Service Agreement: Potential Consulting Services | N/A | Jennifer S. Stone | 104 Shawn Court, Granville, OH, 43023 |
| 2.715 | Master Service Agreement: Products | N/A | Manhattan Telecommunications Corporation LLC | 55 Water Street, 32nd Floor, New York, NY, 10041 |
| 2.716 | Master Service Agreement: Provide services like web design, development, production, marketing consulting, maintenance or other interactive agency services | N/A | Huge LLC | 45 Main Street, Suite 220, Brooklyn, NY, 11201 |
| 2.717 | Master Service Agreement: provide terms and conditions for services provided | N/A | Hylant Group Inc. | 811 Madison Avenue, Toledo, OH, 43604 |
| 2.718 | Master Service Agreement: provide terms and conditions for services provided | N/A | I2U Technologies, Inc | 1429 royal gold Dr., Columbus, OH, 43240 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.719 | Master Service agreement: Provides terms and services under which parties agree to provide services | N/A | ClickTale Inc. | 2120 University Ave., Berkley, CA, 94704 |
| 2.720 | Master Service Agreement: Providing services | N/A | Capture Integration, Inc | 330 Peters St SW, Suite 102, Atlanta, GA, 30313 |
| 2.721 | Master Service Agreement: provision of the services | N/A | TrueSource, LLC | 3235 Levis Commons Blvd., Perrysburg, OH, 43551 |
| 2.722 | Master Service Agreement: Public Relations | N/A | DBA Blogger Contract | |
| 2.723 | Master Service agreement: sets forth the general terms and conditions that will apply to all services provided by Vendor to Company | N/A | Coffee 'n Clothes, LLC | 23679 Calabasas Road, Suite 349, CA, 91302 |
| 2.724 | Master Service Agreement: Software Applications and Platforms | N/A | Wirewax Limited | 2-4 Whitefield Street, London, W1T 2RB, United Kingdom |
| 2.725 | Master Service Agreement: Terms and conditions under which consultant provides services | N/A | Knack Technologies, LLC | 2406 Williams St., Augusta, GA, 30904 |
| 2.726 | Master Service Agreement: Utilizing Wireless Service | N/A | Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/ka/a MeTel | 55 Water Street, 32nd Floor, New York, NY, 10041 |
| 2.727 | Master Service Agreement: Utilizing Wireless Service | N/A | Manhattan Telecommunications Corporation LLC | 55 Water Street, 32nd Floor, New York, NY, 10041 |
| 2.728 | Master Services Agreement | N/A | Armada Ltd | 23 Claire dan Dr., Powell, OH, 43065 |
| 2.729 | Master Services Agreement | N/A | Globant LLC | 875 Howard Street, 3rd Floor, Suite 320, San Francisco, CA, 94103 |
| 2.730 | Master Services Agreement : Contractual Agreement for Services | N/A | AIM Consulting Group, LLC | 8430 W Bryn Mawr Ave., Suite 1150, Chicago, IL, 60631 |
| 2.731 | Master Services Agreement : Contractual agreement for services | N/A | Futerra Sustainability Communications Ltd. | |
| 2.732 | Master services agreement : Contractual agreement for services | 366 | Harris Insights & Analytics, LLC | 300 N Lasalle Street, Ste 5575, Chicago, IL, 60654 |
| 2.733 | Master services agreement : Contractual agreement for services | N/A | Harris Insights & Analytics, LLC | 300 N Lasalle Street, Ste 5575, Chicago, IL, 60654 |
| 2.734 | Master Services Agreement : Contractual agreement for services | N/A | North America Photon Infotech Ltd | France Centre 6th Floor, Corner St Jean Road and Victoria Avenue, Quatre Bornes, 72350 |
| 2.735 | Master Services Agreement : Contractual agreement for services | N/A | NPD Group, Inc. or NPD Intelect, LLC | 900 West Shore Road, Port Washington, New York, NY, 11050 |
| 2.736 | Master Services Agreement : Limited personal license | N/A | Nimble Storage, Inc. | 211 River Oaks Parkway, San Jose, CA, 95134 |
| 2.737 | Master Services Agreement : Purchase of hardware and software | N/A | Fusionstorm | 124 Grove Street, Suite 311, Franklin, MA, 02038 |
| 2.738 | Master Services Agreement: Agreement for Services | N/A | Illinois Wholesale Cash Register Inc. dba IW Technologies, Inc. | 2790 Pinnacle Drive, Elgin, IL, 60124 |
| 2.739 | Master Services Agreement: Brand Tracking Proposal | N/A | Nielsen Consumer Insights, Inc. (formerly known as Harris Interactive Inc.) | 60 Corporate Woods, Rochester, NY, 14623 |
| 2.740 | Master Services Agreement: Bundled ERISA Directed Trustee for Daily Valued Defined Contribution Plans | N/A | Wells Fargo Bank, N.A. | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.741 | Master Services Agreement: Cloud-based private Enterprise Module portal | N/A | Vyzion, Inc. d/b/a KnowledgeHound | 224 N. Des Plaines, Suite 350, Chicago, IL, 60661 |
| 2.742 | Master Services Agreement: Consulting services | N/A | AdeptSource LLC | 205 Cowal Drive South, Spicewood, TX, 78669 |
| 2.743 | Master Services Agreement: Contract for services | N/A | Ampersand Insight LLC | 251 Generations Way, Westerville, OH, 43081 |
| 2.744 | Master Services Agreement: Contract of Services | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.745 | Master Services Agreement: Contract of Services | N/A | Washington Inventory Services dba WIS International | 9265 Sky Park Court, Suite 100, San Diego, CA, 92121 |
| 2.746 | Master Services Agreement: Contractual agreement for services | N/A | AlphaZ Consulting LLC | 7242 Clementine Drive, Irving, TX, 75063 |
| 2.747 | Master Services Agreement: Contractual agreement for services | N/A | Altus Group U.S. Inc. | 910 Ridgebrook Road, Sparks, MD, 21152 |
| 2.748 | Master Services Agreement: Contractual agreement for services | N/A | Apex Systems, Inc. | 4400 Cox Road, Suite 200, Glen Allen, VA, 23060 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.749 | Master Services Agreement: Contractual agreement for services | N/A | Appfire | 15 New England Executive Park, Burlington, MA, 01803 |
| 2.750 | Master Services Agreement: Contractual agreement for services | N/A | Avalon Technology Group, Inc. | 8629 Gosling Way, Powell, OH, 43065 |
| 2.751 | Master Services Agreement: Contractual agreement for services | N/A | Big Panda Inc. | 444 Castro Street, Suite 900, Mountain View, CA, 94041 |
| 2.752 | Master Services Agreement: Contractual agreement for services | N/A | Comm-Works, LLC | 1405 Xenium Lane N., Suite120, Plymouth, MN, 55441 |
| 2.753 | Master Services Agreement: Contractual agreement for services | N/A | Compare Metrics,Inc | 1828 Kramer Lane, Suite B, Austin, TX, 78758 |
| 2.754 | Master Services Agreement: Contractual Agreement for Services | N/A | Conversion Path, Inc. | 1105 Schrock Road, Ste. 200, Columbus, OH, 43229 |
| 2.755 | Master Services Agreement: Contractual agreement for services | N/A | Corptactics, Inc | Plaza Scotiabank Suite 700, 273 Ponce de Leon Ave, San Juan, PR, 00917 1934 |
| 2.756 | Master Services Agreement: Contractual Agreement for Services | N/A | Cotender Labs, LLC | 20036 Overland Trail, Olympia fields, IL, 60461 |
| 2.757 | Master Services Agreement: Contractual agreement for services | N/A | DataMetica Solutions  Incorporated | |
| 2.758 | Master Services Agreement: Contractual Agreement for Services | N/A | Deque Systems, Inc. | 2121 Cooperative Way, Suite 210, Herndon, VA, 20171 |
| 2.759 | Master Services Agreement: Contractual Agreement for Services | N/A | Directions Research, Inc. | 401 E. Court St., Cincinnati, OH, 45202 |
| 2.760 | Master Services Agreement: Contractual agreement for services | N/A | Doug Letwin, LLC | 1222 Marks Road, Apt H, Valley City, OH, 44280 |
| 2.761 | Master Services Agreement: Contractual agreement for services | N/A | Dumonde Trading, Inc | 1407 Broadway, New York, NY, 10018 |
| 2.762 | Master Services Agreement: Contractual agreement for services | N/A | EDJE, LLC | 1491 Polaris Parkway, Suite 191, Columbus, OH, 43240 |
| 2.763 | Master Services Agreement: Contractual agreement for services | N/A | Engagement Agents | Engagement Agents, 24 Eugene Street, Hamilton, ON, L8H2R3, Canada |
| 2.764 | Master Services Agreement: Contractual agreement for services | N/A | Epsilon Data Management, LLC  ICOM Information and Communications L.P. | |
| 2.765 | Master Services Agreement: Contractual agreement for services | N/A | Floyd Consulting, Inc | 1235A N Clybourn, #109, Chicago, IL, 60610 |
| 2.766 | Master Services Agreement: Contractual Agreement for Services | N/A | Formation Brands LLC | 400 Oyster Pt, Suite 200, South San Francisco, CA, 94080 |
| 2.767 | Master Services Agreement: Contractual agreement for services | 1,096 | GPA USA LLC | 9655 De Soto Ave., Chatsworth, CA, 91311 |
| 2.768 | Master Services Agreement: Contractual Agreement for Services | N/A | Kelly Wahl | 4713 Mirabella Place, Lutz, FL, 33558 |
| 2.769 | Master Services Agreement: Contractual Agreement for Services | N/A | Kforce Inc. | 1001 East Palm Ave, Tampa, FL, 33605 |
| 2.770 | Master Services Agreement: Contractual Agreement for Services | N/A | Knowbility, Inc. | 1033 La Posada Dr., Ste. 372, Austin, TX, 78752 |
| 2.771 | Master Services Agreement: Contractual agreement for services | N/A | KSC Studio, LLC dba OneKreate | 2152 Citygate Drive., Columbus, OH, 43219 |
| 2.772 | Master Services Agreement: Contractual agreement for services | N/A | M2 Partners, Inc. | 2 Bloor Street West, Suite 1902, Toronto, ON, M4W 2E3, Canada |
| 2.773 | Master Services Agreement: Contractual agreement for services | N/A | Maestro, LLC | 401 E. Michigan Ave, Suite 202, Kalamazoo, MI, 49007 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.774 | Master Services Agreement: Contractual agreement for services | N/A | MCPc, Inc. | 1801 Superior Ave, Suite 300, Cleveland, OH, 44114 |
| 2.775 | Master Services Agreement: Contractual agreement for services | N/A | Mind Gym (USA) Inc | 13W 36th St, 3rd Floor, New York, 10018, New York, NY, 10018 |
| 2.776 | Master Services Agreement: Contractual agreement for services | N/A | Nesco Service Company DBA Nesco Resource | 425 Metro Place North, suite 680, Dublin, OH, 43017 |
| 2.777 | Master Services Agreement: Contractual agreement for services | N/A | NETech | 5025 Bradenton Avenue, Suite B, Dublin, OH, 43017 |
| 2.778 | Master Services Agreement: Contractual agreement for services | N/A | Neustar, Inc. | 46000 Center Oak Plaza, Sterling, VA, 20166 |
| 2.779 | Master Services Agreement: Contractual agreement for services | N/A | New Horizons CLC of Columbus, LLC | 460 Polaris Parkway, Suite 150, Wesrville, OH, 43082 |
| 2.780 | Master Services Agreement: Contractual agreement for services | N/A | ObservePoint, Inc. | 251 W. River Park Dr., Suite 300, Provo, UT, 84604 |
| 2.781 | Master Services Agreement: Contractual agreement for services | N/A | Online Resources, Inc. | 6251 Clarksville Rd., Waynesville, OH, 45068 |
| 2.782 | Master Services Agreement: Contractual agreement for services | N/A | Pandera Systems, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.783 | Master Services Agreement: Contractual agreement for services | N/A | Perceptyx, Inc. | 28765 Single Oak Dr Suite 250, Temecula, CA, 92590 |
| 2.784 | Master Services Agreement: Contractual agreement for services | N/A | Powerfront Inc, a California LLC | 468 N Camden Dr, Ste 200, Beverly Hills, CA, 90210 |
| 2.785 | Master Services Agreement: Contractual agreement for services | N/A | Precision Dialogue Marketing LLC | 905 Corporate Way, Westlake, OH, 44145 |
| 2.786 | Master Services Agreement: Contractual Agreement for Services | N/A | Quantum Metric, Inc. | 10807 New Allegiance Drive, Ste. 155, Colorado Springs, CO, 80921 |
| 2.787 | Master Services Agreement: Contractual Agreement for Services | N/A | Quench USA, Inc. | 780 Fifth Avenue, Suite 200, King Prussia, PA, 19406 |
| 2.788 | Master Services Agreement: Contractual Agreement for Services | N/A | Show+Tell Productions, Inc. | 50 W 17th St., 11th Floor, New York, NY, 10011 |
| 2.789 | Master Services Agreement: Contractual agreement for services | N/A | Specialist Staffing Solutions, Inc d/b/a Computer Futures | 330 Hudson Street, Suite 304, New York, NY, 10013 |
| 2.790 | Master Services Agreement: Contractual agreement for services | N/A | Sudden Impact Marketing, Inc. | 653 McCorkle Blvd, Suite J, Westerville, OH, 43082 |
| 2.791 | Master Services Agreement: Contractual Agreement for Services | N/A | Trailer Park Inc. | 6922 Hollywood Blvd., Hollywood, CA, 90028 |
| 2.792 | Master Services Agreement: Contractual Agreement for Services | N/A | Triangle Direct LLC | 8420 Chapel Hill Road, Suite 211, Cary, NC, 27513 |
| 2.793 | Master Services Agreement: Contractual agreement for services | N/A | UsableNet, Inc. | 228 Park Ave S, STE 62305, New York, NY, 10003 |
| 2.794 | Master Services Agreement: Contractual agreement for services | N/A | UXPin Inc. | 1134 W El Camino Real, Mountain View, CA, 94040 |
| 2.795 | Master Services Agreement: Contractual agreement for services | N/A | ValueClick, Inc. | 101 North Wacker Drive, Suite 2300, Chicago, IL, 60606 |
| 2.796 | Master Services Agreement: Contractual Agreement for Services | N/A | Vira Solutions LLC | 400 East Tremont, Charlotte, NC, 28203 |
| 2.797 | Master Services Agreement: Contractual agreement for Services | N/A | W. Capra, LLC | 221 N. LaSalle Street, Suite 1325, Chicago, IL, 60601 |
| 2.798 | Master Services Agreement: Contractual Agreement for Services | N/A | Wednesday New York LLC | 245 Fifth Avenue, Fl. 25, NY, NY, 10016 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.799 | Master Services Agreement: Contractual Agreement to Services | N/A | Presidio Networked Solutions, Inc | 5025 Bradenton Ave, Dubli, OH, 43017 |
| 2.800 | Master Services Agreement: Contractual Obligation of Services | N/A | Portfolio Creative, LLC | 777 Goodale Blvd, Ste 300, Columbus, OH, 43212 |
| 2.801 | Master Services Agreement: Contractual Service Agreement | N/A | Illinois Wholesale Cash Register, Inc., d/b/a, IW Technologies, Inc., | 2790 Pinnacle Drive, Elgin, IL, 60124 |
| 2.802 | Master Services Agreement: Contractual Service agreement | N/A | Slalom, LLC, dba Slalom Consulting | 821 2nd Ave, # 1900, Seattle, WA, 98104 |
| 2.803 | Master Services Agreement: Contractual Services agreement | N/A | Krotos Group, LLC | Krotos Group LLC, 25502 Par Point Ct, Spring, TX, 25502 |
| 2.804 | Master Services Agreement: Contractual Services agreement | N/A | Leading EDJE, LLC | Leading EDJE, LLC, 1491 Polaris Parkway, Suite 191, Columbus, OH, 43240 |
| 2.805 | Master Services Agreement: Contractual Services Agreement | N/A | Rimini Street, Inc. | 3993 Howard Hughes Parkway, Suite 500, Las Vegas, NV, 89169 |
| 2.806 | Master Services Agreement: Contractual Services Agreement | N/A | Risen Path Consulting LLC | 115 Longleaf Street, Pickerington, OH, 43147 |
| 2.807 | Master Services Agreement: Contractual Services Agreement | N/A | Robert Half International Inc. | 2 Easton Oval, Suite 125, Columbus, OH, 43219-6013 |
| 2.808 | Master Services Agreement: Contractual services agreement | N/A | SMK Workforce Solutions, LLC | 718 Coleman Place, Westfield, NJ, 07090 |
| 2.809 | Master Services Agreement: Contractual Services Agreement | N/A | Social Native Inc | 9935 S. Santa Monica Blvd, Beverly Hills, CA, 90212 |
| 2.810 | Master Services Agreement: Contractual Services Agreement | N/A | Sogeti USA LLC | 7735 Paragon Road, Dayton, OH, 45459 |
| 2.811 | Master Services Agreement: Contractual Services Agreement | N/A | UXPin Inc. | 1134 W El Camino Real, Mountain View, CA, 94040 |
| 2.812 | Master Services Agreement: Contractual services of agreement | N/A | AlphaZ Consulting LLC | 7242 Clementine Drive, Irving, TX, 75063 |
| 2.813 | Master Services Agreement: Contractual Services of Agreement | N/A | VaynerMedia, LLC | 10 Hudson Yards, Floor 25, New York, NY, 10001 |
| 2.814 | Master Services Agreement: Contractual Services of Agreement | N/A | Velocidi, LLC | 115 East 23rd Street, 3rd Floor, New York, NY, 10010 |
| 2.815 | Master Services Agreement: Custom Content | N/A | Shutterstock | The Empire State Building, 350 Fifth Avenue, 21st Floor, New York, NY, 10118 |
| 2.816 | Master Services Agreement: Details of buyer and Seller | N/A | Savar Sweaters Ltd. | |
| 2.817 | Master Services Agreement: Ecommerce | N/A | Zoco Design | 1122 Cambridge Blvd, Columbus, OH, 43212 |
| 2.818 | Master Services Agreement: Flashtalking platforms | N/A | Flashtalking Inc | 142 W 36th Street, NY, NY, 10018 |
| 2.819 | Master Services Agreement: Frame Enterprise License | N/A | Frame.io, Inc. | 345 Park Ave., San Jose, CA, 95110 |
| 2.820 | Master Services Agreement: General terms and conditions | N/A | Brand Value Accelerator, LLC | 600 W. Broadway, Suite 450, San Diego, CA, 92101 |
| 2.821 | Master Services Agreement: General terms and conditions | N/A | Chronic Zeal Incorporated | Chronic Zeal Incorporated, 505 Vine Street, Selinsgrove, PA, 17870 |
| 2.822 | Master Services Agreement: General terms and conditions applicable to all services | N/A | Chronic Zeal Incorporated | Chronic Zeal Incorporated, 505 Vine Street, Selinsgrove, PA, 17870 |
| 2.823 | Master Services Agreement: General terms and conditions applicable to all services | N/A | Cincinnati Bell Technologies Solutions, Inc. | Cincinnati Bell Technologies Solutions, Inc. |
| 2.824 | Master Services Agreement: General terms and conditions communications services | N/A | Level 3 Communications LLC | Level 3 Communications, LLC, 1025 Eldorado Blvd., Broomfield, CO, 80021 |
| 2.825 | Master Services Agreement: General terms and conditions for all services | N/A | Renn Enterprises, LLC | 8589 Wexford Ave, Cincinnati, OH, 45236 |
| 2.826 | Master Services Agreement: General terms and conditions for all services | N/A | Rentokil North America. Inc. | 125 Berkshire Boulevard, Suite 150, Wyomissing, PA, 19610 |
| 2.827 | Master Services Agreement: General terms of Vendor's provision of services | N/A | Aquent, LLC | 711 Boylston Street, Boston, MA, 02116 |
| 2.828 | Master Services Agreement: General terms of vendors provision of services | N/A | Resources Connection LLC, d/b/a Resources Global Professionals | 17101Armstro ng Ave., Irvine, CA, 92614 |
| 2.829 | Master Services Agreement: General terms of vendor's provision of services | N/A | 30xi, LLC | P.O. Box 2458, Westerville, OH, 43086-2458 |
| 2.830 | Master Services Agreement: General terms of vendor's provision of services | N/A | Accuvant, Inc. | 1125 17th Street, Suite 1700, Denver, CO, 80202 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.831 | Master Services Agreement: General terms of Vendor's provisions of services | N/A | Atrium Staffing, LLC | 71 Fifth avenue, 3rd floor, New York, NY, 10003 |
