**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR EXPRESS FASHION OPERATIONS, LLC (CASE NO. 24-10838)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## General

Express, Inc. ("Express") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), are filing their respective *Schedules of Assets and Liabilities* (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" or "SOFA" and, collectively, the "Statements" or "SOFAs") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:  Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]    These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules or Statements.  The fact that the Debtors prepared a Global Notes with respect to any of the individual Debtor's Schedules and Statement and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

1

Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Mark Still, Senior Vice President and Chief Financial Officer of the Debtors, and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Still has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Mr. Still has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and Statements from time-to-time as may be necessary or appropriate; provided, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

**Global Notes and Overview of Methodology**

1. **Description of the Cases.**  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on April 22, 2024 (the "Petition Date").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 23, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 67].  On May 3, 2024, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "UCC") [Docket No. 154].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of April 6, 2024, the date of the Debtors' month end closure to their balance sheet, and the liability data of the Debtors is as of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

2. **Global Notes Control.**  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights.**  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed,"

"contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c.   **Recharacterization.**    The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.   **Classifications.**    The listing of a claim (i)  on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.   **Estimates and Assumptions.**   To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities as of the Petition Date. The reported amounts of revenues are as of the latest prepetition month end close, which is April 6, 2024. Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.   **Causes of Action.** Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any

kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at Law, in equity, or otherwise. Causes of action also include: (a) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (b) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (c) the right to object to or otherwise contest claims or interests; (d) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (e) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (f) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.  **Intellectual Property Rights.**  Exclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.  **Insiders.**  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider."  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of GAAP and Securities and Exchange Commission (the "SEC") reporting standards and their public disclosures with respect to designating certain individuals and entities as "insider" herein.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be

construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for:  (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose.  Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date, but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

4.  **Methodology**

a.  **Basis of Presentation.**  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements.  Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under GAAP.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity.  However, due to limitations within Debtors' accounting systems, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b. **Reporting Date.** Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of April 6, 2024, which follows the Debtors' fiscal calendar.

c. **Confidentiality or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses). The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[3]

d. **Consolidated Entity Accounts Payable and Disbursement Systems.** Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by approximately twenty-seven (27) bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims and Intercompany Transactions. Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Continue*

---

[3]   Such as the Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors In Lieu of Submitting a Separate Mailing Matrix for each Debtor, (B) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, (C) Serve Certain Parties In Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Holders; and (IV) Granting Related Relief [Docket No.87].

*to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 235] (the "<u>Final Cash Management Order</u>"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f. **Net Book Value of Assets.** In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of April 6, 2024, the date of the Debtors' month end closure to their balance sheet, are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g. **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

h. **Payment of Prepetition Claims Pursuant to First Day Orders.** Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders"). As such, outstanding liabilities may have been reduced by any Court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i. **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j. **Setoffs.** The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners. Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k. **Leases.** The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business. Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G. Nothing in the Schedules and Statements is, or shall be construed to be,

an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

l. **Liens.** The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

m. **Allocation of Liabilities.** The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

n. **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

o. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

p. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

q. **Claims of Third-Party Related Entities.** While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors

have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

**Specific Schedules Disclosures.**

**Part 1 – Cash and Cash Equivalents**

(a) **Schedule A/B-2 – Cash on Hand.**  Schedule A/B 2 lists cash on hand in store registers as of the Petition Date.

(b) **Schedule A/B-3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances as of closing on the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and the Final Cash Management Order.

(c) **Schedule A/B-4 – Other Cash Equivalents.**  The Debtors estimated the amount of insurance claims related to workers' compensation and general liability and cash "in-transit" as of the Petition Date.  Cash in-transit represents credit card transmissions made by Express before month-end but are not settled until the next fiscal month. Insurance-related cash equivalents are bank balances required to be maintained by a third-party vendor which handles workers' compensation and general ledger claims in order to pay those claims after their settlement.  Store depository balances represent cash pending settlement at banks and are physically in transit to the bank.  The Debtors provided store depository balances as of April 6, 2024, as this was the latest comprehensive reconciliation conducted prior to the Petition Date. Store depository balances are dependent on in-store cash purchase volume and the timing of cash movement from the store to the bank.

**Part 2 – Deposits and Prepayments**

(a) **Schedule A/B-7 – Deposits.**  The Debtors maintain certain deposits in the ordinary course of their business operations.  These deposits are included in the Schedules for the appropriate legal entity as of April 6, 2024.  The Debtors have exercised reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid or amortized assets are not listed in Part 2 in accordance with the Debtors' accounting policies.  The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

(b) **Schedule A/B-8 – Prepayments.**  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business.  The Debtors have exercised reasonable efforts to report the current value of any prepayments as of the Petition Date.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

## Part 3 – Accounts Receivable

(a) **Schedule A/B-11 – Accounts Receivable.** Schedule A/B 11 includes accounts receivable as of the Petition Date. Accounts receivable include amounts held by the Debtors' credit card processors as a reserve. The Debtors record credit card reserves as 90+ days for aging purposes in their books and records. Any intercompany receivables are excluded in Schedule A/B 11, but are included in Schedule A/B 77.

## Part 4 – Investments

(a) **Schedule A/B-15 – Stock and Interests in Incorporated and Unincorporated Businesses.** Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities and minority equity interests in a non-controlled subsidiary.

## Part 5 – Inventory, excluding Agricultural Assets

(a) **Schedule A/B-19 – Raw Materials.** Raw materials include fabric, trim, and label inventory valued as of the Petition Date.

(b) **Schedule A/B-21 – Finished Goods, including Goods Held for Resale.** Inventory is valued as of the Petition Date and includes merchandise in Debtors' possession, merchandise in transit and not yet received in the Debtors' facilities, and capitalized freight. Inventory is shown net of reserves for shrink and topside adjustments.

(c) **Schedule A/B-22 – Other Inventory and Supplier.** Schedule A/B 22 captures inventory on hand for store supplies at third-party warehouse distribution centers as of the Petition Date. This balance is net of reserves for obsolete store supply inventory balances.

(d) **Schedule A/B-25 – Goods Purchased within 20 Days Prior to Filing Date.** The Debtors have made a good faith effort to quantify the value of goods received within 20 days prior to the Petition Date but reserve the right to revise this amount as they continue to review their books and records. This balance is not adjusted for any postpetition payments that may have been made with a vendor that delivered goods within 20 days prior to filing and also is not adjusted for any amounts of a 503(b)(9) claim waived by a vendor that delivered goods within 20 days prior to filing.

## Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles

(a) **Schedules A/B-39 – Office Furniture, A/B-40 – Office Fixtures, A/B-41 – Office Equipment.** The Debtors do not have a clear way of separating furniture and fixtures, hardware (store POS equipment, servers, networks), and software that are capitalized. Accordingly, the values of items that fall under Schedules A/B 39, 40, and 41 are consolidated within Schedule A/B 39 as of April 6, 2024. Dollar amounts are presented net of accumulated depreciation and other adjustments.

**Part 8 – Machinery, Equipment, and Vehicles**

**Schedules A/B-50 – Other Machinery, Fixtures, and Equipment.** The Debtors listed the value of their buildings and improvements, leasehold improvements, asset retirement obligations, and construction in progress as of April 6, 2024. These values are net of accumulated depreciation. Actual realizable values of the assets identified may vary significantly relative to net book values listed here.

**Part 9 – Real Property**

The Debtors do not own any real property. Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors listed each agreement on Schedule G. The consolidated lease right of use value is as of April 6, 2024, and is net of accumulated depreciation. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 10 – Intangibles and Intellectual Property**

The Debtors review intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values. An impairment test has not been conducted for the preparation of the Schedules and Statements, and therefore, the Debtors' intangible asset values are listed as undetermined. Additionally, the net book values of the Debtors' intangible assets may differ materially from fair market values. The Debtors historically reported the net book value of the Bonobos License Agreement and Express Intellectual Property License Agreement.

**Part 11 – All Other Assets**

Dollar amounts are presented net of impairments and other adjustments as of April 6, 2024. Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

On April 15, 2024, the Debtors received a $49 million tax refund from the U.S. Treasury under the authority of the Coronavirus Aid, Relief, and Economic Security Act. This tax refund is listed in Express, LLC's Schedule A/B Part 11, as $45 million receivable as of April 6, 2024, which is the amount the Debtors expected at that time. The final refund received amounted to $4 million greater than the $45 million receivable listed on the books as of April 6, 2024. For tax purposes, all tax refunds and income tax receivables are recorded at Debtor entities: Express, LLC and Express Fashion Operations, LLC.

The Debtors' insurance policies apply to each Debtor entity, but in an effort to reduce the volume of the disclosures that would otherwise be applicable, the Debtors are only disclosing their insurance policies on Express, LLC's Schedule A/B Part 11.

In addition, the Debtors attempted to list known causes of actions and other claims as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B Part 11. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition asset-based loan credit agreement and second-priority asset-based term loan agreement, only the administrative agents have been listed for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof. The Debtors have not listed any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.

**Specific Notes Regarding Schedule E/F**

(a) **Part 1 – Creditors with Priority Unsecured Claims.**  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to on-going audits.  The Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F, Part 1.  Therefore, the Debtors have listed all such claims as undetermined in amount, pending resolution of on-going audits or other outstanding issues.

Pursuant to the *Order (Interim and Final) (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 81 and Docket No. 224] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business.  Accordingly, the Debtors have not listed on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court.  The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

(b) **Part 2 – Creditors with Nonpriority Unsecured Claims.**  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may have been or may be rejected, to the extent such damage claims exist.

Schedule E/F includes various claims attributable to Macerich Vintage Fair LTD and its affiliates (collectively, "Macerich"). Two Macerich entities were not listed on Schedule E/F as they have negative claims balances. Given the negative claims balances were not

15

included in Schedule E/F, the aggregate claim by the Macerich entities in Schedule E/F is overstated. Accordingly, the Macerich entities' claims against the Debtors have been marked as subject to offset.

With respect to gift cards, the Debtors cannot ascertain the identity of the vast majority of the holders of such gift cards or whether such cards are still in existence. Therefore, the Debtors have not included any holders of gift cards on the Schedules.

The Debtors have not listed demand letters in Schedule E/F, as these demand letters are accounted for in the Statement of Financial Affairs, Question 7. Information regarding pending litigation involving the Debtors is listed as undetermined and is marked as contingent, unliquidated, and disputed.

Trade payables listed on Schedule E/F, Part 2 contain the prepetition liability information available to the Debtors as of the Petition Date. Schedule E/F, Part 2 is inclusive of certain prepetition balances that were paid subsequent to the Petition Date related to prepetition obligations pursuant to the *Order (Interim and Final) (I) Authorizing Debtors to Pay Prepetition Claims of (A) Certain Critical Vendors, (B) Certain Foreign Vendors, (C) Certain Lien Claimants, and (D) PACA Claimants, (II) Confirming Administrative Expense Priority of Critical Outstanding Orders, and (III) Granting Related Relief* [Docket No. 82 and Docket No. 221] (the "Vendor Order").

**Specific Notes Regarding Schedule G**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or to supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such

agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate.  The master service agreements or other ancillary documents have been listed in Schedule G, but such listing does not reflect any decision by the Debtors as to whether such agreements are executory in nature.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors.  Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance.  In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement, and where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In some cases, the Debtors may have inadvertently listed the incorrect Debtor party.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements and non-disclosure agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.  To the extent that any confidentiality agreements are listed individually on Schedule G, such confidentiality agreements do not constitute executory contracts to which the Debtors are bound to.

The Debtors are still in the process of collecting the addresses of all counterparties to such executory contracts and unexpired leases.  The Debtors will continue to compile addresses to send the notice of the bar date for the filing of proofs of claims in these chapter 11 cases.

### Specific Notes Regarding Schedule H

**Co-Debtors.**  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

## Specific Statements Disclosures

(a) **Question 1 – Income from Operations.** The values reflected in Part 1, Question 1 are presented on an accrual basis and not on a cash basis.

(b) **Question 2 – Non-Business Revenue.** Non-business revenue includes such items as JV dividend income, interest income, insurance proceeds, gain on sale of intellectual property, and other income. This is reflected on an accrual basis and not a cash basis.

(c) **Question 3 –Payments or Transfers to Creditors.** The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors. These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates. As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated. The Debtors also omitted payments made to T. Rowe Price, as these payments are attributable to employee withholdings for employee 401(k) retirement plans, which includes Debtors' matching contribution. With respect to Debtor Express BNBS Fashion, LLC's payment on March 1, 2024, for $713,536 to WH Borrower LLC, the actual payment and cash related to this transaction amounts to $356,768. The remainder of the $356,768 was mistakenly sent to an unrelated third-party which later returned the full amount of the funds to the Company, net of bank transaction fees. As presented in Question 3, the Debtors elected to mark this payment with the full outflow of $713,536.

(d) **Question 4 – Payments or Transfers to Insiders.** The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

(e) **Question 9 – Gifts or Charitable Contributions.** The contributions made to The Columbus Foundation are attributed to Debtor entity UW, LLC. However, the payments were effectuated by Express, LLC. Consequently, the contributions have been recorded under Express, LLC. The Debtors historically collected donations on behalf of Big Brother Big Sisters of America. The full amount of these donations was passed through to Big Brothers Big Sisters of America with the use of the Debtors' cash management systems. The Debtors are not including collections for Big Brothers Big Sisters of America in Question 9.

(f) **Question 10 – Certain Losses.** Given the scale of the Debtors' store footprint as of the Petition Date, certain losses cannot be tracked by the Debtors with complete accuracy and, accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture items such as inventory shrink.

(g) **Question 16 – Customer PII.** The Debtors collect a limited amount of information about customers and their representatives in the ordinary course. Examples of the types of information collected by the Debtors include, among other things, customer names, billing addresses, mailing addresses, telephone numbers, and e-mail addresses.

(h) **Question 20 – Off-Premises Storage.** The Debtors are not including any owned in-transit inventory. The collection of this specific information would be a time-consuming exercise, as the in-transit inventory may be handled by different shipping vendors at any given point in time. Further, such in-transit inventory is accounted for on the Debtors' Schedule of Assets in Schedule A/B 21 Merchandise Inventory (net). The Debtors are also not including data storage providers such as Google Cloud or Amazon Web Services.

(i) **Question 17 – Employee Benefit Plans.** Express, LLC and Express Fashion Operations, LLC are the Debtor entities that provide the 401(k) program. However, employees of UW, LLC and Express BNBS Fashion, LLC are also covered under this program.

(j) **Question 27 – Inventories of the Debtors' Property.** Physical inventories are taken periodically by the company. During the last two years prior to the Petition Date, the Debtors conducted three inventories at all Express locations and two inventories at Bonobos Guideshop locations. In an effort to reduce the volume of disclosures that would otherwise be applicable, the Debtors have omitted such inventory counts conducted by the stores. Further information regarding the Debtors' inventories is available upon request.

(k) **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Refer to the Methodology section regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name: Express Fashion Operations, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10838

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | Undetermined |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $811,904,992.23 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $811,904,992.23 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $64,579.40 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $99,571,981.96 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities** — $99,636,561.36

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Express Fashion Operations, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10838

☐ **Check if this is an amended filing**

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and Cash Equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 Register Cash | | | $779,675.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Fifth Third | Cash Vault Account | 6750 | $538,605.90 |
| 3.2 Fifth Third | Cash Vault Account | 3404 | $0.00 |
| 3.3 Fifth Third | Puerto Rico Stores Credit Card Deposit Account | 0409 | $250,000.00 |
| 3.4 Wells Fargo | Concentration Account | 5171 | $11,573,273.62 |
| 3.5 Wells Fargo | Credit Card Collections | 6020 | $0.00 |
| 3.6 Wells Fargo | Securities Account | 2876 | $0.00 |

| 3.7 | | | | |
|---|---|---|---|---|
| | Wells Fargo | Store Concentration Account | 6799 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | |
|---|---|---|
| | Cash In Transit (Credit Card) | $12,859,997.88 |

| 4.2 | | |
|---|---|---|
| | Insurance claims | $129,953.21 |

| 4.3 | | |
|---|---|---|
| | Store depository | $3,365,009.58 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$29,496,515.19

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | | |
|---|---|---|
| | See Schedule A/B 7 Attachment | $591,620.11 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | | |
|---|---|---|
| | See Schedule A/B 8 Attachment | $3,789,004.58 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$4,380,624.69

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $3,705,985.42 | — | $1,337,108.31 | = ........ ➔ | $2,368,877.11 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $13,783,339.73 | — | $0.00 | = ........ ➔ | $13,783,339.73 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $16,152,216.84 |

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                          % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| Express BNBS Fashion, LLC | 100% | N/A | Undetermined |

| 15.2 | | | | |
|---|---|---|---|---|
| Express GC, LLC | 100% | N/A | Undetermined |

| 15.3 | | | | |
|---|---|---|---|---|
| UW, LLC | 100% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | |
| None | | | | $0.00 |

**21. Finished goods, including goods held for resale**

21.1

| Merchandise Inventory (net) | September 2023 | $252,654,694.31 | Lower of cost net realizable value | $252,654,694.31 |

**22. Other inventory or supplies**

22.1

| Store Supplies | September 2023 | $2,751,176.78 | Cost | $2,751,176.78 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$255,405,871.09

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $809,348.83    Valuation method  Book Value    Current value    $809,348.83

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes　　Book value _____　　Valuation method _____　　Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:　Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | |
| Furniture and Fixtures (Net) | $30,005,040.57 | Cost | $30,005,040.57 |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| INCLUDED IN SCHEDULE A/B 39 - OFFICE FURNITURE | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| INCLUDED IN SCHEDULE A/B 39 - OFFICE FURNITURE | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $30,005,040.57 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Building and improvements (net) | $3,841,267.68 | Cost | $3,841,267.68 |
| 50.2<br>Construction in process | $1,670,743.84 | Cost | $1,670,743.84 |
| 50.3<br>Leasehold improvements (net) | $31,963,602.68 | Cost | $31,963,602.68 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $37,475,614.20 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Right of Use assets (net) - Store locations, Headquarters, Distribution Centers | Leased | $428,616,373.72 | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Patent - Systems and Methods for Displaying a Personalized Outfit | Undetermined | Undetermined | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 None | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | | | $0.00 |

**64. Other intangibles, or intellectual property**

64.1

None _____    _____    _____    $0.00

**65. Goodwill**

65.1

None _____    _____    _____    $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:    All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

71.1

None _____    _____  -  _____  = ➔    $0.00
                    total face amount         doubtful or uncollectible
                                              amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1

Income tax receivables _____    Tax year  2023 and prior    $2,053.25

**73. Interests in insurance policies or annuities**

73.1

None _____    $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

None _____    $0.00

Nature of Claim    _____

Amount requested    _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

None _____ $0.00

Nature of Claim _____

Amount requested _____

**76. Trusts, equitable or future interests in property**

76.1

None _____ $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

Intercompany Receivable - Express BNBS Fashion, LLC _____ $4,302,888.05

77.2

Intercompany Receivable - Express Inc _____ $113,572,970.49

77.3

Intercompany Receivable - Express, LLC _____ $321,111,197.86

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. | $438,989,109.65 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $29,496,515.19 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $4,380,624.69 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $16,152,216.84 | |
| **83. Investments.** Copy line 17, Part 4. | Undetermined | |
| **84. Inventory.** Copy line 23, Part 5. | $255,405,871.09 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $30,005,040.57 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $37,475,614.20 | |

**88. Real property. Copy line 56, Part 9.**                    ➡     Undetermined _____

**89. Intangibles and intellectual property.** Copy line 66, Part 10.    Undetermined _____

**90. All other assets.** Copy line 78, Part 11.                    $438,989,109.65

**91. Total. Add lines 80 through 90 for each column**    91a.    | $811,904,992.23 |    91b.    | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                    | $811,904,992.23 |

**SCHEDULE A/B 7 ATTACHMENT**

Deposits, including security deposits and utility deposits

| Description, including name of holder of deposit | Current Value |
|---|---|
| Security Deposit - Greenwich Avenue | $78,125.00 |
| Security Deposit - Newbury Street | $200,000.00 |
| Security Deposit - Plaza Del Caribe - D | $14,381.10 |
| Security Deposit - Plaza Las Americas - W | $15,211.63 |
| Utility Deposit - Acadiana | $100.00 |
| Utility Deposit - Ala Moana | $200.00 |
| Utility Deposit - Alderwood | $1,485.00 |
| Utility Deposit - Annapolis | $3,537.00 |
| Utility Deposit - Arbor Lakes | $3,384.23 |
| Utility Deposit - Arden Fair | $170.00 |
| Utility Deposit - Bay Terrace | $9,970.00 |
| Utility Deposit - Bowie Town Center | $165.00 |
| Utility Deposit - Cherry Creek | $836.00 |
| Utility Deposit - Citrus Park | $921.50 |
| Utility Deposit - Clinton Crosing | $2,755.00 |
| Utility Deposit - Coastland | $592.59 |
| Utility Deposit - Commerce Outlets | $862.88 |
| Utility Deposit - Dadeland | $100.00 |
| Utility Deposit - Dolphin Mall | $2,476.28 |
| Utility Deposit - Downtown Summerlin | $1,430.00 |
| Utility Deposit - Easton | $139.00 |
| Utility Deposit - Eastwood | $4,600.00 |
| Utility Deposit - Edinburgh Premium Outlets | $2,460.00 |
| Utility Deposit - Elmwood | $1,799.00 |
| Utility Deposit - Fashion Outlets of Niagara Falls | $1,165.15 |
| Utility Deposit - Fashion Show | $3,445.00 |
| Utility Deposit - Galleria at Sunset | $5,250.00 |
| Utility Deposit - Galleria II | $5,140.00 |
| Utility Deposit - Gonzales Outlets | $274.00 |
| Utility Deposit - Great Lakes | $185.00 |
| Utility Deposit - Hagerstown Premium Outlets | $1,670.00 |
| Utility Deposit - Harlem Irving | $250.00 |
| Utility Deposit - Hershey Outlets | $2,168.00 |
| Utility Deposit - Independence Mall | $1,738.00 |
| Utility Deposit - Jersey Shore | $1,092.00 |
| Utility Deposit - Lake Buena Vista Factory Stores | $3,295.00 |
| Utility Deposit - Lakeside | $1,942.00 |
| Utility Deposit - Las Vegas | $2,905.00 |
| Utility Deposit - Lighthouse Premium | $2,055.00 |
| Utility Deposit - Lincoln Road | $1,524.00 |
| Utility Deposit - Locust Grove Outlets | $2,965.00 |
| Utility Deposit - Millcreek | $1,388.00 |
| Utility Deposit - Myrtle Beach - HWY 17 | $3,000.00 |
| Utility Deposit - Nebraska Crossings | $3,100.00 |
| Utility Deposit - Northshore | $3,500.00 |
| Utility Deposit - Outlet Shoppes at Atlanta | $3,310.00 |
| Utility Deposit - Outlet Shoppes of the Bluegrass | $2,600.00 |
| Utility Deposit - Outlets at Little Rock | $1,447.00 |
| Utility Deposit - Outlets at Louisiana Boardwalk | $1,050.00 |
| Utility Deposit - Outlets of Southaven | $1,388.00 |
| Utility Deposit - Park City Outlets | $1,499.00 |
| Utility Deposit - Plaza Las Americas - M | $8,280.00 |
| Utility Deposit - Plaza Las Americas - W | $8,280.00 |
| Utility Deposit - Regency Square | $50.00 |

**SCHEDULE A/B 7 ATTACHMENT**

Deposits, including security deposits and utility deposits

| Description, including name of holder of deposit | Current Value |
|---|---|
| Utility Deposit - San Marcos | $800.75 |
| Utility Deposit - Seattle Premium | $650.00 |
| Utility Deposit - Settlers Green | $5,625.00 |
| Utility Deposit - Sevierville | $3,310.00 |
| Utility Deposit - Short Pump Town Center | $3,514.00 |
| Utility Deposit - South Shore | $730.00 |
| Utility Deposit - Southern California Edison | $70,000.00 |
| Utility Deposit - Spotsylvania | $1,562.00 |
| Utility Deposit - St. Augustine Outlets | $1,856.00 |
| Utility Deposit - Steinway | $4,690.00 |
| Utility Deposit - The Falls Fashion | $6,970.00 |
| Utility Deposit - The Mall at Green Hills | $4,325.00 |
| Utility Deposit - The Meadows | $880.00 |
| Utility Deposit - The Pike | $1,200.00 |
| Utility Deposit - The Sands | $490.00 |
| Utility Deposit - Times Square | $54,860.00 |
| Utility Deposit - Towne East Square | $150.00 |
| Utility Deposit - Townson TC | $2,166.00 |
| Utility Deposit - Tulare Outlets | $50.00 |
| Utility Deposit - Union Square | $250.00 |
| Utility Deposit - Waterford Lakes | $2,790.00 |
| Utility Deposit - Woodbury | $2,965.00 |
| Utility Deposit - Wrentham Outlets | $130.00 |
| **TOTAL:** | $591,620.11 |

In re: Express Fashion Operations, LLC
Case No. 24-10838 (KBO)

**SCHEDULE A/B 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid Corporate - MOTUS LLC | $28,064.58 |
| Prepaid Corporate - Service Channel | $34,517.07 |
| Prepaid Corporate - SERVICE MANAGEMENT GROUP LLC | $54,583.20 |
| Prepaid IT - Advizex | $1,003,874.75 |
| Prepaid IT - Illinois Wholesale | $435,154.82 |
| Prepaid IT - Kronos | $85,160.75 |
| Prepaid IT - Microsoft | $536,031.50 |
| Prepaid IT - NCR | $332,602.44 |
| Prepaid IT - Sirius Computer Solutions | $260,134.33 |
| Prepaid IT - ThinkLP | $6,920.00 |
| Prepaid IT - Trintech Inc. | $67,700.00 |
| Prepaid IT - Verifone | $242,451.21 |
| Prepaid Taxes - GREENWICH AVENUE (EDT) | $19,207.90 |
| Prepaid Taxes - STEINWAY STREET | $66,365.57 |
| Prepaid Taxes - Times Square | $160,015.40 |
| Prepaid Taxes - TSQ sign | $205,001.12 |
| Prepaid Utilities - AB360 Industries LLC | $652.68 |
| Prepaid Utilities - All States Mall Services II | $829.12 |
| Prepaid Utilities - All States Services | $340.24 |
| Prepaid Utilities - Ameren Missouri | $35.03 |
| Prepaid Utilities - Anytime Waste Systems | $341.85 |
| Prepaid Utilities - Brask Mall Service IV | $289.22 |
| Prepaid Utilities - Brask Mall Services | $932.97 |
| Prepaid Utilities - Brask Mall Services I | $977.04 |
| Prepaid Utilities - Cogent Waste Solutions | $779.41 |
| Prepaid Utilities - Corporate Services Consultants LLC | $1,154.00 |
| Prepaid Utilities - Duquesne Light Company | $1,286.44 |
| Prepaid Utilities - Green Waste Mall Services | $1,047.60 |
| Prepaid Utilities - Interstate Waste Services | $1,057.18 |
| Prepaid Utilities - Keter Environmental Services LLC/41768 | $215,520.20 |
| Prepaid Utilities - kmG Hauling Inc. | $407.22 |
| Prepaid Utilities - Mississippi Power | $1,034.47 |
| Prepaid Utilities - National Grid - Pittsburgh/371382 | $395.29 |
| Prepaid Utilities - Olympic Compactors II | $399.94 |
| Prepaid Utilities - Olympic III Mall Services | $584.60 |
| Prepaid Utilities - Olympic Mall Services | $381.25 |
| Prepaid Utilities - Quest Resource Management Group LLC | $7,217.66 |
| Prepaid Utilities - Republic Services #323 | $3,874.29 |
| Prepaid Utilities - RGH Waste and Disposal | $2,263.66 |
| Prepaid Utilities - San Diego Gas & Electric | $1,873.65 |
| Prepaid Utilities - The Illuminating Company | $439.99 |
| Prepaid Utilities - TOG | $2,074.16 |
| Prepaid Utilities - Waste Management - 55558 | $841.90 |
| Prepaid Utilities - Wasteless Solutions LLC | $1,243.73 |
| Prepaid Utilities - WE Energies/Wisconsin Electric/Gas | $700.17 |
| Prepaid Utilities - Xcel Energy | $2,244.98 |
| **TOTAL:** | **$3,789,004.58** |

**Fill in this information to identify the case:**

Debtor name: Express Fashion Operations, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10838

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

_____

**Date debt was incurred?**

_____

**Last 4 digits of account number**

_____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$0.00

_____

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

Debtor  Express Fashion Operations, LLC
Name

Case number *(if known)* 24-10838

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street,Suite 5400,Wilmington,DE,19801 | | |
| 3.2 Goldberg Kohn Ltd., 55 E. Monroe Street,Suite 3300,Chicago,IL, 60603 | | |
| 3.3 Richards Layton & Finger, 920 North King Street,Wilmington,DE,19801 | | |
| 3.4 Ropes and Gray LLP, 191 North Wacker Drive,32nd Fl,Chicago,IL,60606 | | |

**Fill in this information to identify the case:**

Debtor name: Express Fashion Operations, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10838

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Fairfax Co of Virginia
DEPT 56501
PO Box 67000
Detroit, MI 48267-0565

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☑ No

☐ Yes

Total claim: Undetermined    Priority amount: Undetermined

**2.2**

Mike Dolan
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No

☐ Yes

Total claim: $38,461.60    Priority amount: $38,461.60

**2.3**

Vaughan Staros
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

$26,117.80     $26,117.80

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---------|----------------------------------------------------------|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

0145 BARTON CREEK SPG(TX), 7620 RELIABLE PARKWAY, CHICAGO, IL, 60686-0076

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,320.36

**3.2**

0302 BATTLEFIELD MALL LLC, 862502 RELIABLE PARKWAY, CHICAGO, IL, 60686-0025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

$83,231.15

Debtor  Express Fashion Operations, LLC
Name

Case number *(if known)* 24-10838

**3.3**

1 MODEL MANAGEMENT LLC, 42 BOND STREET, NEW YORK, NY, 10012

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,715.14

**3.4**

1552 BROADWAY RETAIL OWNER LLC, PO BOX 417368, BOSTON, MA, 02241-7368

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$907,870.28

**3.5**

1552 BROADWAY RETAIL OWNER LLC, PO BOX 417368, BOSTON, MA, 02241-7368

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$871,996.77

**3.6**

17 NORTH STATE LLC, 5437 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,928.67

3.7

230 CLARENDON STREET LLC, 12 TROTTING HORSE DRIVE, GREGORY WING, MANAGER, LEXINGTON, MA, 02421

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $57,500.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.8

24-7 INTOUCH INC, 240 KENNEDY STREET 2ND FLR, WINNIPEG, MB, R3C 1T1, CANADA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $819,305.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.9

2810 NEWPORT CENTRE LLC, 867545 RELIABLE PRKWY, CHICAGO, IL, 60686-0075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $338,369.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.10

3107 PENN ROSS JV, 1326 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $262,182.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Express Fashion Operations, LLC
Name

Case number *(if known)* 24-10838

**3.11**

3632 MALL AT SMITH HAVEN, PO BOX 643200, PITTSBURGH, PA,
15264-3200

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $404,224.84
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.12**

4670 ORLAND, LP, 3330 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $331,685.63
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.13**

4674 SOUTH HILLS VILLAGE, 9162 PAYSPHERE CIRCLE, CHICAGO, IL,
60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $194,602.42
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.14**

4676 WESTCHESTER MALL LLC, PO BOX 643095, PITTSBURGH, PA,
15264-3095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $269,264.38
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.15**

4693 SHOPS AT ST JOHNSLLC, PO BOX 404796, ATLANTA, GA, 30384-4796

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                            $186,800.43
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

490 LOWER UNITY LP, 490 FULTON STRET-FJD001, PO BOX 6076, HICKSVILLE, NY, 11802-6076

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                            $54,166.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17**

5060 MONTCLAIR PLAZA LANE OWNER LLC, PO BOX 8208, PASDENA, CA, 91109-8208

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                            $12,101.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

555 11TH OWNER L.L.C., 15 EAST 26TH STREET, 7TH FLOOR, ATTN: A/R, NEW YORK, NY, 10010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                            $13,368.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.19

7604-PHEASANT LANE, REALTY TRUST, 13205 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $71,468.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.20

7607 WOODLAND HILLS MALL, 7693 COLLECTIONS CENTER, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $249,963.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.21

9780 MALL @ MIAMI INT'L, PO BOX 643171, PITTSBURGH, PA, 15264-3171

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $346,922.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.22

9862 CORAL - CS LTD ASSOC, 867520 RELIABLE PARKWAY, CHICAGO, IL, 60686-0075

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $178,622.38
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

ABBOT STUDIOS ARCHITECTS + PLANNERS +, 130 E CHESTNUT ST SUITE 302, COLUMBUS, OH, 43215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $37,003.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

ACADIA WEST DIVERSEY LLC, ACCT# 0166-003902, PO BOX 415980, BOSTON, MA, 02241-5980

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $33,558.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

ACS BUILDING SERVICES INC, ACS ELECTRONIC SYSTEMS, 5251 W 116TH PLACE, LEAWOOD, KS, 66211

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7,408.71
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

ACS TOWN SQUARE SHOPPING CENTER IN LLC, 350 PINE STREET, SUITE #800, BEAUMONT, TX, 77701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $14,406.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

AKAMAI TECHNOLOGIES, GENERAL PO BOX #26590, NEW YORK, NY, 10087-6590

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$335,970.30

**3.28**

ALBERTVILLE PREMIUM OUTLETS, PO BOX 822928, PHILADELPHIA, PA, 19182-2928

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$68,736.52

**3.29**

ALDERWOOD MALL LLC, SDS-12-3019, PO BOX 86, MINNEAPOLIS, MN, 55486-3019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$62,499.99

**3.30**

ALGONQUIN I LLC, ALGONQUIN COMMONS, GUEST SERVICES, ALGONQUIN, IL, 60102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,317.21

**3.31**

ALINA PARFENOV, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $6,939.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32**

ALLIANCE MECHANICAL SERVICES INC, 100 FRONTIER WAY, BENSENVILLE, IL, 60106

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $32,133.51
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.33**

ALLSTATE ROAD (EDENS) LLC, DEPT 2448, PO BOX 536856, ATLANTA, GA, 30353-6856

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $12,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34**

ALORICA INC, 5161 CALIFORNIA AVE STE 100, ACCOUNTS RECEIVABLE, IRVINE, CA, 92617

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $335,553.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35**

ALPINE MECHANCAL SERV LLC, 1105 BETHLEHEM PIKE, SUITE B1, SELLERSVILLE, PA, 18960

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $783.93
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.36**

ALTO 900 LINCOLN ROAD LP, 1800 WAZEE STREET FLOOR 3, ATTN: CHRIS WIGLEY, DENVER, CO, 80202

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $101,280.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.37**

AMEREAN LLC, 1 MEADOWLANDS PLAZA, 14TH FLOOR, EAST RUTHERFORD, NJ, 07073

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24,462.94
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.38**

AMERICAN REPAIR MAINTENANCE, 114 W SAVIDGE ST, SPRING LAKE, MI, 49456

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,859.82
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.39**

ANDREWS GTM LLC, 10235 PHILIPP PARKWAY, STREETSBORO, OH, 44241

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $202,012.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

ANGELA CULVER, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $560.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.41**

ANNAPOLIS MALL LDT PTNSHP, C/O BANK OF AMERICA, LOCKBOX 54730, LOS ANGELES, CA, 90074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13,134.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

ANNJOY IMPORTS LLC, 750 N STANWICK RD, MOORSETOWN, NJ, 08057-2033

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $114,405.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

ANTELOPE VALLEY SHOP - LOCKBOX, PO BOX 103167, PASADENA, CA, 91189-3167

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,839.35

**3.44**

ANTHONY ENIX VS. EXPRESS FASHION OPERATIONS, LLC AND BELEN TOME, CASTRONOVO & MCKINNEY, LLC EDWARD W. SCHROLL 71 MAPLE AVENUE MORRISTOWN, NJ 07960

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.45**

AP 1519-1521 WALNUT ST., LP, PO BOX 412060 DEPT. 9007, BOSTON, MA, 02241-2060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,012.09

**3.46**

AP NEWBURY STREET PORTFOLIO #1 LLC, PO BOX 412314 DEPT. 9808, BOSTON, MA, 02241-2314

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,500.00

Debtor    Express Fashion Operations, LLC
Name

Case number *(if known)* 24-10838

**3.47**

ARDEN FAIR ASSOCIATES LP, MACERICH MANAGEMENT,AGENT, PO BOX 849473, LOS ANGELES, CA, 90084-9473

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $257,962.03
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.48**

ART DEPARTMENT, 48 GREENE STREET, 4TH FLOOR, NEW YORK, NY, 10013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $14,108.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.49**

ARUNDEL MILLS LP, PO BOX 406130, ATLANTA, GA, 30384-6130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $177,001.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50**

AT&T, PO BOX 5025, CAROL STREAM, IL, 60197-5025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $58,237.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.51

ATELLIO, INC, 10880 WILSHIRE BLVD SUITE 1101, SANTA MONICA, CA, 90024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $12,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.52

ATLANTA OUTLET SHOPPES CMBS LLC, PO BOX 749951, CO CBL & ASSOCIATES PROPERTIES, INC., ATLANTA, GA, 30374-7751

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $53,270.42
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.53

ATLANTIC CITY ASSOCIATES, C/O TANGER PROPERTIES LP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $62,746.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54

ATLAS LOGISTICS, 1212 ST. GEORGE RD, EVANSVILLE, IN, 47711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $190.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55**

AURUS, INC, 1 EDGEWATER DR SUITE 200, NORWOOD, MA, 02062

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $39,141.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56**

AVENTURA MALL VENTURE, PO BOX 865006, ORLANDO, FL, 32886-5006

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $192,902.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.57**

AVENUES MALL, LLC, 867550 RELIABLE PKWY, CHICAGO, IL, 60686

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $106,774.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58**

AVERUS, 1425 TRI-STATE PKWY #160, GURNEE, IL, 60031

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $43,301.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59**

AVERY DENNISON HK B.V., PO BOX 7247, PHILADELPHIA, PA, 19170-7508

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $1,881.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60**

B&H FOTO & ELECTRONICS CORP, PO BOX 28072, NEW YORK, NY, 10087

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $1,042.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61**

BAG PACK HOLDINGS, INC, 9486 SUTTON PLACE, HAMILTON, OH, 45011

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $45,617.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**

BAMBUSER AB, 483 10TH AVE, FLOOR 6, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $15,067.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

BASSET PLACE RE CO LLC, PO BOX 205774, DALLAS, TX, 75320-5774

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,915.11

**3.64**

BAY STREET CENTERCAL LLC, DEPT LA 25380, PASADENA, CA, 91185-5380

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,259.47

**3.65**

BAYSIDE MARKETPLACE LLC, DBA EXPRESS, 2681 SOLUTIONS CENTER, CHICAGO, IL, 60677

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,355.34

**3.66**

BEACHWOOD PLACE MALL LLC, 2701 SOLUTION CENTER, CHICAGO, IL, 60677-2007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$312,924.51

3.67

BELDEN MALL LLC, PO BOX 8500 LOCKBOX #5147, PHILADELPHIA, PA, 19178-5147

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,366.68

3.68

BELLEVUE SQ MERCHANTS, 16916 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,518.85

3.69

BELLEVUE SQUARE LLC, 16914 COLLECTIONS CENTER DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,118.93

3.70

BELLEVUE SQUARE LLC, 16914 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$69,794.02

**3.71**

BELLWETHER PROPERTIES OF MASS, LP, PO BOX 772821, CHICAGO, IL, 60677-2821

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $166,282.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72**

BERKSHIRE PA HOLDINGS LLC, PO BOX 25078, TAMPA, FL, 33622

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,708.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.73**

BEST SECURITY INDUSTRIES, 755 NW 17TH AVE, SUITE 101, DELRAY BEACH, FL, 33445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $29,494.34
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74**

BGR, INC., 6392 GANO RD, WEST CHESTER, OH, 45069

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $22,680.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.75**

BIRCH RUN OUTLETS II, LLC, PO BOX 776330, CHICAGO, IL, 60677-6330

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $80,339.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76**

BLACKHAWK ENGAGEMENT, SOLUTIONS, PO BOX 936199, ATLANTA, GA, 31193-6199

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $35,464.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.77**

BLACKHAWK NETWORK, INC, PO BOX 932859, ATLANTA, GA, 31193

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $271.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78**

BLUE NORTHERN AIR CONDITIONING, 16123 AVENUE C, CHANNELVIEW, TX, 77530

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11,307.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79**

BLUEGRASS OUTLET SHOPPES II LLC, PO BOX 809164, CHICAGO, IL, 60680-9164

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*                                    $20,833.33
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80**

BOSTON BARRICADE COMPANY, 1151 19TH STREET, VERO BEACH, FL, 32967

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*                                    $32,647.39
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.81**

BOULEVARD MALL SPE, LLC, 1270 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*                                    $16.06
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.82**

BPR-FF LLC, PO BOX 227381, DALLAS, TX, 75222-7381

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*                                    $21,513.36
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83**

BPR-FF LLC, PO BOX 776723, CHICAGO, IL, 60677

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

$42,774.84

**3.84**

BPR-FF LLC, PO BOX 86 SDS 12-2765, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

$85,732.92

**3.85**

BPR-FF LLC, PO BOX 860616, MINNEAPOLIS, MN, 55486-0616

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

$118,770.81

**3.86**

BPR-FF LLC, SDS-12-3074, BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

$31,334.34

3.87

BRAINTREE PROP ASSOC, PO BOX 772833, CHICAGO, IL, 60677-2833

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $305,000.78
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.88

BRANDON (TAMPA) LP, 459 BRANDON TOWN CENTER DR, BRANDON, FL, 33511

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $30,597.10
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.89

BRE/PEARLRIDGE LLC, PEARLRIDGE CENTER, PO BOX 645020, CINCINNATI, OH, 45264

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $48,027.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.90

BREA MALL, PO BOX 28782, NEW YORK, NY, 10087-8782

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $363,345.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.91**

BRICKELL CITY CENTRE RETAIL LLC, PO BOX 772992, CHICAGO, IL, 60677-0292

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29,963.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.92**

BRIDGE GROUP INVESTMENTS II LLC, PO BOX 736719, DALLAS, TX, 75373-6719

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.93**

BRIDGEWATER COMMON MALL II, LLC, 2029 CENTURY PARK, LOS ANGELES, CA, 90067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $144,426.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.94**

BRIDGEWATER TOWNSHIP, 100 COMMONS WAY, OFFICE OF THE FIRE MARSHAL, BRIDGEWATER, NJ, 08807

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $300.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

BRINK'S INCORPORATED, 7373 SOLUTIONS CENTER, CHICAGO, IL, 60677-7003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,702.44
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.96

BRITTANY LAWSON, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,375.25
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.97

BRITTNEY COMBS PHOTOGRAPHY, 4181 ARUBA DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,588.10
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.98

BROOKFIELD SQ JOINT VNTRE, CBL #0452, PO BOX 955607, ST LOUIS, MO, 63195-5607

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6,666.67
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.99**

BROOKLYN KING PLAZA LLC, KINGS PLAZA, PO BOX 844367, LOS ANGELES, CA, 90084-4367

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                           $396,052.17
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.100**

BRYAN BANTRY INC, 119 WEST 57TH ST STE 400, NEW YORK, NY, 10019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $3,090.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.101**

BUBS NY CORP, 15 HUDSON YARDS APT 64E, NEW YORK, NY, 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                             $32,579.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.102**

BVA AVENUE LLC, PO BOX 29755, DALLAS, TX, 75229-0775

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                             $20,957.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.103

C LAVIGNE MANAGEMENT INC, 341 WEST 22ND ST 1B, NEW YORK, NY, 10011

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $17,124.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.104

CAFARO MANAGEMENT CO, PO BOX 932400, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,357.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.105

CAMARILLO PREMIUM OUTLETS, PO BOX 822896, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $155,780.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106

CAMPANA 125 LLC, PO BOX 5040, WESTPORT, CT, 06881

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.107

CANAL SQUARE ASSOCIATES, 1054 31ST STREET, NW STE 1000, WASHINGTON, DC, 20007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $19,509.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.108

CARDINAL COMMERCE CORP, 6119 HEISLEY RD, MENTOR, OH, 44060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15,696.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.109

CARMEN'S DISTRIBUTION SYSTEMS, 4585 POTH ROAD, COLUMBUS, OH, 43213

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,465.65
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.110

CASTLETON SQUARE LLC, PO BOX 775754, CHICAGO, IL, 60677-5754

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $122,879.38
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.111**

CAUSEWAY LLC, PO BOX 7001, METAIRIE, LA, 70010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $62,751.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.112**

CBL-WESTMORELAND LP, CBL #0825, PO BOX 955607, ST LOUIS, MO, 63195-5607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $10,663.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.113**

CENNOX COMMERCIAL SVS LLC, 2852 MOMENTUM PLACE, CHICAGO, IL, 60689-5328

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $14,134.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114**

CENNOX SECURITY PRODUCTIONS, PO BOX 779112, CHICAGO, IL, 60677-9112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $986.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.115**

CENTENNIAL VTC LLC, PO BOX 31001-4123, PASADENA, CA, 91110-4123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,870.21

**3.116**

CENTENNIAL WESTLAND MALL PARTNERS, LLC, PO BOX 736382, DALLAS, TX, 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,552.09

**3.117**

CENTURYLINK COMMUNICATIONS LLC, PO BOX 52124, PHOENIX, AZ, 85072-2124

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$169,242.50

**3.118**

CHARLES MALL CO, LP, 867645 RELIABLE PKWY, CHICAGO, IL, 60686-0076

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,426.28

Debtor    Express Fashion Operations, LLC
Name
Case number *(if known)* 24-10838

**3.119**

CHECKPOINT SYSTEMS, INC., PO BOX 742884, ATLANTA, GA, 30374-2884

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $14,173.65
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120**

CHECKSAMMY INC, 7801 ALMA DR SUITE #105-281, PLANO, TX, 75025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $74,756.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.121**

CHERRY HILL MALL LLC, PO BOX 73300, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $150,902.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.122**

CHERRYVALE MALL LLC, CBL #0467, PO BOX 955607, ST LOUIS, MO, 63195-5607

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $33,967.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123**

CHICAGO PREMIUM OUTLETS, PO BOX 827894, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $184,350.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124**

CHRISTIANA ACQUISIONS, SDS-12-3026 PO BOX 86, MINNEAPOLIS, MN, 55486-3026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $252,929.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125**

CHRISTIE CARR V. EXPRESS FASHION OPERATIONS, LLC, NO. 19STCV06372 (LOS ANGELES COUNTY SUPERIOR COURT); JORGE CHACON V. EXPRESS FASHION OPERATIONS, LLC, NO. 30-2017-00900648-CU-OE-CXC (ORANGE COUNTY SUPERIOR COURT); JORGE CHACON V. EXPRESS FASHION OPERATIONS, LLC, NO. 8:19-CV-00564-JLS-DFM (C.D. CAL.), CAPSTONE LAW APC RAUL PEREZ 1875 CENTURY PARK EAST, SUITE 1000 LOS ANGELES, CA 90067

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Class Actions - Consolidated into a single settlement

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126**

CIII GECMC05-C1 LAKESIDE MALL, 14000 LAKESIDE CIRCLE, STERLING HEIGHTS, MI, 48313

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,098.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.127

CITIZENS NATIONAL BANK BUILDING, LLC, DEPT. 880585, PO BOX 29650, PHOENIX, AZ, 85038-9650

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $15,206.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

CITRUS PARK MALL OWNERLLC, PO BOX 532627, ATLANTA, GA, 30353

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $13,329.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129

CITY CREEK CENTER ASSOCIATES, LLC, PO BOX 674566, DETROIT, MI, 48267-4566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $67,650.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.130

CITY OF FRESNO POLICE DEPT., 3074 W SHAW AVE, FRESNO, CA, 93711

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $155.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Regulatory / Permit Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131**

CITY OF LOS ANGELES, OFFICE OF FINANCE, P.O. BOX 513996, LOS ANGELES, CA, 90051-3996

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $229.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Hazardous Material & Waste Program

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132**

CLACKAMAS MALL, LLC, CLACKAMAS TOWN CENTER, PO BOX 860117, MINNEAPOLIS, MN, 55486-0117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $75,011.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133**

CLAIRE LOWE, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4,494.05
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134**

CLAY TERRACE PARTNERS LLC, PO BOX 643726, PITTSBURGH, PA, 15264

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8,868.49
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.135

CLINTON CROSSING PREMIUM OUTLETS, PO BOX 822905,
PHILADELPHIA, PA, 19182-2905

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $130,622.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.136

CMS PAYMENTS INTELLIGENCE INC, 55 ALLEN PLAZA SUITE 500, 55
IVAN ALLEN JR. BOULEVARD, ATLANTA, GA, 30308

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,716.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.137

COASTAL GRAND CMBS, LLC, PO BOX 74232, CLEVELAND, OH, 44194-
4232

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $55,493.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.138

COASTLAND CENTER LLC, SDS-12-1695, PO BOX 86, MINNEAPOLIS,
MN, 55486

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $40,939.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.139**

COCONUT POINT TOWN CTRLLC, PO BOX 643902, PITTSBURGH, PA, 15264-3902

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $55,916.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.140**

COLORADO MILLS MALL, LP, PO BOX 403087, ATLANTA, GA, 30384-3087

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $98,134.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.141**

COLUMBUS OUTLETS, PO BOX 419369, BOSTON, MA, 02241-9369

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,651.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.142**

CONTENTSTACK LLC, ONE HALLIDIE PLAZA, SUITE 306, SAN FRANCISCO, CA, 94102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $99,437.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.143

CONTRACT DATASCAN LP, 2941 TRADE CENTER DR, SUITE 100, CARROLTON, TX, 75007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $39,094.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.144

CONTROLTEK, 95 DERMODY ST, CRANFORD, NJ, 07016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,369.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.145

COOLSPRINGS MALL, LLC, PO BOX 74906, CLEVELAND, OH, 44194

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $38,417.81
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.146

CORAL RIDGE MALL LLC, SDS-12-1657, PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $57,712.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.147

CORD MEYER DEV, 111-15 QUEENS BLVD, FOREST HILLS, NY, 11375

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $86,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.148

COREY CALE, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,756.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.149

COROC/REHOBOTH III LLC, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $64,112.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150

COROC/RIVIERA LLC, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $52,806.10
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151

CORSO LLC, 404 BROADWAY ROOM 302, NEW YORK, NY, 10013

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $115,875.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152

COUNTRY CLUB PLAZA JV LLC, PO BOX 675001, DETROIT, MI, 48267-5001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $53,365.71
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.153

COUNTRYSIDE MALL, LLC, C/O BANK OF AMERICA, FILE# 50184, LOS ANGELES, CA, 90074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13,489.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.154

CP COMMERCIAL DELAWARE LLC, PO BOX 643553, CINCINNATI, OH, 45264-3553

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $108,628.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.155

CPG PARTNERS LP, DESERT HILLS PREM OUTLETS, PO BOX 822873,
PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $279,767.46
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.156

CRAIG REALTY GROUP, DEPT LA 24898, PASDENA, CA, 91185-4898

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $23,200.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.157

CRAIG REALTY GROUP, PO BOX 849876, LOS ANGELES, CA, 90084-9876

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $27,540.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.158

CROSS COUNTY SHOPPING CTR, PO BOX 849737, LOS ANGELES, CA,
90084-9737

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $109,974.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.159

CROSSCOM NATIONAL LLC, 1994 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,584.22

3.160

CROSSGATES MALL GENERAL COMPANY NEWCO, L, PO BOX 8000 DEPT 977, BUFFALO, NY, 14267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,912.57

3.161

CROSSROADS MALL REALTY HOLDING LLC, 1010 NORTHERN BLVD SUITE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,930.93

3.162

CRYSTAL RUN GALLERIA LLC, MANUFACTURERS TRADERS TRU, PO BOX 8000 DEPT #534, BUFFALO, NY, 14267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,220.93

**3.163**

CYMBIO DIGITAL INC, PO BOX 77811, 2 MASS AVE NE, WASHINGTON, DC, 20012

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,271.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

DARTMOUTH MALL, PO BOX 951316, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16,418.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.165**

DATASPAN HOLDINGS INC, PO BOX 845507, DALLAS, TX, 75284-5507

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $46,443.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.166**

DAVID MILOSEVICH CASTING &, 45 GROVER LANE, WEST CALDWELL, NJ, 07006

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.167**

DAY JAY ASSOCIATES, QUAIL SPRINGS, PO BOX 86; SDS-12-0714, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24,292.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.168**

DDR URBAN LP, DEPT 399722-20124-64949, PO BOX 373533, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14,587.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.169**

DEL AMO FASHION CTR OPER, PO BOX 409657, ATLANTA, GA, 30384-9657

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $366,083.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.170**

DENVER PAVILLONS OWNER CO, PO BOX 561533, DENVER, CO, 80256

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13,333.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.171

DENVER PREMIUM OUTLETS, PO BOX 775708, CHICAGO, IL, 60677-5708

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $84,314.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.172

DEPT OF PUBLIC HEALTH, 49 S VAN NESS, #600, SAN FRANCISCO, CA, 94103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $219.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.173

DESTIN COMMONS LTD, BERKADIA COMMERCIAL MRTGE, PO BOX 865292, ORLANDO, FL, 32886-5292

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14,527.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.174

DIVISION OF FAMILY AND MEDICAL LEAVE, PO BOX 5070, DENVER, CO, 80217-5070

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175**

DOLPHIN MALL ASSOC LP, PO BOX 67000, DEPARTMENT 189501, DETROIT, MI, 48267-1895

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $629,570.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176**

DOS LAGOS SQUARED LLC, 2780 CABOT DR, SUITE 140, CORONA, CA, 92883

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $5,065.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.177**

DTC DEVELOPMENT MSP LLC, 1200 ENERGY PARK DR, EP-MN-01PR, ST PAUL, MN, 55107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $28,968.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178**

E&P AT EST BRUNSWICK LLC, C/O PARAMOUNT REALTY SERVICES, PO BOX 6296, HICKSVILLE, NY, 11802-6296

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $14,999.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.179**

E.C. PROVINI CO INC, 1 BETHANY RD SUITE 24, BUILDING 2, HAZLET, NJ, 07730

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $79,579.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.180**

EASTON TOWN CENTER II LLC, PO BOX 634791, CINCINNATI, OH, 45263-4791

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $78,436.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.181**

EASTVIEW MALL, LLC, DEPT 976, PO BOX 8000, BUFFALO, NY, 14267

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $38,344.49
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.182**

EASTWOOD EMC, PO BOX 932400, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,744.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183

EDINBURGH PREMIUM OUTLETS, PO BOX 822925, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $58,982.93
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

EDISON MALL, PO BOX 779266, CHICAGO, IL, 60677-9266

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $4,374.98
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185

EKLECCO NEWCO LLC, PO BOX 8000 DEPT 535, BUFFALO, NY, 14267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $64,279.91
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.186

ELIZABETH ASLEIGH DESIGNS, 9505 ST ROUTE 104, LOCKBOURNE, OH, 43137

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $2,571.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187**

ELMWOOD PROPERTIES LLC, PO BOX 669381, DALLAS, TX, 75266-9281

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $21,350.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188**

ELOY ROMERO VS. EXPRESS FASHION OPERATIONS, LLC; TIM BAXTER, CEO; SIDNEY BURGESS; PUALINA CHENIN: DOES 1 THROUGH 10

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.189**

EMCOR SERVICES COMUSTIONEER, 4420 LOTTSFORD VISTA ROAD SUITE 1, LANHAM, MD, 20706

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,144.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.190**

EMI SANTA ROSA LP, PO BOX 772814, CHICAGO, IL, 60677-2814

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $62,164.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.191**

EMMA ALBUQUERQUE, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $810.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.192**

EMPIRE MALL LLC, PO BOX 83388, CHICAGO, IL, 60691

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $54,572.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.193**

EMPLOYMENT SECURITY DEPARTMENT, PO BOX 3537, WA CARES
FUND, SEATTLE, WA, 98124-3537

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $137.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.194**

ENGIE INSIGHT SEVICES, INC, 1313 N ATLANTIC ST #5000, SPOKANE,
WA, 99201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $36,954.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.195

EXPRESS GC, LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $13,981,604.09
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

3.196

FACILITIES EXCELLENCE LLC, 113B COMMERCE PARK DRIVE, WESTERVILLE, OH, 43082

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $24,383.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.197

FAIRLANE TOWN CENTER REALTY HOLDING LLC, 1010 NORTHERN BLVD. SUITE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $40,037.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.198

FASHION CENTRE MALL, LLC, PO BOX 402792, ATLANTA, GA, 30384-2792

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $125,393.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199**

FASHION OUTLETS AT FOXWOODS LLC, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $53,232.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

FASHION VALLEY MALL, FILE# 53271, LOS ANGELES, CA, 90074-3271

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $411,655.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

FAYETTE MALL SPE, LLC, PO BOX 531768, ATLANTA, GA, 30353-1768

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $19,701.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.202**

FHB RETAIL PROPERTY LLC, C/O FAIRBOURNE PROPERTIES, 200 SOUTH MICHIGAN AVE, CHICAGO, IL, 60604-2411

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $15,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.203**

FIRE EQUIPMENT INC, PO BOX 423, READING, MA, 01867

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $736.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.204**

FIRST STERLING GREENWICH CORP., 1650 BROADWAY SUITE 1200, ATTEN: RICHARD COBB, NEW YORK, NY, 10019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $83,188.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.205**

FIVE9, 1801 W OLYMPIC BLVD, FILE 2361, PASADENA, CA, 91199

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $43,345.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.206**

FLORIDA MALL ASSOC LTD, PO BOX 406360, ATLANTA, GA, 30384-6360

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $288,469.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.207

FORBES TAUBMAN ORLANDO, LOCKBOX 16286, 16286 COLLECTIONS
CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $155,091.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.208

FORBES/COHEN FLA PROP, 16156 COLLECTIONS CNTR DR, CHICAGO,
IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $109,575.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.209

FORD MODELS, INC., ATTN ACCOUNTS RECEIVABLE, 57 WEST 57TH
STREET PH, NEW YORK, NY, 10019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $17,546.46
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.210

FOREST HARLEM PROPS, LTD, 4104 N HARLEM AVE, NORRIDGE, IL,
60706

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $67,309.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.211**

FOUR STATE PROPERTIES LLC, SDS-12-3096 PO BOX 86, MINNEAPOLIS, MN, 55486-3096

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$279,340.20

**3.212**

FOX HILLS MALL, LP, FILE# 55705, LOS ANGELES, CA, 90074-5705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,463.79

**3.213**

FOX VALLEY FIRE & SFTY CO, 2730 PINNACLE DRIVE, ELGIN, IL, 60124

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,052.00

**3.214**

FOX VALLEY MALL LLC, 99029 COLLECTION CENTER DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,502.76

**3.215**

FRANKLIN MILLS ASSOC, LP, PO BOX 277867, ATLANTA, GA, 30384-7867

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $51,326.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.216**

FRANKLIN PARK MALL, LLC, PO BOX 86; SDS-12-2767, MINNEAPOLIS, MN, 55486-2767

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $484,121.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.217**

FREEMALL ASSOCIATES LLC, DBA FREEHOLD RACEWAY MALL, PO BOX 511421, LOS ANGELES, CA, 90051-7976

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $294,128.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.218**

FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC PROPERTY 1642, PO BOX 846073, PROPERTY 1646, LOS ANGELES, CA, 90084-6073

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $6,392.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.219**

FSH ASSOCIATES LP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $73,005.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.220**

FULTON COUNTY TAX COMMISSIONER, PO BOX 105052, ATLANTA, GA, 30348-5052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $339.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.221**

G&L BUILDING CORPORATION, PO BOX 3110, SAG HARBOR, NY, 11963

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25,651.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.222**

G2 REVOLUTION LLC, 8585 PYOTT RD, SUITE 100, LAKE IN THE HILLS, IL, 60156

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17,003.47
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.223**

GALLERIA AT WOLFCHASE LLC, 98938 COLLECTIONS DRIVE, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$48,846.99

**3.224**

GARDAWORLD SECURITY SERVICES, SECURITY CORP., 34-10 56TH STREET, WOODSIDE, NY, 11377

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$207,759.63

**3.225**

GARDENS PROMOTIONAL FUND, 100 GALLERIA OFFICENTRE, SUITE 427, SOUTHFIELD, MI, 48034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,107.78

**3.226**

GENESEE MALL REALTY LLC, PO BOX 368, C/O NAMDAR REALTY LLC, EMERSON, NJ, 07630

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,575.48

3.227

GGP LIMITED PARTNERSHIP, 7846 SOLUTIONS CENTER, CHICAGO, IL, 60677-7008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50,135.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228

GGP LIMITED PARTNERSHIP, DBA WILLOWBROOK MALL(TX), SDS-12-3092 PO BOX 86, MINNEAPOLIS, MN, 55486-3092

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229

GGP LIMITED PARTNERSHIP, FOX RIVER MALL, SDS 12 1360 PO BOX 86, MINNEAPOLIS, MN, 55486-1360

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $46,113.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230

GGP LIMITED PARTNERSHIP, NORTHRIDGE SHOPPING CNTR, PO BOX 86; SDS-12-1664, MINNEAPOLIS, MN, 55486-1664

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $179,470.78
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.231**

GGP LIMITED PARTNERSHIP, RIVERTOWN CROSSINGS, SDS-12-1796 PO BOX 86, MINNEAPOLIS, MN, 55486-1796

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $60,445.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232**

GGP LIMITED PARTNERSHIP, ROUSE FASHION PLACE, SDS-12-2780 PO BOX 86, MINNEAPOLIS, MN, 55486-2780

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $123,489.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.233**

GGP LIMITED PARTNERSHIP, SDS 12 1358, PO BOX 86, MINNEAPOLIS, MN, 55486-1358

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $52,183.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234**

GGP LIMITED PARTNERSHIP, SDS 12-2730 PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $395,532.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Express Fashion Operations, LLC
_____
Name

Case number *(if known)* 24-10838

**3.235**

GGP LIMITED PARTNERSHIP, SDS-12-1412;PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $32,499.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236**

GGP LIMITED PARTNERSHIP, SDS-12-3049, PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,718.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.237**

GGP LIMITED PARTNERSHIP, US BANK NATIONAL ASSOC, PO BOX 860251, MINNEAPOLIS, MN, 55486-0251

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $139,973.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238**

GILROY PREMIUM OUTLETS, PO BOX 827762, PHILADELPHIA, PA, 19182-7762

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $180,408.78
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.239

GLENDALE I MALL ASSOC, LP, PO BOX 860116, MINNEAPOLIS, MN, 55486-0116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $376,322.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.240

GLOUCESTER PREMIUM OUTLETS LLC, PO BOX 776118, CHICAGO, IL, 60677

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $125,285.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.241

GOODY TECHNOLOGIES INC, 9450 SW GEMINI DR, BEAVERTON, OR, 97008-7105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6,759.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.242

GOVERNORS SQUARE MALL LLC, PO BOX 776735, CHICAGO, IL, 60677-6735

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $58,864.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.243

GRANDE COMMUNICATIONS NETWORKS LLC, PO BOX 121204, DEPT 1204, DALLAS, TX, 75312-1204

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $844.55
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.244

GRANIFY, INC, 1800 EAST 4TH ST, SUITE 104, AUSTIN, TX, 78704

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $736,112.10
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.245

GREECE RIDGE, LLC, PO BOX 8000, DEPT 981, BUFFALO, NY, 14267

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13,658.05
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.246

GREEN HILLS MALL TRG, LLC, PO BOX 674523, DETROIT, MI, 48267-4523

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $219,275.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.247**

GREEN HILLS MALL TRG, LLC, PO BOX 674523, DETROIT, MI, 48267-4523

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $15,974.93
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.248**

GREENWOOD PARK MALL LLC, 867695 RELIABLE PARKWAY, CHICAGO, IL, 60686

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $102,676.67
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.249**

GUARD SERVICES USA, 200 VARICK ST, NEW YORK, NY, 10014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $68,031.69
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.250**

GULF COAST FACTORY SHOPS LP, PO BOX 776266, CHICAGO, IL, 60677-6266

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $91,306.23
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.251

GULFPORT FACTORY SHOPS L.P., PO BOX 776257, CHICAGO, IL, 60677-6257

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $47,888.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.252

GWINNETT PLACE MALL GALLC, 9103 ALTA DRIVE, SUITE 204, LAS VEGAS, NV, 89145

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $33,318.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.253

HAMILTON MALL REALTY LLC, 150 GREAT NECK RD, STE 304, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13,238.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

HAMILTON PLACE CMBS, LLC, PO BOX 5559, CAROL STREAM, IL, 60197-5559

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $37,632.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.255

HAMILTON TC, LLC, 867974 RELIABLE PKWY, CHICAGO, IL, 60686-0079

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $68,188.55
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.256

HEIDE & COOK LLC, 1714 KANAKANUI STREET, HONOLULU, HI, 96819

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,504.62
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.257

HELEN WELLS AGENCY LLC, 333 N PENNSYLVANIA SUITE 101, INDIANAPOLIS, IN, 46204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,970.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**

☑ No

☐ Yes

3.258

HEYMAN TALENT, 700 WEST PETE ROSE WAY, SUITE 434, CINCINNATI, OH, 45203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,030.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.259**

HILCO MERCHANT RESOURCES LLC, 5 REVERE DRIVE SUITE 206, NORTHBROOK, IL, 60062

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $95,127.17
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260**

HOLYOKE MALL COMPANY LP, M&T BANK,DEPT#975, PO BOX 8000, BUFFALO, NY, 14267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $28,837.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.261**

HOOVER MALL LTD LLC, RIVERCHASE GALLERIA, SDS 12 2446 PO BOX 86, MINNEAPOLIS, MN, 55486-2446

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $74,896.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.262**

ILLINOIS SECURITY SVC,INC, 10133 S. WESTERN AVE., CHICAGO, IL, 60643

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $14,644.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.263

IMG MODELS,INC., 304 PARK AVENUE SOUTH, PENTHHOUSE NORTH, NEW YORK, NY, 10010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,965.25

3.264

IMPERIAL VALLEY MALL II LP, PO BOX 8658, CAROL STREAM, IL, 60197-8658

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,751.84

3.265

INCOMM DIGITAL SOLUTIONS, PO BOX 935359, ATLANTA, GA, 31193-5359

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$65,149.06

3.266

INTERNATIONAL ENVIRONMENTAL MGMT, 24516 NETWORK PLACE, CHICAGO, IL, 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$820.32

3.267

IPROMO, PO BOX 772578, DETROIT, MI, 48277-2578

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11,560.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.268

IRON MOUNTAIN RECORDS, MANAGEMENT, PO BOX 27128, NEW YORK, NY, 10087-7128

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $133,424.47
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.269

JEBBIT INC, 280 SUMMER ST, 7TH FLR, BOSTON, MA, 02210

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $145,080.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.270

JERSEY SHORE PREMIUM OUTLETS LLC, PO BOX 776307, CHICAGO, IL, 60677-6307

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $113,539.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.271**

JG ELIZABETH II, LLC, PO BOX 775273, CHICAGO, IL, 60677-5273

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $259,754.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.272**

JOHNSON CONTROLS US HOLDINGS LLC, LOCK BOX 223670, PITTSBURGH, PA, 15251-2670

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $21,783.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.273**

JORDAN CREEK TOWN CENTER LLC, SDS-12-2423, PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $177,201.63
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.274**

JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER L, CARE OF FRIEDMAN MANAGEMENT COMPANY, 34505 W TWELVE MILE RD, SUITE 250, FARMINGTON HILLS, MI, 48331

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,840.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.275

K/BTF BROADWAY LLC, 34 SOUTH DEAN STREET SUITE 200, ATTN: MICHAEL GOLDSTEIN, ENGLEWOOD, NJ, 07631

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $34,639.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.276

KALEIGH SHRIGLEY, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,381.05
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.277

KANAWHA SCALES & SYSTEMS INC, PO BOX 569, POCA, WV, 25159

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $245.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.278

KDM POP SOLUTIONS GROUP, PO BOX 635067, CINCINNATI, OH, 45263

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,962.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.279**

KENWOOD MALL LLC GGP-TRS LLC, SDS-12-3080 PO BOX 86,
MINNEAPOLIS, MN, 55486-3080

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $164,313.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.280**

KEY BLUE PRINTS, 195 EAST LIVINGSTON AVE, COLUMBUS, OH, 43215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $54.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.281**

KEY WEST AIR LLC, PO BOX 383, SPRING LAKE, NJ, 07762

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,793.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.282**

KEYSTONE FLA PROP HOLDING, JLLA INC,THE GALLERIAMALL, PO
BOX 71345, CHICAGO, IL, 60694-1345

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $53,987.34
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.283**

KFM247 LTD, 1319 MILITARY CUTOFF ROAD SUITE CC BOX 218, WILMINGTON, NC, 28405

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $182,841.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.284**

KILDEER VILLAGE SQUARE LLC, PO BOX 776921, CHICAGO, IL, 60677-6921

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $24,043.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.285**

KING OF PRUSSIA ASSOCIATE, PO BOX 829412, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $228,704.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.286**

KITTERY DEVELOPMENT LLC, PO BOX 827730, PHILADELPHIA, PA, 19182-7730

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $37,218.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.287**

KLARNA INC, 629 N HIGH STREET, FLOOR 3, COLUMBUS, OH, 43215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $41,053.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.288**

KONE INC., PO BOX 429, MOLINE, IL, 61266-0429

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $101,111.71
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.289**

KRAVCO INC, LEHIGH VALLEY ELECTRIC, PO BOX 829428,
PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $3,349.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.290**

KRE COLONIE OWNER LOCKBOX, LOCKBOX# 28477, PO BOX 28477,
NEW YORK, NY, 10087-8477

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $17,141.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.291**

KREBER, 2580 WESTBELT DR, COLUMBUS, OH, 43228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $1,490.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.292**

KRG LANSING EASTWOOD, LLC, 13068 COLLECTION CENTER DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $27,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.293**

LA CIENEGA LTD DEPT 58801, LA CIENEGA LTD PRTRSHIP, PO BOX 67000, DETROIT, MI, 48267-0588

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $128,684.56
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.294**

LAKE BUENA VISTA JOINT VENTURE LLC, PO BOX 535526, ATLANTA, GA, 30353-5526

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $38,829.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295

LAKESIDE OOTB VENTURES, LLC, 4218 NE 2ND AVE, MIAMI, FL, 33137

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,507.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.296

LAMBERT SHEET METAL, 3776 E 5TH AVE, COLUMBUS, OH, 43219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $92,768.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.297

LANGUAGE SERVICES ASSOC., 455 BUISNESS CNTR DR.#100, HORSHAM, PA, 19044

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $149.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.298

LAS VEGAS SOUTH OUTLETS LLC, PO BOX 827695, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $156,433.47
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.299**

LASALLE PROPERTY FUND REIT INC, 26953 NETWORK PLACE, CHICAGO, IL, 60673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $16,666.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.300**

LAUREL PARK RETAIL PRPTES, CBL #0701, PO BOX 955607, ST LOUIS, MO, 63195-5607

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $5,930.03
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.301**

LEESBURG CORNER PREMIUM OUTLETS, PO BOX 822914, PHILADELPHIA, PA, 19182-2914

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $157,594.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.302**

LEGACY AIR INC, 3529 E WOOD STREET, PHOENIX, AZ, 85040

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $121,448.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.303

LEHIGH VALLEY MALL, LLC, PO BOX 829446, PHILADELPHIA, PA, 19182-9446

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $142,520.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.304

LENOX SQUARE, NEWARK POST OFFICE, PO BOX 35461, NEWARK, NJ, 07193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $238,844.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.305

LIBERTY CENTER LLC, L-3745, COLUMBUS, OH, 43260

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5,628.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.306

LIGHTHOUSE PLACE PREMIUM OUTLETS, LLC, PO BOX 827749, PHILADELPHIA, PA, 19182-7749

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $49,797.64
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.307

LIGHTSERVE CORPORATION, PO BOX 1147, CUYAHOGA FALLS, OH, 44223

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15,458.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.308

LINCOLN PLAZA CENTER, PO BOX 829424, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $52,881.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.309

LINDALE MALL REALTY HOLDING LLC, 1010 NORTHERN BLVD SUITE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $725.78
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.310

LITTLE ROCK OUTLETS REALTY HOLDING LLC, 1909 TYLER ST SUITE 403, HOLLYWOOD, FL, 33020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25,439.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.311**

LIVERMORE PREMIUM OUTLETS, 2696 SOLUTION CENTER, CHICAGO, IL, 60677-2006

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $160,674.06
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.312**

LIVINGSTON MALL REALTY HOLDING LLC, 1010 NORTHERN BLVD SUITE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $7,658.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.313**

LOCKNET, 800 JOHN C WATTS DR, NICHOLASVILLE, KY, 40356

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $156,922.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.314**

LOS ANGELES FIRE DEPARTMENT, 200 NORTH MAIN ST RM 1780, LOS ANGELES, CA, 90012

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $4,377.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.315**

LOUIS JOLIET REALTY LLC, 150 GREAT NECK RD, SUITE 304, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $44,071.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.316**

LT CUSTOM FURNISHINGS INC., 12994 KEELE STREET, UNIT 6, KING CITY, ON, L7B 1H8, CANADA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9,624.55
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.317**

LYDIA BROCK, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $610.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.318**

LYNNHAVEN MALL, LLC, 7903 SOLUTIONS CENTER, CHICAGO, IL, 60677-7009

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $52,269.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.319**

M&J - BIG WATERFRONT TOWN CENTER I LLC, 8531 SOLUTION CENTER, CHICAGO, IL, 60677-8005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $10,038.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.320**

MACERICH VINTAGE FAIR LTD, DEPT 880463, PO BOX 29650, PHOENIX, AZ, 85038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $147,133.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.321**

MACERICH VINTAGE FAIR LTD, DEPT 880482, PO BOX 29650, PHOENIX, AZ, 85038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $83,930.17
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.322**

MACERICH VINTAGE FAIR LTD, PO BOX 846702, LOS ANGELES, CA, 90084-6702

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $244,941.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.323**

MACERICH VINTAGE FAIR LTD, PO BOX 849418, LOS ANGELES, CA, 90084-9418

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $181,957.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.324**

MACERICH VINTAGE FAIR LTD, PO BOX 849428, LOS ANGELES, CA, 90084-8428

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $65,333.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.325**

MACERICH VINTAGE FAIR LTD, PO BOX 849445, LOS ANGELES, CA, 90084-9445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $233,815.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.326**

MACERICH VINTAGE FAIR LTD, PO BOX 849464, LOS ANGELES, CA, 90084-9464

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $66,482.49
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.327

MACERICH VINTAGE FAIR LTD, PO BOX 849466, LOS ANGELES, CA, 90084-9466

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $244,897.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.328

MACWH, LP DBA DANBURY MALL, LLC, PO BOX 849548, LOS ANGELES, CA, 90084-9548

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $109,193.55
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.329

MADISON-WEST TOWNE LLC, CBL #0601, PO BOX 955607, ST LOUIS, MO, 63195-5607

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $8,333.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.330

MAINPLACE SHOPPINGTOWN LLC, FILE 910773, PO BOX 31001-0773, PASADENA, CA, 91110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $20,745.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.331**

MALL 1 BAY PLAZA LLC, C/O PRESTIGE PROP&DEVELOP, 546 FIFTH AVE, 15TH FLR, NEW YORK, NY, 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $95,868.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.332**

MALL AT AUBURN, LLC, 14193 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $74,709.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.333**

MALL AT BRIARWOOD LLC, PO BOX 404570, ATLANTA, GA, 30384-4570

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $56,354.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.334**

MALL AT CHESTNUT HILL, LLC, PO BOX 643748, PITTSBURGH, PA, 15264-3748

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $36,881.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.335**

MALL AT COTTONWOOD LLC, LOCKBOX #005947, PO BOX 809174, CHICAGO, IL, 60680-9174

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8,184.83
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.336**

MALL AT GURNEE MILLS, LLC, PO BOX 100305, ATLANTA, GA, 30384-0305

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $311,935.79
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.337**

MALL AT JEFFERSON VALLEY, PO BOX 643194, PITTSBURGH, PA, 15264-3194

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13,455.58
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.338**

MALL AT KATY MILLS, LP, PO BOX 100554, ATLANTA, GA, 30384-0554

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27,204.15
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.339**

MALL AT NORTHSHORE LLC, 14202 COLLECTIONS CTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $123,295.41
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.340**

MALL AT POTOMAC MILLS,LLC, PO BOX 277866, ATLANTA, GA, 30384-7866

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $223,167.39
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.341**

MALL AT SOLOMON POND LLC, 14199 COLLECTIONS CENTER DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13,018.92
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.342**

MALL AT SUMMIT LLC, PO BOX 644271, PITTSBURGH, PA, 15264-4271

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $171,833.26
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.343

MALL AT WHITE OAKS LLC, DBA WHITE OAKS MALL, 3392 PAYSPHERE
CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $37,495.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.344

MALL OF GEORGIA LLC, PO BOX 772805, CHICAGO, IL, 60677-2805

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $138,947.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.345

MALL OF LOUISIANA LLC, SDS-12-2440 PO BOX 86, MINNEAPOLIS, MN,
55486

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $63,400.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.346

MARKET PLACE S/C GGPLP, SDS 12 1461, PO BOX 86, MINNEAPOLIS,
MN, 55486-1461

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $42,828.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.347

MARTIN COUNTY FIRE RESCUE, 800 SE MONTEREY RD, STUART, FL 34994

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.348

MARY KAMALSKY, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4,308.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.349

MATTER SURFACES INC, 179 CAMPANELLI PARKWAY, STOUGHTON, MA, 02072

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $38,348.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.350

MAYFAIR MALL LLC, PO BOX 772816, CHICAGO, IL, 60677-2816

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $291,621.46
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.351**

MAYFLOWER CAPE COD, LLC, 14174 COLLECTIONS CENTER, DRIVE, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $80,314.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.352**

MCM PROPERTIES LTD, 4101 E 42ND ST, ODESSA, TX, 79762

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,101.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.353**

MELBOURNE SQUARE LLC, 867758 RELIABLE PKWY, CHICAGO, IL, 60686-0077

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17,583.34
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.354**

MELISSA BROOKSHIRE, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,552.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.355

MERCHANTS ASSOCIATION BS, 16916 COLLECTIONS CENTER DR, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,579.98
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.356

MIAMI DADE COUNTY, BD OF COUNTY COMMISSIONER, 201W FLAGLER ST, MIAMI, FL, 33130-1510

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $279.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.357

MICHAEL BATTS, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,614.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.358

MID-SOUTH OUTLET SHOPS LLC, PO BOX 419258, BOSTON, MA, 02241-9258

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $60,715.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.359**

MIKAILA HUTCHENS, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.360**

MIRAKL INC, 485 MASSACHUSETTS AVE, SUITE 300, CAMBRIDGE, MA, 02139

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $132,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.361**

MIROMAR OUTLET EAST LLC, 10801 CORKSCREW RD #305, ESTERO, FL, 33928

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $41,373.49
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.362**

MISSION AND FIELDS LLC, 1050 JOHNNIE DODDS BLVD #208, MT PLEASANT, SC, 29464

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $226,504.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.363**

MK OAKLAND MALL LLC, PO BOX 67213, NEWARK, NJ, 07101-4002

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $36,666.66
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.364**

MNH MALL LLC, 14184 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $70,043.16
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.365**

MOAC MALL HOLDINGS LLC, NW 5826, PO BOX 1450, MINNEAPOLIS, MN, 55485-5826

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $176,674.81
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.366**

MOAC MALL HOLDINGS LLC, NW 5826, PO BOX 1450, MINNEAPOLIS, MN, 55485-5826

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10,987.37
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.367

MONARCHS SUB LLC, PO BOX 734271, DALLAS, TX, 75373-4271

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $15,750.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.368

MONDO MANNEQUINS, PO BOX 29, HICKSVILLE, NY, 11802

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $5,831.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.369

MONTGOMERY MALL PARTNERSH, FILE #54738, LOS ANGELES, CA, 90074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $24,040.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.370

MORENO VALLEY MALL HOLDING LLC, 22500 TOWN CIRCLE, STE 1206, MORENO VALLEY, CA, 92553

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $18,588.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.371

MSM PROPERTY LLC, SDS-12-2771, PO BOX 86, MINNEAPOLIS, MN, 55486-2771

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $58,824.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.372

MVV OWNER LLC, 1640 CAMINO DEL RO N. SUITE 351, ATTN: GENERAL MANAGER, SAN DIEGO, CA, 92108

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24,360.91
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.373

NAMOGOO TECHNOLOGIES INC, 160 FEDERAL ST, BOSTON, MA, 02210

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $21,750.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.374

NATICK MALL, LLC, SDS-12-3111, PO BOX 86, MINNEAPOLIS, MN, 55486-3111

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $247,821.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.375**

NATIONAL SECURITY CNSLTNT, NSC-MISCELLANEOUS, PO BOX 932412, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $333.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.376**

NE GATEWAY MALL PROPCO LLC, L-4252, COLUMBUS, OH, 43260-4252

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12,366.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.377**

NED ALTOONA, LLC, PO BOX 845603, BOSTON, MA, 02284-5603

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $51,227.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.378**

NEDAP INC, 25 CORPORATE DRIVE, BURLINGTON, MA, 01803

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $199,840.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.379

NEWPARK MALL LP, PO BOX 639702, CINCINNATI, OH, 45263-9702

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $87,221.09
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.380

NEXT MANAGEMENT CO, 15 WATTS STREET, NEW YORK, NY, 10013

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18,940.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.381

NEXTECH, 1045 S JOHN RODES BLVD, MELBOURNE, FL, 32904

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $261,587.55
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.382

NORFOLK FIRE MARSHAL'S OFFICE, 100 BROOKE AVE # 400, NORFOLK, VA 23510

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.383**

NORFOLK OUTLETS LLC, PO BOX 775289, CHICAGO, IL, 60677-5289

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $93,223.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.384**

NORTH GEORGIA PREMIUM OUTLETS, PO BOX 822900, PHILADELPHIA, PA, 19182-2900

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $365,537.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.385**

NORTH RIVERSIDE PARK ASSOC LLC, PO BOX 601399, CHARLOTTE, NC, 28260-1399

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $43,797.38
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.386**

NORTHPARK MERCHANTS ASSOCIATION, PO BOX 612083, UPWEST, DALLAS, TX, 75261-2083

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $946.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.387

NORTHPARK PARTNERS, LP, PO BOX 226864, DALLAS, TX, 75222-6864

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $134,074.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.388

NORTHWOODS MALL CMBS, LLC, PO BOX 74892, CLEVELAND, OH, 44194-4892

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $8,248.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.389

NPP DEVELOPMENT, LLC, ONE PATRIOT PALCE, FOXBOROUGH, MA, 02035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,207.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.390

NW ARKANSAS MALL REALTY LLC, PO BOX 25078, TAMPA, FL, 33622

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7,136.42
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.391**

NXGN INC, 230 S CLARK ST, UNIT 225, CHICAGO, IL, 60604

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $140,340.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.392**

OAK PARK MALL, LLC, PO BOX 531791, ATLANTA, GA, 30353-1791

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $22,596.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.393**

OAKBROOK URBAN VENTURE LP, SDS-12-2892, PO BOX 86, MINNEAPOLIS, MN, 55486-2892

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $260,075.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.394**

OAKWOOD HILLS MALL LLC, PO BOX 772848, CHICAGO, IL, 60677

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $41,755.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.395

OGLETHORPE MALL, SDS 12-1640, PO BOX 86, MINNEAPOLIS, MN, 55486-1640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $132,528.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.396

OHIO HD STUDIOS LLC, 350 WEST JOHNSTOWN RD, GAHANNA, OH, 43230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $16,848.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.397

OKC OUTLETS I, LLC, PO BOX 714676, CINCINNATI, OH, 45271

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18,333.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.398

OLD ORCHARD URBAN LTD PTR, FILE 771681, 1681 SOLUTIONS CENTER, CHICAGO, IL, 60677-1006

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $29,469.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.399

OMAHA OUTLETS SPE LLC, PO BOX 8432, DES MOINES, IA, 50301

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $27,840.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.400

ONERA INC., 221 MAIN ST, SUITE 387, LOS ALTOS, CA, 94022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $90,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.401

ONTARIO MILLS LP, PO BOX 198844, ATLANTA, GA, 30384-8844

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $227,314.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.402

OPRY MILLS MALL, LP, PO BOX 402242, ATLANTA, GA, 30384-2242

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200,724.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.403**

ORLANDO OUTLET OWNER LLC, PO BOX 772811, CHICAGO, IL, 60677-2811

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $276,696.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.404**

ORLANDO VINELAND PO LP, PO BOX 827733, PHILADELPHIA, PA, 19182-7733

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $149,395.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.405**

OUTLET VILLAGE OF HAGERSTOWN LP, PO BOX 776327, CHICAGO, IL, 60677-6327

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $52,004.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.406**

PALM BEACH OUTLETS I LLC, PO BOX 9468, NEW YORK, NY, 10087-9468

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $119,950.17
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.407

PALM DESERT, LP, PO BOX 742257, LOS ANGELES, CA, 90074-2257

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $36,906.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.408

PARKDALE MALL CMBS, LLC, PO BOX 74942, CLEVELAND, OH, 44194

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20,949.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.409

PARKWAY PLACE SPE, LLC, PO BOX 5568, CAROL STREAM, IL, 60197-5568

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14,561.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.410

PEARLRIDGE CENTER ASSOC., PO BOX 31000, HONOLULU, HI, 96849-5525

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,809.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.411**

PEMBROKE LAKES, SDS-12-3094, PO BOX 84, MINNEAPOLIS, MN, 55486-3094

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $232,812.64
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.412**

PENN SQUARE MALL LLC, 32122 COLLECTIONS CTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $213,509.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.413**

PERIMETER MALL, LLC, PO BOX 860381, MINNEAPOLIS, MN, 55486-0381

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $189,099.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.414**

PETALUMA VILLAGE PREMIUM OUTLETS, PO BOX 822888, PHILADELPHIA, PA, 19182-2888

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $48,744.69
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.415

PFP COLUMBUS II, LLC, L-3581, COLUMBUS, OH, 43260

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,927.01

3.416

PHILADELPHIA PREMIUM OUTLETS LLC, PO BOX 822464, PHILADELPHIA, PA, 19182-2464

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$77,860.96

3.417

PLAYNETWORK INC, PO BOX 204515, DALLAS, TX, 75320-4515

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,906.09

3.418

PLAZA BONITA LLC, FILE# 55879, LOS ANGELES, CA, 90074-5879

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,404.32

**3.419**

PLAZA CAROLINA MALL, LP, PO BOX 71478, SAN JUAN, PR, 00936, PUERTO RICO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $134,562.76
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.420**

PLAZA DEL CARIBE, PO BOX 363268, SAN JUAN, PR, 00936, PUERTO RICO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.421**

PLAZA FRONTENAC ACQUISITION LLC, SDS-12-3110, PO BOX 86, MINNEAPOLIS, MN, 55486-3110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $43,989.99
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.422**

PLAZA LAS AMERICAS, INC, PO BOX 363268, SAN JUAN, PR, 00936-3268

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $21,500.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.423**

PLAZA WEST COVINA LP, PO BOX 844824, LOS ANGELES, CA, 90084-4824

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25,750.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.424**

PLEASANT PRAIRIE FIRE AND RESCUE, 8044 88TH AVE, PLEASANT PRAIRIE, WI, 53158

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.425**

PLEASANT PRAIRIE PREMIUM OUTLETS LLC, PO BOX 776288, CHICAGO, IL, 60677-6288

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $132,902.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.426**

POM-COLLEGE STATION LLC, CBL #0043, PO BOX 955607, ST. LOUIS, MO, 63195-5607

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,999.98
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.427

POUGHKEEPSIE GALLERIA LLC, M&T BANK, PO BOX 8000 DEPT #380, BUFFALO, NY, 14267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $19,390.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.428

POWERFRONT INC, 468 N CAMDEN DR, STE 200, BEVERLY HILLS, CA, 90210

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $42,900.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.429

PPF RTL ATLANTIC TOWN CENTER LLC, PO BOX 733138, DALLAS, TX, 75373-3138

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20,855.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.430

PPF RTL ROSEDALE SHOPPING CENTER,LLC, 29974 NETWORK PLACE, CHICAGO, IL, 60673-1299

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $46,644.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.431**

PR CAPITAL CITY, LIMITED PARTNERSHIP, PO BOX 92406, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,099.50

**3.432**

PR GALLERY I LIMITED PARTNERSHIP, PO BOX 931658, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

$39,440.61

**3.433**

PR PATRICK HENRY LLC, PREIT ASSOCIATES LP, PO BOX 951750, CLEVELAND, OH, 44193-1750

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$82.48

**3.434**

PR PRINCE GEORGE PLAZA LLC, PO BOX 373228, CLEVELAND, OH, 44193-3228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,211.80

3.435

PR SPRINGFIELD TOWN CNTR, PO BOX 932831, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $43,595.46
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.436

PREIT ASSOCIATES LP, PR VIEWMONT LP, PO BOX 951773, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,949.84
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.437

PREIT SERVICES, LP, PO BOX 73287, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4,355.62
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.438

PREMIUM OUTLET PARTNERS LP, PO BOX 822920, PHILADELPHIA, PA, 19182-2920

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $164,731.68
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.439

PREP HILLSIDE REAL ESTATE LLC, PO BOX 715151, CINCINNATI, OH, 45271-5151

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $1,223.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.440

PRISA ARBOR LAKES, LLC, PO BOX 22072 NETWORK PLC, CHICAGO, IL, 60673-1231

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $23,670.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.441

PRODUCT PROTECTION SOLUTIONS INC, 129 SETH THOMAS LN SUITE 2, SWANSBORO, NC, 28584

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $9,946.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.442

PROMENADE SHOPS - 10220472, PO BOX 715524, CINCINNATI, OH, 45271

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $15,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.443

PROSEGUR EAS USA, LLC, PO BOX 24620, WEST PALM BEACH, FL, 33416

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,280.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.444

PROVIDENCE PLACE, SDS-12-3060 PO BOX 86, MINNEAPOLIS, MN, 55486-3060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $188,718.06
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.445

PYRAMID WALDEN COMPANY LP, M&T BANK DEPT 496, PO BOX 8000, BUFFALO, NY, 14267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $54,913.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.446

QUAKER ASSOCIATES LLC, PO BOX 829443, PHILADELPHIA, PA, 19182-9443

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $196,751.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.447

QUEENS CENTER SPE, LLC, PO BOX 849433, LOS ANGELES, CA, 90084-9433

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $997,836.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.448

QUEST CONTROLS INC, 208 9TH STREET DRIVE WEST, PALMETTO, FL, 34221

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $58,983.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.449

QUOC HUONG WHOLESALE AND DISTRIBUTION IN, 2372 MORSE AVE, SUITE 327, IRVINE, CA, 92612

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.450

RAMBO FIXTURE COMPANY, 4473 HUNTERS BEND, POWELL, OH, 43065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $45,195.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.451

REEP-RTL MPM GA LLC, PO BOX 22708, NEW YORK, NY, 10087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $38,171.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.452

REFRIGERATION SALES COMPANY LLC, 9450 ALLEN DRIVE STE A, VALLEY VIEW, OH, 44125

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $83,065.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.453

RENTOKIL NORTH AMERICA INC., PO BOX 14095, READING, PA, 19612-4095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $10,301.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.454

RESICOM CUSTOM PAINTING &, 1235 NAPERVILLE DRIVE, ROMEOVILLE, IL, 60446

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $791,613.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.455

RETAIL CONTRACTORS, 10107 MARINE CITY HWY, IRA TOWNSHIP, MI, 48023

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $564,848.46
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.456

RETAIL MECHANICAL SERVICES INC, 3249 ROUTE 112 BLD 4 SUITE 2, MEDFORD, NY, 11763

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,063.81
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.457

RETAIL SECURITY SERVICES INCE, 3249 ROUTE 112 BUILDING 4 SUITE 2, MEDFORD, NY, 11763

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,050.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.458

REXEL CAPITOL LIGHT, PO BOX 418453, BOSTON, MA, 02241-8453

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $49,894.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.459

REZOD LLC, 777 HARRISON DRIVE, COLUMBUS, OH, 43204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $16,780.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.460

RGIS, LLC, P.O. BOX 77631, DETROIT, MI, 48277

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7,546.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.461

RIDERWOOD USA INC, PO BOX 744640, LOS ANGELES, CA, 90074-4640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $56,023.47
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.462

RIDGEDALE CENTER LLC, SDS-12-2774, PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $147,747.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.463

RIQUINA JACHELLE WILSON, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.464

RIVER OAKS CENTER LLC, 3271 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,205.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.465

RM MEMBER LLC, PO BOX 72439, CLEVELAND, OH, 44192

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $234,179.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.466

ROCKAWAY CENTER ASSOCIATES, PO BOX 772829, CHICAGO, IL, 60677-2829

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $116,810.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.467

ROCKSAL MALL LLC, 14165 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $228,746.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.468

ROLLING OAKS MALL REALTY HOLDING LLC, 1010 NORTHERN BLVD STE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,535.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.469

ROOSEVELT FIELD, PO BOX 772854, CHICAGO, IL, 60677-2854

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $49,167.78
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.470

ROOSEVELT FIELD, ROOSEVELT FIELD MALL, NEWARK PO BOX 35467, NEWARK, NJ, 07193

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $560,832.64
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.471

ROSEVILLE SHOPPINGTOWN LLC, LOCKBOX 910782, PO BOX 31001-0782, PASADENA, CA, 91110-0782

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $67,482.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.472

ROTH BROS INC, PO BOX 360170, PITTSBURGH, PA, 15251

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $206,418.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.473

RPI CARLSBAD LP, PO BOX 639700, CINCINNATI, OH, 45263-9700

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $40,280.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.474

RPI GREENVILLE MALL, LP, PO BOX 860480, MINNEAPOLIS, MN, 55486-0480

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16,033.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.475

RPT REALTY LP, PO BOX 30344, TAMPA, FL, 33630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.476

RR DONNELLEY, 7810 SOLUTION CENTER, CHICAGO, IL, 60677-7008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,671,994.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.477

RREEF AMERICAN REIT II, CORP HH, CORP HH BOX 777913, 7913 SOLUTION CENTER, CHICAGO, IL, 60677-7009

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,849.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.478

RSE INDEPENDENCE LLC, PO BOX 860575, MINNEAPOLIS, MN, 55486-0575

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $29,651.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.479

RSS UBSBB2013-C6-FL BML, LLC, RSS WFRBS2011 C4 OH EMC LLC LOCKBOX, PO BOX 745932, LOCK BOX #745932, LOS ANGELES, CA, 90074-5932

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,530.46
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.480

RUGGLES SIGN COMPANY, PO BOX 349, VERSAILLES, KY, 40383

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $52,080.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.481

RUSCO FIXTURE COMPANY INC, 11635 NC 138 HWY, NORWOOD, NC, 28128

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $32,243.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.482

SAFETY BUILDING CLEANING CORP, 5 WEST 37TH ST STE 803, NEW YORK, NY, 10018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $33,957.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.483**

SAINT LOUIS GALLERIA LLC, SDS-12-2351, PO BOX 86, MINNEAPOLIS, MN, 55486-2351

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $263,942.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.484**

SALISBURY MALL REALTY HOLDING LLC, 1010 NORTHERN BLVD, SUITE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $35,249.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.485**

SANDUSKY MALL CO, PO BOX 932400, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $2,048.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.486**

SANGERTOWN SQUARE LLC, MFG & TRADERS TRUST CO, PO BOX 8000, DEPT 332, BUFFALO, NY, 14267

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $21,849.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.487

SANSI NORTH AMERICA LLC, 1500 BROADWAY STE 901, NEW YORK, NY, 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,941.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.488

SCOTT HEIDELBERG PRODUCTIONS INC, PO BOX 16956, COLUMBUS, OH, 43216

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,335.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.489

SDG DADELAND ASSOC INC, PO BOX 644076, PITTSBURGH, PA, 15264-4076

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $741,432.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.490

SDQ FEE, LLC, L-3707, COLUMBUS, OH, 43260-3707

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $963.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.491

SEATTLE PREMIUM OUTLETS, PO BOX 822953, PHILADELPHIA, PA, 19182-2953

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $123,774.93
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.492

SELECT CHICAGO LLC, 400 N MICHIGAN AVE SUITE 700, CHICAGO, IL, 60611

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9,803.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.493

SENSOURCE, 3890 OAKWOOK AVE, YOUNGSTOWN, OH, 44515

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $42,453.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.494

SERVICE MANAGEMENT GROUP LLC, 770 MARKET ST, PMB/APT/STE: 6000, FARMINGTON, MO, 63640

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $76,676.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.495

SERVICE QUEST. INC., 510 SPENCER STREET STE B, COUNCIL GROVE, KS, 66846

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$27,442.75

3.496

SERVICECHANNEL.COM, INC, 9 ALBERTSON AVE STE# 1, ALBERTSON, NY, 11507

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$51,775.60

3.497

SETTLERS' R2 INC, 2 COMMON COURT, UNIT C13, NORTH CONWAY, NH, 03860

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$13,522.00

3.498

SHERMAN OAKS FASHION, BANK OF AMERICA, FILE #56991, LOS ANGELES, CA, 90074-6991

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$57,581.81

3.499

SHOPPES AT BUCKLAND HILLS LLC, SDS-12-3095, BOX 86,
MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11,478.98
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.500

SHOPPES AT RIVER CROSSING, SDS-12-2746, PO BOX 86,
MINNEAPOLIS, MN, 55486-2330

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11,714.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.501

SHOPPING CENTER ASSOCIATE, 9136 PAYSPHERE CIRCLE, CHICAGO,
IL, 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $254,981.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.502

SHOPS AT MISSION VIEJOLLC, 7415 SOLUTION CENTER, CHICAGO, IL,
60677-7004

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $175,150.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.503

SHORT CIRCUIT ELECTRONICS INC, PO BOX 803867, KANSAS CITY, MO, 64180-3867

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,406.74

3.504

SHORT HILLS ASSOC, DEPT 53501, PO BOX 67000, DETROIT, MI, 48267-0535

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$495,910.14

3.505

SHORT PUMP TOWN CNTR,LLC, PO BOX 72054, CLEVELAND, OH, 44192

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$165,529.23

3.506

SHOW & TELL PRODUCTIONS, 307 SEVENTH AVENUE, SUITE 401, NEW YORK, NY, 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,364.26

3.507

SHREMSHOCK ARCHTCTS, INC., 6130 SOUTH SUNBURY ROAD, WESTERVILLE, OH, 43081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,280.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.508

SILVESTRI CALIFORNIA, PO BOX 1315, WILLISTON, VT, 05495-1315

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $45,423.85
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.509

SIMON PROPERTY GROUP LP, 3788 PAYSPHERE CIRCLE, CHICAGO, IL, 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $109,985.43
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.510

SIMON PROPERTY GROUP LP, 7731 RELIABLE PKWY, CHICAGO, IL, 60686-007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $28,540.50
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.511**

SIMON PROPERTY GROUP LP, 7800 RELIABLE PKWY, CHICAGO, IL, 60686-0078

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,491.14

**3.512**

SIMON PROPERTY GROUP LP, 867655 RELIABLE PKWY, CHICAGO, IL, 60686-0076

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,057.85

**3.513**

SIMON PROPERTY GROUP LP, AS AGENT FOR HAYWOOD MALL, PO BOX 281484, ATLANTA, GA, 30384-1484

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$164,937.43

**3.514**

SIMON PROPERTY GROUP LP, DBA CORDOVA MALL, 867670 RELIABLE PKWY, CHICAGO, IL, 60686-0076

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$68,458.08

3.515

SIMON PROPERTY GROUP LP, PO BOX 713463, CHICAGO, IL, 60677-4363

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $154,503.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.516

SIMON PROPERTY GROUP LP, PO BOX 772986, CHICAGO, IL, 60677-0286

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $130,436.42
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.517

SIMON PROPERTY GROUP LP, PO BOX 775758, CHICAGO, IL, 60677-5758

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $61,854.94
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.518

SIMON PROPERTY GROUP LP, PO BOX 776438, CHICAGO, IL, 60677-6468

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $111,772.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.519**

SIMPLEXGRINNEL LP, DEPT CH 10320, PALATINE, IL, 60055-0320

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $12,891.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.520**

SINGLEPAY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $2,066.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.521**

SL MALL LLC, PO BOX 68065, NEWARK, NJ, 07101-8086

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $9,317.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.522**

SM EASTLAND MALL LLC, PO BOX 29650, DEPT 880479, PHOENIX, AZ, 85038

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $95,027.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.523

SNAGAJOB.COM INC, 32978 COLLECTIONS CENTER DR, CHICAGO, IL, 60693-0329

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $51,251.53
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.524

SOMERSET COLLECTION LTD, LOCKBOX 16129, 16129 COLLECTIONS CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $96,627.05
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.525

SOUTH COAST PLAZA, PO BOX 54876, LOS ANGELES, CA, 90074-4876

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $141,848.97
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.526

SOUTH MILL MALL, PO BOX 932400, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7,373.55
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.527

SOUTH SHORE MALL REALTY LLC, PO BOX 25078, TAMPA, FL, 33622

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $13,281.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.528

SOUTHDALE CENTER, LLC, PO BOX 404874, ATLANTA, GA, 30384-4874

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $150,614.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.529

SOUTHLAKE INDIANA, LLC, 5000 SOLUTION CENTER, BOX 775000, CHICAGO, IL, 60677-5000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $53,697.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.530

SOUTHLAND CENTER LLC, PO BOX 86, MINNEAPOLIS, MN, 55486-2779

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $59,949.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.531**

SPARK JC, LLC, PO BOX 412842, BOSTON, MA, 02241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $9,610.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.532**

SPARTAN SURFACES, LLC, PO BOX 69261, BALTIMORE, MD, 21264

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $65,839.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.533**

SPG FINANCE II, LLC, PO BOX 822983, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $163,023.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.534**

SPG PRIEN LLC, 867890 RELIABLE PKWY, CHICAGO, IL, 60686-0078

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $51,644.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.535

SPM ACQUISITION LLC, 112 NORTHERN CONCOURSE, NORTH SYRACUSE, NY, 13212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $87,559.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.536

SPOTSYLVANIA MALL COMP, PO BOX 932400, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,876.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.537

SPUS9 FB PADDOCK PROP, LLC, PO BOX 7411166, CHICAGO, IL, 60674-1116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12,372.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.538

SRE HAWKEYE LLC, PO BOX 850801, MINNEAPOLIS, MN, 55485-0801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,100.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.539

SRE ONTARIO LLC, PO BOX 310803, DES MOINES, IA, 50331

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10,596.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.540

ST AUGUSTINE PREMIUM OUTLETS, PO BOX 822946, PHILADELPHIA, PA, 19182-2946

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $84,461.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.541

ST LOUIS PREMIUM OUTLETS LLC, PO BOX 775857, CHICAGO, IL, 60677-5857

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $82,604.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.542

STACY ABBOTT, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10,743.10
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.543

STANLEY ELEVATOR COMPANY, INC, PO BOX 843, NASHUA, NH, 03061

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,071.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.544

STAPLES, INC, 500 STAPLES DRIVE, FRAMINGHAM, MA, 01702

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11,342.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.545

STAR-WEST CHICAGO RIDGE, LLC, 75 REMITTANCE DR DEPT1512, CHICAGO, IL, 60675-1512

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $44,671.69
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.546

STAR-WEST FRANKLIN PARK MALL, LLC, PO BOX 398008, SAN FRANCISCO, CA, 94139-8008

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15,868.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.547

STAR-WEST PARKWAY MALL,LP, PO BOX 844767, LOS ANGELES, CA, 90084-4767

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,875.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.548

STONERIDGE PROP LLC, PO BOX 404559, AC 375-6563429, ATLANTA, GA, 30384-4559

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $54,622.56
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.549

STONESTOWN SHOPPING CTRLP, STONESTOWN GALLERIA, SDS-12-2465 PO BOX 86, MINNEAPOLIS, MN, 55486-2465

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $135,328.65
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.550

STORED VALUE SOLUTIONS, 3802 RELIABLE PARKWAY, CHICAGO, IL, 60686-0038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $63,487.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.551

STREET RETAIL, INC, LOCKBOX #9320, PO BOX 8500, PHILADELPHIA, PA, 19178-9320

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $28,689.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.552

STYLITICS INC, 10 EAST 33RD ST, NEW YORK, NY, 10016

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $285,862.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.553

STYLMARK, 6536 MAIN STREET NE, PO BOX 32008, MINNEAPOLIS, MN, 55432

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $16,428.94
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.554

SUNLAND PARK MALL LLC, 867935 RELIABLE PKWY, CHICAGO, IL, 60686-0079

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $409,224.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.555

SUNRISE MILLS (MLP), LP, PO BOX 277861, ATLANTA, GA, 30384-7861

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $415,545.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.556

SUNVALLEY ASSOC, DEPT 57901, PO BOX 67000, DETROIT, MI, 48267-0579

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $88,666.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.557

SURFACE MATERIALS, 6655 PARKLAND BOULEVARD, SOLON, OH, 44139

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5,394.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.558

TACOMA MALL, 1355 MOMENTUM PLACE, CHICAGO, IL, 60689-5311

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $88,322.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.559

TAMPA PREMIUM OUTLETS LLC, PO BOX 776226, CHICAGO, IL, 60677-6226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $107,146.06
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.560

TAMPA WESTSHORE ASSOC. LP, DEPT 177001, PO BOX 67000, DETROIT, MI, 48267-1770

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $239,205.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.561

TANGER DAYTONA LLC, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $84,006.98
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.562

TANGER OUTLETS DEER PARK, PO BOX 415380, BOSTON, MA, 0241-5380

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $127,669.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.563

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $130,526.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.564

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $117,794.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.565

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $112,164.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.566

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $102,495.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.567

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $88,516.81
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.568

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $83,219.87
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.569

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $80,826.38
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.570

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $73,800.56
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.571

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $52,700.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.572

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $34,312.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.573

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,421.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.574

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225, BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,266.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.575

TANGER PROPERTIES LIMITED PARTNERSHIP, PO BOX 414225,
BOSTON, MA, 02241-4225

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $299.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.576

TAUBMAN AUBURN HILLS ASC, DEPT#124501, PO BOX 67000,
DETROIT, MI, 48267-1245

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $134,975.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.577

TAUBMAN CHERRY CREEK, DEPT 89801, PO BOX 67000, DETROIT, MI,
48267-0898

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $261,924.03
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.578

TB MALL AT UTC, LLC, PO BOX 674647, DETROIT, MI, 48267-4647

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $235,252.65
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.579

TEMECULA TOWNE CNTR ASSOC, PO BOX 72022, CLEVELAND, OH, 44192-0022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $120,006.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.580

TEXXXTURE LLC, 13 MARKET STREET APT 9, NEW YORK, NY, 10002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,244.81
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.581

THE CONNECTICUT POST LP, PO BOX 32068, NEW YORK, NY, 10087

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $22,987.93
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.582

THE CROSSINGS PREMIUM OUTLETS, PO BOX 827653, PHILADELPHIA, PA, 19182-7653

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $109,551.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.583

THE FALLS SHPNG CTR ASSOC, PO BOX 404566, A/C 375-655689, ATLANTA, GA, 30384-4566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $175,558.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.584

THE GREENE TOWN CENTERLLC, PO BOX 304 DEPT 5000, EMERSON, NJ, 07630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $19,990.34
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.585

THE MACERICH PARTNERSHIP, LP, PO BOX 848927, LOS ANGELES, CA, 90084-8927

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $121,761.47
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.586

THE MALL IN COLUMBIA, SDS-12-2738, PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $186,230.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.587

THE MUSIC BED LLC, 9555 HARMON RD, FORT WORTH, TX, 76177

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $4,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.588

THE OAKS MALL GGPLP, SDS-12-1530, PO BOX 86, MINNEAPOLIS, MN, 55486-1530

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $31,109.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.589

THE OUTLET COLLECTION, SEATTLE, PO BOX 932844, CLEVELAND, OH, 44193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $18,311.42
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.590

THE REBELLION, 11012 VENTURA BLVD #G, STUDIO CITY, CA, 91604

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $1,460.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.591**

THE TOWN CENTER AT BOCA RATON TRUST, PO BOX 772846,
CHICAGO, IL, 60677-2846

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $332,441.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.592**

THE TOWN CENTER AT BOCA RATON TRUST, PO BOX 772846,
CHICAGO, IL, 60677-2846

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $11,372.03
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.593**

THE WASHINGTON LLC, 3601 MINNESOTA DRIVE, #510,
BLOOMINGTON, MN, 55435

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,041.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.594**

THE WASSERSTROM GROUP, LLC, 5150 WALCUTT CT., COLUMBUS, OH,
43228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,908.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.595

THEGREAT MALL AT MILPITAS, PO BOX 409714, ATLANTA, GA, 30384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $208,472.01
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.596

TLO LLC, PO BOX 209047, DALLAS, TX, 75320-9047

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $172.01
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.597

TM PARTRIDGE CREEK MALL, ATTN ACCOUNTS RECEIVABLE, 75 REMITTANCE DR DPT 1311, CHICAGO, IL, 60654-1311

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $22,251.52
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.598

TM WELLINGTON GREEN MALL, ATTN ACCOUNTS RECEIVABLE, PO BOX 865099, ORLANDO, FL, 32886-5099

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24,749.62
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Express Fashion Operations, LLC
Name

Case number *(if known)* 24-10838

**3.599**

TORY BURCH LLC, 11 WEST 19TH STREET, 7TH FLOOR, NEW YORK, NY, 10011

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $131,507.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.600**

TOWN CENTER AT COBB REALITY HOLDING LLC, 1010 NORTHERN BLVD SUITE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,655.17
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.601**

TOWN OF CLARKSTOWN, 10 MAPLE AVE, NEW CITY, NY, 10956

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $75.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Fire Inspection Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.602**

TOWN OF WOODBURY, 615 ROUTE 32, PO BOX 1004, HIGHLAND MILLS, NY, 10930

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $350.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Regulatory / Permit Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.603

TOWNSHIP OF HAMILTON, BUREAU OF FIRE PREVENTION, 6101 THIRTEENTH STREET, MAYS LANDING, NJ, 08330

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $75.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.604

TOWSON TC LLC, SDS-12-2891, PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $194,639.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.605

TRCC/ROCK OUTLETS CENTER LLC, PO BOX 1000, LEBEC, CA, 93243

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27,356.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.606

TREASURE COAST- JCP ASSOCIATED, LTD, 1365 MOMENTUM PLACE, CHICAGO, IL, 60689-5311

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $73,650.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.607

TRIANGLE TOWN CENTER REALTY HOLDING LLC, 1010 NORTHERN BLVD SUITE 212, GREAT NECK, NY, 11021

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $21,150.38
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.608

TRIUMPH PROTECTION GROUP, 853 COTTING CT, STE D, VACAVILLE, CA, 95688

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,758.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.609

TRUESOURCE LLC, 17319 SAN PEDRO STE 500, SAN ANTONIO, TX, 78232

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $49,578.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.610

TRUMBULL SHOPPING CENTER #2 LLC, PO BOX 944392, CLEVELAND, OH, 44194-0011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $14,062.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.611**

TVO MALL OWNER LLC, DEPT 52701, PO BOX 6700, DETROIT, MI, 48267-0527

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $125,793.72
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.612**

TWIN CITIES OUTLETS EAGAN, TWIN CITIES PREMIUM OUTLT, PO BOX 826511, PHILADELPHIA, PA, 19182-6511

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $117,841.65
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.613**

TYLER MALL LP, SDS-12-3113, PO BOX 86, MINNEAPOLIS, MN, 55486-3113

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $42,500.01
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.614**

TYSONS CORNER HOLDINGS, PO BOX 849554, LOS ANGELES, CA, 90084-9554

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $552,736.62
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.615**

UAM SERVICES INC, 24 WALPOLE PARK SOUTH, UNIT 8, WALPOLE, MA, 02081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,894.48
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.616**

UE BERGEN MALL OWNER, LLC, PO BOX 646411, CINCINNATI, OH, 45264-6411

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $88,225.21
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.617**

UNBXD INC, 1250 OAKMEAD PKWY STE 210, SUNNYVALE, CA, 94085

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $118,620.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.618**

UNIV TOWNE CENTRE, FILE # 55976, LOS ANGELES, CA, 90074-5976

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $104,533.41
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.619

UNIVERSITY PARK MALL, LLC, 867525 RELIABLE PARKWAY, CHICAGO, IL, 60686-0075

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $70,411.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.620

USABLENET INC, DEPT 781768, PO BOX 78000, DETROIT, MI, 48278-1768

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30,980.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.621

UW, LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27,424,863.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

3.622

VALLEY PLAZA MALL LP, SDS-12-1667, PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $172,673.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.623**

VALLEY STREAM GREEN ACRES LLC, PO BOX 844377, LOS ANGELES, CA, 90084-4377

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $275,677.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.624**

VALLEY VIEW MALL SPE, LLC, PO BOX 5572, CAROL STREAM, IL, 60197-5572

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8,954.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.625**

VALLEY WEST MALL, LLC, 3100 W LAKE ST, SUITE 215, MINNEOPOLIS, MN, 55416-4597

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12,538.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.626**

VAN HOOK SERVICE CO INC, 76 SENECA AVE, ROCHESTER, NY, 14621

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15,729.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Store Maintenance Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.627

VECTOR SECURITY, INC., PO BOX 89462, CLEVELAND, OH, 44101-6462

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27,641.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.628

VISPLAY INC, 2625 BRODHEAD ROAD, BETHLEHEM, PA, 18020

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $151,618.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.629

VR MALL LLC, VALLEY FAIR MALL, FILE #55702, LOS ANGELES, CA, 90074-5702

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $271,806.55
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.630

WALLER REALTY INC, 28102 SPRICE POND CIRCLE, PLAINVIEW, NY, 11803

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $70,704.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.631**

WALT WHITMAN MALL LLC, PO BOX 776405, CHICAGO, IL, 60677-6405

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $115,405.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.632**

WARWICK MALL OWNER, LLC, PO BOX 75893, BALTIMORE, MD, 21275-5893

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $35,062.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.633**

WATER TOWER OWNER LLC, PO BOX 736746, DALLAS, TX, 75373-6746

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $13,880.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.634**

WATERFORD LAKES TOWN CENTER LLC, PO BOX 779275, CHICAGO, IL, 60677-9275

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $28,801.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.635

WEEKEND GLOBAL LLC, 75 S 3RD STREET, BROOKLYN, NY, 11249

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12,981.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.636

WESCO DISTRIBUTION INC, CL800083, PO BOX 55008, BOSTON, MA, 02205-5008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,937.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.637

WEST ACRES DEV LLP, 3902 13TH AVE SOUTH, SUITE 3717, FARGO, ND, 58103-7512

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20,503.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.638

WEST COUNTY MALL CMBS,LLC, PO BOX 74045, CLEVELAND, OH, 44194-4045

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25,110.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.639

WEST FARMS MALL LLC, DEPT 55501, PO BOX 67000, DETROIT, MI, 48267-0002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $149,946.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.640

WEST TOWN MALL LLC, WEST TOWN MALL, 867530 RELIABLE PARKWAY, CHICAGO, IL, 60686-0075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $147,635.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.641

WESTFIELD GARDEN STATE, GARDEN STATE PLAZA LP, FILE# 56816, LOS ANGELES, CA, 90074-6816

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $177,450.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.642

WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP, P.O BOX 56816, LOS ANGELES, CA, 90074-6816

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $66,142.10
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.643

WESTROCK CP LLC, PO BOX 409813, ATLANTA, GA, 30384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $165,370.78
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.644

WHEATON PLAZA REG SHOPPIN, C/O BANK OF AMERICA, FILE NUMBER 55275, LOS ANGELES, CA, 90074-5275

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $22,538.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.645

WHITE MARSH, LLC, LOCKBOX #646402, PO BOX 646402, CINCINNATI, OH, 45264-6402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $33,060.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.646

WILHELMINA INTERNATIONAL, DEPT 8107, PO BOX 650002, DALLAS, TX, 75265-8107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $24,074.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.647

WILLIAMSBURG OUTLETS LLC, PO BOX 776324, CHICAGO, IL, 60677

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $122,514.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.648

WISCONSIN DELLS OUTLET FEE, LLC, 33094 COLLECTION CNTR DR, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,419.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.649

W-LD LEGENDS OWNER VII, LLC, PO BOX 505333, ST LOUIS, MO, 63150-5333

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $35,002.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.650

WOODBRIDGE CENTER INC, WOODBRIDGE CENTER PROPRTY, 7855 SOLUTION CENTER, CHICAGO, IL, 60677-7008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,813.33
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.651

WOODBRIDGE FIRE PREVENTION BUREAU, 418 SCHOOL STREET,
WOODBRIDGE, NJ, 07905

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $1,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.652

WOODBURN PREMIUM OUTLETS LLC, 7584 SOLUTION CENTER,
CHICAGO, IL, 60677-7005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $110,607.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.653

WOODBURY COMMON PREMIUM OUTLETS, PO BOX 822884,
PHILADELPHIA, PA, 19182-2884

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $319,208.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.654

WOODFIELD MALL LLC, 7409 SOLUTION CENTER, CHICAGO, IL, 60677-
7004

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $313,406.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.655

WP BTC LLC, PO BOX 713125, CHICAGO, IL, 60677-0325

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $21,873.28
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.656

YTC MALL OWNER LLC, 26074 NETWORK PLACE, CHICAGO, IL, 60673-1260

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $22,626.67
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.657

ZEBRA TECHNOLOGIES INTERNATIONAL LLC, 6048 EAGLE WAY, CHICAGO, IL, 60678

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $114,297.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.658

ZENGENIUS, 44 E PRESCOTT AVE, COLUMBUS, OH, 43215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,272.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Express Fashion Operations, LLC
Name

Case number *(if known)* 24-10838

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Jackson, APC Armond M. Jackson<br>2 Venture Parkway<br>Suite 240<br>Irvine, CA 92618<br>949-281-6857<br>ajackson@jacksonapc.com | Line 3.125<br><br>☐ Not listed. Explain<br><br>Christie Carr v. Express Fashion Operations, LLC, No. 19STCV06372 (Los Angeles County Superior Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 30-2017-00900648-CU-OE-CXC (Orange County Superior Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 8:19-cv-00564-JLS-DFM (C.D. Cal.) | |
| **4.2** Lavi & Ebrahimian, LLP Joseph Lavi<br>8889 West Olympic Blvd<br>#200<br>Beverly Hills, CA 90211<br>310-362-2016 | Line 3.125<br><br>☐ Not listed. Explain<br><br>Christie Carr v. Express Fashion Operations, LLC, No. 19STCV06372 (Los Angeles County Superior Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 30-2017-00900648-CU-OE-CXC (Orange County Superior Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 8:19-cv-00564-JLS-DFM (C.D. Cal.) | |
| **4.3** Law Offices of Sahag Majarian, II Sahag Majarian<br>18250 Ventura Blvd<br>Tarzana, CA 91356<br>944-978-2683 | Line 3.125<br><br>☐ Not listed. Explain<br><br>Christie Carr v. Express Fashion Operations, LLC, No. 19STCV06372 (Los Angeles County Superior Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 30-2017-00900648-CU-OE-CXC (Orange County Superior Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 8:19-cv-00564-JLS-DFM (C.D. Cal.) | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $64,579.40 |
| 5b. **Total claims from Part 2** | 5b. | $99,571,981.96 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $99,636,561.36 |

**Fill in this information to identify the case:**

Debtor name: Express Fashion Operations, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10838

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1 **State what the contract or lease is for and the nature of the debtor's interest**    See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1 | 1st Amendment to lease Agreement | N/A | NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.2 | 2nd Amendment to Indenture of lease | N/A | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.3 | 2nd Amendment to lease | N/A | North Town Mall LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, North Town Mall, 4750 North Division, Spokane, WW 99207, Attn: General Manager |
| 2.4 | 2nd Amendment to lease | 612 | THE CONNECTICUT POST LIMITED PARTNERSHIP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, 11601 WILSHIRE BOULEVARD, 12TH FLOOR |
| 2.5 | 2nd Amendment to lease Agreement | N/A | NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.6 | 2nd Amendment to lease Agreement | 612 | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107, REEP-RTL NPM GA LLC, C/O NewYork Life Insurance Company, 51 Madison Avenue, NewYork, NewYork 10010, Attn: North Point Mall, 1000 North Point Circle, Alpharetta, Georgia, 30022, Attn: General Manager |
| 2.7 | 3rd Amendment to Indenture of lease | N/A | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.8 | 3rd Amendment to lease Agreement | N/A | NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.9 | 4th Amendment to Indenture of lease | N/A | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.10 | 4th Amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.11 | 4th Amendment to lease Agreement | N/A | NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.12 | 5th Amendment to Indenture of lease | N/A | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.13 | 5th Amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.14 | 5th Amendment to lease | N/A | North Town Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, North Town Mall, 4750 North Division, Spokane, WW 99207, Attn: General Manager |
| 2.15 | 5th Amendment to lease Agreement | N/A | NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.16 | 6th Amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.17 | 7th Amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.18 | 8th Amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.19 | Active Details of Lease | 977 | PARKS AT ARLINGTON, LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.20 | Addendum: EDI implementation Services | N/A | ServiceChannel.com, Inc. | 6200 Stoneridge Mall Road, Suite 450, Pleasanton, CA, 94588 |
| 2.21 | Addendum: Enterprise to provide international shipping services and return shipping services for the Company | N/A | eBay Enterprise, Inc. | 1 Express Drive |
| 2.22 | Agreement Letter | 612 | RED SPARKS SPE, LLC, BIG SPARKS LLC, and BIG SPARKS REVERSE LLC | One East Washington, Suite 300 Phoenix, Arizona 85004, Daspin & Aument, LLP, 227 West Monroe, Suite 3500, Chicago, IL 60606, Attn: Nicole Rudman Brown |
| 2.23 | Agreement Letter for Lease | 336 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.24 | Agreement to Amend Leases | 612 | RANCHO MALL, LLC | RANCHO MALL, LLC, c/o Victoria Gardens, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration, Department, 600 Superior Avenue East, Suite 1500, Cleveland, Ohio, 44114 |
| 2.25 | Amend 1 to lease agreement | 671 | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Department |
| 2.26 | Amend 1 to lease agreement | 336 | Mall at Auburn, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.27 | Amendment | 977 | FASHION OUTLETS AT FOXWOODS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.28 | Amendment | N/A | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.29 | Amendment #1 of Lease Agreement | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.30 | Amendment #1 of Lease Agreement | 977 | PREMIUM OUTLET PARTNERS, LP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.31 | Amendment #1 of Lease Agreement | 762 | STAR-WEST PARKWAY MALL, LP | c/o Pacific Retail Capital Partners , 2029 Century Park East, Suite 1550 , Los Angeles, CA 90067 |
| 2.32 | Amendment #1 to Lease Agreement | N/A | 17 N State LLC | c/o Marc Realty 55 E Jackson Blvd, Suite 500, Chicago IL 60604, Attn Elliot Weiner |
| 2.33 | Amendment #1 to Lease Agreement | N/A | 31St Steinway Partners LLC | 140 East 45st, New York, New York 10017 |
| 2.34 | Amendment #1 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.35 | Amendment #1 to Lease Agreement | 1,342 | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017, Macerich Management Company, Agent for: Brooks Shopping Centers, LLC, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90401, 708 Third Avenue, 15'h Floor New York, New York 10017-4146 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.36 | Amendment #1 to lease agreement | 247 | CF Murfressboro Associates | c/o Cousins Properties Incorporated Attn: Corporate Secretary, 191 Peachtree Street, Suite 3600, Atlanta, GA 30303 |
| 2.37 | Amendment #1 to Lease Agreement | 247 | CHAMPAIGN MARKET PLACE LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, c/o Market Place Shopping Center 110 N Wacker Drive, Chicago, IL 60606, Market Place Shopping Center, 2000 North Neil St |
| 2.38 | Amendment #1 to Lease Agreement | N/A | CPT-Louisville 1, LLC | c/o CBRE Investment Management, 601 S Figueroa Street, 49th Floor, Los Angeles, California 90017, Attention: Asset Manager, c/o Fairbourne Properties, LLC 200 South Michigan Avenue, Suite 400 Chicago, IL 60604 Attention: Asset Manager |
| 2.39 | Amendment #1 to Lease Agreement | 612 | Craig Realty Group - Castle Rock, LLC | 4100 MacArthur Boulevard, Suite 200, Newport Beach, CA 92660 |
| 2.40 | Amendment #1 to Lease Agreement | N/A | FHB RETAIL PROPERTY, LLC | Fairbourne Properties, LLC , Attn: George Manojlovic, Senior Vice President , 200 South Michigan Avenue, Suite 400 , Chicago, Illinois 60604 |
| 2.41 | Amendment #1 to Lease Agreement | 612 | GARRISON BOARDWALK ROUTH LLC | 540 Boardwalk Blvd, Bossier City, LA 71111 , Hartman Simons & Wood LLP, 6400 Powers Ferry Road NW, Suite 400, Atlanta, GA 30339, Attn: Lori E Kilberg, Esq |
| 2.42 | Amendment #1 to Lease Agreement | 1,342 | GGP-MAINE MALL LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.43 | Amendment #1 to Lease Agreement | N/A | Lincoln Plaza Center, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.44 | Amendment #1 to Lease Agreement | 612 | Mall 1 - Bay Plaza, LLC | 546 Fifth Avenue, New York, NY 10036 |
| 2.45 | Amendment #1 to Lease Agreement | 247 | MSM PROPERTY LLC | 110 N Wacker Drive, Chicago, IL 60606, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Mall St Matthews, 5000 shelbyville Road, Louisville, KY 40207 |
| 2.46 | Amendment #1 to lease agreement | 247 | N/A | 210 Route 4 East, Paramus, New Jersey 07652, Attention : Executive Vice President - Retail Real Estate, Notice Copy Address : 210 Route 4 East Paramus, New Jersey 07652, Attention : Chief Financial Officer |
| 2.47 | Amendment #1 to Lease Agreement | 612 | NED LITTLE ROCK LLC | 75 Park Plaza, Third Floor, Boston, MA 02116, Goulston & Storrs, PC, 400 Atlantic Avenue, Boston, Massachusetts 02110-3333, Attn: NED Little Rock |
| 2.48 | Amendment #1 to Lease Agreement | N/A | PARAMUS PARK SHOPPING CENTER LIMITED | 110 N Wacker Drive, Chicago, IL 60606, Paramus Park 700 Paramus Park Paramus, NJ 07652 Attn: General Manager |
| 2.49 | Amendment #1 to Lease Agreement | 612 | Park City Center LLC | 110 N Wacker Drive, Chicago, IL 60606, Park City Center 142 Park City Center Lancaster, PA17601 Attn: General Manager |
| 2.50 | Amendment #1 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.51 | Amendment #1 to Lease Agreement | 612 | PR Prince George's Plaza LLC | 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.52 | Amendment #1 to Lease Agreement | 612 | Robinson Mall Associates, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, Joseph M Saponaro, COO/Chief Legal officer, Kihan Retail Investment Group, 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Ste 600, Cleveland, OH 44122, |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.53 | Amendment #1 to Lease Agreement | N/A | SOUTHPOINT MALL, LLC | c/o Southpoint Mall, LLC, 110 N Wacker Dr, Chicago, IL 60606, The Streets at Southpoint, 6910 Fayetteville Road, Durham, NC 27713 |
| 2.54 | Amendment #1 to Lease Agreement | 977 | SUNVALLEY SHOPPING CENTER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.55 | Amendment #1 to Lease Agreement | 1,432 | TRCC/ROCK OUTLET CENTER, LLC | 4436 Lebec Road, Lebec, CA 93243, Rockefeller Group International, Inc 1221 Avenue of the Americas New York, NY 10020 Attn: Gisele F de Cheabert, Esq, Rockefeller Group Development Corporation 4 Park Plaza, Suite 840 Irvine, CA 92614 Attn: Tom Mc Cormick, Hartman Simons & Wood LLP 6400 Powers Ferry Road NW Suite 400 Atlanta, GA 30339 Attn: Benno G Rothschild, Jr, Esq |
| 2.56 | Amendment #1 to the Lease Agreement | 247 | Eklecco Newco LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.57 | Amendment #1 to the Lease Agreement | 247 | Spinoso Real Estate Group Copy to Acadiana Mall CMBS, LLC Recievership | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, c/o Acadiana Mall CMBS, LLC Receivership, c/o Spinoso Management, LLC, 112 Northern Concourse North Syracuse, NY 13212, c/o CW Capital Asset Management, LLC, Attn: Frank Rinaldi, 7501 Wisconsin Ave Suite 500, West Bethesda, MD 20814, c/o Namdar Realty Group LLC, 150 Great Neck Road, Suite 304, Great Neck NY 11021 |
| 2.58 | Amendment #1 to the Lease Agreement | 612 | WISCONSON DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 , Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M Dakolias , Eureka Realty Partners, Inc, 4100 MacArthur Boulevard, Suite 200, Newport Beach, California 92660, Attention: Manager - Lease Administration and General Counsel |
| 2.59 | Amendment #1 to the Lease Agreement | 247 | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.60 | Amendment #1 to the Lease Agreement | 671 | Fashion Centre Mall, LLC | MS Management Associates Inc, 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.61 | Amendment #1 to the Lease Agreement | 612 | Parkdale Mall CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.62 | Amendment #1 to the Lease Agreement | N/A | Parkway Place SPE, LLC | One Park Place, 6148 Lee Highway, Suite 300, Chattanooga, TN 37421 |
| 2.63 | Amendment #1 to the Lease Agreement | 247 | Pearland Ground, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.64 | Amendment #1 to the Lease Agreement | 977 | Pembroke Lakes Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, Pembroke Lakes Mall, 11401 Pines Blvd Pembroke Pines, FL 33026 Attn: General Manager |
| 2.65 | Amendment #1 to the Lease Agreement | 1,342 | TVO MALL OWNER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.66 | Amendment #1 to the Lease Agreement | 1,342 | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc, PO Box 2513, Providence, Rhode Island 02906-0513 |
| 2.67 | Amendment #1 to the Lease Agreement | N/A | Water Tower LLC | WaterTower Owner LLC, c/o Metlife Investment Management LLC, 125 S Wacker Drive, Suite 1100, Chicago,IL 60606, At&: Managing Director |
| 2.68 | Amendment #1 to the Lease Agreement | 977 | Waterfront Lakes Town Center, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |

In re: Express Fashion Operations, LLC
Case No. 24-10838

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.69 | Amendment #1 to the Lease Agreement | 612 | West Acres Development, LLP | Box 9978, Fargo, North Dakota 58106-9978, |
| 2.70 | Amendment #1 to the master lease agreement | 247 | N/A | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.71 | Amendment #1to the lease agreement | 2,438 | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd, 19501 Biscayne Boulevard, Suite 400, Aventura, Florida 33180 |
| 2.72 | Amendment #2 of Lease Agreement | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.73 | Amendment #2 of Lease Agreement | 977 | PREMIUM OUTLET PARTNERS, LP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.74 | Amendment #2 of Lease Agreement | 762 | STAR-WEST PARKWAY MALL, LP | c/o Pacific Retail Capital Partners , 2029 Century Park East, Suite 1550 , Los Angeles, CA 90067 |
| 2.75 | Amendment #2 to Lease Agreement | N/A | 31St Steinway Partners LLC | 140 East 45st, New York, New York 10017 |
| 2.76 | Amendment #2 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.77 | Amendment #2 to Lease Agreement | 1,342 | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017, Macerich Management Company, Agent for: Brooks Shopping Centers, LLC, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90401, 708 Third Avenue, 15'h Floor New York, New York 10017-4146 |
| 2.78 | Amendment #2 to lease agreement | 247 | CF Murfressboro Associates | c/o Cousins Properties Incorporated Attn: Corporate Secretary, 191 Peachtree Street, Suite 3600, Atlanta, GA 30303 |
| 2.79 | Amendment #2 to Lease Agreement | 247 | CHAMPAIGN MARKET PLACE LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, c/o Market Place Shopping Center 110 N Wacker Drive, Chicago, IL 60606, Market Place Shopping Center, 2000 North Neil St |
| 2.80 | Amendment #2 to Lease Agreement | N/A | CPT-Louisville 1, LLC | c/o CBRE Investment Management, 601 S Figueroa Street, 49th Floor, Los Angeles, California 90017, Attention: Asset Manager, c/o Fairbourne Properties, LLC 200 South Michigan Avenue, Suite 400 Chicago, IL 60604 Attention: Asset Manager |
| 2.81 | Amendment #2 to Lease Agreement | 1,342 | Deerbrook Mall, LLC | c/o Deerbrook Mall, 110 N Wacker Dr, Chicago, IL 60606, Attn: Law/Lease Administration Department, Deerbrook Mall, 20131 Hwy 59 N Humble, TX 77338 |
| 2.82 | Amendment #2 to Lease Agreement | N/A | FHB RETAIL PROPERTY, LLC | Fairbourne Properties, LLC , Attn: George Manojlovic, Senior Vice President , 200 South Michigan Avenue, Suite 400 , Chicago, Illinois 60604 |
| 2.83 | Amendment #2 to Lease Agreement | 612 | GARRISON BOARDWALK ROUTH LLC | 540 Boardwalk Blvd, Bossier City, LA 71111 , Hartman Simons & Wood LLP, 6400 Powers Ferry Road NW, Suite 400, Atlanta, GA 30339, Attn: Lori E Kilberg, Esq |
| 2.84 | Amendment #2 to Lease Agreement | N/A | Lincoln Plaza Center, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.85 | Amendment #2 to lease agreement | 247 | N/A | 210 Route 4 East, Paramus, New Jersey 07652, Attention : Executive Vice President - Retail Real Estate, Notice Copy Address : 210 Route 4 East Paramus, New Jersey 07652, Attention : Chief Financial Officer |
| 2.86 | Amendment #2 to Lease Agreement | N/A | PARAMUS PARK SHOPPING CENTER LIMITED | 110 N Wacker Drive, Chicago, IL 60606, Paramus Park 700 Paramus Park Paramus, NJ 07652 Attn: General Manager |
| 2.87 | Amendment #2 to Lease Agreement | 612 | Park City Center LLC | 110 N Wacker Drive, Chicago, IL 60606, Park City Center 142 Park City Center Lancaster, PA17601 Attn: General Manager |

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.88 | Amendment #2 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaze Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaze Chicago, Illinois 60606 |
| 2.89 | Amendment #2 to Lease Agreement | 612 | Robinson Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, Joseph M Saponaro, COO/Chief Legal officer, Kihan Retail Investment Group, 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Ste 600, Cleveland, OH 44122, |
| 2.90 | Amendment #2 to Lease Agreement | 977 | SUNVALLEY SHOPPING CENTER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.91 | Amendment #2 to Lease Agreement | 1,708 | Taubman CHERRY CREEK SHOPPING CENTER, LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.92 | Amendment #2 to Lease Agreement | 612 | THE CONNECTICUT POST LIMITED PARTNERSHIP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, 11601 WILSHIRE BOULEVARD, 12TH FLOOR |
| 2.93 | Amendment #2 to the Lease Agreement | 247 | Acadiana Mall LLC, Acadiana CH LLC, Acadiana Nassim LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, c/o Acadiana Mall CMBS, LLC Receivership, c/o Spinoso Management, LLC, 112 Northern Concourse North Syracuse, NY 13212, c/o CW Capital Asset Management, LLC, Attn: Frank Rinaldi, 7501 Wisconsin Ave Suite 500, West Bethesda, MD 20814, c/o Namdar Realty Group LLC, 150 Great Neck Road, Suite 304, Great Neck NY 11021 |
| 2.94 | Amendment #2 to the lease agreement | 2,438 | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd, 19501 Biscayne Boulevard, Suite 400, Aventura, Florida 33180 |
| 2.95 | Amendment #2 to the Lease Agreement | 247 | Eklecco Newco LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.96 | Amendment #2 to the Lease Agreement | 612 | MID-SOUTH OUTLET SHOPS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.97 | Amendment #2 to the Lease Agreement | N/A | Parkway Place SPE, LLC | One Park Place, 6148 Lee Highway, Suite 300, Chattanooga, TN 37421 |
| 2.98 | Amendment #2 to the Lease Agreement | 977 | Pembroke Lakes Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, Pembroke Lakes Mall, 11401 Pines Blvd Pembroke Pines, FL 33026 Attn: General Manager |
| 2.99 | Amendment #2 to the Lease Agreement | 612 | N/A | Box 9978, Fargo, North Dakota 58106-9978, |
| 2.100 | Amendment #2 to the Lease Agreement | 612 | Parkdale Mall CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.101 | Amendment #2 to the Lease Agreement | 247 | Pearland Ground, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.102 | Amendment #2 to the Lease Agreement | 1,463 | Plaza West Covina LP | c/o Pacific Retail Capital Partners, 100 N Pacific Coast Highway, Suite 1925, El Segundo, California 90245, Attn: Gary Karl, Plaza West Covina, 112 Plaza Drive, West Covina, California 91790, Attn: General Manager |
| 2.103 | Amendment #2 to the Lease Agreement | 1,342 | TVO MALL OWNER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.104 | Amendment #2 to the Lease Agreement | 1,342 | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc, PO Box 2513, Providence, Rhode Island 02906-0513 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.105 | Amendment #2 to the Lease Agreement | N/A | Water Tower LLC | WaterTower Owner LLC, c/o Metlife Investment Management LLC, 125 S Wacker Drive, Suite 1100, Chicago,IL 60606, At&: Managing Director |
| 2.106 | Amendment #2 to the master lease agreement | 247 | N/A | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.107 | Amendment #2: Logistics Services | 2,724 | Mast Logistics Services, Inc. (f /k/a Limited Logistics Services, Inc.) | |
| 2.108 | Amendment #3 of Lease Agreement | 762 | STAR-WEST PARKWAY MALL, LP | c/o Pacific Retail Capital Partners , 2029 Century Park East, Suite 1550 , Los Angeles, CA 90067 |
| 2.109 | Amendment #3 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.110 | Amendment #3 to Lease Agreement | 1,342 | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017, Macerich Management Company, Agent for: Brooks Shopping Centers, LLC, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90401, 708 Third Avenue, 15'h Floor New York, New York 10017-4146 |
| 2.111 | Amendment #3 to lease agreement | 247 | CF Murfressboro Associates | c/o Cousins Properties Incorporated Attn: Corporate Secretary, 191 Peachtree Street, Suite 3600, Atlanta, GA 30303 |
| 2.112 | Amendment #3 to Lease Agreement | N/A | FHB RETAIL PROPERTY, LLC | Fairbourne Properties, LLC , Attn: George Manojlovic, Senior Vice President , 200 South Michigan Avenue, Suite 400 , Chicago, Illinois 60604 |
| 2.113 | Amendment #3 to Lease Agreement | 612 | GARRISON BOARDWALK ROUTH LLC | 540 Boardwalk Blvd, Bossier City, LA 71111 , Hartman Simons & Wood LLP, 6400 Powers Ferry Road NW, Suite 400, Atlanta, GA 30339, Attn: Lori E Kilberg, Esq |
| 2.114 | Amendment #3 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.115 | Amendment #3 to Lease Agreement | N/A | SPUS9 FB Paddock PROP, LLC | c/o CBRE Investment Management, 601 S Figueroa Street, 49th Floor, Los Angeles, California 90017, Attention: Asset Manager, c/o Fairbourne Properties, LLC 200 South Michigan Avenue, Suite 400 Chicago, IL 60604 Attention: Asset Manager |
| 2.116 | Amendment #3 to Lease Agreement | 1,708 | Taubman CHERRY CREEK SHOPPING CENTER, LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.117 | Amendment #3 to the Lease Agreement | 247 | Eklecco Newco LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.118 | Amendment #3 to the Lease Agreement | 247 | N/A | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, c/o Acadiana Mall CMBS, LLC Receivership, c/o Spinoso Management, LLC, 112 Northern Concourse North Syracuse, NY 13212, c/o CW Capital Asset Management, LLC, Attn: Frank Rinaldi, 7501 Wisconsin Ave Suite 500, West Bethesda, MD 20814, c/o Namdar Realty Group LLC, 150 Great Neck Road, Suite 304, Great Neck NY 11021 |
| 2.119 | Amendment #3 to the Lease Agreement | 612 | N/A | Box 9978, Fargo, North Dakota 58106-9978, |
| 2.120 | Amendment #3 to the Lease Agreement | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.121 | Amendment #3 to the Lease Agreement | 612 | Parkdale Mall CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.122 | Amendment #3 to the Lease Agreement | N/A | Parkway Place SPE, LLC | One Park Place, 6148 Lee Highway, Suite 300, Chattanooga, TN 37421 |
| 2.123 | Amendment #3 to the Lease Agreement | 247 | Pearland Ground, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.124 | Amendment #3 to the Lease Agreement | 977 | Pembroke Lakes Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, Pembroke Lakes Mall, 11401 Pines Blvd Pembroke Pines, FL 33026 Attn: General Manager |
| 2.125 | Amendment #3 to the Lease Agreement | 1,342 | TVO MALL OWNER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.126 | Amendment #3 to the Lease Agreement | 1,342 | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc, PO Box 2513, Providence, Rhode Island 02906-0513 |
| 2.127 | Amendment #3 to the Lease Agreement | N/A | Water Tower LLC | WaterTower Owner LLC, c/o Metlife Investment Management LLC, 125 S Wacker Drive, Suite 1100, Chicago,IL 60606, At&: Managing Director |
| 2.128 | Amendment #3 to the master lease agreement | 247 | N/A | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.129 | Amendment #3: Parcel and Ocean Services | 2,833 | Bath & Body Works Logistics Services, LLC f/k/a Mast Logistics Services, Inc. f/k/a Limited Logistics Services, Inc. | |
| 2.130 | Amendment #4 of Lease Agreement | 762 | STAR-WEST PARKWAY MALL, LP | c/o Pacific Retail Capital Partners , 2029 Century Park East, Suite 1550 , Los Angeles, CA 90067 |
| 2.131 | Amendment #4 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.132 | Amendment #4 to Lease Agreement | 1,342 | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017, Macerich Management Company, Agent for: Brooks Shopping Centers, LLC, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90401, 708 Third Avenue, 15'h Floor New York, New York 10017-4146 |
| 2.133 | Amendment #4 to lease agreement | 247 | CF Murfressboro Associates | c/o Cousins Properties Incorporated Attn: Corporate Secretary, 191 Peachtree Street, Suite 3600, Atlanta, GA 30303 |
| 2.134 | Amendment #4 to Lease Agreement | N/A | Lincoln Plaza Center, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.135 | Amendment #4 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.136 | Amendment #4 to the Lease Agreement | 247 | Eklecco Newco LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.137 | Amendment #4 to the Lease Agreement | 612 | N/A | Box 9978, Fargo, North Dakota 58106-9978, |
| 2.138 | Amendment #4 to the Lease Agreement | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.139 | Amendment #4 to the Lease Agreement | 612 | Parkdale Mall CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.140 | Amendment #4 to the Lease Agreement | N/A | Parkway Place SPE, LLC | One Park Place, 6148 Lee Highway, Suite 300, Chattanooga, TN 37421 |
| 2.141 | Amendment #4 to the Lease Agreement | 247 | Pearland Ground, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.142 | Amendment #4 to the Lease Agreement | 1,463 | Plaza West Covina LP | c/o Pacific Retail Capital Partners, 100 N Pacific Coast Highway, Suite 1925, El Segundo, California 90245, Attn: Gary Karl, Plaza West Covina, 112 Plaza Drive, West Covina, California 91790, Attn: General Manager |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.143 | Amendment #4 to the Lease Agreement | 1,342 | TVO MALL OWNER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.144 | Amendment #4 to the Lease Agreement | 1,342 | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc, PO Box 2513, Providence, Rhode Island 02906-0513 |
| 2.145 | Amendment #5 of Lease Agreement | 762 | STAR-WEST PARKWAY MALL, LP | c/o Pacific Retail Capital Partners , 2029 Century Park East, Suite 1550 , Los Angeles, CA 90067 |
| 2.146 | Amendment #5 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.147 | Amendment #5 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.148 | Amendment #5 to the Lease Agreement | N/A | Parkway Place SPE, LLC | One Park Place, 6148 Lee Highway, Suite 300, Chattanooga, TN 37421 |
| 2.149 | Amendment #5 to the Lease Agreement | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.150 | Amendment #5 to the Lease Agreement | 247 | Pearland Ground, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.151 | Amendment #5 to the Lease Agreement | 1,342 | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc, PO Box 2513, Providence, Rhode Island 02906-0513 |
| 2.152 | Amendment #6 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.153 | Amendment #6 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.154 | Amendment #6 to the Lease Agreement | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.155 | Amendment #7 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.156 | Amendment #7 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.157 | Amendment #7 to the Lease Agreement | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.158 | Amendment #8 to Lease Agreement | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.159 | Amendment #8 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.160 | Amendment #9 to Lease Agreement | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.161 | Amendment 1 and Extension to the Lease Agreement | 671 | Arden Fair Associates, LP | c/o Macerich Mgmt Co As Agent For Arden Fair Associates, LP, , Dept 2596-7000, Los Angeles, CA 90084-2596 |
| 2.162 | Amendment 1 to lease agreement | 247 | Corpus Christi Retail Venture, LP | PO Box 843945 Dallas, Texas 75284-3945, Trademark Property Company 1701 River Run, Suite 500 Fort Worth TX 76107 |
| 2.163 | Amendment 1 to Lease agreement | 247 | FASHION PLACE, LLC | c/o Fashion Place, LLC 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.164 | Amendment 1 to Lease Agreement | N/A | Fashion Valley Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.165 | Amendment 1 to lease agreement | 612 | Lake Buena Vista Joint Venture, LLC | 1725 University Drive, Suite 420, Coral Springs, FL 33071 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.166 | Amendment 1 to Lease agreement | 671 | MACERICH NIAGARA LLC | c/o Fashion Outlets of Niagara, 1900 Military Road , Niagara Falls, New York 14304 , Attn: Center Manager , Robert W Claeson, Esq, Akerman LLP, 666 Fifth Avenue, 19th Floor, New York, New York 10103, Macerich Niagara LLC, Attention: Legal Counsel- Fashion Outlets of Niagara, 401 Wilshire Boulevard, Suite 700, Santa Monica, CA 90401 |
| 2.167 | Amendment 1 to lease agreement | 793 | PFP 4 Outlets LLC | 603 North Highway 101, Suite C, Solana Beach, 5 California 92075, 12750 High Bluff Drive, Suite 250, San Diego, California 92130 |
| 2.168 | Amendment 1 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Wpg, 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.169 | Amendment 1 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, PFP Columbus II, LLC, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204 |
| 2.170 | Amendment 1 to Lease Agreement | N/A | RPT Realty, LP f/k/a Ramco-Gershenson Properties, LP | c/o Kimco Realty Corporation, Attn: Legal Department, 500 North Broadway, Suite 201, Jericho, NY 11753 |
| 2.171 | Amendment 1 to Lease Agreement | 336 | SPG PRIEN, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.172 | Amendment 1 to Lease Agreement | 671 | YTC Mall Owner, LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA, 90067 |
| 2.173 | Amendment 1 to the Lease Agreement | 2,438 | Ameream LLC | c/o Ameream Management LLC, One Meadowlands Plaza, Sixth Floor, Eash Rutherford, New Jersey 07073 |
| 2.174 | Amendment 1 to the Lease Agreement | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.175 | Amendment 1 to the Lease Agreement | 612 | CVM Holdings, LLC | c/o Pacific CVM Management, LLC, 110 N Wacker Dr, Chicago, IL 60606, CVM Holdings, LLC, c/o Crabtree Valley Mall, 4325 Glenwood Avenue, Raleigh, North Carolina 27612, Attn: Mall Management Office |
| 2.176 | Amendment 1 to the Lease Agreement | N/A | GGP-Grandville LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.177 | Amendment 1 to the Lease Agreement | N/A | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.178 | Amendment 1 to the Lease Agreement | N/A | PLAZA CAROLINA MALL, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.179 | Amendment 1 to the Lease Agreement | N/A | PLAZA DEL CARIBE, SE | PO Box 363268, San Juan, PR 00936-3268 |
| 2.180 | Amendment 1 to the Lease Agreement | N/A | PLAZA FRONTENAC ACQUISITION, LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.181 | Amendment 1 to the Lease Agreement | 612 | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 |
| 2.182 | Amendment 1 to the Lease Agreement | 336 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.183 | Amendment 1 to the Lease Agreement | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.184 | Amendment 1 to the original lease | 612 | Liberty Center, LLC | Liberty Center LLC, c/o Apollo Global Management, LLC, 9 West 57th Street, 15th Floor, New York, New York 10019, Attention: Skyler Little, Liberty Center LLC, c/o Bayer Properties, LLC, 2222 Arlington Avenue S, Birmingham, Alabama 35205, Attention: General Counse, , , copy to, c/o Centennial Advisory Services, LLC 2200 Magnolia Avenue South, Suite 101 Birmingham, Alabama 35205 Attention: Lease Administration, Troutman Pepper Hamilton Sanders LLP, 301 S College Street, Suite 3400, Charlotte, North Carolina 28202, Attention: Michael F Tomlinson |
| 2.185 | Amendment 1 to the original lease | 793 | W-LD LEGENDS OWNER VII, LLC | KKR Legends LLC , RED Legacy Asset Management , c/o Heather Trower , 4717 Central Avenue , Kansas City, Missouri 64112, The Legends Outlets, 1843 Village West Parkway, Suite C127, Kansas City, KS 66111 , Daspin & Aument, LLP, 227 West Monroe Street, Suite 3500, Chicago, Illinois 60606 |
| 2.186 | Amendment 1: Amend fees, characteristics and high security items | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.187 | Amendment 10 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.188 | Amendment 11 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.189 | Amendment 2 and Extension to the Lease Agreement | N/A | PLAZA FRONTENAC ACQUISITION, LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.190 | Amendment 2 to Lease agreement | 247 | FASHION PLACE, LLC | c/o Fashion Place, LLC 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.191 | Amendment 2 to Lease Agreement | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department , Riverchase Galleria, 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 , Attn: General Manager |
| 2.192 | Amendment 2 to lease agreement | 247 | KENWOOD MALL LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, c/o Kenwood Towne Centre 350 N Orleans St Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department, With a copy to:, Kenwood Towne Centre 7875 Montgomery Road Cincinnati, OH 25236 |
| 2.193 | Amendment 2 to Lease agreement | 671 | MACERICH NIAGARA LLC | c/o Fashion Outlets of Niagara, 1900 Military Road , Niagara Falls, New York 14304 , Attn: Center Manager , Robert W Claeson, Esq, Akerman LLP, 666 Fifth Avenue, 19th Floor, New York, New York 10103, Macerich Niagara LLC, Attention: Legal Counsel- Fashion Outlets of Niagara, 401 Wilshire Boulevard, Suite 700, Santa Monica, CA 90401 |
| 2.194 | Amendment 2 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.195 | Amendment 2 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Wpg, 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.196 | Amendment 2 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, PFP Columbus II, LLC, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204 |
| 2.197 | Amendment 2 to Lease Agreement | N/A | RPT Realty, LP f/k/a Ramco-Gershenson Properties, LP | c/o Kimco Realty Corporation, Attn: Legal Department, 500 North Broadway, Suite 201, Jericho, NY 11753 |
| 2.198 | Amendment 2 to Lease Agreement | 671 | YTC Mall Owner, LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA, 90067 |
| 2.199 | Amendment 2 to Lease for store premises | N/A | Boise Mall, LLC | c/o Price Developmentcompany, Limited Partnership, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.200 | Amendment 2 to the Lease Agreement | 2,438 | Ameream LLC | c/o Ameream Management LLC, One Meadowlands Plaza, Sixth Floor, Eash Rutherford, New Jersey 07073 |
| 2.201 | Amendment 2 to the Lease Agreement | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.202 | Amendment 2 to the Lease Agreement | 247 | Crocker Park Delaware | c/o Robert L Stark Enterprises, Inc, 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L Stark |
| 2.203 | Amendment 2 to the Lease Agreement | 247 | Prisa Arbor Lakes LLC | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |
| 2.204 | Amendment 2 to the Lease Agreement | 612 | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 |
| 2.205 | Amendment 2 to the Lease Agreement | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |
| 2.206 | Amendment 2 to the original lease | 977 | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.207 | Amendment 2 to the original lease | 612 | Liberty Center LLC | Liberty Center LLC, c/o Apollo Global Management, LLC, 9 West 57th Street, 15th Floor, New York, New York 10019, Attention: Skyler Little, Liberty Center LLC, c/o Bayer Properties, LLC, 2222 Arlington Avenue S, Birmingham, Alabama 35205, Attention: General Counse, , , copy to, c/o Centennial Advisory Services, LLC 2200 Magnolia Avenue South, Suite 101 Birmingham, Alabama 35205 Attention: Lease Administration, Troutman Pepper Hamilton Sanders LLP, 301 S College Street, Suite 3400, Charlotte, North Carolina 28202, Attention: Michael F Tomlinson |
| 2.208 | Amendment 2: Amend fees minimum service level standards | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.209 | Amendment 3 to Lease agreement | 247 | FASHION PLACE, LLC | c/o Fashion Place, LLC 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.210 | Amendment 3 to Lease Agreement | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department , Riverchase Galleria, 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 , Attn: General Manager |
| 2.211 | Amendment 3 to Lease Agreement | 612 | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver – Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc, 6365 Halcyon Way, Ste 970, Alpharetta, GA 30005, Attention: Retail Documents |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.212 | Amendment 3 to Lease agreement | 671 | MACERICH NIAGARA LLC | c/o Fashion Outlets of Niagara, 1900 Military Road , Niagara Falls, New York 14304 , Attn: Center Manager , Robert W Claeson, Esq, Akerman LLP, 666 Fifth Avenue, 19th Floor, New York, New York 10103, Macerich Niagara LLC, Attention: Legal Counsel- Fashion Outlets of Niagara, 401 Wilshire Boulevard, Suite 700, Santa Monica, CA 90401 |
| 2.213 | Amendment 3 to Lease Agreement | N/A | Mall at White Oaks, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.214 | Amendment 3 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.215 | Amendment 3 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Wpg, 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.216 | Amendment 3 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, PFP Columbus II, LLC, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204 |
| 2.217 | Amendment 3 to Lease Agreement | N/A | WILLOWBROOK MALL (TX), LLC | c/o Williowbrook Mall TX, 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607, Attn: Law/Leasing Administration Department |
| 2.218 | Amendment 3 to Lease Agreement | 671 | YTC Mall Owner, LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA, 90067 |
| 2.219 | Amendment 3 to Lease for store premises | N/A | Boise Mall, LLC | c/o Price Developmentcompany, Limited Partnership, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.220 | Amendment 3 to Master Subscription and Services Agreement: Amendment to add customer care and support services to the MSSA | N/A | Radial, Inc. | |
| 2.221 | Amendment 3 to the Lease Agreement | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.222 | Amendment 3 to the Lease Agreement | 247 | CP Commercial Delaware, LLC | c/o Robert L Stark Enterprises, Inc, 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L Stark |
| 2.223 | Amendment 3 to the Lease Agreement | N/A | PLAZA DEL CARIBE, SE | PO Box 363268, San Juan, PR 00936-3268 |
| 2.224 | Amendment 3 to the Lease Agreement | 247 | Prisa Arbor Lakes LLC | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |
| 2.225 | Amendment 3 to the Lease Agreement | 612 | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 |
| 2.226 | Amendment 3: Amend customer care and fees | N/A | Radial, Inc. | |
| 2.227 | Amendment 4 to Lease Agreement | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department , Riverchase Galleria, 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 , Attn: General Manager |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.228 | Amendment 4 to lease agreement | 247 | KENWOOD MALL LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, c/o Kenwood Towne Centre 350 N Orleans St Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department, With a copy to:, Kenwood Towne Centre 7875 Montgomery Road Cincinnati, OH 25236 |
| 2.229 | Amendment 4 to Lease Agreement | N/A | Mall at White Oaks, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.230 | Amendment 4 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.231 | Amendment 4 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Wpg, 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.232 | Amendment 4 to Lease Agreement | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, PFP Columbus II, LLC, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204 |
| 2.233 | Amendment 4 to Lease Agreement | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall, 1201 Lake Woodlands Drive, #700, The Woodlands, TX 77380 |
| 2.234 | Amendment 4 to Lease Agreement | 671 | YTC Mall Owner, LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA, 90067 |
| 2.235 | Amendment 4 to the Lease Agreement | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.236 | Amendment 4 to the Lease Agreement | 247 | CP Commercial Delaware, LLC | c/o Robert L Stark Enterprises, Inc, 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L Stark |
| 2.237 | Amendment 4 to the Lease Agreement | N/A | PLAZA DEL CARIBE, SE | PO Box 363268, San Juan, PR 00936-3268 |
| 2.238 | Amendment 4 to the Lease Agreement | 247 | Prisa Arbor Lakes LLC | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |
| 2.239 | Amendment 4 to the Lease Agreement | 612 | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 |
| 2.240 | Amendment 4 to the Lease Agreement | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |
| 2.241 | Amendment 4: Amend fees , operating characteristics, shipping and storage etc. | N/A | Radial, Inc. | |
| 2.242 | Amendment 5 to Lease agreement | 247 | FASHION PLACE, LLC | c/o Fashion Place, LLC 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.243 | Amendment 5 to Lease Agreement | N/A | Mall at White Oaks, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.244 | Amendment 5 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.245 | Amendment 5 to the Lease Agreement | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.246 | Amendment 5 to the Lease Agreement | 247 | CP Commercial Delaware, LLC | c/o Robert L Stark Enterprises, Inc, 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L Stark |
| 2.247 | Amendment 5 to the Lease Agreement | N/A | PLAZA DEL CARIBE, SE | PO Box 363268, San Juan, PR 00936-3268 |
| 2.248 | Amendment 5 to the Lease Agreement | 247 | Prisa Arbor Lakes LLC | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.249 | Amendment 5 to the Lease Agreement | 612 | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 |
| 2.250 | Amendment 5 to the Lease Agreement | N/A | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.251 | Amendment 6 to Lease Agreement | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department , Riverchase Galleria, 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 , Attn: General Manager |
| 2.252 | Amendment 6 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.253 | Amendment 6 to the Lease Agreement | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.254 | Amendment 6 to the Lease Agreement | 247 | Prisa Arbor Lakes LLC | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |
| 2.255 | Amendment 6 to the Lease Agreement | N/A | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.256 | Amendment 7 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.257 | Amendment 7 to the Lease Agreement | 247 | Prisa Arbor Lakes LLC | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |
| 2.258 | Amendment 8 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.259 | Amendment 9 to Lease Agreement | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.260 | Amendment and Extension to the Lease Agreement | N/A | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.261 | Amendment for the provision of services: Modifying certain terms of the agreement. | N/A | Carlson Wagonlit Travel, Inc. | |
| 2.262 | Amendment N. 5: Renew the fulfilment services | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.263 | Amendment no 5 to lease | 612 | Atlantic Town Center, LLC | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President, 1600 Altania Financial Center, 3343 Peachtree Road, NE Atlanta, Georgia 30326, , AIG Global Real estate investment Corp, 1 chase manhattan plaza, 57th Floor , New York, New York 10005 |
| 2.264 | Amendment no 6 to lease | 612 | Atlantic Town Center, LLC | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President, 1600 Altania Financial Center, 3343 Peachtree Road, NE Atlanta, Georgia 30326, , AIG Global Real estate investment Corp, 1 chase manhattan plaza, 57th Floor , New York, New York 10005 |
| 2.265 | Amendment no 7 to lease | 612 | Atlantic Town Center, LLC | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President, 1600 Altania Financial Center, 3343 Peachtree Road, NE Atlanta, Georgia 30326, , AIG Global Real estate investment Corp, 1 chase manhattan plaza, 57th Floor , New York, New York 10005 |
| 2.266 | Amendment No. 1: Amend the SOW (30 Day Free Trial) | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.267 | Amendment No. 10: Amend Two Week Rolling Forecast , Exclusivity, Term etc. | 6,392 | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.268 | Amendment No. 10: Amend Two Week Rolling Forecast , Exclusivity, Term etc. | 6,392 | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.269 | Amendment No. 2: In store marketing services | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.270 | Amendment No. 5: Amend reference, forecasts etc. | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |

In re: Express Fashion Operations, LLC
Case No. 24-10838

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.271 | Amendment No. 7: BNBS Fashion will receive certain services | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.272 | Amendment No. 7: Subsidiary of Express, BNBS Fashion will receive certain services | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.273 | Amendment No. 8: Amend payment plan, term sheet, credit cap etc. | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.274 | Amendment No.3 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.275 | Amendment No.4 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.276 | Amendment No.5 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.277 | Amendment No.6 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.278 | Amendment No.7 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.279 | Amendment No.8 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.280 | Amendment No.9 to Lease Agreement | N/A | Dos Lagos CRN, LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883, The Shops at Dos Lagos, c/o 2780 Cabot Drive, Corona, CA 92883, Attn: General Manager |
| 2.281 | Amendment of the lease | 1,402 | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, Indiana 47715-2471, Attn: Center Manager |
| 2.282 | Amendment to Extend Lease Term | N/A | Orlando Vineland PO, LP | c/o Simon Property Group 225 West Washington Street, Indianapolis, Indiana 46204, Attn: Premium Outlets, Simon Premium Outlets , 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960, Attn: Lease Services |
| 2.283 | Amendment to Lease | 247 | Algonquin Commons LLC and Algonquin Phase I Associates, LLC | c/o Mid-America Asset Management, Inc Attn: Jean M Zoerner, One Parkview Plaza, 9th Fl, Oakbrook Terrace, IL 60181 |
| 2.284 | Amendment to Lease | 247 | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.285 | Amendment to Lease | N/A | North Town Mall LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, North Town Mall, 4750 North Division, Spokane, WW 99207, Attn: General Manager |
| 2.286 | Amendment to Lease | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.287 | Amendment to Lease Agreement | 612 | GLIMCHER SUPERMALL VENTURE, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.288 | Amendment to Lease Agreement: Amendment of campus common area | N/A | Distribution Land Corp. | Three Limited Parkway, Columbus, OH, 43230 |
| 2.289 | Amendment to Lease Agreement: Procurement of Lease | N/A | Distribution Land Corp. | Three Limited Parkway, Columbus, OH, 43230 |
| 2.290 | Amendment to Lease Agreements | 671 | MACERICH DEPTFORD LLC | Macerich Deptford LLC , 1750 Deptford Center Road , Deptford, New Jersey 08096 , Attention: Center Manager , Macerich Deptford LLC, c/o Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Department |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.291 | Amendment to Leases | 1,342 | Southpark Mall Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204, Limited Brands, Inc, P 0 Box 16000 - Three Limited Parkway Columbus, Ohio 432 16, Attention: Corporate Real Estate Department |
| 2.292 | Amendment to Sell-Off Agreement: Contractual agreement for services | N/A | Gabriel Brothers, Inc | General Counsel, 55 Scott Avenue, Morgantown, WV, 26508 |
| 2.293 | Amendment to the Lease Agreement | 612 | WEA Palm Desert LP | c/o Jones Lang LaSalle Americas, Inc, 6365 Halcyon Way, Ste 970, Alpharetta, GA 30005 |
| 2.294 | Amendment#1 to Lease Agreement | 247 | Memorial City Mall, LP | 303 Memorial City, Houston, Texas 77024, 820 Gessner, Suite 1800, Houston, Texas 77024 , 110 North Wacker Drive, Chicago, IL 60606, Attn: Management Services/Memorial City Mall |
| 2.295 | Amendment#1 to Lease Agreement | 1,708 | Taubman CHERRY CREEK SHOPPING CENTER, LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.296 | Amendment#5 to Lease Agreement | 247 | Memorial City Mall, LP | 303 Memorial City, Houston, Texas 77024, 820 Gessner, Suite 1800, Houston, Texas 77024 , 110 North Wacker Drive, Chicago, IL 60606, Attn: Management Services/Memorial City Mall |
| 2.297 | Amendment: To replace section 1 and add Schedule C | N/A | Authentic Warehouse LLC | 31 Providence Ct, Newtown, PA, 18940 |
| 2.298 | Assignment of Leases | 32 | HENDERSON Main (Dalls), LLC | 2626 McKinnon St, Suite 750, Dallas, Texas 75201 |
| 2.299 | Assignment of Leases | 2,073 | HIGHLAND VILLAGE LIMITED PARTNERSHIP | 4055 WESTHEIMER, HOUSTON, TEXAS 77027 , Copy to: Schlanger Silver LLP , 109 North Post Oak Lane, Suite 300 , Houston, Texas 77024 |
| 2.300 | Audit Agreement | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.301 | Authorization form: Designate an authorized agent | N/A | Xcel Energy, Inc. | Xcel Energy, Inc, PO Box 8, Eau Claire, WI, 54702 |
| 2.302 | Change Order No. 3: Amend and modify the SOW | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.303 | Change order No.1: Amending Express growth bonus | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.304 | Change order No.1: Dart feature is added | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.305 | Change Order: Amend and modify the SOW | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.306 | Change Order: Cross listing | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.307 | Change Order: Express Style Trial subscription services | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.308 | Change Order: Style trial | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.309 | Commencement date agreement | 247 | Algonquin Commons LLC and Algonquin Phase I Associates, LLC | c/o Mld-America Asset Management, Inc Attn: Jean M Zoerner, One Parkview Plaza, 9th Fl, Oakbrook Terrace, IL 60181 |
| 2.310 | Cooperative Billboard Agreement: Billboard Advertising | N/A | Fashion Outlets of Las Vegas, LLC | 32100 Las Vegas Boulevard South, Suite 125, Primm, NV, 89019 |
| 2.311 | Covid 19 Agreement to Amend Lease | 612 | Clarkamas Mall LLC | c/o Clackamas Town Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.312 | Covid 19 Agreement to Amend Leases | N/A | CORONADO CENTER LLC | c/o Coronado Center LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.313 | Covid 19 Agreement to Amend Leases | N/A | TOWN EAST MALL, LLC | 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.314 | Covid agreement to amend lease | N/A | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |
| 2.315 | COVID deal summaries | 247 | Holyoke Mall Company, LP | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.316 | COVID-19 Agreement  to Amend Leases | 1,708 | Taubman CHERRY CREEK SHOPPING CENTER, LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.317 | Covid-19 Agreement for Lease | 247 | GGP-Providence Place LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.318 | COVID-19 Agreement Letter to Amend Leases | 612 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.319 | Covid-19 agreement to amend lease | N/A | GGP-Grandville LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.320 | Covid-19 Agreement to amend lease | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department , Riverchase Galleria, 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 , Attn: General Manager |
| 2.321 | Covid-19 agreement to amend Lease | 977 | Park Meadows Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, Park Meadows drive Lone Tree, CO 80124 Attn: General Manager |
| 2.322 | Covid-19 agreement to amend lease | N/A | QUAIL SPRINGS MALL, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.323 | COVID-19 Agreement to Amend Lease | N/A | Saint Louis Galleria LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.324 | COVID-19 Agreement to Amend Leases | N/A | Alderwood Mall LLC | c/o Alderwood Mall 350 N Orleans St Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Alderwood Mall, 3000 - 184th Street SW, Room 145, Lynnwood, WA 98037, Attn: General Manager |
| 2.325 | Covid-19 Agreement to amend leases | N/A | Baybrook Mall, LLC | c/o Baybrook Mall, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.326 | COVID-19 Agreement to Amend Lease | 247 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.327 | COVID-19 Agreement to Amend Leases | 612 | Carolina Place LLC | c/o Carolina Place LLC, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.328 | COVID-19 Agreement to Amend Leases | 247 | Cherry Hill Center, LLC | Preit Services, LLC, 200 Broad Street, 3rd Floor, Philadelphia, Pennsylvania 19102 |
| 2.329 | COVID-19 Agreement to Amend Leases | N/A | COASTLAND CENTER, LLC | c/o Coastland Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Coastland Center, 1900 Tamiami Trail North, Naples, FL 34102, Attn: General Manager |
| 2.330 | COVID-19 Agreement to Amend Leases | 247 | FASHION PLACE, LLC | c/o Fashion Place, LLC 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.331 | COVID-19 Agreement to Amend Leases | N/A | Fashion Show Mall LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.332 | Covid-19 Agreement to amend leases | N/A | Fashion Valley Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.333 | Covid-19 Agreement to amend leases | 612 | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver – Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc, 6365 Halcyon Way, Ste 970, Alpharetta, GA 30005, Attention: Retail Documents |
| 2.334 | COVID-19 Agreement to Amend Leases | N/A | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.335 | COVID-19 Agreement to Amend Leases | 671 | MACERICH NIAGARA LLC | c/o Fashion Outlets of Niagara, 1900 Military Road , Niagara Falls, New York 14304 , Attn: Center Manager , Robert W Claeson, Esq, Akerman LLP, 666 Fifth Avenue, 19th Floor, New York, New York 10103, Macerich Niagara LLC, Attention: Legal Counsel- Fashion Outlets of Niagara, 401 Wilshire Boulevard, Suite 700, Santa Monica, CA 90401 |
| 2.336 | COVID-19 Agreement to Amend Leases | N/A | Oglethorpe Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, OGLETHROPE MALL 7804 Abercorn St Savannah, GA 31406 Attn: General Manager |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.337 | COVID-19 Agreement to Amend Leases | 977 | Perimeter Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, 4400 Ashford Dunwoody Road Atlanta, GA 30346 Attn: General Manager |
| 2.338 | COVID-19 Agreement to Amend Leases | N/A | RIVER CROSSING SHOPPES, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.339 | COVID-19 Agreement to Amend Leases | N/A | Short Pump Town Center, LLC | 50 Public Square, Suite 1360, Cleveland, OH 44113-2267 |
| 2.340 | COVID-19 Agreement to Amend Leases | N/A | Southland Center, LLC | Southland Center, LLC, c/o Rouse Properties, LLC, New York, NY 10281, Southland Center, 23000 Eureka Road, Taylor, Michigan 48180, , Attn: General Manager |
| 2.341 | COVID-19 Agreement to Amend Leases | 612 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.342 | COVID-19 Agreement to Amend Leases | N/A | Water Tower LLC | WaterTower Owner LLC, c/o Metlife Investment Management LLC, 125 S Wacker Drive, Suite 1100, Chicago,IL 60606, At&: Managing Director |
| 2.343 | Deferred Payment plan Agreement: Assist in Uri Invoice | N/A | Direct Energy Business, LLC | Direct Energy Business, LLC, 1001 Liberty Avenue, Pittsburgh, PA, 15222 |
| 2.344 | Deferred Payment plan Agreement: Assist in Uri Invoice | N/A | Direct Energy Business, LLC | Direct Energy Business, LLC, 1001 Liberty Avenue, Pittsburgh, PA, 15222 |
| 2.345 | Delivery Date Certificate | 612 | LOUISVILLE OUTLET SHOPPES, LLC | c/o Horizon Group Properties, LP, 5000 Hakes Drive, Suite 500, Muskegon, Michigan 49441 , Louisville Outlet Shoppes, LLC, c/o CBL & Associates Management, Inc, CBL Center-Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, TN 37421, Attention: General Counsel |
| 2.346 | Delivery of Possession (DOP) | 247 | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC, | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC , c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041, Attention: Legal Department |
| 2.347 | Deposit Account Control Agreement: Contractual Agreement for Services | N/A | Wells Fargo Bank, N.A. | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.348 | DFWH Pricing Amendment: Update Terms & Conditions of Sell-off Agreement | N/A | DFWH, Inc d/b/a Discount Fashion Warehouse | 8025 Corporate Blvd, Plain City, OH, 43064 |
| 2.349 | Early Entry Agreement for Lease | N/A | GGP-Grandville LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.350 | Eight Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.351 | Eighth Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.352 | Eleventh Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.353 | Engagement Letter: Senior Secured Revolving Credit Facility | N/A | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA, 90404 |
| 2.354 | Exercise of Option to Renew the term | N/A | Louisville Retail Company, LLC | c/o CBRE Investment Management, 601 S Figueroa Street, 49th Floor, Los Angeles, California 90017, Attention: Asset Manager, c/o Fairbourne Properties, LLC 200 South Michigan Avenue, Suite 400 Chicago, IL 60604 Attention: Asset Manager |
| 2.355 | Exercise of Option to Renew the term. | N/A | Louisville Retail Company, LLC | c/o CBRE Investment Management, 601 S Figueroa Street, 49th Floor, Los Angeles, California 90017, Attention: Asset Manager, c/o Fairbourne Properties, LLC 200 South Michigan Avenue, Suite 400 Chicago, IL 60604 Attention: Asset Manager |
| 2.356 | Exhibit B - Statement of Work: Services provided by vendor | 1,030 | IntouchCX Inc. | |
| 2.357 | Expired lease for premises | 1,342 | Arundel Mills Limited Partnership | 225 West Washington St, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.358 | Expired lease for premises | 306 | New River Associates | 7700 W Arrowhead Towne Center Drive, Glendale, Arizona 85308, Arrowhead Towne Center Drive, c/o Macerish, POBox 2172, 401 Wilshire Bouleward, Suite 700, Santa Monica, California, 90407 |
| 2.359 | Extension 1 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.360 | Extension 2 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.361 | Extension 3 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.362 | Extension 4 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.363 | Extension 5 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.364 | Extension 6 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.365 | Extension 7 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.366 | Extension 8 to Lease Agreement | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.367 | Extension and Amendment of Lease | 671 | N/A | c/o Macerich POBox 2172, 401, WILSHIRE BOULEVARD,, SUITE 700 SANTA MONICA CALIFORNIA, 90407 |
| 2.368 | Extension and Fifth Amendment to Lease | N/A | Sooner Fashion Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.369 | Extension and First Amendment of Lease | N/A | Alderwood Mall LLC | c/o Alderwood Mall 350 N Orleans St Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Alderwood Mall, 3000 - 184th Street SW, Room 145, Lynnwood, WA 98037, Attn: General Manager |
| 2.370 | Extension and First Amendment of Lease | N/A | Cherryvale Mall, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.371 | Extension and First Amendment of Lease | N/A | COASTLAND CENTER, LLC | c/o Coastland Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Coastland Center, 1900 Tamiami Trail North, Naples, FL 34102, Attn: General Manager |
| 2.372 | Extension and First Amendment of Lease | N/A | CORONADO CENTER LLC | c/o Coronado Center LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.373 | Extension and First Amendment of Lease | 247 | GGP-FOUR SEASONS LLC | PO Box 86, Minneapolis, MN 55486-2427 |
| 2.374 | Extension and first amendment of lease | N/A | TOWN EAST MALL, LLC | 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.375 | Extension and Fourth Amendment of Lease | 247 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.376 | Extension and Fourth Amendment of Lease | N/A | Cherryvale Mall, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.377 | Extension and Fourth Amendment to Lease | N/A | Sooner Fashion Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.378 | Extension and Fourth Amendment to Lease | N/A | Southland Center, LLC | Southland Center, LLC, c/o Rouse Properties, LLC, New York, NY 10281, Southland Center, 23000 Eureka Road, Taylor, Michigan 48180, , Attn: General Manager |
| 2.379 | Extension and Second Amendment for Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.380 | Extension and Second Amendment of Lease | 247 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.381 | Extension and Second Amendment of Lease | N/A | Cherryvale Mall, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.382 | EXTENSION AND SECOND AMENDMENT OF LEASE | 1,342 | GGP-MAINE MALL LLC | 110 N Wacker Drive, Chicago, IL 60606 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.383 | Extension and Second Amendment to Lease | N/A | Sooner Fashion Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.384 | Extension and Seventh Amendment to Lease | N/A | Sooner Fashion Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.385 | Extension and Third Amendment of Lease | 247 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.386 | Extension and Third Amendment of Lease | 612 | Clarkamas Mall LLC | c/o Clackamas Town Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.387 | Extension and Third Amendment of Lease | N/A | RIVER CROSSING SHOPPES, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.388 | Extension and third Amendment of Lease | 1,342 | WESTROADS MALL LLC | c/o Westroads Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |
| 2.389 | Extension and Third Amendment to Lease | N/A | Sooner Fashion Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.390 | Extension and Third Amendment to Lease | N/A | Southland Center, LLC | Southland Center, LLC, c/o Rouse Properties, LLC, New York, NY 10281, Southland Center, 23000 Eureka Road, Taylor, Michigan 48180, , Attn: General Manager |
| 2.391 | Extension of lease | 1,402 | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 06810-7422, Attn: Center Manager, Danbury Mall, LLC, c/o Macerich PO Box 2172 401 Wilshire Boulevard, Suite 700 Santa Monica, California 90407 |
| 2.392 | Extension of lease | 1,402 | Maccerich Cerritos, LLC | 239 Los Cerritos Center, Cerritos, CA 90703 |
| 2.393 | Extension of term | 14 | Crossroads Mall Realty Holding LLC | Joseph M Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122, ST CLOUD MALL LLC, St Cloud Mall LLC, c/o The Crossroads Center(MN), 110 n Wacker, Dr Chicago, IL 60606, , Copy to , The Crossroad Center(MN), 4101 West Division Street , St Cloud, MN 56301 |
| 2.394 | Exterior Signage Agreement | 247 | Charlotte Outlets, LLC | c/o Simon Property Group - Premium Outlets, 105 Eisenhower Parkway, 1st Fl, Roseland, NJ 07068-1029 |
| 2.395 | Exterior Signage Agreement | 977 | Simon/Clarksburg Development, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.396 | Fifteenth Lease Amendment | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.397 | Fifth Amendment of Lease | 247 | TRIANGLE Town Center Realty Holdings LLC | c/o Kohan Retail Investment Group, LLC, Attn: Legal Department, 1010 Northern Boulevard, Ste 212, Great Neck, NY 11021, Email: legal@kohanretailcom, Joseph Saponaro, COO/ Chief Legal Officer, Kohan Retail Investment Group, 1010 Northern Boulevard, Ste 234, Great Neck, NY 11021 |
| 2.398 | Fifth Amendment of the lease | 428 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.399 | Fifth Amendment of the lease | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.400 | Fifth Amendment of the lease | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.401 | Fifth Amendment to Lease | 612 | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | PO Box 7033, Indianapolis, Indiana 46207 |
| 2.402 | Fifth Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.403 | Fifth Amendment to Lease | N/A | Amarillo Mall, LLC | Amarillo Partners, LP , 124 Johnson Ferry Road, NE , Atlanta, GA 30328 , Attn: Asset ManagedWestgate Mall |
| 2.404 | Fifth Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.405 | Fifth Amendment to lease | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.406 | Fifth Amendment to Lease | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.407 | Fifth Amendment to Lease | 1,432 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326, c/o Morgan Stanley Real Estate Advisor, Inc 1585 Broadway, 37th Floor New York, NY 10036 , , Attn: Asset Manager/Rosedale Center |
| 2.408 | Fifth Amendment to Lease | N/A | RSE INDEPENDENCE, LLC | 200 Vesey Street, New York, New York 10281 |
| 2.409 | Fifth Amendment to Lease | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.410 | Fifth Amendment to Lease Agreement | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.411 | Fifth Amendment to Lease Agreement | 612 | G&L Building Corp | 39 Division Street, Second Floor, PO Box 3110, Sag Harbor, NY 11963 |
| 2.412 | Fifth Modification to Lease Agreement | 247 | LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.413 | First Amendment | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.414 | First Amendment of Lease | 247 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.415 | First Amendment of Lease | 977 | COLUMBIANA CENTRE, LLC | c/o COLUMBIANA CENTRE, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.416 | First Amendment of Lease | N/A | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.417 | First Amendment of Lease | 671 | N/A | c/o Macerich POBox 2172, 401, WILSHIRE BOULEVARD,, SUITE 700 SANTA MONICA CALIFORNIA, 90407 |
| 2.418 | First Amendment of Lease | N/A | RIVER CROSSING SHOPPES, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.419 | First Amendment of Lease | 612 | W-PT Town Square VII, LLC | c/o Pine Tree Commercial Realty, LLC, 40 Skokie Boulevard, Suite 610, Northbrook, Illinois 60062, SRMF Town Square Owner LLC, c/o Fairbourne Properties, LLC, Attn: George Manojlovic, 1 East Wacker Drive, Suite 2900, Chicago, IL 60601 |
| 2.420 | First Amendment of Lease | 612 | Carolina Place LLC | c/o Carolina Place LLC, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.421 | First Amendment of Lease | 977 | PR CAPITAL CITY LIMITED PARTNERSHIP | c/o PREIT SERVICES, LLC, The Bellevue, 200 S Broad Street, 3rd , Floor, Philadelphia, Pennsylvania 19 102 |
| 2.422 | First Amendment of Lease | 671 | TWC CHANDLER LLC | TWC Chandler LLC , Suite 2142 , 3111 West Chandler Boulevard , Chandler, Arizona 85226 , Attention: Center Manager , Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Departmen |
| 2.423 | First Amendment of Lease Agreement and second extension of term | 306 | Flatiron Property Holding, LLC | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.424 | First Amendment of Lease Agreement and Second Extension of Term | 549 | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC:, c/o Madison Capital , 55 East 59th Street, 17th Floor , New York, New York 10016 , Tory Burch LLC:, 11 West 19th Street, 7th Floor , New York, New York 10011 , Attention: Robert Isen, Attention: J Joseph Jacobson |
| 2.425 | First Amendment of Lease and Extension of Term | 1,342 | Southpark Mall Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204, Limited Brands, Inc, P 0 Box 16000 - Three Limited Parkway Columbus, Ohio 432 16, Attention: Corporate Real Estate Department |
| 2.426 | First Amendment of Leases | N/A | Oglethorpe Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, OGLETHROPE MALL 7804 Abercorn St Savannah, GA 31406 Attn: General Manager |
| 2.427 | First Amendment of the Lease | 3,381 | Easton Town Center II, LLC | c/o Steiner Real Estate Services, LLC, 4016 Townsfair Way, Suite 201, Columbus, Ohio 43219 |
| 2.428 | First Amendment of the Lease | 612 | Elmwood Retail Properties, LLC | c/o Lauricella Land Company, LLC 1200 South Clearview Parkway, Suite 1166, New Orleans, LA 70123, Attn: Mr Louis Lauricella, Phone: 504-733-1800, Fax: 504-733-4598 |
| 2.429 | First Amendment of the Lease | 1,066 | EMPIRE MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.430 | First Amendment of the Lease | 612 | FLORIDA MALL ASSOCIATES, LTD | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.431 | First Amendment of the lease | 612 | Fox River Shopping Center, LLC | 110 N Wacker Dr, Chicago, IL, 60606 |
| 2.432 | First Amendment of the lease | 612 | Fox Valley Mall LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.433 | First Amendment of the lease | N/A | GCP-Glenbrook LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.434 | First Amendment of the lease | 247 | Glendale I Mall Associates, LP | c/o Glendale Galleria, 110 N Wacker Dr, Chicago, IL, 60606 |
| 2.435 | First Amendment of the lease | 428 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.436 | First Amendment of the lease | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.437 | First Amendment of the lease | 612 | KEYSTONE-FLORIDA PROPERTY HOLDING CORP | 535 Madison Avenue, 6th Floor New York, New York 10022 |
| 2.438 | First Amendment of the lease | 612 | OUTLET VILLAGE OF HAGERSTOWN LIMITED PARTNERSHIP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.439 | First Amendment of the lease | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.440 | First Amendment of the lease | N/A | TYLER MALL LIMITED PARTNERSHIP | 110 N Wacker Dr Chicago, IL 60606 Attn: LawLease Administration Department |
| 2.441 | First Amendment of the lease | 1,036 | Valley Stream Green Acres LLC | 2034 Green Acres Mall, Valley Stream, New York 11581-1545 |
| 2.442 | First Amendment to Lease | 612 | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.443 | First Amendment to Lease | 612 | Allstate Road (Edens), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 |
| 2.444 | First Amendment to Lease | N/A | Amarillo Mall, LLC | Amarillo Partners, LP , 124 Johnson Ferry Road, NE , Atlanta, GA 30328 , Attn: Asset ManagedWestgate Mall |
| 2.445 | First Amendment to Lease | 612 | BRIDGE GROUP INVESTMENTS II, LLC | 5752 Country Club Pkwy, San Jose, CA 95138, Steerpoint Capital II, LLC, 1150 S Olive St, Suite 10-133, Los Angeles, CA 90015 |
| 2.446 | First Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.447 | First Amendment to lease | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.448 | First Amendment to Lease | 612 | CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC , 1190 Interstate Parkway , Augusta, Georgia 30909 |
| 2.449 | First Amendment to Lease | 612 | Clarkamas Mall LLC | c/o Clackamas Town Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.450 | First Amendment To Lease | 977 | CRAIG REALTY GROUP — TUcARE, LLC | 2100 W 7th Street, Fort Worth, Texas 76107, Garrison Investment Group LP, 1290 Avenue of the Americas Suite 914, New York, NY 10104 |
| 2.451 | First Amendment to Lease | 247 | Crocker Park Delaware | c/o Robert L Stark Enterprises, Inc, 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L Stark |
| 2.452 | First Amendment to Lease | 14 | Crossroads Mall Realty Holding LLC | Joseph M Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122, ST CLOUD MALL LLC, St Cloud Mall LLC, c/o The Crossroads Center(MN), 110 n Wacker, Dr Chicago, IL 60606, , Copy to , The Crossroad Center(MN), 4101 West Division Street , St Cloud, MN 56301 |
| 2.453 | First Amendment to Lease | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department , Riverchase Galleria, 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 , Attn: General Manager |
| 2.454 | First amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.455 | First Amendment to lease | N/A | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.456 | First Amendment to Lease | 612 | Miromar Outlet East, LLC | 10801 Corkscrew Road, Suite 305, Estero, Florida 33928 |
| 2.457 | First Amendment to lease | N/A | Mission Valley Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |
| 2.458 | First Amendment to Lease | N/A | MOORESTOWN MALL LLC | 200 S Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.459 | First Amendment to Lease | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.460 | First Amendment to lease | 32 | PLAZA LAS AMERICAS, INC | PO Box 363268, San Juan, PR 00936-3268 |
| 2.461 | First Amendment to Lease | 1,432 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326, c/o Morgan Stanley Real Estate Advisor, Inc 1585 Broadway, 37th Floor New York, NY 10036 , , Attn: Asset Manager/Rosedale Center |
| 2.462 | First Amendment to Lease | N/A | Sooner Fashion Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.463 | First Amendment to Lease | 977 | South Coast Plaza | 3333 Bristol Street, Costa Mesa, California, 92626 |
| 2.464 | First Amendment to Lease | N/A | Southland Center, LLC | Southland Center, LLC, c/o Rouse Properties, LLC, New York, NY 10281, Southland Center, 23000 Eureka Road, Taylor, Michigan 48180, , Attn: General Manager |
| 2.465 | First Amendment to Lease | 612 | SRE ONTARIO, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.466 | First amendment to lease | N/A | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.467 | First Amendment to Lease Agreement | 247 | Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE , 110 N Wacker Dr , Chicago, IL 60606 , Attn: Law/Lease Administration Department |
| 2.468 | First Amendment to Lease Agreement | N/A | Belden Mall LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 |
| 2.469 | First Amendment to Lease Agreement | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.470 | First Amendment to Lease Agreement | 247 | Bridgewater Commons Mall II, LLC | c/o Bridgewater Commons, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.471 | First Amendment to Lease Agreement | 247 | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 |
| 2.472 | First Amendment to Lease Agreement | 612 | Premium Outlet Partners LP | Simon Property Group, 225 West Washington St, Indianapolis, IN 46204-3438 |
| 2.473 | First Lease Amendment | 612 | BRICKELL CITY CENTRE RETAIL LLC | Three , Brickell City Centre, 98 SE 7 Street, Suite 500, Miami, Florida 33131 |
| 2.474 | First Lease Amendment | 336 | Charles Mall Company Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.475 | First Lease Amendment | 247 | SPOTSYLVANIA Mall Company | 2445 Belmont Avenue, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.476 | First Lease Amendment | N/A | ST CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 , Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.477 | First Lease Modification Agreement | 612 | KRE Broadway Owner, LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal, VORNADO BROADWAY MALL LLC c/o Vornado Realty LP 888 Seventh Avenue New York, New York 10019, Broadway Mall 358 B North Broadway Hicksville, New York 11801 |
| 2.478 | First Lease Modification Agreement | 306 | Tanger Branson, LLC | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.479 | First Lease Modification Agreement | 977 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.480 | First Modification of Lease Agreement | 612 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.481 | First Modification of Lease Agreement | 247 | LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.482 | Fourteenth Amendment to Lease | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.483 | Fourth Amendment of the lease | 1,342 | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.484 | Fourth Amendment of the lease | 428 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.485 | Fourth Amendment of the lease | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.486 | Fourth Amendment of the lease | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.487 | Fourth Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.488 | Fourth Amendment to Lease | N/A | Amarillo Mall, LLC | Amarillo Partners, LP , 124 Johnson Ferry Road, NE , Atlanta, GA 30328 , Attn: Asset ManagedWestgate Mall |
| 2.489 | Fourth Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.490 | Fourth Amendment to lease | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.491 | Fourth Amendment to Lease | N/A | MOORESTOWN MALL LLC | 200 S Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.492 | Fourth Amendment to Lease | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.493 | Fourth Amendment to lease | 32 | PLAZA LAS AMERICAS, INC | PO Box 363268, San Juan, PR 00936-3268 |
| 2.494 | Fourth Amendment to Lease | 1,432 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326, c/o Morgan Stanley Real Estate Advisor, Inc 1585 Broadway, 37th Floor New York, NY 10036 , , Attn: Asset Manager/Rosedale Center |
| 2.495 | Fourth Amendment to Lease | N/A | RSE INDEPENDENCE, LLC | 200 Vesey Street, New York, New York 10281 |
| 2.496 | Fourth Amendment to Lease | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.497 | Fourth amendment to lease | N/A | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |
| 2.498 | Fourth Amendment to Lease Agreement | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.499 | Fourth Amendment to Lease Agreement | 612 | G&L Building Corp | 39 Division Street, Second Floor, PO Box 3110, Sag Harbor, NY 11963 |
| 2.500 | Fourth Lease Amendment | 247 | SPOTSYLVANIA Mall Company | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.501 | Fourth Lease Amendment | 977 | WP BTC LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.502 | Fourth Modification to Lease Agreement | 247 | LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.503 | GGP Bankruptcy agreement | N/A | GGP-Grandville LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.504 | Hold Over  Agreement | N/A | WESTFIELD PROPERTY MANAGEMENT LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.505 | Holdover Rent Agreement | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |
| 2.506 | Holdover Rent Agreement | N/A | Mission Valley Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |
| 2.507 | Holdover Rent Agreement | N/A | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.508 | Indenture Of Lease | 977 | COCONUT POINT TOWN CENTER, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.509 | Indenture of Lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.510 | Indenture Of Lease | N/A | Mall at Smith Haven, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.511 | Indenture Of Lease | 336 | Mall at Solomon Pond, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.512 | Indenture Of Lease | N/A | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.513 | Indenture of Lease 1. | 247 | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.514 | Indenture of Lease 1. | 977 | MALL AT GURNEE MILLS, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.515 | Indenture of Lease 2. | 977 | MALL AT GURNEE MILLS, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.516 | Indenture Of Lease Amendment | N/A | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.517 | Landlord Delivery Notice | 612 | BRICKELL CITY CENTRE RETAIL LLC | Three , Brickell City Centre, 98 SE 7 Street, Suite 500, Miami, Florida 33131 |
| 2.518 | Lease | 1,708 | 1552 Broadway Retail Owner LLC | 500 Fifth Avenue, 54th Floor, New York, New York 10110 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.519 | Lease | 612 | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | PO Box 7033, Indianapolis, Indiana 46207 |
| 2.520 | Lease | 612 | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.521 | Lease | N/A | Amarillo Mall, LLC | Amarillo Partners, LP , 124 Johnson Ferry Road, NE , Atlanta, GA 30328 , Attn: Asset ManagedWestgate Mall |
| 2.522 | Lease | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.523 | Lease | 612 | Carolina Place LLC | c/o Carolina Place LLC, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.524 | Lease | 1,066 | CASTLETON SQUARE, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.525 | Lease | N/A | CBL/Westmoreland LP | c/o CBL & Associates Properties Inc , 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.526 | Lease | 247 | Charlotte Outlets, LLC | c/o Simon Property Group - Premium Outlets, 105 Eisenhower Parkway, 1st Fl, Roseland, NJ 07068-1029 |
| 2.527 | Lease | 247 | Cherry Hill Center, LLC | Preit Services, LLC, 200 Broad Street, 3rd Floor, Philadelphia, Pennsylvania 19102 |
| 2.528 | Lease | N/A | Cherryvale Mall, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.529 | Lease | 612 | Chicago Premium Outlets Expansion, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.530 | Lease | 612 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.531 | Lease | 612 | Clarkamas Mall LLC | c/o Clackamas Town Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.532 | Lease | 1,342 | Coastal Grand CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.533 | Lease | N/A | COASTLAND CENTER, LLC | c/o Coastland Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Coastland Center, 1900 Tamiami Trail North, Naples, FL 34102, Attn: General Manager |
| 2.534 | Lease | 977 | COLUMBIANA CENTRE, LLC | c/o COLUMBIANA CENTRE, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.535 | Lease | N/A | CORAL RIDGE MALL, LLC | c/o Coral Ridge Mall, 110 N Wacker Dr Chicago, IL 60606 Attn: Law/Lease Administration Department, Coral Ridge Mall, 1451 Coral Ridge Ave, Coralville, IA 52241 Attn: General Manager |
| 2.536 | Lease | 1,066 | CORAL-CS/LTD ASSOCIATES | 225 West Washington, Street, Indianapolis, Indiana 46204 |
| 2.537 | Lease | N/A | CORONADO CENTER LLC | c/o Coronado Center LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.538 | Lease | 977 | CPG Partners, LP | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960, Simon Premium Outlets, 60 Columbia Road, Building B, 3rd 54 Floor, Morristown, NJ 07960, Attn: Lease Services, c/o Simon Property Group, 225 West Washington Street, Indianapolis, 52 IN 46204-3438, Attn: Premium Outlets |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.539 | Lease | N/A | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.540 | Lease | N/A | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.541 | Lease | 612 | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place, Boulevard, Chattanooga, Tennessee 37421-6000 (he |
| 2.542 | Lease | 612 | Miromar Outlet East, LLC | 10801 Corkscrew Road, Suite 305, Estero, Florida 33928 |
| 2.543 | Lease | N/A | Mission Valley Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, Califomia 90025 |
| 2.544 | Lease | N/A | Oglethorpe Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, OGLETHROPE MALL 7804 Abercorn St Savannah, GA 31406 Attn: General Manager |
| 2.545 | Lease | 977 | PR CAPITAL CITY LIMITED PARTNERSHIP | c/o PREIT SERVICES, LLC, The Bellevue, 200 S Broad Street, 3rd , Floor, Philadelphia, Pennsylvania 19 102 |
| 2.546 | Lease | 612 | Premium Outlet Partners LP | Simon Property Group, 225 West Washington St, Indianapolis, IN 46204-3438 |
| 2.547 | Lease | 1342 | Premium Outlet Partners, LP | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.548 | Lease | 977 | RREEF AMERICA REIT II CORP HH | c/o RREEF Management LLC, 222 South , Riverside Plaza, 34th Floor, Chicago, IL 60606, Attn: Matt Galas |
| 2.549 | Lease | 612 | Simon Property Group, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.550 | Lease | 1066 | Simon Property Group, LP | 225 West Washington, Street, Indianapolis, Indiana 46204 |
| 2.551 | Lease | N/A | Simon Property Group, LP | 226 West Washington Street, Indianapolis, Indiana 46204 |
| 2.552 | Lease | 977 | Simon/Clarksburg Development, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.553 | Lease | 336 | SPG PRIEN, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.554 | Lease | N/A | Spinoso Real Estate Group DLS, LLC | c/o Spinoso Real Estate Group DLS, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.555 | Lease | 612 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.556 | Lease | 3534 | The Town Center at Boca Raton Trust | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.557 | Lease | N/A | TOWN EAST MALL, LLC | 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.558 | Lease | 977 | TOWSON TC, LLC | c/o Towson Town Center, 110 N/ Wacker Dr, Chicago, IL 60606, Attn:: Law/Lease Department, Townson Town Center, 825 Dulany Valley Road, Towson, MD 21204 Attn: General Manager |
| 2.559 | Lease | 247 | TRIANGLE Town Center Realty Holdings LLC | c/o Kohan Retail Investment Group, LLC, Attn: Legal Department, 1010 Northern Boulevard, Ste 212, Great Neck, NY 11021, Email: legal@kohanretailcom, Joseph Saponaro, COO/ Chief Legal Officer, Kohan Retail Investment Group, 1010 Northern Boulevard, Ste 234, Great Neck, NY 11021 |
| 2.560 | Lease | 612 | TUCSON PREMIUM OUTLETS, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.561 | Lease | 671 | TWC CHANDLER LLC | TWC Chandler LLC , Suite 2142 , 3111 West Chandler Boulevard , Chandler, Arizona 85226 , Attention: Center Manager , Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Departmen |
| 2.562 | Lease | 1066 | WEST TOWN MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.563 | Lease | 247 | Westchester Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.564 | Lease | 1342 | WESTROADS MALL LLC | c/o Westroads Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |
| 2.565 | Lease | 612 | W-PT Town Square VII, LLC | c/o Pine Tree Commercial Realty, LLC, 40 Skokie Boulevard, Suite 610, Northbrook, Illinois 60062, SRMF Town Square Owner LLC, c/o Fairbourne Properties, LLC, Attn: George Manojlovic, 1 East Wacker Drive, Suite 2900, Chicago, IL 60601 |
| 2.566 | Lease | N/A | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.567 | Lease | N/A | PLAZA CAROLINA MALL, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.568 | Lease Agreement | 247 | Lakeside Mall Property LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.569 | Lease Agreement | 94 | 555 11TH OWNER LLC | 555 11th Owner LLC, c/o Rockrose Development LLC, 15 East 26th Street, 7th floor, New York, New York 10010, Attention: Ted Traum |
| 2.570 | Lease Agreement | 247 | Acadiana Mall CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, c/o Acadiana Mall CMBS, LLC Receivership, c/o Spinoso Management, LLC, 112 Northern Concourse North Syracuse, NY 13212, c/o CW Capital Asset Management, LLC, Attn: Frank Rinaldi, 7501 Wisconsin Ave Suite 500, West Bethesda, MD 20814, c/o Namdar Realty Group LLC, 150 Great Neck Road, Suite 304, Great Neck NY 11021 |
| 2.571 | Lease Agreement | 1342 | Allen Premium Outlets, LP | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ, 07960 |
| 2.572 | Lease Agreement | 612 | Altamonte Mall, LLC | c/o Altamonte Mall, 110 N Wacker Dr Chicago, IL 60606 Attn: Law/Lease Administration Department |
| 2.573 | Lease Agreement | 247 | AP 1519-1521 WALNUT ST, LP | AP 1519-1521 WALNUT ST, LP, 1616 Camden Road , Suite 210 , Charlotte, NC 28203 , Attn: Seth Black , Telephone: 704-423-1660 |
| 2.574 | Lease Agreement | 612 | Atlantic City Associates, LLC | c/o Tanger Management, LLC, 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408, Attn: Legal Department |
| 2.575 | Lease Agreement | 612 | Augusta Mall, LLC | c/o Augusta Mall, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.576 | Lease Agreement | 2,438 | Bath & Body Works Logistics Services, LLC | Limited Logistics Services, Inc, Two Limited Parkway, Columbus, OH 43230, Attn: Vice President, DC Operations |
| 2.577 | Lease Agreement | 612 | Bay Street Centercal, LLC | Bay St Emeryville Limited Partnership, Sixteenth Floor, Seven West Seventh Street, Cincinnatio, OH 45202 |
| 2.578 | Lease Agreement | N/A | Bellevue Square, LLC | PO Box 908, Bellevue, Washington 98009 |
| 2.579 | Lease Agreement | 612 | BELLWETHER PROPERTIES OF SOUTH CAROLINA LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.580 | Lease Agreement | 612 | Birch Run Outlets II, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.581 | Lease Agreement | 247 | BROOKLYN KINGS PLAZA LLC | 210 Route 4 East, Paramus, New Jersey 07652, Attention : Executive Vice President - Retail Real Estate, Notice Copy Address : 210 Route 4 East Paramus, New Jersey 07652, Attention : Chief Financial Officer |
| 2.582 | Lease Agreement | 397 | Campana 125, LLC c/o David Adam Realty | 57 Wilton Rd, Westport, CT 06880 |
| 2.583 | Lease Agreement | 612 | CBL-Friendly Center CMBS, LLC | CBL-TRS Friendly Center 2023, LLC, 2030 Hamilton Place Blvd, Suite 500, Chattanooga, TN 37421 Attn: Shared Services |
| 2.584 | Lease Agreement | N/A | CENTENNIAL VANCOUVER MALL LLC | 8750 North Central Expressway, Suite 1740, Dallas, TX 75231 |
| 2.585 | Lease Agreement | 977 | COLUMBUS OUTLETS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.586 | Lease Agreement | 977 | Coolsprings Mall, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.587 | Lease Agreement | 247 | Corpus Christi Retail Venture, LP | PO Box 843945 Dallas, Texas 75284-3945, Trademark Property Company 1701 River Run, Suite 500 Fort Worth TX 76107 |
| 2.588 | Lease Agreement | 732 | Country Club Place JV, LLC | 200 East Long Lake Road, Suite 300, , Bloomfield Hills, Michigan 48304-2324 |
| 2.589 | Lease Agreement | 612 | CPG PARTNERS, LP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.590 | Lease Agreement | 977 | CRAIG REALTY GROUP — TUcARE, LLC | 2100 W 7th Street, Fort Worth, Texas 76107, Garrison Investment Group LP, 1290 Avenue of the Americas Suite 914, New York, NY 10104 |
| 2.591 | Lease Agreement | 247 | Cross Creek Mall SPE, LP | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.592 | Lease Agreement | 1,342 | DDR Urban LP | 3300 Enterprise Parkway , Beachwood, Ohio 44122 , Attention: Executive Vice President-Leasing , Federal ID # 34-1861748 |
| 2.593 | Lease Agreement | 1,342 | Destin Commons, LTD | Destin Commons, LTD c/o Turnberry Associates, 19501 Biscayne Boulevard, Suite 400, Aventura, Florida, 33180 Attention: Legal Department/leasing Attorney |
| 2.594 | Lease Agreement | N/A | EWH Escondido Associates, LP and North County Fair LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 |
| 2.595 | Lease Agreement | 1,708 | Fashion Outlets of Chicago LLC | 5220 Fashion Outlets Way, Rosemont, IL 60018-4811, c/o Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407 |
| 2.596 | Lease Agreement | 247 | Fashion Valley Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.597 | Lease Agreement | 2,073 | First Sterling Greenwich Corp | c/o First Sterling Corporation, 1650 Broadway, Suite 1200, New York, NY, 10019 |
| 2.598 | Lease Agreement | 32 | Forbes/Cohen Florida Properties Limited Partnership | 16156 Collections Center Drive, Chicago, Illinois 60693 |
| 2.599 | Lease Agreement | 977 | Forest Harlem Properties Limited Partnership | 4104 N Harlem Avenue, Norridge, IL 60706 |
| 2.600 | Lease Agreement | N/A | Fox Hill Mall, LP | 11601 Wilshire Boulevard, 11th Fl, Los Angeles, California 90025 |
| 2.601 | Lease Agreement | 247 | FRANCONIA TWO LP | 210 Route 4 East, Paramus, New Jersey 07652 |
| 2.602 | Lease Agreement | 977 | FSH ASSOCIATES LP | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.603 | Lease Agreement | 977 | Genesee Mall Realty, LLC | 2711 North Haskell Avenue, Suite 1700, Dallas, Texas 75204 |
| 2.604 | Lease Agreement | 247 | GGP-Tucson Mall LLC | c/o Tucson Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |
| 2.605 | Lease Agreement | 1,708 | GREEN HILLS MALL TRG LLC | 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 |
| 2.606 | Lease Agreement | 247 | Hamilton Place CMBS, LLC | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.607 | Lease Agreement | 1,342 | JERSEY SHORE PREMIUM OUTLETS, LLC | c/o Simon Property Group, 225 West Washington Street, Indianapolis, IN 46204-3438, Attn: Premium Outlets, Simon Premium Outlet 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960, Attn: Lease Services |
| 2.608 | Lease Agreement | 612 | JG ELIZABETH II, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.609 | Lease Agreement | 247 | JONES LANG LASALLE AMERICAS, INC | Gregory T Maloney, Receiver – Countryside Mall , c/o Jones Lang LaSalle Americas, Inc , 6365 Halcyon Way, Ste 970 , Alpharetta, GA 30005 , Attention: Retail Documents |
| 2.610 | Lease Agreement | 247 | JORDAN CREEK TOWN CENTER, LLC | C/O JORDAN, CREEK TOWN, CENTER 110 N, WACKER DRIVE, CHICAGO IL,, 60606 United States |
| 2.611 | Lease Agreement | 247 | KENWOOD MALL LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, c/o Kenwood Towne Centre 350 N Orleans St Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department, With a copy to:, Kenwood Towne Centre 7875 Montgomery Road Cincinnati, OH 25236 |
| 2.612 | Lease Agreement | 612 | KILDEER VILLAGE SQUARE, LLC | 350 W Hubbard Street, Suite 450, Chicago, IL 60654-5606 |
| 2.613 | Lease Agreement | 1,342 | KING OF PRUSSIA ASSOCIATES | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.614 | Lease Agreement | 977 | KITTERY PREMIUM OUTLETS, LLC | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET, INDIANAPOLIS IN, 46204-3438 United, States, 60 COLUMBIA, ROAD, BUILDING B, 3RD FLOOR, MORRISTOWN NJ, 07960 United States |
| 2.615 | Lease Agreement | 247 | KRG Lansing Eastwood, LLC | KRG Lansing Eastwood, LLC, c/o Kite Realty Group, Attn: Asset Management, 30 South Meridian Street, Suite , 1100, Indianapolis, Indiana 46204 |
| 2.616 | Lease Agreement | 612 | Lake Buena Vista Joint Venture, LLC | 1725 University Drive, Suite 420, Coral Springs, FL 33071 |
| 2.617 | Lease Agreement | 977 | LPF GENEVA COMMONS, LLC | 333 West Wacker Drive, Suite 2300, Chicago, Illinois 60606 |
| 2.618 | Lease Agreement | N/A | LYNNHAVEN MALL LLC | 350 N Orleans St, Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration Department |
| 2.619 | Lease Agreement | 671 | MACERICH NIAGARA LLC | c/o Fashion Outlets of Niagara, 1900 Military Road , Niagara Falls, New York 14304 , Attn: Center Manager , Robert W Claeson, Esq, Akerman LLP, 666 Fifth Avenue, 19th Floor, New York, New York 10103, Macerich Niagara LLC, Attention: Legal Counsel- Fashion Outlets of Niagara, 401 Wilshire Boulevard, Suite 700, Santa Monica, CA 90401 |
| 2.620 | Lease Agreement | N/A | MACERICH OAKS LP | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 |
| 2.621 | Lease Agreement | N/A | MACERICH SOUTH PLAINS LP | Macerich Lubbock Limited Partnership , 6002 Slide Road , PO Box 68208 , Lubbock, Texas 79414 , Attention: Center Manager |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.622 | Lease Agreement | 671 | Macerich Vintage Faire Limited Partnership | 3401 Dale Road, Suite 483, Modesto, California, 95356, Attn: Center Manager |
| 2.623 | Lease Agreement | N/A | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.624 | Lease Agreement | N/A | Mainplace Shoppingtown LLC | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 |
| 2.625 | Lease Agreement | 977 | MALL AT CONCORD MILLS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.626 | Lease Agreement | N/A | MALL AT GREAT LAKES, LLC, | 4900 East Dublin Granville Road, 4th Floor, Columbus, , Ohio 43081 |
| 2.627 | Lease Agreement | N/A | MALL AT IRVING, LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.628 | Lease Agreement | N/A | MALL AT JEFFERSON VALLEY, LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.629 | Lease Agreement | 977 | MALL AT KATY MILLS, LP, | 225 West Washington, Street, Indianapolis, Indiana 46204 |
| 2.630 | Lease Agreement | 1,066 | MALL AT NORTHSHORE, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.631 | Lease Agreement | 1,066 | MAYFLOWER CAPE COD, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.632 | Lease Agreement | N/A | MELBOURNE SQUARE, LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.633 | Lease Agreement | 612 | MERSHOPS GALLERIA AT SUNSET LLC | 112 Northern Concourse, North Syracuse, NY 13212 |
| 2.634 | Lease Agreement | 612 | MK OAKLAND MALL, LLC | 412 West 14 Mile Road, Troy, Michigan 48083 |
| 2.635 | Lease Agreement | N/A | MOAC MALL HOLDINGS LLC | 60 East Broadway, Bloomington, Minnesota, 55425-5550 |
| 2.636 | Lease Agreement | 336 | MSCI 2011-C2 Ingram Park, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.637 | Lease Agreement | 247 | n SALISBURY MALL REALTY HOLDING LLC | c/o Kohan Retail Investment Group, LLC, Attn: Legal Department, 1010 Northern Boulevard, Ste 212, Great Neck, NY 11021, Email: legal@kohanretailcom |
| 2.638 | Lease Agreement | N/A | N/A | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.639 | Lease Agreement | 671 | N/A | c/o Macerich POBox 2172, 401, WILSHIRE BOULEVARD,, SUITE 700 SANTA MONICA CALIFORNIA, 90407 |
| 2.640 | Lease Agreement | 612 | NE GATEWAY MALL PROPCO, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.641 | Lease Agreement | 612 | North Star Mall, LLC | c/o North Star Mall, 110 N Wacker Dr, Chicago, IL, 60606 |
| 2.642 | Lease Agreement | N/A | Oak Park Mall, LLC | CBL & Associates Management, Inc, CBL Center, Suite 500, Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.643 | Lease Agreement | 977 | Oakbrook Shopping Center, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.644 | Lease Agreement | N/A | Oaks Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.645 | Lease Agreement | N/A | Oakwood Hills Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.646 | Lease Agreement | 612 | Outlet Mall of Savannah, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.647 | Lease Agreement | 247 | OUTLETS AT WESTGATE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.648 | Lease Agreement | 1,463 | PLAZA WEST COVINA LP | c/o Pacific Retail Capital Partners, 100 N Pacific Coast Highway, Suite 1925, El Segundo, California 90245, Attn: Gary Karl, Plaza West Covina, 112 Plaza Drive, West Covina, California 91790, Attn: General Manager |
| 2.649 | Lease Agreement | 1,036 | PR Gallery I Limited Partnership | Management Office, Fashion District Philadelphia, 9th & Market Streets, Philadelphia, PA 19107, Attn: General Manager |

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.650 | Lease Agreement | 247 | PR Viewmont LP | c/o Preit Services, LLC, 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.651 | Lease Agreement | 1,342 | Premium Outlet Partners LP | Simon Property Group, 225 West Washington St, Indianapolis, IN 46204-3438 |
| 2.652 | Lease Agreement | 977 | Pyramid Walden Company, LP | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.653 | Lease Agreement | 612 | REEP-RTL DTC VA LLC | 11501 Huff Court, North Bethesda, MD 20895 |
| 2.654 | Lease Agreement | 247 | Riverside Park Associates, LLC | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.655 | Lease Agreement | 977 | Roseville Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Fl, Los Angeles, California 90025 |
| 2.656 | Lease Agreement | 247 | ROUSE FASHION PLACE, LLC | c/o Fashion Place, LLC 350 N Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.657 | Lease Agreement | 247 | RPI Carlsbad, LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025 |
| 2.658 | Lease Agreement | 247 | RPI Greenville Mall LP | 200 Vesey Street, New York, New York 10281 |
| 2.659 | Lease Agreement | 275 | RSS UBSBB2012-C2 – IL SW, LLC | 200 S Biscayne Blvd, Suite 3550, Miami, FL 33131, Attention: Jack Cunningham |
| 2.660 | Lease Agreement | N/A | Scottsdale Fashion Square LLC | 7014-590 East Camelback Road, Scottsdale, Arizona 85251 |
| 2.661 | Lease Agreement | 1,342 | Settlers' R2, Inc | 2 Common Court, Unit C13, North Conway, NH 03860 |
| 2.662 | Lease Agreement | N/A | Short Pump Town Center, LLC | 50 Public Square, Suite 1360, Cleveland, OH 44113-2267 |
| 2.663 | Lease Agreement | 336 | Simon Capital GP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.664 | Lease Agreement | 977 | Simon Property  Group (Texas), LP, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.665 | Lease Agreement | 1,066 | SIMON PROPERTY GROUP, INC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.666 | Lease Agreement | N/A | SL MALL, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.667 | Lease Agreement | 247 | South Shore Mall Realty LLC and South Shore CH LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |
| 2.668 | Lease Agreement | 32 | Southdale Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.669 | Lease Agreement | 612 | Southlake Indiana LLC | 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 |
| 2.670 | Lease Agreement | 977 | Southpark Mall LLC | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 |
| 2.671 | Lease Agreement | N/A | Spark JC, LLC | 601 Gates Road, Suite 1, Vestal, New York 13850 |
| 2.672 | Lease Agreement | 1,342 | Spinosa Real Estate Group, DLS, LLC | 112 Northern Concourse, North Syracuse, NY 13212 |
| 2.673 | Lease Agreement | N/A | ST CLOUD MALL LLC | c/o Crossroads Center (MN), 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration , Department |
| 2.674 | Lease Agreement | 977 | Sunrise Mills (MLP) Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.675 | Lease Agreement | 612 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.676 | Lease Agreement | 247 | Taubman Auburn Hills Associates Limited Partnership | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.677 | Lease Agreement | 247 | TB Mall at UTC LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.678 | Lease Agreement | N/A | The Falls Shopping Center Associates LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.679 | Lease Agreement | 247 | The Marion Plaza, Inc | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.680 | Lease Agreement | 1,797 | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.681 | Lease Agreement | 247 | THE SHOPS AT SUMMERLIN NORTH, LP | The Shops at Summerlin North, LP c/o The Howard Hughes Corporation, One Galleria Tower, 22nd Floor, 13355 Noel Road, Dallas, Texas 75240, Attn: General Counsel |
| 2.682 | Lease Agreement | 612 | The Waterfront Partners | c/o Continental Real Estate 150 E Broad Street, Suite 800 Columbus, Ohio 43215 |
| 2.683 | Lease Agreement | 1,066 | TREASURE COAST-JCP ASSOCIATES, LTD | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.684 | Lease Agreement | 612 | TRG Charlote LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.685 | Lease Agreement | 247 | Trumbull Shopping Center #2 LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.686 | Lease Agreement | N/A | TURNBERRY/CENTRA SUB LLC | c/o Turnberry Associates, 19501 Biscayne , Boulevard, Suite 400, Aventura, Florida 331 80, Attention: Legal Department / Leasing Attorney |
| 2.687 | Lease Agreement | 1,342 | TVO MALL OWNER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.688 | Lease Agreement | 247 | TWIN CITIES OUTLETS EAGAN LLC | c/o Paragon Outlets Partners LLC, 217 East Redwood Street, 21st Floor, Baltimore, MD 21202 |
| 2.689 | Lease Agreement | 306 | Tysons Corner Holdings LLC | Tysons Corner Holdings LLC, 1961 Chain Bridge Road, Suite 105, McLean, Virginia 22102 |
| 2.690 | Lease Agreement | 1,066 | UNIVERSITY PARK MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.691 | Lease Agreement | N/A | Valencia Town Center Venture, LP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.692 | Lease Agreement | 247 | VF Mall, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.693 | Lease Agreement | 1,342 | WALT WHITMAN MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.694 | Lease Agreement | 1,342 | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc, PO Box 2513, Providence, Rhode Island 02906-0513 |
| 2.695 | Lease Agreement | N/A | Water Tower LLC | WaterTower Owner LLC, c/o Metlife Investment Management LLC, 125 S Wacker Drive, Suite 1100, Chicago,IL 60606, At&: Managing Director |
| 2.696 | Lease agreement | 977 | Waterfront Lakes Town Center, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.697 | Lease Agreement | 612 | West Acres Development, LLP | Box 9978, Fargo, North Dakota 58106-9978, |
| 2.698 | Lease Agreement | 1,342 | WEST FARMS MALL, LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.699 | Lease Agreement | 977 | Westland Garden State Plaza Limited Partnership | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.700 | Lease Agreement | N/A | Westland Mall Partners, LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, Califomia 90025 |
| 2.701 | Lease Agreement | 1,797 | Woodfield Mall LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.702 | Lease agreement for premises | 1,342 | 230 Clarendon Street, LLC | 230 Clarendon Street, LLC , Gregory Wing, Manager, 12 Trotting Horse Drive, Lexington, Massachusetts 02421 |
| 2.703 | Lease agreement for premises | 247 | Algonquin Commons LLC and Algonquin Phase I Associates, LLC | c/o Mid-America Asset Management, Inc Attn: Jean M Zoerner, One Parkview Plaza, 9th Fl, Oakbrook Terrace, IL 60181 |
| 2.704 | Lease agreement for premises | 2,438 | Ameream LLC | c/o Ameream Management LLC, One Meadowlands Plaza, Sixth Floor, Eash Rutherford, New Jersey 07073 |
| 2.705 | Lease agreement for premises | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.706 | Lease agreement for premises | 397 | AP Newbury Street Portfolio #1, LLC | 1616 Camden Road, Suite 210, Charlotte, NC 28203 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.707 | Lease agreement for premises | 671 | Arden Fair Associates, LP | c/o Macerich Mgmt Co As Agent For Arden Fair Associates, LP, , Dept 2596-7000, Los Angeles, CA 90084-2596 |
| 2.708 | Lease agreement for premises | 247 | Arizona Mills Mall, LLC | 225 West Washington St, Indianapolis, Indiana 46204 |
| 2.709 | Lease agreement for premises | 306 | Arrowhead Towne Center LLC | 7700 W Arrowhead Towne Center Drive, Glendale, Arizona 85308, Arrowhead Towne Center Drive, c/o Macerish, POBox 2172, 401 Wilshire Bouleward, Suite 700, Santa Monica, California, 90407 |
| 2.710 | Lease agreement for premises | 1,342 | Arundel Mills Limited Partnership | 225 West Washington St, Indianapolis, Indiana 46204 |
| 2.711 | Lease agreement for premises | 977 | Chelsea Pocono Finance, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.712 | Lease agreement for premises | N/A | Colorado Mills Mall Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.713 | Lease Agreement for premises | 1,342 | Corso, LLC | 404 Broadway, Suite 302, New York, NY 10013 |
| 2.714 | Lease agreement for premises | 612 | CPG Mercedes, LP | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.715 | Lease agreement for premises | 247 | CPG Mercedes, LP | 105 Eisenhower Parkway, 1st Floor, Roseland, NJ 07068-1029 |
| 2.716 | Lease agreement for premises | N/A | Fashion Valley Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.717 | Lease agreement for premises | 1,066 | GALLERIA AT WOLFCHASE, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.718 | Lease agreement for premises | 977 | GGP Northridge Fashion Center, LP | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.719 | Lease agreement for premises | N/A | GGP-Grandville LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.720 | Lease agreement for premises | 247 | GGP-Providence Place LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.721 | Lease agreement for premises | 612 | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver – Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc, 6365 Halcyon Way, Ste 970, Alpharetta, GA 30005, Attention: Retail Documents |
| 2.722 | Lease agreement for premises | 1,342 | MALL AT POTOMAC MILLS, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.723 | Lease agreement for premises | N/A | Mall at Rockingham, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.724 | Lease agreement for premises | N/A | Mall at White Oaks, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.725 | Lease agreement for premises | 306 | MCM Properties, Ltd | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.726 | Lease agreement for premises | 612 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.727 | Lease agreement for premises | N/A | Natick Mall, LLC | c/o Natick Mall, 110 N Wacker Dr, Chicago, IL 60606, Attn: Law/Lease Administration Department, Natick Mall, 1245 Worcester St; Suite 1218, Natick, MA 01760, Attn: General Manager |
| 2.728 | Lease agreement for premises | 247 | Newport Center, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.729 | Lease agreement for premises | 1,342 | Norfolk Outlets, LLC | c/o Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.730 | Lease agreement for premises | 612 | North Point Mall, LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107, REEP-RTL NPM GA LLC, C/O NewYork Life Insurance Company, 51 Madison Avenue, NewYork, NewYork 10010, Attn: North Point Mall, 1000 North Point Circle, Alpharetta, Georgia, 30022, Attn: General Manager |
| 2.731 | Lease agreement for premises | N/A | North Town Mall LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, North Town Mall, 4750 North Division, Spokane, WW 99207, Attn: General Manager |
| 2.732 | Lease agreement for premises | 612 | Omaha Outlets SPE, LLC | 21209 Nebraska Crossing Drive, #C-100, Gretna, Nebraska 68028, Century Development, 1505 N 203rd Street, Elkhorn, Nebraska 68022, James Lang, Laughlin, Peterson & Lang, 11718 Nicholas Street, Suite 101, Omaha, Nebraska 68154-4413 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.733 | Lease agreement for premises | 247 | OPUS Northwest, LLC | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J Osmundson |
| 2.734 | Lease agreement for premises | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Wpg, 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.735 | Lease agreement for premises | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, PFP Columbus II, LLC, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204 |
| 2.736 | Lease agreement for premises | 612 | PHILADELPHIA PREMIUM OUTLETS, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.737 | Lease agreement for premises | N/A | PLAZA FRONTENAC ACQUISITION, LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.738 | Lease agreement for premises | N/A | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc, CBL Center, , Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.739 | Lease agreement for premises | 612 | Premium Outlet Partners LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.740 | Lease agreement for premises | 977 | Premium Outlet Partners, LP | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.741 | Lease agreement for premises | 612 | Prime Outlets at Pleasant Prarie II LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.742 | Lease agreement for premises | 612 | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 |
| 2.743 | Lease agreement for premises | 1,342 | QUAKER BRIDGE MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.744 | Lease agreement for premises | 306 | Queens Center SPE LLC | 90-15 Queens Boulevard, Elmhurst, New York 11373, Queens Center SPE LLC, Macerich, PO Box2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Department |
| 2.745 | Lease agreement for premises | 1,066 | ROCKAWAY CENTER ASSOCIATES, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.746 | Lease agreement for premises | N/A | RPT Realty, LP f/k/a Ramco-Gershenson Properties, LP | c/o Kimco Realty Corporation, Attn: Legal Department, 500 North Broadway, Suite 201, Jericho, NY 11753 |
| 2.747 | Lease agreement for premises | N/A | SIMON PROPERTY GROUP (TEXAS), LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.748 | Lease agreement for premises | 612 | SRE HAWKEYE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, NC 27408 |
| 2.749 | Lease agreement for premises | 3,534 | Tanger Nashville, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.750 | Lease agreement for premises | N/A | TANGER NATIONAL HARBOR, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.751 | Lease agreement for premises | 336 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.752 | Lease agreement for premises | 247 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.753 | Lease agreement for premises | 977 | TEMECULA TOWN CENTER ASSOCIATES, LLC | 50 Public Square, Suite 1360, Cleveland, OH 44113-2267 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.754 | Lease agreement for premises | 612 | THE CONNECTICUT POST LIMITED PARTNERSHIP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, 11601 WILSHIRE BOULEVARD, 12TH FLOOR |
| 2.755 | Lease agreement for premises | 1,342 | THE CONNECTICUT POST LIMITED PARTNERSHIP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.756 | Lease agreement for premises | 306 | TWMB ASSOCIATES, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.757 | Lease agreement for premises | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |
| 2.758 | Lease agreement for premises | N/A | WG PARK, LP | c/o Preit Services, LLC, 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.759 | Lease agreement for premises | 612 | WILLIAMSBURG OUTLETS, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.760 | Lease agreement for premises | 977 | Woodburn Premium Outlets, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.761 | Lease agreement for premises | 671 | YTC Mall Owner, LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA, 90067 |
| 2.762 | Lease Amendment | 612 | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | PO Box 7033, Indianapolis, Indiana 46207 |
| 2.763 | Lease Amendment | N/A | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 , Attn: Eli Gindi |
| 2.764 | Lease Amendment | 1,342 | BELLWETHER PROPERTIES OF MASSACHUSETTS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.765 | Lease Amendment | 1,066 | HAMILTON TC, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.766 | Lease Amendment | N/A | PENN ROSS JOINT VENTURE | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.767 | Lease Amendment | 1,708 | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.768 | Lease Amendment Agreement | 612 | G&L Building Corp | 39 Division Street, Second Floor, PO Box 3110, Sag Harbor, NY 11963 |
| 2.769 | Lease Amendment and Extension Agreement 1 | N/A | QUAIL SPRINGS MALL, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.770 | Lease Amendment and Extension Agreement 3 | N/A | QUAIL SPRINGS MALL, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.771 | Lease Amendment no 1 | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.772 | Lease Amendment no 2 | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.773 | Lease Amendment No. 1 | N/A | Brandon Shopping Center Partners, LTD | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 Attn: Legal Department |
| 2.774 | Lease Amendment No. 1 | N/A | Broward Mall, LLC | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 |
| 2.775 | Lease Amendment No. 11 | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.776 | Lease Amendment No. 12 | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.777 | Lease Amendment No. 2 | N/A | Brandon Shopping Center Partners, LTD | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 Attn: Legal Department |
| 2.778 | Lease Amendment No.1 | N/A | Montgomery Mall LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |
| 2.779 | Lease Amendment No.2 | 336 | Mall at Solomon Pond, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.780 | Lease Commencement Date Memorandum for premises | N/A | RPT Realty, LP f/k/a Ramco-Gershenson Properties, LP | c/o Kimco Realty Corporation, Attn: Legal Department, 500 North Broadway, Suite 201, Jericho, NY 11753 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.781 | Lease Extension Agreement | N/A | CBL/Westmoreland LP | c/o CBL & Associates Properties Inc , 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.782 | Lease for distribution center premises | 2,439 | Bath & Body Works Logistics Services, LLC | Limited Logistics Services, Inc., Two Limited Parkway, Columbus, OH 43230, Attn: Vice President, DC Operations |
| 2.783 | Lease for store premises | N/A | 17 N. State LLC | c/o Marc Realty 55 E. Jackson Blvd., Suite 500, Chicago IL 60604, Attn. Elliot Weiner |
| 2.784 | Lease for store premises | 1,343 | 230 Clarendon Street, LLC | 230 Clarendon Street, LLC , Gregory Wing, Manager, 12 Trotting Horse Drive, Lexington, Massachusetts 02421 |
| 2.785 | Lease for store premises | N/A | 31St Steinway Partners LLC | 140 East 45st, New York, New York 10017 |
| 2.786 | Lease for store premises | 613 | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | P.O. Box 7033, Indianapolis, Indiana 46207 |
| 2.787 | Lease for store premises | N/A | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 , Attn: Eli Gindi |
| 2.788 | Lease for store premises | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.789 | Lease for store premises | 248 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010 |
| 2.790 | Lease for store premises | 95 | 555 11TH OWNER L.L.C. | 555 11th Owner L.L.C., c/o Rockrose Development L.L.C., 15 East 26th Street, 7th floor, New York, New York 10010, Attention: Ted Traum |
| 2.791 | Lease for store premises | 613 | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.792 | Lease for store premises | 248 | Acadiana Mall CMBS, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.793 | Lease for store premises | N/A | Alderwood Mall L.L.C. | c/o Alderwood Mall 350 N. Orleans St. Suite 300, Chicago, IL 60654-1607 |
| 2.794 | Lease for store premises | 248 | Algonquin Commons LLC and Algonquin Phase I Associates, LLC | c/o Mid-America Asset Management, Inc. Attn: Jean M. Zoerner, One Parkview Plaza, 9th Fl, Oakbrook Terrace, IL 60181 |
| 2.795 | Lease for store premises | 1,343 | Allen Premium Outlets, L.P. | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ, 07960 |
| 2.796 | Lease for store premises | 612 | Allstate Road (Edens), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 |
| 2.797 | Lease for store premises | 613 | Allstate Road (Edens), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 |
| 2.798 | Lease for store premises | 613 | Altamonte Mall, LLC | c/o Altamonte Mall, 110 N. Wacker Dr. Chicago, IL 60606 Attn: Law/Lease Administration Department |
| 2.799 | Lease for store premises | N/A | ALTO 900 Lincoln Road, LP | ALTO 900 Lincoln Road, LP, 800 North High Street, Columbus, OH 43215, Attention: Dor Dezalovsky, 800 North High Street, Columbus, OH 43215, Attention: Dor Dezalovsky, Copy to, 1400 16th Street, Suite 600, Denver, CO 80202, Attention: David J Katalinas, Esq |
| 2.800 | Lease for store premises | N/A | ALTO 900 Lincoln Road, LP | ALTO 900 Lincoln Road, LP, 800 North High Street, Columbus, OH 43215, Attention: Dor Dezalovsky, Moye White LLP, 1400 16th Street, Suite 600, Denver, CO 80202, Attention: David J. Katalinas, Esq. |
| 2.801 | Lease for store premises | N/A | Amarillo Mall, LLC | Amarillo Partners, L.P. , 124 Johnson Ferry Road, NE , Atlanta, GA 30328 , Attn: Asset ManagedWestgate Mall |
| 2.802 | Lease for store premises | 2,439 | Ameream LLC | c/o Ameream Management LLC, One Meadowlands Plaza, Sixth Floor, Eash Rutherford, New Jersey 07073 |
| 2.803 | Lease for store premises | 613 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.804 | Lease for store premises | 248 | AP 1519-1521 WALNUT ST., LP | AP 1519-1521 WALNUT ST., LP, 1616 Camden Road , Suite 210 , Charlotte, NC 28203 , Attn: Seth Black , Telephone: 704-423-1660 |
| 2.805 | Lease for store premises | 672 | Arden Fair Associates, L.P. | c/o Macerich Mgmt Co As Agent For Arden Fair Associates, L.P., , Dept. 2596-7000, Los Angeles, CA 90084-2596 |
| 2.806 | Lease for store premises | 248 | Arizona Mills Mall, LLC | 225 West Washington St, Indianapolis, Indiana 46204 |
| 2.807 | Lease for store premises | 307 | Arrowhead Towne Center LLC | 7700 W. Arrowhead Towne Center Drive, Glendale, Arizona 85308 |
| 2.808 | Lease for store premises | 1,343 | Arundel Mills Limited Partnership | 225 West Washington St, Indianapolis, Indiana 46204 |
| 2.809 | Lease for store premises | 612 | Ashville Retail Associates LLC | c/o New England Development, One Wells Avenue, Newtown, Massachusetts 02459 |
| 2.810 | Lease for store premises | 613 | Ashville Retail Associates LLC | c/o New England Development, One Wells Avenue, Newtown, Massachusetts 02459 |
| 2.811 | Lease for store premises | 977 | ATLANTA OUTLET SHOPPES, LLC | c/o Horizon Group Properties, LP , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 , Atlanta Outlet Shoppes, LLC, c/o CBL & Associates Management, Inc, CBL Center- Suite 500, 2030 Hamilton Place Boulevard Chattanooga, TN 37421, Attention: General Counsel |
| 2.812 | Lease for store premises | 978 | ATLANTA OUTLET SHOPPES, LLC | c/o Horizon Group Properties, L.P. , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 |
| 2.813 | Lease for store premises | 613 | Atlantic City Associates, LLC | c/o Tanger Management, LLC, 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408, Attn: Legal Department |
| 2.814 | Lease for store premises | 613 | Atlantic Town Center, L.L.C. | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President |
| 2.815 | Lease for store premises | 613 | Augusta Mall, LLC | c/o Augusta Mall, LLC, 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.816 | Lease for store premises | 2,439 | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd., 19501 Biscayne Boulevard, Suite 400, Aventura, Florida 33180 |
| 2.817 | Lease for store premises | 613 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.818 | Lease for store premises | 978 | Battlefield Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.819 | Lease for store premises | 613 | Bay Street Centercal, LLC | Bay St. Emeryville Limited Partnership, Sixteenth Floor, Seven West Seventh Street, Cincinnatio, OH 45202 |
| 2.820 | Lease for store premises | N/A | Baybrook Mall, LLC | c/o Baybrook Mall, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.821 | Lease for store premises | N/A | Baybrook Mall, LLC | c/o Baybrook Mall, 110 N. Wacker Dr, Chicago, IL 60606 |
| 2.822 | Lease for store premises | 247 | Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE , 110 N Wacker Dr , Chicago, IL 60606 , Attn: Law/Lease Administration Department |
| 2.823 | Lease for store premises | 247 | Beachwood Place Mall, LLC | c/o Beachwood Place, 110 N Wacker Dr , Chicago, IL 60606 , Attn: Law/Lease Administration Department |
| 2.824 | Lease for store premises | 248 | Beachwood Place Mall, LLC | c/o Beachwood Place, 110 N. Wacker Dr. , Chicago, IL 60606 , Attn: Law/Lease Administration Department |
| 2.825 | Lease for store premises | N/A | Belden Mall LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 |
| 2.826 | Lease for store premises | N/A | Bellevue Square, LLC | P.O. Box 908, Bellevue, Washington 98009 |
| 2.827 | Lease for store premises | 1,342 | BELLWETHER PROPERTIES OF MASSACHUSETTS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.828 | Lease for store premises | 1,343 | BELLWETHER PROPERTIES OF MASSACHUSETTS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.829 | Lease for store premises | 613 | BELLWETHER PROPERTIES OF SOUTH CAROLINA LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.830 | Lease for store premises | 612 | Bergen Mall Owner LLC | 210 Route 4, East Paramus, New Jersey 07652 |
| 2.831 | Lease for store premises | 613 | Bergen Mall Owner LLC | 210 Route 4, East Paramus, New Jersey 07652 |
| 2.832 | Lease for store premises | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.833 | Lease for store premises | 248 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc., 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.834 | Lease for store premises | 613 | Birch Run Outlets II, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.835 | Lease for store premises | 613 | BOARDWALK ROUTH LLC | 540 Boardwalk Blvd., Bossier City, LA 71111 |
| 2.836 | Lease for store premises | N/A | Boise Mall, LLC | c/o Price Developmentcompany, Limited Partnership, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.837 | Lease for store premises | N/A | Boise Mall, LLC | c/o Price Developmentcompany, Limited Partnership, 110. N. Wacker Dr. Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.838 | Lease for store premises | 247 | Braintree Property Associates Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.839 | Lease for store premises | 248 | Braintree Property Associates Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.840 | Lease for store premises | N/A | Brandon Shopping Center Partners, LTD | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 Attn: Legal Department |
| 2.841 | Lease for store premises | 247 | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.842 | Lease for store premises | 248 | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.843 | Lease for store premises | 613 | BRICKELL CITY CENTRE RETAIL LLC | Three , Brickell City Centre, 98 SE 7 Street, Suite 500, Miami, Florida 33131 |
| 2.844 | Lease for store premises | 612 | BRICKELL CITY CENTRE RETAIL LLC | Three , Brickell City Centre, 98 SE 7 Street, Suite 500, Miami, Florida 33131 |
| 2.845 | Lease for store premises | 612 | BRIDGE GROUP INVESTMENTS II, LLC | 5752 Country Club Pkwy, San Jose, CA 95138, Steerpoint Capital II, LLC, 1150 S Olive St, Suite 10-133, Los Angeles, CA 90015 |
| 2.846 | Lease for store premises | 613 | BRIDGE GROUP INVESTMENTS II, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.847 | Lease for store premises | 247 | Bridgewater Commons Mall II, LLC | c/o Bridgewater Commons, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.848 | Lease for store premises | 248 | Bridgewater Commons Mall II, LLC | c/o Bridgewater Commons, 110. N. Wacker Dr. Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.849 | Lease for store premises | N/A | Brookfield Square Joint Venture | CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, , Attention: President, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084 , , Attention: General Manager, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084, , Attention: Property Accounts Manager, |
| 2.850 | Lease for store premises | N/A | Brookfield Square Joint Venture | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.851 | Lease for store premises | 248 | BROOKLYN KINGS PLAZA LLC | 210 Route 4, East Paramus, New Jersey 07652 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.852 | Lease for store premises | 1,343 | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017 |
| 2.853 | Lease for store premises | N/A | Broward Mall, LLC | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 |
| 2.854 | Lease for store premises | 247 | Brunswick Square Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204, Brunswick Square Mall, LLC c/o Spinoso Real Estate Group, DLS, LLC 112 Northern Concourse North Syracuse, NY 13212, , Attn: Lease Administration, Brunswick Square Mall, LLC 180 East Broad Street, FL 21 Columbus, OH 43215, , Attn: Legal |
| 2.855 | Lease for store premises | 248 | Brunswick Square Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.856 | Lease for store premises | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.857 | Lease for store premises | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.858 | Lease for store premises | 398 | Campana 125, LLC c/o David Adam Realty | 57 Wilton Rd., Westport, CT 06880 |
| 2.859 | Lease for store premises | 247 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.860 | Lease for store premises | 248 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.861 | Lease for store premises | 613 | Carolina Place L.L.C | c/o Carolina Place L.L.C, 110. N. Wacker Dr. Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.862 | Lease for store premises | 1,067 | CASTLETON SQUARE, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.863 | Lease for store premises | 1,343 | Causeway LLC | 3301 Veterans Blvd., St. 209 Metairie, Louisiana 70002 |
| 2.864 | Lease for store premises | 978 | CBL SM-Brownsville, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 , Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.865 | Lease for store premises | N/A | CBL/Westmoreland L.P. | c/o CBL & Associates Properties . Inc ., 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.866 | Lease for store premises | 613 | CBL-Friendly Center CMBS, LLC | CBL-TRS Friendly Center 2023, LLC, 2030 Hamilton Place Blvd., Suite 500, Chattanooga, TN 37421 Attn: Shared Services |
| 2.867 | Lease for store premises | N/A | CBL-TRS FRIENDLY CENTER 2023, LLC | 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, Tennessee 37421 |
| 2.868 | Lease for store premises | N/A | CENTENNIAL VANCOUVER MALL LLC | 8750 North Central Expressway, Suite 1740, Dallas, TX 75231 |
| 2.869 | Lease for store premises | 248 | CF Murfressboro Associates | c/o Cousins Properties Incorporated Attn: Corporate Secretary, 191 Peachtree Street, Suite 3600, Atlanta, GA 30303 |
| 2.870 | Lease for store premises | 248 | CHAMPAIGN MARKET PLACE L.L.C. | 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| 2.871 | Lease for store premises | 337 | Charles Mall Company Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.872 | Lease for store premises | 248 | Charlotte Outlets, LLC | c/o Simon Property Group - Premium Outlets, 105 Eisenhower Parkway, 1st Fl, Roseland, NJ 07068-1029 |
| 2.873 | Lease for store premises | 248 | Chelsea Las vegas Holdings, LLC | Premium Outlets, 105 Eisenhower Parkway, Roseland, NJ 07068-1029 |
| 2.874 | Lease for store premises | 978 | Chelsea Pocono Finance, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.875 | Lease for store premises | 248 | Cherry Hill Center, LLC | Preit Services, LLC, 200 Broad Street, 3rd Floor, Philadelphia, Pennsylvania 19102 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.876 | Lease for store premises | N/A | Cherryvale Mall, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.877 | Lease for store premises | 613 | Chicago Premium Outlets Expansion, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.878 | Lease for store premises | 612 | Chicago Ridge, LLC | SRP Property Management, LLC, One East Wacker Drive, Suite 3700, Chicago, Illinois 60601 Attention: Lease Coordination, Star-West Chicago Ridge, LLC 444 Chicago Ridge Mall Drive, Chicago Ridge, Illinois 60415 Attention: General Manager, German American Captial Corporation 60 Wall Street, 10th Floor New York, New York 10005 Attention: Robert W Pettinator, Jr, Kaye Scholer, LLP 425 Park Avenue, New York, New York 10022 Attention: Jeannie Bionda, Esq |
| 2.879 | Lease for store premises | 613 | Chicago Ridge, LLC | c/o Starwood Retail Partners, LLC, One East Wacker Drive, Suite 3700, Chicago, Illinois 60601 |
| 2.880 | Lease for store premises | N/A | Christiana Mall LLC | c/o Cristiana Mall, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.881 | Lease for store premises | N/A | Christiana Mall LLC | c/o Cristiana Mall, 110. N. Wacker Dr. Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.882 | Lease for store premises | 612 | CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC , 1190 Interstate Parkway , Augusta, Georgia 30909 |
| 2.883 | Lease for store premises | 613 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.884 | Lease for store premises | 613 | Clarkamas Mall L.L.C | c/o Clackamas Town Center, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| 2.885 | Lease for store premises | 1,343 | Coastal Grand CMBS, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.886 | Lease for store premises | 978 | COCONUT POINT TOWN CENTER, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.887 | Lease for store premises | N/A | Colorado Mills Mall Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.888 | Lease for store premises | 248 | Columbia Mall L.L.C. | c/o Columbia Mall (MO), 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.889 | Lease for store premises | 247 | Columbia Mall LLC | c/o Columbia Mall (MO), 110 N Wacker Dr, Chicago, IL 60606, Columbia Mall (MO) , 2300 Bernadette Dr , Columbia, MO 65203 , Attn: General Manager |
| 2.890 | Lease for store premises | 978 | COLUMBIANA CENTRE, LLC | c/o COLUMBIANA CENTRE, LLC, 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.891 | Lease for store premises | 978 | COLUMBUS OUTLETS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.892 | Lease for store premises | 978 | Coolsprings Mall, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.893 | Lease for store premises | N/A | CORAL RIDGE MALL, LLC | c/o Coral Ridge Mall, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration , Department |
| 2.894 | Lease for store premises | 1,067 | CORAL-CS/LTD. ASSOCIATES | s 225 West Washington, Street, Indianapolis, Indiana 46204 |
| 2.895 | Lease for store premises | 247 | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 |
| 2.896 | Lease for store premises | 248 | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.897 | Lease for store premises | 1,037 | COROC/REHOBOTH III L.L.C. | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.898 | Lease for store premises | 978 | COROC/RIVIERA L.L.C. | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.899 | Lease for store premises | 977 | COROC/RIVIERA LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.900 | Lease for store premises | 248 | Corpus Christi Retail Venture, LP | P.O. Box 843945, Dallas, TX 75284-3945 |
| 2.901 | Lease for store premises | 1,343 | Corso, LLC | 404 Broadway, Suite 302, New York, NY 10013 |
| 2.902 | Lease for store premises | 733 | Country Club Place JV, L.L.C. | 200 East Long Lake Road, Suite 300, , Bloomfield Hills, Michigan 48304-2324 |
| 2.903 | Lease for store premises | 247 | CP Commercial Delaware, LLC | c/o Robert L Stark Enterprises, Inc, 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L Stark |
| 2.904 | Lease for store premises | 248 | CP Commercial Delaware, LLC | c/o Robert L. Stark Enterprises, Inc., 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L. Stark |
| 2.905 | Lease for store premises | 247 | CPG FINANCE II LLC | c/o SIMON Property Group - Premium Outlets, 225 West, 28 Washington Street, Indianapolis, Indiana 46204-3438; Attention: Lease Administration for 29 Vacaville Premium Outlets |
| 2.906 | Lease for store premises | 248 | CPG FINANCE II LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.907 | Lease for store premises | 248 | CPG HOUSTON HOLDINGS, L.P. | 105 Eisenhower Parkway, 1st Floor, Roseland, NJ 07068-1029 |
| 2.908 | Lease for store premises | 247 | CPG HOUSTON HOLDINGS, LP | 105 Eisenhower Parkway, 1st Floor, Roseland, NJ 07068-1029 |
| 2.909 | Lease for store premises | 248 | CPG Mercedes, L.P. | 105 Eisenhower Parkway, 1st Floor, Roseland, NJ 07068-1029 |
| 2.910 | Lease for store premises | 978 | CPG Partners, L.P. | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.911 | Lease for store premises | 613 | CPG PARTNERS, L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.912 | Lease for store premises | 613 | CPG PARTNERS, L.P. | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.913 | Lease for store premises | 612 | CPG PARTNERS, LP | c/o Simon Property Group, 225 West, 10 Washington Street, Indianapolis, IN 46204-3438 |
| 2.914 | Lease for store premises | 612 | CPG PARTNERS, LP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.915 | Lease for store premises | 978 | CPG Round Rock, L.P. | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.916 | Lease for store premises | 977 | CPG Round Rock, LP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.917 | Lease for store premises | 612 | Craig Realty Group - Castle Rock, LLC | 4100 MacArthur Boulevard, Suite 200, Newport Beach, CA 92660 |
| 2.918 | Lease for store premises | 613 | Craig Realty Group - Castle Rock, LLC | 4100 MacArthur Boulevard, Suite 200, Newport Beach, CA 92660 |
| 2.919 | Lease for store premises | 978 | CRAIG REALTY GROUP — TUcARE, LLC | 2100 W. 7th Street, Fort Worth, Texas 76107 |
| 2.920 | Lease for store premises | 248 | Cross Creek Mall SPE, L.P. | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.921 | Lease for store premises | 1,372 | Cross gates Mall General Company Newco, LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.922 | Lease for store premises | 15 | Crossroads Mall Realty Holding LLC | Joseph M. Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122 |
| 2.923 | Lease for store premises | 612 | Crystal Run Galleria LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.924 | Lease for store premises | 613 | Crystal Run Galleria LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.925 | Lease for store premises | 612 | CVM Holdings, LLC | c/o Pacific CVM Management, LLC, 110 N Wacker Dr, Chicago, IL 60606, CVM Holdings, LLC, c/o Crabtree Valley Mall, 4325 Glenwood Avenue, Raleigh, North Carolina 27612, Attn: Mall Management Office |
| 2.926 | Lease for store premises | 613 | CVM Holdings, LLC | c/o Pacific CVM Management, LLC., 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.927 | Lease for store premises | 1,403 | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 06810-7422, Attn: Center Manager |
| 2.928 | Lease for store premises | 1,343 | DDR Urban LP | 3300 Enterprise Parkway , Beachwood, Ohio 44122 , Attention: Executive Vice President-Leasing , Federal I.D. # 34-1861748 |
| 2.929 | Lease for store premises | 1,343 | Deerbrook Mall, LLC | c/o Deerbrook Mall, 110 N Wacker Dr., Chicago, IL 60606, Attn: Law/Lease Administration Department |
| 2.930 | Lease for store premises | 613 | Del Amo Fashion Center Operating Company, LLC. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.931 | Lease for store premises | 613 | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 |
| 2.932 | Lease for store premises | 612 | Denver Premium Outlets, LLC | c/o Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960, c/o Simon Property Group 225 West Washington Street, Indianapolis, IN 46204-3438 |
| 2.933 | Lease for store premises | 613 | Denver Premium Outlets, LLC | c/o Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.934 | Lease for store premises | 1,343 | Destin Commons, LTD. | Destin Commons, LTD. c/o Turnberry Associates., 19501 Biscayne Boulevard, Suite 400, Aventura, Florida, 33180 Attention: Legal Department/leasing Attorney |
| 2.935 | Lease for store premises | 977 | Dolphin Mall Associates LLC | Dolphin Mall Associates LLC, Department 189501,PO Box 67000, Detroit, Michigan 48267-1895 |
| 2.936 | Lease for store premises | 978 | Dolphin Mall Associates LLC | 200 East Long Lake Road, P. O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.937 | Lease for store premises | N/A | Dos Lagos Squared LLC and Bravo Whiskey Properties LLC | 2780 Cabot Drive, Suite 140, Corona, CA 92883 |
| 2.938 | Lease for store premises | 337 | E3 Realty MA Advisors, LLC (Receiver) and Mall at Solomon Pond, LLC | 110 N. Pacific Coast Highway, Suite 1925, El Segundo, CA 90245 and 601 Donald Lynch Boulevard, Marlborough, MA 01752 |
| 2.939 | Lease for store premises | 3,381 | Easton Town Center II, LLC | c/o Steiner Real Estate Services, LLC, 4016 Townsfair Way, Suite 201, Columbus, Ohio 43219 |
| 2.940 | Lease for store premises | 3,382 | Easton Town Center II, LLC | c/o Steiner Real Estate Services, LLC, 4016 Townsfair Way, Suite 201, Columbus, Ohio 43219 |
| 2.941 | Lease for store premises | 1,342 | Eastview Mall, LLC | 1265 Scottsville Road, Rochester, NY 14624 |
| 2.942 | Lease for store premises | 1,343 | Eastview Mall, LLC | 1265 Scottsville Road, Rochester, NY 14624 |
| 2.943 | Lease for store premises | 612 | EDISON MALL, LLC | EDISON MALL, LLC, WPG, 4900 East Dublin Granville Road, 4, th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.944 | Lease for store premises | 613 | EDISON MALL, LLC | EDISON MALL, LLC, WPG, 4900 East Dublin Granville Road, 4, th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.945 | Lease for store premises | 247 | Eklecco Newco LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.946 | Lease for store premises | 248 | Eklecco Newco LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.947 | Lease for store premises | 977 | EL PASO OUTLET CENTER LLC | c/o Horizon Group Properties, LP , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 , El Paso Outlet Center LLC c/o CBL & Associates ~anagement, Inc CBL Center - Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN 37421 Attention: General Counsel |
| 2.948 | Lease for store premises | 978 | EL PASO OUTLET CENTER LLC | c/o Horizon Group Properties, L.P. , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 |
| 2.949 | Lease for store premises | 1,342 | El Portal Center LLC | c/o Horizon Group Properties, LP , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 |
| 2.950 | Lease for store premises | 1,343 | El Portal Center LLC | c/o Horizon Group Properties, L.P. , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 |
| 2.951 | Lease for store premises | 613 | Elmwood Retail Properties, L.L.C. | c/o Lauricella Land Company, L.L.C. 1200 South Clearview Parkway, Suite 1166, New Orleans, LA 70123, Attn: Mr. Louis Lauricella, Phone: 504-733-1800, Fax: 504-733-4598 |
| 2.952 | Lease for store premises | 612 | Elmwood Retail Properties, LLC | c/o Lauricella Land Company, LLC 1200 South Clearview Parkway, Suite 1166, New Orleans, LA 70123, Attn: Mr Louis Lauricella, Phone: 504-733-1800, Fax: 504-733-4598 |
| 2.953 | Lease for store premises | 1,066 | EMI SANTA ROSA LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.954 | Lease for store premises | 1,067 | EMI SANTA ROSA LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.955 | Lease for store premises | 1,066 | EMPIRE MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.956 | Lease for store premises | 1,067 | EMPIRE MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.957 | Lease for store premises | N/A | EWH Escondido Associates, L.P. and North County Fair LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 |
| 2.958 | Lease for store premises | 248 | Fairfax Company of Virginia L.L.C. | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.959 | Lease for store premises | 247 | Fairfax Company of Virginia LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.960 | Lease for store premises | 671 | Fashion Centre Mall, LLC | Fashion Centre Mall, LLC, Po Box 402792, Atlanta, Georgia 3084-2792, Westerville, Ohio 43081 |
| 2.961 | Lease for store premises | 672 | Fashion Centre Mall, LLC | M.S. Management Associates Inc., 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.962 | Lease for store premises | 977 | FASHION OUTLETS AT FOXWOODS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.963 | Lease for store premises | 978 | FASHION OUTLETS AT FOXWOODS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.964 | Lease for store premises | 1,709 | Fashion Outlets of Chicago LLC | 5220 Fashion Outlets Way, Rosemont, IL 60018-4811 |
| 2.965 | Lease for store premises | 248 | FASHION PLACE, LLC | c/o Fashion Place, LLC 350 N. Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.966 | Lease for store premises | N/A | Fashion Show Mall LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.967 | Lease for store premises | N/A | Fashion Show Mall LLC | 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.968 | Lease for store premises | 248 | Fashion Valley Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.969 | Lease for store premises | N/A | Fashion Valley Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.970 | Lease for store premises | 1,342 | Fayette Mall SPE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.971 | Lease for store premises | 1,343 | Fayette Mall SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.972 | Lease for store premises | N/A | FHB RETAIL PROPERTY, LLC | Fairbourne Properties, LLC , Attn: George Manojlovic, Senior Vice President , 200 South Michigan Avenue, Suite 400 , Chicago, Illinois 60604 |
| 2.973 | Lease for store premises | 2,074 | First Sterling Greenwich Corp. | c/o First Sterling Corporation, 1650 Broadway, Suite 1200, New York, NY, 10019 |
| 2.974 | Lease for store premises | 307 | Flatiron Property Holding, L.L.C. | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager |
| 2.975 | Lease for store premises | 306 | Flatiron Property Holding, LLC | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager |
| 2.976 | Lease for store premises | 612 | FLORIDA MALL ASSOCIATES, LTD | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.977 | Lease for store premises | 613 | FLORIDA MALL ASSOCIATES, LTD. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.978 | Lease for store premises | N/A | Forbes Taubman Orlando, L.L.C | 100 Galleria Officeentre, Suite 427, Southfield, Michigan 48034 |
| 2.979 | Lease for store premises | 33 | Forbes/Cohen Florida Properties Limited Partnership | 16156 Collections Center Drive, Chicago, Illinois 60693 |
| 2.980 | Lease for store premises | 978 | Forest Harlem Properties Limited Partnership | 4104 N. Harlem Avenue, Norridge, IL 60706 |
| 2.981 | Lease for store premises | N/A | Fox Hill Mall, LP | 11601 Wilshire Boulevard, 11th Fl, Los Angeles, California 90025 |
| 2.982 | Lease for store premises | 612 | Fox River Shopping Center, LLC | 110 N Wacker Dr, Chicago, IL, 60606 |
| 2.983 | Lease for store premises | 613 | Fox River Shopping Center, LLC | 110 N. Wacker Dr., Chicago, IL, 60606 |
| 2.984 | Lease for store premises | 612 | Fox Valley Mall LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.985 | Lease for store premises | 613 | Fox Valley Mall LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.986 | Lease for store premises | 248 | FRANCONIA TWO L.P. | 210 Route 4 East, Paramus, New Jersey 07652 |
| 2.987 | Lease for store premises | 247 | Franklin Mills Associates Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.988 | Lease for store premises | 248 | Franklin Mills Associates Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.989 | Lease for store premises | 306 | Freemall Associates, LLC | 3710 Route 9, Suite 1000, Freehold, NJ 07728-4895 |
| 2.990 | Lease for store premises | 307 | Freemall Associates, LLC | 3710 Route 9, Suite 1000, Freehold, NJ 07728-4895 |
| 2.991 | Lease for store premises | 978 | FSH ASSOCIATES L.P. | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.992 | Lease for store premises | 612 | G&L Building Corp | 39 Division Street, Second Floor, PO Box 3110, Sag Harbor, NY 11963 |
| 2.993 | Lease for store premises | 613 | G&L Building Corp | 39 Division Street, Second Floor, P.O. Box 3110, Sag Harbor, NY 11963 |
| 2.994 | Lease for store premises | 1,067 | GALLERIA AT WOLFCHASE, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.995 | Lease for store premises | 1,342 | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.996 | Lease for store premises | 1,343 | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.997 | Lease for store premises | 977 | Galveston Outlets, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.998 | Lease for store premises | 978 | Galveston Outlets, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.999 | Lease for store premises | 612 | GARRISON BOARDWALK ROUTH LLC | 540 Boardwalk Blvd, Bossier City, LA 71111 , Hartman Simons & Wood LLP, 6400 Powers Ferry Road NW, Suite 400, Atlanta, GA 30339, Attn: Lori E Kilberg, Esq |
| 2.1000 | Lease for store premises | N/A | GCP-Glenbrook L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1001 | Lease for store premises | N/A | GCP-Glenbrook LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1002 | Lease for store premises | 978 | Genesee Mall Realty, LLC | 2711 North Haskell Avenue, Suite 1700, Dallas, Texas 75204 |
| 2.1003 | Lease for store premises | 978 | GGP Northridge Fashion Center, LP | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1004 | Lease for store premises | 248 | GGP Staten Island Mall, LLC | c/o Staten Island Mall - Phase II, 110 N. Wacker Dr, Chicago, IL 60606 |
| 2.1005 | Lease for store premises | 248 | GGP-FOUR SEASONS L.L.C. | P.O. Box 86, Minneapolis, MN 55486-2427 |
| 2.1006 | Lease for store premises | 247 | GGP-FOUR SEASONS LLC | PO Box 86, Minneapolis, MN 55486-2427 |
| 2.1007 | Lease for store premises | N/A | GGP-Grandville L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1008 | Lease for store premises | 1,343 | GGP-MAINE MALL L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1009 | Lease for store premises | 248 | GGP-Providence Place LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1010 | Lease for store premises | 248 | GGP-Tucson Mall L.L.C | c/o Tucson Mall, 110 N. Wacker Dr. Chicago, IL 60606, Attn: Law/Lease Department |
| 2.1011 | Lease for store premises | 247 | GILROY PREMIUM OUTLETS, LLC | 105 Eisenhower Parkway, 1st Floor, Roseland, NJ 07068-1029 |
| 2.1012 | Lease for store premises | 248 | GILROY PREMIUM OUTLETS, LLC | 105 Eisenhower Parkway, 1st Floor, Roseland, NJ 07068-1029 |
| 2.1013 | Lease for store premises | 247 | Glendale I Mall Associates, LP | c/o Glendale Galleria, 110 N Wacker Dr, Chicago, IL, 60606 |
| 2.1014 | Lease for store premises | 248 | Glendale I Mall Associates, LP | c/o Glendale Galleria, 110 N. Wacker Dr., Chicago, IL, 60606 |
| 2.1015 | Lease for store premises | 612 | GLIMCHER SUPERMALL VENTURE, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.1016 | Lease for store premises | 613 | GLIMCHER SUPERMALL VENTURE, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.1017 | Lease for store premises | N/A | Govenor's Square Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1018 | Lease for store premises | N/A | Govenor's Square Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1019 | Lease for store premises | 977 | Grand Prarie Outlets, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1020 | Lease for store premises | 978 | Grand Prarie Outlets, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1021 | Lease for store premises | 671 | GRAPEVINE MILLS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1022 | Lease for store premises | 672 | GRAPEVINE MILLS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1023 | Lease for store premises | 428 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.1024 | Lease for store premises | 429 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.1025 | Lease for store premises | 1,709 | GREEN HILLS MALL TRG LLC | 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 |
| 2.1026 | Lease for store premises | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.1027 | Lease for store premises | 613 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.1028 | Lease for store premises | 1,066 | GREENWOOD PARK MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1029 | Lease for store premises | 1,067 | GREENWOOD PARK MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1030 | Lease for store premises | 1,342 | Gulf Coast Factory Shops Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1031 | Lease for store premises | 1,343 | Gulf Coast Factory Shops Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1032 | Lease for store premises | 977 | Gulfport Factory Shops Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1033 | Lease for store premises | 978 | Gulfport Factory Shops Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1034 | Lease for store premises | 248 | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1035 | Lease for store premises | 248 | Hamilton Place CMBS, LLC | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1036 | Lease for store premises | 1,066 | HAMILTON TC, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1037 | Lease for store premises | 1,067 | HAMILTON TC, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1038 | Lease for store premises | 613 | HG Galleria I, II, II, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1039 | Lease for store premises | 612 | HG Galleria I, II, II, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1040 | Lease for store premises | 248 | Holyoke Mall Company, L.P. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1041 | Lease for store premises | 247 | Holyoke Mall Company, LP | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1042 | Lease for store premises | N/A | HOOVER MALL LIMITED, L.L.C. | 350 N. Orleans St. , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department |
| 2.1043 | Lease for store premises | N/A | Hulen Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1044 | Lease for store premises | N/A | Hulen Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1045 | Lease for store premises | N/A | Imperial Valley Mall II, L.P. | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1046 | Lease for store premises | N/A | Imperial Valley Mall II, LP | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1047 | Lease for store premises | 1,343 | JERSEY SHORE PREMIUM OUTLETS, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1048 | Lease for store premises | 613 | JG ELIZABETH II, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.1049 | Lease for store premises | N/A | JG WINSTON-SALEM, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.1050 | Lease for store premises | 248 | JONES LANG LASALLE AMERICAS, INC. | Gregory T. Maloney, Receiver – Countryside Mall , c/o Jones Lang LaSalle Americas, Inc. , 6365 Halcyon Way, Ste. 970 , Alpharetta, GA 30005 , Attention: Retail Documents |
| 2.1051 | Lease for store premises | 248 | JORDAN CREEK TOWN CENTER, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1052 | Lease for store premises | 978 | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 34975 West Twelve Mile Road, Farmington Hills, Michigan, 48331 |
| 2.1053 | Lease for store premises | 248 | Kenwood Mall, L.L.C. | 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| 2.1054 | Lease for store premises | 612 | KEYSTONE-FLORIDA PROPERTY HOLDING CORP | 535 Madison Avenue, 6th Floor New York, New York 10022 |
| 2.1055 | Lease for store premises | 613 | KEYSTONE-FLORIDA PROPERTY HOLDING CORP | 535 Madison Avenue, 6th Floor New York, New York 10022 |
| 2.1056 | Lease for store premises | 613 | KILDEER VILLAGE SQUARE, LLC | 350 W Hubbard Street, Suite 450, Chicago, IL 60654-5606 |
| 2.1057 | Lease for store premises | 1,343 | KING OF PRUSSIA ASSOCIATES | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1058 | Lease for store premises | 978 | KITTERY PREMIUM OUTLETS, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1059 | Lease for store premises | 612 | KRE Broadway Owner, LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal, VORNADO BROADWAY MALL LLC c/o Vornado Realty LP 888 Seventh Avenue New York, New York 10019, Broadway Mall 358 B North Broadway Hicksville, New York 11801 |
| 2.1060 | Lease for store premises | 613 | KRE Broadway Owner, LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal |
| 2.1061 | Lease for store premises | N/A | KRE Colonie Owner LLC | 100 N. Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1062 | Lease for store premises | 248 | KRG Lansing Eastwood, LLC | KRG Lansing Eastwood, LLC, c/o Kite Realty Group, Attn: Asset Management, 30 South Meridian Street, Suite , 1100, Indianapolis, Indiana 46204 |
| 2.1063 | Lease for store premises | 977 | KS SPRINGFIELD LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1064 | Lease for store premises | 978 | KS SPRINGFIELD LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1065 | Lease for store premises | 612 | La Cantera Retail Limited Partnership | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1066 | Lease for store premises | 613 | La Cantera Retail Limited Partnership | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1067 | Lease for store premises | 247 | LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1068 | Lease for store premises | 248 | LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1069 | Lease for store premises | 613 | Lake Buena Vista Joint Venture, LLC | 1725 University Drive, Suite 420, Coral Springs, FL 33071 |
| 2.1070 | Lease for store premises | 1,067 | LAKELINE DEVELOPERS | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1071 | Lease for store premises | 248 | Lakeside Mall Property LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1072 | Lease for store premises | 613 | Las Vegas North Outlets, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1073 | Lease for store premises | 1,098 | LEHIGH VALLEY MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1074 | Lease for store premises | 613 | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N. Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver – Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc., 6365 Halcyon Way, Ste. 970, Alpharetta, GA 30005, Attention: Retail Documents |
| 2.1075 | Lease for store premises | 612 | Liberty Center, LLC | Liberty Center LLC, c/o Apollo Global Management, LLC, 9 West 57th Street, 15th Floor, New York, New York 10019, Attention: Skyler Little, Liberty Center LLC, c/o Bayer Properties, LLC, 2222 Arlington Avenue S, Birmingham, Alabama 35205, Attention: General Counse, , , copy to, c/o Centennial Advisory Services, LLC 2200 Magnolia Avenue South, Suite 101 Birmingham, Alabama 35205 Attention: Lease Administration, Troutman Pepper Hamilton Sanders LLP, 301 S College Street, Suite 3400, Charlotte, North Carolina 28202, Attention: Michael F Tomlinson |
| 2.1076 | Lease for store premises | 613 | Liberty Center, LLC | 9 West 57th Street, 42nd Floor, New York, NY 10019 |
| 2.1077 | Lease for store premises | 248 | LIGHTHOUSE PLACE PREMIUM OUTLETS, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1078 | Lease for store premises | N/A | Lincoln Plaza Center, L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1079 | Lease for store premises | N/A | Lincoln Plaza Center, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1080 | Lease for store premises | N/A | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1081 | Lease for store premises | 612 | LIVERMORE PREMIUM OUTLETS II, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1082 | Lease for store premises | 613 | LIVERMORE PREMIUM OUTLETS II, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1083 | Lease for store premises | N/A | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1084 | Lease for store premises | 612 | LOUISVILLE OUTLET SHOPPES, LLC | c/o Horizon Group Properties, LP, 5000 Hakes Drive, Suite 500, Muskegon, Michigan 49441 , Louisville Outlet Shoppes, LLC, c/o CBL & Associates Management, Inc, CBL Center-Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, TN 37421, Attention: General Counsel |
| 2.1085 | Lease for store premises | 613 | LOUISVILLE OUTLET SHOPPES, LLC | c/o Horizon Group Properties, L.P., 5000 Hakes Drive, Suite 500, Muskegon, Michigan 49441 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1086 | Lease for store premises | N/A | Louisville Retail Company, LLC | c/o CBRE Investment Management, 601 S Figueroa Street, 49th Floor, Los Angeles, California 90017, Attention: Asset Manager, c/o Fairbourne Properties, LLC 200 South Michigan Avenue, Suite 400 Chicago, IL 60604 Attention: Asset Manager |
| 2.1087 | Lease for store premises | 978 | LPF GENEVA COMMONS, LLC | 333 West Wacker Drive, Suite 2300, Chicago, Illinois 60606 |
| 2.1088 | Lease for store premises | N/A | LYNNHAVEN MALL L.L.C. | 350 N. Orleans St., Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration Department |
| 2.1089 | Lease for store premises | 613 | M & J – BIG WATERFRONT TOWN CENTER I, LLC | 150 E. Broad Street, Suite 800, Columbus, OH 43215 |
| 2.1090 | Lease for store premises | 1,403 | Maccerich Cerritos, LLC | 239 Los Cerritos Center, Cerritos, CA 90703 |
| 2.1091 | Lease for store premises | 671 | MACERICH DEPTFORD LLC | Macerich Deptford LLC , 1750 Deptford Center Road , Deptford, New Jersey 08096 , Attention: Center Manager , Macerich Deptford LLC, c/o Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Department |
| 2.1092 | Lease for store premises | 672 | MACERICH DEPTFORD LLC | Macerich Deptford LLC , 1750 Deptford Center Road , Deptford, New Jersey 08096 , Attention: Center Manager |
| 2.1093 | Lease for store premises | 672 | Macerich Fresno Limited Partnership | 4841 N. 1st Street, Fresno, California 93726, Attn: Center Manager |
| 2.1094 | Lease for store premises | 672 | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712 |
| 2.1095 | Lease for store premises | 672 | MACERICH NIAGARA LLC | c/o Fashion Outlets of Niagara, 1900 Military Road , Niagara Falls, New York 14304 , Attn: Center Manager |
| 2.1096 | Lease for store premises | N/A | MACERICH NORTH PARK MALL LLC | 320 West Kimberly Road, Davenport, Iowa 52806-5920 |
| 2.1097 | Lease for store premises | N/A | MACERICH OAKS LP | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 |
| 2.1098 | Lease for store premises | N/A | MACERICH SOUTH PLAINS LP | Macerich Lubbock Limited Partnership , 6002 Slide Road , P.O. Box 68208 , Lubbock, Texas 79414 , Attention: Center Manager |
| 2.1099 | Lease for store premises | 825 | MACERICH STONEWOOD, LLC | 251 Stonewood Street, Management Office, Downey, CA 90241-3934, Attn: Center Manager |
| 2.1100 | Lease for store premises | 672 | Macerich Vintage Faire Limited Partnership | 3401 Dale Road, Suite 483, Modesto, California, 95356, Attn: Center Manager |
| 2.1101 | Lease for store premises | N/A | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1102 | Lease for store premises | 613 | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place, Boulevard, Chattanooga, Tennessee 37421-6000 (he |
| 2.1103 | Lease for store premises | N/A | Mainplace Shoppingtown LLC | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 |
| 2.1104 | Lease for store premises | 613 | Mall 1 - Bay Plaza, LLC | 546 Fifth Avenue, New York, NY 10036 |
| 2.1105 | Lease for store premises | 337 | Mall at Auburn, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1106 | Lease for store premises | 1,342 | Mall at Briarwood, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1107 | Lease for store premises | 1,343 | Mall at Briarwood, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1108 | Lease for store premises | N/A | MALL AT CHESTNUT HILL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1109 | Lease for store premises | 978 | MALL AT CONCORD MILLS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1110 | Lease for store premises | N/A | MALL AT GREAT LAKES, LLC, | 4900 East Dublin Granville Road, 4th Floor, Columbus, , Ohio 43081 |
| 2.1111 | Lease for store premises | 978 | MALL AT GURNEE MILLS, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1112 | Lease for store premises | N/A | MALL AT IRVING, LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1113 | Lease for store premises | N/A | MALL AT JEFFERSON VALLEY, LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1114 | Lease for store premises | 978 | MALL AT KATY MILLS, L.P., | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1115 | Lease for store premises | N/A | Mall at Miami International, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1116 | Lease for store premises | 1,067 | MALL AT NORTHSHORE, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1117 | Lease for store premises | 1,343 | MALL AT POTOMAC MILLS, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1118 | Lease for store premises | N/A | Mall at Rockingham, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1119 | Lease for store premises | N/A | Mall at Smith Haven, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1120 | Lease for store premises | 1,067 | Mall at Summit, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1121 | Lease for store premises | N/A | Mall at White Oaks, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1122 | Lease for store premises | N/A | MALL DEL NORTE, LLC | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1123 | Lease for store premises | 248 | Mall of Georgia, L.L.C. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1124 | Lease for store premises | 1,343 | Mall of Louisiana, LLC | 6401 BLUEBONNET BLVD, SUITE 5050, BATON ROUGE, Louisiana 70836-5050 |
| 2.1125 | Lease for store premises | 613 | Mayfair Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1126 | Lease for store premises | 1,067 | MAYFLOWER CAPE COD, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1127 | Lease for store premises | 549 | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC:, c/o Madison Capital , 55 East 59th Street, 17th Floor , New York, New York 10016 , Tory Burch LLC:, 11 West 19th Street, 7th Floor , New York, New York 10011 , Attention: Robert Isen, Attention: J Joseph Jacobson |
| 2.1128 | Lease for store premises | 550 | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC:, c/o Madison Capital , 55 East 59th Street, 17th Floor , New York, New York 10016 , , Tory Burch LLC:, 11 West 19th Street, 7th Floor , New York, New York 10011 , Attention: Robert Isen, Attention: J. Joseph Jacobson, , |
| 2.1129 | Lease for store premises | 307 | MCM Properties, Ltd. | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.1130 | Lease for store premises | 1,067 | MEADOWOOD MALL SPE, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1131 | Lease for store premises | N/A | MELBOURNE SQUARE, LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1132 | Lease for store premises | 248 | Memorial City Mall, L.P. | 303 Memorial City, Houston, Texas 77024 |
| 2.1133 | Lease for store premises | 613 | MERSHOPS GALLERIA AT SUNSET LLC | 112 Northern Concourse, North Syracuse, NY 13212 |
| 2.1134 | Lease for store premises | 612 | MID-SOUTH OUTLET SHOPS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1135 | Lease for store premises | 613 | MID-SOUTH OUTLET SHOPS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1136 | Lease for store premises | 1,342 | MILPITAS MILLS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1137 | Lease for store premises | 1,343 | MILPITAS MILLS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1138 | Lease for store premises | 613 | Miromar Outlet East, LLC | 10801 Corkscrew Road, Suite 305, Estero, Florida 33928 |
| 2.1139 | Lease for store premises | N/A | Mission Valley Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |
| 2.1140 | Lease for store premises | 613 | MK OAKLAND MALL, LLC | 412 West 14 Mile Road, Troy, Michigan 48083 |
| 2.1141 | Lease for store premises | 978 | MNH MALL, L.L.C., | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1142 | Lease for store premises | N/A | MOAC MALL HOLDINGS LLC | 60 East Broadway, Bloomington, Minnesota, 55425-5550 |
| 2.1143 | Lease for store premises | 613 | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 |
| 2.1144 | Lease for store premises | N/A | Montgomery Mall LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1145 | Lease for store premises | N/A | MOORESTOWN MALL LLC | 200 S Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1146 | Lease for store premises | N/A | MOORESTOWN MALL LLC | 200 S. Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1147 | Lease for store premises | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1148 | Lease for store premises | 248 | Moreno Valley Mall Holding LLC | 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.1149 | Lease for store premises | 337 | MSCI 2011-C2 Ingram Park, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1150 | Lease for store premises | 248 | MSM PROPERTY L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1151 | Lease for store premises | 248 | n Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE , 110 N. Wacker Dr. , Chicago, IL 60606 , Attn: Law/Lease Administration Department |
| 2.1152 | Lease for store premises | 613 | n CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC , 1190 Interstate Parkway , Augusta, Georgia 30909 |
| 2.1153 | Lease for store premises | N/A | n COASTLAND CENTER, LLC | c/o Coastland Center, 350 N. Orleans St. , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department |
| 2.1154 | Lease for store premises | N/A | n CORONADO CENTER L.L.C. | c/o Coronado Center L.L.C., 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.1155 | Lease for store premises | 248 | n SALISBURY MALL REALTY HOLDING LLC | c/o Kohan Retail Investment Group, LLC, Attn: Legal Department, 1010 Northern Boulevard, Ste. 212, Great Neck, NY 11021, Email: legal@kohanretail.com |
| 2.1156 | Lease for store premises | N/A | Natick Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1157 | Lease for store premises | 613 | NE GATEWAY MALL PROPCO, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.1158 | Lease for store premises | 1,342 | NED ALTOONA LLC | 75 Park Plaza, Third Floor, Boston, MA 02116 |
| 2.1159 | Lease for store premises | 1,343 | NED ALTOONA LLC | 75 Park Plaza, Third Floor, Boston, MA 02116 |
| 2.1160 | Lease for store premises | 612 | NED LITTLE ROCK LLC | 75 Park Plaza, Third Floor, Boston, MA 02116, Goulston & Storrs, PC, 400 Atlantic Avenue, Boston, Massachusetts 02110-3333, Attn: NED Little Rock |
| 2.1161 | Lease for store premises | 613 | NED LITTLE ROCK LLC | 75 Park Plaza, Third Floor, Boston, MA 02116 |
| 2.1162 | Lease for store premises | 248 | Newport Center, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1163 | Lease for store premises | 1,343 | Norfolk Outlets, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1164 | Lease for store premises | 613 | North Star Mall, LLC | c/o North Star Mall, 110 N. Wacker Dr., Chicago, IL, 60606 |
| 2.1165 | Lease for store premises | N/A | North Town Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1166 | Lease for store premises | N/A | Northwoods Mall CMBS, LLC | CBL & Associates Management, Inc, CBL Center, Suite 500, Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1167 | Lease for store premises | N/A | Northwoods Mall CMBS, LLC | CBL & Associates Management, Inc., CBL Center, Suite 500, Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1168 | Lease for store premises | 247 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.1169 | Lease for store premises | 248 | NPP DEVELOPMENT LLC | Gillette Stadium, One Patriot Place, Foxborough, Massachusetts 02035 Attention: President |
| 2.1170 | Lease for store premises | N/A | NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.1171 | Lease for store premises | N/A | Oak Park Mall, LLC | CBL & Associates Management, Inc., CBL Center, Suite 500, Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1172 | Lease for store premises | 978 | Oakbrook Shopping Center, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1173 | Lease for store premises | N/A | Oaks Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1174 | Lease for store premises | N/A | Oakwood Hills Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1175 | Lease for store premises | N/A | Oglethorpe Mall, L.L.C | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1176 | Lease for store premises | 612 | OK CITY OUTLETS, LLC | c/o Horizon Group Properties, LP , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 , OK City Outlets, LLC c/o CBL & Associates Management, Inc CBL Center- Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN 37421 Attention: General Counsel |
| 2.1177 | Lease for store premises | 613 | OK CITY OUTLETS, LLC | c/o Horizon Group Properties, L.P. , 5000 Hakes Drive, Suite 500 , Muskegon, MI 49441 |
| 2.1178 | Lease for store premises | 613 | Omaha Outlets SPE, LLC | 21311 Nebraska Crossing Drive, Space/Suite #B-119, Gretna, Nebraska 68028 |
| 2.1179 | Lease for store premises | N/A | ONTARIO MILLS LIMITED PARTNERSHIP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1180 | Lease for store premises | 1,342 | OPRY MILLS MALL LIMITED PARTNERSHIP, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1181 | Lease for store premises | 1,343 | OPRY MILLS MALL LIMITED PARTNERSHIP, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1182 | Lease for store premises | 248 | OPUS Northwest, L.L.C. | 10350 Bren Road West, Minnetonka, Minnesota 55343, Attn: Legal Department, Brad J. Osmundson |
| 2.1183 | Lease for store premises | 2,073 | Orchard Urban Limited Partnership | 2049 Century Park East, 41st Fl, Los Angeles, CA 90067 |
| 2.1184 | Lease for store premises | 2,074 | Orchard Urban Limited Partnership | 2049 Century Park East, 41st Fl, Los Angeles, CA 90067 |
| 2.1185 | Lease for store premises | 248 | Orland, L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1186 | Lease for store premises | 247 | Orland, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1187 | Lease for store premises | 1,066 | ORLANDO OUTLET OWNER LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1188 | Lease for store premises | 1,067 | ORLANDO OUTLET OWNER LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1189 | Lease for store premises | N/A | Orlando Vineland PO, L.P. | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1190 | Lease for store premises | N/A | Orlando Vineland PO, LP | c/o Simon Property Group 225 West Washington Street, Indianapolis, Indiana 46204, Attn: Premium Outlets, Simon Premium Outlets , 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960, Attn: Lease Services |
| 2.1191 | Lease for store premises | 613 | Outlet Mall of Savannah, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1192 | Lease for store premises | 612 | OUTLET VILLAGE OF HAGERSTOWN LIMITED PARTNERSHIP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1193 | Lease for store premises | 613 | OUTLET VILLAGE OF HAGERSTOWN LIMITED PARTNERSHIP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1194 | Lease for store premises | 248 | OUTLETS AT WESTGATE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1195 | Lease for store premises | 247 | PALM BEACH MALL HOLDINGS | c/o New England Development, One Wells Avenue, Newton, Massachusetts 02460 |
| 2.1196 | Lease for store premises | 248 | PALM BEACH MALL HOLDINGS | c/o New England Development, One Wells Avenue, Newton, Massachusetts 02459 |
| 2.1197 | Lease for store premises | N/A | PARAMUS PARK SHOPPING CENTER LIMITED | 110 N Wacker Drive, Chicago, IL 60606, Paramus Park 700 Paramus Park Paramus, NJ 07652 Attn: General Manager |
| 2.1198 | Lease for store premises | N/A | PARAMUS PARK SHOPPING CENTER LIMITED | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1199 | Lease for store premises | 612 | Park City Center LLC | 110 N Wacker Drive, Chicago, IL 60606, Park City Center 142 Park City Center Lancaster, PA17601 Attn: General Manager |
| 2.1200 | Lease for store premises | 613 | Park City Center LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1201 | Lease for store premises | 977 | Park Meadows Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, Park Meadows drive Lone Tree, CO 80124 Attn: General Manager |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1202 | Lease for store premises | 978 | Park Meadows Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1203 | Lease for store premises | 612 | Parkdale Mall CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1204 | Lease for store premises | 613 | Parkdale Mall CMBS, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1205 | Lease for store premises | 978 | PARKS AT ARLINGTON, LLC | 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| 2.1206 | Lease for store premises | N/A | Parkway Place SPE, LLC | One Park Place, 6148 Lee Highway, Suite 300, Chattanooga, TN 37421 |
| 2.1207 | Lease for store premises | 247 | Pearland Ground, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1208 | Lease for store premises | 248 | Pearland Ground, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place , Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1209 | Lease for store premises | 977 | Pembroke Lakes Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, Pembroke Lakes Mall, 11401 Pines Blvd Pembroke Pines, FL 33026 Attn: General Manager |
| 2.1210 | Lease for store premises | 978 | Pembroke Lakes Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1211 | Lease for store premises | N/A | PENN ROSS JOINT VENTURE | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1212 | Lease for store premises | N/A | Penn Square Mall Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1213 | Lease for store premises | 977 | Perimeter Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606, 4400 Ashford Dunwoody Road Atlanta, GA 30346 Attn: General Manager |
| 2.1214 | Lease for store premises | 978 | Perimeter Mall, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1215 | Lease for store premises | 794 | PFP 4 Outlets LLC | 603 North Highway 101, Suite C, Solana Beach, 5 California 92075 |
| 2.1216 | Lease for store premises | 978 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204 |
| 2.1217 | Lease for store premises | 1,066 | PHEASANT LANE REALTY TRUST | 226 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1218 | Lease for store premises | 1,067 | PHEASANT LANE REALTY TRUST | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1219 | Lease for store premises | 613 | PHILADELPHIA PREMIUM OUTLETS, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1220 | Lease for store premises | N/A | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1221 | Lease for store premises | N/A | PLAZA CAROLINA MALL, L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1222 | Lease for store premises | N/A | PLAZA DEL CARIBE, S.E. | P.O. Box 363268, San Juan, PR 00936-3268 |
| 2.1223 | Lease for store premises | N/A | PLAZA DEL CARIBE, SE | PO Box 363268, San Juan, PR 00936-3268 |
| 2.1224 | Lease for store premises | N/A | PLAZA FRONTENAC ACQUISITION, LLC | 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| 2.1225 | Lease for store premises | 32 | PLAZA LAS AMERICAS, INC | PO Box 363268, San Juan, PR 00936-3268 |
| 2.1226 | Lease for store premises | 33 | PLAZA LAS AMERICAS, INC. | P.O. Box 363268, San Juan, PR 00936-3268 |
| 2.1227 | Lease for store premises | 1,464 | PLAZA WEST COVINA LP | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA 90067, Attn: Managing Member |
| 2.1228 | Lease for store premises | N/A | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc., CBL Center, , Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1229 | Lease for store premises | 247 | POUGHKEEPSIE GALLERIA, LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1230 | Lease for store premises | 248 | POUGHKEEPSIE GALLERIA, LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1231 | Lease for store premises | 1,432 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326, c/o Morgan Stanley Real Estate Advisor, Inc 1585 Broadway, 37th Floor New York, NY 10036 , , Attn: Asset Manager/Rosedale Center |
| 2.1232 | Lease for store premises | 1,433 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326 |
| 2.1233 | Lease for store premises | 978 | PR CAPITAL CITY LIMITED PARTNERSHIP | s c/o PREIT SERVICES, LLC, The Bellevue, 200 S. Broad Street, 3rd , Floor, Philadelphia, Pennsylvania 19 102 |
| 2.1234 | Lease for store premises | 1,037 | PR Gallery I Limited Partnership | Management Office, Fashion District Philadelphia, 9th & Market Streets, Philadelphia, PA 19107, Attn: General Manager |
| 2.1235 | Lease for store premises | 978 | PR North Dartmouth LLC | PR North Dartmouth LLC, do PREIT Services, LLC, 200 South Broad Street, The Bellevue, Third Floor, Philadelphia, PA 19102, Attn: General Counsel |
| 2.1236 | Lease for store premises | 613 | PR Prince George's Plaza LLC | 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1237 | Lease for store premises | 248 | PR Viewmont LP | c/o Preit Services, LLC, 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1238 | Lease for store premises | 1,343 | Premium Outlet Partners L.P. | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1239 | Lease for store premises | 613 | Premium Outlet Partners L.P. | Simon Property Group, 225 West Washington St, Indianapolis, IN 46204-3438 |
| 2.1240 | Lease for store premises | 613 | Premium Outlet Partners L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1241 | Lease for store premises | 978 | PREMIUM OUTLET PARTNERS, L.P | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1242 | Lease for store premises | 1,343 | Premium Outlet Partners, L.P. | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.1243 | Lease for store premises | 978 | Premium Outlet Partners, L.P. | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1244 | Lease for store premises | 978 | PREMIUM OUTLET PARTNERS, L.P., | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1245 | Lease for store premises | 977 | PREMIUM OUTLET PARTNERS, LP | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1246 | Lease for store premises | 977 | PREMIUM OUTLET PARTNERS, LP | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1247 | Lease for store premises | 1,343 | Premium Outlet Partners. L.P. | Simon Property Group, 225 West Washington St, Indianapolis, IN 46204-3438 |
| 2.1248 | Lease for store premises | 613 | Prime Outlets at Pleasant Prarie II LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1249 | Lease for store premises | 613 | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 |
| 2.1250 | Lease for store premises | 978 | Pyramid Walden Company, L.P. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1251 | Lease for store premises | N/A | QUAIL SPRINGS MALL, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1252 | Lease for store premises | N/A | QUAIL SPRINGS MALL, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1253 | Lease for store premises | 1,343 | QUAKER BRIDGE MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1254 | Lease for store premises | 307 | Queens Center SPE LLC | 90-15 Queens Boulevard, Elmhurst, New York 11373 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1255 | Lease for store premises | 612 | RANCHO MALL, LLC | RANCHO MALL, LLC, c/o Victoria Gardens, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration, Department, 600 Superior Avenue East, Suite 1500, Cleveland, Ohio, 44114 |
| 2.1256 | Lease for store premises | 613 | RANCHO MALL, LLC, | RANCHO MALL, LLC, c/o Victoria Gardens, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration, Department |
| 2.1257 | Lease for store premises | 613 | RED SPARKS SPE, LLC, BIG SPARKS LLC, and BIG SPARKS REVERSE LLC | 7500 College Blvd., Suite 750, Overland Park, KS 66210 |
| 2.1258 | Lease for store premises | 613 | REEP-RTL DTC VA LLC | 11501 Huff Court, North Bethesda, MD 20895 |
| 2.1259 | Lease for store premises | 612 | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107, REEP-RTL NPM GA LLC, C/O NewYork Life Insurance Company, 51 Madison Avenue, NewYork, NewYork 10010, Attn: North Point Mall, 1000 North Point Circle, Alpharetta, Georgia, 30022, Attn: General Manager |
| 2.1260 | Lease for store premises | 613 | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107 |
| 2.1261 | Lease for store premises | 612 | Riderwood USA, Inc | 400 S Baldwin Ave; Ste 231 Arcadia, CA 91007 , , Attn: Lease Administration |
| 2.1262 | Lease for store premises | 613 | Ridgedale Center, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1263 | Lease for store premises | N/A | RIVER CROSSING SHOPPES, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1264 | Lease for store premises | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.1265 | Lease for store premises | N/A | RIVER CROSSING SHOPPES, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1266 | Lease for store premises | 248 | Riverside Park Associates, LLC | 900 North Michigan Avenue, Chicago, IL 60611-1957 |
| 2.1267 | Lease for store premises | 613 | Robinson Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1268 | Lease for store premises | 1,067 | ROCKAWAY CENTER ASSOCIATES, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1269 | Lease for store premises | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1270 | Lease for store premises | 978 | Roseville Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Fl, Los Angeles, California 90025 |
| 2.1271 | Lease for store premises | 248 | RPI Carlsbard, L.P. | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025 |
| 2.1272 | Lease for store premises | 248 | RPI Greenville Mall LP | 200 Vesey Street, New York, New York 10281 |
| 2.1273 | Lease for store premises | N/A | RPT Realty, L.P. f/k/a Ramco-Gershenson Properties, L.P. | c/o Kimco Realty Corporation, Attn: Legal Department, 500 North Broadway, Suite 201, Jericho, NY 11753 |
| 2.1274 | Lease for store premises | 978 | RREEF AMERICA REIT II CORP. HH | c/o RREEF Management LLC, 222 South , Riverside Plaza, 34th Floor, Chicago, IL 60606, Attn: Matt Galas. |
| 2.1275 | Lease for store premises | N/A | RSE INDEPENDENCE, LLC | 200 Vesey Street, New York, New York 10281 |
| 2.1276 | Lease for store premises | 276 | RSS UBSBB2012-C2 – IL SW, LLC | 200 S. Biscayne Blvd., Suite 3550, Miami, FL 33131, Attention: Jack Cunningham |
| 2.1277 | Lease for store premises | N/A | Saint Louis Galleria L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1278 | Lease for store premises | N/A | Saint Louis Galleria LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1279 | Lease for store premises | 613 | Sangertown Square L.L.C. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1280 | Lease for store premises | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1281 | Lease for store premises | 613 | Santa Anita Shoppingtown LP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1282 | Lease for store premises | N/A | Scottsdale Fashion Square LLC | 7014-590 East Camelback Road, Scottsdale, Arizona 85251 |
| 2.1283 | Lease for store premises | 1,343 | Settlers' R2, Inc. | 2 Common Court, Unit C13, North Conway, NH 03860 |
| 2.1284 | Lease for store premises | N/A | Sherman Oaks Fashion Associates, LP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1285 | Lease for store premises | 1,798 | Shopping Center Associates | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1286 | Lease for store premises | 612 | Shops at Mission Viejo, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1287 | Lease for store premises | 613 | Shops at Mission Viejo, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1288 | Lease for store premises | 1,067 | SHOPS AT ST. JOHNS, LL | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1289 | Lease for store premises | 248 | Short Hill Associates, L.L.C | 200 East Long Lake Road, P. O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1290 | Lease for store premises | N/A | Short Pump Town Center, LLC | 50 Public Square, Suite 1360, Cleveland, OH 44113-2267 |
| 2.1291 | Lease for store premises | N/A | SIG DADELAND ASSOCIATES, INC. | 225 West Washington St, Indianapolis, Indiana 46204 |
| 2.1292 | Lease for store premises | 337 | Simon Capital GP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1293 | Lease for store premises | N/A | Simon Capital Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1294 | Lease for store premises | N/A | Simon Property  Group (Texas), L.P., | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1295 | Lease for store premises | 248 | Simon Property  Group (Texas), L.P., | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1296 | Lease for store premises | 978 | Simon Property  Group (Texas), L.P., | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1297 | Lease for store premises | 247 | Simon Property  Group (Texas), LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1298 | Lease for store premises | 1,067 | SIMON PROPERTY GROUP (TEXAS), L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1299 | Lease for store premises | N/A | SIMON PROPERTY GROUP (TEXAS), L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1300 | Lease for store premises | 1,066 | SIMON PROPERTY GROUP (TEXAS), LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1301 | Lease for store premises | 1,067 | SIMON PROPERTY GROUP, INC. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1302 | Lease for store premises | N/A | Simon Property Group, L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1303 | Lease for store premises | 1,067 | Simon Property Group, L.P. | s 225 West Washington, Street, Indianapolis, Indiana 46204 |
| 2.1304 | Lease for store premises | 613 | Simon Property Group, L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1305 | Lease for store premises | 978 | Simon/Clarksburg Development, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.1306 | Lease for store premises | 612 | Simon/PREIT Gloucester Development, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1307 | Lease for store premises | 613 | Simon/PREIT Gloucester Development, LLC | 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1308 | Lease for store premises | 978 | Simon/Woodmont Development LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1309 | Lease for store premises | N/A | SL MALL, LLC | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1310 | Lease for store premises | 1,402 | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, Indiana 47715-2471, Attn: Center Manager |
| 2.1311 | Lease for store premises | 1,403 | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, Indiana 47715-2471, Attn: Center Manager |
| 2.1312 | Lease for store premises | N/A | Sooner Fashion Mall, L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1313 | Lease for store premises | N/A | Sooner Fashion Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1314 | Lease for store premises | 977 | South Coast Plaza | 3333 Bristol Street, Costa Mesa, California, 92626 |
| 2.1315 | Lease for store premises | 978 | South Coast Plaza | 3333 Bristol Street, Costa Mesa, California, 92626 |
| 2.1316 | Lease for store premises | N/A | South Hills Village Associates, L.P. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1317 | Lease for store premises | N/A | South Hills Village Associates, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1318 | Lease for store premises | 248 | South Shore Mall Realty LLC and South Shore CH LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1319 | Lease for store premises | 33 | Southdale Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1320 | Lease for store premises | 613 | Southlake Indiana LLC | 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 |
| 2.1321 | Lease for store premises | N/A | Southland Center, LLC | Southland Center, LLC, c/o Rouse Properties, LLC, New York, NY 10281, Southland Center, 23000 Eureka Road, Taylor, Michigan 48180, , Attn: General Manager |
| 2.1322 | Lease for store premises | N/A | Southland Center, LLC | Southland Center, LLC, c/o Rouse Properties, LLC, New York, NY 10281 |
| 2.1323 | Lease for store premises | 1,342 | Southpark Mall Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204, Limited Brands, Inc, P 0 Box 16000 - Three Limited Parkway Columbus, Ohio 432 16, Attention: Corporate Real Estate Department |
| 2.1324 | Lease for store premises | 1,343 | Southpark Mall Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1325 | Lease for store premises | 978 | Southpark Mall LLC | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 |
| 2.1326 | Lease for store premises | N/A | SOUTHPOINT MALL, LLC | c/o Southpoint Mall, LLC, 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.1327 | Lease for store premises | N/A | Spark JC, LLC | 601 Gates Road, Suite 1, Vestal, New York 13850 |
| 2.1328 | Lease for store premises | 612 | SPARKS LEGENDS DEVELOPMENT, INC | Sparks Legends Development, Inc, Lighton Tower, 7500 College Blvd, Suite 750, Overland Park, KS 66210, Daspin & Aument, LLP, 227 West Monroe, Suite 3500, Chicago, IL 60606, Attn: Nicole Rudman Brown |
| 2.1329 | Lease for store premises | 337 | SPG PRIEN, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1330 | Lease for store premises | N/A | Spinosa Real Estate Group, DLS, LLC | TM Wellington Green Mall, LP c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, Norty Syracuse, NY 13212, Attn: Lease Administration |
| 2.1331 | Lease for store premises | 1,343 | Spinosa Real Estate Group, DLS, LLC | 112 Northern Concourse, North Syracuse, NY 13212 |
| 2.1332 | Lease for store premises | N/A | Spinosa Real Estate Group, DLS, LLC | TM Wellington Green Mall, L.P. c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, Norty Syracuse, NY 13212, Attn: Lease Administration |
| 2.1333 | Lease for store premises | N/A | Spinoso Real Estate Group DLS, LLC | c/o Spinoso Real Estate Group DLS, LLC., 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.1334 | Lease for store premises | 247 | SPOTSYLVANIA Mall Company | 2277 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1335 | Lease for store premises | 248 | SPOTSYLVANIA Mall Company | 2277 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1336 | Lease for store premises | N/A | SPUS9 FB PADDOCK PROP, LLC | 601 S. Figueroa Street, 49th Floor, Los Angeles, California 90017 |
| 2.1337 | Lease for store premises | 613 | SRE HAWKEYE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, NC 27408 |
| 2.1338 | Lease for store premises | 612 | SRE ONTARIO, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1339 | Lease for store premises | 613 | SRE ONTARIO, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1340 | Lease for store premises | N/A | ST. CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 , Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1341 | Lease for store premises | N/A | ST. CLOUD MALL L.L.C. | c/o Crossroads Center (MN), 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration , Department |
| 2.1342 | Lease for store premises | 977 | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager |

In re: Express Fashion Operations, LLC
Case No. 24-10838

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1343 | Lease for store premises | 978 | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager |
| 2.1344 | Lease for store premises | 762 | STAR-WEST PARKWAY MALL, LP | c/o Pacific Retail Capital Partners , 2029 Century Park East, Suite 1550 , Los Angeles, CA 90067 |
| 2.1345 | Lease for store premises | 763 | STAR-WEST PARKWAY MALL, LP | c/o Pacific Retail Capital Partners , 2029 Century Park East, Suite 1550 , Los Angeles, CA 90067 |
| 2.1346 | Lease for store premises | 248 | STONEBRIAR MALL, LLC | STONEBRIAR MALL, LLC, c/o Stonebriar Centre, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration , Department |
| 2.1347 | Lease for store premises | 978 | STONERIDGE PROPERTIES LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1348 | Lease for store premises | 978 | Stonetown Shopping Center, L.P. | c/o Stonewood Galleria, 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.1349 | Lease for store premises | 247 | Street Retail, Inc | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.1350 | Lease for store premises | 248 | Street Retail, Inc. | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.1351 | Lease for store premises | 978 | Sunrise Mills (MLP) Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1352 | Lease for store premises | 978 | SUNVALLEY SHOPPING CENTER LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1353 | Lease for store premises | 1,343 | TACOMA Mall Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1354 | Lease for store premises | 613 | TAMPA PREMIUM OUTLETS, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1355 | Lease for store premises | 978 | Tanger Daytona, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408, Attn: Legal Department, Phone: 336-292-3010, Fax: 336-852-1407 |
| 2.1356 | Lease for store premises | 1,342 | Tanger Fort Worth, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1357 | Lease for store premises | 1,343 | Tanger Fort Worth, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1358 | Lease for store premises | 612 | Tanger Grand Rapids, LLC | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1359 | Lease for store premises | 613 | Tanger Grand Rapids, LLC | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1360 | Lease for store premises | 3,535 | Tanger Nashville, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1361 | Lease for store premises | N/A | TANGER NATIONAL HARBOR, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1362 | Lease for store premises | 248 | Tanger Outlets Deer Park, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408, Attn: Legal Department, Phone: 336-292-3010, Fax: 336-852-1407 |
| 2.1363 | Lease for store premises | 977 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1364 | Lease for store premises | 247 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1365 | Lease for store premises | 306 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1366 | Lease for store premises | 1,342 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1367 | Lease for store premises | 307 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1368 | Lease for store premises | 613 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1369 | Lease for store premises | 613 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1370 | Lease for store premises | 248 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1371 | Lease for store premises | 1,343 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1372 | Lease for store premises | 337 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1373 | Lease for store premises | 978 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1374 | Lease for store premises | 1,343 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1375 | Lease for store premises | 978 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1376 | Lease for store premises | 248 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1377 | Lease for store premises | 248 | Taubman Auburn Hills Associates Limited Partnership | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1378 | Lease for store premises | 1,709 | Taubman CHERRY CREEK SHOPPING CENTER, L.L.C | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1379 | Lease for store premises | 1,708 | Taubman CHERRY CREEK SHOPPING CENTER, LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1380 | Lease for store premises | 248 | TB Mall at UTC LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1381 | Lease for store premises | 978 | TEMECULA TOWN CENTER ASSOCIATES, LLC | 50 Public Square, Suite 1360, Cleveland, OH 44113-2267 |
| 2.1382 | Lease for store premises | 612 | THE CONNECTICUT POST LIMITED PARTNERSHIP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, 11601 WILSHIRE BOULEVARD, 12TH FLOOR |
| 2.1383 | Lease for store premises | 613 | THE CONNECTICUT POST LIMITED PARTNERSHIP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1384 | Lease for store premises | 1,066 | THE DOMAIN MALL II, LLC | 225 West Washington Street, Indianapolis, Indiana 46204, THE DOMAIN MALL II, LLC, Post Office box 402408, Atlanta,, Georgia 30384-2408 |
| 2.1385 | Lease for store premises | 1,067 | THE DOMAIN MALL II, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1386 | Lease for store premises | N/A | The Falls Shopping Center Associates LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1387 | Lease for store premises | 978 | The Mall in Columbia Business Trust | 110 N. Wacker Drive, Chicago, IL 60606 |
| 2.1388 | Lease for store premises | 248 | The Marion Plaza, Inc. | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1389 | Lease for store premises | 1,708 | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.1390 | Lease for store premises | 1,709 | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1391 | Lease for store premises | N/A | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1392 | Lease for store premises | 1,798 | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1393 | Lease for store premises | 248 | THE SHOPS AT SUMMERLIN NORTH, LP | The Shops at Summerlin North, LP c/o The Howard Hughes Corporation, One Galleria Tower, 22nd Floor, 13355 Noel Road, Dallas, Texas 75240, Attn: General Counsel |
| 2.1394 | Lease for store premises | 3,535 | The Town Center at Boca Raton Trust | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1395 | Lease for store premises | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N. Wacker Dr., Chicago, IL 60606 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1396 | Lease for store premises | 248 | Town Center at Aurora, LLC. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1397 | Lease for store premises | N/A | TOWN EAST MALL, LLC | 350 N. Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 2.1398 | Lease for store premises | 978 | TOWSON TC, LLC | c/o Towson Town Center, 110 N/ Wacker Dr., Chicago, IL 60606, Attn:: Law/Lease Department |
| 2.1399 | Lease for store premises | 1,432 | TRCC/ROCK OUTLET CENTER, LLC | 4436 Lebec Road, Lebec, CA 93243, Rockefeller Group International, Inc 1221 Avenue of the Americas New York, NY 10020 Attn: Gisele F de Cheabert, Esq, Rockefeller Group Development Corporation 4 Park Plaza, Suite 840 Irvine, CA 92614 Attn: Tom Mc Cormick, Hartman Simons & Wood LLP 6400 Powers Ferry Road NW Suite 400 Atlanta, GA 30339 Attn: Benno G Rothschild, Jr, Esq |
| 2.1400 | Lease for store premises | 1,433 | TRCC/ROCK OUTLET CENTER, LLC | 4436 Lebec Road, Lebec, CA 93243 |
| 2.1401 | Lease for store premises | 1,067 | TREASURE COAST-JCP ASSOCIATES, LTD. | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1402 | Lease for store premises | 613 | TRG Charlote LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1403 | Lease for store premises | 248 | TRIANGLE Town Center Realty Holdings LLC | c/o Kohan Retail Investment Group, LLC, Attn: Legal Department, 1010 Northern Boulevard, Ste. 212, Great Neck, NY 11021, Email: legal@kohanretail.com |
| 2.1404 | Lease for store premises | 248 | Trumbull Shopping Center #2 LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1405 | Lease for store premises | 613 | TUCSON PREMIUM OUTLETS, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1406 | Lease for store premises | N/A | TURNBERRY/CENTRA SUB. LLC. | c/o Turnberry Associates., 19501 Biscayne , Boulevard, Suite 400, Aventura, Florida 331 80, Attention: Legal Department / Leasing Attorney |
| 2.1407 | Lease for store premises | 1,343 | TVO MALL OWNER LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1408 | Lease for store premises | 672 | TWC CHANDLER LLC | TWC Chandler LLC , Suite 2142 , 3111 West Chandler Boulevard , Chandler, Arizona 85226 , Attention: Center Manager |
| 2.1409 | Lease for store premises | 248 | TWIN CITIES OUTLETS EAGAN LLC | c/o Paragon Outlets Partners LLC, 217 East Redwood Street, 21st Floor, Baltimore, MD 21202 |
| 2.1410 | Lease for store premises | 307 | TWMB ASSOCIATES, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1411 | Lease for store premises | N/A | TYLER MALL LIMITED PARTNERSHIP | 110 N Wacker Dr Chicago, IL 60606 Attn: LawLease Administration Department |
| 2.1412 | Lease for store premises | N/A | TYLER MALL LIMITED PARTNERSHIP | 350 N. Orleans St. Suite 300, Chicago, IL 60654-1607 |
| 2.1413 | Lease for store premises | 307 | Tysons Corner Holdings LLC | Tysons Corner Holdings LLC, 1961 Chain Bridge Road, Suite 105, McLean, Virginia 22102 |
| 2.1414 | Lease for store premises | 1,067 | UNIVERSITY PARK MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1415 | Lease for store premises | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.1416 | Lease for store premises | 248 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.1417 | Lease for store premises | 247 | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, Westfield UTC, 4545 La Jolla Village Drive, Ste E-25, San Diego, CA 92122-1212 |
| 2.1418 | Lease for store premises | 248 | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1419 | Lease for store premises | N/A | Valencia Town Center Venture, L.P. | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1420 | Lease for store premises | 977 | Valley Plaza Mall, LP | 110 N Wacker Dr, Chicago, IL 60606 Attn: Law/Lease Administration Dept |
| 2.1421 | Lease for store premises | 978 | Valley Plaza Mall, LP | 110 N. Wacker Dr., Chicago, IL 60606 |
| 2.1422 | Lease for store premises | 1,036 | Valley Stream Green Acres LLC | 2034 Green Acres Mall, Valley Stream, New York 11581-1545 |
| 2.1423 | Lease for store premises | 1,037 | Valley Stream Green Acres LLC | 2034 Green Acres Mall, Valley Stream, New York 11581-1545 |
| 2.1424 | Lease for store premises | 613 | Valley View Mall SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 , Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1425 | Lease for store premises | 978 | Venues Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1426 | Lease for store premises | 247 | VF Mall, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, Attn: Legal Department |
| 2.1427 | Lease for store premises | 248 | VF Mall, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1428 | Lease for store premises | 1,343 | WALT WHITMAN MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1429 | Lease for store premises | 1,343 | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc., P.O. Box 2513, Providence, Rhode Island 02906-0513 |
| 2.1430 | Lease for store premises | N/A | WATER TOWER OWNER LLC | WaterTower Owner LLC, c/o Metlife Investment Manager3' LLC, 125 S. rffacker Drive, Suite 1100, Chicago,IL 60606, At&: Managing Director |
| 2.1431 | Lease for store premises | 978 | Waterfront Lakes Town Center, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.1432 | Lease for store premises | 612 | WEA Palm Desert LP | c/o Jones Lang LaSalle Americas, Inc, 6365 Halcyon Way, Ste 970, Alpharetta, GA 30005 |
| 2.1433 | Lease for store premises | 613 | WEA Palm Desert LP | c/o Jones Lang LaSalle Americas, Inc., 6365 Halcyon Way, Ste. 970, Alpharetta, GA 30005 |
| 2.1434 | Lease for store premises | 1,342 | WEA Southpark LLC | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, Califomia 90025, Limited Brands, Inc, P 0 Box 16000 - Three Limited Parkway Columbus, Ohio 432 16, Attention: Corporate Real Estate Department |
| 2.1435 | Lease for store premises | 613 | West Acres Development, LLP | Box 9978, Fargo, North Dakota 58106-9978, |
| 2.1436 | Lease for store premises | 1,343 | WEST FARMS MALL, LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1437 | Lease for store premises | 1,067 | WEST TOWN MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1438 | Lease for store premises | 248 | Westchester Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1439 | Lease for store premises | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |
| 2.1440 | Lease for store premises | 978 | Westland Garden State Plaza Limited Partnership | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1441 | Lease for store premises | N/A | Westland Mall Partners, LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, Califomia 90025 |
| 2.1442 | Lease for store premises | 1,343 | WESTROADS MALL L.L.C | c/o Westroads Mall, 110 N. Wacker Dr. Chicago, IL 60606, Attn: Law/Lease Department |
| 2.1443 | Lease for store premises | N/A | WG PARK, L.P. | c/o Preit Services, LLC, 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1444 | Lease for store premises | N/A | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.1445 | Lease for store premises | N/A | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1446 | Lease for store premises | N/A | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N. Wacker Dr. Chicago, IL 60606, Attn: Law/Lease Department |
| 2.1447 | Lease for store premises | 613 | WILLIAMSBURG OUTLETS, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1448 | Lease for store premises | N/A | WILLOWBROOK MALL (TX), LLC | c/o Williowbrook Mall TX, 350 N. Orleans Street, Suite 300, Chicago, IL 60654-1607, Attn: Law/Leasing Administration Department |
| 2.1449 | Lease for store premises | 612 | WISCONSON DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 , Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M Dakolias , Eureka Realty Partners, Inc, 4100 MacArthur Boulevard, Suite 200, Newport Beach, California 92660, Attention: Manager - Lease Administration and General Counsel |
| 2.1450 | Lease for store premises | 613 | WISCONSON DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 , Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M. Dakolias |
| 2.1451 | Lease for store premises | 794 | W-LD LEGENDS OWNER VII, L.L.C. | KKR Legends L.L.C. , RED Legacy Asset Management , c/o Heather Trower , 4717 Central Avenue , Kansas City, Missouri 64112 |
| 2.1452 | Lease for store premises | 978 | Woodburn Premium Outlets, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1453 | Lease for store premises | 1,798 | Woodfield Mall LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1454 | Lease for store premises | 247 | Woodland Hills Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1455 | Lease for store premises | 248 | Woodland Hills Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1456 | Lease for store premises | 977 | WP BTC LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1457 | Lease for store premises | 978 | WP BTC LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1458 | Lease for store premises | 613 | W-PT Town Square VII, L.L.C | c/o Pine Tree Commercial Realty, LLC, 40 Skokie Boulevard, Suite 610, Northbrook, Illinois 60062 |
| 2.1459 | Lease for store premises | 672 | YTC Mall Owner, LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA, 90067 |
| 2.1460 | Lease for store premises & exterior signage | 1,709 | 1552 Broadway Retail Owner LLC | 500 Fifth Avenue, 54th Floor, New York, New York 10110 |
| 2.1461 | Lease Modification & Extension Agreement | 1,342 | Coastal Grand CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1462 | Lease Modification & Extension Agreement | 1,342 | Fayette Mall SPE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1463 | Lease Modification Agreement | N/A | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc, CBL Center, , Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1464 | Lease Modification Agreement | 247 | Street Retail, Inc | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.1465 | Lease Modification Agreement 1 | 612 | Crystal Run Galleria LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1466 | Lease Modification Agreement 1 | 1,342 | Eastview Mall, LLC | 1265 Scottsville Road, Rochester, NY 14624 |
| 2.1467 | Lease Modification Agreement 1 | 612 | EDISON MALL, LLC | EDISON MALL, LLC, WPG, 4900 East Dublin Granville Road, 4, th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1468 | Lease Modification Agreement 1 | 247 | Fairfax Company of Virginia LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1469 | Lease Modification Agreement 2 | 612 | Crystal Run Galleria LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1470 | Lease Modification Agreement 2 | 1,342 | Eastview Mall, LLC | 1265 Scottsville Road, Rochester, NY 14624 |
| 2.1471 | Lease Modification Agreement 2 | 612 | EDISON MALL, LLC | EDISON MALL, LLC, WPG, 4900 East Dublin Granville Road, 4, th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.1472 | Lease Modification Agreement 3 | 612 | Crystal Run Galleria LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1473 | Lease Modification Agreement 3 | 612 | EDISON MALL, LLC | EDISON MALL, LLC, WPG, 4900 East Dublin Granville Road, 4, th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.1474 | Lease Modification Agreement 4 | 612 | Crystal Run Galleria LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1475 | Lease Modification Agreement 4 | 612 | EDISON MALL, LLC | EDISON MALL, LLC, WPG, 4900 East Dublin Granville Road, 4, th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.1476 | Lease Modification Agreement No. 1 | 247 | Brunswick Square Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204, Brunswick Square Mall, LLC c/o Spinoso Real Estate Group, DLS, LLC 112 Northern Concourse North Syracuse, NY 13212, , Attn: Lease Administration, Brunswick Square Mall, LLC 180 East Broad Street, FL 21 Columbus, OH 43215, , Attn: Legal |
| 2.1477 | Lease Modification Agreement No. 1 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1478 | Lease Modification Agreement No. 1 | N/A | Spinoso Real Estate Group DLS, LLC | c/o Spinoso Real Estate Group DLS, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1479 | Lease Modification Agreement No. 1 | 977 | WP BTC LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1480 | Lease Modification Agreement No. 16 | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1481 | Lease Modification Agreement No. 17 | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1482 | Lease Modification Agreement No. 18 | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1483 | Lease Modification Agreement No. 19 | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1484 | Lease Modification Agreement No. 2 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1485 | Lease Modification Agreement No. 2 | N/A | Spinoso Real Estate Group DLS, LLC | c/o Spinoso Real Estate Group DLS, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1486 | Lease Modification Agreement No. 2 | 977 | WP BTC LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1487 | Lease Modification Agreement No. 3 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1488 | Lease Modification Agreement No. 3 | N/A | Spinoso Real Estate Group DLS, LLC | c/o Spinoso Real Estate Group DLS, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1489 | Lease Modification Agreement No. 3 | 977 | WP BTC LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1490 | Lease Modification Agreement No. 4 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1491 | Lease Modification Agreement No. 4 | N/A | Spinoso Real Estate Group DLS, LLC | c/o Spinoso Real Estate Group DLS, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1492 | Lease Modification Agreement No. 5 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1493 | Lease Modification Agreement No. 6 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1494 | Lease Modification Agreement No. 7 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1495 | Lease Modification Agreement No. 8 | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1496 | Lease Modification Agreement No.1 | 247 | Holyoke Mall Company, LP | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1497 | Lease Modification Agreement No.2 | 247 | Holyoke Mall Company, LP | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1498 | Lease modification and amendment agreement | N/A | CBL/Westmoreland LP | c/o CBL & Associates Properties Inc , 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.1499 | Lease Modification and Amendment Agreement | 612 | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place, Boulevard, Chattanooga, Tennessee 37421-6000 (he |
| 2.1500 | Lease Modification and Extension | 612 | Valley View Mall SPE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 |
| 2.1501 | Lease Modification and Extension Agreement | N/A | Brookfield Square Joint Venture | CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, , Attention: President, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084 , , Attention: General Manager, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084, , Attention: Property Accounts Manager, |
| 2.1502 | Lease modification and extension agreement | N/A | CBL/Westmoreland LP | c/o CBL & Associates Properties Inc , 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.1503 | Lease Modification and Extension Agreement | N/A | CBL-TRS FRIENDLY CENTER 2023, LLC | 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, Tennessee 37421 |
| 2.1504 | LEASE MODIFICATION AND EXTENSION AGREEMENT | N/A | MALL DEL NORTE, LLC | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1505 | Lease Modification and Extension Agreement | N/A | Northwoods Mall CMBS, LLC | CBL & Associates Management, Inc, CBL Center, Suite 500, Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1506 | Lease Modification and Extension Agreement | 336 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1507 | Lease Modification and Extension Agreement | 247 | TRIANGLE Town Center Realty Holdings LLC | c/o Kohan Retail Investment Group, LLC, Attn: Legal Department, 1010 Northern Boulevard, Ste 212, Great Neck, NY 11021, Email: legal@kohanretailcom, Joseph Saponaro, COO/ Chief Legal Officer, Kohan Retail Investment Group, 1010 Northern Boulevard, Ste 234, Great Neck, NY 11021 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1508 | Lease Modification and Extension Agreement 1 | N/A | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc, CBL Center, , Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1509 | Lease Modification and Extension Agreement 1 | 247 | POUGHKEEPSIE GALLERIA, LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1510 | Lease Modification and Extension Agreement 2 | N/A | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc, CBL Center, , Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1511 | Lease Modification and Extension Agreement 2 | 247 | POUGHKEEPSIE GALLERIA, LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1512 | Lease Modification and Extension Agreement 3 | 247 | POUGHKEEPSIE GALLERIA, LLC | 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1513 | Lease modification and extension Agreement No.2 | N/A | CBL/Westmoreland LP | c/o CBL & Associates Properties Inc , 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.1514 | Letter | N/A | PLAZA CAROLINA MALL, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1515 | Letter | 977 | RREEF AMERICA REIT II CORP HH | c/o RREEF Management LLC, 222 South , Riverside Plaza, 34th Floor, Chicago, IL 60606, Attn: Matt Galas |
| 2.1516 | Letter | 336 | SPG PRIEN, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1517 | Letter Agreement | N/A | Alderwood Mall LLC | c/o Alderwood Mall 350 N Orleans St Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Alderwood Mall, 3000 - 184th Street SW, Room 145, Lynnwood, WA 98037, Attn: General Manager |
| 2.1518 | Letter Agreement | 612 | Carolina Place LLC | c/o Carolina Place LLC, 110 N Wacker Dr Chicago, IL, 50606 Attn: Law/Lease Administration Department |
| 2.1519 | Letter Agreement | 247 | Charlotte Outlets, LLC | c/o Simon Property Group - Premium Outlets, 105 Eisenhower Parkway, 1st Fl, Roseland, NJ 07068-1029 |
| 2.1520 | Letter Agreement | 612 | Chicago Premium Outlets Expansion, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.1521 | Letter Agreement | 612 | Clarkamas Mall LLC | c/o Clackamas Town Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.1522 | Letter Agreement | 977 | CPG Partners, LP | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960, Simon Premium Outlets, 60 Columbia Road, Building B, 3rd 54 Floor, Morristown, NJ 07960, Attn: Lease Services, c/o Simon Property Group, 225 West Washington Street, Indianapolis, 52 IN 46204-3438, Attn: Premium Outlets |
| 2.1523 | Letter Agreement | 1,066 | HAMILTON TC, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1524 | Letter Agreement | N/A | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1525 | Letter Agreement | N/A | Louisville Retail Company, LLC | c/o CBRE Investment Management, 601 S Figueroa Street, 49th Floor, Los Angeles, California 90017, Attention: Asset Manager, c/o Fairbourne Properties, LLC 200 South Michigan Avenue, Suite 400 Chicago, IL 60604 Attention: Asset Manager |
| 2.1526 | Letter Agreement | 612 | Park City Center LLC | 110 N Wacker Drive, Chicago, IL 60606, Park City Center 142 Park City Center Lancaster, PA17601 Attn: General Manager |
| 2.1527 | Letter Agreement | N/A | PLAZA CAROLINA MALL, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1528 | Letter Agreement | 1,342 | Premium Outlet Partners, LP | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.1529 | Letter Agreement | N/A | QUAIL SPRINGS MALL, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1530 | Letter Agreement | N/A | RIVER CROSSING SHOPPES, LLC | 110 N Wacker Drive, Chicago, IL 60606 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1531 | Letter Agreement | 977 | Simon/Clarksburg Development, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.1532 | Letter Agreement | 336 | SPG PRIEN, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1533 | Letter Agreement | 1,342 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1534 | Letter Agreement | 671 | TWC CHANDLER LLC | TWC Chandler LLC , Suite 2142 , 3111 West Chandler Boulevard , Chandler, Arizona 85226 , Attention: Center Manager , Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Departmen |
| 2.1535 | Letter Agreement | 612 | Vornado Broadway Mall LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal, VORNADO BROADWAY MALL LLC c/o Vornado Realty LP 888 Seventh Avenue New York, New York 10019, Broadway Mall 358 B North Broadway Hicksville, New York 11801 |
| 2.1536 | Letter Agreement | 247 | Woodland Hills Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1537 | Letter Agreement | 977 | RREEF AMERICA REIT II CORP HH | c/o RREEF Management LLC, 222 South , Riverside Plaza, 34th Floor, Chicago, IL 60606, Attn: Matt Galas |
| 2.1538 | Letter Agreement - Commencement Date | 612 | CVM Holdings, LLC | c/o Pacific CVM Management, LLC, 110 N Wacker Dr, Chicago, IL 60606, CVM Holdings, LLC, c/o Crabtree Valley Mall, 4325 Glenwood Avenue, Raleigh, North Carolina 27612, Attn: Mall Management Office |
| 2.1539 | Letter Agreement - Completion of Landlord's work | 247 | Crocker Park, LLC | c/o Robert L Stark Enterprises, Inc, 629 Euclid Avenue, Suite 1300, Cleveland, Ohio 44114, Attn: Robert L Stark |
| 2.1540 | Letter Agreement for Lease | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Wpg, 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.1541 | Letter Agreement for Lease | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, PFP Columbus II, LLC, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204 |
| 2.1542 | Letter Agreement for premises | 247 | Algonquin Commons LLC and Algonquin Phase I Associates, LLC | c/o Mid-America Asset Management, Inc Attn: Jean M Zoerner, One Parkview Plaza, 9th Fl, Oakbrook Terrace, IL 60181 |
| 2.1543 | Letter Agreement for premises | 612 | Antelope Valley Shop, LLC | 5752 Country Club Pkwy, San Jose, CA 95138 |
| 2.1544 | Letter Agreement for premises | 671 | Arden Fair Associates, LP | c/o Macerich Mgmt Co As Agent For Arden Fair Associates, LP, , Dept 2596-7000, Los Angeles, CA 90084-2596 |
| 2.1545 | Letter Agreement for premises | N/A | RPT Realty, LP f/k/a Ramco-Gershenson Properties, LP | c/o Kimco Realty Corporation, Attn: Legal Department, 500 North Broadway, Suite 201, Jericho, NY 11753 |
| 2.1546 | Letter Agreement to the Lease Agreement | 1,342 | NED ALTOONA LLC | 75 Park Plaza, Third Floor, Boston, MA 02116 |
| 2.1547 | Letter Agreement: Audit Proposal | N/A | Corptactics Audit Group, P.S.C. | |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1548 | Letter Agreement: Express Audit Proposal | N/A | Corptactics, Inc | Plaza Scotiabank Suite 700, 273 Ponce de Leon Ave, San Juan, PR, 00917 1934 |
| 2.1549 | Letter for Adding Notice Addresses | N/A | Brookfield Square Joint Venture | CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, , Attention: President, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084 , , Attention: General Manager, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084, , Attention: Property Accounts Manager, |
| 2.1550 | Letter of amendment of lease | 247 | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.1551 | Letter of extension of term of the agreement | 977 | COROC/RIVIERA LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1552 | Letter to agreement | 247 | Algonquin Commons LLC and Algonquin Phase I Associates, LLC | c/o Mid-America Asset Management, Inc Attn: Jean M Zoerner, One Parkview Place, 9th Fl, Oakbrook Terrace, IL 60181 |
| 2.1553 | Letter to lease agreement | N/A | RPT Realty, LP f/k/a Ramco-Gershenson Properties, LP | c/o Kimco Realty Corporation, Attn: Legal Department, 500 North Broadway, Suite 201, Jericho, NY 11753 |
| 2.1554 | Letter: Free trial CaaStle fee | N/A | CaaStle, Inc. | 30-30 47th Avenue, Suite 540, Long Island City, NY, 11101 |
| 2.1555 | Letter: Replace time based discount structure | N/A | CaaStle | Legal Dept, 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.1556 | License Agreement | 612 | Clarkamas Mall LLC | c/o Clackamas Town Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.1557 | Master Amendment | 977 | KITTERY PREMIUM OUTLETS, LLC | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET, INDIANAPOLIS IN, 46204-3438 United, States, 60 COLUMBIA, ROAD, BUILDING B, 3RD FLOOR, MORRISTOWN NJ, 07960 United States |
| 2.1558 | Master Amendment | 977 | Simon/Clarksburg Development, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Fl, Morristown, NJ 07960 |
| 2.1559 | Master Amendment to Lease | 1,066 | HAMILTON TC, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1560 | Master Amendment to the Lease Agreement | N/A | PLAZA CAROLINA MALL, LP | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1561 | Master Deferral Letter Agreement | 247 | Franklin Mills Associates Limited Partnership MS Management Associates, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1562 | Master Lease Amendment | 247 | Brunswick Square Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204, Brunswick Square Mall, LLC c/o Spinoso Real Estate Group, DLS, LLC 112 Northern Concourse North Syracuse, NY 13212, , Attn: Lease Administration, Brunswick Square Mall, LLC 180 East Broad Street, FL 21 Columbus, OH 43215, , Attn: Legal |
| 2.1563 | Master Lease Amendment | N/A | Spinoso Real Estate Group DLS, LLC | c/o Spinoso Real Estate Group DLS, LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1564 | Master Lease Amendment | 977 | WP BTC LLC | 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081 |
| 2.1565 | Master Services Agreement: Revisions to Staffing Requirements & Contact Minimums | N/A | 24-7 Intouch Inc. | 24-7 Intouch Inc., 240 Kennedy, 2nd Floor, Winnipeg, MB, R3L 1T1, Canada |
| 2.1566 | Master Subscription and Services Agreement: Contractual agreement for services | N/A | eBay Enterprise, Inc. | 1 Express Drive |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1567 | Master Subscription and Services Agreement: Implement terms and conditions to purchase from Enterprise for the Company's internal business | N/A | eBay Enterprise, Inc. | 1 Express Drive |
| 2.1568 | Modification 1 to Lease Agreement | 3,534 | Tanger Nashville, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1569 | Modification 1 to Lease Agreement | N/A | TANGER NATIONAL HARBOR, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1570 | Modification 1 to Lease Agreement | 306 | TWMB ASSOCIATES, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1571 | Modification 2 to Lease Agreement | 306 | TWMB ASSOCIATES, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1572 | Modification of lease | 1,371 | Cross gates Mall General Company Newco, LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1573 | Modification of Lease | 612 | Sangertown Square LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1574 | Modification of Lease Agreement | 977 | RREEF AMERICA REIT II CORP HH | c/o RREEF Management LLC, 222 South , Riverside Plaza, 34th Floor, Chicago, IL 60606, Attn: Matt Galas |
| 2.1575 | Modification of Lease Agreement | 612 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1576 | Modification to Lease Agreement | N/A | Imperial Valley Mall II, LP | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1577 | Modify Lease Agreement | 977 | FSH ASSOCIATES LP | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1578 | Multi property abatement and modification Agreement | N/A | CBL/Westmoreland LP | c/o CBL & Associates Properties Inc , 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.1579 | Multi- Property Abatement and Modification Agreement | 1,342 | Coastal Grand CMBS, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1580 | Multi property lease modification Agreement | N/A | CBL/Westmoreland LP | c/o CBL & Associates Properties Inc , 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421 |
| 2.1581 | Multi-Center Lease Amendment | N/A | Brandon Shopping Center Partners, LTD | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 Attn: Legal Department |
| 2.1582 | Multi-Center Lease Amendment | N/A | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.1583 | Multi-Center Temp Abatement and Lease Amendment | N/A | Wheaton Plaza Regional Shopping Center LLP Westfield Property Management LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 |
| 2.1584 | MULTI-CENTER TEMPORARY ABATEMENT AND LEASE AMENDMENT | N/A | Brandon Shopping Center Partners, LTD | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 Attn: Legal Department |
| 2.1585 | Multi-center Temporary Abatement And Lease Amendment | N/A | Mission Valley Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |
| 2.1586 | Multi-Center Temporary Abatement and Lease Amendment | N/A | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1587 | Multi-Center Temporary Abatement and Lease Amendment | 612 | Riderwood USA, Inc | 400 S Baldwin Ave; Ste 231 Arcadia, CA 91007 , , Attn: Lease Administration |
| 2.1588 | Multi-Center Temporary Abatement and Lease Amendment | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1589 | Multi-Property Abatement and Modification Agreement | N/A | Brookfield Square Joint Venture | CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000, , Attention: President, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084 , , Attention: General Manager, Brookfield Square Joint Venture c/o CBL & Associates Management, Inc 95 North Moorland, A-17 Brookfield, WI 53005-6084, , Attention: Property Accounts Manager, |
| 2.1590 | Multi-property abatement and modification agreement | N/A | MALL DEL NORTE, LLC | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1591 | Multi-Property Abatement and Modification Agreement | N/A | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc, CBL Center, , Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1592 | Multi-Property Abetment and Modification Agreement | N/A | Northwoods Mall CMBS, LLC | CBL & Associates Management, Inc, CBL Center, Suite 500, Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1593 | Nine Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1594 | Ninth Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.1595 | Notice of change in address | 977 | PFP COLUMBUS II, LLC, | 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Washington Prime Group Inc, Attn: General Counsel, 180 E Broad Street, Floor 20, Columbus, Ohio 43215, c/o Washington Prime Group Inc, Attn: Senior Leasing Counsel, 111 Monument Circle, Suite 3500, Indianapolis, Indiana 46204, c/o Wpg, 4900 East Dublin Granville Road, 4th Floor, Columbus, Ohio 43081, Attn: SVP, Chief Legal Officer |
| 2.1596 | Notice of Commencement of Lease | 397 | AP Newbury Street Portfolio #1, LLC | 1616 Camden Road, Suite 210, Charlotte, NC 28203 |
| 2.1597 | Notice of Rebranding | 612 | Riderwood USA, Inc | 400 S Baldwin Ave; Ste 231 Arcadia, CA 91007 , , Attn: Lease Administration |
| 2.1598 | Notice to Lease Agreement | 32 | HENDERSON Main (Dalls), LLC | 2626 McKinnon St, Suite 750, Dallas, Texas 75201 |
| 2.1599 | Omnibus Amendment to Leases | 612 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1600 | Omnibus Extension of lease | N/A | Mission Valley Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 |
| 2.1601 | Omnibus Extension of Lease | N/A | Montgomery Mall LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, Califoma 90025 |
| 2.1602 | Omnibus Extension of Leases | N/A | Westfield Property Management LLC | 2049 Century park East, 41st Fl, Los Angeles, California 90067 |
| 2.1603 | Original Lease | N/A | 17 N State LLC | c/o Marc Realty 55 E Jackson Blvd, Suite 500, Chicago IL 60604, Attn Elliot Weiner |
| 2.1604 | Original Lease | N/A | 31St Steinway Partners LLC | 140 East 45st, New York, New York 10017 |
| 2.1605 | original lease | 612 | Atlantic Town Center, LLC | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President, 1600 Altania Financial Center, 3343 Peachtree Road, NE Atlanta, Georgia 30326, , AIG Global Real estate investment Corp, 1 chase manhattan plaza, 57th Floor , New York, New York 10005 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1606 | Original Lease | 2,438 | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd, 19501 Biscayne Boulevard, Suite 400, Aventura, Florida 33180 |
| 2.1607 | Original Lease | 612 | Bassett Place Real Estate Company, LLC | 8343 Douglas Avenue, Suite 300, Dallas, TX 73225 |
| 2.1608 | Original Lease | 977 | Battlefield Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1609 | original lease | 1,342 | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017, Macerich Management Company, Agent for: Brooks Shopping Centers, LLC, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90401, 708 Third Avenue, 15'h Floor New York, New York 10017-4146 |
| 2.1610 | Original Lease | 977 | CBL SM-Brownsville, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 , Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1611 | Original Lease | 247 | CF Murfressboro Associates | c/o Cousins Properties Incorporated Attn: Corporate Secretary, 191 Peachtree Street, Suite 3600, Atlanta, GA 30303 |
| 2.1612 | Original Lease | 247 | CHAMPAIGN MARKET PLACE LLC | 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, c/o Market Place Shopping Center 110 N Wacker Drive, Chicago, IL 60606, Market Place Shopping Center, 2000 North Neil St |
| 2.1613 | Original Lease | 336 | Charles Mall Company Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1614 | original lease | 1,371 | Cross gates Mall General Company Newco, LLC | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 |
| 2.1615 | Original Lease | 14 | Crossroads Mall Realty Holding LLC | Joseph M Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122, ST CLOUD MALL LLC, St Cloud Mall LLC, c/o The Crossroads Center(MN), 110 n Wacker, Dr Chicago, IL 60606, , Copy to , The Crossroad Center(MN), 4101 West Division Street , St Cloud, MN 56301 |
| 2.1616 | Original lease | 1,402 | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 06810-7422, Attn: Center Manager, Danbury Mall, LLC, c/o Macerich PO Box 2172 401 Wilshire Boulevard, Suite 700 Santa Monica, California 90407 |
| 2.1617 | Original lease | 1,342 | Deerbrook Mall, LLC | c/o Deerbrook Mall, 110 N Wacker Dr, Chicago, IL 60606, Attn: Law/Lease Administration Department, Deerbrook Mall, 20131 Hwy 59 N Humble, TX 77338 |
| 2.1618 | Original lease | 612 | Del Amo Fashion Center Operating Company, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1619 | Original Lease | N/A | FHB RETAIL PROPERTY, LLC | Fairbourne Properties, LLC , Attn: George Manojlovic, Senior Vice President , 200 South Michigan Avenue, Suite 400 , Chicago, Illinois 60604 |
| 2.1620 | Original Lease | N/A | Forbes Taubman Orlando, LLC | 100 Galleria Officeentre, Suite 427, Southfield, Michigan 48034 |
| 2.1621 | Original Lease | 247 | GGP Staten Island Mall, LLC | c/o Staten Island Mall - Phase II, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1622 | Original Lease | 1,342 | GGP-MAINE MALL LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1623 | original lease | 977 | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 34975 West Twelve Mile Road, Farmington Hills, Michigan, 48331 |
| 2.1624 | original lease | 1,097 | LEHIGH VALLEY MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1625 | original lease | 247 | LIGHTHOUSE PLACE PREMIUM OUTLETS, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1626 | original lease | 671 | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Department |
| 2.1627 | Original Lease | 824 | MACERICH STONEWOOD, LLC | 251 Stonewood Street, Management Office, Downey, CA 90241-3934, Attn: Center Manager, MACERICH STONEWOOD, LLC c/o Macerich , PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, |
| 2.1628 | Original Lease | 612 | Mall 1 - Bay Plaza, LLC | 546 Fifth Avenue, New York, NY 10036 |
| 2.1629 | original lease | 336 | Mall at Auburn, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1630 | Original lease | N/A | Mall at Miami International, LLC | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.1631 | Original Lease | 1,066 | Mall at Summit, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1632 | Original Lease | N/A | MALL DEL NORTE, LLC | CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1633 | Original Lease | 247 | Mall of Georgia, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1634 | Original Lease | 1,342 | Mall of Louisiana, LLC | 6401 BLUEBONNET BLVD, SUITE 5050, BATON ROUGE, Louisiana 70836-5050, 6401 BLUEBONNET BLVD, SUITE 5050, BATON ROUGE, Louisiana 70836-5050, c/o Mall of Louisiana, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607 |
| 2.1635 | Original lease | 1,066 | MEADOWOOD MALL SPE, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1636 | Original lease | 247 | Memorial City Mall, LP | 303 Memorial City, Houston, Texas 77024, 820 Gessner, Suite 1800, Houston, Texas 77024 , 110 North Wacker Drive, Chicago, IL 60606, Attn: Management Services/Memorial City Mall |
| 2.1637 | Original lease | 977 | MNH MALL, LLC, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1638 | Original Lease | 2 | MOAC MALL HOLDINGS LLC | Mall of America Management Office, 2131 Lindau Lane — Suite 500, Bloomington, Minnesota 55425-2640 |
| 2.1639 | Original Lease | 247 | MSM PROPERTY LLC | 110 N Wacker Drive, Chicago, IL 60606, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Mall St Matthews, 5000 shelbyville Road, Louisville, KY 40207 |
| 2.1640 | Original Lease | 793 | PFP 4 Outlets LLC | 603 North Highway 101, Suite C, Solana Beach, 5 California 92075, 12750 High Bluff Drive, Suite 250, San Diego, California 92130 |
| 2.1641 | Original lease | 977 | PR North Dartmouth LLC | Suite 600 Two North Riverside Plaza Chicago, Illinois 60606 , , , Rosenberg Liebentritt & Associates, PC suite 1601 Two North Riverside Plaza Chicago, Illinois 60606 |
| 2.1642 | Original Lease | 612 | PR Prince George's Plaza LLC | 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1643 | Original Lease | 612 | Robinson Mall-JCP Associates, Ltd | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, Joseph M Saponaro, COO/Chief Legal officer, Kihan Retail Investment Group, 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Ste 600, Cleveland, OH 44122, |
| 2.1644 | Original lease | 1,797 | Shopping Center Associates | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1645 | Original Lease | 1,066 | SHOPS AT ST JOHNS, LL | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1646 | Original Lease | 247 | Short Hill Associates, LLC | 200 East Long Lake Road, P O Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1647 | Original Lease | N/A | SIG DADELAND ASSOCIATES, INC | 225 West Washington St, Indianapolis, Indiana 46204 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1648 | Original Lease | N/A | Simon Capital Limited Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1649 | Original Lease | N/A | Simon Property  Group (Texas), LP, | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1650 | Original Lease | 977 | Simon/Woodmont Development LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1651 | Original Lease | N/A | SOUTHPOINT MALL, LLC | c/o Southpoint Mall, LLC, 110 N Wacker Dr, Chicago, IL 60606, The Streets at Southpoint, 6910 Fayetteville Road, Durham, NC 27713 |
| 2.1652 | Original Lease | 247 | STONEBRIAR MALL, LLC | STONEBRIAR MALL, LLC, c/o Stonebriar Centre, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration , Department |
| 2.1653 | Original Lease | 977 | STONERIDGE PROPERTIES LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1654 | Original Lease | 977 | Stonetown Shopping Center, LP | c/o Stonewood Galleria, 110 N Wacker Dr, Chicago, IL 60606, Stonestown Galleria, 3251 Twentieth Avenue; Ste 300, San Francisco, CA 94132 |
| 2.1655 | Original Lease | 977 | SUNVALLEY SHOPPING CENTER LLC | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1656 | Original Lease | 1,342 | TACOMA Mall Partnership | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1657 | Original Lease | 612 | TAMPA PREMIUM OUTLETS, LLC | Simon Property Group, 60 Columbia Road, Building B, 3rd Floor, Morristown, NJ 07960 |
| 2.1658 | Original lease | 977 | Tanger Daytona, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408, Attn: Legal Department, Phone: 336-292-3010, Fax: 336-852-1407 |
| 2.1659 | Original lease | 247 | Tanger Outlets Deer Park, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408, Attn: Legal Department, Phone: 336-292-3010, Fax: 336-852-1407 |
| 2.1660 | Original lease | 1,342 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1661 | Original lease | 977 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1662 | Original Lease | 977 | The Mall in Columbia Business Trust | 110 N Wacker Drive, Chicago, IL 60606, THE MALL IN COLUMBIA, 10300 Little Patuxent Parkway, Columbia, MDA 21044 |
| 2.1663 | Original Lease | 247 | Town Center at Aurora, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1664 | Original Lease | 977 | Venues Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1665 | original lease | 793 | W-LD LEGENDS OWNER VII, LLC | KKR Legends LLC , RED Legacy Asset Management , c/o Heather Trower , 4717 Central Avenue , Kansas City, Missouri 64112, The Legends Outlets, 1843 Village West Parkway, Suite C127, Kansas City, KS 66111 , Daspin & Aument, LLP, 227 West Monroe Street, Suite 3500, Chicago, Illinois 60606 |
| 2.1666 | Original lease | 612 | Mayfair Mall, LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1667 | Original lease document | 247 | Chelsea Las vegas Holdings, LLC | Premium Outlets, 105 Eisenhower Parkway, Roseland, NJ 07068-1029 |
| 2.1668 | Original lease document | 1,066 | LAKELINE DEVELOPERS | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1669 | Original lease document | 1,342 | Lakeside Mall Property LLC | 3301 Veterans Blvd, St 209 Metairie, Louisiana 70002 |
| 2.1670 | Original lease document | 612 | Las Vegas North Outlets, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1671 | Original lease document | 1,402 | Maccerich Cerritos, LLC | 239 Los Cerritos Center, Cerritos, CA 90703 |
| 2.1672 | Original lease document | 977 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1673 | Proposal: Audit | N/A | Corptactics Audit Group PSC | P.O. Box 192784, San Juan, PR, 00919-2784 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1674 | Quote: SolarWinds DPA Renewal | 366 | Advizex | 300 W Wilson Bridge Rd., Suite 150, Worthington, OH, 43085 |
| 2.1675 | REC Package | 247 | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 |
| 2.1676 | Remote Signage Agreement | 977 | COLUMBUS OUTLETS, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1677 | Remote Signage Agreement | 977 | Galveston Outlets, LLC | 3200 Northline Avenue, Suite 360, Greensboro, , North Carolina 27408 |
| 2.1678 | Remote Signage Agreement | 612 | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1679 | Rent Deferral Agreement | N/A | PLAZA DEL CARIBE, SE | PO Box 363268, San Juan, PR 00936-3268 |
| 2.1680 | Rent Deferral Agreement | 32 | PLAZA LAS AMERICAS, INC | PO Box 363268, San Juan, PR 00936-3268 |
| 2.1681 | Second Amendment of Lease | 612 | Ashville Retail Associates LLC | c/o New England Development, One Wells Avenue, Newtown, Massachusetts 02459 |
| 2.1682 | Second Amendment of Lease | N/A | COASTLAND CENTER, LLC | c/o Coastland Center, 350 N Orleans St, Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Coastland Center, 1900 Tamiami Trail North, Naples, FL 34102, Attn: General Manager |
| 2.1683 | Second Amendment of Lease | N/A | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1684 | Second Amendment of Lease | 977 | PR CAPITAL CITY LIMITED PARTNERSHIP | c/o PREIT SERVICES, LLC, The Bellevue, 200 S Broad Street, 3rd , Floor, Philadelphia, Pennsylvania 19 102 |
| 2.1685 | Second Amendment of Lease | 671 | TWC CHANDLER LLC | TWC Chandler LLC , Suite 2142 , 3111 West Chandler Boulevard , Chandler, Arizona 85226 , Attention: Center Manager , Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Departmen |
| 2.1686 | Second Amendment of the lease | N/A | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 , Attn: Eli Gindi |
| 2.1687 | Second Amendment of the Lease | 3,381 | Easton Town Center II, LLC | c/o Steiner Real Estate Services, LLC, 4016 Townsfair Way, Suite 201, Columbus, Ohio 43219 |
| 2.1688 | Second Amendment of the Lease | 1,066 | EMPIRE MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1689 | Second Amendment of the Lease | 612 | FLORIDA MALL ASSOCIATES, LTD | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1690 | Second Amendment of the lease | 612 | Fox River Shopping Center, LLC | 110 N Wacker Dr, Chicago, IL, 60606 |
| 2.1691 | Second Amendment of the lease | 612 | Fox Valley Mall LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1692 | Second Amendment of the lease | 1,342 | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.1693 | Second Amendment of the lease | N/A | GCP-Glenbrook LLC | 110 N Wacker Drive, Chicago, IL 60606 |
| 2.1694 | Second Amendment of the lease | 428 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.1695 | Second Amendment of the lease | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.1696 | Second Amendment of the lease | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.1697 | Second Amendment of the lease | 977 | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager |
| 2.1698 | Second Amendment of the lease | N/A | TYLER MALL LIMITED PARTNERSHIP | 110 N Wacker Dr Chicago, IL 60606 Attn: LawLease Administration Department |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1699 | Second Amendment to Lease | 612 | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.1700 | Second Amendment to Lease | N/A | Amarillo Mall, LLC | Amarillo Partners, LP , 124 Johnson Ferry Road, NE , Atlanta, GA 30328 , Attn: Asset ManagedWestgate Mall |
| 2.1701 | Second Amendment to Lease | 612 | BRIDGE GROUP INVESTMENTS II, LLC | 5752 Country Club Pkwy, San Jose, CA 95138, Steerpoint Capital II, LLC, 1150 S Olive St, Suite 10-133, Los Angeles, CA 90015 |
| 2.1702 | Second Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1703 | Second Amendment to lease | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.1704 | Second Amendment to Lease | 14 | Crossroads Mall Realty Holding LLC | Joseph M Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122, ST CLOUD MALL LLC, St Cloud Mall LLC, c/o The Crossroads Center(MN), 110 n Wacker, Dr Chicago, IL 60606, , Copy to , The Crossroad Center(MN), 4101 West Division Street , St Cloud, MN 56301 |
| 2.1705 | Second Amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.1706 | Second Amendment to lease | N/A | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1707 | Second Amendment to lease | N/A | Mission Valley Shoppingtown LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, Califomia 90025 |
| 2.1708 | Second Amendment to Lease | N/A | MOORESTOWN MALL LLC | 200 S Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1709 | Second Amendment to Lease | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1710 | Second Amendment to lease | 32 | PLAZA LAS AMERICAS, INC | PO Box 363268, San Juan, PR 00936-3268 |
| 2.1711 | Second Amendment to Lease | 1,432 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326, c/o Morgan Stanley Real Estate Advisor, Inc 1585 Broadway, 37th Floor New York, NY 10036 , , Attn: Asset Manager/Rosedale Center |
| 2.1712 | Second Amendment to Lease | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.1713 | Second Amendment to Lease | N/A | RSE INDEPENDENCE, LLC | 200 Vesey Street, New York, New York 10281 |
| 2.1714 | Second Amendment to Lease | 977 | South Coast Plaza | 3333 Bristol Street, Costa Mesa, California, 92626 |
| 2.1715 | Second Amendment to Lease | 612 | SRE ONTARIO, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1716 | Second Amendment to Lease Agreement | N/A | Belden Mall LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 |
| 2.1717 | Second Amendment to Lease Agreement | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.1718 | Second Amendment to Lease Agreement | 247 | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 |
| 2.1719 | Second Amendment to Lease Agreement | 612 | G&L Building Corp | 39 Division Street, Second Floor, PO Box 3110, Sag Harbor, NY 11963 |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1720 | Second Lease Amendment | 612 | BRICKELL CITY CENTRE RETAIL LLC | Three , Brickell City Centre, 98 SE 7 Street, Suite 500, Miami, Florida 33131 |
| 2.1721 | Second Lease Amendment | 247 | SPOTSYLVANIA Mall Company | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1722 | Second Lease Amendment | N/A | ST CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 , Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1723 | Second Lease Modification Agreement | 612 | KRE Broadway Owner, LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal, VORNADO BROADWAY MALL LLC c/o Vornado Realty LP 888 Seventh Avenue New York, New York 10019, Broadway Mall 358 B North Broadway Hicksville, New York 11801 |
| 2.1724 | Second Lease Modification Agreement | 306 | Tanger Branson, LLC | 3200 Northline Avenue, , Suite 360, Greensboro, North Carolina 27408 |
| 2.1725 | Second Lease Modification Agreement | 977 | Tanger Properties Limited Partnership | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 |
| 2.1726 | Second Modification of Lease Agreement | 612 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1727 | Second Modification to Lease Agreement | 247 | LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1728 | Sell-Off Agreement: Contractual agreement for services | N/A | Gabriel Brothers, Inc | General Counsel, 55 Scott Avenue, Morgantown, WV, 26508 |
| 2.1729 | Sell-off Agreement: Sale of MOS inventory | N/A | DFWH, Inc d/b/a Discount Fashion Warehouse | 8025 Corporate Blvd, Plain City, OH, 43064 |
| 2.1730 | Settlement Agreement | N/A | HOOVER MALL LIMITED, LLC | 350 N Orleans St , Suite 300 , Chicago, IL 60654-1607 , Attn: Law/Lease Administration , Department , Riverchase Galleria, 2000 Riverchase Galleria, Space 147-C, Birmingham, AL 35244 , Attn: General Manager |
| 2.1731 | Settlement Agreement: Resolve and settle certain disputes | N/A | Radial, Inc. | |
| 2.1732 | Seventh Amendment of the lease | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.1733 | Seventh Amendment to Lease | 612 | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | PO Box 7033, Indianapolis, Indiana 46207 |
| 2.1734 | Seventh Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.1735 | Seventh Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1736 | Seventh Amendment to Lease | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1737 | Seventh Amendment to Lease | N/A | RSE INDEPENDENCE, LLC | 200 Vesey Street, New York, New York 10281 |
| 2.1738 | Seventh Amendment to Lease | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.1739 | Seventh Amendment to Lease Agreement | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.1740 | Sixth Amendment of the lease | 428 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.1741 | Sixth Amendment of the lease | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |
| 2.1742 | Sixth Amendment to Lease | 612 | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | PO Box 7033, Indianapolis, Indiana 46207 |
| 2.1743 | Sixth Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.1744 | Sixth Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1745 | Sixth Amendment to lease | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.1746 | Sixth Amendment to Lease | 247 | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso Management Group, LLC | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration |
| 2.1747 | Sixth Amendment to Lease | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1748 | Sixth Amendment to Lease | 1,432 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326, c/o Morgan Stanley Real Estate Advisor, Inc 1585 Broadway, 37th Floor New York, NY 10036 , , Attn: Asset Manager/Rosedale Center |
| 2.1749 | Sixth Amendment to Lease | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.1750 | Sixth Amendment to Lease Agreement | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.1751 | Speciality Leasing License Agreement | 247 | Cherry Hill Center, LLC | Preit Services, LLC, 200 Broad Street, 3rd Floor, Philadelphia, Pennsylvania 19102 |
| 2.1752 | Specialty Lease Agreement | 549 | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC:, c/o Madison Capital , 55 East 59th Street, 17th Floor , New York, New York 10016 , Tory Burch LLC:, 11 West 19th Street, 7th Floor , New York, New York 10011 , Attention: Robert Isen, Attention: J Joseph Jacobson |
| 2.1753 | Specialty Lease Agreement | 306 | New River Associates | 7700 W Arrowhead Towne Center Drive, Glendale, Arizona 85308, Arrowhead Towne Center Drive, c/o Macerish, POBox 2172, 401 Wilshire Bouleward, Suite 700, Santa Monica, California, 90407 |
| 2.1754 | Specialty Lease Agreement | 671 | TWC CHANDLER LLC | TWC Chandler LLC , Suite 2142 , 3111 West Chandler Boulevard , Chandler, Arizona 85226 , Attention: Center Manager , Macerich, PO Box 2172, 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90407, Attention: Legal Departmen |
| 2.1755 | Statement of Work: Additional scope and associated work effort to deliver an ASN verification solution | N/A | eBay Enterprise | |
| 2.1756 | Statement of Work: Custom Programming | N/A | NuOrder | 900 Hilgard Ave, Los Angeles, CA, 90024 |
| 2.1757 | Statement of Work: Custom Programming (Third Party Tokenization) | N/A | NuOrder | 900 Hilgard Ave, Los Angeles, CA, 90024 |
| 2.1758 | Statement of Work: Subscription for rental and sale | N/A | CaaStle Inc. | 5 Penn Plaza, Fl. 4, New York, NY, 10001 |
| 2.1759 | Supplemental Rent amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.1760 | Tax Compliance Agreement: Property Tax compliance | N/A | Indirect Tax Solutions, LLC | |
| 2.1761 | Temporary Abatement and Lease Amendment No. 2 | N/A | Broward Mall, LLC | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 |
| 2.1762 | Temporary Space Agreement | N/A | THE WOODLANDS MALL ASSOCIATES, LLC | 110 N Wacker Dr, Chicago, IL 60606, The Woodlands Mall, 1201 Lake Woodlands Drive, #700, The Woodlands, TX 77380 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1763 | Temporary Space Letter Agreement | N/A | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc, CBL Center, , Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 |
| 2.1764 | Tenth Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.1765 | Tenth Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1766 | Termination document | 671 | MACERICH NIAGARA LLC | c/o Fashion Outlets of Niagara, 1900 Military Road , Niagara Falls, New York 14304 , Attn: Center Manager , Robert W Claeson, Esq, Akerman LLP, 666 Fifth Avenue, 19th Floor, New York, New York 10103, Macerich Niagara LLC, Attention: Legal Counsel- Fashion Outlets of Niagara, 401 Wilshire Boulevard, Suite 700, Santa Monica, CA 90401 |
| 2.1767 | Termination Notice | 14 | Crossroads Mall Realty Holding LLC | Joseph M Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122, ST CLOUD MALL LLC, St Cloud Mall LLC, c/o The Crossroads Center(MN), 110 n Wacker, Dr Chicago, IL 60606, , Copy to , The Crossroad Center(MN), 4101 West Division Street , St Cloud, MN 56301 |
| 2.1768 | Terms and conditions: Contractual agreement for services | N/A | Midwest Promotional Gorup | 16W211 South Frontage road, Burr Ridge, IL, 60527 |
| 2.1769 | Third  Amendment of Leases | N/A | Cherryvale Mall, LLC | c/o CBL & Associates Management, Inc, CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 |
| 2.1770 | Third Amendment of Lease | N/A | Alderwood Mall LLC | c/o Alderwood Mall 350 N Orleans St Suite 300, Chicago, IL 60654-1607, Attn: Law/Lease Administration Department, Alderwood Mall, 3000 - 184th Street SW, Room 145, Lynnwood, WA 98037, Attn: General Manager |
| 2.1771 | Third Amendment of Lease | N/A | CORONADO CENTER LLC | c/o Coronado Center LLC, 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1772 | Third Amendment of Lease | N/A | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021, 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.1773 | Third Amendment of Lease | 977 | PR CAPITAL CITY LIMITED PARTNERSHIP | c/o PREIT SERVICES, LLC, The Bellevue, 200 S Broad Street, 3rd , Floor, Philadelphia, Pennsylvania 19 102 |
| 2.1774 | Third Amendment of Lease | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.1775 | Third Amendment of Lease | 247 | TRIANGLE Town Center Realty Holdings LLC | c/o Kohan Retail Investment Group, LLC, Attn: Legal Department, 1010 Northern Boulevard, Ste 212, Great Neck, NY 11021, Email: legal@kohanretailcom, Joseph Saponaro, COO/ Chief Legal Officer, Kohan Retail Investment Group, 1010 Northern Boulevard, Ste 234, Great Neck, NY 11021 |
| 2.1776 | Third Amendment of the lease | 612 | Fox Valley Mall LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.1777 | Third Amendment of the lease | 1,342 | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.1778 | Third Amendment of the lease | 428 | GREECE RIDGE, LLC | 1265 Scottsville Road, Rochester, New York 14624 |
| 2.1779 | Third Amendment of the lease | 612 | GREENE TOWN CENTER LLC | 5500 New Albany Road East, Third Floor, New Albany, Ohio 43054 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1780 | Third Amendment of the lease | N/A | RIVER CROSSING SHOPPES, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145, JG WINSTON-SALEM, LLC, 25425 Center Ridge Road, Cleveland, Ohio 44145 |
| 2.1781 | Third Amendment of the lease | 977 | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager |
| 2.1782 | Third Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |
| 2.1783 | Third Amendment to Lease | N/A | Amarillo Mall, LLC | Amarillo Partners, LP , 124 Johnson Ferry Road, NE , Atlanta, GA 30328 , Attn: Asset ManagedWestgate Mall |
| 2.1784 | Third Amendment to Lease | 612 | BRIDGE GROUP INVESTMENTS II, LLC | 5752 Country Club Pkwy, San Jose, CA 95138, Steerpoint Capital II, LLC, 1150 S Olive St, Suite 10-133, Los Angeles, CA 90015 |
| 2.1785 | Third Amendment to Lease | N/A | Cafaro Northwest Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |
| 2.1786 | Third Amendment to lease | N/A | Cafaro-Peachcreek Joint Venture Partnership | 5577 Youngstown-Warren Road, Niles, Ohio 44446, 2445 Belmont Avenye, PO Box 2186, Youngstown, Ohio 44504-0186 |
| 2.1787 | Third Amendment to lease | N/A | KRE Colonie Owner LLC | 100 N Pacific Coast Highway, Suite 1925, EL Segundo, California 30245, Attn: Managing Principal, KRE Colonie Owner LLC, 222 North Sepulveda Blvd, Suite 2350, Elsegundo, CA 90245, Attn : Managing Principal, KRE Colonie Owner LLC,, C/O Colony Centre ,, 131 Colonie Center , Albany, NY 12205 |
| 2.1788 | Third Amendment to lease | N/A | Livingston Mall Realty Holding LLC | C/o Kohan Retail Investment Group, LLC, 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1789 | Third Amendment to Lease | N/A | MOORESTOWN MALL LLC | 200 S Broad Street, 3rd Floor, Philadelphia, PA 19102 |
| 2.1790 | Third Amendment to Lease | 247 | Moreno Valley Mall Holding LLC | 110 N Wacker Dr, Chicago, IL 60606 |
| 2.1791 | Third Amendment to Lease | 1,432 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | 3344 Peachtree Road NE, Suite 1200, Atlanta, Georgia 30326, c/o Morgan Stanley Real Estate Advisor, Inc 1585 Broadway, 37th Floor New York, NY 10036 , , Attn: Asset Manager/Rosedale Center |
| 2.1792 | Third Amendment to Lease | 247 | Successor-in-interest to Brunswick Square Mall, LLC | 225 West Washington Street, Indianapolis, Indiana 46204, Brunswick Square Mall, LLC c/o Spinoso Real Estate Group, DLS, LLC 112 Northern Concourse North Syracuse, NY 13212, , Attn: Lease Administration, Brunswick Square Mall, LLC 180 East Broad Street, FL 21 Columbus, OH 43215, , Attn: Legal |
| 2.1793 | Third Amendment to Lease | 1,708 | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.1794 | Third Amendment to Lease | 247 | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 |
| 2.1795 | Third amendment to lease | N/A | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N Wacker Dr Chicago, IL 60606, Attn: Law/Lease Department |
| 2.1796 | Third Amendment to Lease Agreement | N/A | Belden Mall LLC | c/o Pacific Retail Capital Partners, 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 |
| 2.1797 | Third Amendment to Lease Agreement | 247 | Berkshire PA Holdings LLC | c/o Lend Lease Real Estate Investments, Inc, 3424 Peachtree Road, Suite 400, Atlanta, GA 30326, ATTN: Asset Manager/Berkshire Mall |
| 2.1798 | Third Amendment to Lease Agreement | 612 | G&L Building Corp | 39 Division Street, Second Floor, PO Box 3110, Sag Harbor, NY 11963 |
| 2.1799 | Third Lease Amendment | 247 | SPOTSYLVANIA Mall Company | 5577 Youngstown-Warren Road, Niles, Ohio 44446 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1800 | Third Lease Modification Agreement | 612 | KRE Broadway Owner, LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal, VORNADO BROADWAY MALL LLC c/o Vornado Realty LP 888 Seventh Avenue New York, New York 10019, Broadway Mall 358 B North Broadway Hicksville, New York 11801 |
| 2.1801 | Third Modification to Lease Agreement | 247 | LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, Michigan 48303-0200 |
| 2.1802 | Thirteenth Amendment to Lease | N/A | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 |
| 2.1803 | Twelfth Amendment to Lease | 247 | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010, 5060 E Montclair Plaza Lane, Montclair, CA 91763 |

**Fill in this information to identify the case:**

Debtor name: Express Fashion Operations, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10838

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | | | |
| _____ | See Schedule H Attachment | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | | | ☐ G |

**SCHEDULE H ATTACHMENT**

Codebtors

| ID | Codebtor Name | Codebtor Address | Creditor's Name | Creditor's Address | D | E/F | G |
|----|---------------|------------------|-----------------|--------------------|----|-----|---|
| 2.1 | Express BNBS Fashion, LLC | 1 Express Drive, Columbus, OH 43230 | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | | | | x |
| 2.2 | Express BNBS Fashion, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.3 | Express BNBS Fashion, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.4 | Express Fashion Investments, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.5 | Express Fashion Investments, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.6 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.7 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.8 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.9 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.10 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.11 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.12 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Eddie Bauer LLC (as successor in interest to Trilogy Fulfillment LLC) | 6600 Alum Creek Drive Groveport, OH 43125 | | | x |
| 2.13 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.14 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Trilogy Fulfillment, LLC | 6600 Alum Creek Drive Groveport, OH 43125 | | | x |
| 2.15 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.16 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.17 | Express Holding LLC | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.18 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.19 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.20 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.21 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.22 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.23 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.24 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.25 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.26 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.27 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | Bath & Body Works Logistics Services, LLC f/k/a Mast Logistics Services, Inc. f/k/a Limited Logistics Services, Inc. | | | | x |
| 2.28 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | Mast Logistics Services, Inc. (f /k/a Limited Logistics Services, Inc.) | | | | x |
| 2.29 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.30 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | Trilogy Fulfillment, LLC | 6600 Alum Creek Drive Groveport, OH 43125 | | | x |
| 2.31 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.32 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank, National Association | 2450 Colorado Ave, Suite 3000 West, Santa Monica, CA 90404 | | | x |
| 2.33 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | City of Columbus | | | | x |
| 2.34 | UW, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.35 | UW, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |

**Fill in this information to identify the case:**

Debtor name: Express Fashion Operations, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10838

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets−Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 05/30/2024 | /s/ Mark Still |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Mark Still |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |