## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## EXPRESS BNBS FASHION, LLC (CASE NO. 24-10840)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## General

Express, Inc. ("Express") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), are filing their respective *Schedules of Assets and Liabilities* (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" or "SOFA" and, collectively, the "Statements" or "SOFAs") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors prepared a Global Notes with respect to any of the individual Debtor's Schedules and Statement and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Mark Still, Senior Vice President and Chief Financial Officer of the Debtors, and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Still has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Mr. Still has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and Statements from time-to-time as may be necessary or appropriate; provided, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

**Global Notes and Overview of Methodology**

1. **Description of the Cases.** The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on April 22, 2024 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 23, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 67]. On May 3, 2024, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "UCC") [Docket No. 154]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of April 6, 2024, the date of the Debtors' month end closure to their balance sheet, and the liability data of the Debtors is as of the close of business on the Petition Date. No trustee or examiner has been appointed in these chapter 11 cases.

2. **Global Notes Control.** Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**. The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly. Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed,"

"contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d. **Classifications.** The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e. **Estimates and Assumptions.** To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities as of the Petition Date. The reported amounts of revenues are as of the latest prepetition month end close, which is April 6, 2024. Actual results could differ from such estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f. **Causes of Action.** Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any

kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at Law, in equity, or otherwise. Causes of action also include: (a) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (b) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (c) the right to object to or otherwise contest claims or interests; (d) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (e) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (f) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g. **Intellectual Property Rights.** Exclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property on the Statements and Schedules shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h. **Insiders.** The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider." As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets. The Debtors have also considered the requirements of GAAP and Securities and Exchange Commission (the "SEC") reporting standards and their public disclosures with respect to designating certain individuals and entities as "insider" herein.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be

construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

## 4. Methodology

a. **Basis of Presentation.** For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within Debtors' accounting systems, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.  **Reporting Date.** Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of April 6, 2024, which follows the Debtors' fiscal calendar.

c.  **Confidentiality or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses). The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[3]

d.  **Consolidated Entity Accounts Payable and Disbursement Systems.** Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by approximately twenty-seven (27) bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims and Intercompany Transactions. Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Continue*

---

[3]  Such as the Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors In Lieu of Submitting a Separate Mailing Matrix for each Debtor, (B) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, (C) Serve Certain Parties In Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Holders; and (IV) Granting Related Relief [Docket No.87].

*to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 235] (the "Final Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein.  Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, certain of the Debtors act on behalf of other Debtors.  Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment.  The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e. **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f. **Net Book Value of Assets.**  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values as of April 6, 2024, the date of the Debtors' month end closure to their balance sheet, are presented for all assets.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g. **Currency.**  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

h. **Payment of Prepetition Claims Pursuant to First Day Orders.** Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders"). As such, outstanding liabilities may have been reduced by any Court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i. **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j. **Setoffs.** The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners. Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k. **Leases.** The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business. Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G. Nothing in the Schedules and Statements is, or shall be construed to be,

an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

l. **Liens.** The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

m. **Allocation of Liabilities.** The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

n. **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

o. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

p. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

q. **Claims of Third-Party Related Entities.** While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors

have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

**Specific Schedules Disclosures.**

**Part 1 – Cash and Cash Equivalents**

(a) **Schedule A/B-2 – Cash on Hand.**  Schedule A/B 2 lists cash on hand in store registers as of the Petition Date.

(b) **Schedule A/B-3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances as of closing on the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and the Final Cash Management Order.

(c) **Schedule A/B-4 – Other Cash Equivalents.**  The Debtors estimated the amount of insurance claims related to workers' compensation and general liability and cash "in-transit" as of the Petition Date.  Cash in-transit represents credit card transmissions made by Express before month-end but are not settled until the next fiscal month. Insurance-related cash equivalents are bank balances required to be maintained by a third-party vendor which handles workers' compensation and general ledger claims in order to pay those claims after their settlement.  Store depository balances represent cash pending settlement at banks and are physically in transit to the bank.  The Debtors provided store depository balances as of April 6, 2024, as this was the latest comprehensive reconciliation conducted prior to the Petition Date. Store depository balances are dependent on in-store cash purchase volume and the timing of cash movement from the store to the bank.

**Part 2 – Deposits and Prepayments**

(a) **Schedule A/B-7 – Deposits.**  The Debtors maintain certain deposits in the ordinary course of their business operations.  These deposits are included in the Schedules for the appropriate legal entity as of April 6, 2024.  The Debtors have exercised reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid or amortized assets are not listed in Part 2 in accordance with the Debtors' accounting policies.  The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

(b) **Schedule A/B-8 – Prepayments.**  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business.  The Debtors have exercised reasonable efforts to report the current value of any prepayments as of the Petition Date.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

## Part 3 – Accounts Receivable

(a) **Schedule A/B-11 – Accounts Receivable.** Schedule A/B 11 includes accounts receivable as of the Petition Date. Accounts receivable include amounts held by the Debtors' credit card processors as a reserve. The Debtors record credit card reserves as 90+ days for aging purposes in their books and records. Any intercompany receivables are excluded in Schedule A/B 11, but are included in Schedule A/B 77.

## Part 4 – Investments

(a) **Schedule A/B-15 – Stock and Interests in Incorporated and Unincorporated Businesses.** Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities and minority equity interests in a non-controlled subsidiary.

## Part 5 – Inventory, excluding Agricultural Assets

(a) **Schedule A/B-19 – Raw Materials.**  Raw materials include fabric, trim, and label inventory valued as of the Petition Date.

(b) **Schedule A/B-21 – Finished Goods, including Goods Held for Resale.**  Inventory is valued as of the Petition Date and includes merchandise in Debtors' possession, merchandise in transit and not yet received in the Debtors' facilities, and capitalized freight. Inventory is shown net of reserves for shrink and topside adjustments.

(c) **Schedule A/B-22 – Other Inventory and Supplier.**  Schedule A/B 22 captures inventory on hand for store supplies at third-party warehouse distribution centers as of the Petition Date.  This balance is net of reserves for obsolete store supply inventory balances.

(d) **Schedule A/B-25 – Goods Purchased within 20 Days Prior to Filing Date.** The Debtors have made a good faith effort to quantify the value of goods received within 20 days prior to the Petition Date but reserve the right to revise this amount as they continue to review their books and records.  This balance is not adjusted for any postpetition payments that may have been made with a vendor that delivered goods within 20 days prior to filing and also is not adjusted for any amounts of a 503(b)(9) claim waived by a vendor that delivered goods within 20 days prior to filing.

## Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles

(a) **Schedules A/B-39 – Office Furniture, A/B-40 – Office Fixtures, A/B-41 – Office Equipment.**  The Debtors do not have a clear way of separating furniture and fixtures, hardware (store POS equipment, servers, networks), and software that are capitalized. Accordingly, the values of items that fall under Schedules A/B 39, 40, and 41 are consolidated within Schedule A/B 39 as of April 6, 2024.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

**Part 8 – Machinery, Equipment, and Vehicles**

> **Schedules A/B-50 – Other Machinery, Fixtures, and Equipment.** The Debtors listed the value of their buildings and improvements, leasehold improvements, asset retirement obligations, and construction in progress as of April 6, 2024. These values are net of accumulated depreciation. Actual realizable values of the assets identified may vary significantly relative to net book values listed here.

**Part 9 – Real Property**

> The Debtors do not own any real property. Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors listed each agreement on Schedule G. The consolidated lease right of use value is as of April 6, 2024, and is net of accumulated depreciation. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 10 – Intangibles and Intellectual Property**

> The Debtors review intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values. An impairment test has not been conducted for the preparation of the Schedules and Statements, and therefore, the Debtors' intangible asset values are listed as undetermined. Additionally, the net book values of the Debtors' intangible assets may differ materially from fair market values. The Debtors historically reported the net book value of the Bonobos License Agreement and Express Intellectual Property License Agreement.

**Part 11 – All Other Assets**

> Dollar amounts are presented net of impairments and other adjustments as of April 6, 2024. Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

> On April 15, 2024, the Debtors received a $49 million tax refund from the U.S. Treasury under the authority of the Coronavirus Aid, Relief, and Economic Security Act. This tax refund is listed in Express, LLC's Schedule A/B Part 11, as $45 million receivable as of April 6, 2024, which is the amount the Debtors expected at that time. The final refund received amounted to $4 million greater than the $45 million receivable listed on the books as of April 6, 2024. For tax purposes, all tax refunds and income tax receivables are recorded at Debtor entities: Express, LLC and Express Fashion Operations, LLC.

> The Debtors' insurance policies apply to each Debtor entity, but in an effort to reduce the volume of the disclosures that would otherwise be applicable, the Debtors are only disclosing their insurance policies on Express, LLC's Schedule A/B Part 11.

In addition, the Debtors attempted to list known causes of actions and other claims as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B Part 11. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition asset-based loan credit agreement and second-priority asset-based term loan agreement, only the administrative agents have been listed for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof. The Debtors have not listed any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.

**Specific Notes Regarding Schedule E/F**

(a) **Part 1 – Creditors with Priority Unsecured Claims.**  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to on-going audits.  The Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F, Part 1.  Therefore, the Debtors have listed all such claims as undetermined in amount, pending resolution of on-going audits or other outstanding issues.

Pursuant to the *Order (Interim and Final) (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 81 and Docket No. 224] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business.  Accordingly, the Debtors have not listed on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court.  The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

(b) **Part 2 – Creditors with Nonpriority Unsecured Claims.**  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may have been or may be rejected, to the extent such damage claims exist.

Schedule E/F includes various claims attributable to Macerich Vintage Fair LTD and its affiliates (collectively, "Macerich"). Two Macerich entities were not listed on Schedule E/F as they have negative claims balances. Given the negative claims balances were not

included in Schedule E/F, the aggregate claim by the Macerich entities in Schedule E/F is overstated. Accordingly, the Macerich entities' claims against the Debtors have been marked as subject to offset.

With respect to gift cards, the Debtors cannot ascertain the identity of the vast majority of the holders of such gift cards or whether such cards are still in existence. Therefore, the Debtors have not included any holders of gift cards on the Schedules.

The Debtors have not listed demand letters in Schedule E/F, as these demand letters are accounted for in the Statement of Financial Affairs, Question 7. Information regarding pending litigation involving the Debtors is listed as undetermined and is marked as contingent, unliquidated, and disputed.

Trade payables listed on Schedule E/F, Part 2 contain the prepetition liability information available to the Debtors as of the Petition Date. Schedule E/F, Part 2 is inclusive of certain prepetition balances that were paid subsequent to the Petition Date related to prepetition obligations pursuant to the *Order (Interim and Final) (I) Authorizing Debtors to Pay Prepetition Claims of (A) Certain Critical Vendors, (B) Certain Foreign Vendors, (C) Certain Lien Claimants, and (D) PACA Claimants, (II) Confirming Administrative Expense Priority of Critical Outstanding Orders, and (III) Granting Related Relief* [Docket No. 82 and Docket No. 221] (the "Vendor Order").

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or to supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such

agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate.  The master service agreements or other ancillary documents have been listed in Schedule G, but such listing does not reflect any decision by the Debtors as to whether such agreements are executory in nature.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors.  Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance.  In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement, and where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In some cases, the Debtors may have inadvertently listed the incorrect Debtor party.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements and non-disclosure agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.  To the extent that any confidentiality agreements are listed individually on Schedule G, such confidentiality agreements do not constitute executory contracts to which the Debtors are bound to.

The Debtors are still in the process of collecting the addresses of all counterparties to such executory contracts and unexpired leases.  The Debtors will continue to compile addresses to send the notice of the bar date for the filing of proofs of claims in these chapter 11 cases.

## Specific Notes Regarding Schedule H

**Co-Debtors.**  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

## Specific Statements Disclosures

(a) **Question 1 – Income from Operations.** The values reflected in Part 1, Question 1 are presented on an accrual basis and not on a cash basis.

(b) **Question 2 – Non-Business Revenue.** Non-business revenue includes such items as JV dividend income, interest income, insurance proceeds, gain on sale of intellectual property, and other income. This is reflected on an accrual basis and not a cash basis.

(c) **Question 3 –Payments or Transfers to Creditors.** The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors. These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates. As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated. The Debtors also omitted payments made to T. Rowe Price, as these payments are attributable to employee withholdings for employee 401(k) retirement plans, which includes Debtors' matching contribution. With respect to Debtor Express BNBS Fashion, LLC's payment on March 1, 2024, for $713,536 to WH Borrower LLC, the actual payment and cash related to this transaction amounts to $356,768. The remainder of the $356,768 was mistakenly sent to an unrelated third-party which later returned the full amount of the funds to the Company, net of bank transaction fees. As presented in Question 3, the Debtors elected to mark this payment with the full outflow of $713,536.

(d) **Question 4 – Payments or Transfers to Insiders.** The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

(e) **Question 9 – Gifts or Charitable Contributions.** The contributions made to The Columbus Foundation are attributed to Debtor entity UW, LLC. However, the payments were effectuated by Express, LLC. Consequently, the contributions have been recorded under Express, LLC. The Debtors historically collected donations on behalf of Big Brother Big Sisters of America. The full amount of these donations was passed through to Big Brothers Big Sisters of America with the use of the Debtors' cash management systems. The Debtors are not including collections for Big Brothers Big Sisters of America in Question 9.

(f) **Question 10 – Certain Losses.**  Given the scale of the Debtors' store footprint as of the Petition Date, certain losses cannot be tracked by the Debtors with complete accuracy and, accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture items such as inventory shrink.

(g) **Question 16 – Customer PII.**  The Debtors collect a limited amount of information about customers and their representatives in the ordinary course.  Examples of the types of information collected by the Debtors include, among other things, customer names, billing addresses, mailing addresses, telephone numbers, and e-mail addresses.

(h) **Question 20 – Off-Premises Storage.**  The Debtors are not including any owned in-transit inventory.  The collection of this specific information would be a time-consuming exercise, as the in-transit inventory may be handled by different shipping vendors at any given point in time.  Further, such in-transit inventory is accounted for on the Debtors' Schedule of Assets in Schedule A/B 21 Merchandise Inventory (net).  The Debtors are also not including data storage providers such as Google Cloud or Amazon Web Services.

(i) **Question 17 – Employee Benefit Plans.**  Express, LLC and Express Fashion Operations, LLC are the Debtor entities that provide the 401(k) program.  However, employees of UW, LLC and Express BNBS Fashion, LLC are also covered under this program.

(j) **Question 27 – Inventories of the Debtors' Property.**  Physical inventories are taken periodically by the company.  During the last two years prior to the Petition Date, the Debtors conducted three inventories at all Express locations and two inventories at Bonobos Guideshop locations.  In an effort to reduce the volume of disclosures that would otherwise be applicable, the Debtors have omitted such inventory counts conducted by the stores. Further information regarding the Debtors' inventories is available upon request.

(k) **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Refer to the Methodology section regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name: **Express BNBS Fashion, LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **24-10840**

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | Undetermined |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $78,931,830.28 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $78,931,830.28 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D                        $0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $23,725,779.71 |

**4. Total Liabilities**

Lines 2 + 3a + 3b                        $23,725,779.71

**Fill in this information to identify the case:**

Debtor name: Express BNBS Fashion, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10840

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Wells Fargo | Deposits | 1200 | $195,711.10 |
| 3.2 Wells Fargo | Master Account | 1192 | $1,876,171.90 |
| 3.3 Wells Fargo | Payments/ Disbursements | 1218 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 Cash In Transit (Credit Card) | | | $1,827,163.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,899,046.00

**Part 2:**    **Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1 None | $0.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 8.1 Prepaid Utilities - Action Environmental Services | $430.54 |
| 8.2 Prepaid Utilities - Keter Environmental Services LLC/41768 | $3,267.76 |
| 8.3 Prepaid Utilities - Phillywide Disposal | $395.00 |
| 8.4 Prepaid Utilities - Republic Services #615 | $1,839.20 |
| 8.5 Prepaid Utilities - TOG | $1,702.08 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | $7,634.58 |
|---|---|

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | | |
| 11a. 90 days old or less: | $2,440,579.32 | – | $0.00 | = ........ | ➡ | $2,440,579.32 |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | $3,146,210.46 | – | $0.00 | = ........ | ➡ | $3,146,210.46 |
| | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $5,586,789.78 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership:

| 15.1 | | | $0.00 |
|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Merchandise Inventory (net) | September 2023 | $56,027,490.12 | Lower of cost net realizable value | $56,027,490.12 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$56,027,490.12

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $1,075,793.31    Valuation method    Book Value    Current value    $1,075,793.31

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes       Book value _____       Valuation method _____       Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**39. Office furniture**

| 39.1 | | | |
| --- | --- | --- | --- |
| Furniture and Fixtures (Net) | $1,196,836.25 | Cost | $1,196,836.25 |

**40. Office fixtures**

| 40.1 | | | |
| --- | --- | --- | --- |
| INCLUDED IN SCHEDULE A/B 39 - OFFICE FURNITURE | | | $0.00 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 | | | |
| --- | --- | --- | --- |
| INCLUDED IN SCHEDULE A/B 39 - OFFICE FURNITURE | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | | | |
| --- | --- | --- | --- |
| None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $1,196,836.25 |
| --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Leasehold Improvements (net) | $957,956.59 | Cost | $957,956.59 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $957,956.59 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Right of Use assets (net) - Store locations, Headquarters, Distribution Centers | Leased | $21,691,511.11 | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 None | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer Database | Undetermined | Undetermined | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 None | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | total face amount | – | doubtful or uncollectible amount | = ➔ | $0.00 |
|---|---|---|---|---|---|---|

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | | $0.00 |
|---|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| None | $0.00 |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| None | $0.00 |
|---|---|

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| None | $0.00 |
|---|---|

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

| None | $0.00 |
|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

| Intercompany Receivable - Express, LLC | $11,256,076.96 |
|---|---|

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $11,256,076.96 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $3,899,046.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $7,634.58 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $5,586,789.78 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $56,027,490.12 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $1,196,836.25 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $957,956.59 | |
| **88. Real property. Copy line 56, Part 9.** | → | Undetermined |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $11,256,076.96 | |
| **91. Total. Add lines 80 through 90 for each column**   91a. | $78,931,830.28 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $78,931,830.28 |

**Fill in this information to identify the case:**

Debtor name: Express BNBS Fashion, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10840

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* <br> **Amount of Claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 | | |

**Describe debtor's property that is subject to the lien:**

Date debt was incurred?

Last 4 digits of account number

**Describe the lien**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A amount: $0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street,Suite 5400,Wilmington,DE,19801 | | |
| **3.2** Goldberg Kohn Ltd., 55 E. Monroe Street,Suite 3300,Chicago,IL, 60603 | | |
| **3.3** Richards Layton & Finger, 920 North King Street,Wilmington,DE,19801 | | |
| **3.4** Ropes and Gray LLP, 191 North Wacker Drive,32nd Fl,Chicago,IL,60606 | | |

**Fill in this information to identify the case:**

Debtor name: Express BNBS Fashion, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10840

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

_____

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: _____

Priority amount: $0.00

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

3.1

0-MILE CORP, 5301 BEETHOVEN ST. SUITE 170, LOS ANGELES, CA, 90066

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,524.70

3.2

173 COURT STREET HOLDINGS, LLC, 199 LEE AVE., STE 162, BROOKLYN, NY, 11211

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,879.94

3.3

23RD GROUP LLC, 4944 PARKWAY PLAZA BLVD, STE 400, CHARLOTTE, NC, 28217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,632.63

**3.4**

2DM INC, 350 FIFTH AVENUE, 41ST FLOOR C/O FUNARO & CO, NEW YORK, NY, 10118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,086.29

**3.5**

2KW ENTERPRISES LLC DBA FISH WINDOW CLEANING, 925-208-4369, PO BOX 5923, CONCORD, CA, 94524

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$56.00

**3.6**

35 CROSBY STREET LLC, 38 W 31ST STREET, SUITE 3, NEW YORK, NY, 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,008.00

**3.7**

488 MADISON AVENUE ASSOCIATES LLC, PO BOX 3096, HICKSVILLE, NY, 11802

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$85,646.67

**3.8**

53 GREENWICH AVENUE ASSOCIATES LLC, 87 GREENWICH AVENUE, GREENWICH, CT, 06830

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,972.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

900 NORTH MICHIGAN LLC, 900 NORTH MICHIGAN AVE, CHICAGO, IL, 60611

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $26,633.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

AB TASTY, C/O PRAMEX INTERNATIONAL - 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

ABRAHAMMOON&SONSLTD., NETERFIELD MILLS, GUISELE, LEEDS, LS20 9PA, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,191.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12**

ABRIL CO. TEKSTIL KONFEKSIYON, ESENTEPE MH., CEVIZLI, D-100 GÜNEY YANYOLU CAD., DUMANKAYA VIZYON, D BLOK, NO:13 FLOOR:1, ISTANBUL, KARTAL, TURKEY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $450.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.13**

ACADEMY FIRE LIFE SAFETY LLC, 42 BROADWAY, LYNBROOK, NY, 11563

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $5,007.72
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.14**

ADYEN BV, PO BOX 10095, 1001 EB AMSTERDAM, THE NETHERLANDS, 34259528, NETHERLANDS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $15,446.33
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.15**

AFS, LLC, P.O. BOX 18410, SHREVEPORT, LA, 71138-1410

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $41.57
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

AJ SQUARED SECURITY INC, PO BOX 77, POMPANO BEACH, FL, 33061

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4,815.93
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17**

ALEXANDRA LILJEBLADH DBA ALEX ANTONIA LLC, 954 AVENIDA PONCE DE LEON, SUITE 205 – PMB #10479, SAN JUAN, PR, 00907, PUERTO RICO

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $14,080.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

AMAZON WEB SERVICES INC, PO BOX 84023, SEATTLE, WA, 98124-8423

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7,088.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19**

AMPERITY INC, 701 5TH AVE., STE 2600, SEATTLE, WA, 98104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $108,971.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.20

AMPLITUDE INC, DEPT CH 18053, PALATINE, IL, 60055-805

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,604.83

3.21

ANALYTIC MARKETING PARTNERS LLC, 114 W 41ST ST, 5TH FLOOR, NEW YORK, NY 10018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00

3.22

ANITA'S TEXTILES LTD., 8 KWAI ON ROAD, KWAI CHUNG, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$927.50

3.23

AP UNION II LLC, 466 GREEN STREET, SUITE 302, SAN FRANCISCO, CA, 94133

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,584.62

**3.24**

ARLADA INC, 61 EAST 4TH ST #3, BROOKLYN, NY, 11218

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

ARNOLD WILLIS & CO LTD, 10 STATION ROAD, UPPINGHAM, MIDDX., 9TZ, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $419,202.63
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

ASSEMBLED, INC, 700 ALABAMA STREET, SAN FRANCISCO, CA, 94110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,895.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

ATTENTIVE MOBILE INC., 221 RIVER ST, 9TH FLOOR, HOBOKEN, NJ, 07030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $39,453.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**

BELLANDI S.P.A., NA, VIA DELL'INDUSTRIA, 50, MONTEMURLO, 59013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $2,178.10
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29**

BERNSTEIN MANAGEMENT CORPORATION, 5301 WISCONSIN AVENUE NW SUITE 500, WASHINGTON, DC, 20015

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $6,223.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30**

BIELLA MANIFATTURE- MARLANE DIV, 248 WEST 35TH STREET STE503, NEW YORK, NY, 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $318.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31**

BIG EDDY ENTERPRISES, INC DBA FISH WINDOW CLEAN, 4 BULKLEY AVENUE, PORT CHESTER, NY, 10573

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $215.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32**

BONAFIDE ESTATES, 630 FIFTH AVENUE, SUITE 2260, NEW YORK, NY, 10111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $225.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.33**

BOOMI INC, ONE DELL WAY, ROUND ROCK, TX, 78682

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $115,302.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34**

BOSS FACILITY SERVICES, INC., 60 ADAMS AVE. STE 109, HAUPPAUGE, NY, 11788

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $17,703.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35**

BOSSA, DÜNYA TICARET MERKEZI A3 BLOK KAT:12, NO:383 34149 YESILKÖY, ISTANBUL, TURKEY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $555.43
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.36

BOSTON PROPERTIES LIMITED PARTNERSHIP, PO BOX 3557, BOSTON, MA, 02241-3557

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $25,685.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.37

BOX, INC., DEPT 34666- PO BOX 39000, SAN FRANCISCO, CA, 94139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $742.85
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38

BULLSEYE TELECOM INC, 25925 TELEGRAPH RD., STE 210, SOUTHFIELD, MI, 48033

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $117,842.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.39

C/O ACADIA REALTY TRUST, 0189 004389 PO BOX 415980, BOSTON, MA, 02241-5980

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $8,108.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

CAIAS KIM, 56-53 MYRTLE AVENUE, APT 3F, RIDGEWOOD, NY, 11385

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $450.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.41**

CAMBELL HUNT PUCKETT DBA YOU SHOULD WEAR THAT LTD, 3652 MILL CREEK RD NE, ATLANTA, GA, 30319

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $14,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

CAMELOT WINDOW CLEANING, 4751 TROUSDALE DR. #201, NASHVILLE, TN, 37220

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $120.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

CAN'T TOUCH THIS, INC, 1537 HIGH FALLS RD., CATSKILL, NY, 12414

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $19,435.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44**

CAPITOL LIGHT, PO BOX 418453, BOSTON, MA, 02241-8453

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $17,469.81
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45**

CART.COM, 268 PEARL STREET, BEAUMONT, TX, 77701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $63,547.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**

CBRE GWS LLC, 22220 NETWORK PLACE, CHICAGO, IL, 60673-1222

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $227.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47**

CENTURY CITY MALL LLC, 7950 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $24,307.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.48**

CITY CREEK CENTER ASSOCIATES, LLC, PO BOX 674556, DETROIT, MI, 48267-4566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $8,586.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.49**

CITY OF HOUSTON -ARA BURGLAR ALARM ADMINISTRATION, PO BOX 203887, HOUSTON, TX, 77216-3887

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $156.64
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Regulatory / Permit Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50**

CITY OF LOS ANGELES, PO BOX 30879, LOS ANGELES, CA, 90030-0879

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $229.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51**

CIVA TECHNOLOGIES, 3571 FAR WEST BLVD, #3692, AUSTIN, TX, 78731

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $12,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.52

COMMONWEALTH JOE LLC, 5204 SUNNYSIDE AVE., BELTSVILLE, MD, 20705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,504.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.53

CONTRACT DATASCAN, LP, 2941 TRADE CENTER DR., STE 100, CARROLLTON, TX, 75007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $18,744.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54

COPEN UNITED LLC, 37 WEST 39TH STREET SUITE 603, NEW YORK, NY, 10018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,276.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.55

CORNELL STOREFRONT SYSTEMS INC, 140 MAFFET STREET, WILKES BARRE, PA, 18705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7,147.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56**

CORTE MADERA VILLAGE LLC, PO BOX 31001-2163, PASADENA, CA, 91110-2163

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13,108.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.57**

COYOTE LOGISTICS LLC, PO BOX 742636, ATLANTA, GA, 30374-2636

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58**

CPF DISTRICT OWNER LLC LOCKBOX, 1000 MAINE AVE, SW SUITE 300, WASHINGTON, DC, 20024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,190.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59**

DASH HUDSON INC, 1668 BARRINGTON STREET, 6TH FLOOR, HALIFAX, NS, B3J 2A2, CANADA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8,996.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60**

DEVELOPMENT AREA 5, L.P., 3307 M STREET NW SUITE 400, WASHINGTON, DC, 20007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,495.68

**3.61**

DHL EXPRESS USA, 16592 COLLECTIONS CENTER D, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,969.99

**3.62**

DOCUMENT CONCEPTS INC. -PRINTING, PO BOX 38, MULLICA HILL, NJ, 08062

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,248.00

**3.63**

EIGHTEEN INTERNATIONAL LTD, 8 WEST 36TH STREET, 3RD FLOOR, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,056.51

3.64

EKFH LLC, 920 BROADWAY, 17TH FLOOR, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $117,501.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.65

ELITE SERVICE GROUP, 37 WEST 28TH STREET 4TH FLOOR, NEW YORK, NY, 10001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20,519.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.66

ESTHER PARK, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.67

EXPRESS FASHION OPERATIONS, LLC, 1 EXPRESS DRIVE, COLUMBUS, OH, 43230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4,302,888.05
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**

FABSCRAP, INC, P.O BOX 7559, NEW YORK, NY, 10150

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,700.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69**

FACES PICTURES LTD., 30-06 29TH ST, APT. 3D, ASTORIA, NY, 11102

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $350.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**

FASHION CENTRE MALL, LLC, P.O BOX 402792, ATLANTA, GA, 30384-2792

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19,937.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**

FASHION ISLAND RETAIL LLC, A DELAWARE LIMITED LIABILITY COMPANY VS. EXPRESS BNBS FASHION, LLC

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.72

FB FLURRY LLC, 10300 SANDEN DRIVE SUITE#100, DALLAS, TX, 75238

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $811,785.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.73

FEDERAL EXPRESS, PO BOX 371461, PITTSBURGH, PA, 15250-7461

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $186.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.74

FILCO CARTING CORP, 197 SNEDIKER AVE, BROOKLYN, NY, 11207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,682.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.75

FISH WINDOW CLEANING, 55 EXECUTIVE AVENUE, STE A, ROHNERT PARK, CA, 94928

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $210.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76**

FISH WINDOW CLEANING, 5811 MCHINES PLACE, RALEIGH, NC, 27616

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $28.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.77**

FISH WINDOW CLEANING, 6 HAYCOCK AVENUE, RIVERDALE, NJ, 07457

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $49.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78**

FISH WINDOW CLEANING, PO BOX 242, WOBURN, MA, 01801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $80.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79**

FISH WINDOW CLEANING, PO BOX 496, EAGLEVILLE, PA, 19408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $354.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

FISH WINDOW CLEANING, PO BOX 832674, RICHARDSON, TX, 75081

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $135.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81

FLOREAL INTERNATIONAL LTD., C/O TROPIC KNITS HEAD ROYAL ROAD, FOREST SIDE, MAURITIUS, ZA, SOUTH AFRICA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $47,066.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.82

FORTIER PRICE, 452 FIFTH AVE, NEW YORK, NY

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,570.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.83

FRIENDBUY INC, 2516 VIA TEJON, STE 201, PALOS VERDES PENINSULA, CA, 90274

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $58,792.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.84

FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC PROPERTY 1642, 909 ROSE AVENUE, SUITE 200, P.O BOX 846073, NORTH BETHESDA, MD, 20852

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $17,028.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.85

GCE INTERNATIONAL, INC, 1385 BROADWAY, NEW YORK, NY, 10018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $54,814.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.86

GET IT PRODUCTIONS INC., 1530 FULTON ST 10F, BROOKLYN, NY, 11216

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $36,538.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.87

GOOGLE INC, DEPT. 33654, PO BOX 39000, SAN FRANCISCO, CA, 94139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $1,273,546.24
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.88**

GUIDEPOINT SECURITY LLC, 2201 COOPERATIVE WAY, SUITE 225, HERNDON, VA, 20171

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $39,661.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.89**

HARBOR EAST PARCEL B-RETAIL, 650 SOUTH EXETER STREET, STE 200, BALTIMORE, MD, 21202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $9,631.26
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.90**

HARRIS INSIGHTS & ANALYTICS LLC, 300 N LASALLE DRIVE, SUITE 5575, CHICAGO, IL, 60654

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $25,750.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.91**

HEROES MODELS, 50 GREENE ST., 2ND FLOOR, NEW YORK, NY, 10013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $12,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.92

HILL CENTER AT GREEN HILLS LLC, 3011 ARMORY DRIVE STE 130, NASHVILLE, TN, 37204

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $9,634.63
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.93

HINCKLEY SPRINGS, P.O BOX 660579, DALLAS, TX, 75266-0579

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $96.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94

ICE HOUSE LP, 1715 R STREET STE 210, SACRAMENTO, CA, 95811

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $10,289.93
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

ICON DESIGN, 5657 CAMPUS PARKWAY, HAZELWOOD, MO, 63042

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $1,912.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96**

IMG MODELS,INC., 304 PARK AVENUE SOUTH, PENTHOUSE NORTH, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10,200.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.97**

IMPACT TECH, INC - BONOBOS, 223 E. DE LA GUERRA STREET, SANTA BARBARA, CA, 93101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $377,383.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

INSTAKEY SECURITY SYSTEMS LLC, 7456 W 5TH AVE, LAKEWOOD, CO, 80226

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,376.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**

INTERTEK LANKA, 282, KADUWELLA ROAD,, BATTARAMULLA, SRI LANKA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,648.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100

INTERTEK TESTING SERVICES HONG KONG LTD., 2/F GARMENT
CENTRE, 576 CASTLE PEAK ROAD, KOWLOON, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $522.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.101

IWD NEW YORK LLC, WEWORK 77 SANDS ST 6TH FLOOR #8017,
BROOKLYN, NY, 11201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $13,391.63
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.102

JAMESTOWN 283 DARTMOUTH, AP NEWBURY STREET REIT, LLC, DEPT
9805 P.O. BOX 412314, BOSTON, MA, 02241-2314

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $16,293.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.103

JAMF SOFTWARE, LLC, 100 WASHINGTON AVE S, SUITE 1100,
MINNEAPOLIS, MN, 55401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $17,473.35
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.104

JOHN SCOTT GILBREATH, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $350.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.105

JOHNSON CONTROLS US HOLDINGS LLC, DEPT CH 10320, PALATINE, IL, 60055

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,224.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106

JOHNSON CONTROLS US HOLDINGS LLC, PO BOX 371967, PITTSBURGH, PA, 15250-7967

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $884.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.107

JPPF BUCKHEAD VILLAGE L.P C/O JAMESTOWN L.P, PONCE CITY MARKET, 675 PONCE DE LEON AVE NE, 7TH FLOOR, ATLANTA, GA, 30308

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12,472.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.108

JS REPS MIAMI DBA ART DEPARTMENT, 242 WASHINGTON AVENUE, MIAMI, FL, 33139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,400.00

3.109

KATHRYN SUELLENTROP, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,120.63

3.110

KCD, INC, 475 TENTH AVENUE, EIGHTH FLOOR, NEW YORK, NY, 10018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$105,188.61

3.111

KETER ENVIRONMENTAL SERVICES, INC., PO BOX 417468, BOSTON, MA, 02241-7468

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,259.42

**3.112**

KING OF PRUSSIA ASSOCIATE, PO BOX 829413, PHILADELPHIA, PA, 19182-9413

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $12,749.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.113**

KOOJOO GLOBAL, 7F E&C DREAMTOWER BLDG, 146 SEONYU RO YEONGDEUNGPO-GU, SEOUL, KOREA, SOUTH KOREA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $121.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114**

KRAMER + KRAMER, 20 W. 22ND ST. STE 512, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.115**

LANIFICIO DI TOLLEGNO S.P.A, 59013 MONTEMURLO, PRATO, ITALY, 59013, ITALY

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $380.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.116**

LANIFICIO DI TOLLEGNO S.P.A, 69 VIA BISENZIO, MONTEMURLO (PO)
ITALY 59013, ITALY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6,788.53
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.117**

LANIFICIO DI TOLLEGNO S.P.A, REGIONE VALTRUCE 9 13823, STRONA,
ITALY, ITALY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $770.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118**

LANIFICIO DI TOLLEGNO S.P.A, VIA GRAMSCI 11, TOLLEGNO, ITALY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4,283.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119**

LANIFICIO DI TOLLEGNO S.P.A, VIA MAZZETTA, 12-13856, VIGLIANO
BIELLESE, WIRE, NA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $844.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.120

LANIFICIO DI TOLLEGNO S.P.A, VIA PALERMO N 62, 59013
MONTEMURLO, ITALY, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$410.01

3.121

LANIFICIO DI TOLLEGNO S.P.A, VIA ROMA N.1 -13854 QUAREGNA,
CERRETO (BI), ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,049.12

3.122

LEVELUP CONSULTING PARTNERS, LLC, 100 SE THIRD AVE, STE 1000,
FORT LAUDERDALE, FL, 33394

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$36,330.00

3.123

LEVER STYLE LTD., ROOM 76, FLAT A, 7/F WING TAI CENTRE, 12 HING
YIP STREET, KWUN TONG, KOWLOON, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$5,945,515.67

**3.124**

LOQATE INC., 805 VETERANS BLVD., STE 305, REDWOOD CITY, CA, 94063

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $19,053.14
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125**

MACERICH VINTAGE FAIR LTD, P.O BOX 511308, LOS ANGELES, CA, 90051-7863

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7,923.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.126**

MACERICH VINTAGE FAIR LTD, PO BOX 511316, LOS ANGELES, CA, 90051-7871

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11,658.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.127**

MAESTROQA, INC, 33 WEST 17TH STREET, FOURTH FLOOR, NEW YORK, NY, 10011

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3,760.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

MANE ENTERPRISES, INC., 226 OLD KINGSTON ROAD, NEW PALTZ, NY, 12561

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $295,052.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129

MANIFATTURA EMMETEX SPA, VIA VISIANA, 261, 59100, PRATO, ITALY, ITALY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,879.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.130

MANTECO SPA, 19, VIA DELLA VIACCIA, MONTEMURLO, 59013, ITALY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $359.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.131

MARYLAND PLAZA SOUTH LLC, 50 MARYLAND PLAZA SUITE 300, SAINT LOUIS, MO, 63108

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,021.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.132

MARZOTTO LAB S.R.L, SEDE LEGALE VIA, 16/18 2012, MILANO, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,879.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.133

MARZOTTO WOOL MANUFACTURING, LARGO SANTA MARGHERITA, 1, 36078 VALDAGNO, VALDAGNO, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,516.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.134

MEDIUMPLEX STUDIO LLC, 28 BOX STREET #N425, BROOKLYN, NY, 11222

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $17,900.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.135

MEENAKSHI INDIA LIMITED, 29/16 WHITES ROAD, ROYAPETTAH, CHENNAI, TAMIL NADU, 600 014, INDIA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $93,305.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.136

MELISSABROOKESHIRESTYLING LLC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,112.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.137

MERCHANTS ROW WEBWARD LLC, C/ BEDROCK MGMT SERVICES LLC,
1092 WOODWARD AVE, DETROIT, MI, 48226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6,718.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.138

MICHAEL PRATA, ADDRESS REDACTED

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,350.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.139

MICROSOFT ONLINE INC., 6100 NEIL ROAD, STE 100, RENO, NV, 89511

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $28,704.43
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.140

MONTGOMERY MALL OWNER LLC, FILE #54738, LOS ANGELES, CA, 90074-4738

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,446.01
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.141

MRB SERVICES LLC DBA FISH WINDOW CLEANING, PO BOX 2881, REDMOND, WA, 98073-2881

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $384.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.142

NAGI SAKAI STUDIO, INC, 55 BERRY STREET #1D, BROOKLYN, NY, 11249

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19,430.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.143

NAHANCO.COM THE RETAIL SOURCE, P.O. BOX 818 276 WATER STREET, NORTH BENNINGTON, VT, 05257

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $931.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.144

NATIONAL CONTRACTORS INC, 2500 ORCHARD LANE, EXCELSIOR, MN, 553311

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $109,250.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.145

NEW MILL SPA, VIA PALERMO, 41, MONTEMURLO, 59013, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $399.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.146

NEW RELIC, INC., PO BOX 101812, PASADENA, CA, 91189-1812

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18,273.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.147

NEW YORK MODEL MANAGEMENT, 71 W 23RD ST, STE 301, NEW YORK, NY, 10010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.148

NEWTIMES DEVELOPMENT LIMITED, HONG KONG INDUSTRIAL
BUILDING, PHASE 1-2, 601-603 TAI NAN WEST RD, 5TH FLOOR, LAI CHI
KOK, KOWLOON, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $47,646.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.149

NEXT MANAGEMENT CO, 15 WATTS ST., 6TH FLOOR, NEW YORK, NY,
10013

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,600.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150

NOHO PRODUCTIONS, INC, 636 BROADWAY 8TH FL, NEW YORK, NY,
10012

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12,411.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151

OAKBROOK URBAN VENTURE LP, SDS-12-2892 PO BOX 86,
MINNEAPOLIS, MN, 55486-2892

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17,237.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152**

OLIMPIAS GROUP SRL, VIALE DELL'INDUSTRIA,3, VERONA, 37038, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,904.54
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.153**

OPENTEXT INC., C/O J.P. MORGAN LOCKBOX, 24685 NETWORK PLACE, CHICAGO, IL, 60673-1246

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,382.05
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.154**

ORACLE NETSUITE, BANK OF AMERICA LOCKBOX SERVICES, 15612 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $87,027.07
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.155**

ORIENT FASHION EXPORTS (INDIA) PVT. LTD., E-45/14, OKHLA INDUSTRIAL AREA, PHASE-II, DELHI, 110020, INDIA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $10,287.75
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.156

ORINOCO STUDIO INC, 6140 55TH AVE, VERO BEACH, FL, 32967

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12,520.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.157

ORTA ANADOLU, NO: 155 KAT: 5, 34373 HARBIYE, ISTANBUL, TURKEY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $263.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.158

PARAMUS BOROUGH, 1 JOCKISH SQUARE, PARAMUS, NJ, 07652

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $225.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.159

PARTNER HERO INC, 250 S. 5TH STREET, SUITE 400, BOISE, ID, 83702

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $65,447.27
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.160**

PEAGREENCOMPANY LMTD, PEAGREEN, HAMPSHIRE HOUSE, 10 SAINT CLEMENT ST, WINCHESTER,HAMPSHIRE, SO23 9HH, UNITED KINGDOM

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,025.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.161**

PECLERS PARIS, 200 5TH AVE., BSMT 2, NEW YORK, NY, 10010-3307

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,425.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.162**

PIZZUTI GM LLC, 629 N. HIGH STREET, SUITE 500, COLUMBUS, OH, 43215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,144.77
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.163**

PLANT SOLUTIONS, INC, 7255 E ADOBE DR, SUITE 101, SCOTTSDALE, AZ, 85255

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $290.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

PONTETORTO SPA, VIA ROMA, 23, MEMONTEMURLO, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,716.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.165**

POOL FILATI S.R.L., VIA CROCE ROSSA, 11-13, PRATO, 59100, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,740.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.166**

PPF AMLI 421 WEST 3RD STREET, LP, 421 W 3RD ST, AUSTIN, TX, 78701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $500.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.167**

PR AVALON PHASE I OWNER, LLC, P.O. BOX 733391, DALLAS, TX, 75373-3391

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,244.36
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168

PRIMOTEX TEXTILES HOLDING LIMITED, FLAT 1510 - 1512 15/F CEO TOWER WING HONG ST., KOWLOON, HONG KONG, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,442.88
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

3.169

PROFILO SRL, SEDE LEGALE: VIA SFORZESCA, N.3 - 10131, TORINO, ITALY, ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $330.75
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

3.170

PROJECT SRL, VIA G. PASCOLI 14, 41016 ROVERETO S/S (MO), ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $106.05
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

3.171

PT. ERATEX DJAJA TBK., AXA TOWER 43RD FLOOR KUNINGAN CITY, JL. PROF DR. SATRIO KAV. 18 KUNINGAN, SETIABUDI, WEST JAVA, JAKARTA, 12940, INDIA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $82,609.80
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.172

PT. UNGARAN SARI GARMENTS, JL. RAYA PRINGAPUS KM.5, KELURAHAN PRINGAPUS, KECAMATAN PRINGAPUS, 50553, KABUPATEN SEMARANG, INDIA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $749,429.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.173

PT. UNGARAN SARI GARMENTS, JL. RAYA PRINGAPUS KM.5, KELURAHAN PRINGAPUS, KECAMATAN PRINGAPUS, 50553, KABUPATEN SEMARANG, INDIA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $431.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.174

QUALTRICS LLC, 333 WEST RIVER PARK DRIVE, PROVO, UT, 84604

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25,585.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.175

QUENCH USA INC, P.O. BOX 735777, DALLAS, TX, 75373-5777

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,451.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.176

RADIAL INC, 035 FIRST AVE, KING OF PRUSSIA, PA, 19406

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $711,038.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.177

RETAIL NEXT, 60 S. MARKET ST. 10TH FLOOR, SAN JOSE, CA, 95113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,531.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178

RIOPELE TEXTEIS SA, 4770-405 POUSADA DE SARAMAGOS, SARAMAGOS, PORTUGAL, PORTUGAL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $684.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

ROAR LOGISTICS, INC., 535 EXCHANGE STREET, BUFFALO, NY, 14204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $55,650.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180

ROSE KNITTING (ASIA) LIMITED, 15/F, ENTERPRISE SQUARE THREE,, 39 WANG CHIU ROAD, KOWLOON BAY, KOWLOON, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $234,380.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181

RSM MAINTENANCE LLC, 461 FROM FROAD STE 255, PARAMUS, NJ, 7652

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $30,859.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.182

SALESFORCE INC, ONE MARKET STREET SUITE 300, SAN FRANCISCO, CA, 94105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $1,060,017.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183

SAM WALNUT LLC, PO BOX 412060 DEPT 9006, BOSTON, MA, 02241-2060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $60,827.70
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.184**

SATORU SAITO, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.185**

SDG FASHION MALL LIMITED PARTNERSHIP, 225 WEST WASHINGTON
STREET, INDIANAPOLIS, IN, 46204-3438

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9,449.47
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.186**

SEAMAN PAPER COMPANY, PO BOX 21, BALDWINVILLE, MA,
042184201

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $12,539.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187**

SEAPORT BOSTON, 33 BOYLSTON STREET STE 3000, CHESTNUT HILL,
MA, 2467

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $17,232.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.188

SEE CREATURES DESIGN LTD, 50 JEWRY STREET, WINCHESTER, HAMPSHIRE, SO23 8RG, UNITED KINGDOM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,300.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.189

SERVICECHANNEL.COM, INC, 18 E. 16TH STREET, 2ND FLOOR, NEW YORK, NY, 10003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $6,940.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.190

SGS VIETNAM LTD, 198 NGUYEN THI MINHKHAI STREET, VO THI SAU WARD DISTRICT 3, HO CHI MINH CITY, VIETNAM, VIETNAM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $387.94
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.191

SGS, CITIBANK, PO BOX 2502, CAROL STREAM, IL, 60132-2502

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $18,437.02
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.192**

SIGNIFYD, 2540 NORTH FIRST STREET, STE 300, SAN JOSE, CA, 95131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15,492.94
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.193**

SOMELOS TECIDOS SA, 166 MERCER STREET #6C, 6TH FLOOR, NEW YORK, NY, 10012

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $450.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.194**

SOUL ARTIST MANAGEMENT, 11 WEST 25TH STREET, 9TH FLOOR, NEW YORK, NY, 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,800.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.195**

SOUTH ASIA KNITTING FACTORY LTD., 17/F, SOUTH ASIA BUILDING, 108 HOW MING STREET, KUN TONG, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $364,985.22
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.196

SOUTHPORT GRAPHICS, PO BOX 91709, RALEIGH, NC, 27675

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $16,424.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.197

SPECTRUM REAL ESTATE ADVISORS, 1125 SE DIVISON STREET STE 209, PORTLAND, OR, 97202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,224.43
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.198

SPS COMMERCE, INC, PO BOX 205782, DALLAS, TX, 75320-5782

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,862.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.199

STANDARD BLACK, 2101 EAST EL SEGUNDO BLVD SUITE 400, EL SEGUNDO, CA, 90245

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $240,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

STAR GARMENTS GROUP (PVT) LTD, PO BOX 1, RING ROAD 2, PHASE 1, INVESTMENT PROMOTION ZONE, KATUNAYAKE, SRI LANKA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $864,400.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

STERICYCLE, INC, 28883 NETWORK PLACE, CHICAGO, IL, 60673-1288

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,287.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.202**

STORED VALUE SOLUTIONS, 101 BULITT LANE STE 305, LOUISVILLE, KY, 40222

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,797.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.203**

STREET RETAIL, INC, C/O FEDERAL REALTY INVESTMENT TRUST, P.O BOX 79408, CITY OF INDUSTRY, CA, 91716-9408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,146.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204

STREET RETAIL, INC, PO BOX 8500-9320, PHILADELPHIA, PA, 19178-9320

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $14,412.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.205

STRS OHIO IL REAL ESTATE INVESTMENTS LLC, 275 EAST BRAOD STREET, COLUMBUS, OH, 43215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7,880.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.206

SUCCESSORI REDA S.P.A, VIA ROBIOLIO 25, 13825 VALLE MOSSO (BIELLA-ITALIA), ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $218.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.207

TALENT TEXTILES COMPANY LIMITED, 7/F., WING MING INDUSTRIAL CENTRE, 15 CHEUNG YUE STREET, LAI CHI KOK, KOWLOON, HONG KONG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $31,456.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.208**

TERMINIX INTERNATIONAL, 150 PEABODY PLACE, MEMPHIS, TN, 38103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,830.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.209**

TEXGROUP, JR.SUCRE NRO 281, Z.I. URBANIZACION VULCANO, LIMA, PERU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $267,933.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210**

TEXTIL SANTANDERINA, S.A., CTRA. NAL SANTANDER-OVIEDO, 39500 CABEZON DE LA SAL, CANTABRIA, SPAIN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $180.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.211**

THE BRINELL CLOTHING INC, F-30/1 OKHLA INDUSTRIAL AREA, PHASE II, NEW DELHI, INDIA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $108,398.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.212

THE CRITICAL FIT, INC, 1011 WASHINGTON BLVD., APT 1505, STAMFORD, CT, 06901

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,600.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

3.213

THE IRVINE COMPANY, LLC, P.O. BOX 840363, LOS ANGELES, CA, 90084-0363

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $21,146.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.214

THE MILLCRAFT PAPER CO., PO BOX 72466, CLEVELAND, OH, 44192

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $96,008.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.215

THE O'KEEFE GROUP, LLC, PO BOX 1240, ATTLEBORO, MA, 02703

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $282.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.216

THE PLAYLIST GENERATION LLC, 1098 W. WILLOW ST., LOUISVILLE, CO, 80027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,975.08

3.217

THE RETAIL PROPERTY TRUST, P.O BOX 772854, #S#19284000103, CHICAGO, IL, 60677-2854

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,506.09

3.218

THE SHOPS AT NORTH CREEK LLC, 200 FILLMORE STREET STE 400, DENVER, CO, 80206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,867.46

3.219

THE WASHINGTON LLC, 3601 MINNESOTA DRIVE, #510, BLOOMINGTON, MN, 55435

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,057.64

3.220

THE WEEKS LERMAN GROUP, LLC, 58-38 PAGE PLACE, MASPETH, NY, 11378

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,306.26

3.221

THOMAS WHITE INVESTMENTS LLC, 55 FRANCISCO STREET SUITE 800, SAN FRANCISCO, CA, 94133

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,180.81

3.222

TIKTOK INC, 5800 BRISTOL PKWY, STE 100, CULVER CITY, CA, 90230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$494,267.32

3.223

TINUITI, P.O. BOX 28415, NEW YORK, NY, 10087-8415

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$246,216.88

**3.224**

TRANSATLANTIC DESIGN COMPANY, 545 EIGHTH AVENUE, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $544.38
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.225**

TRIANGLE SIGN AND SERVICE, PO BOX 24166, 11 AZAR COURT, BALTIMORE, MD, 21227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,568.25
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.226**

TRUESOURCE LLC, 2929 EXPRESSWAY DRIVE NORTH, STE 300B, ISLANDIA, NY, 11749

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,734.37
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.227**

TWILIO INC, 101 SPEAR STREET, STE 500, SAN FRANCISCO, CA, 94105-1580

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $26,951.91
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228

TYSON GALLERIA LLC, SDS-12-3054 PO BOX 86, MINNEAPOLIS, MN, 55486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18,730.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229

UNIVERSITY VILLAGE, P.O. BOX 24702, SEATTLE, WA, 98124-0702

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9,081.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230

UPS, PO BOX 7247-0244, PHILADELPHIA, PA, 19170-0001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $74,782.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231

UTC VENTURE LLC, P.O. BOX 55976, LOS ANGELES, CA, 90074-5976

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18,199.89
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232

VANTAGE APPAREL, PO BOX 60, 100 VANTAGE DRIVE, AVENEL, NJ, 7001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $543.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.233

VELOCITY APPARELEZ COMPANY E.S.C, PUBLIC FREE ZONE, ISMAILIA, EGYPT, EGYPT

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $572,032.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.234

VERITIV OPERATING COMPANY, 7472 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $35,733.98
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

VISION MODELS, 8631 WASHINGTON BLVD, CULVER CITY, CA, 90232

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $1,200.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236**

VISTA VISUAL GROUP, 275 W HOFFMAN AVENUE, LINDENHURST, NY, 11757

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $119,550.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.237**

VIVA KNITWEAR FACTORY LTD., 5/F., HENLEY INDUSTRIAL CENTRE, 9-15 BUTE STREET, MONGKOK, KOWLOON, HONG KONG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $188,306.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238**

WASTE MANAGEMENT, PO BOX 4648, CAROL STREAM, IL, 60197-4648

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $592.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.239**

WB MASON CO INC., PO BOX 981101, BOSTON, MA, 02298-1101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $181.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.240

WEB FUTURE STUDIO, STR GEORGE VALSAN, NR 12 BL 109,
BUCURESTI, ROMANIA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,902.00

3.241

WESTCHESTER MALL, LLC, P.O. BOX 643095, PITTSBURGH, PA, 15264-3095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,420.81

3.242

WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP, P.O BOX
56816, LOS ANGELES, CA, 90074-6816

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,348.07

3.243

WFP RETAIL CO. LP, C/O BROOKFIELD PROPERTIES, 225 LIBERTY
STREET, 43RD FLOOR, NEW YORK, NY, 10281-1023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,109.03

**3.244**

WINDOW FILM DEPOT, INC, 4939 LOWER ROSWELL RD, SUIT 100B, MARIETTA, GA, 30068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,479.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.245**

WORKGROUP LTD, 515 WEST 38TH STREET, APT 14F, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15,411.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.246**

WORLD TEXTILE SOURCING, INC., 530 7TH AVENUE, SUITE 506, NEW YORK, NY, 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $665,426.05
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.247**

WORLD TEXTILE SOURCING, INC., PERU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,157.06
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.248**

WS TAMPA OWNER LLC, P.O BOX 847030, BOSTON, MA, 02284-7030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10,390.96
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.249**

WSM HINGHAM PROPERTIES LLC, P.O BOX 3274, BOSTON, MA, 02241-3274

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11,147.47
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Estate Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.250**

ZACHARY NIXON WILLIS, ADDRESS REDACTED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $23,725,779.71 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $23,725,779.71 |

**Fill in this information to identify the case:**

Debtor name: Express BNBS Fashion, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10840

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.1    **State what the contract or lease is for and the nature of the debtor's interest**    See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.1 | Acquiring Addendum : Extend acceptance of Card Scheme products | N/A | Adyen B.V. | 274 Brannan Street, Suite 600, San Francisco, CA, 94107 |
| 2.2 | Addendum to Merchant Agreement: Network Token Service | N/A | Adyen B.V. | 274 Brannan Street, Suite 600, San Francisco, CA, 94107 |
| 2.3 | Addendum to Merchant Agreement: Pricing for services | N/A | Adyen B.V. | 274 Brannan Street, Suite 600, San Francisco, CA, 94107 |
| 2.4 | Addendum to Terms and Conditions: Modifies the Avalara Service Terms and Conditions | N/A | Avalara, Inc. | 100 Ravine Lane, Suite 220, Bainbridge Island, WA, 98110 |
| 2.5 | Addendum: Acquiring addendum | N/A | Adyen B.V. | 274 Brannan Street, Suite 600, San Francisco, CA, 94107 |
| 2.6 | Addendum: Consulting Services | N/A | Right Side Up, LLC | 166 Warwick Drive, Walnut Creek, CA, 94598 |
| 2.7 | Addendum: Data Processing Agreement | N/A | Adyen N.V. | Simon Carmiggeltstraat 6-50, Amsterdam, 1011 DJ, The Netherlands |
| 2.8 | Addendum: IT Services - Data | N/A | PCA Direct Inc.  | New Moosejaw, LLC | 32200 N Avis. Ste 100., Madison Heights, MI, 48071 |
| 2.9 | Addendum: Pricing for Services | N/A | Adyen N.V. | Simon Carmiggeltstraat 6-50, Amsterdam, 1011 DJ, The Netherlands |
| 2.10 | Addendum: Pricing tests and Professional Platform Services | N/A | MakerSights, Inc. | 437 Pcific Ave, Suite 350, San Francisco, CA, 94133 |
| 2.11 | Agency Agreement: Contractual agreement for services | N/A | Newtimes Development Limited | Unit 9B, Hong Kong Spinners Industrial Building, Phase 1&2, 601 603 Tai Nan West Street, Kowloon, Hong Kong |
| 2.12 | Agreement : Architecture services | N/A | O'Neil Langan | 15 W 37th street, 15th floor, New York, NY, 10010 |
| 2.13 | Agreement and Model Release: A one-day photography and motion shoot with photographer Caliana | N/A | IMG | 304 Park Avenue South, New York, NY, 10010 |
| 2.14 | Agreement and Model Release: A one-day photography and motion shoot with photographer Caliana | N/A | One Management | 42 Bond st., 2nd floor, New York, NY, 10012 |
| 2.15 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | AMR Agency LLC | 301 E 61st street, New York, NY, 10065 |
| 2.16 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | Ford Models Inc. | 11 E 26th st., 14th Floor, New York, NY, 10010 |
| 2.17 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | Major Model Management Inc. | 344 W 38 st. 503, New York, NY, 10018 |
| 2.18 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | Marilyn NY | 210 11th Ave, Suite 704, New York, NY, 10001 |
| 2.19 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | Next model management | 15 Watts Street, 6th floor, New York, NY, 10010 |
| 2.20 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | One Management | 42 Bond st., 2nd floor, New York, NY, 10012 |
| 2.21 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | State Management | 525 7th Avenue, #904, New York, NY, 10018 |
| 2.22 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | The Society | 55 Hudson Yards, New York, NY, 10001 |
| 2.23 | Agreement and Model Release: A one-day photography shoot with photographer Jack O'Connor | N/A | Wilheimina | 31 Hudson Yards, 11th f1oor, New York, NY, 10003 |
| 2.24 | Agreement and Model Release: A two-day motion & photography shoot with photographer & director Elliot James Kennedy | N/A | IMG | 304 Park Avenue South, New York, NY, 10010 |
| 2.25 | Agreement and Model Release: A two-day motion & photography shoot with photographer & director Elliot James Kennedy | N/A | New York Model Management | 71 West 23rd Street, STE 301, New York, NY, 10010 |
| 2.26 | Agreement and Model Release: A two-day motion & photography shoot with photographer & director Elliot James Kennedy | N/A | Soul Artist Management | 11 West 25th Street, 9th Floor, New York, NY, 10010 |
| 2.27 | Agreement for Architectural Services: Schematic Design and Consolidation Test-Fit Plan | N/A | TPG Architechture, LLP | 31 Penn Plaza, 132 W 31st Street, 5th Floor, New York, NY, 10001 |
| 2.28 | Air Conditioning Maintenance Agreement (PMW): Air conditioning maintenance work | N/A | Kaback Service Inc. | 318 West 39th Street, 2nd Floor, New York, NY, 10018 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.29 | Amended and Restated Service Subscription Agreement: E-Commerce Performance | N/A | SIGNIFYD | 2540 N. First Street, Suite 300, San Jose, CA, 95131 |
| 2.30 | Amended and Restated Terms of Service Agreement: Adding advanced functionality to the websites | N/A | Constructor.io Corporation | 100 Bush Street, Suite 510, San Francisco, CA, 94104 |
| 2.31 | Amended and Restated Terms of Service Agreement: Browse Software Products | N/A | Constructor.io | 100 Bush Street, Suite 510, San Francisco, CA, 94104 |
| 2.32 | Amended and Restated Terms of Service Agreement: Browse Software Products | N/A | CONSTRUCTOR.IO CORPORATION | 100 Bush Street, Suite 510, San Francisco, CA, 94104 |
| 2.33 | Amended Order: List mentioned for the Committed Services- Datadog Pro Plan | N/A | Datadog, Inc. | 620 8th Avenue, 45th Floor, New York, NY, 10018-1741 |
| 2.34 | Amendment #1 to Lease Agreement | 1,127 | ACADIA SECOND CITY 843-45 WEST ARMITAGE LLC | c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580, 1311 Mamaroneck Avenue, Suite 260 White Plains, New York 10605 Attention: Legal Department, With a copy of notices to: Acadia Second City 843-45 West Armitage LLC c/o Acadia Realty Trust 1311 Mamaroneck Avenue, Suite 260 White Plains, New York 10605 Attention: Property Management, N/A |
| 2.35 | Amendment #1 to Lease Agreement | 1,371 | AP Newbury Street Portfolio #1, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, ATTN: Newbury Property Management, 234 Clarendon Street, 3rd Floor, Boston, MA 02116 |
| 2.36 | Amendment #1 to Lease Agreement | 671 | FASHION CENTRE MALL, LLC | MS Management Associates Inc 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.37 | Amendment 1 to Lease Agreement | 1,342 | MERCHANTS ROW WEBWARD LLC | MERCHANTS ROW WEBWARD LLC c/o Bedrock 630 Woodward Avenue Detroit, Michigan 48226 Attn: Chief Executive Officer |
| 2.38 | Amendment 1 to the Lease Agreement | 977 | 900 NORTH MICHIGAN, LLC | 900 NORTH MICHIGAN Avenue, Chicago, Illinois 60611-1957 |
| 2.39 | Amendment 1 to the Lease Agreement | 612 | DAJ Realty LLC | 150 East 58th Street, New York, NY 10155, c/o NY Sabet Management Inc 38 West 31st Street, Suite 3 New York, New York 10001, Citi Real Estate Funding Inc 388 Greenwich Street, 6th Floor, New York, New York 10013, Ravid Law Group 601 S Figueroa Street, Suite 4400, Los Angeles, California 90017 |
| 2.40 | Amendment 1.0 to Sow 3.0: Consulting services | N/A | DM Connect LLC | Attention: Dawn Perdew, 4223 Glencoe Avenue, Suite A-130, Marina Del Rey, CA, 90292 |
| 2.41 | Amendment 2 to Lease Agreement | 1,342 | MERCHANTS ROW WEBWARD LLC | MERCHANTS ROW WEBWARD LLC c/o Bedrock 630 Woodward Avenue Detroit, Michigan 48226 Attn: Chief Executive Officer |
| 2.42 | Amendment 2.0 to Sow 3.0: Consulting services | N/A | DM Connect LLC | Attention: Dawn Perdew, 4223 Glencoe Avenue, Suite A-130, Marina Del Rey, CA, 90292 |
| 2.43 | Amendment 3 to the Lease Agreement | 977 | 900 NORTH MICHIGAN, LLC | 900 NORTH MICHIGAN Avenue, Chicago, Illinois 60611-1957 |
| 2.44 | Amendment 4 to the Lease Agreement | 977 | 900 NORTH MICHIGAN, LLC | 900 NORTH MICHIGAN Avenue, Chicago, Illinois 60611-1957 |
| 2.45 | Amendment and Termination of Master Services Agreement: Software | N/A | Netsuite Inc. | 2955 Campus Drive, Suite 100, San Mateo, CA, 94403 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.46 | Amendment Letter: National Brands Vendor Business Requirements | N/A | Belk, Inc. | |
| 2.47 | Amendment No. 1: Amends the Bonobos Consulting Services Agreement | N/A | Decent Startup LLC | 100 Jane St. 2H, New York, NY, 10014 |
| 2.48 | Amendment No. 1: Amends the Scope of Work | N/A | Red Antler, LLC | 20 Jay St, Suite 420, Brooklyn, NY, 11201 |
| 2.49 | Amendment No. 8: Amend payment plan, term sheet, credit cap etc. | N/A | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | |
| 2.50 | Amendment No.1 and Consent to Assignment of Agreement: Inventory Management, order management and related services | N/A | FB Flurry LLC Cart.com, Inc. | 612 Brazos Street, Suite A, Austin, TX, 78701 |
| 2.51 | Amendment to Consulting Service Agreement: Execute Information Security Addendum | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.52 | Amendment to Consulting Service Agreement: Information Security Program | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.53 | Amendment to Consulting Services Agreement: Consultants | N/A | Transport Design NY LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.54 | Amendment To Master Services Agreement: SaaS Platform Services | N/A | Bricksolve, Inc. d/b/a Brickwork | 137 Grad Street, 3rd Floor, New York, NY, 10013 |
| 2.55 | Amendment to Merchant Agreement: Bin sponsors | N/A | Adyen B.V. | 274 Brannan Street, Suite 600, San Francisco, CA, 94107 |
| 2.56 | Amendment to MSA: BrickWork SaaS Solution | N/A | Bricksolve, Inc. d/b/a Brickwork | 137 Grad Street, 3rd Floor, New York, NY, 10013 |
| 2.57 | Amendment to Order Forms and Termination of Master Services Agreement: Modifying the contractual terms | N/A | Amplitude, Inc | |
| 2.58 | Amendment to Statement of Work #1: Creative Consultant | N/A | Midwest Is Best LLC | 925 Bergen Street, Brooklyn, NY, 11238 |
| 2.59 | Amendment to Statement of Work#4: Consultation services | N/A | Second Day Ltd | Harpenden, AL53AL, United Kingdom |
| 2.60 | Amendment to Statement of Work#5: Reduction of scope and fees | N/A | Second Day Ltd | Harpenden, AL53AL, United Kingdom |
| 2.61 | Amendment to the Lease Administration Agreement: Lease administration services | N/A | Scribcor Global Lease Administration, LLC | 1415 West 22nd Street, 700E, Oak Brook, IL, 60523 |
| 2.62 | Amendment to the Retail Lease Agreement | 1,585 | PPF AMLI 421 West 3rd Street, LP | 5057 Keller Springs Road, Suite 250, Addison, TX 75001 |
| 2.63 | Amendment: Access to Segment. Io's hosted Analytics Integrations Dashboard, SDKs and Platform | N/A | Segment.io, Inc. | 461 2nd St., #207, San Francisco, CA, 94107 |
| 2.64 | Amendment: Consultation Services | N/A | Midwest Is Best LLC | 925 Bergen Street, Brooklyn, NY, 11238 |
| 2.65 | Amendment: Contractual Agreement for Services | N/A | Attentive Mobile Inc. | 221 River Street, Suite 9047, Hoboken, NJ, 07030 |
| 2.66 | Amendment: Contractual Agreement for Services | N/A | Epidemic Sound US, Inc. | 79 Walker Street, New York, NY, 10013 |
| 2.67 | Amendment: Contractual Agreement for Services | N/A | Segment.io, Inc. | 461 2nd St., #207, San Francisco, CA, 94107 |
| 2.68 | Amendment: Contractual Agreement for Services | N/A | Wink Software LLC. | Wink Software LLC., 1 Kristen Pl, Old Tappan, NJ, 07675 |
| 2.69 | Amendment: Marketing | N/A | Looker Data Sciences, Inc. | 101 Church Street, Santa Cruz, CA, 95060 |
| 2.70 | Amendment: Modify Vendor Manual and/or Terms and Conditions | N/A | Stitch Fix, Inc. | Montgomery Street, Suite 1100, San Francisco, CA, 94104 |
| 2.71 | Amendment: Payment processing and acquiring services | N/A | Adyen B.V. Adyen Client Management Foundation | Simon Carmiggeltstraat 6-50, Amsterdam, 1011 DJ, The Netherlands |
| 2.72 | Amendment: replace the definition of Permitted Media | N/A | Jean Wang | 11 B Appleton Street, Unit #8, Boston, MA, 02116 |
| 2.73 | Amendment: to extend grant rights | N/A | Justin Rose | 1700 Broadway, 29th Floor, New York, NY, 10019 |
| 2.74 | Anti-Corruption Compliance Agreement | N/A | Flexport, Inc. | 760 Market Street, 8th Floor, San Francisco, CA, 94102 |
| 2.75 | Anti-corruption compliance agreement: Logistics services | N/A | C H Robinson International, Inc | 14701 Charlson Rd, Suite 1400, Eden Prairie, MN, 55347 |
| 2.76 | Assignment Agreement | 977 | Hill Center at Green Hills, LLC | 3011 Armory Drive, Suite 130, Nashville, TN 37204-3721 |
| 2.77 | Assignment Agreement | 977 | JBG/SHAY RETAIL, LLC | c/o The JBG Companies, 4445 Willard Avenue, Suite 400, 33 Chevy Chase, MD 20815 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.78 | Assignment Agreement | 612 | N/A | 150 East 58th Street, New York, NY 10155, c/o NY Sabet Management Inc<br>38 West 31st Street, Suite 3<br>New York, New York 10001, Citi Real Estate Funding Inc<br>388 Greenwich Street, 6th Floor, New York, New York 10013, Ravid Law Group<br>601 S Figueroa Street, Suite 4400, Los Angeles, California 90017 |
| 2.79 | Assignment Notice: Assignment of certain assets and liabilities of Walmart Inc. to Bonobos | N/A | Constructor.io Corporation | 100 Bush Street, Suite 510, San Francisco, CA, 94104 |
| 2.80 | Assignment of Lease | 1,708 | Express BNBS Fashion, LLC | c/o Kane Realty Corporation, Post Office Bx 19107, Raleigh, North Carolina 27619 |
| 2.81 | Assignment of Lease | 671 | FASHION CENTRE MALL, LLC | MS Management Associates Inc<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438 |
| 2.82 | Assignment of Leases | 977 | AP Washington, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, Attn: Minneapolis Property Management, Modern Commercial, 5151 Edina Industrial Blvd, Suite 525, Edina, MN 55439, Attn: Mitch Kall |
| 2.83 | Assignment of Leases | 1,708 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 |
| 2.84 | Assignment of Leases | 612 | DEVELOPMENT AREA 5, LP | c/o Eastbanc, Inc 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.85 | Assignment of Leases | 612 | EKFH LLC | c/o KLM Equities Inc, 920 Broadway 17th Fl, New York, New York, 10010, Attn: Zachary Kleinhandler |
| 2.86 | Assignment of Leases | 1,585 | N/A | 5057 Keller Springs Road, Suite 250, Addison, TX 75001 |
| 2.87 | Assignment of Leases | 1,432 | Street Retail, Inc | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.88 | Assignment of Leases | 1,342 | THE SHOPS AT NORTH CREEK, LLC | 200 Fillmore Street, Suite 400, Denver, VO 80206, Attn: Director of Leasing |
| 2.89 | Assignment of Leases Agreement | 1,189 | Express BNBS Fashion, LLC | c/o Acadia Realty Trust,<br>411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.90 | Assignment of Leases Agreement | 1,342 | MERCHANTS ROW WEBWARD LLC | MERCHANTS ROW WEBWARD LLC<br>c/o Bedrock<br>630 Woodward Avenue<br>Detroit, Michigan 48226<br>Attn: Chief Executive Officer |
| 2.91 | Belk National Brands Vendor Business Requirements: Merchandising & Design | N/A | Belk, Inc. | |
| 2.92 | Bonobos Consulting Services Agreement: Consultant services | N/A | KCD Global Retail Solutions LLC | 99 Jane Street, #3L, New York, NY, 10014 |
| 2.93 | Bonobos Consulting Services Agreement: Consultation services | N/A | Adam Blake | 471 Chauncey St, Apt 1L, Brooklyn, NY, 11233 |
| 2.94 | Bonobos Consulting Services Agreement: Consultation Services | N/A | Emilia Moya Ocampos | Pieter Nieuwlandstraat 2B, Amsterdam, 1093 XP, The Netherlands |
| 2.95 | Bonobos Partnership Agreement: License to use certain trademarks and service marks | N/A | Reclamation Ventures | 501 Congress Avenue, Suite 150, Austin, TX, 78701 |
| 2.96 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Apostrophe Reps | 217 Centre Street, 7th FL, New York, NY, 10013 |
| 2.97 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.98 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Bjarne Jonasson | 425 14th St. Apt, D3, Brooklyn, NY, 11215 |
| 2.99 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Bjorn Iooss c/o Artworld Agency | 98 Fourth St., Ste. 314, Brooklyn, NY, 11231 |
| 2.100 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Dana Scruggs | 286 Putnam Avenue, #2, Brooklyn, NY, 11216 |
| 2.101 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Danielle Levitt c/o Deborah Schwartz Representative | 841 Stratford Avenue, South Pasadena, CA, 91030 |
| 2.102 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | DMB USA LLC | 1375 BDWY 6th Fl, New York, NY, 10018 |
| 2.103 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Jack O'Connor | 415 Red Hook Ln, 12D, Brooklyn, NY, 11201 |
| 2.104 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Josh Hight | 2 29 Central Hill, London, SE19 1BW, United Kingdom |
| 2.105 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Joshua Gonzales | 2508 Cudahy St, Huntington Park, CA, 90255 |
| 2.106 | Bonobos Photographer Services Agreement: Perform Photography Services for Bonobos | N/A | Ryan Slack Photographs, LLC | 250 Moore St., #201, Brooklyn, NY, 11206 |
| 2.107 | Bonobos Photographer Services Agreement: Photography Services by Kathryn Suellentrop | N/A | Kathryn Suellentrop | |
| 2.108 | Bookings Confirmation Agreement: Rent Premises | N/A | Huron Studio LLC | 73 Huron Street, Brooklyn, NY, 11222 |
| 2.109 | Box Service Agreement: Enterprise Account Licenses, SmartStart | N/A | Box, Inc. | 900 Jefferson Ave, Redwood City, CA, 94063 |
| 2.110 | Brand Subscription Agreement: Integration Support | N/A | NuOrder Inc | 900 Hillgard Ave, First Floor, Los Angeles, CA, 90024 |
| 2.111 | Brand Subscription Agreement: Subscription Nordstrom program | N/A | NuOrder Inc | 900 Hillgard Ave, First Floor, Los Angeles, CA, 90024 |
| 2.112 | Business Services Agreement: Travel & Expense | N/A | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000, Bellevue, WA, 98004 |
| 2.113 | Carting Sales Contract(Event Agreement): Catering Service | N/A | The West Hollywood EDITION | 9040 West Sunset Boulevard, West Hollywood, CA, 90069 |
| 2.114 | CCPA Addendum to Master Services Agreement,: SaaS Platform Services | N/A | Bricksolve. inc. d/b/a Brickwork | 137 Grad Street, 3rd Floor, New York, NY, 10013 |
| 2.115 | CCPA Data Processing Addendum: Processing of Customer's Personal Information | N/A | Culture Amp Pty Ltd | Level 3, 41 Stewart Street, Richmond, VIC, Australia |
| 2.116 | Change Control Form: NetSuite ERP Project | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.117 | Change of Legal Name : IT Services - Software Products | N/A | Planful, Inc. | 555 Twin Dolphin Dr., Suite 400, Redwood City, CA, 94065 |
| 2.118 | Change of Ownership & Payment | 1,371 | AP Newbury Street Portfolio #1, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, ATTN: Newbury Property Management, 234 Clarendon Street, 3rd Floor, Boston, MA 02116 |
| 2.119 | Change Order: Change order to Engineering and implementation services | N/A | RelationEdge New York, LLC | 1917 Palomar Oaks, Suite 310, Carlsbad, CA, 92008 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.120 | Commencement and expiration date declaration | 612 | Avalon North, LLC c/o North American Properties-Atlanta, Ltd | 2200 Avalon Blvd, Alpharetta, GA 30009, 264 19th Street, Suite 2200 Atlanta, Georgia 30363, 6400 Powers Ferry Road, NW, Suite 400 Atlanta, Georgia 30339, with a copy to Sarofim Realty Advisors 8115 Preston Road, Suite 400 Dallas, Texas 75225 |
| 2.121 | Commencement Date Agreement | 1,097 | 173 Court Street Holdings LLC | 561 Seventh Avenue, 5th Floor, New York, NY 10018 |
| 2.122 | Commencement Date Memorandum of Lease Agreement | 1,342 | THE SHOPS AT NORTH CREEK, LLC | 200 Fillmore Street, Suite 400, Denver, VO 80206, Attn: Director of Leasing |
| 2.123 | Commencement date notice | 612 | DAJ Realty LLC | 150 East 58th Street, New York, NY 10155, c/o NY Sabet Management Inc 38 West 31st Street, Suite 3 New York, New York 10001, Citi Real Estate Funding Inc 388 Greenwich Street, 6th Floor, New York, New York 10013, Ravid Law Group 601 S Figueroa Street, Suite 4400, Los Angeles, California 90017 |
| 2.124 | Commencement memorandum to the lease agreement | 1,708 | HARBOR EAST Parcel B-Retail, LLC | c/o H&S Properties Development Corp 650 South Exeter Street, Suite 200, Baltimore, Maryland 21202 |
| 2.125 | Commercial Proposal and sales agreement: eSuite Premier | N/A | ADT Commercial solutions | |
| 2.126 | COMMERCIAL PROPOSAL AND SALES AGREEMENT: Security | 1,826 | ADT LLC | Boca Raton, FL, 33431 |
| 2.127 | Commercial proposal and sales agreement: Surveillance services | N/A | ADT LLC dba ADT Security Services ("ADT") | 111 Windsor DR, Oak Brook, IL, 60523 |
| 2.128 | Commercial proposal and sales agreement: Surveillance services | N/A | ADT, LLC | 111 Windsor DR, Oak Brook, IL, 60523 |
| 2.129 | COMMERCIAL SCHEDULE OF PROTECTION PROPOSAL AND SALES AGREEMENT: Security | 1,827 | ADT LLC | Boca Raton, FL, 33431 |
| 2.130 | Company Service(s) Order Form: Purchase of software services | N/A | Lightspeed NuOrder Inc | 900 Hillgard Ave, First Floor, Los Angeles, CA, 90024 |
| 2.131 | Consent to Assignment of Agreement: IT Services - SaaS License | N/A | Bricksolve, Inc. DBA Brickwork | 137 Grand Street, 3rd Floor, New York, NY, 10013 |
| 2.132 | Consent to Assignment of Master Services Agreement: SaaS Platform Services | N/A | Bricksolve, Inc. d/b/a Brickwork | 137 Grad Street, 3rd Floor, New York, NY, 10013 |
| 2.133 | Consent to Assignment of MSA: IT Services - SaaS License | N/A | Bricksolve, Inc. DBA Brickwork | 137 Grand Street, 3rd Floor, New York, NY, 10013 |
| 2.134 | Consulting Agreement: Artwork, materials etc. delivery services | N/A | Dutch Uncle Agency, Inc | Suite 1225, WeWork, 54 West 40th Street, New York, NY, 10018 |
| 2.135 | Consulting Agreement: Artwork, materials etc. delivery services | N/A | This Represents LLC | 1308 Factory Pl., #311, Los Angeles, CA, 90013 |
| 2.136 | Consulting Agreement: Consultation services | N/A | Big Photographic Limited | Studio D, York Central, 70-78 York Way, London, N1 9AG, United Kingdom |
| 2.137 | Consulting Agreement: Consultation services | N/A | How Do You Do Illustration Agency | 23 Romsey Road, Cambridge, CB13DD, United Kingdom |
| 2.138 | Consulting Agreement: Consultation Services | N/A | Midwest Is Best LLC | 925 Bergen Street, Brooklyn, NY, 11238 |
| 2.139 | Consulting Agreement: Creative Consultant | 1,826 | How Do You Do Illustration Agency | 23 Romsey Road, Cambridge, CB13DD, United Kingdom |
| 2.140 | Consulting Agreement: Creative Consultant | 1,096 | This Represents LLC | 1308 Factory Pl., #311, Los Angeles, CA, 90013 |
| 2.141 | Consulting Agreement: Photography/Creative consultant | N/A | The Wild Factory Inc | 75 Kingsland Ave, 3F, Brooklyn, NY, 11211 |
| 2.142 | Consulting Agreement: Services performed by Consultant | N/A | The Bindery, LLC | 227 West 29th Street, 5th Floor, New York, NY, 10001 |
| 2.143 | Consulting Service Agreement: CRM | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.144 | Consulting Service Agreement: IT Services - Digital Marketing Imagery | N/A | Color Curated LLC (dba Local Color) | 417 Grand St, Brooklyn, NY, 11211 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.145 | Consulting Services Agreement: Budget Management and Event Production | N/A | Gal Friday | 31 Woodruff Ave, 7D, Brooklyn, NY, 11226 |
| 2.146 | Consulting Services Agreement: Consultant perform Service | N/A | Equity Coaching & Consulting LLC | 2024 New York Avenue, Union City, NJ, 07087 |
| 2.147 | Consulting Services Agreement: Consultant perform Services | N/A | 1REC LLC | 82 Nassau Street, #820, New York, NY, 10038 |
| 2.148 | Consulting Services Agreement: Consultant perform Services | N/A | Decent Startup LLC | 100 Jane St. 2H, New York, NY, 10014 |
| 2.149 | Consulting Services Agreement: Consultant perform Services | N/A | HL Group Partners, LLC | 350 Madison Ave., 17th Floor, New York, NY, 10017 |
| 2.150 | Consulting Services Agreement: Consultant perform services | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.151 | Consulting Services Agreement: Consultant perform Services | N/A | Speedeon Data LLC | 5875 Landerbrook Drive, Suite 130, Cleveland, OH, 44124 |
| 2.152 | Consulting Services Agreement: Consultant Services | N/A | Second Day Ltd. | 58 Park Rise, Harpenden, AL53AL, United Kingdom |
| 2.153 | Consulting Services Agreement: Consultation | N/A | RelationEdge New York, LLC | 1917 Palomar Oaks, Suite 310, Carlsbad, CA, 92008 |
| 2.154 | Consulting Services Agreement: Consultation Services | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.155 | Consulting Services Agreement: Consulting services | N/A | Alexandra Greifeld | 32 Coconut Ln, Tequesta, FL, 33469 |
| 2.156 | Consulting Services Agreement: Consulting Services | N/A | Brian Coats | 235 West 22nd Street, #5V, New York, NY, 10011 |
| 2.157 | Consulting Services Agreement: Consulting services | N/A | Civa Technologies | 15376 NW Energia St, Portland, OR, 97229 |
| 2.158 | Consulting Services Agreement: Consulting Services | N/A | Great Bowery Inc | 433 Broadway, Ste 420, New York, NY, 10013 |
| 2.159 | Consulting Services Agreement: Consulting services | N/A | Jeanne Yang | c/o The Wall Group LA LLC, 700 N. San Vicente Blvd, Suite G600, Los Angeles, CA, 90069 |
| 2.160 | Consulting Services Agreement: Consulting services | N/A | JorDean LLC | 565 Martling Ave, Tarrytown, NY, 10591 |
| 2.161 | Consulting Services Agreement: Consulting services | N/A | Julia Rothman | 483 12th St, #3L, Brooklyn, NY, 11215 |
| 2.162 | Consulting Services Agreement: Consulting services | N/A | Leadology LLC | 66 Rockwell Place, 13J, Brooklyn, NY, 11217 |
| 2.163 | Consulting Services Agreement: Consulting services | N/A | Mallory Woods | 381 Menahan St., Apt 3L, Brooklyn, NY, 11237 |
| 2.164 | Consulting Services Agreement: Consulting services | N/A | Micoli, LLC | 8605 Santa Monica Blvd, # 80052, West Hollywood, CA, 90069-4109 |
| 2.165 | Consulting Services Agreement: Consulting services | N/A | Myers-Holum, Inc. | 244 Madison Avenue, Suite 217, New York, NY, 10016 |
| 2.166 | Consulting Services Agreement: Consulting services | N/A | Nina Day, Inc | 526 West 26th St, Suite 502, New York, NY, 10001 |
| 2.167 | Consulting Services Agreement: Consulting Services | N/A | Right Side Up, LLC | 166 Warwick Drive, Walnut Creek, CA, 94598 |
| 2.168 | Consulting Services Agreement: Consulting Services | N/A | Transport Design NY, LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.169 | Consulting Services Agreement: Illustration Consultants | N/A | Emilia Moya Ocampos | Pieter Nieuwlandstraat 2B, Amsterdam, 1093 XP, The Netherlands |
| 2.170 | Consulting Services Agreement: Production Consultants | N/A | Transport Design NY, LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.171 | Consulting Services Agreement: Refined and elevated aesthetic quality to digital marketing inventory | N/A | Color Curated LLC | 417 Grand St, Brooklyn, NY, 11211 |
| 2.172 | Consulting Services Agreement: Services performed | N/A | John Lockett | 53 3rd Street Apt., 1L, Brooklyn, NY, 11231 |
| 2.173 | Consulting Services Agreement: services to be provided | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.174 | Consulting Services Agreement: Tracking Program | N/A | Kantar | 3333 Warrenville Rd, Suite 400, Lisle, IL, 60532 |
| 2.175 | Contract: Software | N/A | Wink Software, LLC | 1 Kristen Pl, Old Tappan, NJ, 07675 |
| 2.176 | Data Processing Agreement: Processing of Personal Data under the Merchant Agreement | N/A | Adyen B.V. | 274 Brannan Street, Suite 600, San Francisco, CA, 94107 |
| 2.177 | Date of Possession (DOP) | 612 | Buckhead Village, LP Successor-in-interest to OMB Buckhead Lender, LLC | PO Box 31001-2026, Pasadena, CA 91110-2026 |
| 2.178 | Date of Possession (DOP) | 1,708 | Macerich Northwestern Associates | 1275 Broadway Plaza, Walnut Creek, CA 94596, Attn: Center Manager, 11411 North Tatum, Boulevard, Phoenix, AZ 85028 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.179 | Date of Possession (DOP) | 459 | WFP Retail CO LP | c/o Brookfield Financial Properties, LP<br><br>250 Vestry Street, 15th Floor, New York, NY 10281-1023<br><br>Attn: Senior Vice President, Director of Leasing |
| 2.180 | Dates extension agreement (Renewal Notice) | 612 | 35 Crosby Street LLC<br>Ravid Law Group | 150 East 58th Street, New York, NY 10155, c/o NY Sabet Management Inc<br>38 West 31st Street, Suite 3<br>New York, New York 10001, Citi Real Estate Funding Inc<br>388 Greenwich Street, 6th Floor, New York, New York 10013, Ravid Law Group<br>601 S Figueroa Street, Suite 4400, Los Angeles, California 90017 |
| 2.181 | Delivery Date Agreement | 977 | AP Washington, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, Attn: Minneapolis Property Management, Modern Commercial, 5151 Edina Industrial Blvd, Suite 525, Edina, MN 55439, Attn: Mitch Kall |
| 2.182 | Donation and Licensing Agreement: To represent and warrants each other's trademarks and logo. | N/A | Community Health Project, Inc. d/b/a Callen-Lorde Community Health Center | 356 West 18th Street, New York, NY, 10011 |
| 2.183 | eCommerce - Subscription Agreement: Product and Services | N/A | Occupier, Inc | |
| 2.184 | Endorsement agreement: desire to obtain golfer rights | N/A | Justin Rose , excel sport management | 1700 Broadway, 29th Floor, New York, NY, 10019 |
| 2.185 | Enterprise Customer Agreement: Contractual agreement for services | N/A | Contentful Inc | 101 Montgomery Street, Suite 1900, San Francisco, CA, 94104 |
| 2.186 | Extension and modification agreement | 1,432 | Street Retail, Inc | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.187 | Extension of option notice date | 1,432 | Street Retail, Inc | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.188 | Fabscrap Service Agreement: Fabric Scrap reuse and recycling services | N/A | Fabscrap, Inc. | P.O. Box 7559, New York, NY, 10150 |
| 2.189 | First Amendment of Lease | 612 | DEVELOPMENT AREA 5, LP | c/o Eastbanc, Inc 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.190 | First Amendment of Lease Agreement and Second Extension of Term | 612 | EKFH LLC | c/o KLM Equities Inc, 920 Broadway 17th Fl, New York, New York, 10010, Attn: Zachary Kleinhandler |
| 2.191 | First Amendment to Lease | 612 | Buckhead Village, LP<br><br>Successor-in-interest to OMB Buckhead Lender, LLC | PO Box 31001-2026, Pasadena, CA 91110-2026 |
| 2.192 | First Amendment to Lease Agreement | 612 | University Village Limited Partnership | 2623 NE University Village Street, Suite #7, Seattle, Washington 98105 |
| 2.193 | First Amendment to Lease for store premises | 1,708 | Ice House LP | c/o Heller Pacific, Inc 1715 R Street, Suite 210, Sacramento, CA 95811 Attn: Kristin Leon |
| 2.194 | First Lease Modification Agreement | 459 | WFP Retail CO LP | c/o Brookfield Financial Properties, LP<br><br>250 Vestry Street, 15th Floor, New York, NY 10281-1023<br><br>Attn: Senior Vice President, Director of Leasing |
| 2.195 | Fourth Amendment of Lease | 612 | DEVELOPMENT AREA 5, LP | c/o Eastbanc, Inc 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.196 | General contract for services: Bonobo's Juneteenth programing | N/A | WY Leadership, LLC | PO Box 225, Middleburg, VA, 20118 |
| 2.197 | General Contract for services: Contractual services | N/A | WY Leadership, LLC | PO Box 225, Middleburg, VA, 20118 |
| 2.198 | General Terms: Software and provide Support Services | N/A | Culture Amp Pty Ltd | Level 3, 41 Stewart Street, Richmond, VIC, Australia |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.199 | Getty Image's North America Premium Access Agreement: Commercial Terms | N/A | Getty Images, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.200 | Gurus Solutions Master Services Agreement : Providing cloud solutions | N/A | Gurus Solutions USA, Inc. | |
| 2.201 | Influencer agreement: Services performed by influencer | N/A | 2S Entertainment Inc. f/s/o Jonathan Daviss | 235 Park Avenue South, New York, NY, 10003 |
| 2.202 | Influencer agreement: Services performed by influencer | N/A | Anthony Urbano | 586 W Preston St., Baltmore, MD, 21201 |
| 2.203 | Influencer agreement: Services performed by influencer | N/A | Arthur Kelso | 293 Kenton Lane, Harrow, HA8 9RR, United Kingdom |
| 2.204 | Influencer agreement: Services performed by influencer | N/A | Brian Morr | 310 West 14th Street, Apartment 2D, New York, NY, 10014 |
| 2.205 | Influencer agreement: Services performed by influencer | N/A | Chris Chann Media, LLC | 308 West Wilson Ave., # 334, Glendale, CA, 91203 |
| 2.206 | Influencer agreement: Services performed by influencer | N/A | Cody Rigsby | 374 Lefferts Ave, #2, Brooklyn, NY, 11225 |
| 2.207 | Influencer agreement: Services performed by influencer | N/A | Coy White | 803 Wyckoff Ave, Apt 3D, Ridgewood, NY, 11385 |
| 2.208 | Influencer agreement: Services performed by influencer | N/A | Darren Graham | 45 Hoyt Street, Apartment 5G, Brooklyn, NY, 11201 |
| 2.209 | Influencer agreement: Services performed by influencer | N/A | Dinkum Dingo Inc f/s/o Bowen Yang | 9336 Civic Center Drive, Beverly Hills, CA, 90210 |
| 2.210 | Influencer agreement: Services performed by influencer | N/A | Dustin Smith and Burton Buffaloe | 606 Chamberkain St., Raleigh, NC, 27607 |
| 2.211 | Influencer agreement: Services performed by influencer | N/A | Jean Wang | 11 B Appleton Street, Unit #8, Boston, MA, 02116 |
| 2.212 | Influencer agreement: Services performed by influencer | N/A | Jordan Huxhold | |
| 2.213 | Influencer agreement: Services performed by influencer | N/A | Laura Scott | 1010 Brickell Ave, #2801, Miami, FL, 33131 |
| 2.214 | Influencer agreement: Services performed by influencer | N/A | Matt Maggiacomo | 22 Coventry Road, Livingston, NJ, 07039 |
| 2.215 | Influencer agreement: Services performed by influencer | N/A | Nate Ebner | 1593 B Arlington Ave, Marble Cliff, OH, 43212 |
| 2.216 | Influencer agreement: Services performed by influencer | N/A | Riley Harper | P.O Box 2040, Agoura Hill, CA, 91376 |
| 2.217 | Influencer agreement: Services performed by influencer | N/A | Riley Harper | P.O Box 2040, Agoura Hill, CA, 91376 |
| 2.218 | Influencer agreement: Services performed by influencer | N/A | Scott Perez | 780 Sawdust Road, Apt. 415, Spring, TX, 77380 |
| 2.219 | Influencer agreement: Services performed by influencer | N/A | Socialyte LLC f/s/o Andrew Keenan-Bolger | 110 Greene Street, Suite 600, New York, NY, 10012 |
| 2.220 | Influencer agreement: Services performed by influencer | N/A | Socialyte LLC f/s/o Alex Wong | 90 State Street, Suite 700, Office 40, New York, NY, 12207 |
| 2.221 | Influencer agreement: Services performed by influencer | N/A | Socialyte LLC f/s/o Lincoln Johnson and Canyon Schmerse | 110 Greene Street, Suite 600, New York, NY, 10012 |
| 2.222 | Influencer agreement: Services performed by influencer | N/A | Socialyte LLC f/s/o Tyler Joe | 90 State Street, Suite 700, Office 40, New York, NY, 12207 |
| 2.223 | Influencer agreement: Services performed by influencer | N/A | The Traveling Child, LLC | 9104 SW 36th Street, Miramar, FL, 33025 |
| 2.224 | Influencer agreement: Services performed by influencer | N/A | Tramaine Colvin | 586 W Preston St., Baltmore, MD, 21021 |
| 2.225 | Influencer agreement: Services performed by influencer | N/A | Yummermi Inc. | 27 S 24th, Suite 10B, New York, NY, 10010 |
| 2.226 | Influencer agreement: Services performed by influencer | N/A | Yummertime Inc. f/s/o Chris Lin and Brock Williams | 27 S 24th, Suite 10B, New York, NY, 10010 |
| 2.227 | Influencer Agreement: Services provided by Influencer | N/A | Braxton Berriros | Maxx Mgmt, 650 Terrace Ave, Hasbrouck Heights, NJ |
| 2.228 | Influencer Agreement: Services provided by Influencer | N/A | LES Editorial Inc. | 34 N. 7th Street, Unit 2G, Brooklyn, NY, 11249 |
| 2.229 | Influencer Agreement: Services provided by Influencer | N/A | Paul Rabil | 722 Marine St., Santa Monica, CA, 90405 |
| 2.230 | Influencer Agreement: Social Media Influencing | N/A | 2S Entertainment Inc. f/s/o JONATHAN DAVISS | 235 Park Avenue South, New York, NY, 10003 |
| 2.231 | Information Security Addendum: Information security and privacy program Services | N/A | Envoy | 410 Townsend street, 4th floor, San Francisco, CA, 94107 |
| 2.232 | Insertion Order: To Acquire New Customers | N/A | Cardlytics, Inc. | |
| 2.233 | Insertion Order: Marketing | N/A | CBS INTERACTIVE INC. | 235 2nd Street, San Francisco, CA, 94105 |
| 2.234 | Justin Rose - First Amendment to Endorsement Agreement Nov 11 2020: Golf Endorsement | N/A | Excel Sports Management | 1700 Broadway, 29th Floor, New York, NY, 10019 |
| 2.235 | Leadership contract and services: Create a unified SD/VP level team | N/A | WY Leadership, LLC | PO Box 225, Middleburg, VA, 20118 |
| 2.236 | Lease | 977 | AP Washington, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, Attn: Minneapolis Property Management, Modern Commercial, 5151 Edina Industrial Blvd, Suite 525, Edina, MN 55439, Attn: Mitch Kall |
| 2.237 | Lease | 1,342 | Blackbox, LLC | 1125 SE Division Street, Suite 209, Portland, Oregon 97202 |

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.238 | Lease | 1,708 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 |
| 2.239 | Lease | 1,342 | THE SHOPS AT NORTH CREEK, LLC | 200 Fillmore Street, Suite 400, Denver, VO 80206, Attn: Director of Leasing |
| 2.240 | Lease | 247 | WESTCHESTER MALL, LLC | 225 West Washington Street, Indianapolis, Indiana 46204 |
| 2.241 | Lease Administration Agreement: lease abstraction services | N/A | Scribcor Global Lease Administration, LLC | 1415 West 22nd Street, 700E, Oak Brook, IL, 60523 |
| 2.242 | Lease Agreement | 1,342 | 53 Greenwich Avenue Associates LLC | 87 Greenwich Avenue, Greenwich, Connecticut 06830 |
| 2.243 | Lease Agreement | 1,127 | ACADIA SECOND CITY 843-45 WEST ARMITAGE LLC | c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580, 1311 Mamaroneck Avenue, Suite 260 White Plains, New York 10605 Attention: Legal Department, With a copy of notices to: Acadia Second City 843-45 West Armitage LLC c/o Acadia Realty Trust 1311 Mamaroneck Avenue, Suite 260 White Plains, New York 10605 Attention: Property Management, N/A |
| 2.244 | Lease Agreement | 1,342 | BR Prucenter Acquisition LLC | c/o Boston Properties Limited Partnership, Prudential Center, 800 Boylston Street, Suite 1900, Boston, Massachusetts 02199-8103 |
| 2.245 | Lease Agreement | 63 | CPF District Owner, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.246 | Lease Agreement | 977 | DOMAIN NORTHSIDE RETAIL PROPERTY OWNER LP | c/o Northwood Retail, LLC, 8080 Park Lane, Ste 600, Dallas, TX 75231 Attn: Lease Administration |
| 2.247 | Lease Agreement | 2,438 | FASHION CENTRE MALL, LLC | MS Management Associates Inc 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.248 | Lease Agreement | 32 | HENDERSON Main (Dalls), LLC | 2626 McKinnon St, Suite 750, Dallas, Texas 75201 |
| 2.249 | Lease Agreement | 2,073 | HIGHLAND VILLAGE LIMITED PARTNERSHIP | 4055 WESTHEIMER, HOUSTON, TEXAS 77027 , Copy to: Schlanger Silver LLP 109 North Post Oak Lane, Suite 300 Houston, Texas 77024 |
| 2.250 | Lease Agreement | 977 | KING OF PRUSSIA ASSOCIATES | co Kane Realty Corporation, Post Office Bx 19107, Raleigh, North Carolina 27619 |
| 2.251 | Lease Agreement | 1,708 | Macerich Twenty Ninth Street LLC | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager |
| 2.252 | Lease Agreement | 247 | MONTGOMERY Mall Owner LLC | 2049 Century Park East, 41st Fl, Los Angeles, CA 90067 |
| 2.253 | Lease Agreement | 1,342 | Oakbrook Shopping Center, LLC | c/o Oakbrook Center 110 N Wacker Dr, Chicago, IL 60606 |
| 2.254 | Lease Agreement | 1,585 | PPF AMLI 421 West 3rd Street, LP | 5057 Keller Springs Road, Suite 250, Addison, TX 75001 |
| 2.255 | Lease Agreement | 817 | Sam Walnut, LLC | AP 1519-1521 Walnut Street, LP, 802 Gervais Street, Suite 200, ATTN: Elm St, Property Management, Columbia, SC 29201 |
| 2.256 | Lease Agreement | 1,708 | SDG Fashion Mall Limited Partnership | c/o MS Management Associates Inc 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.257 | Lease Agreement | 1,342 | STRS L3 ACQ1, LLC | c/o The State Teachers Retirement System of Ohio, 275 East Broad Street, Columbus, Ohio 43215, Attn: Director of Real Estate Assets |
| 2.258 | Lease Agreement | 367 | The Irvine Company LLC | 401 Newport Center Drive, Suite A150, Newport Beach, CA 92660 |
| 2.259 | Lease Agreement | 671 | Thomas White Investments LLC | Thomas White Investments LLC c/o St Bride's Managers LLC 777 Summer Street, Suite 503 Stamford, CT 06901 |
| 2.260 | Lease Agreement | 1,342 | TYSONS GALLERIA, L/L/C | c/o Tysons Galleria L/LC 110 N Wacker Dr Attn: Law/Lease Administration |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.261 | Lease Agreement | 247 | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.262 | Lease Agreement | 2,073 | W/S/M HINGHAM PROPERTIES LLC | c/o WS Asset Management, Inc, 33 Boylston Street, Suite 3000, Chesnutt Hill, MA 02467 |
| 2.263 | Lease Agreement | 2,073 | WESTCHESTER MALL, LLC | c/o MS Management Associates Inc 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.264 | Lease Agreement | 2,073 | Westland Garden State Plaza Limited Partnership | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 |
| 2.265 | Lease agreement for premises | 977 | 488 Madison Avenue Associates, LLC | 7 Penn Plaza, Suite 618, New York, NY 10001 |
| 2.266 | Lease agreement for premises | 977 | 900 NORTH MICHIGAN, LLC | 900 NORTH MICHIGAN Avenue, Chicago, Illinois 60611-1957 |
| 2.267 | Lease agreement for premises | 1,189 | AP Union II LLC | c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.268 | Lease agreement for premises | 612 | Avalon North, LLC c/o North American Properties-Atlanta, Ltd | 2200 Avalon Blvd, Alpharetta, GA 30009, 264 19th Street, Suite 2200 Atlanta, Georgia 30363, 6400 Powers Ferry Road, NW, Suite 400 Atlanta, Georgia 30339, with a copy to Sarofim Realty Advisors 8115 Preston Road, Suite 400 Dallas, Texas 75225 |
| 2.269 | Lease agreement for premises | 612 | DAJ Realty LLC | 150 East 58th Street, New York, NY 10155, c/o NY Sabet Management Inc 38 West 31st Street, Suite 3 New York, New York 10001, Citi Real Estate Funding Inc 388 Greenwich Street, 6th Floor, New York, New York 10013, Ravid Law Group 601 S Figueroa Street, Suite 4400, Los Angeles, California 90017 |
| 2.270 | Lease agreement for premises | 1,342 | MERCHANTS ROW WEBWARD LLC | MERCHANTS ROW WEBWARD LLC c/o Bedrock 630 Woodward Avenue Detroit, Michigan 48226 Attn: Chief Executive Officer |
| 2.271 | Lease agreement for premises | 1,708 | North Hills Owner, LLC | c/o Kane Realty Corporation, Post Office Bx 19107, Raleigh, North Carolina 27619 |
| 2.272 | Lease agreement for premises | 1,342 | Seaport B/C Retail Owner LLC | c/o WS Asset management, Inc, 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467 |
| 2.273 | Lease agreement for premises | 977 | SEQ FEE, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.274 | Lease Commencement Date Agreement | 459 | WFP Retail CO LP | c/o Brookfield Financial Properties, LP 250 Vestry Street, 15th Floor, New York, NY 10281-1023 Attn: Senior Vice President, Director of Leasing |
| 2.275 | Lease Dates confirmation email | 1,189 | AP Union II LLC | c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.276 | Lease for store premises | 1,097 | 173 Court Street Holdings LLC | 561 Seventh Avenue, 5th Floor, New York, NY 10018 |
| 2.277 | Lease for store premises | 1,098 | 173 Court Street Holdings LLC | 561 Seventh Avenue, 5th Floor, New York, NY 10018 |
| 2.278 | Lease for store premises | 978 | 488 Madison Avenue Associates, LLC | 7 Penn Plaza, Suite 618, New York, NY 10001 |
| 2.279 | Lease for store premises | 1,343 | 53 Greenwich Avenue Associates LLC | 87 Greenwich Avenue, Greenwich, Connecticut 06830 |
| 2.280 | Lease for store premises | 978 | 900 NORTH MICHIGAN, LLC | 900 NORTH MICHIGAN Avenue, Chicago, Illinois 60611-1957 |
| 2.281 | Lease for store premises | 1,128 | ACADIA SECOND CITY 843-45 WEST ARMITAGE LLC | c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |
| 2.282 | Lease for store premises | 1,372 | AP Newbury Street Portfolio #1, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, ATTN: Newbury Property Management |
| 2.283 | Lease for store premises | 1,190 | AP Union II LLC | c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.284 | Lease for store premises | 2,073 | ATHERTON MALL (E&A), LLC | c/o Edens Limited Partnership Attn: Legal Department 1221 Main Street, Suite 1000, Columbia, South Carolina 29201 |
| 2.285 | Lease for store premises | 2,074 | ATHERTON MALL (E&A), LLC | c/o Edens Limited Partnership Attn: Legal Department 1221 Main Street, Suite 1000, Columbia, South Carolina 29201 |
| 2.286 | Lease for store premises | 613 | Avalon Mall | 2200 Avalon Blvd, Alpharetta, GA 30009 |
| 2.287 | Lease for store premises | 978 | BG/SHAY RETAIL, L.L.C. | c/o The JBG Companies, 4445 Willard Avenue, Suite 400, 33 Chevy Chase, MD 20815. |
| 2.288 | Lease for store premises | 1,343 | Blackbox, LLC | 1125 SE Division Street, Suite 209, Portland, Oregon 97202 |
| 2.289 | Lease for store premises | 1,343 | BR Prucenter Acquisition LLC | c/o Boston Properties Limited Partnership, Prudential Center, 800 Boylston Street, Suite 1900, Boston, Massachusetts 02199-8103 |
| 2.290 | Lease for store premises | 1,342 | Century City Mall LLC | 2049 Century Park East, 41st Fl, Los Angeles, CA 90067 |
| 2.291 | Lease for store premises | 1,343 | Century City Mall LLC | 2049 Century Park East, 41st Fl, Los Angeles, CA 90067 |
| 2.292 | Lease for store premises | 1,709 | CITY CREEK CENTER ASSOCIATES LLC, | 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 |
| 2.293 | Lease for store premises | 1,708 | Corte Madera Village, LLC | 1618 Redwood Highway, Corte Madera, California 9495-1224 |
| 2.294 | Lease for store premises | 1,709 | Corte Madera Village, LLC | 1618 Redwood Highway, Corte Madera, California 9495-1224 |
| 2.295 | Lease for store premises | 64 | CPF District Owner, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.296 | Lease for store premises | 613 | DAJ Realty LLC | 150 East 58th Street, New York, NY 10155 |
| 2.297 | Lease for store premises | 613 | DEVELOPMENT AREA 5, L.P. | c/o Eastbanc, Inc. 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.298 | Lease for store premises | 612 | DEVELOPMENT AREA 5, LP | c/o Eastbanc, Inc 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.299 | Lease for store premises | 978 | DOMAIN NORTHSIDE RETAIL PROPERTY OWNER LP | c/o Northwood Retail, LLC, 8080 Park Lane, Ste. 600, Dallas, TX 75231 Attn: Lease Administration |
| 2.300 | Lease for store premises | 612 | EKFH LLC | c/o KLM Equities Inc, 920 Broadway 17th Fl, New York, New York, 10010, Attn: Zachary Kleinhandler |
| 2.301 | Lease for store premises | 613 | EKFH LLC | c/o KLM Equities Inc., 920 Broadway 17th Fl, New York, New York, 10010, Attn: Zachary Kleinhandler |
| 2.302 | Lease for store premises | 671 | FASHION CENTRE MALL, LLC | MS Management Associates Inc 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.303 | Lease for store premises | 2,439 | FASHION CENTRE MALL, LLC | M.S. Management Associates Inc. 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.304 | Lease for store premises | 247 | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC, | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC c/o Federal Realty Investment Trust 1626 East Jefferson Street Rockville, MD 20852-4041 Attention: Legal Department |
| 2.305 | Lease for store premises | 248 | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC, | FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC c/o Federal Realty Investment Trust 1626 East Jefferson Street Rockville, MD 20852-4041 Attention: Legal Department |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.306 | Lease for store premises | 978 | FRP Washington LLC | William K. Hoeg Falcon Ridge Partners LLC 2029 Queen Avenue South Minneapolis, MN 55405 Amanda Hawn and Nathan Larsen Falcon Ridge Partners LLC 4953 Oliver Avenue South Minneapolis, MN 55419 Steven C. Cox Fabyanske, Westra, Hart & Thomson, P.A. Suite 2600 333 South Seventh Street Minneapolis, MN 55402 |
| 2.307 | Lease for store premises | 1,708 | HARBOR EAST Parcel B-Retail, LLC | c/o H&S Properties Development Corp 650 South Exeter Street, Suite 200, Baltimore, Maryland 21202 |
| 2.308 | Lease for store premises | 1,709 | HARBOR EAST Parcel B-Retail, LLC | c/o H&S Properties Development Corp. 650 South Exeter Street, Suite 200, Baltimore, Maryland 21202 |
| 2.309 | Lease for store premises | 33 | HENDERSON Main (Dalls), LLC | 2626 McKinnon St., Suite 750, Dallas, Texas 75201 |
| 2.310 | Lease for store premises | 2,074 | HIGHLAND VILLAGE LIMITED PARTNERSHIP | 4055 WESTHEIMER, HOUSTON, TEXAS 77027 |
| 2.311 | Lease for store premises | 977 | Hill Center at Green Hills, LLC | 3011 Armory Drive, Suite 130, Nashville, TN 37204-3721 |
| 2.312 | Lease for store premises | 978 | Hill Center at Green Hills, LLC | 3011 Armory Drive, Suite 130, Nashville, TN 37204-3721 |
| 2.313 | Lease for store premises | 1,708 | Ice House LP | c/o Heller Pacific, Inc 1715 R Street, Suite 210, Sacramento, CA 95811 Attn: Kristin Leon |
| 2.314 | Lease for store premises | 1,709 | Ice House LP | c/o Heller Pacific, Inc. 1715 R Street, Suite 210, Sacramento, CA 95811 Attn: Kristin Leon |
| 2.315 | Lease for store premises | 977 | JBG/SHAY RETAIL, LLC | c/o The JBG Companies, 4445 Willard Avenue, Suite 400, 33 Chevy Chase, MD 20815 |
| 2.316 | Lease for store premises | 978 | KING OF PRUSSIA ASSOCIATES | c.o Kane Realty Corporation, Post Office Bx 19107, Raleigh, North Carolina 27619 |
| 2.317 | Lease for store premises | 1,342 | Legacy West Investors, LP | c/o The Karahan Companies, 7200 Bishop Road, Suite 250, Plano, Texas 75024, Attn: Fehmi Karahan |
| 2.318 | Lease for store premises | 1,343 | Legacy West Investors, LP | c/o The Karahan Companies, 7200 Bishop Road, Suite 250, Plano, Texas 75024, Attn: Fehmi Karahan |
| 2.319 | Lease for store premises | 1,708 | Macerich Northwestern Associates | 1275 Broadway Plaza, Walnut Creek, CA 94596, Attn: Center Manager, 11411 North Tatum, Boulevard, Phoenix, AZ 85028 |
| 2.320 | Lease for store premises | 1,709 | Macerich Northwestern Associates | 1275 Broadway Plaza, Walnut Creek, CA 94596, Attn: Center Manager |
| 2.321 | Lease for store premises | 1,709 | Macerich Twenty Ninth Street LLC | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager |
| 2.322 | Lease for store premises | 1,343 | MARYLAND PLAZA SOUTH LLC | 52 Maryland Plaza, St Louis, MO 63108 |
| 2.323 | Lease for store premises | 1,343 | MERCHANTS ROW WEBWARD LLC | MERCHANTS ROW WEBWARD LLC c/o Bedrock 630 Woodward Avenue Detroit, Michigan 48226 Attn: Chief Executive Officer |
| 2.324 | Lease for store premises | N/A | Montgomery Mall LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, Califomia 90025 |
| 2.325 | Lease for store premises | 248 | MONTGOMERY Mall Owner LLC | 2049 Century Park East, 41st Fl, Los Angeles, CA 90067 |
| 2.326 | Lease for store premises | 1,709 | North Hills Owner, LLC | c/o Kane Realty Corporation, Post Office Bx 19107, Raleigh, North Carolina 27619 |
| 2.327 | Lease for store premises | 1,343 | Oakbrook Shopping Center, LLC | c/o Oakbrook Center 110 N. Wacker Dr,. Chicago, IL 60606 |
| 2.328 | Lease for store premises | 612 | OMB Buckhead Lender, LLC | PO Box 31001-2026, Pasadena, CA 91110-2026 |
| 2.329 | Lease for store premises | 613 | OMB Buckhead Lender, LLC | PO Box 31001-2026, Pasadena, CA 91110-2026 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.330 | Lease for store premises | 2,073 | PIZZUTI GM LLC | 629 N High Street Suite 500 Columbus, Ohio 43215 |
| 2.331 | Lease for store premises | 2,074 | PIZZUTI GM LLC | 629 N. High Street Suite 500 Columbus, Ohio 43215 |
| 2.332 | Lease for store premises | 1,586 | PPF AMLI 421 West 3rd Street, L.P. | 5057 Keller Springs Road, Suite 250, Addison, TX 75001 |
| 2.333 | Lease for store premises | 818 | Sam Walnut, LLC | AP 1519-1521 Walnut Street, LP, 802 Gervais Street, Suite 200, ATTN: Elm. St., Property Management, Columbia, SC 29201 |
| 2.334 | Lease for store premises | 1,709 | SDG Fashion Mall Limited Partnership | c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.335 | Lease for store premises | 1,343 | Seaport B/C Retail Owner LLC | c/o WS Asset management, Inc., 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467 |
| 2.336 | Lease for store premises | 978 | SEQ FEE, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 |
| 2.337 | Lease for store premises | 247 | Street Retail, Inc | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041, ATTN: Legal Department |
| 2.338 | Lease for store premises | 1,432 | Street Retail, Inc | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.339 | Lease for store premises | 1,433 | Street Retail, Inc. | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041 |
| 2.340 | Lease for store premises | 248 | Street Retail, Inc. | c/o Federal Realty Investment Trust, 1626 East Jefferson Street, Rockville, MD 20852-4041, ATTN: Legal Department |
| 2.341 | Lease for store premises | 1,343 | STRS L3 ACQ1, LLC | c/o The State Teachers Retirement System of Ohio, 275 East Broad Street, Columbus, Ohio 43215, Attn: Director of Real Estate Assets |
| 2.342 | Lease for store premises | 368 | The Irvine Company LLC | 401 Newport Center Drive, Suite A150, Newport Beach, CA 92660 |
| 2.343 | Lease for store premises | 2,073 | The Retail Property Trust | MS Management Associates Inc, 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.344 | Lease for store premises | 2,074 | The Retail Property Trust | M.S. Management Associates Inc., 225 West Washington Street, Indianapolis, Indiana 46204-3438 |
| 2.345 | Lease for store premises | 1,343 | THE SHOPS AT NORTH CREEK, LLC | 200 Fillmore Street, Suite 400, Denver, VO 80206, Attn: Director of Leasing |
| 2.346 | Lease for store premises | 672 | Thomas White Investments LLC | Thomas White Investments LLC c/o St. Bride's Managers LLC 777 Summer Street, Suite 503 Stamford, CT 06901 |
| 2.347 | Lease for store premises | 1,343 | TYSONS GALLERIA, L/L/C. | c/o Tysons Galleria L/L.C. 110 N. Wacker Dr. Attn: Law/Lease Administration |
| 2.348 | Lease for store premises | 612 | University Village Limited Partnership | 2623 NE University Village Street, Suite #7, Seattle, Washington 98105 |
| 2.349 | Lease for store premises | 613 | University Village Limited Partnership | 2623 NE University Village Street, Suite #7, Seattle, Washington 98105 |
| 2.350 | Lease for store premises | 248 | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 |
| 2.351 | Lease for store premises | 2,074 | W/S/M HINGHAM PROPERTIES LLC | c/o W.S. Asset Management, Inc,. 33 Boylston Street, Suite 3000, Chesnutt Hill, MA 02467 |
| 2.352 | Lease for store premises | 2,074 | WESTCHESTER MALL, LLC | c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, Indiana 46204-3438 |
| 2.353 | Lease for store premises | 2,074 | Westland Garden State Plaza Limited Partnership | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.354 | Lease for store premises | 459 | WFP Retail CO LP | c/o Brookfield Financial Properties, LP<br><br>250 Vestry Street, 15th Floor, New York, NY 10281-1023<br><br>Attn: Senior Vice President, Director of Leasing |
| 2.355 | Lease for store premises | 460 | WFP Retail CO. L.P. | c/o Brookfield Financial Properties, L.P. 250 Vestry Street, 15th Floor, New York, NY 10281-1023, Attn: Senior Vice President, Director of Leasing |
| 2.356 | Lease for store premises | 2,073 | WS/CIP II Tampa Owner LLC | c/o WS Asset management, Inc, 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467 |
| 2.357 | Lease for store premises | 2,074 | WS/CIP II Tampa Owner LLC | c/o WS Asset management, Inc., 33 Boylston Street, Suite 3000, Chestnut Hill, MA 02467 |
| 2.358 | Legal Services Agreement: Legal | N/A | Ravid Law Group | 601 South Figueroa Street, Suite 2355, Los Angeles, CA, 90017 |
| 2.359 | Letter Agreement to the Lease | 977 | 900 NORTH MICHIGAN, LLC | 900 NORTH MICHIGAN Avenue, Chicago, Illinois 60611-1957 |
| 2.360 | Letter Agreement: Amend and modify the terms of the agreement | N/A | Savills Studley, Inc. | 399 Park Avenue, New York, NY, 10022 |
| 2.361 | Letter Agreement: Consent to Assignment | N/A | KWT Global, LLC<br>HL Group Partners, LLC | One World Trade Center, FL 69, New York, NY, 10007 |
| 2.362 | Letter Agreement: Contractual agreement for services | N/A | Roma Leather Ltd | |
| 2.363 | Letter Agreement: Distribution and sale of Goods | N/A | Van Maur, Inc. | |
| 2.364 | Letter Agreement: Engagement and Services provided by Vendor | N/A | Savills Studley, Inc. | 399 Park Avenue, New York, NY, 10022 |
| 2.365 | Letter Agreement: Furnishing Services of Nick Kroll for Bonobos Fall '22 advertising and marketing campaign | N/A | I Want That Money Inc. | |
| 2.366 | Letter Agreement: To disclose information | N/A | SABG, Division of GCE Intl. | |
| 2.367 | Letter of engagement: Consultant services - Salesforce marketing | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.368 | Letter of Intent: Outsourcing services | N/A | Partner Hero, Inc. | 250 S 5th Street, Suite 400, Boise, ID, 83702 |
| 2.369 | Letter: Agreement for legal services | N/A | Ravid Law Group | 601 South Figueroa Street, Suite 2355, Los Angeles, CA, 90017 |
| 2.370 | Letter: Assignment of Certain Contracts | N/A | CONSTRUCTOR.IO CORPORATION | 100 Bush Street, Suite 510, San Francisco, CA, 94104 |
| 2.371 | Letter: define the short-term and long-term architecture | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.372 | Letter: provide Consulting Services | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.373 | License Agreement: Purchase, sale and use of Licensed material | N/A | The New York Times Company | 620 8th Avenue, New York, NY, 10018 |
| 2.374 | License Agreement: Purchase, sale and use of Licensed material | N/A | Wirecutter, Inc | |
| 2.375 | License Agreement: To use a replica of Licensor's quote and/or Licensor's logo featured Men's Health and Esquire mastheads/logos | N/A | Wright's Media, LLC | 620 8th Avenue, New York, NY, 10018 |
| 2.376 | License Agreement: To use a replica of Licensor's quote and/or Licensor's logo featured in the article Bonobos' Off Duty Pants Live Up to the Name— and Just Got Restocked | N/A | Wright's Media, LLC | 620 8th Avenue, New York, NY, 10018 |
| 2.377 | Managed Cloud Services Order Form: Details and sets forth terms related to Customer's purchase of the Managed Cloud Services solution. | N/A | Boomi, LP | 1400 Liberty Ridge Drive, Chesterbrook, PA, 19087 |
| 2.378 | Marketing Cloud Services Term SOW: MC Term Campaign Operations | N/A | SFDC | |
| 2.379 | Marketplace and Fulfilment Agreement: Facilitate sales through Otrium's Marketplace | N/A | Otrium LLC | 3500 South DuPont Highway, Dover, DE, 19901 |
| 2.380 | Marketplace and Fulfilment Agreement: Merchandising & Design | N/A | Otrium LLC | 3500 South DuPont Highway, Dover, DE, 19901 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.381 | Marketplace and Fulfilment Agreement: Sale of selected items | N/A | Otrium LLC | 3500 South DuPont Highway, Dover, DE, 19901 |
| 2.382 | Master Marketing and Media Consulting and Services Agreement: Consulting and other services | N/A | DM Connect LLC, d/b/a DuMont Project | Attention: Dawn Perdew, 4223 Glencoe Avenue, Suite A-130, Marina Del Rey, CA, 90292 |
| 2.383 | Master Merchandise Purchase Agreement: Purchase and Sale of Merchandise | N/A | The Paradies Shops, LLC HDS Retail North America, LLC d/b/a Paradies Lagardere Travel Retail | 2849 Paces Ferry Road, Suite 400, Atlanta, GA, 30339 |
| 2.384 | Master Merchandise Purchase Agreement: Retail | N/A | Paradies Shops, LLC | 2849 Paces Ferry Road, Suite 400, Atlanta, GA, 30339 |
| 2.385 | Master service agreement: Inventory and order management | 1,096 | Cart.com, Inc. | 612 Brazos Street, Suite A, Austin, TX, 78701 |
| 2.386 | Master Service Agreement: Maintenance and Support Offering | N/A | Boomi, Inc. | 1400 Liberty Ridge Drive, Chesterbrook, PA, 19087 |
| 2.387 | Master Service Agreement: Purchase and implementation of software platform | N/A | DESelect B.V | |
| 2.388 | Master Services Agreement: Consulting and/other development services | N/A | Def Method Incorporated | 336 West 37th, Street, New York, NY, 10018 |
| 2.389 | Master Services Agreement: Consulting services | N/A | Adrienne Nyamsi | |
| 2.390 | Master Services Agreement: Contract of Services | N/A | Cart.com, Inc. | 612 Brazos Street, Suite A, Austin, TX, 78701 |
| 2.391 | Master Services Agreement: Contract of Services | N/A | Zebrafish Labs Inc. dba ImglX | 423 Tehama Street, Floor 1, San Francisco, CA, 94103 |
| 2.392 | Master Services Agreement: Contractual agreement for services | N/A | Partner Hero, Inc. | 250 S 5th Street, Suite 400, Boise, ID, 83702 |
| 2.393 | Master Services Agreement: Creation and executing of public mural | N/A | Maldonado Creative Studio LLC | 111 Allendale Rd., Pasadena, TX, 77502 |
| 2.394 | Master Services Agreement: Developing marketing and advertising | N/A | Stagwell Marketing Group LLC | 1808 Street NW, Suite 600, Washington, DC, 20006 |
| 2.395 | Master Services Agreement: implement terms and conditions pursuant to which the Company may purchase from Radial for the Company's internal business use certain Services | N/A | Radial, Inc. f/k/a eBay Enterprise, Inc., | 935 First Avenue, King of Prussia, PA, 19406 |
| 2.396 | Master Services Agreement: Implementation of traffic counting technology | N/A | RetailNext, Inc. | 60 S. Market Street, 10th Floor, San Jose, CA, 95113 |
| 2.397 | Master Services Agreement: Information-technology-related services | N/A | AB Tasty Inc. | |
| 2.398 | Master Services Agreement: Inventory Management, order management and related services | N/A | FB Flurry LLC | |
| 2.399 | Master Services Agreement: Production Consultants | N/A | Maldonado Creative Studio LLC | 111 Allendale Rd., Pasadena, TX, 77502 |
| 2.400 | Master Services Agreement: SaaS Platform Services | N/A | Bricksolve, Inc. d/b/a Brickwork | 137 Grad Street, 3rd Floor, New York, NY, 10013 |
| 2.401 | Master Services Agreement: Software | N/A | DESelect B.V. | 9020 N. Capital of Texas Hwy. 2-150, Austin, TX, 78759 |
| 2.402 | Master Services Agreement: Supplier agrees to sell and perform Services | N/A | Mason Growth Partners LLC | 1438 Hazy Hills Loop, Dripping Springs, TX, 78620 |
| 2.403 | Master Subscription Agreement Subscription Schedule #2: IT Services - Software Products | 335 | Yext, Inc | 1 Madison Avenue, 5th Floor, New York, NY |
| 2.404 | Master Subscription Agreement: Professional Services | N/A | Attentive Mobile Inc. | 750 Cross Pointe Rd Suite V, Columbus, OH, 43230 |
| 2.405 | Master Subscription Agreement: Providing services and deliverables | N/A | Host Analytics, Inc. | 101 Redwood Shores Pkwy, Suite 101, Redwood Shores, CA, 94065 |
| 2.406 | Master Subscription Agreement: Software | N/A | Yext, Inc | 1 Madison Avenue, 5th Floor, New York, NY |
| 2.407 | Master Subscription Agreement: Subscription Schedule | N/A | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.408 | Master Subscription Agreement: Various Products and Services for Subscription | N/A | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.409 | Merchant Agreement: Delivery of payment processing and ancillary services | N/A | Adyen B.V. Adyen Client Management Foundation | Simon Carmiggeltstraat 6-50, Amsterdam, 1011 DJ, The Netherlands |
| 2.410 | Merchant Agreement: Direct and Virtual Card | N/A | Affirm, Inc. | 225 Bust Street, Suite 1600, San Francisco, CA, 94104 |

In re: Express BNBS Fashion, LLC
Case No. 24-10840

# SCHEDULE G ATTACHMENT
### Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.411 | Merchant Agreement: IT Services - Payment Terminal | N/A | Adyen B.V. | 274 Brannan Street, Suite 600, San Francisco, CA, 94107 |
| 2.412 | MSA: IT Services - Scheduling Platform | N/A | Calendly, LLC | 271 17th St NW, Ste 1000, Atlanta, GA, 30363 |
| 2.413 | MSA: IT Services - Software Products | N/A | Boomi, Inc. | 1400 Liberty Ridge Drive, Chesterbrook, PA, 19087 |
| 2.414 | Music License Subscription Agreement: Subscription services | N/A | Epidemic Sound US, Inc. | 79 Walker Street, New York, NY, 10013 |
| 2.415 | New Deal Quote: Product and Services | N/A | Occupier, Inc | |
| 2.416 | Notice for Landlord Entity Change | 1,708 | Macerich Northwestern Associates | 1275 Broadway Plaza, Walnut Creek, CA 94596, Attn: Center Manager, 11411 North Tatum, Boulevard, Phoenix, AZ 85028 |
| 2.417 | Notice to extend the date | 612 | DEVELOPMENT AREA 5, LP | c/o Eastbanc, Inc 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.418 | Notification Letter: Cancel Web Services | N/A | Concur Technologies, Inc. | 601 108th Avenue NE, Suite 1000, Bellevue, WA, 98004 |
| 2.419 | Order Form: Bonobos Inc. | N/A | Amperity, Inc. | 701 5th Ave, Suite 2600, Seattle, WA, 98104 |
| 2.420 | Order Form: Insight Core - Unlimited Licensed User (Premium Edition) 10 Digital Property Bundle | N/A | UserTesting, Inc. | 144 Townsend Street, San Francisco, CA, 94107 |
| 2.421 | Order Form: IT Services | 366 | Box, Inc. | 900 Jefferson Ave, Redwood City, CA, 94063 |
| 2.422 | Order Form: List of services provided in the Form For example- Desk.com Pro | N/A | Heroku | |
| 2.423 | Order Form: Marketing | N/A | CBS INTERACTIVE INC. | 235 2nd Street, San Francisco, CA, 94105 |
| 2.424 | Order Form: Marketing cloud advertising | 485 | Salesforce, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.425 | Order Form: New Relic Subscription | N/A | Walmart Inc. | |
| 2.426 | Order Form: Order Management Service | 273 | Salesforce, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA, 94105 |
| 2.427 | Order Form: Software | N/A | DESelect B.V. | 9020 N. Capital of Texas Hwy. 2-150, Austin, TX, 78759 |
| 2.428 | Order Form: Software | 731 | Netsuite Inc. | 2955 Campus Drive, Suite 100, San Mateo, CA, 94403 |
| 2.429 | Order Form: Software | N/A | Netsuite Inc. | 2955 Campus Drive, Suite 100, San Mateo, CA, 94403 |
| 2.430 | Order Form: Subscription services | N/A | Amplitude, Inc | |
| 2.431 | Order Terms and Condition: Contractual agreement for services | N/A | Anand | |
| 2.432 | Order Terms and Condition: Contractual agreement for services | N/A | crescent Bahuman Ltd. | |
| 2.433 | Order Terms and Condition: Contractual agreement for services | N/A | Emma Jane Gregory-Brittain | |
| 2.434 | Order Terms and Condition: Contractual agreement for services | N/A | Eric Hurd | |
| 2.435 | Order Terms and Condition: Contractual agreement for services | N/A | Floreal International Ltd. | P.O.Box 45, Curepipe, Mauritius |
| 2.436 | Order Terms and Condition: Contractual agreement for services | N/A | Geste Designs Inc. | |
| 2.437 | Order Terms and Condition: Contractual agreement for services | N/A | Mane Enterprises | |
| 2.438 | Order Terms and Condition: Contractual agreement for services | N/A | National Jean Company, LLC | 5700 Bandini BLVD., Commerce, CA, 90040 |
| 2.439 | Order Terms and Condition: Contractual agreement for services | N/A | P.T. Ungaran Sarl Garments | |
| 2.440 | Order Terms and Condition: Contractual agreement for services | N/A | Rose Knitting (Asia) Ltd | |
| 2.441 | Order Terms and Condition: Contractual agreement for services | N/A | South Asia Knitting Factory Ltd. | |

In re: Express BNBS Fashion, LLC
Case No. 24-10840

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|----|----------------------------------|--------------------------|---------------------|------------------------|
| 2.442 | Order Terms and Condition: Contractual agreement for services | N/A | Star Garments Group(Pvt)Ltd. | |
| 2.443 | Order Terms and Condition: Contractual agreement for services | N/A | Texgroup S.A. | |
| 2.444 | Order Terms and Condition: Contractual agreement for services | N/A | The Brinell Clothing Inc. | |
| 2.445 | Order Terms and Condition: Contractual agreement for services | N/A | World Textile Sourcing Inc. | |
| 2.446 | Original Lease | 1,371 | AP Newbury Street Portfolio #1, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, ATTN: Newbury Property Management, 234 Clarendon Street, 3rd Floor, Boston, MA 02116 |
| 2.447 | Original Lease | 1,342 | MARYLAND PLAZA SOUTH LLC | 50 Maryland Plaza, St Louis, MO 63108 |
| 2.448 | Overflow storage letter of agreement: Provide overflow storage and distribution services | N/A | Dotcom Distribution Corp. | 300 Nixon Lane, Edison, NJ, 08837 |
| 2.449 | Performance Agreement - Proposal: Architectural Service | N/A | O'Neil Langan Architects, P.C. | 15 W 37th St, 15th Floor, New York, NY, 10010 |
| 2.450 | Performance Agreement: Architectural Service | N/A | O'Neil Langan Architects, P.C. | 15 W 37th St, 15th Floor, New York, NY, 10010 |
| 2.451 | Photographer Services Agreement: Photographer perform Services | N/A | Andrew Jacobs c/o East Photographic Inc. | 401 Broadway, Ste. 1802, New York, NY, 10013 |
| 2.452 | Photographer Services Agreement: Photographer perform Services | N/A | Dana Scruggs | 286 Putnam Avenue, #2, Brooklyn, NY, 11216 |
| 2.453 | Photographer Services Agreement: Photographer perform Services | N/A | Joshua Gonzales | 2508 Cudahy St, Huntington Park, CA, 90255 |
| 2.454 | Photographer Services Agreement: Photographer Services | N/A | Joshua Gonzales | 2508 Cudahy St, Huntington Park, CA, 90255 |
| 2.455 | Photographer Services Agreement: Photography | N/A | Andre Perry | 217 Centre Street, 7th Floor, New York, NY, 10013 |
| 2.456 | Photographer Services Agreement: Photography | N/A | Andrew Jacobs c/o East Photographic Inc. | 401 Broadway, Ste. 1802, New York, NY, 10013 |
| 2.457 | Photographer Services Agreement: Photography | N/A | Ben Alsop | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.458 | Photographer Services Agreement: Photography | N/A | Bjarne Jonasson | 425 14th St. Apt, D3, Brooklyn, NY, 11215 |
| 2.459 | Photographer Services Agreement: Photography | N/A | BJORN IOOSS c/o Artworld Agency | 98 Fourth St., Ste. 314, Brooklyn, NY, 11231 |
| 2.460 | Photographer Services Agreement: Photography | N/A | Christian Hogstedt dba CCS Media Inc. | 210 N Van Ness Avenue, Los Angeles, CA, 90004 |
| 2.461 | Photographer Services Agreement: Photography | N/A | Dana Scruggs | 286 Putnam Avenue, #2, Brooklyn, NY, 11216 |
| 2.462 | Photographer Services Agreement: Photography | N/A | Elliot James Kennedy | 1375 BDWY 6th Fl, New York, NY, 10018 |
| 2.463 | Photographer Services Agreement: Photography | N/A | Jack O'Connor | 415 Red Hook Ln, 12D, Brooklyn, NY, 11201 |
| 2.464 | Photographer Services Agreement: Photography | N/A | Josh Hight | 2 29 Central Hill, London, SE19 1BW, United Kingdom |
| 2.465 | Photographer Services Agreement: Photography | N/A | Joshua Gonzales | 2508 Cudahy St, Huntington Park, CA, 90255 |
| 2.466 | Photographer Services Agreement: Photography | N/A | Kathryn Suellentrop | |
| 2.467 | Photographer Services Agreement: Photography | N/A | Mediumplex Studio LLC | 114 Troutman St., #316, Brooklyn, NY, 11206 |
| 2.468 | Photographer Services Agreement: Photography | N/A | Ryan Slack Photographys, LLC | 250 Moore St., #201, Brooklyn, NY, 11206 |
| 2.469 | Photographer Services Agreement: Services performed by Agency | N/A | Mediumplex Studio LLC | 114 Troutman St., #316, Brooklyn, NY, 11206 |
| 2.470 | Photographer Services Agreement: Services to be performed by Photographer | N/A | Christian Högstedt dba CCS Media Inc. | 210 N Van Ness Avenue, Los Angeles, CA, 90004 |
| 2.471 | Photographer Services Agreement: Services to be performed by Photographer | N/A | Collin Hughes c/o Anderson Hopkins Inc. | 70 Lafayette Street, 7th Floor, New York, NY, 10013 |
| 2.472 | Photographer Services Agreement_01: Photography | N/A | APOSTROPHE REPS | 217 Centre Street, 7th FL, New York, NY, 10013 |
| 2.473 | Photographer Services Agreement_02: Photography | N/A | APOSTROPHE REPS | 217 Centre Street, 7th FL, New York, NY, 10013 |
| 2.474 | Product Order Form: Billing Summary | 731 | ServiceChannel.com, Inc. | 6200 Stoneridge Mall Road, Suite 450, Pleasanton, CA, 94588 |
| 2.475 | Production Services Agreement Addendum: Series of golf related videos | N/A | CBS Interactive, Inc. | 235 2nd Street, San Francisco, CA, 94105 |
| 2.476 | Promotion Agreement: Gift With Purchase Promotion | N/A | Middle West Enterprises, Inc. d/b/a Huron | 134 w 26th St., Unit 404, Brooklyn, NY, 11249 |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.477 | Proposal and Sales Agreement: Monitoring, Signal Receiving and Notification Services, | N/A | Adt, LLC | 111 Windsor DR, Oak Brook, IL, 60523 |
| 2.478 | Proposal and Sales Agreement: Pricing based on cabling required for CCTV system | N/A | Adt, LLC | 111 Windsor DR, Oak Brook, IL, 60523 |
| 2.479 | Proposal: Event Management | N/A | Encore Group (USA) LLC | |
| 2.480 | Public Relations Agreement: Providing public relation services | N/A | KCD, Inc. | 475 10th Avenue, 8th Floor, New York, NY, 10018 |
| 2.481 | Public Relations Agreement: Public Relations Services | 365 | KCD, Inc. | 475 10th Avenue, 8th Floor, New York, NY, 10018 |
| 2.482 | Purchase Agreement | N/A | Mustafa Dawoodbhoy | 2636 E Broadway Blvd., Tuscon, AZ, 85716 |
| 2.483 | Purchase Agreement | N/A | Perlis | 6055 Magazine St., New Orleans, LA, 70118 |
| 2.484 | Purchase Agreement: Purchase and Sale of Goods | N/A | The Golf Warehouse | 8851 E 34th St. N, Wichita, KS, 67226 |
| 2.485 | Purchase Agreement: Purchase and Sale of Seller's product | N/A | Gibbons Company Ltd. | 21 Reid Street, Hamilton, HM 11, Bermuda |
| 2.486 | Purchase Agreement: Purchase and Sale of Seller's product | N/A | Perles | 6055 Magazine St., New Orieans, LA, 70118 |
| 2.487 | Purchase Agreement: Purchase and Sale of Seller's product | N/A | St. Bernard Sports | 401 W 3rd St., Austin, TX, 78701 |
| 2.488 | Purchase Agreement: Retail | N/A | St. Bernard Sports | 401 W 3rd St., Austin, TX, 78701 |
| 2.489 | Purchase Agreement: Retail | N/A | The Golf Warehouse | 8851 E 34th St. N, Wichita, KS, 67226 |
| 2.490 | Purchase Agreement: Wholesale | N/A | Gibbons Company Ltd. | 21 Reid Street, Hamilton, HM 11, Bermuda |
| 2.491 | Purchase Order: General Terms and Conditions of Von Muar Purchase Orders | N/A | Van Maur, Inc. | |
| 2.492 | Purchase Order: Purchase and Sale of Goods | N/A | TJX Companies, Inc. | |
| 2.493 | Purchase Order: Purchase and Sale of Merchandise | N/A | Nordstorm, Inc. | |
| 2.494 | Quotation: Storefront sign | N/A | Triangle sign services, LLC | 11 Azar Court, PO Box 24186, Baltimore, MD, 21227 |
| 2.495 | Renewal Order Form: IT Services | 731 | New Relic | 188 Spear St., Suite 1000, San Francisco, CA, 94105 |
| 2.496 | Renewal Order Form: Purchase of software services | N/A | Lightspeed NuOrder Inc | 900 Hillgard Ave, First Floor, Los Angeles, CA, 90024 |
| 2.497 | Renewal Order Form: Regression Testing, suggest Best Practices, Centralized monitoring, Visual Designer etc. | N/A | Boomi, LP | 1400 Liberty Ridge Drive, Chesterbrook, PA, 19087 |
| 2.498 | Renewal Order Form: To provide certain services by Boomi | 365 | Boomi, LP | 1400 Liberty Ridge Drive, Chesterbrook, PA, 19087 |
| 2.499 | Renewal Quote: Product and Services | N/A | Occupier, Inc | |
| 2.500 | SAAS Services Agreement: Hosted Services | N/A | MakerSights, Inc. | 437 Pcific Ave, Suite 350, San Francisco, CA, 94133 |
| 2.501 | Sales Agreement: Hotel Services | N/A | New York-New York Hotel & Casino, LLC d/b/a NYNY Hotel & Casino | 3790 Las Vegas Boulevard South, Las Vegas, NV, 89109 |
| 2.502 | Sales Agreement: Purchase and sale of goods and Services | N/A | Vertiv Operating Company | |
| 2.503 | Sales Order: Product and Professional Services | N/A | Avalara, Inc. | 100 Ravine Lane, Suite 220, Bainbridge Island, WA, 98110 |
| 2.504 | Sales Order: Product and Services | N/A | DESelect B.V | |
| 2.505 | Sales Order: Signage | N/A | Triangle Sign Services, LLC | 11 Azar Court, PO Box 24186, Baltimore, MD, 21227 |
| 2.506 | Sales Representative Agreement: Promotion and sale of products | N/A | Cgstpete LLC | 165 28th Ave. North, St. Petersburg, FL, 33704 |
| 2.507 | Scope and Proposal: Product and Services | N/A | SPS Commerce, Inc. | 333 South Seventh Street, Suite 1000, Minneapolis, MN, 55402 |
| 2.508 | Scope of Work 1: Services provided by Vendor | N/A | Red Antler, LLC | 20 Jay St, Suite 420, Brooklyn, NY, 11201 |
| 2.509 | Scope of Work 2: Services provided by Vendor | N/A | Red Antler, LLC | 20 Jay St, Suite 420, Brooklyn, NY, 11201 |
| 2.510 | Scope of Work: Consultant services - Salesforce marketing | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.511 | Scope of Work: Consultant services- NetSuite ERP System | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.512 | Scope of Work: Consultant services- NetSuite ERP System, BeProduct & Anaplan | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.513 | Second Amendment of Lease | 612 | DEVELOPMENT AREA 5, LP | c/o Eastbanc, Inc 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.514 | Second Amendment to Lease for store premises | 1,708 | Ice House LP | c/o Heller Pacific, Inc 1715 R Street, Suite 210, Sacramento, CA 95811 Attn: Kristin Leon |
| 2.515 | Second Amendment: amend the term of agreement | N/A | Justin Rose | 1700 Broadway, 29th Floor, New York, NY, 10019 |
| 2.516 | Service agreement: Beverage Keg services | N/A | Commonwealth Joe | 5204 Sunnyside Ave, Beltsville, MD, 20705 |
| 2.517 | Service Level Agreement: Software | N/A | Zebrafish Labs Inc. dba ImglX | 423 Tehama Street, Floor 1, San Francisco, CA, 94103 |
| 2.518 | Service Order: Engagement - Standards | N/A | Culture Amp | |
| 2.519 | Service Subscription Agreement: Use of software services | N/A | Celigo, Inc | 1820 Gateway Dr. Ste 260, San Mateo, CA, 94404 |
| 2.520 | Service Subscription Services Agreement: Software | N/A | Netsuite Inc. | 2955 Campus Drive, Suite 100, San Mateo, CA, 94403 |
| 2.521 | Service Terms: Subscription to, and use of, Culture Amp's website and/or other related applications or services | N/A | Culture Amp Pty Ltd | Level 3, 41 Stewart Street, Richmond, VIC, Australia |
| 2.522 | Side Letter: Supply of Goods | N/A | Saks & Company LLC | |
| 2.523 | Small Business Contract: Alarm Monitoring and Notification Services | N/A | ADT LLC dba ADT Security Services | 111 Windsor DR, Oak Brook, IL, 60523 |
| 2.524 | SMALL BUSINESS CONTRACT: Security | N/A | ADT LLC | Boca Raton, FL, 33431 |
| 2.525 | Small Business Contract: Security | 365 | ADT LLC | Boca Raton, FL, 33431 |
| 2.526 | Small Business Contract: Surveillance services | N/A | ADT LLC dba ADT Security Services ("ADT") | 111 Windsor DR, Oak Brook, IL, 60523 |
| 2.527 | Software and Services Agreement: Software, Development and Training Services | N/A | StoreForce Solutions,Inc. | 91 Tycos Drive, Suite 202, Toronto, ON, M6B 1W3, Canada |
| 2.528 | Software as a service agreement: Ancillary Professional Services | N/A | Harris Insights & Analytics LLC | 300 N LaSalle, Suite 5575, Chicago, IL, 60654 |
| 2.529 | Software as a Service Agreement: Software Services | N/A | Calendly, LLC | 271 17th St NW, Ste 1000, Atlanta, GA, 30363 |
| 2.530 | SOW #2: Creative Consultant | N/A | Dutch Uncle Agency, Inc. | Suite 1225, WeWork, 54 West 40th Street, New York, NY, 10018 |
| 2.531 | SOW #2: Creative Consultant | N/A | This Represents LLC | 1308 Factory Pl., #311, Los Angeles, CA, 90013 |
| 2.532 | SOW (Statement of Work): CRM | N/A | RCG Global Services, Inc. | 170 Wood Avenue, 4th Fl, Iselin, NJ, 08830 |
| 2.533 | Sow No. 2 To The Consulting Agreement: Artwork Services | N/A | This Represents LLC & Will Bryant | |
| 2.534 | SOW: The Harris Poll Brand Platform | N/A | Harris Insights & Analytics, LLC | 300 N LaSalle, Suite 5575, Chicago, IL, 60654 |
| 2.535 | Specialty Lease Agreement | 612 | EKFH LLC | c/o KLM Equities Inc, 920 Broadway 17th Fl, New York, New York, 10010, Attn: Zachary Kleinhandler |
| 2.536 | Standard Agreement: Contractual services agreement | N/A | J.&K. Project Management Consultants, dba ACT Construction, LLC | 350 McDonnell St., Lewisville, TX, 75057 |
| 2.537 | Standard Agreement: Contractual services agreement | N/A | National Contractors Inc | 2500 Orchard Lane, Excelsior, MN, 55331 |
| 2.538 | Statement of Lease | 32 | HENDERSON Main (Dalls), LLC | 2626 McKinnon St, Suite 750, Dallas, Texas 75201 |
| 2.539 | Statement of Work #1: Client's lead creative agency for the 2020 Spring Campaign | N/A | Stagwell Marketing Group LLC | 1808 Street NW, Suite 600, Washington, DC, 20006 |
| 2.540 | Statement of Work #1: Consulting Services | N/A | Speedeon Data LLC | 5875 Landerbrook Drive, Suite 130, Cleveland, OH, 44124 |
| 2.541 | Statement of Work #2: Advisory services and strategic support | N/A | Decent Startup LLC | 100 Jane St. 2H, New York, NY, 10014 |
| 2.542 | Statement of Work #2: Client's lead agency in securing talent partners for the 2020 Spring Campaign | N/A | Stagwell Marketing Group LLC | 1808 Street NW, Suite 600, Washington, DC, 20006 |
| 2.543 | Statement of Work #2: To lead creative communications for seasonal campaigns | N/A | Transport Design NY LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.544 | Statement of Work #3: Customer Service & Outbound Shipping Services | N/A | Decent Startup LLC | 100 Jane St. 2H, New York, NY, 10014 |
| 2.545 | Statement of Work #3: Strategize and execute consistently excellent and brand-appropriate communications | N/A | Transport Design NY LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.546 | Statement of Work #4: Bonobos Marketing Operations | N/A | DMI Holdings, Inc. dba D3 NYC | 401 Broadway, Suite 408, New York, NY, 10013 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.547 | Statement of Work #4: Customer Service & Outbound Shipping Services | N/A | Decent Startup LLC | 100 Jane St. 2H, New York, NY, 10014 |
| 2.548 | Statement of Work #4: Develop clear and compelling brand positioning, identity and go-to market strategies | N/A | Transport Design NY LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.549 | Statement of work #4: implement Google Analytics 4 | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.550 | Statement of Work #5: Shoot concept, Budget dev. & mgmt. and Pre-Production | N/A | Transport Design NY LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.551 | Statement of Work #6: Strategize and execute consistently excellent and brand-appropriate communications | N/A | Transport Design NY LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.552 | Statement of Work #7: To lead creative communications for seasonal campaigns | N/A | Transport Design NY LLC | 368 Broadway, No. 415, New York, NY, 10013 |
| 2.553 | Statement of Work : Architectural and Engineering Services, Web Development | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.554 | Statement of Work : Assistance of a platform architect at the program level | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.555 | Statement of Work : Assistance to augment team capacity | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.556 | Statement of Work : Assistance to backfill a platform architect | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.557 | Statement of Work : Assistance to backfill an enterprise architect role | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.558 | Statement of Work : Augment team capacity | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.559 | Statement of Work : Business Intelligence Development | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.560 | Statement of Work : Business Intelligence Development, Architecture and Data Engineering Development | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.561 | Statement of Work : Consultation services | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.562 | Statement of Work : Consultation Services Agreement | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.563 | Statement of Work : Consulting services to augment and assist upcoming and existing system | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.564 | Statement of Work : Data Engineering, Design and Development, Delivery Management | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.565 | Statement of Work : Data Engineering, Solution Architecture, Business Intelligence Expertise and Delivery Management | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.566 | Statement of Work : Data Engineering, Solution Architecture, Business Intelligence Expertise DevOps Engineering and Delivery Management | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.567 | Statement of Work : Development of Data Integration | N/A | Bytecode, IO, Inc. | 1501 North Broadway, ste 440, Walnut Creek, CA, 94596 |
| 2.568 | Statement of Work : Experienced Technology Consultant | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.569 | Statement of Work : Scaled Agile Framework | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.570 | Statement of Work 3: Search Engine Optimization | N/A | DM Connect LLC, d/b/a DuMont Project | Attention: Dawn Perdew, 4223 Glencoe Avenue, Suite A-130, Marina Del Rey, CA, 90292 |
| 2.571 | Statement of Work 4: Affiliate Strategy and Managed Services | N/A | DM Connect LLC, d/b/a DuMont Project | Attention: Dawn Perdew, 4223 Glencoe Avenue, Suite A-130, Marina Del Rey, CA, 90292 |
| 2.572 | Statement of Work Amendment: Amend to restate the Term and Payment Terms | N/A | KWT Global, LLC | One World Trade Center, FL 69, New York, NY, 10007 |
| 2.573 | Statement of Work dated 1/18/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.574 | Statement of Work dated 1/26/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.575 | Statement of Work dated 11/8/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.576 | Statement of Work dated 12/15/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.577 | Statement of Work dated 2/9/2020: Performance marketing and partner management services | 385 | Impact Tech, Inc. | 223 E. De La Guerra St., Santa Barbara, CA, 93101 |
| 2.578 | Statement of Work dated 3/3/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.579 | Statement of Work dated 4/2/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.580 | Statement of Work dated 5/10/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.581 | Statement of Work dated 6/23/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.582 | Statement of Work dated 9/14/21: Photography | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.583 | Statement of Work dated 9/3/2021: Photography | N/A | Christian Hogstedt dba CCS Media Inc. | 210 N Van Ness Avenue, Los Angeles, CA, 90004 |
| 2.584 | Statement of Work No. 1: Implementation services engagement | N/A | Myers-Holum, Inc. | 244 Madison Avenue, Suite 217, New York, NY, 10016 |
| 2.585 | Statement of Work No. 2: Implementation services engagement | N/A | Myers-Holum, Inc. | 244 Madison Avenue, Suite 217, New York, NY, 10016 |
| 2.586 | Statement of Work No. 3: Implementation services engagement | N/A | Myers-Holum, Inc. | 244 Madison Avenue, Suite 217, New York, NY, 10016 |
| 2.587 | Statement of Work No. 4: Implementation services engagement | N/A | Myers-Holum, Inc. | 244 Madison Avenue, Suite 217, New York, NY, 10016 |
| 2.588 | Statement of Work No. 5: Implementing, configuring, customizing and/or integrating applications into client's business environment | N/A | Myers-Holum, Inc. | 244 Madison Avenue, Suite 217, New York, NY, 10016 |
| 2.589 | Statement of Work No. 5: Professional Services | N/A | Myers-Holum, Inc. | 244 Madison Avenue, Suite 217, New York, NY, 10016 |
| 2.590 | Statement of Work No.1: Preparatory and Migration work, Miscellaneous task | N/A | FB Flurry LLC | |
| 2.591 | Statement of Work#2: Overnight adventure shoot | N/A | Christian Högstedt dba CCS Media Inc. | 210 N Van Ness Avenue, Los Angeles, CA, 90004 |
| 2.592 | Statement of work: 1 for Paid Search, Paid Social, Display and Shopping & Feed Management | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.593 | Statement of work: Apparel Implementation | N/A | NetSuite, Inc | 2955 Campus Drive, Suite 100, San Mateo, CA, 94403-2511 |
| 2.594 | Statement of Work: Bettina Budewig | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.595 | Statement of Work: Bettina Budewig | N/A | Ben Alsop c/o Thomas Treuhaft | |
| 2.596 | Statement of Work: Bettina Budewig | N/A | Kathryn Suellentrop | |
| 2.597 | Statement of Work: Bettina Budewig | N/A | Thomas Treuhaft ("Agent" ) on behalf of Ben Alsop | |
| 2.598 | Statement of Work: Budget Management and Event Production | N/A | Gal Friday, LLC | Jessie Cohen, 1200 N Laurel Ave, #101, Los Angeles, CA, 90046 |
| 2.599 | Statement of Work: Consultation services | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |
| 2.600 | Statement of Work: Consultation services | N/A | Second Day Ltd | Harpenden, AL53AL, United Kingdom |
| 2.601 | Statement of Work: Consulting Service | N/A | Equity Coaching & Consulting LLC | 2024 New York Avenue, Union City, NJ, 07087 |
| 2.602 | Statement of Work: Consulting services | N/A | Adrienne Nyamsi | |
| 2.603 | Statement of Work: Consulting services | N/A | Leadology LLC | 66 Rockwell Place, 13J, Brooklyn, NY, 11217 |
| 2.604 | Statement of Work: Consulting Services | N/A | Right Side Up, LLC | 166 Warwick Drive, Walnut Creek, CA, 94598 |
| 2.605 | Statement of Work: Conversion rate optimization | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.606 | Statement of Work: Creative copywriting, including email marketing, paid media, in-home mailers, website content, and any additional content relating to brand and performance marketing assets. | N/A | John Lockett | 53 3rd Street Apt., 1L, Brooklyn, NY, 11231 |
| 2.607 | Statement of Work: custom branded product decision platform | N/A | MakerSights, Inc. | 437 Pcific Ave, Suite 350, San Francisco, CA, 94133 |
| 2.608 | Statement of Work: custom branded product decision platform | N/A | MakerSights, Inc. | 435 Pcific Ave, Suite 350, San Francisco, CA, 94133 |
| 2.609 | Statement of Work: Customer access service | N/A | Impact Tech, Inc | |
| 2.610 | Statement of Work: Customer Insights Proposal | N/A | Alexandra Greifeld | 32 Coconut Ln, Tequesta, FL, 33469 |

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.611 | Statement of Work: Desi Santiago | N/A | De Facto, Inc. | |
| 2.612 | Statement of Work: Engaging D3 NYC to fill the role of Interim Chief Marketing Officer | N/A | DMI Holdings, Inc. dba D3 NYC | 401 Broadway, Suite 408, New York, NY, 10013 |
| 2.613 | Statement of Work: Engineering and implementation | N/A | RelationEdge New York, LLC | 1917 Palomar Oaks, Suite 310, Carlsbad, CA, 92008 |
| 2.614 | Statement of Work: Exhibit A subject to terms of Photographer Services Agreement | N/A | Ben Alsop c/o Thomas Treuhaft | 307 Seventh Avenue, #1607, New York, NY, 10001 |
| 2.615 | Statement of Work: Extension of licensing rights | N/A | Dutch Uncle Agency, Inc | Suite 1225, WeWork, 54 West 40th Street, New York, NY, 10018 |
| 2.616 | Statement of Work: Fiscal Calendar Change | N/A | StoreForce Solutions | 91 Tycos Drive, Suite 202, Toronto, ON, M6B 1W3, Canada |
| 2.617 | Statement of Work: Google Analytics Auditing | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.618 | Statement of Work: Google Analytics training | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.619 | Statement of Work: Inventory Services, Special Projects | N/A | Retail Services WIS Corporation | 1921 State Highway, 121, Lewisville, TX, 75056 |
| 2.620 | Statement of Work: Marketing consulting services | N/A | Right Side Up, LLC | 166 Warwick Drive, Walnut Creek, CA, 94598 |
| 2.621 | Statement of Work: Men's Design Associate | N/A | Career Group Inc. dba Fourth Floor | 1156 Avenue of the Americas, 8th Floor, New York, NY, 10036 |
| 2.622 | Statement of Work: New 3PL with a thorough evaluation and preparation | N/A | A.T. Kearney, Inc. | |
| 2.623 | Statement of Work: Ongoing monitoring and support | N/A | Bandwave Systems LLC | 438 High Street, Burlington, NJ, 08016 |
| 2.624 | Statement of Work: Photography | N/A | Sebastian Mader | |
| 2.625 | Statement of Work: Photography shoot with two models in Brooklyn, NY | N/A | Christian Högstedt dba CCS Media Inc. | 210 N Van Ness Avenue, Los Angeles, CA, 90004 |
| 2.626 | Statement of Work: Professional services | N/A | Planful, Inc. | 555 Twin Dolphin Dr., Suite 400, Redwood City, CA, 94065 |
| 2.627 | Statement of Work: Provide on-location product management and consulting services. | N/A | Def Method Incorporated | 336 West 37th, Street, New York, NY, 10018 |
| 2.628 | Statement of work: Refined and elevated aesthetic quality to digital marketing inventory | N/A | Color Curated LLC(dba Local Color NY LLC) | 417 Grand St, Brooklyn, NY, 11211 |
| 2.629 | Statement of Work: Search engine optimization | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.630 | Statement of Work: services to be provided | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.631 | Statement of Work: support Social, Search, and Shoppable Media | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.632 | Statement of Work: To assess current marketing operations and to implement improvements to the existing process | N/A | DMI Holdings, Inc. dba D3 NYC | 401 Broadway, Suite 408, New York, NY, 10013 |
| 2.633 | Statement of Work: Tre Samuels | N/A | Cartel & Co. | |
| 2.634 | Statement of Work: Video advertising services | N/A | Tinuiti, Inc. | 121 S 13th Street, 3rd Floor, Philadelphia, PA, 19107 |
| 2.635 | Statement Regarding Lease Term | 612 | University Village Limited Partnership | 2623 NE University Village Street, Suite #7, Seattle, Washington 98105 |
| 2.636 | Subordination, Non-Disturbance And Attornment Agreement concerning loan agreement | 612 | 35 Crosby Street LLC Citi Real Estate Funding Inc Ravid Law Group | 150 East 58th Street, New York, NY 10155, c/o NY Sabet Management Inc 38 West 31st Street, Suite 3 New York, New York 10001, Citi Real Estate Funding Inc 388 Greenwich Street, 6th Floor, New York, New York 10013, Ravid Law Group 601 S Figueroa Street, Suite 4400, Los Angeles, California 90017 |
| 2.637 | Subscription Agreement: IT Services - Software Products | N/A | Concrete Media Limited | The Poppy Building, 2nd Floor, 8 Brewhouse Yard, 156-176 St John Street,, London, EC1V4DG, United Kingdom |
| 2.638 | Subscription agreement: Software products | N/A | Concrete Media Limited | The Poppy Building, 2nd Floor, 8 Brewhouse Yard, 156-176 St John Street,, London, EC1V4DG, United Kingdom |
| 2.639 | Subscription License and Services Agreement: Marketing | N/A | Looker Data Sciences, Inc. | 101 Church Street, Santa Cruz, CA, 95060 |
| 2.640 | Subscription Schedule: Product Subscription | N/A | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |
| 2.641 | Subscription Schedule: Various Products and Services for Subscription | N/A | Yext, Inc. | 45 West 25 Street, 2nd Floor, New York, NY, 10010 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Notice Party's Name | Notice Party's Address |
|---|---|---|---|---|
| 2.642 | Subscription Services Agreement: Contractual Services Term | N/A | NetSuite, Inc | 2955 Campus Drive, Suite 100, San Mateo, CA, 94403-2511 |
| 2.643 | Supplier Retail Setup Packet: Retail Supply | N/A | BDA | 15525 Woodinville Redmond Rd. N.E., Woodinville, WA, 98072 |
| 2.644 | Television Commercial Production Contract: Advertising | N/A | Transport | 215 Park Row, no 18, New York, NY, 10010 |
| 2.645 | Television Commercial Production Contract: To produce a commercial on HD | N/A | Hungry Man, Inc | |
| 2.646 | Tenant Estoppel Certificate | 1,708 | The Northwestern Mutual Life Insurance Company | 720 E, Wisconsin Avenue, Milwaukee, Wisconsin 53202<br><br>Attn: Real Estate, 191 N Wacker Drive, Chicago, Illinois 60606<br><br>Attn: Thomas P Kelly |
| 2.647 | Termination of Bonobos Consulting Agreement : Consultation services | N/A | Second Day Ltd | Harpenden, AL53AL, United Kingdom |
| 2.648 | Termination of Bonobos Consulting Agreement: Consultation Services | N/A | Emilia Moya Ocampos | Pieter Nieuwlandstraat 2B, Amsterdam, 1093 XP, The Netherlands |
| 2.649 | Terms and Agreement: Conducting credit check | N/A | Bandwave Systems LLC | 438 High Street, Burlington, NJ, 08016 |
| 2.650 | Terms and Agreement: Marketing | N/A | Bandwave Systems LLC | 438 High Street, Burlington, NJ, 08016 |
| 2.651 | Terms and Conditions: Contractual Agreement for Services | N/A | Wink Software LLC. | Wink Software LLC., 1 Kristen Pl, Old Tappan, NJ, 07675 |
| 2.652 | Terms and Conditions: IT | N/A | Wink Software LLC | 1 Kristen Pl, Old Tappan, NJ, 07675 |
| 2.653 | Third Amendment of Lease | 612 | DEVELOPMENT AREA 5, LP | c/o Eastbanc, Inc 3223 Prospect St NW, Suite 200, Washington, DC 20007 |
| 2.654 | Trial Web Font End User License Agreement: Trial Font Software | N/A | Frere-Jones Type LLC | 126 13th Street, Suite 4L-1, Brooklyn, NY, 11215 |
| 2.655 | U.S. Order Form No. 1: Services Fee and other Terms Information | 731 | Affirm, Inc. | 225 Bust Street, Suite 1600, San Francisco, CA, 94104 |
| 2.656 | Vendor Agreement: Pickup, Purchase and Sale of Products or Goods | N/A | Alan Kilman Sales, Inc. | 4-25 Dorothy Street, Fair Lawn, NJ, 07410 |
| 2.657 | Vendor Manual: Personal Styling Service | N/A | Stitch Fix, Inc. | Montgomery Street, Suite 1100, San Francisco, CA, 94104 |
| 2.658 | Veritiv Legal Entity Change Notice: Software | N/A | Veritiv Operating Company | 1000 Abernathy Road NE, Building 400, Suite 1700, Atlanta, GA, 30328 |
| 2.659 | Walmart California Consumer Privacy Act Addendum: IT Services - SaaS License | N/A | Bricksolve, Inc. DBA Brickwork | 137 Grand Street, 3rd Floor, New York, NY, 10013 |
| 2.660 | Walmart Information Security Addendum: Information Security Program | N/A | Pariveda Solutions, Inc | 150 E. 52nd Street, Suite 8002, New York, NY, 10022 |

**Fill in this information to identify the case:**

Debtor name: Express BNBS Fashion, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10840

☐ **Check if this is an amended filing**

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | See Schedule H Attachment | | ☐ D<br>☐ E/F<br>☐ G |

**SCHEDULE H ATTACHMENT**

Codebtors

| ID | Codebtor Name | Codebtor Address | Creditor's Name | Creditor's Address | D | E/F | G |
|---|---|---|---|---|---|---|---|
| 2.1 | Express Fashion Investments, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.2 | Express Fashion Investments, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.3 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.4 | Express Fashion Logistics, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.5 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | Radial, Inc. (f/k/a eBay Enterprise, Inc.) | | | | x |
| 2.6 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.7 | Express Fashion Operations, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.8 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.9 | Express Finance Corp. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.10 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.11 | Express GC, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.12 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.13 | Express Holding, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.14 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.15 | Express Topco LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.16 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | Boomi, Inc. | 1400 Liberty Ridge Drive, Chesterbrook, PA 19087 | | | x |
| 2.17 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.18 | Express, Inc. | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.19 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.20 | Express, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |
| 2.21 | UW, LLC | 1 Express Drive, Columbus, OH 43230 | ReStore Capital, LLC | 5 Revere Drive, Suite 206 Northbrook, IL 60062 | x | | |
| 2.22 | UW, LLC | 1 Express Drive, Columbus, OH 43230 | Wells Fargo Bank | 1156 Avenue of the Americas, New York, NY 10036 | x | | |

**Fill in this information to identify the case:**

Debtor name: Express BNBS Fashion, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-10840

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 05/30/2024 | /s/ Mark Still |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Mark Still |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |