**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Drew S. McGehrin, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the *Limited Objection Of The Chubb Companies To Debtors' Motion For Entry Of An Order (I) Approving Bidding Procedures And Bid Protections, (II) Scheduling Certain Dates And Deadlines With Respect Thereto, (III) Approving The Form And Manner Of Notice Thereof, (IV) Establishing Notice And Procedures For The Assumption And Assignment Of Contracts And Leases, (V) Authorizing The Assumption And Assignment Of Assumed Contracts, (VI) Authorizing The Sale Of Assets, And (VII) Granting Related Relief* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and via electronic mail to the parties set forth on the attached service list, unless otherwise noted.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 31, 2024

*/s/ Drew S. McGehrin*
Drew S. McGehrin (DE Bar No. 6508)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## SERVICE LIST

**Proposed Co-Counsel for the Debtors**
Joshua A. Sussberg P.C.
Emily E. Geier, Esquire
Nicholas M. Adzima, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

 -and-

Charles B. Sterrett, Esquire
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
charles.sterrett@kirkland.com

**Proposed Co-Counsel for the Debtors**
Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Alyssa M. Radovanovich, Esquire
Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com
myurkewicz@klehr.com
aradvanovich@klehr.com

-and-

Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

**U.S. Trustee for the District of Delaware**
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn.: John Schanne
john.schanne@usdoj.gov

**Proposed Counsel to the Official Committee of Unsecured Creditors**
Lucian B. Murley
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
luke.murley@saul.com

-and-

Adam C. Rogoff
Robert T. Schmidt
Nathaniel Allard
Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com
mwasson@kramerlevin.com

**Counsel to Stalking Horse Bidder**
Joshua A Feltman
Benjamin S. Arfa
Wachtell, Lipton, Rosen & Katz
51 West 52nd St
New York, NY 10019
jafeltman@wlrk.com
bsarfa@wlrk.com

**Counsel for ReStore Capital, LLC as agent to the FILO Lenders**

Gregg M. Galardi, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
gregg.galardi@ropesgray.com

-and-

Stephen L. Iacovo, Esquire
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago IL 60606-4302
stephen.iacovo@ropesgray.com

-and-

Mark L. Desgrosseilliers, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**Counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors**

Randall Klein
Dimitri G. Karcazes
Keith G. Radner
Eva D. Gadzheva
Goldberg Kohn Ltd.
55 E. Monroe St., Suite 3300
Chicago, IL 60603
Randall.Klein@goldbergkohn.com
Dimitri.Karcazes@goldbergkohn.com
Keith.Radner@goldbergkohn.com
Eva.Gadzheva@goldbergkohn.com

-and-

John H. Knight
Paul N. Heath
Alexander R. Steiger
Richards Layton & Finger
920 N. King Street
Wilmington, DE 19801
Knight@RLF.com
heath@RLF.com
Steiger@RLF.com