IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Objection Deadline: May 30, 2024 at 4:00 p.m.** |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 271**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 271] (the "Notice") filed on May 17, 2024.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon.

Pursuant to the Notice and the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Procedures Order"), objections to the Notice were to be filed and served no later than May 30, 2024. It is hereby respectfully requested that the Order attached hereto as **Exhibit A**, and which was attached to the Notice, be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Dated: June 4, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> Alyssa M. Radovanovich (DE Bar No. 7101) <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 426-1189 <br> Facsimile: (302) 426-9193 <br> Email: dpacitti@klehr.com <br> myurkewicz@klehr.com <br> aradvanovich@klehr.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Emily E. Geier, P.C. (admitted *pro hac vice*) <br> Nicholas M. Adzima (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> Email: joshua.sussberg@kirkland.com <br> emily.geier@kirkland.com <br> nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 569-3007 <br> Facsimile: (215) 568-6603 <br> Email: mbranzburg@klehr.com | Charles B. Sterrett (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Email: charles.sterrett@kirkland.com |
| *Proposed Co-Counsel for the Debtors and Debtors in Possession* | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |

**EXHIBIT A**

10995571.v1

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

## ORDER AUTHORIZING
## THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Contract Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 271] (the "Rejection Notice") satisfies the requirements set forth in the Contract Procedures Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Contract Procedures Order.

venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

1. The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; provided, however, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over the key, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

2. Any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of non-residential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. The applicable Contract counterparty or counterparties may, in their sole discretion and without further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors

or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.     If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (i) the applicable deadline for filing proofs of claim established in these chapter 11 cases, and (ii) thirty (30) days after the later of (i) the Rejection Date, and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.     Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT 1

**Rejected Contracts**

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Abandoned Property | Store Address (if applicable) | Rejection Date |
|---|---|---|---|---|---|---|---|
| 4022 | NEWBURY STREET | AP Newbury Street Portfolio #1, LLC | 1616 Camden Road, Suite 210, Charlotte, NC 28203 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 172 Newbury Street, Boston, MA 02116 | 5/31/2024 |
| 5002 | BACK BAY | AP Newbury Street Portfolio #1, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, ATTN: Newbury Property Management | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 283 Dartmouth Street, Boston, Massachusetts 02116 | 5/31/2024 |
| 4023 | BELLEVUE COLLECTION | Bellevue Square, LLC | Post Office Box 908, Bellevue, Washington 98009 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 575 Bellevue Square, Bellevue, WA 98004 | 5/31/2024 |
| 4028 | M STREET | Canal Square Associates | c/o R B Properties, Inc. 1054 31st, N.W., Suite 1000, Washington, DC 20007 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 3110 M Street, Washington, DC 20007 | 5/31/2024 |
| 4037 | PEARL STREET | CITIZENS NATIONAL BANK BUILDING, LLC | c/o Unico Properties LLC<br>Attn: Senior Vice President / CFO<br>1215 Fourth Avenue, Suite 600<br>Seattle, WA 98161 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 1430 Pearl Street, Boulder, CO 80302 | 5/31/2024 |
| 5010 | LA BREA | CPF District Owner, LLC | c/o Cornerstone Real Estate Advisors LLC<br>2321 Rosecrans Ave, Suite 4225, El Segundo, CA 90245, ATTN: Asset Manager | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 101 S La Brea Ave, Los Angeles, California 90036 | 5/31/2024 |
| 5017 | FIFTH AVE (NYC) | EKFH LLC | c/o KLM Equities Inc., 920 Broadway 17th Fl, New York, New York, 10010, Attn: Zachary Kleinhandler | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 95 Fifth Avenue, New York, New York 10003 | 5/31/2024 |
| 4016 | SANTANA ROW | FRIT San Jose Town and Country Village, LLC | c/o Federal Realty Investment Trust<br>909 Rose Avenue, Suite #200, North Bethesda, MD 20852, ATTN: Legal Department | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 356 Santa Row, San Jose, CA 95128 | 5/31/2024 |
| 4029 | GREEN HILLS | GREEN HILLS MALL TRG LLC | 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 2126 Abbott Martin Rd, Nashville, TN 37215 | 5/31/2024 |
| 4021 | MALL OF AMERICA | MOAC MALL HOLDINGS LLC | Mall of America Management Office<br>2131 Lindau Lane — Suite 500<br>Bloomington, Minnesota 55425-2640<br>Email: legal notices moa.net | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 130 South Avenue, Bloomington, MN 55425 | 5/31/2024 |
| 5014 | MONTGOMERY MALL | Montgomery Mall Owner LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 7101 Democracy Blvd, Bethesda, Maryland 20817 | 5/31/2024 |
| 5066 | THE MERCANTILE | PIZZUTI GM, LLC | 629 N. High Street, Suite 500, Columbus, Ohio 43215 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 883 N High St., Columbus, Ohio 43215 | 5/31/2024 |
| 5024 | WALNUT ST | Sam Walnut, LLC | AP 1519-1521 Walnut Streetm LP<br>802 Gervais Street, Suite 200, ATTN: Elm. St. Property Management<br>Columbia, SC 29201 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 1519 Walnut Street, Philadelphia, PA 19102 | 5/31/2024 |
| 5065 | THE POINT | Street Retail, Inc. | Street Retail, Inc.<br>c/o Federal Realty Investment Trust<br>1626 East Jefferson Street, Rockvile, MD 20852-4041, ATTN: Legal Department | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 860 Pacific Coast Hwy, El Segundo, California 90245 | 5/31/2024 |
| 4019 | ROOSEVELT FIELD | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 630 Old Country Rd, Suite 1085, Garden City, NY 11530 | 5/17/2024 |
| 4041 | SOHO | Waller Realty LLC. | 103 Mercer Street, New York, New York, 10012 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 107 Spring Street, New York, NY 10012 | 5/31/2024 |
| 5068 | GARDEN STATE | WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, ATTN: Legal Department | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 1 Garden State Plaza Blvd, Paramus, New Jersey 07652 | 5/31/2024 |