**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JUNG W. SONG REGARDING THE UPDATED LIST OF**
**EQUITY SECURITY HOLDERS RECEIVED DIRECTLY FROM THE TRANSFER AGENT**

I, Jung W. Song, pursuant to 28 U.S.C. § 1746, hereby declare under the penalty of perjury as follows:

1.      I am a Managing Director at Stretto, Inc. ("Stretto"), which has offices located at 7 Times Square, 16th Floor, New York, New York 10036.  I am over the age of 18 years.  I do not have a direct interest in the chapter 11 cases and consider myself to be an impartial party.  I am duly authorized to submit this declaration (this "Declaration") on behalf of Stretto.

2.      On May 14, 2024, the Debtors filed the *Notice of Registered Equity Security Holders* (the "Original Equity List") [Docket No. 225], which reflected a true and correct copy of the list of equity holders directly registered with the transfer agent as of April 15, 2024.  The information in the Original Equity List was received directly from the transfer agent and has only been edited by the Debtors to redact addresses of natural persons.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

3.      Attached hereto as **<u>Exhibit A</u>**, the Debtors submit a true and correct copy of an updated list of equity security holders registered directly with the transfer agent as of April 22, 2024 (the "<u>Updated Equity List</u>").   The information in the Updated Equity List was received directly from the transfer agent and has only been edited by the Debtors to redact addresses of natural persons.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:  June 3, 2024

*/s/  Jung W. Song*
Jung W. Song
Managing Director
Stretto, Inc.

**<u>EXHIBIT A</u>**

Registered Holders

**Registered Holders**

| # | NAME | ATTENTION NAME | ADDRESS 1 | CITY | STATE | ZIP | COUNTRY | TOTAL |
|---|------|----------------|-----------|------|-------|-----|---------|-------|
| 1 | AARON JOSEPH PUTNAM | | | | | | | 14 |
| 2 | ALEX J OBERG TOD ON FILE SUBJECT TO CPU RULES | | | | | | | 1 |
| 3 | ALIM RAMJI | | | | | | | 16 |
| 4 | BRIAN THOMAS DAVIS TOD ON FILE SUBJECT TO CPU RULES | | | | | | | 2 |
| 5 | CEDE & CO | | 570 WASHINGTON BLVD | JERSEY CITY | NJ | 07310 | | 3,472,261 |
| 6 | CHARLES WHEELER | | | | | | | 6 |
| 7 | CHRISTOPHER D MUELLER | | | | | | | 1 |
| 8 | CHRISTOPHER PAK | | | | | | | 5 |
| 9 | CRAIG THOMPSON | | | | | | | 55 |
| 10 | DAVID SILVERMAN | | | | | | | 60 |
| 11 | EXPWHP LLC | C/O WHP GLOBAL | 530 FIFTH AVENUE | 12TH FLOOR NEW YORK | NY | 10036 | | 271,739 |
| 12 | FRANCISCO JAVIER GONZALEZ | | | | | | | 75 |
| 13 | JASON J SWIFT & KELSEY SWIFT JT TEN | | | | | | | 1 |
| 14 | JEFFREY HUNTER RICE | | | | | | | 5 |
| 15 | JEFFREY MEAD KURZON | | | | | | | 1,750 |
| 16 | JEREMY FEROVA & JOLENE FEROVA JT TEN | | | | | | | 7 |
| 17 | JIMMY ROBERTO GRAMAJO | | | | | | | 4 |
| 18 | JOSHUA ANTHONY RAY & ROBYN LYNN RAY JT TEN | | | | | | | 99 |
| 19 | JOSHUA R MONROE | | | | | | | 7 |
| 20 | KEVIN-MITCHELL CLEMENT | | | | | | | 1 |
| 21 | MAX E ORELLANA | | | | | | | 13 |
| 22 | PETER MYUNG-WON PAK | | | | | | | 55 |
| 23 | ROBIN LIONHEART | | | | | | | 5 |
| 24 | SALEH K ABUBAKIER | | | | | | | 100 |
| 25 | SARAH L KLEIN | | | | | | | 20 |
| 26 | STEVEN M BASSIGNANI | | | | | | | 260 |
| 27 | THOMAS PIWOWARSKI | | | | | | | 5 |
| 28 | TYLER B BOVITCH | | | | | | | 8 |
| 29 | WALEED M EBRAHIM TOD ON FILE SUBJECT TO CPU RULES | | | | | | | 5 |
| | | | | | | | | 3,746,580 |

In re Express, Inc., et al.
Case Number: 24-10831 (KBO)

Record Date: April 22, 2024