# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Lucian B. Murley, hereby certify that on June 4, 2024, a copy of the foregoing *Limited Joinder of the Official Committee of Unsecured Creditors to the Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case who consented to electronic service and via electronic mail on the parties listed on the attached Service List.

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
    Lucian B. Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P. O. Box 1266
    Wilmington, DE 19899
    (302) 421-6898

Dated: June 4, 2024

52392310.2

## Service List

Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Alyssa M. Radovanovich, Esquire
Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com
myurkewicz@klehr.com
aradvanovich@klehr.com
*(Proposed Co-Counsel for the Debtors and Debtors in Possession)*

Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com
*(Proposed Co-Counsel for the Debtors and Debtors in Possession)*

Joshua A. Sussberg P.C.
Emily E. Geier, Esquire
Nicholas M. Adzima, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com
*(Proposed Co-Counsel for the Debtors and Debtors in Possession)*

Charles B. Sterrett, Esquire
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
charles.sterrett@kirkland.com
*(Proposed Co-Counsel for the Debtors and Debtors in Possession)*

Gregg M. Galardi, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
gregg.galardi@ropesgray.com
*(Counsel for ReStore Capital, LLC as agent to the FILO Lenders)*

Stephen L. Iacovo, Esquire
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago IL 60606-4302
stephen.iacovo@ropesgray.com
*(Counsel for ReStore Capital, LLC as agent to the FILO Lenders)*

Mark L. Desgrosseilliers, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com
*(Counsel for ReStore Capital, LLC as agent to the FILO Lenders)*

Jeffrey M. Kurzon
PO Box 454
Peterborough, NH 03458
Jeff@kurzon.com
*(Pro se)*

John Schanne, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
John.Schanne@usdoj.gov

52392310.2

Randall Klein, Esquire
Dimitri G. Karcazes, Esquire
Keith G. Radner, Esquire
Eva D.Gadzheva, Esquire
Goldberg Kohn Ltd.
55 E. Monroe St., Suite 3300
Chicago, IL 60603
Randall.Klein@goldbergkohn.com
Dimitri.Karcazes@goldbergkohn.com
Keith.Radner@goldbergkohn.com
Eva.Gadzheva@goldbergkohn.com
(*Counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors*)

John H. Knight, Esquire
Paul N. Heath, Esquire
Alexander R. Steiger, Esquire
Richards Layton & Finger
920 N. King Street,
Wilmington, DE 19801
Knight@RLF.com
heath@RLF.com
Steiger@RLF.com
(*Counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors*)