IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 369** |

## CERTIFICATE OF SERVICE

I, Mark L. Desgrosseilliers, hereby certify that on June 3, 2024, a copy of *ReStore Capital, LLC's Joinder to Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief* [Docket No. 369] (the "**Joinder**") was filed *via* Case Management/Electronic Case Files ("**CM/ECF**"), which sent notices to all parties receiving notification through CM/ECF. I further certify that, in addition, on the same day, I caused the Joinder to be served on the parties listed on the attached service list *via* electronic and first-class mail.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURE TO FOLLOW]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- 2 -

| | |
|---|---|
| Dated: June 4, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Email: desgross@chipmanbrown.com<br><br>*Counsel to ReStore Capital, LLC* |

## SERVICE LIST

Mr. Jeffrey M. Kurzon
P.O. Box 454
Peterborough, NH 03458
Email: jeff@kurzon.com

Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Alyssa M. Radovanovich, Esquire
*Klehr Harrison Harvey Branzburg LLP*
919 North Market Street, Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com
myurkewicz@klehr.com
aradvanovich@klehr.com

Morton R. Branzburg, Esquire
*Klehr Harrison Harvey Branzburg LLP*
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com

Joshua A. Sussberg, P.C.
Emily E. Greier, P.C.
Nicholas M. Adzima, Esquire
*Kirkland & Ellis LLP*
*Kirkland & Ellis International LLP*
601 Lexington Avenue
New York, NY 10022
Email: joshua.sussberg@kirkland.com
emily.greier@kirkland.com
Nicholas.adzima@kirkland.com

Charles B. Sterrett, Esquire
*Kirkland & Ellis LLP*
*Kirkland & Ellis International LLP*
333 West Wolf Point Plaza
Chicago, IL 60654
Email: charles.sterrett@kirkland.com

John H. Schanne, II, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801
Email: john.schanne@usdoj.gov

John H. Knight, Esquire
Paul N. Heath, Esquire
Alexander R. Steiger, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: knight@rlf.com
heath@rlf.com
steiger@rlf.com

Randall L. Klein, Esquire
Dimitri G. Karcazes, Esquire
Eva D. Gadzheva, Esquire
55 East Monroe, Suite 3300
Chicago, IL 60603
Email: randall.klein@goldbergkohn.com
dimitri.karcazes@goldbergkohn.com
eva.gadzheva@goldbergkohn.com