## **EXHIBIT 1**

**Rejected Contracts**

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Abandoned Property | Store Address (if applicable) | Rejection Date |
|---|---|---|---|---|---|---|---|
| 4022 | NEWBURY STREET | AP Newbury Street Portfolio #1, LLC | 1616 Camden Road, Suite 210, Charlotte, NC 28203 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 172 Newbury Street, Boston, MA 02116 | 5/31/2024 |
| 5002 | BACK BAY | AP Newbury Street Portfolio #1, LLC | 802 Gervais Street, Suite 200, Columbia, SC 29201, ATTN: Newbury Property Management | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 283 Dartmouth Street, Boston, Massachusetts 02116 | 5/31/2024 |
| 4023 | BELLEVUE COLLECTION | Bellevue Square, LLC | Post Office Box 908, Bellevue, Washington 98009 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 575 Bellevue Square, Bellevue, WA 98004 | 5/31/2024 |
| 4028 | M STREET | Canal Square Associates | c/o R B Properties, Inc. 1054 31st, N.W., Suite 1000, Washington, DC 20007 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 3110 M Street, Washington, DC 20007 | 5/31/2024 |
| 4037 | PEARL STREET | CITIZENS NATIONAL BANK BUILDING, LLC | c/o Unico Properties LLC Attn: Senior Vice President / CFO 1215 Fourth Avenue, Suite 600 Seattle, WA 98161 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 1430 Pearl Street, Boulder, CO 80302 | 5/31/2024 |
| 5010 | LA BREA | CPF District Owner, LLC | c/o Cornerstone Real Estate Advisors LLC 2321 Rosecrans Ave, Suite #225, El Segundo, CA 90245, ATTN: Asset Manager | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 101 S La Brea Ave, Los Angeles, California 90036 | 5/31/2024 |
| 5017 | FIFTH AVE (NYC) | EKFH LLC | c/o KLM Equities Inc., 920 Broadway 17th Fl, New York, New York, 10010, Attn: Zachary Kleinhandler | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 95 Fifth Avenue, New York, New York 10003 | 5/31/2024 |
| 4016 | SANTANA ROW | FRIT San Jose Town and Country Village, LLC | c/o Federal Realty Investment Trust 909 Rose Avenue, Suite #200, North Bethesda, MD 20852, ATTN: Legal Department | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 356 Santa Row, San Jose, CA 95128 | 5/31/2024 |
| 4029 | GREEN HILLS | GREEN HILLS MALL TRG LLC | 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 2126 Abbott Martin Rd, Nashville, TN 37215 | 5/31/2024 |
| 4021 | MALL OF AMERICA | MOAC MALL HOLDINGS LLC | Mall of America Management Office 2131 Lindau Lane — Suite 500 Bloomington, Minnesota 55425-2640 Email: legal.notices.moa.net | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 130 South Avenue, Bloomington, MN 55425 | 5/31/2024 |
| 5014 | MONTGOMERY MALL | Montgomery Mall Owner LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 7101 Democracy Blvd, Bethesda, Maryland 20817 | 5/31/2024 |
| 5066 | THE MERCANTILE | PIZZUTI GM, LLC | 629 N. High Street, Suite 500, Columbus, Ohio 43215 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 883 N High St., Columbus, Ohio 43215 | 5/31/2024 |
| 5024 | WALNUT ST | Sam Walnut, LLC | AP 1519-1521 Walnut Streetm LP 802 Gervais Street, Suite 200, ATTN: Elm. St. Property Management Columbia, SC 29201 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 1519 Walnut Street, Philadelphia, PA 19102 | 5/31/2024 |
| 5065 | THE POINT | Street Retail, Inc. | Street Retail, Inc. c/o Federal Realty Investment Trust 1626 East Jefferson Street, Rockvile, MD 20852-4041, ATTN: Legal Department | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 860 Pacific Coast Hwy, El Segundo, California 90245 | 5/31/2024 |
| 4019 | ROOSEVELT FIELD | The Retail Property Trust | 225 West Washington Street, Indianapolis, Indiana 46204 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 630 Old Country Rd, Suite 1085, Garden City, NY 11530 | 5/17/2024 |
| 4041 | SOHO | Waller Realty LLC. | 103 Mercer Street, New York, New York, 10012 | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 107 Spring Street, New York, NY 10012 | 5/31/2024 |
| 5068 | GARDEN STATE | WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP | 2049 Century Park East, 41st Floor, Los Angeles, California 90067, ATTN: Legal Department | Lease agreement for premises | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises | 1 Garden State Plaza Blvd, Paramus, New Jersey 07652 | 5/31/2024 |