## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC, *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 6, 2024 AT 9:30 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote 2 participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

UNCONTESTED MATTERS WITH A COC/CNO:

1. Motion of Debtors Seeking Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 156; Filed 5/3/2024]

    Related Documents:

    A. Certification of Counsel Regarding Motion of Debtors Seeking Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 363; Filed 6/4/2024]

    **Status:** **An order has been entered on this matter at Docket No. 393.**

2. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 246; Filed 5/16/2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

10997514.v1

Related Documents:

    A.    [Sealed] Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 248; Filed 5/16/2024]

    B.    [Sealed] Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 255; Filed 5/16/2024]

    C.    [Sealed] Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Sections 327(A) and 328 of The Bankruptcy Code Effective as of April 22, 2024 [Docket No. 258; Filed 5/16/2024]

    D.    [Sealed] Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of April 22, 2024, and (II) Granting Related Relief [Docket No. 260; Filed 5/16/2024]

    E.    [Sealed] Application of Debtors for Appointment of RCS Real Estate Advisors as Real Estate Advisor Effective as of the Petition Date [Docket No. 262; Filed 5/16/2024]

    F.    [Sealed] Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements [Docket No. 264; Filed 5/16/2024]

    G.    [Sealed] Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors and Debtors in Possession Effective as of April 22, 2024 [Docket No. 266; Filed 5/16/2024]

Related Documents:

    A.    Certification of Counsel Regarding Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 359; Filed 6/4/2024]

**Status:**    **An order has been entered on this matter at Docket No. 389.**

3.  [Redacted ] Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 247; Filed 5/16/2024]

    Related Documents:

    A.  Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 357; Filed 6/4/2024]

    **Status:    An order has been entered on this matter at Docket No. 387.**

4.  [Redacted] Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 254; Filed 5/16/2024]

    Related Documents:

    A.  Certification of No Objection Regarding Docket No. 254 [Docket No. 358; Filed 6/4/2024]

    **Status:    An order has been entered on this matter at Docket No. 388.**

5.  [Redacted] Application of Debtors for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 256; Filed 5/16/2024]

    Related Documents:

    A.  Certification of No Objection Regarding Application of Debtors for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 360; Filed 6/4/2024]

    **Status:    An order has been entered on this matter at Docket No. 390.**

6.  [Redacted] Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of April 22, 2024, and (II) Granting Related Relief [Docket No. 259; Filed 5/16/2024]

    Related Documents:

    A.  Certification of Counsel Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of April 22, 2024, and (II) Granting Related Relief [Docket No. 362; Filed 6/4/2024]

        **Status:**        **An order has been entered on this matter at Docket No. 392.**

7. Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors and Debtors in Possession Effective as of April 22, 2024 [Docket No. 265; Filed 5/16/2024]

    Related Documents:

    A. Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors and Debtors in Possession Effective as of April 22, 2024 [Docket No. 361; Filed 6/4/2024]

    **Status:**    **An order has been entered on this matter at Docket No. 391.**

UNCONTESTED MATTERS:

8. [Redacted] Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Sections 327(A) and 328 of the Bankruptcy Code Effective as of April 22, 2024 [Docket No. 257; Filed 5/16/2024]

    **Related Documents:**

    **A.** **Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Sections 327(A) and 328 of the Bankruptcy Code Effective as of April 22, 2024 [Docket No. 385; Filed 6/4/2024]**

    **Status:**    **A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court**.

9. [Redacted] Application of Debtors for Appointment of RCS Real Estate Advisors as Real Estate Advisor Effective as of the Petition Date [Docket No. 261; Filed 5/16/2024]

    **Related Documents:**

    **A.** **Certification of Counsel Regarding Application of Debtors for Appointment of RCS Real Estate Advisors as Real Estate Advisor Effective as of the Petition Date [Docket No. 384; Filed 6/4/2024]**

    **Status:**    **A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court.**

10. [Redacted] Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements [Docket No. 263; Filed 5/16/2024]

    **Related Documents:**

    A. **Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements [Docket No. 383; Filed 6/4/2024]**

    Status: **A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court.**

CONTESTED MATTERS:

11. Motion of Debtors for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [Docket No. 8; Filed 4/22/2024]

    Related Documents:

    A. Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock [Docket No. 83; Entered 4/24/2024]

    B. Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

    C. Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 364; Filed 6/3/2024]

    D. Declaration of Adam Keil in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 365; Filed 6/3/2024]

    E. Declaration of Kunal S. Kamlani in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 366; Filed 6/3/2024]

        F.      Declaration of Mark Still in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 367; Filed 6/3/2024]

        G.      Declaration of Jung W. Song Regarding the Updated List of Equity Security Holders Received Directly from the Transfer Agent [Docket No. 368; Filed 6/3/2024]

        H.      ReStore Capital, LLC's Joinder to Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 369; Filed 6/3/2024]

        I.      Limited Joinder of the Official Committee of Unsecured Creditors to the Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 371; Filed 6/4/2024]

        J.      Notice of Revised Proposed Final NOL Order [Docket No. 375; Filed 6/4/2024]

Response Deadline:    May 9, 2024 at 4:00 p.m.

Responses Received:

        A.      Omnibus Objection to Debtor's First Day Motions & Opposition to Motion Waiving the Requirement to File List of Equity Security Holders and (2) Motion for Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage [Docket No. 181; Filed 5/9/2024]

Status:    This matter is going forward.

12.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief [Docket No. 9; Filed 4/22/2024]

Related Documents:

    A.    Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief [Docket No. 87; Entered 4/24/2024]

    B.    Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

    C.    Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 364; Filed 6/3/2024]

    D.    Declaration of Adam Keil in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 365; Filed 6/3/2024]

    E.    Declaration of Kunal S. Kamlani in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 366; Filed 6/3/2024]

    F.    Declaration of Mark Still in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 367; Filed 6/3/2024]

    G.    Declaration of Jung W. Song Regarding the Updated List of Equity Security Holders Received Directly from the Transfer Agent [Docket No. 368; Filed 6/3/2024]

    H.    ReStore Capital, LLC's Joinder to Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 369; Filed 6/3/2024]

    I.    Limited Joinder of the Official Committee of Unsecured Creditors to the Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a

                Shareholders' Committee and (B) Granting Related Relief [Docket No. 371; Filed 6/4/2024]

       J.       Notice of Revised Proposed Final Creditor Matrix Order [Docket No. 376; Filed 6/4/2024]

Response Deadline:    May 9, 2024 at 4:00 p.m.

Responses Received:

       A.       Omnibus Objection to Debtor's First Day Motions & Opposition to Motion Waiving the Requirement to File List of Equity Security Holders and (2) Motion for Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage [Docket No. 181; Filed 5/9/2024]

Status:    This matter is going forward.

13.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 24; Filed 4/22/2024]

    Related Documents:

       A.       Declaration of Adam Keil in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 30; Filed 4/22/2024]

       B.       Declaration of Kunal S. Kamlani in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 31; File 4/22/2024]

       C.       Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 85; Entered 4/24/2024]

       D.       Omnibus Notice of Second Day Hearing to be Held on May 16, 2024 at 1:00 p.m. (ET) [Docket No. 89; Filed 4/24/2024]

    E.    Notice of First Lien DIP ABL Credit Agreement, Second Lien DIP Term Credit Agreement and Amendments Thereto [Docket No. 299; Filed 5/23/2024]

    F.    Notice of Proposed Final DIP Order [Docket No. 332; Filed 5/30/2024]

Response Deadline:    May 9, 2024 at 4:00 p.m.

Responses Received:

    A.    Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 304; Filed 5/24/2024]

    B.    Response of Restore Capital, LLC, to Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 311; Filed 5/28/2024]

    C.    Response of Wells Fargo Bank, National Association, as First Lien Prepetition ABL Agent And First Lien DIP ABL Agent, (I) to Objection of the Official Committee of Unsecured Creditors and (II) in Support of Debtors' Motion Seeking Final Approval of Debtor-In-Possession Financing [Docket No. 312; Filed 5/28/2024]

    D.    Restore Capital, LLC's Motion For Authority to Exceed Page Limit with Respect to Response of Restore Capital, LLC, to Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 313; Filed 5/28/2024]

**Status:**    **This matter is going forward. The Debtors anticipate filing a revised proposed form of Final DIP Order and further declaration in support of the Motion.**

14.    Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and

Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 41; Filed 4/22/2024]

Related Documents:

- A. Declaration of Adam Keil in Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 42; Filed 4/22/2024]

- B. Declaration of Elise S. Frejka, CIPP/US, In Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 128; Filed 4/26/2024]

- C. Notice of Selection of Stalking Horse Bidder [Docket No. 305; Filed 5/24/2024]

- D. Notice of Revised Proposed Order with Respect to Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 319; Filed 5/30/2024]

- E. **Declaration of Mark Still in Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 378; Filed 6/4/2024]**

- F. **Declaration of Kunal S. Kamlani in Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV)**

      **Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 379; Filed 6/4/2024]**

    G.    **Supplemental Declaration of Adam Keil in Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 380; Filed 6/4/2024]**

    H.    **Notice of Further Revised Proposed Order with Respect to Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 394; Filed 6/4/2024]**

  Response Deadline:    May 9, 2024 at 4:00 p.m.

  Responses Received:

    A.    Limited Objection and Reservation of Rights of ReStore Capital, LLC, the Second Lien Prepetition Term Agent and Second Lien DIP Term Agent, to Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 306; Filed 5/26/2024]

  **Status:**    **This matter is going forward.**

15.  Motion for a Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage to the Debtors [Docket No. 181; Filed 5/9/2024]

  Related Documents:

    A.    Scheduling Order on Motion for a Shareholders Committee and Request for Other Emergency Relief to Prevent Further Damage to the Debtors [Docket No. 351; Entered 5/31/2024]

    B.    Motion of Debtors Seeking Entry of an Order Waiving Local Rule 7007-2 to Permit the Debtors to Exceed the Page Limit Requirement for the Debtors' Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 370; Filed 6/3/2024]

Response Deadline:    June 3, 2024

Responses Received:

    A.    Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 364; Filed 6/3/2024]

    B.    Declaration of Adam Keil in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 365; Filed 6/3/2024]

    C.    Declaration of Kunal S. Kamlani in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 366; Filed 6/3/2024]

    D.    Declaration of Mark Still in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 367; Filed 6/3/2024]

    E.    Declaration of Jung W. Song Regarding the Updated List of Equity Security Holders Received Directly from the Transfer Agent [Docket No. 368; Filed 6/3/2024]

    F.    ReStore Capital, LLC's Joinder to Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders' Committee and (B) Granting Related Relief [Docket No. 369; Filed 6/3/2024]

    G.    Limited Joinder of the Official Committee of Unsecured Creditors to the Omnibus Reply of Debtors (I) in Support of First Day Motions and (II) in Opposition to (A) Motion of Mr. Kurzon for Appointment of a

Shareholders' Committee and (B) Granting Related Relief [Docket No. 371; Filed 6/4/2024]

Status: This matter is going forward.

Dated: June **5**, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> Alyssa M. Radovanovich (DE Bar No. 7101) <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 426-1189 <br> Facsimile: (302) 426-9193 <br> Email: dpacitti@klehr.com <br> myurkewicz@klehr.com <br> aradvanovich@klehr.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Emily E. Geier, P.C. (admitted *pro hac vice*) <br> Nicholas M. Adzima (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> Email: joshua.sussberg@kirkland.com <br> emily.geier@kirkland.com <br> nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 569-3007 <br> Facsimile: (215) 568-6603 <br> Email: mbranzburg@klehr.com | Charles B. Sterrett (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Email: charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |