# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Express, Inc., *et al.*[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 24-10831-KBO<br><br>JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT Creditor Roth Bros., Inc., d/b/a Sodexo (collectively, "Sodexo"), by and through undersigned counsel, enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served as follows:

Jami B. Nimeroff, Esquire
BROWN McGARRY NIMEROFF LLC
919 N. Market Street, Suite 420
Wilmington, Delaware  19801
T:  (302) 428-8142
Email: jnimeroff@bmnlawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Sodexo's right (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Sodexo is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: June 5, 2024

BROWN McGARRY NIMEROFF LLC

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire
BROWN McGARRY NIMEROFF LLC
919 N. Market Street, Suite 420
Wilmington, Delaware 19801
T: (302) 428-8142
Email: jnimeroff@bmnlawyers.com

*Attorneys for Roth, Inc., d/b/a Sodexo*

`

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Express, Inc., *et al.*[2]<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-10831-KBO<br><br>JOINTLY ADMINISTERED |

## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on this 5th day of June, 2024 I caused a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers to be served via first class U.S. Mail upon the following:

Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
Alyssa M. Radovanovich, Esq.
**KLEHR HARRISON HARVEY BRANZBURG LLP**9
19 N Market St, Suite 1000
Wilmington, DE 19801

Morton R. Branzburg, Esq.
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market St, Suite 1400
Philadelphia, PA 19103

Charles B. Sterrett, Esq.
**KIRKLAND & ELLIS LLP**
300 N LaSalle St
Chicago, IL 60654

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima, Esq.
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York , NY 10022

Andrew R. Vara, Trustee
**Office of the U.S. Trustee**
UNITED STATES DEPARTMENT OF JUSTICE
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff