UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Cohne Kinghorn, P.C., appears herein as counsel to Akamai Technologies, Inc., a creditor and party in interest in the above-referenced case, pursuant to Fed. R. Bankr. P. 9010(b); and requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010, and pursuant to 11 U.S.C. §§ 102(1), 341, and 1109(b) that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

> George Hofmann
> Cohne Kinghorn, P.C.
> 111 East Broadway, 11th Floor
> Salt Lake City, Utah 84111
> Tel: (801) 363-4300
> Fax: (801) 363-4378
> Email: ghofmann@ck.law

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

1

4857-9588-8067, v. 1

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. This Notice of Appearance is not, and shall not be construed to be, a consent pursuant to 28 U.S.C. § 157(c)(2).

Dated: May 30, 2024

Respectfully submitted,

 /s/ George Hofmann
George Hofmann
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Phone: (801) 363-4300
Fax: (801) 363-4378
Email: ghofmann@ck.law

Attorneys for Akamai Technologies, Inc.

4857-9588-8067, v. 1