**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FIRST SUPPLEMENTAL
DECLARATION OF KUNAL S. KAMLANI
IN SUPPORT OF THE MOTION OF DEBTORS FOR
ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING
THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND
(B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY
ADMINISTRATIVE EXPENSE CLAIMS, (III) MODIFYING THE AUTOMATIC STAY
(IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

I, Kunal S. Kamlani, make this First Supplemental Declaration pursuant to 28 U.S.C. § 1746:

1. I am a Senior Managing Director at M3 Advisory Partners LP ("M3"), the proposed financial advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. I submit this declaration (this "First Supplemental Declaration") to supplement my prior declaration (the "Original Declaration")[2] in support of the *Motion of Debtors for Entry of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Declaration of *Kunal S. Kamlani in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 31].

*Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 24] (the "DIP Motion"), and the Approved DIP Budget (as defined herein) attached hereto as **Exhibit A**. If called upon to testify, I would competently testify to the facts set forth herein.

3. The statements in this Declaration are, except where specifically noted, based on (a) my personal knowledge, (b) information regarding the Debtors' operations and finances that I obtained from the Debtors' advisors or employees, (c) the Debtors' books, records, and relevant documents, (d) information provided to me by employees of M3 working under my supervision, and/or (e) my opinions, experience, and knowledge as a restructuring professional. I have overseen the M3 team serving as one of the principal advisors to the Debtors since November 2023. In that capacity, I have been directly involved in the matters leading up to the Debtors' chapter 11 filings and postpetition financing efforts. I am over the age of 18 years and authorized to submit this Declaration on behalf of the Debtors.

**The DIP Budget Provides Adequate Liquidity for these Chapter 11 Cases**

4. As described in the Original Declaration, the Debtors, with the assistance of M3 and other advisors, developed an initial budget governing their use of proceeds from the DIP Facilities and Cash Collateral (the "Initial DIP Budget"), which the DIP Budget Consenting Parties[3] indicated was acceptable to them in form and substance. Subsequently, in accordance with the Interim Order entered by the Court, and in connection with the execution of the Stalking

---

[3] "DIP Budget Consenting Parties" means, collectively, the First Lien DIP ABL Agent, the First Lien DIP Required Lenders, the Second Lien DIP Term Agent, and the Second Lien DIP Lenders (each as defined in the Interim Order).

Horse APA (as defined below) on May 22, 2024, the Debtors delivered an updated budget to the DIP Agents which contemplates and provides for a going-concern sale transaction under the Debtors' proposed Bidding Procedures,[4] and which the DIP Budget Consenting Parties have indicated is acceptable to them in form and substance (the "Approved DIP Budget").

5. In developing the Approved DIP Budget, the Debtors and their advisors considered the Debtors' debt service obligations, operating expenses, requisite reserves, and stub rent payments, as well as the numerous other ordinary course administrative costs of these chapter 11 cases. It is my view that the Approved DIP Budget provides an accurate reflection of the Debtors' likely funding requirements over the identified period. The Approved DIP Budget contains line items for each category of cash flow anticipated to be received or disbursed during the identified period. I believe that the Approved DIP Budget includes all reasonable, necessary, and foreseeable expenses to be incurred in connection with the operation of the Debtors' businesses for the period set forth in the Approved DIP Budget. Critically, the Approved DIP Budget accounts for the payment of stub rent to all landlords in the week ending June 8, 2024.

6. Based on my familiarity with the Debtors' operations and cash flow, and extensive discussions with the Debtors' management and other advisors, I believe the Approved DIP Budget presents a reasonable estimate of the Debtors' cash sources and needs, and the Debtors' business will benefit materially from approval of the DIP Facilities. Access to incremental liquidity in the form of postpetition financing is critical to provide the necessary liquidity to fund these chapter 11 cases, facilitate a going-concern sale transaction restructuring, and maximize the likelihood of the

---

[4] "Bidding Procedures" has the meaning given to it in the *Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief* [Docket No. 41].

3

Debtors' ability to execute their business plan.  Additionally, the DIP Facilities will signal to the Debtors' customers, landlords, vendors, and employees that operations can and will continue in the ordinary course while the Debtors navigate through chapter 11.

7.    Following the appointment of the Committee, the Debtors, the DIP Secured Parties, the Committee, and their advisors collectively engaged in discussions regarding the DIP Facilities and the Approved DIP Budget.  The DIP Facilities and the Approved DIP Budget are the product of extensive, hard fought, arms-length negotiations conducted in good faith between the Debtors, the DIP Secured Parties, and the Committee, and the DIP Budget Consenting Parties have indicated that the Approved DIP Budget is acceptable to them in form and substance.  For all of the foregoing reasons and those that follow, I believe that the DIP Facilities should be approved.

**The DIP Facilities Are Necessary for the Debtors to Remain Administratively Solvent**

8.    As stated in the Original Declaration, the Debtors' access to the DIP Facilities and Cash Collateral, in accordance with the Approved DIP Budget, are imperative to the Debtors' survival during these chapter 11 cases, and represent the only viable pathway to a going-concern sale transaction which will satisfy the administrative claims and secured debt in these chapter 11 cases.  Funds available through the DIP Facilities, as detailed in the Approved DIP Budget, are used to meet day to day business obligations (including payroll) necessary to responsibly manage and maintain the Debtors' assets and ensure that the Debtors not only have adequate cash resources to fund a value-maximizing going-concern sale process, but also, relatedly, to remain administratively solvent.  Without funding as provided for under the Approved DIP Budget, the Debtors would be entirely unable to continue operating on a going concern basis.

9.    Pursuant to certain milestones provided in the Motion, on May 22, 2024, the Debtors executed a stalking horse asset purchase agreement contemplating a going-concern sale transaction (the "Stalking Horse APA") with Phoenix Retail, LLC (the "JV Purchaser"), a

consortium consisting of PHXWHP, LLC, an affiliate of EXPWHP, LLC, and affiliates of certain of the Debtors' landlords, specifically, SPG Fashion Retail, LLC and BPR Acquisitions LLC. Ultimately, the Debtors selected the JV Purchaser to act as the stalking horse bidder for the Debtors' business operations. The Debtors must now finish the sale process, obtain Court approval of the sale, and close the sale by no later than June 18, 2024 in accordance with the milestones under the DIP Facilities and the proposed Bidding Procedures, and as supported by the Debtors' expected financial performance.

10. If the Debtors consummate the sale contemplated by the Stalking Horse APA or another going-concern Qualified Bid,[5] proceeds from the contemplated sale are expected to total approximately $160 million  As a result, the proceeds from a going-concern sale contemplated under the Stalking Horse APA or another Qualified Bid as shown under the Approved DIP Budget are expected to be sufficient to pay all of the Debtors' administrative and priority claims *in full*. Conversely, if the Debtors are unable to consummate a going-concern sale by June 18, 2024, then the Debtors' estates will be forced to incur potentially tens of millions of dollars in additional administrative costs while the Debtors pursue an alternative transaction with a likely lower purchase price, and there will be no assurance that the Debtors' estates will be administratively solvent or able to pay priority claims, resulting in a permanent and meaningful loss of value.

11. To that end, it is imperative that the Debtors access the DIP Facilities and Cash Collateral, in accordance with the Approved DIP Budget. Thus, I believe that the proposed Final Order should be approved to permit the continuation of the Debtors as a going concern, facilitate the completion of the going concern sale process, and provide a path to administrative solvency in these chapter 11 cases.

---

[5] "Qualified Bid" has the meaning given to it in the Bidding Procedures.

## Conclusion

12.	For all the reasons included in the Original Declaration and this First Supplemental Declaration, I submit it would be appropriate for the Court to approve the DIP Facilities and the use of Cash Collateral contemplated by the DIP Motion, the proposed Final Order, and the Approved DIP Budget.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:  June 5, 2024                                  */s/  Kunal S. Kamlani*
                                                                            Kunal S. Kamlani
                                                                            Senior Managing Director
                                                                            M3 Advisory Partners LP

## Exhibit A

**Approved DIP Budget**

**Project Pine**
**DIP Forecast Long Form**

($ in 000s)

| Week:<br>FCST / ACT:<br>Week Classification:<br>Period Ending: | ACT<br>Apr wk3<br>4/27/2024 | ACT<br>Apr wk4<br>5/4/2024 | ACT<br>May wk1<br>5/11/2024 | ACT<br>May wk2<br>5/18/2024 | ACT<br>May wk3<br>5/25/2024 | ACT<br>May wk4<br>6/1/2024 |
|---|---:|---:|---:|---:|---:|---:|
| **Cash Operating Receipts** | | | | | | |
| Express | $30,093 | $34,991 | $32,173 | $34,181 | $31,981 | $36,668 |
| UpWest | 116 | 4 | 4 | 499 | 74 | 105 |
| Bonobos | 5,220 | 4,042 | 3,052 | 2,700 | 3,275 | 6,124 |
| Other Receipts | – | – | – | – | – | – |
| Store Closing Receipts | – | – | – | – | – | – |
| **Total Cash Operating Receipts** | **$35,429** | **$39,037** | **$35,229** | **$37,381** | **$35,329** | **$42,897** |
| **Operating Disbursements** | | | | | | |
| Merchandise | – | – | – | – | ($130) | – |
| Rent | (0) | (3,403) | (21,064) | (262) | (347) | (820) |
| Other Non-Merchandise | (0) | (173) | (2,067) | (1,809) | (1,519) | (3,112) |
| Payroll | (352) | (10,624) | (835) | (10,112) | (840) | (9,796) |
| Sales and Use Tax | (335) | (1,775) | (1,140) | (5,904) | (2,546) | (236) |
| Other | – | (478) | (173) | (409) | (20) | (126) |
| **Total Operating Disbursements** | **($687)** | **($16,453)** | **($25,280)** | **($18,496)** | **($5,402)** | **($14,092)** |
| **Operating Cash Flow** | **$34,742** | **$22,584** | **$9,949** | **$18,885** | **$29,927** | **$28,805** |
| **Restructuring / Ch.11 Items** | | | | | | |
| Debtor Professionals | – | ($4,350) | – | ($3,775) | ($2,417) | ($2,655) |
| UCC Professionals | – | – | – | (950) | (471) | (446) |
| Lender Professionals | – | – | – | – | – | – |
| UST Fees | – | – | – | – | – | – |
| Taxes and Duties | (4,064) | – | – | (1) | (4,844) | – |
| Utility Deposits | – | (850) | – | – | – | – |
| Critical Vendors | – | (50) | (431) | – | (785) | – |
| Critical Foreign Vendors | – | – | – | – | – | – |
| Admin Priority Reserves | – | – | – | – | – | – |
| Shippers / Lienholders / Warehouse Claims | – | (144) | (177) | – | – | – |
| KERP / TSA Payroll Funding | – | – | – | – | – | – |
| Store Closing Costs | – | – | – | – | – | – |
| Employee Related Reserves | – | – | – | – | – | – |
| Post Effective Date Budget | – | – | – | – | – | – |
| **Total Restructuring / Ch.11 Items** | **($4,064)** | **($5,394)** | **($607)** | **($4,727)** | **($8,517)** | **($3,100)** |
| **Cash Flow Before Financing** | **$30,678** | **$17,190** | **$9,342** | **$14,158** | **$21,410** | **$25,704** |
| **Debt Service** | | | | | | |
| Interest / Fees | – | ($726) | – | ($8) | – | – |
| DIP Proceeds | 24,062 | – | – | – | – | – |
| Collateral Reserve | – | – | – | – | – | – |
| Indemnity Reserve | – | – | – | – | – | – |
| **Total Debt Service** | **$24,062** | **($726)** | **–** | **($8)** | **–** | **–** |
| **Net Cash Flow** | **$54,740** | **$16,464** | **$9,342** | **$14,149** | **$21,410** | **$25,704** |
| **Bank Cash** | | | | | | |
| BOP Bank Cash Balance | $21,647 | $19,286 | $12,100 | $10,312 | $8,914 | $15,804 |
| Net Cash Flow | 54,740 | 16,464 | 9,342 | 14,149 | 21,410 | 25,704 |
| Revolver Draw / (Paydown) | (57,102) | (23,650) | (11,129) | (15,547) | (14,520) | (22,571) |
| Other Borrowings / (Repayments) | – | – | – | – | – | – |
| Term Loan Pre-Payment | – | – | – | – | – | – |
| **EOP Bank Cash Balance** | **$19,286** | **$12,100** | **$10,312** | **$8,914** | **$15,804** | **$18,938** |
| **Net Revolver Availability** | **$63,988** | **$86,984** | **$98,114** | **$113,717** | **$96,068** | **$83,028** |
| **Total Liquidity** | **$83,274** | **$99,084** | **$108,426** | **$122,631** | **$111,872** | **$101,966** |
| *Memo: Pre-Petition ABL Balance* | *$51,782* | *$13,133* | *–* | *–* | *–* | *–* |
| *Memo: Post-Petition ABL Balance* | *–* | *15,717* | *17,720* | *2,117* | *(12,403)* | *(14,354)* |
| *Memo: DIP Balance* | *50,261* | *50,261* | *50,261* | *50,261* | *50,261* | *50,261* |
| *Memo: Pre-Petition Term Loan Balance* | *40,596* | *40,596* | *40,596* | *40,596* | *40,596* | *40,596* |

**Project Pine**
**DIP Forecast Long Form**

($ in 000s)

| Week:<br>FCST / ACT:<br>Week Classification:<br>Period Ending: | 1<br>FCST<br>Jun wk1<br>6/8/2024 | Partial<br>Jun wk2<br>6/14/2024 | 2<br>FCST<br>Jun wk2<br>6/15/2024 | 3<br>FCST<br>Jun wk3<br>6/22/2024 | 4<br>FCST<br>Jun wk4<br>6/29/2024 | 5<br>FCST<br>Jun wk5<br>7/6/2024 | 6<br>FCST<br>Jul wk1<br>7/13/2024 | 7<br>FCST<br>Jul wk2<br>7/20/2024 | 8<br>FCST<br>Jul wk3<br>7/27/2024 | 9<br>FCST<br>Jul wk4<br>8/3/2024 | 10<br>FCST<br>Aug wk1<br>8/10/2024 | 11<br>FCST<br>Aug wk2<br>8/17/2024 | 12-15<br>Total<br>9/14/2024 | Total<br>Post<br>Transaction | Post<br>Effective<br>Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Operating Receipts** | | | | | | | | | | | | | | | |
| Express | $20,418 | $18,239 | - | $7,482 | - | - | - | - | - | - | - | - | - | $7,482 | $4,547 |
| UpWest | 188 | 38 | - | 20 | - | - | - | - | - | - | - | - | - | 20 | - |
| Bonobos | 1,723 | 944 | - | 543 | - | - | - | - | - | - | - | - | - | 543 | - |
| Other Receipts | - | 145,000 | - | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 15,922 | 18,688 | 24,305 |
| Store Closing Receipts | 4,370 | 5,065 | - | 5,721 | 7,182 | 5,275 | 1,962 | 1,842 | 1,061 | 622 | 487 | 125 | - | 24,276 | - |
| **Total Cash Operating Receipts** | **$26,700** | **$169,286** | **-** | **$14,074** | **$7,489** | **$5,582** | **$2,269** | **$2,149** | **$1,368** | **$929** | **$795** | **$432** | **$15,922** | **$51,010** | **$24,305** |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Merchandise | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent | (17,996) | 1,682 | - | - | (1,429) | - | - | - | (1,932) | (402) | - | - | - | (3,763) | - |
| Other Non-Merchandise | (8,285) | 170 | (6,059) | (2,697) | (1,775) | (1,201) | (546) | (1,258) | (421) | (400) | (114) | - | - | (14,470) | (6,539) |
| Payroll | (509) | - | (11,316) | (509) | (7,144) | (61) | (857) | (61) | (314) | (61) | - | (314) | - | (20,637) | - |
| Sales and Use Tax | (100) | - | (100) | (8,064) | (100) | (100) | (100) | (100) | (4,102) | (100) | (427) | (100) | (210) | (13,502) | - |
| Other | (655) | (5,000) | (448) | (50) | (50) | (25) | (25) | (1,025) | (25) | (25) | (25) | (25) | - | (1,723) | - |
| **Total Operating Disbursements** | **($27,545)** | **($3,148)** | **($17,923)** | **($11,320)** | **($10,497)** | **($1,387)** | **($1,528)** | **($2,444)** | **($6,794)** | **($988)** | **($566)** | **($439)** | **($210)** | **($54,095)** | **($1,992)** |
| **Operating Cash Flow** | **($845)** | **$166,138** | **($17,923)** | **$2,755** | **($3,008)** | **$4,195** | **$741** | **($294)** | **($5,426)** | **($59)** | **$229** | **($6)** | **$15,713** | **($3,084)** | **$22,312** |
| **Restructuring / Ch.11 Items** | | | | | | | | | | | | | | | |
| Debtor Professionals | ($1,650) | ($1,000) | ($2,200) | ($1,175) | ($1,175) | ($6,675) | ($975) | ($1,050) | ($875) | ($875) | ($875) | ($1,050) | ($3,900) | ($20,825) | - |
| UCC Professionals | (250) | - | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (333) | (2,833) | - |
| Lender Professionals | (3,550) | - | (450) | - | - | - | - | - | - | - | - | - | - | (450) | - |
| UST Fees | - | - | - | - | (754) | (51) | - | (80) | (40) | (255) | (427) | (100) | (255) | (1,264) | - |
| Taxes and Duties | (2,375) | - | - | (250) | - | - | - | - | - | (66) | - | - | (500) | (987) | - |
| Utility Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Vendors | (2,240) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Foreign Vendors | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Priority Reserves | (42) | - | - | - | - | - | - | - | - | - | - | - | - | - | (7,938) |
| Shippers / Lienholders / Warehouse Claims | (2,679) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KERP / TSA Payroll Funding | - | - | (500) | - | - | - | - | - | - | - | - | - | (500) | (500) | - |
| Store Closing Costs | (189) | - | (284) | (262) | (495) | (80) | (83) | (74) | (52) | (50) | (110) | - | (1,489) | (1,489) | - |
| Employee Related Reserves | - | - | - | - | (3,587) | - | - | - | - | - | - | - | - | (3,587) | - |
| Post Effective Date Budget | - | - | - | - | - | - | - | - | - | - | - | - | - | (2,570) | - |
| **Total Restructuring / Ch.11 Items** | **($12,975)** | **($1,000)** | **($3,684)** | **($1,937)** | **($6,261)** | **($7,056)** | **($1,308)** | **($1,454)** | **($1,217)** | **($1,496)** | **($1,235)** | **($1,300)** | **($4,988)** | **($31,936)** | **($13,381)** |
| **Cash Flow Before Financing** | **($13,820)** | **$165,138** | **($21,607)** | **$818** | **($9,270)** | **($2,861)** | **($566)** | **($1,749)** | **($6,643)** | **($1,554)** | **($1,006)** | **($1,306)** | **$10,724** | **($35,020)** | **$8,931** |
| **Debt Service** | | | | | | | | | | | | | | | |
| Interest / Fees | ($1,369) | ($618) | - | - | - | ($707) | ($353) | - | - | - | - | - | - | ($1,060) | - |
| DIP Proceeds | - | (20,000) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Collateral Reserve | - | (5,000) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Indemnity Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Debt Service** | **($1,369)** | **($25,618)** | **-** | **-** | **-** | **($707)** | **($353)** | **-** | **-** | **-** | **-** | **-** | **-** | **($1,060)** | **-** |
| **Net Cash Flow** | **($15,189)** | **$139,520** | **($21,607)** | **$818** | **($9,270)** | **($3,567)** | **($920)** | **($1,749)** | **($6,643)** | **($1,554)** | **($1,006)** | **($1,306)** | **$10,724** | **($36,080)** | **$8,931** |
| **Bank Cash** | | | | | | | | | | | | | | | |
| BOP Bank Cash Balance | $18,938 | $15,000 | $66,765 | $45,158 | $45,976 | $36,706 | $33,139 | $32,219 | $30,471 | $23,828 | $22,274 | $21,268 | $19,961 | $66,765 | $30,685 |
| Net Cash Flow | (15,189) | 139,520 | (21,607) | 818 | (9,270) | (3,567) | (920) | (1,749) | (6,643) | (1,554) | (1,006) | (1,306) | 10,724 | (36,080) | 8,931 |
| Revolver Draw / (Paydown) | 11,251 | 3,103 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Borrowings / (Repayments) | - | (90,857) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Term Loan Pre-Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **EOP Bank Cash Balance** | **$15,000** | **$66,765** | **$45,158** | **$45,976** | **$36,706** | **$33,139** | **$32,219** | **$30,471** | **$23,828** | **$22,274** | **$21,268** | **$19,961** | **$30,685** | **$30,685** | **$39,617** |
| **Net Revolver Availability** | **$73,306** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Liquidity** | **$88,306** | **$66,765** | **$45,158** | **$45,976** | **$36,706** | **$33,139** | **$32,219** | **$30,471** | **$23,828** | **$22,274** | **$21,268** | **$19,961** | **$30,685** | **$30,685** | **$39,617** |
| *Memo: Pre-Petition ABL Balance* | *-* | | | | | | | | | | | | | | |
| *Memo: Post-Petition ABL Balance* | *(3,103)* | | | | | | | | | | | | | | |
| *Memo: DIP Balance* | *50,261* | | | | | | | | | | | | | | |
| *Memo: Pre-Petition Term Loan Balance* | *40,596* | | | | | | | | | | | | | | |