IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., et al.,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF CLAIM NO. 362**   FILED BY City of Winston-Salem.

I, the undersigned party, am the creditor or an authorized signatory for the below referenced claim. I hereby withdraw the below-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the Debtor referenced below.

Creditor Name: City of Winston-Salem
Date Filed: 5-29-24
Claim No. 362
Debtor: Express, Inc.
Case No. 24-10831
Total Amount of Claim Filed: $ 0.00

Dated: 6-4-24

*Felicia Hudson Glenn*
feliciahg@cityofws.org
336-747-6947

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.