# **EXHIBIT B**

**Rogoff Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXPRESS, INC., *et al.*, [1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF ADAM C. ROGOFF
IN SUPPORT OF APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, PURSUANT
TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014, FOR AN
ORDER APPROVING THE RETENTION AND EMPLOYMENT OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP AS CO-COUNSEL TO THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 6, 2024</u>**

I, ADAM C. ROGOFF makes this declaration under 28 U.S.C. § 1746, and states the following:

1.     I am an attorney at law and in good standing to practice in the State of New York and before the United States District Court for each of the Southern and Eastern Districts of New York, the United States District Court for the Eastern District of Michigan and the Second Circuit Court of Appeals, and I have been admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware for purposes of these Chapter 11 Cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2.      I am a partner with the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), which is located at 1177 Avenue of the Americas, New York, New York 10036.

3.      I am duly authorized to make this declaration (the "**Declaration**") on behalf of Kramer Levin.

4.      I submit this Declaration in support of the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") of the above captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order authorizing the retention and employment of Kramer Levin as co-counsel to the Committee (the "**Engagement**").

5.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts as set forth herein.  To the extent that any information disclosed herein requires subsequent amendment and/or modification, Kramer Levin will use reasonable efforts to file a supplemental declaration reflecting such amended and/or modified information.

### Statement Regarding Revised Guidelines

6.      Kramer Levin understands that the Revised Guidelines are applicable in these Chapter 11 Cases and intends to make a reasonable effort to comply with the Revised Guidelines in connection with both this Application and the fee requests to be filed by Kramer Levin in these Chapter 11 Cases.

### Scope of Services

7.      Kramer Levin is willing to serve as the Committee's co-counsel in connection with these Chapter 11 Cases and to perform all necessary legal services in connection therewith, as is detailed in the Application.  Since its retention on May 6, 2024, at the request of the Committee,

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Kramer Levin immediately commenced work on time-sensitive matters and promptly devoted substantial resources to the Debtors' Chapter 11 Cases prior to submission and approval of this Application. Accordingly, the Committee requests approval of the Application effective as of the date that Kramer Levin was retained on May 6, 2024.

**Billing and Compensation**

8.      Kramer Levin has agreed to receive compensation and reimbursement of expenses in accordance with its standard billing practices and subject to this Court's approval, pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any procedures or orders of the Court as are applicable to these Chapter 11 Cases.

9.      Kramer Levin's standard billing practices and rates, which are described below, are consistent with those generally governing the firm's representation of its other clients.

10.     Kramer Levin's hourly rates, which are charged the same for both bankruptcy and non-bankruptcy clients, are as follows:[3]

| | |
|---|---|
| Partners | $1,400-$2,000 |
| Counsel | $1,325-$1,915 |
| Special Counsel | $1,205-$1,550 |
| Associates | $780-$1,380 |
| Paraprofessionals | $350-$650 |

11.     Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are set at a level designed to compensate Kramer Levin fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. The hourly

---

[3] Kramer Levin's rates are adjusted annually starting with January 1 of each calendar year. The above listed billing rates are in effect until January 1, 2025.

fees are comparable to those charged by attorneys of similar experience and expertise for engagements of similar scope and complexity to these Chapter 11 Cases.

12.     The rate structure provided by Kramer Levin is substantially similar to (a) the rates that Kramer Levin charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kramer Levin will perform in these Chapter 11 Cases.

13.     Kramer Levin's hourly billing rates are subject to periodic adjustments to reflect economic and other conditions.  If at any time Kramer Levin increases the rates for its services in connection with the Engagement, Kramer Levin will file a supplemental affidavit with the Court describing any increase in its billing rates and provide reasonable notice of such increases to the Debtors, the Committee and the U.S. Trustee.[4]

14.     It is Kramer Levin's policy to charge clients for reasonable non-overhead expenses incurred by it in connection with representation of a client in a given matter.  Such expenses include, without limitation, travel costs, telecommunications, express or overnight mail, messenger service, photocopying costs, document processing, overtime meals, computer research-related expenses, court fees, transcript costs and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  Kramer Levin intends to seek reimbursement for expenses incurred in connection with the Engagement in accordance with Kramer Levin's normal reimbursement policies, subject to any modifications that may be required to comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any procedures or orders of the Court as are applicable to these Chapter 11 Cases.

---

[4] Each September, there is a step-up of associate class to reflect an increase in each associate's class seniority.  This annual step-up is not considered a "rate increase" as the billing rate among the applicable associate class does not change.

15.     Kramer Levin understands that its compensation is subject to approval by this Court and has agreed to accept as compensation such sums as are allowed by the Court.  Kramer Levin expects to receive monthly payments from the Debtors in accordance with the procedures set forth in the Local Rules, the Revised Guidelines, the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. No. 223] and any other procedures or orders of the Court as are applicable to these Chapter 11 Cases.

16.     Kramer Levin intends to maintain detailed, contemporaneous time records and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any procedures or orders of the Court as are applicable to these Chapter 11 Cases.

17.     No agreement exists, nor will any be made, to share any compensation received by Kramer Levin for its services on behalf of the Committee with any other person or firm.

### **Kramer Levin's Disclosure Procedures**

18.     In preparing its Application and this Declaration, Kramer Levin used a set of procedures developed to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules applying to the professionals retained by a committee, including compliance with section 1103 of the Bankruptcy Code.  Pursuant to this protocol, Kramer Levin personnel, under my general supervision, undertook the following actions to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors, their estates or the Committee:

        (a)     We obtained from the Debtors' representatives a comprehensive list of the names and types of entities who may have contacts or connections with the

Debtors (the "**Retention Checklist**").    The categories of names that comprise the Retention Checklist is attached hereto as **Schedule 1**.[5]

(b)       Kramer Levin's conflicts department compared the Retention Checklist to the names that Kramer Levin has compiled into a master client database from its conflict check database (the "**Client Database**").    The Client Database is comprised of the names of the entities for which any time has been billed and includes the names of each current or former client, the name of the parties who are or were related or adverse to such current or former client, and the names of the Kramer Levin personnel who are or were responsible for current or former matters for such client.    It is the policy of Kramer Levin that no new matter may be accepted or opened within Kramer Levin without completing and submitting to those charged with maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties.    Accordingly, the database is regularly updated for every new matter undertaken by Kramer Levin.    The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a matter.

(c)       We identified any matches between the Retention Checklist and the Client Database, together with the names of the respective Kramer Levin professionals responsible for the identified entities on the Client Database. Kramer Levin attorneys then reviewed these matches and deleted obvious name coincidences and individuals or entities that were adverse to Kramer Levin's clients in both this matter and the matters referenced on the list. Those connections in which Kramer Levin had actively represented the client or an affiliate within the last two years were compiled for purposes of being disclosed in this Declaration.

(d)       In addition, in accordance with Kramer Levin practice, the Retention Checklist was circulated by electronic mail to all Kramer Levin attorneys to determine whether any attorney has any relationship with any such party in interest in these Chapter 11 Cases, including any connections with the U.S. Trustee and the Bankruptcy Judge assigned to these Chapter 11 Cases.

19.       Kramer Levin will review its files periodically during the pendency of these

Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If

---

[5] **Schedule 1** is being relied upon by the Committee's professionals in conducting their searches in connection with their retention applications.  The parties listed as "Potential M&A Counterparties" on Schedule 1 have been identified by the Debtors as confidential, and Kramer Levin has accordingly redacted the names of those parties in this Application in accordance with the *Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications* [Dkt. No. 389].  Kramer Levin will provide unredacted copies of the Application to the Debtors, the Court and the Office of the U.S. Trustee.

any new relevant facts or relationships are discovered or arise, Kramer Levin will use reasonable efforts to identify such further developments and will file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

### Kramer Levin's Disinterestedness

20.    As a result of Kramer Levin's review of the Retention Checklist and the Client Database, the following connections warrant disclosure:[6]

a.    1903 Partners, LLC is identified on the Retention Checklist under the category of "Banks, Lenders, Lien Parties, and Administrative Agents" and is defined in the *Declaration of Stewart Glendinning, Chief Executive Officer of Express, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Dkt. No. 20] as "**Gordon Brothers**." Gordon Brothers is an affiliate of and/or owned in part by private equity funds managed by Stone Point Capital LLC ("**Stone Point**"). In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents Stone Point and certain of its portfolio companies (including affiliates of Gordon Brothers) in corporate transactional matters and matters related thereto. Fees collected on account of Kramer Levin's representation of Stone Point (and certain of its portfolio companies) comprised approximately 2.71% of Kramer Levin's revenues from January 1, 2022 to December 31, 2022, approximately 2.29% of Kramer Levin's revenues from January 1, 2023 to December 31, 2023, and approximately 2.04% of Kramer Levin's revenues from May 1, 2023 to April 30, 2024. Kramer Levin believes these representations have not and will not affect its representation of the Committee in these Chapter 11 Cases.

b.    Brookfield Properties Inc. and certain affiliated entities (collectively, "**Brookfield**") are identified on the Retention Checklist. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents Brookfield in real estate, land use, and immigration matters. Kramer Levin believes these representations will not affect its representation of the Committee in these Chapter 11 Cases.

c.    Kramer Levin represented the Official Committee of Unsecured Creditors of Forever 21, Inc. (the "**Forever 21 Committee**") in connection with the chapter 11 cases of Forever 21, Inc. and certain of its affiliates. Three of the seven members of the Forever 21 Committee, The Macerich Company, Simon Property Group and Brookfield (as defined above) and certain of their affiliates, are identified on the Retention Checklist. Kramer completed its work for the

---

[6] Fees collected from each of the parties identified comprised less than 1.0% of Kramer Levin's revenues for each of the periods (i) January 2022 to December 2022, (ii) January 2023 to December 2023, and (iii) June 2023 to May 2024, unless otherwise indicated herein.

Forever 21 Committee in or around January 2022. Kramer Levin believes the representation of the Forever 21 Committee will not affect its representation of the Committee in these Chapter 11 Cases.

d.   Kramer Levin represented an unsecured creditor group (the "**LATAM Ad Hoc Group**") in connection with the chapter 11 cases of LATAM Airlines and certain of its affiliates. Throughout the representation of the LATAM Ad Hoc Group, there were fifteen different institutions who joined the LATAM Ad Hoc Group. One of them, [Confidential] is identified on the Retention Checklist. Fees collected on account of Kramer Levin's representation of the LATAM Ad Hoc Group comprised approximately 6.72% of Kramer Levin's revenues for the period from January 1, 2022 through December 31, 2022.[7] The majority of fees relating to the representation of the LATAM Ad Hoc Group during this time were paid directly by LATAM and not by the individual members of the LATAM Ad Hoc Group. [Confidential] did not pay any fees related to this representation. Kramer Levin believes the representation of the LATAM Ad Hoc Group has not and will not affect its representation of the Committee in these Chapter 11 Cases.

e.   Li & Fung (Trading) Ltd. ("**Li & Fung**") is identified on the Retention Checklist under the category of "Vendors." Li & Fung is a member of the Committee in these Chapter 11 Cases. In matters wholly unrelated to the Debtors and these Chapter 11 Cases, Kramer Levin represents Li & Fung and/or certain of its affiliates in bankruptcy matters. Prior to the formation of the Committee, Kramer Levin provided a limited amount of assistance to Li & Fung in connection with Express. Kramer Levin did not open a new client matter number and did not bill Li & Fung for any of the aforementioned discussions, which were provided as a courtesy to Li & Fung. Kramer Levin does not represent and will not represent Li & Fung in connection with the Chapter 11 Cases. Kramer Levin believes these representations and discussions have not and will not affect its representation of the Committee in these Chapter 11 Cases.

f.   Kramer Levin represents an ad hoc committee of governmental opioid claimants (the "**Purdue Ad Hoc Committee**") in the chapter 11 cases of Purdue Pharma L.P. ("**Purdue**"). Various states and municipalities (or regulatory agencies of certain states and municipalities) are identified on the Retention Checklist under the category of "Taxing Authorities." The Attorney Generals from the states of Michigan, Mississippi, New Mexico and Ohio are members of the Purdue Ad Hoc Committee. In addition, King County, WA, Santa Clara County, CA, the City of Chicago, and the City of Philadelphia are members of the Purdue Ad Hoc Committee. Fees collected on account of Kramer Levin's representation of the Purdue Ad Hoc Committee comprised approximately 1.23% of Kramer Levin's revenues from January 1, 2022 through December

---

[7] While the representation of the LATAM Ad Hoc Group began in June 2021, fees on account of this group representation were not collected until 2022.

31, 2022. Fees relating to representation of the Purdue Ad Hoc Committee from and after the commencement of the Purdue chapter 11 cases were paid by Purdue and not by individual members of the ad hoc committee. This representation is unrelated to these Chapter 11 Cases. Kramer Levin believes this representation has not and will not affect its representation of the Committee in these Chapter 11 Cases.

g.  Stretto, Inc. ("**Stretto**") is the Debtors' claims and noticing agent. As discussed above, in matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents Stone Point and certain of its portfolio companies in corporate transactional matters and matters related thereto. Kramer Levin represented Stone Point in an investment in Bankruptcy Management Solutions, a predecessor of Stretto.

h.  WHP Global, WHP Global LLC and EXPWHP LLC (collectively "**WHP**") is identified on the Retention Checklist. Over a year ago, the spouse of a Kramer Levin attorney (at the spouse's prior employment) assisted on a team at a bank that managed an investment vehicle of which the CEO of WHP was a party. Neither the Kramer Levin employee nor the spouse had any confidential information relating to WHP or Express.

i.  The son of a Kramer Levin attorney working on Express is currently a Summer Analyst Intern at Province. Kramer Levin has been advised by Province that this individual is not presently assigned to perform any work on Express nor will he be assigned in the future.

j.  Kramer Levin's claims trading group represents buyers and sellers of claims against companies in financial distress. These transactions typically take approximately four to twelve weeks to settle. While the claims trading group advises buyers and sellers on trading issues and the documents evidencing the trades, it does not advise such clients with respect to the restructuring of the obligors. Kramer Levin has not provided and will not provide claims trading advice to any clients (or document any trades of claims against the Debtors) relating to the Debtors during the course of these Chapter 11 Cases. Kramer Levin believes that its work for the claims trading clients has not and will not affect its representation of the Committee in these proceedings.

k.  Kramer Levin's corporate restructuring and bankruptcy practice also involves representing holders of debt and equity securities issued by financially distressed businesses and buyers and sellers of distressed debt and securities. One or more clients of the firm may now own or later purchase secured or unsecured claims against the Debtors. Kramer Levin believes that its representation of such parties in matters unrelated to these Chapter 11 Cases will have no effect on its representation of the Committee in these Chapter 11 Cases. Kramer Levin will not advise or represent any holder of the Debtors' securities in connection with these Chapter 11 Cases or any purchaser or seller of any debt or securities of the Debtors during Kramer Levin's representation

of the Committee.  Notwithstanding the foregoing, Kramer Levin will respond to creditor inquiries, as co-counsel to the Committee, in furtherance of the Committee's duties in accordance with section 1102 of the Bankruptcy Code.

l. As part of Kramer Levin's corporate restructuring and bankruptcy practice, Kramer Levin represents agent banks, bank groups, shareholder groups bondholder groups and creditors' committees in connection with restructuring, bankruptcy and corporate matters.  Kramer Levin may have represented, may currently or in the future represent, or may be deemed adverse to, creditors or parties-in-interest in addition to those specifically disclosed herein in context of such representations in matters unrelated to these Chapter 11 Cases.  Kramer Levin believes that its representation of such creditors or other parties in such other matters has not and will not affect its representation of the Committee in these Chapter 11 Cases.

m. In addition to its creditors' rights practice, Kramer Levin is a full-service law firm with active real estate, intellectual property, financing, corporate, tax and litigation practices.  Kramer Levin appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants or parties-in-interest in these cases.  Kramer Levin has not and will not represent any such entities in relation to the Debtors in these Chapter 11 Cases.

21.     Additional relationships of Kramer Levin to the parties-in-interest on the Retention Checklist, as identified pursuant to the disclosure process, are set forth in **Schedule 2** hereto.

22.     To the extent an issue arises in connection with any client that, in the view of Kramer Levin, could give rise to an actual or potential conflict, the Committee will utilize co-counsel to address such issue.

23.     Kramer Levin believes that its representation of the parties covered in the above disclosures and those listed on Schedule 2 has not affected and will not affect its representation of the Committee in these Chapter 11 Cases.  Further, the Committee has not raised any objection with respect to any actual or potential conflicts of interest that may arise from Kramer Levin's representation of parties-in-interest described above and in Schedule 2 in matters unrelated to these Chapter 11 Cases.

24.    Based upon an email inquiry made of all Kramer Levin personnel, and the lack of any affirmative replies to such inquiry, it is my understanding that no Kramer Levin attorney or their respective immediate family members own any securities of any of the Debtors or their non-Debtor affiliates.  The Debtors' securities have been placed on Kramer Levin's "restricted list."  Kramer Levin attorneys invest in a broad array of mutual funds and "exchange-traded funds," some number of which either currently or may in the future own securities of the Debtors, their non-Debtor affiliates or some of its creditors.

25.    To the extent any employee of Kramer Levin has a relationship that, in the view of Kramer Levin, could give rise to an actual or potential conflict, an ethical screen will be put in place to ensure that such employee does not have access to information related to Kramer Levin's representation of the Committee.

## Affirmative Statement of Disinterestedness

26.    Based on the disclosure review process conducted to date and described herein, it appears that Kramer Levin (a) does not hold or represent an interest that is adverse to the Committee, the Debtors, or the Debtors' estates, (b) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and (c) does not hold or represent any interest adverse to and has no connection (subject to the disclosures set forth below) with the Committee, the Debtors, their creditors, the U.S. Trustee, or any party-in-interest in these Chapter 11 Cases, subject to the above disclosures as well as the disclosures set forth on Schedule 2 hereto.  Also, Kramer Levin does not and will not represent any entities other than the Committee in matters directly related to these Chapter 11 Cases.

## Attorney Statement Pursuant to ¶ D.1. of the Revised Guidelines

27.    The following is provided in response to the request for additional information set forth in ¶ D.1. of the Revised Guidelines.

**Question**:      Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:      No.

**Question**:      Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:      No.

**Question:**      If you represented the client in the twelve (12) months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the twelve (12) months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Response:      Kramer Levin did not represent the Committee before being selected as its counsel on May 6, 2024. Kramer Levin's billing rates have not changed since the Petition Date. As set forth in the Declaration, in matters wholly unrelated to these Chapter 11 Cases, Kramer Levin has in the past represented, currently represents and may represent in the future certain Committee members either in their capacities as official committee members in other chapter 11 cases or individually, as set forth in this Application.

**Question:**      Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response:      Kramer Levin is developing a budget and staffing plan that will be presented for approval by the Committee.

### Employment of Saul Ewing LLP

28.     By separate application, the Committee is also requesting authority to employ Saul Ewing LLP ("**Saul Ewing**") to serve as co-counsel in these Chapter 11 Cases. The Committee has carefully considered this matter and has determined that representation of the Committee by both Kramer Levin and Saul Ewing is necessary, advisable, and in the best interests of the Committee and the Debtors' estates. During the course of these Chapter 11 Cases, Kramer Levin and Saul Ewing will reasonably coordinate responsibilities and services rendered to the Committee to avoid any unnecessary duplication and inefficiencies.

* * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 5, 2024

*/s/ Adam C. Rogoff*
Adam C. Rogoff
Kramer Levin Naftalis & Frankel LLP

# Schedule 1

**Retention Checklist**

**Debtors and Non-Debtor Affiliates**
EXP TopCo LLC
Express BNBS Fashion LLC
Express CG LLC
Express Fashion Digital Services Costa Rica SRL
Express Fashion Investment LLC
Express Fashion Logistics LLC
Express Fashion Operations LLC
Express Finance Corp.
Express Holding LLC
Express Inc.
Express LLC
Express Topco LLC
EXPWHP LLC
UW LLC

**Directors and Officers**
Archbold, Michael G.
Davenport, Terry
Finigan, Matthew
Glendinning, Stewart
Krueger, Laurel
Leever, Karen
Lopez, Patricia
Mangum, Mylle H.
Mehta, Satish
Reese, Mike
Shmidman, Yehuda
Still, Mark
Swinburn, Peter
Tervo, Sara
Zinkin, Effy

**Equity Holders**
Abubakier, Saleh K.
Bassignani, Steven M.
Bovitch, Tyler B.
Cede & Co.
Clement, Kevin-Mitchell
Davis, Brian Thomas
Ebrahim, Waleed M.
Ferova, Jeremy
Ferova, Jolene
Gonzalez, Francisco Javier
Klein, Sarah L.

Kurzon, Jeffrey Mead
Lionheart, Robin
Monroe, Joshua R.
Mueller, Christopher D.
Oberg, Alex J.
Orellana, Max E.
Pak, Christopher
Pak, Peter Myung-Won
Piwowarski, Thomas
Putnam, Aaron Joseph
Ray, Joshua Anthony
Ray, Robyn Lynn
Rice, Jeffrey Hunter
Silverman, David
Swift, Jason J.
Swift, Kelsey
Thompson, Craig
Wheeler, Charles
Ramji, Alim

**Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee Personnel**
Attix, Lauren
Barksdale, Nickita
Bates, Malcolm M.
Batts, Cacia
Bello, Rachel
Brady, Claire
Bu, Fang
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M.
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giodano, Diane
Girello, Michael
Goldblatt, Craig T.
Green, Christine

Hackman, Benjamin
Haney, Laura
Horan, Thomas M.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Leamy, Jane
Lipshie, Jonathan
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James R.
Owens, Karen B.
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate
Subda, Paula
Vara, Andrew
Walker, Jill
Walrath, Mary F.
Wynn, Dion
Yeager, Demitra

**Banks, Lenders, Lien Parties, and Administrative Agents**
1903 Partners LLC
Banco Popular SA
Bank of America NA
Fifth Third Bank NA
First Eagle Alternative Credit LLC
MGF Sourcing US LLC
ReStore Capital LLC
Wells Fargo Bank
Wells Fargo Bank NA
Wells Fargo Securities LLC

**Benefit Providers**
Aligh
ARAG SRL

CVS Caremark
Delta Dental Insurance Co.
Matrix Psychological Services Employee Assistance Program Inc.
Metropolitan Life Insurance Co.
Optum Bank Inc.
Prudential
Securian Life Insurance Co.
Smart-Choice Holdings Inc.
United Healthcare Services Inc.
Unum Life Insurance Co. of America
VSP Global Inc.

**Debtor Professionals**
A&G Realty Partners LLC
Ernst & Young LLP
Joele Frank
Kirkland & Ellis LLP
Klehr Harrison Harvey Branzburg LLP
KPMG International Ltd.
M3 Partners LP
Moelis & Co.
PricewaterhouseCoopers International Ltd.
RCS Real Estate Advisors
Stretto, Inc.

**Equipment Lessors**
Quadient Leasing USA Inc.
Ricoh USA Inc.
Ricoh USA Managed Service

**Insurers**
American International Group Inc.
Chubb Insurance Co. of Puerto Rico
Chubb Ltd.
Endurance Worldwide Insurance Ltd.
Great American Insurance Co.
Lloyd's of London Ltd.
Markel Group Inc.
Prudential Insurance Co.
Sompo Insurance
Sompo Lead
Starr Insurance Cos.
Travelers Insurance
Travelers Lead
UNUM Life Insurance Co.

Zurich & Affiliated FM

**JV Partner**
WHP Global LLC

**Landlords**
0145 Barton Creek Spg (TX)
0302 Battlefield Mall LLC
0511 Simon Property Group (TX)
1308 Simon Property Group (TX)
1552 Broadway Retail Owner LLC
17 North State LLC
173 Court Street Holdings LLC
2105 Simon Property Group LP
230 Clarendon Street LLC
2307 Simon Property Group LP
2324 Lakeline Dev
235 N. Fourth Street LLC
2810 Newport Centre LLC
3107 Penn Ross JV
31st Steinway Partners
3632 Mall at Smith Haven
4670 Orland LP
4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
4825 Simon Property Group LP
4832 Simon Property Group LP
488 Madison Avenue Associates LLC
490 Lower Unity LP
5060 Montclair Plaza Lane Owner LLC
53 Greenwich Avenue Associates LLC
555 11th Owner LLC
7604-Pheasant Lane
7607 Woodland Hills Mall
900 North Michigan LLC
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
AAT Del Monte LLC
Acadia Realty LP
Acadia Realty Trust
Acadia West Diversey LLC
Acadiana Mall LLC
ACS Town Square Shopping Center In LLC
Albertville Premium Outlets
Alderwood Mall LLC

Algonquin I LLC
Allen Premium Outlets LP
Allstate Road (Edens) LLC
Alto 900 Lincoln Road LP
Ameream LLC
Annapolis Mall LP
Antelope Valley Shop - Lockbox
AP 1519-1521 Walnut St. LP
AP Newbury Street Portfolio #1 LLC
AP Union II LLC
Arbor Place II LLC
Arden Fair Associates LP
Arizona Mills Mall LLC
Arrowhead Town Center LLC
Arundel Mills LP
Atlanta Outlet Shoppes CMBS LLC
Atlantic City Associates
Aventura Mall Venture
Avenues Mall LLC
Bangor Mall Realty LLC
Basset Place Re Co. LLC
Bay Street Centercal LLC
Baybrook Mall
Bayside Marketplace LLC
Beachwood Place Mall LLC
Bel Air Mall Realty Holding LLC
Belden Mall LLC
Bellevue Square LLC
Bellevue Square Merchants
Bellwether Properties of Massachusetts LP
Berkshire PA Holdings LLC
Birch Run Outlets II LLC
BJW Realty LLC
Bluegrass Outlet Shoppes II LLC
Boardwalk Routh LLC
Boston Properties LP
Boulevard Mall SPE LLC
Boynton Beach Mall LLC
BPR-FF LLC
Braintree Property Associates LP
Brandon (Tampa) LP
Brandon Shopping Center Partners
BRE/Pearlridge LLC
Brea Mall
Brickell City Centre Retail LLC
Bridge Group Investments II LLC

Bridgewater Common Mall II LLC
Bridgewater Commons
Brookfield Square Joint Venture
Brooklyn King Plaza LLC
Brunswick Square Mall LLC
BV Centercal LLC
BVA Avenue LLC
Cadillac Fairview Corp. Ltd., The
Cafaro Management Co.
Camarillo Premium Outlets
Campana 125 LLC
Canal Square Associates LP
Carolina Place
Castleton Square LLC
Cats Brothers
Causeway LLC
CBI-Friendly Center CMBS
CBI-Monroeville LP
CBI-Westmoreland LP
CBL SM-Brownsville LLC
Centennial VTC LLC
Centennial Waterfall Willow Bend LLC
Centennial Westland Mall Partners LLC
Centro de Ciencia y Tecnologia
Century City Mall LLC
Charles Mall Co. LP
Charles WV Mall LLC
Charlotte Outlets LLC
Cherry Hill Mall LLC
Cherryvale Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CIII Gecmc05-C1 Lakeside Mall
Citizens National Bank Building LLC
Citrus Park Mall Owner LLC
City Creek Center Associates
City Creek Center Associates LLC
Clackamas Mall LLC
Clay Terrace Partners LLC
Clinton Crossing Premium Outlets
Coastal Grand CMBS LLC
Coastland Center LLC
Coconut Point Town Center LLC
Colorado Mills Mall LP
Columbus Outlets
Concord Mills Mall

Connecticut Post LP, The
Coolsprings Mall LLC
Coral Ridge Mall LLC
Cord Meyer Development Co.
Coroc/Rehoboth III LLC
Coroc/Riviera LLC
Corpus Christi Retail
Corso LLC
Corte Madera Village LLC
Country Club Plaza JV LLC
Countryside Mall LLC
CP Commercial Delaware LLC
CPF District Owner LLC Lockbox
CPG Mercedes LP
CPG Partners LP
Craig Realty Group
Craig Realty Group - Tulare LLC
Creekside 126 LLC
Cross County Shopping Center
Cross Creek Mall SPE LP
Crossgates Mall General Co. Newco LLC
Crossings Premium Outlets, The
Crossroads Mall Realty Holding LLC
Cruz, Sarahi
Crystal Run Galleria LLC
CVM Holdings Crabtree Valley Mall
Dartmouth Mall
Day Jay Associates
DDR Urban LP
Deerbrook Mall
Del Amo Fashion Center
Denver Pavillons Owner Co.
Denver Premium Outlets
Destin Commons Ltd.
Development Area 5 LP
Dolphin Mall Associates LP
Domain Mall II LLC, The
Domain Retail Property Owner
Donnelley Financial LLC
Dos Lagos Squared LLC
DTC Development MSP LLC
E&P at East Brunswick LLC
Eastland Mall
Easton Town Center II LLC
Eastview Mall LLC
Eastwood EMC

Eaton Centre Management Office
Eatontown Monmouth Mall LLC
Edinburgh Premium Outlets
Edison Mall
EKFH LLC
Eklecco Newco LLC
El Paso Outlet Center CMBS LLC
Elmwood Properties LLC
EMI Santa Rosa LP
Empire Mall LLC
Fairfax, County of (VA)
Fairlane Town Center Realty Holding LLC
Fairmall Leaseholds Inc.
Falls Shopping Center Associates, The
Fashion Centre Mall LLC
Fashion Outlets at Foxwoods LLC
Fashion Valley Mall
Fayette Mall SPE LLC
FFB Retail Property LLC
First Colony Mall LLC
First Sterling Greenwich Corp.
Flatiron Property Holding LLC
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Forbes/Cohen FLA Property
Forest Harlem Properties Ltd.
Four State Properties LLC
Fox Hills Mall LP
Fox Valley Mall LLC
Franklin Mills Association LP
Franklin Park Mall LLC
Freehold Chandler Trust TWC Chandler
     LLC
Freemall Associates LLC
Frit San Jose Town & Country Village LLC
FSH Associates LP
G&L Building Corp.
Galleria at Wolfchase LLC
Galleria Mall Investors
Galveston Outlets LLC
Gardens Promotional Fund
Genesee Mall Realty LLC
GGP Columbia Mall
GGP Four Seasons LP
GGP Holding II Inc.
GGP LP

GGP Maine Mall LLC
GGP Meadows Mall LLC
GGP Newgate Mall LLC
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGP-Grandville LLC
Gilroy Premium Outlets
Glendale I Mall Associates LP
Gloucester Premium Outlets LLC
GMV (Mall) Venture LLC
Governors Square Mall LLC
Grand Prairie Outlets LLC
Grapevine Mills Mall LP
Great Friends Agency
Great Mall at Milpitas, The
Greece Ridge LLC
Green Hills Mall TRG LLC
Greene Town Center LLC, The
Greenwood Park Mall LLC
GT Cross Pointe LLC
Gulf Coast Factory Shops LP
Gulfport Factory Shops LP
Gwinnett Place Mall
Hamilton Mall Realty LLC
Hamilton Place CMBS LLC
Hamilton TC LLC
Handlery Hotels Inc.
Harbor East Parcel B-Retail
HG Galleria LLC
HGIT Briargate LLC
Highland Village LP
Hill Center at Green Hills LLC
Holyoke Mall Co. LP
Hoover Mall Ltd. LLC
Hulen Mall LLC
Imperial Valley Mall II LP
International Environmental Management
Irvine Co. LLC, The
Jamestown 283 Dartmouth
JBG/Shay Retail LLC
Jersey Shore Premium Outlets LLC
JG Elizabeth II LLC
JG Winston-Salem LLC
Jordan Creek Town Center LLC
JPMCC 2014-C20 Lincolnwood Town
     Center LLC

JPPF Buckhead Village LP
K/BTF Broadway LLC
Kenwood Mall LLC GGP-TRS LLC
Keystone FLA Property Holding
Kildeer Village Square LLC
King of Prussia Associate
King of Prussia, City of (PA)
Kittery Development LLC
Kravco Inc.
KRE Broadway Owner LLC
KRE Colonie Owner Lockbox
KRG Lansing Eastwood LLC
La Cienega Ltd., Department 58801
Lacantera Retail Ltd. Partnership
Lake Buena Vista Joint Venture LLC
Lake Success Shepping Center
Lakeside Ootb Ventures LLC
Laredo Outlet Shoppes LLC
Las Vegas North Premium Outlets
Las Vegas South Outlets LLC
Lasalle Property Fund REIT Inc.
Laurel Park Retail Properties
Leawood TCP LLC
Leesburg Corner Premium Outlets
Legacy West Investors
Lehigh Valley Mall LLC
Lenox Square
Liberty Center LLC
Lighthouse Place Premium Outlets LLC
Lincoln Plaza Center
Lindale Mall Realty Holding LLC
Little Rock Outlets Realty Holding LLC
Livermore Premium Outlets
Livingston Mall Realty Holding LLC
Louis Joliet Realty LLC
Lynnhaven Mall LLC
M&J - Big Waterfront Town Center I LLC
Macerich Buenaventura LP
Macerich Cerritos LLC
Macerich Deptford LLC
Macerich Fresno LP
Macerich Lakewood LP
Macerich Niagara LLC
Macerich North Park Mall LLC
Macerich Northwestern Associates
Macerich Oaks LP

Macerich Partnership LP, The
Macerich South Plains LP
Macerich Stonewood LLC
Macerich Twenty Ninth Street LLC
Macerich Vintage Fair Ltd.
MACWH LP
Madison-East Towne LLC
Madison-West Towne LLC
Mainplace Shoppingtown LLC
Mall 1 Bay Plaza LLC
Mall at Auburn LLC
Mall at Briarwood LLC
Mall at Chestnut Hill LLC
Mall at Cottonwood LLC
Mall at Great Lakes LLC
Mall at Gurnee Mills LLC
Mall at Irving LLC
Mall at Jefferson Valley LLC
Mall at Katy Mills LP
Mall at Northshore LLC
Mall at Potomac Mills LLC
Mall at Solomon Pond LLC
Mall at Summit LLC
Mall at White Oaks LLC
Mall Del Norte LLC
Mall In Columbia, The
Mall of Georgia LLC
Mall of Louisiana LLC
Market Place S/C GGPLP
Market Place, The
Market Street - The Woodlands
Maryland Plaza South LLC
Mayfair Mall LLC
Mayflower Cape Cod LLC
Mckinley Mall Realty Holding LLC
MCM Properties Ltd.
Meadowood Mall SPE LLC
Melbourne Square LLC
Memorial City Mall LP
Merchants Association BS
Merchants Row Webward LLC
Mershops Galleria at Sunset LLC
Mesilla Realty LLC
Meyerland Retail Associates LLC
Mid-South Outlet Shops LLC
Miromar Outlet East LLC

MK Oakland Mall LLC
MMH Mall LLC
MOAC Mall Holdings LLC
Monarchs Sub LLC
Montgomery Mall Owner LLC
Montgomery Mall Partnership
Moreno Valley Mall Holding LLC
MSC1 2011-C2 Ingram Park LLC
MSM Property LLC
MVV Owner LLC
Natick Mall LLC
NE Gateway Mall Propco LLC
Ned Altoona LLC
Newpark Mall LP
Norfolk Outlets LLC
North County Shops BGI GP LLC
North Georgia Premium Outlets
North Hills Owner LLC
North Riverside Park Association LLC
North Town Mall Realty Holding LLC
Northfield Square Mall Realty LLC
Northpark Merchants Association
Northpark Partners LP
Northwood Mall Realty Holding LLC
Northwoods Mall CMBS LLC
NPP Development LLC
NSMJV LLC
NW Arkansas Mall Realty LLC
Oak Park Mall LLC
Oakbrook Urban Venture LP
Oaks Mall, The
Oakwood Hills Mall LLC
Oglethorpe Mall
OKC Outlets I LLC
Old Orchard Urban Ltd. Partnership
Omaha Outlets SPE LLC
Ontario Mills LP
Ontrea Inc.
Ontrea Inc., Markville
Ontrea Inc., Masonville
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Outlet Collection, The
Outlet Village of Hagerstown LP
Outlets at Westgate LLC

Palm Beach Outlets I LLC
Palm Desert LP
Paramus Park Shopping Center
Park City Business Trust
Parkdale Mall CMBS LLC
Parks at Arlington, The
Parkway Place SPE LLC
Partners Mall Abilene LLC
Pearland Town Center LP
Pearlridge Center Association
Pembroke Lakes
Penn Square Mall LLC
Perimeter Mall LLC
Petaluma Village Premium Outlets
PFP Columbus II LLC
Philadelphia Premium Outlets LLC
Pizzuti GM LLC
Plaza Bonita LLC
Plaza Carolina Mall LP
Plaza Del Caribe
Plaza Frontenac Acquisition LLC
Plaza Las Americas Inc.
Plaza West Covina LP
Pleasant Prairie Premium Outlets LLC
Pom-College Station LLC
Poughkeepsie Galleria LLC
PPF RTL Atlantic Town Center LLC
PPF RTL Rosedale Shopping Center LLC
PPR Washington Square LLC
PR Avalon Phase I Owner LLC
PR Capital City
PR Gallery I LP
PR Patrick Henry LLC
PR Plymouth Meeting LP
PR Prince George Plaza LlC
PR Springfield Delco LP
PR Springfield Town Center
Preit Associates LP
Preit Services LP
Premium Outlet Partners LP
Prep Hillside Real Estate LLC
Prisa Arbor Lakes LLC
Promenade Shops - 10220472
Providence Place
Pyramid Walden Co. LP
Quaker Associates LLC

Queens Center SPE LLC
Rar2 Marina Marketplace CA
RC Lincoln Road Holdings LLC
Red Sparks SPE LLC
Reep-Rtl Mpm Ga LLC
Retail Property Trust, The
Riderwood USA Inc.
Ridgedale Center LLC
River Oaks Center LLC
RM Member LLC
Robinson Mall Realty Holding LLC
Rockaway Center Associates
Rocksal Mall LLC
Rolling Oaks Mall Realty Holding LLC
Roosevelt Field
Roosevelt Field Mall
Roseville Shoppingtown LLC
Round Rock Premium Outlets
Rouse F.S. LLC
RPI Carlsbad LP
RPI Greenville Mall LP
RPT Realty LP
RREEF American Reit II Corp.
RSE Independence LLC
RSS Ubsbb2012C4-Ut Nmh LLC
RSS Ubsbb2013-C6-Fl Bml, LLC
Ruiz, Norman
Saint Louis Galleria LLC
Salisbury Mall Realty Holding LLC
Sam Walnut LLC
Sandusky Mall Co.
Sangertown Square LLC
Scottsdale Fashion Square
SDG Dadeland Associates Inc.
SDG Fashion Mall LP
SDQ Fee LLC
Seaport Boston
Seattle Premium Outlets
Seminole Mall Realty Holding LLC
Settlers' R2 Inc.
Sherman Oaks Fashion
Shoppes At Buckland Hills LLC
Shoppes at River Crossing
Shopping Center Associate
Shops At Mission Viejo LLC
Shops at NorthCreek LLC, The

Shops at Summerlin North LP, The
Short Hills Associates
Short Pump Town Center LLC
Simon Capital GP
Simon Capital LP
Simon Property Group
Simon Property Group (TX) LP
Simon Property Group LP
Simon/Clarksburg Development LLC
Singlepay
Sl Mall LLC
Slts Grand Avenue II LP
SM Eastland Mall LLC
Somerset Collection Ltd.
South Coast Plaza
South County Shoppingtown
South Mill Mall
South Shore Mall Realty LLC
Southcenter Owner LLC
Southdale Center LLC
Southern Park Mall LLC
Southlake Indiana LLC
Southland Center LLC
Southpark Mall LP
Southwest Plaza LLC
Spark JC LLC
Spectrum Real Estate Advisors
SPG Finance II LLC
SPG Houston Holdings LP
SPG Prien LLC
SPM Acquisition LLC
Spotsylvania Mall Comp
Spus9 Fb Paddock Prop LLC
SRE Hawkeye LLC
SRE Ontario LLC
SRMF Town Square Owner LLC
St. Augustine Premium Outlets
St. Clair Square SPE LLC
St. Cloud Mall LLC
St. Louis Premium Outlets LLC
Stamford Town Center LLC
Star-West Chicago Ridge LLC
Star-West Franklin Park Mall LLC
Star-West Great Northern Mall LLC
Star-West Parkway Mall LP
Stoneridge Properties LLC

Stonestown Shopping
Street Retail Inc.
STRS Ohio Il Real Estate Investments LLC
Sunland Park Mall LLC
Sunrise Mall Holdings LLC
Sunrise Mills (MLP) LP
Sunvalley Associates
Tacoma Mall
Tampa Premium Outlets LLC
Tampa Westshore Associates LP
Tanger Daytona LLC
Tanger National Harbor LLC
Tanger Outlets Deer Park
Tanger Properties LP
Tanger San Marcos LLC
Taubman Auburn Hills
Taubman Cherry Creek
TB Mall at UTC LLC
Temecula Towne Center Associates
Thomas White Investments LLC
TM Northlake Mall LP
TM Partridge Creek Mall
TM Wellington Green Mall
Topanga Plaza LLC
Tory Burch LLC
Town Center at Aurora LLC
Town Center at Boca Raton Trust, The
Town Center at Cobb Reality Holding LLC
Towson TC LLC
TRCC/Rock Outlet Center LLC
Treasure Coast- JCP Associates Ltd.
Triangle Town Center Realty Holding LLC
Trumbull Shopping Center #2 LLC
TSLV LLC
Tucson Mall LLC
Tucson Premium Outlets LLC
TVO Mall Owner LLC
Twin Cities Outlets Eagan
Tyler Mall LP
Tyson Galleria LLC
Tysons Corner Holdings
UE Bergen Mall Owner LLC
University Park Mall LLC
University Towne CentreUniversity Village
Urban Shopping Centers LP
US Centennial Vancouver Mall LLC

UTC Venture LLC
Valley Plaza Mall LP
Valley Stream Green Acres LLC
Valley View Mall SPE LLC
Valley View Realty Holding LLC
Valley West Mall LLC
Viking Rideau Corp.
VR Mall LLC
Waller Realty Inc.
Walt Whitman Mall LLC
Warwick Mall Owner LLC
Washington LLC, The
Water Tower Owner LLC
Waterford Lakes Town Center LLC
Wedderbum, Jordan
West Acres Development LLP
West County Mall CMBS LLC
West Farms Mall LLC
West Town Mall LLC
Westchester Mall LLC
Westcor Realty LP
Westfield Garden State
Westgate Mall Realty LLC
Westland Garden State Plaza LP
Westland South Shore Mall
Westminster Mall LLC
Westroads Mall GGPLP
WFP Retail Co. LP
Wheaton Plaza Regional Shopping
White Marsh LLC
Williamsburg Outlets LLC
Wisconsin Dells Outlet Fee LLC
W-LD Legends Owner VII LLC
Woodbridge Center Inc.
Woodburn Premium Outlets LLC
Woodbury Common Premium Outlets
Woodfield Mall LLC
Woodlands Mall Associates LLC, The
WP BTC LLC
WS Tampa Owner LLC
WSM Hingham Properties LLC
Wyoming Valley Mall Realty Holding LLC
YTC Mall Owner LLC

**Litigation Parties**

Advanced Transactions
Alfaro, Carlos E.
Al-Husseini, Dana
Atwood, Brian
Avendano, Leonor
Barnes, Deborah
Barrera, Esther
Barton, Jennifer L.
Berry, Eric
Bilawal, Muhammad
Blanchard, Joshua
Breen, Christina
Burgueno, Nautica
CaaStle Inc.
Camilo, Jagely
Carr, Christie
Carriaga, Angela M.
Carrow, Cassie
Chacon, Jorge
Chaney-Bell, Terrell
Checo, Sixta
Coffey, Fredrick
Colin Gomez, Ana A.
Collins, Dominique
Communication Interface Technologies
    LLC
Davis, Laura
Derraj, Sophia
Dias, Kate
Diaz, Letticia
Donmez, Melissa
Dorcely, Micah
East End Trial Group LLC
Engler, Cindi
Enix, Anthony
Environmental Democracy Project
Esquivel, Nadia
E-Teen Co. Ltd.
Fannin, David M.
Faria, Nathaly C.
Garcia, Daniel
Gates, Kiana
Gieseke, Kerry
Glover, Guyla
Gomez, Analia

Gonzalez, Hilda C.
Gonzalez, Madeline
Haley, Joan
Harris, Caleb
Hazel, Lena
Hernandez, Sonny
Hernandez, Yvonne
Hopkins, Dawson Noah
Idrobo, Penelope
Inzuna Cortez, Lesley
Jackson, A Professional Corp.
Jean Francois, Emmanuella
Jillson, Crystal
Johnson, Kaitlin A.
Kaldro, Angeline
Keriwala, Mohamed Umer
Killinger, Amanda
Koulouris, Ariana
Lalani, Faiza N.
Lavi & Ebrahimian LLP
Law Offices of Sahag Majarian, II
Liberty Place Retail Associations
Lux, Matthew
Marca, Bryam
Martinez, Teresa M.
McCall, Jennifer
Nastase, Alina
Nettles, Jessica
Ortado, Rene
Pacific Trial Attorneys
Paez, Carlos M.
Paige-Stone, Monje
Palma, Mathias
Patterson, Anthony
Picardi, Kimberly
Reimer, Ruhi
Rendon, Rusty
Ricketts, Bruce
Rivera, Zhanna
Robinhood
Rodriguez, Paula M.
Romero, Eloy
Ropa Siete Leguas Inc.
Rose, Justin
Rumph, Kennedy
Salaiz, Erik

Salvo, Gina
Schiavulli, Tracy
Sevilla, Victoria
Stevens, Sally
Telephone Consumer Protection Act
Thomas, Bryan
Tran, Katherine
Universal Music Group NV
Vance, David
Vendor Collection Actions
Viramontes, Maria
Washington, James
Waters, Annest
Waters, Cheo
Wehbe, Layal
Whitesel, Collin
Williams, Shay
Wint, Deborah
Woods Law Offices PLLC
Yardley, Eric
Yemane, Lemlem H.
Yohrling, Deborah
Yonggang, Liu
Yugay, Elena
Zabriskie, Gregory S.
Zarco, Evelyn
Zaylore Stout & Associates LLC

**Official Committee Professionals**
Kramer Levin Naftalis & Frankel LLP
Saul Ewing LLP

**Potential M&A Counterparties
[Confidential]**

**Staffing Agencies**
AI Altius US Bidco Inc.
C Lavigne Management Inc.
Globant LLC
Kaiser Consulting LLC
KPMG LLP
Monument Consulting LLC
RCG Global Services Inc.

**Surety**
Alabama, State of, Professional Fundraiser or Commercial Co-Venture
Central Georgia Electric Membership Corp.
Consolidated Edison Co. of New York
Duke Energy Co., The
Florida Gulf Power Co.
Florida Orlando Utilities Co.
Florida Orlando Utilities Commission
Florida Power & Light
Florida Power Corp.
Florida Tampa Electric Co.
Florida Withlacoochee River Electric Coop
Gainesville, City of (FL)
Kansas City Power & Light
Kansas, City of (MO), Board of Public Utilities
Knoxville, City of (TN), Utilities Board
Massachusetts, Commonwealth of, Professional Solicitor's Bond
Murfreesboro Electric
Nevada, State of, Department of Taxation
Pacific Gas & Electric Co.
Progress Energy Carolinas Inc.
Puerto Rico, Commonwealth of
Southern California Edison Co.
Washington D.C., US Customs & Border Protection
Washington D.C., US Customs Duty Drawback

**Taxing Authorities**
Abington, Township of (PA), Fire
Ada, County of (ID), Treasurer
Akron, City of (OH)
Alameda, County of (CA)
Albemarle, County of (VA)
Albuquerque, City of (NM)
Alexandria, City of (LA)
Alief Independent School District (TX), Tax Assessor
Allen, County of (IN), Treasurer
Alpharetta, City of (GA)
Anderson, City of (SC)
Anderson, County of (SC), Treasurer

Ann Arbor, City of (MI)
Anne Arundel, County of (MD)
Arcadia, City of (CA)
Arizona, State of, Department of Revenue
Arlington, City of (VA)
Ascension, Parish of (LA)
Ashwaubenon, Village of (WI), Public
    Safety
Atlanta, City of (GA)
Auburn Hills, City of (MI)
Auburn, Town of (MA)
Bakersfield, City of (CA)
Baltimore, County of (MD)
Bangor, City of (ME)
Barboursville, Village of (WV)
Baton Rouge, City of (LA)
Bellevue, City of (WA)
Bergen, County of (NJ)
Bexar, County of (TX), Tax
Biloxi, City of (MS)
Birmingham, City of (AL)
Bloomingdale, Village of (IL)
Boone, County of (MO)
Boone, County of (MO), Sheriff
Bossier, City of (LA)
Bossier, Parish of (LA), Tax Collector
Bowie, City of (MD)
Bowling Green, City of (KY)
Bradley, Village of (IL)
Brazoria, County of (TX), Tax
Brazos, County of (TX), Tax Assessor-
    Collector
Brea, City of (CA)
Brevard, County of (FL), Tax
Brookfield, City of (WI)
Brown, County of (WI), Treasurer
Bucks, County of (PA)
Burlington, Town of (MA)
Cabarrus, County of (NC), Tax
Calcasieu, Parish of (LA)
Calgary, City of (Canada)
California, State of, Department of Public
    Health
California, State of, Department of Public
    Health, Healthy San Francisco

California, State of, Department of Toxic
    Substance Center
California, State of, Environmental Health
    Division
California, State of, State Board of
    Equalization
California, State of, Travel & Tourism
Calumet, City of (IL)
Cameron, County of (TX), Tax Office
Carlsbad, City of (CA)
Carlstadt, Borough of (NJ)
Cerritos, City of (CA)
Charles, County of (MD)
Charleston, City of (SC)
Charlotte, City of (NC)
Chatham, County of (GA), Tax
Chattanooga, City of (TN), Treasurer
Cherokee, County of (GA), Tax
    Commissioner
Cherry Hill, Township of (NJ)
Chesapeake, City of (VA)
Chesterfield, City of (MO)
Chicago Ridge, Village of (IL)
Chicago, City of (IL)
Chula Vista, City of (CA)
Cincinnati, City of (OH), Income Tax
    Division
Clackamas, County of (OR), Tax
Clarke, County of (GA), Tax
Clarkstown, Town of (NY)
Clayton, County of (GA), Tax
Clear Creek Independent School District
    (TX), Tax Office
Clearwater, City of (FL)
Cleveland, County of (OK), Treasurer
Clinton, Town of (CT)
Clinton, Township of (MI), Treasurer
Cobb, County of (GA)
Cobb, County of (GA), Tax
Collierville, Town of (TN)
Collin, County of (TX), Tax
Colorado Springs, City of (CO)
Colorado Springs, City of (CO), Police
    Department
Colorado, State of, Division of Family &
    Medical Leave

Colorado, State of, Manager of Finance
Columbia, City of (MO)
Columbus, City of (OH), Treasurer
Concord, City of (CA)
Concord, City of (NC), Tax
Concord, City of GA), False Alarm
    Reduction Program
Contra Costa, County of, (CA), Tax
Coral Springs, City of (FL)
Coralville, City of (IA)
Coralville, City of (IA), Fire Department
Costa Mesa, City of (CA)
Craighead, County of (AR), Collector
Cypress-Fairbanks Independent School
    District (TX)
Dallas, County of (TX), Tax
Daly, Gregory F.X.
Danbury, City of (CT), Tax Collector
Dartmouth, Town of (MA)
Davenport, City of (IA)
Dearborn, City of (MI)
Dekalb, County of (GA), Tax
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Delaware, State of, Secretary of State
Denton, County of (TX), Tax
Denver, County of (CO)
Des Peres, City of (MO)
Desoto, County of (MS)
Dona Ana, County of (NM), Treasurer
Dothan, City of (AL)
Douglas, County of (CO), Treasurer
Douglasville, City of (GA)
Downey, City of (CA)
Durham, County of (NC), Tax
East Brunswick, City of (NJ), Fire District 1
Eatontown, Borough of (NJ)
Eau Claire, County of (WI)
Ector, County of (TX), Appraisal
Edison, Township of (NJ)
Edmonton, City of (Canada)
El Cajon, City of (CA)
El Centro, City of (CA)
El Paso, City of (TX), Tax Assessor
El Paso, County of (CO)
Enfield, Town of (ME)

Escondido, City of (CA)
Fayette County Public Schools (KY)
Fayette, County of (KY)
Flint, Charter Township (MI)
Florence, City of (KY)
Florence, City of (SC)
Florence, County of (SC), Treasurer
Floyd, County of (GA), Tax
Fort Bend, County of (TX), LID #2
Fort Bend, County of (TX), Tax
Foxborough, Town of (MA)
Frederick, County of (MD)
Fresno, City of (CA)
Fresno, City of (CA), Police Department
Fresno, County of (CA), Sheriff's Office
Fulton, County of (GA), Tax Commissioner
Garland Independent School District (TX)
Garland, City of (TX), Tax
Gilroy, City of (CA)
Glendale, City of (AZ)
Glendale, City of (WI)
Gloucester, Township of (NJ), Fire District
    4
Grand Chute, Town of (WI)
Greensboro, City of (NC)
Greenville, County of (SC), Tax
Guilford, County of (NC), Tax
Gwinnett, County of (GA), Tax Commission
H.A. Berkheimer Inc., Business Privilege
    Tax
Hagen, Harry E.
Hall, County of (GA)
Hamilton, County of (IN), Treasurer
Hamilton, County of (TN), Trustee
Hamilton, Township of (NJ)
Hampton, City of (VA)
Hampton, City of (VA), Treasurer
Harlingen, Town of (TX), Tax Office
Harris, County of (TX), Alarm Detail
Harrison, County of (MS), Tax Collector
Harrisonburg, City of (VA)
Hartford, City of (CT), Tax Collector
Hays, County of (TX), Tax Office
Henderson, City of (NV)
Hennepin, County of (MN)
Henrico Virginia, County of (VA)

Hidalgo, County of (TX)
Hillsborough, County of (FL), Tax
Homewood, City of (AL)
Hoover, City of (AL)
Horry, County of (SC)
Horry, County of (SC), Business
Houston, County of (AL), Revenue
Howard, County of (MD)
Humble Independent School District (TX)
Huntsville, City of (AL), Clerk Treasurer
Illinois, State of, Department of
    Employment
Illinois, State of, Department of Revenue
Imperial, County of (CA), Tax
Indian River, County of (FL)
Irving Independent School District (TX),Tax
    Office
Jackson, County of (MO), Collector
Jasper, County of (MO), Collector
Jefferson, County of (AL), District Court
Jefferson, County of (KY)
Jefferson, County of (TX), Tax
Jefferson, Parish of (LA)
Jersey, City of (NJ)
Johnson, City of (TN)
Johnson, County of (KS), Treasurer
Jonesboro, City of (AR)
Joplin, City of (MO)
Judson Independent School District (TX),
    Tax Office
Kanawha, County of (WV), Sheriff
Kansas, City of (MO)
Kansas, State of, Department of Revenue
Katy, City of (TX)
Kenner, City of (LA)
Kentucky, Commonwealth of, Department
    of Revenue
Kentucky, Commonwealth of, Division of
    Unemployment
Kentucky, Commonwealth of, Treasurer
King, County of (WA), District Court
King, County of (WA), Treasury
Knox, County of (TN), Trustee
Knoxville, City of (TN)
La Crosse, City of (WI)
La Crosse, City of (WI), Treasurer

Lafayette, Parish of (LA), Tax
Lake Charles, City of (LA)
Lake, County of (IN), Treasurer
Lakewood, City of (CA), Business
    Licensing
Lancaster, City of (PA)
Lansing, Charter Township of (MI)
Larimer, County of (CO), Treasurer
Las Cruces, City of (NM)
Lauderdale, County of (MS), Tax
Lawrence, Township of (NJ)
Leawood, City of (KS)
Leon, County of (FL), Tax Collector
Lexington Fayette, County of (KY),
    Division of Revenue
Lincoln, City of (NE)
Lincolnwood, Village of (IL)
Livingston, Township of (NJ)
Lone Tree, City of (CO)
Long Beach, City of (CA)
Los Angeles, City of (CA)
Los Angeles, City of (CA), Fire Department
Los Angeles, County of (CA)
Los Angeles, County of (CA), Fire
    Department
Los Angeles, County of (CA), Tax
Loudoun, County of (VA)
Louisville Metro Revenue Commission
Loveland, City of (CO)
Loveland, City of (CO), Public
    Improvement Fee
Loveland, City of (CO), Retail Sales Fee
Lubbock, State of (TX), Central Appraisal
    District
Lynnfield, Town of (MA)
Lynnwood, City of (WA)
Madeira, City of (OH), Tax Office
Madison, Borough of (NJ), Municipal Court
Madison, City of (AL), License Commission
Madison, City of (WI), Fire Department
Madison, City of (WI), Treasurer
Madison, County of (MS), Tax
Manchester, Town of (CT)
Manchester, Town of (CT), Eighth Utilities
    District
Maricopa, County of (AZ), Treasurer

Marin, County of (CA), Tax
Marin, County of (CA), Weights & Measures
Marion, County of (IN), Treasurer
Marlborough, City of (MA)
Marshal, City of (NY)
Maryland, State of, Clerk of the Court
Massachusetts, Commonwealth of, Department of Revenue
McAllen, City of (TX)
McAllen, City of (TX), Municipal Court
McAllen, City of (TX), Tax
McLennan, County of (TX), Tax Office
Mecklenburg, County of (NC)
Memphis, City of (TN), Treasurer
Meriden, City of (CT), Tax Collector
Meridian, Charter Township of (MI)
Mesa, City of (AZ)
Mesquite, City of (TX), Tax Fund
Miami Beach, City of (FL)
Miami Dade, County of (FL)
Michigan, State of, Department of Treasury
Middletown, Township of (PA)
Midland, City of (MI)
Milford, City of (CT)
Milpitas, City of (CA)
Minnesota, State of, Department of Revenue
Mississippi, State of, Office of Revenue
Mobile, City of (AL)
Mobile, County of (AL), Revenue
Modesto, City of (CA)
Monroe, County of (FL)
Monroeville, Municipality of (PA)
Montclair, City of (CA)
Montebello, City of (CA)
Monterey, City of (CA)
Monterey, County of (CA), Tax
Montgomery, City of (AL)
Montgomery, County of (MD)
Montgomery, County of (TX), Tax
Multnomah, County of (OR)
Muniservices LLC
Murray, City of (UT), Business
Muscogee, County of (GA), Tax
Nashville & Davidson County, Metropolitan Government of (TN), Trustee

Nassau, County of (NY), Fire Commission
Nassau, County of (NY), Treasurer
Natick, Town of (MA)
Nebraska, State of, Department of Revenue
Nevada, State of, Department of Taxation
Nevada, State of, Secretary of State
New Hanover, County of (NC), Tax
New Jersey, State of
New Jersey, State of, Department of Labor
New Mexico, State of, Tax & Revenue
New York, State of, Unemployment
New York, State of, Unemployment Insurance
Newark, City of (CA)
Newington, Town of (NH), Police Department
Newport News, City of (VA)
Newport, City of (RI)
Niles, City of (OH), Income Tax
Niles, Village of (IL)
Norfolk, City of (VA), Treasurer
Norridge, Village of (IL)
North Attleborough, Town of (MA)
North Dakota, State of, Tax Commissioner
North Dakota, State of, Workforce Safety & Insurance
North Olmsted, City of (OH)
Nueces, County of (TX)
Oakland, City of (CA)
Okaloosa, County of (FL)
Oklahoma, County of (OK), Treasurer
Oklahoma, State of, Office of the Ohio Attorney General
Ontario, City of (CA)
Orange, County of (CA)
Oregon, State of, Department of Revenue
Oregon, State of, Employment Department
Oregon, State of, Secretary of State
Orem, City of (UT)
Orland Park, Village of (IL)
Palm Beach Gardens, City of (FL)
Palm Beach, County of (FL)
Palm Desert, City of (CA)
Palmdale, City of (CA)
Palo Alto, City of (CA), Police Department
Pasco, County of (FL)

Pasco, County of (FL), Board of Community Commissioners
Peabody, City of (MA)
Peabody, City of (MA), Police Department
Pembroke Pines, City of (FL)
Philadelphia, City of (PA)
Phoenix, City of (AZ)
Pierce, County of (WA), Budget & Finance
Pima, County of (AZ), Treasurer
Placer, County of (CA), Tax Collector
Plantation, City of (FL)
Platte, County of (MO), Collector
Pleasant Prairie, Village of (WI), Fire & Rescue
Pleasant Prairie, Village of (WI), Treasurer
Pleasanton, City of (CA)
Portage, City of (MI)
Portland, City of (OR)
Portland, City of (OR), Police Alarms
Potter, County of (TX), Tax
Prince George's, County of (MD)
Prince William, County of (VA)
Puerto Rico, Commonwealth of, Corporacion Del Fondo Del Seguro Del Estado
Pulaski, County of (AR), Treasurer
Puyallup, City of (WA)
Ramsey, County of (MN), Environmental Health Division
Rapides, Parish of (LA)
Rapides, Parish of (LA), Sheriff's
Redondo Beach, City of (CA)
Reno, City of (NV)
Richland, County of (SC), Treasury
Richmond, City of (BC)
Richmond, County of (GA), Tax
Ridgeland, City of (MS)
Riverhead, Town of (NY)
Riverside, County of (CA)
Riverside, County of (CA), Treasurer
Roanoke, City of (VA)
Roseville, City of (CA), Fire Department
Rutherford, County of (TN), Trustee
Sacramento, City of (CA)
Sacramento, County of (CA)
Sacramento, County of (CA), Metro Fire

Saginaw, City of (MI)
Salisbury, City of (MD)
San Bernardino, County of (CA), Fire Protection
San Diego, City of (CA)
San Diego, County of (CA)
San Francisco, City of (CA), Department of Public Health
San Francisco, City of (CA), Tax Collector
San Jose, City of (CA)
San Luis Obispo, City of (CA)
San Rafael, City of (CA)
Sandy, City of (UT)
Santa Ana Finance, City of (CA)
Santa Barbara, City of (CA)
Santa Clara, County of (CA)
Santa Rosa, City of (CA)
Saugus, Town of (MA)
Savannah, City of (GA)
Scottsdale, City of (AZ)
Shelby, County of (KY)
Shelby, County of (KY), Occupational License Office
Shelby, County of (TN), Trustee
Simpsonville, City of (KY)
Slo, County of (CA), Tax Collector
Snohomish, County of (WA), Treasurer
Somerville, City of (MA)
Sonoma, County of (CA)
Sonoma, County of (CA), Tax Collector
South Dakota, State of, Department of Revenue
South Portland, City of (ME)
Southern California Edison Co.
Sparks, City of (NV), Alarm Program
Spartanburg, City of (SC)
Spring Branch Independent School District (TX)
Springfield, City of (MO)
Springfield, Township of (PA)
St. Charles, County of (MO)
St. Matthews, City of (KY)
St. Peters, City of (MO)
St. Tammany, Parish of (LA)
Stamford, City of (CT), Tax Collector
Stanislaus, County of (CA)

Sterling Heights, City of (MI)
Stockton, City of (CA)
Summit, County of (UT), Treasurer
Swansea, Town of (CT)
Sweetwater, City of (FL)
Tacoma, City of (WA)
Tallahassee, City of (FL)
Tarrant, County of (TX), Tax
Taylor Central Appraisal District (TX)
Temecula, City of (CA)
Tempe, City of (AZ)
Texas. State of, Comptroller of Public
    Accounts, Woodlands Metro Center
Thousand Oaks, City of (CA)
Tigard, City of (OR)
Tinton Falls, Borough of (NJ)
Tippecanoe, County of (IN), Treasurer
Toledo, City of (OH)
Toledo, City of (OH), Fire & Rescue
    Department
Torrance, City of (CA)
Travis, County of (TX), Tax Office
Trinity School District (PA)
Troy, City of (MI)
Trumbull, Town of (CT), Tax Collector
Tucson, City of (AZ)
Tulare, County of (CA), Tax Collector
Tulsa, County of (OK), Treasurer
Tuscaloosa, City of (AL)
Tuscaloosa, County of (AL), Tax
United Independent School District (TX),
    Tax Office
United States, Government of the,
    Department of the Treasury
Upper Merion, Township of (PA)
Utah, State of, Department of Agriculture
Utah, State of, State Tax Commission
Vacaville, City of (CA)
Vacaville, City of (CA), Police Alarm
Vancouver, City of (WA)
Vanderburgh, County of (IN), Superior
    Court
Vanderburgh, County of (IN), Treasurer
Vermont, State of, Department of Taxes
Vernon Hills, Village of (IL)
Visalia, City of (CA)

Warren, County of (KY), Sheriff
Warwick, City of (MA)
Warwick, Town of (RI), Police Department
Washington D.C., Office of Tax & Revenue
Washington, County of (MD), Treasurer's
    Office
Washington, County of (MN)
Washington, County of (TN), Trustee
Washington, State of, Employment Security
    Department
Washington, State of, State Employment
    Security Department
Washoe, County of (NV), Treasurer
Waterford, Town of (CT), Tax Collector
Watertown, Town of (MA)
Wauwatosa, City of (WI)
Wayne, Township of (NJ)
Webb, County of (TX), Tax Collector
Weber, County of (UT), Assessor
Wellington, Village of (FL)
West Covina, City of (CA)
West Hartford, Town of (CT)
West Palm Beach, City of (FL)
West Virginia, State of, Secretary of State
Westminster, City of (CA)
Whitehall, Township of (PA), Treasurer's
    Office
Wicomico, County of (MD)
Williamson, County of (TX)
Wilson School District (PA)
Wisconsin, State of
Wisconsin, State of, Department of Revenue
Woodbridge Fire Prevention Bureau (NJ)
Woodbury, City of (MN)
Woodbury, Town of (NY)
Wyomissing, Borough of (PA)
Yonkers, City of (NY)

**<u>Vendors</u>**
1552 Broadway Retail Owner LLC
2.7 August Apparel Inc.
24-7 Intouch Inc.
2810 Newport Centre LLC
3107 Penn Ross JV
3632 Mall at Smith Haven
4670 Orland LP

4674 South Hills Village
4676 Westchester Mall LLC
4693 Shops at St. Johns LLC
7607 Woodland Hills Mall
9780 Mall at Miami International
9862 Coral - CS Ltd. Associates
Adobe Systems Inc.
Akamai Technologies Inc.
Akay, Malissa
Alorica Inc.
Alvarez & Marsal
Applied Predictive Technologies Inc.
Arden Fair Associates LP
Arden Jewelry Manufacturing Co.
Arnold Willis & Co. Ltd.
Arundel Mills LP
Aventura Mall Venture
Bamboo Rose LLC
Batallure Beauty LLC
Baxter, Tim
Beachwood Place Mall LLC
Bellwether Properties of Massachusetts LP
Bernardo Manufacturing
Bespoke Fashion LLC
Big Brothers Big Sisters of America
Bluecore Inc.
BPR-FF LLC
Braintree Property Associates LP
Brea Mall
Bridgewater Common Mall II LLC
Brierley & Partners Inc.
Brooklyn King Plaza LLC
Camarillo Premium Outlets
CFL Distribution Inc.
Chacon
Cherry Hill Mall LLC
Chicago Premium Outlets
Christiana Acquisitions
CMT de la Laguna SA de CV
Commission Junction LLC
CPG Partners LP
Crescent Bahuman Ltd.
CSC Corporate Domains Inc.
Del Amo Fashion Center
Dolphin Mall Associates LP
Experian Marketing Solutions Inc.

Facebook Inc.
Falls Shopping Center Associates, The
Fantas Eyes Inc.
Fashion Centre Mall LLC
Fashion Valley Mall
Florida Mall Associates Ltd.
Forbes Taubman Orlando
Fortune Footwear Inc.
Four State Properties LLC
Franklin Park Mall LLC
Freemall Associates LLC
GardaWorld Security Services
Gerber Technology LLC
GGP LP
Gilroy Premium Outlets
Glendale I Mall Associates LP
Globant LLC
Google Inc.
Granify Inc.
Great Mall at Milpitas, The
Green Hills Mall TRG LLC
Hing Shing Looping Manufacturing Co. Ltd.
Hylant Group Inc., The
JDA Software Inc.
Jebbit Inc.
Jewelry Group, The
JG Elizabeth II LLC
Jordan Creek Town Center LLC
Kenilworth Creations Inc.
Kenwood Mall LLC GGP-TRS LLC
KFM247 Ltd.
King of Prussia Associate
KPMG LLP
L Brands Inc.
Leesburg Corner Premium Outlets
Lehigh Valley Mall LLC
Lenox Square
Lever Style Ltd.
Li & Fung (Trading) Ltd.
LiftLab Analytics Inc.
Linea Pelle
Livermore Premium Outlets
Macerich Vintage Fair Ltd.
Mall at Gurnee Mills LLC
Mall at Potomac Mills LLC
Mall at Summit LLC

Mall In Columbia, The
Manchu Times Fashion Ltd.
MANE Enterprises Inc.
Mayfair Mall LLC
Merkle Inc.
MGF Sourcing US LLC
Microsoft Online Inc.
Millcraft Paper Co., The
Mission & Fields LLC
MOAC Mall Holdings LLC
Monument Consulting LLC
Motives International
Natick Mall LLC
NCR Corp.
Nedap Inc.
NetJets Aviation Inc.
Newtimes Development Ltd.
nOir Jewelry LLC
North Georgia Premium Outlets
NXGN Inc.
Oakbrook Urban Venture LP
Ogletree, Deakins, Nash, Smoak & Stewart
    PC
Ontario Mills LP
OPRY Mills Mall LP
Orlando Outlet Owner LLC
Orlando Vineland Po LP
Pacific Buying & Marketing Service Ltd.
Pandera Systems LLC
Pembroke Lakes
Penn Square Mall LLC
Perimeter Mall LLC
Planes Moving & Storage Inc.
Premium Outlet Partners LP
Providence Place
PT Ungaran Sari Garments
Quaker Associates LLC
Queens Center SPE LLC
R. R. Donnelley
Radial Inc.
RCG Global Services Inc.
Resicom Custom Painting & Maintenance
Ricoh USA Inc.
Ridgedale Center LLC
Rimini Street Inc.
Rocksal Mall LLC

Roosevelt Field
Rose Knitting (Asia) Ltd.
Roth Bros. Inc.
S5 Stratos Inc.
Saint Louis Galleria LLC
Salesforce Inc.
Sandy Alexander Inc.
Scandit Inc.
SDG Dadeland Associates Inc.
Shopping Center Associate
Shops At Mission Viejo
Short Hills Associates
Short Pump Town Center LLC
Silver Crest Clothing Pvt. Ltd. - Unit III
Simon Property Group LP
Single Source Apparel Inc.
Sirius Computer Solutions LLC
Skadden, Arps, Slate, Meagher & Flom LLP
South Asia Knitting Factory Ltd.
South Coast Plaza
Southdale Center LLC
SPG Finance II LLC
Standard Black
Star Garments Group Pvt. Ltd.
Stylitics Inc.
Sunland Park Mall LLC
Sunrise Mills (MLP) LP
TAL Global Alliances Ltd.
Tampa Westshore Associates LP
Tanger Properties LP
Taubman Cherry Creek
TB Mall at UTC LLC
Texgroup
TikTok Inc.
Tote Fashion Sourcing Ltd.
Town Center at Boca Raton Trust, The
Towson TC LLC
Tysons Corner Holdings
UpWest LLC
Urban Crown Ltd.
Valley Plaza Mall LP
Valley Stream Green Acres LLC
VaynerMedia LLC
Velocity Apparelz Co. ESC
Verifone Inc.
Visplay Inc.

Viva Knitwear Factory Ltd.
VR Mall LLC
West Camp Press Inc.
West Farms Mall LLC
West Town Mall LLC
Westfield Garden State
Wheatley, Nick
Woodbury Common Premium Outlets
Woodfield Mall LLC
World Textile Sourcing Inc.

**Schedule 2**

**Schedule of Parties-In-Interest
that Kramer Levin Naftalis & Frankel LLP
Currently Represents and/or Has Formerly Represented[1]**

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| American International Group | Insurers | Kramer Levin represents the interested party and affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Bank of America, NA | Banks, Lenders, Lien Parties, and Administrative Agents | Kramer Levin represents the interested party and affiliated entities of the interested party, as well as an employee of the interested party, in matters unrelated to the Debtors' Chapter 11 Cases |
| Chubb Ltd. Chubb Insurance Co. of Puerto Rico | Insurers | Kramer Levin represents an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Consolidated Edison Co. of New York | Surety | Kramer Levin represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Denver Pavilions Owner Co | Landlords | Kramer Levin represents an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Ernst & Young LLP | Debtor Professionals | Kramer Levin represents the interested party and affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Facebook Inc. | Vendors | Kramer Levin represents the interested party and an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| First Eagle Alternative Credit LLC | Banks, Lenders, Lien Parties, and Administrative Agents | Kramer Levin represents the interested party and affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Google Inc. | Vendors | Kramer Levin represents a former employee of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Jamestown 283 Dartmouth | Landlords | Kramer Levin represents an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Joele Frank | Debtor Professionals | Kramer Levin represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Kentucky, Commonwealth of, Department of Revenue Kentucky, Commonwealth of, Division of Unemployment Kentucky, Commonwealth of, Treasurer | Taxing Authorities | Kramer Levin has represented an ad hoc committee comprised in part of attorney generals, one of which is from the State of Kentucky, in matters unrelated to the Debtors' Chapter 11 Cases |

---

[1] Fees collected from each of the parties identified in this schedule comprised less than 1.0% of Kramer Levin's revenues for each of the periods (i) January 2022 to December 2022, (ii) January 2023 to December 2023, and (iii) May 2023 to April 2024.  Kramer Levin believes that its representation of the parties listed herein has not and does not affect its representation of the Committee.

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Lasalle Property Fund REIT Inc. | Landlords | Kramer Levin represents certain employees of an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Lloyd's of London Ltd. | Insurers | Kramer Levin represents affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Metropolitan Life Insurance Co. | Benefit Providers | Kramer Levin represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Moelis & Co. | Debtor Professionals | Kramer Levin represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| NetJets Aviation Inc. | Vendors | Kramer Levin represents and has represented affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| PricewaterhouseCoopers International Ltd. | Debtor Professionals | Kramer Levin represents the interested party and affiliated entities of the interested party, as well as employees of the interested party, in matters unrelated to the Debtors' Chapter 11 Cases |
| Prudential<br>Prudential Insurance Co. | Benefit Providers; Insurers | Kramer Levin represents affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| RREEF American Reit II Corp. | Landlords | Kramer Levin represents an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| TikTok Inc. | Vendors | Kramer Levin represents an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| UE Bergen Mall Owner LLC | Landlords | Kramer Levin represents an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| VaynerMedia LLC | Vendors | Kramer Levin represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Universal Music Group NV | Litigation Parties | Kramer Levin represents affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Wells Fargo Bank<br>Wells Fargo Bank NA<br>Wells Fargo Securities LLC | Banks, Lenders, Lien Parties, and Administrative Agents | Kramer Levin represents an interested party in matters unrelated to the Debtors' Chapter 11 Cases. |
| Wisconsin, State of<br>Wisconsin, State of, Department of Revenue | Taxing Authorities | Kramer Levin has represented an ad hoc committee comprised in part of attorney generals, one of which is from the State of Wisconsin, in matters unrelated to the Debtors' Chapter 11 Cases |
| Zurich & Affiliated FM | Insurers | Kramer Levin represents affiliated entities of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| [Confidential] | Potential M&A Counterparties | Kramer Levin has represented a senior employee of the interested party in an individual capacity in matters unrelated to the Debtors' Chapter 11 Cases |