**EXHIBIT C**

**<u>Client Declaration</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| EXPRESS, INC., *et al.*, [1] | ) |
|  | ) Case No. 24-10831 (KBO) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**DECLARATION OF COMMITTEE CO-CHAIR IN SUPPORT
OF APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO SECTIONS 328 AND
1103 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2014, FOR AN ORDER APPROVING THE
RETENTION AND EMPLOYMENT OF KRAMER LEVIN NAFTALIS &
FRANKEL LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 6, 2024**

I, Michael Durbin, as authorized representative of the Committee, declare under penalty of

perjury as follows:

1.      I am an authorized representative of the Manchu Time Fashion Limited.  The

Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned

chapter 11 proceedings (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**") elected the Manchu Times Fashion Limited as the

Committee Co-Chair.  I am authorized to submit this declaration (the "**Declaration**") in support

of the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and

1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedures 2014, for an Order*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of May 6, 2024* (the "**Application**")[2] on behalf of the Committee.  I am competent to make this declaration in support of the Application.

### The Committee's Selection of Kramer Levin as Co-Counsel

2.      Kramer Levin is the proposed co-counsel to the Committee.  The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.  Here, the Committee utilized a review process that assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

3.      On May 3, 2024, the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), pursuant to sections 1102(a) and (b) of Title 11 of the Bankruptcy Code, appointed the Committee.  The members of the Committee are: (i) Li & Fung (Trading) Limited, (ii) Manchu Times Fashion Limited, (iii) Jorge Chacon, (iv) Pacific Buying & Marketing Service, Ltd., (v) Radial, Inc., (vi) Motives International (Hong Kong) Limited and Motives International Limited, and (vii) The Macerich Company [Dkt. No. 154].

4.      At a meeting held on May 6, 2024, the Committee interviewed four law firms for lead counsel.  After deliberations, the Committee voted to retain Kramer Levin as its counsel, subject to Court approval.  The Committee believes that Kramer Levin's extensive experience in corporate reorganizations, both out of court and under chapter 11 of the Bankruptcy Code, makes it well qualified to represent the Committee in these Chapter 11 Cases in an efficient and effective manner.  Thus, the Committee decided to retain Kramer Levin as the Committee's proposed counsel during these Chapter 11 Cases.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

### Rate Structure

5.      Kramer Levin has informed the Committee that its rates for bankruptcy representations are consistent with and comparable to the rates Kramer Levin charges for non-bankruptcy representations.  Kramer Levin has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee or blended rate arrangement is agreed upon.

### Cost Supervision

6.      The Committee will approve any prospective budget and staffing plan provided by Kramer Levin, recognizing that, in the course of large chapter 11 cases like these Chapter 11 Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and Kramer Levin.  The Committee further recognizes that it is the Committee's responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases.  The Committee will continue to review the invoices that Kramer Levin regularly submits, and, together with Kramer Levin, periodically amend any budget and staffing plans as the case develops.

7.      By separate application, the Committee is also requesting approval to employ Saul Ewing LLP ("**Saul Ewing**") to serve as co-counsel in these Chapter 11 Cases.  After careful consideration, the Committee determined that, considering the size and complexity of these Chapter 11 Cases and the various interests involved, representation of the Committee by both Kramer Levin and Saul Ewing is necessary, advisable, and in the best interests of the Committee and the Debtors' estates.  During the course of these Chapter 11 Cases, the Committee will closely monitor allocation of responsibility and services to be rendered by Kramer Levin and Saul Ewing to avoid any unnecessary duplication and inefficiencies.

- 3 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: June 5, 2024

By: _/s/ Michael Durbin_____
     Michael Durbin on behalf of Manchu Times Fashion
     Limited in its capacity as Co-Chair of the Official
     Committee of Unsecured Creditors of Express, Inc., _et al._