IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| | ) | **Related to Docket No. 181** |
| Debtors. | ) | |
| | ) | |

### ORDER DENYING MOTION FOR A SHAREHOLDER'S COMMITTEE AND REQUEST FOR OTHER EMERGENCY RELIEF TO PREVENT FURTHER DAMAGE TO THE DEBTORS

On June 6, 2024, the Court held an evidentiary hearing (the "Hearing") to consider the *Motion for a Shareholder's Committee and Request for Other Emergency Relief to Prevent Further Damage to the Debtors* [D.I. 181] filed by Jeffrey M. Kurzon (the "Motion"). For the reasons set forth by the Court on the record at the Hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

Dated: June 6, 2024
Wilmington, DE

_____
Karen B. Owens
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230