## Exhibit 1

**Approved DIP Budget**

**Project Pine**
**DIP Forecast Long Form**

($ in 000s)

| Week: | ACT | ACT | ACT | ACT | ACT | ACT |
|---|---|---|---|---|---|---|
| FCST / ACT: | — | — | — | — | — | — |
| Week Classification: | — | — | — | — | — | — |
| Period Ending: | Apr wk3 4/27/2024 | Apr wk4 5/4/2024 | May wk1 5/11/2024 | May wk2 5/18/2024 | May wk3 5/25/2024 | May wk4 6/1/2024 |
| **Cash Operating Receipts** | | | | | | |
| Express | $30,093 | $34,991 | $32,173 | $34,181 | $31,981 | $36,668 |
| UpWest | 116 | 4 | 4 | 499 | 74 | 105 |
| Bonobos | 5,220 | 4,042 | 3,052 | 2,700 | 3,275 | 6,124 |
| Other Receipts | — | — | — | — | — | — |
| Store Closing Receipts | — | — | — | — | — | — |
| **Total Cash Operating Receipts** | $35,429 | $39,037 | $35,229 | $37,381 | $35,329 | $42,897 |
| **Operating Disbursements** | | | | | | |
| Merchandise | — | (3,403) | (21,094) | (262) | ($130) | (820) |
| Rent | (0) | (173) | (2,067) | (1,869) | (347) | (3,112) |
| Other Non-Merchandise | (352) | (10,624) | (835) | (10,112) | (1,519) | (9,796) |
| Payroll | (335) | (1,775) | (1,140) | (5,904) | (840) | (236) |
| Sales and Use Tax | — | (478) | (173) | 409 | (2,546) | (236) |
| Other | — | — | — | — | (20) | (126) |
| **Total Operating Disbursements** | ($687) | ($16,453) | ($25,280) | ($18,496) | ($5,402) | ($14,092) |
| **Operating Cash Flow** | $34,742 | $22,584 | $9,949 | $18,885 | $29,927 | $28,805 |
| **Restructuring / Ch.11 Items** | | | | | | |
| Debtor Professionals | — | ($4,350) | — | ($3,775) | ($2,417) | ($2,655) |
| UCC Professionals | — | — | — | (950) | (471) | (446) |
| Lender Professionals | — | — | — | — | — | — |
| UST Fees | — | — | — | — | — | — |
| Taxes and Duties | (4,064) | — | — | (1) | (4,844) | — |
| Utility Deposits | — | (850) | — | — | — | — |
| Critical Vendors | — | (50) | (431) | — | (785) | — |
| Critical Foreign Vendors | — | — | — | — | — | — |
| Admin Priority Reserves | — | — | — | — | — | — |
| Shippers / Lienholders / Warehouse Claims | — | (144) | (177) | — | — | — |
| KERP / TSA Payroll Funding | — | — | — | — | — | — |
| Store Closing Costs | — | — | — | — | — | — |
| Employee Related Reserves | — | — | — | — | — | — |
| Post Effective Date Budget | — | — | — | — | — | — |
| **Total Restructuring / Ch.11 Items** | ($4,064) | ($5,394) | ($607) | ($4,727) | ($8,517) | ($3,100) |
| **Cash Flow Before Financing** | $30,678 | $17,190 | $9,342 | $14,158 | $21,410 | $25,704 |
| **Debt Service** | | | | | | |
| Interest / Fees | 24,062 | ($728) | — | ($8) | — | — |
| DIP Proceeds | — | — | — | — | — | — |
| Collateral Reserve | — | — | — | — | — | — |
| Indemnity Reserve | — | — | — | — | — | — |
| **Total Debt Service** | $24,062 | ($728) | — | ($8) | — | — |
| **Net Cash Flow** | $54,740 | $16,464 | $9,342 | $14,149 | $21,410 | $25,704 |
| **Bank Cash** | | | | | | |
| BOP Bank Cash Balance | $21,647 | $19,286 | $12,100 | $10,312 | $8,914 | $15,804 |
| Net Cash Flow | 54,740 | 16,464 | 9,342 | 14,149 | 21,410 | 25,704 |
| Revolver Draw / (Paydown) | (57,102) | (23,650) | (11,129) | (15,547) | (14,520) | (22,571) |
| Other Borrowings / (Repayments) | — | — | — | — | — | — |
| Term Loan Pre-Payment | — | — | — | — | — | — |
| **EOP Bank Cash Balance** | $19,286 | $12,100 | $10,312 | $8,914 | $15,804 | $18,938 |
| **Net Revolver Availability** | $63,988 | $86,984 | $98,114 | $113,717 | $96,068 | $83,028 |
| **Total Liquidity** | $83,274 | $99,084 | $108,426 | $122,631 | $111,872 | $101,966 |
| *Memo: Pre-Petition ABL Balance* | $51,782 | $13,133 | — | — | — | — |
| *Memo: Post-Petition ABL Balance* | — | 15,717 | 17,720 | 2,117 | (12,403) | (14,354) |
| *Memo: DIP Balance* | 50,261 | 50,261 | 50,261 | 50,261 | 50,261 | 50,261 |
| *Memo: Pre-Petition Term Loan Balance* | 40,596 | 40,596 | 40,596 | 40,596 | 40,596 | 40,596 |

**Project Pine**
**DIP Forecast Long Form**

($ in 000s)

| | 1 FCST Jun wk1 6/8/2024 | Partial Jun wk2 6/14/2024 | 2 FCST Jun wk2 6/15/2024 | 3 FCST Jun wk3 6/22/2024 | 4 FCST Jun wk4 6/29/2024 | 5 FCST Jun wk5 7/6/2024 | 6 FCST Jul wk1 7/13/2024 | 7 FCST Jul wk2 7/20/2024 | 8 FCST Jul wk3 7/27/2024 | 9 FCST Jul wk4 8/3/2024 | 10 FCST Aug wk1 8/10/2024 | 11 FCST Aug wk2 8/17/2024 | 12-15 Total 9/14/2024 | Total Post Transaction | Post Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Operating Receipts** | | | | | | | | | | | | | | | |
| Express | $20,418 | $18,239 | — | $7,482 | — | — | — | — | — | — | — | — | — | 7,482 | 7,482 |
| UpWest | 188 | 38 | — | 20 | — | — | — | — | — | — | — | — | — | 20 | 20 |
| Bonobos | 1,723 | 944 | — | 543 | — | — | — | — | — | — | — | — | — | 543 | 543 |
| Other Receipts | — | 145,000 | — | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 15,922 | 18,688 | 24,305 |
| Store Closing Receipts | 4,370 | 5,065 | — | 5,721 | 7,182 | 5,275 | 1,962 | 1,842 | 1,061 | 622 | 487 | 125 | — | 24,276 | — |
| **Total Cash Operating Receipts** | $26,700 | $169,286 | — | $14,074 | $7,489 | $5,582 | $2,269 | $2,149 | $1,368 | $929 | $795 | $432 | $15,922 | $51,010 | $24,305 |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Merchandise | (17,996) | 1,682 | — | — | — | — | — | — | — | — | — | — | — | (3,763) | $4,547 |
| Rent | (8,285) | 170 | — | — | — | — | — | — | — | — | — | — | — | (14,470) | (6,539) |
| Other Non-Merchandise | (509) | — | — | — | — | — | — | — | — | — | — | — | — | (20,637) | — |
| Payroll | — | — | — | — | — | — | — | — | — | — | — | — | — | (13,502) | — |
| Sales and Use Tax | (100) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other | (655) | (5,000) | — | — | — | — | — | — | — | — | — | — | — | (1,723) | — |
| **Total Operating Disbursements** | ($27,545) | ($3,148) | — | ($11,320) | ($10,497) | ($1,387) | ($1,528) | — | — | — | — | — | ($210) | ($54,095) | ($1,992) |
| **Operating Cash Flow** | ($845) | $166,138 | — | $2,755 | ($3,008) | $4,195 | $741 | — | — | — | — | — | $15,713 | ($3,084) | $22,312 |
| **Restructuring / Ch. 11 Items** | | | | | | | | | | | | | | | |
| Debtor Professionals | (1,650) | (1,000) | — | — | — | — | — | — | — | — | — | — | — | — | — |
| UCC Professionals | (250) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Lender Professionals | (3,550) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| UST Fees | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Taxes and Duties | (2,375) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Utility Deposits | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Critical Vendors | (2,240) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Critical Foreign Vendors | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Admin Priority Reserves | (42) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Shippers / Lienholders / Warehouse Claims | (2,679) | — | — | — | — | — | — | — | — | — | — | — | — | — | (7,938) |
| KERP / TSA Payroll Funding | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Store Closing Costs | (189) | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Employee Related Reserves | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Post Effective Date Budget | — | — | — | — | — | — | — | — | — | — | — | — | — | — | (2,873) |
| **Total Restructuring / Ch. 11 Items** | ($12,975) | ($1,000) | — | — | — | — | — | — | — | — | — | — | ($4,888) | ($13,381) | ($13,381) |
| **Cash Flow Before Financing** | ($13,820) | $165,138 | — | — | — | — | — | — | — | — | — | — | $10,724 | ($3,381) | $8,931 |
| **Debt Service** | | | | | | | | | | | | | | | |
| Interest / Fees | (1,369) | (618) | — | — | — | — | ($353) | — | — | — | — | — | — | ($1,060) | — |
| DIP Proceeds | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Collateral Reserve | — | (20,000) | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Indemnity Reserve | — | (5,000) | — | — | — | — | — | — | — | — | — | — | — | — | — |
| **Total Debt Service** | ($1,369) | ($25,618) | — | — | — | — | ($353) | — | — | — | — | — | — | ($1,060) | — |
| **Net Cash Flow** | ($15,189) | $139,520 | — | ($21,607) | $818 | ($9,270) | ($3,567) | ($920) | ($1,749) | ($6,643) | ($1,554) | ($1,006) | $10,724 | ($13,381) | $8,931 |
| **Bank Cash** | | | | | | | | | | | | | | | |
| BOP Bank Cash Balance | 18,938 | 15,000 | — | 66,765 | 45,158 | 45,976 | 36,706 | 33,139 | 32,219 | 30,471 | 23,828 | 22,274 | 21,268 | 66,765 | 30,685 |
| Net Cash Flow | (15,189) | 139,520 | — | (21,607) | 818 | (9,270) | (3,567) | (920) | (1,749) | (6,643) | (1,554) | (1,006) | (1,306) | (36,080) | 8,931 |
| Revolver Draw / (Paydown) | 11,251 | 3,103 | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Borrowings / (Repayments) | — | (90,857) | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Term Loan Payment | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| **EOP Bank Cash Balance** | $15,000 | $66,765 | — | $45,158 | $45,976 | $36,706 | $33,139 | $32,219 | $30,471 | $23,828 | $22,274 | $21,268 | $19,961 | $30,685 | $39,617 |
| **Net Revolver Availability** | $73,306 | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| **Total Liquidity** | $88,306 | $66,765 | — | $45,158 | $45,976 | $36,706 | $33,139 | $32,219 | $30,471 | $23,828 | $22,274 | $21,268 | $30,685 | $30,685 | $39,617 |
| Memo: Pre-Petition ABL Balance | (3,103) | | | | | | | | | | | | | | |
| Memo: Post-Petition ABL Balance | 50,261 | | | | | | | | | | | | | | |
| Memo: DIP Balance | 40,596 | | | | | | | | | | | | | | |
| Memo: Pre-Petition Term Loan Balance | — | | | | | | | | | | | | | | |

## <u>Exhibit 2</u>

**First Lien DIP ABL Credit Agreement**

[Filed at Docket No. 299]

## **Exhibit 3**

**Second Lien DIP Term Credit Agreement**

[Filed at Docket No. 299]

**Exhibit 4**

**Lien and Superpriority Claim Priority**

| Order of Priority | Prepetition Collateral / DIP Collateral (whether in existence on the Petition Date or thereafter arising) | Previously Unencumbered Assets | Superpriority Claims |
|---|---|---|---|
| 1 | Carve Out | Carve Out | Carve Out |
| 2 | Liens Securing First Lien DIP ABL Obligations (including, without limitation, the First Lien DIP ABL Roll-Up Loans) | Liens securing First Lien DIP ABL Obligations (including, without limitation, the First Lien DIP ABL Roll-Up Loans) | First Lien DIP ABL Superpriority Claims (including, without limitation, claims arising from or related to the First Lien DIP ABL Roll-Up Loans) |
| 2 | Liens securing First Lien Prepetition ABL Obligations / First Lien Prepetition ABL Adequate Protection Liens | First Lien Prepetition ABL Adequate Protection Liens | First Lien Prepetition ABL Adequate Protection Claims |
| 3 | Liens Securing Second Lien DIP Term Obligations (including, without limitation, the Second Lien DIP Roll-Up Term Loans) | Liens securing Second Lien DIP Term Obligations (including, without limitation, the Second Lien DIP Roll-Up Term Loans) | Second Lien DIP Term Loan Superpriority Claims (including, without limitation, claims arising from or related to the Second Lien DIP Roll-Up Term Loans) |
| 4 | Liens securing Second Lien Prepetition Term Obligations / Second Lien Prepetition Term Loan Adequate Protection Liens | Second Lien Prepetition Term Loan Adequate Protection Liens | Second Lien Prepetition Term Loan Adequate Protection Claims |

**Exhibit 5**

**DIP Milestones**

| Event | Date |
|---|---|
| File Motion to approve Store Closing Agreement with respect to 95 stores (such motion, the "Store Closing Sales Motion") acceptable to the Lenders. | Petition Date + 1 day |
| File Bidding Procedures Motion acceptable to the Lenders, which shall contemplate a going concern sale of all or substantially all of the remaining stores (the "Going Concern Sale") and, in the alternative, (ii) orderly liquidation of all of the Company's assets, including (without limitation) an entire chain liquidation of all stores and all the assets relating thereto (the "Liquidation"). | Petition Date + 1 day |
| Entry of Store Closing Interim Order acceptable to the Lenders, which shall include approval for the Specified Liquidation Agents to act as the liquidation agents pursuant to the Specified Liquidation Agreement for any stores not included in the Going Concern Sale on the terms and conditions contained in the Specified Liquidation Agreement. | Petition Date + 3 days |
| Entry of Interim Order acceptable to the Lenders | Petition Date + 3 days |
| Either:<br><br>(i)  Entry into a "stalking horse" purchase agreement for a Going Concern Sale that has no financing or due diligence outs and is otherwise in accordance with these milestones (a "GC Purchase Agreement"); or<br><br>(ii)  Entry into a "stalking horse" agreement in the form of an agreement (the "Liquidation Agreement") for a Liquidation (either pursuant to a fee deal or equity deal). | May 24, 2024 |
| Entry of Final Order acceptable to the Lenders | June 6, 2024 |
| Entry of order approving Bidding Procedures Motion acceptable to the Lenders | June 6, 2024 |
| If GC Purchase Agreement is entered into by May 22, 2024, then the following additional milestones shall apply: | |
| File GC Purchase Agreement with the Bankruptcy Court | May 24, 2024 |
| Bid Deadline for Going Concern Sale | June 11, 2024 |
| Final Store List delivered to DIP Lenders and Debtors for Going Concern Sale | June 11, 2024 |
| Auction Date for Going Concern Sale | June 13, 2024 |
| Entry of Sale Order | June 14, 2024 |
| Closing of Going Concern Sale | June 18, 2024 |

| If Liquidation Agreement is entered into by May 22, 2024, then the following additional milestones shall apply: | |
|---|---|
| Bid Deadline for Liquidation | June 11, 2024 |
| Auction Date for Liquidation | June 13, 2024 |
| Entry of Order approving Liquidation Bid | June 14, 2024 |
| Commencement of Liquidation | June 18, 2024 |