

Jersey Central Power & Light
101 Crawford's Corner Road
Building 1 Suite 1-511
Holmdel, NJ 07733

05/30/2024

STRETTO
JUN 06 2024
RECEIVED

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

RE: Withdraw of Proof of Claim

Express, Inc. Case # 24-10831

Attention Claims Agent,

Please withdraw Claim Number 354 filed by Jersey Central Power & Light in the amount of $691.17 filed on 05/28/2024 case 24-10831 for Express, Inc. The proof of claim filed by Jersey Central Power & Light was filed without all the proper paperwork.

Thank you,

*Megan McGranaghan*
Megan McGranaghan
Revenue Assurance East
First Energy / Jersey Central Power & Light





Stretto
410 Exchange, Suite 100
Irvine, CA 92602

FirstEnergy
PO Box 367
Holmdel, NJ 07733-0367

HMDLPO-925.1