# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## NOTICE OF REGISTERED EQUITY SECURITY HOLDERS

**PLEASE TAKE NOTICE** that on June 6, 2024, the Debtors hereby file the List of Registered Equity Security Holders registered directly with the transfer agent attached hereto as <u>Exhibit A</u>.

Dated: June 6, 2024
Wilmington, Delaware

/s/ Michael W. Yurkewicz

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 426-1189 | Telephone: (212) 446-4800 |
| Facsimile: (302) 426-9193 | Facsimile: (212) 446-4900 |
| Email:   dpacitti@klehr.com | Email:   joshua.sussberg@kirkland.com |
|          myurkewicz@klehr.com |          emily.geier@kirkland.com |
|          aradvanovich@klehr.com |          nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone: (215) 569-3007 | Telephone: (312) 862-2000 |
| Facsimile: (215) 568-6603 | Facsimile: (312) 862-2200 |
| Email:   mbranzburg@klehr.com | Email:   charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# EXHIBIT A

11002166.v1

| # | NAME | ATTENTION NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AARON JOSEPH PUTNAM | | | | | | | | 14 |
| 2 | ALEX J OBERG TOD ON FILE SUBJECT TO CPU RULES | | | | | | | | 1 |
| 3 | ALIM RAMJI | | | | | | | | 16 |
| 4 | ANDREW D IMLER & DAVID C IMLER JT TEN | | | | | | | | 2000 |
| 5 | BRENDEN C RAFANELLO | | | | | | | | 502 |
| 6 | BRIAN THOMAS DAVIS TOD ON FILE SUBJECT TO CPU RULES | | | | | | | | 2 |
| 7 | CAROLYN RINES | | | | | | | | 650 |
| 8 | CEDE & CO | | 570 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | | 3464027 |
| 9 | CHARLES WHEELER | | | | | | | | 23 |
| 10 | CHRISTOPHER D MUELLER | | | | | | | | 1 |
| 11 | CHRISTOPHER PAK | | | | | | | | 5 |
| 12 | CRAIG THOMPSON | | | | | | | | 55 |
| 13 | DAVID L LINCOLN | | | | | | | | 69 |
| 14 | DAVID SILVERMAN | | | | | | | | 60 |
| 15 | EXPWHP LLC | C/O WHP GLOBAL | 530 FIFTH AVENUE 12TH FLOOR | | NEW YORK | NY | 10036 | | 271739 |
| 16 | FRANCISCO JAVIER GONZALEZ | | | | | | | | 75 |
| 17 | JASON J SWIFT & KELSEY SWIFT JT TEN | | | | | | | | 1 |
| 18 | JEFFREY HUNTER RICE | | | | | | | | 5 |
| 19 | JEFFREY LEDERHAUS | | | | | | | | 900 |
| 20 | JEFFREY MEAD KURZON | | | | | | | | 2000 |
| 21 | JEREMY FEROVA & JOLENE FEROVA JT TEN | | | | | | | | 7 |
| 22 | JIMMY ROBERTO GRAMAJO | | | | | | | | 4 |
| 23 | JOSHUA ANTHONY RAY & ROBYN LYNN RAY JT TEN | | | | | | | | 99 |
| 24 | JOSHUA MERTENS | | | | | | | | 162 |
| 25 | JOSHUA R MONROE | | | | | | | | 7 |
| 26 | JULIAN BALOG | | | | | | | | 1312 |
| 27 | JUSTIN E CASAS | | | | | | | | 32 |
| 28 | KATHERINE LOYD & JACOB LOYD JT TEN | | | | | | | | 350 |
| 29 | KEISHAUN JACKSON | | | | | | | | 101 |
| 30 | KEVIN M FINN & LISA D FINN JT TEN | | | | | | | | 10 |
| 31 | KEVIN-MITCHELL CLEMENT | | | | | | | | 1 |
| 32 | LOGAN ANTHONY COLLIER | | | | | | | | 18 |
| 33 | MALCOLM DOUGLAS NICHOLLS | | | | | | | | 350 |
| 34 | MAX E ORELLANA | | | | | | | | 13 |
| 35 | PETER MYUNG-WON PAK | | | | | | | | 55 |
| 36 | ROBIN LIONHEART | | | | | | | | 5 |
| 37 | RYAN BRENT MILLER | | | | | | | | 1011 |
| 38 | SALEH K ABUBAKIER | | | | | | | | 100 |
| 39 | SARAH L KLEIN | | | | | | | | 20 |
| 40 | STEVEN M BASSIGNANI | | | | | | | | 460 |
| 41 | THOMAS PIWOWARSKI | | | | | | | | 5 |
| 42 | TIMOTHY RINES | | | | | | | | 300 |
| 43 | TYLER B BOVITCH | | | | | | | | 8 |
| 44 | WALEED M EBRAHIM TOD ON FILE SUBJECT TO CPU RULES | | | | | | | | 5 |
| | | | | | | | | | 3,746,580 |

In re Express, Inc., et al.
Case Number: 24-10831 (KBO)

Record Date: June 4, 2024