## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   24-10831 |
| EXPRESS, INC. | § | |
| DEBTOR(S), | § | CHAPTER   11 |

### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **NORTHWEST ISD** | **ALLEN ISD** | **CITY OF ALLEN** |
| **TARRANT COUNTY** | **DALLAS COUNTY** | **IRVING ISD** |
| **CITY OF FRISCO** | | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 6th day of  June, 2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

DOMENIC E. PACITTI
KLEHR HARRISON HARVEY
BRANZBURG & ELLERS
919 MARKET ST., STE. 1000
WILINGTON, DE 19801

US TRUSTEE (DE)
J. CALEB BOGGS FEDERAL
BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (469) 221-5125
Facsimile:   (469) 221-5003
 Email:         john.turner@lgbs.com

By: /s/ John Kendrick Turner
_____
John Kendrick Turner
SBN: 00788563 TX