

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

June 6, 2024

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

6/5/2024, NY & NATL, pg B3

_Larnyce Tabron_

Digitally signed by John McGill
Date: 2024.06.06 16:45:41 -04'00'

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: EXPRESS, INC., et al.,[1] Debtors.   ) Chapter 11, Case No. 24-10831 (KBO)
) (Jointly Administered)
) Re: Docket No. 280

**NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM, INCLUDING UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

**THE GENERAL BAR DATE IS JULY 10, 2024 AT 11:59 P.M. (PREVAILING EASTERN TIME)**
**THE GOVERNMENTAL BAR DATE IS OCTOBER 22, 2024 AT 11:59 P.M. (PREVAILING EASTERN TIME)**
**THE AMENDED SCHEDULES BAR DATE IS AS DEFINED HEREIN**
**THE REJECTION DAMAGES BAR DATE IS AS DEFINED HEREIN**
**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On May 20, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 280] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim, including requests for payment under section 503(b)(9) of the Bankruptcy Code, in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Debtors"):
**DEBTOR, CASE NO.:** Express, Inc., 24-10831; Express Topco LLC, 24-10832; Express Holding, LLC, 24-10833; Express Finance Corp., 24-10834; Express, LLC, 24-10835; Express Fashion Investments, LLC, 24-10836; Express Fashion Logistics, LLC, 24-10837; Express Fashion Operations, LLC, 24-10838; Express GC, LLC, 24-10839; Express BNBS Fashion, LLC, 24-10840; UW, LLC, 24-10841; Express Fashion Digital Services Costa Rica, S.R.L., 24-10842.

**The Bar Dates.** Pursuant to the Bar Date Order, *all* entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors that arose before April 22, 2024 (the "Petition Date"), no matter how remote or contingent such right to payment or equitable remedy may be, *including* requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM on or before *July 10, 2024 at 11:59 p.m.*, prevailing Eastern Time (the "General Bar Date"). Governmental entities who have a claim or potential claim against the Debtors that arose before the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before *October 22, 2024 at 11:59 p.m.*, prevailing Eastern Time (the "Governmental Bar Date"). All entities who have a claim or potential claim against the Debtors based on any amendment by the Debtors of their Schedules, no matter how remote or contingent such right to payment or equitable remedy may be, if they so choose, MUST FILE A PROOF OF CLAIM on the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, to such claim, and (b) 11:59 p.m., prevailing Eastern Time, on the date that is twenty-one days from the date on which the Debtors provide notice of the amendment (the "Amended Schedules Bar Date"). All entities who have a claim or potential claim against the Debtors based on the Debtors' rejection of an executory contract or unexpired lease, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on the later of (i) the General Bar Date, (ii) thirty days after the later of (A) entry of an order approving the rejection of any executory contract or unexpired lease of the Debtors or (B) the effective date of a rejection of any executory contract or unexpired lease of the Debtors pursuant to operation of any Court order (the "Rejection Claim Bar Date").

ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE, ON OR BEFORE THE APPLICABLE BAR DATE SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.

**Filing a Proof of Claim.** Each proof of claim must be filed, including supporting documentation, so as to be *actually received* by the Debtors' notice and claims agent, Stretto, on or before the applicable Bar Date, either: (i) electronically through the Online Portal available at https://cases.stretto.com/Express by clicking on "File a Claim" or (ii) by U.S. Mail, overnight mail, or other hand delivery system, at the following address: By First Class Mail to: Express, Inc., et al., Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; If by Overnight Courier or Hand Delivery: Express, Inc., et al., Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**Contents of Proofs of Claim.** Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars using, if applicable, the exchange rate as of 5:00 p.m., prevailing Eastern Time, on the Petition Date (and to the extent such claim is converted to United States dollars, state the rate used in such conversion); (iii) clearly identify the Debtor against which the claim is asserted (iv) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against Express, Inc..

**Section 503(b)(9) Requests for Payment.** Any proof of claim and/or priority asserting a claim arising under section 503(b)(9) of the Bankruptcy Code must also (i) include the value of the goods delivered to and received by the Debtors in the twenty days before the Petition Date; and (ii) attach any documentation identifying the particular invoices for which such 503(b)(9) claim is being asserted.

**Additional Information.** If you require additional information regarding the filing of a proof of claim, you may contact the Debtors' claims agent, Stretto, by calling the Debtors' restructuring hotline at: (855) 337-3537 (Toll-Free) (U.S. & Canada) or (949) 617-1363 (International), or writing (i) via first class mail, to Express, Inc., et al., Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602 or (ii) via email to: ExpressInquiries@stretto.com with a reference to "Express" in the subject line. **Please note** that Stretto, Inc. *cannot* offer legal advice or advise whether you should file a proof of claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# Europe Frets as Economy Lags U.S. and China

FROM FIRST BUSINESS PAGE

too fragmented; public and private investments are too low; companies are too small to compete on a global scale.

"Our organization, decision-making and financing are designed for 'the world of yesterday' — pre-Covid, pre-Ukraine, pre-conflagration in the Middle East, pre-return of great power rivalry," said Mario Draghi, a former president of the European Central Bank who is heading a study of Europe's competitiveness.

Cheap energy from Russia, cheap exports from China and a bedrock reliance on military protection by the United States can no longer be taken for granted.

At the same time, Beijing and Washington are funneling hundreds of billions of dollars into expanding their own semiconductor, alternative energy and electric-car industries, and upending the world's free trade regime.

Private investment lags as well. Large corporations, for example, invested 60 percent less in 2022 than their American counterparts, and grew at two-thirds the pace, according to a report by the McKinsey Global Institute. As for per-capita income, it is on average 27 percent lower than in the United States. And productivity growth is slower than in other major economies, while energy prices are much higher.

Mr. Draghi's report will not be released until after voters across the European Union's 27 states go to the polls this week to elect their parliamentary representatives.

But he has already declared that "radical change" is necessary. In his view, that means an enormous increase in joint spending, an overhaul of Europe's higgledy-piggledy financing and regulations, and a consolidation of smaller companies.

The built-in challenges of getting more than two dozen countries to act as a single unit have sharpened in the face of rapid technological advancement, growing international conflicts and the increased use of national policies to steer business. Imagine if every state in America had national sovereignty and there were only limited federal power to raise money to fund things like the military.

Europe has already taken some steps to keep up. Last year, the European Union passed a Green Deal Industrial Plan to speed the energy transition, and this spring it proposed for the first time an industrial defense policy. But these efforts have been dwarfed by the resources that the United States and China are employing.

The bloc "is set to fall far behind its ambitious energy transition targets for renewable energy, clean technology capacity and domestic supply chain investments," the research firm Rystad Energy said in an analysis this week.

In Mr. Draghi's view, public and private investment in the European Union needs to rise by an additional half a trillion euros a year ($542 billion) on the digital and green transitions alone to keep pace.

Both his report and Mr. Letta's were ordered by the European Commission, the executive body of the European Union, to help guide policymakers when they meet in the fall to draw up the bloc's next five-year strategic plan.

There is still a sizable contingent in Europe — and elsewhere — that prefers open markets and is suspicious of government interventions. But many of Europe's top officials, political mandarins and business leaders are increasingly talking about the need for more aggressive collective action.

Without pooling public financing and creating a single capital market, they argue, Europe will not be able to make the kind of investments in defense, energy, supercomputing and more that are required to compete effectively.

And without consolidating smaller companies, it cannot match the economies of scale available to mammoth foreign firms that are better positioned to gulp up market share and profits.

Europe, for example, has at least 34 major mobile networks, Mr. Draghi said, whereas China has four and the United States three.

Mr. Letta said he experienced firsthand Europe's peculiar competitive deficiencies when he spent six months visiting 65 European cities to research his report. It was impossible to travel "by high-speed train between European capitals," he said. "This is a profound contradiction, emblematic of the problems of the Single Market."

The proposed solutions, though, can rub against the political grain. Many leaders and voters across the continent are profoundly concerned about jobs, living standards and purchasing power.

But they are wary of giving Brussels more control and financial muscle. And they are often reluctant to watch national brands merged with rivals or familiar business practices and administrative rules disappear. Creating a new morass of red tape is another worry.

Angry farmers in France and Belgium blocked roadways and dumped truckloads of manure this year to protest the proliferation of E.U. environmental regulations that rule their use of pesticides and fertilizers, planting schedules, zoning and much more.

Blaming Brussels is also a convenient tactic for far-right political parties looking to exploit economic anxieties. The anti-immigrant National Rally party in France has called the European Union the "enemy of the people."

At the moment, polls are showing that right-wing parties are expected to win more seats in the European Parliament, leaving the legislative body even more fractured.

On the national level, government leaders can be protective of their prerogatives. For the past decade, the European Union has tried to create a single capital market to make it easier to invest across borders.

But many smaller nations, including Ireland, Romania and Sweden, have opposed ceding power to Brussels or changing their laws, worried about putting their national financial industries at a disadvantage.

Civil society organizations are also concerned about the concentration of power. Last month, 13 groups in Europe wrote an open letter warning that greater market consolidation would harm consumers, workers and small businesses and give corporate giants too much influence, causing prices to rise. And they worry that other economic, social and environmental priorities would be sidelined.

For more than a decade, Europe has been falling behind on several measures of competitiveness, including capital investments, research and development, and productivity growth. But it is a world leader in reducing emissions, limiting income inequality and expanding social mobility, according to McKinsey.

And some of the economic disparities with the United States are a result of choice. Half the gap in per-capita gross domestic product between Europe and the United States is a result of Europeans' opting to work fewer hours, on average, over a lifetime.

Such choices may be a luxury Europeans no longer have if they want to maintain their standards of living, others warn. Policies governing energy, markets and banking are too disparate, said Simone Tagliapietra, a senior fellow at Bruegel, a research organization in Brussels.

"If we continue to have 27 markets that are not well integrated," he said, "we cannot be competing with the Chinese or the Americans."


FREDERICK FLORIN/AGENCE FRANCE-PRESSE — GETTY IMAGES
Train assembly in France. A former leader of Italy criticized the lack of high-speed rail between European capitals.


JAMES HILL FOR THE NEW YORK TIMES
Cargo on the Seine in France. Europe has been losing ground on several gauges of competitiveness for over a decade.


KAI PFAFFENBACH/REUTERS
Mario Draghi, ex-president of the European Central Bank, and his successor, Christine Lagarde. He is overseeing a study of Europe's competitiveness.

## *Europe Likely to Beat U.S. In Cutting Interest Rates*

By ESHE NELSON

LONDON — European Central Bank officials are expected to cut interest rates this week for the first time in more than five years, drawing a line under the worst of the eurozone's inflation crisis and easing the pressure on the region's weak economy.

But as policymakers in the eurozone move ahead, they leave behind their counterparts at the U.S. Federal Reserve, who are grappling with a seemingly more persistent inflation problem and warning that it will take longer to cut rates there.

Reducing interest rates in Europe before the United States does would create a gap between the policies of two of the world's largest and most influential central banks. A move by the E.C.B. to ease its policy could weaken the euro, while higher interest rates in the United States would continue to tighten financial conditions there and in other countries because of the global role of the dollar.

Some analysts have questioned how far the E.C.B. can split from the Federal Reserve, while others say a divergence is not unusual and reflects two different economic situations.

"We are coming from more than a yearlong stagnation" in Europe with signs that disinflation is on track, said Mariano Cena, an economist at Barclays. "This is a very low starting point for an economy."

By contrast, the U.S. economy has been booming over the past few quarters.

"There has already been divergence in the economies," he said. "So if there is divergence in policy, it's because it follows the different trajectories of the economies."

Although the E.C.B. has stressed that it does not act based simply on what the Fed does, policymakers acknowledge that they cannot ignore the influence the Fed has on financial conditions and exchange rates all over the world.

"Monetary policy operates in a global context," said Frederik Ducrozet, head of macroeconomic research at Pictet Wealth Management. "If the global context changes because of the U.S., because of China, because of tariffs of whatever, then the E.C.B. has to take that into account."

The E.C.B. has strongly telegraphed its intention to reduce its key interest rate this Thursday, bringing it to 3.75 percent from 4 percent, the highest in the central bank's history and where it has been since September. Inflation is predicted to sustainably return to the bank's 2 percent target next year as the shock of high energy prices after Russia's invasion of Ukraine fades.

The bloc's inflation rate was 2.6 percent in May, slightly higher than the previous month, but it has slowed significantly from its peak, above 10 percent, in late 2022.

The eurozone economy is still reeling from the effects of the high interest rates that were put in place to combat high inflation. It grew a mere 0.3 percent in the first quarter of the year after five quarters of stagnation, the manufacturing sector is contracting, and there has been a substantial decline in demand for loans to expand businesses and buy homes.

But in the United States, Fed officials are finding it harder to tame the economy, where inflation has been driven by strong demand. The Consumer Price Index climbed 3.4 percent in April from a year earlier.

"What both regions have in common is that there is uncertainty" about the inflation outlook, Mr. Ducrozet said. But, he added, "the divergence case is still very strong."

The E.C.B. and the Fed have diverged in the past, such as in the years before and after the 2008 financial crisis. In 2014, as Europe struggled with deflation and the region's sovereign debt crisis, the gap grew for another five years as the E.C.B. introduced negative interest rates and a large bond-buying program.

This time, the divergence is expected to last only as long as it takes the Fed to start cutting rates. The two central banks are not expected to move in opposite directions, especially after a measure of U.S. inflation in April provided some welcome signals of modest cooling in prices and consumer spending.

That would quell one of the biggest concerns investors have about the E.C.B.'s moving ahead of the Fed: that the euro could weaken against the U.S. dollar and the region would import inflation through its exchange rate. If the

---

### 3.75%

Interest rate the European Central Bank has telegraphed it is likely to set this week, reducing it from 4 percent, the highest in the bank's history.

---

### 2.6%

The eurozone's inflation rate in May, down from a peak of more than 10 percent in late 2022.

---

E.C.B. delivers what traders anticipate, the exchange rate should not move much, Mr. Cena said.

The E.C.B. is expected to deliver only a few rate cuts this year, just a quarter-point reduction once a quarter, which would still restrict the economy. There's justification for the cautious approach: Inflation in the eurozone's services sector, a stubborn category heavily influenced by wages, accelerated to 4.1 percent in May, from 3.7 percent the previous month.

"That is something that raised eyebrows," said Jumana Saleheen, chief European economist at Vanguard.

Services inflation is not showing much sign of slowing. "It's worrying but not alarming," said Ms. Saleheen, who added that the other components of inflation, such as food and goods, had slowed substantially. She expects the E.C.B. to cut rates three times this year.

"In general, it's good news," she said. "In Europe, the worst is over: We've ended stagnation, and we're now moving to a period where we can return to trend growth."

Still, analysts say there are limits to how far the E.C.B. could go without the Fed.

"The longer you postpone Fed cuts, the more difficult it can be eventually for the E.C.B.," Mr. Ducrozet said, adding that the situation would become harder "if the Fed doesn't cut at all or — worse — if they start to be really concerned that the election will lead to another inflationary wave of pressure."

[Classified advertisements, UCC Public Sale Notice, Online Auction by Oswego County, Commercial Real Estate listings, and U.S. Bankruptcy Court notice for Express, Inc. et al., Case No. 24-10831 (KBO), regarding filing of proofs of claim — appear at bottom of page.]