# EXHIBIT A

# CORRECTED SCHEDULE 2 TO MURLEY DECLARATION

52435167.4

## SCHEDULE 2

### Disclosure of Saul Ewing

Saul Ewing LLP ("Saul Ewing"), which maintains offices for the practice of law at 1201 N. Market Street, Suite 2300, Wilmington, DE 19801, as well as in Philadelphia, Pittsburgh, Harrisburg, and Chesterbrook, Pennsylvania; Newark and Princeton, New Jersey; New York, New York; Baltimore, Maryland; Boston, Massachusetts; Chicago, Illinois; Minneapolis, Minnesota; Fort Lauderdale, Miami, and West Palm Beach, Florida; Los Angeles and Orange County, California; and Washington, D.C., employs approximately 450 attorneys and has a large and diversified legal practice which encompasses the representation of many businesses, financial institutions, individuals, and other creditors. As part of its diverse practice, Saul Ewing appears in numerous cases, proceedings, and transactions involving many different professionals, including other attorneys, accountants, financial consultants, and investment bankers. Based on Saul Ewing's current knowledge of the professionals, lenders, creditors, equity holders, and other significant parties in interest involved in this case, Saul Ewing makes the following disclosures:

1. **Current Representations Wholly Unrelated to the Debtors:** Saul Ewing currently represents the following parties, who are or may be creditors and/or parties-in-interest in the Debtors' chapter 11 cases, in matters wholly unrelated to the Debtors: Ace Group; AIPSO; Algonquin I, LLC; Allied Administrator; Alorica Inc.; American Zurich Insurance Company; Aperture Credentialing, Inc.; Ashley Real Estate; Baltimore County, Maryland; Benjamin Moore & Co.; Bridge Group Investments, LLC; Brooklyn Kings Plaza; CBL Real Estate, LLC; Centennial Real Estate; Chubb USA; Chubb; Citi Real Estate Funding Inc.; City National Bank of Florida; City of Lancaster; City of Los Angeles; City of Newark, Delaware; City of Oakland; City of Salisbury, Maryland; Crossgates Mall General Company Newco LLC; CVS Caremark; CVS

Health; CVS; Delta Dental of California; Delta Dental of Pennsylvania; EKLECCO Newco LLC; Ellicott Dredges, LLC; Energix US LLC; Facebook; Federal Insurance Company; Fifth Third Bank, N.A.; Florida Power & Light Company; Gulf Power Economic Development Fund; Helzberg Diamond Shops, Inc.; Jefferies LLC; Los Angeles Department of Water & Power; Mainplace Shoppingtown; Mall at Cottonwood; Markel; Mershops Market SQ Office LLC; Mesa West Capital, LLC; Meta Platforms, Inc.; Microsoft Corporation; Morgan Stanley Real Estate Investing; Morgan Stanley Renewables; MS Management LLC; Netjets; Nextera Energy Resource; Northern Trust Bank; Northern Trust Bank; Northern Trust Company; Popular Associate Banking; Port of Oakland; Pyramid Management Group, LLC; RBC Capital; Securian Financial Group; Securian Insurance; St. Paul Fire & Marine; Staples, Inc.; Steadfast Insurance Company; The Inspiration Co.; The Macerich Company; Travelers Casualty and Surety Company of America; Travelers; University of Maryland, Baltimore County; Vanguard Renewables; Visionworks of America, Inc.; Zurich American Insurance Company; and Zurich North America.

    **2.**    **Past Representations Wholly Unrelated to the Debtors:** Saul Ewing previously represented the following parties, who are or may be creditors and/or parties-in-interest in the Debtors' chapter 11 cases, in matters wholly unrelated to the Debtors: BlackRock Advisors; City of Philadelphia; BlackRock Global Renewable Power Fund; BNSF Railway Company; Experian Information Solutions, Inc.; GM Leader Corporation, d/b/a Providence Place Senior Living; Colonial Insurance Company; Wells Fargo Bank, NA.

    **3.**    **Other Disclosures** Saul Ewing routinely represents parties in interest in chapter 11 bankruptcy cases and is involved in, or has been involved in cases involving the Office of the United States Trustee for Region 3, both in the District of Delaware and in the Districts of Pennsylvania and New Jersey. Additionally, in unrelated matters, Saul Ewing works with firms

and attorneys that are or could possibly represent parties in interest in this case, including attorneys for the Debtors.