SUZANNE C. BERMUDEZ, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243
Telephone: (442) 265-1270
Fax: (442) 265-1272

*Creditor: County of Imperial Treasurer-Tax Collector*

RECEIVED
2024 JUN 11 AM 10: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC.<br><br>Debtor. | Case No. 24-10831-(KBO)<br><br>Chapter 11<br><br>REQUEST FOR SPECIAL NOTICE BY COUNTY OF IMPERIAL<br>(No Hearing Required) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Imperial Treasurer-Tax Collector hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following address:

IMPERIAL COUNTY
TREASURER-TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243

DATE: June 6, 2024          BY: /s/ Flora Oropeza
                                FLORA OROPEZA
                                Deputy Treasurer-Tax Collector

SUZANNE C. BERMUDEZ, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243
Telephone: (442) 265-1270
Fax: (442) 265-1272

*Creditor: County of Imperial Treasurer-Tax Collector*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 24-10831-(KBO) |
| EXPRESS, INC. | Chapter 11 |
| Debtor. | PROOF OF SERVICE BY MAIL BY COUNTY OF IMPERIAL (Jointly Administered) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

I am a citizen of the United States and am employed by the County of Imperial. I am over the age of eighteen years and not a party to the within action; my business address is 940 West Main Street, Suite 106, El Centro, CA 92243.

On **June 6, 2024**, I served the within **REQUEST FOR SPECIAL NOTICE** on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Centro, California addressed to those parties on the attached sheet.

(X) BY REGULAR MAIL: I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at El Centro, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, **MARIA T. FONSECA**, declare under penalty of perjury and the laws of the United States of America that I am employed in the office of the Treasurer-Tax Collector, a creditor in the matter, at whose direction the service was made. **Executed on the 6th day of June 2024.**

IMPERIAL COUNTY TREASURER-TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243

BY: _____
MARIA T. FONSECA
Treasurer-Tax Collector Accountant

## MAILING LIST CASE NO. 24-10831-(KBO)
### (Jointly Administered)

EXPRESS, INC
ONE EXPRESS DRIVE
COLUMBUS, OH 43230

DOMENIC E. PACITTI
KLEHR HARRISON HARVEY BRANZBURG LLP
919 MARKET STREET SUITE 1000
WILMINGTON, DE 19801

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK'S OFFICE
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801