IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 29, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on City of Phoenix, Finance Dept at PO Box 2005, Phoenix, AZ 85001-2005:

- **Final Order Authorizing the Payment of Certain Taxes and Fees** (Docket No. 231)

Furthermore, on or before June 3, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)

- **Notice of Chapter 11 Bankruptcy Cases (**Docket No. 127)

- **Express Employee Cover Notice** (attached hereto as **Exhibit B**)

Furthermore, on or before June 4, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)

- **Notice of Chapter 11 Bankruptcy Cases (**Docket No. 127)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on June 4, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Citizens National Bank Building, LLC, c/o Unico Properties LLC, Attn: Senior Vice President / CFO at 1326 5th Ave, Ste 800, Seattle, WA 98101-2627, pursuant to USPS forwarding instructions:

- **Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 271)

Dated: June 11, 2024



Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 11th day of June, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Address |
|---|---|
| Bergl,Kolin | Address Redacted |
| Holmes,Sierra | Address Redacted |
| Konster,Shemaiah | Address Redacted |
| Lai,Christine | Address Redacted |
| Luna,Fregil Mae | Address Redacted |
| Rodriguez,Gustavo | Address Redacted |
| Saavedra,Marcos | Address Redacted |
| Swaim,Heide | Address Redacted |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **<u>Exhibit B</u>**



April 25, 2024

Team,

As you know, Express is positioning itself for the future by taking steps that will strengthen the Company's financial position and enable us to continue advancing our business initiatives. To facilitate our sale process, Express has filed voluntary Chapter 11 petitions. As we move through the court-supervised process, you will occasionally receive legal notices in the mail. These materials are a usual part of the process and are design to keep you and our other stakeholders informed.

Enclosed you will find what is known as a "Notice of Commencement," which is required by the court to be mailed in connection with the beginning of the Chapter 11 proceedings.

Here are the important things to keep in mind:

- This notice has no impact on your employment, compensation or benefits.

- You are not required to take any action with respect to this notice.

- This notice is being sent to many of our stakeholders, including current and former employees, suppliers, partners, certain customers and others who have interacted with Express and our brands over the past few years.

- The notice contains certain details of the proceedings, such as the case number of the filing, along with other relevant information.

We will continue to provide updates of any key milestones as we move through this process.

We appreciate your continued hard work and dedication on behalf of Express.

Best,

*Stewart Glendinning*

Stewart Glendinning
Chief Executive Officer

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Aguiar,Aaliyah Lilinoe | | Address Redacted | | | |
| Andrews,Dahveon Quincy | | Address Redacted | | | |
| Barriero,Lauren Kathleen | | Address Redacted | | | |
| Bates,Brooke A | | Address Redacted | | | |
| Brown,Zakiya | | Address Redacted | | | |
| Caldwell,Joi Lanyce | | Address Redacted | | | |
| Camacho,Jesus Roman | | Address Redacted | | | |
| Causey,Sanaya | | Address Redacted | | | |
| Collins,Elizabeth Cordelia | | Address Redacted | | | |
| Cox,Aaron | | Address Redacted | | | |
| Crump,Hailey | | Address Redacted | | | |
| Foster,Melissa | | Address Redacted | | | |
| Garcia,Rosemary | | Address Redacted | | | |
| Givens,Carmecia | | Address Redacted | | | |
| Godoy,Ethan A | | Address Redacted | | | |
| Hancock,Aniyah | | Address Redacted | | | |
| Higbie,Morgan | | Address Redacted | | | |
| Houser,Alex Jean | | Address Redacted | | | |
| Jones,Caleb | | Address Redacted | | | |
| Katrevich,Irina | | Address Redacted | | | |
| Koroma,Marie Leah | | Address Redacted | | | |
| Langford,Samara T | | Address Redacted | | | |
| Lira,Leslie | | Address Redacted | | | |
| Mcclellan,Marnia Lily | | Address Redacted | | | |
| Mcdonald,Mykala | | Address Redacted | | | |
| Montemayor,Vincent D | | Address Redacted | | | |
| Moynihan,Jeffery Chadwick | | Address Redacted | | | |
| Nguyen,Alvin N. | | Address Redacted | | | |
| Ogunsanya,Ladonna | | Address Redacted | | | |
| Pawelko,Matthew John | | Address Redacted | | | |
| Penner,Hannah Elizabeth | | Address Redacted | | | |
| Pierce,Katelyn M | | Address Redacted | | | |
| Reimer,Nicole | | Address Redacted | | | |
| Rodreguez,Taylor | | Address Redacted | | | |
| Rodriguez,Kenneth Stephen | | Address Redacted | | | |
| Roman,Ivan | | Address Redacted | | | |
| Salazar,Taylor Dany | | Address Redacted | | | |
| Sanderson,Savannah | | Address Redacted | | | |
| Shonka,Riley | | Address Redacted | | | |
| Stogsdill,Madisyn Taylor | | Address Redacted | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 2



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Summey,Kaley | | Address Redacted | | | |
| Sumpter,Fatimah Bashira | | Address Redacted | | | |
| Taylor,Anijah | | Address Redacted | | | |
| Williams,Natasha | | Address Redacted | | | |
| W-LD Legends Owner VII, L.L.C. | c/o Kkr Legends L.L.C. Red Legacy Asset Management c/o Heather Trower | 4400 College Blvd Ste 180 | Leawood | KS | 66211-2326 |
| Wright,Latisha L | | Address Redacted | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 2