**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICE**
**AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 9010(b) and 2002(g) and (i), the undersigned hereby appears on behalf of The Shops at NorthCreek LLC ("Creditor") and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the following address:

Bradford E. Dempsey (Colo. Bar #30160)
Brad Dempsey Law LLC
14143 Denver West Parkway, Suite 100
Golden, CO 80401
303.500.3412
303.400.9867
brad@dempseycounsel.com

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  June 12, 2024

/s/ *Bradford E. Dempsey*
Bradford E. Dempsey
Brad Dempsey Law LLC
14143 Denver West Parkway, Suite 100
Golden, CO 80401
Phone: 303.500.3412 Fax: 303.400.9867
brad@dempseycounsel.com
*Attorneys for The Shops at NorthCreek LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS** was served electronically via the court's ECF noticing system on all parties registered to receive notice, and that I caused a true and correct copy of the foregoing to be served via first class U.S. Mail upon the following:

Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
Alyssa M. Radovanovich, Esq.
**KLEHR HARRISON HARVEY BRANZBURG LLP**
19 N Market St, Suite 1000
Wilmington, DE 19801

Morton R. Branzburg, Esq.
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market St, Suite 1400
Philadelphia, PA 19103

Charles B. Sterrett, Esq.
**KIRKLAND & ELLIS LLP**
300 N LaSalle St
Chicago, IL 60654

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima, Esq.
**KIRKLAND & ELLIS LLP**
601 Lexington Ave
New York , NY 10022

Andrew R. Vara, Trustee
**Office of the U.S. Trustee**
**UNITED STATES DEPARTMENT OF JUSTICE**
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801

    *s/ Bradford E. Dempsey*