## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 41, 427** |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that on June 6, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order *(I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief* [Docket No. 427] (the "Bidding Procedures Order"),[2] approving procedures to govern the marketing and sale of substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order, among other things, (i) set a Bid Deadline of June 11, 2024 at 4:00 p.m. prevailing Eastern Time, (ii) authorized the Debtors to conduct an Auction, if any, on June 12, 2024, (iii) set a deadline to object to the Sale Transaction and Notice of the Successful Bidder of June 13, 2024 at 4:00 p.m. prevailing Eastern Time, and (iv) scheduled a Sale Hearing to consider the authorization of such sales to be held on June 14, 2024 at 9:30 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that, on May 24, 2024, in accordance with the Bidding Procedures Order, the Debtors filed the *Notice of Selection of Stalking Horse Bidder* [Docket No. 305] pursuant to which the Debtors selected Phoenix Retail, LLC (the "JV Purchaser") as the Stalking Horse Bidder for the Acquired Assets and Assumed Liabilities (as defined in the Stalking Horse APA).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]     Capitalized terms used but not defined herein have the meaning given to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2024, the Debtors filed the *Revised Notice of Selection of Stalking Horse Bidder* [Docket No. 414].

**PLEASE TAKE FURTHER NOTICE** that, the Debtors, in consultation with Consultation Parties have, in a reasonable exercise of their business judgment, selected the JV Purchaser as the Successful Bidder as to the Acquired Assets and Assumed Liabilities (as defined in the Stalking Horse APA).  The Stalking Horse APA is attached as <u>Exhibit A</u> to the *Revised Notice of Selection of Stalking Horse Bidder* [Docket No. 414].

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale Transaction at the Sale Hearing on **June 14, 2024, at 9:30 a.m. (prevailing Eastern Time)** (the "<u>Sale Hearing</u>"), before the Honorable Karen B. Owens, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, or such other date as may be scheduled by the Debtors or determined by the Court.

Dated: June 12, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti

KLEHR HARRISON HARVEY
BRANZBURG LLP
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:    (215) 568-6603
Email:        mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*