**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) **Chapter 11** |
| | ) |
| | ) **Case No. 24-10831 (KBO)** |
| **EXPRESS, INC. et. al.,** | ) |
| | ) **(Jointly Administered)** |
| Debtors. | ) |
| | ) **Hearing: June 14, 2024 at 9:30 AM** |
| | ) **Objection Date: June 13, 2024** |
| | ) |
| | ) **Docket Nos. 41 and 414** |
| | ) |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, hereby certify that on June 13, 2024, I served a copy of *Oracle's*

*Reservation Of Rights Regarding Debtors' Sale Motion* on the parties listed on the attached Service

List via electronic mail, where available.

 /s/ James E. Huggett
James E. Huggett (#3956)

**SERVICE LIST**

**BY ECF**

| | |
|---|---|
| Domenic E. Pacitti, Esq.<br>Michael W. Yurkewicz, Esq.<br>**Klehr Harrison Harvey Branzburg LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801 | Linda Casey, Esq.<br>Fang Bu, Esq.<br>**OFFICE OF US TRUSTEE**<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Luke Murley, Esq.<br>**Saul Ewing LLP**<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801 | |
| Morton R. Branzburg, Esq.<br>**Klehr Harrison Harvey Branzburg LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103 | Joshua A. Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Nicholas M. Adzima, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue,<br>New York, New York 10022 |
| Charles B. Sterrett, Esq.<br>**Kirkland & Ellis LLP**<br>333 West Wolf Point Plaza,<br>Chicago, Illinois 60654 | Adam Keil<br>Perry Hall<br>Cullen Murphy<br>Andrew Carlson<br>Michael Morris<br>**Moelis & Company LLC**<br>399 Park Avenue, 4th Floor<br>New York, NY 10022 |
| Adam Rogoff, Esq.<br>Nathaniel Allard, Esq.<br>**Kramer Levin Naftalis & Frankel LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036 | |