**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters their appearance as counsel for BDC Shay Retail LLC and White Flint Associates, LLC ("Creditors") and requests that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Christopher A Jones, Esq. | Richard W. Riley, Esq. |
| Whiteford Taylor & Preston LLP | Whiteford, Taylor & Preston LLC |
| 3190 Fairview Park Drive, Suite 800 | 600 North King Street, Suite 300 |
| Falls Church, Virginia 22042 | Wilmington, Delaware 19801 |
| Tel: (703) 280-9263 | Telephone: (302) 353-4144 |
| Email: cajones@Whitefordlaw.com | Facsimile: (302) 357-3261 |
| | Email: rriley@whitefordlaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of Creditors including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any cases, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution, heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Creditors expressly state otherwise, Creditors do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: June 13, 2024
Wilmington, Delaware

                     */s/ Richard W. Riley*
                     Richard W. Riley (DE No. 4052)
                     WHITEFORD, TAYLOR & PRESTON LLC
                     600 North King Street, Suite 300
                     Wilmington, Delaware 19801
                     Telephone: (302) 353-4144
                     Email: rriley@whitefordlaw.com

-and-

Christopher A Jones, Esq.
Whiteford Taylor & Preston LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-9263
Email: cajones@Whitefordlaw.com

*Counsel to BDC Shay Retail LLC and White Flint Associates, LLC*