**CERTIFICATE OF SERVICE**

        I, Richard W. Riley, do hereby certify that on the 13th day of June, 2024, I caused a copy of the foregoing **Notice of Appearance and Demand for Service of Notices and Papers** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

                                              */s/ Richard W. Riley*
                                              Richard W. Riley (DE No. 4052)