UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  
Chapter **11**

Case No. **24**-**10831** (**KBO**)

Debtor: **Express, Inc., et al.**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Amish R. Doshi, Esquire** to represent **Oracle America, Inc.** in this action.

/s/ James E. Hugget, Esq. (DE #3956)

Firm Name: Margolis Edelstein  
Address: 300 Delaware Ave., Ste. 800, Wilmington, DE 19801  
Phone: 302-888-1112  
Email: jhuggett@margolisedelstein.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **the State of New York** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Amish R. Doshi, Esq. (AD5995)

Firm Name: Doshi Legal Group, P.C.  
Address: 1979 Marcus Ave., Ste. 210E, Lake Success, NY 11042  
Phone: 516-622-2335  
Email: amish@doshilegal.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June 13th, 2024  
Wilmington, Delaware

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105