IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**REVISED NOTICE OF SELECTION OF STALKING HORSE BIDDER**

**PLEASE TAKE NOTICE** that on April 22, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief,* [Docket No. 41] (the "Bidding Procedures Motion").[2] The proposed bidding procedures (the "Proposed Bidding Procedures") were attached as Exhibit 1 to the Bidding Procedures Motion.

**PLEASE TAKE NOTICE** that on April 24, 2024, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used herein but not otherwise defined shall have meanings ascribed to them in the Bidding Procedures Motion, the proposed Bidding Procedures, or the Interim DIP Order, as applicable.

*Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 85] (the "Interim DIP Order"). The Interim DIP Order sets forth certain milestones related to the sale of all or substantially all of the Debtors' assets, or, in the alternative, the orderly liquidation of the Debtors' inventory and an exit from their retail store locations ("DIP Milestones"), including that the Debtors must sign a going-concern stalking horse asset purchase agreement (a "Stalking Horse APA") in accordance with the Interim DIP Order or DIP Credit Agreements by no later than May 22, 2024.

**PLEASE TAKE FURTHER NOTICE** that on May 22, 2024, pursuant to and in accordance with the Proposed Bidding Procedures, the Interim DIP Order, and DIP Credit Agreements, and the DIP Milestones thereunder, the Debtors, specifically, Express Inc. and certain of its subsidiaries, have executed the Stalking Horse APA with Phoenix Retail, LLC (the "JV Purchaser"), a consortium to consist of PHXWHP, LLC, an affiliate of EXPWHP, LLC and affiliates of certain of the Debtors' landlords, specifically, SPG Fashion Retail, LLC and BPR Acquisitions LLC, and have selected the JV Purchaser to act as the stalking horse bidder (the "Stalking Horse Bidder") for the Debtors' business operations (as part of the Acquired Assets and Assumed Liabilities under the Stalking Horse APA (each as defined in the Stalking Horse APA)).

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Notice of Selection of Stalking Horse Bidder* [Docket No. 305] (the "Original Notice") on May 24, 2024. On May 30, 2024, the Debtors filed the *Notice of Revised Proposed Order with Respect to Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling*

*Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief* [Docket No. 319] as further revised on June 4, 2024 [Docket No. 394].

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Revised Notice of Selection of Stalking Horse Bidder* [Docket No. 414] (the "Revised Notice") on June 5, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on June 6, 2024, the Court approved the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 419].

**PLEASE TAKE FURTHER NOTICE** that, on June 6, 2024, the Court approved the *Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief* [Docket No. 427].

**PLEASE TAKE FURTHER NOTICE** that, on June 13, 2024, the Debtors filed the *Notice of Assumption of Certain Executory Contracts And/Or Unexpired Leases* [Docket Nos. 446 – 452].

**PLEASE TAKE FURTHER NOTICE** that the current version of the Stalking Horse APA, with all currently available exhibits, schedules, and attachments thereto, is attached hereto as **Exhibit A** and a form of sale order to approve the Stalking Horse APA (the "Form of Sale Order") is attached hereto as **Exhibit B**. A redline to the Stalking Horse APA filed with the Revised Notice is attached hereto as **Exhibit C**. A redline of the Form of Sale Order against the version filed with the Revised Notice is attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that the proposed Purchase Price shall include consideration in an amount calculated according to Section 2.1 of the Stalking Horse APA, which includes $136 million in cash consideration and $38 million of assumed liabilities.

**PLEASE TAKE FURTHER NOTICE** that the Stalking Horse APA provides for, among other things, (a) a Break-Up fee equal to 1.5% of the Acquired Merchandise Amount (as defined in the APA), which amounts to approximately $2.89 million and (b) an Expense Reimbursement provision for reasonable and documented out-of-pocket costs and expenses (including fees and expenses of counsel) incurred by the JV Purchaser and the WHP Global Purchaser in connection with the negotiation, diligence, execution, performance and enforcement of the Stalking Horse APA, up to the amount of 4.5% of the Acquired Merchandise Amount, which amounts to approximately $8.67 million (the "Bid Protections").

**PLEASE TAKE FURTHER NOTICE** that the JV Purchaser consortium is comprised of (i) WHP Global, which is the direct parent of EXPWHP, LLC, the majority owner of the intellectual property of both Express and Bonobos following the series of transactions in 2023 where WHP Global acquired a 60% ownership interest in the intellectual property joint venture,

EXP Topco, LLC;[3] and (ii) two affiliated entities of the Debtors' most material landlords, Simon Property Group, L.P. and BPR Acquisitions LLC.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Stalking Horse Bidder reserve all of their rights to amend, modify, change, revise or otherwise alter in any respect the Stalking Horse APA and the Sale Order in accordance with the terms of the Stalking Horse APA and the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/express/. You may also obtain copies of any filed documents by visiting the Court's website at https://courts.delaware.gov/chancery/ in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

---

[3] A detailed description of the Debtors' IP joint venture entity is set forth in the First Day Declaration.

Dated: June 13, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti
| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Michael W. Yurkewicz (DE Bar No. 4165) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | Nicholas M. Adzima (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 601 Lexington Avenue |
| Telephone: (302) 426-1189 | New York, New York 10022 |
| Facsimile: (302) 426-9193 | Telephone: (212) 446-4800 |
| Email: dpacitti@klehr.com | Facsimile: (212) 446-4900 |
| myurkewicz@klehr.com | Email: joshua.sussberg@kirkland.com |
| aradvanovich@klehr.com | emily.geier@kirkland.com |
| | nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone: (215) 569-3007 | Telephone: (312) 862-2000 |
| Facsimile: (215) 568-6603 | Facsimile: (312) 862-2200 |
| Email: mbranzburg@klehr.com | Email: charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |