## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the address of Pashman Stein Walder Hayden, P.C., counsel to Domain Northside Retail Property Owner LP, has changed as follows:

> **PASHMAN STEIN WALDER HAYDEN, P.C.**
> Joseph C. Barsalona II, Esq. (No. 6102)
> 824 North Market Street, Suite 800
> Wilmington, DE 19801
> Telephone: (302) 592-6497
> Email:  jbarsalona@pashmanstein.com

**PLEASE TAKE FURTHER NOTICE** that copies of any and all notices and papers filed or entered in this cases pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware be given to and served upon counsel at the address set forth above.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Dated: June 14, 2024

**PASHMAN STEIN WALDER
HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II, Esq. (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Domain Northside Retail Property Owner
LP*

<u>**CERTIFICATE OF SERVICE**</u>

I, Joseph C. Barsalona II, hereby certify that on June 14, 2024, I caused a copy of the foregoing *NOTICE OF CHANGE OF ADDRESS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

<u>*/s/ Joseph C. Barsalona II*</u>
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Domain Northside Retail Property Owner LP*