## **Exhibit A**

**Asset Purchase Agreement Filed at Docket No. 460**