# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 234** |

## NOTICE OF FILING OF ADDITIONAL STORE CLOSING LIST

**PLEASE TAKE NOTICE** that on May 15, 2024, the Court entered the *Final Order (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief* [Docket No. 234] (the "Final Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, the Debtors hereby file the Additional Closing Store List attached hereto as **Schedule 1** (the "Additional Closing Store List").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief* [Docket No. 14].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order and by this written notice (this "Store Closing Notice"), the Debtors hereby notify you of the Debtors' intent to conduct the Sales at the Store or Stores included on the Additional Closing Store List.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the application of the Final Order to the Additional Closing Store must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is *actually received* no later than seven (7) days after the date that the Debtors served this Store Closing Notice by following parties: (a) the Debtors, One Express Drive, Columbus, Ohio 43230, Attn.: Laurel Krueger; (b) counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C. and Nicholas M. Adzima, (ii) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn.: Charles B. Sterrett, (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn.: Domenic E. Pacitti, Michael W. Yurkewicz, and Alyssa M. Radovanovich, and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn: Morton R. Branzburg; (c) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: John Schanne; (d) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Goldberg Kohn Ltd., 55 E. Monroe Street, Suite 3300, Chicago, Illinois 60603, Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, and Eva D. Gadzheva and (ii) Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: John H. Knight, Paul N. Heath, and Alexander R. Steiger; (e) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Ropes and Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606,

Attn: Stephen L. Iacovo and (ii) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware, 19801, Attn: Mark L. Desgrosseilliers; and (f) proposed counsel to the Committee, (i) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff, Robert Schmidt, and Nathaniel Allard and (ii) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801, Attn: Luke Murley (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors are authorized to proceed with conducting the Sales at the Store or Stores included on the Additional Closing Store List in accordance with the Final Order, the Sale Guidelines, and the Consulting Agreement, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the application of the Final Order to the Store or Stores included on the Additional Closing Store List is timely filed and not resolved, the application of the Final Order to such Store or Stores will be considered by the Court at the next regularly scheduled omnibus hearing, subject to the rights of any party to seek relief on an emergency basis on shortened notice, to the extent necessary.

Dated: June 15, 2024 Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Domenic E. Pacitti (DE Bar No. 3989) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Michael W. Yurkewicz (DE Bar No. 4165) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | Nicholas M. Adzima (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 601 Lexington Avenue |
| Telephone:  (302) 426-1189 | New York, New York 10022 |
| Facsimile:  (302) 426-9193 | Telephone:  (212) 446-4800 |
| Email:  dpacitti@klehr.com | Facsimile:  (212) 446-4900 |
|   myurkewicz@klehr.com | Email:  joshua.sussberg@kirkland.com |
|   aradvanovich@klehr.com |   emily.geier@kirkland.com |
|  |   nicholas.adzima@kirkland.com |

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:   (215) 568-6603
Email:   mbranzburg@klehr.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   charles.sterrett@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**Schedule 1**

**Additional Closing Store List**

| Store Number | Store Address | Store Name |
|---|---|---|
| 76 | 3700 Rivertown Pkwy Grandville 49418 | RIVERTOWN CROSSINGS |
| 150 | 427 Oakbrook Center Oak Brook 60523 | OAKBROOK |
| 235 | 3101 PGA Blvd. Palm Beach Gardens 33410 | GARDENS, THE |
| 468 | 7101 Democracy Blvd. Bethesda 20817 | MONTGOMERY |
| 504 | 7979 Pittsford-Victor Rd Victor 14564-1016 | EASTVIEW |
| 536 | 565 Brandon Town Ctr Mall Brandon 33511 | BRANDON TOWN CENTER |
| 712 | 6847 Springfield Mall Springfield 22150 | SPRINGFIELD TOWN CENTER |
| 954 | 4236 Summit Plaza Drive Louisville 40241 | PADDOCK SHOPS |
| 958 | 4200 Conroy Rd Orlando 32839 | MALL AT MILLENIA, THE |
| 980 | 90-15 Queens Blvd. Elmhurst 11373 | QUEENS |
| 1728 | 6699 North Landmark Dr Park City 84098 | PARK CITY OUTLETS |
| 1759 | 800 Brevard Rd Asheville 28806 | ASHEVILLE OUTLETS |
| 1830 | 101 S. Pine Ave Long Beach 90802 | THE PIKE OUTLETS |
| 1885 | 3500 East-West Hwy Hyattsville 20782 | MALL AT PRINCE GEORGES |
| 1901 | 358 B Broadway Mall Hicksville 11801 | BROADWAY COMMONS |
| 2012 | 4126 Legendary Dr. Destin 32541 | DESTIN COMMONS |
| 2065 | 200 Baychester Avenue Bronx 10475 | MALL AT BAY PLAZA |