**EXHIBIT A**

| Property | Location |
| --- | --- |
| Brookfield Square | Brookfield, WI |
| Coastal Grand Mall | Myrtle Beach, SC |
| CoolSprings Galleria | Franklin, TN |
| Cross Creek Mall | Fayetteville, NC |
| East Towne Mall | Madison, WI |
| Fayette Mall | Lexington, KY |
| Friendly Center | Greensboro, NC |
| Hamilton Place Mall | Chattanooga, TN |
| Hanes Mall | Winston-Salem. NC |
| Mall Del Norte | Laredo, TX |
| Northwoods Mall | North Charleston, SC |
| Oak Park Mall | Overland Park, KS |
| Parkway Place | Huntsville, AL |
| Pearland Town Center | Pearland, TX |
| St. Clair Square | Fairview Heights, IL |
| Sunrise Mall | Brownsville, TX |
| Valley View Mall | Roanoke, VA |
| West Towne Mall | Madison, WI |
| Cherryvale Mall | Rockford, IL |
| Imperial Valley Mall | El Centro, CA |
| Parkdale Mall | Beaumont, TX |
| Post Oak Mall | College Station, TX |
| Westmoreland Mall | Greensburg, PA |