## CERTIFICATE OF SERVICE

Garvan F. McDaniel hereby certifies that on this, the 17th day of June, 2024, a true and correct copy of the *Reservation of Rights and Limited Objection of CBL & Associates Management, Inc. to Debtors' Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* was served upon the following parties by the following means:

***Via Electronic Mail***:

Express, Inc.
One Express Drive
Columbus, Ohio 43230
Attn.: Laurel Krueger (lakrueger@express.com)

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Joshua A. Sussberg, P.C. (josh.sussberg@kirkland.com)
Emily E. Geier, P.C. (emily.geier@kirkland.com)
Nicholas M. Adzima(nicholas.adzima@kirkland.com)

Kirkland & Ellis, LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Attn.: Charles B. Sterrett
(charles.sterrett@kirkland.com)

Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Attn.: Domenic E. Pacitti (dpacitti@klehr.com)
Michael W. Yurkewicz (myurkewicz@klehr.com),
Alyssa M. Radovanovich (aradvanovich@klehr.com)

Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Attn.: Morton R. Branzburg (mbranzburg@klehr.com)

U.S. Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: John Schanne (john.schanne@usdoj.gov)

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
John H. Knight
Paul N. Heath
Alexander R. Steiger
knight@rlf.com
heath@rlf.com
steiger@rlf.com

Goldberg Kohn LTD
Randall L. Klein
Dimitri G. Karcazes
Eva D. Gadzheva
55 East Monroe, Suite 3300
Chicago, Illinois 60603
randall.klein@goldbergkohn.com
dimitri.karcazes@goldbergkohn.com
eva.gadzheva@goldbergkohn.com

**And all other parties receiving ECF e-notice.**

                                           */s/ Garvan F. McDaniel*
                                           Garvan F. McDaniel (#4167)