**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 269** |

**NOTICE OF REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON SCHEDULE 2 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on May 17, 2024 the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors"), approving procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [Docket No. 269] (the "Procedures Order") attached hereto as **Schedule 1**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 2** attached hereto is hereby rejected effective as of the date (the "Rejection Date") set forth in **Schedule 2**, or

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]   Capitalized terms used and not otherwise defined herein have the meanings given to them in the Motion.

such other date as the Debtors and the counterparty or counterparties to any such Contract agree. If any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over the key, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts or the abandonment of any personal property remaining in the premises of any unexpired lease of non-residential real property, must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases no later than ten (10) days after the date that the Debtors served this Notice and promptly serve such objection on the following parties:  (a) the Debtors, Express, Inc., One Express Drive, Columbus, Ohio 43230, Attn.: Mark Still; (b) counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C. and Nicholas M. Adzima, (ii) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois, 60654, Attn.: Charles B. Sterrett; (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn.: Domenic E. Pacitti, Michael W. Yurkewicz, and Alyssa M. Radovanovich, and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn.: Morton R. Branzburg; (c) the applicable Rejection Counterparty to the extent an objection is filed by a party other than the Rejection Counterparty; (d) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35,

2

Wilmington, Delaware 19801, Attn.: John Schanne (John.Schanne@usdoj.gov); (e) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Goldberg Kohn Ltd., 55 E. Monroe St., Suite 3300, Chicago, Illinois 60603, Attn.: Randall Klein (Randall.Klein@goldbergkohn.com), Dimitri G. Karcazes (Dimitri.Karcazes@goldbergkohn.com), Keith G. Radner (Keith.Radner@goldbergkohn.com), and Eva D. Gadzheva (Eva.Gadzheva@goldbergkohn.com), and (ii) Richards Layton & Finger, 920 N. King Street, Wilmington, Delaware 19801, Attn.: John H. Knight (Knight@RLF.com), Paul N. Heath (heath@RLF.com), and Alexander R. Steiger (Steiger@RLF.com); (f) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606, Attn.: Stephen L. Iacovo (stephen.iacovo@ropesgray.com), and (ii) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Attn.: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); and (g) proposed counsel to the Committee, (i) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com); and (ii) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801, Attn: Luke Murley (luke.murley@saul.com).  Only those responses that are timely filed, served, and received will be considered at any hearing.

PLEASE TAKE FURTHER NOTICE that, absent an objection being timely filed, the rejection of each Contract (other than to the rejection of a Lease) shall become effective on the applicable Rejection Date set forth in **Schedule 2**, or such other date as the Debtors and the

counterparty or counterparties to such Contract agree.[3] If the Contract is a Lease, the Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each Lease shall become effective on the applicable Rejection Date set forth in **Schedule 2** or such other date to which the Debtors and the counterparty or counterparties to such Lease agree.

     **PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall schedule a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such objection is overruled or withdrawn, such Contract or Contracts will only be deemed rejected upon the entry of a form of Rejection Order resolving the objection as between the Debtors and the applicable objecting party and/or Rejection Counterparty, unless the Debtors and the applicable Rejection Counterparty agree otherwise; or as otherwise ordered by the Court.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

     **PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described in **Schedule 2** attached hereto shall be deemed abandoned as of the Rejection Date. With respect to Leases, on the Rejection Date landlords may, without further order of the Court, utilize and/or dispose of such property without notice or liability

---

[3]    An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection Notice must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order.

to the Debtors or consenting third parties other than the DIP Agents, DIP Lenders, ABL Agent, ABL Lenders, and FILO Lenders and, to the extent applicable, the automatic stay will be modified to allow such use and/or disposition; *provided* that unless the DIP Agent, DIP Lenders, ABL Agent, ABL Lenders, or FILO Lenders file an objection to the release of their interests (if any) in, or liens on (if any), such property no later than the Rejection Date, the DIP Lenders, ABL Lenders, and FILO Lenders, as applicable, consent to the release of their interests (if any) in, and liens on (if any), such property, and any such interests and liens will be released.

**PLEASE TAKE FURTHER NOTICE** that to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so by the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (b) thirty (30) days after the later of (i) the Rejection Date, and (ii) the date of entry of the Rejection Order. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE, FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated: June 17, 2024 Wilmington, Delaware

/s/ Michael W. Yurkewicz

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:     (302) 426-9193
Email:          dpacitti@klehr.com
                    myurkewicz@klehr.com
                    aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:     (215) 568-6603
Email:          mbranzburg@klehr.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                    emily.geier@kirkland.com
                    nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          charles.sterrett@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

## <u>Schedule 1</u>

**Procedures Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 16** |

## ORDER (I) AUTHORIZING AND APPROVING
## PROCEDURES TO REJECT OR ASSUME EXECUTORY
## CONTRACTS AND UNEXPIRED LEASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession

(collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing and approving the

Contract Procedures for rejecting or assuming executory contracts and unexpired leases, and

(b) granting related relief, all as more fully set forth in the Motion; and upon the First Day

Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334 and the *Amended Standing Order of Reference* from the United States District Court for the

District of Delaware, dated February 29, 2012; and this Court having found that this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

this Court having found that the relief requested in the Motion is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and this Court having found that the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The following Rejection Procedures are approved in connection with rejecting Contracts:

   a.    ***Rejection Notice***.  The Debtors shall file a notice substantially in the form attached hereto as **Exhibit 1** (the "Rejection Notice") indicating the Debtors' intent to reject a Contract or Contracts pursuant to section 365 of the Bankruptcy Code, which Rejection Notice shall set forth, among other things:  (i) the Contract or Contracts to be rejected; (ii) the Debtor or Debtors party to such Contract; (iii) the names and addresses of the counterparties to such Contract(s) (each a "Rejection Counterparty"); (iv) the store number and address of the affected location, if applicable; (v) the proposed effective date of rejection for each such Contract(s) (each, the "Rejection Date"); (vi) if any such Contract is an unexpired lease of non-residential real property (a "Lease"), a description of any property to be abandoned at the leased premises, including any personal property, furniture, fixtures, and equipment (the "Abandoned Property"), if any, and an estimate of the book value of such property, if practicable; (vii) with respect to leased real property, any known third party having an interest in any Abandoned Property located at the leased premises; and (viii) the deadlines and procedures for filing objections to the Rejection Notice (as set forth below).  The Rejection Notice may list multiple Contracts; *provided* that the number of counterparties to Contracts listed on each Rejection Notice shall be limited to no more than 100, *provided, further*, if any such Contract is a lease, the Rejection Notice shall be accompanied by a proposed form of order (the "Rejection Order") approving the rejection of the Lease(s), which shall be substantially in the form of Schedule 3 to the Rejection Notice, and no Lease shall be deemed rejected absent entry of an applicable Rejection Order.

b.    ***Service of the Rejection Notice***.  The Debtors will cause each Rejection Notice to be served:  (i) by overnight delivery service upon the Rejection Counterparties affected by the Rejection Notice at the notice address provided in the applicable Contract (and upon such Rejection Counterparty's counsel, if known) and all parties who may have any interest in any Abandoned Property (if known); and (ii) by first class mail, email, or fax, upon (A) the office of the United States Trustee for the District of Delaware, Attn.: John Schanne (john.schanne@usdoj.gov); (B) the Debtors' 30 largest unsecured creditors (on a consolidated basis); (C) the agents under the Debtors' prepetition secured facilities and counsel thereto; (D) the Committee and counsel thereto; (E) the United States Attorney's Office for the District of Delaware; (F) the Internal Revenue Service; (G) the U.S. Securities and Exchange Commission; (H) the attorneys general in the states where the Debtors conduct their business operations; and (I) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Master Notice Parties").

c.    ***Objection Procedures***.  Parties objecting to a proposed rejection or to the abandonment of the Abandoned Property must file and serve a written objection[3] so that such objection is filed with this Court on the docket of the Debtors' chapter 11 cases no later than ten (10) days after the date the Debtors file and serve the relevant Rejection Notice (the "Rejection Objection Deadline") and promptly serve such objection on the following parties (collectively,  the "Objection Service Parties"):    (i) the Debtors, Express, Inc., One Express Drive, Columbus, Ohio 43230, Attn.: Laurel Krueger (lakrueger@express.com); (ii) proposed co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C. (josh.sussberg@kirkland.com); Emily E. Geier, P.C. (emily.geier@kirkland.com); Nicholas M. Adzima (nicholas.adzima@kirkland.com); and Kirkland & Ellis, LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn.: Charles B. Sterrett (charles.sterrett@kirkland.com); (iii) proposed co-counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn.: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com), and Alyssa M. Radovanovich (aradvanovich@klehr.com), and Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn.: Morton R. Branzburg (mbranzburg@klehr.com); (iv) the applicable Rejection Counterparty to the extent an objection is filed by a party other than the Rejection Counterparty; (v) the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: John Schanne (john.schanne@usdoj.gov); (vi) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition

---

[3]    An objection to the rejection of any particular Contract listed on a Rejection Notice shall not constitute an objection to the rejection of any other Contract listed on such Rejection Notice.

lenders of the Debtors, Goldberg Kohn Ltd., 55 E. Monroe St., Suite 3300, Chicago, Illinois 60603, Attn.: Randall Klein (Randall.Klein@goldbergkohn.com), Dimitri G. Karcazes (Dimitri.Karcazes@goldbergkohn.com), Keith G. Radner (Keith.Radner@goldbergkohn.com), and Eva D. Gadzheva (Eva.Gadzheva@goldbergkohn.com); and Richards Layton & Finger, 920 N. King Street, Wilmington, Delaware 19801, Attn.: John H. Knight (Knight@RLF.com), Paul N. Heath (heath@RLF.com), and Alexander R. Steiger (Steiger@RLF.com); (vii) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606, Attn.: Stephen L. Iacovo (steven.iacovo@ropesgray.com); and Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Attn.: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); (viii) proposed counsel to the Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com); and (ix) proposed co-counsel to the Committee, Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801, Attn: Luke Murley (luke.murley@saul.com).

d.  ***No Objection Timely Filed***.  If no objection to the rejection of any Contract is timely filed (other than to the rejection of a Lease), each Contract listed in the applicable Rejection Notice shall be deemed rejected as of the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, *however*, if the Contract is a Lease, the Debtors shall submit the Rejection Order to the Court under a certificate of no objection authorizing the rejection of each such Lease listed in the applicable Rejection Notice to be rejected as of the later of (i) the applicable Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the applicable Rejection Counterparty may agree; and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises; *provided*, *further*, that the Rejection Date for a Lease rejected pursuant to these Rejection Procedures shall not occur earlier than the date the Debtors file and served the applicable Rejection Notice.

e.  ***Unresolved Timely Objections***.  If an objection to a Rejection Notice is timely filed and properly served as specified above and not withdrawn or resolved, the Debtors shall schedule a hearing on such objection and shall provide at least ten (10) days' notice of such hearing to the applicable

Rejection Counterparty and the other Objection Service Parties. For the avoidance of doubt, such Contract will only be deemed rejected upon the entry of a form of Rejection Order resolving the objection as between the Debtors and the applicable objecting party and/or Rejection Counterparty; unless the Debtors and the applicable Rejection Counterparty agree otherwise; or as otherwise ordered by the Court.

f.   ***Removal from Schedule***.  The Debtors reserve the right to remove any Contract from the schedule to a Rejection Notice at any time prior to the Rejection Date, but shall provide any affected Rejection Counterparty and the Objection Service Parties with notice of the removal of any Contract from the Rejection Notice within two (2) business days of any such change, *provided* that the Debtors shall not remove any Contract from the schedule to a Rejection Notice following the Rejection Date listed on the Rejection Notice if they have relinquished control of the premises by notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises as described above and (a) turn over keys, key codes, and security codes, if any, to the affected landlord or (b) notify the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

g.   ***No Application of Security Deposits***.  If the Debtors have deposited monies with a Rejection Counterparty as a security deposit or other arrangement, such Rejection Counterparty may not set off or recoup or otherwise use such deposit without the prior approval of the Court, unless the Debtors and the applicable Rejection Counterparty otherwise agree.

h.   ***Abandoned Property***.  The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Lease.  The Debtors shall generally describe the Abandoned Property in the Rejection Notice and their intent to abandon such property.  Absent a timely objection, any and all Abandoned Property located on the Debtors' leased premises on the Rejection Date of the applicable Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The rights, claims, and remedies, if any, of all persons other than the Debtors and their estates with respect to the Abandoned Property under applicable law are hereby preserved; *provided* that the landlords may, without further order of this Court, utilize and/or dispose of the Abandoned Property without notice or liability to the Debtors or consenting third parties other than the DIP Agents, DIP Lenders, ABL Agent, ABL Lenders, and FILO Lenders and, to the extent applicable, the automatic stay is modified to allow such use and/or disposition; *provided further*, that unless the DIP Agent, DIP Lenders, ABL Agent, ABL Lenders, or FILO Lenders file an objection to the release of their interests (if any) in, or liens on (if any), the Abandoned

Property no later than the Rejection Date, the DIP Lenders, ABL Lenders, and FILO Lenders, as applicable, consent to the release of their interests (if any) in, and liens on (if any), the Abandoned Property, and any such interests and liens are hereby released; *provided further*, that the Debtors shall provide the DIP Agents, DIP Lenders, ABL Agent, ABL Lenders, and FILO Lenders, and any other party reasonably known by the Debtors to have a material interest in any Abandoned Property, with three (3) days' advance written notice (or such other time as commercially practicable), which notice may be via e-mail to counsel of the DIP Agents, DIP Lenders, ABL Agent, ABL Lenders, and FILO Lenders, of filing a Rejection Notice that contains leases of non-residential real property and a general description of any Abandoned Property the Debtors expect to abandon in connection with such rejected leases.

i.     ***Proofs of Claim***.  Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) days after the later of (A) the applicable Rejection Date, and (B) the date of entry of any Rejection Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on account of such claim that may be made in connection with these chapter 11 cases.

3.     The following Assumption Procedures are approved in connection with assuming and assuming and assigning Contracts:

a.     ***Assumption Notice***.  The Debtors shall file a notice substantially in the form attached hereto as **Exhibit 2** (the "Assumption Notice") indicating the Debtors' intent to assume a Contract or Contracts pursuant to section 365 of the Bankruptcy Code, which shall set forth, among other things: (i) the Contract or Contracts to be assumed; (ii) the names and addresses of the counterparties to such Contracts (each an "Assumption Counterparty"); (iii) the Debtor or Debtors party to such Contract; (iv) the store number and address of the affected location, if applicable; (v) the identity of the proposed assignee of such Contracts (the "Assignee"), if applicable; (vi) the effective date of the assumption for each such Contract (the "Assumption Date"); (vii) the proposed cure amount, if any for each such Contract; (viii) a description of any material amendments to the Contract made outside of the ordinary course of business as consented to in writing with the applicable Assumption Counterparty; and (ix) the deadlines and procedures for filing objections to the Assumption Notice (as set forth below).  The Assumption Notice may list multiple Contracts; *provided* that the number of counterparties to Contracts listed on the Assumption Notice shall be limited to no more than 100.  If any such Contract is a Lease, the Assumption Notice shall be accompanied by a proposed form of order (the "Assumption Order") approving the assumption or assumption and

6

assignment of the Lease(s), which shall be substantially in the form of Schedule 3 to the Assumption Notice, and no Lease shall be deemed assumed absent entry of an applicable Assumption Order.

b.   ***Service of the Assumption Notice and Evidence of Adequate Assurance***. The Debtors will cause the Assumption Notice to be served (i) by overnight delivery upon the Assumption Counterparties affected by the Assumption Notice and each Assignee, if applicable, at the address set forth in the notice provision of the applicable Contract (and upon the Assumption Counterparties' counsel, if known) and (ii) by first class mail, email, or fax upon the Master Notice Parties.[4] To the extent the Debtors seek to assume or assume and assign a Lease, the Debtors will cause evidence of adequate assurance of future performance to be served with the Assumption Notice by overnight delivery upon the Lease Assumption Counterparties affected by the Assumption Notice at the address set forth in the notice provision of the applicable Lease (and upon the Lease Assumption Counterparties' counsel, if known, by electronic mail).

c.   ***Objection Procedures***.   Parties objecting to a proposed assumption or assumption and assignment (including as to the cure amount), as applicable, of a Contract must file and serve a written objection[5] so that such objection is filed with this Court and actually received by the Objection Service Parties no later than ten (10) days after the date the Debtors file and serve the relevant Assumption Notice and promptly serve such objection on the Objection Service Parties.

d.   ***No Objection***.  If no objection to the assumption of any Contract is timely filed, (other than to the assumption or assumption and assignment of a Lease), each Contract listed in the applicable Assumption Notice shall be deemed assumed or assumed and assigned, as applicable, as of the applicable Assumption Date set forth in the Assumption Notice or such other date as the Debtors and the applicable Assumption Counterparty may agree; *provided, however*, if the Contract is a Lease, the Debtors shall submit the Assumption Order to the Court under a certificate of no objection authorizing the assumption of each Lease, which shall be assumed or assumed and assigned as of the Assumption Date set forth in the applicable Assumption Notice or such other date as the Debtors and the applicable Assumption Counterparties may agree, and the proposed cure amount shall be binding on all counterparties to such Contract and no amount in excess thereof shall be paid for cure purposes; *provided, however,* that the

---

[4]   The Debtors shall serve (by electronic mail, if requested) a counterparty to a Contract other than a lease of non-residential real property to be assumed under the Contract Procedures with evidence of adequate assurance as soon as reasonably practicable upon such counterparty's written request to the Debtors' proposed counsel.

[5]   An objection to the assumption of any particular Contract listed on an Assumption Notice shall not constitute an objection to the assumption of any other Contract listed on such Assumption Notice.

Assumption Date for a Lease shall not occur earlier than the date the Debtors file and serve the applicable Assumption Notice.

e.    ***Unresolved Timely Objections***.  If an objection to an Assumption Notice is timely filed and properly served as specified above and not withdrawn or resolved, the Debtors shall schedule a hearing on such objection and shall provide at least ten (10) days' notice of such hearing to the applicable Assumption Counterparty and the other Objection Service Parties.  For the avoidance of doubt, such Contract will only be deemed assumed or assumed and assigned upon the entry of an Assumption Order, unless otherwise agreed as between the Debtors and the applicable Assumption Counterparty.  If such objection is overruled or withdrawn, such Contract shall be assumed as of the date of the Assumption Order, or such other date to which the Debtors, the applicable objecting party or applicable assignee and/or Assumption Counterparty have agreed; or as otherwise ordered by the Court.

f.    ***Removal from Schedule***.  The Debtors reserve the right to remove any Contract from the schedule to an Assumption Notice at any time prior to the Assumption Order (including, without limitation, upon the failure of any proposed assumption and assignment to close).

4.    The Debtors' right to assert that any provisions in the Contract that expressly or effectively restrict, prohibit, condition, or limit the assignment of or the effectiveness of such Contract to an Assignee are unenforceable anti-assignment or *ipso facto* clauses is fully reserved.

5.    The Debtors are hereby authorized, pursuant to section 363(b) of the Bankruptcy Code, to enter into the consensual amendments as set forth in an Assumption Notice.

6.    Approval of the Contract Procedures and this Order will not prevent the Debtors from seeking to reject or assume a Contract by separate motion.

7.    Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365

of the Bankruptcy Code; (f) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the Motion are valid, and the rights of all parties are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens. Any payment made pursuant to this Order is not intended and should not be construed as an admission as the validity of any particular claim or a waiver of the Debtors' rights to subsequently dispute such claim.

8.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is expired or terminated and is no longer an executory contract or unexpired lease, respectively.

9.      To the extent that the Debtors propose to abandon any personal property that may contain "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code, or other personal and/or confidential information about the Debtors' employees and/or customers, or any other individual (the "Confidential Information"), the Debtors shall remove the Confidential Information from such personal property before such abandonment.

10.     The Debtors are not authorized to abandon, and are directed to remove, any hazardous materials defined under applicable law from any non-residential real property subject to a rejected Contract as, and to the extent they are, required to do so by applicable law.

11.     The Debtors are authorized, but not directed, to issue postpetition checks, or to effect postpetition fund transfer requests, in replacement of any checks or fund transfer requests

that are dishonored as a consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with the relief granted herein.

12.    Notwithstanding anything to the contrary in this Order, any payment made, or authorization contained, hereunder, shall be subject to the "Approved Budget" as defined in the order of the Court approving the debtor-in-possession financing in these chapter 11 cases.

13.    Notice of the Motion as provided therein constitutes good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

14.    Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

15.    The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

16.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: May 17th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

10

## Schedule 2

**Rejected Contracts**

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address (if applicable) | Rejection Date |
|---|---|---|---|---|---|---|
| 55 | Galleria At Sunset | MERSHOPS GALLERIA AT SUNSET LLC | 112 Northern Concourse, North Syracuse, NY 13212 | Lease agreement for premises | 1300 Sunset Rd Henderson, NV 89014 | 6/30/2024 |
| 85 | Citrus Park Twn Ctr | n CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC 1190 Interstate Parkway Augusta, Georgia 30909 | Lease agreement for premises | 7926 Citrus Park Town Center Tampa, FL 33625 | 6/30/2024 |
| 107 | Moreno Valley | Moreno Valley Mall Holding LLC | 110 N. Wacker Dr., Chicago, IL 60606 | Lease agreement for premises | 22500 Towngate Circle Moreno Valley, CA 92557 | 6/30/2024 |
| 121 | Kings Plaza | BROOKLYN KINGS PLAZA LLC | 210 Route 4, East Paramus, New Jersey 07652 | Lease agreement for premises | 5036 Kings Plaza Brooklyn, NY 11234 | 6/30/2024 |
| 123 | Hanes Mall | JG WINSTON-SALEM, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145 | Lease agreement for premises | 3320 Silas Creek Pkwy Winston-Salem, NC 27103 | 6/30/2024 |
| 126 | Denver Pavilions | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 | Lease agreement for premises | 500 16th St Denver, CO 80202 | 6/30/2024 |
| 154 | Woodbridge | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N. Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver -- Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc., 6365 Halcyon Way, Ste. 970, Alpharetta, GA 30005, Attention: Retail Documents | Lease agreement for premises | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 6/30/2024 |
| 159 | Danbury Fair | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 06810-7422, Attn: Center Manager | Lease agreement for premises | 7 Backus Ave Danbury, CT 6810 | 6/30/2024 |
| 185 | La Palmera | Corpus Christi Retail Venture, LP | P.O. Box 843945, Dallas, TX 75284-3945 | Lease agreement for premises | 5488 S. Padre Island Dr. Corpus Christi, TX 78411 | 6/30/2024 |
| 217 | North Dartmouth | PR North Dartmouth LLC | PR North Dartmouth LLC c/o PREIT Services, LLC 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 Attn: General Counsel | Lease agreement for premises | 200 N Dartmouth Mall North Dartmouth, MA 2747 | 6/30/2024 |
| 253 | Cool Springs | Coolsprings Mall, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1800 Galleria Blvd. Franklin, TN 37067 | 6/30/2024 |
| 267 | Valencia Town Centr | Valencia Town Center Venture, L.P. | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 24201 Valencia Blvd. Valencia, CA 91355 | 6/30/2024 |
| 285 | Flatiron Crossing | Flatiron Property Holding, L.L.C. | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager | Lease agreement for premises | 1 W. Flatiron Crossing Broomfield, CO 80021 | 6/30/2024 |
| 300 | Warwick | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc., P.O. Box 2513, Providence, Rhode Island 02906-0513 | Lease agreement for premises | 400 Bald Hill Rd Warwick, RI 2886 | 6/30/2024 |
| 311 | Southlake Mall | Southlake Indiana LLC | 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 | Lease agreement for premises | 2121 Southlake Mall Merrillville, IN 46410 | 6/30/2024 |
| 324 | Lakeside | Lakeside Mall Property LLC | 110 N. Wacker Drive, Chicago, IL 60606 | Lease agreement for premises | 14600 Lakeside Circle Sterling Heights, MI 48313 | 6/30/2024 |
| 332 | University Town Ctr | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 4485 La Jolla Village Drive San Diego, CA 92122 | 6/30/2024 |
| 352 | Countryside Mall | JONES LANG LASALLE AMERICAS, INC. | Gregory T. Maloney, Receiver -- Countryside Mall c/o Jones Lang LaSalle Americas, Inc. 6365 Halcyon Way, Ste. 970 Alpharetta, GA 30005 Attention: Retail Documents | Lease agreement for premises | 27001 U.S. Highway 19 North Clearwater, FL 33761 | 6/30/2024 |
| 483 | Deptford Mall | MACERICH DEPTFORD LLC | Macerich Deptford LLC 1750 Deptford Center Road Deptford, New Jersey 08096 Attention: Center Manager | Lease agreement for premises | 1750 Deptford Center Rd. Deptford, NJ 8096 | 6/30/2024 |
| 498 | Lincolnwood Twn Ctr | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 34975 West Twelve Mile Road, Farmington Hills, Michigan, 48331 | Lease agreement for premises | 3333 W. Touhy Ave. Lincolnwood, IL 60712 | 6/30/2024 |
| 500 | Bayside | n Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE 110 N. Wacker Dr. Chicago, IL 60606 Attn: Law/Lease Administration Department | Lease agreement for premises | 401 Biscayne Blvd. Miami, FL 33132 | 6/30/2024 |
| 502 | Bay Street | Bay Street Emeryville, LLC | Bay St. Emeryville Limited Partnership, Sixteenth Floor, Seven West Seventh Street, Cincinnati, OH 45202 | Lease agreement for premises | 5680 Bay Street Emeryville, CA 94608 | 6/30/2024 |
| 509 | Westfield Gateway | NE GATEWAY MALL PROPCO, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 414 Gateway Mall Lincoln, NE 68505 | 6/30/2024 |
| 510 | East Towne Mall | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 89 East Towne Mall Madison, WI 53704 | 6/30/2024 |
| 523 | Mall At Hamilton Cr | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 | Lease agreement for premises | 4403 Black Horse Pike Mays Landing, NJ 8330 | 6/30/2024 |
| 529 | Southshore | South Shore Mall Realty LLC and South Shore CH LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 | Lease agreement for premises | 1701 Sunrise Highway Bay Shore, NY 11706 | 6/30/2024 |
| 546 | Crossroads Center | ST. CLOUD MALL L.L.C. | c/o Crossroads Center (MN) 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department | Lease agreement for premises | 4101 W Division St St. Cloud, MN 56301 | 6/30/2024 |
| 559 | Atlantic Station | Atlantic Town Center, L.L.C. | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President | Lease agreement for premises | 230 18th Street Atlanta, GA 30363 | 6/30/2024 |
| 580 | St. Clair Square | ST. CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 134 St. Clair Square Fairview Heights, IL 62208 | 6/30/2024 |
| 602 | Zona Rosa | MONARCHS SUB, LLC | 4016 Townfair Way, Suite 201, Columbus, OH 43219 | Lease agreement for premises | 7120 NW 86 Terrace Kansas City, MO 64153 | 6/30/2024 |
| 603 | Franklin Park | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager | Lease agreement for premises | 5001 Monroe Toledo, OH 43623 | 6/30/2024 |
| 605 | Valley View Mall | Valley View Mall SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 4802 Valley View Blvd Roanoke, VA 24012 | 6/30/2024 |
| 623 | Northlake | TRG Charlotte LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 | Lease agreement for premises | 6801 Northlake Mall Dr Charlotte, NC 28216 | 6/30/2024 |
| 637 | Montclair Plaza | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010 | Lease agreement for premises | 2149 Montclair Plaza Montclair, CA 91763 | 6/30/2024 |
| 648 | North County Fair | EWH Escondido Associates, L.P. and North County Fair LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 | Lease agreement for premises | 200 E Via Rancho Pkwy Escondido, CA 92025 | 6/30/2024 |
| 660 | Shops At Canterra | PROMENADE SHOPS -- 10220472 LLC | Promenade Shops -- 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 | Lease agreement for premises | 5879 Sky Pond Drive Loveland, CO 80537 | 6/30/2024 |
| 664 | Wheaton | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Los Angeles, CA 90067 | Lease agreement for premises | 11160 Veirs Mill Rd. Wheaton, MD 20902 | 6/30/2024 |
| 762 | Plaza Bonita | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 3030 Plaza Bonita Rd. National City, CA 91950 | 6/30/2024 |
| 798 | Cross Country | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Grand Central, 155 East 44st, 7th Fl, New York, New York 10017 | Lease agreement for premises | 7030 Xavier Drive Yonkers, NY 10704 | 6/30/2024 |
| 860 | Aventura Mall | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd., 19501 Biscayne Boulevard, Suite 400, Aventura, Florida 33180 | Lease agreement for premises | 19501 Biscayne Blvd. Miami, FL 33180 | 6/30/2024 |
| 880 | Bay Terrace | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 | Lease agreement for premises | 21127 26th Avenue Bayside, NY 11360 | 6/30/2024 |
| 900 | Town Center At Cobb | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | P.O. Box 7033, Indianapolis, Indiana 46207 | Lease agreement for premises | 400 Ernest W. Barrett Pkwy. Kennesaw, GA 30144 | 6/30/2024 |
| 922 | Chandler Fashion | TWC CHANDLER LLC | TWC Chandler LLC Suite 2142 3111 West Chandler Boulevard Chandler, Arizona 85226 Attention: Center Manager | Lease agreement for premises | 3111 West Chandler Blvd Chandler, AZ 85226 | 6/30/2024 |
| 925 | The Oaks | MACERICH OAKS LP | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 | Lease agreement for premises | 202 W Hillcrest Dr. Thousand Oaks, CA 91360 | 6/30/2024 |
| 934 | Lakewood | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712 | Lease agreement for premises | 500 Lakewood Center Mall Lakewood, CA 90712 | 6/30/2024 |
| 942 | The Sands | G&L Building Corp | 39 Division Street, Second Floor, P.O. Box 3110, Sag Harbor, NY 11963 | Lease agreement for premises | 3513 Long Beach Road Oceanside, NY 11572 | 6/30/2024 |
| 967 | Dallas Galleria | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 | Lease agreement for premises | 13350 Dallas Pkwy Dallas, TX 75240 | 6/30/2024 |
| 985 | North Point | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107 | Lease agreement for premises | 1174 N Point Pkwy Alpharetta, GA 30022 | 6/30/2024 |
| 1771 | Williamsburg | SRE HAWKEYE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, NC 27408 | Lease agreement for premises | 150 Tanger Dr. Williamsburg, IA 52361 | 6/30/2024 |
| 1774 | Outlets At The Dells | WISCONSIN DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M. Dakolias | Lease agreement for premises | 210 N. Gasser Rd. Baraboo, WI 53913 | 6/30/2024 |
| 1775 | Louisiana Boardwalk | BOARDWALK ROUTH LLC | 540 Boardwalk Blvd., Bossier City, LA 71111 | Lease agreement for premises | 355 Boardwalk Blvd Bossier City, LA 71111 | 6/30/2024 |
| 1788 | Commerce Outlets | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 | Lease agreement for premises | 800 Steven B. Tanger Blvd. Commerce, GA 30529 | 6/30/2024 |
| 1828 | Settlers Green | Settlers' R2, Inc. | 2 Common Court, Unit C13, North Conway, NH 03860 | Lease agreement for premises | 2 Common Ct North Conway, NH 3860 | 6/30/2024 |
| 1841 | Fashion District Phil | PR Gallery I Limited Partnership | Management Office, Fashion District Philadelphia, 9th & Market Streets, Philadelphia, PA 19107, Attn: General Manager | Lease agreement for premises | 901 Market Street Philadelphia, PA 19107 | 6/30/2024 |
| 1854 | Fulton Street | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 Attn: Eli Gindi | Lease agreement for premises | 490 Fulton Street Brooklyn, NY 11201 | 6/30/2024 |
| 1857 | Sangertown Square | Sangertown Square L.L.C. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 | Lease agreement for premises | 1 Sangertown Square New Hartford, NY 13413 | 6/30/2024 |
| 1858 | Crossroads Mall | Crossroads Mall Realty Holding LLC | Joseph M. Saponaro, Esq. Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122 | Lease agreement for premises | 6650 S Westnedge Ave Portage, MI 49081 | 6/30/2024 |
| 1866 | Rolling Oaks | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 6909 N Loop 1604 San Antonio, TX 78247 | 6/30/2024 |
| 1867 | Lindale | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4444 1st Avenue NE Cedar Rapids, IA 52402 | 6/30/2024 |
| 1896 | Post Oak | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1500 Harvey Rd College Station, TX 77840 | 6/30/2024 |
| 1898 | Northtown | North Town Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4750 Division St Spokane, WA 99207 | 6/30/2024 |
| 1908 | Livingston Mall | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 112 Eisenhower Pkwy Livingston, NJ 7039 | 6/30/2024 |
| 1912 | Eastland Mall | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, Indiana 47715-2471, Attn: Center Manager | Lease agreement for premises | 800 N. Green River Rd. Evansville, IN 47715 | 6/30/2024 |
| 1915 | White Marsh | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N. Wacker Dr., Chicago, IL, 60606, Attn: Law/Lease Department | Lease agreement for premises | 8200 Perry Hall Blvd. Baltimore, MD 21236 | 6/30/2024 |
| 1929 | Buckland Hills | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration | Lease agreement for premises | 194 Buckland Hills Dr Manchester, CT 6042 | 6/30/2024 |

| | | | | | |
|---|---|---|---|---|---|
| 1931 | Centre At Salisbury | n SALISBURY MALL REALTY HOLDING LLC | c/o Kohan Retail Investment Group, LLC<br>Attn: Legal Department<br>1010 Northern Boulevard, Ste. 212<br>Great Neck, NY 11021, Email: legal@kohanretail.com | Lease agreement for premises | 2300 N Salisbury Blvd Salisbury, MD 21801 | 6/30/2024 |
| 1932 | Moorestown | MOORESTOWN MALL LLC | 200 S. Broad Street, 3rd Floor, Philadelphia, PA 19102 | Lease agreement for premises | 400 West Route 38 Moorestown, NJ 8057 | 6/30/2024 |
| 2001 | Hillside Village | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 | Lease agreement for premises | 305 W. FM 1382 Cedar Hill, TX 75104 | 6/30/2024 |
| 2045 | West Diversey Street | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 | Lease agreement for premises | 659 W. Diversey Parkway Chicago, IL 60614 | 6/30/2024 |
| 2061 | Times Square | 1552 Broadway Retail Owner LLC | 500 Fifth Avenue, 54th Floor, New York, New York 10110 | Lease agreement for premises | 1552 North Broadway New York, NY 10036 | 6/30/2024 |
| 2064 | State Street | 17 N. State LLC | c/o Marc Realty 55 E. Jackson Blvd., Suite 500, Chicago IL 60604. Attn. Elliot Weiner | Lease agreement for premises | 17 N State Street Chicago, IL 60602 | 6/30/2024 |
| 2073 | Pearlridge | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 98-1005 Moanalua Rd Aiea, HI 96701 | 6/30/2024 |
| 2903 | Main Street- Westport | Campana 125, LLC c/o David Adam Realty | 57 Wilton Rd., Westport, CT 06880 | Lease agreement for premises | 125 Main St, Westport, CT 6880 | 6/30/2024 |
| 2906 | F Street | 555 11TH OWNER L.L.C. | 555 11th Owner L.L.C., c/o Rockrose Development L.L.C., 15 East 26th Street, 7th floor, New York, New York 10010, Attention: Ted Traum | Lease agreement for premises | 555 11th Street NW Washington, DC 20004 | 6/30/2024 |
| 2909 | Broadway - Soho | Corso, LLC | 404 Broadway, Suite 302, New York, NY 10013 | Lease agreement for premises | 514 Broadway New York, NY 10012 | 6/30/2024 |
| 2910 | Walnut Street | AP 1519-1521 WALNUT ST., LP | AP 1519-1521 WALNUT ST., LP<br>1616 Camden Road<br>Suite 210<br>Charlotte, NC 28203<br>Attn: Seth Black<br>Telephone: 704-423-1660 | Lease agreement for premises | 1521 Walnut Street Philadelphia, PA 19102 | 6/30/2024 |
| 2911 | Newbury Street | 230 Clarendon Street, LLC | 230 Clarendon Street, LLC<br>Gregory Wing, Manager<br>12 Trotting Horse Drive<br>Lexington, Massachusetts 02421 | Lease agreement for premises | 109 Newbury St. Boston, MA 2116 | 6/30/2024 |
| 2912 | Flatiron (Fifth Avenue) | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC:<br>c/o Madison Capital<br>55 East 59th Street, 17th Floor<br>New York, New York 10016<br><br>Tory Burch LLC:<br>11 West 19th Street, 7th Floor<br>New York, New York 10011<br>Attention: Robert Isen<br>Attention: J. Joseph Jacobson | Lease agreement for premises | 129 5th Avenue New York, NY 10003 | 6/30/2024 |
| 2914 | Lincoln Road | 1024 Lincoln Road LLC | c/o SCF Management LLC, 1407 Broadway, 41st Fl, New York, | Lease agreement for premises | 904 Lincoln Rd. Miami Beach, FL 33139 | 6/30/2024 |
| 2916 | Greenwich Avenue | First Sterling Greenwich Corp. | c/o First Sterling Corporation, 1650 Broadway, Suite 1200, New York, NY, 10019 | Lease agreement for premises | 181 Greenwich Avenue Greenwich, CT 6830 | 6/30/2024 |
| 3003 | South Bay | Allstate Road (Edens), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 | Lease agreement for premises | 20-36 District Ave Dorchester, MA 2125 | 6/30/2024 |

## Schedule 3

**Proposed Contract Rejection Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER AUTHORIZING
## THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Contract Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. [●]] (the "Rejection Notice") satisfies the requirements set forth in the Contract Procedures Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Contract Procedures Order.

venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

1.      The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; provided, however, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over the key, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

2.      Any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of non-residential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty or counterparties may, in their sole discretion and without further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors

or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (i) the applicable deadline for filing proofs of claim established in these chapter 11 cases, and (ii) thirty (30) days after the later of (i) the Rejection Date, and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

4

5.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6.      Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **Exhibit 1**

**Rejected Contracts**

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address (if applicable) | Rejection Date |
|---|---|---|---|---|---|---|
| 55 | Galleria At Sunset | MERSHOPS GALLERIA AT SUNSET LLC | 112 Northern Concourse, North Syracuse, NY 13212 | Lease agreement for premises | 1300 Sunset Rd Henderson, NV 89014 | 6/30/2024 |
| 85 | Citrus Park Twn Ctr | n CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC 1190 Interstate Parkway Augusta, Georgia 30909 | Lease agreement for premises | 7926 Citrus Park Town Center Tampa, FL 33625 | 6/30/2024 |
| 107 | Moreno Valley | Moreno Valley Mall Holding LLC | 110 N. Wacker Dr., Chicago, IL 60606 | Lease agreement for premises | 22500 Towngate Circle Moreno Valley, Ca 92557 | 6/30/2024 |
| 121 | Kings Plaza | BROOKLYN KINGS PLAZA LLC | 210 Route 4, East Paramus, New Jersey 07652 | Lease agreement for premises | 5036 Kings Plaza Brooklyn, NY 11234 | 6/30/2024 |
| 123 | Hanes Mall | JG WINSTON-SALEM, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145 | Lease agreement for premises | 3320 Silas Creek Pkwy Winston Salem, NC 27103 | 6/30/2024 |
| 126 | Denver Pavilions | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 | Lease agreement for premises | 500 16th St Denver, CO 80202 | 6/30/2024 |
| 154 | Woodbridge | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N. Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver – Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc., 6365 Halcyon Way, Ste. 970, Alpharetta, GA 30005, Attention: Retail Documents | Lease agreement for premises | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 6/30/2024 |
| 159 | Danbury Fair | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 06810-7422, Attn: Center Manager | Lease agreement for premises | 7 Backus Ave Danbury, CT 6810 | 6/30/2024 |
| 185 | La Palmera | Corpus Christi Retail Venture, LP | P.O. Box 843945, Dallas, TX 75284-3945 | Lease agreement for premises | 5488 S. Padre Island Dr. Corpus Christi, TX 78411 | 6/30/2024 |
| 217 | North Dartmouth | PR North Dartmouth LLC | PR North Dartmouth LLC c/o PREIT Services, LLC 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 Attn: General Counsel | Lease agreement for premises | 200 N Dartmouth Mall North Dartmouth, MA 2747 | 6/30/2024 |
| 253 | Cool Springs | Coolsprings Mall, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1800 Galleria Blvd. Franklin, TN 37067 | 6/30/2024 |
| 267 | Valencia Town Centr | Valencia Town Center Venture, L.P. | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 24201 Valencia Blvd. Valencia, CA 91355 | 6/30/2024 |
| 285 | Flatiron Crossing | Flatiron Property Holding, L.L.C. | One West Flatiron Crossing Drive, Suite 1063, Broomfield, Colorado 80021, Attention: Center Manager | Lease agreement for premises | 1 W. Flatiron Crossing Broomfield, CO 80021 | 6/30/2024 |
| 300 | Warwick | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc., P.O. Box 2513, Providence, Rhode Island 02906-0513 | Lease agreement for premises | 400 Bald Hill Rd Warwick, RI 2886 | 6/30/2024 |
| 311 | Southlake Mall | Southlake Indiana LLC | 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 | Lease agreement for premises | 2121 Southlake Mall Merrillville, IN 46410 | 6/30/2024 |
| 324 | Lakeside | Lakeside Mall Property LLC | 110 N. Wacker Drive, Chicago, IL 60606 | Lease agreement for premises | 14600 Lakeside Circle Sterling Heights, MI 48313 | 6/30/2024 |
| 332 | University Town Ctr | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 4485 La Jolla Village Drive San Diego, CA 92122 | 6/30/2024 |
| 352 | Countryside Mall | JONES LANG LASALLE AMERICAS, INC. | Gregory T. Maloney, Receiver – Countryside Mall c/o Jones Lang LaSalle Americas, Inc. 6365 Halcyon Way, Ste. 970 Alpharetta, GA 30005 Attention: Retail Documents | Lease agreement for premises | 27001 U.S. Highway 19 North Clearwater, FL 33761 | 6/30/2024 |
| 483 | Deptford Mall | MACERICH DEPTFORD LLC | Macerich Deptford LLC 1750 Deptford Center Road Deptford, New Jersey 08096 Attention: Center Manager | Lease agreement for premises | 1750 Deptford Center Rd. Deptford, NJ 8096 | 6/30/2024 |
| 498 | Lincolnwood Twn Ctr | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 34975 West Twelve Mile Road, Farmington Hills, Michigan, 48331 | Lease agreement for premises | 3333 W. Touhy Ave. Lincolnwood, IL 60712 | 6/30/2024 |
| 500 | Bayside | n Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE 110 N. Wacker Dr. Chicago, IL 60606 Attn: Law/Lease Administration Department | Lease agreement for premises | 401 Biscayne Blvd. Miami, FL 33132 | 6/30/2024 |
| 502 | Bay Street | Bay Street Emeryville, LLC | Bay St. Emeryville Limited Partnership, Sixteenth Floor, Seven West Seventh Street, Cincinnati, OH 45202 | Lease agreement for premises | 5680 Bay Street Emeryville, CA 94608 | 6/30/2024 |
| 509 | Westfield Gateway | NE GATEWAY MALL PROPCO, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 414 Gateway Mall Lincoln, NE 68505 | 6/30/2024 |
| 510 | East Towne Mall | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 89 East Towne Mall Madison, WI 53704 | 6/30/2024 |
| 522 | Mall At Hamilton Cr | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 | Lease agreement for premises | 4403 Black Horse Pike Mays Landing, NJ 8330 | 6/30/2024 |
| 529 | Southshore | South Shore Mall Realty LLC and South Shore CH LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 | Lease agreement for premises | 1701 Sunrise Highway Bay Shore, NY 11706 | 6/30/2024 |
| 546 | Crossroads Center | ST. CLOUD MALL L.L.C. | c/o Crossroads Center (MN) 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department | Lease agreement for premises | 4101 W Division St St. Cloud, MN 56301 | 6/30/2024 |
| 559 | Atlantic Station | Atlantic Town Center, LLC | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President | Lease agreement for premises | 230 18th Street Atlanta, GA 30363 | 6/30/2024 |
| 580 | St. Clair Square | ST. CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 134 St. Clair Square Fairview Heights, IL 62208 | 6/30/2024 |
| 602 | Zona Rosa | MONARCHS SUB, LLC | 4016 Township Way, Suite 201, Columbus, OH 43219 | Lease agreement for premises | 7120 NW 86 Terrace Kansas City, MO 64153 | 6/30/2024 |
| 603 | Franklin Park | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager | Lease agreement for premises | 5001 Monroe Toledo, OH 43623 | 6/30/2024 |
| 605 | Valley View Mall | Valley View Mall SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 4802 Valley View Blvd Roanoke, VA 24012 | 6/30/2024 |
| 623 | Northlake | TRG Charlotte LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 | Lease agreement for premises | 6801 Northlake Mall Dr Charlotte, NC 28216 | 6/30/2024 |
| 637 | Montclair Plaza | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010 | Lease agreement for premises | 2149 Montclair Plaza Montclair, CA 91763 | 6/30/2024 |
| 648 | North County Fair | EWH Escondido Associates, L.P. and North County Fair LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 | Lease agreement for premises | 200 E Via Rancho Pkwy Escondido, CA 92025 | 6/30/2024 |
| 660 | Shops At Canterra | PROMENADE SHOPS – 10220472 LLC | Promenade Shops – 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 | Lease agreement for premises | 5879 Sky Pond Drive Loveland, CO 80537 | 6/30/2024 |
| 664 | Wheaton | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Los Angeles, CA 90067 | Lease agreement for premises | 11160 Veirs Mill Rd. Wheaton, MD 20902 | 6/30/2024 |
| 762 | Plaza Bonita | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 3030 Plaza Bonita Rd. National City, CA 91950 | 6/30/2024 |
| 798 | Cross Country | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Grand Central, 155 East 44st, 7th Fl, New York, New York 10017 | Lease agreement for premises | 7030 Xavier Drive Yonkers, NY 10704 | 6/30/2024 |
| 860 | Aventura Mall | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd., 19501 Biscayne Boulevard, Suite 400, Aventura, Florida 33180 | Lease agreement for premises | 19501 Biscayne Blvd. Miami, FL 33180 | 6/30/2024 |
| 880 | Bay Terrace | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 | Lease agreement for premises | 21127 26th Avenue Bayside, NY 11360 | 6/30/2024 |
| 900 | Town Center At Cobb | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | P.O. Box 7033, Indianapolis, Indiana 46207 | Lease agreement for premises | 400 Ernest W. Barrett Pkwy. Kennesaw, GA 30144 | 6/30/2024 |
| 922 | Chandler Fashion | TWC CHANDLER LLC | TWC Chandler LLC Suite 2142 3111 West Chandler Boulevard Chandler, Arizona 85226 Attention: Center Manager | Lease agreement for premises | 3111 West Chandler Blvd Chandler, AZ 85226 | 6/30/2024 |
| 928 | The Oaks | MACERICH OAKS LP | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 | Lease agreement for premises | 202 W Hillcrest Dr. Thousand Oaks, CA 91360 | 6/30/2024 |
| 934 | Lakewood | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712 | Lease agreement for premises | 500 Lakewood Center Mall Lakewood, CA 90712 | 6/30/2024 |
| 942 | The Sands | G&L Building Corp | 39 Division Street, Second Floor, P.O. Box 3110, Sag Harbor, NY 11963 | Lease agreement for premises | 3513 Long Beach Road Oceanside, NY 11572 | 6/30/2024 |
| 967 | Dallas Galleria | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 | Lease agreement for premises | 13350 Dallas Pkwy Dallas, TX 75240 | 6/30/2024 |
| 985 | North Point | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107 | Lease agreement for premises | 1174 N Point Pkwy Alpharetta, GA 30022 | 6/30/2024 |
| 1771 | Williamsburg | SRE HAWKEYE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, NC 27408 | Lease agreement for premises | 150 Tanger Dr. Williamsburg, IA 52361 | 6/30/2024 |
| 1774 | Outlets At The Dells | WISCONSIN DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M. Dakolias | Lease agreement for premises | 210 N. Gasser Rd. Baraboo, WI 53913 | 6/30/2024 |
| 1775 | Louisiana Boardwalk | BOARDWALK ROUTH LLC | 540 Boardwalk Blvd., Bossier City, LA 71111 | Lease agreement for premises | 355 Boardwalk Blvd Bossier City, LA 71111 | 6/30/2024 |
| 1788 | Commerce Outlets | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 | Lease agreement for premises | 800 Steven B. Tanger Blvd. Commerce, GA 30529 | 6/30/2024 |
| 1828 | Settlers Green | Settlers' R2, Inc. | 2 Common Court, Unit C13, North Conway, NH 03860 | Lease agreement for premises | 2 Common Ct North Conway, NH 3860 | 6/30/2024 |
| 1841 | Fashion District Phil | PR Gallery I Limited Partnership | Management Office, Fashion District Philadelphia, 9th & Market Streets, Philadelphia, PA 19107, Attn: General Manager | Lease agreement for premises | 901 Market Street Philadelphia, PA 19107 | 6/30/2024 |
| 1854 | Fulton Street | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 Attn: Eli Gindi | Lease agreement for premises | 490 Fulton Street Brooklyn, NY 11201 | 6/30/2024 |
| 1857 | Sangertown Square | Sangertown Square L.L.C. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 | Lease agreement for premises | 1 Sangertown Square New Hartford, NY 13413 | 6/30/2024 |
| 1858 | Crossroads Mall | Crossroads Mall Realty Holding LLC | Joseph M. Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122 | Lease agreement for premises | 6650 S Westnedge Ave Portage, MI 49081 | 6/30/2024 |
| 1866 | Rolling Oaks | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 6909 N Loop 1604 San Antonio, TX 78247 | 6/30/2024 |
| 1867 | Lindale | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4444 1st Avenue NE Cedar Rapids, IA 52402 | 6/30/2024 |
| 1896 | Post Oak | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1500 Harvey Rd College Station, TX 77840 | 6/30/2024 |
| 1898 | Northtown | North Town Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4750 Division St Spokane, WA 99207 | 6/30/2024 |
| 1908 | Livingston Mall | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 112 Eisenhower Pkwy Livingston, NJ 7039 | 6/30/2024 |
| 1912 | Eastland Mall | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, 47715-2471, Attn: Center Manager | Lease agreement for premises | 800 N. Green River Rd. Evansville, IN 47715 | 6/30/2024 |
| 1915 | White Marsh | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N. Wacker Dr., Chicago, IL 60606, Attn: Law/Lease Department | Lease agreement for premises | 8200 Perry Hall Blvd. Baltimore, MD 21236 | 6/30/2024 |
| 1929 | Buckland Hills | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration | Lease agreement for premises | 194 Buckland Hills Dr Manchester, CT 6042 | 6/30/2024 |

| | | | | | |
|---|---|---|---|---|---|
| 1931 | Centre At Salisbury | n SALISBURY MALL REALTY HOLDING LLC | c/o Kohan Retail Investment Group, LLC<br>Attn: Legal Department<br>1010 Northern Boulevard, Ste. 212<br>Great Neck, NY 11021, Email: legal@kohanretail.com | Lease agreement for premises | 2300 N Salisbury Blvd Salisbury, MD 21801 | 6/30/2024 |
| 1932 | Moorestown | MOORESTOWN MALL LLC | 200 S. Broad Street, 3rd Floor, Philadelphia, PA 19102 | Lease agreement for premises | 400 West Route 38 Moorestown, NJ 8057 | 6/30/2024 |
| 2001 | Hillside Village | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 | Lease agreement for premises | 305 W. FM 1382 Cedar Hill, TX 75104 | 6/30/2024 |
| 2045 | West Diversey Street | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 | Lease agreement for premises | 659 W. Diversey Parkway Chicago, IL 60614 | 6/30/2024 |
| 2061 | Times Square | 1552 Broadway Retail Owner LLC | 500 Fifth Avenue, 54th Floor, New York, New York 10110 | Lease agreement for premises | 1552 North Broadway New York, NY 10036 | 6/30/2024 |
| 2064 | State Street | 17 N. State LLC | c/o Marc Realty 55 E. Jackson Blvd., Suite 500, Chicago IL 60604. Attn. Elliot Weiner | Lease agreement for premises | 17 N State Street Chicago, IL 60602 | 6/30/2024 |
| 2073 | Pearlridge | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 98-1005 Moanalua Rd Aiea, HI 96701 | 6/30/2024 |
| 2903 | Main Street- Westport | Campana 125, LLC c/o David Adam Realty | 57 Wilton Rd., Westport, CT 06880 | Lease agreement for premises | 125 Main St. Westport, CT 6880 | 6/30/2024 |
| 2906 | F Street | 555 11TH OWNER L.L.C. | 555 11th Owner L.L.C., c/o Rockrose Development L.L.C., 15 East 26th Street, 7th floor, New York, New York 10010, Attention: Ted Traum | Lease agreement for premises | 555 11th Street NW Washington, DC 20004 | 6/30/2024 |
| 2909 | Broadway - Soho | Corso, LLC | 404 Broadway, Suite 302, New York, NY 10013 | Lease agreement for premises | 514 Broadway New York, NY 10012 | 6/30/2024 |
| 2910 | Walnut Street | AP 1519-1521 WALNUT ST., LP | AP 1519-1521 WALNUT ST., LP<br>1616 Camden Road<br>Suite 210<br>Charlotte, NC 28203<br>Attn: Seth Black<br>Telephone: 704-423-1660 | Lease agreement for premises | 1521 Walnut Street Philadelphia, PA 19102 | 6/30/2024 |
| 2911 | Newbury Street | 230 Clarendon Street, LLC | 230 Clarendon Street, LLC<br>Gregory Wing, Manager<br>12 Trotting Horse Drive<br>Lexington, Massachusetts 02421 | Lease agreement for premises | 109 Newbury St. Boston, MA 2116 | 6/30/2024 |
| 2912 | Flatiron (Fifth Avenue) | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC:<br>c/o Madison Capital<br>55 East 59th Street, 17th Floor<br>New York, New York 10016<br><br>Tory Burch LLC:<br>11 West 19th Street, 7th Floor<br>New York, New York 10011<br>Attention: Robert Isen<br>Attention: J. Joseph Jacobson | Lease agreement for premises | 129 5th Avenue New York, NY 10003 | 6/30/2024 |
| 2914 | Lincoln Road | 1024 Lincoln Road LLC | c/o SCF Management LLC, 1407 Broadway, 41st Fl, New York, | Lease agreement for premises | 904 Lincoln Rd. Miami Beach, FL 33139 | 6/30/2024 |
| 2916 | Greenwich Avenue | First Sterling Greenwich Corp. | c/o First Sterling Corporation, 1650 Broadway, Suite 1200, New York, NY, 10019 | Lease agreement for premises | 181 Greenwich Avenue Greenwich, CT 6830 | 6/30/2024 |
| 3003 | South Bay | Allstate Road (Edens), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 | Lease agreement for premises | 20-36 District Ave Dorchester, MA 2125 | 6/30/2024 |