# EXHIBIT A

Blue Yonder, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254-2666
United States of America
86-0673401



**INVOICE**

| | |
|---|---|
| Invoice: : | 230213666 |
| Invoice Date: | November 1, 2023 |
| Due Date: | December 1, 2023 |
| Payment Terms: | Net 30 |
| Purchase Order: | 112127 |

**Bill To:**
Express, LLC
ATTN: Jeff Koren
One Express Drive
Columbus, OH 43230
United States of America

3682

**Remit Payment To:**

**Wiring Instructions**
Bank of America
Account Number:
Routing Number:
(US Domestic Wires)
Routing/Bank Code:
SWIFT/ABA:

**Send Checks To:**
PO Box 841983
Dallas, TX 75284-1983

## Invoice Information

| Line Item Details | | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|---|
| Sales Item: | Seamless Application Support | Ship To: Columbus OH-43230 | 1 | Users | 163,348.32 | 0.00 |
| Product: | Enterprise Planning Server Edition | From: Dec-01-2023 | | | | |
| | | To: Nov-30-2024 | | | | |
| | Planning by Attribute | | | | | |
| | Inventory Lifecycle Planning | | | | | |
| | Performance Analysis | | | | | |
| | Enterprise Knowledge Base | | | | | |
| | DMExpress | | | | | |
| | JDA Integrator/Multi | | | | | |
| | JDA Integrator Solutions | | | | | |
| Shipping Method: | Electronic | | | | | |
| Contract: | Schedule 2-A Dated 28 November 2011 Amendment to Master Agreement: Maintenance Dated 15 March 2023 | | | | | |
| Line Memo | | | | | | |

| | | |
|---|---|---|
| *Invoice Net Amount:* | 163,348.32 | USD |
| *Tax* : | 0.00 | USD |
| **TOTAL Amount Due** | **163,348.32** | **USD** |

For Payment and/or Billing Inquiries, please contact :

Blue Yonder, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254-2666
United States of America
86-0673401



# INVOICE

**Invoice: :** 240203050
**Invoice Date:** March 4, 2024
**Due Date:** April 3, 2024
**Payment Terms:** Net 30
**Purchase Order:** 112176

| **Bill To:** |
| --- |
| Express, LLC |
| ATTN:Accounts Payable Express |
| One Express Drive |
| Columbus, OH 43230 |
| United States of America |
| |
| 3682 |

| **Remit Payment To:** |
| --- |
| **Wiring Instructions** |
| Bank of America |
| Account Number: |
| Routing Number: |
| (US Domestic Wires) |
| Routing/Bank Code: |
| SWIFT/ABA: |
| |
| **Send Checks To:** |
| PO Box 841983 |
| Dallas, TX 75284-1983 |

## Invoice Information

| Line Item Details | | Additional Information | Quantity | UOM | Amount | Tax |
| --- | --- | --- | --- | --- | --- | --- |
| Sales Item: | Seamless Application Support | Ship To: Columbus OH-43230 | 1 | Users | 67,384.42 | 0.00 |
| Product: | Enterprise Planning Server Edition | From: Apr-01-2024 | | | | |
| | | To: Mar-31-2025 | | | | |
| | Planning by Attribute | | | | | |
| | Inventory Lifecycle Planning | | | | | |
| | Performance Analysis | | | | | |
| | DMExpress | | | | | |
| Shipping Method: | Electronic | | | | | |
| Contract: | Schedule 3-A Dated 27 March 2015 Amendment to Master Agreement: Maintenance Dated 15 March 2023 | | | | | |
| Line Memo | | | | | | |

*Invoice Net Amount:* 67,384.42 USD
*Tax:* 0.00 USD
**TOTAL Amount Due** **67,384.42 USD**