# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of June, 2024, a copy of the **Limited Objection to Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** was served via CM/ECF and as indicated upon the counsel below.

**BY EMAIL**

Laurel Krueger
Express, Inc.
Email: lakrueger@express.com

John Schanne, Esq.
Office of the United States Trustee
Email: john.schanne@usdoj.gov

Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
Alyssa M. Radovanovich, Esq.
Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
Email: dpacitti@klehr.com
   myurkewicz@klehr.com
   aradovanovich@klehr.com
   mbranzburg@klehr.com

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima, Esq.
Charles B. Sterrett, Esq.
Kirkland & Ellis LLP
Email: josh.sussberg@kirkland.com
   emily.geier@kirkland.com
   nicholas.adzima@kirkland.com
   charles.sterrett@kirkland.com

Luke Murley, Esq.
Saul Ewing LLP
Email: luke.muley@saul.com

Adam Rogoff, Esq.
Robert Schmidt, Esq.
Nathaniel Allard, Esq.
Kramer Levin Naftalis & Frankel LLP
Email: arogoff@kramerlevin.com
   rschmidt@kramerlevin.com
   nallard@kramerlevin.com

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)

#05814019