**CERTIFICATE OF SERVICE**

   Garvan F. McDaniel hereby certifies that on this, the 20th day of June, 2024, a true and correct copy of the *Objection of Akamai Technologies, Inc. to Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* was served upon all parties registered to receive electronic service in this matter as well as the following parties by electronic mail:

Express, Inc.
Laurel Krueger (lakrueger@express.com)

Kirkland & Ellis LLP
Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com)
Emily E. Geier, P.C. (emily.geier@kirkland.com)
Nicholas M. Adzima (nicholas.adzima@kirkland.com)

Kirkland & Ellis, LLP
Charles B. Sterrett
(charles.sterrett@kirkland.com)

Klehr Harrison Harvey Branzburg LLP
Domenic E. Pacitti (dpacitti@klehr.com)
Michael W. Yurkewicz (myurkewicz@klehr.com)
Alyssa M. Radovanovich (aradovanovich@klehr.com)

Klehr Harrison Harvey Branzburg LLP
Morton R. Branzburg (mbranzburg@klehr.com)

U.S. Trustee for the District of Delaware
John Schanne (john.schanne@usdoj.gov)

Richards, Layton & Finger, P.A.
John H. Knight (knight@rlf.com)
Paul N. Heath (health@rlf.com)
Alexander R. Steiger (steiger@rlf.com)

Goldberg Kohn LTD
Randall L. Klein (randall.klein@goldbergkohn.com)
Dimitri G. Karcazes (dimitri.karcazes@goldbergkohn.com)
Eva D. Gadzheva (eva.gadzheva@goldbergkohn.com)

Kramer Levin Naftalis & Frankel LLP
Adam Rogoff (arogoff@kramerlevin.com)
Robert Schmidt (rschmidt@kramerlevin.com)
Nathaniel Allard (nallard@kramerlevin.com)

Saul Ewing LLP
Luke Murley (luke.murley@saul.com)

                                           */s/ Garvan F. McDaniel*
                                           Garvan F. McDaniel (#4167)