## CERTIFICATE OF SERVICE

I, Joseph C. Barsalona II, hereby certify that on June 20, 2024, I caused a copy of the foregoing *LIMITED OBJECTION BY DOMAIN NORTHSIDE RETAIL PROPERTY OWNER LP TO NOTICE OF ASSUMPTION [D.I. 450]* to be served on all parties who are scheduled to receive notice through the Court's ECF system as well as the following parties on the attached service list by electronic mail:

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Domain Northside Retail Property Owner LP*

## Service List

**Via Email**

| | |
|---|---|
| Express, Inc.,<br>One Express Drive,<br>Columbus, Ohio 43230,<br>Attn.: Laurel Krueger;<br>Email: lakrueger@express.com | Kirkland & Ellis LLP,<br>601 Lexington Avenue,<br>New York, New York 10022,<br>Attn.: Joshua A. Sussberg, P.C.,<br>      Emily E. Geier, P.C.<br>      Nicholas M. Adzima,<br>Email: joshua.sussberg@kirkland.com<br>      emily.geier@kirkland.com<br>      nicholas.adzima@kirkland.com |
| Kirkland & Ellis LLP,<br>333 West Wolf Point Plaza,<br>Chicago, Illinois, 60654,<br>Attn.: Charles B. Sterrett,<br>Email: charles.sterrett@kirkland.com | Klehr Harrison Harvey Branzburg LLP,<br>919 North Market Street, Suite 1000,<br>Wilmington, Delaware 19801,<br>Attn.: Domenic E. Pacitti,<br>      Michael W. Yurkewicz,<br>      Alyssa M. Radovanovich,<br>Email: dpacitti@klehr.com<br>      myurkewicz@klehr.com<br>      aradovanovich@klehr.com |
| Klehr Harrison Harvey Branzburg LLP,<br>1835 Market Street, Suite 1400,<br>Philadelphia, Pennsylvania 19103,<br>Attn.: Morton R. Branzburg;<br>Email: mbranzburg@klehr.com | United States Trustee,<br>844 King Street, Suite 2207,<br>Lockbox 35,<br>Wilmington, Delaware 19801,<br>Attn.: John Schanne;<br>Email: john.schanne@usdoj.gov |
| Kramer Levin Naftalis & Frankel LLP,<br>1177 Avenue of the Americas,<br>New York, New York 10036,<br>Attn: Adam Rogoff<br>Robert Schmidt<br>Nathaniel Allard<br>Email:  arogoff@kramerlevin.com<br>      rschmidt@kramerlevin.com<br>      nallard@kramerlevin.com | Saul Ewing LLP,<br>1201 North Market Street,<br>Suite 2300, Wilmington, DE 19801,<br>Attn: Luke Murley<br>Email: luke.murley@saul.com |
| Chipman, Brown, Cicero & Cole, LLP, | Ropes & Gray LLP, |

| | |
|---|---|
| 1313 North Market Street, Suite 5400,<br>Wilmington, Delaware 19801,<br>Attn.: Mark L. Desgrosseilliers<br>Email: desgross@chipmanbrown.com | 191 North Wacker Drive, 32nd Floor,<br>Chicago, Illinois 60606,<br>Attn.: Stephen L. Iacovo<br>Email: steven.iacovo@ropesgray.com |
| Richards, Layton & Finger, P.A.<br>920 N. King Street,<br>Wilmington, Delaware 19801<br>Attn: John H. Knight<br>     Paul N. Heath<br>     Alexander R. Steiger<br>Email: knight@rlf.com;<br>     health@rlf.com<br>     steiger@rlf.com | Goldberg Kohn LTD<br>55 E. Monroe St., Suite 3300,<br>Chicago, Illinois 60603<br>Attn: Randall L. Klein<br>     Dimitri G. Karcazes<br>     Eva D. Gadzheva<br>Email: randall.klein@goldbergkohn.com;<br>     dimitri.karcazes@goldbergkohn.com<br>     eva.gadzheva@goldbergkohn.com |