**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 451** |

**EMC CORPORATION'S LIMITED OBJECTION TO NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW EMC Corporation ("EMC") and files this *Limited Objection to Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* (the "Limited Objection") to the alleged cure amount set forth in the *Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 451] (the "Notice") served upon EMC by the Debtors, and in support thereof would show as follows:

### I.  BACKGROUND

1. On April 22, 2024 ("Petition Date"), Debtors commenced these Chapter 11 cases by filing voluntary petitions under Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their affairs as debtors-in-possession under 11 U.S.C §§ 1107 and 1108.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2.     On June 13, 2024, the Debtors filed their Notice, including the amounts the Debtors believe were required to cure all defaults then existing under such contracts to be assumed (the "Cure Amounts").

3.     The Debtors indicated in the Notice that they intend to assume the Contract (the "Proposed Assumed Contract") with EMC.

4.     Pursuant to the Notice, the Debtors identified $0.00 as the amount which it alleges to be owing to EMC under the Proposed Assumed Contract (the "Proposed Cure Amount").

5.     EMC agrees to the assumption of Proposed Assumed Contract with the Debtors; however, EMC disputes the Proposed Cure Amount in the Notice. EMC' books and records reflect a cure amount of $146,329.46. A true and correct copy of EMC's pre-petition invoice is attached hereto as **Exhibit 1**. The Proposed Cure Amount is less than what is actually owed under the Proposed Assumed Contract.

## II.    DELL OBJECTION TO CURE AMOUNT

6.     EMC entered into a contract with the Debtor in which Debtor purchases certain goods and/or software. EMC has no objection to the assumption of the contract provided the proper cure amount is paid. Accordingly, EMC files this Limited Objection objecting to the Proposed Cure Amount set forth in the Notice.

7.     Pursuant to 11 U.S.C. § 365(b)(1)(A), the Debtors must cure any defaults under the Proposed Assumed Contract in connection with any proposed assumption, as well as provide adequate assurance of future performance. In this case, Debtors' Proposed Cure Amount of $0.00 fails to cure the existing defaults under the Proposed Assumed Contract, as is required under Section 365 prior to assumption.

8. The correct cure amount is $146,329.46 for prepetition payment defaults under the Proposed Assumed Contract. As a result, under 11 U.S.C. § 365(b)(1)(A), in order to assume the EMC contract, EMC must receive a cure payment of at least $146,329.46. Otherwise, the Proposed Assumed Contract cannot be assumed pursuant to Section 365.

WHEREFORE PREMISES CONSIDERED, EMC prays (i) that the cure amount set forth in the Notice be corrected to reflect the correct prepetition cure amount of $146,329.46, which represents prepetition amounts due and owing under the Proposed Assumed Contract; (ii) that EMC be paid a cure payment of $146,329.46 in connection with the assumption of the Proposed Assumed Contract; and (iii) that EMC be awarded such other and further relief to which it may be justly entitled at law or in equity.

Dated: June 20, 2024

Respectfully submitted,

*/s/ Sabrina L. Streusand*
Sabrina L. Streusand
TX Sate Bar No. 11701700
**STREUSAND, LANDON, OZBURN & LEMMON, LLP**
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
Email: streusand@slollp.com

**COUNSEL FOR EMC CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 20th day of June, 2024 upon all parties requesting service via ECF Notification, including but not limited to the following:

| | |
|---|---|
| Express, Inc., <br> One Express Drive <br> Columbus, Ohio 43230 <br> Attn.: Mark Still (mstill@express.com); and <br> Laurel Krueger (LaKrueger@express.com) | Debtors |
| Kirkland & Ellis LLP <br> 601 Lexington Avenue <br> New York, New York 10022, <br> Attn.: Joshua A. Sussberg, P.C., <br> Emily E. Geier, P.C. and Nicholas M. Adzima <br><br> Klehr Harrison Harvey Branzburg LLP, <br> 919 North Market Street, Suite 1000, <br> Wilmington, Delaware 19801 <br> Attn.: Domenic E. Pacitti, Michael W. Yurkewicz, and Alyssa M. Radovanovich <br><br> Klehr Harrison Harvey Branzburg LLP <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Attn.: Morton R. Branzburg | Counsel to the Debtors |
| Phoenix Retail, LLC <br> c/o WHP Global <br> 530 Fifth Avenue, 12th Floor <br> New York, NY 10036 <br> Attn: Gregg Donnenfeld (gdonnenfeld@whp-global.com) | Assumption Counterparty |
| 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 <br> Attn.: John Schanne | United States Trustee |
| Kramer Levin Naftalis & Frankel LLP, <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Attn: Adam Rogoff (arogoff@kramerlevin.com), <br> Robert Schmidt (rschmidt@kramerlevin.com), and <br> Nathaniel Allard (nallard@kramerlevin.com) | Proposed counsel to the Committee |

| | |
|---|---|
| Saul Ewing LLP<br>1201 North Market Street, Suite 2300,<br>Wilmington, DE 19801<br>Attn: Luke Murley (luke.murley@saul.com). | |

*/s/ Sabrina L. Streusand*
Sabrina L. Streusand