**DELL EMC**  
EMC Corporation  
176 South Street  
Hopkinton, MA 01748  
(508) 346-0899  
EMC Tax Code: 04-2680009

| EMC CONTACT NAME | PAYMENT TERMS | INVOICE NO. |
|---|---|---|
| Credit Department | NET 30 | 5201625116 |
| CUSTOMER P.O. | DUE DATE | INVOICE DATE |
| 112278 | 05/05/2024 | 04/05/2024 |

## Maintenance INVOICE

**BILL TO:**  
EXPRESS LLC  
1 EXPRESS DR  
COLUMBUS OH  43230

**INSTALL AT:**  
EXPRESS LLC  
1 EXPRESS DR  
COLUMBUS OH  43230

ACCOUNT NUMBER: 1003958132  
BILL TO NUMBER: 1000254811  
PARTY NUMBER:

INSTALL ID: 1000254811  
INSTALL AT PARTY ID:

| CONTRACT # | PERIOD FROM | PERIOD TO | SERVICE DESCRIPTION | QTY | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|
| 310289972H | 04/01/2024 | 03/31/2025 | ProSupport 4HR Hardware Support | 12 | 65,798.00 | 0.00 |
| 310289972H | 04/01/2024 | 03/31/2025 | ProSupport Software Support TLA - VMAF | 135 | 2,362.50 | 0.00 |

| | | |
|---|---|---|
| Past Due Amounts will bear interest at a rate of 1.5% | **Exchange Rate:** 1.00000    ALL PRICES ARE IN: USD | Install at Sub-total: 68,160.50 |
| These commodities are licensed by the U.S. Diversion contrary to U.S. law is prohibited. | **REMIT TO:**  EMC Corporation  4246 Collections Center Drive  Chicago, IL 60693  United States | Install at Tax: 0.00 |
| Comments: | | Install at Total: 68,160.50 |

# EXHIBIT 1

Inquiries regarding this document please call 1-508-346-0899 or http://emc.force.com/EMCBusinessServices                                        Page 1 of 5

**DELL EMC**

EMC Corporation
176 South Street
Hopkinton, MA 01748
(508) 346-0899
EMC Tax Code: 04-2680009

| EMC CONTACT NAME | PAYMENT TERMS | INVOICE NO. |
|---|---|---|
| Credit Department | NET 30 | 5201625116 |
| CUSTOMER P.O. | DUE DATE | INVOICE DATE |
| 112278 | 05/05/2024 | 04/05/2024 |

## Maintenance INVOICE

**BILL TO:**
EXPRESS LLC
1 EXPRESS DR
COLUMBUS OH  43230

**INSTALL AT:**
EXPRESS, LLC
21110 RIDGETOP CIR
STERLING VA 20166

ACCOUNT NUMBER: 1003958132
BILL TO NUMBER: 1000254811
PARTY NUMBER:

INSTALL ID: 1003958132
INSTALL AT PARTY ID:

| CONTRACT # | PERIOD FROM | PERIOD TO | SERVICE DESCRIPTION | QTY | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|
| 310289972H | 04/01/2024 | 03/31/2025 | ProSupport 4HR Hardware Support | 12 | 72,714.68 | 2,181.43 |
| 310289972H | 04/01/2024 | 03/31/2025 | ProSupport Software Support TLA - VMAF | 56 | 2,362.50 | 0.00 |

Past Due Amounts will bear interest at a rate of 1.5%

These commodities are licensed by the U.S. Diversion contrary to U.S. law is prohibited.

Comments:

**Exchange Rate:  1.00000**    ALL PRICES ARE IN:  USD

**REMIT TO:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693
United States

| Install at Sub-total | 75,077.18 |
|---|---|
| Install at Tax | 2,181.43 |
| Install at Total: | 77,258.61 |

# EXHIBIT 1

**DELL EMC**

EMC Corporation
176 South Street
Hopkinton, MA 01748
(508) 346-0899
EMC Tax Code: 04-2680009

| EMC CONTACT NAME | PAYMENT TERMS | INVOICE NO. |
|---|---|---|
| Credit Department | NET 30 | 5201625116 |
| CUSTOMER P.O. | DUE DATE | INVOICE DATE |
| 112278 | 05/05/2024 | 04/05/2024 |

## Maintenance INVOICE

**BILL TO:**
EXPRESS LLC
1 EXPRESS DR
COLUMBUS OH  43230

**INSTALL AT:**
EXPRESS LLC
c/o CenturyLink Cloud
Sterling VA 20166

ACCOUNT NUMBER: 1003958132
BILL TO NUMBER: 1000254811
PARTY NUMBER:

INSTALL ID: 1004220618
INSTALL AT PARTY ID:

| CONTRACT # | PERIOD FROM | PERIOD TO | SERVICE DESCRIPTION | QTY | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|
| 310289972H | 04/01/2024 | 03/31/2025 | ProSupport Software Support TLA - VMAF | 34 | 910.35 | 0.00 |

| | | | |
|---|---|---|---|
| Past Due Amounts will bear interest at a rate of 1.5% | **Exchange Rate:** 1.00000 | ALL PRICES ARE IN:  USD | Install at Sub-total: 910.35 |
| These commodities are licensed by the U.S. Diversion contrary to U.S. law is prohibited. | **REMIT TO:**<br>EMC Corporation<br>4246 Collections Center Drive<br>Chicago, IL 60693<br>United States | | Install at Tax: 0.00 |
| Comments: | | | Install at Total: 910.35 |

# EXHIBIT 1

**DELL EMC**

EMC Corporation
176 South Street
Hopkinton, MA 01748
(508) 346-0899
EMC Tax Code: 04-2680009

| EMC CONTACT NAME | PAYMENT TERMS | INVOICE NO. |
|---|---|---|
| Credit Department | NET 30 | 5201625116 |
| CUSTOMER P.O. | DUE DATE | INVOICE DATE |
| 112278 | 05/05/2024 | 04/05/2024 |

**Maintenance INVOICE**

**BILL TO:**
EXPRESS LLC
1 EXPRESS DR
COLUMBUS OH  43230

**INSTALL AT:**
EXPRESS, LLC
1 EXPRESS DR
COLUMBUS OH 43230

ACCOUNT NUMBER: 1003958132
BILL TO NUMBER: 1000254811
PARTY NUMBER:

INSTALL ID: 1004667710
INSTALL AT PARTY ID:

| CONTRACT # | PERIOD FROM | PERIOD TO | SERVICE DESCRIPTION | QTY | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|
| 310289972H | 04/01/2024 | 03/31/2025 | ProSupport Software Support TLA - VMAF | 68 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Past Due Amounts will bear interest at a rate of 1.5% | **Exchange Rate:  1.00000** | ALL PRICES ARE IN:  USD | Install at Sub-total | 0.00 |
| These commodities are licensed by the U.S. Diversion contrary to U.S. law is prohibited. | **REMIT TO:** EMC Corporation | | Install at Tax | 0.00 |
| Comments: | 4246 Collections Center Drive Chicago, IL 60693 United States | | Install at Total: | 0.00 |
| | | | **Total InvoiceTax:** | 2,181.43 |
| | | | **TOTAL INVOICE AMOUNT:** | 146,329.46 |

# EXHIBIT 1

**EXHIBIT 1**