IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 446** |

**KRG LANSING EASTWOOD, LLC'S OBJECTION TO DEBTORS'
NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY
CONTRACTS AND/OR UNEXPIRED LEASES**

KRG Lansing Eastwood, LLC ("Landlord"), by and through undersigned counsel, hereby submits its objection (the "Objection") to *Debtors' Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [D.I. 446] (the "Notice"). In support of its Objection, Landlord respectfully states as follows:

**Background**

1.  On April 22, 2024 (the "Petition Date"), Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The cases (the "Bankruptcy Cases") are jointly administered under the above-captioned case. The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has been appointed in the Bankruptcy Cases.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2. Landlord is the owner of the shopping center commonly described as the Eastwood Towne Center and located in Lansing, Michigan (the "Center"), in which Debtor Express Fashion Operations, LLC ("EFO") operates a retail store pursuant to an unexpired nonresidential real property lease dated September 12, 2001 between Landlord's predecessor-in-interest, Lansing Pavilion, LLC, and EFO's predecessor-in-interest, Debtor Express, LLC (together with all amendments and modifications thereto, the "Lease").

3. The Lease is a lease "of real property in a shopping center," as that term is used in 11 U.S.C. § 365(b)(3). *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

4. Payments are due monthly pursuant to the terms of the Lease (each, a "Monthly Lease Payment"). Each Monthly Lease Payment in the aggregate amount of approximately $13,841.00 is comprised of the following components:[2]

    a.    Rent    $13,750.00
    b.    Water    $    91.00

5. On June 13, 2024, Debtors filed the Notice.

6. The Lease is included in the Notice with a listed cure amount of $0.00 (the "Proposed Cure Payment").

7. On June 14, 2024, this Court entered its *Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code;*

---

[2] A true and correct copy of the general ledger showing payments due for March-June 2024 is attached hereto as **Exhibit A**. The amount of the Monthly Lease Payment is subject to change pursuant to the terms of the Lease.

*(IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief* [D.I. 471] (the "Sale Order").

8. Pursuant to the Notice and the Sale Order, objections to the Proposed Cure Payment or the assumption and assignment of the Lease must be filed no later than ten (10) days after the date the Notice was filed and served. This Objection is timely filed.

## Objection

9. Landlord hereby objects to the assumption of the Lease as set forth in the Notice because the Proposed Cure Payment does not include all prepetition and postpetition arrearage owed to Landlord.

10. A debtor in possession may not assume an unexpired lease "unless, at the time of assumption of such . . . lease, the [debtor in possession] cures, or provides adequate assurance that the [debtor in possession] will promptly cure" any monetary defaults under such lease. 11 U.S.C. § 365(b)(1)(A). A debtor bears the burden of proving it has satisfied the requirements for assumption and assignment. *Id.*; *In re Thane International, Inc.*, 586 B.R. 540, 546 (Bankr. D. Del. 2018) ("The debtor has the burden to show that a contract is assumable and that Section 365 has been met . . . .").

11. The Proposed Cure Payment set forth in the Notice with respect to the Lease is deficient in that it does not include all pre- and post-petition arrearages owed to Landlord pursuant to the terms of the Lease, and therefore does not cure all existing monetary defaults under the Lease as required by the Bankruptcy Code.

12. Since March 2024, Landlord has received payments related to the Lease in the amount of $13,750.00 (on May 6, 2024) and $4,125.00 (on June 7, 2024). All remaining amounts

KC 22490025.1

due and owing under the Lease from March 1, 2024 through the date of this Objection are unpaid and remain outstanding.

13. Various other credits and costs are included in the outstanding balance under the Lease. The Landlord's books and records show it is currently owed at least $38,864.44 in rent and related obligations pursuant to the Lease, as follows:

| **Description** | **Amount** |
|---|---|
| March 2024 Monthly Rent | $13,750.00 |
| April 2024 Monthly Rent | $13,750.00 |
| May 2024 Monthly Rent | $13,750.00 |
| June 2024 Monthly Rent | $13,750.00 |
| Late Fees | $1,375.00 |
| Water/Sewer (March-June 2024) | $364.44 |
| Less Payments Received | ($17,875.00) |
| **Total** | **$38,864.44** |

14. Landlord recognizes and understands that pursuant to the Sale Order, the JV Purchaser (as defined therein) is responsible for the payment of all obligations under the Lease that relate to June 2024 unpaid rent and other charges, including for the pre- and post-closing periods; however, Landlord has included the June 2024 Lease obligations herein for the sake of completeness.

15. In any order that is entered establishing the cure amount with respect to the Lease, such cure amount must be set to cover all amounts owing under the Lease, as modified by the Sale Order.

KC 22490025.1

**Joinder in Objections Raised by Other Landlords**

16. To the extent consistent with the objections expressed herein, Landlord also joins in the objections of any other shopping center lessors to the Debtors' proposed relief.

**Reservation of Rights**

17. Nothing in this Objection is intended to be, or should be construed as, a waiver by the Landlord of any of its rights under the Lease, the Bankruptcy Code, or applicable law, including other orders of this Court entered herein. Landlord expressly reserves all such rights, including, without limitation, the right to: (i) supplement and/or amend this Objection and to assert additional objections to assumption and/or assignment of the Lease on any and all grounds; (ii) assert additional non-monetary defaults under the Lease; (iii) assert any rights for indemnification or contribution against the Debtors arising under the Lease; and (iv) assert any further objections as they deem necessary or appropriate.

Date: June 20, 2024
Wilmington, Delaware

Respectfully Submitted,

*/s/ Laurel D. Roglen*
Leslie C. Heilman (DE 4716)
Laurel D. Roglen (DE 5759)
Nicholas J. Brannick (DE 5721)
Margaret Vesper (DE 6995)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel: (302) 252-4465
Fax: (302) 252-4466
Email: heilmanl@ballardspahr.com
roglenl@ballardpshar.com
brannickn@ballardspahr.com
vesperm@ballardspahr.com

and

Mark Bogdanowicz
SPENCER FANE LLP

KC 22490025.1

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 292-8222
Facsimile: (816) 474-3216
Email: mbogdanowicz@spencerfane.com

*Co-Counsel for Creditor*
*KRG Lansing Eastwood, LLC*

KC 22490025.1