# EXHIBIT A

| Database: | R37399900001 | CM Receivables Ledger | Page: | 1 |
|---|---|---|---|---|
| BLDG: | 5534 | KRG Management LLC | Date: | 6/14/2024 |
|  |  | Eastwood Towne Center | Time: | 10:02 AM |
| Occupancy Status: Current | | 1/1/2023 Through 6/14/2024 | | |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5534-005912 | | | **Express 988** | | | | | | | Master Occp Id: | 00005495-1 | |
| | | Balance Forward | | | | | | | -15.97 | | | |
| 5534 | 005912 | 1/1/2023 | RNT | Rent | CH | AUTOCHRG @T1/31/2023 | 13,750.00 | | 13,734.03 | | | |
| 5534 | 005912 | 1/1/2023 | WSE | Water | CH | AUTOCHRG @T1/31/2023 | 90.11 | | 13,824.14 | | | |
| 5534 | 005912 | 1/6/2023 | RNT | Rent | CR | Receipt | | 13,734.03 | 90.11 | 6142778 | | CHK |
| 5534 | 005912 | 1/6/2023 | RNT | Rent | CR | CreditApply | | 15.97 | 74.14 | | | APL |
| 5534 | 005912 | 1/6/2023 | WSE | Water | CR | Receipt | | 90.11 | -15.97 | 6142778 | | CHK |
| 5534 | 005912 | 1/6/2023 | WSX | Water Reconciliation | PR | CreditApply | 15.97 | | 0.00 | | | APL |
| 5534 | 005912 | 2/1/2023 | RNT | Rent | CH | AUTOCHRG @T2/28/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 2/1/2023 | WSE | Water | CH | AUTOCHRG @T2/28/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 2/2/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6144276 | | CHK |
| 5534 | 005912 | 2/2/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6144276 | | CHK |
| 5534 | 005912 | 3/1/2023 | RNT | Rent | CH | AUTOCHRG @T3/31/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 3/1/2023 | WSE | Water | CH | AUTOCHRG @T3/31/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 3/6/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6145494 | | CHK |
| 5534 | 005912 | 3/6/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6145494 | | CHK |
| 5534 | 005912 | 4/1/2023 | RNT | Rent | CH | AUTOCHRG @T4/30/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 4/1/2023 | WSE | Water | CH | AUTOCHRG @T4/30/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 4/3/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6146785 | | CHK |
| 5534 | 005912 | 4/3/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6146785 | | CHK |
| 5534 | 005912 | 5/1/2023 | RNT | Rent | CH | AUTOCHRG @T5/31/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 5/1/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 0.00 | 6148027 | | CHK |
| 5534 | 005912 | 5/1/2023 | WSE | Water | CH | AUTOCHRG @T5/31/2023 | 90.11 | | 90.11 | | | |
| 5534 | 005912 | 5/1/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6148027 | | CHK |
| 5534 | 005912 | 6/1/2023 | RNT | Rent | CH | AUTOCHRG @T6/30/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 6/1/2023 | WSE | Water | CH | AUTOCHRG @T6/30/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 6/5/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6149348 | | CHK |
| 5534 | 005912 | 6/5/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6149348 | | CHK |
| 5534 | 005912 | 7/1/2023 | RNT | Rent | CH | AUTOCHRG @T7/31/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 7/1/2023 | WSE | Water | CH | AUTOCHRG @T7/31/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 7/3/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6150384 | | CHK |
| 5534 | 005912 | 7/3/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6150384 | | CHK |
| 5534 | 005912 | 7/31/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | -13,750.00 | 6151636 | | CHK |
| 5534 | 005912 | 7/31/2023 | WSE | Water | CR | Receipt | | 90.11 | -13,840.11 | 6151636 | | CHK |
| 5534 | 005912 | 8/1/2023 | RNT | Rent | CH | AUTOCHRG @T8/31/2023 | 13,750.00 | | -90.11 | | | |
| 5534 | 005912 | 8/1/2023 | WSE | Water | CH | AUTOCHRG @T8/31/2023 | 90.11 | | 0.00 | | | |

| Database: | R37399900001 | | | CM Receivables Ledger | | | | Page: | 2 |
| BLDG: | 5534 | | | KRG Management LLC | | | | Date: | 6/14/2024 |
| | | | | Eastwood Towne Center | | | | Time: | 10:02 AM |
| Occupancy Status: Current | | | | 1/1/2023 Through 6/14/2024 | | | | | |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5534 | 005912 | 9/1/2023 | RNT | Rent | CH | AUTOCHRG @T9/30/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 9/1/2023 | WSE | Water | CH | AUTOCHRG @T9/30/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 9/5/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6152664 | | CHK |
| 5534 | 005912 | 9/5/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6152664 | | CHK |
| 5534 | 005912 | 10/1/2023 | RNT | Rent | CH | AUTOCHRG @T10/31/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 10/1/2023 | WSE | Water | CH | AUTOCHRG @T10/31/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 10/2/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6153927 | | CHK |
| 5534 | 005912 | 10/2/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6153927 | | CHK |
| 5534 | 005912 | 11/1/2023 | RNT | Rent | CH | AUTOCHRG @T11/30/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 11/1/2023 | WSE | Water | CH | AUTOCHRG @T11/30/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 11/6/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6155304 | | CHK |
| 5534 | 005912 | 11/6/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6155304 | | CHK |
| 5534 | 005912 | 12/1/2023 | RNT | Rent | CH | AUTOCHRG @T12/31/2023 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 12/1/2023 | WSE | Water | CH | AUTOCHRG @T12/31/2023 | 90.11 | | 13,840.11 | | | |
| 5534 | 005912 | 12/4/2023 | RNT | Rent | CR | Receipt | | 13,750.00 | 90.11 | 6156108 | | CHK |
| 5534 | 005912 | 12/4/2023 | WSE | Water | CR | Receipt | | 90.11 | 0.00 | 6156108 | | CHK |
| 5534 | 005912 | 1/1/2024 | RNT | Rent | CH | AUTOCHRG @T1/31/2024 | 13,750.00 | | 13,750.00 | | | |
| 5534 | 005912 | 1/8/2024 | PPR | Prepaid Rent | CR | Prepaid water | | 90.11 | 13,659.89 | 6156990 | | CHK |
| 5534 | 005912 | 1/8/2024 | RNT | Rent | CR | Receipt | | 13,750.00 | -90.11 | 6156990 | | CHK |
| 5534 | 005912 | 2/1/2024 | RNT | Rent | CH | AUTOCHRG @T2/29/2024 | 13,750.00 | | 13,659.89 | | | |
| 5534 | 005912 | 2/20/2024 | PPR | Prepaid Rent | PR | CreditApply | 90.11 | | 13,750.00 | 6156990 | | APL |
| 5534 | 005912 | 2/20/2024 | RNT | Rent | CR | Receipt | | 13,659.89 | 90.11 | 6157809 | | CHK |
| 5534 | 005912 | 2/20/2024 | RNT | Rent | CR | CreditApply | | 90.11 | 0.00 | 6156990 | | APL |
| 5534 | 005912 | 2/23/2024 | LTF | Late Fees | CH | February 2024 Late Fees | 687.50 | | 687.50 | | 073979 | |
| 5534 | 005912 | 3/1/2024 | RNT | Rent | CH | AUTOCHRG @T3/31/2024 | 13,750.00 | | 14,437.50 | | 073979 | |
| 5534 | 005912 | 3/7/2024 | WSE | Water | CH | Water 12/31/23-01/31/24 | 91.20 | | 14,528.70 | | 073979 | |
| 5534 | 005912 | 4/1/2024 | RNT | Rent | CH | AUTOCHRG @T4/30/2024 | 13,750.00 | | 28,278.70 | | 074747 | |
| 5534 | 005912 | 4/3/2024 | WSE | Water | CH | WSE 1/3124 - 2/28/24 | 91.11 | | 28,369.81 | | 074747 | |
| 5534 | 005912 | 4/18/2024 | LTF | Late Fees | CH | April 2024 Late Fees | 687.50 | | 29,057.31 | | | |
| 5534 | 005912 | 5/1/2024 | RNT | Rent | CH | AUTOCHRG @T5/31/2024 | 13,750.00 | | 42,807.31 | | | |
| 5534 | 005912 | 5/6/2024 | RNT | Rent | CR | Receipt | | 13,750.00 | 29,057.31 | 6159583 | | CHK |
| 5534 | 005912 | 5/7/2024 | WSE | Water | CH | WSE 02/28/24-03/31/24 | 91.13 | | 29,148.44 | | | |
| 5534 | 005912 | 6/1/2024 | RNT | Rent | CH | AUTOCHRG @T6/30/2024 | 13,750.00 | | 42,898.44 | | | |
| 5534 | 005912 | 6/4/2024 | WSE | Water | CH | WSE 03/31/24-04/30/24 | 91.00 | | 42,989.44 | | | |
| 5534 | 005912 | 6/7/2024 | RNT | Rent | CR | Receipt | | 4,125.00 | 38,864.44 | 6160325 | 074747 | CHK |