## **CERTIFICATE OF SERVICE**

      I, Laurel D. Roglen, hereby certify that on June 20, 2024 a copy of the foregoing was filed electronically through the Court's CM/ECF system and served electronically on all parties registered to receive service of electronic notice, and was also served via First Class, U.S. Mail and electronic mail on the counsel listed below:

Express, Inc.
One Express Drive
Columbus, Ohio 43230
Attn.: Laurel Krueger
(lakrueger@express.com)

*Debtors*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.:  Joshua A. Sussberg, P.C.
(joshua.sussberg@kirkland.com)
      Emily E. Geier, P.C.
(emily.geier@kirkland.com)
     Nicholas M. Adzima
(nicholas.adzima@kirkland.com)
*Attorneys for Debtors*

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois, 60654
Attn.: Charles B. Sterrett
(charles.sterrett@kirkland.com)

*Attorneys for Debtors*

Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Attn.:  Domenic E. Pacitti
(dpacitti@klehr.com)
     Michael W. Yurkewicz
(myurkewicz@klehr.com)
     Alyssa M. Radovanovich
(aradovanovich@klehr.com)

*Attorneys for Debtors*

Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Attn.: Morton R. Branzburg
(mbranzburg@klehr.com)
*Attorneys for Debtors*

Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn.: John Schanne
(john.schanne@usdoj.gov)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:  Adam Rogoff
(arogoff@kramerlevin.com)
     Robert Schmidt
(rschmidt@kramerlevin.com)
     Nathaniel Allard
(nallard@kramerlevin.com)
*Proposed Counsel to the Committee*

Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Attn: Luke Murley (luke.murley@saul.com)

*Proposed Counsel to the Committee*

KC 22490025.1

| | |
|---|---|
| Phoenix Retail, LLC<br>c/o WHP Global<br>530 Fifth Avenue, 12th Floor<br>New York, NY 10036<br>Attention: Gregg Donnenfeld | Wachtell, Lipton, Rosen & Katz<br>51 West 52nd St<br>New York, NY 10019<br>Attn:   Joshua A Feltman<br>         Benjamin S. Arfa<br><br>*Counsel to Phoenix Retail, LLC* |

Dated: June 20, 2024
Wilmington, Delaware

                                                          */s/ Laurel D. Roglen*
                                                          Laurel D. Roglen (DE 5759)

KC 22490025.1