**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Express, Inc. *et al.*,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(jointly administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Mark A. Frankel, Esq. of BACKENROTH FRANKEL & KRINSKY, LLP to represent 173 Court Street Holdings LLC, in the above-captioned bankruptcy case.

Dated: June 20, 2024　　　　　　　　**THE ROSNER LAW GROUP LLC**

　　　　　　　　　　　　　　　　　　*/s/ Frederick B. Rosner*
　　　　　　　　　　　　　　　　　　Frederick B. Rosner (DE Bar No. 3995)
　　　　　　　　　　　　　　　　　　824 Market Street, Suite 810
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 777-1111
　　　　　　　　　　　　　　　　　　Email: rosner@teamrosner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: June 20, 2024　　　　　　　　*/s/ Mark A. Frankel*
　　　　　　　　　　　　　　　　　　Mark A. Frankel
　　　　　　　　　　　　　　　　　　BACKENROTH FRANKEL & KRINSKY, LLP
　　　　　　　　　　　　　　　　　　488 Madison Avenue 23rd Floor
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　Tel: (212) 593-1100
　　　　　　　　　　　　　　　　　　Email: mfrankel@bfklaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

{00039104. }