## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC. *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtor. | (Jointly Administered) |
| | **Re. Docket No. 269, 452** |

### OBJECTION OF OKTA INC. TO DEBTORS' PROPOSED CURE AMOUNT

Okta Inc. ("Okta") objects as follows to Debtors' proposed cure amount associated with assumption of the Okta Agreements (as defined below).

1. On April 22, 2024 (the "Petition Date"), Debtors, including Express LLC. ("Express"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Prior to the Petition Date, pursuant to that certain Okta Inc. Master Subscription Agreement (the "Okta MSA"), Okta and Express entered into that certain Order Form Q-791405 dated January 26, 2024 (the "Software Order"). A true and correct copy of the Order is attached hereto a **Exhibit A**.

3. Pursuant to the Software Order, Okta provides certain software services to Express for a seventeen (17) month term beginning February 1, 2024 through and including June 30, 2025. In exchange, Express has agreed to pay Okta an aggregate total of $409,278.83, although split into two payments coinciding with two periods of service: (1) for service from February 1, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

-2-

through and including June 30, 2024 ("Software Order Year One") for a total of $120,376.13, plus taxes, and (2) for service from July 1, 2024 through and including June 30, 2025 ("Software Order Year Two") for a total of $288,902.70, plus taxes.

4. On January 30, 2024, Okta issued an invoice for Software Order Year One totaling $127,760.31 with payment due within 60 days of invoice (the "Prepetition Software Invoice"). A true and correct copy of the Prepetition Software Invoice is attached hereto as **Exhibit B**. Okta never received payment on the Prepetition Software Invoice.

5. Additionally, pursuant to the Okta MSA, Okta and Express entered into that certain Order Form Q-828186 dated April 22, 2024 (the "Professional Services Engagement", together with the Software Order, the "Okta Agreements") pursuant to which Okta also provided consultant and project manager services which are billed to Express on an hourly basis. The term of the Professional Services Engagement runs from April 15, 2024 through and including April 14, 2025. A true and correct copy of the Professional Services Engagement is attached hereto as **Exhibit C**.

6. On May 17, 2024, the Bankruptcy Court entered an *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269]. Pursuant to that order, Debtors filed the *Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 475] (the "Cure Notice"). The Cure Notice includes the Okta Agreements and lists a proposed cure amount of $0.00.

7. As of the date hereof, the total amount owed to Okta is $127,760.31. However, additional amounts pursuant to both the Software Order and the Professional Services Engagement will become due to Okta in the coming weeks. Specifically, on July 1, 2024, $1,811 will become due pursuant to the Professional Services Engagement for services provided from April 28, 2024

through May 25, 2024, and on July 31, 2024, $306,624.70 will become due for Software Order Year Two.

8.  Under section 365(b)(1)(A) of the Bankruptcy Code, Debtors may not assume the Okta Agreements unless they promptly cure the prepetition arrearage.  11 U.S.C. § 365(b)(1)(A). Thus, in order to assume the Okta Agreements, Debtors must pay $127,760.31 to cure the existing amounts owed to Okta, as well as any amounts that arise in the future in connection with the Okta Agreements prior to assumption.

Dated: June 20, 2024

**BLANK ROME LLP**
*/s/ Jordan L. Williams*
Jordan L. Williams (DE No. 7128)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email:    jordan.williams@blankrome.com

*Counsel to Okta Inc.*