## **EXHIBIT A**



100 1st Street
San Francisco, CA 94105
United States

**ORDER FORM**

| | |
|---|---|
| **Quote Number:** | Q-791405 |
| **Pricing Valid Through:** | January 31, 2024 |
| **Account Representative** | Nick Minardo |

## Customer & Billing Details

| Sold To | | Accounts Payable Contact | |
|---|---|---|---|
| Customer Legal Name: | Express, Inc. | | |
| Sold to Contact: | Jason Mackarness | Bill to Contact: | Jason Mackarness |
| Email: | jmackarness@express.com | Email: | jmackarness@express.com |
| Tel: | +16144747000 | Tel: | +16144747000 |
| Address: | One Express Drive<br>Columbus, OH<br>43230<br>United States | Address: | One Express Drive<br>Columbus, OH<br>43230<br>United States |

## Subscription Terms & Conditions

| | | | | | |
|---|---|---|---|---|---|
| Start Date: | February 1, 2024 | Billing Frequency: | Annual | PO Number: | |
| End Date: | June 30, 2025 | Payment Terms: | Net 60 | | |
| Term (Months): | 17 | Auto Renew: | No | | |
| Renewal Term (Months): | 17 | Currency: | USD | | |

## RECURRING

Year 1: February 1, 2024 - June 30, 2024

| Service | Business Unit | Unit of Measurement | Quantity** | Price/UOM* | Total |
|---|---|---|---|---|---|
| Sandbox - Preview Sandbox | Okta | Recurring | 1 | USD 25,855.20 | USD 10,773.00 |
| Support Gold Package | Okta | Recurring | 1 | USD 52,609.50 | USD 21,920.63 |
| IT Products - Single Sign-On | Okta | Users per Month | 7,500 | USD 0.17 | USD 6,300.00 |
| IT Products - Universal Directory | Okta | Users per Month | 8,000 | USD 0.17 | USD 6,720.00 |
| IT Products - Adaptive MFA | Okta | Users per Month | 7,500 | USD 0.54 | USD 20,250.00 |
| IT Products - Okta Identity Governance | Okta | Per Unit | 8,000 | USD 0.96 | USD 38,400.00 |
| IT Products - API Access Management | Okta | Users per Month | 100 | USD 0.30 | USD 150.00 |

| Service | Business Unit | Unit of Measurement | Quantity** | Price/UOM* | Total |
|---|---|---|---|---|---|
| IT Products - Okta Access Gateway | Okta | Users per Month | 7,500 | USD 0.42 | USD 15,862.50 |
| | | | | Year 1: February 1, 2024 - June 30, 2024 TOTAL: | USD 120,376.13 |

Year 2: July 1, 2024 - June 30, 2025

| Service | Business Unit | Unit of Measurement | Quantity** | Price/UOM* | Total |
|---|---|---|---|---|---|
| Sandbox - Preview Sandbox | Okta | Recurring | 1 | USD 25,855.20 | USD 25,855.20 |
| Support Gold Package | Okta | Recurring | 1 | USD 52,609.50 | USD 52,609.50 |
| IT Products - Single Sign-On | Okta | Users per Month | 7,500 | USD 0.17 | USD 15,120.00 |
| IT Products - Universal Directory | Okta | Users per Month | 8,000 | USD 0.17 | USD 16,128.00 |
| IT Products - Adaptive MFA | Okta | Users per Month | 7,500 | USD 0.54 | USD 48,600.00 |
| IT Products - Okta Identity Governance | Okta | Per Unit | 8,000 | USD 0.96 | USD 92,160.00 |
| IT Products - API Access Management | Okta | Users per Month | 100 | USD 0.30 | USD 360.00 |
| IT Products - Okta Access Gateway | Okta | Users per Month | 7,500 | USD 0.42 | USD 38,070.00 |
| | | | | Year 2: July 1, 2024 - June 30, 2025 TOTAL: | USD 288,902.70 |

| **Grand Total** | | | | | **USD 409,278.83** |
|---|---|---|---|---|---|

\* The Price per Unit of Measurement shown above has been rounded to two decimal places for display purposes. The totals for this order form were calculated using the actuals price, rather than the rounded price shown above and are the true and binding totals for this Order Form.

\*\* For clarity, the Quantity designation for Support Services does not mean Support Services are sold on a fixed rate basis. Support Services fees are based on the subscriptions purchased for the Service.

**ADDITIONAL TERMS AND CONDITIONS:**

1    **SERVICE TERMS.** The Service is purchased on a Price per Unit of Measurement as defined below:

1.1 **A User ID** is a unique user identifier assigned to the User object by the Okta application. If a User (including non-human devices, such as applications or services) has more than one User ID, each User ID in an Active Status is measured separately for purposes of determining the number of User IDs that must be procured at a given time.

1.2 **Users per Month** is a per Active User ID subscription basis and Customer may authorize no more than the number of User IDs specified above. In addition, (i) the number of User IDs per purchased may not be decreased during the Term, (ii) additional User IDs may be added during the then-current Term at the same pricing as that for the pre-existing User IDs thereunder, prorated for the remainder of the Term in effect at the time the additional User IDs are added, and (iii) the added User IDs shall terminate on the same date as the then-current term. If a user is assigned to multiple non-sandbox orgs, a unique User ID will be assigned to each user per org, and each User ID in an Active Status is measured separately for determining the number of Users per Month.

2 If Customer exceeds its purchased subscriptions, Okta may work with Customer to reduce Customer's usage so that it conforms to such limit. If Customer is unable or unwilling to abide by such limit within thirty (30) days of notice, Customer shall execute an Order Form for additional quantities of the applicable Service promptly upon Okta's request and/or pay any invoice for excess usage. Please see relevant Okta or Auth0 Product Subscription Reference Guide - https://support.okta.com/help/s/product-subscription-reference-guide?language=en_US for more detail on how different User types (i.e., workforce and customer identity) and platform capabilities (such as Primary and Secondary Auth, Private Cloud, International Deployments, and other add-ons) are defined by product.

3 **PAYMENT TERMS.** Customer will be invoiced in advance in accordance with the Billing Frequency and Payment Terms set forth above for the amount(s) outlined above ("Fees"). Fees shown above do not include any Taxes that may apply. Any such Taxes are the responsibility of the Customer. Except as otherwise expressly stated in the Agreement, all Fees paid to Okta are hereunder nonrefundable and all subscriptions purchased herein are non-cancelable.

4 **SUBSCRIPTION TERMS** . This Order Form ("OF") is entered into as of the date last signed below ("Effective Date") between Okta, Inc. with offices at 100 1st Street, San Francisco, California 94105, USA ("Okta"), and the Customer listed above ("Customer"). This OF is governed by the applicable Okta Master Subscription Agreement ("MSA") available at: https://www.okta.com/agreements  ("Agreement"). This OF shall prevail in the event of any conflict between the terms of this OF and the Agreement. There will be no force or effect to any different terms of any related purchase order or similar form even if signed by the parties after the Effective Date.

5 **Okta Access Gateway** - Use of the Okta Access Gateway Service is subject to the terms set forth at https://www.okta.com/okta-terms-of-service-for-oag

6 **Okta Identity Governance includes** - Okta Access Governance, Okta Workflows, and Okta Lifecycle Management. Okta Access Governance includes three features: Access Requests, Access Certifications, and Reporting. Okta Workflows includes 150 flows.
Okta Identity Governance is excluded from: (i) the Service as defined within the Okta Business Associate Addendum (if applicable between Okta and Customer), (ii) any Service support location requirements; (iii) any other Health Insurance Portability and Accountability Act standards applicable to Okta's 'Regulated Community Cloud' Service; and (iv) Okta's FedRAMP authorization package.

7 **Workflows**: Okta Workflows is excluded from Okta's FedRAMP authorization package.

8 **Support Services.** Okta will provide the Support Services to Customer subject to and in accordance with the support policy set forth at https://www.okta.com/support-terms/

The parties' authorized signatories have duly executed this Order Form as of the Order Form Effective Date:

**OKTA, INC.:**

By: *Leslie Hui* (DocuSigned by: 7F98ADB23206429...)    *Leslie Hui* (DocuSigned by: 7F98ADB23206429...)
Name: Leslie Hui
Title: VP, AO & FT
Date: January 26, 2024

**CUSTOMER: Express, Inc.**

By: *Allison Sutley* (DocuSigned by: 590CA7E0039144C...)
Name: Allison Sutley
Title: VP eCommerce Tech
Date: January 26, 2024