**EXHIBIT B**



# INVOICE

| Bill To | | Date | Invoice Number |
|---|---|---|---|
| Jason Mackarness<br>Express, Inc.<br>One Express Drive<br>Columbus, OH<br>43230<br>United States | | 1/30/2024 | INV239413 |
| | | **Payment Terms** | **Due Date** |
| | | Net 60 | 3/30/2024 |
| | | **PO Number** | |
| | | 112026-2 | |

| Period | 2/1/2024 - 6/30/2024 |
|---|---|

| Charge Name | Unit of Measure | Quantity | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| IT Products - Okta Identity Governance | Users Per Month | 8,000 | $38,400.00 | $2,880.00 | $41,280.00 |
| Okta Gold - Premier Success Plan | Per Unit | 1 | $21,920.63 | $0.00 | $21,920.63 |
| Preview Sandbox | Per Unit | 1 | $10,773.00 | $807.97 | $11,580.97 |
| Single Sign-On | Users Per Month | 7,500 | $6,300.00 | $472.50 | $6,772.50 |
| Universal Directory | Users Per Month | 8,000 | $6,720.00 | $504.00 | $7,224.00 |
| Adaptive MFA | Users Per Month | 7,500 | $20,250.00 | $1,518.75 | $21,768.75 |
| API Access Management | Users Per Month | 100 | $150.00 | $11.27 | $161.27 |
| IT - Okta Access Gateway | Users Per Month | 7,500 | $15,862.50 | $1,189.69 | $17,052.19 |

| To Pay via ACH/EFT | Check Payments |
|---|---|
| **Bank Name:** Bank of America, N.A.<br>**Account Number:**<br>**ACH Routing #:**<br>**Wire Routing #:**<br>**Credit Acct:** OKTA, INC<br>**SWIFT USD:**<br>**SWIFT NON-USD:**<br>Send remittance to ar@okta.com | **Make checks payable to:** Okta, Inc.<br>**Address for Regular Mail**<br>Okta Inc<br>P.O. Box 743620<br>Los Angeles, CA 90074 – 3620<br>**Address for Overnight Mail Only**<br>Bank of America<br>Lockbox 743620<br>2706 Media Center Drive<br>Los Angeles, CA 90065-1733 |

| | |
|---|---|
| Subtotal: | $120,376.13 |
| Tax Total | $7,384.18 |
| **Invoice Total** | **$127,760.31** |
| Invoice Balance | $127,760.31 |
| Currency | US Dollar |

Okta, Inc. | Accounts Receivable
**100 1st Street, 14th Floor | San Francisco, CA 94105**
Email: ar@okta.com | Phone: (888) 722-7871 Option 5 | Fax: (415) 276-4563