**EXHIBIT C**



|  |  |
|---|---|
| **ORDER FORM** | |
| **Quote Number:** | Q-828186 |
| **Pricing Valid Through:** | May 30, 2024 |
| **Account Representative** | Nick Minardo |

100 1st Street
San Francisco, CA 94105
United States

## Customer & Billing Details

| Sold To | | Accounts Payable Contact | |
|---|---|---|---|
| **Customer Legal Name:** | Express, LLC | | |
| **Sold to Contact:** | Jason Mackarness | **Bill to Contact:** | Jason Mackarness |
| **Email:** | jmackarness@express.com | **Email:** | jmackarness@express.com |
| **Tel:** | +19162252847 | **Tel:** | +19162252847 |
| **Address:** | 1 Express Drive<br>Columbus, OH<br>43230<br>United States | **Address:** | 1 Express Drive<br>Columbus, OH<br>43230<br>United States |

## Subscription Terms & Conditions

| | | | | | |
|---|---|---|---|---|---|
| **Start Date:** | April 15, 2024 | **Billing Frequency:** | Annual | **PO Number:** | |
| **End Date:** | April 14, 2025 | **Payment Terms:** | Net 30 | | |
| **Term (Months):** | 12 | **Auto Renew:** | No | | |
| **Renewal Term (Months):** | 12 | **Currency:** | USD | | |

## ONE-TIME FEES

One-Time Fees : April 15, 2024 - April 14, 2025

| Service | Business Unit | Unit of Measurement | Quantity** | Price/UOM* | Total |
|---|---|---|---|---|---|
| Professional Services - Technical Consultant | Okta | Hours | 132 | USD 289.00 | USD 38,148.00 |
| Professional Services - Technical Project Manager | Okta | Hours | 50 | USD 299.00 | USD 14,950.00 |
| Professional Services - Cloud Enterprise Architect | Okta | Hours | 32 | USD 326.00 | USD 10,432.00 |
| | | | | **One-Time Fees : April 15, 2024 - April 14, 2025 TOTAL:** | USD 63,530.00 |

| Grand Total | USD 63,530.00 |
|---|---|

\* The Price per Unit of Measurement shown above has been rounded to two decimal places for display purposes. The totals for this Order Form were calculated using the actual price, rather than the rounded price shown above and are the true and binding totals for this Order Form.

\*\* For clarity, the Quantity designation for Support Services does not mean Support Services are sold on a fixed rate basis. Support Services fees are based on the subscriptions purchased for the Service.

### ADDITIONAL TERMS AND CONDITIONS:

1. **PAYMENT TERMS** Customer will be invoiced in accordance with the Billing Frequency and Payment Terms set forth above for the amount(s) outlined above ("Fees"). Fees shown above do not include any Taxes that may apply. Any such Taxes are the responsibility of the Customer. Except as otherwise expressly stated in the Agreement, all Fees paid to Okta are hereunder nonrefundable and all subscriptions purchased herein are non-cancelable. For Professional Services, Customer will be billed in accordance with the terms set forth in the Statement of Work attached hereto instead of the Billing Frequency set forth above.
2. **SUBSCRIPTION TERMS** . This Order Form ("OF") is entered into as of the date last signed below ("Effective Date") between Okta, Inc. with offices at 100 1st Street, San Francisco, California 94105, USA ("Okta"), and the Customer listed above ("Customer"). This OF is governed by the applicable Okta Master Subscription Agreement ("MSA") available at: https://www.okta.com/agreements ("Agreement"). However, if Customer and Okta have previously or concurrently executed a separate MSA (or other similar titled agreement), including any amendments thereto, governing the provision and use of Okta products and services described in this OF, then such executed agreement will govern and be deemed the "Agreement" for purposes hereof. This OF shall prevail in the event of any conflict between the terms of this OF and the Agreement. There will be no force or effect to any different terms of any related purchase order or similar form even if signed by the parties after the Effective Date.
3. **PROFESSIONAL SERVICES TERMS**. For Professional Services, the Customer will be billed in accordance with the terms set forth in the Statement of Work, attached hereto or incorporated herein, instead of the Billing Frequency set forth above. The duration of the Professional Services engagement will be set forth and governed solely by the applicable Statement of Work, and the subscription start/end dates included in this Order Form shall not be applicable to such Professional Services engagement.
4. **Telephony (SMS / Voice)** - Telephony services that deliver SMS and Voice are not included in the Services above for which the Business Unit is Okta. To use SMS or Voice for authentication, password reset, or account unlock, Customer must configure a third-party telephony service provider, and Customer is solely responsible for any charges billed by the third-party telephony service provider in connection with Customer's use of such services.

The parties' authorized signatories have duly executed this Order Form as of the Order Form Effective Date:

| OKTA, INC.: | CUSTOMER: Express, LLC |
|---|---|
| By: *Leslie Hui* (DocuSigned by: 7F98ADB23206429...) | By: *[signature]* (DocuSigned by: E71873018CEC4DF...) |
| Name: Leslie Hui | Name: Brian Smotrisky |
| Title: VP, AO & FT | Title: VP, Technology |
| Date: April 22, 2024 | Date: April 22, 2024 |

DocuSign Envelope ID: B9CA8629-B629-4CCB-BE70-547FA7E938DF

**okta**

Professional Services

Okta, Inc. ("Okta") and Express, LLC ("Customer") are parties to that certain Master Subscription Agreement, Professional Services Agreement signed on or about 6/30/2022 ("Agreement") and this Statement of Work ("SOW") is subject to the terms and conditions set forth in the Agreement. Capitalized terms not otherwise defined herein shall have the meanings given them in the Agreement. Unless specifically changed or added herein, all other terms and conditions of the Agreement will remain in full force and effect. In the event of a conflict between the terms of this SOW and the Agreement, this SOW shall govern. In the event of conflict between the terms of this SOW and an Order Form, the Order Form shall govern.

## 1. EXECUTIVE SUMMARY

Customer has asked for Okta assistance to connect to a new source of users originating from the Express PeopleSoft HR. Okta will connect to a CSV export from this source and provision the users to Okta to the Express Active Directory("AD"). Okta will also assist with writebacks to an output file (if necessary) and provide advice for the upcoming O365 integration. Okta will assist with planning, architecture, configuration, testing, and go-live on a time and materials basis as budgeted hours allow. Customer will not be invoiced for unused hours.

SOW Name: Express-HRtoOktatoAD_20240405_MW1
Author: Matt Walters (matt.walters@okta.com)
Version: 1 (4/5/2024)

The project configuration tasks will aim to realize the following conceptual diagram:

## Proposed Future State Conceptual Diagram

[Diagram: Express PeopleSoft HR and Bonobos PeopleSoft HR export to CSV files, which flow into Okta Universal Directory. Okta connects to Okta AD Agents, which connect to Express AD Active Directory (already completed).]

DocuSign Envelope ID: B9CA8629-B629-4CCB-BE70-547FA7E938DF

okta
Professional Services

## 2. FEES AND EXPENSES (T&M)

The Professional Services described in this SOW will be provided on a Time and Materials basis. Fees listed in the table below are estimates based on information Customer has provided to Okta. This estimate does not represent a commitment or guarantee of the minimum or maximum hours required to complete the Project Scope described below. Should there be any change to the information that affects the basis of the estimate, Okta will notify Customer, and the parties will work in good faith to execute a Change Request Form, in accordance with Section 3 below, or an additional SOW.

| Resource Role | Estimated Effort (Hours) | Rate (Hourly) | Estimated Fees |
|---|---|---|---|
| Technical Consultant | 132.00 | $289.00 | $38,148.00 |
| Cloud Enterprise Architect | 32.00 | $326.00 | $10,432.00 |
| Technical Project Manager | 50.00 | $299.00 | $14,950.00 |
| Travel and Expense | | | Pass Through |
| **Total Professional Services Estimate** | **214.00** | | **$63,530.00** |

Scheduling for the Professional Services to be performed is based upon Okta and Customer availability and will be mutually agreed upon by the parties prior to the commencement of the Professional Services hereunder. Okta generally requires a minimum of 2 weeks lead time to schedule resources for project start, and maybe more, based on current availability. Any cancellations within two (2) business days of confirmed schedules may impact the total Estimated Effort.

Okta will submit invoices to Customer for Professional Services and any project related travel expenses monthly. Work is anticipated to be performed remotely and any anticipated travel will be discussed and approved by Customer. Professional Services invoices may include resource name, role, rate, and hours incurred in the invoice period. Travel and expense invoices will be accompanied by copies of original receipts for expense items greater than twenty-five dollars ($25.00 USD) and are subject to the Express Travel and Expense Policy. Customer shall pay invoices subject to the payment terms on the applicable Order Form from invoice date.

## 3. CHANGE REQUEST PROCESS

Should the scope of this SOW change, the changes will be addressed through a Change Request Form, a copy of which is attached hereto as Appendix A. Okta will work with Customer to determine the impact to the project schedule or cost. A Change Request will become effective when signed by both parties. Until a Change Request is executed, Okta will continue performing the Professional Services in accordance with this SOW. Upon execution of a Change Request, resources will be allocated in accordance with the altered scope. A Change Request Form must be completed for every scope change even if there is no impact on effort, resources, fees, or timeline.

A potential increase in effort, resources, fees, or timeline may occur for, but is not limited to, any of the following reasons:

- Extended discovery sessions required to understand Customer's requirements and determine scope.
- Customer's project team fails to meet deadlines and cooperate, examples include:
  - Failing to complete "to do" items in a timely fashion.
  - Failing to regularly participate in project meetings.
  - Recurring, significant modifications of the scope
  - Recurring challenges related to data sourcing and/or data quality.

### 4. EXPIRATION

Professional Services covered in this SOW are available for a period of up to 14 weeks ("SOW Term") following a mutually agreed upon start date. This SOW will expire at the end of the SOW Term and Okta will be relieved of any further Professional Services which have not been completed under this SOW. The SOW Term may be extended if agreed upon by Customer and Okta through a Change Request.

### 5. PROJECT SCOPE

The following activities shall be within the scope of this SOW as budgeted hours allow:

**READINESS**

Okta will provide a streamlined assessment of Customer's ability to start the implementation and deployment, as well as recommended next steps to fortify project success.

Okta will be responsible for:

- Initiating and leading project orientation discussions.
- Providing a written readiness assessment to the Customer with any follow up actions needed to proceed to the next project phase.

Customer will be responsible for:

- Identifying points of contact for Customer project sponsorship, project management, project team and Subject Matter Experts ("SME").
- Identifying applications and systems related to implementation.
- Actively participating in readiness meetings with the Okta team.
- Timely completion of readiness tasks assigned.

**PLAN**

Okta will work with the Customer on the detailed planning for the project kick-off.

Okta will be responsible for:

- Planning and driving the project kick off meeting including helping to identify key attendees.
- Creating Design phase agenda(s).
- Providing a high-level project schedule.

Customer will be responsible for:

- Ensuring all project stakeholders attend and actively participate in planning and project kick off meetings.
- Collaborating with Okta Technical Project Manager with development of a high-level project schedule.
- Planning for access to applications and systems related to implementation, including third party services or providers.
- Onboard Okta personnel to the required applications and systems.
- Providing logistics support for on-site team members (e.g., conference rooms, Wi-Fi, whiteboards).

**DESIGN**

Okta will lead design workshop(s) with the Customer's knowledgeable business and technical SMEs.

Okta will be responsible for:

- Leading design workshops.
- Providing a future state design.
- Communicating any scope modifications needed.

DocuSign Envelope ID: B9CA8629-B629-4CCB-BE70-547FA7E938DF

- Delivering an updated project schedule.
- Conducting the build checkpoint review meeting.

Customer will be responsible for:

- Ensuring all project stakeholders and SMEs attend and actively participate in Design phase meetings.
- Timely coordination of third-party application owners and to work collaboratively with Okta.
- Providing access to applicable applications, systems, and production mirrored data.
- All data quality.
- Timely review and approval of design recommendations.

## BUILD

Okta and Customer will work together to configure and implement items defined within scope as budgeted hours allow.

### CSV as a Source

Okta will work with Customer to:

- Complete overview of CSV as a Source solution
- Complete CSV Analysis for employee profile and lifecycle, including analysis of attributes from PeopleSoft that populate the CSV file.
- Complete CSV to Okta relational analysis for on/off boarding process and security group memberships.
- Okta Configuration:
    - Configure Create, Update, Terminate automation.
    - Configure username creation policy.
    - Configure process triggers.
    - Configure attributes mappings and any transformations.
    - Configure import schedule.
    - Configure Okta Agent and privileges.
- Okta Application Deployment
    - Configure Application Groups.
    - Configure Application Integration.
    - Configure User Management.
    - Configure Import Policies.

Customer will:

- Provide knowledgeable source system SME / administrator to assist with creating, maintaining, or updating CSV extract format and schema in order to properly integrate with Okta.
- Be responsible for the completeness and accuracy of data (OU, Groups, User Objects) being integrated with Okta and any manual remediation thereof.

Assumptions:

- Ensure that all Servers are production ready for installation of Okta Provisioning Connector agents. Okta recommends two (2) servers, at a minimum, to provide server / agent redundancy.
- Source CSV is directly accessible in reference to Okta Provisioning Connector agents.
- The use cases will be supported to the extent of CSV extract provided by the source system.
- No Okta Workflows will be built as part of this activity. Any Okta Workflows can be purchased separately as needed via the Change Control Process outlined in Section 3 and the customer is properly licensed for Okta Workflows
- CSV configuration from PeopleSoft is the responsibility of Customer.

**Workflows Implementation**

DocuSign Envelope ID: B9CA8629-B629-4CCB-BE70-547FA7E938DF

Okta will work with the Customer to:

- Provide guidance on Workflows designer features.
- Configure Workflows for business process adherence in Active Directory for user Lifecycle events (e.g., Termination, Hire, Name Change)
- Review and validate the use case and flow diagrams.
- Build the workflow in preview tenant.
- Assist with creating test plans for integration, user acceptance, load testing, and support testing.
- Support production migration and go-live activities.

Customer will:

- Ensure the completeness and accuracy of business use case documentation being integrated with Okta workflows.
- Ensure availability of test and production environments of all services being integrated with Okta workflows.
- Ensure test environments/systems mirror data and attributes in production environments/systems.
- Ensure the completeness and accuracy of test plans and test data for integration, user acceptance and load testing.
- Identify the applications to be integrated early, during the Plan phase.
- Coordinate access to application SME.
- Procure services or software with the appropriate license rights.

Assumptions:

- None.

## 6. OUT OF SCOPE

General Out of Scope Items

- Any activity not specifically included in the Project Scope section of this SOW.
- Features not supported within the Okta Integration Network (OIN).
- Any functionality that is part of Roadmap, Beta or Early Adopter programs.
- Customer staging, end user communication, and change management.

## 7. OKTA RESOURCING

The Okta Project team will be assigned and onboarded during the Readiness and Plan phases of the project. If Okta resources are released from the project due to lack of Customer engagement, we do not guarantee their availability when project activity resumes. As a result, new resources may need to be onboarded at the expense of Customer. Okta resources will be scheduled in half-day increments unless mutually agreed upon by Okta and Customer prior to confirmation of schedules.

| Resource | Role and Responsibilities |
|---|---|
| Technical Consultant | - Drives assigned activities in project scope status updates and in-scope documentation development.<br>- Mentors and provides knowledge transfer to Customer on the Okta service.<br>- Leads interaction and collaboration with other Okta teams such as Engineering, Product Management and Support, as needed to address escalated issues.<br>- Performs hands on technical design, configuration, development, and integration assistance, and troubleshooting of the Okta service and platform. |

| Resource | Roles and Responsibilities |
|---|---|
| Cloud Enterprise Architect | - Technical subject matter expert with cloud and on-premises based IT system experience.<br>- Documents, reviews, and manages technical requirements for specific cloud-based solutions powered by the Okta platform.<br>- Develops architectural and strategic plans for cloud services.<br>- Designs and implements identity lifecycle integration with Okta.<br>- Provides technical leadership to the project team. |
| Technical Project Manager | - Main point of contact for Customer.<br>- Coordinates people and processes to deliver on project goals in collaboration with Customer Project Manager.<br>- Manages project scope, budget, in-scope documentation, status reporting, and schedule.<br>- Accountable for ensuring project and in-scope documentation aligns to Okta's implementation methodology.<br>- Coordinates transition from Professional Services to post-implementation support at the completion of the project.<br>- Manages and leads Okta escalations and secure Okta resources to resolve project issues, identify dependencies, mitigate risks, and promote success factors. |

## 8. SUGGESTED CUSTOMER RESOURCING

| Resource | Roles and Responsibilities |
|---|---|
| Customer Project Manager | - Main point of contact for Okta.<br>- Responsible for coordinating people and processes to deliver on project goals in collaboration with Okta Project Manager.<br>- Escalates any issues with project scope, budget, or deliverables to Okta Project Manager in a timely manner.<br>- Ensures business Subject Matter Experts as well as technical ownership are present and aligned. |
| Product Owner | - Partners with Okta, application owners and creators to confirm business needs.<br>- Evaluates recommendations and makes decisions.<br>- Works with Project Team to elicit stakeholder feedback. |
| Architect | - Responsible for providing technical expertise to Okta resources about Customer's current environment. |
| Okta Admin(s) | - Owns configurations and testing in Okta.<br>- Responsible for day-to-day system administration. |
| Subject Matter Expert | - Owns or has a strong understanding of Customer's data model.<br>- Owns or has a strong understanding of Customer's data schema for all connected systems.<br>- Articulates the elements of the model/schemas that are relevant to the business needs of the Okta integration project. |
| Deployment Support Personnel | - Responsible for supporting any integration required to successfully implement Okta, such as:<br>  - Application Owners<br>  - System Administrators<br>  - Network Administrators<br>  - Security Administrators<br>  - Change Managers |

## 9. CUSTOMER OBLIGATIONS FOR PROJECT SUCCESS

Customer will:

- Remain engaged throughout the duration of the Professional Services by actively participating, providing requested integration information, and otherwise completing its obligations as set forth in this SOW in a timely manner ("Cooperate"). Failure to Cooperate will result in the dismissal of assigned Okta resources with no guarantee of resource continuity when project activity resumes. As a result, new resources may need to be onboarded at the expense of Customer.
- Perform and complete activities related to discovery, functional and technical analysis.
- Establish a communication and escalation plan including assigning appropriate resources who are knowledgeable about the technical and business aspects involved in the project including a dedicated Project Manager.
- Provide access to any third-party services or software, as required.
- Procure services or software and license rights necessary for the Okta Service to integrate to such services or software.
- Pay any service provider costs required to enable SSO on applications that are in scope of this engagement.
- Provide and test all necessary remote access by Okta to Customer systems prior to the commencement of the Professional Services, as required.
- Be responsible for all hardware/virtual machines operating system(s), browser(s), commercial application(s), code for custom developed applications, application/web server(s), directory(s), database, network, proxy, and firewall maintenance and security as well as an active backup and recovery strategy as applicable for the aforementioned.
- Provide complete and accurate data for integration with the Okta Service.
- Prepare and manage all corporate communications and training activities to promote greater adoption and higher satisfaction from users. Sample communication templates may be provided for Customer use.
- Coordinate access to rooms, necessary equipment, and building(s) for Okta Professional Services as may be required for Okta personnel providing services onsite.

## 10. GENERAL ASSUMPTIONS

- Okta's timely performance of the Professional Services is conditioned on Customer continuing to Cooperate. If Customer is unable to Cooperate in a timely manner, not to exceed ten (10) business days, the Okta Technical Project Manager will notify Customer and Okta has the right to "Suspend" its performance and the Professional Services will be deemed complete and Okta resources may be assigned to other projects. Further, should Okta Suspend the Professional Services, (a) all prepaid, or milestone-based Fees set forth in this SOW shall become due and are deemed earned in full, and (b) all unused Time & Materials Fees set forth in this SOW shall be voided. Any and all services requested by Customer following such Suspension will require Customer to send a written request to Okta seeking re-engagement and execution of a new SOW. Upon execution of a new SOW, Okta will promptly resume the Professional Services. Okta cannot guarantee that the original resources will be reassigned to the Professional Services and additional hours may be required.
- Okta preparation, research, and follow-up activities toward the completion of the Project Scope are billable and may not involve Customer resources.
- All Okta assessments, reviews, and checklists will be provided on Okta templates and forms.
- Okta and Customer will work together in good faith to resolve any project issues quickly.
- Customer will make required resources in Section 8 available to Okta project team.
- Notice of schedule changes within 48 hours of start time may still be charged for Okta time reserved.
- Okta will follow independent software vendor guidelines for supported and deprecated versions of a product.
- The Professional Services will be conducted remotely and/or onsite as mutually agreed by both parties.
- Should any work be required at Customer's site, travel expenses shall be invoiced in accordance with the Agreement.
- Customer will be responsible for any fees related to Customer site travel expenses that cannot be refunded due to cancellations, such as airfare.
- If change enablement assistance is within scope, then purchase of the Okta Business Analyst resource will be required.

- Although clauses in this contract enable travel, if necessary, Okta assumes that all project tasks will be completed remotely. There is no travel budget for this project.
- Okta assumes a customer project manager will be assigned to this project for the purposes of contacting and scheduling Customer's team and resources.
- If Customer requires a Purchase Order for invoices from Okta, the Purchase Order number will be required before the project is started.

## 11. AUTHORIZATION

**Okta Inc.**

Signature: *Leslie Hui* (DocuSigned by: 7F98ADB23206429...)

Name: Leslie Hui

Title: VP, AO & FT

Date: April 22, 2024

**Express, LLC**

Signature: (DocuSigned by: E71873018CEC4DF...)

Name: Brian Smolinski

Title: VP, Technology

Date: April 22, 2024

DocuSign Envelope ID: B9CA8629-B629-4CCB-BE70-547FA7E938DF

**okta**
Professional Services

## APPENDIX A - CHANGE REQUEST FORM

Note: When adding additional hours, this form may be accompanied by an Okta Order Form that must be signed by both parties

### CHANGE REQUEST

| | |
|---|---|
| Customer: | |
| Requestor: | |
| Requestor Title: | |
| Date Requested: | |
| Project Name (Okta Project ID): | |
| Statement of Work Number: | |
| SOW Execution Date: | |
| Change Request Reference: | |
| Change Description: | |
| Change Reason: | |

### PROJECT FINANCIALS

| | |
|---|---|
| Hours/Estimated Fees Change | |

### AUTHORIZATION