## **CERTIFICATE OF SERVICE**

I, Jordan L. Williams, hereby certify that on June 20, 2024, I served or caused to be served the foregoing *Objection of Okta Inc. to Debtors' Proposed Cure Amount* (i) via CM/ECF upon those persons or entities registered to receive such notice in these cases, and (ii) via electronic mail on the following persons:

| | |
|---|---|
| **Kirkland & Ellis LLP**<br>Joshua A. Sussberg,<br>Emily E. Geier<br>Nicholas M. Adzima<br>601 Lexington Avenue<br>New York, New York 10022<br>josh.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com<br><br>**Kirkland & Ellis, LLP**<br>Charles B. Sterrett<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>charles.sterrett@kirkland.com<br><br>*Counsel for Debtor* | **Klehr Harrison Harvey Branzburg LLP**<br>Domenic E. Pacitti<br>Michael W. Yurkewicz<br>Alyssa M. Radovanovich<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradvanovich@klehr.com<br><br>**Klehr Harrison Harvey Branzburg LLP**<br>Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>mbranzburg@klehr.com<br><br>*Counsel for Debtor* |
| **Goldberg Kohn Ltd.**<br>Randall Klein<br>Dimitri G. Karcazes<br>Keith G. Radner<br>Eva D. Gadzheva<br>55 E. Monroe St., Suite 3300<br>Chicago, Illinois 60603<br>Randall.Klein@goldbergkohn.com<br>Dimitri.Karcazes@goldbergkohn.com<br>Keith.Radner@goldbergkohn.com<br>Eva.Gadzheva@goldbergkohn.com<br><br>**Richards Layton & Finger**<br>John H. Knight<br>Paul N. Heath<br>Alexander R. Steiger<br>920 N. King Street<br>Wilmington, Delaware 19801,<br>Knight@RLF.com | **Ropes & Gray LLP**<br>Stephen L. Iacovo<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>steven.iacovo@ropesgray.com<br><br>**Chipman, Brown, Cicero & Cole, LLP**<br>Mark L. Desgrosseilliers<br>1313 North Market Street, Suite 5400,<br>Wilmington, Delaware 19801<br>desgross@chipmanbrown.com<br><br>*Counsel to ReStore Capital LLC* |

-2-

| | |
|---|---|
| heath@RLF.com<br>Steiger@RLF.com<br><br>*Counsel to Wells Fargo Bank, National Association* | **U.S. Trustee for the District of Delaware**<br>John Schanne<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>john.schanne@usdoj.gov |
| **Kramer Levin Naftalis & Frankel LLP**<br>Adam Rogoff<br>Robert Schmidt<br>Nathaniel Allard<br>1177 Avenue of the Americas<br>New York, New York 10036<br>arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com<br>nallard@kramerlevin.com<br><br>**Saul Ewing LLP**<br>Luke Murley<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>luke.murley@saul.com<br><br>*Counsel to the Committee* | **Express, Inc.**<br>Laurel Krueger<br>One Express Drive<br>Columbus, Ohio 43230<br>lakrueger@express.com |

*/s/ Jordan L. Williams*
Jordan L. Williams (DE No. 7128)