UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x

In re                                                                         Chapter 11

    Express, Inc. *et al.,*,                                      Case no.  24-10831 (KBO)

              Debtor.                                          Jointly Administered

-----------------------------------------------------------x

## OBJECTION TO CURE AMOUNT

       173 Court Street Holdings LLC, as landlord (the "Landlord") of Bonobos Inc. (the "Debtor") under the lease annexed hereto as exhibit "A" for certain premises defined in the Lease at 173 Court Street, Brooklyn, New York (the "Premises"), as and for its objection to the Debtor's proposed cure amount, respectfully represents as follows:

       1.     Under section 365(b)(1) of the Bankruptcy Code, as a condition to lease assumption, the Debtor must cure all outstanding defaults and compensate the Landlord for any actual pecuniary loss, including the payment of related attorneys' fees and late fees. *See* 11 U.S.C. §365(b)(1)(B).  *See LJC Corp. v. Boyle*, 768 F.2d 1489, 1494-96 (D.C. Cir. 1985); *In re Bullock*, 17 B.R. 438, 439 (B.A.P. 9th Cir. 1982); *In re BAB Enterprises, Inc.*, 100 B.R. 982, 984 (Bankr. W.D. Tenn. 1989); *In re Westview 74th St. Drug Corp.*, 59 B.R.747, 757 (Bankr. S.D.N.Y. 1986); *In re Ribs of Greenwich Vill., Inc.*, 57 B.R. 319, 322 (Bankr. S.D.N.Y. 1986).

       2.     As of the filing of the Chapter 11 petition, the Debtor owed $25,929.94 for April 2024 rent and related obligations.   After the filing, the Debtor paid $7,763.99 for the post-petition stub period rent, and the Landlord applied $18,165.95 of letter of credit proceeds to

cover the balance of April rent.   As of July 1, 2024, pursuant to the records annexed hereto as Exhibit B, the Landlord estimates that $44,045.89 will be due ($25,879.94 for July rent plus replenishment of the $18,165.95 security used to cover April rent).  In addition, the Debtor may be responsible for other charges including legal fees and late fees in an amount to be determined.

3. The Landlord reserves it right to amend and/or supplement this Objection, to include, without limitation, attorneys' fees, additional cure amounts as they are determined and/or accrue, and other objections to assumption and assignment regarding any proposed assignee's ability to perform under the Lease.

WHEREFORE, the Landlord requests that any order entered by the Court approving the assumption and of the Lease require the Debtor to pay the Landlord's cure amount instead of the Debtor's proposed cure amount and that the Court grant such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 20, 2024

                                    **BACKENROTH FRANKEL & KRINSKY, LLP**
                                    **Attorneys for Landlord**

                                By:    <u>/s/Mark Frankel</u>
                                        488 Madison Avenue 23rd Floor
                                        New York, New York 10022
                                        (212) 593-1100
                                        <u>mfrankel@bfklaw.com</u>