Exhibit B

**Bonobos**

| | |
|---|---|
| summon 048122818L 12/12/23 | $ 50.00 |
| April 2024 Rent | $ 24,643.49 |
| April 2024 real estate tax rent | $ 1,236.45 |
| **total due april 1 2024** | **$ 25,929.94** |
| | |
| payment made for post petition time frame 4/22/24-4/30/24 | $ (7,763.99) |
| | |
| balance owed for april 2024 | **$ 18,165.95** prepetition |
| | |
| taken from security to cover april | $ 18,165.95 prepetition |

6/17/2024
Express BNBS Fashion, LLC
173 Court St Holdings LLC, Unit Comm
Ledger: Statement

| DATE | DESCRIPTION | CHARGE | PAYMENT | REMAINING | BALANCE |
|---|---|---|---|---|---|
| More... | | | | | |
| 04/25/23 | Payment Receipt Ref#Wire | | 25031.99 | 0.00 | -25031.99 |
| 05/01/23 | Real Estate Tax Charge | 989.57 | | 0.00 | -24042.42 |
| 05/01/23 | Commercial Rent Charge | 24042.42 | | 0.00 | 0.00 |
| 05/18/23 | Payment Receipt Ref#Wire | | 25031.99 | 0.00 | -25031.99 |
| 06/01/23 | Real Estate Tax Charge | 989.57 | | 0.00 | -24042.42 |
| 06/01/23 | Commercial Rent Charge | 24042.42 | | 0.00 | 0.00 |
| 07/01/23 | Real Estate Tax Charge | 1236.45 | | 0.00 | 1236.45 |
| 07/01/23 | Commercial Rent Charge | 24042.42 | | 0.00 | 25278.87 |
| 07/06/23 | Payment Receipt ck#6150581 | | 25031.99 | 0.00 | 246.88 |
| 07/27/23 | Payment Receipt Ref#wire transfer | | 25633.05 | 0.00 | -25386.17 |
| 08/01/23 | Real Estate Tax Charge | 1236.45 | | 0.00 | -24149.72 |
| 08/01/23 | Commercial Rent Charge | 24643.49 | | 0.00 | 493.77 |
| 09/01/23 | Real Estate Tax Charge | 1236.45 | | 0.00 | 1730.22 |
| 09/01/23 | Commercial Rent Charge | 24643.49 | | 16202.23 | 26373.71 |
| 09/01/23 | Payment Receipt Ref#wire transfer | | 24643.48 | 0.00 | 1730.23 |
| 09/01/23 | Payment Receipt Ref#Wire | | 989.57 | 0.00 | 740.66 |
| 09/29/23 | Payment Receipt Ref#Wire | | 25633.05 | 0.00 | -24892.39 |
| 10/01/23 | Real Estate Tax Charge | 1236.45 | | 0.00 | -23655.94 |
| 10/01/23 | Commercial Rent Charge | 24643.49 | | 0.00 | 987.55 |
| 10/31/23 | Payment Receipt Ref#Wire | | 25633.05 | 0.00 | -24645.50 |
| 11/01/23 | Real Estate Tax Charge | 1236.45 | | 2.01 | -23409.05 |
| 11/01/23 | Commercial Rent Charge | 24643.49 | | 3709.35 | 1234.44 |
| 11/16/23 | Payment Receipt Ref#Wire Transfer | | 1234.44 | 0.00 | 0.00 |
| 11/30/23 | Payment Receipt Ref#Wire Transfer | | 25879.94 | 0.00 | -25879.94 |
| 12/01/23 | Real Estate Tax Charge | 1236.45 | | 1236.45 | -24643.49 |
| 12/01/23 | Commercial Rent Charge | 24643.49 | | 0.00 | 0.00 |
| 12/12/23 | Summons # 048122818L | 50.00 | | 50.00 | 50.00 |
| 12/28/23 | Payment Receipt Ref#wire | | 25879.94 | 0.00 | -25829.94 |
| 01/01/24 | Real Estate Tax Charge | 1236.45 | | 0.00 | -24593.49 |
| 01/01/24 | Commercial Rent Charge | 24643.49 | | 0.00 | 50.00 |
| 01/31/24 | Payment Receipt Ref#Wire | | 25879.94 | 0.00 | -25829.94 |
| 02/01/24 | Real Estate Tax Charge | 1236.45 | | 1236.45 | -24593.49 |
| 02/01/24 | Commercial Rent Charge | 24643.49 | | 0.00 | 50.00 |
| 02/29/24 | Payment Receipt Ref#wire | | 25879.94 | 0.00 | -25829.94 |
| 03/01/24 | Real Estate Tax Charge | 1236.45 | | 1236.45 | -24593.49 |
| 03/01/24 | Commercial Rent Charge | 24643.49 | | 0.00 | 50.00 |
| 04/01/24 | Real Estate Tax Charge | 1236.45 | | 0.00 | 1286.45 |
| 04/01/24 | Commercial Rent Charge | 24643.49 | | 0.00 | 25929.94 |
| 04/29/24 | Security Charge | 63750.00 | | 18115.95 | 89679.94 |
| 04/29/24 | Payment Receipt Ref#Wire Transfer | | 25879.94 | 0.00 | 63800.00 |

| Date | Description | Charge | Payment | Balance Due | Running Balance |
|---|---|---|---|---|---|
| 04/29/24 | Security Deposit Ref#Wire Transfer | | 37870.06 | 0.00 | 25929.94 |
| 04/29/24 | Payment Receipt Ref#Wire Transfer | | 25879.94 | 0.00 | 50.00 |
| 05/01/24 | Real Estate Tax Charge | 1236.45 | | 0.00 | 1286.45 |
| 05/01/24 | Commercial Rent Charge | 24643.49 | | 0.00 | 25929.94 |
| 06/01/24 | Real Estate Tax Charge | 1236.45 | | 0.00 | 27166.39 |
| 06/01/24 | Commercial Rent Charge | 24643.49 | | 0.00 | 51809.88 |
| 06/06/24 | Payment Receipt Ref#Wire Transfer | | 25879.94 | 0.00 | 25929.94 |
| 06/06/24 | Security Deposit Ref#Wire Transfer | | 7763.99 | 0.00 | 18165.95 |
| 07/01/24 | Real Estate Tax Charge | 1236.45 | | 1236.45 | 19402.40 |
| 07/01/24 | Commercial Rent Charge | 24643.49 | | 24643.49 | 44045.89 |