## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that PREP Hillside Real Estate LLC, a Delaware limited liability company ("PREP"), hereby appears by its counsel, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"). Benesch hereby requests that the undersigned attorneys be added to the official mailing matrix and service lists in these cases. PREP requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon PREP through service upon Benesch, as set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Kevin M. Capuzzi (DE No. 5462)
Daniel N. Brogan (DE No. 5723)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012
Email:  kcapuzzi@beneschlaw.com
         dbrogan@beneschlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive PREP's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which PREP is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  June 21, 2024

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

_/s/ Daniel N. Brogan_____
Kevin M. Capuzzi (DE No. 5462)
Daniel N. Brogan (DE No. 5723)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012
Email:  kcapuzzi@beneschlaw.com
        dbrogan@beneschlaw.com

*Counsel for PREP Hillside Real Estate LLC*