<u>EXHIBIT A</u>

**<u>BXP Lease Arrearages</u>**

## ACCOUNTS RECEIVABLE DETAILED AGING REPORT

bxp
6/14/2024 10:09:30AM
Page 1 of 1

### Boston
#### PRU03 - Prudential Center Retail  Co: 01102
##### Express BNBS Fashion, LLC - Tenant#: 1139194

| Type | Item | Doc | WO # | Lease | Unit | Code | Inv Date | Due Date | Orig Amt | Open Amt | Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RD | 001 | 5245429 | | 111245 | B045 | RNTR | 04/01/2024 | 04/01/2024 | 15,174.42 | 15,174.42 | | | | 15,174.42 | | Rent-Retail |
| RD | 002 | 5245429 | | 111245 | B045 | MKTG | 04/01/2024 | 04/01/2024 | 606.97 | 606.97 | | | | 606.97 | | Marketing Income |
| RD | 003 | 5245429 | | 111245 | B045 | RTRT | 04/01/2024 | 04/01/2024 | 2,714.00 | 2,714.00 | | | | 2,714.00 | | RE Tax Income - Retail |
| RD | 004 | 5245429 | | 111245 | B045 | OPRT | 04/01/2024 | 04/01/2024 | 6,877.00 | 6,877.00 | | | | 6,877.00 | | Operating Income Retail |
| RD | 005 | 5245429 | | 111245 | B045 | CWTR | 04/01/2024 | 04/01/2024 | 213.22 | 213.22 | | | | 213.22 | | Chilled Water Reimbursement |
| RD | 006 | 5245429 | | 111245 | B045 | RATC | 04/01/2024 | 04/01/2024 | 99.79 | 99.79 | | | | 99.79 | | Retail Area Tenant Charges |
| RT | 001 | 5255167 | | 111245 | B045 | LATE | 04/17/2024 | 05/01/2024 | 1,284.27 | 1,284.27 | | | 1,284.27 | | | Generated Fee or Interest |
| RU | 001 | 567872 | 3557 | 111245 | B045 | UC | 06/04/2024 | 06/04/2024 | (7,705.63) | (7,705.63) | | (7,705.63) | | | | 1, 4, 5   Auto |
| | | | | | | | | | 19,264.04 | 19,264.04 | 0.00 | (7,705.63) | 1,284.27 | 25,685.40 | 0.00 | |
| **Total for PRU03** | | | | | | | | | 19,264.04 | 19,264.04 | 0.00 | (7,705.63) | 1,284.27 | 25,685.40 | 0.00 | |
| **Total for BOS Region Listed on Report** | | | | | | | | | 19,264.04 | 19,264.04 | 0.00 | (7,705.63) | 1,284.27 | 25,685.40 | 0.00 | |