**EXHIBIT A**

| Landlord | Leased Premises | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|
| Plaza las Americas, Inc. | Plaza las Americas, Hato Rey, PR | $0.00 | $43,383.76 |
| Plaza del Caribe, S.E. | Plaza del Caribe, Ponce, PR | $0.00 | $20,000.00 |



Plaza las Americas
Po Box 363268
San Juan, PR 00936-3268

787-767-1525
787-474-7474

Lease ID
190C

EXPRESS
EXPRESS LEASE SERV #2101
752 N. State Street
PMB #875
WESTERVILLE, OH  43082

STATEMENT

| Date | Code | Description | Invoice Number | Charges | Payments | Amount Due |
|---|---|---|---|---|---|---|
| 4/1/2024 | GRT | Gross Rent | 116567 | 21,500.00 | .00 | 21,500.00 |
| 5/6/2024 | FIL | HVAC FILTERS JAN-MARCH 2024 | 117778 | 383.76 | .00 | 383.76 |
| 6/1/2024 | GRT | Gross Rent | 118092 | 21,500.00 | .00 | 21,500.00 |

**6/20/2024**

Lease ID
190C

Please send this portion of the statement with your remittance.

STATEMENT
EXPRESS (#2101)

**The return check fee has been increased to $25.00**

Plaza las Americas
Po Box 363268
San Juan, PR 00936-3268

787-767-1525
787-474-7474

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 21,500.00 | 383.76 | 21,500.00 | 0.00 | 0.00 | 43,383.76 |



Plaza del Caribe
Po Box 363268
San Juan, PR 00936-3268

787-767-1525
787-474-7474

| | | Lease ID |
|---|---|---|
| | | 262C |
| EXPRESS FASHION OPERATIONS LLC | STATEMENT | |
| EXPRESS LEASE SERVICES # 2103 | | |
| 752 N. STATE STREET | | |
| PMB # 875 | | |
| WESTERVILLE, OH  43082 | | |

| Date | Code | Description | Invoice Number | Charges | Payments | Amount Due |
|---|---|---|---|---|---|---|
| 4/1/2024 | GRT | Gross Rent | 038561 | 20,000.00 | .00 | 20,000.00 |

**6/20/2024**                                                                                    Lease ID
                                                                                                  262C

Please send this portion of the statement with your remittance.

STATEMENT
EXPRESS (#2103)

**The return check fee has been increased to $25.00**

Plaza del Caribe
Po Box 363268
San Juan, PR 00936-3268

787-767-1525
787-474-7474

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 |