**CERTIFICATE OF SERVICE**

    I, Laurel D. Roglen, hereby certify that on this 21st day of June, 2024, I caused the foregoing Objection to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications to all parties and counsel of record, including the Objection notice parties, and also caused the foregoing Objection to be served directly by e-mail and/or First Class, U.S. Mail on the objection notice parties, as follows:

| | |
|---|---|
| Express, Inc.<br>One Express rive<br>Columbus, Ohio 43230<br>Attn.: Laurel Krueger<br>(lakrueger@express.com)<br><br>*Debtors* | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn.: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>    Emily E. Geier, P.C.<br> (emily.geier@kirkland.com)<br>    Nicholas M. Adzima<br>(nicholas.adzima@kirkland.com)<br>*Attorneys for Debtors* |
| Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois, 60654<br>Attn.: Charles B. Sterrett<br>(charles.sterrett@kirkland.com)<br><br>*Attorneys for Debtors* | Klehr Harrison Harvey Branzburg LLP<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Attn.: Domenic E. Pacitti<br>(dpacitti@klehr.com)<br>    Michael W. Yurkewicz<br>(myurkewicz@klehr.com)<br>    Alyssa M. Radovanovich<br>(aradovanovich@klehr.com)<br><br>*Attorneys for Debtors* |
| Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Attn.: Morton R. Branzburg<br>(mbranzburg@klehr.com)<br>*Attorneys for Debtors* | Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Attn.: John Schanne<br>(john.schanne@usdoj.gov) |

7

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Adam Rogoff (arogoff@kramerlevin.com)<br>Robert Schmidt (rschmidt@kramerlevin.com)<br>Nathaniel Allard (nallard@kramerlevin.com)<br>*Proposed Counsel to the Committee* | Saul Ewing LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>Attn: Luke Murley (luke.murley@saul.com)<br>*Proposed Counsel to the Committee* |
| Phoenix Retail, LLC c/o<br>WHP Global<br>530 Fifth Avenue, 12th Floor New York, NY 10036<br>Attention: Gregg Donnenfeld | Wachtell, Lipton, Rosen & Katz<br>51 West 52nd St<br>New York, NY 10019<br>Attn: Joshua A Feltman<br>Benjamin S. Arfa<br>*Counsel to Phoenix Retail, LLC* |

Dated: June 21, 2024
Wilmington, Delaware

/s/ *Laurel D. Roglen*
Laurel D. Roglen, Esq.
Ballard Spahr LLP