## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: June 23, 2024** |
| | **Related to Docket Nos. 447, 550** |

## RESERVATION OF RIGHTS OF WPG LEGACY, LLC
## TO THE DEBTORS' NOTICES OF ASSUMPTION OF CERTAIN
## EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

WPG Legacy, LLC, as the owner of, or the managing agent for the owners of, the properties identified herein ("WPG"), by its undersigned counsel, submits this reservation of rights (this "Reservation of Rights") to the *Notices of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket Nos. 447 and 450] (the "Notices"). In support of this Reservation of Rights, WPG respectfully states[1]:

## BACKGROUND

1.      On April 22, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (this "Court").

2.      Upon information and belief, the Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      WPG is the owner of, or the managing agent for the owner of, twelve properties

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Notices or Bid Procedures Motion (defined herein), as applicable.

in which the Debtors lease retail space (the "Leased Premises") from WPG pursuant to written

lease agreements (the "Leases").[2] The Leased Premises are located in "shopping centers" as that

term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922

F.2d 1081, 1086-87 (3d Cir. 1990). A list of the Leases is set forth below for reference:

| Lease/Center | City, State | Store No. |
|---|---|---|
| Town Center at Aurora | Aurora, CO | 438 |
| Bowie Town Center | Bowie, MD | 1870 |
| The Outlet Collection | Auburn, WA | 1784 |
| Edison Mall | Edison, FL | 759 |
| Great Lakes Mall | Mentor, OH | 1906 |
| Irving Mall | Irving, TX | 1883 |
| Jefferson Valley Mall | Yorktown Heights, NY | 1917 |
| Melbourne Square | Melbourne, FL | 1879 |
| Polaris Fashion Place | Columbus, OH | 2009 |
| Waterford Lakes Town Center | Orlando, FL | 3004 |
| Scottsdale Quarter (Bonobos) | Scottsdale, AZ | 5028 |
| Gateway Mall | Lincoln, NE | 414 |

4.     On the Petition Date, the Debtors filed the *Motion of Debtors for Entry of an*

*Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates*

*and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof,*

*(IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and*

*Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing*

*the Sale of Assets; and (VII) Granting Related Relief* [Docket No. 41] (the "Bid Procedures

Motion"), pursuant to which the Debtors sought, *inter alia*, entry of an order establishing bid

procedures for the proposed sale (the "Sale") of substantially all of the Debtors' assets.

5.     On June 6, 2024, this Court entered the Bid Procedures Order [Docket No. 427]

which, among other things, approved the Bidding Procedures.

6.     On June 12, 2024, the Debtors filed the *Notice of Successful Bidder* [Docket No.

---

[2] This number does not include the Debtors' lease with WPG at Pearlridge Center in Aiea, Hawaii, which the Debtors are seeking to reject effective June 30, 2024, pursuant to the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* filed on June 17, 2024 at  Docket No. 480.

445] identifying Phoenix Retail, LLC (the "JV Purchaser") as the successful bidder for substantially all of the Debtors' assets.

7.      On June 13, 2024, the Debtors filed the Notices, which identify certain unexpired leases that the Debtors seek to assume and assign to the JV Purchaser in connection with the proposed Sale, including the Leases. Below is a chart setting forth the Debtors' proposed cure amount with respect to each Lease (the "Proposed Cure Amount") and the proposed Assumption Date. As provided in the Notices, the deadline to file an objection is June 23, 2024.

| Lease/Center | Store No. | Proposed Cure Amount | Assumption Date |
|---|---|---|---|
| Town Center at Aurora | 438 | $0 | 6/21/2024 |
| Bowie Town Center | 1870 | $0 | 6/21/2024 |
| The Outlet Collection | 1784 | $0 | 6/21/2024 |
| Edison Mall | 759 | $0 | 6/21/2024 |
| Great Lakes Mall | 1906 | $0 | 6/21/2024 |
| Irving Mall | 1883 | $0 | 6/21/2024 |
| Jefferson Valley Mall | 1917 | $0 | 6/21/2024 |
| Melbourne Square | 1879 | $0 | 6/21/2024 |
| Polaris Fashion Place | 2009 | $0 | 6/21/2024 |
| Waterford Lakes Town Center | 3004 | $0 | 6/21/2024 |
| Scottsdale Quarter (Bonobos) | 5028 | $0 | 6/21/2024 |
| Gateway Mall* <br> *The landlord is incorrectly identified as "Westfield" on the Notice. | 414 | $0 | 6/21/2024 |

8.      On June 14, 2024, this Court entered the *Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief* [Docket No. 471] approving the Sale to the JV Purchaser.

**<u>RESERVATION OF RIGHTS</u>**

9.      WPG has negotiated modifications to the Leases with the Debtors and their professionals (the "<u>Lease Amendments</u>") that are being finalized. The Lease Amendments provide for, among other things, modification of certain terms under the Leases and/or wavier of certain amounts due and owing under the Leases that the Debtors would otherwise be required to pay in order to assume the Leases in accordance with section 365(b) of the Bankruptcy Code (the "<u>Cure Amounts</u>").[3]

10.      WPG files this Reservation of Rights out of an abundance of caution, in the event that the parties fail to finalize the Lease Amendments or the Debtors propose to assume the Leases without modification, which will require the Cure Amounts to be paid before the Leases can be assumed. Accordingly, WPG expressly reserves its rights to amend or supplement the Cure Amounts from time to time and at any time, and requests that the Debtors remain liable for, among other things: (a) pre- and post-petition rent and other charges under the Leases that have not been waived under the Lease Amendments or in the event the Leases are assumed without modifications; (b) certain amounts due and owing under the Leases, but which may be unbilled as of the date hereof, including but not limited to year-end adjustments for common area maintenance, taxes and similar charges; (c) any regular or periodic adjustment of charges under the Leases which were not due or had not been determined as of the date of this Reservation of Rights; (d) any non-monetary defaults; and/or (e) insurance and indemnification obligations under the Leases.

11.      In addition, WPG reserves the right to assert against the Debtors all accrued but unbilled charges under the Leases, including unpaid year-end adjustments and reconciliations,

---

[3] Attached hereto and incorporated herein as <u>Exhibit A</u> are itemizations of the Cure Amounts due and owing under the Leases.

whether accruing prior to or after the effective date of assumption and/or assignment of the Leases, when such charges become due in accordance with the terms of the Leases.

12.     Nothing in this Reservation of Rights is intended to be, or should be construed as, a waiver by WPG of any of its rights under any of the Leases, the Bankruptcy Code, or applicable law. WPG expressly reserves all such rights, including, without limitation, the right to: (a) supplement and/or amend this Reservation of Rights; (b) supplement and/or amend the Cure Amounts and Exhibit A; and (c) assert any further objections as it deems necessary or appropriate.


Dated:  June 21, 2024                          Respectfully submitted,
Wilmington, Delaware

                                               */s/ Susan E. Kaufman*
                                               Susan E. Kaufman (DSB# 3381)
                                               LAW OFFICE OF SUSAN E. KAUFMAN, LLC
                                               919 North Market Street, Suite 460
                                               Wilmington, DE 19801
                                               Tel: (302) 472-7420
                                               Fax: (302) 792-7420
                                               E-mail: skaufman@skaufmanlaw.com

                                               -and-

                                               Ronald E. Gold, Esq.
                                               Ohio Bar No. 0061351
                                               FROST BROWN TODD LLP
                                               3300 Great American Tower
                                               301 East Fourth Street
                                               Cincinnati, OH  45202
                                               Tel: (513) 651-6800
                                               Fax: (513) 651-6981
                                               E-mail: rgold@fbtlaw.com

                                               **COUNSEL FOR WPG LEGACY, LLC**