# EXHIBIT A

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
Run Date: 6/5/2024
**OUTLET COLLECTION - SEATTLE - EXPRESS FACTORY OUTLET**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 11,542.52 | 8,464.51 | | | | |
| 4/1/2024 | CMF | FIXED CAM MONTHLY | 4,508.39 | 3,306.15 | | | | |
| 4/1/2024 | INS | INSURANCE MONTHLY | 416.74 | 305.61 | | | | |
| 4/1/2024 | TAX | TAXES MONTHLY | 1,843.77 | 1,352.10 | | | | |
| | | **Apr-24** | | **13,428.37** | **13,428.37** | **13.43** | **250.00** | **13,691.80** |
| | | | | | | | | |
| 6/1/2024 | BRT | BASE RENT | 11,542.52 | 11,542.52 | | | | |
| 6/1/2024 | CMF | FIXED CAM MONTHLY | 4,508.39 | 4,508.39 | | | | |
| 6/1/2024 | INS | INSURANCE MONTHLY | 416.74 | 416.74 | | | | |
| 6/1/2024 | TAX | TAXES MONTHLY | 1,843.77 | 1,843.77 | | | | |
| | | **Jun-24** | | **18,311.42** | **31,739.79** | **31.74** | **250.00** | **32,284.96** |
| | | | | | | | | |
| | | **Total** | | **31,739.79** | | **45.17** | **500.00** | **32,284.96** |

| Future Charges Through Lease Expiration | | Expiration: 1/31/2026 | Months Remaining: 19 | | OUTLET COLLECTION - SEATTLE EXPRESS FACTORY OUTLET | | |
|---|---|---|---|---|---|---|---|
| Eff Date | Income Category | | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 9/1/2024 | BRT | BASE RENT | 11,773.39 | 17 | 200,147.63 | 0.00 | 200,147.63 |
| 9/1/2023 | BRT | BASE RENT | 11,542.52 | 2 | 23,085.04 | 0.00 | 23,085.04 |
| 9/1/2024 | CMF | FIXED CAM MONTHLY | 4,598.55 | 17 | 78,175.35 | 0.00 | 78,175.35 |
| 9/1/2023 | CMF | FIXED CAM MONTHLY | 4,508.39 | 2 | 9,016.78 | 0.00 | 9,016.78 |
| 6/1/2021 | CVA | COVID RENT ABATEMENTS | | 19 | 0.00 | 0.00 | 0.00 |
| 9/1/2024 | INS | INSURANCE MONTHLY | 425.08 | 17 | 7,226.36 | 0.00 | 7,226.36 |
| 9/1/2023 | INS | INSURANCE MONTHLY | 416.74 | 2 | 833.48 | 0.00 | 833.48 |
| 9/1/2024 | TAX | TAXES MONTHLY | 1,880.64 | 17 | 31,970.88 | 0.00 | 31,970.88 |
| 9/1/2023 | TAX | TAXES MONTHLY | 1,843.77 | 2 | 3,687.54 | 0.00 | 3,687.54 |
| 9/1/2023 | TSH | TRASH PICKUP | 625.09 | 19 | 11,876.63 | 0.00 | 11,876.63 |
| | Total Future Charges Through Lease Expiration | | | | 366,019.69 | 0.00 | 366,019.69 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**MELBOURNE SQUARE - EXPRESS FACTORY**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:   6/5/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:    1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 16,666.67 | 12,222.22 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 916.67 | 672.22 | | | | |
| | | **Apr-24** | | | **12,894.45** | **12,894.45** | **12.89** | **250.00** | **13,157.34** |
| 6/1/2024 | BRT | BASE RENT | 16,666.67 | 16,666.67 | | | | |
| 6/1/2024 | RTX | RENTAL TAX | 500.00 | 500.00 | | | | |
| | | **Jun-24** | | | **17,166.67** | **30,061.12** | **30.06** | **250.00** | **30,604.07** |
| | | **Total** | | **30,061.12** | | **42.95** | **500.00** | **30,604.07** |

| **Future Charges Through Lease Expiration** | | Expiration:   1/31/2027 | **Months Remaining:   31** | **MELBOURNE SQUARE EXPRESS FACTORY** | | |
|---|---|---|---|---|---|---|
| Eff Date | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 3/1/2024 | BRT    BASE RENT | 16,666.67 | 31 | 516,666.77 | 15,500.00 | 532,166.77 |
| | Total Future Charges Through Lease Expiration | | | 516,666.77 | 15,500.00 | 532,166.77 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**EDISON MALL - EXPRESS**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:    6/5/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|-----------------|-------------------|---------------------|----------------------|--------------------|-----------------|--------------------------|
| 4/1/2024 | BRT | BASE RENT | 6,145.83 | 4,506.94 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 416.67 | 305.56 | | | | |
| | | **Apr-24** | | | **4,812.50** | **4,812.50** | **4.81** | **250.00** | **5,067.31** |
| 6/1/2024 | BRT | BASE RENT | 8,333.33 | 8,333.33 | | | | |
| 6/1/2024 | RTX | RENTAL TAX | 208.33 | 208.33 | | | | |
| | | **Jun-24** | | | **8,541.66** | **13,354.16** | **13.35** | **250.00** | **13,872.32** |
| | | **Total** | **13,354.16** | | | **18.16** | **500.00** | **13,872.32** |

| Future Charges Through Lease Expiration | | | Expiration:    1/31/2026 | Months Remaining:    19 | EDISON MALL EXPRESS | | |
|-----------------------------------------|---|---|---------|--------|------------------|---------------|-----------|
| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 3/1/2024 | BRT | BASE RENT | 8,333.33 | 19 | 158,333.27 | 3,958.33 | 162,291.60 |
| | | Total Future Charges Through Lease Expiration | | | 158,333.27 | 3,958.33 | 162,291.60 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**JEFFERSON VALLEY MALL - EXPRESS FACTORY**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:   6/5/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 10,000.00 | 7,333.33 | | | | |
| 4/1/2024 | HEN | HVAC-ENERGY | 2,251.21 | 1,650.89 | | | | |
| 4/1/2024 | WTS | BILLED WATER & SEWER | 31.62 | 23.19 | | | | |
| 4/24/2024 | ELE | ELECTRIC | -65.89 | -65.89 | | | | |
| | | **Apr-24** | | **8,941.52** | **8,941.52** | **8.94** | **250.00** | **9,200.46** |
| | | | | | | | | |
| 5/3/2024 | ELE | ELECTRIC | -1,172.15 | -1,172.15 | | | | |
| 5/21/2024 | ELE | ELECTRIC | 1,272.64 | 1,272.64 | | | | |
| | | **May-24** | | **100.49** | **9,042.01** | **9.04** | **250.00** | **9,559.99** |
| | | | | | | | | |
| 6/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| 6/1/2024 | HEN | HVAC-ENERGY | 2,251.21 | 2,251.21 | | | | |
| 6/1/2024 | WTS | BILLED WATER & SEWER | 31.62 | 31.62 | | | | |
| | | **Jun-24** | | **12,282.83** | **21,324.84** | **21.32** | **250.00** | **22,114.14** |
| | | | | | | | | |
| | | **Total** | | **21,324.84** | | **39.30** | **750.00** | **22,114.14** |

| Future Charges Through Lease Expiration | | Expiration:  1/31/2026 | Months Remaining:  19 | | JEFFERSON VALLEY MALL EXPRESS FACTORY | | |
|---|---|---|---|---|---|---|---|
| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 3/1/2024 | BRT | BASE RENT | 10,000.00 | 19 | 190,000.00 | 0.00 | 190,000.00 |
| 3/1/2024 | ELE | ELECTRIC | 1,172.12 | 19 | 22,270.28 | 0.00 | 22,270.28 |
| 3/1/2024 | HEN | HVAC-ENERGY | 2,251.21 | 19 | 42,772.99 | 0.00 | 42,772.99 |
| 3/1/2024 | WTS | BILLED WATER & SEWER | 31.62 | 19 | 600.78 | 0.00 | 600.78 |
| | | Total Future Charges Through Lease Expiration | | | 255,644.05 | 0.00 | 255,644.05 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**BOWIE TOWN CENTER - EXPRESS FACTORY**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:   6/5/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:    1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 10,000.00 | 7,333.33 | | | | |
| 4/1/2024 | WTS | BILLED WATER & SEWER | 81.55 | 59.80 | | | | |
| 4/12/2024 | ELE | ELECTRIC | 1,564.28 | 573.57 | | | | |
| | | **Apr-24** | | **7,966.71** | **7,966.71** | **7.97** | **250.00** | **8,224.68** |
| | | | | | | | | |
| 5/7/2024 | ELE | ELECTRIC | -1,855.09 | -1,855.09 | | | | |
| 5/15/2024 | ELE | ELECTRIC | 1,860.41 | 1,860.41 | | | | |
| | | **May-24** | | **5.32** | **7,972.03** | **7.97** | **250.00** | **8,487.97** |
| | | | | | | | | |
| 6/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| 6/1/2024 | WTS | BILLED WATER & SEWER | 81.55 | 81.55 | | | | |
| | | **Jun-24** | | **10,081.55** | **18,053.58** | **18.05** | **250.00** | **18,837.57** |
| | | | | | | | | |
| | | **Total** | | **18,053.58** | | **33.99** | **750.00** | **18,837.57** |

| Future Charges Through Lease Expiration | | Expiration:  1/31/2027 | Months Remaining:   31 | BOWIE TOWN CENTER EXPRESS FACTORY | | |
|---|---|---|---|---|---|---|
| Eff Date | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 3/1/2024 | BRT  BASE RENT | 10,000.00 | 31 | 310,000.00 | 0.00 | 310,000.00 |
| 3/1/2024 | WTS  BILLED WATER & SEWER | 81.55 | 31 | 2,528.05 | 0.00 | 2,528.05 |
| | Total Future Charges Through Lease Expiration | | | 312,528.05 | 0.00 | 312,528.05 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**IRVING MALL - EXPRESS FACTORY**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:  6/5/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|---|---|---|---|---|---|---|
| 6/1/2024 | BRT | BASE RENT | 8,333.33 | 8,333.33 | | | | |
| 6/1/2024 | ELE | ELECTRIC | 1,577.89 | 1,577.89 | | | | |
| 6/1/2024 | PST | PEST CONTROL | 35.25 | 35.25 | | | | |
| | | **Jun-24** | | 9,946.47 | 9,946.47 | 9.95 | 250.00 | 10,206.42 |
| | | **Total** | 9,946.47 | | | 9.95 | 250.00 | 10,206.42 |

| Future Charges Through Lease Expiration | | Expiration:   1/31/2026 | | Months Remaining:    19 | | IRVING MALL EXPRESS FACTORY | | |
|------|---|---|---|---|---|---|---|---|
| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due | |
| 3/1/2024 | BRT | BASE RENT | 8,333.33 | 19 | 158,333.27 | 0.00 | 158,333.27 | |
| 3/1/2024 | ELE | ELECTRIC | 1,577.89 | 19 | 29,979.91 | 0.00 | 29,979.91 | |
| 3/1/2024 | PST | PEST CONTROL | 35.25 | 19 | 669.75 | 0.00 | 669.75 | |
| | | Total Future Charges Through Lease Expiration | | | 188,982.93 | 0.00 | 188,982.93 | |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**POLARIS FASHION PLACE - EXPRESS**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:   6/5/2024

Lease Information If payment not received when due:

Interest per month:  0.10%      Late Fee Percent:  0.00%      Or      Late Fee Amount: 250.00          Lease Expiration:      1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 23,198.75 | 17,012.42 | | | | |
| 4/1/2024 | CMF | FIXED CAM MONTHLY | 20,287.58 | 14,877.56 | | | | |
| 4/1/2024 | TAX | TAXES MONTHLY | 6,440.68 | 4,723.17 | | | | |
| 4/12/2024 | ELE | ELECTRIC | 1,555.06 | 570.19 | | | | |
| | | **Apr-24** | | **37,183.33** | **37,183.33** | **37.18** | **250.00** | **37,470.51** |
| | | | | | | | | |
| 6/1/2024 | BRT | BASE RENT | 23,198.75 | 23,198.75 | | | | |
| 6/1/2024 | CMF | FIXED CAM MONTHLY | 20,287.58 | 20,287.58 | | | | |
| 6/1/2024 | TAX | TAXES MONTHLY | 6,440.68 | 6,440.68 | | | | |
| | | **Jun-24** | | **49,927.01** | **87,110.34** | **87.11** | **250.00** | **87,734.63** |

| | | | Total | 87,110.34 | | 124.29 | 500.00 | 87,734.63 |
|---|---|---|---|---|---|---|---|---|

| Future Charges Through Lease Expiration | | Expiration:   1/31/2027 | | Months Remaining:   31 | POLARIS FASHION PLACE EXPRESS | | |
|---|---|---|---|---|---|---|---|
| Eff Date | Income Category | | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 2/1/2026 | BRT | BASE RENT | 24,135.98 | 12 | 289,631.76 | 0.00 | 289,631.76 |
| 2/1/2025 | BRT | BASE RENT | 23,662.73 | 12 | 283,952.76 | 0.00 | 283,952.76 |
| 2/1/2024 | BRT | BASE RENT | 23,198.75 | 7 | 162,391.25 | 0.00 | 162,391.25 |
| 1/1/2027 | CMF | FIXED CAM MONTHLY | 22,820.77 | 1 | 22,820.77 | 0.00 | 22,820.77 |
| 1/1/2026 | CMF | FIXED CAM MONTHLY | 21,943.05 | 12 | 263,316.60 | 0.00 | 263,316.60 |
| 1/1/2025 | CMF | FIXED CAM MONTHLY | 21,099.08 | 12 | 253,188.96 | 0.00 | 253,188.96 |
| 1/1/2024 | CMF | FIXED CAM MONTHLY | 20,287.58 | 6 | 121,725.48 | 0.00 | 121,725.48 |
| 9/1/2023 | TAX | TAXES MONTHLY | 6,440.68 | 31 | 199,661.08 | 0.00 | 199,661.08 |
| 7/1/2023 | TSH | TRASH PICKUP | 874.88 | 31 | 27,121.28 | 0.00 | 27,121.28 |
| | Total Future Charges Through Lease Expiration | | | | 1,623,809.94 | 0.00 | 1,623,809.94 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**GREAT LAKES MALL - EXPRESS FACTORY OUTLET**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:    6/5/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 8,333.33 | 6,111.11 | | | | |
| | | **Apr-24** | | **6,111.11** | **6,111.11** | **6.11** | **250.00** | **6,367.22** |
| 6/1/2024 | BRT | BASE RENT | 8,333.33 | 8,333.33 | | | | |
| | | **Jun-24** | | **8,333.33** | **14,444.44** | **14.44** | **250.00** | **14,964.99** |
| | | **Total** | | **14,444.44** | | **20.55** | **500.00** | **14,964.99** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Future Charges Through Lease Expiration** | | **Expiration:  1/31/2026** | **Months Remaining:    19** | **GREAT LAKES MALL** | | |
| | | | | **EXPRESS FACTORY OUTLET** | | |
| Eff Date | Income Category | | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 3/1/2024 | BRT    BASE RENT | | 8,333.33 | 19 | 158,333.27 | 0.00 | 158,333.27 |
| | Total Future Charges Through Lease Expiration | | | | 158,333.27 | 0.00 | 158,333.27 |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**SCOTTSDALE QUARTER - BONOBOS**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Run Date:  6/5/2024

Lease Information If payment not received when due:

Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount: 250.00          Lease Expiration:    1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 5/1/2024 | BRT | BASE RENT | 6,576.60 | 6,576.60 | | | | |
| 5/1/2024 | CMF | FIXED CAM MONTHLY | 2,221.40 | 2,221.40 | | | | |
| 5/1/2024 | PRF | PROMOTIONAL FUND | 145.50 | 145.50 | | | | |
| 5/1/2024 | RTX | RENTAL TAX | 49.98 | 49.98 | | | | |
| 5/1/2024 | RTX | RENTAL TAX | 13.36 | 13.36 | | | | |
| 5/1/2024 | RTX | RENTAL TAX | 3.27 | 3.27 | | | | |
| 5/1/2024 | RTX | RENTAL TAX | 147.97 | 147.97 | | | | |
| 5/1/2024 | TAX | TAXES MONTHLY | 593.64 | 593.64 | | | | |
| | | **May-24** | **9,751.72** | **9,751.72** | **9,751.72** | **9.75** | **250.00** | **10,011.47** |
| | | | | | | | | |
| 6/1/2024 | BRT | BASE RENT | 6,576.60 | 6,576.60 | | | | |
| 6/1/2024 | CMF | FIXED CAM MONTHLY | 2,221.40 | 2,221.40 | | | | |
| 6/1/2024 | PRF | PROMOTIONAL FUND | 145.50 | 145.50 | | | | |
| 6/1/2024 | RTX | RENTAL TAX | 49.98 | 49.98 | | | | |
| 6/1/2024 | RTX | RENTAL TAX | 3.27 | 3.27 | | | | |
| 6/1/2024 | RTX | RENTAL TAX | 13.36 | 13.36 | | | | |
| 6/1/2024 | RTX | RENTAL TAX | 147.97 | 147.97 | | | | |
| 6/1/2024 | TAX | TAXES MONTHLY | 593.64 | 593.64 | | | | |
| | | **Jun-24** | **9,751.72** | | **19,503.44** | **19.50** | **250.00** | **20,032.69** |

| | | **Total** | | **19,503.44** | | **29.25** | **500.00** | **20,032.69** |

**Future Charges Through Lease Expiration**    Expiration:  1/31/2027    **Months Remaining:    31**    **SCOTTSDALE QUARTER BONOBOS**

| Eff Date | | Income Category | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
|---|---|---|---|---|---|---|---|
| 12/1/2026 | BRT | BASE RENT | 7,183.34 | 2 | 14,366.68 | 323.25 | 14,689.93 |
| 12/1/2025 | BRT | BASE RENT | 6,975.27 | 12 | 83,703.24 | 1,883.32 | 85,586.56 |
| 12/1/2024 | BRT | BASE RENT | 6,773.03 | 12 | 81,276.36 | 1,828.72 | 83,105.08 |
| 12/1/2023 | BRT | BASE RENT | 6,576.60 | 5 | 32,883.00 | 739.87 | 33,622.87 |
| 11/18/2016 | CAM | CAM MONTHLY | 1,746.00 | 31 | 54,126.00 | 1,217.84 | 55,343.84 |
| 1/1/2027 | CMF | FIXED CAM MONTHLY | 2,462.91 | 1 | 2,462.91 | 55.42 | 2,518.33 |
| 1/1/2026 | CMF | FIXED CAM MONTHLY | 2,379.62 | 12 | 28,555.44 | 642.50 | 29,197.94 |
| 1/1/2025 | CMF | FIXED CAM MONTHLY | 2,299.15 | 12 | 27,589.80 | 620.77 | 28,210.57 |
| 1/1/2024 | CMF | FIXED CAM MONTHLY | 2,221.40 | 6 | 13,328.40 | 299.89 | 13,628.29 |
| 1/1/2017 | PRF | PROMOTIONAL FUND | 145.50 | 31 | 4,510.50 | 101.49 | 4,611.99 |
| 1/1/2017 | TAX | TAXES MONTHLY | 593.64 | 31 | 18,402.84 | 414.06 | 18,816.90 |
| 3/1/2023 | TSH | TRASH PICKUP | 378.05 | 31 | 11,719.49 | 263.69 | 11,983.18 |
| | | Total Future Charges Through Lease Expiration | | | 372,924.66 | 8,390.80 | 381,315.46 |

**WORKOUT FOR LEGAL PRE-PETITION**
**SCOTTSDALE QUARTER - BONOBOS**
**INTEREST & LATE FEES THROUGH 4/22/2024**

Run Date:    6/5/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:    1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 6/29/2023 | TPY | TAX PRIOR YR | 1,919.46 | 1,919.46 | | | | |
| | | **Jun-23** | | **1,919.46** | **1,919.46** | **1.92** | **250.00** | **2,171.38** |
| | | | | | | | | |
| 1/1/2024 | RTX | RENTAL TAX | 13.36 | 13.36 | | | | |
| 1/1/2024 | TAX | TAXES MONTHLY | 97.89 | 97.89 | | | | |
| 1/24/2024 | ORT | OVERAGE RENT | 4,817.96 | 4,817.96 | | | | |
| 1/24/2024 | RTX | RENTAL TAX | 108.40 | 108.40 | | | | |
| | | **Jan-24** | | **5,037.61** | **6,957.07** | **6.96** | **250.00** | **7,465.95** |
| | | **Total** | | **6,957.07** | | **8.88** | **500.00** | **7,465.95** |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
Run Date:   6/5/2024
**GATEWAY MALL - EXPRESS**
**INTEREST & LATE FEES FROM 4/23/2024 THROUGH 6/30/2024**

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 10,000.00 | 7,333.33 | | | | |
| 4/1/2024 | HVC | HVAC INCOME | 2,332.57 | 1,710.55 | | | | |
| 4/1/2024 | WTS | BILLED WATER & SEWER | 34.28 | 25.14 | | | | |
| | | **Apr-24** | | **9,069.02** | **9,069.02** | **9.07** | **250.00** | **9,328.09** |
| | | | | | | | | |
| 5/21/2024 | BRT | BASE RENT | -1,787.50 | -1,787.50 | | | | |
| 5/23/2024 | PRT | % RENT CO-TENANCY | 1,787.50 | 1,787.50 | | | | |
| | | **May-24** | | **0.00** | **9,069.02** | **9.07** | **0.00** | **9,337.16** |
| | | | | | | | | |
| 6/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| 6/1/2024 | HVC | HVAC INCOME | 2,332.57 | 2,332.57 | | | | |
| 6/1/2024 | WTS | BILLED WATER & SEWER | 34.28 | 34.28 | | | | |
| | | **Jun-24** | | **12,366.85** | **21,435.87** | **21.44** | **250.00** | **21,975.45** |
| | | | | | | | | |
| | | **Total** | | **21,435.87** | | **39.58** | **500.00** | **21,975.45** |

| Future Charges Through Lease Expiration | | | Expiration:   1/31/2026 | | Months Remaining:    19 | GATEWAY MALL EXPRESS | | |
|---|---|---|---|---|---|---|---|---|
| Eff Date | | Income Category | | Amount | Months | Future Amounts Due | Applicable Tax | Total Due |
| 2/1/2023 | BRT | BASE RENT | | 10,000.00 | 19 | 190,000.00 | 0.00 | 190,000.00 |
| 9/1/2023 | HVC | HVAC INCOME | | 2,332.57 | 19 | 44,318.83 | 0.00 | 44,318.83 |
| 9/1/2022 | WTS | BILLED WATER & SEWER | | 34.28 | 19 | 651.32 | 0.00 | 651.32 |
| | | Total Future Charges Through Lease Expiration | | | | 234,970.15 | 0.00 | 234,970.15 |

**COLLECTION WORKOUT FOR LEGAL**
**GATEWAY MALL - EXPRESS**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Run Date:    4/25/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|------|------|------|------|------|------|------|------|
| 3/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| | | **Mar-24** | | **10,000.00** | **10,000.00** | **10.00** | **250.00** | **10,260.00** |
| | | | | | | | | |
| 4/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| 4/1/2024 | HVC | HVAC INCOME | 2,332.57 | 2,332.57 | | | | |
| 4/1/2024 | WTS | BILLED WATER & SEWER | 34.28 | 34.28 | | | | |
| | | **Apr-24** | | **12,366.85** | **22,366.85** | **22.37** | **250.00** | **22,899.22** |
| | | **Total** | | **22,366.85** | | **32.37** | **500.00** | **22,899.22** |

**COLLECTION WORKOUT FOR LEGAL**
Run Date: 4/25/2024
**MELBOURNE SQUARE - EXPRESS FACTORY**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:    1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|------|------|------|------|------|------|------|------|
| 4/1/2024 | BRT | BASE RENT | 16,666.67 | 16,666.67 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 916.67 | 916.67 | | | | |
| | | **Apr-24** | | **17,583.34** | **17,583.34** | **17.58** | **250.00** | **17,850.92** |
| | | **Total** | **17,583.34** | | | **17.58** | **250.00** | **17,850.92** |

**COLLECTION WORKOUT FOR LEGAL**                                    Run Date:   4/25/2024
**OUTLET COLLECTION - SEATTLE - EXPRESS FACTORY OUTLET**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00        Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 11/7/2022 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Nov-22** | | **-0.01** | **-0.01** | **0.00** | **0.00** | **-0.01** |
| 1/6/2023 | INS | INSURANCE MONTHLY | -0.01 | -0.01 | | | | |
| | | **Jan-23** | | **-0.01** | **-0.02** | **0.00** | **0.00** | **-0.02** |
| 3/14/2023 | TSH | TRASH PICKUP | -0.01 | -0.01 | | | | |
| | | **Mar-23** | | **-0.01** | **-0.03** | **0.00** | **0.00** | **-0.03** |
| 1/11/2024 | BRT | BASE RENT | -208.36 | -208.36 | | | | |
| | | **Jan-24** | | **-208.36** | **-208.39** | **0.00** | **0.00** | **-208.39** |
| 4/1/2024 | BRT | BASE RENT | 11,542.52 | 11,542.52 | | | | |
| 4/1/2024 | CMF | FIXED CAM MONTHLY | 4,508.39 | 4,508.39 | | | | |
| 4/1/2024 | INS | INSURANCE MONTHLY | 416.74 | 416.74 | | | | |
| 4/1/2024 | TAX | TAXES MONTHLY | 1,843.77 | 1,843.77 | | | | |
| | | **Apr-24** | | **18,311.42** | **18,103.03** | **18.10** | **250.00** | **18,371.13** |
| | | **Total** | | **18,103.03** | | **18.10** | **250.00** | **18,371.13** |

**COLLECTION WORKOUT FOR LEGAL**
**BOWIE TOWN CENTER - EXPRESS FACTORY**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Run Date:   4/25/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|------|------|------|------|------|------|------|------|
| 3/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| 3/1/2024 | WTS | BILLED WATER & SEWER | 81.55 | 81.55 | | | | |
| 3/12/2024 | ELE | ELECTRIC | 1,407.71 | 1,407.71 | | | | |
| | | **Mar-24** | | 11,489.26 | 11,489.26 | 11.49 | 250.00 | 11,750.75 |
| | | | | | | | | |
| 4/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| 4/1/2024 | WTS | BILLED WATER & SEWER | 81.55 | 81.55 | | | | |
| 4/2/2024 | BRT | BASE RENT | -4,000.00 | -3,866.67 | | | | |
| 4/12/2024 | ELE | ELECTRIC | 1,564.28 | 990.71 | | | | |
| | | **Apr-24** | | 7,205.59 | 18,694.85 | 18.69 | 250.00 | 19,225.03 |
| | | **Total** | | 18,694.85 | | 30.18 | 500.00 | 19,225.03 |

**COLLECTION WORKOUT FOR LEGAL**
**EDISON MALL - EXPRESS**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Run Date:  4/25/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|------|------|------|------|------|------|------|------|
| 4/1/2024 | BRT | BASE RENT | 6,145.83 | 6,145.83 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 416.67 | 416.67 | | | | |
| | | **Apr-24** | | **6,562.50** | **6,562.50** | **6.56** | **250.00** | **6,819.06** |
| | | **Total** | **6,562.50** | | | **6.56** | **250.00** | **6,819.06** |

**COLLECTION WORKOUT FOR LEGAL**

**WATERFORD LAKES TOWN CENTER - EXPRESS FACTORY**

**INTEREST & LATE FEES THROUGH 4/30/2024**

Run Date: 4/25/2024

Lease Information If payment not received when due:

Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|-----------------|-------------------:|---------------------:|-----------------------:|--------------------:|----------------:|--------------------------:|
| 9/7/2023 | BRT | BASE RENT | -430.55 | -430.55 | | | | |
| 9/25/2023 | RTX | RENTAL TAX | -375.29 | -375.29 | | | | |
| | | **Sep-23** | | | **-805.84** | **-805.84** | **0.00** | **0.00** | **-805.84** |
| 10/4/2023 | BRT | BASE RENT | -881.08 | -881.08 | | | | |
| | | **Oct-23** | | | **-881.08** | **-1,686.92** | **0.00** | **0.00** | **-1,686.92** |
| 11/7/2023 | BRT | BASE RENT | -1,957.89 | -1,957.89 | | | | |
| | | **Nov-23** | | | **-1,957.89** | **-3,644.81** | **0.00** | **0.00** | **-3,644.81** |
| 2/13/2024 | BRT | BASE RENT | -1,669.98 | -1,669.98 | | | | |
| 2/20/2024 | ORT | OVERAGE RENT | 8,432.89 | 8,432.89 | | | | |
| 2/20/2024 | RTX | RENTAL TAX | 421.64 | 421.64 | | | | |
| | | **Feb-24** | | | **7,184.55** | **3,539.74** | **3.54** | **250.00** | **3,793.28** |
| 4/1/2024 | BRT | BASE RENT | 15,864.84 | 15,864.84 | | | | |
| 4/1/2024 | CMF | FIXED CAM MONTHLY | 6,834.84 | 6,834.84 | | | | |
| 4/1/2024 | PRF | PROMOTIONAL FUND | 759.08 | 759.08 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 37.95 | 37.95 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 153.79 | 153.79 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 3.04 | 3.04 | | | | |
| 4/1/2024 | RTX | RENTAL TAX | 341.74 | 341.74 | | | | |
| 4/1/2024 | TAX | TAXES MONTHLY | 3,075.75 | 3,075.75 | | | | |
| 4/1/2024 | WTS | BILLED WATER & SEWER | 60.73 | 60.73 | | | | |
| | | **Apr-24** | | | **27,131.76** | **30,671.50** | **30.67** | **250.00** | **31,205.71** |
| | | **Total** | | **30,671.50** | | **34.21** | **500.00** | **31,205.71** |

**COLLECTION WORKOUT FOR LEGAL**
**POLARIS FASHION PLACE - EXPRESS**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Run Date:    4/25/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2020

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/30/2021 | IPY | INSURANCE PRIOR YR | 156.84 | 156.84 | | | | |
| | | **Apr-21** | | **156.84** | **156.84** | **0.16** | **250.00** | **407.00** |
| | | **Total** | | **156.84** | | **0.16** | **250.00** | **407.00** |

**COLLECTION WORKOUT FOR LEGAL**
**POLARIS FASHION PLACE - EXPRESS**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Run Date:    4/25/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2022

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|---|---|---|---|---|---|---|
| 6/29/2022 | TPY | TAX PRIOR YR | 11,102.20 | 11,102.20 | | | | |
| | | **Jun-22** | | **11,102.20** | **11,259.04** | **11.26** | **250.00** | **11,770.46** |
| 9/26/2022 | TPY | TAX PRIOR YR | -0.02 | -0.02 | | | | |
| | | **Sep-22** | | **-0.02** | **11,259.02** | **11.26** | **0.00** | **11,781.70** |
| 7/30/2023 | TPY | TAX PRIOR YR | -3,696.14 | -3,696.14 | | | | |
| | | **Jul-23** | | **-3,696.14** | **7,562.88** | **7.56** | **0.00** | **8,093.12** |
| | | **Total** | **7,406.04** | | | **30.08** | **250.00** | **7,686.12** |

**COLLECTION WORKOUT FOR LEGAL**
Run Date:  4/25/2024

**POLARIS FASHION PLACE - EXPRESS**

**INTEREST & LATE FEES THROUGH 4/30/2024**

Lease Information If payment not received when due:

Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:    1/31/2027

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|----------------|-------------------:|---------------------:|-----------------------:|--------------------:|----------------:|--------------------------:|
| 9/8/2022 | LTE | LONG-TERM ELECTRIC | 1,871.21 | 1,871.21 | | | | |
| | | **Sep-22** | | **1,871.21** | **9,434.09** | **9.43** | **250.00** | **10,223.76** |
| 10/1/2022 | BRT | BASE RENT | 0.93 | 0.93 | | | | |
| | | **Oct-22** | | **0.93** | **9,435.02** | **9.44** | **250.00** | **10,484.13** |
| 3/20/2023 | ELE | ELECTRIC | -1,577.02 | -1,577.02 | | | | |
| | | **Mar-23** | | **-1,577.02** | **7,858.00** | **7.86** | **0.00** | **8,914.97** |
| 4/3/2023 | ELE | ELECTRIC | -780.17 | -780.17 | | | | |
| | | **Apr-23** | | **-780.17** | **7,077.83** | **7.08** | **0.00** | **8,141.88** |
| 5/8/2023 | ELE | ELECTRIC | -1,192.45 | -1,192.45 | | | | |
| | | **May-23** | | **-1,192.45** | **5,885.38** | **5.89** | **0.00** | **6,955.32** |
| 6/7/2023 | ELE | ELECTRIC | -1,489.85 | -1,489.85 | | | | |
| | | **Jun-23** | | **-1,489.85** | **4,395.53** | **4.40** | **0.00** | **5,469.87** |
| 7/27/2023 | IPY | INSURANCE PRIOR YR | -66.41 | -66.41 | | | | |
| 7/27/2023 | TPY | TAX PRIOR YR | -167.20 | -167.20 | | | | |
| 7/30/2023 | TPY | TAX PRIOR YR | 19,438.76 | 19,438.76 | | | | |
| | | **Jul-23** | | **19,205.15** | **23,600.68** | **23.60** | **250.00** | **24,948.62** |
| 9/6/2023 | ELE | ELECTRIC | -1,825.46 | -1,825.46 | | | | |
| | | **Sep-23** | | **-1,825.46** | **21,775.22** | **21.78** | **0.00** | **23,144.94** |
| 10/9/2023 | ELE | ELECTRIC | 950.58 | 950.58 | | | | |
| | | **Oct-23** | | **950.58** | **22,725.80** | **22.73** | **250.00** | **24,368.25** |
| 11/1/2023 | BRT | BASE RENT | -1,882.91 | -1,882.91 | | | | |
| 11/1/2023 | BRT | BASE RENT | -1,825.46 | -1,825.46 | | | | |
| 11/2/2023 | ELE | ELECTRIC | -1,687.21 | -1,687.21 | | | | |
| | | **Nov-23** | | **-5,395.58** | **17,330.22** | **17.33** | **0.00** | **18,990.00** |
| 12/1/2023 | BRT | BASE RENT | 1,491.96 | 1,491.96 | | | | |
| 12/7/2023 | ELE | ELECTRIC | 1,070.13 | 1,070.13 | | | | |
| | | **Dec-23** | | **2,562.09** | **19,892.31** | **19.89** | **250.00** | **21,821.98** |
| 1/4/2024 | ELE | ELECTRIC | -1,687.21 | -1,687.21 | | | | |
| 1/5/2024 | ELE | ELECTRIC | -1,955.14 | -1,955.14 | | | | |
| 1/31/2024 | ELE | ELECTRIC | 1,955.14 | 1,955.14 | | | | |
| | | **Jan-24** | | **-1,687.21** | **18,205.10** | **18.21** | **0.00** | **20,152.98** |
| 4/1/2024 | BRT | BASE RENT | 23,198.75 | 23,198.75 | | | | |
| 4/1/2024 | CMF | FIXED CAM MONTHLY | 20,287.58 | 20,287.58 | | | | |
| 4/1/2024 | TAX | TAXES MONTHLY | 6,440.68 | 6,440.68 | | | | |
| 4/4/2024 | ELE | ELECTRIC | -1,555.06 | -1,399.55 | | | | |
| 4/12/2024 | ELE | ELECTRIC | 1,555.06 | 984.87 | | | | |
| | | **Apr-24** | | **49,512.33** | **67,717.43** | **67.72** | **250.00** | **69,983.03** |

| | Total | 60,154.55 | | 235.36 | 1,500.00 | 61,889.91 |
|---|---|---|---|---|---|---|

**COLLECTION WORKOUT FOR LEGAL**
Run Date:   4/25/2024
**TOWN CENTER AT AURORA - EXPRESS/EXPRESS MEN**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2024

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|------|------|------|------|------|------|------|------|
| 4/17/2023 | TSH | TRASH PICKUP | -0.01 | -0.01 | | | | |
| | | **Apr-23** | | **-0.01** | **-0.01** | **0.00** | **0.00** | **-0.01** |
| | | | | | | | | |
| 12/1/2023 | BRT | BASE RENT | 354.50 | 354.50 | | | | |
| | | **Dec-23** | | **354.50** | **354.49** | **0.35** | **250.00** | **604.84** |
| | | | | | | | | |
| 3/1/2024 | BRT | BASE RENT | 16,666.67 | 16,666.67 | | | | |
| | | **Mar-24** | | **16,666.67** | **17,021.16** | **17.02** | **250.00** | **17,538.53** |
| | | **Total** | | **17,021.16** | | **17.37** | **500.00** | **17,538.53** |

**COLLECTION WORKOUT FOR LEGAL**
**TOWN CENTER AT AURORA - EXPRESS/EXPRESS MEN**
**INTEREST & LATE FEES THROUGH 4/30/2024**

Run Date:   4/25/2024

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  250.00    Lease Expiration:    1/31/2021

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|------|------|------|------|------|------|------|------|
| 5/1/2021 | BRT | BASE RENT | 2,340.55 | 2,340.55 | | | | |
| | | **May-21** | | **2,340.55** | **19,361.71** | **19.36** | **250.00** | **20,148.44** |
| | | **Total** | **2,340.55** | | | **19.36** | **250.00** | **2,609.91** |