**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Susan E. Kaufman, Esquire, certify that I caused one true and correct copy of Reservation of Rights of WPG Legacy, LLC to the Debtors' Notices of Assumption of Certain Executory Contracts and/or Unexpired Leases to be sent on June 21, 2024 in the matter indicated to the following:

**<u>Via Email</u>**

Express, Inc.
One Express Drive
Columbus, Ohio 43230
Attn.: Laurel Krueger
lakrueger@express.com

Kirkland &Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois, 60654
Attn.: Charles B. Sterrett
charles.sterrett@kirkland.com

Klehr Harrison Harvey Branzburg LLP
919 North Market Street
Suite 1000
Wilmington, Delaware 19801
Attn.: Domenic E. Pacitti,
Michael W. Yurkewicz,
Alyssa M. Radovanovich
dpacitti@klehr.com
myurkewicz@klehr.com
aradovanovich@klehr.com

Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, Pennsylvania 19103
Attn.: Morton R. Branzburg
mbranzburg@klehr.com

United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: John Schanne
john.schanne@usdoj.gov

Kramer Levin Naftalis & Frankel LLP,
1177 Avenue of the Americas
New York, New York 10036
Attn: Adam Rogoff
Robert Schmidt
Nathaniel Allard
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com

Saul Ewing LLP
1201 North Market Street
Suite 2300
Wilmington, DE 19801
Attn: Luke Murley
luke.murley@saul.com

Wachtell, Lipton, Rosen & Katz
51 West 52nd St
New York, NY 10019

Attn: Joshua A Feltman
Benjamin S. Arfa
JAFeltman@wlrk.com
BSArfa@wlrk.com


Date:  June 21, 2024                              LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                                  */s/ Susan E. Kaufman*
                                                  Susan E. Kaufman, (DSB# 3381)
                                                  919 North Market Street, Suite 460
                                                  Wilmington, DE 19801
                                                  (302) 472-7420
                                                  (302) 792-7420 Fax
                                                  skaufman@skaufmanlaw.com