IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1] | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br>**Related to Docket Nos. 412, 413 and 434** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED ORDER
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION
OF SAUL EWING LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 7, 2024, AND
(B) NO OBJECTION TO SAME**

The undersigned, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases of Express, Inc. and its affiliated debtors and debtors in possession hereby certifies, as follows:

1. On June 5, 2024 the Committee filed the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP* ("Saul Ewing") *as Co-Counsel, Effective as of May 7, 2024* [D.I. 413] (the "Application"); the Committee also filed a sealed version of the Application [D.I. 412] containing an unredacted list of interested parties.

2. On June 10, 2024, the Committee filed the *Noticing of Filing of Corrected Schedule 2 to the Declaration of Lucian B. Murley in Support of the Application of the of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Co-Counsel, Effective as of May 7, 2024* [D.I. 434].

3. Pursuant to the notice of the Application [D.I. 413], objections, if any, to the Application were to be filed by June 20, 2024 at 4:00 p.m. (the "Objection Deadline").

---

[1] The last four digits of the Debtor's tax identification number are 2426. The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011

4. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned proposed counsel or entered on the Court's docket.

5. Prior to the Objection Deadline, the Committee received informal comments to the proposed order approving the Application (the "Original Proposed Order") from the Office of the United States Trustee ("UST"), which Saul Ewing agreed to incorporate.

6. Attached hereto as **Exhibit A** is a revised proposed order that incorporates the UST's changes to the Original Proposed Order (the "Revised Order"). Attached hereto as **Exhibit B** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

7. The Committee has confirmed that the UST has no objection to the Revised Order.

8. The undersigned proposed counsel respectfully requests entry of the Proposed Order.

Dated:  June 24, 2024

**SAUL EWING LLP**

*/s/ Nicholas Smargiassi*
Lucian B. Murley (DE Bar No. 4892)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com
nicholas.smargiassi@saul.com

-and-

Adam C. Rogoff (admitted *pro hac vice*)
Robert T. Schmidt admitted (*pro hac vice*)
Nathaniel Allard (admitted *pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Express Inc., et al.*