## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered)<br>**Related to Docket Nos. 410 and 411** |

### CERTIFICATION OF COUNSEL REGARDING (A) REVISED ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 7, 2024, AND (B) NO OBJECTION TO SAME

The undersigned, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases of Express, Inc. and its affiliated debtors and debtors in possession hereby certifies, as follows:

1. On June 5, 2024 the Committee filed the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment of Province, LLC* ("Province") *as Financial Advisor Effective as of May 7, 2024* [D.I. 411] (the "Application"); the Committee also filed a sealed version of the Application [D.I. 410] containing an unredacted list of interested parties.

2. Pursuant to the notice of the Application [D.I. 411], objections, if any, to the Application were to be filed by June 20, 2024 at 4:00 p.m. (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned proposed counsel or entered on the Court's docket.

---

[1] The last four digits of the Debtor's tax identification number are 2426. The Debtor's mailing address is W6609 Pine Hill Trail, P.O. Box 71, Cascade, WI 53011

4. Prior to the Objection Deadline, the Committee received informal comments to the proposed order approving the Application (the "Original Proposed Order") from the Office of the United States Trustee ("UST"), which Province agreed to incorporate.

5. Attached hereto as **Exhibit A** is a revised proposed order that incorporates the UST's changes to the Original Proposed Order (the "Revised Order"). Attached hereto as **Exhibit B** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Committee has confirmed that the UST has no objection to the Revised Order.

7. The undersigned proposed counsel respectfully requests entry of the Proposed Order.

Dated: June 24, 2024
Wilmington, DE

**SAUL EWING LLP**

*/s/ Nicholas Smargiassi*
Lucian B. Murley (DE Bar No. 4892)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com
nicholas.smargiassi@saul.com

-and-

Adam C. Rogoff (admitted *pro hac vice*)
Robert T. Schmidt admitted (*pro hac vice*)
Nathaniel Allard (admitted *pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Express Inc., et al.*

52509677.3