## SCHEDULE A

| STORE NO. | CENTER | LOCATION | DEBTORS' CURE | LANDLORDS' CURE[1] | EXHIBIT NO. |
|---|---|---|---|---|---|
|  | **AP UNION II LLC** | | | | |
| 5041 | 1964 Union Street (Bonobos) | San Francisco, CA | $0.00 | $18,671.73 | 1 |
|  | **ACADIA SECOND CITY 843-45 WEST ARMITAGE LLC** | | | | |
| 5003 | 835-45 W. Armitage (Bonobos) | Chicago, IL | $0.00 | $7,851.52 | 2 |
|  | **AVALON NORTH, LLC** | | | | |
| 5018 | Avalon (Bonobos) | Alpharetta, GA | $0.00 | $3,205.82 | 3 |
|  | **ATHERTON MILL (E&A), LLC** | | | | |
| 5067 | Atherton Mill (Bonobos) | Charlotte, NC | $0.00 | $8,059.66 | 4 |
|  | **BELDEN MALL LLC** | | | | |
| 0902 | Belden Village Mall | Canton, OH | $9,183.00 | $13,470.58 | 5 |
|  | **BRIDGEWATER COMMONS MALL II LLC** | | | | |
| 0555 | Bridgewater Commons | Bridgewater, NJ | $72,213.00 | $119,203.98 | 6 |
|  | **BROWARD MALL LLC** | | | | |
| 0258 | Broward Mall | Plantation, FL | $28,259.00 | Agreed | N/A |
|  | **CVM HOLDINGS, LLC** | | | | |
| 0309 | Crabtree Valley Mall | Raleigh, NC | $0.00 | Agreed per amendment | N/A |
|  | **CENTENNIAL REAL ESTATE COMPANY, LLC** | | | | |
| 0318 | Arden Fair | Sacramento, CA | $0.00 | Agreed per amendment | N/A |
| 0106 | Connecticut Post Mall | Milford, CT | $0.00 | Agreed per amendment | N/A |
| 0184 | Dulles Town Center | Dulles, VA | $0.00 | Agreed per amendment | N/A |
| 0344 | Fox Valley | Aurora, IL | $0.00 | Agreed per amendment | N/A |
| 2076 | Liberty Center | Liberty Township, OH | $0.00 | Agreed per amendment | N/A |
| 0531 | MainPlace Mall | Santa Ana, CA | $0.00 | Agreed per amendment | N/A |
| 0601 | Mission Valley | San Diego, CA | $0.00 | Agreed per amendment | N/A |
| 2010 | Vancouver Mall | Vancouver, WA | $0.00 | Agreed per amendment | N/A |
| 1884 | Westland Mall (Express Factory Outlet) | Hialeah, FL | $0.00 | Agreed per amendment | N/A |
|  | **FEDERAL REALTY OP LP** | | | | |
| 1748 | Assembly Row (Express Factory Outlet) | Somerville, MA | $0.00 | $20,280.53 | 18 |
| 5005 | Bethesda Row (Bonobos) | Bethesda, MD | $0.00 | $15,201.10 | 19 |

---

[1] Amounts are subject to further reconciliation based upon agreements of the parties.

| | | | | | |
|---|---|---|---|---|---|
| 5013 | Santana Row (Bonobos) | San Jose, CA | $0.00 | $25,063.12 | 20 |
| | **HENDERSON AVE MAIN OWNER LLC** | | | | |
| 5009 | Henderson Avenue (Bonobos) | Dallas, TX | $0.00 | $6,717.77 | 7 |
| | **KRE COLONIE OWNER LLC** | | | | |
| 1874 | Colonie Center (Express Factory Outlet) | Albany, NY | $7,946.00 | $12,946.00 | 8 |
| | **METRONATIONAL CORPORATION** | | | | |
| 0396 | Memorial City Mall | Houston, TX | $0.00 | Agreed per amendment | N/A |
| | **PLAZA WEST COVINA LP** | | | | |
| 0865 | Plaza West Covina | West Covina, CA | $12,875.00 | $14,935.84 | 9 |
| | **RREEF AMERICA REIT II CORP. HH** | | | | |
| 0490 | City Place at the Promenade | Edgewater, NJ | $0.00 | $1,659.75 | 10 |
| | **STAR-WEST PARKWAY MALL, LP** | | | | |
| 0401 | Parkway Plaza | El Cajon, CA | $0.00 | $9,442.84 | 11 |
| | **THE FORBES COMPANY** | | | | |
| 0073 | Somerset Collection North | Troy, MI | $0.00 | $108,900.95 | 12 |
| | **THE MACERICH COMPANY** | | | | |
| 0864 | Arrowhead Towne Center | Glendale, AZ | ** | Agreed per amendment | N/A |
| 5055 | Broadway Plaza (Bonobos) | Walnut Creek, CA | ** | $6,853.34 | 13 |
| 5058 | The Village at Corte Madera (Bonobos) | Corte Madera, CA | ** | $11,057.19 | 14 |
| 1802 | Fashion Outlets of Chicago (Express Factory Outlets) | Rosemont, IL | ** | Agreed per amendment | N/A |
| 1737 | Fashion Outlets Niagara Falls USA | Niagara Falls, NY | ** | Agreed per amendment | N/A |
| 0353 | Freehold Raceway Mall | Freehold, NJ | ** | Agreed per amendment | N/A |
| 0903 | Fresno Fashion Fair | Fresno, CA | ** | Agreed per amendment | N/A |
| 0735 | Green Acres Mall | Valley Stream, NY | ** | Agreed per amendment | N/A |
| 0568 | Los Cerritos Center | Cerritos, CA | ** | Agreed per amendment | N/A |
| 1881 | NorthPark Mall (Express Factory Outlet) | Davenport, IA | ** | Agreed per amendment | N/A |
| 0499 | Scottsdale Fashion Square | Scottsdale, AZ | ** | Agreed per amendment | N/A |
| 1851 | South Plains Mall (Express Factory Outlet) | Lubbock, TX | ** | Agreed per amendment | N/A |
| 0042 | Stonewood Center | Downey, CA | ** | Agreed per amendment | N/A |
| 5061 | Twenty Ninth Street (Bonobos) | Boulder, CO | ** | $7,532.73 | 15 |

2

**proposed cure for all Macerich Stores (incl. Express Factory Outlets): $1,000,000.00

DMFIRM #412813352 v1

| 0412 | Tysons Corner Center | McLean, VA | ** | Agreed per amendment | N/A |
|---|---|---|---|---|---|
| 0466 | Vintage Faire Mall | Modesto, CA | ** | Agreed per amendment | N/A |
| **UE BERGEN MALL OWNER LLC** | | | | | |
| 1825 | Bergen Town Center (Express Factory Outlet) | Paramus, NJ | $0.00 | $147,304.24 | 21 |
| **WEA PALM DESERT LLC** | | | | | |
| 0564 | The Shops at Palm Desert | Palm Desert, CA | $18,453.33 | $26,881.31 | 16 |
| **YTC MALL OWNER LLC** | | | | | |
| 1889 | Yorktown Center | Lombard, IL | $11,313.00 | $16,789.70 | 17 |

3

**proposed cure for all Macerich Stores (incl. Express Factory Outlets): $1,000,000.00
DMFIRM #412813352 v1