**Exhibit 1. Cure Amounts for Express, Inc. Lease**

**for Space in 1964 Union Street Held by AP Union II LLC**

**Location**    1964 Union Street

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/13/2024 | $3,403.62 | Balance on Account | $131.48 | $3,535.10 |
| 4/1/2024 | $404.90 | CAM | $13.53 | $418.43 |
| 4/1/2024 | $11,940.52 | Rent | $818.22 | $12,758.74 |
| 4/1/2024 | $937.32 | Real Estate Tax | $31.33 | $968.65 |
| 4/8/2024 | $326.67 | Work Order | $0.00 | $326.67 |
| 4/10/2024 | $664.14 | Late Fee | $0.00 | $664.14 |
| | **$17,677.17** | | **$994.56** | **$18,671.73** |

**Total Due:**    **$18,671.73**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 2. Cure Amounts for Express, Inc. Lease**
**for Space in 835-45 W. Armitage Held by Acadia Second City 843-45 West Armitage LLC**

**Location**    835-45 W. Armitage

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/1/2024 | $1,820.23 | Balance on Account | $76.30 | $1,896.53 |
| 4/1/2024 | $899.49 | CAM | $30.07 | $929.56 |
| 4/1/2024 | $5,975.00 | Rent | $199.71 | $6,174.71 |
| 4/1/2024 | $710.56 | Real Estate Tax | $23.75 | $734.31 |
| 4/1/2024 | $379.25 | Late fee | $12.68 | $391.93 |
| 6/4/2024 | ($2,275.52) | Payment | $0.00 | ($2,275.52) |
| | **$7,509.01** | | **$342.51** | **$7,851.52** |
| **Total Due:** | | **$7,851.52** | | |

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 3. Cure Amounts for Express, Inc. Lease**
**for Space in Avalon Held by Avalon North, LLC**

**Location**    Avalon

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/1/2024 | ($0.11) | Balance on Account | $0.00 | ($0.11) |
| 4/1/2024 | $101.11 | Media & Advertising | $3.38 | $104.49 |
| 4/1/2024 | $973.19 | CAM | $32.53 | $1,005.72 |
| 4/1/2024 | $453.06 | Taxes | $15.14 | $468.20 |
| 4/1/2024 | $33.00 | Insurance | $1.10 | $34.10 |
| 4/1/2024 | $3,684.00 | Base Rent | $123.14 | $3,807.14 |
| 4/10/2024 | ($519.94) | 2023 RET Reconciliation | $0.00 | ($519.94) |
| 4/10/2024 | ($120.47) | 2023 Insurance Reconciliation | $0.00 | ($120.47) |
| 6/4/2024 | ($1,573.31) | Payment | $0.00 | ($1,573.31) |
| | **$3,030.53** | | **$175.29** | **$3,205.82** |

**Total Due:**    **$3,205.82**

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 4. Cure Amounts for Express, Inc. Lease
for Space in Atherton Mill Held by Atherton Mill (E&A), LLC**

<u>**Location**</u>    Atherton Mill

| | **Landlord's<br>Cure Calculation**[1] | | **Interest**[2] | **Total Cure<br>Amount** |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 1/1/2024 | $8,787.34 | Balance on Account | $512.80 | $9,300.14 |
| 1/24/2024 | $329.99 | Electric (10/20/23 - 11/20/23) | $17.18 | $347.17 |
| 2/7/2024 | $263.48 | Electric (11/20/23 - 12/19/23) | $12.70 | $276.18 |
| 2/12/2024 | ($3,558.19) | Real Estate Taxes Reconciliation | $0.00 | ($3,558.19) |
| 2/21/2024 | $29.67 | Generated Fee or Interest | $0.00 | $29.67 |
| 3/6/2024 | $391.27 | Electric (12/19/23 - 1/22/24) | $15.87 | $407.14 |
| 3/21/2024 | $19.56 | Generated Fee or Interest | $0.00 | $19.56 |
| 4/23/2024 | $222.00 | Electric (1/20/24 - 2/20/24) | $6.08 | $228.08 |
| 5/21/2024 | $11.10 | Generated Fee or Interest | $0.00 | $11.10 |
| 5/23/2024 | $169.70 | Electric (2/20/24 - 3/20/24) | $3.25 | $172.95 |
| | $825.86 | Est. Electric (3/21/24 - 6/30/24) | $0.00 | $825.86 |
| | **$7,491.78** | | **$567.88** | **$8,059.66** |

<u>**Total Due:**</u>          <u>**$8,059.66**</u>

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 5. Cure Amounts for Express, Inc. Lease**
**for Space in Belden Village Mall Held by Belden Mall LLC**

**Location**    Belden Village Mall

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 4/1/2024 | $2,846.33 | Real Estate Tax | $95.14 | $2,941.47 |
| 4/1/2024 | $15,416.67 | Minimum Rent | $515.30 | $15,931.97 |
| 4/1/2024 | $70.68 | Sewer | $2.36 | $73.04 |
| 4/1/2024 | $33.00 | Water | $1.10 | $34.10 |
| 6/4/2024 | ($5,510.00) | Payment | $0.00 | ($5,510.00) |
| | **$12,856.68** | | **$613.90** | **$13,470.58** |

**Total Due:**        **$13,470.58**

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 6. Cure Amounts for Express, Inc. Lease
for Space in Bridgewater Commons Held by Bridgewater Commons Mall II LLC**

**Location**    Bridgewater Commons

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/1/2024 | $2,318.06 | Mall Heating & Cooling | $97.17 | $2,415.23 |
| 3/1/2024 | $7,395.00 | Real Estate Tax | $309.98 | $7,704.98 |
| 3/1/2024 | $62,500.00 | Base Rent | $2,619.86 | $65,119.86 |
| 4/1/2024 | $2,318.06 | Mall Heating & Cooling | $77.48 | $2,395.54 |
| 4/1/2024 | $7,395.00 | Real Estate Tax | $247.18 | $7,642.18 |
| 4/1/2024 | $62,500.00 | Base Rent | $2,089.04 | $64,589.04 |
| 4/1/2024 | ($8,998.93) | 2023 RET Reconciliation | $0.00 | ($8,998.93) |
| 6/4/2024 | ($21,663.92) | Payment | $0.00 | ($21,663.92) |
| | **$113,763.27** | | **$5,440.71** | **$119,203.98** |

**Total Due:**                    **$119,203.98**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 7. Cure Amounts for Express, Inc. Lease**
**for Space in Henderson Avenue Held by Henderson Ave Main Owner LLC**

**Location**    Henderson Avenue

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/31/2024 | ($3,125.83) | Balance on Account | $0.00 | ($3,125.83) |
| 4/1/2024 | $369.64 | CAM | $12.36 | $382.00 |
| 4/1/2024 | $4,989.97 | Rent | $166.79 | $5,156.76 |
| 4/1/2024 | $35.71 | Insurance | $1.19 | $36.90 |
| 4/1/2024 | $67.42 | Merchant Assoc. Dues | $2.25 | $69.67 |
| 4/1/2024 | $1,090.84 | Real Estate Tax | $36.46 | $1,127.30 |
| 4/2/2024 | ($5,776.27) | Payment | $0.00 | ($5,776.27) |
| 6/18/2024 | $2,412.86 | RET Estimate Reconciliation | $0.00 | $2,412.86 |
| 6/18/2024 | $4,825.68 | Recovery RET Reconciliation | $0.00 | $4,825.68 |
| 6/20/2024 | $233.51 | CAM Estimate Reconciliation | $0.00 | $233.51 |
| 6/20/2024 | $466.99 | Annual CAM Reconciliation | $0.00 | $466.99 |
| 6/20/2024 | $605.45 | Annual INS Reconciliation | $0.00 | $605.45 |
| 6/20/2024 | $302.75 | Estimate INS Reconciliation | $0.00 | $302.75 |
| | **$6,498.72** | | **$219.05** | **$6,717.77** |

**Total Due:**    <u>$6,717.77</u>

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 8. Cure Amounts for Express, Inc. Lease
for Space in Colonie Center Held by KRE Colonie Owner LLC**

<u>**Location**</u>     Colonie Center

| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure** <u>**Amount**</u> |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/31/2024 | $120.00 | Balance on Account | $4.04 | $124.04 |
| 4/1/2024 | $15,416.65 | Minimum Rent | $515.30 | $15,931.95 |
| 4/1/2024 | $1,724.80 | Store Heating & Cooling | $57.65 | $1,782.45 |
| 6/7/2024 | ($4,892.44) | Payment | $0.00 | ($4,892.44) |
| | **$12,369.01** | | **$576.99** | **$12,946.00** |

<u>**Total Due:**</u>                    <u>**$12,946.00**</u>

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 9. Cure Amounts for Express, Inc. Lease
for Space in Plaza West Covina Held by Plaza West Covina LP**

**Location**    Plaza West Covina

| | **Landlord's Cure Calculation[1]** | | **Interest[2]** | **Landlord's Total Cure Amount** |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 12/31/2023 | ($3,949.84) | RET Reconciliation - Prior Year | $0.00 | ($3,949.84) |
| 4/1/2024 | $25,750.00 | Minimum Rent | $860.68 | $26,610.68 |
| 6/10/2024 | ($7,725.00) | Payment | $0.00 | ($7,725.00) |
| | **$14,075.16** | | **$860.68** | **$14,935.84** |

**Total Due:**                                    **$14,935.84**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 10. Cure Amounts for Express, Inc. Lease**
**for Space in City Place at The Promenade Held by RREEF America REIT II Corp. HH**

**Location**        City Place at The Promenade

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/31/2024 | ($16,969.62) | Balance on Account | $0.00 | ($16,969.62) |
| 4/1/2024 | $17,720.00 | Base Rent | $592.28 | $18,312.28 |
| 4/1/2024 | $3,950.67 | CAM | $132.05 | $4,082.72 |
| 4/1/2024 | $3,213.21 | Real Estate Tax | $107.40 | $3,320.61 |
| 4/1/2024 | $482.71 | Trash/Garbage | $16.13 | $498.84 |
| 6/5/2024 | $24.89 | 2023 Water/Sewer Billing | $0.00 | $24.89 |
| 6/10/2024 | ($7,609.97) | Payment | $0.00 | ($7,609.97) |
| | **$811.89** | | **$847.86** | **$1,659.75** |

**Total Due:**                    **$1,659.75**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 11. Cure Amounts for Express, Inc. Lease
for Space in Parkway Plaza Held by Star-West Parkway Mall, LP**

**Location**        Parkway Plaza

| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 4/1/2024 | $12,875.00 | Minimum Rent | $430.34 | $13,305.34 |
| 6/10/2024 | ($3,862.50) | Payment | $0.00 | ($3,862.50) |
| | **$9,012.50** | | **$430.34** | **$9,442.84** |

**Total Due:**                              **$9,442.84**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 12. Cure Amounts for Express, Inc. Lease**

**for Space in Somerset Collection North Held by Somerset Collection Limited Partnership**

**Location**    Somerset Collection North

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/8/2024 | $36,654.30 | Balance on Account | $1,466.17 | $38,120.47 |
| 3/13/2024 | ($7.37) | 2023 Year-end VAV Reconciliation | $0.00 | ($7.37) |
| 3/13/2024 | $254.44 | 2023 Year-end VAV Reconciliation | $0.00 | $254.44 |
| 3/13/2024 | ($1,489.81) | 2023 Year-end CAM Reconciliation | $0.00 | ($1,489.81) |
| 3/13/2024 | $1,138.94 | 2023 Year-end CAM Reconciliation | $0.00 | $1,138.94 |
| 4/1/2024 | $59,444.75 | Minimum Rent | $1,986.92 | $61,431.67 |
| 4/1/2024 | $29,032.50 | CAM | $970.40 | $30,002.90 |
| 4/1/2024 | $4,458.56 | Real Estate Taxes | $149.03 | $4,607.59 |
| 4/1/2024 | $1,589.88 | Air Ventilation System (VAV) | $53.14 | $1,643.02 |
| 5/1/2024 | $60,633.65 | Minimum Rent | $1,528.30 | $62,161.95 |
| 5/1/2024 | $29,032.50 | CAM | $731.78 | $29,764.28 |
| 5/1/2024 | $4,458.56 | Real Estate Taxes | $112.38 | $4,570.94 |
| 5/1/2024 | $1,589.88 | Air Ventilation System (VAV) | $40.07 | $1,629.95 |
| 5/6/2024 | ($96,627.05) | Payment | $0.00 | ($96,627.05) |
| 6/1/2024 | $95,714.59 | June 2024 Rent & Charges | $1,599.61 | $97,314.20 |
| 6/7/2024 | ($28,988.12) | Payment | $0.00 | ($28,988.12) |
| 6/10/2024 | ($96,627.05) | Payment | $0.00 | ($96,627.05) |
| | **$100,263.15** | | **$8,637.80** | **$108,900.95** |

**Total Due:**                                    **$108,900.95**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 13. Cure Amounts for Express, Inc. Lease
for Space in Broadway Plaza Held by Macerich Northwestern Associates**

<u>**Location**</u>     Broadway Plaza

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 4/1/2024 | $363.80 | Electricity | $12.16 | $375.96 |
| 4/1/2024 | $2,779.01 | Fixed CAM | $92.89 | $2,871.90 |
| 4/1/2024 | $5,744.97 | Base Rent | $192.02 | $5,936.99 |
| 4/1/2024 | $33.00 | Water and Sewer | $1.10 | $34.10 |
| 4/1/2024 | $2,737.35 | Property Taxes | $91.49 | $2,828.84 |
| 6/4/2024 | ($3,497.44) | Payment | $0.00 | ($3,497.44) |
| 6/12/2024 | ($808.12) | 2023 Prior Year Taxes Reconciliation | $0.00 | ($808.12) |
| 6/12/2024 | ($945.28) | 2023 Prior Year Elec. Reconciliation | $0.00 | ($945.28) |
| 6/12/2024 | $56.39 | 2023 Prior Year Water/Sewer Reconciliation | $0.00 | $56.39 |
| | **$6,463.68** | | **$389.66** | **$6,853.34** |
| **Total Due:** | | **$6,853.34** | | |

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

### Exhibit 14. Cure Amounts for Express, Inc. Lease
### for Space in The Village at Corte Madera Held by Corte Madera Village, LLC

__Location__        The Village at Corte Madera

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/1/2024 | $1,481.80 | Sign Agreement Balance | $62.11 | $1,543.91 |
| 3/13/2024 | ($330.58) | 2023 Property Taxes Reconciliation | $0.00 | ($330.58) |
| 3/31/2024 | $1,060.90 | Sign Agreement Rent | $35.75 | $1,096.65 |
| 4/1/2024 | $4,421.69 | Fixed CAM | $147.79 | $4,569.48 |
| 4/1/2024 | $1,708.27 | Property Taxes | $57.10 | $1,765.37 |
| 4/1/2024 | $5,978.11 | Base Rent | $199.82 | $6,177.93 |
| 4/30/2024 | $1,060.90 | Sign Agreement Rent | $27.03 | $1,087.93 |
| 4/30/2024 | ($1,000.00) | Sign Agreement Payment | $0.00 | ($1,000.00) |
| 5/31/2024 | $1,060.90 | Sign Agreement Rent | $18.02 | $1,078.92 |
| 6/4/2024 | ($3,632.42) | Stub Rent Payment | $0.00 | ($3,632.42) |
| 6/4/2024 | ($300.00) | Sign Agreement Payment | $0.00 | ($300.00) |
| 6/6/2024 | ($1,000.00) | Sign Agreement Payment | $0.00 | ($1,000.00) |
| | **$10,509.57** | | **$547.62** | **$11,057.19** |

__Total Due:__        __$11,057.19__

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 15. Cure Amounts for Express, Inc. Lease**
**for Space in Twenty Ninth Street Held by Macerich Twenty Ninth Street LLC**

__Location__    Twenty Ninth Street

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure __Amount__ |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/5/2024 | ($672.00) | Balance on Account | $0.00 | ($672.00) |
| 4/1/2024 | $2,390.12 | Base Rent | $79.89 | $2,470.01 |
| 4/1/2024 | $1,873.75 | Property Taxes | $62.63 | $1,936.38 |
| 4/1/2024 | $3,188.59 | Fixed CAM | $106.58 | $3,295.17 |
| 4/1/2024 | $1,130.50 | Environmental Utilities | $37.79 | $1,168.29 |
| 5/14/2024 | $492.91 | 2023 Environmental Reconciliation | $0.00 | $492.91 |
| 5/14/2024 | $1,416.87 | 2023 Property Taxes Reconciliation | $0.00 | $1,416.87 |
| 6/4/2024 | ($2,574.90) | Payment | $0.00 | ($2,574.90) |
| | **$7,245.84** | | **$286.89** | **$7,532.73** |
| **Total Due:** | | __$7,532.73__ | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 16. Cure Amounts for Express, Inc. Lease**
**for Space in The Shops at Palm Desert Held by WEA Palm Desert LLC**

**Location**      The Shops at Palm Desert

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/31/2024 | ($186.95) | Balance on Account | $0.00 | ($186.95) |
| 4/1/2024 | $33,333.33 | Rent | $1,114.16 | $34,447.49 |
| 4/1/2024 | $3,533.33 | Store Heating & Cooling | $118.10 | $3,651.43 |
| 4/1/2024 | $40.00 | Water | $1.34 | $41.34 |
| 6/7/2024 | ($11,072.00) | Payment | $0.00 | ($11,072.00) |
| | **$25,647.71** | | **$1,233.60** | **$26,881.31** |

**Total Due:**                **$26,881.31**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

**Exhibit 17. Cure Amounts for Express, Inc. Lease
for Space in Yorktown Center Held by YTC Mall Owner LLC**

**Location**    Yorktown Center

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 4/1/2024 | $3,043.30 | Real Estate Tax | $101.72 | $3,145.02 |
| 4/1/2024 | $17,000.00 | Minimum Rent | $568.22 | $17,568.22 |
| 4/1/2024 | $2,123.52 | Store Heating & Cooling | $70.98 | $2,194.50 |
| 4/1/2024 | $459.85 | Sprinkler | $15.37 | $475.22 |
| 4/15/2024 | $194.74 | Interest/Late fee | $0.00 | $194.74 |
| 6/7/2024 | ($6,788.00) | Payment | $0.00 | ($6,788.00) |
| | **$16,033.41** | | **$756.29** | **$16,789.70** |

**Total Due:**                    **$16,789.70**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-31-24 (Closing Date:).

# EXHIBIT 18

Express, Inc. t/a Express Factory Outlet #1748
Assembly Row, Somerville, Massachusetts
Landlord:  Street Retail, LLC
Security Deposit:
Guarantor:
Date: June 20, 2024
Chapter 11 File Date:  April 22, 2024
Lease Expiration Date:


## Pre-petition

| | | |
|---|---|---:|
| 02/05/2024 | Balance of Payment | (146.29) |
| 03/05/2024 | Balance of Payment | (146.29) |
| 03/15/2024 | SEW 12/15/23-02/15/24 | 128.19 |
| 04/01/2024 | 0424 - Minimum Rent Retail (4/1 - 4/21 - 21 days) | 13,039.20 |
| 04/01/2024 | 0424 - Merchant Association Dues (4/1 - 4/21 - 21 days) | 537.88 |
| 04/01/2024 | 0424 - CAM Estimate (4/1 - 4/21 - 21 days) | 3,712.64 |
| 04/01/2024 | 0424 - RE Tax Estimates (4/1 - 4/21 - 21 days) | 2,908.05 |
| | Total: | 20,033.38 |


## Post-petition

| | | |
|---|---|---:|
| 04/25/2024 | 2022-23 RE Tax Fiscal Year End | (3,252.85) |
| | Total: | (3,252.85) |
| **TOTAL:** | | **16,780.53** |
| | Plus, Attorney Fees | 3,500.00 |
| | **TOTAL CURE CLAIM:** | **20,280.53** |

# EXHIBIT 19

Express, Inc. t/a Bonobos #5
Bethesda Row, Bethesda, Maryland
Landlord:  FR Bethesda Row, LLC
Security Deposit:
Guarantor:
Date: June 20, 2024
Chapter 11 File Date:  April 22, 2024
Lease Expiration Date:


## Pre-petition

| | | |
|---|---|---:|
| 02/15/2024 | ELE 12/31/23-01/31/24 | 183.03 |
| 02/15/2024 | SEW 12/31/23-01/31/24 | 21.87 |
| 03/15/2024 | ELE 01/31/24-02/29/24 | 243.14 |
| 03/15/2024 | SEW 01/31/24-02/29/24 | 15.70 |
| 04/01/2024 | 0424 - Merchant Association Dues (4/1 - 4/21 - 21 days) | 131.60 |
| 04/01/2024 | 0424 - Minimum Rent Retail (4/1 - 4/21 - 21 days) | 8,237.52 |
| 04/01/2024 | 0424 - RE Tax Estimates (4/1 - 4/21 - 21 days) | 782.10 |
| 04/01/2024 | 0424 - CAM Estimate (4/1 - 4/21 - 21 days) | 612.63 |
| 04/18/2024 | 2023 RE Tax Year End | 1,158.08 |
| | Total: | 11,385.66 |


## Post-petition

| | | |
|---|---|---:|
| 04/01/2024 | 0424 - Merchant Association Dues (4/22 - 4/30 - 9 days) | 56.40 |
| 04/01/2024 | 0424 - Minimum Rent Retail (4/22 - 4/30 - 9 days) | 3,530.36 |
| 04/01/2024 | 0424 - RE Tax Estimates (4/22 - 4/30 - 9 days) | 335.18 |
| 04/01/2024 | 0424 - CAM Estimate (4/22 - 4/30 - 9 days) | 262.55 |
| 06/03/2024 | Payment | (4,184.49) |
| 06/15/2024 | ELE 04/30/24-05/31/24 | 293.91 |
| 06/15/2024 | SEW 04/30/24-05/31/24 | 21.52 |
| | Total: | 315.44 |

| | |
|---|---:|
| **TOTAL:** | **11,701.10** |
| Plus, Attorney Fees | 3,500.00 |
| **TOTAL CURE CLAIM:** | **15,201.10** |

# EXHIBIT 20

Express, Inc. t/a Bonobos #13
Santana Row, San Jose, California
Landlord:  FRIT San Jose Town and Country Village, LLC
Security Deposit:
Guarantor:
Date: June 20, 2024
Chapter 11 File Date:  April 22, 2024
Lease Expiration Date:


## Pre-petition

| | | |
|---|---|---:|
| 11/27/2023 | CYE 2021 YE CAM | 3,218.14 |
| 02/28/2024 | CYE 2022 YE CAM | 1,440.57 |
| 04/01/2024 | 0424 - Sprinkler Recovery (4/1 - 4/21 - 21 days) | 21.71 |
| 04/01/2024 | 0424 - Condenser Recovery (4/1 - 4/21 - 21 days) | 108.57 |
| 04/01/2024 | 0424 - Minimum Rent Retail (4/1 - 4/21 - 21 days) | 8,499.79 |
| 04/01/2024 | 0424 - RE Tax Estimates (4/1 - 4/21 - 21 days) | 687.53 |
| 04/01/2024 | 0424 - CAM Estimate (4/1 - 4/21 - 21 days) | 2,602.01 |
| 04/02/2024 | ELE 10/01/23-10/31/23 | 536.10 |
| 04/02/2024 | HVAC 10/01/23-10/31/23 | 71.76 |
| 04/02/2024 | OTH 10/01/23-10/31/23 | 9.95 |
| 04/02/2024 | SEW 10/01/23-10/31/23 | 14.32 |
| 04/02/2024 | TSH 10/01/23-10/31/23 | 263.57 |
| 04/16/2024 | ELE 10/31/23-02/29/24 | 1,326.50 |
| 04/16/2024 | HVAC 10/31/23-02/29/24 | 244.10 |
| 04/16/2024 | OTH 10/31/23-02/29/24 | 9.95 |
| 04/16/2024 | SEW 10/31/23-02/29/24 | 63.40 |
| 04/16/2024 | TSH 10/31/23-02/29/24 | 1,062.68 |
| | Total: | 20,180.65 |


## Post-petition

| | | |
|---|---|---:|
| 05/23/2024 | ELE 02/29/24-04/30/24 | 672.19 |
| 05/23/2024 | HVAC 02/29/24-04/30/24 | 117.20 |
| 05/23/2024 | OTH 02/29/24-04/30/24 | 9.95 |
| 05/23/2024 | SEW 02/29/24-04/30/24 | 29.09 |
| 05/23/2024 | TSH 02/29/24-04/30/24 | 541.00 |
| 06/18/2024 | 2023 RE TAX YE | 13.04 |
| | Total: | 1,382.47 |

| | | |
|---|---|---:|
| **TOTAL:** | | **21,563.12** |
| | Plus, Attorney Fees | 3,500.00 |
| | **TOTAL CURE CLAIM:** | **25,063.12** |

# EXHIBIT 21

**Statement of Account**
**Urban Edge Properties**
**RBER: Bergen Mall**
**Express Factory Men #1825**
**Master Occupant ID: 000000242**
**Statement Date: 06-24-2024**

| Invoice Date | Category | Category Description | Transaction Description | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2024 | PWA | Water - Prior Yr | 2022 Sewer Reconciliation | 70.69 | 0.00 | 0.00 | 0.00 | 0.00 | 70.69 | |
| 2/21/2024 | RTT | RET Mnth Pr Yr | Recovery Reconciliation 12/23 | 7,005.26 | 0.00 | 0.00 | 0.00 | 0.00 | 7,005.26 | |
| 2/21/2024 | TTT | Real Estate Tax | Estimate Reconciliation | 1,167.54 | 0.00 | 0.00 | 0.00 | 0.00 | 1,167.54 | |
| 3/1/2024 | TTT | Real Estate Tax | AUTOCHRG @T3/31/2024 @R | 583.77 | 0.00 | 0.00 | 0.00 | 583.77 | 0.00 | Rate Change: 12,666.08 to 13,249.85 |
| 4/1/2024 | ADV | Advertising | AUTOCHRG @T4/30/2024 | 808.67 | 0.00 | 0.00 | 808.67 | 0.00 | 0.00 | |
| 4/1/2024 | BRR | Base Rent - Retail | AUTOCHRG @T4/30/2024 | 46,730.25 | 0.00 | 0.00 | 46,730.25 | 0.00 | 0.00 | |
| 4/1/2024 | CCF | ReimbOperating Fixed CAM | AUTOCHRG @T4/30/2024 | 17,790.78 | 0.00 | 0.00 | 17,790.78 | 0.00 | 0.00 | |
| 4/1/2024 | MDF | Marketing Fund | AUTOCHRG @T4/30/2024 | 808.67 | 0.00 | 0.00 | 808.67 | 0.00 | 0.00 | |
| 4/1/2024 | TTT | Real Estate Tax | AUTOCHRG @T4/30/2024 | 13,249.85 | 0.00 | 0.00 | 13,249.85 | 0.00 | 0.00 | |
| 4/1/2024 | WAT | TT - Water & Sewer | AUTOCHRG @T4/30/2024 | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | |
| 6/1/2024 | ADV | Advertising | AUTOCHRG @T6/30/2024 | 808.67 | 808.67 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/1/2024 | BRR | Base Rent - Retail | AUTOCHRG @T6/30/2024 | 46,730.25 | 46,730.25 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/1/2024 | CCF | ReimbOperating Fixed CAM | AUTOCHRG @T6/30/2024 | 17,790.78 | 17,790.78 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/1/2024 | MDF | Marketing Fund | AUTOCHRG @T6/30/2024 | 808.67 | 808.67 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/1/2024 | TTT | Real Estate Tax | AUTOCHRG @T6/30/2024 | 13,249.85 | 13,249.85 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/1/2024 | WAT | TT - Water & Sewer | AUTOCHRG @T6/30/2024 | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/6/2024 | OAC | On Account | April Rent | (23,819.46) | (23,819.46) | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Express Factory Men #1825 Total:** | | | | **143,804.24** | **55,578.76** | **0.00** | **79,398.22** | **583.77** | **8,243.49** | |
| | | | Plus, Attorney's Fees | 3,500.00 | | | | | | |
| | | | TOTAL CURE CLAIM: | **147,304.24** | | | | | | |