**CERTIFICATE OF SERVICE**

   I hereby certify that on June 24, 2024, a true and correct a copy of the foregoing was filed electronically through the Court's CM/ECF system and served electronically on all parties registered to receive service of electronic notice, and was also served via First Class, U.S. Mail and electronic mail on the counsel listed below:

| | |
|---|---|
| Express, Inc.<br>One Express Drive<br>Columbus, Ohio 43230<br>Attn.: Laurel Krueger<br>(lakrueger@express.com)<br><br>*Debtors* | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn.:  Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>  Emily E. Geier, P.C.<br>(emily.geier@kirkland.com)<br>  Nicholas M. Adzima<br>(nicholas.adzima@kirkland.com)<br>*Attorneys for Debtors* |
| Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois, 60654<br>Attn.: Charles B. Sterrett<br>(charles.sterrett@kirkland.com)<br><br>*Attorneys for Debtors* | Klehr Harrison Harvey Branzburg LLP<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Attn.:  Domenic E. Pacitti<br>(dpacitti@klehr.com)<br>  Michael W. Yurkewicz<br>(myurkewicz@klehr.com)<br>  Alyssa M. Radovanovich<br>(aradovanovich@klehr.com)<br><br>*Attorneys for Debtors* |
| Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Attn.: Morton R. Branzburg<br>(mbranzburg@klehr.com)<br>*Attorneys for Debtors* | Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Attn.: John Schanne<br>(john.schanne@usdoj.gov) |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn:  Adam Rogoff<br>(arogoff@kramerlevin.com)<br>  Robert Schmidt<br>(rschmidt@kramerlevin.com)<br>  Nathaniel Allard<br>(nallard@kramerlevin.com)<br>*Proposed Counsel to the Committee* | Saul Ewing LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>Attn:  Luke Murley (luke.murley@saul.com)<br><br>*Proposed Counsel to the Committee* |

| | |
|---|---|
| Phoenix Retail, LLC<br>c/o WHP Global<br>530 Fifth Avenue, 12th Floor<br>New York, NY 10036<br>Attention: Gregg Donnenfeld | Wachtell, Lipton, Rosen & Katz<br>51 West 52nd St<br>New York, NY 10019<br>Attn:   Joshua A Feltman<br>          Benjamin S. Arfa |

*/s/  Leslie C. Heilman*
Counsel for AP Union II LLC, Acadia Second City 843-45 West Armitage LLC, Avalon North, LLC, Atherton Mill (E&A), LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings, LLC, Centennial Real Estate Company, LLC, Federal Realty OP LP, Henderson Ave Main Owner LLC, KRE Colonie Owner LLC, MetroNational Corporation, Plaza West Covina LP, RREEF America REIT II Corp. HH, Star-West Parkway Mall, LP, The Forbes Company, The Macerich Company, UE Bergen Mall Owner LLC, WEA Palm Desert LLC, and YTC Mall Owner LLC