**CERTIFICATE OF SERVICE**

    I, Elihu E. Allinson, III, hereby certify that on the 24th day of June 2024, a copy of the foregoing *Limited Objection to the Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case and by electronic mail, unless otherwise indicated, on the parties listed in the attached service list.

| | |
|---|---|
| June 24, 2024 | /s/ E.E. Allinson III |
| Date | Elihu E. Allinson, III |

## Service List

**Via Email**

| | |
|---|---|
| Express, Inc.,<br>One Express Drive,<br>Columbus, Ohio 43230,<br>Attn.: Laurel Krueger;<br>Email: lakrueger@express.com | Kirkland & Ellis LLP,<br>601 Lexington Avenue,<br>New York, New York 10022,<br>Attn.: Joshua A. Sussberg, P.C.,<br>Emily E. Geier, P.C.<br>Nicholas M. Adzima,<br>Email: joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com |
| Kirkland & Ellis LLP,<br>333 West Wolf Point Plaza,<br>Chicago, Illinois, 60654,<br>Attn.: Charles B. Sterrett,<br>Email: charles.sterrett@kirkland.com | Klehr Harrison Harvey Branzburg LLP,<br>919 North Market Street, Suite 1000,<br>Wilmington, Delaware 19801,<br>Attn.: Domenic E. Pacitti,<br>Michael W. Yurkewicz,<br>Alyssa M. Radovanovich,<br>Email: dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradovanovich@klehr.com |
| Klehr Harrison Harvey Branzburg LLP,<br>1835 Market Street, Suite 1400,<br>Philadelphia, Pennsylvania 19103,<br>Attn.: Morton R. Branzburg;<br>Email: mbranzburg@klehr.com | United States Trustee,<br>844 King Street, Suite 2207,<br>Lockbox 35,<br>Wilmington, Delaware 19801,<br>Attn.: John Schanne;<br>Email: john.schanne@usdoj.gov |
| Kramer Levin Naftalis & Frankel LLP,<br>1177 Avenue of the Americas,<br>New York, New York 10036,<br>Attn: Adam Rogoff<br>Robert Schmidt<br>Nathaniel Allard<br>Email: arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com<br>nallard@kramerlevin.com | Saul Ewing LLP,<br>1201 North Market Street,<br>Suite 2300, Wilmington, DE 19801,<br>Attn: Luke Murley<br>Email: luke.murley@saul.com |

1

| | |
|---|---|
| Chipman, Brown, Cicero & Cole, LLP,<br>1313 North Market Street, Suite 5400,<br>Wilmington, Delaware 19801,<br>Attn.: Mark L. Desgrosseilliers<br>Email: desgross@chipmanbrown.com | Ropes & Gray, LLP<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Attn.: Stephen L. Iacovo<br>Email: steven.iacovo@ropesgray.com |
| Richards, Layton & Finger, P.A.<br>920 N. King Street,<br>Wilmington, Delaware 19801<br>Attn: John H. Knight<br>Paul N. Heath<br>Alexander R. Steiger<br>Email: knight@rlf.com<br>health@rlf.com<br>steiger@rlf.com | Goldberg Kohn LTD<br>55 E. Monroe St., Suite 3300,<br>Chicago, Illinois 60603<br>Attn: Randall L. Klein<br>Dimitri G. Karcazes<br>Eva D. Gadzheva<br>Email: randall.klein@goldbergkohn.com<br>dimitri.karcazes@goldbergkohn.com<br>eva.gadzheva@goldbergkohn.com |