# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF THE OCCURRENCE
## OF SALE CLOSING OF THE STALKING HORSE APA ON JUNE 21, 2024

**PLEASE TAKE NOTICE** that on April 22, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief,* [Docket No. 41] (the "Bidding Procedures Motion").[2] The proposed bidding procedures (the "Proposed Bidding Procedures") were attached as Exhibit 1 to the Bidding Procedures Motion.

**PLEASE TAKE NOTICE** that on April 24, 2024, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used herein but not otherwise defined shall have meanings ascribed to them in the Bidding Procedures Motion, the proposed Bidding Procedures, or the Interim DIP Order, as applicable.

*Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 85] (the "Interim DIP Order"). The Interim DIP Order sets forth certain milestones related to the sale of all or substantially all of the Debtors' assets, or, in the alternative, the orderly liquidation of the Debtors' inventory and an exit from their retail store locations ("DIP Milestones"), including that the Debtors must sign a going-concern stalking horse asset purchase agreement (a "Stalking Horse APA") in accordance with the Interim DIP Order or DIP Credit Agreements by no later than May 22, 2024.

**PLEASE TAKE FURTHER NOTICE** that on May 22, 2024, pursuant to and in accordance with the Proposed Bidding Procedures, the Interim DIP Order, and DIP Credit Agreements, and the DIP Milestones thereunder, the Debtors, specifically, Express Inc. and certain of its subsidiaries, executed the Stalking Horse APA with Phoenix Retail, LLC (the "JV Purchaser"), a consortium consisting of PHXWHP, LLC, an affiliate of EXPWHP, LLC and affiliates of certain of the Debtors' landlords, specifically, SPG Fashion Retail, LLC and BPR Acquisitions LLC, and have selected the JV Purchaser to act as the stalking horse bidder (the "Stalking Horse Bidder") for the Debtors' business operations (as part of the Acquired Assets and Assumed Liabilities under the Stalking Horse APA (each as defined in the Stalking Horse APA)).

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Notice of Selection of Stalking Horse Bidder* [Docket No. 305] (the "Original Notice") on May 24, 2024. On May 30, 2024, the Debtors filed the *Notice of Revised Proposed Order with Respect to Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling*

2

*Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief* [Docket No. 319] as further revised on June 4, 2024 [Docket No. 394].

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Revised Notice of Selection of Stalking Horse Bidder* [Docket No. 414] (the "Revised Notice") on June 5, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on June 6, 2024, the Court approved the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 419].

**PLEASE TAKE FURTHER NOTICE** that, on June 6, 2024, the Court approved the *Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief* [Docket No. 427].

**PLEASE TAKE FURTHER NOTICE** that, on June 13, 2024, the Debtors filed a further *Revised Notice of Selection of Stalking Horse Bidder* [Docket No. 460] (the "Second Revised Notice").

**PLEASE TAKE FURTHER NOTICE** that on June 14, 2024, the Court entered the *Order*

*(I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief* [Docket No. 471] (the "Sale Order"), which approved (i) the Debtors' entry into and performance under the Stalking Horse Agreement and authorizing the sale of substantially all of the Debtors' assets free and clear of all liens, claims, interest, and encumbrances and (ii) the assumption by the Debtors and the assignment and sale to the Purchaser of executory contracts and unexpired leases as "Assumed Contracts" pursuant to the Sale Orders, the Stalking Horse APA, and sections 363 and 365 of the Bankruptcy Code, subject to, and effective as of, the closing of the Sale Transactions

**PLEASE TAKE FURTHER NOTICE** that, on June 13, 2024, June 15, 2024, and June 21, 2024, the Debtors filed the *Notice of Assumption of Certain Executory Contracts And/Or Unexpired Leases* [Docket Nos. 446 – 452, 474–475, 527–523].

**PLEASE TAKE FURTHER NOTICE** that, the Closing Date of the sale transaction under the Stalking Horse APA occurred on June 21, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/express/. You may also obtain copies of any filed documents by visiting the Court's website at https://courts.delaware.gov/chancery/ in accordance with the procedures and fees set forth therein.

Dated:  June 24, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193
Email:   dpacitti@klehr.com
   myurkewicz@klehr.com
   aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:   (215) 568-6603
Email:   mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   joshua.sussberg@kirkland.com
   emily.geier@kirkland.com
   nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*