# Exhibit 1

## Assumed Contracts

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | 4TH DIMENSION | 1761 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | ALBANESE CORMIER | 3002 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | AVIS ON YOUNG | 66 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | BIG V PROPERTIES | 1920 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 5 | BOND COMPANIES | 3001 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 6 | CAFARO | 1938 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 7 | CAFARO | 1859 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 8 | CAFARO | 1950 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 9 | CAFARO | 895 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 10 | CBRE | 776 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 11 | CITY VIEW COMMERCIAL | 1902 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 12 | CLIFTON | 1852 | $6,438 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 13 | CRAIG REALTY | 1752 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 14 | CRAIG REALTY | 1786 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments as between the Debtors and/or the Assignee and the Contract Counterparty.

| | | | | | |
|---|---|---|---|---|---|
| 15 | CYPRESS EQUITIES | 1934 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 16 | FAIRBOURNE PROPERTIES | 2007 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 17 | FAIRBOURNE PROPERTIES | 698 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 18 | FEIL | 768 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 19 | FEIL | 274 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 20 | HARLEM-IRVING | 1860 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 21 | HORIZON | 1760 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 22 | HORIZON | 1808 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 23 | HORIZON | 1817 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 24 | HORIZON | 1763 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 25 | HOWARD HUGHES CORP | 2075 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 26 | JONES LANG LASALLE | 808 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 27 | JONES LANG LASALLE | 784 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 28 | JONES LANG LASALLE | 58 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 29 | KEMPER DEVELOPMENT COMPANY | 153 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 30 | KOHAN | 586 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

| | | | | | |
|---|---|---|---|---|---|
| 31 | KOHAN | 1877 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 32 | KOHAN JLL | 1875 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 33 | KRAFT GROUP | 2023 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 34 | L + A RETAIL | 3000 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 35 | LEE &ASSOCIATES | 661 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 36 | M&J WILKOW | 800 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 37 | MATCO | 1863 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 38 | MID-AMERICA ASSET MGMT | 972 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 39 | MIROMAR | 1758 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 40 | MK OAKLAND MALL | 1907 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 41 | MUSIC CITY MANAGEMENT | 265 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 42 | NAMDAR | 745 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 43 | NAMDAR | 301 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 44 | NAMDAR | 1868 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 45 | NAMDAR | 1905 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 46 | NAMDAR | 102 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 47 | NAMDAR | 1886 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

| 48 | NASHER | 700 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| --- | --- | --- | --- | --- | --- | --- |
| 49 | NEW ENGLAND DEVELOPMENT | 1806 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

4