**Exhibit 1**

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | OTB DESTINATION | 1781 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | OUTLET RESOURCE GROUP | 1795 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | PARAMOUNT | 1869 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | PREIT | 507 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 5 | PREIT | 80 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 6 | PREIT | 195 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 7 | PREIT | 63 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 8 | PYRAMID | 662 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 9 | PYRAMID | 1941 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 10 | PYRAMID | 693 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 11 | PYRAMID | 215 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 12 | PYRAMID | 520 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 13 | PYRAMID | 138 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 14 | RED | 1797 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| | | | | | |
|---|---|---|---|---|---|
| 15 | RED MOUNTAIN DEVELOPMENT GROUP | 665 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 16 | ROBERT L. STARK ENTERPRISES | 979 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 17 | RPT REALTY | 655 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 18 | SEGERSTROM | 270 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 19 | SPINOSO | 384 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 20 | SPINOSO | 1921 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 21 | SPINOSO | 1895 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 22 | SPINOSO | 945 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 23 | SPINOSO | 787 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 24 | SPINOSO | 628 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 25 | SPINOSO | 2008 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 26 | SPINOSO | 147 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 27 | SUTTON PROPERTIES | 1789 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 28 | Brickell City Centre Retail, LLC | 2913 | $29,963.86 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 29 | TANGER | 1832 | $62,807 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 30 | TANGER | 1753 | $34,391 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

2

| | | | | | |
|---|---|---|---|---|---|
| 31 | TANGER | 1762 | $75,202 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 32 | TANGER | 1746 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 33 | TANGER | 1787 | $53,323 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 34 | TANGER | 1722 | $127,732 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 35 | TANGER | 1769 | $52,851 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 36 | TANGER | 1773 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 37 | TANGER | 1721 | $53,298 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 38 | TANGER | 1733 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 39 | TANGER | 1745 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 40 | TANGER | 1794 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 41 | TANGER | 1772 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 42 | TANGER | 1770 | $110,861 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 43 | TANGER | 1793 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 44 | TANGER | 1792 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 45 | TANGER | 1730 | $52,775 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 46 | TANGER | 1843 | $124,986 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 47 | TANGER | 1704 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

3

| # | Landlord | Store # | Cure | Counterparty | Date | Type |
|---|---|---|---|---|---|---|
| 48 | TANGER | 1718 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 49 | TANGER | 1701 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 50 | TANGER | 1729 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 51 | TANGER | 1717 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 52 | TANGER | 1713 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 53 | TANGER | 1716 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 54 | TANGER | 1835 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 55 | TANGER | 1749 | $60,745 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 56 | TANGER | 1725 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 57 | TRCCC | 1801 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 58 | TRIPLE FIVE | 2066 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 59 | TRIPLE FIVE | 68 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 60 | WEST ACRES | 465 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 61 | WESTFIELD | 986 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 62 | WESTFIELD | 2017 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 63 | WESTFIELD | 801 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 64 | WESTFIELD | 1632 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

| | | | | | |
|---|---|---|---|---|---|
| 65 | WESTFIELD | 112 | $0 | PHOENIX Retail, LLC | 6/30/2024 | Store Lease |
| 66 | WESTFIELD | 489 | $0 | PHOENIX Retail, LLC | 6/30/2024 | Store Lease |
| 67 | WILKOW PROPERTIES | 1864 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 68 | WILMORITE | 1924 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |