## **Exhibit 1**

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | Simon | 1827 | $30,185.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | Simon | 1816 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | Simon | 1738 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | Simon | 1706 | $118,440.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 5 | Simon | 1903 | $33,612.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 6 | Simon | 257 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 7 | Simon | 91 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 8 | Simon | 621 | $35,193.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 9 | Simon | 336 | $57,670.57 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 10 | Simon | 1791 | $36,149.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 11 | Simon | 298 | $163,509.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 12 | Simon | 348 | $22,697.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 13 | Simon | 899 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 14 | Simon | 1803 | $69,753.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| # | Counterparty | No. | Amount | Debtor | Date | Type |
|---|---|---|---|---|---|---|
| 15 | Simon | 936 | $7,644.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 16 | Simon | 892 | $60,162.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 17 | Simon | 1739 | $0.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 18 | Simon | 207 | $117,437.96 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 19 | Simon | 1765 | $81,802.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 20 | Simon | 394 | $35.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 21 | Simon | 2013 | $30,442.84 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 22 | Simon | 1820 | $58,519.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 23 | Simon | 1819 | $58,784.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 24 | Simon | 685 | $3,898.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 25 | Simon | 1703 | $50,545.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 26 | Simon | 1756 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 27 | Simon | 739 | $81,227.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 28 | Simon | 563 | $30,714.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 29 | Simon | 100 | $308,823.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 30 | Simon | 827 | $157,155.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 31 | Simon | 1837 | $47,510.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | Simon | 1724 | $130,052.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 33 | Simon | 1757 | $283,042.35 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 34 | Simon | 1831 | $36,549.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 35 | Simon | 156 | $24,557.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 36 | Simon | 459 | $48,941.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 37 | Simon | 291 | $185,248.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 38 | Simon | 681 | $13.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 39 | Simon | 160 | $129,785.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 40 | Simon | 1751 | $81,173.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 41 | Simon | 1720 | $73,762.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 42 | Simon | 1821 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 43 | Simon | 1705 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 44 | Simon | 1712 | $61,879.75 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 45 | Simon | 1708 | $183,555.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |