**Exhibit 1**

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | Simon | 723 | $57,496.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | Simon | 1838 | $7,238.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | Simon | 1710 | $89,877.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | Simon | 1742 | $25,004.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 5 | Simon | 2029 | $33,188.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 6 | Simon | 715 | $73,745.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 7 | Simon | 161 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 8 | Simon | 1740 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 9 | Simon | 1776 | $26,591.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 10 | Simon | 813 | $107,764.25 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 11 | Simon | 1823 | $51,769.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 12 | Simon | 1754 | $95.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 13 | Simon | 755 | $99,014.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 14 | Simon | 1810 | $0.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 15 | Simon | 359 | $35.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| | | | | | |
|---|---|---|---|---|---|
| 16 | Simon | 610 | $519.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 17 | Simon | 1785 | $68,023.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 18 | Simon | 1836 | $50.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 19 | Simon | 1727 | $70,145.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 20 | Simon | 1790 | $51,931.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 21 | Simon | 558 | $59,492.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 22 | Simon | 59 | $237,858.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 23 | Simon | 1743 | $19,438.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 24 | Simon | 250 | $90,737.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 25 | Simon | 86 | $59,433.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 26 | Simon | 424 | $0.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 27 | Simon | 290 | $290,490.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 28 | Simon | 761 | $149,685.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 29 | Simon | 537 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 30 | Simon | 1829 | $43,778.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 31 | Simon | 327 | $166.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 32 | Simon | 1822 | $168,432.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 33 | Simon | 938 | $102,618.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Simon | 71 | $77,330.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 35 | Simon | 1702 | $113,069.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 36 | Simon | 1709 | $147,580.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 37 | Simon | 812 | $1,472.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 38 | Simon | 1715 | $125,451.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 39 | Simon | 1839 | $51,276.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 40 | Simon | 238 | $95,072.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 41 | Simon | 1805 | $22,539.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 42 | Simon | 676 | $58,678.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 43 | Simon | 1736 | $34,805.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 44 | Simon | 1714 | $111,251.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 45 | Simon | 1882 | $50,187.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 46 | Simon | 1780 | $48,380.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 47 | Simon | 1807 | $34,805.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 48 | Simon | 1707 | $63,664.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 49 | Simon | 1900 | $23,355.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 50 | Simon | 134 | $23,206.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 51 | Simon | 1726 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

3

| | | | | | |
|---|---|---|---|---|---|
| 52 | Simon | 959 | $83,564.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 53 | Simon | 370 | $638,553.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 54 | Simon | 162 | $112,161.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 55 | Simon | 1804 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 56 | Simon | 1723 | $71,881.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 57 | Simon | 963 | $30,765.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 58 | Simon | 1711 | $375,258.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 59 | Simon | 1813 | $53,769.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 60 | Simon | 316 | $260,558.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 61 | Simon | 180 | $85,002.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 62 | Simon | 706 | $122,444.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 63 | Simon | 200 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 64 | Simon | 594 | $2,839.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 65 | Simon | 221 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 66 | Simon | 1815 | $36,756.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 67 | Simon | 1880 | $23,019.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 68 | Simon | 658 | $146,908.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 69 | Simon | 1779 | $18,681.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

| | | | | | |
|---|---|---|---|---|---|
| 70 | Simon | 878 | $44,484.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 71 | Simon | 914 | $83,020.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 72 | Simon | 369 | $40,585.83 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 73 | Simon | 2050 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 74 | Simon | 1719 | $48,027.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 75 | Simon | 230 | $47,864.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 76 | Simon | 2033 | $1,272.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 77 | Simon | 732 | $57,286.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 78 | Simon | 110 | $98,543.54 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 79 | Simon | 886 | $226,368.58 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 80 | Simon | 2074 | $106,457.22 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 81 | Simon | 49 | $0.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 82 | Simon | 1747 | $116,458.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 83 | Simon | 964 | $77,602.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 84 | Simon | 1521 | $125,604.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 85 | Simon | 242 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 86 | Simon | 430 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 87 | Simon | 2019 | $32,095.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | Simon | 1777 | $29,182.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 89 | Simon | 101 | $56,607.18 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 90 | Simon | 1732 | $46,294.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 91 | Simon | 1919 | $28,196.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 92 | Simon | 358 | $30,440.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 93 | Simon | 1764 | $73,549.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 94 | Simon | 288 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 95 | Simon | 567 | $76,984.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 96 | Simon | 109 | $66,181.33 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 97 | Simon | 1735 | $55,131.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 98 | Simon | 99 | $21,981.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 99 | Simon | 1812 | $49,306.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 100 | Simon | 1834 | $142,922.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |