**Exhibit 1**

**Assumed Contracts**

| No.[1] | Consolidated Vendor Name | Vendor / Agency / Company | Description[2] | Workstream | Proposed Cure | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | Alight Solutions LLC | Alight Solutions LLC - Alight renewal | Benefits administrator | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | Articulate Global, LLC | Articulate Global, LLC - Articulate 360 Teams Subscription | Software to create eLearnings courses | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 3. | ARY ROEPCKE MULCHAEY, PC | ARY ROEPCKE MULCHAEY, PC | 401k auditor | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 4. | CuraLinc, LLC | CuraLinc, LLC - Employee Assistance Plan Provider | Employee Assistance Program Benefits, implemented 1/1/24 with significant savings versus prior vendor | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 5. | Docusign | Docusign - eSignature Standard Edition & Support | Critical tool for document eSignatures | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |

---

The schedule set forth herein revises Schedule 1 to the *Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 451] to include the Assignee and Assumption Date for each Contract. For the avoidance of doubt, the objection deadline for each Contract set forth herein is June 23, 2024.

Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. | GovDocs, Inc. - GovDocs Update Program Subscription Orders | GovDocs, Inc. - GovDocs Update Program Subscription Orders - Store Back Office Posters | Compliance posters for each worksite | HR | $36 | PHOENIX Retail, LLC | 6/21/2024 |
| 7. | LinkedIn Corporation | LinkedIn Corporation - LinkedIn Renewal Contract | Critical employment brand and job posting platform | HR | $48,697 | PHOENIX Retail, LLC | 6/21/2024 |
| 8. | Merrill Lynch | Merrill Lynch | Equity vendor for variable compensation | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 9. | Metropolitan Life Insurance Company | Metropolitan Life Insurance Company - 2024 Voluntary Benefit Offerings | Voluntary benefits paid by associates | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 10. | Optum Financial, Inc. | Optum Financial, Inc. - Optum Bank Enrollment and Contribution Agreement | HSA Benefits | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 11. | OrgChart, LLC | OrgChart, LLC - Org Design Tool | Tool needed to create company org charts | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 12. | PayScale | PayScale - PayScale renewal | Compensation management tool, up for renewal | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| | | | | | |
|---|---|---|---|---|---|
| 13. | Poppulo Inc. | Poppulo Inc. - Associate Communications Platform | Critical Company Communications platform | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 14. | Prudential | Prudential - Leave of Absence Administration | Leave of Absence administrator | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 15. | Qualtrics | Qualtrics - Qualtrics Survey Tool | Associate Experience platform | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 16. | Saba Software, Inc. | Saba Software, Inc. - Saba Renewal Order Form | Learning Management System, not needed after Workday implementation | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 17. | Securian Life Insurance Company | Securian Life Insurance Company - Securian Extension | Life Insurance provider Benefits | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 18. | Sterling Infosystems | Sterling Infosystems | Background check vendor | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 19. | T. ROWE PRICE RETIREMENT PLAN SERVICES, INC. | T. ROWE PRICE RETIREMENT PLAN SERVICES, INC. - 401(k) Recordkeeper Transition | 401k provider, fees paid by participants | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| | | | | | | |
|---|---|---|---|---|---|---|
| 20. | United HealthCare Services, Inc. | United HealthCare Services, Inc. - 2024 Financial Terms Renewal | Medical benefits (RFP underway for 2025) | HR | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 21. | WEICHERT WORKFORCE MOBILITY INC. | WEICHERT WORKFORCE MOBILITY INC. - Relocation Vendor Contract | Relocation services, limited utilization in past year so limited benefit to negotiate | HR | $349 | PHOENIX Retail, LLC | 6/21/2024 |
| 22. | Advizex | Advizex | Software - VMWare ELA Service Agreement | IT | $170,238 | PHOENIX Retail, LLC | 6/21/2024 |
| 23. | Advizex | Advizex | Software - Workspace One (AirWatch) VMWare and EA | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 24. | Advizex | Advizex | Software - SD-WAN Software Support | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 25. | Advizex | Advizex | Hardware Maintenance - VeloCloud Support for 30 devices that are on an annual contract. | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 26. | Air Force One | Air Force One | DC Maint - HVAC break-fix time & materials, estimate | IT | $5,586 | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| | | | | | |
|---|---|---|---|---|---|
| 27. | Air Force One | DC Maint - HVAC maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 28. | Amerean | Internet - Amerean reclass from FR | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 29. | ASG Technologies | Software - Cypress Annual Maintenance | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 30. | Atlassian | Software - ITSM (Replacement for Remedy | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 31. | Aurus | Software - Annual Fees | IT | $39,142 | PHOENIX Retail, LLC | 6/21/2024 |
| 32. | Bazaarvoice | Software - Product Review | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 33. | Blazemeter | Software - Blazemeter Load Testing Software | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 34. | BMC Software | Software - Control-M Support | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 35. | Browser Stack | Software - Multi browser testing tool. App Automate | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 36. | BUCKEYE POWER SUPPLY | DC Maint - Generator maintenance & fuel | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 37. | BUCKEYE POWER SUPPLY | DC Maint - Generator break-fix time & materials, estimate | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 38. | Capture Integration: Shot Flow One | Software - Shot Flow One | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 39. | CaptureOne | Software - Photo Studio Capture Software | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| | | | | | | |
|---|---|---|---|---|---|---|
| 40. | CDW | CDW | Software - Red Hat Enterprise Renewal | IT | $3,098 | PHOENIX Retail, LLC | 6/21/2024 |
| 41. | CDW | CDW INC. | Hardware Maintenance - | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 42. | CDW | CDW INC. / SIRIUS COMPUTER SOLUTIONS | Software - Tenable Licenses | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 43. | CDW | CDW INC. | HW Maintenance - Cohesity Hardware/Software | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 44. | CDW | CDW INC. / SIRIUS COMPUTER SOLUTIONS | Software - Trellix | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 45. | CDW | CDW | Software - RedHat Extended Lifecycle Support | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 46. | CDW | CDW | Software - Veeam - Product Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 47. | CDW | CDW INC. | Software - Snow Host Solution | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 48. | CDW | CDW | Hardware Maintenance - Meraki Renewal & 2 Meraki MX84-HW | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 49. | CDW | CDW INC. / SIRIUS COMPUTER SOLUTIONS | Software - 1Password | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 50. | CDW | CDW | Software - Tera DICI Desktop Access | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 51. | CDW | CDW INC. | HW Expense - Power cords, PDU, fiber/copper cables, | IT | | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| # | Vendor | Description | Category | Amount | Debtor | Date |
|---|---|---|---|---|---|---|
| 52. | CDW | Hardware Maintenance - Meraki Switches MS125-24P | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 53. | CDW | Hardware Maintenance - CISCO Meraki MS125-24P Enterprise | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 54. | CDW | Software - PAESSLER PRTG 1000 MNT 1Y | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 55. | COMDOC | Software - Docuware Support - Invoice Scanning | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 56. | Concur Technologies | Software - Quarterly Hosting Fees | IT | $22,123 | PHOENIX Retail, LLC | 6/21/2024 |
| 57. | Conductor | Software - SEO analytics and optimization - replaced | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 58. | Contentstack | Software - CMS for Mobile App | IT | $99,438 | PHOENIX Retail, LLC | 6/21/2024 |
| 59. | Coupa | Software - Annual Subscription to Coupa | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 60. | CreatorIQ | Software - Creator Core: 5 User Licenses + Creator Pay: Full | IT | $26,029 | PHOENIX Retail, LLC | 6/21/2024 |
| 61. | CROSSCOM NATIONAL LLC | Time & Materials - Store Tech Dispatches | IT | $15,584 | PHOENIX Retail, LLC | 6/21/2024 |
| 62. | CROSSCOM NATIONAL LLC | Hardware Maintenance - | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 63. | CROSSCOM NATIONAL LLC | Misc Hardware - Misc Expense for Store Tech Dispatches | IT | | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| | | | | | | |
|---|---|---|---|---|---|---|
| 64. | CRUSHFTP | CRUSHFTP | Software | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 65. | DATACOLOR | DATACOLOR | Software - Solid color development | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 66. | ENTRUST, INC. | ENTRUST, INC. | Software - External certificate auth. | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 67. | ERWIN | ERWIN | Software - SaaS Subscription | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 68. | EXTENSIS | EXTENSIS | Software - Universal Type Client ASA | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 69. | Frontier | FRONTIER COMMUNICATIONS | Internet - | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 70. | Fusion Storm/ Computa Center | Fusion Storm/ Computa Center | HW Maintenance - Maintenance | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 71. | Gerber / Lectra | Gerber / Lectra | Software - Yunique and Accumark. (Yunique PLM, Accumark, | IT | $160,052 | PHOENIX Retail, LLC | 6/21/2024 |
| 72. | Gerber / Lectra | Gerber / Lectra | Software - Software Evolution Contract/Kaledo (PLM) | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 73. | HARD FIRE SUPP SYS,INC | HARD FIRE SUPP SYS,INC | DC Maint - Halon fire system maintenance | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 74. | HARD FIRE SUPP SYS,INC | HARD FIRE SUPP SYS,INC | DC Maint - Halon fire system break-fix time & materials, estimate | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 75. | IBM | IBM | Software - Sterling Integrator (EDI) | IT | $61,049 | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| | | | | | | |
|---|---|---|---|---|---|---|
| 76. | INFOR | INFOR | Software - Infinium Maintenance | IT | $753 | PHOENIX Retail, LLC | 6/21/2024 |
| 77. | INTELLIQA | INTELLIQA | HW Maintenance - Robotics purchase for Functional Automation | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 78. | Invision | Invision | Software - Wireframing tool used by user experience team to | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 79. | JAMF | JAMF | Software - Casper Mac Management Suite | IT | $22,350 | PHOENIX Retail, LLC | 6/21/2024 |
| 80. | JetBrains | JetBrains | Software - IntelliJ Idea Licenses | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 81. | Jfrog: Artifactory Pro | Jfrog: Artifactory Pro | Software - JAR repository | IT | $4,289 | PHOENIX Retail, LLC | 6/21/2024 |
| 82. | Keysight Technologies | Keysight Technologies (Prepaid Item) | Software - Eggplant Software | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 83. | Keysight Technologies | Keysight Technologies | Software - Sauce labs cloud devices for eggplant digital | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 84. | KnowBe4 | KnowBe4 | Software - PhishEr and Security Awareness Training Subscription | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 85. | MADCAP | MADCAP | Software | IT | $297 | PHOENIX Retail, LLC | 6/21/2024 |
| 86. | Manhattan Associates | Manhattan Associates | Software - OMS & WMS Software Licensing | IT | $6,250 | PHOENIX Retail, LLC | 6/21/2024 |
| 87. | Miro | Miro | Software | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |

-12-

| 88. | Namogoo | Namogoo | Software - Site Hijacking | IT | $21,750 | PHOENIX Retail, LLC | 6/21/2024 |
|---|---|---|---|---|---|---|---|
| 89. | Narvar | Narvar | Software - Package Tracking Interface / Returns | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |