## Exhibit 1

## Assumed Contracts

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | OneSource Global Trade | OneSource Global Trade | Software - FTZ SW Maint. Agreement - was Integration Point | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | Postman | Postman | Software - Postman Business License | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 3. | Postman | Postman | Software - Annual Software subscription | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 4. | Quantum Metrics | Quantum Metrics | Software - Session Replay + Analytics | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 5. | Reedsburg/ Lightspeed | Reedsburg/ Lightspeed | Internet - Internet | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 6. | Ricoh | Ricoh | Software - iSeries Hosting for Infinium Fixed Assets System | IT | $268,815 | PHOENIX Retail, LLC | 6/21/2024 |
| 7. | Rimini | Rimini | Software - PeopleSoft HCM & FSCM Tax and 1099 updates | IT | $200,417 | PHOENIX Retail, LLC | 6/21/2024 |
| 8. | SALISH NETWORKS INC | SALISH NETWORKS INC | Connectivity - Voice & Data | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 9. | Sirius | Sirius Computer Solutions | HW Maintenance - Offline backup (Cyber Vault) - PO 105074 | IT | $350,612 | PHOENIX Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| | | | | | |
|---|---|---|---|---|---|
| 10. | Sirius | SIRIUS COMPUTER SOLUTIONS | Connectivity - Cisco DNA Spaces (Customer WiFi Portal)(Prepaid Item) | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 11. | Sirius | Sirius Computer Solutions | HW Maintenance - Dell EMC ProSupport - Renewal (Brocade Fiber Switch) | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 12. | Sirius | Sirius Computer Solutions | Hardware Maintenance - HPE ARUBA CENTRAL 5 YR | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 13. | Sirius | Sirius | Hardware Maintenance - 2020 Store Switch Refresh - Meraki Support - True Up | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 14. | Sirius | Sirius | Hardware Maintenance - 2020 Store Switch Refresh - Meraki Support | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 15. | Sirius | Sirius Computer Solutions | HW Maintenance - EMC IDPA Premium Support - Hardware | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 16. | Sirius | Sirius Computer Solutions | Software - 2/SW Firewall/rf640 | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 17. | Sirius | Sirius Computer Solutions | HW Maintenance - VxRail - HW Maintenance | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 18. | Sirius | Sirius Computer Solutions | Hardware Maintenance - Aruba 3-YR | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 19. | Sirius | Sirius Computer Solutions | HW Maintenance - Software Refresh | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 20. | Sirius | SIRIUS COMPUTER SOLUTIONS | Software - SANNAV Subscription & Maintenance 1-year (Expense) | IT | PHOENIX Retail, LLC | 6/21/2024 |
| 21. | Sirius | Sirius Computer Solutions | Software - IDPA SW Maintenance | IT | PHOENIX Retail, LLC | 6/21/2024 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 22. | Sirius | SIRIUS COMPUTER SOLUTIONS | HW Maintenance - PowerStore Data Storage, XIO Replacement Support & Maintenance 3-year | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 23. | Sirius | Sirius Computer Solutions | HW Maintenance - extended maint. on servers, storage and network equipment (was Service Express) | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 24. | Sirius | SIRIUS COMPUTER SOLUTIONS | Time & Materials - | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 25. | Sirius | Sirius Computer Solutions | Software - STR VMAX 250f Solution SW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 26. | Sirius | Sirius Computer Solutions | Software - Aruba WiFi Subscriptions/Maintenance (5-Year) | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 27. | Sirius | Sirius Computer Solutions | Software - DELL EMC RSA SecurID Software-Token Seeds subscription license 1 year | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 28. | Sirius | Sirius Computer Solutions | HW Maintenance - IDPA HW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 29. | Sirius | Sirius Computer Solutions | HW Maintenance - VMAX IDPA HW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 30. | Sirius | Sirius Computer Solutions | HW Maintenance - VxRail - HW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 31. | Sketch / Framer | Sketch / Framer | Software | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 32. | SolarWinds | SolarWinds | Software - SolarWinds DPA SQL Monitoring Solution ($23K SW Maint) | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 33. | Sonarcloud | Sonarcloud | Software - Sonarcloud | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |

3

| # | Name | Description | Category | Amount | Counterparty | Date |
|---|---|---|---|---|---|---|
| 34. | SpectraFlow | Software - Spectraflow for printer re-calibration | IT | $5,155 | PHOENIX Retail, LLC | 6/21/2024 |
| 35. | Trackjs | Software - APM (application performance management) for Browser based performance management | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 36. | Usablenet | Software - Web and mobile web accessibility provider - subscription | IT | $30,980 | PHOENIX Retail, LLC | 6/21/2024 |
| 37. | Vertex | Software - Real Time Tax Calculation Software (Stores) | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 38. | Zebra \| Reflexis Software | Software - Store Communication & Task Management Software | IT | $114,297 | PHOENIX Retail, LLC | 6/21/2024 |
| 39. | Blackhawk | Gift Cards (Third Party) | Marketing | $35,465 | PHOENIX Retail, LLC | 6/21/2024 |
| 40. | Bread Financial / Comenity Bank f/k/a World Financial Network National Bank | Private Label Credit Card<br><br>Private Label Credit Card Program Agreement by and between Comenity Bank f/k/a World Financial Network National Bank and Express, LLC and Retail Factoring, Inc. dated as of November 1, 2005 | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 41. | BusinessWire | PR - press release distribution | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 42. | InComm | Gift Cards (Third Party) | Marketing | $65,149 | PHOENIX Retail, LLC | 6/21/2024 |
| 43. | Loyalty Contractor | Loyalty | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 44. | RewardStyle / LTK | RewardStyle / LTK | Influencer | Marketing | $80,000 | PHOENIX Retail, LLC | 6/21/2024 |
| 45. | Shotflow | Shotflow | Ecom Sample Workflow | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 46. | Tracer | Tracer | Data aggregation (Paid Media) | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 48. | Five9 | Five9 | Call Center: Telecomm provider | Other | $43,346 | PHOENIX Retail, LLC | 6/21/2024 |
| 49. | Bath & Body Works | Bath & Body Works | Multiple contracts related to the headquarters of Express and the distribution center and logistics related thereto | Supply | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 50. | Avalara | Avalara | Sales tax software | Finance | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 51. | Experian | Experian | Supports the Express Work Opportunity Tax Credit Program | Finance | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 52. | Conga | Conga | Contract management software | Legal | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 53. | Legal Tracker | Legal Tracker | Legal matter tracking software | Legal | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 54. | LRN Corporation | LRN Corporation | Legal compliance and ethics training | Legal | $42,988 | PHOENIX Retail, LLC | 6/21/2024 |
| 55. | Egencia | Egencia | Business travel platform | Other | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 56. | APL Logistics | APL | Origin management services | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 57. | Hapag-Lloyd AG | Hapag-Lloyd | Sea freight / shipping | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 58. | MSC Mediterranean Shipping Company SA | MSC Mediterranean | Cargo / shipping | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 59. | DHL Global Carrier Forwarding | DHL Express USA | Ocean freight services | Logistics | $11,970 | PHOENIX Retail, LLC | 6/21/2024 |
| 60. | EFL Global, LLC | EFL Global, LLC | Logistics services | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 61. | Flexport International LLC | Flexport International LLC | Logistics services | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |

6