**Exhibit 1**

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | Simon | 817 | $234,374.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | Simon | 656 | $108,433.00 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | Simon | 1798 | $74,149.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | 5007 | 35 Crosby Street | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 5 | 5036 | 53 GREENWICH AVE ASSOC | $7,426.94 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 6 | 5008 | PPF Amli 421 West 3rd Street, L.P. | $1922.70 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 7 | 5031 | Bedrock | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 8 | 5048 | Blackbox | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 9 | 5033 | CBRE | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 10 | 5006 | Eastbanc | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| | | | | |
|---|---|---|---|---|
| 11 | 5030 | H.G. Hill Realty Company | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 12 | 5073 | Highland Villlage LP | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 13 | 5053 | Ice House, LP | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 14 | 5015 | IRVINE | $14,802.77 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 15 | 5011 | Jamestown Realty | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 16 | 5022 | JBG Companies | $12,426.56 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 17 | 5052 | Kane Realty | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 18 | 5042 | Koplar Properties | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 19 | 5029 | MODERN COMMERCIAL | $3,771.10 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 20 | 5027 | Domain Northside Retail Property Owner LP | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 21 | 5037 | Prism | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |

2

| | | | | | |
|---|---|---|---|---|---|
| 22 | 5026 | 488 Madison Avenue Associates, LLC | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 23 | 5035 | Shops at North Creek, LLC | $8,227.85 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 24 | 5004 | Thomas White Investments | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 25 | 5021 | U.S. EQUITIES | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 26 | 5019 | University Village | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 27 | 5034 | WESTFIELD | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 28 | 5060 | Simon | $2,989.22 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 29 | 5070 | Simon | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 30 | 5059 | Simon | $3,316.50 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 31 | 5025 | Simon | $13,610.50 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 32 | 5063 | Simon | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |

3

| 33 | N/A | Distribution Land Company, LLC | $10,000,000 | PHOENIX Retail, LLC | 6/22/2024 | Corporate HQ and Logistics Facilities |

4