**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 269, 480** |

**CERTIFICATION OF COUNSEL REGARDING**
**REJECTION NOTICE AT DOCKET NO. 480**

The undersigned co-counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies the following:

1.     On April 22, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.

2.     On May 17, 2024, the Court entered the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Procedures Order").

3.     Pursuant to the Procedures Order, on June 17, 2024, the Debtors filed the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 480] (the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

"Rejection Notice").  Pursuant to the Procedures Order and the Rejection Notice, objections to the Rejection Notice were to be filed and served no later than June 25, 2024

4.      The undersigned certifies that, except as set forth herein, as of the date hereof, he has received no answer, objection or otherwise responsive pleading to the Rejection Notice and has reviewed the Court's docket in these cases and no answer, objection, or responsive pleading appears thereon.

5.      The Debtors have revised the proposed order submitted with the Rejection Notice (attached hereto as **Exhibit A**, the "Revised Proposed Order") to remove a reference in paragraph 4(e) that was inadvertently included in the original order contained in the Rejection Notice.

6.      The Debtors have revised the schedule of leases and/or contracts included in the Rejection Notice to (a) include the correct Rejection Counterparty for leases and/or contracts for which the Debtors have received an informal response to modify the schedule, and (b) include a reference to abandoned property that was inadvertently excluded from the Rejection Notice.  A copy of the revised schedule is attached to the Revised Proposed Order.

7.      A Copy of the Revised Proposed Order marked to show changes from the version filed with the Rejection Notice is attached hereto as **Exhibit B**.

8.      Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated:  July 1, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:    dpacitti@klehr.com
        myurkewicz@klehr.com
        aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:    (215) 568-6603
Email:    mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
        emily.geier@kirkland.com
        nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

## <u>EXHIBIT A</u>

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER AUTHORIZING
## THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Contract Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 480] (the "Rejection Notice") satisfies the requirements set forth in the Contract Procedures Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Contract Procedures Order.

venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

1.      The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; provided, however, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over the key, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

2.      Any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of non-residential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty or counterparties may, in their sole discretion and without further order of this Court, utilize and/or dispose of such property without further notice or liability to the Debtors

or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (i) the applicable deadline for filing proofs of claim established in these chapter 11 cases, and (ii) thirty (30) days after the later of (i) the Rejection Date, and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract

3

rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6.      Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

**Rejected Contracts**

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address (if applicable) | Rejection Date | Abandoned Property |
|---|---|---|---|---|---|---|---|
| 55 | Galleria At Sunset | MERSHOPS GALLERIA AT SUNSET LLC | 112 Northern Concourse, North Syracuse, NY 13212 | Lease agreement for premises | 1300 Sunset Rd Henderson, NV 89014 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 85 | Citrus Park Twn Ctr | n CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC 1190 Interstate Parkway Augusta, Georgia 30909 | Lease agreement for premises | 7926 Citrus Park Town Center Tampa, FL 33625 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 107 | Moreno Valley | Moreno Valley Mall Holding LLC | 110 N. Wacker Dr., Chicago, IL 60606 | Lease agreement for premises | 22500 Towngate Circle Moreno Valley, CA 92557 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 121 | Kings Plaza | BROOKLYN KINGS PLAZA LLC | 210 Route 4, East Paramus, New Jersey 07652 | Lease agreement for premises | 5036 Kings Plaza Brooklyn, NY 11234 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 123 | Hanes Mall | JG WINSTON-SALEM, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145 | Lease agreement for premises | 3320 Silas Creek Pkwy Winston Salem, NC 27103 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 126 | Denver Pavilions | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 | Lease agreement for premises | 500 16th St Denver, CO 80202 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 154 | Woodbridge | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N. Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver - Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc., 6365 Halcyon Way, Ste. 970, Alpharetta, GA 30005, Attention: Retail Documents | Lease agreement for premises | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 159 | Danbury Fair | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 06810-7422, Attn: Center Manager | Lease agreement for premises | 7 Backus Ave Danbury, CT 6810 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 185 | La Palmera | Corpus Christi Retail Venture, LP | P.O. Box 843945, Dallas, TX 75284-3945 | Lease agreement for premises | 5488 S. Padre Island Dr. Corpus Christi, TX 78411 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 217 | North Dartmouth | PR North Dartmouth LLC | PR North Dartmouth LLC dlo PREIT Services, LLC 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 Attn: General Counsel | Lease agreement for premises | 200 N Dartmouth Mall North Dartmouth, MA 2747 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 253 | Cool Springs | Coolsprings Mall, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1800 Galleria Blvd. Franklin, TN 37067 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 267 | Valencia Town Centr | Valencia Town Center Venture, L.P. | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 24201 Valencia Blvd. Valencia, CA 91355 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 285 | Flatiron Crossing | Flatiron Property Holding, L.L.C. | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager | Lease agreement for premises | 1 W. Flatiron Crossing Broomfield, CO 80021 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 300 | Warwick | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc., P.O. Box 2513, Providence, Rhode Island 02906-0513 | Lease agreement for premises | 400 Bald Hill Rd Warwick, RI 2886 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 311 | Southlake Mall | Southlake Indiana LLC | 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 | Lease agreement for premises | 2121 Southlake Mall Merrillville, IN 46410 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 324 | Lakeside | Lakeside Mall Property LLC | 110 N. Wacker Drive, Chicago, IL 60606 | Lease agreement for premises | 14600 Lakeside Circle Sterling Heights, MI 48313 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 332 | University Town Ctr | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 4485 La Jolla Village Drive San Diego, CA 92122 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 352 | Countryside Mall | JONES LANG LASALLE AMERICAS, INC. | Gregory T. Maloney, Receiver - Countryside Mall c/o Jones Lang LaSalle Americas, Inc. 6365 Halcyon Way, Ste. 970 Alpharetta, GA 30005 Attention: Retail Documents | Lease agreement for premises | 27001 U.S. Highway 19 North Clearwater, FL 33761 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 483 | Deptford Mall | MACERICH DEPTFORD LLC | Macerich Deptford LLC 1750 Deptford Center Road Deptford, New Jersey 08096 Attention: Center Manager | Lease agreement for premises | 1750 Deptford Center Rd. Deptford, NJ 8096 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 498 | Lincolnwood Twn Ctr | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 34975 West Twelve Mile Road, Farmington Hills, Michigan, 48331 | Lease agreement for premises | 3333 W. Touhy Ave. Lincolnwood, IL 60712 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 500 | Bayside | n Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE 110 N. Wacker Dr. Chicago, IL 60606 Attn: Law/Lease Administration Department | Lease agreement for premises | 401 Biscayne Blvd. Miami, FL 33132 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 502 | Bay Street | Bay Street Centercal, LLC | Bay St. Emeryville Limited Partnership, Sixteenth Floor, Seven West Seventh Street, Cincinnatio, OH 45202 | Lease agreement for premises | 5680 Bay Street Emeryville, CA 94608 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 509 | Westfield Gateway | NE GATEWAY MALL PROPCO, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 414 Gateway Mall Lincoln, NE 68505 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 510 | East Towne Mall | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 89 East Towne Mall Madison, WI 53704 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 522 | Mall At Hamilton Cr | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 | Lease agreement for premises | 4403 Black Horse Pike Mays Landing, NJ 8330 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 529 | Southshore | South Shore Mall Realty LLC and South Shore CH LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 | Lease agreement for premises | 1701 Sunrise Highway Bay Shore, NY 11706 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 546 | Crossroads Center | ST. CLOUD MALL L.L.C. | c/o Crossroads Center (MN) 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department | Lease agreement for premises | 4101 W Division St St. Cloud, MN 56301 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 559 | Atlantic Station | Atlantic Town Center, L.L.C. | Two Midtown Planza, Suite 1770, 1349 West Peachtree St. Atlanta, GA, 30309, Attention: President | Lease agreement for premises | 230 18th Street Atlanta, GA 30363 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 580 | St. Clair Square | ST. CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 134 St. Clair Square Fairview Heights, IL 62208 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 602 | Zona Rosa | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 | Lease agreement for premises | 7120 NW 86 Terrace Kansas City, MO 64153 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 603 | Franklin Park | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager | Lease agreement for premises | 5001 Monroe Toledo, OH 43623 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 605 | Valley View Mall | Valley View Mall SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 4802 Valley View Blvd Roanoke, VA 24012 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 623 | Northlake | TRG Charlote LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 | Lease agreement for premises | 6801 Northlake Mall Dr Charlotte, NC 28216 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 637 | Montclair Plaza | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010 | Lease agreement for premises | 2149 Montclair Plaza Montclair, CA 91763 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 648 | North County Fair | EWH Escondido Associates, L.P. and North County Fair LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 | Lease agreement for premises | 200 E Via Rancho Pkwy Escondido, CA 92025 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 660 | Shops At Centerra | PROMENADE SHOPS - 10220472 LLC | Promenade Shops - 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 | Lease agreement for premises | 5879 Sky Pond Drive Loveland, CO 80537 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 664 | Wheaton | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 | Lease agreement for premises | 11160 Veirs Mill Rd. Wheaton, MD 20902 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 762 | Plaza Bonita | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 3030 Plaza Bonita Rd. National City, CA 91950 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 798 | Cross County | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017 | Lease agreement for premises | 7030 Xavier Drive Yonkers, NY 10704 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 860 | Aventura Mall | Aventura Mall Venture | c/o T urnbenv Aventura Mall Company, Ltd., 19501 Biscavne Boulevard, Suite 400, Aventura, Florida 33180 | Lease agreement for premises | 19501 Biscayne Blvd. Miami, FL 33180 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 880 | Bay Terrace | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 | Lease agreement for premises | 21127 26th Avenue Bayside, NY 11360 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 900 | Town Center At Cobb | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | P.O. Box 7033, Indianapolis, Indiana 46207 | Lease agreement for premises | 400 Ernest W. Barrett Pkwy. Kennesaw, GA 30144 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 922 | Chandler Fashion | TWC CHANDLER LLC | TWC Chandler LLC Suite 2142 3111 West Chandler Boulevard Chandler, Arizona 85226 Attention: Center Manager | Lease agreement for premises | 3111 West Chandler Blvd Chandler, AZ 85226 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 925 | The Oaks | MACERICH OAKS LP | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 | Lease agreement for premises | 202 W Hillcrest Dr. Thousand Oaks, CA 91360 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 934 | Lakewood | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712 | Lease agreement for premises | 500 Lakewood Center Mall Lakewood, CA 90712 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 942 | The Sands | G&L Building Corp | 39 Division Street, Second Floor, P.O. Box 3110, Sag Harbor, NY 11963 | Lease agreement for premises | 3513 Long Beach Road Oceanside, NY 11572 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 967 | Dallas Galleria | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 | Lease agreement for premises | 13350 Dallas Pkwy Dallas, TX 75240 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 985 | North Point | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107 | Lease agreement for premises | 1174 N Point Pkwy Alpharetta, GA 30022 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1771 | Williamsburg | SRE HAWKEYE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, NC 27408 | Lease agreement for premises | 150 Tanger Dr. Williamsburg, IA 52361 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1774 | Outlets At The Dells | WISCONSIN DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M. Dakolias | Lease agreement for premises | 210 N. Gasser Rd. Baraboo, WI 53913 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1775 | Louisiana Boardwalk | BOARDWALK ROUTH LLC | 540 Boardwalk Blvd., Bossier City, LA 71111 | Lease agreement for premises | 355 Boardwalk Blvd Bossier City, LA 71111 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1788 | Commerce Outlets | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 | Lease agreement for premises | 800 Steven B. Tanger Blvd. Commerce, GA 30529 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1828 | Settlers Green | Settlers' R2, Inc. | 2 Common Court, Unit C13, North Conway, NH 03860 | Lease agreement for premises | 2 Common Ct North Conway, NH 3860 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1841 | Fashion District Phili | PR Gallery I Limited Partnership | Management Office, Fashion District Philadelphia, 9th & Market Streets, Philadelphia, PA 19107, Attn: General Manager | Lease agreement for premises | 901 Market Street Philadelphia, PA 19107 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1854 | Fulton Street | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 Attn: Eli Gindi | Lease agreement for premises | 490 Fulton Street Brooklyn, NY 11201 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1857 | Sangertown Square | Sangertown Square L.L.C. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 | Lease agreement for premises | 1 Sangertown Square New Hartford, NY 13413 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1858 | Crossroads Mall | Crossroads Mall Realty Holding LLC | Joseph M. Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122 | Lease agreement for premises | 6650 S Westnedge Ave Portage, MI 49081 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1866 | Rolling Oaks | Rolling Oaks Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 6909 N Loop 1604 San Antonio, TX 78247 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1867 | Lindale | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4444 1st Avenue NE Cedar Rapids, IA 52402 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1896 | Post Oak | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 1500 Harvey Rd College Station, TX 77840 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1898 | Northtown | North Town Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4750 Division St Spokane, WA 99207 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1908 | Livingston Mall | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 112 Eisenhower Pkwy Livingston, NJ 7039 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1912 | Eastland Mall | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, Indiana 47715-2471, Attn: Center Manager | Lease agreement for premises | 800 N. Green River Rd. Evansville, IN 47715 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1915 | White Marsh | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N. Wacker Dr. Chicago, IL 60606, Attn: Law/Lease Department | Lease agreement for premises | 8200 Perry Hall Blvd. Baltimore, MD 21236 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1929 | Buckland Hills | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration | Lease agreement for premises | 194 Buckland Hills Dr Manchester, CT 6042 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1931 | Centre At Salisbury | n SALISBURY MALL REALTY HOLDING LLC | c/o Kohan Retail Investment Group, LLC<br>Attn: Legal Department 1010 Northern Boulevard, Ste. 212<br>Great Neck, NY 11021, Email: lega@kohanretail.com | Lease agreement for premises | 2300 N Salisbury Blvd Salisbury, MD 21801 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1932 | Moorestown | MOORESTOWN MALL LLC | 200 S. Broad Street, 3rd Floor, Philadelphia, PA 19102 | Lease agreement for premises | 400 West Route 38 Moorestown, NJ 8057 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2001 | Hillside Village | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 | Lease agreement for premises | 305 W. FM 1382 Cedar Hill, TX 75104 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2045 | West Diversey Street | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 | Lease agreement for premises | 659 W. Diversey Parkway Chicago, IL 60614 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2061 | Times Square | 1552 Broadway Retail Owner LLC | 500 Fifth Avenue, 54th Floor, New York, New York 10110 | Lease agreement for premises | 1552 North Broadway New York, NY 10036 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2064 | State Street | 17 N. State LLC | c/o Marc Realty 55 E. Jackson Blvd., Suite 500, Chicago IL 60604, Attn. Elliot Weiner | Lease agreement for premises | 17 N State Street Chicago, IL 60602 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2073 | Pearlridge | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 98-1005 Moanalua Rd Aiea, HI 96701 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2903 | Main Street- Westport | Campana 125, LLC c/o David Adam Realty | 57 Wilton Rd., Westport, CT 06880 | Lease agreement for premises | 125 Main St. Westport, CT 6880 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2906 | F Street | 555 11TH OWNER L.L.C. | 555 11th Owner L.L.C., c/o Rockrose Development L.L.C., 15 East 26th Street, 7th floor, New York, New York 10010, Attention: Ted Traum | Lease agreement for premises | 555 11th Street NW Washington, DC 20004 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2909 | Broadway - Soho | Corso, LLC | 404 Broadway, Suite 302, New York, NY 10013 | Lease agreement for premises | 514 Broadway New York, NY 10012 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2910 | Walnut Street | AP 1519-1521 WALNUT ST., LP | AP 1519-1521 WALNUT ST., LP 1616 Camden Road Suite 210 Charlotte, NC 28203 Attn: Seth Black<br>Telephone: 704-423-1660 | Lease agreement for premises | 1521 Walnut Street Philadelphia, PA 19102 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2911 | Newbury Street | 230 Clarendon Street, LLC | 230 Clarendon Street, LLC Gregory Wing, Manager 12 Trotting Horse Drive Lexington, Massachusetts 02421 | Lease agreement for premises | 109 Newbury St. Boston, MA 2116 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2912 | Flatiron (Fifth Avenue) | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC: c/o Madison Capital<br>55 East 59th Street, 17th Floor New York, New York 10016<br><br>Tory Burch LLC:<br>11 West 19th Street, 7th Floor New York, New York 10011 Attention: Robert Isen Attention: J. Joseph Jacobson | Lease agreement for premises | 129 5th Avenue New York, NY 10003 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2914 | Lincoln Road | Alto 900 Lincoln Road, L.P. | c/o SCF Management LLC, 1407 Broadway, 41st Fl, New York, | Lease agreement for premises | 904 Lincoln Rd. Miami Beach, FL 33139 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2916 | Greenwich Avenue | First Sterling Greenwich Corp. | c/o First Sterling Corporation, 1650 Broadway, Suite 1200, New York, NY, 10019 | Lease agreement for premises | 181 Greenwich Avenue Greenwich, CT 6830 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 3003 | South Bay | Allstate (Eders), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 | Lease agreement for premises | 20-36 District Ave Dorchester, MA 2125 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |

## **EXHIBIT B**

**REDLINED Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER AUTHORIZING
## THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Contract Procedures Order")[2] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. [●]480] (the "Rejection Notice") satisfies the requirements set forth in the Contract Procedures Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Contract Procedures Order.

this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

1.      The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; provided, however, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over the key, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

2.      Any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of non-residential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty or counterparties may, in their sole discretion and without further order of this Court, utilize and/or dispose of such property without further notice or liability to the

Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.    If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (i) the applicable deadline for filing proofs of claim established in these chapter 11 cases, and (ii) thirty (30) days after the later of (i) the Rejection Date, and (ii) the date of entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.    Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) ~~a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f)~~ an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (~~e~~f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

3

5.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6.      Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Rejected Contracts**

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address (if applicable) | Rejection Date | Abandoned Property |
|---|---|---|---|---|---|---|---|
| 55 | Galleria At Sunset | MERSHOPS GALLERIA AT SUNSET LLC | 112 Northern Concourse, North Syracuse, NY 13212 | Lease agreement for premises | 1300 Sunset Rd Henderson, NV 89014 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 85 | Citrus Park Twn Ctr | n CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC 1190 Interstate Parkway Augusta, Georgia 30909 | Lease agreement for premises | 7926 Citrus Park Town Center Tampa, FL 33625 | 6/30/2024 | |
| 107 | Moreno Valley | Moreno Valley Mall Holding LLC | 110 N. Wacker Dr., Chicago, IL 60606 | Lease agreement for premises | 22500 Towngate Circle Moreno Valley, CA 92557 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 121 | Kings Plaza | BROOKLYN KINGS PLAZA LLC | 210 Route 4, East Paramus, New Jersey 07652 | Lease agreement for premises | 5036 Kings Plaza Brooklyn, NY 11234 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 123 | Hanes Mall | JG WINSTON-SALEM, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145 | Lease agreement for premises | 3320 Silas Creek Pkwy Winston Salem, NC 27103 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 126 | Denver Pavilions | DENVER PAVILIONS OWNERCO, LLC | c/o General Management Office, 500-16th Street, Denver, CO 80202 | Lease agreement for premises | 500 16th St Denver, CO 80202 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 154 | Woodbridge | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N. Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver - Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc., 6365 Halcyon Way, Ste. 970, Alpharetta, GA 30005, Attention: Retail Documents | Lease agreement for premises | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 159 | Danbury Fair | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 06810-7422, Attn: Center Manager | Lease agreement for premises | 7 Backus Ave Danbury, CT 6810 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 185 | La Palmera | Corpus Christi Retail Venture, LP | P.O. Box 843945, Dallas, TX 75284-3945 | Lease agreement for premises | 5488 S. Padre Island Dr. Corpus Christi, TX 78411 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 217 | North Dartmouth | PR North Dartmouth LLC | PR North Dartmouth LLC do PREIT Services, LLC 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 Attn: General Counsel | Lease agreement for premises | 200 N Dartmouth Mall North Dartmouth, MA 2747 | 6/30/2024 | |
| 253 | Cool Springs | Coolsprings Mall, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1800 Galleria Blvd. Franklin, TN 37067 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 267 | Valencia Town Centr | Valencia Town Center Venture, L.P. | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 24201 Valencia Blvd. Valencia, CA 91355 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 285 | Flatiron Crossing | Flatiron Property Holding, L.L.C. | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager | Lease agreement for premises | 1 W. Flatiron Crossing Broomfield, CO 80021 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 300 | Warwick | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc., P.O. Box 2513, Providence, Rhode Island 02906-0513 | Lease agreement for premises | 400 Bald Hill Rd Warwick, RI 2886 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 311 | Southlake Mall | Southlake Indiana LLC | 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 | Lease agreement for premises | 2121 Southlake Mall Merrillville, IN 46410 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 324 | Lakeside | Lakeside Mall Property LLC | 110 N. Wacker Drive, Chicago, IL 60606 | Lease agreement for premises | 14600 Lakeside Circle Sterling Heights, MI 48313 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 332 | University Town Ctr | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 4485 La Jolla Village Drive San Diego, CA 92122 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 352 | Countryside Mall | JONES LANG LASALLE AMERICAS, INC. | Gregory T. Maloney, Receiver - Countryside Mall c/o Jones Lang LaSalle Americas, Inc. 6365 Halcyon Way, Ste. 970 Alpharetta, GA 30005 Attention: Retail Documents | Lease agreement for premises | 27001 U.S. Highway 19 North Clearwater, FL 33761 | 6/30/2024 | |
| 483 | Deptford Mall | MACERICH DEPTFORD LLC | Macerich Deptford LLC 1750 Deptford Center Road Deptford, New Jersey 08096 Attention: Center Manager | Lease agreement for premises | 1750 Deptford Center Rd. Deptford, NJ 8096 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 498 | Lincolnwood Twn Ctr | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 34975 West Twelve Mile Road, Farmington Hills, Michigan, 48331 | Lease agreement for premises | 3333 W. Touhy Ave. Lincolnwood, IL 60712 | 6/30/2024 | |
| 500 | Bayside | n Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE 110 N. Wacker Dr. Chicago, IL 60606 Attn: Law/Lease Administration Department | Lease agreement for premises | 401 Biscayne Blvd. Miami, FL 33132 | 6/30/2024 | |
| 402 | Bay Street | Bay Street Centercal, LLC | Bay St. Emeryville Limited Partnership, Sixteenth Floor, Seven West Seventh Street, Cincinnatio, OH 45202 | Lease agreement for premises | 5680 Bay Street Emeryville, CA 94608 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 509 | Westfield Gateway | NE GATEWAY MALL PROPCO, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 414 Gateway Mall Lincoln, NE 68505 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 510 | East Towne Mall | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 89 East Towne Mall Madison, WI 53704 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 522 | Mall At Hamilton Cr | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 | Lease agreement for premises | 4403 Black Horse Pike Mays Landing, NJ 8330 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 529 | Southshore | South Shore Mall Realty LLC and South Shore CH LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 | Lease agreement for premises | 1701 Sunrise Highway Bay Shore, NY 11706 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 546 | Crossroads Center | ST. CLOUD MALL L.L.C. | c/o Crossroads Center (MN) 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department | Lease agreement for premises | 4101 W Division St St. Cloud, MN 56301 | 6/30/2024 | |
| 559 | Atlantic Station | Atlantic Town Center, L.L.C. | Two Midtown Planza, Suite 1770, 1349 West Peachtree St. Atlanta, GA, 30309, Attention: President | Lease agreement for premises | 230 18th Street Atlanta, GA 30363 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 580 | St. Clair Square | ST. CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 134 St. Clair Square Fairview Heights, IL 62208 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 592 | Zona Rosa | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 | Lease agreement for premises | 7120 NW 86 Terrace Kansas City, MO 64153 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 603 | Franklin Park | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager | Lease agreement for premises | 5001 Monroe Toledo, OH 43623 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 605 | Valley View Mall | Valley View Mall SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 4802 Valley View Blvd Roanoke, VA 24012 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 523 | Northlake | TRG Charlotte LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 | Lease agreement for premises | 6801 Northlake Mall Dr Charlotte, NC 28216 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 637 | Montclair Plaza | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010 | Lease agreement for premises | 2149 Montclair Plaza Montclair, CA 91763 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 648 | North County Fair | EWH Escondido Associates, L.P. and North County Fair LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 | Lease agreement for premises | 200 E Via Rancho Pkwy Escondido, CA 92025 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 660 | Shops At Centerra | PROMENADE SHOPS - 10220472 LLC | Promenade Shoos - 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 | Lease agreement for premises | 5879 Sky Pond Drive Loveland, CO 80537 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 664 | Wheaton | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Lost Angeles, CA 90067 | Lease agreement for premises | 11160 Veirs Mill Rd. Wheaton, MD 20902 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 762 | Plaza Bonita | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 3030 Plaza Bonita Rd. National City, CA 91950 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 798 | Cross County | Brooks Shopping Centers, LLC | c/o Marx Realty. 10 Grand Central, 155 East 44st, 7th Fl, New York, New York 10017 | Lease agreement for premises | 7030 Xavier Drive Yonkers, NY 10704 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 860 | Aventura Mall | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd., 19501 Biscavne Boulevard, Suite 400, Aventura, Florida 33180 | Lease agreement for premises | 19501 Biscavne Blvd. Miami, FL 33180 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 880 | Bay Terrace | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 | Lease agreement for premises | 21127 26th Avenue Bayside, NY 11360 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 900 | Town Center At Cobb | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | P.O. Box 7033, Indianapolis, Indiana 46207 | Lease agreement for premises | 400 Ernest W. Barrett Pkwy. Kennesaw, GA 30144 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 922 | Chandler Fashion | TWC CHANDLER LLC | TWC Chandler LLC Suite 2142 3111 West Chandler Boulevard Chandler, Arizona 85226 Attention: Center Manager | Lease agreement for premises | 3111 West Chandler Blvd Chandler, AZ 85226 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 925 | The Oaks | MACERICH OAKS LP | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 | Lease agreement for premises | 202 W Hillcrest Dr. Thousand Oaks, CA 91360 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 934 | Lakewood | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712 | Lease agreement for premises | 500 Lakewood Center Mall Lakewood, CA 90712 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 942 | The Sands | G&L Building Corp | 39 Division Street, Second Floor, P.O. Box 3110, Sag Harbor, NY 11963 | Lease agreement for premises | 3513 Long Beach Road Oceanside, NY 11572 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 967 | Dallas Galleria | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 | Lease agreement for premises | 13350 Dallas Pkwy Dallas, TX 75240 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 985 | North Point | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107 | Lease agreement for premises | 1174 N Point Pkwy Alpharetta, GA 30022 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 771 | Williamsburg | SRE HAWKEYE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, NC 27408 | Lease agreement for premises | 150 Tanger Dr. Williamsburg, IA 52361 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 774 | Outlets At The Dells | WISCONSON DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M. Dakolas | Lease agreement for premises | 210 N. Gasser Rd. Baraboo, WI 53913 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 775 | Louisiana Boardwalk | BOARDWALK ROUTH LLC | 540 Boardwalk Blvd., Bossier City, LA 71111 | Lease agreement for premises | 355 Boardwalk Blvd Bossier City, LA 71111 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 788 | Commerce Outlets | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 | Lease agreement for premises | 800 Steven B. Tanger Blvd. Commerce, GA 30529 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 928 | Settlers Green | Settlers' R2, Inc. | 2 Common Court, Unit C13, North Conway, NH 03860 | Lease agreement for premises | 2 Common Ct North Conway, NH 3860 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1641 | Fashion District Phili | PR Gallery I Limited Partnership | Management Office, Fashion District Philadelphia, 9th & Market Streets, Philadelphia, PA 19107, Attn: General Manager | Lease agreement for premises | 901 Market Street Philadelphia, PA 19107 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 854 | Fulton Street | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 Attn: Eli Gindi | Lease agreement for premises | 490 Fulton Street Brooklyn, NY 11201 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 857 | Sangertown Square | Sangertown Square L.L.C. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 | Lease agreement for premises | 1 Sangertown Square New Hartford, NY 13413 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 858 | Crossroads Mall | Crossroads Mall Realty Holding LLC | Joseph M. Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122 | Lease agreement for premises | 6650 S Westnedge Ave Portage, MI 49081 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 866 | Rolling Oaks | Rolling Oaks Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 6909 N Loop 1604 San Antonio, TX 78247 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 867 | Lindale | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4444 1st Avenue NE Cedar Rapids, IA 52402 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 896 | Post Oak | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 1500 Harvey Rd College Station, TX 77840 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 898 | Northtown | North Town Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4750 Division St Spokane, WA 99207 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 908 | Livingston Mall | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 112 Eisenhower Pkwy Livingston, NJ 7039 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 912 | Eastland Mall | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, Indiana 47715-2471, Attn: Center Manager | Lease agreement for premises | 800 N. Green River Rd. Evansville, IN 47715 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 915 | White Marsh | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N. Wacker Dr. Chicago, IL 60606, Attn: Law/Lease Department | Lease agreement for premises | 8200 Perry Hall Blvd. Baltimore, MD 21236 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 929 | Buckland Hills | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration | Lease agreement for premises | 194 Buckland Hills Dr Manchester, CT 6042 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1931 | Centre At Salisbury | n SALISBURY MALL REALTY HOLDING LLC | c/o Kohan Retail Investment Group, LLC Attn: Legal Department 1010 Northern Boulevard, Ste. 212 Great Neck, NY 11021, Email: legal@kohanretail.com | Lease agreement for premises | 2300 N Salisbury Blvd Salisbury, MD 21801 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1932 | Moorestown | MOORESTOWN MALL LLC | 200 S. Broad Street, 3rd Floor, Philadelphia, PA 19102 | Lease agreement for premises | 400 West Route 38 Moorestown, NJ 8057 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2001 | Hillside Village | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 | Lease agreement for premises | 305 W. FM 1382 Cedar Hill, TX 75104 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2045 | West Diversey Street | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 | Lease agreement for premises | 659 W. Diversey Parkway Chicago, IL 60614 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2061 | Times Square | 1552 Broadway Retail Owner LLC | 500 Fifth Avenue, 54th Floor, New York, New York 10110 | Lease agreement for premises | 1552 North Broadway New York, NY 10036 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2064 | State Street | 17 N. State LLC | c/o Marc Realty 55 E. Jackson Blvd., Suite 500, Chicago IL 60604, Attn. Elliot Weiner | Lease agreement for premises | 17 N State Street Chicago, IL 60602 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2073 | Pearlridge | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 98-1005 Moanalua Rd Aiea, HI 96701 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2903 | Main Street- Westport | Campana 125, LLC c/o David Adam Realty | 57 Wilton Rd., Westport, CT 06880 | Lease agreement for premises | 125 Main St. Westport, CT 6880 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2906 | F Street | 555 11TH OWNER L.L.C. | 555 11th Owner L.L.C., c/o Rockrose Development L.L.C., 15 East 26th Street, 7th floor, New York, New York 10010, Attention: Ted Traum | Lease agreement for premises | 555 11th Street NW Washington, DC 20004 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2909 | Broadway - Soho | Corso, LLC | 404 Broadway, Suite 302, New York, NY 10013 | Lease agreement for premises | 514 Broadway New York, NY 10012 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2910 | Walnut Street | AP 1519-1521 WALNUT ST., LP | AP 1519-1521 WALNUT ST., LP 1616 Camden Road Suite 210 Charlotte, NC 28203 Attn: Seth Black Telephone. 704-423-1660 | Lease agreement for premises | 1521 Walnut Street Philadelphia, PA 19102 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2911 | Newbury Street | 230 Clarendon Street, LLC | 230 Clarendon Street, LLC Gregory Wing, Manager 12 Trotting Horse Drive Lexington, Massachusetts 02421 | Lease agreement for premises | 109 Newbury St. Boston, MA 2116 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2912 | Flatiron (Fifth Avenue) | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC: c/o Madison Capital 55 East 59th Street, 17th Floor New York, New York 10016 Tory Burch LLC: 11 West 19th Street, 7th Floor New York, New York 10011 Attention: Robert Isen Attention: J. Joseph Jacobson | Lease agreement for premises | 129 5th Avenue New York, NY 10003 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2914 | Lincoln Road | 1024Allo 900 Lincoln Road, LLC P. | c/o SCF Management LLC, 1407 Broadway, 41st Fl, New York, | Lease agreement for premises | 904 Lincoln Rd. Miami Beach, FL 33139 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2916 | Greenwich Avenue | First Sterling Greenwich Corp. | c/o First Sterling Corporation, 1650 Broadway, Suite 1200, New York, NY, 10019 | Lease agreement for premises | 181 Greenwich Avenue Greenwich, CT 6830 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 3003 | South Bay | Allstate Road (Edens), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 | Lease agreement for premises | 20-36 District Ave Dorchester, MA 2125 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |