**Exhibit 1**

**Rejected Contracts**

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address (if applicable) | Rejection Date | Abandoned Property |
|---|---|---|---|---|---|---|---|
| 55 | Galleria At Sunset | MERSHOPS GALLERIA AT SUNSET LLC | 112 Northern Concourse, North Syracuse, NY 13212 | Lease agreement for premises | 1300 Sunset Rd Henderson, NV 89014 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 85 | Citrus Park Twn Ctr | n CITRUS PARK MALL OWNER, LLC | c/o Hull Property Group, LLC 1190 Interstate Parkway Augusta, Georgia 30909 | Lease agreement for premises | 7928 Citrus Park Town Center Tampa, FL 33625 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 107 | Moreno Valley | Moreno Valley Mall Holding LLC | 110 N. Wacker Dr., Chicago, IL 60606 | Lease agreement for premises | 22500 Towngate Circle Moreno Valley, CA 92557 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 121 | Kings Plaza | BROOKLYN KINGS PLAZA LLC | 210 Route 4, East Paramus, New Jersey 07652 | Lease agreement for premises | 5036 Kings Plaza Brooklyn, NY 11234 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 123 | Hanes Mall | JG WINSTON-SALEM, LLC | 25425 Center Ridge Road, Cleveland, Ohio 44145 | Lease agreement for premises | 3320 Silas Creek Pkwy Winston Salem, NC 27103 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 126 | Denver Pavilions | DENVER PAVILIONS OWNERCO, LLC | c/o General Manager Management Office, 500-16th Street, Denver, CO 80202 | Lease agreement for premises | 500 16th St Denver, CO 80202 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 154 | Woodbridge | Lewis Taulbee and Woodbridge Center Property, LLC | 110 N. Wacker Drive, Chicago, IL 60606 and Lewis Taulbee, Receiver - Woodbridge Center, c/o Jones Lang Lasalle Americas, Inc., 6365 Halcyon Way, Ste. 970, Alpharetta, GA 30005, Attention: Retail Documents | Lease agreement for premises | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 159 | Danbury Fair | Danbury Mall, LLC | Danbury Mall, LLC, 7 Backus Avenue, Danbury, Connecticut 068 10-7422, Attn: Center Manager | Lease agreement for premises | 7 Backus Ave Danbury, CT 6810 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 185 | La Palmera | Corpus Christi Retail Venture, LP | P.O. Box 843945, Dallas, TX 75284-3945 | Lease agreement for premises | 5488 S. Padre Island Dr. Corpus Christi, TX 78411 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 217 | North Dartmouth | PR North Dartmouth LLC | PR North Dartmouth LLC c/o PREIT Services, LLC 200 South Broad Street The Bellevue, Third Floor Philadelphia, PA 19102 Attn: General Counsel | Lease agreement for premises | 200 N Dartmouth Mall North Dartmouth, MA 2747 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 253 | Cool Springs | Coolsprings Mall, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1800 Galleria Blvd. Franklin, TN 37067 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 267 | Valencia Town Centr | Valencia Town Center Venture, L.P. | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 24201 Valencia Blvd. Valencia, CA 91355 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 285 | Flatiron Crossing | Flatiron Property Holding, L.L.C. | One West Flatiron Crossing Drive, Suite 1083, Broomfield, Colorado 80021, Attention: Center Manager | Lease agreement for premises | 1 W. Flatiron Crossing Broomfield, CO 80021 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 300 | Warwick | WARWICK MALL OWNER LLC | c/o Bliss Properties, Inc., P.O. Box 2513, Providence, Rhode Island 02906-0513 | Lease agreement for premises | 400 Bald Hill Rd Warwick, RI 2886 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 311 | Southlake Mall | Southlake Indiana LLC | 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 | Lease agreement for premises | 2121 Southlake Mall Merrillville, IN 46410 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 324 | Lakeside | Lakeside Mall Property LLC | 110 N. Wacker Drive, Chicago, IL 60606 | Lease agreement for premises | 14600 Lakeside Circle Sterling Heights, MI 48313 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 332 | University Town Ctr | UTC Venture LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 4485 La Jolla Village Drive San Diego, CA 92122 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 352 | Countryside Mall | JONES LANG LASALLE AMERICAS, INC. | Gregory T. Maloney, Receiver - Countryside Mall c/o Jones Lang LaSalle Americas, Inc. 6365 Halcyon Way, Ste. 970 Alpharetta, GA 30005 Attention: Retail Documents | Lease agreement for premises | 27001 U.S. Highway 19 North Clearwater, FL 33761 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 483 | Deptford Mall | MACERICH DEPTFORD LLC | Macerich Deptford LLC 1750 Deptford Center Road Deptford, New Jersey 08096 Attention: Center Manager | Lease agreement for premises | 1750 Deptford Center Rd. Deptford, NJ 8096 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 498 | Lincolnwood Twn Ctr | JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER, LLC | 34975 West Twelve Mile Road, Farmington Hills, Michigan, 48331 | Lease agreement for premises | 3333 W. Touhy Ave. Lincolnwood, IL 60712 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 500 | Bayside | n Bayside Marketplace, LLC | c/o BAYSIDE MARKETPLACE 110 N. Wacker Dr. Chicago, IL 60606 Attn: Law/Lease Administration Department | Lease agreement for premises | 401 Biscayne Blvd. Miami, FL 33132 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 502 | Bay Street | Bay Street Centercal, LLC | Bay St. Emeryville Limited Partnership, Sixteenth Floor, Seven West Seventh Street, Cincinnatio, OH 45202 | Lease agreement for premises | 5680 Bay Street Emeryville, CA 94608 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 509 | Westfield Gateway | NE GATEWAY MALL PROPCO, LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 414 Gateway Mall Lincoln, NE 68505 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 510 | East Towne Mall | MADISON/EAST TOWNE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 89 East Towne Mall Madison, WI 53704 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 522 | Mall At Hamilton Cr | Hamilton Mall Realty, LLC | 150 Great Neck Rd, Suite 304, Great Neck, NY 11021 | Lease agreement for premises | 4403 Black Horse Pike Mays Landing, NJ 8330 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 529 | Southshore | South Shore Mall Realty LLC and South Shore CH LLC | 11601 Wilshire Boulevard, 11h Floor, Los Angeles, California 90025 | Lease agreement for premises | 1701 Sunrise Highway Bay Shore, NY 11706 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 546 | Crossroads Center | ST. CLOUD MALL L.L.C. | c/o Crossroads Center (MN) 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607 Attn: Law/Lease Administration Department | Lease agreement for premises | 4101 W Division St St. Cloud, MN 56301 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 559 | Atlantic Station | Atlantic Town Center, L.L.C. | Two Midtown Planza, Suite 1770, 1349 West Peachtree St, Atlanta, GA, 30309, Attention: President | Lease agreement for premises | 230 18th Street Atlanta, GA 30363 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 580 | St. Clair Square | ST. CLAIR SQUARE SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 134 St. Clair Square Fairview Heights, IL 62208 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 602 | Zona Rosa | MONARCHS SUB, LLC | 4016 Townsfair Way, Suite 201, Columbus, OH 43219 | Lease agreement for premises | 7120 NW 86 Terrace Kansas City, MO 64153 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 603 | Franklin Park | Star-West Franklin Park, LLC | 5001 Monroe Street, Toledo, Ohio 43623, Attention: General Manager | Lease agreement for premises | 5001 Monroe Toledo, OH 43623 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 605 | Valley View Mall | Valley View Mall SPE, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 3742 1-6000 | Lease agreement for premises | 4802 Valley View Blvd Roanoke, VA 24012 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 623 | Northlake | TRG Charlotte LLC | 200 East Long Lake Road, P.O. Box 200, Bloomfield Hills, Michigan 48303-0200 | Lease agreement for premises | 6801 Northlake Mall Dr Charlotte, NC 28216 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |

| # | Location | Counterparty | Address | Contract | Premises Address | Date | Description |
|---|---|---|---|---|---|---|---|
| 637 | Montclair Plaza | 5060 Montclair Plaza Lane Owner, LLC | 4700 Wilshire Boulevard, Los Angeles, California 90010 | Lease agreement for premises | 2149 Montclair Plaza Montclair, CA 91763 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 648 | North County Fair | EWH Escondido Associates, L.P. and North County Fair LP | 11601 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 | Lease agreement for premises | 200 E Via Rancho Pkwy Escondido, CA 92025 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 660 | Shops At Centerra | PROMENADE SHOPS - 10220472 LLC | Promenade Shoos - 10220472 LLC, c/o KeyBank National Association - Asset Manager, 1500 Outlook Street Suite 300, Overland Park, KS 66211 | Lease agreement for premises | 5879 Sky Pond Drive Loveland, CO 80537 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 664 | Wheaton | Wheaton Plaza Regional Shopping Center, LLC | c/o Westfield, LLC, 2049 Century Park East, 41st Floor, Los Angeles, CA 90067 | Lease agreement for premises | 11160 Veirs Mill Rd. Wheaton, MD 20902 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 762 | Plaza Bonita | PLAZA BONITA, LLC | 2049 Century Park East, 41st Floor, Los Angeles, California 90067 | Lease agreement for premises | 3030 Plaza Bonita Rd. National City, CA 91950 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 798 | Cross County | Brooks Shopping Centers, LLC | c/o Marx Realty, 10 Garnd Central, 155 East 44st, 7th Fl, New York, New York 10017 | Lease agreement for premises | 7030 Xavier Drive Yonkers, NY 10704 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 860 | Aventura Mall | Aventura Mall Venture | c/o Turnberry Aventura Mall Company, Ltd., 19501 Biscayne Boulevard, Suite 400, Aventura, Florida 33180 | Lease agreement for premises | 19501 Biscayne Blvd. Miami, FL 33180 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 880 | Bay Terrace | Cord Meyer Development, LLC | 111-15 Queens Boulevard, Forest Hills, New York 11375 | Lease agreement for premises | 21127 26th Avenue Bayside, NY 11360 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 900 | Town Center At Cobb | 400 ERNEST WEST BARRETT PARKWAY - 10195496, LLC | P.O. Box 7033, Indianapolis, Indiana 46207 | Lease agreement for premises | 400 Ernest W. Barrett Pkwy. Kennesaw, GA 30144 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 922 | Chandler Fashion | TWC CHANDLER LLC | TWC Chandler LLC Suite 2142 3111 West Chandler Boulevard Chandler, Arizona 85226 Attention: Center Manager | | 3111 West Chandler Blvd Chandler, AZ 85226 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 925 | The Oaks | MACERICH OAKS LP | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 | Lease agreement for premises | 202 W Hillcrest Dr. Thousand Oaks, CA 91360 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 934 | Lakewood | Macerich Lakewood LP | 500 Lakewood Center Mall, Lakewood, CA 90712 | Lease agreement for premises | 500 Lakewood Center Mall Lakewood, CA 90712 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 942 | The Sands | G&L Building Corp | 39 Division Street, Second Floor, P.O. Box 3110, Sag Harbor, NY 11963 | Lease agreement for premises | 3513 Long Beach Road Oceanside, NY 11572 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 967 | Dallas Galleria | GALLERIA MALL INVESTORS LP | 225 West Washington Street, Indianapolis, Indiana 46204-3438 | Lease agreement for premises | 13350 Dallas Pkwy Dallas, TX 75240 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 985 | North Point | REEP-RTL NPM GA LLC | 1701 River Run Road, Suite 500, Fort Worth, TX 76107 | Lease agreement for premises | 1174 N Point Pkwy Alpharetta, GA 30022 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1771 | Williamsburg | SRE HAWKEYE, LLC | 3200 Northline Avenue, Suite 360, Greensboro, NC 27408 | Lease agreement for premises | 150 Tanger Dr. Williamsburg, IA 52361 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1774 | Outlets At The Dells | WISCONSIN DELLS OUTLET FEE LLC | c/o Fortress Investment Group LLC, 1345 Avenue of The Americas, 46th Floor, New York, NY 20105, Attn: Constantine M. Dakolias | Lease agreement for premises | 210 N. Gasser Rd. Baraboo, WI 53913 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1775 | Louisiana Boardwalk | BOARDWALK ROUTH LLC | 540 Boardwalk Blvd., Bossier City, LA 71111 | Lease agreement for premises | 355 Boardwalk Blvd Bossier City, LA 71111 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1788 | Commerce Outlets | TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 | Lease agreement for premises | 800 Steven B. Tanger Blvd. Commerce, GA 30529 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1828 | Settlers Green | Settlers' R2, Inc. | 2 Common Court, Unit C13, North Conway, NH 03860 | Lease agreement for premises | 2 Common Ct.North Conway, NH 3860 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1841 | Fashion District Phil | PR Gallery I Limited Partnership | Management Office, Fashion District Philadelphia, 9th & Market Streets, Philadelphia, PA 19107, Attn: General Manager | Lease agreement for premises | 901 Market Street Philadelphia, PA 19107 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1854 | Fulton Street | 490 Lower Unit LP | 15 West 34th Street, 8th Floor, New York, NY 10001 Attn: Eli Gindi | Lease agreement for premises | 490 Fulton Street Brooklyn, NY 11201 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1857 | Sangertown Square | Sangertown Square L.L.C. | The Clinton Exchange, 4 Clinton Square, Syracuse, New York 13202-1078 | Lease agreement for premises | 1 Sangertown Square New Hartford, NY 13413 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1858 | Crossroads Mall | Crossroads Mall Realty Holding LLC | Joseph M. Saponaro, Esq, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, OH 44122 | Lease agreement for premises | 6650 S Westnedge Ave Portage, MI 49081 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1866 | Rolling Oaks | Rolling Oaks Mall Realty Holding, LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 6909 N Loop 1604 San Antonio, TX 78247 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1867 | Lindale | Lindale Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4444 1st Avenue NE Cedar Rapids, IA 52402 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1896 | Post Oak | POM-COLLEGE STATION, LLC | c/o CBL & Associates Management, Inc., CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee 37421-6000 | Lease agreement for premises | 1500 Harvey Rd College Station, TX 77840 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1898 | Northtown | North Town Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 4750 Division St Spokane, WA 99207 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1908 | Livingston Mall | Livingston Mall Realty Holding LLC | 1010 Northern Boulevard, Suite 234, Great Neck, NY 11021 | Lease agreement for premises | 112 Eisenhower Pkwy Livingston, NJ 7039 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1912 | Eastland Mall | SM Eastland Mall, LLC | 800 North Green River Road, Evansville, Indiana 47715-2471, Attn: Center Manager | Lease agreement for premises | 800 N. Green River Rd. Evansville, IN 47715 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1915 | White Marsh | White Marsh Mall, LLC | c/o White Marsh Mall, 110 N. Wacker Dr. Chicago, IL 60606, Attn: Law/Lease Department | Lease agreement for premises | 8200 Perry Hall Blvd. Baltimore, MD 21236 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1929 | Buckland Hills | Carmen Spinoso of Spinoso Real Estate Group, DLS, LLC and Spinoso | Shoppes at Buckland Hills, LLC c/o Spinoso Real Estate Group, DLS, LLC, 112 Northern Concourse, North Syracuse, NY 13212, Attn: Lease Administration | Lease agreement for premises | 194 Buckland Hills Dr Manchester, CT 6042 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |

| # | Location | Counterparty | Address | Description | Address 2 | Date | Property |
|---|---|---|---|---|---|---|---|
| 1931 | Centre At Salisbury | n SALISBURY MALL REALTY HOLDING LLC | c/o Kohan Retail Investment Group, LLC Attn: Legal Department 1010 Northern Boulevard, Ste. 212 Great Neck, NY 11021, Email: legal@kohanretail.com | Lease agreement for premises | 2300 N Salisbury Blvd Salisbury, MD 21801 | | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 1932 | Moorestown | MOORESTOWN MALL LLC | 200 S. Broad Street, 3rd Floor, Philadelphia, PA 19102 | Lease agreement for premises | 400 West Route 38 Moorestown, NJ 8057 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2001 | Hillside Village | Uptown Village at Cedar Hill LP | 1701 River Run, Suite 500, Fort Worth, Texas 76107 | Lease agreement for premises | 305 W. FM 1382 Cedar Hill, TX 75104 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2045 | West Diversey Street | Acadia West Diversey LLC | s c/o Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, New York 10580 | Lease agreement for premises | 659 W. Diversey Parkway Chicago, IL 60614 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2061 | Times Square | 1552 Broadway Retail Owner LLC | 500 Fifth Avenue, 54th Floor, New York, New York 10110 | Lease agreement for premises | 1552 North Broadway New York, NY 10036 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2064 | State Street | 17 N. State LLC | c/o Marc Realty 55 E. Jackson Blvd., Suite 500, Chicago IL 60604, Attn. Elliot Weiner | Lease agreement for premises | 17 N State Street Chicago, IL 60602 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2073 | Pearlridge | BRE/Pearlridge LLC | 180 East Broad Street, 21st Floor, Columbus, Ohio 43215 | Lease agreement for premises | 98-1005 Moanalua Rd Aiea, HI 96701 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2903 | Main Street - Westport | Campana 125, LLC c/o David Adam Realty | 57 Wilton Rd., Westport, CT 06880 | Lease agreement for premises | 125 Main St. Westport, CT 6880 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2906 | F Street | 555 11TH OWNER L.L.C. | 555 11th Owner L.L.C., c/o Rockrose Development L.L.C., 15 East 26th Street, 7th floor, New York, New York 10010, Attention: Ted Traum | Lease agreement for premises | 555 11th Street NW Washington, DC 20004 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2909 | Broadway - Soho | Corso, LLC | 404 Broadway, Suite 302, New York, NY 10013 | Lease agreement for premises | 514 Broadway New York, NY 10012 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2910 | Walnut Street | AP 1519-1521 WALNUT ST., LP | AP 1519-1521 WALNUT ST., LP 1616 Camden Road Suite 210 Charlotte, NC 28203 Attn: Seth Black Telephone: 704-423-1660 | Lease agreement for premises | 1521 Walnut Street Philadelphia, PA 19102 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2911 | Newbury Street | 230 Clarendon Street, LLC | 230 Clarendon Street LLC Gregory Wing, Manager 12 Trotting Horse Drive Lexington, Massachusetts 02421 | Lease agreement for premises | 109 Newbury St. Boston, MA 2116 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2912 | Flatiron (Fifth Avenue) | MC 129 FIFTH REALTY LLC | MC 129 FIFTH REALTY LLC c/o Madison Capital 55 East 59th Street, 17th Floor New York, New York 10016 Tory Burch LLC: 11 West 19th Street, 7th Floor New York, New York 10011 Attention: Robert Isen Attention: J. Joseph Jacobson | Lease agreement for premises | 129 5th Avenue New York, NY 10003 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2914 | Lincoln Road | Alto 900 Lincoln Road, L.P. | c/o SCF Management LLC, 1407 Broadway, 41st Fl, New York, | Lease agreement for premises | 904 Lincoln Rd. Miami Beach, FL 33139 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 2916 | Greenwich Avenue | First Sterling Greenwich Corp. | c/o First Sterling Corporation, 1650 Broadway, Suite 1200, New York, NY, 10019 | Lease agreement for premises | 181 Greenwich Avenue Greenwich, CT 6830 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |
| 3003 | South Bay | Allstate Road (Edens), LLC | 1221 Main Street - Suite 1000, Columbia, SC 29201 | Lease agreement for premises | 20-36 District Ave Dorchester, MA 2125 | 6/30/2024 | Fixtures, shelving, equipment, inventory, and personal property remaining on the premises |