**Exhibit 1**

**Rejected Contracts**

| Counterparty Name | Counterparty Address | Debtor Counterparty | Contract Description | Contract Details | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 235 NORTH FOURTH STREET LLC | c/o Capital Equities, Attn: J.R. Kern, 580 North Fourth Street, Suite 120, Columbus, OH 43215 | Express, LLC | Lease agreement for photo studio | Lease located at 235 N. Fourth Street, Columbus, OH 43215 | Fixtures, shelving, equipment, and personal property remaining on the premises | 6/30/2024 |
| CREEKSIDE 126, LLC | c/o Friedman Management Company, Attn: Property Manager, 34975 W. Twelve Mile Road, Farmington Hills, MI 48331 | Express, LLC | Office Lease agreement for UpWest | Lease located at 121 Mill Street, Bldg C Suite #210 | Fixtures, shelving, equipment, and personal property remaining on the premises | 6/30/2024 |