# EXHIBIT A

## Summary of Billing by Timekeeper

52583513.2

**SUMMARY OF BILLING BY TIMEKEEPER**

**MAY 6, 2024 THROUGH MAY 31, 2024**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam C. Rogoff | 1989 | Partner Creditors' Rights (Since 2009) | $1,855 | 65.50 | $121,502.50 |
| David J. Fisher | 1985 | Partner Corporate (Since 2009) | $1,825 | 7.80 | $14,235.00 |
| Elan Daniels | 2005 | Counsel Creditors' Rights (Since 2023) | $1,405 | 6.00 | $8,430.00 |
| Robert T. Schmidt | 1990 | Counsel Creditors' Rights (Since 2021) | $1,730 | 75.50 | $130,615.00 |
| Andrew Citron | 2018 | Associate Creditors' Rights (Since 2022) | $1,320 | 53.20 | $70,224.00 |
| Brian Primm | 2023 | Associate Creditors' Rights (Since 2022) | $905 | 18.50 | $16,742.50 |
| Evan Raskin | Not Yet Admitted | Associate Creditors' Rights (Since 2023) | $780 | 60.10 | $46,878.00 |
| Megan Wasson | 2017 | Associate Creditors' Rights (Since 2016) | $1,350 | 84.30 | $113,805.00 |
| Nancy Bello | 2017 | Associate Creditors' Rights (Since 2018) | $1,350 | 18.80 | $25,380.00 |
| Nathaniel Allard | 2013 | Associate Creditors' Rights (Since 2012) | $1,380 | 129.60 | $178,848.00 |
| Nathan Abramowitz | N/A | Paralegal Creditors' Rights (Since 2022) | $555 | 10.40 | $5,772.00 |
| Kane, Wendy | N/A | Paralegal Creditors' Rights (Since 2018) | $565 | 56.30 | $31,809.50 |
| **TOTAL** | | | | **586.00** | **$764241.50** |

**Blended Rate:  $1,304.17**

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024).

52583513.2