# EXHIBIT C

# Expense Summary

## EXPENSE SUMMARY

## MAY 6, 2024 THROUGH MAY 31, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Cab Fares | *See chart below* | $225.00 |
| Lexis Online Research | Lexis | $249.61 |
| Meals/In-House | *See chart below* | $149.19 |
| Pacer Online Research | Pacer | $26.00 |
| Research Services | Kramer Levin | $238.00 |
| Telecommunications Charges | Loop Up | $117.25 |
| Transcript Fees | Reliable | $168.75 |
| Westlaw Online Research | Westlaw | $1,180.91 |
| **TOTAL** | | **$2354.71** |

52583513.2

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 05/21/2024 | Executive Charge | 1 | Office to home (working late on sale and retention issues) – N. Allard | $75.00 |
| 05/23/2024 | Executive Charge | 1 | Office to home (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| 05/24/2024 | Executive Charge | 1 | Office to home (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| **TOTAL** | | | | **$225.00** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 05/06/2024 | Cook Eatery | 1 | Dinner (working late on Committee start up coordination and review of first day motions and proposed orders) – N. Allard | $20.00 |
| 05/07/2024 | Cook Eatery | 1 | Dinner (working late on Committee start up coordination and review of first day motions and proposed orders) – N. Allard | $16.85 |
| 05/09/2024 | Cook Eatery | 1 | Dinner (working late on review of first day motions and proposed orders and communications with Committee) – N. Allard | $20.00 |
| 05/09/2024 | Sharebite | 1 | Dinner (working late on DIP issues) – M. Wasson | $20.00 |
| 05/14/2024 | Karma Tasty Halal Food | 1 | Dinner (working late on preparation for Committee meeting and review of proposed final orders) – N. Allard | $11.30 |
| 05/16/2024 | Karma Tasty Halal Food | 1 | Dinner (working late on retention and vendor issues) – N. Allard | $11.30 |
| 05/21/2024 | Sharebite | 1 | Dinner (working late on DIP issues) – M. Wasson | $20.00 |
| 05/23/2024 | Cook Eatery | 1 | Dinner (working late on sale issues and communications with Committee) – N. Allard | $20.00 |
| 05/28/2024 | Café De Novo | 1 | Dinner (working late on sale issues and communications with Committee) – N. Allard | $9.74 |
| **TOTAL** | | | | **$149.19** |

2