# EXHIBIT D

## DECLARATION OF LUCIAN B. MURLEY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF LUCIAN B. MURLEY

1.      I am a Partner in the firm of Saul Ewing LLP ("**Saul Ewing**"), which serves as co-counsel to the Official Committee of Unsecured Creditors of Express, Inc., *et al*. (the "**Committee**").

2.      I have read the foregoing application of Saul Ewing for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as co-counsel to the Committee.

4.      No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5.      No agreement prohibited by Title 18, Section 155 has been made.


Dated: July 3, 2024

/s/ Lucian B. Murley
LUCIAN B. MURLEY

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

52535424.1 07/03/2024