# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*, | Case No. 24-10831-KBO |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: July 24, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if an objection is filed.** |

### NOTICE OF FIRST MONTHLY FEE APPLICATION OF PROVINCE, LLC

**PLEASE TAKE NOTICE** that on July 3, 2024, the Official Committee of Unsecured Creditors of Express, Inc., *et al.* (the "Committee**")** filed the *First Monthly Fee Application And Reimbursement Of Expenses Of Province, LLC* ("Province") *as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 7, 2024 through May 31, 2024* (the "Fee Application") was filed with the Court. The Fee Application seeks the approval of payment for professional services rendered as financial advisor to the Committee in the amount of $366,656.00.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals; and (II) Granting Related Relief* [D.I. 223] and must be filed with the Clerk of the Bankruptcy Court and be served upon (*i*) the Debtors Express, Inc.; One Express Drive, Columbus, OH 43230, Attn: Laurel Krueger (LaKrueger@express.com); (*ii*) counsel to the Debtors (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Emily E. Geier, P.C. (emily.geier@kirkland.com) and Nicholas M. Adzima (nicholas.adzima@kirkland.com); (b) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654, Attn: Charles B. Sterrett (charles.sterrett@kirkland.com); (c) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 100, Wilmington, DE 19801, Attn: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com), and Alyssa M. Radovanovich (aradovanovich@klehr.com); and (d) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103, Attn: Morton R. Branzburg (mbranzburg@klehr.com); (*iii*) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: John  Schanne (John.Schanne@usdoj.gov); (*iv*) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors (a) Goldberg Kohn Ltd., 55 E. Monroe Street, Suite 3300, Chicago, IL 60603, Attn: Randall Klein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number are: Express, Inc. (8128); Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

52582893.2

(randall.klein@goldbergkohn.com), Dimitri G. Karcazes (dimitri.karcazes@goldbergkohn.com), Keith G. Radner (keith.radner@goldbergkohn.com), and Eva D. Gadzheva (eva.gadzheva@goldbergkohn.com) and (b) Richards Layton & Finger, 920 North King Street, Wilmington, DE 19801, Attn: John H. Knight (knight@rlf.com), Paul N. Heath (heath@rlf.com), and Alexander R. Steiger (steiger@rlf.com); (*v*) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (a) Ropes and Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606, Attn: Stephen L. Iacovo (Steven.Iacovo@ropesgray.com) and (b) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, DE 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); and (*vi*) counsel to the Official Committee of Unsecured Creditors, (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com) and (b) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801, Attn: Luke Murley (luke.murley@saul.com), so as to actually be received by or before **July 24, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Fee Application are filed, and the parties are unable to reach a resolution thereof, a hearing on the Fee Application will be held before the Honorable Karen B. Owens, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom 6, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE.

Dated: July 3, 2024

/s/ Lucian B. Murley
Lucian B. Murley (DE Bar No. 4892)
Nicholas Smargiassi (De Bar No. 7265)
**SAUL EWING LLP**
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:	(302) 421-6898
luke.murley@saul.com
nicholas.smargiassi@saul.com

-and-

Adam C. Rogoff (admitted *pro hac vice*)
Robert T. Schmidt admitted (*pro hac vice*)
Nathaniel Allard (admitted *pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors*

3