## EXHIBIT A

**Certification**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*, | Case No. 24-10831-KBO |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF MICHAEL ROBINSON

Michael Robinson, a Managing Director with the firm Province, after being duly sworn according to law, deposes and says:

1. I am a Managing Director with the firm of Province, LLC ("Province"), which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.  Province also has offices in the Los Angeles, Greenwich, New York, and Miami metro areas.  Province was retained as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") on May 7, 2024 and Province's employment application was approved by the Court on June 24, 2024.

2. I have personally performed many of the services rendered by Province as financial advisor to the Committee and am familiar with the other work performed on behalf of the Committee by the other professionals in the firm.

3. The *First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from May 7, 2024 through May 31, 2024* (the "Application") was prepared at my direction.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number are: Express, Inc. (8128); Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

52582893.2

2

The facts set forth in the foregoing Application are true to the best of my knowledge, information and belief.

4.  Province's rates for the services rendered by its professionals in these chapter 11 cases are similar to the rates Province charges for professional services rendered in comparable bankruptcy and non-bankruptcy cases in a competitive national market for financial advisory services.

5.  I have reviewed the Court's Local Rule[2] 2016-2 and the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 (the "<u>Guidelines</u>").  The Application substantially complies with Local Rule 2016-2 and the Guidelines.

Executed under penalty of perjury of the laws of the United States on this third day of July 2024.

<i>/s/ Michael Robinson</i><br>
Michael Robinson, Managing Director<br>
Province, LLC

---

[2]  Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.