**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**July 26, 2024 at 4:00 p.m. (ET)** |

**COVER SHEETS FOR SECOND MONTHLY APPLICATION OF
MOELIS & COMPANY LLC FOR COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER,
FINANCIAL ADVISOR, AND PLACEMENT AGENT FOR
THE DEBTORS AND DEBTORS IN POSSESSION
FROM JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024**

| | |
|---|---|
| Name of applicant: | Moelis & Company LLC |
| Authorized to provide professional services to: | Debtors and Debtor in Possession |
| Date of retention order: | June 5, 2024, *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement are sought (the "**Compensation Period**"): | June 1, 2024 through June 30, 2024 |
| Amount of compensation sought: | $5,542,040[2] |
| Amount of payment requested for compensation: | $4,433,632 (80% of $5,542,040) |
| Amount of expense reimbursement sought: | $14,348.52[3] |
| This is a(n): | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Includes $150,000 Monthly Fee and $5,392,040 net Sale Transaction Fee as defined in the Engagement Letter

[3] Please note that certain vendor invoices may not come in until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC reserves the right to include such unbilled expenses in subsequent fee applications.

**SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024**

| Hours Summary | |
|---|---|
| **Professional** | **June 1 - June 30** |
| Adam Keil | 37.5 hour(s) |
| Perry Hall | 8.5 hour(s) |
| Cullen Murphy | 14.0 hour(s) |
| Andrew Carlson | 47.0 hour(s) |
| Michael Morris | 13.5 hour(s) |
| Olivier Backes | 42.0 hour(s) |
| John Townsley | 40.0 hour(s) |
| Harrison Slutzky | 14.0 hour(s) |
| Ishaan Kapoor | 41.0 hour(s) |
| Chloe Marquez | 12.0 hour(s) |
| **Total** | **269.5 hour(s)** |

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF
JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024**

| Category | Description | Amount |
|---|---|---|
| Ground Transportation | Late night and weekend transportation | $327.17 |
| Meals | Late night and weekend meals | $71.65 |
| Travel Meals | Meals during travel to Express headquarters | $95.91 |
| Airfare and Fees | Travel to Express headquarters | $531.71 |
| Legal Fees | Outside Counsel Legal Fees | $13,100.00 |
| Hotel | Travel-associated lodging | $222.08 |
| **Total** | | **$14,348.52** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-10831 (KBO)<br>)<br>) (Jointly Administered)<br>)<br>) **Objection Deadline:**<br>) **July 26, 2024 at 4:00 p.m. (ET)**<br>) |

**SECOND MONTHLY APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER, FINANCIAL ADVISOR, AND PLACEMENT AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION FROM JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024**

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 223] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker, financial advisor, and placement agent to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this second monthly application (this "**Application**") for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

1

allowance of compensation for professional services performed by Moelis for the period from June 1, 2024, through and including June 30, 2024 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application, Moelis seeks (a) payment for compensation for services rendered in the amount of $4,433,632, which is eighty percent (80%) of Moelis' fees, for which it seeks interim allowance of $5,542,040[2] for the Compensation Period, and (b) reimbursement of actual and necessary expenses in the amount of $14,348.52 incurred during the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

## Background

1. On April 22, 2024 (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) [D.I. 67]. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 3, 2024, the U.S. Trustee appointed an official committee of unsecured creditors [D.I. 154].

2. Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the *Declaration of Stewart Glendinning, Chief Executive Officer of Express, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [D.I. 20].

---

[2] Includes $150,000 Monthly Fee and $5,392,040 net Sale Transaction Fee as defined in the Engagement Letter

3.     On June 5, 2024, the Court entered an order authorizing the Debtors to retain Moelis as investment banker, financial advisor, and placement agent, effective as of the Petition Date [D.I. 397] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to the modifications stated in the Retention Order.

### COMPENSATION REQUESTED FOR
### SERVICES RENDERED DURING THE COMPENSATION PERIOD

4.     Moelis' requested compensation for the Compensation Period includes Moelis' Monthly Fee (as defined in the Engagement Letter) of $120,000 (80% of $150,000) for its efforts from June 1, 2024 to June 30, 2024 and a net Sale Transaction Fee of $4,313,632 (80% of $5,392,040) in connection with the approval of the Debtors' sale to Phoenix Retail LLC. As stated in the engagement letter, Moelis earns a Sale Transaction Fee of two percent (2%) of the Transaction Value (as defined in the Engagement Letter). The Transaction Value is $273,352,000, with two percent (2%) of such amount equal to $5,467,040. The Engagement Letter provides that the Sale Transaction Fee is earned and payable at the initial closing of the Sale Transaction. The Sale Transaction closed on June 21, 2024. Accordingly, Moelis is entitled to the Sale Transaction Fee requested herein. As outlined in the Engagement Letter, following the payment of three Monthly Fees, 50% of the following Monthly fees thereafter shall offset against any Transaction Fees. The Compensation Period from June 1, 2024 to June 30, 2024 represents the fourth Monthly Fee and is thus 50% creditable against the Sale Transaction Fee. The Sale Transaction Fee is therefore credited 50% of Moelis' June Monthly Fee ($75,000) amounting to a net Sale Transaction Fee of $5,392,040.

5.     During the Compensation Period, Moelis' professionals rendered approximately 269.5 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order.  As stated in the Debtors' application to retain Moelis [D.I.

263], (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

6. Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. The summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

(a) **General Debtor Business/Bankruptcy Matters**. Moelis participated in frequent calls, diligence sessions, planning sessions and other periodic meetings with the Debtors and the Debtors' other professionals concerning process and strategy issues related to the bankruptcy. Moelis participated in numerous sessions with the Debtors' management and board, and prepared and presented materials and definitive documentation regarding the Debtors' business plan, strategy, financials, third party outreach and discussions and other strategic issues.

(b) **Third Party Marketing Process**. During the Compensation Period, Moelis continued to progress outreach to third parties that began prior to the Debtor's filing to gauge interest in a potential transaction involving the Debtor's assets on a consolidated or discrete basis. This outreach comprised email communications and calls covering various topics, including, but not limited to, the Debtors' business, the chapter 11 process, the pre-petition sale process and the Debtor's financial projections.

(c) **Legal Agreements and Case Filings**. Moelis worked closely with the Debtors and the Debtor's other professionals discussing the implementation and documentation of relevant legal documents and court filings, including, but not limited to, the Asset Purchase Agreement, Transaction Services Agreement and various other filings, legal documents and declarations in support of these cases.

(d) **Third-Party Diligence**. During the Compensation Period, Moelis facilitated diligence with a number of third parties, including potential financing and investment counterparties, existing creditors and the Official Committee of Unsecured Creditors (the "UCC"). These diligence efforts included meetings, calls and other written and verbal communications, providing access to virtual data rooms, financial models and other financial, operational and legal diligence materials and discussing such materials and other materials as needed.

(e) **Court Proceedings**. During the Compensation Period, Moelis attended hearings, including but not limited to the June "Omnibus" hearing on June 6, 2024, and the "sale" hearing on June 14, 2024. Moelis also assisted the Debtors and the Debtors' other advisors in preparing for these hearings and reviewing and revising various court filings. Additionally, Moelis submitted declarations and was available to provide further testimony as needed. Moelis also spent significant time preparing for and participating in court proceedings with respect to any contested matters during the chapter 11 cases, including in connection with the DIP financing and bidding procedures.

(f) **Other General Matters.** Moelis conducted general financial advisory, investment banking, and other administrative services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, addressing questions of individual members of the Debtors, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

7. Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 have been modified such that Moelis restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates.

8. To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

**REQUEST FOR REIMBURSEMENT OF EXPENSES
INCURRED DURING THE COMPENSATION PERIOD**

9. Expenses incurred by Moelis for the Compensation Period totaled $14,348.52. A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10. All of the fees and expenses for which allowance and payment is requested by Moelis in this Application are reasonable and necessary and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

[*Remainder of page intentionally left blank.*]

**WHEREFORE,** Moelis respectfully requests that an allowance be made to Moelis for $4,433,632 (eighty percent (80%) of the Monthly Fee plus the net Sale Transaction Fee totaling $5,542,040[3]) and one hundred percent (100%) of its expenses of $14,348.52 incurred during the Compensation Period. Moelis further respectfully requests payment by the Debtors of the outstanding amount of such fees and expenses, and such other and further relief as this Court deems proper.

Dated: July 5, 2024

**MOELIS & COMPANY LLC**

By: /s/ *Adam B. Keil*
Name: ADAM B. KEIL
Title: Managing Director

---

[3] Includes $150,000 Monthly Fee and $5,392,040 net Sale Transaction Fee as defined in the Engagement Letter

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 24-10831 (KBO) <br> ) <br> ) (Jointly Administered) |
| EXPRESS, INC., *et al.*,[1] | |
| Debtors. | |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES**
**FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS**
**IN DISTRICT OF DELAWARE BANKRUPTCY CASES**

I, Adam B. Keil, certify that:

1. I am a Managing Director at Moelis & Company LLC ("**Moelis**"), the investment banker, financial advisor, and placement agent to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing second monthly fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. I have read the Application and I have reviewed the requirements of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 have been modified such that Moelis restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates. As stated in the Debtors' application to retain Moelis [D.I. 263], (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

Dated: July 5, 2024    */s/ Adam B. Keil*
ADAM B. KEIL
Managing Director
Moelis & Company LLC

# EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

| Date | Adam Keil<br>Managing Director | Perry Hall<br>Managing Director | Cullen Murphy<br>Executive Director | Andrew Carlson<br>Vice President | Michael Morris<br>Vice President |
|---|---|---|---|---|---|
| 6/1/2024 | -- | -- | -- | 1.0 hour(s) | -- |
| 6/2/2024 | 1.0 hour(s) | -- | -- | 5.0 hour(s) | -- |
| 6/3/2024 | 1.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 0.5 hour(s) |
| 6/4/2024 | 3.0 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 6.0 hour(s) | 1.5 hour(s) |
| 6/5/2024 | 5.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 6.5 hour(s) | 0.5 hour(s) |
| 6/6/2024 | 2.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 1.0 hour(s) |
| 6/7/2024 | -- | -- | -- | 0.5 hour(s) | -- |
| 6/8/2024 | -- | -- | -- | -- | -- |
| 6/9/2024 | -- | -- | -- | -- | -- |
| 6/10/2024 | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 6/11/2024 | 4.0 hour(s) | 1.0 hour(s) | 1.5 hour(s) | 5.5 hour(s) | 1.5 hour(s) |
| 6/12/2024 | 3.5 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 5.5 hour(s) | 2.5 hour(s) |
| 6/13/2024 | 2.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 0.5 hour(s) |
| 6/14/2024 | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 6/15/2024 | -- | -- | -- | -- | -- |
| 6/16/2024 | -- | -- | -- | -- | -- |
| 6/17/2024 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 6/18/2024 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 6/19/2024 | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 6/20/2024 | 4.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) |
| 6/21/2024 | 2.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 6/22/2024 | 2.0 hour(s) | -- | -- | -- | -- |
| 6/23/2024 | -- | -- | -- | -- | -- |
| 6/24/2024 | 0.5 hour(s) | -- | 0.5 hour(s) | 0.5 hour(s) | -- |
| 6/25/2024 | -- | -- | -- | -- | -- |
| 6/26/2024 | 0.5 hour(s) | -- | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 6/27/2024 | -- | -- | -- | 1.0 hour(s) | -- |
| 6/28/2024 | -- | -- | -- | 1.0 hour(s) | -- |
| 6/29/2024 | -- | -- | -- | -- | -- |
| 6/30/2024 | -- | -- | -- | -- | -- |
| **Total** | **37.5 hour(s)** | **8.5 hour(s)** | **14.0 hour(s)** | **47.0 hour(s)** | **13.5 hour(s)** |

| Date | Olivier Backes Associate | John Townsley Associate | Harrison Slutzky Associate | Ishaan Kapoor Analyst | Chloe Marquez Analyst |
|---|---|---|---|---|---|
| 6/1/2024 | 0.5 hour(s) | 0.5 hour(s) | -- | 0.5 hour(s) | -- |
| 6/2/2024 | 3.5 hour(s) | 4.5 hour(s) | -- | 4.5 hour(s) | -- |
| 6/3/2024 | 6.0 hour(s) | 4.0 hour(s) | 0.5 hour(s) | 7.5 hour(s) | 0.5 hour(s) |
| 6/4/2024 | 5.0 hour(s) | 4.5 hour(s) | 1.5 hour(s) | 6.0 hour(s) | 1.5 hour(s) |
| 6/5/2024 | 5.0 hour(s) | 6.0 hour(s) | 0.5 hour(s) | 4.0 hour(s) | 0.5 hour(s) |
| 6/6/2024 | 0.5 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 6/7/2024 | -- | -- | -- | -- | -- |
| 6/8/2024 | -- | -- | -- | -- | -- |
| 6/9/2024 | 1.0 hour(s) | -- | -- | 1.0 hour(s) | -- |
| 6/10/2024 | 2.0 hour(s) | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 6/11/2024 | 4.0 hour(s) | 3.0 hour(s) | 1.5 hour(s) | 3.0 hour(s) | 1.5 hour(s) |
| 6/12/2024 | 3.0 hour(s) | 3.0 hour(s) | 2.5 hour(s) | 3.0 hour(s) | 1.5 hour(s) |
| 6/13/2024 | 1.0 hour(s) | 1.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) | 0.5 hour(s) |
| 6/14/2024 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 6/15/2024 | -- | -- | -- | -- | -- |
| 6/16/2024 | -- | -- | -- | -- | -- |
| 6/17/2024 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 6/18/2024 | 2.0 hour(s) | 1.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 6/19/2024 | 1.0 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 6/20/2024 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 6/21/2024 | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 6/22/2024 | -- | -- | -- | -- | -- |
| 6/23/2024 | -- | -- | -- | -- | -- |
| 6/24/2024 | -- | 0.5 hour(s) | -- | 0.5 hour(s) | -- |
| 6/25/2024 | 1.0 hour(s) | 1.0 hour(s) | -- | -- | -- |
| 6/26/2024 | 1.0 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 6/27/2024 | 1.0 hour(s) | 1.0 hour(s) | -- | 1.0 hour(s) | -- |
| 6/28/2024 | 1.0 hour(s) | 1.0 hour(s) | -- | 1.0 hour(s) | -- |
| 6/29/2024 | -- | -- | -- | -- | -- |
| 6/30/2024 | -- | -- | -- | -- | -- |
| **Total** | **42.0 hour(s)** | **40.0 hour(s)** | **14.0 hour(s)** | **41.0 hour(s)** | **12.0 hour(s)** |

## **EXHIBIT B — EXPENSE SUPPLEMENT**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/29/2024 | Olivier Backes | Airfare and Fees | $8.00 |
| 4/29/2024 | Olivier Backes | Airfare and Fees | $8.00 |
| 4/29/2024 | Olivier Backes | Airfare and Fees | $243.44 |
| 4/29/2024 | Olivier Backes | Airfare and Fees | $262.32 |
| 4/30/2024 | Olivier Backes | Travel Meals | $15.75 |
| 4/30/2024 | Olivier Backes | Travel Meals | $53.01 |
| 4/30/2024 | Olivier Backes | Hotel | $189.00 |
| 4/30/2024 | Olivier Backes | Ground Transportation | $56.22 |
| 4/30/2024 | Olivier Backes | Ground Transportation | $24.81 |
| 4/30/2024 | Olivier Backes | Ground Transportation | $28.80 |
| 5/1/2024 | Olivier Backes | Travel Meals | $27.15 |
| 5/1/2024 | Olivier Backes | Ground Transportation | $18.73 |
| 5/1/2024 | Olivier Backes | Ground Transportation | $88.88 |
| 5/2/2024 | John Townsley | Airfare and Fees | $9.95 |
| 5/2/2024 | Olivier Backes | Hotel | $33.08 |
| 5/3/2024 | Ishaan Kapoor | Ground Transportation | $12.95 |
| 5/8/2024 | Ishaan Kapoor | Ground Transportation | $14.88 |
| 5/14/2024 | Ishaan Kapoor | Ground Transportation | $36.94 |
| 5/19/2024 | Ishaan Kapoor | Ground Transportation | $27.96 |
| 5/29/2024 | Ishaan Kapoor | Ground Transportation | $17.00 |
| 6/3/2024 | Olivier Backes | Late Night and Weekend Meals | $35.82 |
| 6/5/2024 | Olivier Backes | Late Night and Weekend Meals | $35.83 |
| 6/10/2024 | Pashman Stein Walder Hayden Pc | Legal Fees | $13,100.00 |
| **Total** | | | **$14,348.52** |