## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10831 (KBO)<br>(Jointly Administered)<br><br>**Re: Docket No. 488**<br><br>**Hearing Date: To be determined**<br>**Objection Deadline:  July 31, 2024 at 4:00 p.m.** |

### RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 20, 2024, Stored Value Solutions filed the *Motion of Stored Value Solutions, Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Reserve and Credits* [Docket No. 488] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motion will be held on **a date to be determined** before The Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be filed by **July 31, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware, 19801.  At the same time, a copy of any objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

must be served upon the undersigned counsel so as to be received on or before the Objection

Deadline.

       **PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with

this notice, the Court may grant the relief requested and enter a final order without further notice.

Dated: July 8, 2024
Wilmington, Delaware               CROSS & SIMON, LLC

                              By: *ic/ Kevin S. Mann*
                              Kevin Mann (Del. Bar No. 4576)
                              1105 North Market Street, Suite 901
                              Wilmington, Delaware 19801
                              (302) 777-4200
                              kmann@crosslaw.com

                              *Counsel to Stored Value Solutions*