## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 8th day of July, 2024, a true and correct copy of the foregoing was sent via ECF Noticing to all parties receiving ECF Notices and upon the parties listed below:

**VIA ELECTRONIC MAIL**

Laurel Krueger
**Express, Inc.**
Email:  lakrueger@express.com

**VIA ELECTRONIC MAIL**

Joshua A. Sussberg, Esq.
Emily E. Geier, Esq.
Nicholas M. Adzima, Esq.
Charles B. Sterrett, Esq.
**Kirkland & Ellis LLP**
Email:  joshua.sussberg@kirkland.com
Email:  emily.geier@kirkland.com
Email:  nicholas.adzima@kirkland.com
Email:  charles.sterrett@kirkland.com

**VIA ELECTRONIC MAIL**

John Schanne, Esq.
**Office of the United States Trustee**
Email:  John.Schanne@usdoj.gov

**VIA ELECTRONIC MAIL**

Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
Alyssa M. Radovanovich, Esq.
Morton R. Branzburg, Esq.
**Klehr Harison Harvey Branzburg LLP**
Email:  dpacitti@klehr.com
Email:  myurkewicz@klehr.com
Email:  aradovanovich@klehr.com
Email:  mbranzburg@klehr.com

Adam Rogoff, Esq.
Robert Schmidt, Esq.
Nathaniel Allard, Esq.
**Kramer Levin Naftalils & Frankel LLP**
Email:  arogoff@kramerlevin.com
Email:  rschmidt@kramerlevin.com
Email:  nallard@kramerlevin.com

Luke Murley, Esq.
**Saul Ewing LLP**
Email:  luke.murley@saul.com

/s/ *Karen C. Bifferato*
Karen C. Bifferato (DE Bar No. 3279)