IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

## WITHDRAWAL OF CLAIM NO. 894 FILED BY MATRIX CLOTHING PRIVATE LIMITED.

I, the undersigned party, am the creditor or an authorized signatory for the below referenced claim. I hereby withdraw the below-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the Debtor referenced below.

Creditor Name: **Matrix Clothing Private Limited**
Date Filed: **02nd July, 2024**
Claim No. **894**
Debtor: **Express LLC**
Case No. **24-10831**
Total Amount of Claim Filed: **$3,653,999.16**

Dated: 09th July, 2024

*[signature]*

Dhirendra Kumar Srivastava
CFO
dk.srivastava@matrixclothing.in
+91-9818569177

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# Claim Summary

**Creditor Name** Matrix Clothing Private Limited
**Debtor Name** Express, LLC
**Debtor Case No.** 24-10835
**Claim No.** 894
**Date Filed** 07/02/2024
**Schedule No.**

## Schedule Amount

**General Unsecured**
**Admin Priority**
**Priority** $0.00
**Secured** $0.00

## Filed Claim Amount

**General Unsecured** $3,349,030.42
**Admin Priority** $304,968.74
**Priority** $0.00
**Secured** $0.00

## Current Claim Amount

**General Unsecured** $3,349,030.42
**Admin Priority** $304,968.74
**Priority**
**Secured**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Copyright © 2024 Stretto, All rights reserved.
410 Exchange, Ste 100
Irvine, CA 92602