## Exhibit 1

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | ServiceChannel.com, Inc. | ServiceChannel.com, Inc. | Billing Summary (backend system for repairs/maint) | Stores | $6940.79 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | SGS | SGS | | Sourcing | $18437.02 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | SGS VIETNAM LTD | SGS VIETNAM LTD | | Sourcing | $387.94 | Phoenix Retail, LLC | 6/21/2024 |
| 4. | SheerID | SheerID | Commissions and service fees for our military, teacher, first responder, etc. discount program | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 5. | Sidekiq | Sidekiq | Sidekiq Enterprise Production queue workers, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 6. | SIGNIFYD | SIGNIFYD | E-Commerce Performance | IT | $15492.94 | Phoenix Retail, LLC | 6/21/2024 |
| 7. | Snowflake | Snowflake | Veritiv | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 8. | Solar Windsnet | Solar Windsnet | Solar Windsnet IT Systems Management & Monitoring, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 9. | SOMELOS TECIDOS SA | SOMELOS TECIDOS SA | | Sourcing | $450.2 | Phoenix Retail, LLC | 6/21/2024 |
| 10. | SOUTHPORT GRAPHICS | SOUTHPORT GRAPHICS | Printing visuals Guideshops | Stores | $16424.75 | Phoenix Retail, LLC | 6/21/2024 |
| 11. | Speedcurve | Speedcurve | Speedcurve Latency reporting, and competitors, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 12. | Speedeon Data LLC | Speedeon Data LLC | Consulting Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 13. | Speedeon Data LLC | Speedeon Data LLC | Consultant perform Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 14. | SPS Commerce, Inc. | SPS Commerce, Inc. | Product and Services | IT | $10026.16 | Phoenix Retail, LLC | 6/21/2024 |
| 15. | St. Bernard Sports | St. Bernard Sports | Purchase and Sale of Seller's product | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 16. | St. Bernard Sports | St. Bernard Sports | Retail | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 17. | Statuspage.io | Statuspage.io | Statuspage.io Uptime status, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 18. | Stericycle, Inc | Stericycle, Inc | | TBD | $2287.04 | Phoenix Retail, LLC | 6/21/2024 |
| 19. | Stitch | Stitch | Stitch - Legacy DPI ETL Tool | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 20. | Stitch Fix, Inc. | Stitch Fix, Inc. | Modify Vendor Manual and/or Terms and Conditions | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 21. | Stitch Fix, Inc. | Stitch Fix, Inc. | Personal Styling Service | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 22. | SUCCESSORI REDA S.P.A | SUCCESSORI REDA S.P.A | | Sourcing | $218 | Phoenix Retail, LLC | 6/21/2024 |
| 23. | TERMINIX INTERNATIONAL | TERMINIX INTERNATIONAL | | Stores | $3459.15 | Phoenix Retail, LLC | 6/21/2024 |
| 24. | TEXTIL SANTANDERINA, S.A. | TEXTIL SANTANDERINA, S.A. | | Sourcing | $180 | Phoenix Retail, LLC | 6/21/2024 |
| 25. | The Bindery, LLC | The Bindery, LLC | Services performed by Consultant | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 26. | The Critical Fit, Inc | The Critical Fit, Inc | Fit model | Sourcing | $3600 | Phoenix Retail, LLC | 6/21/2024 |
| 27. | The Golf Warehouse | The Golf Warehouse | Purchase and Sale of Goods | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 28. | The Golf Warehouse | The Golf Warehouse | Retail | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 29. | The New York Times Company | The New York Times Company | Purchase, sale and use of Licensed material | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 30. | The O'Keefe Group, LLC | The O'Keefe Group, LLC | Guidelshops waste mgmt | Stores | $282.62 | Phoenix Retail, LLC | 6/21/2024 |
| 31. | The Paradies Shops, LLC | The Paradies Shops, LLC HDS Retail North America, LLC d/b/a Paradies Lagardere Travel Retail | Purchase and Sale of Merchandise | Other | $0 | Phoenix Retail, LLC | |
| 32. | THE PLAYLIST GENERATIO N LLC | THE PLAYLIST GENERATION LLC | | Stores | $12975.08 | Phoenix Retail, LLC | 6/21/2024 |
| 33. | The Weeks Lerman Group, LLC | The Weeks Lerman Group, LLC | Guideshop supplies | Stores | $9306.26 | Phoenix Retail, LLC | 6/21/2024 |
| 34. | TJX Companies, Inc. | TJX Companies, Inc. | Purchase and Sale of Goods | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 35. | TPG Architechture, LLP | TPG Architechture, LLP | Schematic Design and Consolidation Test-Fit Plan | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 36. | Tramaine Colvin | Tramaine Colvin | Services performed by influencer | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |

-3-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 37. | Transatlantic Design Company | Transatlantic Design Company | | TBD | $544.38 | Phoenix Retail, LLC | 6/21/2024 |
| 38. | Triangle Sign Services, LLC | Triangle Sign Services, LLC | Signage | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 39. | Triangle Sign Services, LLC | Triangle Sign Services, LLC | Signage | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 40. | Triangle Sign Services, LLC | Triangle sign services, LLC | Storefront sign | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 41. | Triangle Sign Services, LLC | Triangle sign services, LLC | Storefront sign | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 42. | Twilio Inc | Twilio Inc | | IT | $26951.91 | Phoenix Retail, LLC | 6/21/2024 |
| 43. | User Testing Inc | UserTesting, Inc. | Insight Core - Unlimited Licensed User (Premium Edition)<br><br>10 Digital Property Bundle | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 44. | Validity/Everest | Validity/Everest | E-mail management tool. | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 45. | Van Maur, Inc. | Van Maur, Inc. | Distribution and sale of Goods | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 46. | Van Maur, Inc. | Van Maur, Inc. | General Terms and Conditions of Von Muar Purchase Orders | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 47. | VANTAGE APPAREL | VANTAGE APPAREL | | Sourcing | $543.68 | Phoenix Retail, LLC | 6/21/2024 |
| 48. | Walmart Inc. | Walmart Inc. | New Relic Subscription | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 49. | WASTE MANAGEMENT | WASTE MANAGEMENT | Guideshops waste mgmt | Stores | $592.92 | Phoenix Retail, LLC | 6/21/2024 |

-4-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 50. | WEB FUTURE STUDIO | WEB FUTURE STUDIO | | Marketing | $7902 | Phoenix Retail, LLC | 6/21/2024 |
| 51. | WebType | WebType | WebType Webfonts, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 52. | Wilco | Wilco | Strategy and production support for brand awareness campaigns | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 53. | Wink Software, LLC | Wink Software LLC | IT | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 54. | Wink Software, LLC | Wink Software LLC. | Contractual Agreement for Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 55. | Wink Software, LLC | Wink Software LLC. | Contractual Agreement for Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 56. | Wink Software, LLC | Wink Software, LLC | Software | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 57. | Wirecutter, Inc | Wirecutter, Inc | Purchase, sale and use of Licensed material | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 58. | Wright's Media, LLC | Wright's Media, LLC | To use a replica of Licensor's quote and/or Licensor's logo featured Men's Health and Esquire mastheads/logos | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 59. | Wright's Media, LLC | Wright's Media, LLC | To use a replica of Licensor's quote and/or Licensor's logo featured in the article Bonobos' Off Duty Pants Live Up to the Name— and Just Got Restocked | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 60. | Wufoo.com | Wufoo.com | Wufoo.Com - Customer facing forms , Gift | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-5-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| | | | return, Exchange request, Catalog Unsub *New from Customer Service | | | | |
| 61. | Yext | Yext, Inc | Software | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 62. | Yext | Yext, Inc. | Product Subscription | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 63. | Yext | Yext, Inc. | Subscription Schedule | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 64. | Yext | Yext, Inc. | Various Products and Services for Subscription | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 65. | Yext | Yext, Inc. | Various Products and Services for Subscription | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 66. | Yext | Yext, Inc. | Various Products and Services for Subscription | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 67. | Zebrafish Labs Inc. dba ImgIX | Zebrafish Labs Inc. dba ImgIX | Contract of Services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 68. | Zebrafish Labs Inc. dba ImgIX | Zebrafish Labs Inc. dba ImgIX | Software | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 69. | Maersk A/S | Maersk Agency U.S.A., Inc. | Logistics Services | Logistics | $0 | Phoenix Retail, LLC | 6/21/2024 |