**Exhibit 1**

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | Bamboo Rose | Bamboo Rose | Software - Annual Maintenance and Support Services | IT | $151,694 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | Kronos | Kronos | Software - Workforce Analytics | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | Melissa Data | Melissa Data | Software - Melissa Data, 25mil WebSmart Service, 60k Global Address Verification, Zip data - 18 month term | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 4. | Cyxtera Communicatio ns LLC | Cyxtera Communications LLC | Data center colocation for disaster recovery (Software) | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 5. | 0-MILE CORP | 0-MILE CORP | | TBD | 2524.7 | Phoenix Retail, LLC | 6/21/2024 |
| 6. | 2KW ENTERPRISE S LLC DBA FISH WINDOW CLEANING | 2KW ENTERPRISES LLC DBA FISH WINDOW CLEANING | | Stores | $56 | Phoenix Retail, LLC | 6/21/2024 |
| 7. | AB Tasty Inc. | AB Tasty Inc. | Information-technology-related services | Marketing | $18500 | Phoenix Retail, LLC | 6/21/2024 |
| 8. | AbrahamMoon &SonsLtd. | AbrahamMoon&So nsLtd. | | Sourcing | $1191.83 | Phoenix Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 9. | ACADEMY FIRE LIFE SAFETY LLC | ACADEMY FIRE LIFE SAFETY LLC | Fire extinguisher and sign maintenance for Guideshops | Stores | $5566.8 | Phoenix Retail, LLC | 6/21/2024 |
| 10. | Adrienne Nyamsi | Adrienne Nyamsi | Consulting services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 11. | ADT | ADT Commercial solutions | eSuite Premier | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 12. | ADT | ADT LLC | Security | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 13. | ADT | ADT LLC | Security | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 14. | ADT | ADT LLC | Security | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 15. | ADT | ADT LLC | Security | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 16. | ADT | ADT LLC | Security | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 17. | ADT | ADT LLC | Security | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 18. | ADT | ADT LLC dba ADT Security Services | Alarm Monitoring and Notification Services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 19. | ADT | ADT LLC dba ADT Security Services | Alarm Monitoring and Notification Services | Stores | | Phoenix Retail, LLC | 6/21/2024 |

-2-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 20. | ADT | ADT LLC dba ADT Security Services | Alarm Monitoring and Notification Services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 21. | ADT | ADT LLC dba ADT Security Services | Alarm Monitoring and Notification Services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 22. | ADT | ADT LLC dba ADT Security Services | Alarm Monitoring and Notification Services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 23. | ADT | ADT LLC dba ADT Security Services | Alarm Monitoring and Notification Services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 24. | ADT | ADT LLC dba ADT Security Services | Alarm Monitoring and Notification Services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 25. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 26. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 27. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 28. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 29. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 30. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |

-3-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 31. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 32. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 33. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 34. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 35. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | $4812.02 | Phoenix Retail, LLC | 6/21/2024 |
| 36. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 37. | ADT | ADT LLC dba ADT Security Services ("ADT") | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 38. | ADT | Adt, LLC | Monitoring, Signal Receiving and Notification Services, | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 39. | ADT | Adt, LLC | Monitoring, Signal Receiving and Notification Services, | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 40. | ADT | Adt, LLC | Monitoring, Signal Receiving and Notification Services, | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 41. | ADT | Adt, LLC | Pricing based on cabling required for CCTV system | Stores | | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 42. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 43. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 44. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 45. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 46. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 47. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 48. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 49. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 50. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 51. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |
| 52. | ADT | ADT, LLC | Surveillance services | Stores | | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 53. | Adyen B.V. | Adyen B.V. | Acquiring addendum | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 54. | Adyen B.V. | Adyen B.V. | Bin sponsors | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 55. | Adyen B.V. | Adyen B.V. | Bin sponsors | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 56. | Adyen B.V. | Adyen B.V. | Extend acceptance of Card Scheme products | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 57. | Adyen B.V. | Adyen B.V. | IT Services -Payment Terminal | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 58. | Adyen B.V. | Adyen B.V. | Network Token Service | IT | $36868.55 | Phoenix Retail, LLC | 6/21/2024 |
| 59. | Adyen B.V. | Adyen B.V. | Pricing for services | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 60. | Adyen B.V. | Adyen B.V. | Processing of Personal Data under the Merchant Agreement | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 61. | Adyen B.V. | Adyen B.V. Adyen Client Management Foundation | Delivery of payment processing and ancillary services | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 62. | Adyen B.V. | Adyen B.V. Adyen Client Management Foundation | Payment processing and acquiring services | IT | | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 63. | Adyen B.V. | Adyen B.V. Adyen Client Management Foundation | Payment processing and acquiring services | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 64. | Adyen B.V. | Adyen N.V. | DataProcessing Agreement | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 65. | Adyen B.V. | Adyen N.V. | Pricing for Services | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 66. | Adyen B.V. | Adyen N.V. | Pricing for Services | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 67. | Affirm, Inc. | Affirm, Inc. | Direct and Virtual Card | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 68. | Affirm, Inc. | Affirm, Inc. | Services Fee and other Terms Information | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 69. | AFS, LLC | AFS, LLC | | TBD | $41.57 | Phoenix Retail, LLC | 6/21/2024 |
| 70. | AI ALTIUS US BIDCO INC DBA ENCORA DIGITAL LLC | AI ALTIUS US BIDCO INC DBA ENCORA DIGITAL LLC | | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 71. | AJ SQUARED SECURITY INC | AJ SQUARED SECURITY INC | OVernight guards at Guideshops | Stores | $4815.93 | Phoenix Retail, LLC | 6/21/2024 |
| 72. | Alan Kilman Sales, Inc. | Alan Kilman Sales, Inc. | Pickup, Purchase and Sale of Products or Goods | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |

-7-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 73. | Alexandra Greifeld | Alexandra Greifeld | Consulting services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 74. | Alexandra Greifeld | Alexandra Greifeld | Customer Insights Proposal | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 75. | Amperity, Inc. | Amperity, Inc. | Customer data platform and customer segmentation tool | Marketing | $108971 | Phoenix Retail, LLC | 6/21/2024 |
| 76. | Amplitude, Inc | Amplitude, Inc | Modifying the contractual terms | IT | $5765.54 | Phoenix Retail, LLC | 6/21/2024 |
| 77. | Amplitude, Inc | Amplitude, Inc | Subscription services | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 78. | Anand | Anand | Contractual agreement for services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 79. | ANITA'S TEXTILES LTD. | ANITA'S TEXTILES LTD. | | Sourcing | $927.5 | Phoenix Retail, LLC | 6/21/2024 |
| 80. | Apixu | Apixu | apixu Weather api for mobile app, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 81. | Apple | Apple | Apple online Developer account for mobile app, 3x enterprise accounts | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 82. | Arthur Kelso | Arthur Kelso | Services performed by influencer | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 83. | ASSEMBLED, INC | ASSEMBLED, INC | Scheduling for CX | Marketing | $3375 | Phoenix Retail, LLC | 6/21/2024 |

-8-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 84. | Atlassian | Atlassian | Atlassian (Jira & Confluence products) | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 85. | Avalara, Inc. | Avalara, Inc. | Modifies the Avalara Service Terms and Conditions | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 86. | Avalara, Inc. | Avalara, Inc. | Product and Professional Services | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 87. | Bandwave Systems LLC | Bandwave Systems LLC | Conducting credit check | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 88. | Bandwave Systems LLC | Bandwave Systems LLC | OngoingMonitoring and support | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 89. | Bandwave Systems LLC | Bandwave Systems LLC | Guideshops networking | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 90. | BDA | BDA | Retail Supply | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 91. | Belk, Inc. | Belk, Inc. | Merchandising & Design | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 92. | Belk, Inc. | Belk, Inc. | National Brands Vendor Business Requirements | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 93. | Ben Alsop | Ben Alsop | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 94. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 95. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Exhibit A subject to terms of Photographer Services Agreement | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 96. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Exhibit A subject to terms of Photographer Services Agreement | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 97. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Exhibit A subject to terms of Photographer Services Agreement | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 98. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Exhibit A subject to terms of Photographer Services Agreement | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 99. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Exhibit A subject to terms of Photographer Services Agreement | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |