IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC, *et al.,*[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 16, 2024 AT 10:30 A.M. (ET)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

CONTINUED MATTERS:

1. Motion of Stored Value Solutions, Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief from the Automatic Stay to Effectuate Setoff of Reserve and Credits [Docket No. 488; Filed 6/20/2024]

    Related Documents:

    A. Re-Notice of Motion of Stored Value Solutions, Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief from the Automatic Stay to Effectuate Setoff of Reserve and Credits [Docket No. 582; Filed 7/8/2024]

    Response Deadline:   July 5, 2024 at 4:00 p.m.; re-noticed for July 31, 2024 at 4:00 p.m.

    Responses Received:  None to date.

    Status:   This matter has been continued until a date to be determined.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Dated: July 10, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Michael W. Yurkewicz* | |
| KLEHR HARRISON HARVEY BRANZBURG LLP | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone:  (302) 426-1189 | Telephone:  (212) 446-4800 |
| Facsimile:  (302) 426-9193 | Facsimile:  (212) 446-4900 |
| Email:  dpacitti@klehr.com<br>         myurkewicz@klehr.com<br>         aradvanovich@klehr.com | Email:  joshua.sussberg@kirkland.com<br>         emily.geier@kirkland.com<br>         nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone:  (215) 569-3007 | Telephone:  (312) 862-2000 |
| Facsimile:  (215) 568-6603 | Facsimile:  (312) 862-2200 |
| Email:  mbranzburg@klehr.com | Email:  charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

11024506.v2