**Exhibit 1**

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Perform Photography Services for Bonobos | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 4. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 5. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 6. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 7. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 8. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 9. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 10. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 11. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 12. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 13. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 14. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 15. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 16. | Ben Alsop | Ben Alsop c/o Thomas Treuhaft | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 17. | Ben Alsop | Thomas Treuhaft ("Agent") on behalf of Ben Alsop | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 18. | Ben Alsop | Thomas Treuhaft ("Agent") on behalf of Ben Alsop | Bettina Budewig | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 19. | Beproduct | Beproduct | Be Product License - B product PLM system, $75 /user per month x 45 | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 20. | Beproduct | Beproduct | BeProduct Support | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-2-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 21. | BIELLA MANIFATTU RE-MARLANE DIV | BIELLA MANIFATTURE-MARLANE DIV | | Sourcing | $318 | Phoenix Retail, LLC | 6/21/2024 |
| 22. | BIG EDDY ENTERPRISE S, INC DBA FISH WINDOW CLEAN | BIG EDDY ENTERPRISES, INC DBA FISH WINDOW CLEAN | | Stores | $290 | Phoenix Retail, LLC | 6/21/2024 |
| 23. | Big Photographic Limited | Big Photographic Limited | Consultation services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 24. | Boomi | Boomi, Inc. | IT Services - Software Products | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 25. | Boomi | Boomi, Inc. | Maintenance and Support Offering | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 26. | Boomi | Boomi, LP | Details and sets forth terms related to Customer's purchase of the Managed Cloud Services solution. | IT | $115302.8 | Phoenix Retail, LLC | 6/21/2024 |
| 27. | Boomi | Boomi, LP | Regression Testing, suggest Best Practices, Centralized monitoring, Visual Designer etc. | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 28. | Boomi | Boomi, LP | To provide certain services by Boomi | IT | | Phoenix Retail, LLC | 6/21/2024 |

-3-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 29. | BOSSA | BOSSA | | Sourcing | $555.43 | Phoenix Retail, LLC | 6/21/2024 |
| 30. | Box, Inc. | Box, Inc. | Enterprise Account Licenses, SmartStart | Marketing | | Phoenix Retail, LLC | 6/21/2024 |
| 31. | Box, Inc. | Box, Inc. | IT Services | Marketing | $742.85 | Phoenix Retail, LLC | 6/21/2024 |
| 32. | Box, Inc. | Box, Inc. | IT Services | Marketing | | Phoenix Retail, LLC | 6/21/2024 |
| 33. | Box.com | Box.com | Box.com (Cloud based file sharing/storage platform) | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 34. | Brian Coats | Brian Coats | Consulting Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 35. | Browserstack.com | Browserstack.com | Browserstack.com Cross broswer testing, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 36. | BullsEye Telecom Inc | BullsEye Telecom Inc | MSP for Network for all Guideshop. Includes monthly cost of internet and phones | IT | $117842.8 | Phoenix Retail, LLC | 6/21/2024 |
| 37. | C H Robinson International, Inc | C H Robinson International, Inc | Logistics services | Supply Chain | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 38. | CAIAS KIM | CAIAS KIM | | TBD | $450 | Phoenix Retail, LLC | 6/21/2024 |

-4-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 39. | Calendly, LLC | Calendly, LLC | IT Services - Scheduling Platform | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 40. | Calendly, LLC | Calendly, LLC | Software Services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 41. | CAMBELL HUNT PUCKETT DBA YOU SHOULD WEAR THAT LTD | CAMBELL HUNT PUCKETT DBA YOU SHOULD WEAR THAT LTD | | Marketing | $14000 | Phoenix Retail, LLC | 6/21/2024 |
| 42. | Camelot Window Cleaning | Camelot Window Cleaning | | Stores | $240 | Phoenix Retail, LLC | 6/21/2024 |
| 43. | CAPITOL LIGHT | CAPITOL LIGHT | Guideshops lighting | Stores | $17653.81 | Phoenix Retail, LLC | 6/21/2024 |
| 44. | CBRE GWS LLC | CBRE GWS LLC | | TBD | $227.8 | Phoenix Retail, LLC | 6/21/2024 |
| 45. | CBS Interactive, Inc. | CBS INTERACTIVE INC. | Marketing | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 46. | CBS Interactive, Inc. | CBS INTERACTIVE INC. | Marketing | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 47. | CBS Interactive, Inc. | CBS INTERACTIVE INC. | Marketing | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |

-5-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 48. | CBS Interactive, Inc. | CBS INTERACTIVE INC. | Marketing | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 49. | CBS Interactive, Inc. | CBS Interactive, Inc. | Series of golf related videos | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 50. | CBS Interactive, Inc. | CBS Interactive, Inc. | Series of golf related videos | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 51. | CBS Interactive, Inc. | CBS Interactive, Inc. | Series of golf related videos | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 52. | Celigo, Inc | Celigo, Inc | Use of software services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 53. | Cgstpete LLC | Cgstpete LLC | Promotion and sale of products | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 54. | Circleci | Circleci | Circleci Continuous integration, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 55. | City of Houston -ARA Burglar Alarm Administration | City of Houston - ARA Burglar Alarm Administration | | Stores | $156.64 | Phoenix Retail, LLC | 6/21/2024 |
| 56. | CITY OF LOS ANGELES | CITY OF LOS ANGELES | Guidehsops utilities / city fee | Stores | $229 | Phoenix Retail, LLC | 6/21/2024 |
| 57. | Civa Technologies | Civa Technologies | Consulting services | IT | $12000 | Phoenix Retail, LLC | 6/21/2024 |

-6-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 58. | Concrete Media Limited | Concrete Media Limited | Software products | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 59. | Concrete Media Limited | Concrete Media Limited | IT Services - Software Products | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 60. | Concur Technologies | Concur Technologies, Inc. | Cancel Web Services | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 61. | Concur Technologies | Concur Technologies, Inc. | Travel & Expense | IT | $4392.06 | Phoenix Retail, LLC | 6/21/2024 |
| 62. | Concur Technologies | Concur Technologies, Inc. | Travel & Expense | IT | | Phoenix Retail, LLC | 6/21/2024 |
| 63. | Constructor.io | Constructor.io | Browse Software Products | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 64. | Constructor.io | Constructor.io | Constructor.io Search PaaS, Will include Mobile so it went up from $375K to $450K | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 65. | Constructor.io | Constructor.io Corporation | Assignment of certain assets and liabilities of Walmart Inc. to Bonobos | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 66. | Contentful Inc | Contentful Inc | Contractual agreement for services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 67. | Contract Datascan, LP | Contract Datascan, LP | Guideshops inventory audit services | Stores | $18744.7 | Phoenix Retail, LLC | 6/21/2024 |

-7-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 68. | Convey | Convey | Convey | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 69. | COPEN UNITED LLC | COPEN UNITED LLC | | TBD | $1276.3 | Phoenix Retail, LLC | 6/21/2024 |
| 70. | CORNELL STOREFRONT SYSTEMS INC | CORNELL STOREFRONT SYSTEMS INC | | TBD | $7147.6 | Phoenix Retail, LLC | 6/21/2024 |
| 71. | Creative Circle, LLC | Creative Circle, LLC | | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 72. | Dash Hudson | Dash Hudson | Social media reporting | Marketing | $8996 | Phoenix Retail, LLC | 6/21/2024 |
| 73. | Datadog, Inc. | Datadog, Inc. | List mentioned for the Committed Services- Datadog Pro Plan | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 74. | De Facto, Inc. | De Facto, Inc. | Desi Santiago | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 75. | Delighted | Delighted | NPS provider | Marketing | $14686.15 | Phoenix Retail, LLC | 6/21/2024 |
| 76. | DESelect B.V. | DESelect B.V | Product and Services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 77. | DESelect B.V. | DESelect B.V | Product and Services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 78. | DESelect B.V. | DESelect B.V | Purchase and implementation of software platform | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 79. | DESelect B.V. | DESelect B.V. | Software | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 80. | DESelect B.V. | DESelect B.V. | Software | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 81. | DESelect B.V. | DESelect B.V. | Software | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 82. | Digicert | Digicert | Digicert SSL certificates, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 83. | DM Connect LLC | DM Connect LLC | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 84. | DM Connect LLC | DM Connect LLC | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 85. | DM Connect LLC | DM Connect LLC, d/b/a DuMont Project | Affiliate Strategy and Managed Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 86. | DM Connect LLC | DM Connect LLC, d/b/a DuMont Project | Consulting and other services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 87. | DM Connect LLC | DM Connect LLC, d/b/a DuMont Project | Search Engine Optimization | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 88. | Dotcom Distribution Corp. | Dotcom Distribution Corp. | Provide overflow storage and distribution services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

-9-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 89. | EIGHTEEN INTERNATIONAL LTD | EIGHTEEN INTERNATIONAL LTD | | TBD | $1056.51 | Phoenix Retail, LLC | 6/21/2024 |
| 90. | Emma Jane Gregory-Brittain | Emma Jane Gregory-Brittain | Contractual agreement for services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 91. | Envoy | Envoy | Information security and privacy program Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 92. | Epidemic Sound US, Inc. | Epidemic Sound US, Inc. | Contractual Agreement for Services | Marketing | $8996.4 | Phoenix Retail, LLC | 6/21/2024 |
| 93. | Epidemic Sound US, Inc. | Epidemic Sound US, Inc. | Subscription services | Marketing | | Phoenix Retail, LLC | 6/21/2024 |
| 94. | Eric Hurd | Eric Hurd | Contractual agreement for services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 95. | Esther Park | Esther Park | | Marketing | $5000 | Phoenix Retail, LLC | 6/21/2024 |
| 96. | Fabscrap, Inc. | Fabscrap, Inc. | Fabric Scrap reuse and recycling services | Sourcing | $3700 | Phoenix Retail, LLC | 6/21/2024 |
| 97. | FACES PICTURES LTD. | FACES PICTURES LTD. | | Marketing | $700 | Phoenix Retail, LLC | 6/21/2024 |
| 98. | FEDEX | FEDEX | | Supply Chain | $186.02 | Phoenix Retail, LLC | 6/21/2024 |
| 99. | FILCO CARTING CORP | FILCO CARTING CORP | | TBD | $2682.68 | Phoenix Retail, LLC | 6/21/2024 |

-10-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 100. | FISH WINDOW CLEANING COLLEGEVILLE | FISH WINDOW CLEANING COLLEGEVILLE | | Stores | $354 | Phoenix Retail, LLC | 6/21/2024 |

-11-