**Exhibit 1**

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | FISH WINDOW CLEANING OF RICHARDSON | FISH WINDOW CLEANING OF RICHARDSON | | Stores | $135.3 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | FISH WINDOW CLEANING OF WINE COUNTRY | FISH WINDOW CLEANING OF WINE COUNTRY | | Stores | $252 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | Fish Window Cleaning Riverdale | Fish Window Cleaning Riverdale | | Stores | $49 | Phoenix Retail, LLC | 6/21/2024 |
| 4. | FISH WINDOW OF WOBURN MA | FISH WINDOW OF WOBURN MA | | Stores | $80 | Phoenix Retail, LLC | 6/21/2024 |
| 5. | Flexport, Inc. | Flexport, Inc. | | Supply Chain | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 6. | Ford Models Inc. | Ford Models Inc. | A one-day photography shoot with photographer Jack O'Connor | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 7. | Frere-Jones Type LLC | Frere-Jones Type LLC | Trial Font Software | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 8. | Gal Friday | Gal Friday | Budget Management and Event Production | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 9. | Gal Friday | Gal Friday | Budget Management and Event Production | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 10. | Gal Friday | Gal Friday, LLC | Budget Management and Event Production | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 11. | Gal Friday | Gal Friday, LLC | Budget Management and Event Production | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 12. | Gemfury | Gemfury | gemfury Ruby library repo, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 13. | Getty Images, Inc. | Getty Images, Inc. | Commercial Terms | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 14. | Getty Images, Inc. | Getty Images, Inc. | Commercial Terms | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 15. | Gibbons Company Ltd. | Gibbons Company Ltd. | Purchase and Sale of Seller's product | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 16. | Gibbons Company Ltd. | Gibbons Company Ltd. | Wholesale | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 17. | Github | Github | Github Code repo, Think WMT rates instance in 2017 Q4 | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 18. | GoDaddy | GoDaddy | GoDaddy Domains, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 19. | GS1 | GS1 | GS1 *new from Ops - UPC code | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-2-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 20. | Gurus Solutions USA, Inc. | Gurus Solutions USA, Inc. | Providing cloud solutions | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 21. | GXS | GXS | GXS EDI Catalog, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 22. | Hevo | Hevo | Hevo (replaces Equalum) - Database event and integration platform | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 23. | HINCKLEY SPRINGS | HINCKLEY SPRINGS | Water supplies | Stores | $96.23 | Phoenix Retail, LLC | 6/21/2024 |
| 24. | HL Group Partners, LLC | HL Group Partners, LLC | Consultant perform Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 25. | Host Analytics, Inc. | Host Analytics, Inc. | Providing services and deliverables | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 26. | HotJar | HotJar | Site heat mapping and user experience platform | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 27. | Hound Code | Hound Code | Hound Code quality, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 28. | I Want That Money Inc. | I Want That Money Inc. | Furnishing Services of Nick Kroll for Bonobos Fall '22 advertising and marketing campaign | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 29. | ICON DESIGN | ICON DESIGN | Guideshops fixture design | Stores | $1912 | Phoenix Retail, LLC | 6/21/2024 |

-3-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 30. | InstaKey Security Systems LLC | InstaKey Security Systems LLC | Guideshops keys | Stores | $2771.65 | Phoenix Retail, LLC | 6/21/2024 |
| 31. | INTERTEK TESTING SERVICES HONG KONG LTD. | INTERTEK TESTING SERVICES HONG KONG LTD. | | Sourcing | $522.52 | Phoenix Retail, LLC | 6/21/2024 |
| 32. | J.&K. Project Management Consultants | J.&K. Project Management Consultants, dba ACT Construction, LLC | Contractual services agreement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 33. | J.&K. Project Management Consultants | J.&K. Project Management Consultants, dba ACT Construction, LLC | Contractual services agreement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 34. | J.&K. Project Management Consultants | J.&K. Project Management Consultants, dba ACT Construction, LLC | Contractual services agreement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 35. | JAMF | JAMF | JAMF Pro (IT tool used to remotely support & manage Macs & ipads) | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 36. | Jeanne Yang | Jeanne Yang | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 37. | John Scott Gilbreath | John Scott Gilbreath | | Marketing | $350 | Phoenix Retail, LLC | 6/21/2024 |

-4-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 38. | JOHNSON CONTROLS FIRE PROTECTION LP | JOHNSON CONTROLS FIRE PROTECTION LP | Guideshops fire protection services | Stores | $1224.01 | Phoenix Retail, LLC | 6/21/2024 |
| 39. | JOHNSON CONTROLS SECURITY SYSTEMS | JOHNSON CONTROLS SECURITY SYSTEMS | Guideshops | Stores | $884.84 | Phoenix Retail, LLC | 6/21/2024 |
| 40. | JorDean LLC | JorDean LLC | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 41. | JS Reps Miami dba ART DEPARTMENT | JS Reps Miami dba ART DEPARTMENT | | Marketing | $2400 | Phoenix Retail, LLC | 6/21/2024 |
| 42. | Julia Rothman | Julia Rothman | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 43. | Kantar | Kantar | Tracking Program Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 44. | KCD Global Retail Solutions LLC | KCD Global Retail Solutions LLC | Consultant services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 45. | KETER ENVIRONMENTAL SERVICES, INC. | KETER ENVIRONMENTAL SERVICES, INC. | Waste mgmt Guideshops | Stores | $3259.42 | Phoenix Retail, LLC | 6/21/2024 |
| 46. | KOOJOO GLOBAL | KOOJOO GLOBAL | | Sourcing | $121.9 | Phoenix Retail, LLC | 6/21/2024 |

-5-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 47. | KRAMER + KRAMER | KRAMER + KRAMER | | Marketing | $1000 | Phoenix Retail, LLC | 6/21/2024 |
| 48. | KWT Global, LLC | KWT Global, LLC | Amend to restate the Term and Payment Terms | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 49. | KWT Global, LLC | KWT Global, LLC HL Group Partners, LLC | Consent to Assignment | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 50. | LANIFICIO DI TOLLEGNO S.P.A | LANIFICIO DI TOLLEGNO S.P.A | | Sourcing | $4283.5 | Phoenix Retail, LLC | 6/21/2024 |
| 51. | LANIFICIO FRATELLI TALLIA DI DELFINO | LANIFICIO FRATELLI TALLIA DI DELFINO | | Sourcing | $1740.1 | Phoenix Retail, LLC | 6/21/2024 |
| 52. | Lanificio Roma S.R.L | Lanificio Roma S.R.L | | Sourcing | $410.01 | Phoenix Retail, LLC | 6/21/2024 |
| 53. | LANIFICIO SUBALPINO SRL | LANIFICIO SUBALPINO SRL | | Sourcing | $2049.12 | Phoenix Retail, LLC | 6/21/2024 |
| 54. | LANIFICIO TG DI FABIO SPA | LANIFICIO TG DI FABIO SPA | | Sourcing | $844.2 | Phoenix Retail, LLC | 6/21/2024 |
| 55. | LANIFICIO NOVA FIDES | LANIFICIO NOVA FIDES | | Sourcing | $528.63 | Phoenix Retail, LLC | 6/21/2024 |
| 56. | Laura Scott | Laura Scott | Services performed by influencer | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 57. | Leadology LLC | Leadology LLC | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 58. | Leadology LLC | Leadology LLC | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 59. | Leadology LLC | Leadology LLC | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 60. | LES Editorial Inc. | LES Editorial Inc. | Services provided by Influencer | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 61. | Lightspeed NuOrder Inc | Lightspeed NuOrder Inc | Purchase of software services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 62. | Lightspeed NuOrder Inc | Lightspeed NuOrder Inc | Purchase of software services | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 63. | Litmus Cross | Litmus Cross | Litmus Cross platform email testing, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 64. | Load Impact | Load Impact | Load Impact Load testing, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 65. | Looker Data Sciences, Inc. | Looker Data Sciences, Inc. | Marketing | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 66. | Looker Data Sciences, Inc. | Looker Data Sciences, Inc. | Marketing | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 67. | Looker Data Sciences, Inc. | Looker Data Sciences, Inc. | Marketing | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |

-7-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 68. | Loqate | Loqate | Loqate - Address validation | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 69. | LucidChart | LucidChart | LucidChart (Web based diagramming and flow chart software) | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 70. | Mac Software | Mac Software | Mac Software (Runs Windows Applications) | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 71. | Maestro | Maestro | Maestro - Quality Assurance , $12 / agent. 100 Agents *New from Customer Service | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 72. | MaestroQA, Inc | MaestroQA, Inc | QA for CX | Marketing | $3760.54 | Phoenix Retail, LLC | 6/21/2024 |
| 73. | MANIFATTURA EMMETEX SPA | MANIFATTURA EMMETEX SPA | | Sourcing | $1879.92 | Phoenix Retail, LLC | 6/21/2024 |
| 74. | MANTECO SPA | MANTECO SPA | | Sourcing | $359 | Phoenix Retail, LLC | 6/21/2024 |
| 75. | MARZOTTO LAB S.R.L | MARZOTTO LAB S.R.L | | Sourcing | $3879.82 | Phoenix Retail, LLC | 6/21/2024 |
| 76. | MARZOTTO WOOL MANUFACTURING | MARZOTTO WOOL MANUFACTURING | | Sourcing | $5516.6 | Phoenix Retail, LLC | 6/21/2024 |
| 77. | Mason Growth Partners LLC | Mason Growth Partners LLC | Supplier agrees to sell and perform Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

-8-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 78. | Micoli, LLC | Micoli, LLC | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 79. | MICROSOFT ONLINE, INC. | MICROSOFT ONLINE, INC. | | IT | $28704.43 | Phoenix Retail, LLC | 6/21/2024 |
| 80. | MRB SERVICES LLC DBA FISH WINDOW CLEANING | MRB SERVICES LLC DBA FISH WINDOW CLEANING | | Stores | $384 | Phoenix Retail, LLC | 6/21/2024 |
| 81. | Mustafa Dawoodbhoy | Mustafa Dawoodbhoy | Wholesale account | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 82. | Myers-Holum, Inc. | Myers-Holum, Inc. | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 83. | Myers-Holum, Inc. | Myers-Holum, Inc. | Implementation services engagement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 84. | Myers-Holum, Inc. | Myers-Holum, Inc. | Implementation services engagement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 85. | Myers-Holum, Inc. | Myers-Holum, Inc. | Implementation services engagement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 86. | Myers-Holum, Inc. | Myers-Holum, Inc. | Implementation services engagement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 87. | Myers-Holum, Inc. | Myers-Holum, Inc. | Implementing, configuring, customizing and/or integrating | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 88. | Myers-Holum, Inc. | Myers-Holum, Inc. | applications into client's business environment Professional Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 89. | NameCheap | NameCheap | NameCheap Domain hosting, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 90. | National Jean Company, LLC | National Jean Company, LLC | Contractual agreement for services | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 91. | National Jean Company, LLC | National Jean Company, LLC | Contractual agreement for services | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 92. | NetSuite, Inc | Netsuite Inc. | Software | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 93. | NetSuite, Inc | Netsuite Inc. | Software | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 94. | NetSuite, Inc | Netsuite Inc. | Software | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 95. | NetSuite, Inc | Netsuite Inc. | Software | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 96. | NetSuite, Inc | Netsuite Inc. | Software | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 97. | NetSuite, Inc | Netsuite Inc. | Software | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 98. | NetSuite, Inc | NetSuite, Inc | Apparel Implementation | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-11-