**Exhibit 1**

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | NetSuite, Inc | NetSuite, Inc | Contractual Services Term | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | New Relic | New Relic | IT Services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | Next Model Management | Next model management | A one-day photography shoot with photographer Jack O'Connor | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 4. | Nina Day, Inc | Nina Day, Inc | Consulting services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 5. | NoHo Productions, Inc | NoHo Productions, Inc | | Marketing | $12411.75 | Phoenix Retail, LLC | 6/21/2024 |
| 6. | Nordstorm, Inc. | Nordstorm, Inc. | Purchase and Sale of Merchandise | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 7. | NuOrder Inc | NuOrder Inc | Integration Support | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 8. | NuOrder Inc | NuOrder Inc | Subscription Nordstrom program | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 9. | OLIMPIAS GROUP SRL | OLIMPIAS GROUP SRL | | Sourcing | $1904.54 | Phoenix Retail, LLC | 6/21/2024 |
| 10. | Olivia Hamilton | Olivia Hamilton | | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 11. | O'Neil Langan | O'Neil Langan | Architecture services | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 12. | O'Neil Langan Architects, P.C. | O'Neil Langan Architects, P.C. | Architectural Service | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 13. | O'Neil Langan Architects, P.C. | O'Neil Langan Architects, P.C. | Architectural Service | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 14. | Open Text | Open Text | Open Text - Wholesale | IT | $3382.05 | Phoenix Retail, LLC | 6/21/2024 |
| 15. | Opentext Inc. | Opentext Inc. | | TBD | | Phoenix Retail, LLC | 6/21/2024 |
| 16. | ORTA ANADOLU | ORTA ANADOLU | | Sourcing | $263.2 | Phoenix Retail, LLC | 6/21/2024 |
| 17. | Otrium LLC | Otrium LLC | Facilitate sales through Otrium's Marketplace | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 18. | Otrium LLC | Otrium LLC | Merchandising & Design | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 19. | Otrium LLC | Otrium LLC | Merchandising & Design | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |

-2-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 20. | Otrium LLC | Otrium LLC | Sale of selected items | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 21. | Paradies Shops, LLC | Paradies Shops, LLC | Retail | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 22. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Architectural and Engineering Services, Web Development | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 23. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Architectural and Engineering Services, Web Development | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 24. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Architectural and Engineering Services, Web Development | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 25. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Architectural and Engineering Services, Web Development | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 26. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Assistance of a platform architect at the program level | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 27. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Assistance to augment team capacity | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 28. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Assistance to backfill a platform architect | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 29. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Assistance to backfill a platform architect | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 30. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Assistance to backfill an enterprise architect role | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-3-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 31. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Augment team capacity | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 32. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation Services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 33. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 34. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 35. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 36. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 37. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 38. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 39. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 40. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consultation services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 41. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Consulting services to augment and assist | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-4-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| | | | upcoming and existing system | | | | |
| 42. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Experienced Technology Consultant | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 43. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Experienced Technology Consultant | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 44. | Pariveda Solutions, Inc | Pariveda Solutions, Inc | Scaled Agile Framework | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 45. | PCA Direct Inc. \|New Moosejaw, LLC | PCA Direct Inc. \| New Moosejaw, LLC | IT Services - Data | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 46. | PeagreenComp any Lmtd | PeagreenCompany Lmtd | | TBD | $2025 | Phoenix Retail, LLC | 6/21/2024 |
| 47. | Peclers Paris | Peclers Paris | | Other | $4425.77 | Phoenix Retail, LLC | 6/21/2024 |
| 48. | Perlis | Perles | Purchase and Sale of Seller's product | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 49. | Perlis | Perlis | | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 50. | Pingdom | Pingdom | Pingdom Uptime alerts, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 51. | Planful, Inc. | Planful, Inc. | IT Services - Software Products | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-5-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 52. | Planful, Inc. | Planful, Inc. | Professional services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 53. | Plant Solutions, Inc | Plant Solutions, Inc | Guideshops plant services | Stores | $290 | Phoenix Retail, LLC | 6/21/2024 |
| 54. | PONTETORTO SPA | PONTETORTO SPA | | Sourcing | $2716.74 | Phoenix Retail, LLC | 6/21/2024 |
| 55. | Power Reviews | Power Reviews | Power Reviews Ratings & Reviews PaaS, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 56. | PROFILO SRL | PROFILO SRL | | Sourcing | $330.75 | Phoenix Retail, LLC | 6/21/2024 |
| 57. | PROJECT SRL | PROJECT SRL | | TBD | $106.05 | Phoenix Retail, LLC | 6/21/2024 |
| 58. | QUALTRICS LLC | QUALTRICS LLC | | IT | $25585.62 | Phoenix Retail, LLC | 6/21/2024 |
| 59. | QUENCH USA INC | QUENCH USA INC | Guideshops water supply | Stores | $1451.31 | Phoenix Retail, LLC | 6/21/2024 |
| 60. | RCG Global Services, Inc. | RCG Global Services, Inc. | Consultant perform services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 61. | RCG Global Services, Inc. | RCG Global Services, Inc. | Consultant services - Salesforce marketing | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 62. | RCG Global Services, Inc. | RCG Global Services, Inc. | Consultant services - Salesforce marketing | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-6-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 63. | RCG Global Services, Inc. | RCG Global Services, Inc. | Consultant services- NetSuite ERP System | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 64. | RCG Global Services, Inc. | RCG Global Services, Inc. | Consultant services- NetSuite ERP System, BeProduct & Anaplan | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 65. | RCG Global Services, Inc. | RCG Global Services, Inc. | CRM | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 66. | RCG Global Services, Inc. | RCG Global Services, Inc. | CRM | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 67. | RCG Global Services, Inc. | RCG Global Services, Inc. | CRM | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 68. | RCG Global Services, Inc. | RCG Global Services, Inc. | NetSuite ERP Project | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 69. | RCG Global Services, Inc. | RCG Global Services, Inc. | provide Consulting Services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 70. | RCG Global Services, Inc. | RCG Global Services, Inc. | Define the short-term and long-term architecture | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 71. | Reclamation Ventures | Reclamation Ventures | License to use certain trademarks and service marks | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 72. | RelationEdge New York, LLC | RelationEdge New York, LLC | Change order to Engineering and implementation services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 73. | RelationEdge New York, LLC | RelationEdge New York, LLC | Consultation | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

-7-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 74. | RelationEdge New York, LLC | RelationEdge New York, LLC | Engineering and implementation | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 75. | RetailNext, Inc. | RetailNext, Inc. | Implementation of traffic counting technology | Stores | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 76. | Riley Harper | Riley Harper | Services performed by influencer | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 77. | Riley Harper | Riley Harper | Services performed by influencer | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 78. | RIOPELE TEXTEIS SA | RIOPELE TEXTEIS SA | | Sourcing | $684.84 | Phoenix Retail, LLC | 6/21/2024 |
| 79. | ROAR Logistics, Inc. | ROAR Logistics, Inc. | | Supply Chain | $55650 | Phoenix Retail, LLC | 6/21/2024 |
| 80. | Rollbar | Rollbar | Rollbar Error reporting, | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 81. | RSM MAINTENANCE LLC | RSM MAINTENANCE LLC | PCI Compliance | Stores | $32196.5 | Phoenix Retail, LLC | 6/21/2024 |
| 82. | Ryan Slack Photographs, LLC | Ryan Slack Photographs, LLC | Perform Photography Services for Bonobos | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 83. | Ryan Slack Photographs, LLC | Ryan Slack Photographys, LLC | Photography | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 84. | Saks & Company LLC | Saks & Company LLC | Supply of Goods | Other | $0 | Phoenix Retail, LLC | 6/21/2024 |

-8-

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 85. | SARAH SENFELD | SARAH SENFELD |  | Marketing | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 86. | Satoru Saito | Satoru Saito |  | Marketing | $4800 | Phoenix Retail, LLC | 6/21/2024 |
| 87. | Savills Studley, Inc. | Savills Studley, Inc. | Amend and modify the terms of the agreement | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 88. | Savills Studley, Inc. | Savills Studley, Inc. | Engagement and Services provided by Vendor | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 89. | Scott Perez | Scott Perez | Services performed by influencer | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 90. | Second Day Ltd. | Second Day Ltd | Consultation services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 91. | Second Day Ltd. | Second Day Ltd | Consultation services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 92. | Second Day Ltd. | Second Day Ltd | Consultation services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 93. | Second Day Ltd. | Second Day Ltd | Consultation services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 94. | Second Day Ltd. | Second Day Ltd | Consultation services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 95. | Second Day Ltd. | Second Day Ltd | Consultation services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 96. | Second Day Ltd. | Second Day Ltd | Reduction of scope and fees | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 97. | Second Day Ltd. | Second Day Ltd. | Consultant Services | TBD | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 98. | SEE CREATURES DESIGN LTD | SEE CREATURES DESIGN LTD | | TBD | $1300 | Phoenix Retail, LLC | 6/21/2024 |
| 99. | Segment.io, Inc. | Segment.io, Inc. | Access to Segment. Io's hosted Analytics Integrations Dashboard, SDKs and Platform | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 100. | Segment.io, Inc. | Segment.io, Inc. | Contractual Agreement for Services | IT | $0 | Phoenix Retail, LLC | 6/21/2024 |

-10-