## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Related to Docket No. 269, 447, 448, 450** |

### CERTIFICATION OF COUNSEL REGARDING
### ASSUMPTION NOTICE AT DOCKET NO. 450, 448, and 447

The undersigned co-counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies the following:

1.    On April 22, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.

2.    On May 17, 2024, the Court entered the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Procedures Order").

3.    Pursuant to the Procedures Order, on June 13, 2024, the Debtors filed the *Notices of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 447, 448, and 450]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

(the "Assumption Notices").  Pursuant to the Procedures Order and the Assumption Notices, objections to the Assumption Notices were to be filed and served no later than June 23, 2024

4.      Prior to June 23, 2024, counsel to the landlord with respect to the leases in **Schedule 1** attached to **Exhibit A** (the "Brookfield Leases") provided informal comments to the Assumption Notices, including the proposed assumption order attached thereto.  The Debtors and counsel to the Brookfield Leases came to an agreement regarding language in the proposed order (attached hereto as **Exhibit A**, the ("Proposed Order")) solely with respect to the Brookfield Leases, pursuant to an agreement to amend the terms of the Brookfield Leases in a written agreement executed on June 24, 2024 (the "Landlord Agreement").  Further, the Debtors and counsel agreed to separate the Brookfield Leases from the Assumption Notices and consolidate the Brookfield Leases on one schedule.

5.      The Proposed Order for the Brookfield Leases and the schedule of leases have been revised by the Debtors according to the terms of the Landlord Agreement.

6.      A Copy of the revised Proposed Order and schedule attached to the Proposed Order marked to show changes from the version filed with the Assumption Notice filed at Docket No. 447 is attached hereto as **Exhibit B**.  To avoid confusion, and with the consent of counsel, the Debtors have not attached redlines of the schedules filed with the Assumption Notices filed at Docket Nos. 448 and 450.

7.      Accordingly, the Debtors respectfully request that the Court enter the Proposed Order in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated:   July 11, 2024
Wilmington, Delaware

/s/ Michael W. Yurkewicz

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193
Email:       dpacitti@klehr.com
             myurkewicz@klehr.com
             aradvanovich@klehr.com


-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:   (215) 568-6603
Email:       mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       joshua.sussberg@kirkland.com
             emily.geier@kirkland.com
             nicholas.adzima@kirkland.com


-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) ) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Related to Docket Nos. 447, 448, 450 |

## ORDER AUTHORIZING
## THE DEBTORS TO ASSUME AND ASSIGN BROOKFIELD LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "**Contract Procedures Order**") and the *Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief* [Docket No. 471], dated June 14, 2024  (the "**Sale Order**"), entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"); and upon the *Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket Nos. 447, 448 and 450], dated June 13, 2024 (collectively, the "**Assumption Notices**"),

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

filed and served in satisfaction of the requirements set forth in the Contract Procedures Order with respect to the assumption and assignment of the non-residential real property leases set forth in **Exhibit 1** attached hereto (each a "**Lease**" and collectively, the "**Leases**") for the Debtors' store locations set forth on **Exhibit 1** (collectively, the "**Leased Premises**"), owned or managed by landlords affiliated with Brookfield Retail Properties; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Assumption Notices in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the assumption and assignment of the Leases pursuant to the Assumption Notices is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Assumption Notices and opportunity for a hearing on the Assumption Notices were appropriate and no other notice need be provided; and the Debtors having consummated the sales of all or substantially all of the Debtors' assets pursuant to the Sale Order on June 21, 2024 (the "**Closing Date**"); and the Debtors and the landlord counterparties to the Leases (each a "**Landlord**" and collectively, the "**Landlords**") having agreed to amend the terms of the Leases in a written agreement between the Landlords and the Debtors executed on June 24, 2024 (the "**Landlord Agreement**") and having agreed to the assumption and assignment of the Leases to Phoenix Retail, LLC (the "**Assignee**") pursuant to the terms of this Order; and this Court having determined that just cause exists for the relief granted herein; and upon all of the

2

proceedings had before this Court; after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**

1.      Effective as of the Closing Date, pursuant to sections 105(a), 363(b)(1) and (f), and 365(a) of the Bankruptcy Code, subject to the Debtors' paying the cure amounts, if any, set forth in **<u>Exhibit 1</u>** (each a "**<u>Cure Amount</u>**" and collectively, the "**<u>Cure Amounts</u>**") in full and complete satisfaction of the Debtors' obligation to cure defaults under the Leases pursuant to section 365(b)(1)(A) of the Bankruptcy Code (after giving effect to section 365(b)(2) of the Bankruptcy Code), the Leases are assumed and assigned to Assignee and the Assignee shall be substituted for the Debtors as a party to the Leases and fully and irrevocably vested in all right, title and interest of the Debtors as tenant under the Leases.

2.      Upon satisfaction of the Cure Amounts, the Landlords are forever barred, estopped, and enjoined from asserting against the Debtors any additional cure costs or other interests with respect to the Leases that arose, accrued, or came due on or before the Closing Date *provided, however*, that nothing herein shall impair or prejudice the Landlords' right to recover from the Debtors' available insurance coverage with respect to third-party claims asserted in connection with the Debtors' use and occupancy of the Leased Premises on account of events that occurred prior to the Closing Date.

3.      The Lease are assumed and assigned to Assignee pursuant to sections 105(a), 363 and 365(b) and (f) of the Bankruptcy Code free and clear of (i) all liens (and any liens shall attach to the proceeds of such assignment in the same order and priority subject to all existing defenses, claims, setoffs, and rights) and (ii) any and all claims (as that term is defined in section 101(5) of the Bankruptcy Code), obligations, demands, guaranties of or by the Debtors, debts, rights, contractual commitments, restrictions, interests, and matters of any kind and nature, whether

arising prior to or subsequent to the commencement of these chapter 11 cases, and whether imposed by agreement, understanding, law, equity, or otherwise (including, without limitation, claims, and encumbrances (a) that purport to give to any party a right or option to effect any forfeiture, modification, or termination of the interest of any Debtor or Assignee, as the case may be, in the Leases as a result the assignment of the Leases pursuant (to this Order, and (b) constitute a legal, valid, and effective transfer of such Leases and vest the Assignee with all rights, titles, and interests to the Leases).  For the avoidance of doubt, all provisions of the Leases as amended, including any provision limiting assignment, shall be binding on the Assignee from and after the Closing Date.

4.       Upon entry of this Order and payment of the Cure Amounts, except as otherwise provided for in this Order and the Landlord Agreement, as between Assignee and Landlords, the Assignee shall be responsible for all liabilities under the Leases arising from and after June 1, 2024 (without waiver of rights among Debtors and Assignee with respect to the allocation of rent and other amounts that accrued prior to the Closing Date and the Debtors being authorized to pay such amounts to the Landlords when due), and the Debtors are authorized to execute and deliver to the Assignee such assignment documents as may be reasonably necessary to sell, assign, and transfer the Leases to Assignee.

5.       The Assignee shall only be responsible for payment of existing liabilities (including any defaults) relating to or arising under the assigned Leases accruing or relating to the period prior to June 1, 2024 as expressly set forth and enumerated in the Landlord Agreement.

6.       Except as expressly set forth herein, nothing contained in the Assumption Notices or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to

4

be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Assumption Notices or this Order; (e) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

7. Notice of the Assumption Notices as provided therein shall be deemed good and sufficient notice of such Assumption Notices and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SCHEDULE 1**

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 687 | Alderwood Mall | Lynwood, WA | Express | Phoenix Retail, LLC | 448 | |
| 587 | Altamonte Mall | Altamonte Springs, FL | Express | Phoenix Retail, LLC | 448 | |
| 1899 | Augusta Mall | Augusta, GA | Express Factory | Phoenix Retail, LLC | 447 | $567.55 |
| 259 | Baybrook Mall | Friendswood, TX | Express | Phoenix Retail, LLC | 448 | |
| 620 | Beachwood Place | Beachwood, OH | Express | Phoenix Retail, LLC | 447 | |
| 645 | Boise Towne Square | Boise, ID | Express/Express Men | Phoenix Retail, LLC | 448 | $59.72 |
| 289 | Carolina Place | Pineville, NC | Express | Phoenix Retail, LLC | 448 | |
| 340 | Christiana Mall | Newark, DE | Express | Phoenix Retail, LLC | 448 | $299.38 |
| 753 | Clackamas Town Center | Happy Valley, OR | Express | Phoenix Retail, LLC | 448 | $123.78 |
| 179 | Coastland Center | Naples, FL | Express | Phoenix Retail, LLC | 447 | |
| 1897/172 | Columbia Mall (MO) | Columbia, MO | Express Factory | Phoenix Retail, LLC | 447 | $5.93 |
| 361 | Columbiana Centre | Columbia, SC | Express | Phoenix Retail, LLC | 448 | |
| 651 | Coral Ridge Mall | Coralville, IA | Express | Phoenix Retail, LLC | 448 | $22.15 |

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 148 | Coronado Center | Albuquerque, NM | Express | Phoenix Retail, LLC | 448 | $23.75 |
| 366 | Deerbrook Mall | Humble, TX | Express | Phoenix Retail, LLC | 447 | $521.33 |
| 437 | Fashion Place | Murray, UT | Express/Express Men | Phoenix Retail, LLC | 448 | $57.93 |
| 83 | Fashion Show | Las Vegas, NV | Express | Phoenix Retail, LLC | 448 | $1,579.00 |
| 1893 | Four Seasons Town Centre | Greensboro, NC | Express Factory | Phoenix Retail, LLC | 447 | $25.09 |
| 114 | Fox River Mall | Appleton, WI | Express | Phoenix Retail, LLC | 448 | $311.00 |
| 119 | Galleria at Tyler | Riverside, CA | Express | Phoenix Retail, LLC | 448 | $24.00 |
| 905 | Glendale Galleria | Glendale, CA | Express/Express Men | Phoenix Retail, LLC | 448 | $3,825.10 |
| 1855 | Governors Square | Tallahassee, FL | Express Factory | Phoenix Retail, LLC | 447 | |
| 98 | Greenville Mall | Greenville, NC | Express | Phoenix Retail, LLC | 448 | |
| 320 | Hulen Mall | Ft. Worth, TX | Express | Phoenix Retail, LLC | 448 | $1,052.75 |
| 484 | Independence Mall | Wilmington, NC | Express | Phoenix Retail, LLC | 447 | |
| 606 | Jordan Creek Town Center | West Des Moines, IA | Express | Phoenix Retail, LLC | 448 | $8,253.06 |
| 411 | Kenwood Towne Centre | Cincinnati, OH | Express | Phoenix Retail, LLC | 448 | |
| 194 | Lynnhaven Mall | Virginia Beach, VA | Express/Express Men | Phoenix Retail, LLC | 448 | |

2

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 128 | Mall of Louisiana | Baton Rouge, LA | Express | Phoenix Retail, LLC | 448 | |
| 818 | Mall St Matthews | Louisville, KY | Express | Phoenix Retail, LLC | 447 | $85.23 |
| 1446 | Market Place Shopping Center | Champaign, IL | Express/Express Men | Phoenix Retail, LLC | 447 | $578.31 |
| 166 | Mayfair | Wauwatosa, WI | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 713 | Natick Mall | Natick, MA | Express | Phoenix Retail, LLC | 448 | $12.17 |
| 314 | North Star Mall | San Antonio, TX | Express | Phoenix Retail, LLC | 448 | |
| 875 | Northridge Fashion Center | Northridge, CA | Express | Phoenix Retail, LLC | 448 | $491.96 |
| 1894 | Oakwood Mall (WI) | Eau Claire, WI | Express Factory | Phoenix Retail, LLC | 447 | |
| 125 | Park City Center | Lancaster, PA | Express/Express Men | Phoenix Retail, LLC | 448 | $1,789.47 |
| 75 | Park Meadows | Lone Tree, CO | Express/Express Men | Phoenix Retail, LLC | 448 | $3,038.13 |
| 611 | Pembroke Lakes Mall | Pembroke Pines, FL | Express | Phoenix Retail, LLC | 447 | $9.02 |
| 939 | Perimeter Mall | Atlanta, GA | Express | Phoenix Retail, LLC | 448 | $3,053.48 |
| 981 | Promenade Temecula | Temecula, CA | Express | Phoenix Retail, LLC | 448 | $838.59 |
| 187 | Providence Place | Providence, RI | Express | Phoenix Retail, LLC | 447 | $102.98 |
| 120 | Ridgedale Center | Minnetonka, MN | Express | Phoenix Retail, LLC | 448 | $1,102.11 |

3

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 901 | Riverchase Galleria | Hoover, AL | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 292 | Saint Louis Galleria | Saint Louis, MO | Express Men | Phoenix Retail, LLC | 448 | $264.80 |
| 525 | Short Pump Town Center | Richmond, VA | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 1904 | Sooner Mall | Norman, OK | Express | Phoenix Retail, LLC | 448 | |
| 1892 | Southland Center (MI) | Taylor, MI | Express | Phoenix Retail, LLC | 448 | $2.98 |
| 783 | Staten Island Mall Phase II | Staten Island, NY | Express | Phoenix Retail, LLC | 448 | |
| 390 | Stonebriar Centre | Frisco, TX | Express | Phoenix Retail, LLC | 448 | |
| 375 | Stonestown Galleria | San Francisco, CA | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 249 | The Maine Mall | South Portland, ME | Express | Phoenix Retail, LLC | 448 | $237.51 |
| 897 | The Mall in Columbia (MD) | Columbia, MD | Express | Phoenix Retail, LLC | 448 | $0.21 |
| 1928 | The Oaks Mall | Gainesville, FL | Express/Express Men | Phoenix Retail, LLC | 448 | $25.44 |
| 226 | The Parks Mall at Arlington | Arlington, TX | Express | Phoenix Retail, LLC | 448 | |
| 305 | The Shoppes at Carlsbad | Carlsbad, CA | Express | Phoenix Retail, LLC | 448 | $8.06 |
| 2020 | The Shoppes at River Crossing | Macon, GA | Express | Phoenix Retail, LLC | 448 | $445.99 |
| 654 | The Shops at La Cantera | San Antonio, TX | Express | Phoenix Retail, LLC | 448 | $19.90 |

4

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 940 | The Streets at Southpoint | Durham, NC | Express | Phoenix Retail, LLC | 448 | $1,611.43 |
| 680 | The Woodlands Mall | The Woodlands, TX | Express | Phoenix Retail, LLC | 448 | $4.64 |
| 501 | Town East Mall | Mesquite, TX | Express | Phoenix Retail, LLC | 448 | $35.28 |
| 144 | Towson Town Center | Towson, MD | Express | Phoenix Retail, LLC | 448 | $479.81 |
| 515 | Tucson Mall | Tucson, AZ | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 5046 | Tyson's Galleria | McLean, VA | Bonobos | Phoenix BNBS Fashion LLC | 450 | |
| 163 | Valley Plaza Mall | Bakersfield, CA | Express/Express Men | Phoenix Retail, LLC | 448 | $57.85 |
| 573 | Victoria Gardens | Rancho Cucamonga, CA | Express | Phoenix Retail, LLC | 448 | $0.82 |
| 402 | Westroads Mall | Omaha, NE | Express | Phoenix Retail, LLC | 448 | |
| 296 | Willowbrook (NJ) | Wayne, NJ | Express | Phoenix Retail, LLC | 448 | |
| 122 | Willowbrook Mall (TX) | Houston, TX | Express | Phoenix Retail, LLC | 448 | $2.20 |

$31,049.89

## EXHIBIT B

**REDLINED Revised Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER AUTHORIZING
## THE DEBTORS TO ASSUME ~~CERTAIN UNEXPIRED~~ AND ASSIGN BROOKFIELD LEASES

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "**Contract Procedures Order**")~~1~~ and the *Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

~~1   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Contract Procedures Order.~~

*Related Relief* [Docket No. 471], dated June 14, 2024  (the "**Sale Order**"), entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"); and ~~it appearing that~~upon the *Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket ~~No. [●]]~~ (Nos. 447, 448 and 450), dated June 13, 2024 (collectively, the "**Assumption Notices**") ~~satisfies~~, filed and served in satisfaction of the requirements set forth in the Contract Procedures Order with respect to the assumption and assignment of the non-residential real property leases set forth in **Exhibit 1** attached hereto (each a "**Lease**" and collectively, the "**Leases**") for the Debtors' store locations set forth on **Exhibit 1** (collectively, the "**Leased Premises**"), owned or managed by landlords affiliated with Brookfield Retail Properties; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Assumption Notices in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the ~~relief requested in~~assumption and assignment of the Leases pursuant to the Assumption Notices is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Assumption Notices and opportunity for a hearing on the Assumption Notices were appropriate and no other notice need be provided; and ~~this Court having reviewed the Assumption Notice~~the Debtors having consummated the sales of all

or substantially all of the Debtors' assets pursuant to the Sale Order on June 21, 2024 (the "**Closing Date**"); and the Debtors and the landlord counterparties to the Leases (each a "**Landlord**" and collectively, the "**Landlords**") having agreed to amend the terms of the Leases in a written agreement between the Landlords and the Debtors executed on June 24, 2024 (the "**Landlord Agreement**") and having agreed to the assumption and assignment of the Leases to Phoenix Retail, LLC (the "**Assignee**") pursuant to the terms of this Order; and this Court having determined that ~~the legal and factual bases set forth in the Assumption Notice establish~~ just cause exists for the relief granted herein; and upon all of the proceedings had before this Court; ~~and~~ after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**

1. ~~The Contracts set forth in **Exhibit 1** attached hereto are assumed e~~Effective as of the ~~Assumption Date and assigned to the Counterparty listed on **Exhibit 1**, as applicable; provided that such assumption or assumption and assignment shall not be effective unless and until the Debtors consummate~~ the sales of all or substantially all of the Debtors' assets pursuant ~~to (a) the Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief [Docket No. 427], (b) the Revised Notice of Selection of Stalking Horse Bidder [Docket No. 414], Exhibit A, and (c) the Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain~~

3

*Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief* [Docket No. [●]]. The assumption of the Contracts set forth in **Exhibit 1** areClosing Date, pursuant to sections 105(a), 363(b)(1) and (f), and 365(a) of the Bankruptcy Code, subject to the Debtors' paying the cure amounts, if any, set forth in **Exhibit 1**, to the Contract Counterparty in a manner consistent with the terms of the applicable agreement (a) if the cure amount is undisputed, promptly after the entry of this Order or (b) if the cure amount is disputed, the earlier of (i) the date on which the Debtors and Contract Counterparty agree to a cure amount or (ii) the date specified in a final and non-appealable order entered by this Court following a hearing determining such cure amount scheduled with notice to the objecting Contract Counterparty. (each a "**Cure Amount**" and collectively, the "**Cure Amounts**") in full and complete satisfaction of the Debtors' obligation to cure defaults under the Leases pursuant to section 365(b)(1)(A) of the Bankruptcy Code (after giving effect to section 365(b)(2) of the Bankruptcy Code), the Leases are assumed and assigned to Assignee and the Assignee shall be substituted for the Debtors as a party to the Leases and fully and irrevocably vested in all right, title and interest of the Debtors as tenant under the Leases.

2. Upon satisfaction of the cCure aAmounts, each Contract Counterparty isthe Landlords are forever barred, estopped, and enjoined from asserting against the Debtors or their successors or assigns any additional cure costs or other interests with respect to its Contractthe

Leases that arose, accrued, or came due on or before the ~~Assumption~~Closing Date *provided, however*, that nothing herein shall impair or prejudice the Landlords' right to recover from the Debtors' available insurance coverage with respect to third-party claims asserted in connection with the Debtors' use and occupancy of the Leased Premises on account of events that occurred prior to the Closing Date.

3.    ~~1.  With regard to Contracts to be~~The Lease are assumed and assigned~~,~~ to Assignee pursuant to sections 105(a) ~~and~~, 363 and 365(b) and (f) of the Bankruptcy Code~~, the assignment of any Contract shall (a) be~~ free and clear of (i) all liens (and any liens shall attach to the proceeds of such assignment in the same order and priority subject to all existing defenses, claims, setoffs, and rights) and (ii) any and all claims (as that term is defined in section 101(5) of the Bankruptcy Code), obligations, demands, guaranties of or by the Debtors, debts, rights, contractual commitments, restrictions, interests, and matters of any kind and nature, whether arising prior to or subsequent to the commencement of these chapter 11 cases, and whether imposed by agreement, understanding, law, equity, or otherwise (including, without limitation, claims, and encumbrances (~~A~~a) that purport to give to any party a right or option to effect any forfeiture, modification, or termination of the interest of any Debtor or Assignee, as the case may be, in the ~~Contract(s), or (B) in respect of any taxes~~Leases as a result the assignment of the Leases pursuant (to this Order), and (b) constitute a legal, valid, and effective transfer of such ~~Contracts~~Leases and vest the ~~applicable~~ Assignee with all rights, titles, and interests to the ~~applicable Contracts~~Leases).   For the avoidance of doubt, all provisions of the ~~applicable~~

~~assigned Contract~~Leases as amended, including any provision limiting assignment, shall be binding on the ~~applicable~~ Assignee from and after the Closing Date.

4. Upon entry of this Order and payment of the Cure Amounts, except as otherwise provided for in this Order and the Landlord Agreement, as between Assignee and Landlords, the Assignee shall be responsible for all liabilities under the Leases arising from and after June 1, 2024 (without waiver of rights among Debtors and Assignee with respect to the allocation of rent and other amounts that accrued prior to the Closing Date and the Debtors being authorized to pay such amounts to the Landlords when due), and the Debtors are authorized to execute and deliver to the Assignee such assignment documents as may be reasonably necessary to sell, assign, and transfer the Leases to Assignee.

~~2. Subject to and conditioned upon the occurrence of a closing with respect to the assumption and assignment of any Contract, the Debtors are authorized in accordance with sections 365(b) and (f) of the Bankruptcy Code to (a) assume and assign to any Assignees the applicable Contracts, with any applicable Assignee being responsible only for the post-closing liabilities under the applicable Contracts except as otherwise provided for in this Order and (b) execute and deliver to any applicable Assignee such assignment documents as may be reasonably necessary to sell, assign, and transfer such Contract.~~

~~3. The Debtors' right to assert that any provisions in the Contract that expressly or effectively restrict, prohibit, condition, or limit the assignment of or the effectiveness of the Contract to an Assignee are unenforceable anti-assignment or *ipso facto* clauses is fully reserved.~~

5. ~~4.~~ The Assignee shall ~~have no~~only be responsible for payment of existing liabilit~~y~~ies ~~or obligation with respect to~~(including any defaults) relating to or arising under the assigned ~~Contracts arising,~~Leases accruing~~,~~ or relating to ~~a~~the period prior to ~~the applicable closing date~~June 1, 2024 as expressly set forth and enumerated in the Landlord Agreement.

~~5. The Debtors are hereby authorized, pursuant to section 363(b) of the Bankruptcy Code, to enter into the consensual amendments to any assumed Contracts, if applicable.~~

6. Except as expressly set forth herein, ~~N~~nothing contained in the Assumption Notices or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Assumption Notices or this Order; (e) ~~a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f)~~ an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (~~g~~f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

7.      Notice of the Assumption Notices as provided therein shall be deemed good and sufficient notice of such Assumption Notices and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Exhibit 1
Assumed Contracts

### SCHEDULE 1

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract[1]~~Debtor Cure Amount |
|---|---|---|---|---|---|---|
| ~~1~~687 | ~~OLSHAN PROPERTIES~~Alderwood Mall | ~~505~~Lynwood, WA | ~~$22,830.14~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~ |
| ~~2~~587 | ~~OLSHAN PROPERTIES~~Altamonte Mall | ~~2027~~Altamonte Springs, FL | ~~$4,990.34~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~ |
| ~~3~~1899 | ~~OTB DESTINATION~~Augusta Mall | ~~1781~~Augusta, GA | ~~$0~~Express Factory | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~447 | ~~Store Lease~~$567.55 |
| ~~4~~259 | ~~OUTLET RESOURCE GROUP~~Baybrook Mall | ~~1795~~Friendswood, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~ |
| ~~5~~620 | ~~PACIFIC RETAIL~~Beachwood Place | ~~309~~Beachwood, OH | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~447 | ~~Store Lease~~ |
| 6~~45~~ | ~~PARAMOUNT~~Boise Towne Square | ~~1869~~Boise, ID | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$59.72 |
| ~~7~~289 | ~~PREIT~~Carolina Place | ~~507~~Pineville, NC | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~ |

~~[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.~~

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract[1]~~Debtor Cure Amount |
|---|---|---|---|---|---|---|
| ~~8~~340 | ~~PREIT~~Christiana Mall | ~~80~~Newark, DE | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$299.38 |
| ~~9~~753 | ~~PREIT~~Clackamas Town Center | ~~195~~Happy Valley, OR | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$123.78 |
| ~~10~~79 | ~~PREIT~~Coastland Center | ~~63~~Naples, FL | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~447 | Store Lease |
| 1897/1~~17~~2 | ~~PYRAMID~~Columbia Mall (MO) | ~~662~~Columbia, MO | ~~$0~~Express Factory | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~447 | ~~Store Lease~~$5.93 |
| ~~361~~2 | ~~PYRAMID~~Columbia Centre | ~~1941~~Columbia, SC | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | Store Lease |
| ~~651~~3 | ~~PYRAMID~~Coral Ridge Mall | ~~693~~Coralville, IA | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$22.15 |
| 14~~8~~ | ~~PYRAMID~~Coronado Center | ~~215~~Albuquerque, NM | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$23.75 |
| ~~15~~366 | ~~PYRAMID~~Deerbrook Mall | ~~520~~Humble, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~447 | ~~Store Lease~~$521.33 |
| ~~16~~437 | ~~PYRAMID~~Fashion Place | ~~138~~Murray, UT | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$57.93 |
| ~~17~~83 | ~~RED DEVELOPMENT~~Fashion Show | ~~1797~~Las Vegas, NV | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$1,579.00 |
| 18~~93~~ | ~~RED LEGACY~~Four Seasons Town Centre | ~~1744~~Greensboro, NC | ~~$0~~Express Factory | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~447 | ~~Store Lease~~$25.09 |
| 19~~14~~ | ~~RED MOUNTAIN~~ | ~~665~~Appleton, WI | ~~$0~~Express | ~~PHOENIX~~Phoenix | ~~Store~~ |

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract[1]~~Debtor Cure Amount |
|---|---|---|---|---|---|---|
| | ~~GROUP~~Fox River Mall | | | ix Retail, LLC | ~~24~~448 | ~~Lease~~$311.00 |
| ~~20~~119 | ~~ROBERT L. STARK ENTERPRISES~~Galleria at Tyler | ~~979~~Riverside, CA | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$24.00 |
| ~~21~~905 | ~~RPT REALTY~~Glendale Galleria | ~~655~~Glendale, CA | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$3,825.10 |
| ~~22~~1855 | ~~SEGERSTROM~~Governors Square | ~~270~~Tallahassee, FL | ~~$0~~Express Factory | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24447 | ~~Store Lease~~ |
| ~~23~~98 | ~~SPINOSO~~Greenville Mall | ~~384~~Greenville, NC | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~ |
| 3~~2~~40 | ~~SPINOSO~~Hulen Mall | ~~1921~~Ft. Worth, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$1,052.75 |
| ~~25~~484 | ~~SPINOSO~~Independence Mall | ~~1895~~Wilmington, NC | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24447 | ~~Store Lease~~ |
| 2~~6~~06 | ~~SPINOSO~~Jordan Creek Town Center | ~~945~~West Des Moines, IA | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$8,253.06 |
| ~~27~~411 | ~~SPINOSO~~Kenwood Towne Centre | ~~787~~Cincinnati, OH | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~ |
| ~~28~~194 | ~~SPINOSO~~Lynnhaven Mall | ~~628~~Virginia Beach, VA | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~ |
| 12~~98~~ | ~~SPINOSO~~Mall of Louisiana | ~~2008~~Baton Rouge, LA | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~ |
| ~~30~~818 | ~~SPINOSO~~Mall St | ~~147~~Louisville, KY | ~~$0~~Express | ~~PHOENIX~~Phoenix | ~~6/21/20~~ | ~~Store~~ |

3

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract~~[1]Debtor Cure Amount |
|---|---|---|---|---|---|---|
| | Matthews | | | ix Retail, LLC | ~~24~~447 | ~~Lease~~$85.23 |
| ~~31~~1446 | ~~STEINER & ASSOCIATES~~Market Place Shopping Center | ~~955~~Champaign, IL | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24447 | ~~Store Lease~~$578.31 |
| ~~32~~166 | ~~SUTTON~~Mayfair | ~~969~~Wauwatosa, WI | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~ |
| ~~7~~133 | ~~SUTTON PROPERTIES~~Natick Mall | ~~1789~~Natick, MA | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$12.17 |
| 314 | ~~SWIRE PROPERTIES~~North Star Mall | ~~2913~~San Antonio, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~ |
| ~~3~~875 | ~~TANGER~~Northridge Fashion Center | ~~1832~~Northridge, CA | ~~$62,807~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$491.96 |
| ~~36~~1894 | ~~TANGER~~Oakwood Mall (WI) | ~~1753~~Eau Claire, WI | ~~$34,391~~Express Factory | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24447 | ~~Store Lease~~ |
| ~~37~~125 | ~~TANGER~~Park City Center | ~~1762~~Lancaster, PA | ~~$75,202~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$1,789.47 |
| ~~3~~875 | ~~TANGER~~Park Meadows | ~~1746~~Lone Tree, CO | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$3,038.13 |
| ~~39~~611 | ~~TANGER~~Pembroke Lakes Mall | ~~1787~~Pembroke Pines, FL | ~~$53,323~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24447 | ~~Store Lease~~$9.02 |
| ~~40~~939 | ~~TANGER~~Perimeter Mall | ~~1722~~Atlanta, GA | ~~$127,732~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20~~24448 | ~~Store Lease~~$3,053 |

4

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract[1]~~Debtor Cure Amount |
|---|---|---|---|---|---|---|
| | | | | | | .48 |
| ~~4~~981 | ~~TANGER~~Promenade Temecula | ~~1769~~Temecula, CA | ~~$52,851~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$838.59 |
| ~~42~~187 | ~~TANGER~~Providence Place | ~~1773~~Providence, RI | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~447 | ~~Store Lease~~$102.98 |
| ~~43~~120 | ~~TANGER~~Ridgedale Center | ~~1721~~Minnetonka, MN | ~~$53,298~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$1,102.11 |
| ~~44~~901 | ~~TANGER~~Riverchase Galleria | ~~1733~~Hoover, AL | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~ |
| ~~45~~292 | ~~TANGER~~Saint Louis Galleria | ~~1745~~Saint Louis, MO | ~~$0~~Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$264.80 |
| ~~46~~525 | ~~TANGER~~Short Pump Town Center | ~~1794~~Richmond, VA | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | Store Lease |
| ~~47~~1904 | ~~TANGER~~Sooner Mall | ~~1772~~Norman, OK | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | Store Lease |
| ~~48~~1892 | ~~TANGER~~Southland Center (MI) | ~~1770~~Taylor, MI | ~~$110,861~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | ~~Store Lease~~$2.98 |
| ~~49~~783 | ~~TANGER~~Staten Island Mall Phase II | ~~1793~~Staten Island, NY | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | Store Lease |
| ~~5~~390 | ~~TANGER~~Stonebriar Centre | ~~1792~~Frisco, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | Store Lease |
| ~~37~~51 | ~~TANGER~~Stonestown Galleria | ~~1730~~San Francisco, CA | ~~$52,775~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/20 24~~448 | Store Lease |
| ~~5~~249 | ~~TANGER~~The Maine | ~~1843~~South Portland, | ~~$124,986~~Express | ~~PHOENIX~~Phoen | ~~6/21/20~~ | ~~Store~~ |

| Count Store No. | Landlord Mall / Property Name | Store ID Location | Cure Amount Tenant Entity | Assignee Entity | Assumption Date Docket | Description of Contract[1] Debtor Cure Amount |
|---|---|---|---|---|---|---|
| | Mall | ME | | ix Retail, LLC | 24448 | Lease $237.51 |
| 53897 | TANGER The Mall in Columbia (MD) | 1704 Columbia, MD | $0 Express | PHOENIX Phoenix Retail, LLC | 6/21/20 24448 | Store Lease $0.21 |
| 541928 | TANGER The Oaks Mall | 1718 Gainesville, FL | $0 Express/Express Men | PHOENIX Phoenix Retail, LLC | 6/21/20 24448 | Store Lease $25.44 |
| 55 | TANGER | 1701 | $0 | PHOENIX Retail, LLC | 6/21/20 24 | Store Lease |
| 5226 | TANGER The Parks Mall at Arlington | 1729 Arlington, TX | $0 Express | PHOENIX Phoenix Retail, LLC | 6/21/20 24448 | Store Lease |
| 57 | TANGER | 1717 | $0 | PHOENIX Retail, LLC | 6/21/20 24 | Store Lease |
| 58 | TANGER | 1713 | $0 | PHOENIX Retail, LLC | 6/21/20 24 | Store Lease |
| 3059 | TANGER The Shoppes at Carlsbad | 1716 Carlsbad, CA | $0 Express | PHOENIX Phoenix Retail, LLC | 6/21/20 24448 | Store Lease $8.06 |
| 60 | TANGER | 1835 | $0 | PHOENIX Retail, LLC | 6/21/20 24 | Store Lease |
| 61 | TANGER | 1749 | $60,745 | PHOENIX Retail, LLC | 6/21/20 24 | Store Lease |
| 622020 | TANGER The Shoppes at River Crossing | 1725 Macon, GA | $0 Express | PHOENIX Phoenix Retail, LLC | 6/21/20 24448 | Store Lease $445.99 |
| 63 | TRCCC | 1801 | $0 | PHOENIX Retail, LLC | 6/21/20 24 | Store Lease |
| 654 | TRIPLE FIVE The Shops at La | 2066 San Antonio, TX | $0 Express | PHOENIX Phoenix Retail, LLC | 6/21/20 24448 | Store Lease $19.90 |

6

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract~~[1] Debtor Cure Amount |
|---|---|---|---|---|---|---|
| | Cantera | | | | | |
| ~~65~~ | ~~TRIPLE FIVE~~ | ~~68~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~66~~ | ~~URBAN EDGE~~ | ~~1825~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~67~~940 | ~~WASHINGTON PRIME~~The Streets at Southpoint | ~~438~~Durham, NC | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~$1,611.43 |
| ~~68~~ | ~~WASHINGTON PRIME~~ | ~~1870~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~69~~ | ~~WASHINGTON PRIME~~ | ~~1784~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~7~~680 | ~~WASHINGTON PRIME~~The Woodlands Mall | ~~759~~The Woodlands, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~$4.64 |
| ~~71~~ | ~~WASHINGTON PRIME~~ | ~~1906~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~72~~ | ~~WASHINGTON PRIME~~ | ~~1883~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~73~~501 | ~~WASHINGTON PRIME~~Town East Mall | ~~1917~~Mesquite, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~$35.28 |
| ~~74~~ | ~~WASHINGTON PRIME~~ | ~~1879~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~75~~ | ~~WASHINGTON PRIME~~ | ~~2009~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~76~~144 | ~~WASHINGTON PRIME~~Towson Town Center | ~~3004~~Towson, MD | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~$479.81 |

~~7~~

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract~~[1]Debtor Cure Amount |
|---|---|---|---|---|---|---|
| ~~77~~ | ~~WELCO~~ | ~~490~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~78~~ | ~~WEST ACRES~~ | ~~465~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~79~~515 | ~~WESTFIELD~~Tucson Mall | ~~986~~Tucson, AZ | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~ |
| ~~80~~ | ~~WESTFIELD~~ | ~~2017~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~81~~ | ~~WESTFIELD~~ | ~~414~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~82~~5046 | ~~WESTFIELD~~Tyson's Galleria | ~~801~~McLean, VA | ~~$0~~Bonobos | ~~PHOENIX Retail,~~Phoenix BNBS Fashion LLC | ~~6/21/2024~~450 | ~~Store Lease~~ |
| ~~83~~ | ~~WESTFIELD~~ | ~~1632~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~84~~ | ~~WESTFIELD~~ | ~~112~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~85~~163 | ~~WESTFIELD~~Valley Plaza Mall | ~~489~~Bakersfield, CA | ~~$0~~Express/Express Men | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~$57.85 |
| ~~86~~ | ~~WILKOW PROPERTIES~~ | ~~1864~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~8~~573 | ~~WILMORITE~~Victoria Gardens | ~~1924~~Rancho Cucamonga, CA | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~$0.82 |
| ~~88~~ | ~~Brookfield~~ | ~~1899~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~89~~402 | ~~Brookfield~~Westroads Mall | ~~620~~Omaha, NE | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~ |

~~8~~

| ~~Count~~Store No. | ~~Landlord~~Mall / Property Name | ~~Store ID~~Location | ~~Cure Amount~~Tenant Entity | Assignee Entity | ~~Assumption Date~~Docket | ~~Description of Contract[1]~~Debtor Cure Amount |
|---|---|---|---|---|---|---|
| ~~90~~ | ~~Brookfield~~ | ~~179~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~91~~ | ~~Brookfield~~ | ~~1897~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~29~~26 | ~~Brookfield~~Willowbrook (NJ) | ~~366~~Wayne, NJ | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~ |
| ~~93~~ | ~~Brookfield~~ | ~~1893~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~94~~ | ~~Brookfield~~ | ~~1855~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~95~~122 | ~~Brookfield~~Willowbrook Mall (TX) | ~~484~~Houston, TX | ~~$0~~Express | ~~PHOENIX~~Phoenix Retail, LLC | ~~6/21/2024~~448 | ~~Store Lease~~$2.20 |
| ~~96~~ | ~~Brookfield~~ | ~~818~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~97~~ | ~~Brookfield~~ | ~~1446~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~$31,049.89 |
| ~~98~~ | ~~Brookfield~~ | ~~1894~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~99~~ | ~~Brookfield~~ | ~~611~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~100~~ | ~~Brookfield~~ | ~~187~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |