IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION GRANTING
RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE
CHUBB COMPANIES TO AMEND/ENDORSE A CERTAIN INSURANCE
POLICY AND TAKE CERTAIN ACTIONS RELATED THERETO**

Upon consideration of the *Stipulation Granting Relief From The Automatic Stay To Permit The Chubb Companies To Amend/Endorse A Certain Insurance Policy And Take Certain Actions Related Thereto* (the "Stipulation"),[2] a copy of which is attached to this Order as **Exhibit "1**," and the Court having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation;

**IT IS HEREBY ORDERED THAT:**

---

[1]　The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]　Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

147591107.2

1. The Stipulation is APPROVED.

2. The Debtors are authorized to enter into the Stipulation and to take any and all actions necessary and appropriate to consummate and perform the terms and conditions thereof.

3. The Chubb Companies are also authorized, to the extent necessary, to take all actions necessary and appropriate to perform under the Stipulation, including, without limitation, effectuating the Policy Amendment as of the Amendment Date without further order of this Court or notice to any party, and the automatic stay under Section 362 of the Bankruptcy Code, if and to the extent applicable, shall be deemed modified and/or lifted to permit such relief.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation and enforcement of the Stipulation or this Order.

Dated: July 15th, 2024  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE