**SCHEDULE 1**

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 687 | Alderwood Mall | Lynwood, WA | Express | Phoenix Retail, LLC | 448 | |
| 587 | Altamonte Mall | Altamonte Springs, FL | Express | Phoenix Retail, LLC | 448 | |
| 1899 | Augusta Mall | Augusta, GA | Express Factory | Phoenix Retail, LLC | 447 | $567.55 |
| 259 | Baybrook Mall | Friendswood, TX | Express | Phoenix Retail, LLC | 448 | |
| 620 | Beachwood Place | Beachwood, OH | Express | Phoenix Retail, LLC | 447 | |
| 645 | Boise Towne Square | Boise, ID | Express/Express Men | Phoenix Retail, LLC | 448 | $59.72 |
| 289 | Carolina Place | Pineville, NC | Express | Phoenix Retail, LLC | 448 | |
| 340 | Christiana Mall | Newark, DE | Express | Phoenix Retail, LLC | 448 | $299.38 |
| 753 | Clackamas Town Center | Happy Valley, OR | Express | Phoenix Retail, LLC | 448 | $123.78 |
| 179 | Coastland Center | Naples, FL | Express | Phoenix Retail, LLC | 447 | |
| 1897/172 | Columbia Mall (MO) | Columbia, MO | Express Factory | Phoenix Retail, LLC | 447 | $5.93 |
| 361 | Columbiana Centre | Columbia, SC | Express | Phoenix Retail, LLC | 448 | |
| 651 | Coral Ridge Mall | Coralville, IA | Express | Phoenix Retail, LLC | 448 | $22.15 |

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 148 | Coronado Center | Albuquerque, NM | Express | Phoenix Retail, LLC | 448 | $23.75 |
| 366 | Deerbrook Mall | Humble, TX | Express | Phoenix Retail, LLC | 447 | $521.33 |
| 437 | Fashion Place | Murray, UT | Express/Express Men | Phoenix Retail, LLC | 448 | $57.93 |
| 83 | Fashion Show | Las Vegas, NV | Express | Phoenix Retail, LLC | 448 | $1,579.00 |
| 1893 | Four Seasons Town Centre | Greensboro, NC | Express Factory | Phoenix Retail, LLC | 447 | $25.09 |
| 114 | Fox River Mall | Appleton, WI | Express | Phoenix Retail, LLC | 448 | $311.00 |
| 119 | Galleria at Tyler | Riverside, CA | Express | Phoenix Retail, LLC | 448 | $24.00 |
| 905 | Glendale Galleria | Glendale, CA | Express/Express Men | Phoenix Retail, LLC | 448 | $3,825.10 |
| 1855 | Governors Square | Tallahassee, FL | Express Factory | Phoenix Retail, LLC | 447 | |
| 98 | Greenville Mall | Greenville, NC | Express | Phoenix Retail, LLC | 448 | |
| 320 | Hulen Mall | Ft. Worth, TX | Express | Phoenix Retail, LLC | 448 | $1,052.75 |
| 484 | Independence Mall | Wilmington, NC | Express | Phoenix Retail, LLC | 447 | |
| 606 | Jordan Creek Town Center | West Des Moines, IA | Express | Phoenix Retail, LLC | 448 | $8,253.06 |
| 411 | Kenwood Towne Centre | Cincinnati, OH | Express | Phoenix Retail, LLC | 448 | |
| 194 | Lynnhaven Mall | Virginia Beach, VA | Express/Express Men | Phoenix Retail, LLC | 448 | |

2

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 128 | Mall of Louisiana | Baton Rouge, LA | Express | Phoenix Retail, LLC | 448 | |
| 818 | Mall St Matthews | Louisville, KY | Express | Phoenix Retail, LLC | 447 | $85.23 |
| 1446 | Market Place Shopping Center | Champaign, IL | Express/Express Men | Phoenix Retail, LLC | 447 | $578.31 |
| 166 | Mayfair | Wauwatosa, WI | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 713 | Natick Mall | Natick, MA | Express | Phoenix Retail, LLC | 448 | $12.17 |
| 314 | North Star Mall | San Antonio, TX | Express | Phoenix Retail, LLC | 448 | |
| 875 | Northridge Fashion Center | Northridge, CA | Express | Phoenix Retail, LLC | 448 | $491.96 |
| 1894 | Oakwood Mall (WI) | Eau Claire, WI | Express Factory | Phoenix Retail, LLC | 447 | |
| 125 | Park City Center | Lancaster, PA | Express/Express Men | Phoenix Retail, LLC | 448 | $1,789.47 |
| 75 | Park Meadows | Lone Tree, CO | Express/Express Men | Phoenix Retail, LLC | 448 | $3,038.13 |
| 611 | Pembroke Lakes Mall | Pembroke Pines, FL | Express | Phoenix Retail, LLC | 447 | $9.02 |
| 939 | Perimeter Mall | Atlanta, GA | Express | Phoenix Retail, LLC | 448 | $3,053.48 |
| 981 | Promenade Temecula | Temecula, CA | Express | Phoenix Retail, LLC | 448 | $838.59 |
| 187 | Providence Place | Providence, RI | Express | Phoenix Retail, LLC | 447 | $102.98 |
| 120 | Ridgedale Center | Minnetonka, MN | Express | Phoenix Retail, LLC | 448 | $1,102.11 |

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 901 | Riverchase Galleria | Hoover, AL | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 292 | Saint Louis Galleria | Saint Louis, MO | Express Men | Phoenix Retail, LLC | 448 | $264.80 |
| 525 | Short Pump Town Center | Richmond, VA | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 1904 | Sooner Mall | Norman, OK | Express | Phoenix Retail, LLC | 448 | |
| 1892 | Southland Center (MI) | Taylor, MI | Express | Phoenix Retail, LLC | 448 | $2.98 |
| 783 | Staten Island Mall Phase II | Staten Island, NY | Express | Phoenix Retail, LLC | 448 | |
| 390 | Stonebriar Centre | Frisco, TX | Express | Phoenix Retail, LLC | 448 | |
| 375 | Stonestown Galleria | San Francisco, CA | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 249 | The Maine Mall | South Portland, ME | Express | Phoenix Retail, LLC | 448 | $237.51 |
| 897 | The Mall in Columbia (MD) | Columbia, MD | Express | Phoenix Retail, LLC | 448 | $0.21 |
| 1928 | The Oaks Mall | Gainesville, FL | Express/Express Men | Phoenix Retail, LLC | 448 | $25.44 |
| 226 | The Parks Mall at Arlington | Arlington, TX | Express | Phoenix Retail, LLC | 448 | |
| 305 | The Shoppes at Carlsbad | Carlsbad, CA | Express | Phoenix Retail, LLC | 448 | $8.06 |
| 2020 | The Shoppes at River Crossing | Macon, GA | Express | Phoenix Retail, LLC | 448 | $445.99 |
| 654 | The Shops at La Cantera | San Antonio, TX | Express | Phoenix Retail, LLC | 448 | $19.90 |

| Store No. | Mall / Property Name | Location | Tenant Entity | Assignee Entity | Docket | Debtor Cure Amount |
|---|---|---|---|---|---|---|
| 940 | The Streets at Southpoint | Durham, NC | Express | Phoenix Retail, LLC | 448 | $1,611.43 |
| 680 | The Woodlands Mall | The Woodlands, TX | Express | Phoenix Retail, LLC | 448 | $4.64 |
| 501 | Town East Mall | Mesquite, TX | Express | Phoenix Retail, LLC | 448 | $35.28 |
| 144 | Towson Town Center | Towson, MD | Express | Phoenix Retail, LLC | 448 | $479.81 |
| 515 | Tucson Mall | Tucson, AZ | Express/Express Men | Phoenix Retail, LLC | 448 | |
| 5046 | Tyson's Galleria | McLean, VA | Bonobos | Phoenix BNBS Fashion LLC | 450 | |
| 163 | Valley Plaza Mall | Bakersfield, CA | Express/Express Men | Phoenix Retail, LLC | 448 | $57.85 |
| 573 | Victoria Gardens | Rancho Cucamonga, CA | Express | Phoenix Retail, LLC | 448 | $0.82 |
| 402 | Westroads Mall | Omaha, NE | Express | Phoenix Retail, LLC | 448 | |
| 296 | Willowbrook (NJ) | Wayne, NJ | Express | Phoenix Retail, LLC | 448 | |
| 122 | Willowbrook Mall (TX) | Houston, TX | Express | Phoenix Retail, LLC | 448 | $2.20 |
| | | | | | | $31,049.89 |