**Exhibit 1**

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | PLAZA DEL CARIBE, S.E. | 2103 | $14,000 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | PLAZA LAS AMERICAS, INC. | 2101 | $15,434 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments as between the Debtors and/or the Assignee and the Contract Counterparty.