**Exhibit 1**

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | FAIRFAX COMPANY OF VIRGINIA LLC | 505 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | GREENE TOWN CENTER LLC | 2027 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | WASHINGTON PRIME | 438 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | WASHINGTON PRIME | 1870 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 5 | WASHINGTON PRIME | 1784 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 6 | WASHINGTON PRIME | 759 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 7 | WASHINGTON PRIME | 1906 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 8 | WASHINGTON PRIME | 1883 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 9 | WASHINGTON PRIME | 1917 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 10 | WASHINGTON PRIME | 1879 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 11 | WASHINGTON PRIME | 2009 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 12 | WASHINGTON PRIME | 3004 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 13 | WESTFIELD | 414 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.