## Exhibit 1

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | 5028 | WASHINGTON PRIME | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 2 | 5012 | WESTFIELD | $0 | PHOENIX BNBS Fashion LLC | 6/30/2024 | Store Lease |
| 3 | 5064 | WS DEVELOPMENT | $7,707.81 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 4 | 5062 | WS Development | $8,535.12 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |
| 5 | 5043 | WS Development | $7,669.97 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.