## Exhibit 1

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | Akamai | Akamai | Software - Akamai Enterprise Solution | IT | $399,033 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | AWS (Amazon Web Services) | AWS (Amazon Web Services) | | IT | $81,775.86 | PHOENIX Retail, LLC | 6/21/2024 |
| 3. | EMC | EMC | HW Maintenance - VMAX 250F Hardware and SW Support | IT | $146,329.46 | PHOENIX Retail, LLC | 6/21/2024 |
| 4. | EMC | EMC | Software - VMAX 250F Software Support | IT | | PHOENIX Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.