

RECEIVED
2024 JUL 15  AM 11: 14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 9, 2024

USBC District of Delaware
Clerk's Office
824 Market Street
Wilmington, DE  19801
Attn:  The Honorable Karen B. Owens

Via Overnight Courier

RE:  **NOTICE OF OBJECTION** In re:  Express, Inc. *et al*, Case 24-10831

To the Honorable Karen B. Owens

Contract Datascan, L.P. ("Datascan") received on July 3, 2024 an Adequate Assurance Package ("Package") from Phoenix Retail, LLC ("Phoenix").  The Package includes notice ("Notice") to us that Phoenix will assume our contract with the Debtors in connection with and as defined in the above-mentioned Chapter 11 reorganization of Express, Inc. et al.

We object to the Proposed Cure Amount shown in the notice.  There are two active contracts with the debtor parties.  The first is executed by Express, LLC ("Express") *and is dated February 8, 2021* (the "Express Contract").  Express owes $39,094.22 in connection with that contract (Invoice SINV026657).  The second contract is executed by Express BNBS Fashion, LLC ("Bonobos") and is dated December 31, 2023 (the "Bonobos Contract").  Pursuant to the Bonobos Contract, Bonobos owes $24,760.26 (Invoices SINV026912, SINV027085, SINV028057 and SINV028170).  We speculate that the Proposed Cure Amount reflects a partial amount due under the Bonobos Contract, corresponding with December 2023 and January 2024 invoices, but omitting April 2024 invoices.  The total Proposed Cure Amount should be $63,854.48.

Please contact me as necessary for any further information.

Respectfully,

*[signature]*

Kevin Hicks
Counsel
khicks@gencounsel.com
610.470.9261

cc:  Attached list

## CC LIST

Express, Inc.
One Express Drive
Columbus, Ohio 43230
Attn.: Laurel Krueger
(lakrueger@express.com)

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Joshua A. Sussberg, P.C. (josh.sussberg@kirkland.com);
Emily E. Geier, P.C. (emily.geier@kirkland.com); Nicholas M. Adzima (nicholas.adzima@kirkland.com)

Kirkland & Ellis, LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Attn.: Charles B. Sterrett (charles.sterrett@kirkland.com)

Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Attn.: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com),
and Alyssa M. Radovanovich (aradvanovich@klehr.com)

Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Attn.: Morton R. Branzburg (mbranzburg@klehr.com)

Phoenix Retail, LLC
c/o WHP Global
530 Fifth Avenue, 12th Floor
New York, New York 10036
Attn: Legal Department (info@whp-global.com)

U.S. Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: John Schanne (Qohn.schanne@usdoj.gov)

Goldberg Kohn Ltd.
55 E. Monroe St., Suite 3300
Chicago, Illinois 60603
Attn.: Randall Klein (Randall.Klein@goldbergkohn.com), Dimitri G. Karcazes (Dimitri.Karcazes@goldbergkohn.com),
Keith G. Radner (Keith.Radner@goldbergkohn.com), and Eva D. Gadzheva (Eva.Gadzheva@goldbergkohn.com)

Richards Layton & Finger
920 N. King Street
Wilmington, Delaware 19801
Attn.: John H. Knight (Knight@RLF.com), Paul N. Heath (heath@RLF.com), and Alexander R. Steiger (Steiger@RLF.com)

Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Attn.: Stephen L. Iacovo (steven.iacovo@ropesgray.com)

Chipman, Brown, Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Attn.: Mark L. Desgrosseilliers (desgross@chipmanbrown.com)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com)

Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Attn: Luke Murley (luke.murley@saul.com)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on June 9, 2024 on each party to the associated email address(es) shown on the attached Exhibit A.

Kevin Hicks

GenCounsel, LLC

Attorney for Contract Datascan, LP

RECEIVED
2024 JUL 15  AM 11: 14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Exhibit A

Express, Inc.
One Express Drive
Columbus, Ohio 43230
Attn.: Laurel Krueger
(lakrueger@express.com)

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Joshua A. Sussberg, P.C. (josh.sussberg@kirkland.com);
Emily E. Geier, P.C. (emily.geier@kirkland.com); Nicholas M. Adzima (nicholas.adzima@kirkland.com)

Kirkland & Ellis, LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Attn.: Charles B. Sterrett (charles.sterrett@kirkland.com)

Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Attn.: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com),
and Alyssa M. Radovanovich (aradvanovich@klehr.com)

Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Attn.: Morton R. Branzburg (mbranzburg@klehr.com)

Phoenix Retail, LLC
c/o WHP Global
530 Fifth Avenue, 12th Floor
New York, New York 10036
Attn: Legal Department (info@whp-global.com)

U.S. Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: John Schanne (Qohn.schanne@usdoj.gov)

Goldberg Kohn Ltd.
55 E. Monroe St., Suite 3300
Chicago, Illinois 60603
Attn.: Randall Klein (Randall.Klein@goldbergkohn.com), Dimitri G. Karcazes (Dimitri.Karcazes@goldbergkohn.com),
Keith G. Radner (Keith.Radner@goldbergkohn.com), and Eva D. Gadzheva (Eva.Gadzheva@goldbergkohn.com)

Richards Layton & Finger
920 N. King Street
Wilmington, Delaware 19801
Attn.: John H. Knight (Knight@RLF.com), Paul N. Heath (heath@RLF.com), and Alexander R. Steiger (Steiger@RLF.com)

Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Attn.: Stephen L. Iacovo (steven.iacovo@ropesgray.com)

Chipman, Brown, Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Attn.: Mark L. Desgrosseilliers (desgross@chipmanbrown.com)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com)

Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Attn: Luke Murley (luke.murley@saul.com)