# **EXHIBIT B**

**REDLINED Revised Schedule of Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | OKTA | OKTA | Software - subscription-based feature that gets enabled inside the Okta tenant. | IT | $~~0~~127,760.31 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | ~~OneSource Global Trade~~SVS | ~~OneSource Global Trade~~SVS | ~~Software - FTZ SW Maint. Agreement - was Integration Point~~Gift Cards | ~~IT~~Marketing | $0 | PHOENIX ~~Retail~~GC, LLC | 6/21/2024 |
| ~~3.~~ | ~~Postman~~ | ~~Postman~~ | ~~Software - Postman Business License~~ | ~~IT~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~4.~~ | ~~Postman~~ | ~~Postman~~ | ~~Software - Annual Software subscription~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~5.~~ | ~~Quantum Metrics~~ | ~~Quantum Metrics~~ | ~~Software - Session Replay + Analytics~~ | ~~IT~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~6.~~ | ~~Reedsburg/ Lightspeed~~ | ~~Reedsburg/ Lightspeed~~ | ~~Internet - Internet~~ | ~~IT~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~7.~~ | ~~Ricoh~~ | ~~Ricoh~~ | ~~Software - iSeries Hosting for Infinium Fixed Assets System~~ | ~~IT~~ | ~~$268,815~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~8.~~ | ~~Rimini~~ | ~~Rimini~~ | ~~Software - PeopleSoft HCM & FSCM Tax and 1099 updates~~ | ~~IT~~ | ~~$200,417~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~9.~~ | ~~SALISH NETWORKS INC~~ | ~~SALISH NETWORKS INC~~ | ~~Connectivity - Voice & Data~~ | ~~IT~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~10.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~HW Maintenance - Offline backup (Cyber Vault) - PO 105074~~ | ~~IT~~ | ~~$350,612~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~11.~~ | ~~Sirius~~ | ~~SIRIUS COMPUTER SOLUTIONS~~ | ~~Connectivity - Cisco DNA Spaces (Customer WiFi Portal)(Prepaid Item)~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~12.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~HW Maintenance - Dell EMC ProSupport - Renewal (Brocade Fiber Switch)~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~13.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~Hardware Maintenance - HPE ARUBA CENTRAL 5 YR~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~14.~~ | ~~Sirius~~ | ~~Sirius~~ | ~~Hardware Maintenance - 2020 Store Switch Refresh - Meraki Support - True Up~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~15.~~ | ~~Sirius~~ | ~~Sirius~~ | ~~Hardware Maintenance - 2020 Store Switch Refresh - Meraki Support~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~16.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~HW Maintenance - EMC IDPA Premium Support - Hardware~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~17.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~Software - 2/SW Firewall/r640~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~18.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~HW Maintenance - VxRail - HW Maintenance~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~19.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~Hardware Maintenance - Aruba 3-YR~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~20.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~HW Maintenance - Software Refresh~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~21.~~ | ~~Sirius~~ | ~~SIRIUS COMPUTER SOLUTIONS~~ | ~~Software - SANNAV Subscription & Maintenance 1-year (Expense)~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~22.~~ | ~~Sirius~~ | ~~Sirius Computer Solutions~~ | ~~Software - IDPA SW Maintenance~~ | ~~IT~~ | | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23. | Sirius | SIRIUS COMPUTER SOLUTIONS | HW Maintenance - PowerStore Data Storage, XIO Replacement Support & Maintenance 3-year | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 24. | Sirius | Sirius Computer Solutions | HW Maintenance - extended maint. on servers, storage and network equipment (was Service Express) | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 25. | Sirius | SIRIUS COMPUTER SOLUTIONS | Time & Materials | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 26. | Sirius | Sirius Computer Solutions | Software - STR VMAX 250f Solution SW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 27. | Sirius | Sirius Computer Solutions | Software - Aruba WiFi Subscriptions/Maintenance (5-Year) | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 28. | Sirius | Sirius Computer Solutions | Software - DELL EMC RSA SecurID Software Token Seeds subscription license 1 year | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 29. | Sirius | Sirius Computer Solutions | HW Maintenance - IDPA HW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 30. | Sirius | Sirius Computer Solutions | HW Maintenance - VMAX IDPA HW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 31. | Sirius | Sirius Computer Solutions | HW Maintenance - VxRail - HW Maintenance | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 32. | Sketch / Framer | Sketch / Framer | Software | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 33. | SolarWinds | SolarWinds | Software - SolarWinds DPA SQL Monitoring Solution ($23K SW Maint) | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |

3

| 34. | Sonarcloud | Sonarcloud | Software - Sonarcloud | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |

4

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35. | SpectraFlow | SpectraFlow | Software - Spectraflow for printer re-calibration | IT | $5,155 | PHOENIX Retail, LLC | 6/21/2024 |
| 36. | Trackjs | Track.js | Software - APM (application performance management) for Browser based performance management | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 37. | Usablenet | Usablenet | Software - Web and mobile web accessibility provider - subscription | IT | $30,980 | PHOENIX Retail, LLC | 6/21/2024 |
| 38. | Vertex | Vertex | Software - Real Time Tax Calculation Software (Stores) | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 39. | Zebra \| Reflexis Software | Zebra \| Reflexis Software | Software - Store Communication & Task Management Software | IT | $114,297 | PHOENIX Retail, LLC | 6/21/2024 |
| 40. | Blackhawk | Blackhawk | Gift Cards (Third Party) | Marketing | $35,465 | PHOENIX Retail, LLC | 6/21/2024 |
| 41. | Bread Financial / Comenity Bank f/k/a World Financial Network National Bank | Bread Financial | Private Label Credit Card<br><br>Private Label Credit Card Program Agreement by and between Comenity Bank f/k/a World Financial Network National Bank and Express, LLC and Retail Factoring, Inc. dated as of November 1, 2005 | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 42. | BusinessWire | BusinessWire | PR - press release distribution | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 43. | InComm | InComm | Gift Cards (Third Party) | Marketing | $65,149 | PHOENIX Retail, LLC | 6/21/2024 |
| 44. | Loyalty Contractor | Loyalty Contractor | Loyalty | Marketing | $0 | PHOENIX Retail, LLC | 6/21/2024 |

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~45.~~ | ~~RewardStyle / LTK~~ | ~~RewardStyle / LTK~~ | ~~Influencer~~ | ~~Marketing~~ | ~~$80,000~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~46.~~ | ~~Shotflow~~ | ~~Shotflow~~ | ~~Ecom Sample Workflow~~ | ~~Marketing~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~47.~~ | ~~SVS~~ | ~~SVS~~ | ~~Gift Cards~~ | ~~Marketing~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~48.~~ | ~~Tracer~~ | ~~Tracer~~ | ~~Data aggregation (Paid Media)~~ | ~~Marketing~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~49.~~ | ~~Five9~~ | ~~Five9~~ | ~~Call Center: Telecomm provider~~ | ~~Other~~ | ~~$43,346~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~50.~~ | ~~Bath & Body Works~~ | ~~Bath & Body Works~~ | ~~Multiple contracts related to the headquarters of Express and the distribution center and logistics related thereto~~ | ~~Supply~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~51.~~ | ~~Radial~~ | ~~Radial~~ | ~~Contracts related to services provided by Radial~~ | ~~Supply~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~52.~~ | ~~Avalara~~ | ~~Avalara~~ | ~~Sales tax software~~ | ~~Finance~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~53.~~ | ~~Experian~~ | ~~Experian~~ | ~~Supports the Express Work Opportunity Tax Credit Program~~ | ~~Finance~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~54.~~ | ~~Conga~~ | ~~Conga~~ | ~~Contract management software~~ | ~~Legal~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~55.~~ | ~~Legal Tracker~~ | ~~Legal Tracker~~ | ~~Legal matter tracking software~~ | ~~Legal~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~56.~~ | ~~LRN Corporation~~ | ~~LRN Corporation~~ | ~~Legal compliance and ethics training~~ | ~~Legal~~ | ~~$42,988~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~57.~~ | ~~Egencia~~ | ~~Egencia~~ | ~~Business travel platform~~ | ~~Other~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~58.~~ | ~~APL Logistics~~ | ~~APL~~ | ~~Origin management services~~ | ~~Logistics~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |
| ~~59.~~ | ~~Hapag-Lloyd AG~~ | ~~Hapag-Lloyd~~ | ~~Sea freight / shipping~~ | ~~Logistics~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ |

| 60. | MSC Mediterranean Shipping Company SA | MSC Mediterranean | Cargo / shipping | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |
|---|---|---|---|---|---|---|---|
| 61. | DHL Global Carrier Forwarding | DHL Express USA | Ocean freight services | Logistics | $11,970 | PHOENIX Retail, LLC | 6/21/2024 |
| 62. | EFL Global, LLC | EFL Global, LLC | Logistics services | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |
| 63. | Flexport International LLC | Flexport International LLC | Logistics services | Logistics | $0 | PHOENIX Retail, LLC | 6/21/2024 |