## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing REQUEST TO BE REMOVED FROM ELECTRONIC FILING NOTICES was electronically filed on July 17, 2024 and notice of this filing was sent electronically to all registered ECF participants through the Court's ECF System at the email addresses registered with the Court.

*/s/ Travis Bayer*
Travis Bayer

#44761661v2