**<u>Exhibit 1</u>**

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | OKTA | OKTA | Software - subscription-based feature that gets enabled inside the Okta tenant. | IT | $127,760.31 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | SVS | SVS | Gift Cards | Marketing | $0 | PHOENIX GC, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.