# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### REQUEST TO BE REMOVED FROM ELECTRONIC FILING NOTICES

PLEASE TAKE NOTICE that the undersigned attorney hereby requests to be removed from the electronic filing notices sent in the above-captioned case.

Respectfully submitted,

*/s/ Travis Bayer*
Travis Bayer (OH 0099708)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
T: (513) 977-8383 | F: (513) 977-8141
travis.bayer@dinsmore.com
**Attorney for**
**Dinsmore & Shohl LLP**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

#44761661v2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing REQUEST TO BE REMOVED FROM ELECTRONIC FILING NOTICES was electronically filed on July 18, 2024 and notice of this filing was sent electronically to all registered ECF participants through the Court's ECF System at the email addresses registered with the Court.

/s/ Travis Bayer
Travis Bayer

#44761661v2