**Exhibit 1**

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | CBL | 1873 | $625.50 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | CBL | 777 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | CBL | 1910 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | CBL | 362 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 5 | CBL | 552 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 6 | CBL | 929 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 7 | CBL | 1872 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 8 | CBL | 678 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 9 | CBL | 323 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 10 | CBL | 1856 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 11 | CBL | 401 | $144.62 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 12 | CBL | 1878 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 13 | CBL | 380 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 14 | CBL | 225 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

[1] Contracts set forth herein shall include any material amendments as between the Debtors and/or the Assignee and the Contract Counterparty.

| 15 | CBL | 1925 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 16 | KRG LANSING EASTWOOD, LLC | 988 | $38,864.44 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

2