**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| EXPRESS, INC, et al.,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF BRIAN C. CAMPBELL IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF KPMG LLP TO PROVIDE TAX COMPLIANCE AND TAX CONSULTING SERVICES TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE AND (II) WAIVING THE INFOMRATION REQUEST REQUIREMENTS OF LOCAL RULE 2016-2(d)**

I, Brian C. Campbell, under penalty of perjury, declares as follows, to the best of my knowledge, information, and belief:

1. I am a Certified Public Accountant and a partner of KPMG LLP, a professional services firm ("KPMG"). KPMG is the United States member firm of KPMG International, a Swiss cooperative. I submit this declaration on behalf of KPMG in support of the application I have personal knowledge of the matters set forth herein.[2]

2. I submit this declaration (this "Supplemental Declaration") on behalf of KPMG in connection with the above-captioned debtors' and debtors in possession's (the "Debtors") application to retain and employ KPMG to provide tax compliance and tax consulting services

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Certain of the disclosures herein relate to matters within the knowledge of other professionals at KPMG.

[Docket No. 355] (the "Application") and further supplement my initial declaration filed as Exhibit B to the Application (the "Initial Declaration").

3. Since filing the Initial Declaration, the Debtors provided KPMG with a list of additional parties in interest and KPMG is filing this Supplemental Declaration pursuant to paragraph 32 of the Initial Declaration. The additional parties searched are reflected on Schedule 1 annexed hereto. A summary of those current potential relationships that KPMG was able to identify using its reasonable efforts is reflected on Schedule 2 annexed hereto.

4. To the best of my knowledge and based upon the results of the search described above and subject to the supplemental disclosures herein and in prior declarations, KPMG neither holds nor represents an interest adverse to the Debtors' estates in accordance with section 327 of the Bankruptcy Code.

Dated: July 19, 2024  
Columbus, OH

/s/ *Brian C. Campbell*  
Brian C. Campbell  
KPMG LLP  
191 West Nationwide Blvd.  
Suite 500  
Columbus, OH 43215

## SCHEDULE 1

## EXPRESS, INC., et al.
## PARTIES IN INTEREST

**Debtor Professionals**
Womble Bond Dickinson LLP
Greenberg Traurig, LLP
Ogletree Deakins Nash Smoak & Stewart, P.C.
Dinsmore & Shohl LLP

**Banks, Lenders, Lien Parties, and Administrative Agents**
Hilco Merchant Resources, LLC
Comenity Capital Bank
Gordon Brothers Retail Partners, LLC

**Taxing Authorities**
Broward County, Florida
Harris County
Harris County Flood Control District
Harris County Port of Houston Authority
Harris County Hospital District
Harris County Department of Education
Kern County Treasurer and Tax Collector Office
Madison County, Alabama
Northwest ISD
Allen ISD
City of Allen
City of Frisco
Broward County, Florida
City of Houston
Houston ISD
Lone Star College System
Houston Community College System
Harris Co ESD #09
City of Humble
Harris Co ID #01
Galveston County
Tennessee Attorney General's Office
Plano ISD
Frisco ISD
Harris County Municipal Utility District # 358
Harris County Water Control and Improvement District # 155
Manatee County Tax Collector
San Marcos CISD
Crowley ISD

3

City of Grapevine
Grapevine-Colleyville ISD
Brownsville Independent School District
City of Mercedes

**Landlords**
Domain Northside Retail Property Owner LP
31-01 Steinway LLC
AP Washington, LLC
BDC Shay Retail LLC
White Flint Associates, LLC
Tanger Management, LLC
Federal Realty OP LP
659 West Diversey, LLC
Acadia Gold Coast, LLC
Atherton Mill (E&A), LLC
Avalon North, LLC
Broward Mall LLC
CVM Holdings LLC
CenterCal Properties, LLC
Corpus Christi Retail Venture LP
Fashion Island Retail LLC [Fashion Island Shopping Center]
Keystone-Florida Property Holding Corp.
Turnberry Associates
North Riverside Park Associates LLC
WPG Legacy, LLC
RED Development, LLC
EKFH, LLC
Distribution Land Company, LLC

**Official Committee Professionals**
Province, LLC
Saul Ewing LLP

**Insurers**
Liberty Mutual Insurance Company
AmTrust North America, Inc.
Associated Industries Insurance Company, Inc.

**Vendors**
Granify (USA) Inc.
Radial Commerce Inc.
Bath and Body Works Logistics Services LLC
Oracle America, Inc.
Accertify, Inc.
BSS Creative Groupe, Inc.

**Litigation Parties**
Auto Advantage Finance, Inc.
Robinson, Hoover & Fudge PLLC
Sandra Pajaro
Jorge Chacon
Christie Carr
E-Teen Company Limited

**Equity Holders Directly Registered with the Transfer Agent**
Aaron Joseph Putnam
Alex J Oberg
Alim Ramji
Brian Thomas Davis
Cede & Co
Charles Wheeler
Christopher D Mueller
Christopher Pak
Craig Thompson
David Silverman
EXPWHP LLC
Francisco Javier Gonzalez
Jason J Swift & Kelsey Swift
Jeffrey Hunter Rice
Jeffrey Mead Kurzon
Jeremy Ferova & Jolene Ferova
Joshua Anthony Ray & Robyn Lynn Ray
Joshua R Monroe
Kevin-Mitchell Clement
Max E Orellana
Peter Myung-Won Pak
Robin Lionheart
Saleh K Abubakier
Sarah L Klein
Steven M Bassignani
Thomas Piwowarski
Tyler B Bovitch
Waleed M Ebrahim

**CONFIDENTIAL M&A Counterparties**
[REDACTED]

5

## SCHEDULE 2

## EXPRESS, INC., et al.
## KPMG CONNECTIONS

**Debtor Professionals**
Womble Bond Dickinson LLP
Greenberg Traurig, LLP
Ogletree Deakins Nash Smoak & Stewart, P.C.
Dinsmore & Shohl LLP

**Banks, Lenders, Lien Parties, and Administrative Agents**
Hilco Merchant Resources, LLC
Comenity Capital Bank
Gordon Brothers Retail Partners, LLC

**Taxing Authorities**
Broward County, Florida
Harris County
Harris County Flood Control District
Harris County Port of Houston Authority
Harris County Hospital District
Kern County Treasurer and Tax Collector Office
Madison County, Alabama
Northwest ISD
City of Allen
City of Frisco
Broward County, Florida
City of Houston
Houston ISD
Lone Star College System
Houston Community College System
Galveston County
Tennessee Attorney General's Office
Plano ISD
Frisco ISD
Manatee County Tax Collector
Crowley ISD
City of Grapevine
Grapevine-Colleyville ISD
Brownsville Independent School District

**Landlords**
Federal Realty OP LP
Acadia Gold Coast, LLC

Atherton Mill (E&A), LLC
CVM Holdings LLC
Corpus Christi Retail Venture LP
Turnberry Associates
RED Development, LLC
Distribution Land Company, LLC

**Official Committee Professionals**
Province, LLC
Saul Ewing LLP

**Insurers**
Liberty Mutual Insurance Company
AmTrust North America, Inc.
Associated Industries Insurance Company, Inc.

**Vendors**
Granify (USA) Inc.
Radial Commerce Inc.
Bath and Body Works Logistics Services LLC
Oracle America, Inc.
Accertify, Inc.

**Litigation Parties**
No KPMG Connections

**Equity Holders Directly Registered with the Transfer Agent**
Brian Thomas Davis
Cede & Co
Charles Wheeler
Christopher D Mueller
Craig Thompson
David Silverman
Francisco Javier Gonzalez
Sarah L Klein

**CONFIDENTIAL M&A Counterparties**
[REDACTED]