**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**COVER SHEET FOR FIRST MONTHLY FEE STATEMENT OF**
**ERNST & YOUNG LLP AS TAX SERVICES PROVIDER TO THE DEBTORS FOR**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM**
**APRIL 22, 2024 THROUGH AND INCLUDING MAY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | June 4, 2024 *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through May 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $103,160.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $82,528.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n) **X** monthly _____ interim _____ final application. No prior application has been filed with respect to this Fee Period.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**SUMMARY OF BILLING BY PROFESSIONAL**
**APRIL 22, 2024 THROUGH AND INCLUDING MAY 31, 2024**

| Last Name | First Name | Rank | Hours | Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Christensen | Bryon | Partner/Principal | 0.6 | $1,450.00 | $870.00 |
| Sapir | Eric | Executive Director | 4.8 | $1,350.00 | $6,480.00 |
| Prescott | Matt | Executive Director | 1.6 | $1,350.00 | $2,160.00 |
| Ericson | Molly | Executive Director | 11.3 | $1,350.00 | $15,255.00 |
| Hsiao | Elicia | Manager | 9.1 | $940.00 | $8,554.00 |
| Ogea | Phil | Manager | 0.5 | $940.00 | $470.00 |
| Witt | Khendra | Senior | 66.1 | $660.00 | $43,626.00 |
|  |  |  |  |  |  |
| Nolan | Bill | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Cagnina | Christine | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Nicolas | Karl | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Weden | Marcus | Executive Director | 0.7 | $1,350.00 | $945.00 |
| Crockett | Matt | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Wasser | Michael | Executive Director | 0.5 | $1,350.00 | $675.00 |
| Mitchell | Traci | Executive Director | 0.3 | $1,350.00 | $405.00 |
| Hines | Chip | Senior Manager | 1.0 | $1,050.00 | $1,050.00 |
| Corts | Edward | Senior Manager | 1.2 | $1,050.00 | $1,260.00 |
| Kotanchiyev | Georgiy | Senior Manager | 0.5 | $1,050.00 | $525.00 |
| Barnes | Jason | Senior Manager | 0.8 | $1,050.00 | $840.00 |
| Eleniewski | Joe | Senior Manager | 0.5 | $1,050.00 | $525.00 |
| Gatt | Katie | Senior Manager | 11.3 | $1,050.00 | $11,865.00 |
| Keefe | Michael | Senior Manager | 0.2 | $1,050.00 | $210.00 |
| Wehr | Robert | Senior Manager | 1.5 | $1,050.00 | $1,575.00 |
| Redden | Colleen | Manager | 0.5 | $940.00 | $470.00 |
| **Total** |  |  | **117.0** |  | **$103,160.00** |

**Blended Hourly Rate:  $881.71**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**APRIL 22, 2024 THROUGH AND INCLUDING MAY 31, 2024**

| Time Category | Category Description | Total Hours | Total Fees |
|---|---|---|---|
| Federal Bankruptcy | Federal tax consulting associated with the bankruptcy. | 94.0 | $77,415.00 |
| Indirect Bankruptcy | Indirect tax consulting associated with the bankruptcy. | 23.0 | $25,745.00 |
| **Total** | | **117.0** | **$103,160.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC., *et al.*,[2] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**FIRST MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP**
**AS TAX SERVICES PROVIDER TO THE DEBTORS FOR**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM APRIL 22, 2024 THROUGH AND INCLUDING MAY 31, 2024**

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 223] (the "Interim Compensation Order"), Ernst & Young LLP ("EY LLP") hereby files this first monthly fee statement (this "Monthly Fee Statement"), for allowance of compensation for professional services performed by EY LLP during the period commencing April 22, 2024 through and including May 31, 2024 (the "Fee Period"). In support of the Monthly Fee Statement, EY LLP respectfully states as follows:

---

[2]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Background**

1. On April 22, 2024 (the "Petition Date"), the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified, the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On June 4, 2024, the Court entered the *Order (I) Authorizing the Employment and Retention of Ernst & Young LLP As Tax Services Provider Effective as of the Petition Date, and (II) Granting Related Relief*, [D.I. 408] (the "Retention Order") authorizing the retention and employment of EY LLP as the Debtors' tax services provider, effective as of April 22, 2024.

**Relief Requested**

3. By this Monthly Fee Statement and in accordance with the Interim Compensation Order, EY LLP makes this application for (i) allowance of compensation in the amount of $103,160.00 for reasonable and necessary professional services rendered, (ii) payment of compensation in the amount of 80% thereof (in the amount of $82,528.00) and (iii) payment of $0.00 for actual and necessary expenses incurred.

**a. Compensation Requested**

4. The services performed by EY LLP during the Fee Period included tax services approved pursuant to the Retention Order. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by EY LLP with respect to the Chapter 11 Cases during the Fee Period. This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in tenth-hour increments, time entries are presented chronologically in categories, and all meetings are individually identified.

5.      The timekeepers who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual, the position of each individual, and a description of the specific tasks performed by each individual.  All services for compensation were performed for, or on behalf of, the Debtors.

### b.  Expense Reimbursement

6.      EY LLP incurred out-of-pocket expenses during the Fee Period in the amount of $0.00.

### Valuation of Services

7.      Professionals of EY LLP have expended a total of 117.0 hours in connection with this matter during the Fee Period.

8.      The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in **Exhibit A**.  The rates charged are EY LLP's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by EY LLP for the Fee Period as tax services provider for the Debtors in the chapter 11 cases is $103,160.00 (80% thereof $82,528.00).

9.      EY LLP believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexities of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services;  and (e) the costs of comparable services other than in a case under this title.

### Certificate of Compliance and Waiver

11.     The undersigned representative of EY LLP certifies that she has reviewed the requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies

with such rule.  To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, EY LLP believes that such deviations are not material and respectfully requests that any such requirements be waived.

### **Notice and No Prior Requests**

12.    Notice of this Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; and (c) all parties required to be given notice in the Interim Compensation Order.  EY LLP submits that no other or further notice is necessary.

13.    No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

WHEREFORE, EY LLP respectfully requests that the Bankruptcy Court (i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.

July 18, 2024                                                  */s/ Molly Ericson*
                                                                    Molly Ericson
                                                                    Managing Director
                                                                    Ernst & Young LLP

**Exhibit A**

**Detailed Time Entries**

## FEDERAL BANKRUPTCY

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 31 May 2024 | Federal Bankruptcy | Email communications with client (Michael Sodl and Leanne Ikeda) and customs specialists to set up discussion regarding same. | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 31 May 2024 | Federal Bankruptcy | Reviewing documentation and creating the gain and loss model to estimate the potential tax liability associated with the proposed sale. | 8.0 | $660.00 | $5,280.00 |
| Molly Ericson | Executive Director | 30 May 2024 | Federal Bankruptcy | Email communications with client (Michael Sodl and Leanne Ikeda) and customs specialists related to client question regarding the same. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 30 May 2024 | Federal Bankruptcy | Email communications with Kirkland & Ellis (J Morley) and EY team regarding straddle period tax returns and reading relevant provisions of the draft sale agreement regarding the same. | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 30 May 2024 | Federal Bankruptcy | Updating the calculation with limitations and assumptions for the Section 382 Analysis. | 2.0 | $660.00 | $1,320.00 |
| Khendra Rakiya Witt | Senior | 30 May 2024 | Federal Bankruptcy | Updating and reviewing the limitations and assumptions in the draft deliverable of the Section 382 owner shift analysis. | 4.0 | $660.00 | $2,640.00 |
| Elicia Hsiao | Manager | 30 May 2024 | Federal Bankruptcy | Call with K Witt to discuss information received from client | 0.7 | $940.00 | $658.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Khendra Rakiya Witt | Senior | 29 May 2024 | Federal Bankruptcy | Reviewing documentation received from the client and updating the open items request lists. | 4.5 | $660.00 | $2,970.00 |
| Khendra Rakiya Witt | Senior | 28 May 2024 | Federal Bankruptcy | Organizing documentation and updating information request list for the Client | 1.5 | $660.00 | $990.00 |
| Khendra Rakiya Witt | Senior | 23 May 2024 | Federal Bankruptcy | Reviewing transactions in the Section 382 cube software from 2021 to 2023 | 3.1 | $660.00 | $2,046.00 |
| Bryon Christensen | Partner/Principal | 22 May 2024 | Federal Bankruptcy | Advice on procedural issues. | 0.6 | $1,450.00 | $870.00 |
| Molly Ericson | Executive Director | 22 May 2024 | Federal Bankruptcy | Email communications with partnership specialists and IRS practice & procedures re: push out election mechanics. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 22 May 2024 | Federal Bankruptcy | Email communications with team and client (Michael Sodl and Leanne Ikeda) regarding representations in draft sale agreement. | 0.3 | $1,350.00 | $405.00 |
| Molly Ericson | Executive Director | 22 May 2024 | Federal Bankruptcy | Reviewing the Sec. 382 owner shift analysis. | 0.7 | $1,350.00 | $945.00 |
| Molly Ericson | Executive Director | 21 May 2024 | Federal Bankruptcy | Email communications ██████████████ ████ . | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 21 May 2024 | Federal Bankruptcy | Completing the Quality & Integrity Program questionnaire to facilitate the professional obligation and firm's reporting requirements. | 1.0 | $660.00 | $660.00 |
| Khendra Rakiya Witt | Senior | 21 May 2024 | Federal Bankruptcy | Reviewing transactions in the Sec. 382 cube software from 2021 to 2023 | 5.5 | $660.00 | $3,630.00 |
| Elicia Hsiao | Manager | 21 May 2024 | Federal Bankruptcy | Reviewed updated asset purchase agreement | 0.3 | $940.00 | $282.00 |
| Molly Ericson | Executive Director | 20 May 2024 | Federal Bankruptcy | Reading revised draft asset purchase agreement in preparation for call with client (Michael Sodl and Leanne Ikeda) and Kirkland & Ellis (J Morley) regarding the same. | 1.1 | $1,350.00 | $1,485.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 20 May 2024 | Federal Bankruptcy | Call with Kirkland & Ellis LLP (J Morley) and Express (Michael Sodl and Leanne Ikeda) to discuss tax representations (M Ericson, E Sapir, K Gatt, E Hsiao) | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 20 May 2024 | Federal Bankruptcy | Reviewing the roll forward analysis | 2.8 | $660.00 | $1,848.00 |
| Eric Sapir | Executive Director | 20 May 2024 | Federal Bankruptcy | Call with Kirkland & Ellis LLP (J Morley) and Express (Michael Sodl and Leanne Ikeda) to discuss tax representations (M Ericson, E Sapir, K Gatt, E Hsiao). | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 20 May 2024 | Federal Bankruptcy | Reading draft asset purchase agreement to understand US federal income tax consequences. | 0.8 | $1,350.00 | $1,080.00 |
| Elicia Hsiao | Manager | 20 May 2024 | Federal Bankruptcy | Call with Kirkland & Ellis LLP (J Morley) and Express (Michael Sodl and Leanne Ikeda) to discuss tax representations (M Ericson, E Sapir, K Gatt, E Hsiao) | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 15 May 2024 | Federal Bankruptcy | Reviewing revised declaration and application. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 15 May 2024 | Federal Bankruptcy | Email communications with E Hsiao regarding the revised draft asset purchase agreement | 0.1 | $1,350.00 | $135.00 |
| Molly Ericson | Executive Director | 15 May 2024 | Federal Bankruptcy | Email communications with the attorneys and EY Indirect (K Gatt) regarding transfer taxes. | 0.2 | $1,350.00 | $270.00 |
| Elicia Hsiao | Manager | 15 May 2024 | Federal Bankruptcy | Review updated asset purchase agreement | 1.1 | $940.00 | $1,034.00 |
| Matt Prescott | Executive Director | 13 May 2024 | Federal Bankruptcy | Call to discuss Work Opportunity Tax Credit mechanics and opportunities for advising client during pendency of bankruptcy (D Olds, K Gatt, T Mitchell, E Sapir, M Prescott, M Ericson). | 0.5 | $1,350.00 | $675.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 13 May 2024 | Federal Bankruptcy | Call to discuss Work Opportunity Tax Credit mechanics and opportunities for advising client during pendency of bankruptcy (D Olds, K Gatt, T Mitchell, E Sapir, M Prescott, M Ericson). | 0.4 | $1,350.00 | $540.00 |
| Molly Ericson | Executive Director | 13 May 2024 | Federal Bankruptcy | Call with M. Ericson and K. Witt to discuss and walkthrough the Section 382 owner shift calculations. | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 13 May 2024 | Federal Bankruptcy | Call with M. Ericson and K. Witt to discuss and walkthrough the Section 382 owner shift calculations. | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 13 May 2024 | Federal Bankruptcy | Update and review Section 382 owner shift calculations. | 1.5 | $660.00 | $990.00 |
| Khendra Rakiya Witt | Senior | 10 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 2.0 | $660.00 | $1,320.00 |
| Matt Prescott | Executive Director | 09 May 2024 | Federal Bankruptcy | Bankruptcy declaration wording - previous EY services provided. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 09 May 2024 | Federal Bankruptcy | Reviewing revised declaration for retention application. | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 09 May 2024 | Federal Bankruptcy | Call with K Witt to discuss and review Sec. 382 owner shift calculations. | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 09 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 4.0 | $660.00 | $2,640.00 |
| Molly Ericson | Executive Director | 08 May 2024 | Federal Bankruptcy | Call with K Witt to discuss and review Sec. 382 owner shift calculations. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 08 May 2024 | Federal Bankruptcy | Reviewing and editing draft retention application. | 0.3 | $1,350.00 | $405.00 |
| Khendra Rakiya Witt | Senior | 08 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 6.0 | $660.00 | $3,960.00 |
| Elicia Hsiao | Manager | 07 May 2024 | Federal Bankruptcy | Review Form 8-k, licensing agreement, LLC agreement, and membership interest purchase agreement | 2.6 | $940.00 | $2,444.00 |
| Khendra Rakiya Witt | Senior | 07 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 3.5 | $660.00 | $2,310.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 06 May 2024 | Federal Bankruptcy | Follow up with team and attorneys regarding comments on draft asset purchase agreement | 0.2 | $1,350.00 | $270.00 |
| Matt Prescott | Executive Director | 03 May 2024 | Federal Bankruptcy | Responding to email from Mike Gillespie ███████████████████ | 0.1 | $1,350.00 | $135.00 |
| Molly Ericson | Executive Director | 03 May 2024 | Federal Bankruptcy | Reading non-binding letter of intent and draft asset purchase agreement to identify questions and facts for tax analysis. | 1.1 | $1,350.00 | $1,485.00 |
| Molly Ericson | Executive Director | 03 May 2024 | Federal Bankruptcy | Drafting email to team to summarize thoughts relative to draft purchase agreement and necessary tax workstreams | 0.4 | $1,350.00 | $540.00 |
| Molly Ericson | Executive Director | 03 May 2024 | Federal Bankruptcy | Reviewing draft information request list and providing comments to E Hsiao. | 0.2 | $1,350.00 | $270.00 |
| Eric Sapir | Executive Director | 03 May 2024 | Federal Bankruptcy | Reading asset purchase agreement draft to understand tax considerations. | 1.7 | $1,350.00 | $2,295.00 |
| Khendra Rakiya Witt | Senior | 03 May 2024 | Federal Bankruptcy | Updating and reviewing the Section 382 owner shift analysis to include transactions through January 2024. | 5.0 | $660.00 | $3,300.00 |
| Elicia Hsiao | Manager | 03 May 2024 | Federal Bankruptcy | Reviewed Form 10-K | 1.2 | $940.00 | $1,128.00 |
| Elicia Hsiao | Manager | 03 May 2024 | Federal Bankruptcy | Prepared request list for the company (Michael Sodl and Leanne Ikeda) | 2.7 | $940.00 | $2,538.00 |
| Khendra Rakiya Witt | Senior | 02 May 2024 | Federal Bankruptcy | Pulling data from the public filings (Form 10K, 10Q, 13G, 13D) and updating the workpapers and software to include the transactions from the 5 percent shareholders from 2021 through 2023. | 5.0 | $660.00 | $3,300.00 |
| Khendra Rakiya Witt | Senior | 01 May 2024 | Federal Bankruptcy | Updating transactions and rolling forward the Section 382 owner shift analysis that EY previously conducted that ended on May 31, 2021 to include transactions from the study that KPMG conducted through January 31, 2023. | 5.0 | $660.00 | $3,300.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Matt Prescott | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with K. Witt to discuss Section 382 owner shift analysis | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,350.00 | $675.00 |
| Phil Ogea | Manager | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 29 Apr 2024 | Federal Bankruptcy | Reading tax-relevant motions and other information available on docket to prep for client call | 1.3 | $1,350.00 | $1,755.00 |
| Eric Sapir | Executive Director | 29 Apr 2024 | Federal Bankruptcy | Reading Express declarations on the bankruptcy docket to understand historic transactions. | 1.3 | $1,350.00 | $1,755.00 |
| Molly Ericson | Executive Director | 25 Apr 2024 | Federal Bankruptcy | Finalizing edits to affidavit/declaration | 0.6 | $1,350.00 | $810.00 |
| Molly Ericson | Executive Director | 24 Apr 2024 | Federal Bankruptcy | Call with K Witt to discuss Sec. 382 owner shift analysis needed | 0.5 | $1,350.00 | $675.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Khendra Rakiya Witt | Senior | 24 Apr 2024 | Federal Bankruptcy | Call to discuss ███████████ ████████ (K Witt, M Ericson).5 | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 24 Apr 2024 | Federal Bankruptcy | ██████████████████ EY prior to KMPG's study. | 0.2 | $660.00 | $132.00 |
| **Total** | | | | | **94.0** | | **$77,415.00** |

**INDIRECT BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Katie Gatt | Senior Manager | 30 Apr 2024 | Indirect Bankruptcy | Call with Company tax department to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,050.00 | $525.00 |
| Katie Gatt | Senior Manager | 30 Apr 2024 | Indirect Bankruptcy | Email M. Gillespie (Express) top 50 list | 0.9 | $1,050.00 | $945.00 |
| Katie Gatt | Senior Manager | 08 May 2024 | Indirect Bankruptcy | Draft pre-petition return cover letter per M. Gillespie inquiry | 2.7 | $1,050.00 | $2,835.00 |
| Katie Gatt | Senior Manager | 15 May 2024 | Indirect Bankruptcy | Email J. Morley (Kirkland) re transfer tax analysis / estimate | 0.7 | $1,050.00 | $735.00 |
| Katie Gatt | Senior Manager | 17 May 2024 | Indirect Bankruptcy | Email M3 re transfer tax analysis document request per Kirkland | 0.3 | $1,050.00 | $315.00 |
| Traci Mitchell | Executive Director | 23 May 2024 | Indirect Bankruptcy | Call with Kirkland & Ellis (J. Tootle, J. Morley) to discuss 363 sale and estimated transfer tax liability. EY Attendees: T.Mitchell, K.Gatt | 0.3 | $1,350.00 | $405.00 |
| Katie Gatt | Senior Manager | 24 May 2024 | Indirect Bankruptcy | Review state occasional / bulk sale exemptions in order to calculate estimated transfer tax | 5.9 | $1,050.00 | $6,195.00 |
| Katie Gatt | Senior Manager | 24 May 2024 | Indirect Bankruptcy | Call with Kirkland & Ellis (J. Tootle, J. Morley) to discuss 363 sales, estimated transfer tax liability. EY Attendees: T.Mitchell, K.Gatt | 0.3 | $1,050.00 | $315.00 |
| Bill Nolan | Executive Director | 28 May 2024 | Indirect Bankruptcy | EY Ohio desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Christine Cagnina | Executive Director | 28 May 2024 | Indirect Bankruptcy | Review K.Gatt email re real estate transfer tax analysis for leases and identify states for review | 1.0 | $1,350.00 | $1,350.00 |
| Chip Hines | Senior Manager | 28 May 2024 | Indirect Bankruptcy | EY Louisiana desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $1,050.00 | $1,050.00 |
| Marcus Weden | Executive Director | 28 May 2024 | Indirect Bankruptcy | EY Iowa desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.2 | $1,350.00 | $270.00 |
| Michael Wasser | Executive Director | 28 May 2024 | Indirect Bankruptcy | EY Idaho / Indiana / Kentucky / Mississippi / North Dakota / South Dakota / Utah / Wisconsin desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |
| Bill Nolan | Executive Director | 29 May 2024 | Indirect Bankruptcy | EY Ohio desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |
| Robert Wehr | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Arkansas / Oklahoma / Texas desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.5 | $1,050.00 | $1,575.00 |
| Michael Keefe | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Connecticut desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.2 | $1,050.00 | $210.00 |
| Jason Barnes | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Michigan / Nebraska desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.8 | $1,050.00 | $840.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Marcus Weden | Executive Director | 29 May 2024 | Indirect Bankruptcy | EY Iowa desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |
| Colleen Mary Redden | Manager | 29 May 2024 | Indirect Bankruptcy | EY Arizona desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $940.00 | $470.00 |
| Edward Corts | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY New Mexico desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.2 | $1,050.00 | $1,260.00 |
| Matt Crockett | Executive Director | 29 May 2024 | Indirect Bankruptcy | EY Alabama / Florida desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $1,350.00 | $1,350.00 |
| Georgiy Kotanchiyev | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Georgia desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,050.00 | $525.00 |
| Joe Eleniewski | Senior Manager | 30 May 2024 | Indirect Bankruptcy | EY Tennessee desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,050.00 | $525.00 |
| Karl Nicolas | Executive Director | 30 May 2024 | Indirect Bankruptcy | EY District of Columbia / Hawaii / Maryland / Rhode Island desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $1,350.00 | $1,350.00 |
| **Total** | | | | | **23.0** | | **$25,745.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION OF MOLLY ERICSON

I, Molly Ericson, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1.      I am a Managing Director with Ernst & Young LLP ("EY LLP"), and I am duly authorized to make this certification on behalf of EY LLP.  EY LLP was retained by Express, Inc. and its affiliated debtors in the above-captioned cases (collectively, the "Debtors").  This certification is made in support of the First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through and including May 31, 2024 (the "Monthly Fee Statement") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure the United States Bankruptcy Court for the District of Delaware (the "Rule").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2.      I have read the Application, and I certify that the Application substantially complies

with the Rule.

*/s/ Molly Ericson*
Molly Ericson
Managing Director
Ernst & Young LLP