**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) ) |
| Debtors. | ) (Jointly Administered) ) |

**COVER SHEET FOR SECOND MONTHLY FEE STATEMENT OF
ERNST & YOUNG LLP AS TAX SERVICES PROVIDER TO THE DEBTORS FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | June 4, 2024 *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement is sought: | June 1, 2024 through June 30, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $91,575.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $73,260.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n) **X** monthly ____ interim ____ final application. No prior application has been filed with respect to this Fee Period.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## SUMMARY OF BILLING BY PROFESSIONAL
## JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024

| Last Name | First Name | Rank | Hours | Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Leightman | Michael | Partner/Principal | 0.5 | $1,450 | $725.00 |
| Sapir | Eric | Executive Director | 9.1 | $1,350 | $12,285.00 |
| Ericson | Molly | Executive Director | 5.1 | $1,350 | $6,885.00 |
| Warner-Isidore | Nesia | Senior Manager | 1.0 | $1,050 | $1,050.00 |
| Hsiao | Elicia | Manager | 17.6 | $940 | $16,544.00 |
| Witt | Khendra | Senior | 27.1 | $660 | $17,886.00 |
| Patel | Max | Staff | 1.3 | $440 | $572.00 |
|  |  |  |  |  |  |
| Grande | Carl | Partner/Principal | 1.0 | $1,450 | $1,450.00 |
| Cagnina | Christine | Executive Director | 14.0 | $1,350 | $18,900.00 |
| Prescott | Matt | Executive Director | 0.4 | $1,350 | $540.00 |
| Mitchell | Traci | Executive Director | 0.4 | $1,350 | $540.00 |
| Lopatka | Aurianne | Senior Manager | 1.3 | $1,050 | $1,365.00 |
| Purcell | Evan | Senior Manager | 5.5 | $1,050 | $5,775.00 |
| Stamper | Jace | Senior Manager | 0.7 | $1,050 | $735.00 |
| Gatt | Katie | Senior Manager | 4.5 | $1,050 | $4,725.00 |
| McPhail | Ashley | Manager | 0.7 | $940 | $658.00 |
| Litwinowicz | James | Manager | 1.0 | $940 | $940.00 |
| **Total** |  |  | **91.2** |  | **$91,575.00** |

**Blended Hourly Rate:  $1,004.11**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024**

| Time Category | Category Description | Total Hours | Total Fees |
|---|---|---|---|
| Federal Bankruptcy | Federal tax consulting associated with the bankruptcy. | 61.7 | $55,947.00 |
| Indirect Bankruptcy | Indirect tax consulting associated with the bankruptcy. | 29.5 | $35,628.00 |
| **Total** | | **91.2** | **$91,575.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC., *et al.*,[2] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SECOND MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
AS TAX SERVICES PROVIDER TO THE DEBTORS FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JUNE 1, 2024 THROUGH AND INCLUDING JUNE 30, 2024**

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 223] (the "Interim Compensation Order"), Ernst & Young LLP ("EY LLP") hereby files this Second monthly fee statement (this "Monthly Fee Statement"), for allowance of compensation for professional services performed by EY LLP during the period commencing June 1, 2024 through and including June 30, 2024 (the "Fee Period"). In support of the Monthly Fee Statement, EY LLP respectfully states as follows:

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Background**

1.  On April 22, 2024 (the "Petition Date"), the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified, the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  On June 4, 2024, the Court entered the *Order (I) Authorizing the Employment and Retention of Ernst & Young LLP As Tax Services Provider Effective as of the Petition Date, and (II) Granting Related Relief*, [D.I. 408] (the "Retention Order") authorizing the retention and employment of EY LLP as the Debtors' tax services provider, effective as of April 22, 2024.

**Relief Requested**

3.  By this Monthly Fee Statement and in accordance with the Interim Compensation Order, EY LLP makes this application for (i) allowance of compensation in the amount of $91,575.00 for reasonable and necessary professional services rendered, (ii) payment of compensation in the amount of 80% thereof (in the amount of $73,260.00) and (iii) payment of $0.00 for actual and necessary expenses incurred.

   a.  **Compensation Requested**

4.  The services performed by EY LLP during the Fee Period included tax services approved pursuant to the Retention Order. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by EY LLP with respect to the Chapter 11 Cases during the Fee Period. This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in tenth-hour increments, time entries are presented chronologically in categories, and all meetings are individually identified.

5. The timekeepers who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual, the position of each individual, and a description of the specific tasks performed by each individual. All services for compensation were performed for, or on behalf of, the Debtors.

### b. Expense Reimbursement

6. EY LLP incurred out-of-pocket expenses during the Fee Period in the amount of $0.00.

### Valuation of Services

7. Professionals of EY LLP have expended a total of 91.2 hours in connection with this matter during the Fee Period.

8. The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in **Exhibit A**. The rates charged are EY LLP's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by EY LLP for the Fee Period as tax services provider for the Debtors in the chapter 11 cases is $91,575.00 (80% thereof $73,260.00).

9. EY LLP believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexities of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

### Certificate of Compliance and Waiver

11. The undersigned representative of EY LLP certifies that she has reviewed the requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies

with such rule. To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, EY LLP believes that such deviations are not material and respectfully requests that any such requirements be waived.

### Notice and No Prior Requests

12. Notice of this Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; and (c) all parties required to be given notice in the Interim Compensation Order. EY LLP submits that no other or further notice is necessary.

13. No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

WHEREFORE, EY LLP respectfully requests that the Bankruptcy Court (i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.

July 18, 2024

*/s/ Molly Ericson*
Molly Ericson
Managing Director
Ernst & Young LLP

## Exhibit A

## Detailed Time Entries

**FEDERAL BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elicia Hsiao | Manager | 28 Jun 2024 | Federal Bankruptcy | Continued to update the gain calculation model based on information provided by M3 Partners | 2.9 | $940.00 | $2,726.00 |
| Molly Ericson | Executive Director | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M.Ericson, E. Sapir, E. Hsiao, and K.Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M.Ericson, E. Sapir, E. Hsiao, and K.Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M.Ericson, E. Sapir, E. Hsiao, and K.Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $660.00 | $330.00 |
| Elicia Hsiao | Manager | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M.Ericson, E. Sapir, E. Hsiao, and K.Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the | 0.5 | $940.00 | $470.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| | | | | gain (loss) model to estimate the tax liability on the proposed asset sale. | | | |
| Elicia Hsiao | Manager | 20 Jun 2024 | Federal Bankruptcy | Continued to review gain calculations | 0.4 | $940.00 | $376.00 |
| Molly Ericson | Executive Director | 18 Jun 2024 | Federal Bankruptcy | Email communication with Kirkland & Ellis (J Morley) regarding assumed liabilities in asset sale transaction. | 0.1 | $1,350.00 | $135.00 |
| Khendra Rakiya Witt | Senior | 18 Jun 2024 | Federal Bankruptcy | Updating email to the partnership team | 1.0 | $660.00 | $660.00 |
| Elicia Hsiao | Manager | 18 Jun 2024 | Federal Bankruptcy | Continued to review gain/loss calculations | 0.2 | $940.00 | $188.00 |
| Molly Ericson | Executive Director | 16 Jun 2024 | Federal Bankruptcy | Research regarding treatment of distressed liabilities assumed in an asset sale. | 1.0 | $1,350.00 | $1,350.00 |
| Molly Ericson | Executive Director | 14 Jun 2024 | Federal Bankruptcy | Follow up with client (Michael Sodl and Leanne Ikeda) and Indirect tax team (Kata Byrd) . | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 14 Jun 2024 | Federal Bankruptcy | Reading and proposing edits to draft email regarding purchase price allocation. | 0.1 | $1,350.00 | $135.00 |
| Eric Sapir | Executive Director | 14 Jun 2024 | Federal Bankruptcy | Provide comments to email correspondence on allocation of value for tax purposes. | 0.3 | $1,350.00 | $405.00 |
| Khendra Rakiya Witt | Senior | 14 Jun 2024 | Federal Bankruptcy | Updating inputs and assumptions in the tax gain loss model | 1.0 | $660.00 | $660.00 |
| Elicia Hsiao | Manager | 14 Jun 2024 | Federal Bankruptcy | Respond to email from M3 Partners regarding purchase price | 1.3 | $940.00 | $1,222.00 |
| Molly Ericson | Executive Director | 13 Jun 2024 | Federal Bankruptcy | Reading and responding to draft calculation regarding status and open items on tax calculations. | 0.2 | $1,350.00 | $270.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K.Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K.Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K.Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 13 Jun 2024 | Federal Bankruptcy | Drafting email to Sub K partnership team | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 13 Jun 2024 | Federal Bankruptcy | Updating the gain loss model to include different scenarios that will impact the estimated tax liability to Express. | 1.0 | $660.00 | $660.00 |
| Elicia Hsiao | Manager | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K.Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $940.00 | $470.00 |
| Eric Sapir | Executive Director | 12 Jun 2024 | Federal Bankruptcy | Review asset purchase agreement provisions regarding purchased and excluded assets and liabilities to understand allocation of proceeds for tax purposes. | 1.7 | $1,350.00 | $2,295.00 |
| Elicia Hsiao | Manager | 10 Jun 2024 | Federal Bankruptcy | Updated the gain calculations for information received from M3 Partners. | 0.3 | $940.00 | $282.00 |
| Khendra Rakiya Witt | Senior | 07 Jun 2024 | Federal Bankruptcy | Reconciling deferreds received from the company for the tax basis balance sheets | 2.0 | $660.00 | $1,320.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elicia Hsiao | Manager | 07 Jun 2024 | Federal Bankruptcy | Updated the gain calculations | 0.7 | $940.00 | $658.00 |
| Eric Sapir | Executive Director | 06 Jun 2024 | Federal Bankruptcy | Call with the Company (Michael Sodl and Leanne Ikeda) to discuss questions on the workpapers (E Sapir, K Witt, E Hsiao). | 0.3 | $1,350.00 | $405.00 |
| Eric Sapir | Executive Director | 06 Jun 2024 | Federal Bankruptcy | Review tax private letter ruling historically received by the Company to understand tax basis in amortizable assets. | 1.2 | $1,350.00 | $1,620.00 |
| Khendra Rakiya Witt | Senior | 06 Jun 2024 | Federal Bankruptcy | Call with the Company (Michael Sodl and Leanne Ikeda) to discuss questions on the workpapers (E Sapir, K Witt, E Hsiao) | 0.3 | $660.00 | $198.00 |
| Khendra Rakiya Witt | Senior | 06 Jun 2024 | Federal Bankruptcy | Updated Gain / Loss Model | 5.0 | $660.00 | $3,300.00 |
| Elicia Hsiao | Manager | 06 Jun 2024 | Federal Bankruptcy | Call with the Company (Michael Sodl and Leanne Ikeda) to discuss questions on the workpapers (E Sapir, K Witt, E Hsiao) | 0.3 | $940.00 | $282.00 |
| Elicia Hsiao | Manager | 06 Jun 2024 | Federal Bankruptcy | Continued to review gain calculations on the asset sale | 2.9 | $940.00 | $2,726.00 |
| Molly Ericson | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Email communications with Kirkland & Ellis (J Morley) and EY team (E Hsiao) regarding tax gain/loss calculations. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao) | 1.3 | $1,350.00 | $1,755.00 |
| Eric Sapir | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao). | 1.3 | $1,350.00 | $1,755.00 |
| Eric Sapir | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Review tax basis in assets provided by the Company. | 1.7 | $1,350.00 | $2,295.00 |
| Khendra Rakiya Witt | Senior | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao) | 1.3 | $660.00 | $858.00 |
| Khendra Rakiya Witt | Senior | 05 Jun 2024 | Federal Bankruptcy | Updated gain / loss model | 5.0 | $660.00 | $3,300.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elicia Hsiao | Manager | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao) | 1.3 | $940.00 | $1,222.00 |
| Elicia Hsiao | Manager | 05 Jun 2024 | Federal Bankruptcy | Reviewed gain calculations on the asset sale | 3.9 | $940.00 | $3,666.00 |
| Molly Ericson | Executive Director | 04 Jun 2024 | Federal Bankruptcy | Email and call with J Morley (Kirkland and Ellis) regarding purchase price allocation and tax gain/loss calculations. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 04 Jun 2024 | Federal Bankruptcy | Drafting email to team regarding purchase price allocation and tax gain/loss calculations | 0.3 | $1,350.00 | $405.00 |
| Eric Sapir | Executive Director | 04 Jun 2024 | Federal Bankruptcy | Review liability account balances to understand potential tax proceeds in an asset sale transaction. | 1.1 | $1,350.00 | $1,485.00 |
| Khendra Rakiya Witt | Senior | 04 Jun 2024 | Federal Bankruptcy | Organizing data received and updating the gain / loss model | 7.0 | $660.00 | $4,620.00 |
| Elicia Hsiao | Manager | 04 Jun 2024 | Federal Bankruptcy | Continued to review documents provided by the client | 0.6 | $940.00 | $564.00 |
| Michael Leightman | Partner/Principal | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore) | 0.5 | $1,450.00 | $725.00 |
| Nesia Warner-Isidore | Senior Manager | 03 Jun 2024 | Federal Bankruptcy | Review of Express FTZ background; review of zone documents provided; Call with company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman); also discussed CTPAT/ISA; review of CTPAT/ISA research by Max Patel and communication of same to client | 1.0 | $1,050.00 | $1,050.00 |
| Max Nileshbhai Patel | Staff | 03 Jun 2024 | Federal Bankruptcy | Assistance in reviewing potential impact of bankruptcy proceeding and the new entity on CTPAT/ISA considerations | 1.3 | $440.00 | $572.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore). | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore). | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 03 Jun 2024 | Federal Bankruptcy | Updates to gain / loss model | 2.0 | $660.00 | $1,320.00 |
| Elicia Hsiao | Manager | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore) | 0.5 | $940.00 | $470.00 |
| Elicia Hsiao | Manager | 03 Jun 2024 | Federal Bankruptcy | Reviewed documents provided by the client | 1.3 | $940.00 | $1,222.00 |
| **Total** | | | | | **61.7** | | **$55,947.00** |

**INDIRECT BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| James Litwinowicz | Manager | 03 Jun 2024 | Indirect Bankruptcy | EY Pennsylvania / Virginia desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $940.00 | $940.00 |
| Ashley McPhail | Manager | 03 Jun 2024 | Indirect Bankruptcy | EY South Carolina desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.7 | $940.00 | $658.00 |
| Katie Gatt | Senior Manager | 04 Jun 2024 | Indirect Bankruptcy | Email C.Cagnina (EY) lease terms for real estate transfer tax analysis | 0.4 | $1,050.00 | $420.00 |
| Katie Gatt | Senior Manager | 05 Jun 2024 | Indirect Bankruptcy | Email J.Morley (Kirkland), K.Kamlani (M3) re transfer tax imposed on leases, deed recordation. | 0.6 | $1,050.00 | $630.00 |
| Christine Cagnina | Executive Director | 10 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 3.0 | $1,350.00 | $4,050.00 |
| Christine Cagnina | Executive Director | 11 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 2.0 | $1,350.00 | $2,700.00 |
| Jace Stamper | Senior Manager | 12 Jun 2024 | Indirect Bankruptcy | Internal EY call to discuss Tennessee Franchise Tax refund opportunity. Attendees: T.Mitchell, J.Stamper, K.Gatt | 0.3 | $1,050.00 | $315.00 |
| Katie Gatt | Senior Manager | 12 Jun 2024 | Indirect Bankruptcy | Internal EY call to discuss Tennessee Franchise Tax refund opportunity. Attendees: T.Mitchell, J.Stamper, K.Gatt | 0.3 | $1,050.00 | $315.00 |
| Christine Cagnina | Executive Director | 12 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 1.5 | $1,350.00 | $2,025.00 |
| Katie Gatt | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss Tennessee Franchise Tax refund opportunity and procedures. EY | 0.4 | $1,050.00 | $420.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| | | | | Attendees: T.Mitchell, K.Gatt, C.Grande, J.Stamper | | | |
| Jace Stamper | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss Tennessee Franchise Tax refund opportunity and procedures. EY Attendees: T.Mitchell, K.Gatt, C.Grande, J.Stamper | 0.4 | $1,050.00 | $420.00 |
| Carl Grande | Partner/Principal | 13 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss Tennessee Franchise Tax refund opportunity and procedures. EY Attendees: T.Mitchell, K.Gatt, C.Grande, J.Stamper | 0.4 | $1,450.00 | $580.00 |
| Katie Gatt | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Email A.Lopatka, T.Mitchell, M.Ericson re Texas abandoned unclaimed property audit and pre-petition assessment via proof of claim | 0.2 | $1,050.00 | $210.00 |
| Evan Purcell | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 5.0 | $1,050.00 | $5,250.00 |
| Christine Cagnina | Executive Director | 13 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 2.0 | $1,350.00 | $2,700.00 |
| Carl Grande | Partner/Principal | 14 Jun 2024 | Indirect Bankruptcy | Follow-up with M.Gillespie (Express) re Tennessee Franchise tax refund claim information request. | 0.2 | $1,450.00 | $290.00 |
| Christine Cagnina | Executive Director | 14 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 4.0 | $1,350.00 | $5,400.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Traci Mitchell | Executive Director | 17 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss ▮ bankruptcy considerations. EY Attendees: T.Mitchell, K.Gatt, C.Grande, A.Lopatka, M.Prescott | 0.4 | $1,350.00 | $540.00 |
| Katie Gatt | Senior Manager | 17 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss ▮ bankruptcy considerations. EY Attendees: T.Mitchell, K.Gatt, C.Grande, A.Lopatka, M.Prescott | 0.4 | $1,050.00 | $420.00 |
| Aurianne Lopatka | Senior Manager | 17 Jun 2024 | Indirect Bankruptcy | Draft email response to ▮ document request per M.Gillespie (Express) request. | 0.1 | $1,050.00 | $105.00 |
| Aurianne Lopatka | Senior Manager | 17 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss ▮ bankruptcy considerations. EY Attendees: T.Mitchell, K.Gatt, C.Grande, A.Lopatka, M.Prescott | 0.4 | $1,050.00 | $420.00 |
| Matt Prescott | Executive Director | 17 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss ▮ bankruptcy considerations. EY Attendees: T.Mitchell, K.Gatt, C.Grande, A.Lopatka, M.Prescott | 0.4 | $1,350.00 | $540.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Carl Grande | Partner/Principal | 17 Jun 2024 | Indirect Bankruptcy | Call with M.Gillespie (Express) to discuss ▓▓▓ bankruptcy considerations. EY Attendees: T.Mitchell, K.Gatt, C.Grande, A.Lopatka, M.Prescott | 0.4 | $1,450.00 | $580.00 |
| Katie Gatt | Senior Manager | 19 Jun 2024 | Indirect Bankruptcy | Review A.Lopatka (EY) proposed response to ▓▓▓ document request. | 0.4 | $1,050.00 | $420.00 |
| Aurianne Lopatka | Senior Manager | 19 Jun 2024 | Indirect Bankruptcy | Finalize draft email response to ▓▓▓ document request. | 0.8 | $1,050.00 | $840.00 |
| Katie Gatt | Senior Manager | 20 Jun 2024 | Indirect Bankruptcy | Email E.Hsiao (EY) re asset sale model / required documents for state analysis / input | 0.2 | $1,050.00 | $210.00 |
| Katie Gatt | Senior Manager | 20 Jun 2024 | Indirect Bankruptcy | Review express asset sale model draft to identify state considerations | 1.4 | $1,050.00 | $1,470.00 |
| Katie Gatt | Senior Manager | 21 Jun 2024 | Indirect Bankruptcy | Email M.Gillespie (Express) re state document requests | 0.2 | $1,050.00 | $210.00 |
| Evan Purcell | Senior Manager | 21 Jun 2024 | Indirect Bankruptcy | Compile information request list to quantify real estate transfer tax on leases | 0.5 | $1,050.00 | $525.00 |
| Christine Cagnina | Executive Director | 21 Jun 2024 | Indirect Bankruptcy | Email K.Gatt (EY) follow-up information request list to quantify real estate transfer tax on leases | 1.5 | $1,350.00 | $2,025.00 |
| **Total** | | | | | **29.5** | | **$35,628.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF MOLLY ERICSON**

I, Molly Ericson, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a Managing Director with Ernst & Young ("EY LLP"), and I am duly authorized to make this certification on behalf of EY LLP. EY LLP was retained by Express, Inc. and its affiliated debtors in the above-captioned cases (collectively, the "Debtors"). This certification is made in support of the Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 (the "Monthly Fee Statement") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure the United States Bankruptcy Court for the District of Delaware (the "Rule").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2. I have read the Application, and I certify that the Application substantially complies with the Rule.

<u>/s/ Molly Ericson</u><br>
Molly Ericson<br>
Managing Director<br>
Ernst & Young LLP