**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) |
|  | ) Case No. 24-10831 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**SECOND MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | June 1, 2024 through June 30, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $140,286.00 (80% = $112,228.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,867.24 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the second monthly fee application filed in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## PRIOR APPLICATIONS

| Prior Applications: | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed 6/11/2024 DI No. 437 | 4/22/2024- 5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |

**TIME AND COMPENSATION BREAKDOWN**
**JUNE 1, 2024 THROUGH JUNE 30, 2024**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Morton R. Branzburg | Bankruptcy & Restructuring Founding Partner Admitted to Bar 1976 | $925.00 | 6.40 | $5,920.00 |
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 92.10 | $78,285.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 44.90 | $29,185.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $570.00 | 6.30 | $3,591.00 |
| Catherine V. Wigglesworth | Litigation Partner Admitted to Bar 2012 | $570.00 | 5.80 | $3,306.00 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 5.60 | $2,436.00 |
| Benjamin Fischer | Bankruptcy & Restructuring Associate Admitted to Bar 2024 | $435.00 | 5.30 | $2,305.50 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $415.00 | 1.60 | $664.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 42.30 | $14,593.50 |
| **TOTALS** | | | **210.30** | **$140,286.00** |
| **BLENDED RATE** | | | | **$667.07** |

11070232.v1

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2024 THROUGH JUNE 30, 2024**

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Asset Disposition | AD | 8.80 | $6,782.50 |
| Assumption and Rejection of Leases and Contracts | AL | 17.40 | $10,739.00 |
| Business Operations | BU | 1.10 | $852.50 |
| Case Administration | CS | 59.10 | $32,576.50 |
| Employment and Fee Applications | EF | 19.20 | $11,718.00 |
| Financing and Cash Collateral | FI | 3.80 | $2,891.50 |
| Litigation:  Contested Matters and Adversary Proceedings | LC | 44.20 | $33,692.50 |
| Meetings and Communications with Creditors | MC | 3.00 | $1,821.00 |
| Plan and Disclosure Statement | PD | 49.50 | $36,227.50 |
| Reporting | RG | 3.40 | $2,410.00 |
| Relief from Stay and Adequate Protection | RS | 0.80 | $575.00 |
| **TOTAL** | | **210.30** | **$140,286.00** |

**JUNE 1, 2024 THROUGH JUNE 30, 2024**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Special Copy-Reliable | $25.00 |
| Special Copy-Reliable | $2,453.35 |
| Meals | $388.89 |
| **TOTAL** | **$2,867.24** |

11070232.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**SECOND MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE
DEBTORS FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to Express, Inc. *et al.* and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its second monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from June 1, 2024 through June 30, 2024.  In support hereof, Klehr Harrison respectfully represents as follows:

**I.     JURISDICTION, VENUE AND STATUTORY
PREDICATES FOR RELIEF SOUGHT**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11070232.v1

## II.  BACKGROUND

2.      On April 22, 2024, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On May 3, 2024, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order").

5.      On June 4, 2024, this Court entered an *Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from June 1, 2024 through June 30, 2024 (the "Compensation Period"), totaling 210.30 hours of professional time.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $140,286.00. Klehr Harrison submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

8.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

9.      Klehr Harrison also expended costs on behalf of the Debtor in the sum of $2,867.24 during the Compensation Period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the Compensation Period.

10.     Klehr Harrison accordingly seeks allowance of the sum of $140,286.00 in fees and $2,867.24 in expenses, for a total of $143,153.24.

11.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:  (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $140,286.00 and reimbursement of actual and necessary expenses incurred in the sum of $2,867.24 for the period from June 1, 2024 through June 30, 2024; (b) payment in the total amount of $115,096.04, which represents (i) 80% of the total fees billed ($112,228.80) and (ii) 100% of the expenses incurred ($2,867.24) during the Application Period, as provided under the Interim Compensation Order; and (c) such other relief as this Court deems just and proper.

*[Signature Page to Follow]*

11070232.v1

Dated:  July 23, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Domenic E. Pacitti* | |
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone:    (302) 426-1189 | Telephone:    (212) 446-4800 |
| Facsimile:    (302) 426-9193 | Facsimile:    (212) 446-4900 |
| Email:        dpacitti@klehr.com<br>              myurkewicz@klehr.com<br>              aradvanovich@klehr.com | Email:        joshua.sussberg@kirkland.com<br>              emily.geier@kirkland.com<br>              nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone:  (215) 569-3007 | Telephone:    (312) 862-2000 |
| Facsimile:    (215) 568-6603 | Facsimile:    (312) 862-2200 |
| Email:        mbranzburg@klehr.com | Email:        charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and*<br>*Debtors in Possession* | *Co-Counsel for the Debtors and*<br>*Debtors in Possession* |

11070232.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.       I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.       I have read the foregoing *Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from June 1, 2024 through June 30, 2024* and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.       In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11070232.v1

Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2024                               /s/ Domenic E. Pacitti
                                                        Domenic E. Pacitti (DE Bar No. 3989)

11070232.v1