## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 24, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 Through and Including May 31, 2024** (Docket No. 636)

- **Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 Through and Including June 30, 2024** (Docket No. 638)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- **Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from June 1, 2024 Through June 30, 2024** (Docket No. 640)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 25, 2024

                                                                                            Sabrina G. Tu

| State of Colorado | ) |
|---|---|
|  | ) SS. |
| County of Denver | ) |

Subscribed and sworn before me this 25th day of July 2024 by Sabrina G. Tu.

_Danielle Harnden_
(Notary's official signature)

```
DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04
```

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Express, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com emily.geier@kirkland.com nicholas.adzima@kirkland.com |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com myurkewicz@klehr.com aradovanovich@klehr.com |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Office of the United States Trustee for the District of Delaware | Attn: John Schanne | | john.schanne@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com rschmidt@kramerlevin.com nallard@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Luke Murley | luke.murley@saul.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes and Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com dimitri.karcazes@goldbergkohn.com keith.radner@goldbergkohn.com eva.gadzheva@goldbergkohn.com |
| Wells Fargo Bank, National Association | c/o Richards Layton & Finger | Attn: John H. Knight, Paul N. Heath, Alexander R. Steiger | knight@rlf.com heath@rlf.com steiger@rlf.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: BBSHF-GWTDS-A8EBU-RMVGT

Page 4 of 4