**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF SHERYL BETANCE**
**IN SUPPORT OF DEBTORS' (A) APPLICATION FOR APPOINTMENT**
**OF STRETTO, INC. AS CLAIMS AND NOTICING AGENT, AND**
**(B) APPLICATION FOR APPOINTMENT OF STRETTO, INC. AS**
**ADMINISTRATIVE ADVISOR EFFECTIVE AS OF THE PETITION DATE**

I, Sheryl Betance, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director of Stretto, Inc. ("Stretto"), a chapter 11 administrative services firm with offices at 410 Exchange, Ste. 100, Irvine, CA 92602. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This declaration is made in further support of the (a) *Application of Debtors for Appointment of Stretto, Inc. as Claims and Noticing Agent* [Docket No. 4] filed on April 22, 2024, and the (b) *Application of Debtors for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date* [Docket No. 256] filed on May 16, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

3.     I caused to be submitted for review by our conflicts system the names of additional potential parties-in-interest (the "Additional Potential Parties in Interest") in these chapter 11 cases, which was provided by the Debtors.  The list of Additional Potential Parties in Interest is attached hereto as **Exhibit 1**.

4.     The list of Additional Potential Parties in Interest includes the following entities, which are current, former or potential defendants to avoidance actions brought under the Bankruptcy Code by clients of Stretto Recovery Services:  Accertify, Inc., Liberty Insurance Pte Ltd., and Oracle America, Inc.  However, to the best of my knowledge, such relationships are materially unrelated to these chapter 11 cases.

5.     Greenberg Traurig, LLP has been identified as an Additional Potential Party in Interest.  Michael Thomson, a Shareholder with Greenberg Traurig, LLP, is a current client of Stretto's depository services business in his individual capacity, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

6.     Saul Ewing LLP has been identified as an Additional Potential Party in Interest. Stephen Ravin, a Partner with Saul Ewing LLP, is a current client of Stretto's depository services business in his individual capacity, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

7.     Gordon Brothers Retail Partners, LLC has been identified as an Additional Potential Party in Interest.  Stretto has determined that a separate entity, Gordon Brothers Group, LLC, is a portfolio company of Trident VII Funds, managed by private equity firm Stone Point Capital, LLC ("Stone Point").  Stretto is a portfolio company of a separate fund managed by Stone Point, the Trident VI Funds, and has no other business relationship with Gordon Brothers Retail Partners, LLC or Gordon Brothers Group, LLC.  To the best of Stretto's knowledge,

Stretto's relationship to such entities does not create any adverse interest against the Debtors' estates that would present a disqualifying conflict of interest, and there are no other connections that require disclosure.

8. To the extent any information disclosed herein requires amendment or modification upon Stretto's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration will be filed stating such amended or modified information.

9. In accordance with the *Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 389], the Debtors have filed the identities of any potential M&A counterparties included in the Additional Potential Parties in Interest under seal and have disclosed the identities of the potential M&A counterparties to the U.S. Trustee. Stretto believes such disclosure is sufficient and reasonable under the circumstances and at this time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  July 26, 2024                                          /s/  *Sheryl Betance*
                                                               Sheryl Betance
                                                               Senior Managing Director
                                                               Stretto, Inc.
                                                               410 Exchange, St. 100
                                                               Irvine, CA 92602

**Exhibit 1**

**Additional Potential Parties in Interest**

31-01 Steinway LLC
659 West Diversey, LLC
Aaron Joseph Putnam
Acadia Gold Coast, LLC
Accertify, Inc.
Alex J Oberg
Alim Ramji
Allen ISD
AmTrust North America, Inc.
AP Washington, LLC
Associated Industries Insurance Company, Inc.
Atherton Mill (E&A), LLC
Auto Advantage Finance, Inc.
Avalon North, LLC
Bath and Body Works Logistics Services LLC
BDC Shay Retail LLC
Brian Thomas Davis
Broward County, Florida
Broward County, Florida
Broward Mall LLC
Brownsville Independent School District
BSS Creative Groupe, Inc.
Cede & Co
CenterCal Properties, LLC
Charles Wheeler
Christie Carr
Christopher D Mueller
Christopher Pak
City of Allen
City of Frisco
City of Grapevine
City of Houston
City of Humble
City of Mercedes
Comenity Capital Bank
Corpus Christi Retail Venture LP
Craig Thompson
Crowley ISD
CVM Holdings LLC
David Silverman
Dinsmore & Shohl LLP
Distribution Land Company, LLC
Domain Northside Retail Property Owner LP
EKFH, LLC
E-Teen Company Limited
EXPWHP LLC
Fashion Island Retail LLC
Fashion Island Shopping Center
Federal Realty OP LP
Francisco Javier Gonzalez
Frisco ISD
Galveston County
Gordon Brothers Retail Partners, LLC
Granify (USA) Inc.
Grapevine-Colleyville ISD
Greenberg Traurig, LLP
Harris Co ESD #09
Harris Co ID #01
Harris County
Harris County Department of Education
Harris County Flood Control District
Harris County Hospital District
Harris County Municipal Utility District # 358
Harris County Port of Houston Authority
Harris County Water Control and Improvement District # 155
Hilco Merchant Resources, LLC
Houston Community College System
Houston ISD
Jason J Swift & Kelsey Swift
Jeffrey Hunter Rice
Jeffrey Mead Kurzon
Jeremy Ferova & Jolene Ferova
Jorge Chacon
Joshua Anthony Ray & Robyn Lynn Ray
Joshua R Monroe
Kern County Treasurer and Tax Collector Office
Kevin-Mitchell Clement
Keystone-Florida Property Holding Corp.
Liberty Mutual Insurance Company
Lone Star College System
Madison County, Alabama
Manatee County Tax Collector
Max E Orellana
North Riverside Park Associates LLC
Northwest ISD
Ogletree Deakins Nash Smoak & Stewart, P.C.
Oracle America, Inc.
Peter Myung-Won Pak
Plano ISD
Province, LLC
Radial Commerce Inc.
RED Development, LLC
Robin Lionheart
Robinson, Hoover & Fudge PLLC
Saleh K Abubakier
San Marcos CISD
Sandra Pajaro
Sarah L Klein
Saul Ewing LLP
Steven M Bassignani
Tanger Management, LLC
Tennessee Attorney General's Office
Thomas Piwowarski
Turnberry Associates
Tyler B Bovitch
Waleed M Ebrahim
White Flint Associates, LLC
Womble Bond Dickinson LLP
WPG Legacy, LLC
[Confidential]