**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: <br><br> EXPRESS, INC., *et al.*,[1] | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 24-10831 (KBO) <br><br> (Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF ADAM KEIL
IN SUPPORT OF ORDER AUTHORIZING AND APPROVING
THE EMPLOYMENT AND RETENTION OF MOELIS & COMPANY LLC AS
INVESTMENT BANKER, FINANCIAL ADVISOR, AND PLACEMENT AGENT
FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF
APRIL 22, 2024, AND MODIFYING CERTAIN TIMEKEEPING REQUIREMENTS**

I, Adam Keil, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Managing Director at the investment banking firm of Moelis & Company LLC ("Moelis").

2. On or about May 16, 2024, I submitted my *Declaration of Adam Keil in Support of Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements* (the "Original Declaration"), attached as Exhibit A to the *Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements* [Docket No. 263] (the "Application").[2]

3. On June 5, 2024, the Court entered the *Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements* [Docket No. 397] (the "Retention Order").

4. I am authorized to submit this first supplemental declaration (this "First Supplemental Declaration") on behalf of Moelis to supplement the disclosures set forth in the Original Declaration.

5. The facts set forth in this First Supplemental Declaration are based upon my personal knowledge, upon information and belief, or upon client matter records kept in the ordinary course of business that were reviewed either by me or other employees of Moelis under my supervision and direction. If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

## SUPPLEMENTAL DISCLOSURES

6. After filing my Original Declaration, the Debtors provided additional entities they had identified as potential parties in interest (the "Supplemental Potential Parties in Interest"), a list of which is attached hereto as **Schedule 1**. Moelis (a) researched its internal records to determine whether Moelis has any connections with the Supplemental Potential Parties in Interest listed on **Schedule 1** and (b) issued a general inquiry to certain of its officers with respect to certain of the Supplemental Potential Parties in Interest. Additional connections identified through this search are set forth in **Schedule 2** hereto.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application or the Original Declaration.

2

7. Based on the results of the above research and inquiry, I believe that Moelis remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the interests of the Official Committee of Unsecured Creditors.

8. Accordingly, I believe that Moelis remains disinterested and eligible for retention by the Debtors in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 26th day of July 2024.

*/s/ Adam Keil*
Adam Keil
Managing Director
Moelis & Company LLC

## SCHEDULE 1

### Supplemental Potential Parties in Interest List

**Debtor Professionals**
- Womble Bond Dickinson LLP
- Greenberg Traurig, LLP
- Ogletree Deakins Nash Smoak & Stewart, P.C.
- Dinsmore & Shohl LLP

**Banks, Lenders, Lien Parties, and Administrative Agents**
- Hilco Merchant Resources, LLC
- Comenity Capital Bank
- Gordon Brothers Retail Partners, LLC

**Taxing Authorities**
- Broward County, Florida
- Harris County
- Harris County Flood Control District
- Harris County Port of Houston Authority
- Harris County Hospital District
- Harris County Department of Education
- Kern County Treasurer and Tax Collector Office
- Madison County, Alabama
- Northwest ISD
- Allen ISD
- City of Allen
- City of Frisco
- Broward County, Florida
- City of Houston
- Houston ISD
- Lone Star College System
- Houston Community College System
- Harris Co ESD #09
- City of Humble
- Harris Co ID #01
- Galveston County
- Tennessee Attorney General's Office
- Plano ISD
- Frisco ISD
- Harris County Municipal Utility District # 358
- Harris County Water Control and Improvement District # 155
- Manatee County Tax Collector
- San Marcos CISD

- Crowley ISD
- City of Grapevine
- Grapevine-Colleyville ISD
- Brownsville Independent School District
- City of Mercedes

**Landlords**
- Domain Northside Retail Property Owner LP
- 31-01 Steinway LLC
- AP Washington, LLC
- BDC Shay Retail LLC
- White Flint Associates, LLC
- Tanger Management, LLC
- Federal Realty OP LP
- 659 West Diversey, LLC
- Acadia Gold Coast, LLC
- Atherton Mill (E&A), LLC
- Avalon North, LLC
- Broward Mall LLC
- CVM Holdings LLC
- CenterCal Properties, LLC
- Corpus Christi Retail Venture LP
- Fashion Island Retail LLC [Fashion Island Shopping Center]
- Keystone-Florida Property Holding Corp.
- Turnberry Associates
- North Riverside Park Associates LLC
- WPG Legacy, LLC
- RED Development, LLC
- EKFH, LLC
- Distribution Land Company, LLC

**Official Committee Professionals**
- Province, LLC
- Saul Ewing LLP

**Insurers**
- Liberty Mutual Insurance Company
- AmTrust North America, Inc.
- Associated Industries Insurance Company, Inc.

**Vendors**
- Granify (USA) Inc.
- Radial Commerce Inc.
- Bath and Body Works Logistics Services LLC

2

- Oracle America, Inc.
- Accertify, Inc.
- BSS Creative Groupe, Inc.

**Litigation Parties**
- Auto Advantage Finance, Inc.
- Robinson, Hoover & Fudge PLLC
- Sandra Pajaro
- Jorge Chacon
- Christie Carr
- E-Teen Company Limited

**Equity Holders Directly Registered with the Transfer Agent**
- Aaron Joseph Putnam
- Alex J Oberg
- Alim Ramji
- Brian Thomas Davis
- Cede & Co
- Charles Wheeler
- Christopher D Mueller
- Christopher Pak
- Craig Thompson
- David Silverman
- EXPWHP LLC
- Francisco Javier Gonzalez
- Jason J Swift & Kelsey Swift
- Jeffrey Hunter Rice
- Jeffrey Mead Kurzon
- Jeremy Ferova & Jolene Ferova
- Joshua Anthony Ray & Robyn Lynn Ray
- Joshua R Monroe
- Kevin-Mitchell Clement
- Max E Orellana
- Peter Myung-Won Pak
- Robin Lionheart
- Saleh K Abubakier
- Sarah L Klein
- Steven M Bassignani
- Thomas Piwowarski
- Tyler B Bovitch
- Waleed M Ebrahim

**CONFIDENTIAL M&A Counterparty**
- ████████████████████

**SCHEDULE 2**

**Relationship with Potential Parties in Interest**

Moelis (and its financial advisory affiliates) has been engaged within the last three years or is currently engaged by the following Potential Parties in Interest (or one or more of their affiliates, as the case may be) in matters unrelated to these cases (including where the Potential Party in Interest was only a member of an official or an ad hoc creditor committee or an equity committee):

**Insurers**

- AmTrust North America, Inc.

**CONFIDENTIAL M&A Counterparty**

- ███████████████