## **EXHIBIT A**

## **Summary of Billing by Timekeeper**

# EXHIBIT A

## SUMMARY OF BILLING BY TIMEKEEPER

### JUNE 1, 2024 THROUGH JUNE 30, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam C. Rogoff | 1989 | Partner<br>Creditors' Rights<br>(Since 2009) | $1,855 | 56.40 | $104,622.00 |
| Barry Herzog | 1992 | Partner<br>Tax<br>(Since 2002) | $1,760 | 0.70 | $1,232.00 |
| Elan Daniels | 2005 | Counsel<br>Creditors' Rights<br>(Since 2023) | $1,405 | 25.80 | $36,249.00 |
| Robert T. Schmidt | 1990 | Counsel<br>Creditors' Rights<br>(Since 2021) | $1,730 | 84.60 | $146,358.00 |
| Brian Primm | 2023 | Associate<br>Creditors' Rights<br>(Since 2022) | $905 | 2.60 | $2,353.00 |
| Evan Raskin | Not Yet Admitted | Associate<br>Creditors' Rights<br>(Since 2023) | $780 | 11.80 | $9,204.00 |
| Megan Wasson | 2017 | Associate<br>Creditors' Rights<br>(Since 2016) | $1,350 | 4.40 | $5,940.00 |
| Nathaniel Allard | 2013 | Associate<br>Creditors' Rights<br>(Since 2012) | $1,380 | 126.90 | $175,122.00 |
| Kane, Wendy | N/A | Paralegal<br>Creditors' Rights<br>(Since 2018) | $565 | 8.80 | $4,972.00 |
| **Total** | | | | 322.00 | $486052.00 |
| **Less 50% Non-Working Travel** | | | | | ($2,782.50) |
| **TOTAL FEES** | | | | | $483,269.50 |

**Blended Rate:  $1,500.84**

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024).