## **EXHIBIT C**

## **Expense Summary**

## EXHIBIT C

### EXPENSE SUMMARY
### JUNE 1, 2024 THROUGH JUNE 30, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals/In-House | *See chart below* | $29.46 |
| Meals/T&E | *See chart below* | $6.93 |
| Research Services | Kramer Levin | $14.00 |
| Out-of-Town Travel | *See chart below* | $453.08 |
| TOTAL | | **$503.47** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Number of People | Description | Amount |
| 06/14/2024 | Uber | 1 | Travel from home to train station for Sale Hearing in Delaware– A. Rogoff | $53.08 |
| 06/14/2024 | Amtrak | 1 | Round-Trip Travel to/from Sale Hearing in Delaware– A. Rogoff | $325.00 |
| 06/14/2024 | Uber | 1 | Travel from train station to home after Sale Hearing in Delaware – A. Rogoff | $75.00 |
| TOTAL | | | | **$453.08** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Number of People | Description | Amount |
| 06/03/2024 | Karma | 1 | Dinner (working late on retention application review and coordination with UCC) – N. Allard | $10.17 |
| 06/12/2024 | Cook Eatery | 1 | Dinner (working late on sale issues) – N. Allard | $19.29 |
| 06/14/2024 | Faber Store | 1 | Coffee (attend sale hearing in Delaware) – A. Rogoff | $2.89 |
| 06/14/2024 | Dunkin | 1 | Coffee (attend sale hearing in Delaware) – A. Rogoff | $4.04 |
| TOTAL | | | | **$36.39** |