**EXHIBIT D**

**Verification**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*, [1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## VERIFICATION OF ADAM C. ROGOFF

I, Adam C. Rogoff, Esquire, verify as follows:

1. I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases. Kramer Levin has rendered professional services in these Chapter 11 Cases as co-counsel to the Official Committee of Unsecured Creditors.

2. I have read the foregoing Application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**"). To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Dated: July 29, 2024

                                      By: */s/ Adam C. Rogoff*
                                               Adam C. Rogoff