# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from June 1, 2024 through June 30, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $290.00 |
| Filing Fees | Delaware District Court (pro hac motions) | $200.00 |
| Legal Research | Westlaw | $149.04 |
| Transcript | Reliable Copy Service – DE | $485.05 |
| **Total** | | **$1124.09** |



| | | | |
|---|---|---|---|
| Express, Inc. - Official Committee of Un | | Invoice Number | 4353279 |
| N/A - Committee N/A - Committee | | Invoice Date | 07/17/24 |
| One Express Drive | | Client Number | 391459 |
| Columbus, OH 43230 | | Matter Number | 00001 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | | |
|---|---|---|---|
| 06/24/24 | Filing Fee: Vendor: Delaware District Court; 5/28/2024 – Pro Hac Vice Motions for Robert Schmidt, Adam Rogoff and Nathaniel Allard | 150.00 | |
| 06/24/24 | Filing Fee: Vendor: Delaware District Court; 5/28/2024 – Pro Hac Vice Motion for Megan Wasson | 50.00 | |
| | Total Filing Fees | | 200.00 |
| | | | |
| 06/10/24 | Transcripts: Vendor: Reliable Copy Service - DE; Copy of May 16 Hearing Transcript | 36.45 | |
| 06/10/24 | Transcripts: Vendor: Reliable Copy Service - DE; Copy of May 23 Hearing Transcript | 308.20 | |
| 06/25/24 | Transcripts: Vendor: Reliable Copy Service - DE; May 31, 2024 Hearing Transcript | 140.40 | |
| | Total Transcript | | 485.05 |
| | | | |
| 06/28/24 | Westlaw Research – Turner Falk | 149.04 | |
| | Total Westlaw Legal Research | | 149.04 |
| | | | |
| | Epiq Relativity eDiscovery Costs | | 290.00 |
| | CURRENT EXPENSES | | 1,124.09 |
| | | | |
| | TOTAL AMOUNT OF THIS INVOICE | | 1,124.09 |