**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**FIRST SUPPLEMENTAL DECLARATION OF
JOSHUA A. SUSSBERG IN SUPPORT OF THE APPLICATION
OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF APRIL 22, 2024**

I, Joshua A. Sussberg, being duly sworn, state the following under penalty of perjury:

1. I am the president of Joshua A. Sussberg, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2] I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Courts of Appeals for the Second Circuit and Fifth Circuit and the United States District Courts for the Southern District of New

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application or the Original Declaration (as defined herein), as applicable.

York and the Northern District of Illinois. There are no disciplinary proceedings pending against me.

2.   On April 22, 2024 (the "<u>Petition Date</u>"), each of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). On May 16, 2024, the Debtors filed an application to employ and retain Kirkland as counsel for the Debtors [Docket No. 247] (the "<u>Application</u>")[3] pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of Delaware (the "<u>Local Rules</u>").

3.   My declaration in support of the Application (the "<u>Original Declaration</u>") was attached to the Application as <u>Exhibit B</u>. On June 4, 2024, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of April 22, 2024* [Docket No. 387] (the "<u>Retention Order</u>").

4.   In connection with the Application, I submit this supplemental declaration (this "<u>Supplemental Declaration</u>") to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b). Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

5.   As I stated in the Original Declaration, Kirkland has searched its electronic database of representations for connections to parties in interest in these chapter 11 cases. Certain connections were disclosed in the Application. Since the Petition Date, Kirkland has updated those

---

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

2

conflicts searches and has searched additional parties as Kirkland has become aware of additional parties in interest in these chapter 11 cases. In addition to the entities searched and disclosed in the Application, Kirkland has searched and continues to search its electronic database for the entities listed on **Schedule 1**, attached hereto.

6. In addition, Kirkland re-ran searches in its electronic database for the entities that were previously reviewed in the Application. Those entities that were re-run are listed on **Schedule 2**.[4] All current and prior representations of the parties identified on **Schedule 2** are in matters unrelated to the Debtors and these chapter 11 cases.

7. Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search. For example, if an entity already has been disclosed in a previous declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations unless the circumstances are such in the latter capacity that additional disclosure is required.

8. As disclosed on **Schedule 2** and **Schedule 3**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seek to retain in connection with these chapter 11 cases. Kirkland's

---

[4] As referenced in **Schedule 1**, the term "current" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date. As referenced in **Schedule 1**, the term "former" means any entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date. As referenced in **Schedule 1**, the term "closed" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system. The list generated from Kirkland's conflicts search system is over-inclusive. As a general matter, Kirkland discloses connections with "former" or "closed" clients for whom time was posted in the last 36 months but does not disclose connections if time was billed more than 36 months before the Petition Date.

3

current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe these representations preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**Affirmative Statement of Disinterestedness**

9. Based on the conflicts searches conducted to date and described in the Application and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Application and herein.

[*Remainder of page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 29, 2024

Respectfully submitted,

/s/ *Joshua A. Sussberg*
Joshua A. Sussberg
as President of Joshua A. Sussberg, P.C., as
Partner of Kirkland & Ellis LLP; and as Partner
of Kirkland & Ellis International LLP

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtor Professionals |
| 1(b) | Banks, Lenders, Lien Parties, and Administrative Agents |
| 1(c) | Insurers |
| 1(d) | Landlords |
| 1(e) | Litigation Parties |
| 1(f) | M&A Counterparties |
| 1(g) | Official Committee Professionals |
| 1(h) | Taxing Authorities |
| 1(i) | Vendors |

## SCHEDULE 1(a)

**<u>Debtor Professionals</u>**

Dinsmore & Shohl LLP
Greenberg Traurig LLP
Womble Bond Dickinson LLP

## SCHEDULE 1(b)

**Banks, Lenders, Lien Parties, and Administrative Agents**

Comenity Capital Bank
Gordon Brothers Retail Partners LLC
Hilco Merchant Resources LLC

# SCHEDULE 1(c)

## Insurers

AmTrust North America Inc.
Associated Industries Insurance Co. Inc.
Liberty Mutual Insurance Co.

# SCHEDULE 1(d)

## **Landlords**

31-01 Steinway LLC
659 West Diversey LLC
Acadia Gold Coast LLC
AP Washington LLC
Atherton Mill (E&A) LLC
Avalon North LLC
BDC Shay Retail LLC
Broward Mall LLC
CenterCal Properties LLC
Corpus Christi Retail Venture LP
CVM Holdings LLC
Distribution Land Co. LLC
Domain Northside Retail Property Owner LP
Fashion Island Retail LLC [Fashion Island Shopping Center]
Federal Realty OP LP
Keystone-Florida Property Holding Corp.
North Riverside Park Associates LLC
RED Development LLC
Tanger Management LLC
Turnberry Associates Inc.
White Flint Associates LLC
WPG Legacy LLC

## SCHEDULE 1(e)

### **Litigation Parties**

Auto Advantage Finance Inc.
Pajaro, Sandra
Robinson Hoover & Fudge PLLC

KE 110714337

## SCHEDULE 1(f)

**<u>M&A Counterparties</u>**

[Confidential]

## SCHEDULE 1(g)

### Official Committee Professionals

Province LLC
Saul Ewing LLP

# SCHEDULE 1(h)

## Taxing Authorities

Allen Independent School District (TX)
Allen, City of (TX)
Broward, County of (FL)
Brownsville Independent School District (TX)
Crowley Independent School District (TX)
Frisco Independent School District (TX)
Frisco, City of (TX)
Galveston, County of (TX)
Grapevine, City of (TX)
Grapevine-Colleyville Independent School District (TX)
Harris County Flood Control District (TX)
Harris County Municipal Utility District # 358 (TX)
Harris County Water Control and Improvement District # 155 (TX)
Harris Health System (TX)
Harris, County of (TX)
Harris, County of (TX), Department of Education
Harris, County of (TX), Emergency Services District #09
Harris, County of (TX), Improvement District #01
Harris, County of (TX), Port of Houston Authority
Houston Community College System (TX)
Houston Independent School District (TX)
Houston, City of (TX)
Humble, City of (TX)
Kern, County of (CA), Treasurer and Tax Collector Office
Lone Star College System
Madison, County of (AL)
Manatee, County of (FL), Tax Collector
Mercedes, City of (TX)
Northwest Independent School District (TX)
Plano Independent School District (TX)
San Marcos Consolidated Indepdendent School District (TX)
Tennessee, State of, Attorney General's Office

KE 110714337

## SCHEDULE 1(i)

### Vendors

Accertify Inc.
Bath & Body Works Logistics Services LLC
BSS Creative Groupe Inc.
Granify (USA) Inc.
Oracle America Inc.
Radial Commerce Inc.

# SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Accertify Inc. | Accel-KKR Capital Partners II, LP | Current |
| | Accel-KKR Company LLC | Current |
| | Accel-KKR LLC | Current |
| | Accel-KKR Strategic Fund (APT) LLC | Current |
| | Accertify (India) Solutions Pvt. Ltd. | Current |
| | Accertify (UK) Ltd. | Current |
| | Accertify Holdings LLC | Current |
| | Accertify Inc. | Current |
| | Accertify Japan KK | Current |
| | ACTFY Buyer Inc. | Current |
| | ACTFY Holdings Inc. | Current |
| | ACTFY Holdings LP | Current |
| | ACTFY Intermediate Inc. | Current |
| | Christopher Park Durrett | Current |
| | Dean Jacobson | Current |
| | Rob Palumbo | Current |
| | Thomas C. Barnds | Current |
| AmTrust North America Inc. | Eagle Point Credit Management LLC | Current |
| Associated Industries Insurance Co. Inc. | Stone Point Capital LLC | Current |
| | StonePoint Holding, LLC | Closed |
| Gordon Brothers Retail Partners LLC | Gordon Brothers Brands, LLC | Closed |
| | Gordon Brothers Group LLC | Current |
| | Gordon Brothers Partners Inc. | Closed |
| Hilco Merchant Resources LLC | Hilco Monarch Investments VI LLC | Current |
| ReStore Capital LLC | Hilco Redevelopment Holdings LLC | Current |
| | Hilco Redevelopment, LLC | Current |
| | Hilco Trading LLC | Current |
| Oracle America Inc. | Oracle Corporation | Current |
| [Confidential] | [Confidential] | [Confidential] |

# SCHEDULE 3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Citigroup Inc. | Citigroup Global Markets Ltd. | Current |
| PGIM Inc. | PGIM Inc. | Current |
| Prudential | PGIM Investments LLC | Current |
|  | Prudential Financial Inc. | Current |
|  | Prudential Insurance Co. of America | Current |
| Starr Insurance Cos. | Starr Investment Holdings LLC | Current |
| TikTok Inc. | Dr. Hongxia Yang | Current |
| Verifone Inc. | Francisco Partners IV LP | Current |

2

KE 110714337