## Exhibit 1

**Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | Harbor East Parcel B-Retail, LLC | 5051 | $0 | PHOENIX BNBS Fashion LLC | 6/21/2024 | Store Lease |

[1]  Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.