**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> EXPRESS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-10831 (KBO) <br> (Jointly Administered) <br><br> **Re: Docket Nos. 487, 488** |

**NOTICE OF WITHDRAWAL OF STORED VALUE SOLUTIONS' OBJECTION TO NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND MOTION OF STORED VALUE SOLUTIONS, PURSUANT TO BANKRUPTCY CODE SECTION 362(D), BANKRUPTCY RULE 4001, AND LOCAL RULE 4001-1, FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE SETOFF OF RESERVE AND CREDITS**

PLEASE TAKE NOTICE that Stored Value Solutions, by and through undersigned counsel, hereby withdraws the *Stored Value Solutions' Objection to Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 487] and *Motion of Stored Value Solutions, Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Reserve and Credits* [Docket No. 488] filed on June 20, 2024 in the above-captioned case.

Dated:  July 30, 2024

**CROSS & SIMON, LLC**

 */s/ Kevin S. Mann*
Kevin S. Mann (DE 4576)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
Email: kmann@crosslaw.com

*Counsel to Stored Value Solutions*