## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 640 |

**NOTICE OF FILING OF EXHIBIT A AND B TO SECOND MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

**PLEASE TAKE NOTICE** that on July 23, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 1, 2024 through June 30, 2024* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that attached hereto is Exhibit A and B to the Application.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Dated:  July 31, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti

**KLEHR HARRISON HARVEY BRANZBURG LLP**

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:     (302) 426-9193
Email:         dpacitti@klehr.com
               myurkewicz@klehr.com
               aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:    (215) 568-6603
Email:         mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                emily.geier@kirkland.com
                nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:          charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

July 18, 2024

Laurel Krueger, Chief Legal Officer
Express, Inc., et al.
1 Express Drive
Columbus, OH  43230

Invoice #:        512127
Client #:          23441
Matter #:          0001

For professional services through June 30, 2024:

**RE:  Express Restructuring**

**PROFESSIONAL SERVICES**

**Asset Disposition**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 6/04/24 | DEP | Draft notice of revised Bid Pro Order | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Review Declaration of Mark Still in Support of Bidding Procedure | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Review Declaration of Kunal S. Kamlani in Support of Bidding Procedures | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Review Supplemental Declaration of Adam Keil in Support of Bidding Procedures | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Review and revise Notice of Revised Proposed Bidding Procedures Order | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Review Revised Proposed Bidding Procedures Order | 1.10 | 850.00 | 935.00 |
| 6/05/24 | DEP | Review and comment on for filing the Revised Notice of Selection of Stalking Horse Bidder | .30 | 850.00 | 255.00 |
| 6/06/24 | MWY | Work on bidding procedures order(.4)/ address auction notice(.3) | .70 | 650.00 | 455.00 |
| 6/07/24 | DEP | Review emails from interested bidders and emails with K&E re: same | .50 | 850.00 | 425.00 |
| 6/11/24 | MRB | Review overbid for OpWest IP | .30 | 925.00 | 277.50 |
| 6/11/24 | MWY | Address potential bids(.4)/ address additional sale documentation(.8)/ | 1.20 | 650.00 | 780.00 |
| 6/12/24 | MWY | Address additional sale pleadings | 1.70 | 650.00 | 1,105.00 |

23441: Express, Inc., et al.        July 18, 2024
0001: Express Restructuring        Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/24/24 | DEP | Review Notice of the Occurrence of Sale Closing of the Stalking Horse APA on June 21, 2024 and emails with K&E team re: same | .50 | 850.00 | 425.00 |

**Task Total:**           **$ 6,782.50**

**Assumption and Rejection of Leases and C**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/13/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (7 total notices) for filing and efile same with Bankruptcy Court | 1.30 | 345.00 | 448.50 |
| 6/13/24 | AMR | Review and revise notices re: assumption of certain contracts/review communications re: same | .80 | 435.00 | 348.00 |
| 6/15/24 | MWY | Address store closing notice and assumption notices | .60 | 650.00 | 390.00 |
| 6/17/24 | MRB | Review cure objection from CBL and Associates | .20 | 925.00 | 185.00 |
| 6/17/24 | MWY | Address lease rejection notice | .60 | 650.00 | 390.00 |
| 6/18/24 | MRB | Email exchange D. Hornberger re: objection to assumption | .10 | 925.00 | 92.50 |
| 6/19/24 | MKH | Review revise and prepare Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/19/24 | MWY | Review and address contract inquiries | .40 | 650.00 | 260.00 |
| 6/20/24 | MRB | Review objection to assumption by Akamai | .10 | 925.00 | 92.50 |
| 6/21/24 | MRB | Email exchange M. Tucker re: Easton assumption | .10 | 925.00 | 92.50 |
| 6/21/24 | DEP | Emails and calls with K&E team re: assumption and rejection notices and issues | 1.00 | 850.00 | 850.00 |
| 6/21/24 | DEP | Work on assumption and rejection notices and issues | 1.00 | 850.00 | 850.00 |
| 6/21/24 | DEP | Review various objections to cure and assumption | 1.20 | 850.00 | 1,020.00 |
| 6/21/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (158-257) for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (258-357) for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (358-457) for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (458-557) for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.                                                            July 18, 2024
0001: Express Restructuring                                                        Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 6/21/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (558-632) for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MWY | Address potential contract assumptions issues | .40 | 650.00 | 260.00 |
| 6/24/24 | DEP | Review Limited Objection to the Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases of Harbor East Parcel B-Retail, LLC | .20 | 850.00 | 170.00 |
| 6/28/24 | DEP | Calls and emails with K&E team on assumption orders | 1.00 | 850.00 | 850.00 |
| 6/28/24 | DEP | Review and revise COCs and assumption orders | 1.00 | 850.00 | 850.00 |
| 6/28/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 446/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .40 | 345.00 | 138.00 |
| 6/28/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 447/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .40 | 345.00 | 138.00 |
| 6/28/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 448/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .30 | 345.00 | 103.50 |
| 6/28/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 449/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .30 | 345.00 | 103.50 |
| 6/28/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 450/Exhibits for filing and efile same with Bankruptcy Court; upload proposed and exhibit order re same | .40 | 345.00 | 138.00 |
| 6/28/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 474/Exhibits for filing and efile same with Bankruptcy Court; upload proposed and exhibit order re same | .30 | 345.00 | 103.50 |
| 6/28/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 475/Exhibits for filing and efile same with Bankruptcy Court; upload proposed and exhibit order re same | .40 | 345.00 | 138.00 |
| 6/28/24 | MKH | Email exchanges with M. Yurekwicz re Notice of Assumptions and filing of same | .20 | 345.00 | 69.00 |
| 6/28/24 | MWY | Work on assumption and assignment of contracts | 3.40 | 650.00 | 2,210.00 |

**Task Total:**                                                                  **$ 10,739.00**

**Business Operations**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/05/24 | MRB | Email exchange T. Freedman re: surety claim | .10 | 925.00 | 92.50 |
| 6/05/24 | MRB | Email exchange D. Pacitti re: surety claim and respond to T. Freedman re: same | .10 | 925.00 | 92.50 |
| 6/13/24 | MRB | Email exchange S. Zuber re: surety | .10 | 925.00 | 92.50 |
| 6/14/24 | MWY | Follow up on utility inquiries | .20 | 650.00 | 130.00 |
| 6/18/24 | MRB | Telephone conference T. Freedman / email exchange T. Freedman re: surety | .20 | 925.00 | 185.00 |
| 6/20/24 | MWY | Address customs bond issues | .40 | 650.00 | 260.00 |

**Task Total:**                                                                    **$ 852.50**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/02/24 | DEP | Email exchange with C. Sterrett re: UST 341 meeting dates | .20 | 850.00 | 170.00 |
| 6/02/24 | DEP | Numerous email exchanges with K&E team re: coordination on filings and addressing upcoming hearing issues | .80 | 850.00 | 680.00 |
| 6/03/24 | DEP | Review Notice of Rescheduled 341 Meeting | .20 | 850.00 | 170.00 |
| 6/03/24 | DEP | Calls with K&E team re: pleadings for filing on 6/3 and coordination of same | .60 | 850.00 | 510.00 |
| 6/03/24 | DEP | Coordinate and work on 6/3 filings | 1.20 | 850.00 | 1,020.00 |
| 6/03/24 | DEP | Email exchange with K&E team re: coordination on filings | 1.60 | 850.00 | 1,360.00 |
| 6/03/24 | DEP | Email with J. Schanne on agreement on motion to seal re: retention | .20 | 850.00 | 170.00 |
| 6/03/24 | MKH | Update agenda for June 6, 2024 hearing | 1.20 | 345.00 | 414.00 |
| 6/03/24 | MKH | Review revise and prepare Certification of Counsel Regarding Motion of Debtors Seeking Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .40 | 345.00 | 138.00 |
| 6/03/24 | MKH | Review and prepare Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders Committee and (B) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

23441: Express, Inc., et al.                                          July 18, 2024
0001: Express Restructuring                                       Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/03/24 | MKH | Review and prepare Declaration of Adam Keil in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders Committee and (B) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/03/24 | MKH | Review and prepare Declaration of Kunal S. Kamlani in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders Committee and (B) Granting Related Relief for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/03/24 | MKH | Review and prepare Declaration of Mark Still in Support of Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders Committee and (B) Granting Related Relief for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/03/24 | MKH | Review and prepare Declaration of Jung W. Song Regarding the Updated List of Equity Security Holders Received Directly from the Transfer Agent for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/03/24 | MKH | Review revise and prepare Motion of Debtors Seeking Entry of an Order Waiving Local Rule 7007-2 to Permit the Debtors to Exceed the Page Limit Requirement for the Debtors Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders Committee and (B) Granting Related Relief/Exhibit for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 6/03/24 | MWY | Work on hearing scheduling | .30 | 650.00 | 195.00 |
| 6/04/24 | DEP | Email exchanges with N. Adzima re: filing plan for pleadings prior to agenda | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Conferences with M. Yurkewicz and M. Hughes re: filing plan and issues | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Review 6/6 hearing agenda | .50 | 850.00 | 425.00 |
| 6/04/24 | DEP | Numerous email exchanges with K&E team re: coordination on filings | 2.10 | 850.00 | 1,785.00 |
| 6/04/24 | MKH | Review revise and prepare Notice of Revised Proposed Final NOL Order/Exhibits for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/04/24 | MKH | Review and prepare Supplemental Declaration of Adam Keil in Support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MKH | Review and prepare Declaration of Mark Still in Support of the Debtors Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MKH | Review and prepare Declaration of Kunal S. Kamlani in Support of the Debtors Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MKH | Revise and finalize agenda for June 6, 2024 hearing for filing and efile same with Bankruptcy Court | .80 | 345.00 | 276.00 |
| 6/04/24 | MKH | Review and prepare Notice of Revised Proposed Final Creditor Matrix Order/Exhibits for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MKH | Review revise and prepare Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements/Exhibits for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |

23441: Express, Inc., et al.                                                    July 18, 2024
0001: Express Restructuring                                              Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/04/24 | MKH | Prepare for and upload proposed order re Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MKH | Review revise and prepare Certification of Counsel Regarding Application of Debtors for Appointment of RCS Real Estate Advisors as Real Estate Advisor Effective as of the Petition Date/Exhibits for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MKH | Review revise and prepare Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Sections 327(A) and 328 of the Bankruptcy Code Effective as of April 22, 2024/Exhibits for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MKH | Prepare for and upload proposed order re Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Sections 327(A) and 328 of the Bankruptcy Code Effective as of April 22, 2024 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/04/24 | MKH | Draft amended agenda for June 6, 2024 hearing | .80 | 345.00 | 276.00 |
| 6/04/24 | MKH | Update amended agenda for June 6, 2024 hearing | .70 | 345.00 | 241.50 |
| 6/04/24 | MKH | Review and prepare Notice of Revised Proposed Order with Respect to Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/04/24 | MWY | Work on creditor matrix motion | .40 | 650.00 | 260.00 |
| 6/04/24 | MWY | Address agenda and additional order submissions(1.3)/ address hearing date certifications(.2) | 1.50 | 650.00 | 975.00 |
| 6/05/24 | MRB | Review amended agenda for June 6 hearing | .10 | 925.00 | 92.50 |
| 6/05/24 | MRB | Review pleadings re: attempt to obtain shareholder committee | .30 | 925.00 | 277.50 |
| 6/05/24 | DEP | Review and revise Amended Notice of Agenda for 6/6 | .20 | 850.00 | 170.00 |
| 6/05/24 | DEP | Numerous email exchanges with K&E team re: coordination on filings and addressing upcoming hearing issues | 1.70 | 850.00 | 1,445.00 |
| 6/05/24 | DEP | Email chambers re: status of 6/6 hearing matters | .20 | 850.00 | 170.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/05/24 | MKH | Revise and finalize amended agenda for June 6, 2024 hearing for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 6/05/24 | MKH | Draft second amended agenda for June 6, 2024 hearing | .80 | 345.00 | 276.00 |
| 6/05/24 | MKH | Revise and finalize second amended agenda for June 6, 2024 hearing for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 6/05/24 | MKH | Download filed second amended agenda for June 6, 2024 and hyperlink same for delivery to Court | .50 | 345.00 | 172.50 |
| 6/05/24 | MKH | Review compile and prepare Revised Notice of Selection of Stalking Horse Bidder for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 6/05/24 | AMR | Review motions and responses re: the bidding procedures, DIP and appointment of a shareholders' committee | .90 | 435.00 | 391.50 |
| 6/06/24 | DEP | Review Affidavit of Proof of Publication of The New York Times (.10) / email with K&E team re: same (.10) | .20 | 850.00 | 170.00 |
| 6/06/24 | MKH | Assist in compiling of documents in preparation of June 6, 2024 hearing | 1.20 | 345.00 | 414.00 |
| 6/06/24 | MKH | Prepare for and upload proposed Order (Final) (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, and (D) Redact Certain Personally Identifiable Information of Natural Persons; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/06/24 | MKH | Prepare for and upload proposed Order Denying Motion for a Shareholders Committee and Request for Other Emergency Relief to Prevent Further Damage to The Debtors with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/06/24 | MKH | Prepare for and upload proposed Order (Final) (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/06/24 | MKH | Review and prepare Certification of Counsel Regarding Bid Procedures Motion/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .40 | 345.00 | 138.00 |
| 6/06/24 | MKH | Review revise and prepare Certification of Counsel Final NOL Order/Exhibits for filing and efile same with Bankruptcy Court; prepare for and upload proposed order re same | .40 | 345.00 | 138.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

July 18, 2024
Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/06/24 | MKH | Review and prepare Notice of Registered Equity Security Holders for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/06/24 | AMR | Continue to prepare for hearing re: bidding procedures, DIP, and appointment of a shareholders' committee | .70 | 435.00 | 304.50 |
| 6/07/24 | DEP | Review 6/6 transcript | .70 | 850.00 | 595.00 |
| 6/07/24 | DEP | Emails with Stretto team re: service requests | .30 | 850.00 | 255.00 |
| 6/07/24 | MKH | Review and prepare Affidavit of Proof of Publication of The New York Times for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/07/24 | MKH | Update case calendar re all upcoming critical dates and deadlines | .50 | 345.00 | 172.50 |
| 6/07/24 | MKH | Review June 6, 2024 hearing transcript, prepare email to counsel attaching same | .50 | 345.00 | 172.50 |
| 6/07/24 | MKH | Review and prepare Notice of Final Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/07/24 | MKH | Telephone call with D. Pacitti re upcoming hearings and deadlines in case | .20 | 345.00 | 69.00 |
| 6/07/24 | MWY | Work on notice of NOL order entry | .30 | 650.00 | 195.00 |
| 6/10/24 | DEP | Email exchange with C. Sterrett re: 6/14 hearing | .10 | 850.00 | 85.00 |
| 6/11/24 | MRB | Email exchange Iron Mountain re: post-petition payments | .10 | 925.00 | 92.50 |
| 6/11/24 | DEP | Review and revise 6/14/ agenda | .50 | 850.00 | 425.00 |
| 6/11/24 | DEP | Email to K&E team re: draft of agenda and anticipated additional pleadings | .20 | 850.00 | 170.00 |
| 6/11/24 | DEP | Email M. Yurkewicz and A. Radavonovich re: reach out to chambers re: 6/14 hearing | .10 | 850.00 | 85.00 |
| 6/11/24 | DEP | Coordinate with chambers and K&E re: 6/14 hearing time | .20 | 850.00 | 170.00 |
| 6/11/24 | DEP | Numerous email exchanges with K&E team re: coordination on filings and addressing upcoming hearing issues | 1.50 | 850.00 | 1,275.00 |
| 6/11/24 | MKH | Draft agenda for June 14, 2024 sale hearing | 1.40 | 345.00 | 483.00 |
| 6/11/24 | MWY | Address hearing issues(1.2)/ respond to creditor inquiries on noticing(.7) | 1.90 | 650.00 | 1,235.00 |
| 6/11/24 | AMR | Email communications with KHHB team and Court re: confirming sale hearing date | .10 | 435.00 | 43.50 |
| 6/12/24 | MRB | Review letter from Central Georgia EMC | .10 | 925.00 | 92.50 |
| 6/12/24 | MRB | Review agenda | .10 | 925.00 | 92.50 |
| 6/12/24 | DEP | Review agenda for 6/14 hearing | .20 | 850.00 | 170.00 |
| 6/12/24 | MKH | Revise and finalize Notice of Agenda of Matters Scheduled for Hearing for June 1, 2024 for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |

23441: Express, Inc., et al.                                               July 18, 2024
0001: Express Restructuring                                            Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/12/24 | MKH | Review and prepare Notice of Successful Bidder for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/12/24 | MKH | Draft amended agenda for June 13, 2024 hearing | .80 | 345.00 | 276.00 |
| 6/12/24 | MKH | Update case calendar re critical dates and objection deadlines | .20 | 345.00 | 69.00 |
| 6/12/24 | MKH | Telephone calls and email exchanges re upcoming sale hearing, preparation of filings and timing of same | .50 | 345.00 | 172.50 |
| 6/12/24 | MWY | Work on agenda and hearing coordination | 1.60 | 650.00 | 1,040.00 |
| 6/13/24 | DEP | Numerous email exchanges with K&E team re: coordination on filings and addressing upcoming hearing issues | 1.40 | 850.00 | 1,190.00 |
| 6/13/24 | MKH | Review and prepare Declaration of Mark Still in Support of Entry of an Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/13/24 | MKH | Review and prepare Declaration of Adam Keil in Support of the Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/13/24 | MKH | Review and prepare Declaration of Kunal S. Kamlani in Support of the Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/13/24 | MKH | Revise and update amended agenda for June 14, 2024 hearing | 1.30 | 345.00 | 448.50 |
| 6/13/24 | MWY | Review outstanding filings | 1.10 | 650.00 | 715.00 |

23441: Express, Inc., et al.                                                    July 18, 2024
0001: Express Restructuring                                                Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/14/24 | MKH | Draft and prepare Second Amended Agenda for June 14, 2024 hearing for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 6/14/24 | MKH | Review and prepare Affidavit of Proof of Publication of The New York Times Company re Notice of Auction for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/14/24 | MKH | Update case calendar with upcoming critical dates and deadlines | .20 | 345.00 | 69.00 |
| 6/18/24 | MRB | Email exchange with M. Rochman of FISERV | .20 | 925.00 | 185.00 |
| 6/18/24 | MWY | Address noticing issues(.3)/ work on protective order(1.7)/ address utility inquiries(.3) | 2.30 | 650.00 | 1,495.00 |
| 6/19/24 | MRB | Email exchange B. Walsh re: NXGH re: master service agreement | .20 | 925.00 | 185.00 |
| 6/19/24 | MKH | Review revise and prepare Certification of Counsel Regarding Confidentiality Agreement and Stipulated Protective Order/Exhibits for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 6/19/24 | MKH | Prepare for and upload Confidentiality Agreement and Stipulated Protective Order with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/19/24 | MWY | Work on protective order | .70 | 650.00 | 455.00 |
| 6/20/24 | MKH | Email exchanges re objections to retention applications, preparation of documents and upcoming hearing | .30 | 345.00 | 103.50 |
| 6/21/24 | MRB | Telephone conference D. Pacitti and M. Yurkewicz re: plan provision issues | .30 | 925.00 | 277.50 |
| 6/21/24 | MKH | Review and prepare Declaration of Disinterestedness of Womble Bond Dickinson (US) LLP to the Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10831 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/21/24 | MKH | Review and prepare Supporting Documentation Relating to Chapter 11 Monthly Operating Reports Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10832 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10833 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10834 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.                                                July 18, 2024
0001: Express Restructuring                                            Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10835 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10836 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10837 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10838 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10839 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10840 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10841 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10842 for the Month Ending June 1, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/24/24 | MKH | Review and prepare Notice of the Occurrence of Sale Closing of the Stalking Horse APA on June 21, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/24/24 | MKH | Update case calendar re critical dates and deadlines | .20 | 345.00 | 69.00 |
| 6/25/24 | CO | Confer with Kirkland & Ellis concerning case data. Confer with TransPerfect concerning data hosting | .40 | 415.00 | 166.00 |
| 6/26/24 | CO | Confer with Kirkland concerning case data | .20 | 415.00 | 83.00 |
| 6/27/24 | MKH | Revise and prepare Declaration of Disinterestedness of Greenberg Traurig, LLP Pursuant to the Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/27/24 | MKH | Update case calendar re upcoming critical dates and deadlines | .20 | 345.00 | 69.00 |
| 6/27/24 | CO | Review and analyze case data. Confer with Kirkland re same. | .70 | 415.00 | 290.50 |
| 6/28/24 | CO | Review and analyze case data and confer with Kirkland re same | .30 | 415.00 | 124.50 |
| 6/29/24 | MKH | Update case calendar re upcoming hearings and deadlines | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

July 18, 2024
Invoice #: 512127

**Task Total:**                                                    **$ 32,576.50**

**Employment and Fee Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/03/24 | DEP | Review KPMG LLP application as Tax Consultant | .30 | 850.00 | 255.00 |
| 6/03/24 | DEP | Draft COC's and order for PWC application, Seal Motion, Ernst & Young application, OCP motion | 2.00 | 850.00 | 1,700.00 |
| 6/03/24 | MKH | Review revise and prepare Certification of Counsel Regarding Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .50 | 345.00 | 172.50 |
| 6/03/24 | MKH | Review revise and prepare  Certificate of No Objection Regarding Application of Debtors for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date for filing and efile same with Bankruptcy Court; upload proposed order re same | .40 | 345.00 | 138.00 |
| 6/03/24 | MKH | Review revise and prepare Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors and Debtors in Possession Effective as of April 22, 2024/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .50 | 345.00 | 172.50 |
| 6/03/24 | MKH | Review revise and prepare Certification of Counsel Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of April 22, 2024, and (II) Granting Related Relief/Exhibits for filing and efile same with Bankruptcy Court; upload proposed order re same | .40 | 345.00 | 138.00 |
| 6/03/24 | MWY | Work on KPMG application issues(.3)/ follow up on Moelis retention(.2)/ address OCP motion(.2) | .70 | 650.00 | 455.00 |
| 6/04/24 | DEP | Draft COC and Order re:  Moelis & Company application (.50) / coordinate with Moelis and K&E re: same (.10) | .60 | 850.00 | 510.00 |
| 6/04/24 | DEP | Draft COC and Order re: RCS application (.50) / coordinate with RCS and K&E re: same (.10) | .60 | 850.00 | 510.00 |
| 6/04/24 | DEP | Draft COC and Order re:  M3 application (.50) / coordinate with M3 and K&E re: same (.20) | .70 | 850.00 | 595.00 |
| 6/04/24 | MWY | Address UCC applications and service | .30 | 650.00 | 195.00 |
| 6/05/24 | MRB | Order approving Moelis retention | .20 | 925.00 | 185.00 |
| 6/05/24 | MRB | Review order authorizing M-3 retention | .10 | 925.00 | 92.50 |
| 6/05/24 | MRB | Review order authorizing retention of RCS Red Estate | .10 | 925.00 | 92.50 |

23441: Express, Inc., et al.
0001: Express Restructuring

July 18, 2024
Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/05/24 | MRB | Review sealed motion of Kraemer Levin for Committee | .30 | 925.00 | 277.50 |
| 6/05/24 | MRB | Review motion to retain Provise as F.A. for Committee | .20 | 925.00 | 185.00 |
| 6/05/24 | DEP | Review committee professionals retention applications | 1.30 | 850.00 | 1,105.00 |
| 6/06/24 | DEP | Review First Monthly Fee Application of Moelis & Company LLC | .30 | 850.00 | 255.00 |
| 6/06/24 | MWY | Work on Moelis application | .40 | 650.00 | 260.00 |
| 6/10/24 | MKH | Draft KHHB First Fee Application for April 22-May 31, 2024/Notice/Charts/Exhibits and draft email to D. Pacitti attaching same for review | 2.10 | 345.00 | 724.50 |
| 6/11/24 | DEP | Review and revise Klehr first monthly fee application | 1.00 | 850.00 | 850.00 |
| 6/11/24 | DEP | Email exchange to K&E team re: filing timeline for fee applications | .20 | 850.00 | 170.00 |
| 6/11/24 | MKH | Revise and finalize First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the period April 22, 2024 to May 31, 2024 for filing and efile same with Bankruptcy Court | .80 | 345.00 | 276.00 |
| 6/11/24 | MWY | Address UST comments on retentions | .60 | 650.00 | 390.00 |
| 6/14/24 | MKH | Review and prepare Notice of Additional Engagement Letter Relating to Retention of KPMG LLP for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/14/24 | MWY | Address KPMG additional statement of work | .80 | 650.00 | 520.00 |
| 6/20/24 | MKH | Review case docket; draft and finalize Certificate of No Objection Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services Effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d) for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 6/20/24 | MKH | Revise and upload proposed order re Certificate of No Objection Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services Effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d) with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 6/21/24 | MWY | Address OCP declaration | .20 | 650.00 | 130.00 |
| 6/24/24 | MKH | Update professional fee and expenses chart for case | 1.10 | 345.00 | 379.50 |
| 6/27/24 | MWY | Review and address OCP declaration | .20 | 650.00 | 130.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

July 18, 2024
Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/28/24 | MKH | Review case docket; draft and prepare CNO re Ninth Monthly Fee Application of Neubert Pepe & Monteith, P.C. for Payment of Compensation and Reimbursement of Expenses as Counsel to the Patient Care Ombudsman for the Period from April 1, 2024 through April 30, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 6/28/24 | MKH | Review case docket; draft and prepare CNO re First Monthly Application of Moelis & Company LLC for Compensation for Professionals Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors and Debtors in Possession from April 22, 2024 through and including May 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 6/28/24 | MWY | Address Moelis fee application | .20 | 650.00 | 130.00 |

**Task Total:**     **$ 11,718.00**

**Financing and Cash Collateral**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/04/24 | DEP | Draft notice of revised Final DIP Order | .60 | 850.00 | 510.00 |
| 6/05/24 | MRB | Review supplemental declaration in support of DIP | .20 | 925.00 | 185.00 |
| 6/05/24 | DEP | Review First Supplemental Declaration of Kunal S. Kamlani in Support of DIP Motion | .40 | 850.00 | 340.00 |
| 6/05/24 | DEP | Draft Notice of Revised Proposed Final DIP Order | .60 | 850.00 | 510.00 |
| 6/05/24 | DEP | Review Revised Proposed Final DIP Order | 1.10 | 850.00 | 935.00 |
| 6/05/24 | MKH | Review compile and prepare First Supplemental Declaration of Kunal S. Kamlani in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay (IV) Scheduling a Final Hearing, and (V) Granting Related for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 6/05/24 | MKH | Review and prepare Notice of Revised Proposed Final DIP Order for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 6/10/24 | DEP | Review Ropes & Gray invoice | .20 | 850.00 | 170.00 |

**Task Total:**     **$ 2,891.50**

**Litigation: Contested Matters and Advers**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/02/24 | DEP | Email exchange with N. Adzima re: attaching Kurzon pleadings to response | .40 | 850.00 | 340.00 |
| 6/03/24 | DEP | Review Omnibus Reply of Debtors (I) In Support of First Day Motions and (II) In Opposition to (A) Motion of Mr. Kurzon for Appointment of a Shareholders Committee and (B) Granting Related Relief | 2.00 | 850.00 | 1,700.00 |
| 6/03/24 | DEP | Review Declaration of Adam Keil in Support of Omnibus Reply of Debtor | .50 | 850.00 | 425.00 |
| 6/03/24 | DEP | Review Declaration of Kunal S. Kamlani in Support of Omnibus Reply | .50 | 850.00 | 425.00 |
| 6/03/24 | DEP | Review Declaration of Mark Still in Support of Omnibus Reply | .50 | 850.00 | 425.00 |
| 6/03/24 | DEP | Review  Declaration of Jung W. Song Regarding the Updated List of Equity | .50 | 850.00 | 425.00 |
| 6/03/24 | DEP | Review ReStore Capital, LLC's Joinder to Omnibus Reply of Debtors | .50 | 850.00 | 425.00 |
| 6/03/24 | DEP | Draft revisions to Motion of Debtors Seeking Entry of an Order Waiving Local Rule 7007-2 to Permit the Debtors to Exceed the Page Limit | .50 | 850.00 | 425.00 |
| 6/03/24 | DEP | Review Limited Joinder of the Official Committee of Unsecured Creditors to the Omnibus Reply of Debtors | .30 | 850.00 | 255.00 |
| 6/03/24 | DEP | Email exchange with K&E Team re: Reply to Kurzon motion (.70) / review of draft reply (1.0) | 1.70 | 850.00 | 1,445.00 |
| 6/03/24 | MWY | Address Kurzon reply issues | .40 | 650.00 | 260.00 |
| 6/05/24 | DEP | Prep for 6/6/ hearing | 1.20 | 850.00 | 1,020.00 |
| 6/06/24 | DEP | Meet with client and advisors and prepare for hearing | 3.00 | 850.00 | 2,550.00 |
| 6/06/24 | DEP | Attend hearing | 3.50 | 850.00 | 2,975.00 |
| 6/06/24 | DEP | Meet with debtor professionals and download and follow up from hearing | 1.30 | 850.00 | 1,105.00 |
| 6/06/24 | MWY | Attend DIP and bid procedures hearing(3.5)/ work on NOL order(.6)/ address registered holder list(.4) | 4.50 | 650.00 | 2,925.00 |
| 6/06/24 | AMR | Attend omnibus hearing re: bidding procedures, DIP and the appointment of a shareholders' committee | 2.00 | 435.00 | 870.00 |
| 6/07/24 | DEP | Emails with K&E team r: coordination of pleadings needed for continued hearing | .70 | 850.00 | 595.00 |
| 6/11/24 | DEP | Work on upcoming hearing issues and coordination | 1.70 | 850.00 | 1,445.00 |
| 6/12/24 | DEP | Work on hearing issues and coordination of same | 2.00 | 850.00 | 1,700.00 |
| 6/13/24 | DEP | Prep and coordinate for sale hearing | 2.00 | 850.00 | 1,700.00 |
| 6/13/24 | MWY | Sale hearing preparation(2.6)/ address sale declarations(1.2) | 3.80 | 650.00 | 2,470.00 |

23441: Express, Inc., et al.                                          July 18, 2024
0001: Express Restructuring                                          Invoice #: 512127

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/14/24 | DEP | Meet with K&E and witnesses and prep for sale hearing | 3.00 | 850.00 | 2,550.00 |
| 6/14/24 | DEP | Attend sale hearing | 1.70 | 850.00 | 1,445.00 |
| 6/14/24 | MWY | Sale hearing preparations(2.1)/ attend sale hearing(1.7)/ work on amended agenda(.2) | 4.00 | 650.00 | 2,600.00 |
| 6/14/24 | AMR | Attend hearing re: proposed sale order | .50 | 435.00 | 217.50 |
| 6/17/24 | MWY | Address committee confidentiality issues | 1.50 | 650.00 | 975.00 |

**Task Total:**                                                        **$ 33,692.50**

**Meetings and Communications with Credito**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/03/24 | MWY | Address continued 341 meeting scheduling | .60 | 650.00 | 390.00 |
| 6/03/24 | AMR | Email communication with KHHB team and creditor re: where to file a claim and the applicable deadline | .10 | 435.00 | 43.50 |
| 6/06/24 | MWY | Work on preparation for 341 meeting and documentation (1.3)/attend 341 meeting (.5) | 1.80 | 650.00 | 1,170.00 |
| 6/06/24 | AMR | Attend continued Section 341 meeting re: Debtors' current status and schedules | .50 | 435.00 | 217.50 |

**Task Total:**                                                        **$ 1,821.00**

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/19/24 | DEP | Call with E. Geier re: plan process and surrounding issues to address | .70 | 850.00 | 595.00 |
| 6/19/24 | DEP | Call with M. Branzburg re: plan process issues | .30 | 850.00 | 255.00 |
| 6/19/24 | DEP | Call with E. Geier re: various plan provisions | .50 | 850.00 | 425.00 |
| 6/21/24 | MRB | Conference with D. Pacitti re: diligence for plan provisions | .20 | 925.00 | 185.00 |
| 6/21/24 | DEP | Call with M. Branzburg and M. Yurkewicz re: various plan provisions | .50 | 850.00 | 425.00 |
| 6/21/24 | MWY | Work on various plan provisions | .30 | 650.00 | 195.00 |
| 6/23/24 | DEP | Review pleadings and information re: potential issues for plan | 4.50 | 850.00 | 3,825.00 |
| 6/24/24 | DEP | Call with K&E Team and Bill Transier re: plan | 1.00 | 850.00 | 850.00 |
| 6/24/24 | DEP | Draft work plan and issues for plan | 5.00 | 850.00 | 4,250.00 |
| 6/24/24 | BF | Research DE caselaw relating to plan provisions | 1.10 | 435.00 | 478.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/25/24 | MRB | Call with client and independent director and K&E re: plan provisions | .70 | 925.00 | 647.50 |
| 6/25/24 | MRB | Telephone conference R. Moore re: plan provisions | .20 | 925.00 | 185.00 |
| 6/25/24 | MRB | Review documents from K&E re: plan provisions | .60 | 925.00 | 555.00 |
| 6/25/24 | MRB | Review draft of support for plan sent to independent directors | .20 | 925.00 | 185.00 |
| 6/25/24 | MWY | Address plan issues | .60 | 650.00 | 390.00 |
| 6/25/24 | RMM | Review and analyze issues in connection with plan provisions | .70 | 570.00 | 399.00 |
| 6/26/24 | DEP | Research debtor release precedent | 4.50 | 850.00 | 3,825.00 |
| 6/26/24 | DEP | Work on document request and review of documents produced for plan | 1.40 | 850.00 | 1,190.00 |
| 6/26/24 | RMM | Review and analyze issues in connection with various plan provisions | .60 | 570.00 | 342.00 |
| 6/26/24 | CVW | Analyze case memorandum and additional materials regarding various plan provisions | 1.20 | 570.00 | 684.00 |
| 6/26/24 | BF | Research caselaw relating to various plan provisions | .60 | 435.00 | 261.00 |
| 6/26/24 | BF | Research caselaw relating to various plan provisions | 1.50 | 435.00 | 652.50 |
| 6/26/24 | BF | Research caselaw relating to various plan provisions | .30 | 435.00 | 130.50 |
| 6/27/24 | MRB | Internal coordination call re: plan | .50 | 925.00 | 462.50 |
| 6/27/24 | DEP | Research on potential issues with various plan provisions | 6.10 | 850.00 | 5,185.00 |
| 6/27/24 | DEP | Work on document request and review of documents produced to support plan | 1.50 | 850.00 | 1,275.00 |
| 6/27/24 | MWY | Plan prep meeting(.5)/ work on document gathering(.8) | 1.30 | 650.00 | 845.00 |
| 6/27/24 | RMM | Review and analyze background information in connection with various plan provisions | 2.10 | 570.00 | 1,197.00 |
| 6/27/24 | CVW | Prepare for and attend call with case team regarding various plan provisions (.5); analyze data room materials in connection with same (2.1) | 2.60 | 570.00 | 1,482.00 |
| 6/27/24 | BF | Research caselaw relating to various plan provisions | 1.00 | 435.00 | 435.00 |
| 6/27/24 | BF | Research caselaw relating to various plan provisions | .20 | 435.00 | 87.00 |
| 6/27/24 | BF | Discuss potential plan issues with R. Moore | .10 | 435.00 | 43.50 |
| 6/27/24 | BF | Research caselaw relating to various plan provisions | .50 | 435.00 | 217.50 |
| 6/28/24 | DEP | Work on document request and review of documents produced | 1.50 | 850.00 | 1,275.00 |
| 6/28/24 | RMM | Analyze background and context in connection with various plan provisions | 2.90 | 570.00 | 1,653.00 |
| 6/28/24 | CVW | Analyze data room materials in connection with assessing potential plan provisions | 2.00 | 570.00 | 1,140.00 |

**Task Total:**                                                    **$ 36,227.50**

**Reporting**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/02/24 | MWY | Follow up on continued 341 meeting | .20 | 650.00 | 130.00 |
| 6/20/24 | MWY | Address operating reports | .60 | 650.00 | 390.00 |
| 6/21/24 | DEP | Review MORs | 1.00 | 850.00 | 850.00 |
| 6/21/24 | MWY | Work on operating reports | 1.20 | 650.00 | 780.00 |
| 6/26/24 | MWY | Address MOR filing issues | .40 | 650.00 | 260.00 |

**Task Total:** **$ 2,410.00**

**Relief from Stay and Adequate Protection**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/20/24 | MRB | Review motion for relief from stay with Stored Value Solutions | .20 | 925.00 | 185.00 |
| 6/28/24 | MWY | Review and address UCC inquiries on lift stay motion | .60 | 650.00 | 390.00 |

**Task Total:** **$ 575.00**

**TOTAL PROFESSIONAL SERVICES** **$ 140,286.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Branzburg, Morton R. | Partner | 6.40 | 925.00 | 5,920.00 |
| Pacitti, Domenic E. | Partner | 92.10 | 850.00 | 78,285.00 |
| Yurkewicz, Michael W. | Partner | 44.90 | 650.00 | 29,185.00 |
| Moore, Ryan M. | Partner | 6.30 | 570.00 | 3,591.00 |
| Wigglesworth, Catherine V | Partner | 5.80 | 570.00 | 3,306.00 |
| Radovanovich, Alyssa M | Associate | 5.60 | 435.00 | 2,436.00 |
| Fischer, Benjamin | Law Clerk | 5.30 | 435.00 | 2,305.50 |
| Orrin, Christopher P. | Associate | 1.60 | 415.00 | 664.00 |
| Hughes, Melissa K. | Paralegal | 42.30 | 345.00 | 14,593.50 |
| **TOTALS** | | **210.30** | | **$ 140,286.00** |

EXHIBIT B

23441: Express, Inc., et al.
0001: Express Restructuring

July 18, 2024
Invoice #: 512127

## DISBURSEMENTS

| Description | Amount |
|---|---:|
| Special Copy | 25.00 |
| Special Copy | 2,453.35 |
| Meals | 388.89 |

|  | |
|---|---:|
| **TOTAL DISBURSEMENTS** | **$ 2,867.24** |
| **TOTAL THIS INVOICE** | **$ 143,153.24** |