**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on August 1, 2024, I served a copy of the foregoing *Official Committee of Unsecured Creditors' (I) Objection to the Debtors' Motion to Extend Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Cross-Motion to Terminate Exclusivity for the Committee* upon the parties on the attached service list in the manner indicated.

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898

Dated: August 1, 2024,

## SERVICE LIST

**Via Electronic Mail:**
Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Alyssa M. Radovanovich, Esquire
Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com
myurkewicz@klehr.com
aradovanovich@klehr.com

Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

Charles B. Sterrett, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654
charles.sterrett@kirkland.com

John Schanne, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
John.Schanne@usdoj.gov

**Via First Class Mail:**
Express, Inc.
Attn.: Mark Still
One Express Drive
Columbus, OH 43230