UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------X

In re:                                                    Chapter 11
                                                          Case No.: 24-10831 (KBO)
EXPRESS, INC., *et al.*,
                                                          (Jointly Administered)
                    Debtors.
------------------------------------------------------------X

**APPLICATION OF DELAWARE COUNSEL
TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

I, Michelle McMahon, respectfully request the approval of this Court to appear in the

above- captioned cases on behalf of Annjoy Imports LLC and G&L Building Corp. pursuant

to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District

of Delaware (the "Local Rules").

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing,
> but who do not maintain an office in the District of Delaware, may appear on
> behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court

for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware.  My

office is located in New York, NY at the address indicated in my signature block below.

I respectfully request that the Court enter the proposed order attached hereto as **Exhibit A**

approving my appearance in this proceeding pursuant to Local Rule 9010-1(e)(ii).

Date: August 6, 2024                      **CULLEN AND DYKMAN LLP**

                                          */s/ Michelle McMahon*
                                          One Battery Park Plaza, 34th Fl.
                                          New York, New York 10004
                                          T: (212) 510-2296
                                          E: mmcmahon@cullenllp.com

## EXHIBIT A – PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------X

In re:                                                                    Chapter 11
                                                                          Case No.: 24-10831 (KBO)

EXPRESS, INC., *et al.*,
                                                                          (Jointly Administered)

                                    Debtors.
-------------------------------------------------------------X

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Michelle McMahon to appear in the above-captioned cases on behalf of Annjoy Imports LLC and G&L Building Corp. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Michelle McMahon may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).