IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF MOLLY ERICSON IN
SUPPORT OF THE APPLICATION OF THE DEBTORS
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION
AND EMPLOYMENT OF ERNST & YOUNG LLP AS TAX SERVICES
PROVIDER AS OF APRIL 22, 2024, AND (II) GRANTING RELATED RELIEF**

I, Molly Ericson, hereby declare pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as follows:

1. I am a managing director of EY US LLP.[2] This Supplemental Declaration supplements my declaration that was filed with the Court on May 16, 2024 [Docket No. 259-3] that was submitted in connection with EY LLP's retention in these chapter 11 cases (the "Initial Declaration").

2. The facts set forth in this Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or professionals of EY LLP and EY US LLP or employees of other member firms of EYGL under my supervision and direction.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Initial Declaration.

3. On July 10, 2024, Debtors' counsel provided EY LLP with an updated Parties in Interest list (the "Additional Parties in Interest").

4. EY LLP caused the names of the Additional Parties in Interest to be run through the Database. The disclosure schedule annexed hereto as Schedule 1 lists the names of the Additional Parties in Interest and whether a client engagement has been initiated in the Database during the last three years by EY LLP or any other EYGL member firm.

5. EY LLP also has conducted a search to determine whether EY US LLP (but not any other member firm of EYGL) has paid any person or entity among the Additional Parties in Interest that is specified on the PIIL as a Party-Retained Professional. Based on its search of that database, EY LLP has determined that EY US LLP has paid the following Party-Retained Professional from the Additional Parties in Interest during the last three years for professional services: Ogletree Deakins Nash Smoak & Stewart, P.C.

6. To the best of my knowledge, information and belief based on the information set forth in the Database, and except as otherwise stated herein, none of the services rendered to the Additional Parties in Interest by EY LLP or any other EYGL member firm have been in connection with the Debtors or these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 6, 2024

*/s/ Molly Ericson*
**Molly Ericson**

**Schedule 1**

**Names of Additional Parties in Interest and whether a Client Engagement has been Initiated by EYGL Member Firms During the Last Three Years**

## Results of Connections Checks

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1 | Banks, Lenders, Lien Parties, and Administrative Agents | Comenity Capital Bank | | X |
| 2 | Banks, Lenders, Lien Parties, and Administrative Agents | Gordon Brothers Retail Partners, LLC | | X |
| 3 | Banks, Lenders, Lien Parties, and Administrative Agents | Hilco Merchant Resources, LLC | | X |
| 4 | CONFIDENTIAL M&A Counterparties | ███████████ | | X |
| 5 | Debtor Professionals | Dinsmore & Shohl LLP | X | |
| 6 | Debtor Professionals | Greenberg Traurig, LLP | X | |
| 7 | Debtor Professionals | Ogletree Deakins Nash Smoak & Stewart, P.C. | | X |
| 8 | Debtor Professionals | Womble Bond Dickinson LLP | | X |
| 9 | Equity Holders Directly Registered with the Transfer Agent | Aaron Joseph Putnam | | X |
| 10 | Equity Holders Directly Registered with the Transfer Agent | Alex J Oberg | | X |
| 11 | Equity Holders Directly Registered with the Transfer Agent | Alim Ramji | | X |
| 12 | Equity Holders Directly Registered with the Transfer Agent | Brian Thomas Davis | | X |
| 13 | Equity Holders Directly Registered with the Transfer Agent | Cede & Co | | X |
| 14 | Equity Holders Directly Registered with the Transfer Agent | Charles Wheeler | X | |
| 15 | Equity Holders Directly Registered with the Transfer Agent | Christopher D Mueller | | X |
| 16 | Equity Holders Directly Registered with the Transfer Agent | Christopher Pak | | X |
| 17 | Equity Holders Directly Registered with the Transfer Agent | Craig Thompson | | X |
| 18 | Equity Holders Directly Registered with the Transfer Agent | David Silverman | | X |
| 19 | Equity Holders Directly Registered with the Transfer Agent | EXPWHP LLC | X | |
| 20 | Equity Holders Directly Registered with the Transfer Agent | Francisco Javier Gonzalez | | X |
| 21 | Equity Holders Directly Registered with the Transfer Agent | Jason J Swift & Kelsey Swift | | X |
| 22 | Equity Holders Directly Registered with the Transfer Agent | Jeffrey Hunter Rice | | X |
| 23 | Equity Holders Directly Registered with the Transfer Agent | Jeffrey Mead Kurzon | | X |
| 24 | Equity Holders Directly Registered with the Transfer Agent | Jeremy Ferova & Jolene Ferova | | X |
| 25 | Equity Holders Directly Registered with the Transfer Agent | Joshua Anthony Ray & Robyn Lynn Ray | | X |
| 26 | Equity Holders Directly Registered with the Transfer Agent | Joshua R Monroe | | X |
| 27 | Equity Holders Directly Registered with the Transfer Agent | Kevin-Mitchell Clement | | X |
| 28 | Equity Holders Directly Registered with the Transfer Agent | Max E Orellana | | X |
| 29 | Equity Holders Directly Registered with the Transfer Agent | Peter Myung-Won Pak | | X |
| 30 | Equity Holders Directly Registered with the Transfer Agent | Robin Lionheart | | X |
| 31 | Equity Holders Directly Registered with the Transfer Agent | Saleh K Abubakier | | X |
| 32 | Equity Holders Directly Registered with the Transfer Agent | Sarah L Klein | | X |
| 33 | Equity Holders Directly Registered with the Transfer Agent | Steven M Bassignani | | X |
| 34 | Equity Holders Directly Registered with the Transfer Agent | Thomas Piwowarski | | X |
| 35 | Equity Holders Directly Registered with the Transfer Agent | Tyler B Bovitch | | X |
| 36 | Equity Holders Directly Registered with the Transfer Agent | Waleed M Ebrahim | | X |
| 37 | Insurers | AmTrust North America, Inc. | X | |
| 38 | Insurers | Associated Industries Insurance Company, Inc. | | X |
| 39 | Insurers | Liberty Mutual Insurance Company | X | |
| 40 | Landlords | 31-01 Steinway LLC | | X |
| 41 | Landlords | 659 West Diversey, LLC | | X |
| 42 | Landlords | Acadia Gold Coast, LLC | | X |
| 43 | Landlords | AP Washington, LLC | | X |
| 44 | Landlords | Atherton Mill (E&A), LLC | | X |
| 45 | Landlords | Avalon North, LLC | | X |
| 46 | Landlords | BDC Shay Retail LLC | | X |
| 47 | Landlords | Broward Mall LLC | | X |
| 48 | Landlords | CenterCal Properties, LLC | | X |
| 49 | Landlords | Corpus Christi Retail Venture LP | | X |
| 50 | Landlords | CVM Holdings LLC | | X |

**Results of Connections Checks**

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 51 | Landlords | Distribution Land Company, LLC | | X |
| 52 | Landlords | Domain Northside Retail Property Owner LP | | X |
| 53 | Landlords | EKFH, LLC | | X |
| 54 | Landlords | Fashion Island Retail LLC [Fashion Island Shopping Center] | | X |
| 55 | Landlords | Federal Realty OP LP | | X |
| 56 | Landlords | Keystone-Florida Property Holding Corp. | | X |
| 57 | Landlords | North Riverside Park Associates LLC | | X |
| 58 | Landlords | RED Development, LLC | X | |
| 59 | Landlords | Tanger Management, LLC | | X |
| 60 | Landlords | Turnberry Associates | | X |
| 61 | Landlords | White Flint Associates, LLC | | X |
| 62 | Landlords | WPG Legacy, LLC | | X |
| 63 | Litigation Parties | Auto Advantage Finance, Inc. | | X |
| 64 | Litigation Parties | Christie Carr | | X |
| 65 | Litigation Parties | E-Teen Company Limited | | X |
| 66 | Litigation Parties | Jorge Chacon | | X |
| 67 | Litigation Parties | Robinson, Hoover & Fudge PLLC | | X |
| 68 | Litigation Parties | Sandra Pajaro | | X |
| 69 | Official Committee Professionals | Province, LLC | | X |
| 70 | Official Committee Professionals | Saul Ewing LLP | | X |
| 71 | Taxing Authorities | Allen ISD | | X |
| 72 | Taxing Authorities | Broward County, Florida | | X |
| 73 | Taxing Authorities | Brownsville Independent School District | | X |
| 74 | Taxing Authorities | City of Allen | | X |
| 75 | Taxing Authorities | City of Frisco | | X |
| 76 | Taxing Authorities | City of Grapevine | | X |
| 77 | Taxing Authorities | City of Houston | | X |
| 78 | Taxing Authorities | City of Humble | | X |
| 79 | Taxing Authorities | City of Mercedes | | X |
| 80 | Taxing Authorities | Crowley ISD | | X |
| 81 | Taxing Authorities | Frisco ISD | | X |
| 82 | Taxing Authorities | Galveston County | | X |
| 83 | Taxing Authorities | Grapevine-Colleyville ISD | | X |
| 84 | Taxing Authorities | Harris Co ESD #09 | | X |
| 85 | Taxing Authorities | Harris Co ID #01 | | X |
| 86 | Taxing Authorities | Harris County | X | |
| 87 | Taxing Authorities | Harris County Department of Education | | X |
| 88 | Taxing Authorities | Harris County Flood Control District | | X |
| 89 | Taxing Authorities | Harris County Hospital District | | X |
| 90 | Taxing Authorities | Harris County Municipal Utility District # 358 | | X |
| 91 | Taxing Authorities | Harris County Port of Houston Authority | | X |
| 92 | Taxing Authorities | Harris County Water Control and Improvement District # 155 | | X |
| 93 | Taxing Authorities | Houston Community College System | | X |
| 94 | Taxing Authorities | Houston ISD | | X |
| 95 | Taxing Authorities | Kern County Treasurer and Tax Collector Office | | X |
| 96 | Taxing Authorities | Lone Star College System | | X |
| 97 | Taxing Authorities | Madison County, Alabama | | X |
| 98 | Taxing Authorities | Manatee County Tax Collector | | X |
| 99 | Taxing Authorities | Northwest ISD | | X |
| 100 | Taxing Authorities | Plano ISD | | X |
| 101 | Taxing Authorities | San Marcos CISD | | X |
| 102 | Taxing Authorities | Tennessee Attorney General's Office | | X |
| 103 | Vendors | Accertify, Inc. | X | |
| 104 | Vendors | Bath and Body Works Logistics Services LLC | X | |
| 105 | Vendors | BSS Creative Groupe, Inc. | | X |
| 106 | Vendors | Granify (USA) Inc. | | X |
| 107 | Vendors | Oracle America, Inc. | X | |
| 108 | Vendors | Radial Commerce Inc. | X | |