UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------X
In re:

EXPRESS, INC., *et al.*,

                      Debtors.
------------------------------------------------------------X

Chapter 11
Case No.: 24-10831 (KBO)

(Jointly Administered)

**Re: Docket No. 697**

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Michelle McMahon to appear in the above-captioned cases on behalf of Annjoy Imports LLC and G&L Building Corp. pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Michelle McMahon may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

Dated: August 7th, 2024
Wilmington, Delaware

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

3