# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline:** <br> **August 28, 2024 at 4:00 p.m. (ET)** |

**COVER SHEETS FOR THIRD MONTHLY APPLICATION OF
MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES AS INVESTMENT BANKER, FINANCIAL ADVISOR,
AND PLACEMENT AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION
FROM JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Name of applicant: | Moelis & Company LLC |
|---|---|
| Authorized to provide professional services to: | Debtors and Debtor in Possession |
| Date of retention order: | June 5, 2024, *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement are sought (the "***Compensation Period***"): | July 1, 2024 through July 31, 2024 |
| Amount of compensation sought: | $150,000[2] |
| Amount of payment requested for compensation: | $120,000 (80% of $150,000) |
| Amount of expense reimbursement sought: | $14,296.44[3] |
| This is a(n): | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Includes $150,000 Monthly Fee as defined in the Engagement Letter.

[3] Please note that certain vendor invoices may not come in until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC reserves the right to include such unbilled expenses in subsequent fee applications.

**SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Hours Summary | |
|---|---|
| **Professional** | **July 1 - July 31** |
| Adam Keil | 6.0 hour(s) |
| Perry Hall | 0.0 hour(s) |
| Cullen Murphy | 0.0 hour(s) |
| Andrew Carlson | 9.0 hour(s) |
| Michael Morris | 2.0 hour(s) |
| Olivier Backes | 10.5 hour(s) |
| John Townsley | 2.5 hour(s) |
| Harrison Slutzky | 0.5 hour(s) |
| Ishaan Kapoor | 6.5 hour(s) |
| Chloe Marquez | 0.5 hour(s) |
| **Total** | **37.5 hour(s)** |

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF
JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024[1]**

| Category | Description | Amount |
|---|---|---|
| Legal Fees | Outside Counsel Legal Fees | $13,958.50 |
| Presentations | Presentations Formatting and Editing | $337.94 |
| **Total** | | **$14,296.44** |

---

[1] Please note that certain vendor invoices did not come in until after the end of June for which such service was provided. Accordingly, Moelis & Company LLC has included such unbilled expenses in the Third Monthly fee application, covering the period of July 1 through July 31.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objection Deadline:**<br>) August 28, 2024 at 4:00 p.m. (ET) |

**THIRD MONTHLY APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER, FINANCIAL ADVISOR, AND PLACEMENT AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION FROM JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 223] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker, financial advisor, and placement agent to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this third monthly application (this "**Application**") for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

1

allowance of compensation for professional services performed by Moelis for the period from July 1, 2024, through and including July 31, 2024 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application, Moelis seeks (a) payment for compensation for services rendered in the amount of $120,000, which is eighty percent (80%) of Moelis' fees, for which it seeks interim allowance of $150,000 for the Compensation Period, and (b) reimbursement of actual and necessary expenses in the amount of $14,296.44 incurred during the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

**Background**

1. On April 22, 2024 (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) [D.I. 67]. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 3, 2024, the U.S. Trustee appointed an official committee of unsecured creditors [D.I. 154].

2. Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the *Declaration of Stewart Glendinning, Chief Executive Officer of Express, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [D.I. 20].

3. On June 5, 2024, the Court entered an order authorizing the Debtors to retain Moelis as investment banker, financial advisor, and placement agent, effective as of the Petition

Date [D.I. 397] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to the modifications stated in the Retention Order.

## COMPENSATION REQUESTED FOR
## SERVICES RENDERED DURING THE COMPENSATION PERIOD

4. Moelis' requested compensation for the Compensation Period includes Moelis' Monthly Fee (as defined in the Engagement Letter) of $120,000 (80% of $150,000) for its efforts from July 1, 2024 to July 31, 2024.

5. During the Compensation Period, Moelis' professionals rendered approximately 37.5 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order. As stated in the Debtors' application to retain Moelis [D.I. 263], (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

6. Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. The summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

   (a) **General Matters.** Moelis conducted general financial advisory, investment banking, and other administrative services, including, but not limited to, services related to these chapter 11 cases generally, calls and other periodic meetings with the Debtors, the Debtors' other professionals, retention and compensation related matters, and communications, administrative functions, and other matters not falling into any of the service categories explicitly listed herein.

7. Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the

3

requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 have been modified such that Moelis restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates.

8.     To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

### REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED DURING THE COMPENSATION PERIOD

9.     Expenses incurred by Moelis for the Compensation Period totaled $14,296.44.  A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**.  The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10.    All of the fees and expenses for which allowance and payment is requested by Moelis in this Application are reasonable and necessary and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period.  In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

**WHEREFORE,** Moelis respectfully requests that an allowance be made to Moelis for $120,000 (eighty percent (80%) of the Monthly Fee) and one hundred percent (100%) of its expenses of $14,296.44 incurred during the Compensation Period. Moelis further respectfully requests payment by the Debtors of the outstanding amount of such fees and expenses, and such other and further relief as this Court deems proper.

Dated:  August 7, 2024

          **MOELIS & COMPANY LLC**

          By: _/s/ Adam B. Keil_
          Name:    ADAM B. KEIL
          Title:      Managing Director

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL
RULES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN DISTRICT OF DELAWARE BANKRUPTCY CASES**

I, Adam B. Keil, certify that:

1. I am a Managing Director at Moelis & Company LLC ("**Moelis**"), the investment banker, financial advisor, and placement agent to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing third monthly fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2. I have read the Application and I have reviewed the requirements of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour).  In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 have been modified such that Moelis restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates.  As stated in the Debtors' application to retain Moelis [D.I. 263], (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

Dated: August 7, 2024              /s/ Adam B. Keil
                                                           ADAM B. KEIL
                                                           Managing Director
                                                           Moelis & Company LLC

**EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD**

| Date | Adam Keil<br>Managing Director | Perry Hall<br>Managing Director | Cullen Murphy<br>Executive Director | Andrew Carlson<br>Vice President | Michael Morris<br>Vice President |
|---|---|---|---|---|---|
| 7/1/2024 | -- | -- | -- | 1.0 hour(s) | -- |
| 7/2/2024 | -- | -- | -- | -- | -- |
| 7/3/2024 | 0.5 hour(s) | -- | -- | 1.0 hour(s) | -- |
| 7/4/2024 | -- | -- | -- | -- | -- |
| 7/5/2024 | 1.0 hour(s) | -- | -- | -- | -- |
| 7/6/2024 | -- | -- | -- | -- | -- |
| 7/7/2024 | -- | -- | -- | -- | -- |
| 7/8/2024 | -- | -- | -- | -- | -- |
| 7/9/2024 | -- | -- | -- | -- | -- |
| 7/10/2024 | -- | -- | -- | 1.5 hour(s) | -- |
| 7/11/2024 | 0.5 hour(s) | -- | -- | 1.5 hour(s) | -- |
| 7/12/2024 | 1.0 hour(s) | -- | -- | 2.0 hour(s) | -- |
| 7/13/2024 | -- | -- | -- | -- | -- |
| 7/14/2024 | -- | -- | -- | -- | -- |
| 7/15/2024 | -- | -- | -- | -- | 0.5 hour(s) |
| 7/16/2024 | -- | -- | -- | -- | -- |
| 7/17/2024 | -- | -- | -- | -- | -- |
| 7/18/2024 | -- | -- | -- | -- | -- |
| 7/19/2024 | 1.0 hour(s) | -- | -- | -- | -- |
| 7/20/2024 | -- | -- | -- | -- | -- |
| 7/21/2024 | -- | -- | -- | -- | -- |
| 7/22/2024 | -- | -- | -- | -- | -- |
| 7/23/2024 | -- | -- | -- | 1.0 hour(s) | -- |
| 7/24/2024 | -- | -- | -- | -- | -- |
| 7/25/2024 | 1.0 hour(s) | -- | -- | 1.0 hour(s) | 1.5 hour(s) |
| 7/26/2024 | 1.0 hour(s) | -- | -- | -- | -- |
| 7/27/2024 | -- | -- | -- | -- | -- |
| 7/28/2024 | -- | -- | -- | -- | -- |
| 7/29/2024 | -- | -- | -- | -- | -- |
| 7/30/2024 | -- | -- | -- | -- | -- |
| **Total** | **6.0 hour(s)** | **-- hour(s)** | **-- hour(s)** | **9.0 hour(s)** | **2.0 hour(s)** |

| Date | Olivier Backes Associate | John Townsley Associate | Harrison Slutzky Associate | Ishaan Kapoor Analyst | Chloe Marquez Analyst |
|---|---|---|---|---|---|
| 7/1/2024 | 1.0 hour(s) | -- | -- | 2.0 hour(s) | -- |
| 7/2/2024 | -- | -- | -- | -- | -- |
| 7/3/2024 | 1.0 hour(s) | 0.5 hour(s) | -- | 2.0 hour(s) | -- |
| 7/4/2024 | -- | -- | -- | -- | -- |
| 7/5/2024 | -- | -- | -- | 1.0 hour(s) | -- |
| 7/6/2024 | -- | -- | -- | -- | -- |
| 7/7/2024 | -- | -- | -- | -- | -- |
| 7/8/2024 | -- | -- | -- | -- | -- |
| 7/9/2024 | -- | 0.5 hour(s) | -- | -- | -- |
| 7/10/2024 | 2.0 hour(s) | -- | -- | -- | -- |
| 7/11/2024 | 2.0 hour(s) | 0.5 hour(s) | -- | 0.5 hour(s) | -- |
| 7/12/2024 | 2.0 hour(s) | -- | -- | -- | -- |
| 7/13/2024 | -- | -- | -- | -- | -- |
| 7/14/2024 | -- | -- | -- | -- | -- |
| 7/15/2024 | -- | 0.5 hour(s) | -- | -- | -- |
| 7/16/2024 | -- | -- | -- | -- | -- |
| 7/17/2024 | -- | -- | 0.5 hour(s) | -- | -- |
| 7/18/2024 | -- | -- | -- | -- | -- |
| 7/19/2024 | -- | -- | -- | -- | -- |
| 7/20/2024 | -- | -- | -- | -- | -- |
| 7/21/2024 | -- | -- | -- | -- | -- |
| 7/22/2024 | -- | -- | -- | -- | -- |
| 7/23/2024 | 1.5 hour(s) | 0.5 hour(s) | -- | -- | -- |
| 7/24/2024 | -- | -- | -- | -- | -- |
| 7/25/2024 | 1.0 hour(s) | -- | -- | 1.0 hour(s) | 0.5 hour(s) |
| 7/26/2024 | -- | -- | -- | -- | -- |
| 7/27/2024 | -- | -- | -- | -- | -- |
| 7/28/2024 | -- | -- | -- | -- | -- |
| 7/29/2024 | -- | -- | -- | -- | -- |
| 7/30/2024 | -- | -- | -- | -- | -- |
| **Total** | **10.5 hour(s)** | **2.5 hour(s)** | **0.5 hour(s)** | **6.5 hour(s)** | **0.5 hour(s)** |

## EXHIBIT B — EXPENSE SUPPLEMENT[1]

| Date | Professional | Description | Amount |
|---|---|---|---|
| 6/5/2024 | Presentations | Presentations Formatting and Editing | $290.40 |
| 6/22/2024 | Presentations | Presentations Formatting and Editing | 19.81 |
| 6/24/2024 | Presentations | Presentations Formatting and Editing | 27.73 |
| 7/8/2024 | Pashman Stein Walder Hayden Pc | Legal Fees | 7,107.50 |
| 8/7/2024 | Pashman Stein Walder Hayden Pc | Legal Fees | 6,851.00 |
| **Total** | | | **$14,296.44** |

---

[1] Please note that certain vendor invoices did not come in until after the end of June for which such service was provided. Accordingly, Moelis & Company LLC has included such unbilled expenses in the Third Monthly fee application, covering the period of July 1 through July 31.