IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 5, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Merritt,Kamilla at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 125)

- **Notice of Chapter 11 Bankruptcy Cases** (Docket No. 127)

Furthermore, on August 6, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

Furthermore, on August 6, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Velox Clearing LLC, Stephen Zak at 600 Brickell Ave, Ste 2800, Miami, FL 33131-3087, pursuant to USPS forwarding instructions:

- **Notice of Disclosure Statement Hearing**  (substantially in the form of Exhibit 1 of Docket No. 691)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- **Instructional Cover Letter to Nominees, Banks, and Brokers** (attached hereto as **Exhibit B**)

Dated: August 12, 2024



Monica Arellano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 12th day of August, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Barona Grajeda,Nicolle | Address Redacted | | | |
| Bartkoski,Alexis | Address Redacted | | | |
| Boyd,Stefan Delfino | Address Redacted | | | |
| Bridges,Kyah C | Address Redacted | | | |
| Bristo,Vincent V | Address Redacted | | | |
| Brown,Halie Brook | Address Redacted | | | |
| Bryant-Parsons,IYannah K | Address Redacted | | | |
| Burse,Brodrick | Address Redacted | | | |
| Camphouse,Daniel Orion | Address Redacted | | | |
| Carmona,Angie | Address Redacted | | | |
| Carrillo,Mari Elena | Address Redacted | | | |
| Cervantes,Cassandra Ruby | Address Redacted | | | |
| Chaudary,Charles | Address Redacted | | | |
| Clinton,Victoria | Address Redacted | | | |
| Desiderio,Ruby | Address Redacted | | | |
| Dowell,Darien | Address Redacted | | | |
| Everett,Ryan Myles | Address Redacted | | | |
| Faust,Heidi | Address Redacted | | | |
| Ferry,Katherine | Address Redacted | | | |
| Granify, Inc | 10901 Stonelake Blvd | Austin | TX | 78759-5749 |
| Horn,Sha Raye M | Address Redacted | | | |
| Howard,Mckenna Christine | Address Redacted | | | |
| Izadpanah,Talieh | Address Redacted | | | |
| Johnson,Tina M | Address Redacted | | | |
| Kespradit,Aaron | Address Redacted | | | |
| Kramer,Aimee | Address Redacted | | | |
| Mah,Gregory Lee | Address Redacted | | | |
| Merritt,Kathryn | Address Redacted | | | |
| Miller,Sophie Elizabeth | Address Redacted | | | |
| Morrow,Michelle | Address Redacted | | | |
| Ngoyi,Ntumba | Address Redacted | | | |
| Nimuan,Abigail Carreon | Address Redacted | | | |
| Nix,Baylee Lynn | Address Redacted | | | |
| Ramson,Starr Destyny | Address Redacted | | | |
| Robledo,Jennifer Lizette | Address Redacted | | | |
| Sayokla Williams | Address Redacted | | | |
| Soriano,Natalie | Address Redacted | | | |
| Stewart,Michael | Address Redacted | | | |
| Tatum,Ryan T | Address Redacted | | | |
| Umana,Darian M | Address Redacted | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 2



## Exhibit A
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Van Leer,Elizabeth Cheri | Address Redacted | | | |
| Vandongen,Tyler Joseph | Address Redacted | | | |
| Walker,Reshanda D. | Address Redacted | | | |
| Wurz,Jackson | Address Redacted | | | |
| Yang,Ke | Address Redacted | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 2

# **<u>Exhibit B</u>**



To Banks, Brokers, Intermediaries, and Nominees:

*Re: Case Number: 24-10831 (KBO) – Express, Inc., et al., Chapter 11 Bankruptcy*

**CUSIP No. 30219E202**

Express, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware, the enclosed *NOTICE OF DISCLOSURE STATEMENT HEARING* (the "Notice"). Stretto, the Claims and Noticing agent for the Debtors, was instructed by the Debtors' counsel that the Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of July 31, 2024 (the "Record Date").

| CUSIP/ISIN No. | Record Date |
| --- | --- |
| 30219E202 / US30219E2028 | July 31, 2024 |

Stretto will provide the appropriate number of sets of the Notice to Broadridge and Mediant/BetaNXT as requested, respectively. The following referenced job information pertains to the mailing established at Broadridge and Mediant/BetaNXT. Please mail the provided Notice via USPS First-Class Mail to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No(s) | Mediant/BetaNXT Job No(s) |
| --- | --- |
| **E47895** | **2589366** |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.