# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Express, Inc. | )<br>)<br>) Chapter 11<br>)<br>) Case Number: 24-10831<br>)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

KFM247 Ltd
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule # (if known): 3.283 —263 6611
Schedule Amount: $182,841.88

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 800-323-2807
Last four digits of Acct.#   N/A

Phone: 516-255-1801
Last four digits of Acct#:   N/A

Name and Current Address of Transferor:

KFM247 Ltd,
1319 Military Cutoff Road Suite Cc Box 218,
Wilmington, NC, 28405

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                             Date: August 12, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 821CCCC4-7433-462A-8C39-80EDCB8E0399

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Express Fashion Operations, LLC,
Case No. 24-10838 (the "Debtor"),
(Jointly Administered under Express, Inc, Case No. 24-10831)

Claim #N/A

**KFM247, Ltd,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$182,841.88** ("Claim"), as listed in the Debtors schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ____ DAY OF ____August____, 2024.

ASSIGNOR: KFM247, Ltd

_____
(Signature)
_____
(Print Name)
_____
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)
Terrel Ross
(Print Name)
Managing Member
(Title)

Creditor Detail for KFM247 Ltd

| Creditor | Debtor | Schedule No. | Claim No. |
|---|---|---|---|
| KFM247 Ltd | Express Fashion Operations, LLC | 2636611 | Date Filed |

| Schedule Amount | | Filed Claim Amount | Current Claim Amount | Claim Status |
|---|---|---|---|---|
| General Unsecured | $182,841.88 | General Unsecured | General Unsecured | Scheduled |
| Priority | | Priority | Priority | |
| Secured | | Secured | Secured | |
| Admin Priority | | Admin Priority | Admin Priority | |
| | U* | | | |
| TOTAL | $182,841.88 | TOTAL | TOTAL    $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

View History Info
Disclaimer

Print Claims Summary

**3.283**

KFM247 LTD, 1319 MILITARY CUTOFF ROAD SUITE CC BOX 218, WILMINGTON, NC, 28405

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $182,841.88
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Store Maintenance Payable

Is the claim subject to offset?
☑ No
☐ Yes

**3.284**

KILDEER VILLAGE SQUARE LLC, PO BOX 776921, CHICAGO, IL, 60677-6921

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24,043.23
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Real Estate Payable

Is the claim subject to offset?
☑ No
☐ Yes

**3.285**

KING OF PRUSSIA ASSOCIATE, PO BOX 829412, PHILADELPHIA, PA, 19182

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $228,704.37
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Real Estate Payable

Is the claim subject to offset?
☑ No
☐ Yes

**3.286**

KITTERY DEVELOPMENT LLC, PO BOX 827730, PHILADELPHIA, PA, 19182-7730

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $37,218.12
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Real Estate Payable

Is the claim subject to offset?
☑ No
☐ Yes