# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Delaware

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| Express, Inc. | ) Case Number: 24-10831 |
|  | ) |
|  | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

<u>KFM247, Ltd</u>
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): 652
Amount of Claim: <u>$182,858.55</u>
Date Claim Filed: <u>6/19/24</u>

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 800-323-2807
Last four digits of Acct.#   <u>N/A</u>

Phone: <u>516-255-1801</u>
Last four digits of Acct#:   <u>N/A</u>

Name and Current Address of Transferor:

KFM247, Ltd
15947 Frederick
Woodbine, MD 21797

Name and address where transferee payments
should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:   <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>
Transferee/Transferee's Agent

Date: <u>August  12 , 2024</u>

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 821CCCC4-7433-462A-8C39-80EDCB8E0399

## EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit A to Assignment of Claim</u>

TO:  United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
     District of Delaware
     Attention: Clerk


AND TO:  Express, Inc
         Case No. 24-10831 (the "Debtor"),
         (Jointly Administered under Express, Inc, Case No. 24-10831)

<u>Claim # 652</u>

**KFM247, Ltd,** its successors and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$182,858.55** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___8___ DAY OF ___8 - Aug___, 2024.


ASSIGNOR: KFM247, Ltd                              ASSIGNEE: TRC MASTER FUND LLC

_____                           _____
(Signature)                                       (Signature)
_____                           Terrel Ross
(Print Name)                                      (Print Name)
Pres                                              Managing Member
_____                           (Title)
(Title)

Creditor Detail for KFM247, Ltd , Claim No. 652

| Creditor | Debtor | Schedule No. | Claim No. 652 | |
|---|---|---|---|---|
| KFM247, Ltd | Express, Inc. | | Date Filed 06/19/2024 |  |

| Schedule Amount | | Filed Claim Amount | | Current Claim Amount | | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | General Unsecured | $174,772.29 | General Unsecured | $174,772.29 | Proof of Claim |
| Priority | | Priority | | Priority | | |
| Secured | | Secured | | Secured | | |
| Admin Priority | | Admin Priority | $8,086.26 | Admin Priority | $8,086.26 | |
| | | 503(b)(9) | | | | |
| TOTAL | | TOTAL | $182,858.55 | TOTAL | $182,858.55 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

View History Info

Disclaimer

Print Claims Summary