**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*, [1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 649 and 692**<br><br>**Hearing Date: September 4, 2024 at 1:00 p.m.**<br>**Objections Due: August 26, 2024 at 4:00 p.m.** |

**NOTICE OF (A) OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
CROSS-MOTION TO TERMINATE EXCLUSIVITY FOR THE COMMITTEE AND
(B) PROPOSED ORDER RELATED THERETO**

**PLEASE TAKE NOTICE** that on July 25, 2024 the above-captioned debtors (the "Debtors") filed the *Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [D.I. 649] (the "Exclusivity Motion"), and in response thereto, on August 1, 2024, the Official Committee of Unsecured Creditors (the "Committee") filed the *Objection to the Debtors' Motion to Extend Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Cross-Motion* (the "Cross-Motion") *to Terminate Exclusivity for the Committee* [D.I. 692], attached hereto as **Exhibit A**. The Committee's proposed order granting the Cross-Motion is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that on August 7, 2024 the Court entered an order [D.I. 705] providing that the Exclusivity Motion and the Cross-Motion shall be heard at the same hearing.

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby provides notice to the Debtors and all other parties in interest of the deadline to object to the Cross-Motion: Objections to the relief requested in the Cross-Motion shall (a) be in writing (b) state with particularity the basis of the objection; and (c) be filed on or before **4:00 p.m. (prevailing Eastern Time) on August 26, 2024** (the "**Objection Deadline**") with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington Delaware 19801, and served on the undersigned counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Exclusivity Motion and the Cross-Motion will be held on **September 4, 2024 at 1:00 p.m. (prevailing Eastern Time)**, or as otherwise agreed by the Committee and the Debtors. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

Dated: August 12, 2024,
Wilmington, DE

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com
nicholas.smargiassi@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
Center Square West 1500 Marker Street, 38th Floor
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-8415
turner.falk@saul.com

-and-

Adam C. Rogoff (admitted *pro hac vice*)
Robert T. Schmidt (admitted *pro hac vice*)
Nathaniel Allard (admitted *pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors of Express Inc., et al.*