**EXHIBIT B**

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*, [1]<br><br>　　　　　　Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 24-10831 (KBO) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. \_\_\_\_** <br> ) |

**ORDER TERMINATING DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11
PLAN AND SOLICIT ACCEPTANCES TO PLAN OF REORGANIZATION
<u>SOLELY AS TO THE COMMITTEE</u>**

This matter having come before the Court on the *Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Cross-Motion to Terminate Exclusivity for the Committee* (the "<u>Cross-Motion</u>")[2] and the Court having considered the Cross-Motion, the arguments in support thereof, and the opposition thereto, if any; and the Court having jurisdiction over the Cross-Motion pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157; and for good cause shown it is hereby

ORDERED that the Cross-Motion is Granted; and it is further;

ORDERED that the Exclusivity Motion is Denied; and it is further;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] All capitalized defined terms have the same meaning as in the Cross-Motion.

52774332.6

2

ORDERED that the Debtors' exclusive period under Bankruptcy Code section 1121 to file and solicit votes on a chapter 11 plan is hereby terminated solely as to the Committee, and the Committee is hereby permitted to file and solicit its own plan.