**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| EXPRESS, INC., *et al.*, | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Lucian B. Murley, hereby certify that on August 12, 2024, I served a copy of the *Notice of (A) Official Committee of Unsecured Creditors' Cross-Motion to Terminate Exclusivity for the Committee and (B) Proposed Order Related Thereto* via CM/ECF on all parties who have registered for electronic service in these cases, and on the parties on the attached service list in the manner indicated therein.

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-68298

52774332.6

## SERVICE LIST

**Via Electronic Mail:**

Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Alyssa M. Radovanovich, Esquire
Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com
myurkewicz@klehr.com
aradovanovich@klehr.com

Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima, Esquire
Kirkland & Ellis LLP, Esquire
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

Charles B. Sterrett , Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654
charles.sterrett@kirkland.com

John Schanne, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
John.Schanne@usdoj.gov

Brett Herschenfeld
1552 Broadway Retail Owner LLC
PO Box 417368
Boston, MA 02241-7368
brett.herschenfeld@slgreen.com

John H. Knight, Esquire
Paul N. Heath, Esquire
Alexander R. Steiger, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 190801
knight@rlf.com
heath@rlf.com
steiger@rlf.com

Louis T. DeLucia, Esquire
Alyson M. Fiedler, Esquire
Ice Miller LLP
1500 Broadway, Suite 2900
New York, NY 10036
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

John C. Cannizzaro, Esquire
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
john.cannizzaro@icemiller.com

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Margaret A. Vesper, , Esquire
Nicholas J. Brannick, Esquire
Ballard Spahr LLP
919 N Market Street, 11th Floor
Wilmington, DE 19801-3034
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
brannickn@ballardspahr.com

52774332.6

Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
Sara Shahbazi, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
branchd@ballardspahr.com
zarnighiann@ballardspahr.com
shahbazis@ballardspahr.com

Christopher Cramer, Esquire
Shraddha Bharatia, Esquire
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702
proofofclaim@becket-lee.com
payments@becket-lee.com

Scott Burns
Adobe Systems, Inc.
75 Remittance Dr, #1025
Chicago, IL 60675-1025
sburns@adobe.com

George Hofman, Esquire
Akamai Technologies, Inc.
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
ghofmann@ck.law

Steve Marshall
Alabama Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104
consumerinterest@alabamaag.gov

Alaska Office of the Attorney General
1031 W 4th Ave, Suite 200
Anchorage, AK 99501
attorney.general@alaska.gov

Alvarez & Marsal
Attn: Patricia Hong, Sanjay Srikanth
600 Madison Ave, 8th Floor
New York, NY 10022
phong@alvarezandmarsal.com
Sanjay.Srikanth@alvarezandmarsal.com
bankruptcy.notices@alvarezandmarsal.com

Alan C. Hochheiser, Esquire
Maurice Wutscher LLP
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Ronald E. Gold, Esquire
Erin P. Severini, Esquire
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
rgold@fbtlaw.com
eseverini@fbtlaw.com

Kiah T. Ford IV, Esquire
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
chipford@parkerpoe.com

Arizona Office of the Attorney General
Consumer Information and Complaints
2005 N Central Avenue
Phoenix, AZ 85004
consumerinfo@azag.gov

Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
tscobb@vorys.com

Carrie Mae Brosius, Esquire
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44144
cmbrosius@vorys.com

Michael D. DeBaecke, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
mdebaecke@ashbygeddes.com

Christopher A Jones, Esquire
Whiteford Taylor & Preston LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
cajones@whitefordlaw.com

Richard W. Riley, Esquire
Whiteford, Taylor & Preston LLC
600 North King Street, Suite 300
Wilmington, DE 19801
rriley@whitefordlaw.com

Brian M. Muchinsky, Esquire
Illuminate Law Group
10500 NE 8th Street, Suite 850
Bellevue, WA  98004
bmuchinsky@illuminatelg.com

Mark A. Salzberg, Esquire
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037
mark.salzberg@squirepb.com

Jeffrey C. Wisler, Esquire
Connolly Gallager LLP
1201 N Market St, 20th Floor
Wilmington, DE 19801
jwisler@connollygallagher.com

Liz Madsen
BlueCore Inc.
124 Rivington Street
New York, NY 10002
liz.madsen@bluecore.com

Elizabeth Keller, Esquire
Sridhar Bollam, Esquire
Brierley & Partners, Inc.
PO Box 847439
Dallas, TX 75284
elisabeth.keller@capillarytech.com
sridhar.bollam@capillarytech.com

James S. Carr, Esquire
Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
jcarr@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N Market St, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

Scott Andron
Broward County, Florida
c/o The Records, Taxes, and Treasury Division
115 S Andrews Avenue, Suite A-100
Fort Lauderdale, FL 33301
sandron@broward.org

Hiram Gutierrez
Perdue, Brandon, Fielder, Collins & Mott LLP
2805 Fountain Plaza Blvd, Suite B
Edinburg, TX   78539
edinburgbankruptcy@pbfcm.com

William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
whazeltine@sha-llc.com

3

52774332.6

California Office of the Attorney General
PO Box 944255
Sacramento, CA 94244-2550
bankruptcy@coag.gov

Marc J. Kurzman
Campana 125 LLC
Carmody Torrance Sandak & Hennessey LLP
1055 Washington Blvd., 4th Floor
Stamford, CT   06901
mkurzman@carmodylaw.com

Fred B. Ringel,, Esquire
Clement Yee, Esquire
Leech Tishman Robinsob Brog, PLLC
875 Third Avenue, 9th Floor
New York, NY 10022
fringel@leechtishman.com
cyee@leechtishman.com

Jeffrey M. Carbino, Esquire
Leech Tishman Fuscaldo & Lampl
1007 N Orange Street, Suite 420
Wilmington, DE 19801
jcarbino@leechtishman.com

Lynda Wong
CFL Distribution Inc
Lynda_wong@cflhk.com

Raul Perez
Chacon
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
raul.perez@capstonelawyers.com

Armond M. Jackson
Chacon
2 Venture Parkway, Ste 240
Irvine, CA 92618
ajackson@jacksonapc.com

Don Stecker, Esquire
Linebarger Goggan Blair & Sampson, LLP
112 E Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

Linda D Reece, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S Shiloh Rd, Ste 640 LB 40
Garland, TX 75042
lreece@pbfcm.com

Paul M. Lopez, Esquire
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
bankruptcy@abernathy-law.com

J. Cory Falgowski
Burr & Forman LLP
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
jfalgowski@burr.com

James H. Haithcock, Esquire
Burr & Forman LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35203
jhaithcock@burr.com

Camelia Gehrke
Commission Junction LLC
4140 Solutions Center   #774140
Chicago, IL 60677-4001
camelia.gehrke@cj.com

Yousef Arshad Muneer
Abdullah Zia
Crescent Bahuman Limited
45-A Off Zahar Ali Rd
Golberg V, Lahore, 54660 Pakistan
yousafa@ecbl.pk
azia@ecbl.pk

4

52774332.6

John Kendrick Turner, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway, Suite 1000
Dallas, TX 75207
john.turner@lgbs.com

Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
500 E Border St, Suite 640
Arlington, TX 76010
ebcalvo@pbfcm.com

Tara L. Grundemeier, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

Thomas S. Onder, Esquire
Joseph H. Lemkin, Esquire
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ 08543
tonder@stark-stark.com
jlemkin@stark-stark.com

Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801
Attorney.General@state.DE.US

Kevin Neiman, Esquire
Law Offices of Kevin S. Neiman, PC
999 18th Street, Suite 1230 S
Denver , CO 80202
kevin@ksnpc.com

Joseph C. Barsalona II, , Esquire
Domain Northside Retail Property Owner LP
Pashman Stein Walder Hayden, P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
jbarsalona@pashmanstein.com

E-Teen Company Limited
G. Malamet
Rm 202, 2Fl, Sun Cheong Industrial Bldg, 2-4
Cheung Yee Street
Lai Chi Kok
Kowloon, Hong Kong
kevin.luk@eteen-hk.com

Michael J. Joyce, Esquire
Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

John Giampolo, Esquire
Rosenberg & Estis, P.C.
733 Third Avenue, 17th Floor
New York, NY 10022
jgiampolo@rosenbergestis.com

Laurel Krueger
Express, Inc., et al.
One Express Drive
Columbus, OH 43230
lakrueger@express.com

Daniel Daines, Esquire
Express, Inc., et al.
Kirkland & Ellis LLP
95 S State Street
Salt Lake City, UT 84111
daniel.daines@kirkland.com

Ernie Zachary Park, Esquire
Bewley, Lassleben & Miller, LLP
13215 E Penn St, Ste 510
Whittier, CA 90602
ernie.park@bewleylaw.com

Thomas Paccione
Fortune Footwear Inc.
174 Hudson Street, 3rd Floor
New York, NY 10013
tpaccione@fortunefootwear.com

Michelle McMahon, Esquire
Cullen and Dykman LLP
One Battery Park Plaza, 34th Floor
New York, NY 10004
mmcmahon@cullenllp.com

Troy Benson
GGP Columbia Mall
Rouse Fashion Place
SDS-12-2780, PO Box 86
Minneapolis, MN 55486-2780
Troy.Benson@bpretail.com

Sabrina L. Streusand, Esquire
Streusand, Landon, Ozburn & Lemmon LLP
1801 S MoPac Expressway, Suite 320
Austin, TX 78746
streusand@slollp.com

Susan Fuertes
Harris County, et al.
PO Box 2848
Houston, TX 77252
taxbankruptcy.cao@harriscountytx.gov

Hawaii Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
hawaiiag@hawaii.gov

Mark L. Desgrosseilliers, Esquire
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Hercules Plaza
Wilmington DE 19801
desgross@chipmanbrown.com

Melissa E. Valdez, Esquire
Perdue, Brandon, Fielder, Collins & Mott LLP
1235 North Loop West, Suite 600
Houston, TX 77008
mvaldez@pbfcm.com

Todd D. Carpenter, Esquire
Scott Gregory Braden, Esquire
Lynch Carpenter, LLP
1234 Camino del Mar
Del Mar, CA 92014
todd@lcllp.com
scott@lcllp.com

Gary F Lynch, Esquire
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
gary@lcllp.com

Michelle Leeson
Ken Burton, Jr., Manatee County Tax Collector
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
legal@taxcollector.com

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division, PO Box 579
Bakersfield, CA 93302-0579
bankruptcy@kerncounty.com

Eddie Chan,
William Tan,
Derek Lee,
Winnie Man
Lever Style Ltd.
Wing Tai Centre Room 76, Flat A 7th Floor, 12 Hing Yip Street
Kwun Tong Kowloon, Hong Kong
eddie.chan@leverstyle.com
william.tan@leverstyle.com
derek.lee@leverstyle.com
winnie.man@leverstyle.com

Laurence Rudge
Gordon Chiang
Li & Fung(Trading) Limited
5th Fl,, Lifung Tower, 888 Cheung Sha Wan Rd
Kowloon, Hong Kong
laurencerudge@lifung.com
gordonchiang@lifung.com
legalnotices@lifung.com

Richard W. Riley, Esquire
Whiteford, Taylor & Preston LLC
600 N King St, Suite 300
Wilmington, DE 19801
rriley@whitefordlaw.com

Scott A. Zuber, Esquire
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Pkwy
Roseland, NJ 07068
szuber@csglaw.com
tfreedman@csglaw.com

Laura J. Monroe, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com
lmbkr@pbfcm.com

Doug Healey
Macerich Cerritos LLC
PO Box 849445
Los Angeles, CA 90084-9445
Doug.Healey@macerich.com

J. Jeffery Rich
Madison County, Alabama
100 Northside Square, Suite 700
Huntsville, AL 35801
jrich@madisoncountyal.gov

Tracy L. Klestadt, Esquire
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street    17th Floor
New York, NY 10036-7023
tklestadt@klestadt.com

Michael Li
Olivia Luk
Manchu Times Fashion Ltd
Park-In Commercial Bldg, Rm 1316
56 Dundas Street
Kowloon, Hong Kong
MichaelLi@manchutimesfashion.com
OliviaLuk@manchutimesfashion.com

Maryland Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
oag@oag.state.md.us

Daniel Bloch
MGF Sourcing US, LLC as Collateral Agent
4200 Regent Street, Suite 205
Columbus, OH 43219
dbloch@mgfsourcing.com

Michigan Office of the Attorney General
G. Mennen Williams Building
525 W Ottawa St, 7th Floor
Lansing, MI 48933
miag@michigan.gov

Missouri Office of the Attorney General
Supreme Court Building
207 W High Street
Jefferson City, MO 65101
attorney.general@ago.mo.gov

Allison Hutchcroft
Monument Consulting LLC
1800 Summit Avenue
Richmond, VA 23230
Allison.Hutchcroft@MonumentConsulting.com

Corey Baggett
Motives
499th Avenue, 19th Floor
New York, NY 10018
corey@motivesny.com

52774332.6

Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1201 N Market Street, Suite 2201
Wilmington, DE 19801
jody.barillare@morganlewis.com

Stephan E. Hornung, Esquire
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
stephan.hornung@morganlewis.com

John C. Goodchild, III, Esquire
Morgan Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103
john.goodchild@morganlewis.com

Brian T. Fitzgerald
Nancy C. Millan, Hillsborough County Tax Collector
PO Box 1110
Tampa, FL 33601-1110
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov

Nebraska Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
nedoj@nebraska.gov

New Hampshire Office of the Attorney General
NH Department of Justice
33 Capitol Street
Concord, NH 03301
attorneygeneral@doj.nh.gov

Sue Lee
Eunice Kim,
NewTimes Development Limited
Ayazaga Mah. Mimar Sinan Sok. No:21 B/34
Sariyer Istanbul, Turkey
Suelee@newtimesgroup.com ;
EuniceKim@newtimesgroup.com

North Dakota Office of the Attorney General
State Capitol
600 E Boulevard Ave, Dept. 125
Bismarck, ND 58505
ndag@nd.gov

Christopher M. Winter, Esquire
Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
cmwinter@duanemorris.com

James H. Billingsley, Esquire
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
jbillingsley@duanemorris.com

Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
jdoran@hinckleyallen.com

Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760-7428
austin.bankruptcy@lgbs.com

Office of the United States Attorney for the District of Delaware
1313 N Market Street
Wilmington, DE 19801
usade.ecfbankruptcy@usdoj.gov

Louis F. Solimine, Esquire
Thompson Hine LLP
312 Walnut Street, Suite 2000
Cincinnati, OH 45202-4029
louis.solimine@thompsonhine.com

8

52774332.6

Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

Carol Hong
Pacific Buying and Marketing Service Ltd
PBMS Building
538 Bongcheon-ro, Gwanak-gu
Seoul 08789 Korea, Republic of 82-2-748-9292;
82-2-748
carolhong@pbms.biz

Steve Jones
Pandera Systems, LLC
189 S Orange Ave, Ste 1250
Orlando, FL 32801
steve.jones@66degrees.com

Joaquin J. Alemany, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
joaquin.alemany@hklaw.com

Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
101 N Washington Avenue, Suite 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com

Kevin M. Capuzzi, Esquire
Daniel N. Brogan, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
1313 N Market Street, Suite 1201
Wilmington, DE 19801
kcapuzzi@beneschlaw.com
dbrogan@beneschlaw.com

Nicole C. Kenworthy, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave    Suite 400
Riverdale, MA   20737-1385
bdept@mrrlaw.net

Queens Center SPE, LLC
90-15 Queens Boulevard
Elmhurst, NY 11373
steve.declara@macerich.com

Doug Healey
Queens Center SPE, LLC
PO Box 849433
Los Angeles, CA
Doug.Healey@macerich.com

Stephan E. Hornung, Esquire
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
stephan.hornung@morganlewis.com

Kat Gibson
Emily Jones
Radial Inc.
PO Box 204113
Dallas, TX 75320-4114
gibsonk@radial.com
ejones@radial.com

Emily Busch Jones
Radial, Inc.
935 First Avenue
King of Prussia, PA 19406
ejones@radial.com

Michelle E. Shriro, Esquire
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com

Gregg M. Galardi, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com

9

52774332.6

Stephen L. Iacovo, Esquire
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4302
stephen.iacovo@ropesgray.com

Alyson C. Tanenbaum, Esquire
Dana & Pariser Co., L.P.A.
495 East Mound Street
Columbus, OH 43215
atanenbaum@dplawyers.com

Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
919 N Market Street, Suite 420
Wilmington, DE 19801
jnimeroff@bmnlawyers.com

Todd Fallon
RR Donnelley
7810 Solution Center
Chicago, IL 60677-7008
Todd.fallon@rrd.com

Kevin Ramirez
Salesforce Inc
PO Box 203141
Dallas, TX 75320-3141
kramirez@salesforce.com

Gautam Golchha
Silver Crest Clothing PVT LTD - Unit III
Plot No. 4E1 & E2, Kiadb Industrial Area
Attibele, KA 562107 India 91-9886745888
gautam@silvercrest.in

Jon Murphy
Simon Capital GP
867925 Reliable Pkwy
Chicago, IL 60686-0079
jonmurphy@simon.com

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN, 46204
rtucker@simon.com

Brian J. McLaughlin, Esquire
Offit Kurman, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

State of Delaware
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801
attorney.general@state.de.us

Curtis S. Miller, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N Market Street, 16th Floor
Wilmington, DE 19801
cmiller@morrisnichols.com

Tanger Properties Limited Partnership
Attn: Justin Stein
PO Box 414225
Boston, MA 02241-4225
js@tanger.com

Laura L. McCloud
Tennessee Attorney General's Office
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

Julie Anne Parsons, Esquire
McCreary, Veselka, Bragg, & Allen, P.C.
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
jparsons@mvbalaw.com

Bradford E. Dempsey, Esquire
Bradford Dempsey Law LLC
14143 Denver West Parkway, Suite 100
Golden , CO 80401
brad@dempseycounsel.com

Keven Lin
Tote Fashion Sourcing Limited
5F-7, No. 1, Fu Hsing North Road
Taipei ROC105, Taiwan 886-2-27775974
keven@totefashion.com.tw

Jason A. Starks
Travis County
PO Box 1748
Austin, TX 78767
jason.starks@traviscountytx.gov

Kevin Moylan
Urban Crown Limited
1101 West Tower, Exchange Rd.
Ortigas Ctr, Pasig City 1605 Philippines
kevin@crownsmart.com

Utah Office of the Attorney General
Utah State Capitol Complex
350 N State St, Suite 230
Salt Lake City, UT 84114
uag@utah.gov

Vermont Office of the Attorney General
109 State Street
Montpelier, VT 05609
ago.info@vermont.gov

Emily Abrahamson
Wells Fargo Bank, National Association
125 High Street, 11th Floor
Boston, MA 02110
emily.abrahamson@wellsfargo.com

Randall Klein, Esquire
Dimitri G. Karcazes, Esquire
Keith G. Radner, Esquire
Eva D. Gadzheva, Esquire
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
randall.klein@goldbergkohn.com
dimitri.karcazes@goldbergkohn.com
keith.radner@goldbergkohn.com
eva.gadzheva@goldbergkohn.com

Joshua A. Feltman, Esquire
Benjamin S. Arfa, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
jafeltman@wlrk.com
bsarfa@wlrk.com

Derek C. Abbott, Esquire
Morris, Nicholas, Arsht & Tunnell LLP
1201 N Market Street, 16th Floor
Wilmington, DE 19801
dabbott@morrisnichols.com

**Via First Class Mail:**

1552 Broadway Retail Owner LLC
80 State Street
Albany, NY 12207

Arkansas Office of the Attorney General
323 Center St, Suite 200
Little Rock, AR 72201

Gregg Castelluci
Bernardo Manufacturing
54 Taylor Drive
East Providence, RI 02916

Brierley & Partners, Inc.
15303 Ventura Blvd, #400
Sherman Oaks, CA 91403

Sahag Majarian
Chacon
18250 Ventura Blvd.
Tarzana, CA 91356

Joseph Lavi
Chacon
8889 West Olympic Blvd, #200
Beverly Hills, CA 90211

Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver , CO 80203

Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

District of Columbia Office of the Attorney General
441 4th St NW, Suite 1100
Washington, DC 20001

Zachary Kleinhandler
EKFH LLC
c/o KLM Equities Inc.
920 Broadway, 17th Floor
New York, NY 10010

Florida Office of the Attorney General
The Capitol Pl-01
Tallahassee, FL 32399

Georgia Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA 30334

Idaho Office of the Attorney General
700 W Jefferson St, Suite 210
Boise ID, 83720

Illinois Office of the Attorney General
James R. Thompson Center
100 W Randolph Street
Chicago, IL 60601

Indiana Office of the Attorney General
Indiana Government Center South
302 W Washington St, 5th Floor
Indianapolis, IN 46204

Internal Revenue Service
Attn: Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Office of the Attorney General
Hoover State Office Building
1305 E Walnut St, Room 109
Des Moines, IA 50319

Jeffrey M. Kurzon
Kurzon Cohen
305 Broadway Fl 7
New York City, NY, 10007

Kansas Office of the Attorney General
120 SW 10th Ave, 2nd Floor
Topeka , KS 66612

52774332.6

Kentucky Office of the Attorney General
Capitol Building
700 Capitol Ave, Suite 118
Frankfort, KY 40601

Louisiana Office of the Attorney General
1885 N Third Street
Baton Rouge, LA 70802

Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333

Massachusetts Office of the Attorney General
1 Ashburton Pl, 20th Floor
Boston, MA, 02108

Minnesota Office of the Attorney General
445 Minnesota St, Suite 1400
St. Paul, MN 55101

Mississippi Office of the Attorney General
Walter Sillers Building
550 High St, Suite 1200
Jackson, MS 39201

Montana Office of the Attorney General
215 N Sanders   Justice Building, 3rd Floor
Helena, MT 59601

Nevada Office of the Attorney General
Old Supreme Court Building
100 N Carson Street
Carson City, NV 89701

New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Floor, West Wing
Trenton, NJ 08611

New Mexico Office of the Attorney General
408 Galisteo St, Villagra Building
Santa Fe, NM   87501

New York Office of the Attorney General
The Capitol
Albany, NY 12224

North Carolina Office of the Attorney General
114 W Edenton Street
Raleigh, NC 27603

Ohio Department of Job and Family Services
30 E Broad Street
Columbus, OH 43215

Ohio Department of Taxation
4485 Northland Ridge Blvd
Columbus, OH 43229

Ohio Office of the Attorney General
State Office Tower
30 E Broad St, 14th Floor
Columbus, OH 43215

Oklahoma Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Oregon Office of the Attorney General
1162 Court St, NE
Salem, OR 97301

Pennsylvania Office of the Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 1712

Rhode Island Office of the Attorney General
150 S Main Street
Providence, RI 02903

Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V.
500 N Mesa St  , Ste 300
El Paso, TX 79901-1224

Salesforce Inc
415 Mission Street, 3rd Floor-Salesforce Tower
San Francisco, CA 94105

Securities and Exchange Commission
Attn: Regional Director
New York Regional Office
200 Vesey Street, Suite 400, Brookfield Place
New York, NY 10281-1022

Securities and Exchange Commission
100 F Stret, NE
Washington, DC 20549

South Carolina Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St, Room 519
Columbia, SC 29201

South Dakota Office of the Attorney General
1302 E Hwy 14, Suite 1
Pierre, SD 57501

Tennessee Office of the Attorney General
301 6th Ave N
Nashville, TN 37243

Texas Office of the Attorney General
300 W 15th Street
Austin, TX 78701

Virginia Office of the Attorney General
202 N Ninth Street
Richmond, VA 23219

Washington Office of the Attorney General
1125 Washington St, SE
Olympia, WA  98501

West Virginia Office of the Attorney General
State Capitol
1900 Kanawha Blvd E Bldg 1, Room E-26
Charleston, WV 25305

Wisconsin Office of the Attorney General
114 E State Capitol
Madison, WI 53702

Wyoming Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002

52774332.6