## Exhibit 1

### Rejected Contracts

**Leases to be Rejected**

| Store Number | Counterparty Name | Counterparty Address | Contract Description | Store Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 140 | Country Club Place JV, L.L.C. | 200 East Long Lake Rd, Suite 300, Bloomfield Hills, Michigan 48304 | Lease Agreement for premises | 429 Nichols Rd., Kansas City, MO 64112 | Fixtures, shelving, equipment, and personal property remaining on the premises | 7/31/2024 |
| 105 | E3 Realty MA Advisors, LLC | 110 N. Pacific Coast Highway, Suite 1925, El Segundo, CA 90245 | Lease Agreement for premises | 580 Donald Lynch Blvd., Marlborough, MA 01752 | Fixtures, shelving, equipment, and personal property remaining on the premises | 7/31/2024 |

**Contract to be Rejected**

| Counterparty Name | Counterparty Address | Debtor Counterparty | Contract Description | Contract Details | Rejection Date |
|---|---|---|---|---|---|
| Netjets Aviation, Inc. Netjets Sales, Inc. NetJets Services, Inc. | 4111 Bridgeway Ave., Columbus, Ohio 43219 | Express, LLC | 9/28/21 Fractional Program Lease Agreement | Lease for aircraft #N786QS | 4/22/2024 |

KE 111374588.1