## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 12, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Velox Clearing LLC at 600 Brickell Ave, Ste 2800, Miami, FL 33131-3087, pursuant to USPS forwarding instructions:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

- **Instructional Cover Letter to Nominees, Banks, and Brokers** (attached hereto as **Exhibit A**)

Furthermore, on or before August 13, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

Dated: August 16, 2024

_____
Monica Arellano

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 16th day of August 2024 by Monica Arellano.

_____
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**



To Banks, Brokers, Intermediaries, and Nominees:

Re: Case Number: 24-10831 (KBO) – Express, Inc., et al., Chapter 11 Bankruptcy

**<u>CUSIP No. 30219E202</u>**

Express, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware, the enclosed *NOTICE OF DISCLOSURE STATEMENT HEARING* (the "Notice"). Stretto, the Claims and Noticing agent for the Debtors, was instructed by the Debtors' counsel that the Notice must be served upon <u>nominees that hold stock in "street name" for the beneficial holders</u> of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("<u>DTC</u>") on the Security Position Report as of July 31, 2024 (the "<u>Record Date</u>").

| **CUSIP/ISIN No.** | **Record Date** |
|---|---|
| 30219E202 / US30219E2028 | July 31, 2024 |

Stretto will provide the appropriate number of sets of the Notice to Broadridge and Mediant/BetaNXT as requested, respectively. The following referenced job information pertains to the mailing established at Broadridge and Mediant/BetaNXT. Please mail the provided Notice via USPS First-Class Mail to the record date beneficial holders in your books and records as applicable.

| **Broadridge Job No(s)** | **Mediant/BetaNXT Job No(s)** |
|---|---|
| **E47895** | **2589366** |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abee,Angel | | Address Redacted | | | | |
| Abercrombie,Staci Ann | | Address Redacted | | | | |
| Aguayo Brenes,Monserrat De Maria | | Address Redacted | | | | |
| Aguayo,Nathalie | | Address Redacted | | | | |
| AI Altius US Bidco Inc DBA Encora Digital LLC | | 4988 Great America Pkwy | | Santa Clara | CA | 95054-1200 |
| Alexander,Nakkia Tristan | | Address Redacted | | | | |
| Allen,Tajuana | | Address Redacted | | | | |
| Alvarez,John | | Address Redacted | | | | |
| Amlicke,Gabrielle Francis | | Address Redacted | | | | |
| Andrews,Bryana Lynn | | Address Redacted | | | | |
| Arellano,Andrew | | Address Redacted | | | | |
| Arroyo,Esmaelen | | Address Redacted | | | | |
| Atayde,Robert John | | Address Redacted | | | | |
| Barnett,Breanna | | Address Redacted | | | | |
| Barona Grajeda,Nicolle | | Address Redacted | | | | |
| Barreto,Brittany | | Address Redacted | | | | |
| Bartkoski,Alexis | | Address Redacted | | | | |
| Bennett,Tayyshiba | | Address Redacted | | | | |
| Benson,Megan | | Address Redacted | | | | |
| Bilgen,Nevriye | | Address Redacted | | | | |
| Boyd,Jason A | | Address Redacted | | | | |
| Boyd,Stefan Delfino | | Address Redacted | | | | |
| Bridges,Kyah C | | Address Redacted | | | | |
| Bristo,Vincent V | | Address Redacted | | | | |
| Brown,Davontae | | Address Redacted | | | | |
| Brown,Halie Brook | | Address Redacted | | | | |
| Brown,Trinity Divine | | Address Redacted | | | | |
| Browning,Haley | | Address Redacted | | | | |
| Bryant-Parsons,IYannah K | | Address Redacted | | | | |
| Buensuceso,Gio Angelo | | Address Redacted | | | | |
| Burgess,Shardae | | Address Redacted | | | | |
| Burgueno, Nautica | | Address Redacted | | | | |
| Camphouse,Daniel Orion | | Address Redacted | | | | |
| Cannon,Jenna-Marie Jayde | | Address Redacted | | | | |
| Caple,Avoiana | | Address Redacted | | | | |
| Carmona,Angie | | Address Redacted | | | | |
| Carrillo,Mari Elena | | Address Redacted | | | | |
| Carter,Brittany | | Address Redacted | | | | |
| Cervantes,Cassandra Ruby | | Address Redacted | | | | |
| Charles,Chantelle Theodora | | Address Redacted | | | | |
| Charles,Cynthia | | Address Redacted | | | | |
| Chey,Emily A | | Address Redacted | | | | |
| City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Attn Hiram Gutierrez | 200 S 10th St | Ste 110 | Mcallen | TX | 78501-4877 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 6



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark,Anthony L. | | Address Redacted | | | | |
| Clinton,Victoria | | Address Redacted | | | | |
| Cole,Jodi Ann | | Address Redacted | | | | |
| Coleman,Christen Eleanor Makia | | Address Redacted | | | | |
| Coles,Emma | | Address Redacted | | | | |
| Comenity Bank, F/K/A World Financial Network Bank | | PO Box 182936 | | Columbus | OH | 43218-2936 |
| Conroy,Mary K | | Address Redacted | | | | |
| Constantino,Gabriel | | Address Redacted | | | | |
| Corretjer,Daliangelie | | Address Redacted | | | | |
| Crawley,Laura | | Address Redacted | | | | |
| Darby,Darren | | Address Redacted | | | | |
| Davis,Imarhi Kapriece | | Address Redacted | | | | |
| Desiderio,Ruby | | Address Redacted | | | | |
| Dixon,Jaymie | | Address Redacted | | | | |
| Dorelus,Erchelle | | Address Redacted | | | | |
| Dowalter,Michael | | Address Redacted | | | | |
| Dowell,Darien | | Address Redacted | | | | |
| Edwards,Kylie Nicole | | Address Redacted | | | | |
| Elizabeth Stemmler | | Address Redacted | | | | |
| Ellis,Melissa | | Address Redacted | | | | |
| Em Dash Creative | | PO Box 949 | | Mount Vernon | OH | 43050-0949 |
| Everett,Ryan Myles | | Address Redacted | | | | |
| Farhangi,Elizabeth | | Address Redacted | | | | |
| Faust,Heidi | | Address Redacted | | | | |
| Feczko,Michaela Rose | | Address Redacted | | | | |
| Fenelon,Stephane | | Address Redacted | | | | |
| Fernandez,Alexander Antonio | | Address Redacted | | | | |
| Ferry,Katherine | | Address Redacted | | | | |
| Filco Carting Corp | | 161 Mckinley St | Ste 1 | Closter | NJ | 07624-2705 |
| Fitzgerald,Vanessa | | Address Redacted | | | | |
| Fosgate,Allison Tyler | | Address Redacted | | | | |
| Freitas,Danika-Elyse | | Address Redacted | | | | |
| Frischer,Kate | | Address Redacted | | | | |
| Galloway,Jasmin | | Address Redacted | | | | |
| Garbutt,Ambria Victoria | | Address Redacted | | | | |
| Garcia,Syriah M | | Address Redacted | | | | |
| Garcia,Yoselin | | Address Redacted | | | | |
| Gathogo,Dexter | | Address Redacted | | | | |
| Germann,Madalyn | | Address Redacted | | | | |
| Geter,Reggie | | Address Redacted | | | | |
| Gilchrist,Kyle A | | Address Redacted | | | | |
| Gillis,Diara | | Address Redacted | | | | |
| Granderson,Josiah | | Address Redacted | | | | |
| Greenburg Traurig | | 201 N Tryon St | Ste 1400 | Charlotte | NC | 28202-3253 |



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Griffin,Rebekah | | Address Redacted | | | | |
| Grogan,Haley | | Address Redacted | | | | |
| Grousbeck,Christian | | Address Redacted | | | | |
| Guevara,Itzel Ramirez | | Address Redacted | | | | |
| Gutierrez,Hillary | | Address Redacted | | | | |
| Halm-Acquah,Barbara Na | | Address Redacted | | | | |
| Harris Insights & Analytics LLC | | 225 W Wacker Dr | Ste 1900 | Chicago | IL | 60606-1272 |
| Hemeon,Laura Renee | | Address Redacted | | | | |
| Herbert,Brendan | | Address Redacted | | | | |
| Horn,Sha Raye M | | Address Redacted | | | | |
| Howard,Mckenna Christine | | Address Redacted | | | | |
| Hudgins,Brynn | | Address Redacted | | | | |
| Hudson,Kaylie | | Address Redacted | | | | |
| Izadpanah,Talieh | | Address Redacted | | | | |
| Jamieson,Jushaun | | Address Redacted | | | | |
| Jarvis,Janelle | | Address Redacted | | | | |
| Johnson,Brianna Victoria | | Address Redacted | | | | |
| Johnson,Damian | | Address Redacted | | | | |
| Johnson,Tina M | | Address Redacted | | | | |
| Johnston,Raquel | | Address Redacted | | | | |
| Kahari,Tiffany | | Address Redacted | | | | |
| Kespradit,Aaron | | Address Redacted | | | | |
| King,Michael | | Address Redacted | | | | |
| Kissen,Megan M | | Address Redacted | | | | |
| Kosick,Melanie | | Address Redacted | | | | |
| Kramer,Aimee | | Address Redacted | | | | |
| Krishnamoorthi,Sandeep | | Address Redacted | | | | |
| Kyle,Kiara | | Address Redacted | | | | |
| Labovitz,Caroline | | Address Redacted | | | | |
| Lackovic,Alyssa | | Address Redacted | | | | |
| Leon,Hilda B Moreno | | Address Redacted | | | | |
| Leyva-Ramos,Dayanara | | Address Redacted | | | | |
| Liebersbach,Sarah | | Address Redacted | | | | |
| Lilliston,Tory | | Address Redacted | | | | |
| Livingstone,Chelsea Morgan | | Address Redacted | | | | |
| Long,China C | | Address Redacted | | | | |
| Longstreth,Ashley R | | Address Redacted | | | | |
| Mah,Gregory Lee | | Address Redacted | | | | |
| Markisic,Admira | | Address Redacted | | | | |
| Marquez Rios,Pablo | | Address Redacted | | | | |
| Martin,Emma Rosa | | Address Redacted | | | | |
| Martin,Gregory | | Address Redacted | | | | |
| Martinez,Steven | | Address Redacted | | | | |
| Mcgreevey,Liam M | | Address Redacted | | | | |



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mcneil,Isaiah | | Address Redacted | | | | |
| Medina,Janet Marisol | | Address Redacted | | | | |
| Melendez,Lauro | | Address Redacted | | | | |
| Mena,Elissa | | Address Redacted | | | | |
| Mendoza,Destiny Guadalupe | | Address Redacted | | | | |
| Merritt,Kathryn | | Address Redacted | | | | |
| Miller,Paula Marie | | Address Redacted | | | | |
| Miller,Sophie Elizabeth | | Address Redacted | | | | |
| Mondo,Godwin M. | | Address Redacted | | | | |
| Monzon,Alan | | Address Redacted | | | | |
| Mora Rios,Andrea | | Address Redacted | | | | |
| Moreau,Shelby Dawn | | Address Redacted | | | | |
| Morrow,Michelle | | Address Redacted | | | | |
| Murphy,Kayla | | Address Redacted | | | | |
| Nash,Khalia | | Address Redacted | | | | |
| Neal,Aaron Glenn | | Address Redacted | | | | |
| Ngoyi,Ntumba | | Address Redacted | | | | |
| Nguyen,Felix | | Address Redacted | | | | |
| Nicholas Centofanti | | Address Redacted | | | | |
| Nimuan,Abigail Carreon | | Address Redacted | | | | |
| Nix,Baylee Lynn | | Address Redacted | | | | |
| Orians,Brianna | | Address Redacted | | | | |
| Othman,Samira | | Address Redacted | | | | |
| Papazyan,Narek | | Address Redacted | | | | |
| Pappas,Jessica Marie | | Address Redacted | | | | |
| Park,Jun Byung | | Address Redacted | | | | |
| Peacock,Bianca | | Address Redacted | | | | |
| Pedroza,Isabella | | Address Redacted | | | | |
| Pelc,Taylor Marie | | Address Redacted | | | | |
| Perez,Jasmine | | Address Redacted | | | | |
| Philyaw,Harmoney | | Address Redacted | | | | |
| Piert,April Loren | | Address Redacted | | | | |
| Porter,Lakayla | | Address Redacted | | | | |
| Powell,Cameron | | Address Redacted | | | | |
| Powell,Lacey Beth | | Address Redacted | | | | |
| Powers,Kaitlyn Dawn | | Address Redacted | | | | |
| Pratt,Ceyani Danae | | Address Redacted | | | | |
| Pretorius,Tom | | Address Redacted | | | | |
| Ramson,Starr Destyny | | Address Redacted | | | | |
| Rao,Samantha | | Address Redacted | | | | |
| Reiher,Katie | | Address Redacted | | | | |
| Reyes,Mayra | | Address Redacted | | | | |
| Reyes,Nicolle | | Address Redacted | | | | |
| Reyna,Samantha Alexandra | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 4 of 6



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rhodes,Monique | | Address Redacted | | | | |
| Rivera,Brayan A | | Address Redacted | | | | |
| Robertson,Zontrae N | | Address Redacted | | | | |
| Robinson,Rashaan | | Address Redacted | | | | |
| Robledo,Jennifer Lizette | | Address Redacted | | | | |
| Robson,Anna | | Address Redacted | | | | |
| Rodgers,Charity | | Address Redacted | | | | |
| Rodriguez,Irma Patricia | | Address Redacted | | | | |
| Rodriguez,Jacob | | Address Redacted | | | | |
| Rodriguez,Jaime | | Address Redacted | | | | |
| Saavedra,Marcos | | Address Redacted | | | | |
| Sadler,Kharrin | | Address Redacted | | | | |
| Safy,Amina | | Address Redacted | | | | |
| Safy,Heela | | Address Redacted | | | | |
| Salvador,Jonathan | | Address Redacted | | | | |
| Satish Mehta | | Address Redacted | | | | |
| Sayokla Williams | | Address Redacted | | | | |
| Schickler,Eric | | Address Redacted | | | | |
| Scully,Shaunte | | Address Redacted | | | | |
| Semchee,Hailey | | Address Redacted | | | | |
| Shamion,Ronald | | Address Redacted | | | | |
| Shelat,Harsh | | Address Redacted | | | | |
| Sheyka,Kari | | Address Redacted | | | | |
| Simenton,Shana O. | | Address Redacted | | | | |
| Sloan,Devyn Michael | | Address Redacted | | | | |
| Smallwood,Renee N. | | Address Redacted | | | | |
| Smith,Connor | | Address Redacted | | | | |
| Smith,Riley | | Address Redacted | | | | |
| Son,Jade Haejun | | Address Redacted | | | | |
| Soriano,Natalie | | Address Redacted | | | | |
| Squires,Amanda J. | | Address Redacted | | | | |
| Starbird,Olivia | | Address Redacted | | | | |
| Steenbergh,Kiyanna J | | Address Redacted | | | | |
| Stewart,Michael | | Address Redacted | | | | |
| Taneza,Nicole | | Address Redacted | | | | |
| Tatum,Ryan T | | Address Redacted | | | | |
| Taylor,Arielle | | Address Redacted | | | | |
| Tenorio,Elena Dmitrievna | | Address Redacted | | | | |
| Theis,Caroline | | Address Redacted | | | | |
| Thomas,Imani | | Address Redacted | | | | |
| Tosado,Gamaliel Omar | | Address Redacted | | | | |
| Turner,Raus | | Address Redacted | | | | |
| Umana,Darian M | | Address Redacted | | | | |
| Uschock,Madeline Lee | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 5 of 6



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Van Leer,Elizabeth Cheri | | Address Redacted | | | | |
| Vandongen,Tyler Joseph | | Address Redacted | | | | |
| Vega,Ahrishmary | | Address Redacted | | | | |
| Vernon,Lauren N | | Address Redacted | | | | |
| Walker,Reshanda D. | | Address Redacted | | | | |
| Warfe,Jordan Daniel | | Address Redacted | | | | |
| Warmack,Jaron Alexander | | Address Redacted | | | | |
| Washington Inventory Services DBA WIS Internationa | | 9635 Granite Ridge Dr | # 250 | San Diego | CA | 92123-2678 |
| Watson,Grace | | Address Redacted | | | | |
| Whitesel,Collin | | Address Redacted | | | | |
| Wilkerson,Joshua D | | Address Redacted | | | | |
| Williams,Aaliyah Sanye | | Address Redacted | | | | |
| Williams,Katherine Jackson | | Address Redacted | | | | |
| Williams,Tamera Nicole | | Address Redacted | | | | |
| Williams,Whitney I. | | Address Redacted | | | | |
| Wray,Robin | | Address Redacted | | | | |
| Wurz,Jackson | | Address Redacted | | | | |
| Yang,Ke | | Address Redacted | | | | |
| Zdun,Monika | | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 6 of 6