IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on New Relic, Inc., c/o Legal, Attn: Crystal Le at ar@newrelic.com:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 525)

- **Order Authorizing the Debtors to Assume Certain Unexpired Leases** (Docket No. 596)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 19, 2024

*Sabrina Tu*
Sabrina G. Tu

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 19th day of August 2024 by Sabrina G. Tu.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| New Relic Inc. | Attn: Legal | PO Box 101812 | | Pasadena | CA | 91189-1812 |
| New Relic Inc. | c/o Legal | Attn: Crystal Le | 188 Spear St Suite 1000 | San Francisco | CA | 94105 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: M59EJ-VQOJH-XJZ8V-TSPTJ

Page 3 of 3