**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 19, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 446)

- **Order Authorizing the Debtors to Assume Certain Unexpired Leases** (Docket No. 552)

Furthermore, on August 19, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit B**:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 523)

- **Order Authorizing the Debtors to Assume Certain Unexpired Leases** (Docket No. 593)

Furthermore, on August 19, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 525)

- **Order Authorizing the Debtors to Assume Certain Unexpired Leases** (Docket No. 596)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on August 19, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit E**, and via electronic mail on Oakbrook Urban Venture LP at oakbrookcenterach@brookfieldpropertiesretail.com:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 526)

Furthermore, on August 19, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit F**:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 526)

- **Order Authorizing the Debtors to Assume Certain Unexpired Leases** (Docket No. 589)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 20, 2024

*Aurelie Blanadet*
_____
Aurelie I. Blanadet

State of Colorado      )
                       )  SS.
County of Denver       )

Subscribed and sworn before me this 20th day of August 2024 by Aurelie I. Blanadet.

*Danielle Harnden*
_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amarillo Mall  LLC | c/o Amarillo Partners  LP | 124 Johnson Ferry Road NE | Attn: Asset Managed Westgate Mall | Atlanta | GA | 30328 |
| Amarillo Mall  LLC | c/o Westgate Mall Realty LLC | 150 Great Neck Rd Suite 304 | | Great Neck | NY | 11021 |
| Trumbull Shopping Center #2 LLC | Attn: Legal Dept | 2049 Century Park East 41st Floor | | Los Angeles | CA | 90067 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served Via Overnight Mail

| Name | Address |
|------|---------|
| Emma Jane Gregory-Brittain | Address Redacted |
| Eric Hurd | Address Redacted |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE

# **Exhibit C**

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Quench | Attn: Regine I. Nehy | 630 Allendale Road Suite 200 | King of Prussia | PA | 19406 |
| Quench USA Inc | Attn: Legal | PO Box 735777 | Dallas | TX | 75373-5777 |
| Quench USA Inc | Attn: Legal | PO Box 781393 | Philadelphia | PA | 19178-1393 |
| Quench USA Inc. | Attn: Legal | 780 Fifth Avenue Suite 200 | King of Prussia | PA | 19406 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE

# **Exhibit D**



## Exhibit D

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Quench | Attn: Regine I. Nehy | rnehy@quenchwater.com |
| Quench USA Inc | | billing@quenchonline.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit E**



**Exhibit E**
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Oakbrook Urban Venture LP | Attn: Legal Dept | 350 N Orleans St Suite 300 | Chicago | IL | 60654 |
| Oakbrook Urban Venture LP | DBA Oakbrook Shopping Center LLC | SDS-12-2892 PO BOX 86 | Minneapolis | MN | 55486-2892 |
| SFDC | Attn: Legal Dept | 415 Mission St 3rd Floor | San Francisco | CA | 94105 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE

# **<u>Exhibit F</u>**



**Exhibit F**
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip | Country |
|------|-----------|---------|------|-------|-----|---------|
| Speedcurve | Attn: Legal Dept | 36 Valley Road, Titirangi | Auckland | | 0604 | New Zealand |
| Statuspage.io | c/o Atlassian Corporation PLC | 1098 Harrison St | San Francisco | CA | 94105 | |
| TJX Companies  Inc. | Attn: Legal Dept | 770 Cochituate Road | Framingham | MA | 01701 | |
| Von Maur  Inc. | | 6565 N Brady St | Davenport | IA | 52806 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE