## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 19, 2024 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief** (Docket No. 727)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 20, 2024

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 20th day of August 2024 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

> DANIELLE HARNDEN
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20224038481
> MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **Exhibit A**

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| 1552 Broadway Retail Owner LLC | | 80 State Street | | | Albany | NY | 12207 | |
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | PO Box 417368 | | | Boston | MA | 02241-7368 | |
| 173 Court Street Holdings LLC | | 561 Seventh Avenue | 5th Floor | | New York | NY | 10018 | |
| 173 Court Street Holdings, LLC | | 199 Lee Ave | Ste 162 | | Brooklyn | NY | 11211 | |
| 31st Steinway Partners | Attn: Mr Barry Fishbach | 521 5th Ave, 7th Floor | | | New York | NY | 10017 | |
| 31st Steinway Partners LLC | | 140 East 45st | | | New York | NY | 10017 | |
| Acadia Second City 843-45 West Armitage LLC | c/o Acadia Realty Trust | 411 Theodore Fremd Avenue | Suite 300 | | Rye | NY | 10580 | |
| Acadia Second City 843-45 West, Armitage LLC | c/o Acadia Realty Trust | Attn: Property Management | 1311 Mamaroneck Avenue | Suite 260 | White Plains | NY | 10605 | |
| Accertify, Inc. | c/o Becket & Lee LLP | Attn: Christopher Cramer & Shraddha Bharatia | PO Box 3002 | | Malvern | PA | 19355-0702 | |
| Adobe Systems, Inc. | Attn: Scott Buns | 75 Remittance Dr | #1025 | | Chicago | IL | 60675-1025 | |
| Alabama Office of the Attorney General | Attn: Steve Marshall | 501 Washington Avenue | | | Montgomery | AL | 36104 | |
| Alaska Office of the Attorney General | | 1031 W 4th Ave | Suite 200 | | Anchorage | AK | 99501 | |
| AP Union II LLC | ACCT #: 0303-005736 | 466 Green Street | SUITE 302 | | San Francisco | CA | 94133 | |
| AP Union II LLC | c/o Acadia Realty Trust | 411 Theodore Fremd Avenue | Suite 300 | | Rye | NY | 10580 | |
| Arden Fair Associates, L.P. | c/o Macerich Mgmt Co As Agent For Arden Fair Associates, L.P. | Dept 2596-7000 | | | Los Angeles | CA | 90084-2596 | |
| Arizona Office of the Attorney General | Consumer Information and Complaints | 2005 N Central Ave | | | Phoenix | AZ | 85004 | |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | | Little Rock | AR | 72201 | |
| Arrowhead Towne Center LLC | c/o Macerish | Arrowhead Towne Center Drive | PO Box  2172 | 401 Wilshire Blvd, Suite 700 | Santa Monica | CA | 90407 | |
| Atherton Mall (E&A), LLC | c/o Edens Limited Partnership | Attn: Legal Department | 1221 Main Street | Suite 1000 | Columbia | SC | 29201 | |
| Atherton Mall LLC | | Department #2378 | PO Box 536856 | | Atlanta | GA | 30353-6856 | |
| Avalon Mall | | 2200 Avalon Blvd | | | Alpharetta | GA | 30009 | |
| Avalon Mall | | 264 19th Street | Suite 2200 | | Atlanta | GA | 30363 | |
| Avalon Mall | | 6400 Powers Ferry Road, NW | Suite 400 | | Atlanta | GA | 30339 | |
| Avalon Mall | c/o Sarofim Realty Advisors | 8115 Preston Road | Suite 400 | | Dallas | TX | 75225 | |
| Belden Mall LLC | | PO Box 8500 Lockbox #5147 | | | Philadelphia | PA | 19178-5147 | |
| Belden Mall LLC | c/o Pacific Retail Capital Partners | 2029 Century Park East | Suite 1550 | | Los Angeles | CA | 90067 | |
| Bergen Mall Owner LLC | | 210 Route 4 | | | East Paramus | NJ | 07652 | |
| Bernardo Manufacturing | Attn: Gregg Castelluci | 54 Taylor Dr | | | East Providence | RI | 02916 | |
| BlueCore Inc | Attn: Liz Madsen | 124 Rivington St | | | New York | NY | 10002 | |
| BR Prucentier Acquisition LLC | c/o Boston Properties Limited Partnership | Prudential Center | 800 Boylston Street | Suite 1900 | Boston | MA | 02199-8103 | |
| Bridgewater Common Mall II, LLC | | 2029 Century Park | | | Los Angeles | CA | 90067 | |
| Bridgewater Commons Mall II, LLC | c/o Bridgewater Commons | Attn: Law/Lease Administration Department | 110 N Wacker Dr | | Chicago | IL | 60606 | |
| Brierley & Partners, Inc. | | 15303 Ventura Blvd | #400 | | Sherman Oaks | CA | 91403 | |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | PO Box 847439 | | | Dallas | TX | 75284 | |
| Broward Mall, LLC | | 2049 Century Park East | 41st Fl | | Los Angeles | CA | 90067 | |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| Centennial Vancouver Mall LLC | | 8750 North Central Expressway | Suite 1740 | | Dallas | TX | 75231 | |
| CFL Distribution Inc | Attn: Lynda Wong | Hore de Macau Limitada | Avenida da Praia Grande | | Edif Great Will | | 665 | Macau |
| Chacon | Attn: Armond M. Jackson | 2 Venture Parkway | Ste 240 | | Irvine | CA | 92618 | |
| Chacon | Attn: Joseph Lavi | 8889 West Olympic Blvd | #200 | | Beverly Hlls | CA | 90211 | |
| Chacon | Attn: Raul Perez | 1875 Century Park East | Suite 1000 | | Los Angeles | CA | 90067 | |
| Chacon | Attn: Sahag Majarian | 18250 Ventura Blvd | | | Tarzana | CA | 91356 | |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 | |
| Columbia Mall L.L.C. | c/o Columbia Mall (MO) | 110 N Wacker Dr | | | Chicago | IL | 60606 | |
| Commission Junction LLC | Attn: Camelia Gehrke | 4140 Solutions Center | #774140 | | Chicago | IL | 60677-4001 | |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Corte Madera VIllage LLC | | PO Box 31001-2163 | | | Pasadena | CA | 91110-2163 | |
| Corte Madera VIllage LLC | | 1618 Redwood Highway | | | Corte Madera | CA | 94925-1224 | |
| CPT-Louisville 1, LLC | c/o CBRE Investment Management | Attn: Asset Manager | 601 S. Figueroa Street | 49th Floor | Los Angeles | CA | 90017 | |
| CPT-Louisville 1, LLC | c/o Fairbourne Properties, LLC | Attn: Asset Manager | 200 South Michigan Avenue | Suite 400 | Chicago | IL | 60604 | |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | 45-A Off Zahar Ali Rd | Golberg V | | Lahore | | 54660 | Pakistan |
| CVM HOLDINGS CRABTREE VALLEY MALL | PRV CVM ASSOCIATES LTD PTRNSP | PO Box 63340 | | | Charlotte | NC | 28263-3340 | |
| CVM Holdings, LLC | c/o Crabtree Valley Mall | Attn: Mall Management Office | 4325 Glenwood Avenue | | Raleigh | NC | 27612 | |
| CVM Holdings, LLC | c/o Pacific CVM Management, LLC | 110 N Wacker Dr | | | Chicago | IL | 60606 | |
| DDR Urban LP | Attention: Executive Vice President-Leasing ,Federal I.D. # 34-1861748 | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 | |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | |
| DDR Urban LP | Dept 399722-20124-64949 | PO Box 373533 | | | Cleveland | OH | 44193 | |
| Delaware Department of Justice | | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| District of Columbia Office of the Attorney General | | 441 4th St NW | Suite 1100 | | Washington | DC | 20001 | |
| EKFH LLC | c/o KLM Equities Inc. | Attn: Zachary Kleinhandler | 920 Broadway 17th Fl | | New York | NY | 10010 | |
| E-Teen Company Limited | G. Malamet | Rm 202, 2Fl, Sun Cheong Industrial Bldg | 2-4 Cheung Yee Street | | Lai Chi Kok | Kowloon | 0000 | Hong Kong |
| Fashion Outlets of Chicago LLC | | 5220 Fashion Outlets Way | | | Rosemont | IL | 60018-4811 | |
| Fashion Outlets of Chicago LLC | c/o Macerich | Attn: Correspondence Routing System/Legal Department | PO Box 2172 | 401 Wilshire Blvd, Suite 700 | Santa Monica | CA | 90407 | |
| Florida Office of the Attorney General | | The Capitol Pl?01 | | | Tallahassee | FL | 32399 | |
| Fortune Footwear Inc. | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | | New York | NY | 10013 | |
| Fox Valley Fire & Sfty Co | | 2730 Pinnacle Drive | | | Elgin | IL | 60124 | |
| Fox Valley Mall LLC | | 2049 Century Park East | 41st Floor | | Los Angeles | CA | 90067 | |
| Fox Valley Mall LLC | | 99029 Collection Center Dr | | | Chicago | IL | 60693 | |
| Franconia Two L.P. | | 210 Route 4 East | | | Paramus | NJ | 07652 | |
| Freemall Associates LLC | dba Freehold Raceway Mall | PO Box 511421 | | | Los Angeles | CA | 90051-7976 | |
| Freemall Associates, LLC | | 3710 Route 9 | Suite 1000 | | Freehold | NJ | 07728-4895 | |
| Frit San Jose Town & Country | c/o Federal Realty Inv Trust | PO Box 846073 | | | Los Angeles | CA | 90084-6073 | |
| FRIT San Jose Town and Country Village, LLC | c/o Ballard Spahr LLP | Attn:  Leslie C. Heilman; Michelle N. Friedman | 919 N. Market St. | 11th Floor | Wilmington | DE | 19801 | |
| FRIT San Jose Town and Country Village, LLC | c/o Federal Realty Investment Trust | 909 Rose Avenue | Suite 200 | | North Bethesda | MD | 20852 | |
| Frit San Jose Town and Country Village, LLC | c/o Federal Realty Investment Trust | Attn: Legal Department | 1626 East Jefferson Street | | Rockville | MD | 20852-4041 | |
| Genesee Mall Realty LLC | c/o Namco Realty LLC | Attn: Daniel Giannini, Anthony Matinale | 150 Great Neck Rd | Ste 304 | Great Neck | NY | 11021 | |
| Genesee Mall Realty LLC | c/o Namdar Realty LLC | PO Box 368 | | | Emerson | NJ | 07630 | |
| Genesee Mall Realty, LLC | | 2711 North Haskell Avenue | Suite 1700 | | Dallas | TX | 75204 | |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 | |
| GGP Columbia Mall | Attn: Troy Benson | Rouse Fashion Place | SDS-12-2780, PO Box 86 | | Minneapolis | MN | 55486-2780 | |
| GGP-Grandville L.L.C. | | 110 N Wacker Drive | | | Chicago | IL | 60606 | |
| GGP-Grandville LLC | | PO Box 86 | SDS-12-1796 Rivertown Crossings | | Minneapolis | MN | 55486-1796 | |
| GGP-GRANDVILLE, LLC | RIVERTOWN CROSSINGS | SDS-12-1796 PO Box 86 | | | Minneapolis | MN | 55486-1796 | |
| Hawaii Office of the Attorney General | | 425 Queen St | | | Honolulu | HI | 96813 | |
| Henderson Main (Dalls), LLC | | 2626 McKinnon St | Suite 750 | | Dallas | TX | 75201 | |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | | Boise | ID | 83720 | |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | | Chicago | IL | 60601 | |
| Indiana Office of the Attorney General | | Indiana Government Center South | 302 W Washington St | 5th Floor | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St | Room 109 | Des Moines | IA | 50319 | |
| Jeffrey M. Kurzon | | Address on file | | | | | | |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | 1133 Penn Avenue | 5th Floor | Pittsburgh | PA | 15222 | |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | 1234 Camino del Mar | | Del Mar | CA | 92014 | |
| Kansas Office of the Attorney General | | 120 SW 10th Ave | 2nd Floor | | Topeka | KS | 66612 | |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Suite 118 | Frankfort | KY | 40601 | |
| KRE BROADWAY OWNER LLC | | PO Box 28706 | | | New York | NY | 10087 | |
| KRE Broadway Owner, LLC | Attn: Managing Principal | 2029 Century Park East | Suite 1550 | | Los Angeles | CA | 90067 | |
| KRE Broadway Owner, LLC | c/o Broadway Mall | 358 B North Broadway | | | Hicksville | NY | 11801 | |
| KRE Broadway Owner, LLC | c/o Vornado Realty LP | Vornado Broadway Mall LLC | 888 Seventh Avenue | | New York | NY | 10019 | |
| KRE Colonie Owner LLC | Attn: Managing Principal | 100 N Pacific Coast Highway | Suite 1925 | | El Segundo | CA | 30245 | |
| KRE Colonie Owner LLC | Attn: Managing Principal | 222 North. Sepulveda Blvd | Suite 2350 | | Elsegundo | CA | 90245 | |
| KRE Colonie Owner LLC | c/o Colony Centre | 131 Colonie Center | | | Albany | NY | 12205 | |
| KRE Colonie Owner Lockbox | | Lockbox# 28477 | PO Box 28477 | | New York | NY | 10087-8477 | |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | Wing Tai Centre Room 76, Flat A 7th Floor | 12 Hing Yip Street | | Kwun Tong | Kowloon | 0000 | Hong Kong |
| Li&Fung(Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | 5th Floor, Lifung Tower | 888 Cheung Sha Wan Road | | | Kowloon | 0000 | Hong Kong |
| Liberty Center LLC | | L-3745 | | | Columbus | OH | 43260 | |
| Liberty Center LLC | c/o Apollo Global Management, LLC | Attn: Skyler Little | 9 West 57th Street | 15th Floor | New York | NY | 10019 | |
| Liberty Center LLC | c/o Bayer Properties, LLC | Attn: General Counsel | 2222 Arlington Avenue S. | | Birmingham | AL | 35205 | |
| Liberty Center LLC | c/o Centennial Advisory Services, LLC | Attn: Lease Administration | 2200 Magnolia Avenue South | Suite 101 | Birmingham | AL | 35205 | |
| Liberty Center LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Michael F. Tomlinson | 301 S College Street | Suite 3400 | Charlotte | NC | 28202 | |
| Liberty Center LLC | | 9 West 57th St | 42nd Floor | | New York | NY | 10019 | |
| Louisiana Office of the Attorney General | | 1885 N Third St | | | Baton Rouge | LA | 70802 | |
| Louisville Retail Company, L.L.C. | c/o CBRE Investment Management | Attn: Asset Manager | 601 S. Figueroa Street | 49th Floor | Los Angeles | CA | 90017 | |
| Louisville Retail Company, L.L.C. | c/o Fairbourne Properties, LLC | Attn: Asset Manager | 200 South Michigan Avenue | Suite 400 | Chicago | IL | 60604 | |
| LSREF3 Spartan (Genesee) LLC | c/o Genesee Valley Center | 3341 S Linden Rd | | | Flint | MI | 48507 | |
| Macerich Cerritos LLC | | 401 Wilshire Boulevard | Suite 700 | | Santa Monica | CA | 90401 | |
| MACERICH CERRITOS LLC | | PO Box 849466 | | | Los Angeles | CA | 90084-9466 | |
| Macerich Cerritos LLC | Attn: Doug Healey | PO Box 849445 | | | Los Angeles | CA | 90084-9445 | |
| Macerich Fresno Limited Partnership | Attn: Center Manager | 4841 N 1st St | | | Fresno | CA | 93726 | |
| Macerich Fresno Limited Partnership | c/o Macerich | Attn: Correspondence Routing System/Legal Department | PO Box 2172 | 401 Wilshire Blvd, Suite 700 | Santa Monica | CA | 90407 | |
| MACERICH FRESNO LP | | PO Box 849418 | | | Los Angeles | CA | 90084-9418 | |
| MACERICH NIAGARA LLC | | PO Box 843529 | | | Los Angeles | CA | 90084-3529 | |
| Macerich Niagara LLC | Attn: Legal Counsel- Fashion Outlets of Niagara | 401 Wilshire Boulevard | Suite 700 | | Santa Monica | CA | 90401 | |
| Macerich Niagara LLC | c/o Akerman LLP | Attn: Robert W Claeson | 666 Fifth Avenue | 19th Floor | New York | NY | 10103 | |
| Macerich Niagara LLC | c/o Fashion Outlets of Niagara | Attn: Center Manager | 1900 Military Road | | Niagara Falls | NY | 14304 | |
| Macerich North Park Mall LLC | | 320 West Kimberly Road | | | Davenport | IA | 52806-5920 | |
| MACERICH NORTH PARK MALL LLC | | PO Box 844106 | | | Los Angeles | CA | 90084-4160 | |
| Macerich Northwestern Associates | | 11411 North Tatum Boulevard | | | Phoenix | AZ | 85028 | |
| Macerich Northwestern Associates | | PO Box 511316 | | | Los Angeles | CA | 90051-7871 | |
| Macerich Northwestern Associates | Attn: Center Manager | 1275 Broadway Plaza | | | Walnut Creek | CA | 94596 | |
| MACERICH SOUTH PLAINS LP | | PO Box 849437 | | | Los Angeles | CA | 90084 | |
| Macerich South Plains LP | c/o Macerich Lubbock Limited Partnership | Attn: Center Manager | 6002 Slide Road | PO Box 68208 | Lubbock | TX | 79414 | |
| MACERICH STONEWOOD LLC | | DEPT 880463 | PO Box 29650 | | Phoenix | AZ | 85038 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Macerich Stonewood, LLC | Attn: Center Manager | 251 Stonewood St | Management Office | | Downey | CA | 90241-3934 | |
| Macerich Stonewood, LLC | c/o Macerich | PO Box 2172 | 401 Wilshire Boulevard | Suite 700 | Santa Monica | CA | 90407 | |
| Macerich Twenty Ninth Street LLC | Attn: Center Manager | One West Flatiron Crossing Drive | Suite 1083 | | Broomfield | CO | 80021 | |
| Macerich Twenty Ninth Street, LLC | | PO Box 511308 | | | Los Angeles | CA | 90051-7863 | |
| Macerich Vintage Fair Ltd | | PO Box 511308 | | | Los Angeles | CA | 90051-7863 | |
| Macerich Vintage Fair Ltd | | PO Box 511316 | | | Los Angeles | CA | 90051-7871 | |
| Macerich Vintage Fair Ltd | | PO Box 846702 | | | Los Angeles | CA | 90084-6702 | |
| Macerich Vintage Fair Ltd | | PO Box 849418 | | | Los Angeles | CA | 90084-9418 | |
| Macerich Vintage Fair Ltd | | PO Box 849428 | | | Los Angeles | CA | 90084-8428 | |
| Macerich Vintage Fair Ltd | | PO Box 849445 | | | Los Angeles | CA | 90084-9445 | |
| Macerich Vintage Fair Ltd | | PO Box 849464 | | | Los Angeles | CA | 90084-9464 | |
| Macerich Vintage Fair Ltd | | PO Box 849466 | | | Los Angeles | CA | 90084-9466 | |
| Macerich Vintage Fair Ltd | Dept 880482 | PO Box 29650 | | | Phoenix | AZ | 85038 | |
| Macerich Vintage Faire Limited Partnership | Attn: Center Manager | 3401 Dale Road | Suite 483 | | Modesto | CA | 95356 | |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 | |
| Mainplace Shoppingtown LLC | | 11601 Wilshire Blvd | 12th Floor | | Los Angeles | CA | 90025 | |
| Mainplace Shoppingtown LLC | File 910773 | PO Box 31001-0773 | | | Pasadena | CA | 91110 | |
| Mall at Chestnut Hill, LLC | The Shops at Chestnut Hill | PO Box 643748 | | | Pittsburgh | PA | 15264-3748 | |
| Mall at Chestnut Hill, LLC [The Shops at Chestnut Hill] | c/o Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46204 | |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | Park-In Commercial Bldg, Rm 1316 | 56 Dundas Street | | Kowloon | 0000 | | Hong Kong |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 | |
| Massachusetts Office of the Attorney General | | 1 Ashburton Pl | 20th Floor | | Boston | MA | 02108 | |
| MEMORIAL CITY MALL LP | | PO Box 200256 | | | Dallas | TX | 75320-0526 | |
| Memorial City Mall, L.P. | | 303 Memorial City | | | Houston | TX | 77024 | |
| Memorial City Mall, L.P. | | 820 Gessner | Suite 1800 | | Houston | TX | 77024 | |
| Memorial City Mall, L.P. | Attn: Management Services/Memorial City Mall | 110 North Wacker Drive | | | Chicago | IL | 60606 | |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | 4200 Regent Street | Suite 205 | | Columbus | OH | 43219 | |
| Michigan Office of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | 7th Floor | Lansing | MI | 48933 | |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | | St. Paul | MN | 55101 | |
| Mission Valley Shoppingtown LLC | | 11601 Wilshire Blvd | 11th Floor | | Los Angeles | CA | 90025 | |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Suite 1200 | Jackson | MS | 39201 | |
| Missouri Office of the Attorney General | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 | |
| Montana Office of the Attorney General | | 215 N Sanders | Justice Building | 3rd Floor | Helena | MT | 59601 | |
| Montgomery Mall LLC | | 11601 Wilshire Boulevard | 11th Floor | | Los Angeles | CA | 90025 | |
| Montgomery Mall Owner LLC | | 2049 Century Park East | 41st Fl | | Los Angeles | CA | 90067 | |
| Montgomery Mall Owner LLC | c/o Bank of America | File #54738 | | | Los Angeles | CA | 90074-4738 | |
| Montgomery Mall Owner LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | |
| Monument Consulting LLC | Attn: Allison Hutchcroft | 1800 Summit Ave | | | Richmond | VA | 23230 | |
| Motives | Attn: Corey Baggett | 499th Avenue | 19th Floor | | New York | NY | 10018 | |
| National Exemption Service | | PO Box 926 | | | Safety Harbor | FL | 34695-0926 | |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 | |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | |
| New Hampshire Office of the Attorney General | | Nh Department of Justice | 33 Capitol St | | Concord | NH | 03301 | |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 | |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 | |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | Ayazaga Mah. Mimar Sinan Sok. | No:21 B/34 | Sariyer | Istanbul | | 34396 | Turkey |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | | Raleigh | NC | 27603 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| North Dakota Office of the Attorney General | | State Capitol | 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Northwoods Mall CMBS, LLC | | PO Box 74892 | | | Cleveland | OH | 44194-4892 | |
| Northwoods Mall CMBS, LLC, by CBL & Associates Management, Inc | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| Northwoods Mall CMBS, LLC, by CBL & Associates Management, Inc | Attn: Gary Roddy | 2030 Hamilton Place Blvd | Ste 500 | | Chattanooga | TN | 37421 | |
| Oakbrook Shopping Center, LLC | | 110 N Wacker Dr | | | Chicago | IL | 60606 | |
| Oakbrook Shopping Center, LLC | c/o Brookfield Properties Retail Inc. | Attn: Julia Minnick Bowden | 350 N. Orleans St | Ste 300 | Chicago | IL | 60654 | |
| Oakbrook Urban Venture LP | DBA Oakbrook Shopping center LLC | SDS-12-2892 | PO Box 86 | | Minneapolis | MN | 55486-2892 | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | 844 N King St #2207 Lockbox 35 | | | Wilmington | DE | 19801 | |
| Oglethorpe Mall | SDS 12-1640 | PO Box 86 | | | Minneapolis | MN | 55486-1640 | |
| OGLETHORPE MALL L.L.C. | c/o Brookfield Properties Retail Inc. | Attn: Julia Minnick Bowden | 350 N. Orleans St. | Ste 300 | Chicago | IL | 60654 | |
| Oglethorpe Mall, L.L.C | | 110 N Wacker Drive | | | Chicago | IL | 60606 | |
| Oglethorpe Mall, L.L.C | Attn: General Manager | 7804 Abercorn St. | | | Savannah | GA | 31406 | |
| Ohio Department of Job and Family Services | | 30 E Broad St | | | Columbus | OH | 43215 | |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | | Columbus | OH | 43229 | |
| Ohio Office of the Attorney General | | State Office Tower | 30 E Broad St | 14th Floor | Columbus | OH | 43215 | |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | | Oklahoma City | OK | 73105 | |
| Oregon Office of the Attorney General | | 1162 Court St NE | | | Salem | OR | 97301 | |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | PBMS Building | 538 Bongcheon-ro | Gwanak-gu | Seoul | | 08789 | Korea, Republic of |
| Pandera Systems, LLC | Attn: Steve Jones | 189 S Orange Ave | Ste 1250 | | Orlando | FL | 32801 | |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 | |
| Plaza Frontenac Acquisition LLC | SDS-12-3110 | PO Box 86 | | | Minneapolis | MN | 55486-3110 | |
| Plaza Frontenac Acquisition, LLC | | 350 N Orleans St | Suite 300 | | Chicago | IL | 60654-1607 | |
| Plaza Frontenac Acquisition, LLC | c/o Brookfield Properties Retail Inc. | Attn: Julie Minnick Bowden | 350 N. Orleans St., Suite 300 | | Chicago | IL | 60654 | |
| Plaza West Covina LP | | PO Box 844824 | | | Los Angeles | CA | 90084-4824 | |
| Plaza West Covina LP | Attn: General Manager | 112 Plaza Drive | | | West Covina | CA | 91790 | |
| Plaza West Covina LP | c/o Pacific Retail Capital Partners | Attn: Gary Karl | 100 N. Pacific Coast Highway | Suite 1925 | El Segundo | CA | 90245 | |
| PLAZA WEST COVINA LP | c/o Pacific Retail Capital Partners | Attn: Managing Member | 2029 Century Park East | Suite 1550 | Los Angeles | CA | 90067 | |
| Queens Center SPE, LLC | | 90-15 Queens Boulevard | | | Elmhurst | NY | 11373 | |
| Queens Center SPE, LLC | Attn: Doug Healey | PO Box 849433 | | | Los Angeles | CA | 90084-9433 | |
| Radial Inc | Attn: Kat Gibson, Emily Jones | PO Box 204113 | | | Dallas | TX | 75320-4114 | |
| Radial, Inc. | Attn: Emily Busch Jones | 935 First Avenue | | | King of Prussia | PA | 19406 | |
| RE Express Real Estate Lease Contract | c/o Macerich POBox 2172 | 401 Wilshire Boulevard | Suite 700 | | Santa Monica | CA | 90407 | |
| REEP-RTL DTC VA LLC | | 11501 Huff Court | | | North Bethesda | MD | 20895 | |
| ReStore Capital, LLC | Attn: Legal Department | 5 Revere Drive | Suite 206 | | Northbrook | IL | 60062 | |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | 1211 Avenue of the Americas | | New York | NY | 10036 | |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 | |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | | 500 N Mesa St | Ste 300 | | El Paso | TX | 79901-1224 | |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | 495 East Mound Street | | Columbus | OH | 43215 | |
| RR Donnelley | Attn: Todd Fallon | 7810 Solution Center | | | Chicago | IL | 60677-7008 | |
| RREEF America REIT II CORP. HH | c/o RREEF Management LLC | Attn: Matt Galas | 222 South Riverside Plaza | 34th Floor | Chicago | IL | 60606 | |
| Salesforce Inc | | 415 Mission Street, 3rd Floor | Salesforce Tower | | San Francisco | CA | 94105 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 5 of 7



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Salesforce Inc | Attn: Kevin Ramirez | PO Box 203141 | | | Dallas | TX | 75320-3141 | |
| SCOTTSDALE FASHION SQUARE | | PO Box 31001-2156 | | | Pasadena | CA | 91110-2156 | |
| Scottsdale Fashion Square LLC | | 7014-590 East Camelback Road | | | Scottsdale | AZ | 85251 | |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | | New York | NY | 10281-1022 | |
| Silver Crest Clothing PVT LTD - Unit III | Attn: Gautam Golchha | Plot No. 4E1 & E2 | Kiadb Industrial Area | | Attibele | KA | 562107 | India |
| Simon Capital GP | Attn: Jon Murphy | 867925 Reliable Pkwy | | | Chicago | IL | 60686-0079 | |
| Sommerset Collection Limited Partnership | | 100 Galleria Officeentre | Suite 427 | | Southfield | MI | 48034 | |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Room 519 | Columbia | SC | 29201 | |
| South Dakota Office of the Attorney General | | 1302 E Hwy 14 | Suite 1 | | Pierre | SD | 57501 | |
| SPUS9 FB Paddock Prop, LLC | | PO Box 7411166 | | | Chicago | IL | 60674-1116 | |
| SPUS9 FB Paddock Prop, LLC | Attn: Anna Fudala | 200 S Michigan Ave | Suite 400 | | Chicago | IL | 60604 | |
| SPUS9 FB Paddock Prop, LLC | c/o CBRE Investment Management | Attn: Asset Manager | 601 S. Figueroa Street | 49th Floor | Los Angeles | CA | 90017 | |
| SPUS9 FB Paddock PROP, LLC | c/o Daspin & Aument, LLP | Attn: Samantha Thoma | 300 S Wacker Dr | Suite 2200 | Chicago | IL | 60606 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 | |
| Street Retail, Inc | | Lockbox #9320 | PO Box 8500 | | Philadelphia | PA | 19178-9320 | |
| Street Retail, Inc. | c/o Ballard Spahr LLP | Attn: Leslie C Heilman | 919 N. Market St. | 11th Fl | Wilmington | DE | 19801 | |
| Street Retail, Inc. | c/o Federal Realty Investment Trust | 1626 East Jefferson Street | | | Rockville | MD | 20852-4041 | |
| Street Retail, Inc. | c/o Federal Realty Investment Trust | PO Box 79408 | | | City of Industry | CA | 91716-9408 | |
| Tanger Properties Limited Partnership | | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Tanger Properties Limited Partnership | Attn: Justin Stein | PO Box 414225 | | | Boston | MA | 02241-4225 | |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 | |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 | |
| The Connecticut Post Limited Partnership | | 11601 Wilshire Boulevard | 12th Floor | | Los Angeles | CA | 90025 | |
| The Connecticut Post Limited Partnership | | 2049 Century Park East | 41st Floor | | Los Angeles | CA | 90067 | |
| The Connecticut Post Limited Partnership | | 60 Columbia Road | Building B | 3rd Floor | Morristown | NJ | 07960 | |
| The Macerich Partnership, LP | DBA Fashion Outlets of Chicago LLC | PO Box 848927 | | | Los Angeles | CA | 90084-8927 | |
| The Northwestern Mutual Life Insurance Company | Attn: Real Estate | 720 E Wisconsin Avenue | | | Milwaukee | WI | 53202 | |
| The Northwestern Mutual Life Insurance Company | Attn: Thomas P. Kelly | 191 N. Wacker Drive | | | Chicago | IL | 60606 | |
| The Retail Property Trust | | PO Box 772854 | #S#19284000103 | | Chicago | IL | 60677-2854 | |
| The Retail Property Trust | c/o M.S. Management Associates Inc. | 225 West Washington Street | | | Indianapolis | IN | 46204-3438 | |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | 5F-7, No. 1, Fu Hsing North Road | | | Taipei | | ROC105 | Taiwan |
| Tysons Corner Holdings | | PO Box 849554 | | | Los Angeles | CA | 90084-9554 | |
| Tysons Corner Holdings LLC | | 1961 Chain Bridge Road | Suite 105 | | Mclean | VA | 22102 | |
| Urban Crown Limited | Attn: Kevin Moylan | 1101 West Tower, Exchange Rd | Ortigas Ctr | | Pasig City | | 1605 | Philippines |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 N State St | Suite 230 | Salt Lake City | UT | 84114 | |
| Valley Stream Green Acres LLC | | 2034 Green Acres Mall | | | Valley Stream | NY | 11581-1545 | |
| Valley Stream Green Acres LLC | | PO Box 844377 | | | Los Angeles | CA | 90084-4377 | |
| Vermont Office of the Attorney General | | 109 State St | | | Montpelier | VT | 05609 | |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 | |
| Vornado Broadway Mall LLC | Attn: Managing Principal | 2029 Century Park East | Suite 1550 | | Los Angeles | CA | 90067 | |
| Vornado Broadway Mall LLC | c/o Broadway Mall | 358 B North Broadway | | | Hicksville | NY | 11801 | |
| Vornado Broadway Mall LLC | c/o Vornado Realty LP | 888 Seventh Avenue | | | New York | NY | 10019 | |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 | |
| WEA Palm Desert LP | c/o Jones Lang LaSalle Americas, Inc. | 6365 Halcyon Way | Ste 970 | | Alpharetta | GA | 30005 | |
| Wells Fargo Bank, N.A. | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; et al | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karczes, Keith G. Radner, and Eva D. Gadzheva | 55 E Monroe Street, Suite 3300 | | Chicago | IL | 60603 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, N.A.; Bank of America, N.A.; et al | c/o Richard Layton & Finger | Attn:  John H. Knight, Alexander R. Steiger, and Paul N. Heath | 920 N King Street | | Wilmington | DE | 19801 | |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | 125 High Street | 11th Floor | | Boston | MA | 02110 | |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | 55 East Monroe Street | Suite 3300 | Chicago | IL | 60603-5792 | |
| Wells Fargo Retail Finance, LLC, as Collateral Agent | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| West Virginia Office of the Attorney General | | State Capitol | 1900 Kanawha Blvd E Bldg 1 | Room E-26 | Charleston | WV | 25305 | |
| Westland Mall Partners, LLC | | 11601 Wilshire Boulevard | 11th Floor | | Los Angeles | CA | 90025 | |
| WFP Retail Co. L.P. | c/o Brookfield Financial Properties, LP | Attn: Senior Vice President, Director of Leasing | 250 Vestry Street | 15th Floor | New York | NY | 10281-1023 | |
| WFP Retail Co. LP | c/o Brookfield Properties | 225 Liberty Street, 43rd Floor | | | New York | NY | 10281-1023 | |
| Wisconsin Office of the Attorney General | | 114 E State Capitol | | | Madison | WI | 53702 | |
| W-LD Legends Owner VII, L.L.C. | c/o Daspin & Aument, LLP | 227 West Monroe Street | Suite 3500 | | Chicago | IL | 60606 | |
| W-LD Legends Owner VII, L.L.C. | c/o KKR Legends L.L.C. - RED Legacy Asset Management | Attn: Heather Trower | 4717 Central Avenue | | Kansas City | MO | 66211-2326 | |
| W-LD Legends Owner VII, L.L.C. | The Legends Outlets | 1843 Village West Parkway | Suite C127 | | Kansas City | KS | 66111 | |
| W-LD Legends Owner VII, LLC | | PO Box 505333 | | | St Louis | MO | 63150-5333 | |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 | |
| YTC Mall Owner LLC | | 26074 Network Place | | | Chicago | IL | 60673-1260 | |
| YTC Mall Owner, LLC | c/o Pacific Retail Capital Partners | 2029 Century Park East | Suite 1550 | | Los Angeles | CA | 90067 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 7 of 7

# **Exhibit B**



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | | brett.herschenfeld@slgreen.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | john.cannizzaro@icemiller.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br>shahbazis@ballardspahr.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Adobe Systems, Inc. | Attn: Scott Burns | | sburns@adobe.com |
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | ghofmann@ck.law |
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | | phong@alvarezandmarsal.com<br>sanjay.srikanth@alvarezandmarsal.com<br>bankruptcy.notices@alvarezandmarsal.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Arizona Office of the Attorney General | Consumer Information and Complaints | | consumerinfo@azag.gov |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | cmbrosius@vorys.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | tscobb@vorys.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford Taylor & Preston LLP | Attn: Christopher A Jones | cajones@whitefordlaw.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | bmuchinsky@illuminatelg.com |
| Blue Yonder, Inc. | c/o Connolly Gallager LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| BlueCore Inc | Attn: Liz Madsen | | liz.madsen@bluecore.com |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | | elisabeth.keller@capillarytech.com<br>sridhar.bollam@capillarytech.com |
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | jcarr@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Scott Andron | sandron@broward.org |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William F. Hazeltine | whazeltine@sha-llc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | mkurzman@carmodylaw.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | jcarbino@leechtishman.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 5



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Fred B. Ringel, Clement Yee | fringel@leechtishman.com cyee@leechtishman.com |
| CFL Distribution Inc | Attn: Lynda Wong | | lynda_wong@cflhk.com |
| Chacon | Attn: Armond M. Jackson | | ajackson@jacksonapc.com |
| Chacon | Attn: Raul Perez | | raul.perez@capstonelawyers.com |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D Reece | lreece@pbfcm.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | bankruptcy@abernathy-law.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | jhaithcock@burr.com |
| Commission Junction LLC | Attn: Camelia Gehrke | | camelia.gehrke@cj.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk azia@ecbl.pk |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |
| Delaware Department of Justice | | | attorney.general@state.de.us |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | jgiampolo@rosenbergestis.com |
| E-Teen Company Limited | G. Malamet | | kevin.luk@eteen-hk.com |
| Express, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | daniel.daines@kirkland.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com emily.geier@kirkland.com nicholas.adzima@kirkland.com |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com myurkewicz@klehr.com aradovanovich@klehr.com |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Fashion Island Retail LLC [Fashion Island Shopping Center] | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com brannickn@ballardspahr.com |
| Fortune Footwear Inc. | Attn: Thomas Paccione | | tpaccione@fortunefootwear.com |
| FRIT San Jose Town and Country Village, LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman; Michelle N. Friedman | heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| Genesee Mall Realty LLC | c/o Namco Realty LLC | Attn: Daniel Giannini, Anthony Matinale | anthony@namdanelle.com |
| GGP Columbia Mall | Attn: Troy Benson | | troy.benson@bpretail.com |
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 5

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE

Page 12 of 15



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Jeffrey M. Kurzon | | | Email on file |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | gary@lcllp.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | todd@lcllp.com scott@lcllp.com |
| Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson | | legal@taxcollector.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | | eddie.chan@leverstyle.com william.tan@leverstyle.com derek.lee@leverstyle.com winnie.man@leverstyle.com |
| Li&Fung(Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | | laurencerudge@lifung.com gordonchiang@lifung.com legalnotices@lifung.com |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com tfreedman@csglaw.com |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmonroe@pbfcm.com lmbkr@pbfcm.com |
| Macerich Cerritos LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Macerich Northwestern Associates | | | broadwayplazaar@macerich.com |
| Macerich Twenty Ninth Street, LLC | | | twentyninthstreetbouldercrossroadsar@macerich.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | | jrich@madisoncountyal.gov |
| Mall at Chestnut Hill, LLC [The Shops at Chestnut Hill] | c/o Simon Property Group, Inc. | | bmexin@simon.com |
| Manchu Times Fashion Limited | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | tklestadt@klestadt.com |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | | michaelli@manchutimesfashion.com olivialuk@manchutimesfashion.com |
| Maryland Office of the Attorney General | | | oag@oag.state.md.us |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | | dbloch@mgfsourcing.com |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Montgomery Mall Owner LLC | c/o Bank of America | | usarremittances@urw.com |
| Montgomery Mall Owner LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland | nferland@barclaydamon.com |
| Monument Consulting LLC | Attn: Allison Hutchcroft | | allison.hutchcroft@monumentconsulting.com |
| Motives | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 3 of 5

Document Ref: TADDA-PX4ZJ-TKT4R-6JGOE

Page 13 of 15



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Nancy C. Millan, Hillsborough County Tax Collector | Attn: Brian T. Fitzgerald | | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | | | attorneygeneral@doj.nh.gov |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | | suelee@newtimesgroup.com<br>eunicekim@newtimesgroup.com |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | jcarbino@leechtishman.com |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel & Clement Yee | fringel@leechtishman.com<br>cyee@leechtishman.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | cmwinter@duanemorris.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | jbillingsley@duanemorris.com |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| Northwoods Mall CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| Northwoods Mall CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Oakbrook Shopping Center, LLC | c/o Brookfield Properties Retail Inc. | Attn: Julia Minnick Bowden | julie.bowden@bpretail.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | | john.schanne@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com<br>nallard@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | luke.murley@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| OGLETHORPE MALL L.L.C. | c/o Brookfield Properties Retail Inc. | Attn: Julia Minnick Bowden | julie.bowden@bpretail.com |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | | carolhong@pbms.biz |
| Pandera Systems, LLC | Attn: Steve Jones | | steve.jones@66degrees.com |
| Plaza Frontenac Acquisition, LLC | c/o Brookfield Properties Retail Inc. | Attn: Julie Minnick Bowden | julie.bowden@bpretail.com |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | joaquin.alemany@hklaw.com |
| PREIT Services, LLC | c/o Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | kcapuzzi@beneschlaw.com<br>dbrogan@beneschlaw.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Radial Inc | Attn: Kat Gibson, Emily Jones | | gibsonk@radial.com<br>ejones@radial.com |
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | atanenbaum@dplawyers.com |
| Roth Bros., Inc. d/b/a Sodexo | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| Salesforce Inc | Attn: Kevin Ramirez | | kramirez@salesforce.com |
| Silver Crest Clothing PVT LTD - Unit III | Attn: Gautam Golchha | | gautam@silvercrest.in |
| Simon Capital GP | Attn: Jon Murphy | | jonmurphy@simon.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| Simon Property Group, Inc. | c/o Offit Kurman, P.A. | Attn: Brian J. McLaughlin | brian.mclaughlin@offitkurman.com |
| SPUS9 FB Paddock Prop, LLC | Attn: Anna Fudala | | afudala@fairbourne.com |
| SPUS9 FB Paddock PROP, LLC | c/o Daspin & Aument, LLP | Attn: Samantha Thoma Suite 2200 | sthoma@daspinaument.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Street Retail, Inc. | c/o Ballard Spahr LLP | Attn: Leslie C Heilman | heilmanl@ballardspahr.com |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | cmiller@morrisnichols.com |
| Tanger Properties Limited Partnership | Attn: Justin Stein | | js@tanger.com |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Tennessee Attorney General's Office | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | agbankdelaware@ag.tn.gov |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| The Retail Property Trust | | | 3172637091@simon.com |
| The Shops at NorthCreek LLC | c/o Bradford Dempsey Law LLC | Attn: Bradford E. Dempsey | brad@dempseycounsel.com |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | | keven@totefashion.com.tw |
| Travis County | Attn: Jason A. Starks | | jason.starks@traviscountytx.gov |
| Urban Crown Limited | Attn: Kevin Moylan | | kevin@crownsmart.com |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | | emily.abrahamson@wellsfargo.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com<br>dimitri.karcazes@goldbergkohn.com<br>keith.radner@goldbergkohn.com<br>eva.gadzheva@goldbergkohn.com |
| WHP Global | c/o Morris, Nicholas, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@morrisnichols.com |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | jafeltman@wlrk.com<br>bsarfa@wlrk.com |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com<br>eseverini@fbtlaw.com |