## Exhibit 1

**Assumed Contracts**

| No. | Assumption Counterparty | Debtor Party | Description of Contract[1] | Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|
| 1. | ThinkLP | Express, LLC | LP Platform for associate incident reporting, audits, etc. | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | IntelliQ LLC | Express, LLC | Software License | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | Brierley & Partners, Inc. | Express, LLC | Master Services Agreement, last amended January 30, 2022 | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 4. | Copper Hill | Express, LLC | Consultation Services Agreement | $0 | Phoenix Retail, LLC | 6/21/2024 |

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.