

Kathy Hochul, Governor
Roberta L. Reardon, Commissioner

RECEIVED
2024 AUG 23 AM 10: 06

August 20, 2024

Clerk of Court
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET, 3RD FL
WILMINGTON, DE  19801

Re: EXPRESS LLC
ER# 47-42536
BANKRUPTCY# 24-10831

Dear Sir:

We hereby withdraw our Priority Claim which was dated 8/14/2024 for $2,864.77.

Very truly yours,

Marta Cole
UI Employer Compliance Agent 2
(800)456-1015

MC:mc

IA 37.1WD (6-12)

New York State Department of Labor
Unemployment Insurance Division
1220 Washington Ave. BLDG 12 RM 256
Albany, NY 12226
**17-210**





1980183024 C012