## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### THIRD MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | July 1, 2024 through July 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $200,041.50 (80% $160,033.20) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,041.10 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the third monthly fee application filed in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PRIOR APPLICATIONS**

| Prior Applications: | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed 6/11/2024 DI No. 437 CNO DI No. 585 Filed 7/8/2024 | 4/22/2024-5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |
| Second Monthly Filed 7/23/2024 DI No. 640 CNO DI No. 724 Filed 8/14/2024 | 6/1/2024-6/30/2024 | $140,286.00 | $2,867.24 | $112,228.80 | $2,867.24 | $28,057.20 |

**TIME AND COMPENSATION BREAKDOWN**
**JULY 1, 2024 THROUGH JULY 31, 2024**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Morton R. Branzburg | Bankruptcy & Restructuring Founding Partner Admitted to Bar 1976 | $925.00 | 0.80 | $740.00 |
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 49.50 | $42,075.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 50.50 | $32,825.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $570.00 | 66.50 | $37,905.00 |
| Catherine V. Wigglesworth | Litigation Partner Admitted to Bar 2012 | $570.00 | 76.90 | $43,833.00 |
| C. Quincy Conrad | Litigation Associate Admitted to Bar 2019 | $475.00 | 17.30 | $8,217.50 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 0.40 | $174.00 |
| Benjamin Fischer | Bankruptcy & Restructuring Associate Admitted to Bar 2024 | $435.00 | 40.60 | $17,661.00 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $415.00 | 13.80 | $5,727.00 |
| Ciera S. Bennett | Litigation Paralegal | $375.00 | 8.60 | $3,225.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 22.20 | $7,659.00 |
| **TOTALS** | | | **347.10** | **$200,041.50** |
| **BLENDED RATE** | | | | **$576.32** |

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2024 THROUGH JULY 31, 2024

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | AL | 15.10 | $8,969.50 |
| Case Administration | CS | 12.80 | $5,880.00 |
| Employment and Fee Applications | EF | 20.80 | $11,183.50 |
| Litigation:  Contested Matters and Adversary Proceedings | LC | 252.70 | $143,266.50 |
| Plan and Disclosure Statement | PD | 41.10 | $27,552.00 |
| Reporting | RG | 3.70 | $2,605.00 |
| Relief from Stay and Adequate Protection | RS | 0.90 | $650.00 |
| **TOTAL** | | **347.10** | **$200,041.50** |

## JULY 1, 2024 THROUGH JULY 31, 2024

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Pacer | $732.90 |
| Special Copy-Reliable | $308.20 |
| **TOTAL** | **$1,041.10** |

11113192.v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRD MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE
DEBTORS FOR THE PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to Express, Inc. *et al.* and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its third monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from July 1, 2024 through July 31, 2024. In support hereof, Klehr Harrison respectfully represents as follows:

**I.    JURISDICTION, VENUE AND STATUTORY
PREDICATES FOR RELIEF SOUGHT**

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## II. **BACKGROUND**

2.      On April 22, 2024, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On May 3, 2024, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order").

5.      On June 4, 2024, this Court entered an *Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from July 1, 2024 through July 31, 2024 (the "Compensation Period"), totaling 347.10 hours of professional time.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $200,041.50. Klehr Harrison submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

8.      Attached hereto as <u>Exhibit "A"</u> is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

9.      Klehr Harrison also expended costs on behalf of the Debtor in the sum of $1,041.10 during the Compensation Period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page. Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the Compensation Period.

10.     Klehr Harrison accordingly seeks allowance of the sum of $200,041.50 in fees and $1,041.10 in expenses, for a total of $201,082.60.

11.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:  (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $200,041.50 and reimbursement of actual and necessary expenses incurred in the sum of $1,041.10 for the period from July 1, 2024 through July 31, 2024; (b) payment in the total amount of $161,074.30, which represents (i) 80% of the total fees billed ($160,033.20) and (ii) 100% of the expenses incurred ($1,041.10) during the Application Period, as provided under the Interim Compensation Order; and (c) such other relief as this Court deems just and proper.


*[Signature Page to Follow]*


11113192.v1

Dated:  August 23, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:     (302) 426-9193
Email:         dpacitti@klehr.com
               myurkewicz@klehr.com
               aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:   (215) 568-6603
Email:       mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:         joshua.sussberg@kirkland.com
               emily.geier@kirkland.com
               nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:       charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("<u>Klehr Harrison</u>"), co-counsel to the Debtors and Debtors in Possession in these cases (the "<u>Debtors</u>").

2.      I have read the foregoing *Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from July 1, 2024 through July 31, 2024* and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2024                    _/s/ Domenic E. Pacitti_____
                                             Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG LLP**

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

August 20, 2024

Laurel Krueger, Chief Legal Officer
Express, Inc., et al.
1 Express Drive
Columbus, OH  43230

Invoice #:       513616
Client #:         23441
Matter #:          0001

For professional services through July 31, 2024:

**RE:   Express Restructuring**

**PROFESSIONAL SERVICES**

**Assumption and Rejection of Leases and C**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/01/24 | MRB | Review objection of Plaza Los Americas and Plaza Del Carites to assumption and assignment | .20 | 925.00 | 185.00 |
| 7/01/24 | MRB | Review limited objection of AP Union and other landlords (Doc. 533) | .20 | 925.00 | 185.00 |
| 7/01/24 | MWY | Address landlord inquiries on assumption(.3)/ work on rejection order submissions(.8) | 1.10 | 650.00 | 715.00 |
| 7/03/24 | DEP | Review and prepare for filing COCs for assumption of contracts (0.70) and email with K&E team re: same (.30) | 1.00 | 850.00 | 850.00 |
| 7/03/24 | MWY | Work on assumption order submissions | .80 | 650.00 | 520.00 |
| 7/10/24 | MKH | Compile prepare and upload proposed order re Assumption Notice at Docket No. 523 with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/10/24 | MKH | Compile prepare and upload proposed order re Assumption Notice at Docket No. 524 with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/10/24 | MKH | Compile prepare and upload proposed order re Assumption Notice at Docket No. 525 with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/11/24 | MWY | Address Chubb stipulation | 1.30 | 650.00 | 845.00 |
| 7/11/24 | MWY | Work on assumption of agreements | .90 | 650.00 | 585.00 |
| 7/12/24 | MWY | Work on assumption of agreements | 1.80 | 650.00 | 1,170.00 |
| 7/16/24 | MKH | Review revise and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 475/Exhibits for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/16/24 | MKH | Revise and upload proposed order re Assumption Notice at Docket No. 475/exhibit with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/16/24 | MWY | Work on agreement assumptions | .50 | 650.00 | 325.00 |
| 7/19/24 | MWY | Work on assumption of agreements | .70 | 650.00 | 455.00 |
| 7/22/24 | MWY | Review status of assumptions | .70 | 650.00 | 455.00 |
| 7/22/24 | AMR | Review message and agreement re: rent issues relating to Chicago lease | .40 | 435.00 | 174.00 |
| 7/26/24 | DEP | Review drafts of and prep for filing 3 COC's for assumption of contracts | .60 | 850.00 | 510.00 |
| 7/26/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 446/Exhibits for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/26/24 | MKH | Compile and upload proposed order re Assumption Notice at Docket No. 446 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/26/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 447/Exhibits for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/26/24 | MKH | Review and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 450/Exhibits for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/26/24 | MKH | Compile and upload proposed order re Assumption Notice at Docket No. 447 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/26/24 | MKH | Compile and upload proposed order re Assumption Notice at Docket No. 450 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/26/24 | MKH | Review and prepare SEALED First Supplemental Declaration of Adam Keil in Support of Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/26/24 | MKH | Review and prepare REDACTED First Supplemental Declaration of Adam Keil in Support of Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/26/24 | MWY | Address additional assumption of contracts | .70 | 650.00 | 455.00 |
| 7/31/24 | MKH | Review and prepare Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

23441: Express, Inc., et al.

August 20, 2024

0001: Express Restructuring

Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/31/24 | MWY | Address rejection notice | .30 | 650.00 | 195.00 |

**Task Total:**                                                      **$ 8,969.50**

### Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/02/24 | MWY | Work on UCC and FICO settlement issues | .50 | 650.00 | 325.00 |
| 7/03/24 | MWY | Address omnibus hearing scheduling | .30 | 650.00 | 195.00 |
| 7/09/24 | MKH | Revise agenda for July 17, 2024 hearing and prepare email to counsel attaching same for review | .80 | 345.00 | 276.00 |
| 7/09/24 | MWY | Respond to creditor inquiries on claims(.5)/ review docket and agenda for hearing issues(.4) | .90 | 650.00 | 585.00 |
| 7/10/24 | MKH | Revise and finalize Notice of Agenda of Matters Scheduled for July 16, 2024 hearing for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 7/10/24 | MKH | Email exchanges with counsel and court re July 16, 2024 hearing and status of same | .40 | 345.00 | 138.00 |
| 7/10/24 | MKH | Draft and prepare Certification of Counsel re Omnibus Hearing Date/proposed order for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 7/10/24 | MKH | Revise and upload proposed order re omnibus hearing date with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/10/24 | MKH | Review revise and prepare Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Between the Debtors, the Committee, and ReStore; and Granting Related Relief/Notice/Exhibit for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/10/24 | MWY | Address hearing scheduling (.3)/ work on agenda and hearing mechanics (.6) | .90 | 650.00 | 585.00 |
| 7/11/24 | MKH | Review revise and prepare Certification of Counsel re Chubb Insurance Policy Stipulation/proposed order for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/11/24 | MKH | Prepare for and upload Stipulation and Order re Chubb Insurance Policy Stipulation with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/12/24 | MKH | Review and prepare Declaration of Mark Still in Support of Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Between the Debtors, the Committee, and ReStore; and (II) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/17/24 | MWY | Address inquiries on service list removal | .50 | 650.00 | 325.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/22/24 | MWY | Address creditor inquiries | .70 | 650.00 | 455.00 |
| 7/23/24 | MKH | Update case calendar re upcoming critical dates and deadlines | .20 | 345.00 | 69.00 |
| 7/24/24 | MWY | Follow up on creditor noticing issues | .60 | 650.00 | 390.00 |
| 7/25/24 | MKH | Review case docket; draft and prepare Certificate of Objection re Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Between the Debtors, the Committee, and ReStore; and Granting Related Relief for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 7/25/24 | MKH | Revise and upload proposed order and exhibit re Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Between the Debtors, the Committee, and ReStore; and Granting Related Relief with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/25/24 | MKH | Review revise and prepare Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief/Notice/Exhibit for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 7/29/24 | MWY | Follow up on service inquiries | .40 | 650.00 | 260.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10831 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Supporting Documentation Relating to Chapter 11 Monthly Operating Reports for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10832 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10833 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10834 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10835 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10836 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10837 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10838 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10839 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10840 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10841 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/31/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10842 for the Month Ending July 6, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

**Task Total:**                                                    **$ 5,880.00**

**Employment and Fee Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/02/24 | MWY | Address OCP filings | .50 | 650.00 | 325.00 |
| 7/03/24 | DEP | Review committee first monthly professional fee applications | .50 | 850.00 | 425.00 |
| 7/03/24 | MWY | Address K&E fee application issues(.5)/ address M3 fee application(.4) | .90 | 650.00 | 585.00 |
| 7/05/24 | MWY | Address Moelis fee application | .50 | 650.00 | 325.00 |
| 7/08/24 | MKH | Review case docket; draft and prepare CNO re First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 22, 2024 through May 31, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 7/09/24 | MWY | Follow up on UST questions on OCP retention | .50 | 650.00 | 325.00 |
| 7/10/24 | MWY | Address OCP retention issues | .60 | 650.00 | 390.00 |
| 7/11/24 | MWY | Address interim application procedures | .60 | 650.00 | 390.00 |
| 7/12/24 | MWY | Review UST comments on M3 application | .40 | 650.00 | 260.00 |
| 7/18/24 | MWY | Address fee application and hearing planning | .80 | 650.00 | 520.00 |

23441: Express, Inc., et al.                                                                  August 20, 2024
0001: Express Restructuring                                                              Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/22/24 | MKH | Draft KHHB Second Monthly Fee Application for June 2024/Notice/Exhibits/Charts/Certificatio n (1.10) and prepare email to D. Pacitti attaching same for review (.20) | 1.30 | 345.00 | 448.50 |
| 7/23/24 | DEP | Review and revise Klehr June fee application | .50 | 850.00 | 425.00 |
| 7/23/24 | DEP | Review and revise first monthly fee application of Klehr | .90 | 850.00 | 765.00 |
| 7/23/24 | MKH | Draft Notice re [Redacted] First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period April 22, 2024 to May 31, 2024 | .60 | 345.00 | 207.00 |
| 7/23/24 | MKH | Draft Notice re [Redacted] Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period June 1, 2024 to June 30, 2024 | .40 | 345.00 | 138.00 |
| 7/23/24 | MKH | Review and prepare [Redacted] First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period April 22, 2024 to May 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/23/24 | MKH | Review and prepare [SEALED] First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period April 22, 2024 to May 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/23/24 | MKH | Review and prepare Redacted Declaration of Brian C. Campbell in Support of the Debtors' Application of Entry of an Order (I) Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services to the Debtors, Effective as of the Petition Date and (II) Waiving the Information Request Requirements of Local Rule 2016-2(d) for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/23/24 | MKH | Review and prepare SEALED Declaration of Brian C. Campbell in Support of the Debtors' Application of Entry of an Order (I) Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services to the Debtors, Effective as of the Petition Date and (II) Waiving the Information Request Requirements of Local Rule 2016-2(d) for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/23/24 | MKH | Review and prepare Redacted Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 Through and Including June 30, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/23/24 | MKH | Review and prepare SEALED Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 Through and Including June 30, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/23/24 | MKH | Revise and finalize KHHB Second Monthly Fee Application for June 2024/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 7/23/24 | MKH | Update case calendar re upcoming objection deadlines | .20 | 345.00 | 69.00 |
| 7/23/24 | MWY | Address KPMG supplemental declaration(.6)/ address KPMG fee applications(.7) | 1.30 | 650.00 | 845.00 |
| 7/25/24 | MKH | Review case docket; draft and prepare CNO re First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from April 22, 2024 through and including May 31, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 7/25/24 | MKH | Review case docket; draft and prepare CNO re First Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from April 22, 2024 through May 31, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 7/25/24 | MWY | Coordinate fee application certifications | .60 | 650.00 | 390.00 |
| 7/26/24 | MKH | Review and prepare SEALED Supplemental Declaration of Sheryl Betance in Support of Debtors' (A) Application for Appointment of Stretto, Inc. as Claims and Noticing Agent, and (B) Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/26/24 | MKH | Review and prepare REDACTED Supplemental Declaration of Sheryl Betance in Support of Debtors' (A) Application for Appointment of Stretto, Inc. as Claims and Noticing Agent, and (B) Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/26/24 | MKH | Review and prepare SEALED First Supplemental Declaration of Nicholas Doland in Support of the Debtors' Application for an Order Authorizing the Retention of Pricewaterhousecoopers LLP as Audit Services Provider to the Debtors, Effective as of April 22, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/26/24 | MKH | Review and prepare REDACTED First Supplemental Declaration of Nicholas Doland in Support of the Debtors' Application for an Order Authorizing the Retention of Pricewaterhousecoopers LLP as Audit Services Provider to the Debtors, Effective as of April 22, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 7/26/24 | MWY | Address supplemental declarations and confidentiality issues(.8)/ work on M3 reduction mechanics(.5) | 1.30 | 650.00 | 845.00 |
| 7/29/24 | DEP | Review second monthly fee applications of committee professionals | .50 | 850.00 | 425.00 |
| 7/29/24 | MKH | Review and prepare SEALED First Supplemental Declaration of Joshua A. Sussberg in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of April 22, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/29/24 | MKH | Review and prepare REDACTED First Supplemental Declaration of Joshua A. Sussberg in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of April 22, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/29/24 | MWY | Address fee application process and coordination(.4)/ review and address supplemental declarations(.3) | .70 | 650.00 | 455.00 |
| 7/30/24 | DEP | Email M. Hughes e: fee applications | .10 | 850.00 | 85.00 |
| 7/30/24 | MKH | Review case docket; draft and prepare CNO re Second Monthly Application of Moelis & Company LLC from June 1, 2024 through and including June 30, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/30/24 | MKH | Update case calendar re upcoming hearing and deadlines | .20 | 345.00 | 69.00 |
| 7/30/24 | MWY | Work on application tracking | .30 | 650.00 | 195.00 |

**Task Total:**                                                                    **$ 11,183.50**

**Litigation: Contested Matters and Advers**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/01/24 | CO | Review and analyze case data | .40 | 415.00 | 166.00 |
| 7/01/24 | RMM | Facilitate document and legal research in support of investigation | 2.30 | 570.00 | 1,311.00 |
| 7/01/24 | CVW | Prepare for and attend call with R. Moore regarding plan for document review (1.50); analyze declarations and other materials in connection with same (1.20) | 2.70 | 570.00 | 1,539.00 |
| 7/02/24 | DEP | Call w M. Yurkewicz, R Moore C Wigglesworth B Fischer on investigation issues | .50 | 850.00 | 425.00 |
| 7/02/24 | DEP | Emails with N. Adzima re: UCC settlement with FILO lenders and procedure to implement (.40) / call with N. Adzima re: same (.30) | .70 | 850.00 | 595.00 |
| 7/02/24 | MWY | Call w D Pacitti R Moore C Wigglesworth B Fischer on investigation issues | .50 | 650.00 | 325.00 |
| 7/02/24 | RMM | Team call regarding ongoing project management and analysis (.50)/facilitate review of relevant documents in connection with investigation (1.40) | 1.90 | 570.00 | 1,083.00 |
| 7/02/24 | CVW | Prepare for and attend call with D. Pacitti, M. Branzburg, M. Yukewicz, R. Moore, and B. Fischer regarding plan for document collection and review (.50); analyze materials in connection with same (.50) | 1.00 | 570.00 | 570.00 |
| 7/02/24 | BF | Draft memo in connection with issues relating to investigation | .90 | 435.00 | 391.50 |
| 7/02/24 | BF | Discuss issues with team relating to investigation | .40 | 435.00 | 174.00 |
| 7/02/24 | BF | Draft memo in connection with issues relating to investigation | 1.50 | 435.00 | 652.50 |
| 7/02/24 | BF | Draft memo in connection with issues relating to investigation | 1.90 | 435.00 | 826.50 |
| 7/03/24 | DEP | Call with W. Transier, C. Wigglesworth, M. Yurkewicz, and R. Moore regarding background to investigation (.50) analyze board materials and minutes regarding at issue transactions (2.50) attend call with T. DePaulo, N. Adabi, R. Moore and C. Conrad regarding prior Kirkland information (.50) | 3.50 | 850.00 | 2,975.00 |
| 7/03/24 | CO | Review and analyze BoD meeting minutes (1.0)/confer with R. Moore re same (.20) | 1.20 | 415.00 | 498.00 |
| 7/03/24 | RMM | Calls related to development of plan and strategy for investigation | 2.40 | 570.00 | 1,368.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/03/24 | CVW | Prepare for and attend call with W. Transier, D. Pacitti, M. Yurkewicz, and R. Moore regarding background to investigation (1.0); analyze board materials and minutes regarding at issue transactions (3.70); prepare for and attend call with T. DePaulo, N. Adabi, R. Moore and C. Conrad regarding prior Kirkland work on data collection (.50); prepare for and attend call with R. Moore and C. Conrad regarding plan of investigation (.60); discuss document collection and materials with R. Moore (.40) | 6.20 | 570.00 | 3,534.00 |
| 7/03/24 | CQC | Meet with R. Moore, C. Wigglesworth, T. DePaulo, and N. Adabi to discuss document collection | .40 | 475.00 | 190.00 |
| 7/03/24 | CQC | Meet with R. Moore and C. Wigglesworth to discuss Express bankruptcy background and strategy | .40 | 475.00 | 190.00 |
| 7/07/24 | BF | Draft memo in connection with issues relating to plan | 3.00 | 435.00 | 1,305.00 |
| 7/07/24 | BF | Draft memo in connection with issues relating to investigation | .90 | 435.00 | 391.50 |
| 7/08/24 | DEP | Call with R. Moore and C. Orrin re: document review | .40 | 850.00 | 340.00 |
| 7/08/24 | CO | Review and analyze M-3 documents (1.10)/confer with D. Pacitti and R. Moore re same (.40) | 1.50 | 415.00 | 622.50 |
| 7/08/24 | RMM | Analyze issues and documents in connection with investigation | 4.30 | 570.00 | 2,451.00 |
| 7/08/24 | CVW | Analyze board materials and minutes regarding transactions (1.30); prepare for and attend call with R. Moore and C. Conrad regarding document investigation (.40); analyze draft working report (1.0) | 2.70 | 570.00 | 1,539.00 |
| 7/08/24 | BF | Update memo in connection with investigations issues | 1.60 | 435.00 | 696.00 |
| 7/08/24 | BF | Research issues relating to investigation and plan | .90 | 435.00 | 391.50 |
| 7/08/24 | BF | Draft memo on issues relating to investigation | 1.40 | 435.00 | 609.00 |
| 7/08/24 | CQC | Meet with R. Moore and C. Wigglesworth to discuss preliminary review of documents related to board materials | .40 | 475.00 | 190.00 |
| 7/08/24 | CQC | Review and analysis of May 18, 2023 Express Audit Committee Investigation Report, Declaration of Stewart Glendinning in Support of Debtors' Chapter 11 Petitions and First Day Motions, Declarations of Kunal S. Kamlani and Adam Keil in Support of the Motion of Debtors for Entry of Interim and Final Orders, Declaration of Adam Keil in Support of the Debtors' Motion for Entry of Order, and Pro Se Shareholder Objections to Debtor's First Day Motions and Motion for a Shareholder's Committee | 3.60 | 475.00 | 1,710.00 |
| 7/08/24 | CQC | Preliminary review and analysis of Express documents related to and board materials as part of investigation | 3.80 | 475.00 | 1,805.00 |
| 7/09/24 | CO | Review and analyze M3 and Express documents (1.50)/confer with R. Moore re same (.30) | 1.80 | 415.00 | 747.00 |
| 7/09/24 | RMM | Review and analyze background information and document in connection with developing investigation issues | 2.80 | 570.00 | 1,596.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/09/24 | CVW | Analyze board materials and related documents in connection with factual investigation of transactions | 5.50 | 570.00 | 3,135.00 |
| 7/10/24 | MRB | Review 9019 motion and settlement agreement with Committee | .40 | 925.00 | 370.00 |
| 7/10/24 | DEP | Review plan and investigation issues memo from B. Fischer | 1.30 | 850.00 | 1,105.00 |
| 7/10/24 | DEP | Review board materials and related documents (1.0) / attend call with Klehr working group and W. Transier regarding status of investigation (.50); prepare for and attend follow-up call with Klehr working group regarding same (.30) | 1.80 | 850.00 | 1,530.00 |
| 7/10/24 | DEP | Emails with K&E team re: 9019 motion with UCC | .30 | 850.00 | 255.00 |
| 7/10/24 | DEP | Review 91019 motion with UCC | .50 | 850.00 | 425.00 |
| 7/10/24 | MWY | Work on UCC settlement motion | 2.70 | 650.00 | 1,755.00 |
| 7/10/24 | CO | Review and analyze M3 and Express documents (.40) /confer with R. Moore re same (.10) | .50 | 415.00 | 207.50 |
| 7/10/24 | RMM | Review and analyze issues in connection with development of investigation issues | 4.00 | 570.00 | 2,280.00 |
| 7/10/24 | CVW | Review board materials and related documents in connection with factual investigation (4.90); prepare for and attend call with R. Moore regarding investigation (.30); prepare for and attend call with W. Transier, D. Pacitti, M. Yurkewicz, and R. Moore regarding status of investigation (.70); prepare for and attend follow-up call with D. Pacitti, M. Yurkewitz, and R. Moore regarding same (.30) | 6.20 | 570.00 | 3,534.00 |
| 7/10/24 | BF | Discuss issues relating to investigation with C. Wigglesworth | .30 | 435.00 | 130.50 |
| 7/10/24 | CQC | Review and analysis of and board materials (4.50), and evaluation of same for relevance to investigation into Express transactions (1.50) | 6.00 | 475.00 | 2,850.00 |
| 7/10/24 | CQC | Meet with R. Moore and C. Wigglesworth to discuss status of review and analysis of materials, and evaluation of same for relevance to investigation into Express transactions and potential causes of action | .20 | 475.00 | 95.00 |
| 7/10/24 | CQC | Meet with R. Moore, C. Wigglesworth, W. Transier, M. Yurkewicz, and D. Pacitti to discuss status of review and analysis of documents, and evaluation of same for relevance to investigation into Express transactions and potential causes of action | .30 | 475.00 | 142.50 |
| 7/11/24 | MWY | Follow up on UCC settlement supplemental documentation | .70 | 650.00 | 455.00 |
| 7/11/24 | CO | Review and analyze M3 and Express documents | .20 | 415.00 | 83.00 |
| 7/11/24 | CVW | Analyze Board materials and related documents in connection with factual investigation (2.30); correspond with R. Moore, C. Conrad, and B. Fischer regarding notable documents (.30) | 2.60 | 570.00 | 1,482.00 |
| 7/12/24 | DEP | Emails with K&E team re: Still declaration in support of 9019 (.30) / review of declaration (.20) | .50 | 850.00 | 425.00 |

23441: Express, Inc., et al.                                                        August 20, 2024
0001: Express Restructuring                                                        Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/12/24 | MWY | Review and address supplemental declaration on UCC settlement | .60 | 650.00 | 390.00 |
| 7/12/24 | CO | Review and analyze M3 and Express documents (1.0) /confer with R. Moore and C. Wigglesworth concerning upcoming document collection, review, and production (.30) | 1.30 | 415.00 | 539.50 |
| 7/12/24 | RMM | Analyze issues and documents in connection with investigation issues | 1.50 | 570.00 | 855.00 |
| 7/12/24 | CVW | Analyze presentations and related materials in connection with factual investigation (2.20); prepare for and attend call with R. Moore regarding strategy and progress(.50); prepare for and attend call with B. Fischer regarding work streams in investigation (.50); correspond with D. Pacitti regarding board presentations (.30) | 3.50 | 570.00 | 1,995.00 |
| 7/12/24 | BF | Review documents in connection with investigation | 2.50 | 435.00 | 1,087.50 |
| 7/12/24 | CQC | Review and analysis of documents for identification of relevant information as part of investigation into transactions and potential causes of action | 2.00 | 475.00 | 950.00 |
| 7/14/24 | BF | Review documents in connection with investigation | 7.20 | 435.00 | 3,132.00 |
| 7/15/24 | CO | Confer concerning email collection (.30)/review and analyze Express and M3 documents (1.0)/confer with R. Moore re same (.30) | 1.60 | 415.00 | 664.00 |
| 7/15/24 | RMM | Review and analyze documents and issues in connection with plan claims investigations | 3.30 | 570.00 | 1,881.00 |
| 7/15/24 | CVW | Prepare for and attend call with T. DePaulo, N. Adabi, and R. Moore regarding document collection and background (.50); discuss same with R. Moore (.50); prepare for and attend meeting with R. Moore, C. Conrad, and B. Fischer regarding plan (2.0) | 3.00 | 570.00 | 1,710.00 |
| 7/15/24 | BF | Review documents in connection with claims review | 1.40 | 435.00 | 609.00 |
| 7/15/24 | BF | Internal call to discuss issues with claims analysis | .10 | 435.00 | 43.50 |
| 7/15/24 | CQC | Meet with R. Moore, C. Wigglesworth, and B. Fischer to discuss status of review and analysis of documents, and evaluation of same for relevance to investigation into Express transactions and potential causes of action | .20 | 475.00 | 95.00 |
| 7/16/24 | DEP | Research and review cases on plan issues and investigation | 6.20 | 850.00 | 5,270.00 |
| 7/16/24 | RMM | Review and analyze documents and issues in connection with claims analysis | 3.90 | 570.00 | 2,223.00 |
| 7/16/24 | CVW | Prepare for and attend call with R. Lichman, A. Blaznik, T. DePaulo, N. Adzima, M. Williamson, and R. Moore regarding documents and other background (1.0); discuss same with R. Moore (.40); draft notes summarizing same (1.20) | 2.60 | 570.00 | 1,482.00 |
| 7/17/24 | RMM | Review and analyze documents and issues in connection with claims review | .40 | 570.00 | 228.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/17/24 | CVW | Conduct factual and legal research in connection with claims analysis | 1.30 | 570.00 | 741.00 |
| 7/17/24 | BF | Review documents in connection with investigation | 1.60 | 435.00 | 696.00 |
| 7/18/24 | RMM | Emails and analysis regarding ongoing document review and collection. | .20 | 570.00 | 114.00 |
| 7/18/24 | CVW | Conduct factual and legal research in connection with claims analysis | 3.00 | 570.00 | 1,710.00 |
| 7/19/24 | DEP | Attend call with C. Wigglesworth and R. Moore regarding status of investigation (.50) attend call with R. Lefkovitz and R. Moore and C. Wigglesworth regarding same (.40) / review memorandum from C. Wigglesworth re; background and facts (.40) | 1.30 | 850.00 | 1,105.00 |
| 7/19/24 | DEP | Work on claims review and analysis | 3.40 | 850.00 | 2,890.00 |
| 7/19/24 | RMM | Review and analyze issues in connection with claims analysis | 2.30 | 570.00 | 1,311.00 |
| 7/19/24 | CVW | Prepare for and attend call with D. Pacitti and R. Moore regarding status of investigation (.50); prepare for and attend call with R. Lefkovitz and R. Moore regarding same (.50); revise memorandum summarizing calls and revise list of requested documents (1.70) | 2.70 | 570.00 | 1,539.00 |
| 7/19/24 | BF | Research issues related to investigation | 2.00 | 435.00 | 870.00 |
| 7/20/24 | RMM | Review and analyze issues in connection with claims analysis | 3.50 | 570.00 | 1,995.00 |
| 7/21/24 | RMM | Review and analyze documents in connection with investigation | .50 | 570.00 | 285.00 |
| 7/21/24 | CVW | Prepare for and attend call with R. Moore (.50); conduct factual research in connection with investigation (1.50) | 2.00 | 570.00 | 1,140.00 |
| 7/22/24 | CSB | Meeting with C. Wigglesworth re meeting minutes | .30 | 375.00 | 112.50 |
| 7/22/24 | CSB | Reviewing and modifying the searches (.20) / creating a tag and beginning to review the responsive documents (.30) | .50 | 375.00 | 187.50 |
| 7/22/24 | CO | Review and analyze Express documents (1.40)/confer with R. Moore and C. Bennett re same (.30) | 1.70 | 415.00 | 705.50 |
| 7/22/24 | RMM | Review and analyze documents in connection with investigation | 5.90 | 570.00 | 3,363.00 |
| 7/22/24 | CVW | Prepare for and attend call with R. Moore regarding document review status (.50); prepare for and attend call with R. Moore and C. Orrin regarding (.70); conduct factual research pertaining to investigation and summarize same (4.30) | 5.50 | 570.00 | 3,135.00 |
| 7/23/24 | DEP | Call with R. Moore and C. Wigglesworth re: review and analysis of claims related issues | .30 | 850.00 | 255.00 |
| 7/23/24 | CSB | Reviewing the documents responsive to search in Relativity | 3.60 | 375.00 | 1,350.00 |
| 7/23/24 | RMM | Review and analyze documents in connection claims review and analysis | 5.70 | 570.00 | 3,249.00 |

23441: Express, Inc., et al.                                                      August 20, 2024
0001: Express Restructuring                                                     Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/23/24 | CVW | Prepare for and attend call with C. Orrin and R. Moore regarding status (.50); discuss documents with R. Moore (.50); conduct factual research regarding claims (4.30) | 5.30 | 570.00 | 3,021.00 |
| 7/23/24 | BF | Research issues related to investigation | .50 | 435.00 | 217.50 |
| 7/24/24 | DEP | Work on claims review and analysis | 4.00 | 850.00 | 3,400.00 |
| 7/24/24 | CSB | Continuing to review the responsive doc (.30) / collecting internal work minutes to create a spreadsheet (.30) | .60 | 375.00 | 225.00 |
| 7/24/24 | RMM | Review and analyze documents in connection with plan. | .30 | 570.00 | 171.00 |
| 7/24/24 | CVW | Conduct factual research in connection with investigation | 1.60 | 570.00 | 912.00 |
| 7/25/24 | DEP | Prepare for and attend call with P. Hall, A. Keil,C. Wigglesworth and R. Moore regarding investigation and issues (1.0) / analyze board materials and related documents in connection with same (2.0) | 3.00 | 850.00 | 2,550.00 |
| 7/25/24 | DEP | Work on claims review and analysis | 3.70 | 850.00 | 3,145.00 |
| 7/25/24 | MWY | Follow up on UCC settlement | .40 | 650.00 | 260.00 |
| 7/25/24 | CO | Draft email to B. Smolinski and R. Lefkovitz concerning Express document collection | .10 | 415.00 | 41.50 |
| 7/25/24 | RMM | Review and analyze documents in connection with investigation | 3.20 | 570.00 | 1,824.00 |
| 7/25/24 | CVW | Prepare for and attend call with P. Hall, A. Keil, D. Pacitti, and R. Moore regarding background investigation (.50); analyze board materials and related documents in connection with same (.50); conduct factual research regarding bankruptcy (1.30) | 2.80 | 570.00 | 1,596.00 |
| 7/25/24 | BF | Research issues related to plan confirmation | 1.20 | 435.00 | 522.00 |
| 7/26/24 | RMM | Review and analyze documents in connection with investigation | 1.00 | 570.00 | 570.00 |
| 7/26/24 | CVW | Analyze and summarize factual information relating to bankruptcy and plan | 3.00 | 570.00 | 1,710.00 |
| 7/26/24 | BF | Research issues in connection with investigation | 3.10 | 435.00 | 1,348.50 |
| 7/27/24 | CO | Review and analyze incoming documents from Express | .30 | 415.00 | 124.50 |
| 7/29/24 | CSB | Meeting with the client, C. Orrin and R. Moore re: document review | .50 | 375.00 | 187.50 |
| 7/29/24 | CSB | Reviewing and organizing documents in chronological order | 1.80 | 375.00 | 675.00 |
| 7/29/24 | CO | Review and analyze Express documents (1.10)/confer with R. Moore concerning email collection and Express retention policies (.50) | 1.60 | 415.00 | 664.00 |
| 7/29/24 | RMM | Review and analyze documents in connection with developing plan. | 3.70 | 570.00 | 2,109.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/29/24 | CVW | Prepare for and attend call with R. Moore and C. Orrin regarding collection of documents in connection with claims review (.50); analyze disclosure statement (.50); analyze board materials and related documents and conduct factual research in connection with claims analysis (5.20) | 6.20 | 570.00 | 3,534.00 |
| 7/29/24 | BF | Review documents in connection with plan | 3.00 | 435.00 | 1,305.00 |
| 7/30/24 | DEP | Call with M3 team re: background on transactions | .50 | 850.00 | 425.00 |
| 7/30/24 | CSB | Attending Teams meeting re: documents (.50) / reviewing documents and creating a spreadsheet (.80) | 1.30 | 375.00 | 487.50 |
| 7/30/24 | CO | Confer with R. Moore and B. Smolinski concerning email collection and data retention policies | .50 | 415.00 | 207.50 |
| 7/30/24 | RMM | Review and analyze documents in connection with claims analysis | 9.90 | 570.00 | 5,643.00 |
| 7/30/24 | CVW | Prepare for and attend call with D. Pacitti, R. Moore, and M3 regarding issues (.70); prepare for and attend meeting with R. Moore regarding same (.50); analyze board materials in connection with claims analysis (1.80); conduct factual research in connection with investigation (1.50) | 4.50 | 570.00 | 2,565.00 |
| 7/31/24 | CO | Review and analyze incoming data (.90)/confer with R. Moore re same (.20) | 1.10 | 415.00 | 456.50 |
| 7/31/24 | RMM | Review and analyze documents in connection with developing claims analysis | 3.50 | 570.00 | 1,995.00 |

**Task Total:**                                            **$ 143,266.50**

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/01/24 | BF | Draft memo in connection with issues relating to plan releases | 3.00 | 435.00 | 1,305.00 |
| 7/03/24 | MWY | Confirmation requirements planning session | .50 | 650.00 | 325.00 |
| 7/08/24 | DEP | Email exchange from K&E team re: DS/Plan filing and approval schedule | .30 | 850.00 | 255.00 |
| 7/08/24 | MWY | Review and address DS scheduling issues | .60 | 650.00 | 390.00 |
| 7/08/24 | BF | Draft memo on issues relating to plan | 2.20 | 435.00 | 957.00 |
| 7/10/24 | MWY | Work on confirmation planning and strategy | 1.30 | 650.00 | 845.00 |
| 7/15/24 | DEP | Emails with K&E team re: proposed DS and confirmation schedule | .50 | 850.00 | 425.00 |
| 7/15/24 | DEP | Review initial drafts of Plan and DS | 3.00 | 850.00 | 2,550.00 |
| 7/15/24 | MWY | Work on disclosure statement hearing mechanics | .90 | 650.00 | 585.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 7/16/24 | MWY | Coordinate with court on hearing scheduling(.7)/ review plan issues(.6) | 1.30 | 650.00 | 845.00 |
| 7/17/24 | DEP | Email exchanges with K&E team re: Plan and DS timing and scheduling | .40 | 850.00 | 340.00 |
| 7/17/24 | MWY | Address DS planning and scheduling | .50 | 650.00 | 325.00 |
| 7/18/24 | MWY | Address exclusivity issues | .70 | 650.00 | 455.00 |
| 7/19/24 | MWY | Review confirmation materials | .60 | 650.00 | 390.00 |
| 7/22/24 | MWY | Review plan materials | .90 | 650.00 | 585.00 |
| 7/23/24 | DEP | Call with A. Keil re: review and analysis of plan related issues | .30 | 850.00 | 255.00 |
| 7/23/24 | DEP | Finalize proposed revision to draft plan and send same to K&E | 2.00 | 850.00 | 1,700.00 |
| 7/23/24 | MWY | Review plan revisions | .80 | 650.00 | 520.00 |
| 7/25/24 | MWY | Review proposed plan(.9)/ call with K&E team on plan(.5)/ work on exclusivity motion(1.2)/ work on confirmation planning review(.7) | 3.30 | 650.00 | 2,145.00 |
| 7/26/24 | MWY | Address plan strategy(.5)/ address development of plan document support(.7) | 1.20 | 650.00 | 780.00 |
| 7/30/24 | DEP | Review draft of DS and provide comments to K&E (1.50) / emails with R. Moore and M. Yurkewicz re: revisions to DS (.50) / emails with W. Tansier re: revisions to DS (.50) | 2.50 | 850.00 | 2,125.00 |
| 7/30/24 | MWY | Address plan modifications | .90 | 650.00 | 585.00 |
| 7/31/24 | DEP | Emails with K&E team re: DS revisions | .60 | 850.00 | 510.00 |
| 7/31/24 | DEP | Review Plan, DS and DS Motion (2.50) emails with K&E team re: same (.40) | 2.90 | 850.00 | 2,465.00 |
| 7/31/24 | MKH | Review and prepare Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/31/24 | MKH | Review and prepare Disclosure Statement Relating to the Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 7/31/24 | MKH | Review revise and prepare Debtors' Motion For Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief/Notice/Exhibit for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 7/31/24 | MWY | Work on plan(1.8)/ work on disclosure statement(.4)/ work on DS motion (2.7)/ address potential hearing scheduling and mechanics(.4)/ review and address service issues(.6) | 5.90 | 650.00 | 3,835.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/31/24 | CVW | Analyze SEC filings in connection with claims analysis (1.0); discuss same with R. Moore (.40); conduct factual research in connection with claims analysis (1.60) | 3.00 | 570.00 | 1,710.00 |

**Task Total:** **$ 27,552.00**

**Reporting**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/29/24 | MWY | Coordinate operating report issues and payment | .70 | 650.00 | 455.00 |
| 7/31/24 | DEP | Review June MORs | 1.00 | 850.00 | 850.00 |
| 7/31/24 | MWY | Work on operating reports(1.4)/ address UST fee payment(.6) | 2.00 | 650.00 | 1,300.00 |

**Task Total:** **$ 2,605.00**

**Relief from Stay and Adequate Protection**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/08/24 | MWY | Review and address Stored Value motion | .50 | 650.00 | 325.00 |
| 7/30/24 | MWY | Follow up on resolution of motion | .40 | 650.00 | 260.00 |

**Task Total:** **$ 585.00**

**TOTAL PROFESSIONAL SERVICES** **$ 200,041.50**

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Branzburg, Morton R. | Partner | .80 | 925.00 | 740.00 |
| Pacitti, Domenic E. | Partner | 49.50 | 850.00 | 42,075.00 |
| Yurkewicz, Michael W. | Partner | 50.50 | 650.00 | 32,825.00 |
| Moore, Ryan M. | Partner | 66.50 | 570.00 | 37,905.00 |
| Wigglesworth, Catherine V | Partner | 76.90 | 570.00 | 43,833.00 |
| Conrad, C Quincy | Associate | 17.30 | 475.00 | 8,217.50 |
| Radovanovich, Alyssa M | Associate | .40 | 435.00 | 174.00 |
| Fischer, Benjamin | Law Clerk | 40.60 | 435.00 | 17,661.00 |
| Orrin, Christopher P. | Associate | 13.80 | 415.00 | 5,727.00 |
| Bennett, Ciera S. | Paralegal | 8.60 | 375.00 | 3,225.00 |
| Hughes, Melissa K. | Paralegal | 22.20 | 345.00 | 7,659.00 |
| **TOTALS** | | **347.10** | | **$ 200,041.50** |

EXHIBIT B

23441: Express, Inc., et al.
0001: Express Restructuring

August 20, 2024
Invoice #: 513616

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Pacer | 732.90 |
| Special Copy | 308.20 |

TOTAL DISBURSEMENTS         $ 1,041.10

TOTAL THIS INVOICE          $ 201,082.60

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

AR@Reliable-co.com
Fed Id # 23-2473700

# Reliable

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

**INVOICE**

Date      07/08/24
Number  WL117691
Page  **1**

**Sold To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE 19801-3062

**Ship To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE 19801-3062

| | | | |
|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | 23441.0001 |
| Our Order No. | WL117691 | P.O. Date | 07/08/24 |
| Terms | Net 30 Days | Ordered By | Melissa Hughes |
| Due Date | 08/07/24 | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00683 Daily Transcript-Original | | 46.00 | 1.00 | 46.00 | 46 | PAGE | 6.70 | 308.20 |

5/23/24

Approved by Domenic Pacitti

| | |
|---|---|
| Subtotal: | 308.20 |
| Sales Tax: | 0.00 |
| Total: | 308.20 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **308.20** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

# Cost Report

Express, Inc., et al. / Express Restructuring (23441-0001)

| Date | SM/Task | Service Code | Description | Attorney | Orig Qty | Orig Amt | Rev Qty | Rev Amt | Vendor | Voucher | Check No. | Check Date | Check Status | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2024 | E106 | 00023 | Pacer | 0358 | 0.00 | 442.50 | 0.00 | 442.50 | PACER SERVICE CENTER | 1314455 | 999004228 | 08/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q22024 | | | | | | | | | | | | | | | |
| 06/30/2024 | E106 | 00023 | Pacer | 0358 | 0.00 | 162.30 | 0.00 | 162.30 | PACER SERVICE CENTER | 1314455 | 999004228 | 08/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q22024 | | | | | | | | | | | | | | | |
| 06/30/2024 | E106 | 00023 | Pacer | 0660 | 0.00 | 109.20 | 0.00 | 109.20 | PACER SERVICE CENTER | 1314455 | 999004228 | 08/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q22024 | | | | | | | | | | | | | | | |
| 06/30/2024 | E106 | 00023 | Pacer | 0660 | 0.00 | 18.90 | 0.00 | 18.90 | PACER SERVICE CENTER | 1314455 | 999004228 | 08/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q22024 | | | | | | | | | | | | | | | |
| 07/08/2024 | E102 | 00016 | Special Copy | 0358 | 0.00 | 308.20 | 0.00 | 308.20 | RELIABLE WILMINGTON | 1314275 | 999004264 | 08/02/2024 | | 0 | Unbilled |
| Special Copy, RELIABLE WILMINGTON, 7/8/2024, WL117691 | | | | | | | | | | | | | | | |
| **Report Totals:** | | | | | **0.00** | **1,041.10** | **0.00** | **1,041.10** | | | | | | | |