# EXHIBIT A

## Summary of Billing by Timekeeper

## SUMMARY OF BILLING BY TIMEKEEPER

### JULY 1, 2024 THROUGH JULY 31, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam C. Rogoff | 1989 | Partner<br>Creditors' Rights<br>(Since 2009) | $1,855 | 26.40 | 48,972.00 |
| Barry Herzog | 1992 | Partner<br>Tax<br>(Since 2002) | $1,760 | 2.20 | $3,872.00 |
| Elan Daniels | 2005 | Counsel<br>Creditors' Rights<br>(Since 2023) | $1,405 | 2.00 | $2,810.00 |
| Robert T. Schmidt | 1990 | Counsel<br>Creditors' Rights<br>(Since 2021) | $1,730 | 67.00 | $115,910.00 |
| Evan Raskin | 2024 | Associate<br>Creditors' Rights<br>(Since 2023) | $780 | 10.60 | $8,268.00 |
| Nathaniel Allard | 2013 | Associate<br>Creditors' Rights<br>(Since 2012) | $1,380 | 98.00 | $135,240.00 |
| Mariya Khvatskaya | 2016 | Associate<br>Tax<br>(Since 2016) | $1,370 | 3.90 | $5,343.00 |
| Kane, Wendy | N/A | Paralegal<br>Creditors' Rights<br>(Since 2018) | $565 | 10.10 | $5,706.50 |
| **TOTAL FEES** | | | | 220.20 | $326,121.50 |

**Blended Rate:   $1,481.02**

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024).

52911087.2 08/27/2024