| 2.832 | Master Services Agreement: General terms of vendor's services | N/A | Baax, LLC | 65 E Gay St, 5 Suite 220, Columbus, OH, 43215 |
| 2.833 | Master Services Agreement: General terms of vendor's services | N/A | Baymard Institute | Kastanie Alle 41, Farum, 3520 |
| 2.834 | Master Services Agreement: Governs the terms and conditions | N/A | Poppulo, Inc. | 77 Fourth Avenue, 6th Floor, Waltham, MA, 02451 |
| 2.835 | Master Services Agreement: identifying potential employees | N/A | Great Northern Consulting, LLC | |
| 2.836 | Master Services Agreement: Integrated Claims Administration Cost Containment Program | N/A | CorVel Enterprise Comp, Inc. | 2010 Main Street, Suite 600, Irvine, CA, 92614 |
| 2.837 | Master Services Agreement: Labor Standards, Operational Improvement Recommendations | N/A | Connors Group | 645 East Pittsburgh Street, Suite 242, Greensburg, PA, 15601 |
| 2.838 | Master Services Agreement: Marketing Services | N/A | Jebbit, Inc | 280 Summer Street, Floor 7, Boston, MA, 02210 |
| 2.839 | Master Services Agreement: On-Site IT recruiting support | N/A | Fast Switch, Ltd. | 4900 Blazer Parkway, Dublin, OH, 43017 |
| 2.840 | Master Services Agreement: Oracle Peoplesoft Application Support | N/A | Motown Group, LLC | 1111 East 54th St, Suite 209, Indianapolis, IN, 46220 |
| 2.841 | Master Services Agreement: Payroll Tax Processing Services | N/A | Ceridian Canada Ltd. | 3311 East Old Shakopee Road, Minneapolis, MN, 55425 |
| 2.842 | Master Services Agreement: Placement related services | N/A | Agility Partners, LLC | 579 E Rich St., Suite 102, Columbus, OH, 43215 |
| 2.843 | Master Services Agreement: Promotional Services | N/A | Databilty Solutions Inc.(iZooto) | 955 Escalon Avenue, Apt 305, Macara Gardens, Sunnyvale, CA, 94085 |
| 2.844 | Master Services Agreement: Providing vendor materials | N/A | Brooks Bell Interactive, Inc | 711 Hillsborough Street, Suite 200, Raleigh, NC, 27603 |
| 2.845 | Master Services Agreement: Providing work products | N/A | Midfield Interactive Corp. | 64 Hatt St. 2nd Fl, Dundas, ON, L9H 7T6, Canada |
| 2.846 | Master Services Agreement: Providing work products | N/A | Systems Integration Specialist | 7086 Pleasant Colony Circle, Blacklick, OH, 43004 |
| 2.847 | Master Services Agreement: Providing work products | N/A | Ypulse, Inc | 228 Park Avenue S, #39851, New York, NY, 10003 |
| 2.848 | Master Services Agreement: Providing work products | N/A | Zafu, Inc. | 12 Celeste Court, Novato, CA, 94947 |
| 2.849 | Master Services Agreement: Public relations and influencer services | N/A | LaForce & Company, LLC | 41 East 11th Street, New York, NY, 10003 |
| 2.850 | Master Services Agreement: Purchase and Sale of Goods | N/A | Formation Brands LLC | 400 Oyster Pt, Suite 200, South San Francisco, CA, 94080 |
| 2.851 | Master Services Agreement: Reply to Create & Cultivate Desert Pop-Up Agreement | N/A | Creative Circle, LLC | 5900 Wilshire Blvd, 11th Floor, Los Angeles, CA, 90036 |
| 2.852 | Master Services Agreement: Research | N/A | The Levo League LLC | The Levo League LLC, 1 Union Square, West 701, New York, NY, 10003 |
| 2.853 | Master Services Agreement: SEO Platform | N/A | Conductor Inc. | 2 Park Avenue, 15th Floor |
| 2.854 | Master Services Agreement: Services provided by the vendor | N/A | NS8 Inc. | 241 W. Charleston Blvd., Las Vegas, NV, 89102 |
| 2.855 | Master Services Agreement: Services provided by the vendor | N/A | Nu Technology Inc | 825 Corporate Way, Fremont, CA, 94539 |
| 2.856 | Master Services Agreement: Services provided by the vendor | N/A | NuOrder Inc. | 900 Hilgard Ave, Los Angeles, CA, 90024 |
| 2.857 | Master Services Agreement: Services provided by the vendor | N/A | NXGN Inc. | 230 South Clark Street, Ste 225, Chicago, IL, 60604 |
| 2.858 | Master Services Agreement: Services provided by Vendor | N/A | LaForce & Company, LLC | 41 East 11th Street, New York, NY, 10003 |
| 2.859 | Master Services Agreement: Services provided by vendor | N/A | Schneider Downs & Co., Inc. | 41 S High Street, Suite 2100, Columbus, OH, 43215 |
| 2.860 | Master Services Agreement: Services provided by vendor | N/A | Scott Heidelberg Productions, Inc. | |
| 2.861 | Master Services Agreement: Services provided by vendor | N/A | Scott Q Consulting, LLC | 4405 Valley Quail Blvd North, Westerville, OH, 43081 |
| 2.862 | Master Services Agreement: Services provided by vendor | N/A | SecureState LLC | 23340 Miles Road, Bedford Heights, OH, 44128 |
| 2.863 | Master Services Agreement: Services provided by Vendor | N/A | Teads Inc | 55 5th Avenue, 17th Floor, New York, NY, 10003 |
| 2.864 | Master Services Agreement: Shifts by Snagajob | N/A | Snag.Work, LLC | 4851 Lake Brook Drive, Glen Allen, VA, 23060 |
| 2.865 | Master Services Agreement: SignUp product subscription | N/A | SignUp4, LLC. | Two Securities Centres, 3500 Piedmont Road N.E., Suite 625, Atlanta, GA, 30305 |
| 2.866 | Master Services Agreement: Software and Hardware related services | N/A | Contract Datascan, LP | 2941 Trade Center, #100, Carrollton, TX, 75007 |
| 2.867 | Master Services Agreement: Software Platform Services | N/A | UserTesting, Inc. | 144 Townsend Street, San Francisco, CA, 94107 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.868 | Master Services Agreement: Software, Professional & Telecommunication | N/A | Five9, Inc. | 4000 Executive Parkway, Suite 400, San Ramon, CA, 94583 |
| 2.869 | Master Services Agreement: Sourcing & Production | N/A | Zeroz | 17 East Gay Street, Columbus, OH, 43215 |
| 2.870 | Master Services Agreement: Supplemental Staffing Services provided by Vendor | N/A | TEKsystems, Inc. | 7437 Race Road, Hanover, MD, 21076 |
| 2.871 | Master Services Agreement: Support vendor services | 731 | Alorica Inc. | 5161 California Ave., Suite 100, Irvine, CA, 92617 |
| 2.872 | Master Services Agreement: Terms and Conditions and the applicable Scope of Services | N/A | Red Points Solutions, S.L. | Carrer de Berlín 38, 1ª, Barcelona, 08029 |
| 2.873 | Master Services Agreement: Terms and conditions for services. | N/A | Andrew M Cartica | 220 E Front St New, Bern, NC, 28560 |
| 2.874 | Master Services Agreement: Terms and conditions for services. | N/A | Web Analytics Demystified Inc. | PO Box 589, Camas, WA, 98607 |
| 2.875 | Master Services Agreement: The terms and conditions of the services including technical, strategy, analytic. account management and customer support. | N/A | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.876 | Master Services Agreement: Training programs and training services | N/A | AchieveGlobal, Inc. | 170 West Election Road, Suite 201, Draper, UT, 84020 |
| 2.877 | Master Services Agreement: Travel Management services | 1,096 | Egencia, LLC | Egencia, LLC, 666 Third Avenue, 4th Floor, New York, NY, 10017 |
| 2.878 | Master Services Agreement: Vendor to Company provided services. | N/A | Inn Between Ventures, LLC | 2615 Camden Road, Columbus, OH, 43221 |
| 2.879 | Master Services Agreement: Vendor to Company provided services. | N/A | Insight Global | 4170 Ashford Dunwoody Rd., Atlanta, GA, 30319 |
| 2.880 | Master Services Agreement: Vendor to Company provided Services. | N/A | Interactive Services, Ltd. | Damastown Technology Park, Unit 1 Mulhuddart, Dublin, 15 |
| 2.881 | Master Services Agreement: Work product & materials deliverable | N/A | Franklin Computer Services Group, Inc | 2800 Corporate Exchange Drive, Suite 215, Columbus, OH, 43231 |
| 2.882 | Master Services Subscription Agreement: Software Subscription | N/A | Elo Touch Solutions, Inc. | Elo Touch Solutions, Inc., Attn: General Counsel, 1033 McCarthy Blvd., Milpitas, CA, 95035 |
| 2.883 | Master Servicing Agreement: Terms of services | N/A | ICF Incorporated LLC | 9300 Lee Highway, Fairfax, VA, 22031 |
| 2.884 | Master Software and Services Agreement: Professional services specified in an Order, excluding Support. | N/A | UiPath Inc. | |
| 2.885 | Master Software as a Service Agreement: Customer's integration and use of the application | N/A | Mirakl, Incorporated | Kamal Kirpalani, 485 Massachusetts Ave., Suite 300, Cambridge, MA, 02139 |
| 2.886 | Master Software as a Services Agreement: Internet-based appointment scheduling and event registration product and related online service | N/A | TimeTrade Systems | 100 Ames Pond Drive, Suite 100, Tewksbury, MA, 01876 |
| 2.887 | Master Software License and Services Agreement: QuickStart, Security Consulting and Training Services | N/A | Tenable Network Security, Inc. | 7021 Columbia Gateway Drive, Suite 500, Columbia, MD, 21046 |
| 2.888 | Master Solutions Agreement: Order-Specific Terms | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.889 | Master Sources Agreement | N/A | Orange Circle Studio Corporation (DBA: Studio Oh!) | |
| 2.890 | Master Sourcing Agreement : Sale and purchase of goods | N/A | Towds COMPANY INC | |
| 2.891 | Master Sourcing Agreement : Sale and purchase of goods | N/A | Two One TWO New York Inc. | 1410 Broadway, Suite 2104, New York, NY, 10018 |
| 2.892 | Master Sourcing Agreement Review: Purchase and Sale of goods | N/A | Sun & Sea Trading Company, Inc. | 7W 24 Street, Suite 3F, New York, NY, 10010 |
| 2.893 | Master Sourcing Agreement: Amend and restate the Original Agreement | N/A | Richa Global Exports Pvt. Ltd | 294 Udyog Vihar, Phase-II, Gurgaon-122016, Haryana, India |
| 2.894 | Master Sourcing Agreement: Apparel Sourcing & Production | N/A | Manchu Times Fashion Limited | |
| 2.895 | Master Sourcing Agreement: Consulting Services | N/A | Bing Bang S Corp. | 265 Canal Street, Suite 513, New York, NY |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.896 | Master Sourcing Agreement: Contract of Good Services | N/A | Paddywax LLC | 3343 Aspen Grove Dr., Suite 200, Franklin, TN, 37067 |
| 2.897 | Master Sourcing Agreement: Contract of Goods Service | N/A | Owen & Fred Corp | |
| 2.898 | Master Sourcing Agreement: Contractual agreement for Purchases | N/A | Ok Originals Ltd | 389 5th Ave #800, New York, NY, 10016 |
| 2.899 | Master Sourcing Agreement: Contractual Agreement for Services | N/A | Adopted Inc. | 584 Broadway, Rm 603, New York, NY, 10012-5243 |
| 2.900 | Master Sourcing Agreement: Contractual agreement for services | N/A | Blue Crane Studio | 33 35th Street, 2nd Floor, Suite 211B, Brooklyn, NY, 11232 |
| 2.901 | Master Sourcing Agreement: Contractual Agreement for Services | N/A | Cores Accessories Ltd. | 9F-3 No 57, Sec. 3, Min-Sheng E. Road, Taipei |
| 2.902 | Master Sourcing Agreement: Contractual agreement for services | N/A | Eastern Collective LLC | Burlington, VT, 05401 |
| 2.903 | Master Sourcing Agreement: Contractual agreement for services | N/A | Eastland Shoe Corp. | 4 Meetinghouse Road, Freeport, ME, 04032 |
| 2.904 | Master Sourcing Agreement: Contractual agreement for services | N/A | Eccolo Ltd | 1425 37th Street, Brooklyn, NY, 11218 |
| 2.905 | Master Sourcing Agreement: Contractual Agreement for Services | N/A | Innovative Creative Solutions (ICS) | 5835 Green Pointe Drive South B, Groveport, OH, 43125 |
| 2.906 | Master Sourcing Agreement: Contractual Agreement for Services | N/A | Int, S.A | |
| 2.907 | Master Sourcing Agreement: Contractual agreement for services | N/A | Lulu Inc dba Olinne Atelier | 3401 Thorndyke Ave W, Ste 110, Seattle, WA, 98109 |
| 2.908 | Master Sourcing Agreement: Contractual agreement for services | N/A | Nick Graham Logistics, LLC | 80 West 40th Street, Suite 22, New York, NY, 10018 |
| 2.909 | Master Sourcing Agreement: describes sale and purchase of goods and services through exchanging 1 or more written or electronic medium | N/A | Collection 18 | 1370 broadway, 17 FL, New york, NY, 10018 |
| 2.910 | Master Sourcing Agreement: Goods pursuant to the Amended and Restated Master Sourcing Agreement (the "Agreement") | N/A | Richline Group, Inc. | 49 Pearl Street, Attleboro, MA, 02703 |
| 2.911 | Master Sourcing Agreement: Goods related Services | N/A | Creative Recreation, LLC | 6420 Wilshire Blvd, 18th FL, Los Angeles, CA, 90048 |
| 2.912 | Master Sourcing Agreement: Goods related services | N/A | Eteen Market Co.Ltd. | 6F., No.467, Sec.6,Zhongxiao E.Rd., Nangang Dist, Taipei City, 115 |
| 2.913 | Master Sourcing Agreement: Goods related Services | N/A | Lumondi, Inc. | 2301 Kerner Blvd, San Rafael, CA, 94901 |
| 2.914 | Master Sourcing Agreement: Goods related services | N/A | Unique Fashion (HK) Limited | Flat A, 7/F Wing Cheung Industrial Building, 58-70 Kwai Cheong Road, Kwai Chung, NT |
| 2.915 | Master Sourcing Agreement: Goods, including all packaging, components, materials, containers, and labels in | N/A | Kenilworth Creations Inc. | 30 Jefferson Park Rd., Warwick, RI, 02888 |
| 2.916 | Master Sourcing Agreement: Goods, including all packaging, components, materials, containers, and labels in connection therewith, and services related thereto. | N/A | Unlimited Foortwear Group B.V. | Grotestraat 2, Waalwijk, 5141 HA |
| 2.917 | Master Sourcing Agreement: Master agreement regarding purchases and sales of goods | N/A | Bossong Hosiery Mills Inc | |
| 2.918 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Alpargatas USA Inc | 33 E 33rd Street, Suite 501, New York, NY, 10016 |
| 2.919 | Master Sourcing Agreement: Purchase and sale of goods | N/A | American Fashion Accessories, Inc | 5500 Union Pacific Ave, Commerce, CA, 90022 |
| 2.920 | Master Sourcing Agreement: Purchase and sale of goods | N/A | American International Industries | 2220 Gaspar Avenue, Los Angeles, CA, 90040 |
| 2.921 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Arden Jewelry Mfg. Co. | |
| 2.922 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Fortune Footwear, Inc. | |
| 2.923 | Master Sourcing Agreement: Purchase and sale of goods | N/A | G. Hensler | 160 S. Linden Ave, No. 200, South San Francisco, CA, 94080 |
| 2.924 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Galore Group Inc | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.925 | Master Sourcing Agreement: Purchase and sale of goods | N/A | GMPC LLC | le 33rd, 2nd floor, New York, NY, 10016 |
| 2.926 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Motley Ventures LLC | 253 S Broadway #204, Los Angeles, CA, 90012 |
| 2.927 | Master Sourcing Agreement: Purchase and Sale of Goods | N/A | Poong in Trading Co.,Ltd. | Mullaedong 3- samga, 19F/ Ace, High Tech city, b/S 2 Dong, Yeongdeungpo-gu, Seoul, 150-834, Korea |
| 2.928 | Master Sourcing Agreement: purchase and sale of goods | N/A | Randa Accessories Weather Goods | |
| 2.929 | Master Sourcing Agreement: purchase and sale of goods | N/A | Randa Corp | 417 5TH Avenue, 11th floor, New York, NY, 10016 |
| 2.930 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Scatter Catch LLC dba Zeroz | 17 East Gay St., Columbus, OH, 43215 |
| 2.931 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Strong Brand Lab, LLC | 17210 Marquardt Ave, Cerritos, CA, 90703 |
| 2.932 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Styline Studios, LLC | 55 Lumber R.D., Roslyn, NY, 11577 |
| 2.933 | Master Sourcing Agreement: Purchase and sale of goods | N/A | Suy Co., Ltd | Dowon-BLDG, 461, Yeoksam-ro, Seoul |
| 2.934 | Master Sourcing Agreement: Purchase and sale of goods | N/A | The Casery, Inc. | 3679 Motor Ave., Suite 200, Los Angeles, CA, 90034 |
| 2.935 | Master Sourcing Agreement: Purchase and sale of goods | N/A | The Old Trail Printing Co. | |
| 2.936 | Master sourcing agreement: Purchase and sale of goods | N/A | Timbukz Designs Inc. | 583 Shotwell street, San Francisco, CA, 94110 |
| 2.937 | Master Sourcing Agreement: Purchase and sale of goods | N/A | TTI Global Resources Hong Kong Limited | 36/f Tower, Two Times Square Imateson st., Causeway bay |
| 2.938 | Master Sourcing Agreement: Purchase and sale of Goods. | N/A | Maritime Supply Co., LLC | 365 St. Mark rd, Taylors, SC, 29687 |
| 2.939 | Master sourcing agreement: Purchase and sales of goods | N/A | Cait & Co Enterprises, LLC | 976 Jefferson StNW, suite E, Atlanta, GA, 30318 |
| 2.940 | Master Sourcing Agreement: Purchase and sales of goods | N/A | Fantas Eyes Inc | 385 Fifth Avenue, 9FL, NY, NY |
| 2.941 | Master Sourcing Agreement: Purchase and sales of goods | N/A | Frausto & Co | 1229 N branoch st, suite 219 |
| 2.942 | Master Sourcing Agreement: Purchase and sales of goods | N/A | Fringe Studio, LLC | Culver city, CA, 90230 |
| 2.943 | Master Sourcing Agreement: Purchase and sales of goods | N/A | Great China Empire Ltd | Unit 7, 9th Floor, Topsail Plaza 11,1 On Sum Street, Shek Mun, Shatin, New Territories |
| 2.944 | Master Sourcing Agreement: Purchase and sales of goods | N/A | Ideas108 LLC | 35 West 35th St., Suite 1203, New York, NY, 10001 |
| 2.945 | Master Sourcing Agreement: Purchase and sales of goods | N/A | Robert Mason Co. LLC | 175 S Third Street, Suite 300, Columbus, OH, 43215 |
| 2.946 | Master Sourcing Agreement: Purchase and sales of goods | N/A | SAE-A Trading Co., Ltd. | 429 Yeongdong - Daero, SAE -A Building |
| 2.947 | Master Sourcing Agreement: Purchase goods from seller | N/A | Dolce Vita Footwear, Inc | 78 13150 SE 32nd St, Bellevue, WA, 98055 |
| 2.948 | Master Sourcing Agreement: Purchase of Goods | N/A | Gwo Chyang Biotech Co. Ltd | No. 20 Xinzhong Rd, South District, Tianan City, 70252 |
| 2.949 | Master Sourcing Agreement: Purchase of goods | N/A | Hallmark Marketing Corp LLC, DBA Easy, Tiger | 1408W 12th St., Suite 100, Kansas City, MO, 64101 |
| 2.950 | Master Sourcing Agreement: Purchase of goods from Chez Gagne | N/A | Chez Gagne, LLC | Chez Gagne, LLC |
| 2.951 | Master sourcing agreement: Purchase of goods. | N/A | Case-Mate, Inc. | Central parkway, Suite 1050, Atlanta, GA, 30328 |
| 2.952 | Master Sourcing Agreement: Purchase of goods. | N/A | Casio America Inc. | 570 Mount Pleasant Avenue, Dover, NJ, 07801 |
| 2.953 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Batallure Beauty, LLC | 104 Carnegie Center, Suite 202, Princeton, NJ, 08540 |
| 2.954 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | GG International Manufacturing CO.LTD. | GG Bldg, 192 Jang Chung Dan Ro, Jung-gu, Seoul |
| 2.955 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Harbor Footwear Group, Ltd | 55 Harbor Park Drive Port, Washington, NY, 11050 |
| 2.956 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | L&S VINA Co.,Ltd | L&S VINA Co., Ltd, Hoa Lan Hamlet, Thuan Giao Commune, Thuan An District, Binh Duong, Province |
| 2.957 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Lana Fashionwear, Inc. | Lana Fashionwear, Inc, 240 west 37th St., 4th FLR, NY, NY, 10018 |
| 2.958 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Lee&Choi Manufacturing Apparel, Inc. | Lee&Choi Manufacturing Apparel, Inc, Block8 LOT11 PHASE 2, PEZA, ROSARIO CAVITE |
| 2.959 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Lesilu Productions, Inc. | Lesilu Productions, Inc, 16 West 36th Street, New York, NY, 10018 |
| 2.960 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Lesli Dale Jewelry Inc. | Lesli Dale Jewelry Inc., 60 West 38th St, 3rd Floor, New York, NY, 10018 |
| 2.961 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Los Angeles Trading Company LLC | Los Angeles Trading Company LLC, 14024 Kagel Canyon St, Arleta, CA, 91331 |
| 2.962 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Sequin, LLC | 234 W. 39th St., Floor 10, New York, NY, 10018 |
| 2.963 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Skeem Inc | 751 N. Taylor st., Philadelphia, PA, 19130 |
| 2.964 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Skinny and Company LLC | 5742 W. 74thSt., INDIANAPOLIS, IN, 46278 |
| 2.965 | Master Sourcing Agreement: Purchases and Sales of Goods | N/A | Snowden Brothers DBA Jane and the Shoe | 425 Pontius Ave N, Suite 420, Seattle, WA, 98109 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.966 | Master Sourcing Agreement: Sale and Purchase of goods | N/A | FAF, Inc. and Catherine Stein Design | 26 Lark Industrial Pkwy, Greenville, RI, 02828 |
| 2.967 | Master Sourcing agreement: Sale and purchase of goods | N/A | Maesa LLC | 40 Worth Street, Suite 705, New York, NY, 10013 |
| 2.968 | Master Sourcing Agreement: Sale and purchase of goods | N/A | NPW-USA Inc | 1101 St. Gregory St., Ste 200, Cincinnati, OH, 45202 |
| 2.969 | Master Sourcing Agreement: Sale and Purchase of goods | N/A | Paradigm Industriec, Inc. | 13344 S Main St., Unit C, Los Angeles, CA, 90061 |
| 2.970 | Master Sourcing Agreement: Sale of goods | N/A | Sunnylife LLC | 300 N Crescent Heights Blvd, Los Angeles, CA, 90048 |
| 2.971 | Master Sourcing Agreement: Sale of goods | N/A | Superga USA | |
| 2.972 | Master Sourcing Agreement: Sale of goods | N/A | Taesung Jewelry Co., Ltd | |
| 2.973 | Master Sourcing Agreement: sale purchase of goods and services | N/A | Triple 7 Global, Inc | 114 W. ELMYRA ST, LOS ANGELES, CA, 90012 |
| 2.974 | Master Sourcing Agreement: sale purchase of goods and services | N/A | True Fabrications dba True Brands | |
| 2.975 | Master Sourcing Agreement: Sell goods, including all packaging, components, materials, containers, and labels in connection therewith, and services related thereto | N/A | Kitsch LLC | 719 S Los Angeles St #908, Los Angeles, CA, 90014 |
| 2.976 | Master Sourcing Agreement: Sell goods, including all packaging, components, materials, containers, and labels in connection therewith, and services related thereto | N/A | KL Primetex Guatemala S.A. | Km. 39, Carretera Al Pacifico, Parque Industrial Planta A, Palin, Escuintla |
| 2.977 | Master Sourcing Agreement: Sell goods, including all packaging, components, materials, containers, and labels in connection therewith and services related thereto | N/A | International Intimates Inc | 31 West 34th St., 9th Floor, New York, NY, 10001 |
| 2.978 | Master Sourcing Agreement: Seller wants to sell goods to the buyer | N/A | August Hat Company | 3051 Sturgis RD., Oxnard, CA, 93030 |
| 2.979 | Master Sourcing Agreement: Sells goods and services to Eins | N/A | Eins Vina Co., Ltd. | Eins Vina Co., Ltd., 7A Thong Nhat Road, Song Than Industrial Zone II, Dian District, Binh Duong Province |
| 2.980 | Master Sourcing Agreement: Sells goods and services to EIS | N/A | EIS North America Corporation ERBA Tekstil Mumessillik  Ve Dis Tic, AS | |
| 2.981 | Master Sourcing Agreement: Sells goods to Circa | N/A | Circa Corporation of America | |
| 2.982 | Master Sourcing Agreement: Service of Goods | N/A | Dartboard Media, LLC | |
| 2.983 | Master Sourcing Agreement: Service related to purchase and sale of goods | N/A | Brickell Brands LLC | 3245 Virginia St, #9, Miami, FL, 33/33 |
| 2.984 | Master Sourcing Agreement: Services for purchase and sale of goods | N/A | Melie Bianco Accessories, Inc | 1900 New York Dr, Altadena, CA, 91001 |
| 2.985 | Master Sourcing Agreement: Services related to Goods | N/A | Aliphcom dba Jawbone | 99 Rhode Island Street, San Fransisco, CA, 94103 |
| 2.986 | Master Sourcing Agreement: Services related to Goods | N/A | Bernardo Mfg Div of Winkler Group Ltd | Subchapter's Corp, RI |
| 2.987 | Master Sourcing Agreement: Services related to Goods | N/A | Bespoke Fashion LLC | 275 Madison Ave, 26th Floor, New York, NY, 10016 |
| 2.988 | Master Sourcing Agreement: Services related to Goods | N/A | Big Mouth Inc. | 655 Winding Brook Dr, Glastonbury, CT, 06033 |
| 2.989 | Master Sourcing Agreement: Services related to Goods | N/A | Blind Barber Grooming, LLC | 339 East 10th Street, New York, NY, 10009 |
| 2.990 | Master Sourcing Agreement: Services related to Goods | N/A | Bliss Manufacturing Direct LLC | 336 W 37th Street, Suite 1580, New York, NY, 10018 |
| 2.991 | Master Sourcing Agreement: Services Related to Goods | N/A | Izola, Inc | 565 Windsor Dr, Secaucus, NJ, 07094 |
| 2.992 | Master Sourcing Agreement: Services Related to Goods | N/A | Jac Vanek LLC | 2967 Randolph Ave, Unit B, Costa Mesa, CA, 92626 |
| 2.993 | Master Sourcing Agreement: Services related to Goods | N/A | Jessica Elliot, Inc | 3151 Cahvenga BLVD W#203, Los Angeles, CA, 90068 |
| 2.994 | Master Sourcing Agreement: Services related to Goods | N/A | Junk Food Clothing | 525 7th Ave, Suite 308, New York, NY, 10018 |
| 2.995 | Master Sourcing Agreement: Services related to Goods | N/A | Meri Meri, Inc. | 111 Anza Blvd, Ste 100, Burlingame, CA, 94010 |
| 2.996 | Master Sourcing Agreement: Services related to goods | N/A | Pt. Eins Trend Corporation | |
| 2.997 | Master Sourcing Agreement: Services related to goods | N/A | Pt. Good Guys Indonesia Manufacturing | |
| 2.998 | Master Sourcing Agreement: Services related to goods | N/A | Pt. Harapan Busana Apparel Manufacturing | Jln.Sumafera Blok D.No: 22-A, KBN Cakung Jakut, Jakarta, 14140 |
| 2.999 | Master Sourcing Agreement: Services related to goods | N/A | Pt. Sam Kyung Jaya Garments | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1000 | Master Sourcing Agreement: Services related to goods | N/A | Pt. Star Camtex Manufacturing | Jln.Raya Cakung Cillncing, KBN, JL, Jawa III blok C21A, Jakarta Utara, 14140 |
| 2.1001 | Master Sourcing Agreement: Services Related to Goods | N/A | Qingdao Taesung Jewelry Co. Ltd | |
| 2.1002 | Master Sourcing Agreement: Services Related to Goods | N/A | Qingdao Wokai Crafts Co., Ltd | No.6 Xiecheng Road, Litiving Industrial Park, Qingdao City, China, Qingdao City |
| 2.1003 | Master Sourcing Agreement: Services Related to Goods | N/A | SJ Homes LLC dba Spark Home LLC | 756 S Jason St, Unit B, Denver, CO, 80223 |
| 2.1004 | Master Sourcing Agreement: Services related to Goods | N/A | SS Vina Co., Ltd | 1/182 Hoa Lan 2nd Zone, Thuan Giao Ward, Thuan An Town, Binh Duong Province |
| 2.1005 | Master Sourcing Agreement: Services related to Goods | N/A | Stilnovo S.P.A | 15 W 37th St., 2nd Floor, New York, NY, 10018 |
| 2.1006 | Master Sourcing Agreement: Services related to Goods | N/A | Zenta LLC dba B'Livinn | |
| 2.1007 | Master Sourcing Agreement: Sourcing agreement (purchase of goods e.g., packaging, materials, etc.) | N/A | 8 Oak Lane, LLC | 3601 SE Ocean Blvd #103, Sewall's Point, FL, 34996 |
| 2.1008 | Master Sourcing Agreement: Supplier checklist | N/A | Arvo Wear LLC | 14832 S. Concorde Park Dr., Bluffdale, UT, 84065 |
| 2.1009 | Master Sourcing Agreement: To amend restate the original Agreement | N/A | MGF Sourcing US, LLC | 4200 Regent Street, Suite 205, Columbus, OH, 43219 |
| 2.1010 | Master Sourcing Agreement: To sell goods | N/A | Manhattan Beachwear, Inc. | |
| 2.1011 | Master Sourcing Agreement: Trade | N/A | Assouline | 3 Park Avenue, 27 th Floor, New York, NY, 10016 |
| 2.1012 | Master Subscription Agreement : Salesforce.com Platform use | N/A | Anderson Oxford Inc. dba ThinkLP | 219 Labrador Drive, Unit 100, Waterloo, ON, N2K 4M8, Canada |
| 2.1013 | Master Subscription Agreement Amendment: Subscription of passenger platform | 3,315 | Fuel Cycle, Inc. | 1200 Wilshire Blvd, suite 1950, Los Angeles, CA, 90025 |
| 2.1014 | Master Subscription Agreement subscription schedule: Commencement of professional services | 335 | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.1015 | Master Subscription Agreement subscription schedule: Commencement of professional services | 730 | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.1016 | Master Subscription Agreement: Branding brand services and responsibilities to customer | N/A | Branding Brand, Inc. | 2313 E.Carson Street:, Pittsburgh, PA, 15203 |
| 2.1017 | Master Subscription Agreement: Cloud Services | N/A | LiftLab  Analytics, Inc. | |
| 2.1018 | Master Subscription Agreement: Governs Customer use and purchase | N/A | PayScale, Inc. | 113 Cherry St., Suite 96140, Seattle, WA, 98140 |
| 2.1019 | Master Subscription Agreement: IT Services - Software Products | N/A | Yext, Inc | 1 Madison Avenue, 5th Floor, New York, NY |
| 2.1020 | Master subscription agreement: Purchase and ongoing use of services | 745 | Anderson Oxford Inc. | |
| 2.1021 | Master Subscription Agreement: Purchase of subscriptions | N/A | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.1022 | Master Subscription Agreement: Purchased Services | N/A | Anderson Oxford Inc. dba ThinkLP | 219 Labrador Drive, Unit 100, Waterloo, ON, N2K 4M8, Canada |
| 2.1023 | Master Subscription Agreement: SaaS Services | N/A | Urban Airship, Inc. | 1417 NW Everett Street, Suite 300, Portland, OR, 97209 |
| 2.1024 | Master Subscription Agreement: SFDC Services | N/A | Salesforce, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.1025 | Master Subscription Agreement: Software as a Service | N/A | S5 Stratos, Inc. | 13601 Preston Road, Suite W0860, Dallas, TX, 75240 |
| 2.1026 | Master Subscription Agreement: Software subscription | N/A | New Relic, Inc. | 188 Spear St., Suite 1000, San Francisco, CA, 94105 |
| 2.1027 | Master Subscription Agreement: Software-as-a-Service, Platform-as-a-Service services | N/A | Raw Engineering, Inc., d/b/a Built.Io | |
| 2.1028 | Master Subscription Agreement: Subscription of passenger platform | N/A | Fuel Cycle, Inc. | 1200 Wilshire Blvd, suite 1950, Los Angeles, CA, 90025 |
| 2.1029 | Master Subscription Agreement: Subscription Service | N/A | Elasticsearch, Inc. | Elasticsearch, Inc, 800 W El Camino Real, Suite 350, Mountain View, CA, 94040 |
| 2.1030 | Master Subscription Agreement: Subscription Services | N/A | S5 Stratos, Inc. | 13601 Preston Road, Suite W0860, Dallas, TX, 75240 |
| 2.1031 | Master Subscription Agreement: Subscription services | N/A | Salesforce.com, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1032 | Master Subscription Agreement: Subscription Services | N/A | Verint Americas Inc. | 800 North Point Parkway, Alpharetta, GA, 30005 |
| 2.1033 | Master Subscription Agreement: Subscription Services | N/A | Workday, Inc. | 6110 Stoneridge Mallroad, Pleasanton, CA, 94588 |
| 2.1034 | Master Subscription Agreement: Subscription, Purchase and Professional Services | N/A | S5 Stratos, Inc. | 13601 Preston Road, Suite W0860, Dallas, TX, 75240 |
| 2.1035 | Master Subscription Agreement: Use and Purchase of PayScale Offerings | N/A | PayScale, Inc. | 113 Cherry St., Suite 96140, Seattle, WA, 98140 |
| 2.1036 | Master Subscription and Service Agreement: Contract of Service | N/A | KSC Studios dba Creative Drive Technology | 3850 N 29th Terrace, Suite 107, Hollywood, FL |
| 2.1037 | Master Subscription and Service Agreement: Software services | N/A | KSC Studio, LLC Dba Kreate Technology | 2152 Citygate Drive., Columbus, OH, 43219 |
| 2.1038 | Master Subscription and Services Agreement: SaaS Platform and the Professional Services | N/A | Spredfast, Inc. | 200 W. Cesar, Chavez, Suite 600, Austin, TX, 78701 |
| 2.1039 | Master Technology Services Agreement | N/A | AIM Consulting Group, LLC | 8430 W Bryn Mawr Ave., Suite 1150, Chicago, IL, 60631 |
| 2.1040 | Master Technology Services Agreement: Consultant Services | N/A | Pillar Technology Group, LLC | 580 N. 4th St., ste. 190, Columbus, OH, 43215 |
| 2.1041 | Master Technology Services Agreement: Contractual Agreement for Services | N/A | Infosys Limited | Electronic City, Hosur Road, Bengaluru, 560 100 |
| 2.1042 | Master Technology Services Agreement: Contractual Agreement for Services | N/A | KnowledgePath Solutions LLC | 35 Corporate Drive, Burlington, MA, 01803 |
| 2.1043 | Master Technology Services Agreement: External independent advisory consultancy | N/A | Expicient, Inc. | 26 Chestnut Street, Suite 1 D, Andover, MA, 01810 |
| 2.1044 | Master Technology Services Agreement: Services and deliverables set forth in the SOW. | N/A | AdvizeX Technologies | 6480 Rockside Woods Blvd S, Ste 190, Independence, OH, 44131 |
| 2.1045 | Master Technology Services Agreement: Services and deliverables set forth in the SOW. | N/A | Rolta AdvizeX Technologies, LLC | 300 W. Wilson Bridge Rd., Ste 150, Columbus, OH, 43085 |
| 2.1046 | Master Technology Services Agreement: Site re-design consulting | N/A | 30xi, LLC | P.O. Box 2458, Westerville, OH, 43086-2458 |
| 2.1047 | Master Technology Services Agreement: Technology Services | N/A | V2-Xcel Inc. | 4287 Landhigh Lakes Dr., Powell, OH, 43065 |
| 2.1048 | Master Terms and Conditions: Applies to the Agreement for the Services | N/A | Equity Methods, LLC | 15300 N. 90th th Street, Suite 400, Scottsdale, AZ, 85260 |
| 2.1049 | Master Vendor Agreement: Purchase and Sale of goods | N/A | LT Custom Furnishings Inc. | 625 Millay Ave., Vaughan, ON, L4K3T9, Canada |
| 2.1050 | Master Vendor Agreement: Purchase and Sale of goods and/or services | N/A | Mondo Mannequins | 300 Karin Lane, Hicksville, NY, 11801 |
| 2.1051 | Master Vendor Agreement: Purchase and sale of Goods or Services | N/A | Architectural Systems, Inc. | 150 West 25th Street, New York, NY, 10001 |
| 2.1052 | Master Vendor Agreement: Purchase and Sales of goods and services | N/A | Hamilton Parker Company | 1865 Leonard Avenue, Columbus, OH, 43219 |
| 2.1053 | Master Vendor Agreement: Purchase of Goods and Services | N/A | Lambert Sheet Metal,Inc. | 3776 East 5th Ave., Columbus, OH, 43219 |
| 2.1054 | Masters Services Agreement: Access to Platform | N/A | Sprinklr, Inc. | 29 W. 35th Street, New York, NY, 10001 |
| 2.1055 | Mater Services Agreement: Software Services for text message based conversational survey project | N/A | Chatter Research, Inc. | Chatter Research, Inc. |
| 2.1056 | Media Agreement: Promotional Use | N/A | FabScrap LLC | 400 E 50 Street, 2H, New York, NY, 10022 |
| 2.1057 | Media Service Agreement: Contractual Agreement for Services | N/A | Spark Communications, a division of Starcom MediaVest Group, Inc. | 222 Merchaadise Mart, Suite 550, Chicago, IL, 60654 |
| 2.1058 | Membership Agreement: Membership dues computation | N/A | Sustainable Apparel Coalition | Attn: Lyn Werbach, 82 2nd Street, San Francisco, CA, 94105 |
| 2.1059 | Memorandum of Understanding (MoU): A sales volume based discount between the parties | N/A | MGF Sourcing US, LLC | 4200 Regent Street, Suite 205, Columbus, OH, 43219 |
| 2.1060 | Memorandum of Understanding (MoU): Temporary pre-payment of Purchase Orders for goods | N/A | MGF Sourcing US, LLC | 4200 Regent Street, Suite 205, Columbus, OH, 43219 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1061 | Merchandise Agreement: Selling of Express Branded Merchandise in Bespoke stocking Stuffer box | N/A | Bespoke Post | |
| 2.1062 | Merchandising Agreement: Contractual Agreement for Services | N/A | InStyle, a division of Time Inc. | |
| 2.1063 | Merchandising Agreement: Marketing- Advertising | N/A | InStyle, a division of Time Inc. | |
| 2.1064 | Merchant Agreement and Information Receipt Acknowledgement: Gift Card Program | N/A | Store Financial Services, LLC | |
| 2.1065 | Merchant Processing Agreement: Services consistent with the terms of agreement | N/A | Bank of America Merchant Services Canada Corp. and Bank of America, N.A. | |
| 2.1066 | Merchant Registration Form: Software Services | N/A | CardinalCommerce Corporation | 8100 Tyler Boulevard, Suite 100, Mentor, OH |
| 2.1067 | Merchant Services Agreement: Acceptance of Cards | N/A | DFS Services, LLC | |
| 2.1068 | Mobile App UX Audits for Express: UX audit of the iOS mobile app and Baymard Premium | N/A | Baymard Institute | Kastanie Alle 41, Farum, 3520 |
| 2.1069 | Modified customer agreement: governs customers transaction | N/A | International business Machine Corporation | 5475 ring road, suite 300, Dublin, OH, 43017 |
| 2.1070 | Monthly review | N/A | CaaStle | Legal Dept, 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.1071 | Monthly review: PowerPoint - monthly review | N/A | CaaStle | Legal Dept, 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.1072 | MSA: Sourcing & Production | N/A | Motives (Far East) Limited | |
| 2.1073 | MSA: Sourcing & Production | N/A | Motives China Limited | |
| 2.1074 | Multiple Use Beta Test Agreement: Set terms and conditions for beta installation ,test & use and support cisco products before release | N/A | Cisco Systems, Inc. | |
| 2.1075 | Naming Rights Agreement: Placement Services | N/A | NAP Ventures, LLC (Promo West) | 405 Neil Avenue, Columbus, OH, 43215 |
| 2.1076 | Naming Rights Transition Extension: Naming Rights | N/A | NAP Ventures, LLC dba Promo West Pavillion | 405 Neil Avenue, Columbus, OH, 43215 |
| 2.1077 | NDA Contract details: To host the Express Blog site | N/A | Amazon Web Services | 410 Terry Avenue North, Seattle, WA, 98109 |
| 2.1078 | NetJets Fractional Program Agreement | 1,826 | NetJets Aviation, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.1079 | NetJets Fractional Program Agreement | 1,826 | NetJets Sales, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.1080 | NetJets Fractional Program Agreement | 1,826 | NetJets Services, Inc. | Attn: NetJets Contract Department, Owner Contract Administration, 411 Bridgeway Ave,. Columbus, Ohio 43219 |
| 2.1081 | Network Participation agreement: Digital and Technology Services | N/A | OneMarket Network, LLC | 835 Market Street, Suite 700, San Francisco, CA, 94103 |
| 2.1082 | Non Renewal Notice: Not to Renew subscription term | N/A | Business Researchers, Inc. dba Upstream and DataSong | 234 Font ST, Suite 300, San Francisco, CA, 94111 |
| 2.1083 | Non-GA Service Agreement: Non-GA service | N/A | Salesforce.com, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.1084 | Non-Standard Pricing Change Order : CenturyLink IQ | N/A | CenturyLink Communications, LLC f/k/a Qwest Communications Company, LLC | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.1085 | Notice of change of address | N/A | Rimini Street, Inc. | 3993 Howard Hughes Parkway, Suite 500, Las Vegas, NV, 89169 |
| 2.1086 | Notice of disclosure: Civil investigate demand | N/A | InComm | 250 Williams Street, Suite M100, Atlanta, GA, 30303 |
| 2.1087 | Notice of non-renewal : Non renewal of software license | N/A | CardinalCommerce Corporation | 8100 Tyler Boulevard, Suite 100, Mentor, OH |
| 2.1088 | Notice of Termination: Cloud Service | N/A | Photospire Limited (Trading as Spirable) | |
| 2.1089 | Notice of Termination: Contractual agreement for services | N/A | OnCard Marketing, Inc. d/b/a RevTrax | 276 Fifth Avenue, Suite 608, New York, NY, 10001 |
| 2.1090 | Notification: Intent not to auto renew Customer Agreement | N/A | Lumen | 1025 Eldorado Blvd., Broomfield, CO, 80021 |
| 2.1091 | Offer Confirmation Form: Discounts on Gift cards | N/A | Discover Products Inc. | |
| 2.1092 | On Screen Advertising Partner Agreement: Event for Express LLC | N/A | Big Gig Media Ltd. | 258 Belsize Road, London, NW6 48T, United Kingdom |
| 2.1093 | Operational Test Participation Agreement: Testing "Informed Delivery" Services | N/A | United States Postal Service | 475 L'Enfant Plaza, SW, Washington, DC, 20260 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1094 | Oracle Cloud Services Agreement: Software Services and Oracle Programs | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1095 | Oracle Data Cloud Ordering Document: Oracle Data Cloud Services | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1096 | Order Agreement: Ricoh IMC3000 Configurable PTO Model | N/A | Ricoh USA, Inc. | |
| 2.1097 | Order Agreement: Software License and Support Terms | N/A | Applied Predictive Technologies, Inc. | |
| 2.1098 | Order Confirmation: Contractual Agreement for Services | N/A | Ink Publishing | 806 S Douglas Road, Suite 300, Coral Gables, FL, 33134 |
| 2.1099 | Order confirmation: Legal tracker services | N/A | Thomson Reuters | 610 Opperman Drive, P.O. Box 64833, St. Paul, MN, 55164-1803 |
| 2.1100 | Order Form #2: IT Services - Software Products | 427 | Yotpo, Inc. | 400 Lafayette St, New York, NY, 10003 |
| 2.1101 | Order Form #4: IT Services - Software Products | 427 | Yotpo, Inc. | 400 Lafayette St, New York, NY, 10003 |
| 2.1102 | Order Form and Contract: Promotional Codes | N/A | Fandango Loyalty Solutions, LLC. | 12200 W. Olympic Boulevard, Suite 4002, Los Angeles, CA, 90064 |
| 2.1103 | Order Form and Statement of Work: Quote (Order Form) and Professional Services | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1104 | Order Form Renewal: Coursera access | N/A | Coursera, Inc. | 381 E. Evelyn Avenue, Mountain View, CA, 94041 |
| 2.1105 | Order form to Subscription Schedule #3: IT Services - Software Products | 730 | Yext, Inc | 1 Madison Avenue, 5th Floor, New York, NY |
| 2.1106 | Order Form: Access to Platform | N/A | Sprinklr, Inc. | 29 W. 35th Street, New York, NY, 10001 |
| 2.1107 | Order Form: Alteryx designer | 365 | Alteryx, Inc. | 17200 Laguna Canyon Road, Irvine, CA, 92618 |
| 2.1108 | Order Form: Appian Cloud Offering | 367 | Appian Corporation | 7950 Jones Branch Drive, McLean, VA, 22102 |
| 2.1109 | Order Form: Attribution Initial Study | N/A | Business Researchers Inc., d/b/a DataSong | 234 Font ST, Suite 300, San Francisco, CA |
| 2.1110 | Order Form: Billing Transaction | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.1111 | Order Form: Billing Transaction Details | N/A | T.B.I. Refunds | IDA Business Park, Ring Road, Kilkenny |
| 2.1112 | Order Form: BrowserStack App Live | 369 | BrowserStack Inc. | 4512 Legacy Drive, Suite #100, Plano, TX, 75024 |
| 2.1113 | Order Form: Cloud Service | N/A | Photospire Limited (Trading as Spirable) | |
| 2.1114 | Order Form: Communication Platform | N/A | Foko, Inc. | 153A Promenade du Portage, Suite 200, Gatineau, QC, J8X 2K4, Canada |
| 2.1115 | Order Form: Component Systems Software Services | N/A | Infor Global Solutions (Michigan), Inc. | 13560 Morris Road, Alpharetta, GA, 30004 |
| 2.1116 | Order Form: Consulting and Training | N/A | Automic Software, Inc | 14475 NE 24th Street., Suite 210, Bellevue, WA, 98007 |
| 2.1117 | Order Form: Contractual Agreement for Services | N/A | One Clipboard Inc. dba Splash | 233 Broadway, Floor 28, New York, NY, 10001 |
| 2.1118 | Order Form: Customer Advisory Platform | N/A | Mention Me Limited | |
| 2.1119 | Order Form: Customer experience Analysis Service | N/A | Answers | |
| 2.1120 | Order Form: Customer's marketing activities support | 611 | LiftLab  Analytics, Inc. | |
| 2.1121 | Order Form: Employee service | 1,095 | Salesforce, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.1122 | Order Form: Employee service | 894 | Salesforce, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.1123 | Order Form: Expenses, Travel and Expenses - Professional | 387 | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000, Bellevue, WA, 98004 |
| 2.1124 | Order Form: Financial Details | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1125 | Order Form: Financial Summary | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1126 | Order Form: Goods purchased | N/A | RedHat | 100 East Davie Street, Raleigh, NC, 27601 |
| 2.1127 | Order Form: ID Cloud Solution Subscription | N/A | Nedap, Inc. | 25 Corporate Drive, Burlington, MA, 01803 |
| 2.1128 | Order Form: Invoicing Details and Financial Summary | N/A | Scandit Inc. | 711 Atlantic Avenue, Boston, MA, 02111 |
| 2.1129 | Order Form: JFrog Pro Edition | 366 | JFrog, Inc. | 3945 Freedom Circle, Santa Clara, CA, 95054 |
| 2.1130 | Order Form: Licensed Services | N/A | NPD Group, Inc. | 900 West Shore Road, Port Washington, New York, NY, 11050 |
| 2.1131 | Order Form: Market Basket Analyzer | N/A | Applied Predictive Technologies, Inc. | |
| 2.1132 | Order Form: Market Pay Core, Differentials Engine, Geo and Skills Bundle | 1,095 | PayScale, Inc. | 113 Cherry St., Suite 96140, Seattle, WA, 98140 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1133 | Order Form: Marketing Channel | N/A | Business Researchers Inc., d/b/a DataSong | 234 Font ST, Suite 300, San Francisco, CA |
| 2.1134 | Order Form: Multi-Channel revenue Attribution | N/A | DataSong | 234 Font ST, Suite 300, San Francisco, CA, 94111 |
| 2.1135 | Order Form: Multi-team Enterprise Plan Services | N/A | UserTesting | 144 Townsend Street, San Francisco, CA, 94107 |
| 2.1136 | Order Form: Onsite Consulting work | N/A | Automic Software, Inc | 14475 NE 24th Street., Suite 210, Bellevue, WA, 98007 |
| 2.1137 | Order Form: Order information | 1,096 | LinkedIn Corporation | 1000 West Maude Avenue, Sunnyvale, CA, 94085 |
| 2.1138 | Order Form: Platform Services and Creative Solutions Services | N/A | Wirewax Limited | 2-4 Whitefield Street, London, W1T 2RB, United Kingdom |
| 2.1139 | Order Form: Pricing and configuration | 365 | Tracer Labs Inc. | 298 Fifth Avenue, 4th Fl., New York, NY, 10001 |
| 2.1140 | Order Form: Procurement | 730 | Coupa Software Inc. | 1855 S. Grant Street, San Mateo, CA, 94402 |
| 2.1141 | Order Form: Professional and educational services | N/A | Kronos Incorporated | Kronos Incorporated, 297 Billerica Road, Chelmsford, MA, 01824 |
| 2.1142 | Order Form: Professional Services | N/A | Nedap, Inc. | 25 Corporate Drive, Burlington, MA, 01803 |
| 2.1143 | Order Form: Professional services - apple watch implementation and development services | N/A | Branding Brand | |
| 2.1144 | Order Form: purchase of subscriptions | N/A | Hortonworks, Inc. | 5470 Great America Parkway, Santa Clara, CA, 95054 |
| 2.1145 | Order Form: renewal engagement details | N/A | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.1146 | Order Form: Saving plans-committed pricing | 366 | New Relic, Inc. | 188 Spear St., Suite 1000, San Francisco, CA, 94105 |
| 2.1147 | Order Form: Service order | N/A | SocialEdge, Inc. | |
| 2.1148 | Order Form: Software as a service | N/A | eCommera | 812 Middlefield Road, Redwood City, CA, 94062 |
| 2.1149 | order form: Software maintenance services | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1150 | Order Form: Software Services | N/A | Qualtrics, LLC | 333 W. River Park Dr., Provo, UT, 84604 |
| 2.1151 | Order Form: Software support services | N/A | Kronos Incorporated | Kronos Incorporated, 297 Billerica Road, Chelmsford, MA, 01824 |
| 2.1152 | Order Form: Sponsorship | N/A | NBCUniversal Media, LLC | |
| 2.1153 | Order Form: Subscription Fees | N/A | PayScale, Inc. | 113 Cherry St., Suite 96140, Seattle, WA, 98140 |
| 2.1154 | Order Form: Subscription Services | 729 | InVisionApp, Inc. | |
| 2.1155 | Order Form: Subscription Services | N/A | InVisionApp, Inc. | |
| 2.1156 | Order Form: Subscription Services | 365 | InVisionApp, Inc. | |
| 2.1157 | Order Form: Subscription Services | N/A | S5 Stratos, Inc. | 13601 Preston Road, Suite W0860, Dallas, TX, 75240 |
| 2.1158 | Order Form: Subscription Services | 366 | Snowflake Inc | |
| 2.1159 | Order Form: Subscription Services | 1,825 | Workday, Inc. | 6110 Stoneridge Mallroad, Pleasanton, CA, 94588 |
| 2.1160 | Order Form: Subscription Services | N/A | Workday, Inc. | 6110 Stoneridge Mallroad, Pleasanton, CA, 94588 |
| 2.1161 | Order Form: Support Services | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.1162 | Order Form: Tableau Service | 364 | Salesforce, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.1163 | Order Form: Tracer Platform and Services | 365 | Tracer Labs, Inc. | 298 Fifth Avenue, 4th Fl., New York, NY, 10001 |
| 2.1164 | Order Form: Unlimited Pro Plan Services | N/A | UserTesting | 144 Townsend Street, San Francisco, CA, 94107 |
| 2.1165 | Order: Saba Cloud Talent Package | N/A | Saba Software, Inc. | 4120 Dublin Blvd, Suite 200, Dublin, CA, 94568 |
| 2.1166 | Order: Saba Cloud Talent Package | 365 | Saba Software, Inc. | 4120 Dublin Blvd, Suite 200, Dublin, CA, 94568 |
| 2.1167 | Order: Shipping information , services etc. | N/A | Cision US Inc. | 130 E. Randolph Street, 7th Floor, Chicago, IL, 60601 |
| 2.1168 | Order: Subscription Service | 1,095 | Workiva, Inc. | 2900 University Blvd., Ames, IA, 50010 |
| 2.1169 | Order: Support and Software Service | N/A | VMware, Inc. | 3401 Hillview Avenue, Palo Alto, CA, 94304 |
| 2.1170 | Ordering Document: Cloud Services | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1171 | Ordering Document: Programs and Program related Offerings | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1172 | Ordering Document: Programs and Program Support Services | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1173 | Ordering Document: Software update and License Support | N/A | Oracle USA, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1174 | Ordering Document: Unlimited Deployment Program | N/A | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1175 | Out-Of-Home Media Contract: Express Wisconsin Dell Outlets | N/A | Spark | 222 Merchandise Mart, Suite 550, Chicago, IL, 60654 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1176 | Participation Agreement: Consortium Member Services | N/A | Office Depot, Inc. | 6600 North Military Trail, Boca Raton, FL, 33496 |
| 2.1177 | Participation Agreement: Pension And Profit Sharing Services | N/A | Delaware Charter Guarantee& Trust Company conducting business as Principal Trust Company | 9559 Collins Ave, 205, Surfside, FL, 33154 |
| 2.1178 | Partnership Agreement: Advertising Services | N/A | NAP Ventures, LLC dba Promo West Pavillion | 405 Neil Avenue, Columbus, OH, 43215 |
| 2.1179 | PayEezy Service Addendum: Payeezy Services | N/A | First Data Services, LLC | |
| 2.1180 | Payeezy Services Addendum to select Merchant Payment Card Processing Agreement: Payeezy Services provided by FDS | N/A | First Data Services, LLC | |
| 2.1181 | Payment/Scope and Terms: Payment terms | N/A | RDS Delivery Service Co. Inc. | 436 East 11th St. Grd fl., New York, NY, 10009 |
| 2.1182 | Performa - Letter of Credit: Letter of Credit | N/A | L Brands Service Company, LLC, Distribution Land Corp, Mast Logistics Serivices, Inc. | Three Limited Parkway, Columbus, OH, 43230 |
| 2.1183 | Performance Agreement: Best possible performance | N/A | Vision Artists Ltd. f/s/o Charli XCX | |
| 2.1184 | Performance Agreement: Contractual Agreement for Services | N/A | INFAMY ENT f/s/o DJ Infamous | |
| 2.1185 | Personal Information Processing Addendum: Contractual agreement for services | N/A | NeuraFlash, LLC | 745 Atlantic Avenue, Boston, MA, 02111 |
| 2.1186 | Personal Information Processing Addendum: Processing personal information | N/A | PowerfrontInc. | 468 N. Camden Dr., Ste. 200, Beverly Hills, CA, 90210 |
| 2.1187 | Plan Recordkeeping Agreement : Recordkeeping and other ministerial services | N/A | T. Rowe Price Retirement Plan Services, Inc. | Attn: Express, LLC Plan Client Team, 4555 Painters Mill Road, Owings Mills, MD, 21117 |
| 2.1188 | Planning Payment Agreement: Licensing of Software Products | N/A | Hitachi Capital America Corp. | 800 Connecticut Avenue, Norwalk, CT, 06854 |
| 2.1189 | Policies and Master Sourcing Agreement: Policies and Purchase and Sale of Goods | N/A | Sam Sol. S.A | |
| 2.1190 | Policy Rate Confirmation: Insurance Policy Details | 1,095 | Securian Life Insurance Company | |
| 2.1191 | Premier solution agreement: Providing professional services | N/A | ComDoc Inc. | 3458 massillon Road, Union town, OH, 44685 |
| 2.1192 | Premium Service Order Terms: Premium Services | N/A | Thales e-Security, Inc. | |
| 2.1193 | Price Quotation and Purchase Agreement 333448: Perennial education pass program | N/A | MicroStrategy Services Corporation | 1861 International Drive, McLean, VA, 22102 |
| 2.1194 | Price Quotation and Purchase Agreement: Consulting | N/A | Microstrategy | 1850 Towers Crescent Plaza, Tysons Corner, VA, 22182 |
| 2.1195 | Price Quotation and Purchase Agreement: Consulting | N/A | MicroStrategy Services Corporation | 1861 International Drive, McLean, VA, 22102 |
| 2.1196 | Price Quotation and Purchase Agreement: Technical support | N/A | Microstrategy | 1850 Towers Crescent Plaza, Tysons Corner, VA, 22182 |
| 2.1197 | Price Quotation and Purchase Agreement: Technical support services | N/A | MicroStrategy Services Corporation | 1861 International Drive, McLean, VA, 22102 |
| 2.1198 | Price Quote: OrgChart Now Enterprise | 1,095 | OfficeWork Software, LLC | 201 Alameda el Prado, Suite 302, Novato, CA, 94949 |
| 2.1199 | Price Quote: OrgChart Now Enterprise | 1,095 | OrgChart, LLC | 201 Alameda el Prado, Suite 302, Novato, CA, 94949 |
| 2.1200 | Pricing Schedule: Scanning and Communications Equipment Services | 1,054 | Contract Datascan, LP | 2941 Trade Center, #100, Carrollton, TX, 75007 |
| 2.1201 | Private label credit card program agreement: Issue of credit cards | 2,495 | World Financial Network National Bank  and retail factoring Inc. | 4441 South Polaris Avenue, Las Vegas, NV, 89103 |
| 2.1202 | Product Evaluation Agreement: Evaluation of Products services | N/A | McAfee, Inc. | 2821 Mission College Blvd., Santa Clara, CA, 95054 |
| 2.1203 | Product Lease Agreement: ICPP, IN750, INWP30 | N/A | Ricoh | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.1204 | Product Lease Agreement: IX7PRO, IXWP30, ICPP-15 | N/A | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.1205 | Product Lease Amendment: Printers and other business products & equipment | N/A | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.1206 | Product Lease: Power Protector 15 Amp | 1,826 | Ricoh USA, Inc. | MailFinance Inc. | 478 Wheelers Farms Road, Milford, CT, 06461 |
| 2.1207 | Product Lease: Printers and other business products & equipment | 1,826 | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1208 | Product Lease: Printers and other business products & equipment | 1,096 | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.1209 | Product Order Form: Billing Summary | 731 | ServiceChannel.com, Inc. | 6200 Stoneridge Mall Road, Suite 450, Pleasanton, CA, 94588 |
| 2.1210 | Product order form: ensures correct tax payment | N/A | TTR Inc | |
| 2.1211 | Product Reseller Terms and Conditions: Product Purchase Terms and Conditions | N/A | Rolta AdvizeX Technologies, LLC | 300 W. Wilson Bridge Rd., Ste 150, Columbus, OH, 43085 |
| 2.1212 | Product Schedule: List of equipment mentioned | N/A | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.1213 | Product Schedule: Ricoh Proc5310S Configurable PTO Model, NXStationGL | N/A | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.1214 | Production Service Agreement: Production Service for Designer's Photo-shoot/ runway show | N/A | Ojala Ltd. DBA Navia | Dean Snyder, 190 Bergen street #1, Brooklyn, NY, 11217 |
| 2.1215 | Professional Services Agreement and MSA: Professional Consulting services | N/A | Success By Sprite, LLC | 5702 Platinum Drive, Grove City, OH, 43123 |
| 2.1216 | Professional services agreement: certain compliance and ethics services | N/A | NYSE Governance Services, Inc | 2355 E Camelback Rd., Suite 700, Phoenix, AZ, 85016-3458 |
| 2.1217 | Professional Services Agreement: Consulting implementation and educational service | N/A | Automic Software, Inc | 14475 NE 24th Street., Suite 210, Bellevue, WA, 98007 |
| 2.1218 | Professional services agreement: Professional services | N/A | Lexicon Branding, Inc | Lexicon Branding, Inc, 30 Liberty Ship Way, Suite 3360, Sausalito, CA, 94965 |
| 2.1219 | Professional Services Statement of Work: additional work performed by the consultant | N/A | City Tech, Inc. | |
| 2.1220 | Professional Services Statement of Work: Migrate product review data | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1221 | Program agreement: support execution of targeted market display ads | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.1222 | Program Signature Form: Program Signature Form | N/A | Microsoft Corporation | Dept. 551, Volume Licensing, 6100 Neil Road, Suite 210, Reno, NV, 89511-1137 |
| 2.1223 | Project Change Order: Amends the SOW | N/A | Avaap U.S.A. LLC | 1400 Goodale Blvd, Suite 100, Columbus, OH, 43212 |
| 2.1224 | Project Services Agreement: Express Saving and Retirement Plan | N/A | Procourse Fiduciary Advisors LLC | 12800 N. Meridian St., Suite 135, Carmel, IN, 46032 |
| 2.1225 | Promotion Project Collaboration Agreement: Promotional project initiative of rewardStyle | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.1226 | Promotion Project Collaboration Agreement: Promotional project initiative of rewardStyle (the "Project") | N/A | rewardStyle, Inc. | 4514 Travis Street, Suite 330, Dallas, TX, 75205 |
| 2.1227 | Proof of entitlement: highlights the authorization of transaction | N/A | IBM | 4600 Lakehurst Court, Dublin, OH, 43016 |
| 2.1228 | Proposal for Express (UpWest): Proposed Services and Activities | N/A | Seed Strategy, Inc. | |
| 2.1229 | Proposal for services: Services rendering to Customer Experience | N/A | Big Red Rooster, a JLL Company | 121 Thurman Avenue, Columbia, OH, 43230 |
| 2.1230 | Proposal: App Dev Support Team EDR Re-Platform | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1231 | Proposal: Application Development Support Services for POS and CDR systems. | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1232 | Proposal: Architecture Assistance for Enterprise Data Platform Project | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1233 | Proposal: Assistance with install and cabling 36 Devices for traffic counting throughout the store | N/A | Wachter, Inc. | 16001 West 99th Street, Lenexa, KS, 66219 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1234 | Proposal: Communication and Task Management Tool | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1235 | Proposal: CSC Solutions | N/A | Corporation Service Company | 251 Little Falls Drive, Wilmington, DE, 19808-1674 |
| 2.1236 | Proposal: Customer Data Attribution | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1237 | Proposal: E-Commerce Operations | N/A | Joel Walker | |
| 2.1238 | Proposal: Express E-commerce Customer Engagement center project manager | N/A | Chronic Zeal Incorporated | Chronic Zeal Incorporated, 505 Vine Street, Selinsgrove, PA, 17870 |
| 2.1239 | Proposal: Font Creation - Condensed (Regular, Regular Oblique, Medium, Bold, Light, Light Oblique, Ultra Light, Ultra Light Oblique) + Serif (Regular + Italic) for print & web | N/A | Chalk 242 | 265 Canal Street, Suite 513, New York, NY, 10013 |
| 2.1240 | Proposal: Font Creation - Phase II (Ultra Light, Oblique, Oblique Light, Oblique Ultra Light) | N/A | Chalk 242 | 265 Canal Street, Suite 513, New York, NY, 10013 |
| 2.1241 | Proposal: General Proposal | N/A | Slack Technologies, Inc | 155 5th Street, 6th Floor, San Francisco, CA, 94103 |
| 2.1242 | Proposal: Implementation Support | N/A | SMK Workforce Solutions, LLC | 718 Coleman Place, Westfield, NJ, 07090 |
| 2.1243 | Proposal: Integration services for Unified Customer Identity | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1244 | Proposal: OMS Fulfillment and Colorado Delivery Retail Fee | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1245 | Proposal: Paid Search & Social Ad Management | N/A | Conversion Path, Inc. | 1105 Schrock Road, Ste. 200, Columbus, OH, 43229 |
| 2.1246 | Proposal: Payment Platform Move to Cloud | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1247 | Proposal: Proxy statement - disclosure services | N/A | Argyle Company | 401 Park Avenue South, 8th Floor, New York, NY, 10016 |
| 2.1248 | Proposal: Quote of pricing | N/A | Corporation Service Company | 251 Little Falls Drive, Wilmington, DE, 19808-1674 |
| 2.1249 | Proposal: Reconciliation Replatform BA Services | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1250 | Proposal: Replace (1-2) network gear equipment that includes a velo SDWAN devices | N/A | Wachter, Inc. | 16001 West 99th Street, Lenexa, KS, 66219 |
| 2.1251 | Proposal: Resource assistance | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1252 | Proposal: Solution proposal | N/A | Sirius Computer Solutions, Inc. | 10100 Reunion Place, Suite 500, San Antonio, TX, 78216 |
| 2.1253 | Proposal: Technical Support Services | N/A | Web Analytics Demystified | |
| 2.1254 | Proposal: Unified Customer Data Attribution Project Coordination and Analysis Services | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1255 | Proposal: Unified Customer Profile | N/A | Lightwell Inc. | Lightwell Inc., 565 Metro Place South, Suite 220, Dublin, OH, 43017 |
| 2.1256 | Proposal: UPS Replacement & Diversification Design, Commissioning, & Construction | N/A | Communications Engineering Consultants, LLC | 6820 Lauffer Road, Columbus, OH, 43231 |
| 2.1257 | Proposed Agreement: Confidential Information | N/A | Batallure Beauty, LLC | 104 Carnegie Center, Suite 202, Princeton, NJ, 08540 |
| 2.1258 | Proposed Scope of Work: Services provided by vendor | 365 | Shadow | 414 West 14th Street, Floor 3, New York, NY, 10014 |
| 2.1259 | Purchase Agreement: Software Services | N/A | Gerber Technology | |
| 2.1260 | Purchase Order: DIY Links and Rewards | N/A | IFeelGoods, Inc. | 550 Hamilton, Suite 226, Palo Alto, CA, 94301 |
| 2.1261 | Purchase Order: Embarcadero 2021 renewal | N/A | Embarcadero Technologies | Embarcadero Technologies, PO Box 650282, Suite 1000, Dallas, TX, 75265-0282 |
| 2.1262 | Purchase Order: Global edit Suit applications | N/A | Industrial Color, Inc. | 32 Avenue of the Americas, 22nd Floor, New York, NY, 10013 |
| 2.1263 | Purchase Order: KnowBe4 Security Awareness Training Subscription | 1,401 | KnowBe4 | 33 N Garden Avenue, Suite, 1200, Clearwater, FL, 33755 |
| 2.1264 | Purchase Order: Payment Description | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1265 | Purchase Order: Yearly Subscription | N/A | Drafthorse Solutions, LLC | PO Box 505, Richmond, VT, 05477 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1266 | Quality Assessment Review: Quality Assessment Review Service | N/A | Sogeti USA LLC | 7735 Paragon Road, Dayton, OH, 45459 |
| 2.1267 | Quotation Confirmation: Adobe VIP 1yr Quote | N/A | CDW Direct, LLC | 200 N Milwaukee Avenue, Vernon Hills, IL, 60061 |
| 2.1268 | Quotation Confirmation: Teradici 3 yr. | N/A | CDW Direct, LLC | 200 N Milwaukee Avenue, Vernon Hills, IL, 60061 |
| 2.1269 | Quotation: Erwin Renewal | N/A | CDW Direct, LLC | 200 N Milwaukee Avenue, Vernon Hills, IL, 60061 |
| 2.1270 | Quotation: JAMF Renewal | N/A | CDW Direct, LLC | 200 N Milwaukee Avenue, Vernon Hills, IL, 60061 |
| 2.1271 | Quotation: Veeam Renewal Option 2 | N/A | CDW Direct, LLC | 200 N Milwaukee Avenue, Vernon Hills, IL, 60061 |
| 2.1272 | Quote Confirmation: Quotation regarding various products | N/A | CDW LLC | 200 N. Milwaukee Avenue, Vernon Hills, IL, 60061 |
| 2.1273 | Quote: Adobe Acrobat Pro for enterprise | N/A | CDW Direct | PO Box 75723, Chicago, IL, 60675-5723 |
| 2.1274 | Quote: Columbus & Sterling | N/A | Sirius Computer Solutions, Inc. | 10100 Reunion Place, Suite 500, San Antonio, TX, 78216 |
| 2.1275 | Quote: Content Management - Maintenance | N/A | ASG Technologies Group, Inc. | 708 Goodlette Road, North Naples, FL, 34102 |
| 2.1276 | Quote: Content management- maintenance | N/A | ASG Technologies | 708 Goodlette Road, North Naples, FL, 34102 |
| 2.1277 | Quote: Maintenance and Technical Support | N/A | CWD Direct | PO Box 75723, Chicago, IL, 60675-5723 |
| 2.1278 | Quote: Printing Service | N/A | Royle | 745 South Bird Street, Sun Prairie, WI, 53590 |
| 2.1279 | Quote: Provide Google Workspace products to Express | N/A | 66degrees Holdings, LLC f.k.a Pandera Systems, LLC | 600 W. Van Buren St., Suite 603, Chicago, IL, 60607 |
| 2.1280 | Quote: Renewal of Subscription based Certification Management Services | 364 | Entrust Corporation | 1187 Park Place, Shakopee, MN, 55379 |
| 2.1281 | Quote: Renewal of Subscription based Certification Management Services | 365 | Entrust Corporation | 1187 Park Place, Shakopee, MN, 55379 |
| 2.1282 | Quote: Renewal of Subscription based Certification Management Services | 364 | Entrust, Inc. | Two Lincoln Center, 5420 LBJ Freeway, Suite 300, Dallas, TX, 75240 |
| 2.1283 | Quote: Shipment details | N/A | Rifle, Inc. dba Rifle Paper Co. | 558W New England Ave, Ste150, Winter Park, FE 32789, Winter Park, FL, 32789 |
| 2.1284 | Quote: Supplier Profile Information | N/A | Mouawad USA, Inc. dba Glamhouse | 1434 West 11th Street, Los Angeles, CA, 90015 |
| 2.1285 | Ratings & Reviews Service Addendum: Ratings & Reviews Services | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1286 | Recruitment and Placement Service Agreement: Human resource management | N/A | Excellerent Technology Solutions, Inc. | 875 Greentree Rd, Seven Parkway Center, Ste # 180, Pittsburgh, PA, 15220 |
| 2.1287 | Reflexis Implementation Change Order 1: Reflexis's Latest Task Management Software | N/A | Connors & Associates, LLC | 4000 Town Center Blvd, Ste 310, Canonsburg, PA, 15317 |
| 2.1288 | REFLEXIS SOLUTION SUBSCRIPTION AGREEMENT: IT Services - Software Products | 1,826 | Zebra | PO Box 207565, Dallas, TX, 75320-7565 |
| 2.1289 | Release Agreement: Payment to release independent contractor | N/A | Paradigm Technology Consulting, LLC | |
| 2.1290 | Relocation Services Agreement: Relocation Services | N/A | Corporate Relocation, LLC | 1432 Wainwright Way, Suite 100, Carrolton, TX, 75007 |
| 2.1291 | Renewal Agreement(Letter): Inside Services | 730 | Powerfront, Inc. | 468 N Camden Dr, Suite 200, Beverly Hills, CA, 90210 |
| 2.1292 | Renewal Agreement(Letter): Inside Services | N/A | Powerfront, Inc. | 468 N Camden Dr, Suite 200, Beverly Hills, CA, 90210 |
| 2.1293 | Renewal Amendment Schedule: Amends the 2009 Software License and Support Agreement and the Hosted Service Provider Addendum | 730 | Tax Compliance, Inc. | |
| 2.1294 | Renewal Amendment Schedule: Amends the 2009 Software License and Support Agreement and the Hosted Service Provider Addendum | 729 | Tax Compliance, Inc. | |
| 2.1295 | Renewal Engagement: IT Services - Software Products | N/A | Yext, Inc | 1 Madison Avenue, 5th Floor, New York, NY |
| 2.1296 | Renewal Invoice: Price Renewal | N/A | LeanIX, Inc. | LeanIX, Inc, 1900 West Loop South, Suite 1550, Houston, TX, 77027 |
| 2.1297 | Renewal Order Agreement: Software License and Support | 1,461 | Applied Predictive Technologies, Inc. | |
| 2.1298 | Renewal Order Agreement: Software License and Support Terms | N/A | Applied Predictive Technologies, Inc. | |
| 2.1299 | Renewal Order Form: Recurring Subscription | 181 | iCIMS, Inc | 101 Crawfords Corner Rd, Suite 3-100, Holmdel, NJ, 07733 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1300 | Renewal Order: Equipment, Software Support, and/or Software Upgrade Licenses | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.1301 | Renewal order: Technical Support Services | 365 | Oracle America, Inc. | 500 Oracle Parkway, Redwood Shores, CA, 94065 |
| 2.1302 | Renewal Request: Checklist | N/A | Curalate, Inc. | 1628 John F. Kennedy Blvd, Philadelphia, PA, 19103 |
| 2.1303 | Request Form | N/A | Corporation Service Company | 251 Little Falls Drive, Wilmington, DE, 19808-1674 |
| 2.1304 | Request Form | N/A | Entrust Corporation | 1187 Park Place, Shakopee, MN, 55379 |
| 2.1305 | Resale Agreement: Cloud Resale | N/A | Pandera Systems, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1306 | Retailer Subscription Agreement: Subscription Services | N/A | StepsAway, Inc | 5200 Lankeshim Blvd #700, North Hollywood, CA, 91601 |
| 2.1307 | Retainer Letter: Install, Service and Test Various point of sale and Telephony equipment and applicable wiring | N/A | CrossCom National LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.1308 | Retention Letter: Terms for retention | N/A | Kirkland &Ellis LLP | 601 Lexington Avenue, New York, NY, 10022 |
| 2.1309 | Rider : Event management system | N/A | SignUp4, LLC. | Two Securities Centre, 3500 Piedmont Road N.E., Suite 625, Atlanta, GA, 30305 |
| 2.1310 | Rider : Travel management system | N/A | SignUp4, LLC. | Two Securities Centre, 3500 Piedmont Road N.E., Suite 625, Atlanta, GA, 30305 |
| 2.1311 | Rider to Price Quotation and Purchase Agreement: Technical support services | N/A | MicroStrategy Services Corporation | 1861 International Drive, McLean, VA, 22102 |
| 2.1312 | Risk Assessment and Benchmarking Review: Proposal Data Information and Review | N/A | SecureState | 23340 Miles Road, Cleveland, OH, 44128 |
| 2.1313 | Sales Order 369037: Education | N/A | MicroStrategy Services Corporation | 1861 International Drive, McLean, VA, 22102 |
| 2.1314 | Sales Order Form: Expense Pay - Add Additional Supported Country/Currency | N/A | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000, Bellevue, WA, 98004 |
| 2.1315 | Sales Order: Adobe Managed Services | 730 | Adobe Inc. | 345 Park Avenue, San Jose, CA, 95110 |
| 2.1316 | Sales Order: Adobe On-demand Services | 1,156 | Adobe Inc. | 345 Park Avenue, San Jose, CA, 95110 |
| 2.1317 | Sales Order: Adobe Professional Services | 371 | Adobe Inc. | 345 Park Avenue, San Jose, CA, 95110 |
| 2.1318 | Sales Order: Job performance | N/A | Snag.Work, LLC | 4851 Lake Brook Drive, Glen Allen, VA, 23060 |
| 2.1319 | Sales Order: Products and Services Pricing Details | N/A | Adobe Systems Incorporated | 345 Park Avenue, San Jose, CA, 95110 |
| 2.1320 | Sales Order: Professional Services | N/A | Adobe Systems Incorporated | 345 Park Avenue, San Jose, CA, 95110 |
| 2.1321 | Sales Order: Professional Services | N/A | Adobe Systems Incorporated | 345 Park Avenue, San Jose, CA, 95110-2704 |
| 2.1322 | Sales Order: Remote Planning and Design Services | N/A | Adobe Systems Incorporated | 345 Park Avenue, San Jose, CA, 95110 |
| 2.1323 | Sales Order: Report line Services | N/A | The Network, Inc. | 334 Research Court, Norcross, GA, 30092 |
| 2.1324 | Sales order: sale of specified item | N/A | Radius 8, Inc. | 707 State Road, Suite 105, Princeton, NJ, 08540 |
| 2.1325 | Sales Order: sales of described items | N/A | ComDoc Inc. | 3458 massillon Road, Union town, OH, 44685 |
| 2.1326 | Sales Order: Stylus Advisory | N/A | Stylus Media Group Ltd. | |
| 2.1327 | Sales Proposal: Purchase of hardware and software | N/A | Fusionstorm | 124 Grove Street, Suite 311, Franklin, MA, 02038 |
| 2.1328 | Schedule of Services: Bundled ERISA Directed Trustee for Daily Valued Defined Contribution Plans | N/A | Wells Fargo Bank, N.A. | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.1329 | Scope of Work: Amends and modifies the Services Agreement | N/A | Azione PR Inc. | |
| 2.1330 | Scope of Work: Applicant Tracking System (ATS) Transition | N/A | NAS Recruitment Innovation, Inc. | 6133 Rockside Rd., Suite 302, Independence, OH, 44131 |
| 2.1331 | Scope of work: Best-fit opportunities | N/A | Lagardère Unlimited Consulting, LLC | Lagardère Unlimited Consulting, LLC, 488 Madison Ave, 16th Floor, New York, NY, 10002 |
| 2.1332 | Scope of Work: Brand Repositioning and Collaboration | N/A | Schwartz & Sons | 25 Willow Place, Brooklyn, NY, 11201 |
| 2.1333 | Scope of Work: CDH in the Cloud-GCP Migration | N/A | DataMetica Solutions Incorporated | Suite 2D, 3500 Western Ave, Highland Park, IL, 60035 |
| 2.1334 | Scope of Work: Content & Consumer Mindset(Spring/Summer 2017) | N/A | Deep Focus | |
| 2.1335 | Scope of Work: Customer Data Warehouse and Analytics | N/A | DataMetica Solutions Incorporated | Suite 2D, 3500 Western Ave, Highland Park, IL, 60035 |
| 2.1336 | Scope of Work: Execution of Parties | N/A | Shadow Public Relations, Inc. | 414 West 14th Street, Floor 3, New York, NY, 10014 |
| 2.1337 | Scope of work: Forecast for Upwest store. | N/A | Civitas Now LLC dba Civitas Marketing | |
| 2.1338 | Scope of work: Initial program development and negotiation | N/A | Lagardère Unlimited Consulting, LLC | Lagardère Unlimited Consulting, LLC, 488 Madison Ave, 16th Floor, New York, NY, 10002 |

In re: Express, LLC
Case No. 24-10835

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1339 | Scope of Work: Provides goods and services | N/A | Civitas Now LLC | |
| 2.1340 | Scope of Work: Research/marketing Project | N/A | Deep Focus, Inc. | |
| 2.1341 | Scope of work: Services provided by vendor | N/A | Civitas Now LLC dba Civitas Marketing | |
| 2.1342 | Scope of Work: Terms and Conditions for services to be provided | N/A | CivitasNow, LLC | |
| 2.1343 | Search Agreement : Staffing services | N/A | Galloway Resource Partners, LLC. | 235 W Main St. Cardington, Columbus, OH, 43315 |
| 2.1344 | Second Amendment to Lease | 3,228 | Sommerset Collection Limited Partnership | 100 Galleria Officeentre, Suite 427, Southfield, Michigan 48034 |
| 2.1345 | Second Lease Modification Agreement | 1,036 | COROC/REHOBOTH III LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1346 | Secretary's Certificate For Lessee: To enter into equipment leases, loans or other agreements | N/A | The CIT Group/Equipment Financing, Inc. | Business Aircraft Unit, 5420 LBJ Freeway, Suite 410, Dallas, TX, 75240 |
| 2.1347 | Service Addendum: Contractual agreement for services | N/A | Five9, Inc | 4000 Executive Parkway, Suite 400, San Ramon, CA, 94583 |
| 2.1348 | Service Addendum: Services Smart SEO Advanced - Rating and Reviews Services | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1349 | Service Addendum: Smart Routing Services | N/A | First Data Services, LLC | |
| 2.1350 | Service Addendum: Smart SEO Advanced - Rating and Reviews Services | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1351 | Service Addendum: Transarmor Services | N/A | Bank of America, N.A. | |
| 2.1352 | Service Agreement Amendment: Modifying Services Agreement terms | N/A | Commission Junction, LLC | 530 East Montecito Street, Santa Barbara, CA, 93103 |
| 2.1353 | Service Agreement General Terms and Conditions: Leadership education services | 1,096 | Centre for Creative Leadership | One Leadership Place, Greensboro, NC, 27140 |
| 2.1354 | Service Agreement: Advertising Services | N/A | JCDecaux MallScape  LLC | New York, NY, 10087-6898 |
| 2.1355 | Service Agreement: Commercial Card Interchange Service | N/A | First Data Merchant Services LLC | |
| 2.1356 | Service Agreement: consultancy services | N/A | HRC Advisory LP | 5 Revere Road, Northbrook, IL, 60062 |
| 2.1357 | Service Agreement: Contractual agreement for services | N/A | g2 Revolution | 160 S. Linden Ave, No. 200, South San Francisco, CA, 94080 |
| 2.1358 | Service Agreement: Customized operational requirements | N/A | Air Force One | 5800 Shier Rings Road, Dublin, OH, 43016 |
| 2.1359 | Service Agreement: Employment or payroll related services | N/A | TALX Corporation (Provider of Equifax Workforce Solutions) | 11432 Lackland Road, St. Louis, MO, 63146 |
| 2.1360 | Service Agreement: Flower Crown Demo and Construction Station | N/A | Sunny Meadows Flower Farm | 3555 Watkins Road, Columbus, OH, 43232 |
| 2.1361 | Service Agreement: Install SmartScreen ChargeItSpot Kiosks | 731 | ChargeItSpot, LLC | |
| 2.1362 | Service Agreement: Internet-based Application Services | N/A | BoardVantage, Inc. | 4300 Bohannon Drive, Suite 110, Menlo Park, CA, 94025 |
| 2.1363 | Service Agreement: Loop's Plus application | N/A | Xariable, Inc. d/b/a Loop | PO Box 16250, Columbus, OH, 43216 |
| 2.1364 | Service Agreement: Photography and Promotion Services | N/A | The BMF Media Group, LLC | 30 E 20th Street, 6th Floor, New York, NY, 10003 |
| 2.1365 | Service Agreement: Services provided by the Bank | N/A | FIA Card Services, N.A. | |
| 2.1366 | Service Agreement: Speaker sessions series | N/A | Gladd | |
| 2.1367 | Service Agreement: Sponsor Unlock and Device Reset Tool | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.1368 | Service Agreement: Tax Services | 1,248 | Ryan, LLC | Three Galleria Tower 13155 Noel Road, Suite 100, Dallas, TX |
| 2.1369 | Service Amendment: Switchblade Service | N/A | 3Cinteractive Corp. | 750 Park of Commerce Boulevard, Suite 400, Boca Raton, FL, 33487 |
| 2.1370 | Service Contract: Full, written intention of both parties | N/A | Red Eye Extravaganza, Inc. DBA Red Eye Photo Booths | 13367 Madlsan Avenue, Lakewood, OH, 14107 |
| 2.1371 | Service Order Form: Akamai Enterprise Solution | 1,095 | Akamai Technologies, Inc. | 145 Broadway, Cambridge, MA, 02142 |
| 2.1372 | Service Order Form: Akamai Enterprise Solution | N/A | Akamai Technologies, Inc. | 145 Broadway, Cambridge, MA, 02142 |
| 2.1373 | Service Order Form: Akamai Enterprise Solution | 731 | Akamai Technologies, Inc. | 145 Broadway, Cambridge, MA, 02142 |
| 2.1374 | Service Order Form: Switchblade Pro Services | 1,360 | 3CINTERACTIVE CORP. | 750 Park of Commerce Boulevard, Suite 400, Boca Raton, FL, 33487 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1375 | Service Order: Additional Terms | N/A | Cyxtera Communications, LLC | |
| 2.1376 | Service Order: Colocation | 1,068 | Cyxtera Communications, LLC | |
| 2.1377 | Service Order: Contractual Agreement for Services | 730 | Sprout Social,Inc. | Chicago, IL, 60611 |
| 2.1378 | Service Order: Conversations Consulting Services | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1379 | Service Order: For subscription services | N/A | Poppulo, Inc. | 77 Fourth Avenue, 6th Floor, Waltham, MA, 02451 |
| 2.1380 | Service Order: Implementation | N/A | Narvar, Inc. | 50 Beale Street, 7th Floor, San Francisco, CA, 94105 |
| 2.1381 | Service Order: List of Service Offerings present in Appendixes 1-3 | 1,461 | Ricoh USA, Inc. | |
| 2.1382 | Service Order: Professional Services | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1383 | Service Order: Software Services | N/A | Qualtrics, LLC | 333 W. River Park Dr., Provo, UT, 84604 |
| 2.1384 | Service Order: Terminate Contractual Documents | 1,460 | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1385 | Service Provider Agreement: Providing contingent labor management services to its clients | N/A | Monument Consulting, LLC | 1800 Summit Avenue, Richmond, VA, 23230 |
| 2.1386 | Service Schedule: Terms on which Customer will receive use of the Service during the Term | N/A | Granify (USA) Inc | 1800 East, 4th Street Suite 104, Austin, TX, 78702 |
| 2.1387 | Services Addendum: Supplement Select Merchant Payment Card Processing Agreement | N/A | First Data Services, LLC | |
| 2.1388 | Services Agreement: Contractual Agreement for various services | N/A | BestMark Inc. | 550 Feltl Road, Minnetonka, MN, 55343 |
| 2.1389 | Services Agreement: Develop candidates | N/A | Fazzina Company, Inc. | |
| 2.1390 | Services Agreement: Professional Service | N/A | A.R. New York | |
| 2.1391 | Services Agreement: Software &technical support Services | 366 | Gerber Technology | |
| 2.1392 | Services Agreement: Software Services | N/A | Gerber Technology | |
| 2.1393 | Services Agreement: Sponsorship for endorsements | N/A | PowerSpike, Inc., | 370 Brownell Road, Ballston Spa, NY, 12020 |
| 2.1394 | Services Agreement: Work related services | N/A | American Express Travel Related Services Company, Inc. | AESC-P 20022 North 31st Ave, Mail Code AZ-08-03-11, Phoenix, AZ, 85027 |
| 2.1395 | Services Contract: Services provided by vendor for the event | N/A | Scratch Events, LLC | 153 West 27th Street, Suite 1005, New York, NY, 10001 |
| 2.1396 | Services Work Order: Consulting - On demand assistance | N/A | Infor (US), Inc. | 13560 Morris Road, Alpharetta, GA, 30004 |
| 2.1397 | Settlement Agreement and Mutual Release: Settlement | N/A | FCP (BOPC) Ltd., ARI FCP Holdings Inc., CPPIB FCP Holding Inc. | 100 King Street West, P.O. Box 45, Toronto, ON, M5X 1A9, Canada |
| 2.1398 | Settlement and Release Agreement: Sponsored Content services | N/A | Uninterrupted, LLC | 1575 N. Gower St., Suite 150, Los Angeles, CA, 90028 |
| 2.1399 | Shopify Plus AvaTax Addendum: AvaTax Service | N/A | Shopify Inc. | 150 Elgin Street, Suite 800, Ottawa, ON, K2P 1L4, Canada |
| 2.1400 | ShopperTrak Business Analytics Traffic Subscription Agreement: Business Analytics Traffic Subscription | N/A | ShopperTrak RCT Corporation | |
| 2.1401 | Site Redesign Statement of Work: Site and Services redesign | N/A | Bazaarvoice, Inc. | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1402 | Sixth Amendment to Customer Agreement: Inventory Availability | 1,096 | Onera, Inc. | 156 2nd Street, San Francisco, CA, 94105 |
| 2.1403 | Sixth Amendment to Inventory Service Agreement: Contract of Services | 762 | RGIS, LLC | 2000 East Taylor Road, Auburn Hills, MI, 48326 |
| 2.1404 | Sixth Amendment: Private label credit card program | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.1405 | Software as a Service Terms and Conditions: Cloud Services | N/A | Kronos Incorporated | Kronos Incorporated, 297 Billerica Road, Chelmsford, MA, 01824 |
| 2.1406 | Software license addendum: Software license grant | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1407 | Software License Agreement: Component Systems Software Services | N/A | Infor Global Solutions (Michigan), Inc. (successor-in-interest to Workbrain, Inc.) | 13560 Morris Road, Alpharetta, GA, 30004 |
| 2.1408 | Software License Agreement: CORPTAX System Solution | N/A | Corptax, Inc. | 2100 E. Lake Cook Rd., Suite 800, Buffalo Grove, IL, 60089 |
| 2.1409 | Software License Agreement: Granting license | N/A | MicroStrategy Services Corporation | 1861 International Drive, McLean, VA, 22102 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1410 | Software License Agreement: License to use Products | N/A | Tradestone Software, Inc. | 17 Rogers Street, Gloucester, MA, 01930 |
| 2.1411 | Software License Agreement: Software license services | N/A | Tradestone Software, Inc. | 17 Rogers Street, Gloucester, MA, 01930 |
| 2.1412 | Software License Agreement: Software Support Services | N/A | Island Pacific, Inc | |
| 2.1413 | Software License and Services Agreement: Software Support services | N/A | Kronos Incorporated | Kronos Incorporated, 297 Billerica Road, Chelmsford, MA, 01824 |
| 2.1414 | Software license, services, support and enhancements agreement: Terms and conditions related with software license and enhancement services | N/A | Manhattan Associates, Inc. | |
| 2.1415 | Software Service Agreement: Contractual agreement for software services | N/A | Amperity, Inc. | 701 5th Ave, Suite 2600, Seattle, WA, 98104 |
| 2.1416 | Software Sublicense Agreement: Bea web logic premium | N/A | Infor Global Solutions (Michigan), Inc. | 13560 Morris Road, Alpharetta, GA, 30004 |
| 2.1417 | Software Subscription Service Agreement: Access and use the Software either as a cloud-hosted or on-premise hosted software | N/A | Klevu Oy | Bertel Jungin aukio 5, Espoo, 02600 |
| 2.1418 | Software Support Agreement: Contractual Agreement for Services | 365 | Infor Global Solutions (Michigan), Inc. (successor-in-interest to Workbrain, Inc.) | 13560 Morris Road, Alpharetta, GA, 30004 |
| 2.1419 | Software Support Agreement: Software Support | N/A | AJB Software Design Inc. | 5255 Solar Drive, Mississauga, ON, L4W 5B8, Canada |
| 2.1420 | Software Support Agreement: Software Support Purchase | 365 | AJB Software Design Inc. | 5255 Solar Drive, Mississauga, ON, L4W 5B8, Canada |
| 2.1421 | Software Support Agreement: Software Support Services | N/A | Island Pacific, Inc | |
| 2.1422 | Solution Subscription Agreement: Professional and support services | 1,826 | Reflexis Systems, Inc. | PO Box 207565, Dallas, TX, 75320-7565 |
| 2.1423 | SOW Change Request - GIV: Addendum consistent with terms of the agreement | N/A | Expicient, Inc. | 26 Chestnut Street, Suite 1 D, Andover, MA, 01810 |
| 2.1424 | SOW Change Request - OMS Install: Addendum consistent with terms of the agreement | N/A | Expicient, Inc. | 26 Chestnut Street, Suite 1 D, Andover, MA, 01810 |
| 2.1425 | SOW: Extend project time line | N/A | ICF Resources LLC | 9300 LEE Highway, Fairfax, VA, 22031 |
| 2.1426 | SOW: Roadmap | N/A | DataMetica Solutions Incorporated | Suite 2D, 3500 Western Ave, Highland Park, IL, 60035 |
| 2.1427 | Speaker Agreement: Speaking Engagement | N/A | Step Back Leadership Consulting, LLC | PO Box 218262, Columbus, OH, 43221 |
| 2.1428 | Speaker Series Agreement: On-site Services | N/A | The Peaceful Bean, LLC | |
| 2.1429 | Sponsored Content Agreement: Sponsored Content services | N/A | Uninterrupted, LLC | 1575 N. Gower St., Suite 150, Los Angeles, CA, 90028 |
| 2.1430 | Sponsorship Agreement: Komen Race for the Cure | N/A | Columbus Affiliate of Susan G. Komen for the Cure | |
| 2.1431 | Sponsorship Agreement: Sponsor the event | N/A | New Venture Fund | 1201 Connecticut Ave, Suite 300, Washington, DC, 20036 |
| 2.1432 | Sponsorship Agreement: Terms, sponsorship fees, benefits | N/A | RED Development LLC | One East Washington #300, Phoenix, AZ, 85004 |
| 2.1433 | Staffing Services Agreement: Information technology professional services | N/A | Tekmark Global Solutions, LLC | 100 Metroplex Drive, Suite 102, Edison, NJ, 08817 |
| 2.1434 | Standard Terms and Conditions for Vendor Services: Conditions for services mentioned in engagement letter | N/A | RDS Delivery Co. Inc. | 436 East 11th St. Grd fl., New York, NY, 10009 |
| 2.1435 | Standard Terms and Conditions: Product and Services provided by the vendor | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1436 | Statement of Services: Consulting | N/A | Oxford Global Resources, Inc. | 100 Cummings Center, Suite 206L, Beverly, MA, 01915 |
| 2.1437 | Statement of Wok: Sales and Use Tax Compliance Outsourcing Services | N/A | Jefferson Wells International, LLC | |
| 2.1438 | Statement of Work # 3: Contractual Agreement for Services | N/A | Interactive Services, a wholly owned subsidiary of LRN Corporation | 41 Madison Avenue, 30th Floor, New York, NY, 10010 |
| 2.1439 | Statement of Work #1: Ecommerce | N/A | Zoco Design | 1122 Cambridge Blvd, Columbus, OH, 43212 |
| 2.1440 | Statement of Work #1: Hitwise Services | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1441 | Statement of Work #1: IT Services - Software Products | N/A | WSO2, Inc. | 787 Castro St., Mountain View, CA, 94041 |
| 2.1442 | Statement of Work #1: Marketing | N/A | Youth Marketing Connection, LLC | 1510 19th Street NW, Washington, DC, 20036 |
| 2.1443 | Statement of Work #1: Marketing | N/A | Ypulse, Inc | 228 Park Avenue S, #39851, New York, NY, 10003 |
| 2.1444 | Statement of Work #2: Marketing | N/A | Youth Marketing Connection, LLC | 1510 19th Street NW, Washington, DC, 20036 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1445 | Statement of Work #2: Marketing | N/A | Ypulse, Inc | 228 Park Avenue S, #39851, New York, NY, 10003 |
| 2.1446 | Statement of Work #3: Indexing using mathematics | N/A | Information Control Company LLC | 2500 Corporate Exchange Drive, Suite 300, Columbus, OH, 43231 |
| 2.1447 | Statement of Work #3: Marketing | N/A | Ypulse, Inc | 228 Park Avenue S, #39851, New York, NY, 10003 |
| 2.1448 | Statement of Work (Budget estimate): Budget Summary | N/A | Shadow | 414 West 14th Street, Floor 3, New York, NY, 10014 |
| 2.1449 | Statement of Work (Exhibit A): Services provided by vendor | N/A | SET Management LLC | 1800 NW Upshur Street, Suite 100, Portland, OR, 97209 |
| 2.1450 | Statement of Work : Budget Proposal | N/A | Shadow Public Relations, Inc. | 414 West 14th Street, Floor 3, New York, NY, 10014 |
| 2.1451 | Statement of Work : Install RSA Enterprise Manager and implement soft token authentication | N/A | Advizex Technologies, LLC | |
| 2.1452 | Statement of Work 1: Reflexis Task Manager | N/A | Connors & Associates, LLC d/b/a Connors Group | 4000 Town Center Blvd, Ste 310, Canonsburg, PA, 15317 |
| 2.1453 | Statement of work Amendment: Subscription of passenger platform | N/A | Fuel Cycle, Inc. | 1200 Wilshire Blvd, suite 1950, Los Angeles, CA, 90025 |
| 2.1454 | Statement of Work and Agreement : Outfit creation & selection | 731 | Stylitics,Inc. | 10 E 33st, 6th floor, New york, NY, 10016 |
| 2.1455 | Statement of Work for Managed Enterprise: List of Cisco entities | N/A | CenturyLink Communications, LLC | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.1456 | Statement of Work No. 1: Coaching Engagement for selecting client employees | N/A | Centre for Creative Leadership | One Leadership Place, Greensboro, NC, 27140 |
| 2.1457 | Statement of Work Number One: Integrated Claims Administration Cost Containment Program | N/A | CorVel Enterprise Comp, Inc. | 2010 Main Street, Suite 600, Irvine, CA, 92614 |
| 2.1458 | Statement of Work/Schedule: International Travel Security | N/A | Keros | |
| 2.1459 | Statement of Work/Schedule: Online Product Review Platform | N/A | Bazaarvoice | 11921 N. MoPac Expressway, Suite 420, Austin, TX, 78759 |
| 2.1460 | Statement of Work: 1 Onsite Creative Developers | N/A | North America Photon Infotech Ltd | France Centre 6th Floor, Corner St Jean Road and Victoria Avenue, Quatre Bornes, 72350 |
| 2.1461 | Statement of Work: 2 Onsite Developers and 1 lead offshore | N/A | North America Photon Infotech Ltd | France Centre 6th Floor, Corner St Jean Road and Victoria Avenue, Quatre Bornes, 72350 |
| 2.1462 | Statement of Work: 3 Onsite Developers | N/A | North America Photon Infotech Ltd | France Centre 6th Floor, Corner St Jean Road and Victoria Avenue, Quatre Bornes, 72350 |
| 2.1463 | Statement of Work: Accessibility testing of 7 screens/pages | N/A | Knowbility, Inc. | 1033 La Posada Dr., Ste. 372, Austin, TX, 78752 |
| 2.1464 | Statement of work: Activation of pop-up retail concept | N/A | Midfield Interactive Co. | 64 Hatt St. 2nd Fl, Dundas, ON, L9H 7T6, Canada |
| 2.1465 | Statement of work: Advance store 6.8 point of sale software solution | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1466 | Statement of Work: Advertising with Publisher Addressable Marketplaces | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.1467 | Statement of Work: Agreement for Services | N/A | Qualine Inc. (Qualine Consulting) | PO Box 16858, Miami, FL, 33116 |
| 2.1468 | Statement of Work: Assistive Solution Services | N/A | UsableNet, Inc. | 228 Park Ave S, STE 62305, New York, NY, 10003 |
| 2.1469 | Statement of Work: Automation of Several Tax Processes | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1470 | Statement of Work: Automation testing project | N/A | Nu Technology Inc | 825 Corporate Way, Fremont, CA, 94539 |
| 2.1471 | Statement of Work: Campus Pre/Post Campaign testing | N/A | Ypulse, Inc | 228 Park Avenue S, #39851, New York, NY, 10003 |
| 2.1472 | Statement of Work: Case management solutions | N/A | NeuraFlash, LLC | 745 Atlantic Avenue, Boston, MA, 02111 |
| 2.1473 | Statement of Work: Certain Services listed | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.1474 | Statement of Work: Certification Services | N/A | First Data Services, LLC | |
| 2.1475 | Statement of Work: Change in reimbursement of OT and holiday pay | N/A | Monument Consulting, LLC | 1800 Summit Avenue, Richmond, VA, 23230 |
| 2.1476 | Statement of Work: Cloud Services | N/A | Trintech Inc. | |
| 2.1477 | Statement of Work: Code of conduct course question refinement. | N/A | Maestro, LLC | 401 E. Michigan Ave, Suite 202, Kalamazoo, MI, 49007 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1478 | Statement of work: Compliance and support service | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.1479 | Statement of Work: Compliance and support services | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.1480 | Statement of Work: Compliance and Tax Consulting Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1481 | Statement of work: Consultation services | N/A | FireEye, Inc., d/b/a Mandiant | 601 McCarthy Blvd., Milpitas, CA, 95035 |
| 2.1482 | Statement of work: Consultation services | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1483 | Statement of Work: Consulting and development services | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1484 | Statement of work: consulting and management | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1485 | Statement of work: Consulting services | N/A | Kronos Incorporated | Kronos Incorporated, 297 Billerica Road, Chelmsford, MA, 01824 |
| 2.1486 | Statement of Work: consulting services | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1487 | Statement of Work: Consulting Services | N/A | RSM US LLP | 719 Griswold Street, Suite 820, Detroit, MI, 48226 |
| 2.1488 | Statement of Work: Contemporaneous documentation and benchmarking transfer pricing services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1489 | Statement of Work: Contractual agreement for services | N/A | M2 Partners, Inc. | 2 Bloor Street West, Suite 1902, Toronto, ON, M4W 2E3, Canada |
| 2.1490 | Statement of Work: Contractual Agreement to Services | N/A | Kaiser Consulting, LLC | 34 Grace Drive, Powell, OH |
| 2.1491 | Statement of Work: Corptax Compliance and Provision Implementation Assistance | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1492 | Statement of Work: Creation, Development and Management of the RMS end to end Test Plan | N/A | Consumer Centric Consulting, LLC | 20 Kate's Glen, Plymouth, MA, 02360 |
| 2.1493 | Statement of Work: Current State SAM Assessment | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1494 | Statement of Work: Customer journey workshop and documentation | N/A | Zoco Design | 1122 Cambridge Blvd, Columbus, OH, 43212 |
| 2.1495 | Statement of Work: Data Services | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1496 | Statement of Work: Data Services | 366 | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1497 | Statement of Work: Datal Migration Augmentation | N/A | Pandera Systems, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1498 | Statement of work: describes work under IBM Services | N/A | IBM | 4600 Lakehurst Court, Dublin, OH, 43016 |
| 2.1499 | Statement of Work: Design and implementation of Workday HCM and Payroll | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1500 | Statement of Work: Design and install software | N/A | Varonis Systems, Inc. | |
| 2.1501 | Statement of Work: Distribution Network Optimization Study | N/A | The North Highland Company LLC | 3333 Piedmont Road NE, Suite 1000, Atlanta, GA, 30305 |
| 2.1502 | Statement of Work: eComm Migration Advisory | N/A | 66degrees Holdings, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1503 | Statement of Work: Eggplant Automation Services | N/A | Keysight Technologies, Inc. | 1900 Garden of the Gods Road, Colorado Springs, CO, 80907-3423 |
| 2.1504 | Statement of Work: Enhance the implementation of the integration | N/A | NeuraFlash, LLC | 745 Atlantic Avenue, Boston, MA, 02111 |
| 2.1505 | Statement of Work: EP Support | N/A | JDA Software, Inc. | 14400 N. 87th Street, Scottsdale, AZ, 85260-3649 |
| 2.1506 | Statement of Work: EP Tech Upgrade | N/A | JDA Software, Inc. | 14400 N. 87th Street, Scottsdale, AZ, 85260-3649 |
| 2.1507 | Statement of Work: EP Template Implementation Design Phase | N/A | JDA Software, Inc. | 14400 N. 87th Street, Scottsdale, AZ, 85260-3649 |
| 2.1508 | Statement of Work: Evolution and enhancement of Google Workspace environment | N/A | 66degrees Holdings, LLC f.k.a Pandera Systems, LLC | 600 W. Van Buren St., Suite 603, Chicago, IL, 60607 |
| 2.1509 | Statement of Work: Express 382 Analysis | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.1510 | Statement of Work: Express Malware Review | N/A | McGladrey LLP | One South Wacker Drive, Suite 800, Chicago, IL, 60606-3392 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1511 | Statement of work: Express Next 2020 Discovery and Planning | N/A | Slalom, LLC, dba Slalom Consulting | 821 2nd Ave, # 1900, Seattle, WA, 98104 |
| 2.1512 | Statement of Work: External independent advisory consultancy | N/A | Expicient, Inc. | 26 Chestnut Street, Suite 1 D, Andover, MA, 01810 |
| 2.1513 | Statement of work: FATCA/1441 | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.1514 | Statement of work: File Monitor Updates | N/A | Drafthorse Solutions, LLC | PO Box 505, Richmond, VT, 05477 |
| 2.1515 | Statement of Work: Front-end CSS & html styling | N/A | Olapic, Inc. | |
| 2.1516 | Statement of Work: FYE14 Tax Loan Staff Assistance | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.1517 | Statement of work: Guidelines for professional services | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.1518 | Statement of work: Hosting/Serving | N/A | Drafthorse Solutions, LLC | PO Box 505, Richmond, VT, 05477 |
| 2.1519 | Statement of work: Hurricane Labs Renew | N/A | Sirius Computer Solutions, Inc. | 10100 Reunion Place, Suite 500, San Antonio, TX, 78216 |
| 2.1520 | Statement of work: Hurricane Renewal | N/A | Sirius Computer Solutions, Inc. | 10100 Reunion Place, Suite 500, San Antonio, TX, 78216 |
| 2.1521 | Statement of Work: identity Link Services for Brands | N/A | LiveRamp, Inc. | 667 Mission St, 4th Floor, San Francisco, CA, 94104 |
| 2.1522 | Statement of Work: Implement Service Cloud | N/A | NeuraFlash, LLC | 745 Atlantic Avenue, Boston, MA, 02111 |
| 2.1523 | Statement of Work: Implementation of technological services | N/A | WSO2, Inc. | 787 Castro St., Mountain View, CA, 94041 |
| 2.1524 | Statement of Work: Implementation of the stored procedures and Java code for an optimized BCC import process | N/A | KnowledgePath Solutions LLC | 35 Corporate Drive, Burlington, MA, 01803 |
| 2.1525 | Statement of Work: Implementation of TradeStone Merchandise Life-cycle Management (MLM) Solutions | N/A | Tradestone Software, Inc. | 17 Rogers Street, Gloucester, MA, 01930 |
| 2.1526 | Statement of Work: Implementation support for contact automation | N/A | ALA Consulting Group | 30879 Falkirk Drive, Westlake, OH, 44145 |
| 2.1527 | Statement of Work: Implementing e-commerce core promotion capabilities | N/A | Nu Technology Inc | 825 Corporate Way, Fremont, CA, 94539 |
| 2.1528 | Statement of Work: Indirect tax to series implementation | N/A | Vertex, Inc. | 1041 Old Cassatt Road, Berwyn, PA, 19312 |
| 2.1529 | Statement of work: Installation & maintenance services | N/A | CrossCom National, LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.1530 | Statement of Work: Integration Framework Implementation & Data Warehouse Migration | N/A | Pandera Systems, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1531 | Statement of work: IT Services | N/A | Doug Letwin, LLC | 1222 Marks Road, Apt H, Valley City, OH, 44280 |
| 2.1532 | Statement of work: IT services | N/A | Pandera Systems, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1533 | Statement of Work: Lab Services | N/A | Forsythe Solutions Group, Inc. | 27734 Bluegrass Drive, Channahon, IL, 60410 |
| 2.1534 | Statement of Work: Lead Generation Campaign | N/A | Sudden Impact Marketing, Inc. | 653 McCorkle Blvd, Suite J, Westerville, OH, 43082 |
| 2.1535 | Statement of work: Lifecycle management solutions | N/A | TradeStone Software, Inc. | 17 Rogers Street, Gloucester, MA, 01930 |
| 2.1536 | Statement of work: Marketing and promoting product services to college consumers | N/A | Youth Marketing Connection, LLC | 1510 19th Street NW, Washington, DC, 20036 |
| 2.1537 | Statement of Work: Marketing Services | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.1538 | Statement of work: Migrate work load to Google Cloud | N/A | Slalom, LLC, dba Slalom Consulting | 821 2nd Ave, # 1900, Seattle, WA, 98104 |
| 2.1539 | Statement of Work: Migrating Enterprise Data Platform | N/A | 66degrees Holdings, LLC f.k.a Pandera Systems, LLC | 600 W. Van Buren St., Suite 603, Chicago, IL, 60607 |
| 2.1540 | Statement of Work: Migrating Enterprise Data Platform | N/A | Pandera Systems, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1541 | Statement of Work: Migrating of Enterprise Data Platform | N/A | 66degrees Holdings, LLC f.k.a Pandera Systems, LLC | 600 W. Van Buren St., Suite 603, Chicago, IL, 60607 |
| 2.1542 | Statement of Work: Migration from Splunk to Google Chronicle | N/A | 66degrees Holdings, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1543 | Statement of work: Migration to GIS | N/A | Knack Technologies, LLC | 2406 Williams St., Augusta, GA, 30904 |
| 2.1544 | Statement of work: Mobile application implementation | N/A | ComDoc Inc. | 3458 massillon Road, Union town, OH, 44685 |
| 2.1545 | Statement of Work: Mobile POS update | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1546 | Statement of Work: MRR Bandwidth with Managed Services | N/A | Ricoh USA, Inc. | 300 Eagleview Blvd, Suite 200, Exton, PA, 19341 |
| 2.1547 | Statement of Work: MS Splunk Renewal | N/A | Sirius Computer Solutions, Inc. | 10100 Reunion Place, Suite 500, San Antonio, TX, 78216 |
| 2.1548 | Statement of Work: Multi Services provided consistent with the terms | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1549 | Statement of Work: NFT Consulting Services | N/A | VaynerMedia, LLC | 10 Hudson Yards, Floor 25, New York, NY, 10001 |
| 2.1550 | Statement of Work: Omni-Channel technology transformation Contract Services | N/A | Sequent Inc. | |
| 2.1551 | Statement of Work: OMS Scope and Services provided by Vendor | N/A | Expicient, Inc. | 26 Chestnut Street, Suite 1 D, Andover, MA, 01810 |
| 2.1552 | Statement of Work: Online Survey | N/A | Harris Insights & Analytics, LLC | 300 N Lasalle Street, Ste 5575, Chicago, IL, 60654 |
| 2.1553 | Statement of work: Onsite Services within 48 Contiguous States | N/A | CrossCom National LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.1554 | Statement of Work: Organizational change management services | N/A | Avaap USA LLC | 1400 Goodale Blvd, Suite 100, Columbus, OH, 43212 |
| 2.1555 | Statement of Work: Out of Scope Services | 3,895 | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.1556 | Statement of work: outline scope of services | N/A | Unbxd, Inc. | 1730 South Amphlett Boulevard, Suite 222, San Mateo, CA, 94402 |
| 2.1557 | Statement of Work: Payroll Implementation | N/A | Avaap U.S.A. LLC | 1400 Goodale Blvd, Suite 100, Columbus, OH, 43212 |
| 2.1558 | Statement of Work: Platform Subscription Services | N/A | Fuel Cycle, Inc | 12100 Wilshire Blvd, Suite 1950, Los Angeles, CA, 90025 |
| 2.1559 | Statement of work: Portfolio Management and Governance Assessment | N/A | Sogeti USA LLC | 7735 Paragon Road, Dayton, OH, 45459 |
| 2.1560 | Statement of Work: Power front Services | N/A | Powerfront, Inc. | 468 N Camden Dr, Suite 200, Beverly Hills, CA, 90210 |
| 2.1561 | Statement of Work: Prepare Express' annual unclaimed property filings . | N/A | MarketSphere Consulting, LLP | |
| 2.1562 | Statement of Work: Professional Consulting Services | N/A | Scott Q Consulting, LLC | 4405 Valley Quail Blvd North, Westerville, OH, 43081 |
| 2.1563 | Statement of Work: Professional Service Solution for Multi-Site Test and Turn -p | N/A | CenturyLink Communications, LLC f/k/a Qwest Communications Company, LLC | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.1564 | Statement of Work: Professional services | N/A | Nedap, Inc. | 25 Corporate Drive, Burlington, MA, 01803 |
| 2.1565 | Statement of Work: Professional Services | N/A | SecureState | 23340 Miles Road, Cleveland, OH, 44128 |
| 2.1566 | Statement of Work: Professional Services | N/A | Tenable, Inc. | 6100 Merriweather Drive, 12th Floor, Columbia, MD, 21044 |
| 2.1567 | Statement of Work: Professional services | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.1568 | Statement of Work: Professional services | N/A | VeriFone, Inc. c/o Corporation Service Company | 251 Little Falls Drive, Wilmington, DE, 19808 |
| 2.1569 | Statement of Work: Professional services based on time and materials | N/A | Logic Information Systems, Inc | 3800 American Boulevard West, Suite 1200, Bloomington, MN, 55431 |
| 2.1570 | Statement of Work: Professional services to assist management annually with Internal Audit Control over financial reporting services and staff assistance | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1571 | Statement of Work: Project Management | N/A | Apex Systems, Inc. | 4400 Cox Road, Suite 200, Glen Allen, VA, 23060 |
| 2.1572 | Statement of Work: Project Management | N/A | Consumer Centric Consulting, LLC | 20 Kate's Glen, Plymouth, MA, 02360 |
| 2.1573 | Statement of Work: Project Management | N/A | KSC Studio, LLC dba Kreate Technology | 2152 Citygate Drive., Columbus, OH, 43219 |
| 2.1574 | Statement of work: Project Management Services | N/A | Bamboo Rose LLC | 17 Rogers Street, Gloucester, MA, 01930 |
| 2.1575 | Statement of Work: Proposal for Brand Tracker | N/A | Harris Insights & Analytics, LLC | 300 N Lasalle Street, Ste 5575, Chicago, IL, 60654 |
| 2.1576 | Statement of Work: Provide assistance in the migration of Express' eCommerce environment | N/A | 66degrees Holdings, LLC f.k.a Pandera Systems, LLC | 600 W. Van Buren St., Suite 603, Chicago, IL, 60607 |
| 2.1577 | Statement of Work: Providing work products | N/A | Systems Integration Specialist | 7086 Pleasant Colony Circle, Blacklick, OH, 43004 |
| 2.1578 | Statement of Work: QA testing services for OMNI project | N/A | Everest Technologies, Inc. | 740 Lakeview Plaza Blvd., Suite 250, Worthington, OH, 43085 |
| 2.1579 | Statement of Work: QA/SW Tester | N/A | Apex Systems, Inc. | 4400 Cox Road, Suite 200, Glen Allen, VA, 23060 |
| 2.1580 | Statement of work: Quality Assurance and Testing | N/A | Sogeti USA LLC | 7735 Paragon Road, Dayton, OH, 45459 |
| 2.1581 | Statement of Work: Quality Assurance of Data Metrics and Reports | N/A | Consumer Centric Consulting, LLC | 20 Kate's Glen, Plymouth, MA, 02360 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1582 | Statement of work: Quality Assurance, Testing and Test Management | N/A | Sogeti USA LLC | 7735 Paragon Road, Dayton, OH, 45459 |
| 2.1583 | Statement of work: Rancher Health Check | N/A | Suse Llc | 1221 S Valley Grove Way, #500, Pleasant Grove, UT, 84062 |
| 2.1584 | Statement of Work: Re-configuration of RMS | N/A | KSC Studio, LLC dba CreativeDrive | 2152 Citygate Drive., Columbus, OH, 43219 |
| 2.1585 | Statement of work: Repair and update | N/A | Midfield Interactive Co. | 64 Hatt St. 2nd Fl, Dundas, ON, L9H 7T6, Canada |
| 2.1586 | Statement of Work: Reporting Component of the Oracle Implementation Project at Express | N/A | Consumer Centric Consulting, LLC | 20 Kate's Glen, Plymouth, MA, 02360 |
| 2.1587 | Statement of work: Research and opportunities report | N/A | Zoco Design | 1122 Cambridge Blvd, Columbus, OH, 43212 |
| 2.1588 | Statement of Work: Review for accuracy and completeness the content of the file named Web Accessibility_052019 | N/A | Knowbility, Inc. | 1033 La Posada Dr., Ste. 372, Austin, TX, 78752 |
| 2.1589 | Statement of Work: RFID Technology Information and Schedule | N/A | Sensormatic Electronics, LLC | 1155 Broken Sound Parkway NW, Suite A, Boca Raton, FL, 33487 |
| 2.1590 | Statement of Work: Routine On-Call Advisory Services | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.1591 | Statement of work: Sales and Use Tax Compliance Services | N/A | Experis Finance | |
| 2.1592 | Statement of Work: Sample tracking and management | N/A | Drafthorse Solutions, LLC | PO Box 505, Richmond, VT, 05477 |
| 2.1593 | Statement Of Work: Search Engine Optimization (SEO), Content Creation and SEO Reporting And Insights Services | 730 | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.1594 | Statement of Work: Security and consulting | N/A | Armada Ltd | 23 Claire dan Dr., Powell, OH, 43065 |
| 2.1595 | Statement of Work: Security Test | N/A | RSM US LLP | 719 Griswold Street, Suite 820, Detroit, MI, 48226 |
| 2.1596 | Statement of Work: Security Testing | N/A | McGladrey LLP | One South Wacker Drive, Suite 800, Chicago, IL, 60606-3392 |
| 2.1597 | Statement of Work: Security Testing | N/A | RSM US LLP | 719 Griswold Street, Suite 820, Detroit, MI, 48226 |
| 2.1598 | Statement of Work: Security Testing | N/A | RSM US LLP (formerly known as McGladrey LLP) | 719 Griswold Street, Suite 820, Detroit, MI, 48226 |
| 2.1599 | Statement of Work: Services and/or deliverables provided by Company | N/A | Nu Technology Inc | 825 Corporate Way, Fremont, CA, 94539 |
| 2.1600 | Statement of Work: Services consistent with Email insights Participation and Data Services Schedule | N/A | Experian Marketing Solutions, LLC | 475 Anton Boulevard, Costa Mesa, CA, 92626 |
| 2.1601 | Statement of work: Services in support of IBM's Sterling B2B Integrator | N/A | Knack Technologies, LLC | 2406 Williams St., Augusta, GA, 30904 |
| 2.1602 | Statement of Work: Services provided | N/A | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.1603 | Statement of Work: Services provided by Vendor | N/A | Expicient, Inc. | 26 Chestnut Street, Suite 1 D, Andover, MA, 01810 |
| 2.1604 | Statement of work: Services provided by vendor | N/A | LevelUP Consulting Partners, LLC | 100 SE Third Avenue, Suite 1000, Fort Lauderdale, FL, 33394 |
| 2.1605 | Statement of Work: Setup efforts for AS L3 labs | N/A | NCR Corporation | 3079 Satellite Boulevard, Duluth, GA, 30096-5810 |
| 2.1606 | Statement of Work: SLA Cisco Physical Security Access Manager (CPAM) | N/A | Wachter, Inc. | 16001 West 99th Street, Lenexa, KS, 66219 |
| 2.1607 | Statement of Work: Software enhancement services | N/A | Manhattan Associates, Inc. | |
| 2.1608 | Statement of Work: Software Health Check | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.1609 | Statement of Work: Software implementation services | N/A | ComDoc Inc. | 3458 massillon Road, Union town, OH, 44685 |
| 2.1610 | Statement of Work: Software solution implementation services | N/A | ComDoc Inc. | 3458 massillon Road, Union town, OH, 44685 |
| 2.1611 | Statement of Work: Sourcing Execution Support, Sourcing Strategy Support | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1612 | Statement of Work: SOW describing the scope of services including campaign set up, configurations and deployment. | N/A | LiquidHub (fka Think, LLC) | |
| 2.1613 | Statement of Work: SSO Based Login | N/A | North America Photon Infotech Ltd | France Centre 6th Floor, Corner St Jean Road and Victoria Avenue, Quatre Bornes, 72350 |
| 2.1614 | Statement of Work: Subscriptions and Hosting Services | N/A | Drafthorse Solutions, LLC | PO Box 505, Richmond, VT, 05477 |
| 2.1615 | Statement of Work: Supply Chain Review | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1616 | Statement of Work: Support and administration of eCommerce business | N/A | Pandera Systems, LLC | 600 West Van Buren Street, Suite 603, Chicago, IL, 60607 |
| 2.1617 | Statement of Work: Support Services | N/A | Rimini Street, Inc. | 3993 Howard Hughes Parkway, Suite 500, Las Vegas, NV, 89169 |
| 2.1618 | Statement of Work: Tax Advisory Services | N/A | Ernst & Young LLP | 1100 Hungton Center, 41 South High Street, Columbus, OH, 43215-3400 |
| 2.1619 | Statement of Work: Tax Consulting Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1620 | Statement of Work: Tax Examination Assistance Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1621 | Statement of work: Technical architecture for website automation testing | N/A | Sogeti USA LLC | 7735 Paragon Road, Dayton, OH, 45459 |
| 2.1622 | Statement of Work: Technical Support Services | N/A | Analytics Demystified | |
| 2.1623 | Statement of Work: Technology Enabled Services | N/A | Appirio, Inc. | 760 Market Street, San Francisco, CA, 94102 |
| 2.1624 | Statement of Work: Technology enabling and crowd sourcing services | N/A | Appirio Inc. | 760 Market Street, San Francisco, CA, 94102 |
| 2.1625 | Statement of Work: Technology Services | N/A | Fast Switch, Ltd. | 4900 Blazer Parkway, Dublin, OH, 43017 |
| 2.1626 | Statement of Work: Tenable Solution Implementation Services | N/A | Tenable Network Security, Inc. | 7021 Columbia Gateway Drive, Suite 500, Columbia, MD, 21046 |
| 2.1627 | Statement of Work: The Services Statement of Work (SOW) specifies that Brierley will deliver services, including Out of Scope Services, to Express in accordance with the terms laid out in the Agreement and the Master Service Agreement. | 3,895 | Brierley + Partners, Inc. | 5465 Legacy Drive, Suite 300, Plano, TX, 75024 |
| 2.1628 | Statement of Work: Third Party Risk Management Solution | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1629 | Statement of Work: Time and Material Support Services | N/A | CrossCom National, LLC | 900 Deerfield Parkway, Buffalo Grove, IL, 60089 |
| 2.1630 | Statement of Work: TIWM Configuration | N/A | Teradata Operations, Inc. | 17095 Via Del Campo, San Diego, CA, 92127 |
| 2.1631 | Statement of Work: Training | N/A | SolutionsIQ, Inc. | 6801 185th Ave NE, Suite 200, Redmond, WA, 98052 |
| 2.1632 | Statement of work: Training Services | 1,096 | Alorica Inc. | 5161 California Ave., Suite 100, Irvine, CA, 92617 |
| 2.1633 | Statement of Work: Upgradation Services | N/A | Presidio Networked Solutions, Inc | 5025 Bradenton Ave, Dubli, OH, 43017 |
| 2.1634 | Statement of Work: Upgrade Workforce Central v8 Analytics on-premise production and non-production environments | N/A | Kronos Incorporated | Kronos Incorporated, 297 Billerica Road, Chelmsford, MA, 01824 |
| 2.1635 | Statement of Work: Vendor management software license / third party risk management solution, Software asset management services, Sourcing | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1636 | Statement of Work: Verint Physical Security SLA | N/A | Wachter, Inc. | 16001 West 99th Street, Lenexa, KS, 66219 |
| 2.1637 | Statement of Work: Volume Testing and Software Health Check | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.1638 | Statement of Work: Voluntary Disclosure Services, Tax Examination Representation Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1639 | Statement of Work: Workday Assessment Services | N/A | Avaap USA LLC | 1400 Goodale Blvd, Suite 100, Columbus, OH, 43212 |
| 2.1640 | Strategies, roles and responsibilities, guidelines and procedures for BCP: Outlining Business Continuity Plan | N/A | Merkle Inc. | 7001 Columbia Gateway Drive, Columbia, MD, 21046 |
| 2.1641 | Study of a new Express Masculine Fragrance Line: Special and General Conditions | N/A | Batallure Beauty, LLC | 104 Carnegie Center, Suite 202, Princeton, NJ, 08540 |
| 2.1642 | Stylist Service Agreement : Styling Service | N/A | Julia Sarr-Jamois | |
| 2.1643 | Subscription Agreement: Marketing | N/A | Wolters Kluwer Financial Services, Inc. | |
| 2.1644 | Subscription Order Form: Contractual Agreement for Services | 729 | Quantum Metric, Inc. | 10807 New Allegiance Drive, Ste. 155, Colorado Springs, CO, 80921 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1645 | Subscription Service Agreement: Subscription of services | N/A | Business Researchers Inc., d/b/a Upstream | |
| 2.1646 | Subscription Services Agreement : Subscription Services | N/A | Saba Software, Inc. | 4120 Dublin Blvd, Suite 200, Dublin, CA, 94568 |
| 2.1647 | Subscription Term: software services for retail business | N/A | Nedap Inc. | 25 Corporate Drive, Burlington, MA, 01803 |
| 2.1648 | Substitution Notice: Replacement services | N/A | NetJets Sales, Inc. NetJets Aviation, Inc. NetJets Services, Inc. | 4111 Bridgeway Ave., Columbus, OH, 43219 |
| 2.1649 | Supplier Check list: Manufacturing and supply | N/A | Formation Brands LLC | 400 Oyster Pt, Suite 200, South San Francisco, CA, 94080 |
| 2.1650 | Supplier Check List: Sale and Purchase of goods | N/A | Pintrill, LLC | 231 Grand ST, Brooklyn, NY, 11211 |
| 2.1651 | Supplier Check List: Supplier Check List | N/A | Lesilu Productions, Inc. Independent Production Services, Inc. | Lesilu Productions, Inc, 16 West 36th Street, New York, NY, 10018 |
| 2.1652 | Supplier Onboarding Tracker: Express Weekly Project Meeting | N/A | Monument Consulting, LLC | 1800 Summit Avenue, Richmond, VA, 23230 |
| 2.1653 | Supplier Profile: Information about the Supplier | N/A | Talking Tables Ltd | 7 Union Court, 20 Union Road, London, SW4 6JP, United Kingdom |
| 2.1654 | Supplier Profile: Manufacturing | N/A | DesignWorks Ink | 33 Aspen Grove Dr., Franklin, TN, 37067 |
| 2.1655 | Support Services Quote: Software Support Services | 738 | Kronos Incorporated | Kronos Incorporated, 297 Billerica Road, Chelmsford, MA, 01824 |
| 2.1656 | Survey Analysis | N/A | CaaStle | Legal Dept, 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.1657 | Survey Analysis: Survey | N/A | CaaStle | Legal Dept, 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.1658 | Talent Agreement: Talents services as a spokesperson | N/A | Roe Productions, Inc. | |
| 2.1659 | Talent Booking Terms & Conditions: Talent representation | N/A | Maddison Perry | 1510 Riverside Drive #1, Nashville, TN, 37206 |
| 2.1660 | Talent Services Agreement: Agency, Ownership and Miscellaneous Details | N/A | Salvador Perez, Inc. | |
| 2.1661 | Talent Services Agreement: Publicity Rights | N/A | T. Safdar, Inc. f/s/o Tan France | |
| 2.1662 | Talent Services Agreement: Publicizing, marketing and more generally promoting Express and/or the products | N/A | Kellan Lutz | |
| 2.1663 | Talent Services Agreement: Services provided by the vendor concerning Pitch Perfect 2 | N/A | Salvador Perez, Inc. | |
| 2.1664 | Tax Compliance Agreement: Property Tax compliance | N/A | Indirect Tax Solutions, LLC | |
| 2.1665 | Tax Retainer Engagement Letter: Tax Services | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1666 | TeamMate+Subscription Order Form: Project Management. Analysis, installation, Configuration and training of Components | N/A | Wolters Kluwer Financial Services, Inc. | |
| 2.1667 | Technology Service Agreement: services and deliverables provided by consultant | N/A | ComDoc Inc. | 3458 massillon Road, Union town, OH, 44685 |
| 2.1668 | Technology Services Agreement: Technological services | N/A | TradeStone Software, Inc. | 17 Rogers Street, Gloucester, MA, 01930 |
| 2.1669 | Technology Services Agreement: Technology Services | N/A | Consumer Centric Consulting, LLC | 20 Kate's Glen, Plymouth, MA, 02360 |
| 2.1670 | Temporary Space Agreement | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall 1201 Lake Woodlands Drive, #700 The Woodlands, TX 77380 |
| 2.1671 | Term License Agreement Sales Order: Professional Services | N/A | Adobe Systems Incorporated (ADUS) | 345 Park Avenue, San Jose, CA, 95110-2704 |
| 2.1672 | Termination Letter: Automic Release Automation (ARA) and Automic Workload Automation (AWA) services. | N/A | Broadcom (Automic) | 14475 NE 24st Street, Suite 210, Bellevue, WA, 98007 |
| 2.1673 | Termination Letter: Subscription Services | N/A | Urban Airship, Inc. | 1417 NW Everett Street, Suite 300, Portland, OR, 97209 |
| 2.1674 | Termination Letter: Termination Notice | N/A | OneMarket Network, LLC | 835 Market Street, Suite 700, San Francisco, CA, 94103 |
| 2.1675 | Termination notice of Subscription WSO2 Agreement.: Consulting - Marketing | N/A | WSO2, Inc. | 787 Castro St., Mountain View, CA, 94041 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1676 | Termination Notice: Tax credits and incentives services | N/A | TALX Corporation (Provider of Equifax Workforce Solutions) | 11432 Lackland Road, St. Louis, MO, 63146 |
| 2.1677 | Termination Notice: Workday HCM and Payroll | N/A | KPMG LLP | BNY Mellon Center, Suite 3400, 500 Grant Street, Pittsburgh, PA, 15219-2598 |
| 2.1678 | Terms & Conditions for On-Site Services: Services provided by Vendor | N/A | Henry Timms | |
| 2.1679 | Terms and Conditions: Acquisition and Recovery Services | N/A | Corporation Service Company | 251 Little Falls Drive, Wilmington, DE, 19808-1674 |
| 2.1680 | Terms and conditions: Consulting Services | N/A | RightStar Systems, Inc. | |
| 2.1681 | Terms and conditions: Contractual agreement for services | N/A | Loren Kennedy | |
| 2.1682 | Terms and Conditions: Domain Name Acquisition and Recovery Services | N/A | Corporation Service Company | 251 Little Falls Drive, Wilmington, DE, 19808-1674 |
| 2.1683 | Terms and conditions: General terms and conditions | N/A | The Molecule Effect, LLC | |
| 2.1684 | Terms and conditions: General terms and conditions applicable to all services | N/A | Chic Sketch/ Appetizer Mobile, LLC | Chic Sketch/ Appetizer Mobile, LLC |
| 2.1685 | Terms and conditions: General terms and conditions applicable to all services | N/A | Civitas | |
| 2.1686 | Terms and Conditions: Govern purchase orders | N/A | VeriFone, Inc. | 88 West Plumeria Drive, San Jose, CA, 95134 |
| 2.1687 | Terms and conditions: Subscription services | N/A | Xariable, Inc. d/b/a Loop | PO Box 16250, Columbus, OH, 43216 |
| 2.1688 | Terms and Service Level Agreement: Assortment Performance | N/A | S5 Stratos, Inc. | 13601 Preston Road, Suite W0860, Dallas, TX, 75240 |
| 2.1689 | Terms of Service: Global edit products | N/A | Industrial Color, Inc. | 32 Avenue of the Americas, 22nd Floor, New York, NY, 10013 |
| 2.1690 | Terms of Service: Terms of Service | N/A | Apifia Inc. DBA Mavrck | 100 N. Washington St., First Floor, Boston, MA, 02109 |
| 2.1691 | Terms of Use Agreement and Order Form: Services provided by vendor | N/A | SecureSheet Technology, LLC | |
| 2.1692 | Terms of Use Agreement: Services provided by vendor | N/A | SecureSheet Technology, LLC | |
| 2.1693 | Test Agreement: perform test for certification purposes | N/A | Comenity Bank | Delaware Corporate Center, One Righter Parkway, Suite 100, Wilmington, DE, 19803 |
| 2.1694 | Test Agreement: test functionality and other certification tests | N/A | Comenity Bank and comenity capital bank | |
| 2.1695 | Third Party Supplier Check list: Manufacturing and sale of goods | N/A | Ann Page LLC | 16000 Bakers Point Lane, Suite 255, Houston, TX, 77079 |
| 2.1696 | Third Party Supplier Checklist, Master Sourcing Agreement and : Checklist details and Purchases and Sales of Goods | N/A | Tero Design Holding LLC | |
| 2.1697 | Third Party Supplier Checklist: Purchase of US manufacture goods | N/A | Chan Luu, LLC | 818 South Broadway, 6th Floor, Los Angeles, CA, 90014 |
| 2.1698 | TLA Data sheet: Software support service | N/A | EMC Corporation | EMC Corporation, 176 South Street, Hopkinton, MA, 01748 |
| 2.1699 | Total Advantage Agreement Amendment : Managed Enterprise Service, CenturyLink IQ Delta Port Internet Connection | N/A | CenturyLink Communications, LLC | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.1700 | Trainer Qualification Transfer Agreement: Training services | N/A | Blanchard Training and Development Incorporated dba The Klen Blanchard Companies | 125 State Place, Escondido, CA, 92029 |
| 2.1701 | Trust Agreement: Funding for plan | N/A | T. Rowe Price Trust Company | Attn: Express, LLC Plan Client Team, 4555 Painters Mill Road, Owings Mills, MD, 21117 |
| 2.1702 | Twenty Third Amendment to Letter Agreement: Supplemental Sale | 20 | Hilco Merchant Resources, LLC | One Northbrook Place, 5 Revere Drive, Suite 206, Northbrook, IL, 60062 |
| 2.1703 | U.S Retail Order Form: Cisco Webex and associated Webex Services | N/A | CenturyLink | Savvis Communications Corporation DBA CenturyLink TS, 1 Savvis Parkway, St Louis, MO, 63017 |
| 2.1704 | U.S. Merchant Agreement: Canadian Prepaid Card Programs | N/A | InteliSpend Prepaid Solutions, LLC | 1400 South Highway Drive, Fenton, MO, 63099 |
| 2.1705 | Universal Air Travel Plan Subscriber's Agreement: Universal Air Travel Plan Subscription services | 730 | United Airlines, Inc. | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1706 | Universal Service Agreement: Employment or payroll related Services | N/A | TALX Corporation (a provider of Equifax Workforce Solutions) | 11432 Lackland Road, St. Louis, MO, 63146 |
| 2.1707 | Universal Service Agreement: Human resource management | N/A | TALX Corporation (a provider of Equifax Workforce Solutions) | 11432 Lackland Road, St. Louis, MO, 63146 |
| 2.1708 | UpWest (Express) - Klevu Search: Premium (Shopify) - Search | N/A | Klevu Oy | Bertel Jungin aukio 5, Espoo, 02600 |
| 2.1709 | Upwest Change Order (CO): Contractual agreement for services | N/A | Brand Value Accelerator, LLC | 600 W. Broadway, Suite 450, San Diego, CA, 92101 |
| 2.1710 | Vending Service Agreement: Automatic Vending Machine Services | N/A | Sanese Services, Inc. | 6465 Busch Blvd, Columbus, OH, 43229 |
| 2.1711 | Visual IQ Master Services Agreement: Consulting services | N/A | The Nielsen Company (US), LLC | 85 Broad Street, New York, NY, 10004 |
| 2.1712 | Waste Management Services Agreement: Waste Management Services | N/A | Stericycle, Inc | 28161 N. keith Drive, Lake Forest, IL, 60045 |
| 2.1713 | Web Application Security Testing: Proposal Data Information | N/A | SecureState | |
| 2.1714 | Web Services Assessment: Proposal and Services Data Information | N/A | SecureState | 23340 Miles Road, Cleveland, OH, 44128 |
| 2.1715 | Work Order: Apple Pay in App payment transactions | N/A | Verifone (formerly AJB) | 5255 Solar Drive, Mississauga, ON, L4W 5B8, Canada |
| 2.1716 | Work Order: Express Network Optimization Services | N/A | UPS Professional Services, Inc. | 55 Glenlake Parkway, Building 3, Floor 7, NE, Atlanta, GA, 30328 |
| 2.1717 | Work Order: Inventory Consultancy Services | N/A | Deloitte Tax LLP | 180 east board street, Suite 1400, Coloumbus, OH, 43215 |
| 2.1718 | Work Order: Research on Tax Provisions | N/A | Deloitte Tax LLP | 180 east board street, Suite 1400, Coloumbus, OH, 43215 |
| 2.1719 | Work Order: RPM Polling | N/A | AJB Software Design Inc. | 5255 Solar Drive, Mississauga, ON, L4W 5B8, Canada |
| 2.1720 | Work Order: Signature Capture License | N/A | AJB Software Design Inc. | 5255 Solar Drive, Mississauga, ON, L4W 5B8, Canada |
| 2.1721 | Work Order: Tax advisory services | N/A | Deloitte Tax LLP | 180 east board street, Suite 1400, Coloumbus, OH, 43215 |
| 2.1722 | Work Order: Tax transfer pricing services | N/A | Deloitte Tax LLP | 180 east board street, Suite 1400, Coloumbus, OH, 43215 |
| 2.1723 | WSO2 Subscription Agreement: Open software services | N/A | WSO2, Inc. | 787 Castro St., Mountain View, CA, 94041 |
| 2.1724 | YOTPO MASTER SAAS AGREEMENT: IT Services - Software Products | N/A | Yotpo, Inc. | 400 Lafayette St, New York, NY, 10003 |

**Fill in this information to identify the case:**

Debtor name: Express, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10835

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | See Schedule H Attachment | _____ | ☐ D ☐ E/F ☐ G |

**SCHEDULE H ATTACHMENT**

Codebtors

| ID | Codebtor Name | Codebtor Address | Creditor's Name | Creditor's Address | D | E/F | G |
|---|---|---|---|---|---|---|---|
| 2.1 | Express BNBS Fashion, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.2 | Express BNBS Fashion, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.3 | Express Fashion Investments, LLC | 1 Express Drive, Columbus, OH 43230 | Exp Topco, LLC Expwhp, LLC | 530 Fifth Avenue, 25th Floor New York, NY 10036 (Expwhp, LLC) | | | x |
| 2.4 | Express Fashion Investments, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.5 | Express Fashion Investments, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.6 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.7 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.8 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.9 | Express Fashion Operations LLC | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.10 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | Bath & Body Works Logistics Services, LLC f/k/a Mast Logistics Services, Inc. f/k/a Limited Logistics Services, Inc. | | | | x |
| 2.11 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | Mast Logistics Services, Inc. (f /k/a Limited Logistics Services, Inc.) | | | | x |
| 2.12 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.13 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | Trilogy Fulfillment, LLC | 6600 Alum Creek Drive Groveport, OH 43125 | | | x |
| 2.14 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.15 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.16 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.17 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.18 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.19 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.20 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Trilogy Fulfillment, LLC | 6600 Alum Creek Drive Groveport, OH 43125 | | | x |
| 2.21 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.22 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.23 | Express Holding LLC | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.24 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.25 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.26 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.27 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.28 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.29 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.30 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | Cooley | 4401 Eastgate Mall, San Diego, CA 92121 | | | x |
| 2.31 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.32 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.33 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.34 | UW, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.35 | UW, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |

**Fill in this information to identify the case:**

Debtor name: Express, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10835

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 05/30/2024 | /s/ Mark Still |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Mark Still |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |