**<u>EXHIBIT B</u>**

**Compensation by Project Category**

**COMPENSATION BY PROJECT CATEGORY**

**JULY 1, 2024 THROUGH JULY 31, 2024**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (101) | 1.70 | $2,474.50 |
| Meetings/Communications with UCC members & advisors (102) | 40.80 | $62,569.00 |
| Meetings/Communications with Debtors & advisors (103) | 3.70 | $5,183.50 |
| Motions, Adversary Proceedings & Contested Matters (104) | 0.90 | $1,242.00 |
| Cash Management and DIP Financing (108) | 28.10 | $43,533.00 |
| Bar Date, Claims Administration and Objections (110) | 1.50 | $2,595.00 |
| Sale Issues (111) | 0.70 | $481.50 |
| Executory Contracts and Unexpired Leases (114) | 3.40 | $4,743.50 |
| Disclosure Statement, Plan, Confirmation, Emergence, Wind Down (118) | 106.00 | $159,516.50 |
| UCC Retention and Fee Matters (119) | 14.70 | $13,890.00 |
| Debtor Retention and Fee Matters (120) | 1.30 | $2,179.00 |
| Tax Matters (121) | 6.80 | $10,181.00 |
| Vendor and Supplier Matters (124) | 10.40 | $17,187.00 |
| Committee Investigation and Due Diligence (126) | 0.20 | $346.00 |
| **TOTAL FEES** | **220.20220.20** | **$326,151.50** |

# Kramer Levin



August 20, 2024

Express, Inc.
1 Express Drive
Columbus, OH 43230
Attn: Laurel Krueger

Invoice #: 922233
076884-00002

**FOR PROFESSIONAL SERVICES rendered through July 31, 2024:**

**Re:  Restructuring**

| Task Code | Description | Fees | Hours | Fees Due |
|---|---|---|---|---|
| 101 | Case Administration | $2,474.50 | 1.70 | $2,474.50 |
| 102 | Meetings/Communications with UCC members & advisors | $62,569.00 | 40.80 | $62,569.00 |
| 103 | Meetings/Communications with Debtors & advisors | $5,183.50 | 3.70 | $5,183.50 |
| 104 | Motions, Adversary Proceedings & Contested Matters | $1,242.00 | 0.90 | $1,242.00 |
| 108 | Cash Management and DIP Financing | $43,533.00 | 28.10 | $43,533.00 |
| 110 | Bar Date, Claims Administration and Objections | $2,595.00 | 1.50 | $2,595.00 |
| 111 | Sale Issues | $481.50 | 0.70 | $481.50 |
| 114 | Executory Contracts and Unexpired Leases | $4,743.50 | 3.40 | $4,743.50 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | $159,516.50 | 106.00 | $159,516.50 |
| 119 | UCC Retention and Fee Matters | $13,890.00 | 14.70 | $13,890.00 |
| 120 | Debtor Retention and Fee Matters | $2,179.00 | 1.30 | $2,179.00 |
| 121 | Tax Matters | $10,181.00 | 6.80 | $10,181.00 |
| 124 | Vendor and Supplier Matters | $17,187.00 | 10.40 | $17,187.00 |
| 126 | Committee Investigation and Due Diligence | $346.00 | 0.20 | $346.00 |
| **Total** | | **$326,121.50** | **220.20** | **$326,121.50** |

Disbursements and Other Charges                                          $458.50

**TOTAL CURRENT INVOICE**                                          **$326,580.00**

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



August 20, 2024
Invoice #: 922233
076884-00002
Page 2

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Herzog, Barry | Partner | 2.20 | $3,872.00 |
| Rogoff, Adam C. | Partner | 26.40 | 48,972.00 |
| Daniels, Elan | Counsel | 2.00 | $2,810.00 |
| Schmidt, Robert T. | Counsel | 67.00 | 115,910.00 |
| Allard, Nathaniel | Associate | 98.00 | $135,240.00 |
| Khvatskaya, Mariya | Associate | 3.90 | 5,343.00 |
| Raskin, Evan | Associate | 10.60 | 8,268.00 |
| Kane, Wendy | Paralegal | 10.10 | $5,706.50 |
| **TOTAL FEES** | | **220.20** | **$326,121.50** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopying | $8.50 |
| Cab Fares | 450.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$458.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 Case Administration** | | | | |
| 7/1/2024 | Schmidt, Robert T. | Meet with N. Allard re Committee admin matters (.2). | 0.20 | $346.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 3

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/1/2024 | Allard, Nathaniel | Confer with R. Schmidt re: case administration issues (.2). | 0.20 | 276.00 |
| 7/10/2024 | Schmidt, Robert T. | Confer with N. Allard re open case issues (.4). | 0.40 | 692.00 |
| 7/10/2024 | Allard, Nathaniel | Discuss case updates and open issues with R. Schmidt (.4). | 0.40 | 552.00 |
| 7/10/2024 | Kane, Wendy | Review docket and update case calendar (0.1). | 0.10 | 56.50 |
| 7/15/2024 | Allard, Nathaniel | Review case administration issues (.2). | 0.20 | 276.00 |
| 7/17/2024 | Allard, Nathaniel | Correspondence re open issues. with R. Schmidt (.2). | 0.20 | 276.00 |
| **Subtotal: 101 Case Administration** | | | **1.70** | **$2,474.50** |
| **102 Meetings/Communications with UCC members & advisors** | | | | |
| 7/1/2024 | Allard, Nathaniel | Email with Province re: case documents (.2), draft and send UCC update email re: case items (.5). | 0.70 | $966.00 |
| 7/1/2024 | Schmidt, Robert T. | Call with Committee member re case status (.2); review Committee update emails (.2). | 0.40 | 692.00 |
| 7/1/2024 | Rogoff, Adam C. | Review and revise UCC update; email N. Allard re same (0.2). | 0.20 | 371.00 |
| 7/2/2024 | Schmidt, Robert T. | Review agenda and participate in UCC professionals call (0.4). | 0.40 | 692.00 |
| 7/2/2024 | Rogoff, Adam C. | Participate in call with L. Murley, T. Falk, M Robinson, K. Lee, R. Schmidt, .N. Allard and E. Raskin re coordination with UCC and pending matters (0.4). | 0.40 | 742.00 |
| 7/2/2024 | Allard, Nathaniel | Prepare for (.3) and attend UCC professionals call (.4), emails with UCC members re: case issues (.3). | 1.00 | 1,380.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 4

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/2/2024 | Raskin, Evan | Participate in majority of call with UCC professionals (0.3). | 0.30 | 234.00 |
| 7/3/2024 | Schmidt, Robert T. | Calls with Committee members re plan status and case issues (0.4). | 0.40 | 692.00 |
| 7/8/2024 | Schmidt, Robert T. | Review Committee update memo and email N. Allard re same (.2); communications with Committee members re transition issues (.3). | 0.50 | 865.00 |
| 7/8/2024 | Allard, Nathaniel | Draft update to UCC re: case issues (.4), emails with A. Rogoff and R. Schmidt re: same (.3), emails with UCC members re: case updates and pleadings (.3). | 1.00 | 1,380.00 |
| 7/8/2024 | Rogoff, Adam C. | Review UCC update; emails with N. Allard re same (0.1). | 0.10 | 185.50 |
| 7/9/2024 | Schmidt, Robert T. | Prepare for (.4) and participate UCC professionals meeting (.6); calls with UCC members re case status (.4); review UCC update email (.2), review Province presentation deck and emails with Province re same (.5). | 2.10 | 3,633.00 |
| 7/9/2024 | Schmidt, Robert T. | Review Province email re transition and go forward staffing and M3 report re same (.3); emails with KL/Province re same (.2). | 0.50 | 865.00 |
| 7/9/2024 | Daniels, Elan | Attend call with UCC professionals regarding next steps (.6). | 0.60 | 843.00 |
| 7/9/2024 | Allard, Nathaniel | Prepare for (.3) and attend UCC professionals call (.6), draft update email to UCC re case updates (.2), review Province deck (.5), emails with Province re: same (.2), revise update email to UCC (.2). | 2.00 | 2,760.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 5

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/9/2024 | Rogoff, Adam C. | Participate in call with L. Murley, T. Falk, M. Robinson, K. Lee, R. Schmidt, N. Allard and E. Raskin re coordination with UCC and pending matters (0.6). | 0.60 | 1,113.00 |
| 7/9/2024 | Raskin, Evan | Participate in prep call with UCC professionals to prepare for weekly UCC call (0.6). | 0.60 | 468.00 |
| 7/10/2024 | Schmidt, Robert T. | Prepare for (.3) and participate weekly committee meeting (.3); follow up with A. Rogoff re same (.2); follow-up calls with Committee members (.6); review UCC update memo (.1); review revised Province presentation (.2). | 1.70 | 2,941.00 |
| 7/10/2024 | Allard, Nathaniel | Prepare for (.3) and attend UCC call (.3), follow up with Province re: same (.3). | 0.90 | 1,242.00 |
| 7/10/2024 | Rogoff, Adam C. | Prepare for (0.2) and participate in (0.3) weekly UCC meeting; follow up with R. Schmidt re same (0.2). | 0.70 | 1,298.50 |
| 7/10/2024 | Allard, Nathaniel | Correspond with UCC members re: Plan (.2). | 0.20 | 276.00 |
| 7/10/2024 | Raskin, Evan | Participate in weekly UCC call (0.3). | 0.30 | 234.00 |
| 7/11/2024 | Schmidt, Robert T. | Call w/ Committee member re plan issues (.4); review UCC update email (.1); review draft Province presentation deck re plan distribution issues (.3). | 0.80 | 1,384.00 |
| 7/11/2024 | Schmidt, Robert T. | Review prior Province and M3 presentation decks re sale proceeds analysis (.3); emails with Province re same (.2). | 0.50 | 865.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 6

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/11/2024 | Schmidt, Robert T. | Call with UCC member re post-plan structure and governance (.3); review plan provisions re same and send follow up email (.2). | 0.50 | 865.00 |
| 7/11/2024 | Allard, Nathaniel | Review pleadings filed for UCC update email (.2). | 0.20 | 276.00 |
| 7/11/2024 | Allard, Nathaniel | Correspond with Province re: weekly materials for UCC (.2) | 0.20 | 276.00 |
| 7/15/2024 | Allard, Nathaniel | Prepare for upcoming UCC professionals call (.2). | 0.20 | 276.00 |
| 7/16/2024 | Rogoff, Adam C. | Prepare for (0.1) and participate in call with T. Falk, M. Robinson, K. Lee, R. Schmidt, and N. Allard re coordination with UCC and pending matters (0.4). | 0.50 | 927.50 |
| 7/16/2024 | Allard, Nathaniel | Prepare for (.3) and attend UCC professionals call (.4), emails with UCC members re: case updates (.3), emails with co-chairs re: Committee meetings (.1). | 1.10 | 1,518.00 |
| 7/16/2024 | Schmidt, Robert T. | Prep and (.2) attend Committee professionals meeting (.4), calls and emails with Committee members re case status (.4); review UCC update email (.1). | 1.10 | 1,903.00 |
| 7/17/2024 | Allard, Nathaniel | Email to K. Lee re: Province deck (.2). | 0.20 | 276.00 |
| 7/18/2024 | Allard, Nathaniel | Emails with K. Lee re: deck for UCC (.2), review same (.2), circulate to UCC (.2). | 0.60 | 828.00 |
| 7/18/2024 | Schmidt, Robert T. | Review Province presentation deck prior to distribution to Committee (.3); call and email with Committee member re transition issues and plan status (.4). | 0.70 | 1,211.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 7

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/19/2024 | Schmidt, Robert T. | Review Province deck (.2); call with Committee member re case issues (.2). | 0.40 | 692.00 |
| 7/23/2024 | Schmidt, Robert T. | Prep for (.3) and attend UCC professionals meeting (.8); call with Committee member re case issues (.2); review Province presentation deck (.3). | 1.60 | 2,768.00 |
| 7/23/2024 | Schmidt, Robert T. | Corr with KL team re Committee meeting prep (.2); review M3 liquidation analysis and multiple emails with professionals re same (.4). | 0.60 | 1,038.00 |
| 7/23/2024 | Rogoff, Adam C. | Participate in call with UCC professionals (N. Allard, T. Falk, R. Schmidt, L. Murley, M. Robinson, E. Raskin and K. Lee) re status and coordination with UCC (0.8). | 0.80 | 1,484.00 |
| 7/23/2024 | Allard, Nathaniel | Prepare for (.5) and attend UCC professionals call (.8), emails with UCC members re: case updates and pleadings (.4), send update email to UCC (.2), review Province deck (.2), related emails with Province (.2) | 2.30 | 3,174.00 |
| 7/23/2024 | Raskin, Evan | Participate in UCC professionals call to prepare for weekly UCC call (0.8). | 0.80 | 624.00 |
| 7/24/2024 | Schmidt, Robert T. | Prepare for (.4) and participate in weekly Committee meeting (.4); further review M3 deck (.4);corr with N. Allard re legal and factual research re related issues (.2); review Province deck and review UCC update memo (.2); call with Committee member re case issues (.2). | 1.80 | 3,114.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 8

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/24/2024 | Rogoff, Adam C. | Prepare for (0.1) and participate in (0.4) weekly UCC meeting; review Province materials re same (0.1). | 0.60 | 1,113.00 |
| 7/24/2024 | Allard, Nathaniel | Prepare for (.3) and attend UCC meeting (.4), emails to UCC re case update (.2). | 0.90 | 1,242.00 |
| 7/24/2024 | Raskin, Evan | Prepare for (0.1) and participate in weekly UCC call (0.4). | 0.50 | 390.00 |
| 7/25/2024 | Allard, Nathaniel | Prepare and send update email to UCC re: case updates (.5). | 0.50 | 690.00 |
| 7/25/2024 | Schmidt, Robert T. | Email and call with Committee member re transition issue and case next steps (.4); review Committee update email (.1). | 0.50 | 865.00 |
| 7/26/2024 | Allard, Nathaniel | Emails with UCC members re case status (.2). | 0.20 | 276.00 |
| 7/30/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re UCC update email (0.2). | 0.20 | 371.00 |
| 7/30/2024 | Raskin, Evan | Participate in UCC professionals' prep call to prepare for weekly UCC call (0.7). | 0.70 | 546.00 |
| 7/30/2024 | Allard, Nathaniel | Prepare for (.3) and attend UCC professionals call (.7), draft email to UCC re: case updates (.2), emails with A. Rogoff re: same (.2). | 1.40 | 1,932.00 |
| 7/30/2024 | Schmidt, Robert T. | Prepare for (.2) and participate in weekly Committee meeting (.4); post mtg calls and emails with Committee members (.3); review Province deck (.2). | 1.10 | 1,903.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 9

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/30/2024 | Rogoff, Adam C. | Participate in call with UCC professionals (N. Allard, E. Raskin, T. Falk, R. Schmidt, L. Murley, M. Robinson and K. Lee) re status and coordination with UCC (0.7); review agenda re same (0.1). | 0.80 | 1,484.00 |
| 7/31/2024 | Allard, Nathaniel | Prepare for (.2) and attend UCC meeting (.4), follow-up discussions with UCC professionals re: same (.3). | 0.90 | 1,242.00 |
| 7/31/2024 | Rogoff, Adam C. | Prepare for (0.1) and participate in (0.4) weekly UCC meeting. | 0.50 | 927.50 |
| 7/31/2024 | Schmidt, Robert T. | Prep for and participate in weekly committee meeting (.6); post meeting calls and emails committee members (.3); review Province deck (.2). | 1.10 | 1,903.00 |
| 7/31/2024 | Raskin, Evan | Participate in weekly Committee call (0.4). | 0.40 | 312.00 |
| **Subtotal: 102 Meetings/Communications with UCC members & advisors** | | | **40.80** | **$62,569.00** |
| **103 Meetings/Communications with Debtors & advisors** | | | | |
| 7/1/2024 | Allard, Nathaniel | Correspond with N. Adzima re: case updates (.2). | 0.20 | $276.00 |
| 7/2/2024 | Schmidt, Robert T. | Participate in portion of call w/ K&E re lender settlement (.4). | 0.40 | 692.00 |
| 7/2/2024 | Allard, Nathaniel | Call with N. Adzima, C. Sterrett, E. Geier, A. Rogoff, R. Schmidt, E. Raskin and T. Falk re: DIP lender settlement and other case items (.5). | 0.50 | 690.00 |
| 7/2/2024 | Raskin, Evan | Participate in call with Debtors' counsel re lender settlement (0.5). | 0.50 | 390.00 |
| 7/2/2024 | Rogoff, Adam C. | Attend call with N. Adzima, KL team and L. Murley re settlement with lenders (0.5). | 0.50 | 927.50 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 10

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/3/2024 | Allard, Nathaniel | Correspond with N. Adzima re: case issues (.2). | 0.20 | 276.00 |
| 7/8/2024 | Allard, Nathaniel | Correspond with N. Adzima re: case updates (.3). | 0.30 | 414.00 |
| 7/9/2024 | Allard, Nathaniel | Calls and emails with N. Adzima re: case updates (.5). | 0.50 | 690.00 |
| 7/12/2024 | Allard, Nathaniel | Correspond with N. Adzima re case updates and plan (.4). | 0.40 | 552.00 |
| 7/18/2024 | Allard, Nathaniel | Emails w/ N. Adzima re: case updates (.2). | 0.20 | 276.00 |
| **Subtotal: 103 Meetings/Communications with Debtors & advisors** | | | **3.70** | **$5,183.50** |
| **104 Motions, Adversary Proceedings & Contested Matters** | | | | |
| 7/1/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | $276.00 |
| 7/15/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |
| 7/19/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |
| 7/25/2024 | Allard, Nathaniel | Review pleadings filed (.3). | 0.30 | 414.00 |
| **Subtotal: 104 Motions, Adversary Proceedings & Contested Matters** | | | **0.90** | **$1,242.00** |
| **108 Cash Management and DIP Financing** | | | | |
| 7/1/2024 | Schmidt, Robert T. | Emails with UCC professionals re lender settlement (.4); call with A. Rogoff re same (.1); review draft agreement (.4) and corr with N. Allard re same (.2). | 1.10 | $1,903.00 |
| 7/1/2024 | Rogoff, Adam C. | Emails with G. Galardi re settlement discussions with lenders; emails with E. Geier re same; follow up with N. Adzima and L. Murley re same; follow up with T. Falk re same; call with R. Schmidt re same (0.5). | 0.50 | 927.50 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 11

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/1/2024 | Allard, Nathaniel | Emails w/ A. Rogoff and other UCC professionals re: DIP lender settlement (.5); review draft settlement agreement (.3). | 0.80 | 1,104.00 |
| 7/2/2024 | Schmidt, Robert T. | Further review lender settlement and related issues (.4); corr with KL team re same (.2). | 0.60 | 1,038.00 |
| 7/3/2024 | Schmidt, Robert T. | Further review draft lender settlement (.4), review draft settlement motion and comments to same (.4), further review internal comments prior to transmittal to K&E (.3). | 1.10 | 1,903.00 |
| 7/3/2024 | Allard, Nathaniel | Review draft settlement (.5), review draft 9019 motion (.3), comments to draft 9019 motion (.7), review A. Rogoff comments to same (.3), incorporate same into draft (.5), review updated draft (.3), related emails with Kirkland (.3). | 2.90 | 4,002.00 |
| 7/3/2024 | Rogoff, Adam C. | Review and revise draft of settlement motion (0.8); emails and coordination with N. Allard re same (0.5). | 1.30 | 2,411.50 |
| 7/4/2024 | Allard, Nathaniel | Review updated draft 9019 motion (.3), review various comments to same (.7). | 1.00 | 1,380.00 |
| 7/5/2024 | Schmidt, Robert T. | Review several mark-ups of lender settlement agreement and 9019 approval motion (.6); multiple emails with KL team re same (.3). | 0.90 | 1,557.00 |
| 7/5/2024 | Rogoff, Adam C. | Review and revise draft of settlement (0.5); emails and coordination with N. Allard re same (0.3); emails with G. Galardi re same (0.1). | 0.90 | 1,669.50 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 12

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/5/2024 | Allard, Nathaniel | Draft multiple turns of updated settlement agreement (2.2), related emails with A. Rogoff, R. Schmidt and Saul Ewing (.5), incorporate comments from A. Rogoff (.6), related emails with A. Rogoff, T. Falk (.4), call and emails with N. Adzima re: same (.3). | 4.00 | 5,520.00 |
| 7/8/2024 | Daniels, Elan | Email correspondence with KL team regarding settlement, status of investigation (.3). | 0.30 | 421.50 |
| 7/8/2024 | Schmidt, Robert T. | Review revised settlement motion and multiple emails with KL team re same (.4); review lender comments and follow-up emails (.3). | 0.70 | 1,211.00 |
| 7/8/2024 | Rogoff, Adam C. | Coordinate with G. Galardi re revised settlement and motion; emails and coordination with N. Allard and N. Adzima re same (0.5). | 0.50 | 927.50 |
| 7/8/2024 | Allard, Nathaniel | Review updated comments to settlement motion (.3), finalize settlement for filing (.3), prepare and provide weekly fee estimates (.2), review final version of settlement motion and attachments for filing (.3). | 1.10 | 1,518.00 |
| 7/9/2024 | Schmidt, Robert T. | Review revised docs re lender settlement agreement and motion (.4); multiple emails with UCC professionals re resolution of reserve, indemnification and other open issues (.4); review revised docs and related emails (.3). | 1.10 | 1,903.00 |
| 7/9/2024 | Daniels, Elan | Review settlement agreement (.8); email correspondence with KL team regarding same (.3). | 1.10 | 1,545.50 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 13

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/9/2024 | Rogoff, Adam C. | Review and revise settlement and motion (0.4); emails and coordination with N. Adzima re same (0.2); emails with E. Daniels re same (0.2); coordinate with N. Allard re same (0.4). | 1.20 | 2,226.00 |
| 7/9/2024 | Allard, Nathaniel | Review comments to settlement and motion (.7), provide comments to same (.6), incorporate further comments from E. Daniels, A. Rogoff (.4), further update same (.3), email final markups to Ropes and Kirkland (.2), review updated comments from Ropes (.2), email with UCC professionals re: finalizing same (.3), update settlement agreement to reflect same (.3), related discussions with Ropes and Kirkland (.4). | 3.40 | 4,692.00 |
| 7/10/2024 | Schmidt, Robert T. | Review finalized lender settlement agreement and motion (.5). | 0.50 | 865.00 |
| 7/10/2024 | Rogoff, Adam C. | Review revised settlement motion; coordinate with N. Allard re same (0.2). | 0.20 | 371.00 |
| 7/10/2024 | Allard, Nathaniel | Review updated comments to settlement motion (.3), finalize settlement for filing (.3), prepare and provide weekly fee estimates (.2), review final version of settlement motion and attachments for filing (.3). | 1.10 | 1,518.00 |
| 7/11/2024 | Schmidt, Robert T. | Review final lender settlement and emails with KL team re filing of same (.3). | 0.30 | 519.00 |
| 7/12/2024 | Schmidt, Robert T. | Review draft declaration in support of lender settlement; review filed settlement motion (.4). | 0.40 | 692.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 14

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/12/2024 | Rogoff, Adam C. | Review Still Declaration in support of settlement motion (0.2). | 0.20 | 371.00 |
| 7/17/2024 | Allard, Nathaniel | Review DIP lenders fee invoices (.1). | 0.10 | 138.00 |
| 7/18/2024 | Allard, Nathaniel | Provide fee estimate to M3 (.1). | 0.10 | 138.00 |
| 7/24/2024 | Allard, Nathaniel | Provide fee estimates to M3 (.2). | 0.20 | 276.00 |
| 7/30/2024 | Allard, Nathaniel | Correspond with M3 and Kirkland re: fee estimates (.3). | 0.30 | 414.00 |
| 7/30/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re DIP order, budgeting and Restore settlement; emails with M. Wasson re same (0.2). | 0.20 | 371.00 |
| **Subtotal: 108 Cash Management and DIP Financing** | | | **28.10** | **$43,533.00** |
| **110 Bar Date, Claims Administration and Objections** | | | | |
| 7/1/2024 | Schmidt, Robert T. | Review bar date notice and email re same (.2). | 0.20 | $346.00 |
| 7/5/2024 | Schmidt, Robert T. | Review claims summary (.3). | 0.30 | 519.00 |
| 7/16/2024 | Schmidt, Robert T. | Review analysis re prepetition claims (.6). | 0.60 | 1,038.00 |
| 7/25/2024 | Schmidt, Robert T. | Preliminary review and analysis re Committee member proofs of claim (.4). | 0.40 | 692.00 |
| **Subtotal: 110 Bar Date, Claims Administration and Objections** | | | **1.50** | **$2,595.00** |
| **111 Sale Issues** | | | | |
| 7/1/2024 | Kane, Wendy | Organize APA closing docs (0.2); send set of same to T. Falk (0.1). | 0.30 | $169.50 |
| 7/2/2024 | Raskin, Evan | Search for and review language in sale order and APA relating to release of avoidance actions against purchaser (0.4). | 0.40 | 312.00 |
| **Subtotal: 111 Sale Issues** | | | **0.70** | **$481.50** |



August 20, 2024
Invoice #: 922233
076884-00002
Page 15

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **114 Executory Contracts and Unexpired Leases** | | | | |
| 7/8/2024 | Schmidt, Robert T. | Review draft 365(d)(4) extension motion and comments to same (.4). | 0.40 | $692.00 |
| 7/8/2024 | Allard, Nathaniel | Review draft 365(d)(4) motion (.5), comments to same (.5). | 1.00 | 1,380.00 |
| 7/8/2024 | Rogoff, Adam C. | Review draft 365(d)(4) motion; emails and coordination with N. Allard re same (0.3). | 0.30 | 556.50 |
| 7/10/2024 | Allard, Nathaniel | Update comments to 365(d)(4) motion (.3), correspond with N. Adzima re: same (.1). | 0.40 | 552.00 |
| 7/23/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re 365(d)(4) motion and review proposed changes (0.2). | 0.20 | 371.00 |
| 7/23/2024 | Allard, Nathaniel | Review updated 365(d)(4) motion (.5), correspond with N. Adzima and A. Rogoff re: same (.2). | 0.70 | 966.00 |
| 7/23/2024 | Kane, Wendy | Review lease rejection orders for total leases rejected and email N. Allard re same (0.4). | 0.40 | 226.00 |
| **Subtotal: 114 Executory Contracts and Unexpired Leases** | | | **3.40** | **$4,743.50** |
| **118 Disclosure Statement, Plan, Confirmation, Emergence, Wind Down** | | | | |
| 7/1/2024 | Schmidt, Robert T. | Review portions of plan (.5); review Saul Ewing summary and follow-up emails re same and timing (.5). | 1.00 | $1,730.00 |
| 7/1/2024 | Allard, Nathaniel | Emails with Saul Ewing re: plan (.2), review Plan (.7). | 0.90 | 1,242.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 16

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/2/2024 | Schmidt, Robert T. | Review plan mark-up (.6) and multiple emails with KL team re same (.2); preliminary review portions of disclosure statement (.5); review precedent re claim preservation and related issues (.5). | 1.80 | 3,114.00 |
| 7/2/2024 | Allard, Nathaniel | Review plan precedent (1.0). | 1.00 | 1,380.00 |
| 7/2/2024 | Raskin, Evan | Corresponded with N. Allard re next steps for reviewing and marking up draft plan (0.1). | 0.10 | 78.00 |
| 7/2/2024 | Rogoff, Adam C. | Emails with N. Allard and R. Schmidt re comments to draft Ch 11 plan; review draft of plan (0.5). | 0.50 | 927.50 |
| 7/2/2024 | Rogoff, Adam C. | Emails with N. Adzima re disclosure statement (0.1). | 0.10 | 185.50 |
| 7/3/2024 | Schmidt, Robert T. | Review plan comments (.4)emails with A. Rogoff and N. Allard re same (.2); review DS provisions (.4); review plan precedent (.3). | 1.30 | 2,249.00 |
| 7/3/2024 | Allard, Nathaniel | Comments to draft Plan (3.5), related correspondence with A. Rogoff, R. Schmidt, T. Falk (.5). | 4.00 | 5,520.00 |
| 7/3/2024 | Rogoff, Adam C. | Review draft of Plan (1.1); emails with N. Allard and R. Schmidt re same (0.3). | 1.40 | 2,597.00 |
| 7/4/2024 | Allard, Nathaniel | Provide further comments on draft plan (1.8), emails to T. Falk re: same (.3). | 2.10 | 2,898.00 |
| 7/5/2024 | Schmidt, Robert T. | Review plan mark-up (.3); further review DS draft (.5). | 0.80 | 1,384.00 |
| 7/5/2024 | Schmidt, Robert T. | Rev insurance summary for plan and prior emails re same (.3). | 0.30 | 519.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 17

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/5/2024 | Allard, Nathaniel | Correspond with T. Falk re: Plan comments (.2), review updates to same (.7), review draft disclosure statement (1.5). | 2.40 | 3,312.00 |
| 7/7/2024 | Schmidt, Robert T. | Review A. Rogoff plan comments (.3); review Province analysis (.3); emails with KL team re next steps (.2). | 0.80 | 1,384.00 |
| 7/7/2024 | Allard, Nathaniel | Review A. Rogoff comments to Plan (.4) and perform related research (.5), correspond with T. Falk re: Plan and Disclosure Statement (.3), correspond with Province re: same (.1). | 1.30 | 1,794.00 |
| 7/8/2024 | Schmidt, Robert T. | Multiple emails with KL and Saul Ewing teams re plan comments and status (.4); review revised DS provisions (.4); review Province analysis re distribution issues (.3). | 1.10 | 1,903.00 |
| 7/8/2024 | Allard, Nathaniel | Comment on Disclosure Statement (.7), review A. Rogoff plan comments (.5), call with A. Rogoff, T. Falk re: same (.5), review draft DS motion (.7), review Draft DS order (.5), review updated draft DS (.3), review updated Plan comments from T. Falk (.3), multiple emails with T. Falk re: markups to DS documents (.5), further review of same (.5). | 4.50 | 6,210.00 |
| 7/8/2024 | Rogoff, Adam C. | Review revised draft of Plan (1.1); call with N. Allard and T. Falk re same (0.5). | 1.60 | 2,968.00 |
| 7/9/2024 | Schmidt, Robert T. | Review Saul Ewing mark-up of plan and DS (.4); emails with KL and Saul Ewing teams re same (.3); multiple calls and emails with parties re plan administrator role and selection (.6). | 1.30 | 2,249.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 18

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/9/2024 | Raskin, Evan | Review draft Plan and compile list of parties' responsibilities therein (1.4). | 1.40 | 1,092.00 |
| 7/9/2024 | Allard, Nathaniel | Review plan provisions (.5), review APA provisions for impact on plan (.4), review DS order (.3). | 1.20 | 1,656.00 |
| 7/10/2024 | Allard, Nathaniel | Correspond re: plan issues with Province (.2), correspond w/ T. Falk re: Plan comments (.2). | 0.40 | 552.00 |
| 7/10/2024 | Schmidt, Robert T. | Further review plan/DS comments and issues (.4); review legal research and precedent re open issues (.4); review Province distribution analysis (.2); corr with KL team re exclusivity (.2). | 1.20 | 2,076.00 |
| 7/10/2024 | Rogoff, Adam C. | Review revised Ch 11 plan (0.7). | 0.70 | 1,298.50 |
| 7/11/2024 | Rogoff, Adam C. | Review comments to disclosure statement and Ch 11 plan (0.8). | 0.80 | 1,484.00 |
| 7/11/2024 | Schmidt, Robert T. | Further review research and precedent re open plan issues (.6); review Saul Ewing comments re DS (.3). | 0.90 | 1,557.00 |
| 7/11/2024 | Allard, Nathaniel | Discuss plan w/ counsel to UCC member, T. Falk (.5), research re Plan provisions (.8), correspond with T. Falk re: same (.2). | 1.50 | 2,070.00 |
| 7/12/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re disclosure statement and Ch 11 plan (0.1). | 0.10 | 185.50 |
| 7/12/2024 | Schmidt, Robert T. | Emails with A. Rogoff and N. Allard re plan status and issues (.3); further review mark-up and Saul Ewing issue summary (.4); review precedent and recent decisions and filings post-Purdue (.6). | 1.30 | 2,249.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 19

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/12/2024 | Allard, Nathaniel | Review Plan (.5), emails with A. Rogoff, R. Schmidt, B. Herzog re; plan (.2), further emails re: Plan with A. Rogoff, Saul Ewing, R. Schmidt (.3), review plan provisions re: releases, related research (.4). | 1.40 | 1,932.00 |
| 7/15/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re disclosure statement and Ch 11 plan (0.1). | 0.10 | 185.50 |
| 7/15/2024 | Rogoff, Adam C. | Emails with E. Geier re disclosure statement and Ch 11 plan (0.1). | 0.10 | 185.50 |
| 7/15/2024 | Allard, Nathaniel | Correspond re: Plan with A. Rogoff, R. Schmidt (.2), review related issues (.5), emails re: same with N. Adzima (.2). | 0.90 | 1,242.00 |
| 7/15/2024 | Schmidt, Robert T. | Emails with A. Rogoff and N. Allard re plan status and issues (.3); review DS provisions and mark-up (.3); review recent precedent and analysis re Purdue impact (.6). | 1.20 | 2,076.00 |
| 7/15/2024 | Schmidt, Robert T. | Corr with N. Allard re D&O coverage re plan (.2); review summary of policies and various provisions of same (.5). | 0.70 | 1,211.00 |
| 7/16/2024 | Allard, Nathaniel | Correspond with N. Adzima re: plan (.1), correspond with R. Schmidt re: same (.2), review related research (.4), emails with Saul Ewing re: same (.2), emails with M. Wasson re: plan precedent (.2). | 1.10 | 1,518.00 |
| 7/16/2024 | Schmidt, Robert T. | Review Saul Ewing memo re plan issues and emails re same (.5); further review precedent from recent cases (.4); emails with A. Rogoff and N. Allard re status and K&E response (.2). | 1.10 | 1,903.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 20

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/17/2024 | Allard, Nathaniel | Correspond with A. Rogoff, R. Schmidt re: plan process (.2). | 0.20 | 276.00 |
| 7/17/2024 | Schmidt, Robert T. | Emails with N. Allard, A. Rogoff re plan (.2); review Saul Ewing research re same (.4); corr with KL and Saul Ewing teams re post-plan governance and selection of plan administrator (.5). | 1.10 | 1,903.00 |
| 7/18/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard and R. Schmidt re exclusivity; review draft motion (0.3). | 0.30 | 556.50 |
| 7/18/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard and N. Adzima re disclosure statement and Ch 11 plan (0.1). | 0.10 | 185.50 |
| 7/18/2024 | Allard, Nathaniel | Review exclusivity extension motion (.3), comments to same (.3), correspond with L. Murley, R. Schmidt re: plan (.5), emails with A. Rogoff, R. Schmidt, L. Murley re: plan and exclusivity issues (.5), emails with T. Falk re: insurance provisions (.2). | 1.80 | 2,484.00 |
| 7/18/2024 | Schmidt, Robert T. | Further review plan related research (.4); review draft exclusivity motion (.3); emails with A. Rogoff and N. Allard re same (.2); review N. Allard comments to same (.2), emails with N. Allard and L. Murley re plan and exclusivity (.2). | 1.30 | 2,249.00 |
| 7/18/2024 | Schmidt, Robert T. | Further review and comment on exclusivity motion and corr with N. Allard and A. Rogoff re same (.4); review precedent and recent objections re same (.4). | 0.80 | 1,384.00 |
| 7/19/2024 | Rogoff, Adam C. | Review materials re Ch 11 plan issues and coordination with N. Allard re same (0.4). | 0.40 | 742.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 21

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/19/2024 | Schmidt, Robert T. | Emails with N. Allard and A. Rogoff re plan and DS (.3); further review research and precedent re plan issues (.5); review exclusivity motion and research re same (.3). | 1.10 | 1,903.00 |
| 7/19/2024 | Allard, Nathaniel | Review plan provisions (.5), review relevant plan precedent (.5), review cases related to plan provisions (1.0), emails with Saul Ewing re: plan (.2). | 2.20 | 3,036.00 |
| 7/22/2024 | Schmidt, Robert T. | Review Kirkland redlines of plan, DS (.5); emails with KL and Saul Ewing teams re same (.3). | 0.80 | 1,384.00 |
| 7/22/2024 | Allard, Nathaniel | Review emails with Saul Ewing, N. Adzima re: items related to plan (.3), review related issues (.4), email to N. Adzima re: plan (.1), begin review of updated Plan (.2). | 1.00 | 1,380.00 |
| 7/22/2024 | Schmidt, Robert T. | Corr with N. Allard and review emails from Saul Ewing, Kirkland re plan and related matters (.5). | 0.50 | 865.00 |
| 7/23/2024 | Schmidt, Robert T. | Review revised plan and DS and open issues (.5); review precedent (.4). | 0.90 | 1,557.00 |
| 7/23/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard and T. Falk re Plan and exclusivity (0.4). | 0.40 | 742.00 |
| 7/23/2024 | Allard, Nathaniel | Review updated Plan (1.5), review updated DS (.8), review updated DS order (.5), further review items related to Plan (.5). | 3.30 | 4,554.00 |
| 7/23/2024 | Rogoff, Adam C. | Review summary of changes to draft Plan (0.3). | 0.30 | 556.50 |
| 7/24/2024 | Raskin, Evan | Correspond with N. Allard re releases research (0.2); research precedent re same (0.1). | 0.30 | 234.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 22

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/24/2024 | Schmidt, Robert T. | Further review of research and precedent re plan issues (.5); emails with KL and Saul Ewing teams re same (.7); further review plan mark-ups re open issues (.4). | 1.10 | 1,903.00 |
| 7/24/2024 | Rogoff, Adam C. | Coordinate with N. Allard re exclusivity; emails with E. Geier re same (0.3). | 0.30 | 556.50 |
| 7/24/2024 | Allard, Nathaniel | Review exclusivity extension draft motion (.2). | 0.20 | 276.00 |
| 7/24/2024 | Allard, Nathaniel | Review plan markup (.5), email re: same with Saul Ewing (.3), review related research (.4), correspond with E. Raskin re: research (.3). | 1.50 | 2,070.00 |
| 7/24/2024 | Rogoff, Adam C. | Coordinate with N. Allard re Plan; review Plan changes (0.4). | 0.40 | 742.00 |
| 7/25/2024 | Rogoff, Adam C. | Emails with K&E team on exclusivity motion (0.1). | 0.10 | 185.50 |
| 7/25/2024 | Schmidt, Robert T. | Attend portion of call with L. Murley and N. Allard re plan issues (.1); follow up call with N. Allard re same (.4); further review precedent and research re plan issues (.5); emails with KL team re same (.2). | 1.20 | 2,076.00 |
| 7/25/2024 | Allard, Nathaniel | Call with L. Murley re: plan issues (.2), call with R. Schmidt re: same (.4), review research on plan issues (1.7), review plan precedent (.9), correspond with E. Raskin re: same (.4). | 3.60 | 4,968.00 |
| 7/25/2024 | Schmidt, Robert T. | Review filed motion to extend exclusivity and emails and calls with Committee professionals re same (.5). | 0.50 | 865.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 23

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/25/2024 | Rogoff, Adam C. | Emails and coordination M. Robinson, R. Schmidt and N. Allard re chapter 11 plan issues (0.2). | 0.20 | 371.00 |
| 7/25/2024 | Raskin, Evan | Research precedent for language relating to releases (1.0); corr with N. Allard and W. Kane re same (0.4); draft email memo to N. Allard re: releases (0.6). | 2.00 | 1,560.00 |
| 7/25/2024 | Kane, Wendy | Research re precedent cases re releases and corr w/ E. Raskin re same (0.4). | 0.40 | 226.00 |
| 7/26/2024 | Rogoff, Adam C. | Emails and coordination with E. Geier re exclusivity and Plan; emails with M. Robinson and N. Allard re same (0.3). | 0.30 | 556.50 |
| 7/26/2024 | Allard, Nathaniel | Correspond re: plan issues with L. Murley (.3), related emails with A. Rogoff, R. Schmidt (.2), review plan precedent (1.5). | 2.00 | 2,760.00 |
| 7/26/2024 | Allard, Nathaniel | Review filed version of exclusivity extension motion (.3), consider response to same (.5), related emails with UCC professionals re: same (.3). | 1.10 | 1,518.00 |
| 7/26/2024 | Schmidt, Robert T. | Review exclusivity motion and emails with KL and Saul Ewing teams re same (.4); review draft objection to same(.2). | 0.60 | 1,038.00 |
| 7/26/2024 | Schmidt, Robert T. | Review research, precedent and pending cases re disputed plan issues (.8); emails with N. Allard, A. Rogoff and Saul Ewing team re same (.3). | 1.10 | 1,903.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 24

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/27/2024 | Allard, Nathaniel | Review plan updates from A. Rogoff, related emails with UCC professionals (.5), review draft objection to exclusivity extension (1.0), comments to same (.5), discuss plan update with A. Rogoff (.2). | 2.20 | 3,036.00 |
| 7/27/2024 | Rogoff, Adam C. | Call with E. Geier re exclusivity and Plan; emails with M. Robinson and R. Schmidt re same; call with N. Allard re same (0.5). | 0.50 | 927.50 |
| 7/28/2024 | Rogoff, Adam C. | Emails and coordination with L. Murley, N. Allard, T. Falk, M. Robinson and R. Schmidt re exclusivity and Plan (0.7). | 0.70 | 1,298.50 |
| 7/28/2024 | Allard, Nathaniel | Review draft objection to exclusivity extension (1.0), comments to same (.5), discuss plan update with R. Schmidt (.2). | 1.70 | 2,346.00 |
| 7/29/2024 | Rogoff, Adam C. | Emails and coordination with L. Murley, N. Allard, T. Falk, M. Robinson and R. Schmidt re exclusivity and Plan (0.3); review and revise draft objection (1.1). | 1.40 | 2,597.00 |
| 7/29/2024 | Schmidt, Robert T. | Emails and coordination with A. Rogoff and N. Allard re plan issues and exclusivity (.3); review motion and draft response to same (.5); review A. Rogoff mark-up to same (.3). | 1.10 | 1,903.00 |
| 7/29/2024 | Allard, Nathaniel | Review draft objection to extension of Plan exclusivity period (1.0), emails with UCC professionals re: same and status (.5). | 1.50 | 2,070.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 25

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/30/2024 | Allard, Nathaniel | Review draft objection to exclusivity extension (.8), review pleadings in connection with exclusivity extension motion (.7), emails w/ A. Rogoff re: same (.2), review updated draft objection to exclusivity extension (.6), comments to same (.8), emails with UCC professionals re: same (.5), discuss same with R. Schmidt (.2). | 3.80 | 5,244.00 |
| 7/30/2024 | Rogoff, Adam C. | Review and revise draft objection re exclusivity (1.1); calls with L. Murley re same (0.3); emails with N. Allard, L. Murley and T. Falk re same (0.2). | 1.60 | 2,968.00 |
| 7/30/2024 | Allard, Nathaniel | Review precedent re: plan issues (.5). | 0.50 | 690.00 |
| 7/30/2024 | Schmidt, Robert T. | Further review draft exclusivity objection (.7); meet with N. Allard re same (.2); multiple emails with UCC professionals re same (.2). | 1.10 | 1,903.00 |
| 7/31/2024 | Schmidt, Robert T. | Review filed plan, DS and approval motion (.5); emails with KL and Saul Ewing teams re same (.1); review Saul Ewing memo re DE precedent and A. Rogoff emails re same (.3); further review precedent re release issue (.3). | 1.20 | 2,076.00 |
| 7/31/2024 | Schmidt, Robert T. | Review revised draft objection to exclusivity motion (.5); multiple emails with KL and Saul Ewing teams re same (.3). | 0.80 | 1,384.00 |
| 7/31/2024 | Allard, Nathaniel | Review comments to draft exclusivity objection (.4), review updated draft exclusivity objection (.4) review further updated draft (.5), correspond with E. Raskin re: same (.2), review comments re: same (.4). | 1.90 | 2,622.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 26

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/31/2024 | Allard, Nathaniel | Review research re: plan provisions (.4), review updated Plan (1.2), review updated DS (1.3), review filed DS motion and exhibits (1.0), related emails with UCC professionals (.7). | 4.60 | 6,348.00 |
| 7/31/2024 | Rogoff, Adam C. | Emails and coordination with L. Murley re exclusivity hearing (0.1). | 0.10 | 185.50 |
| 7/31/2024 | Rogoff, Adam C. | Coordinate with KL and Saul Ewing teams re exclusivity objection and hearing (0.4). | 0.40 | 742.00 |
| 7/31/2024 | Raskin, Evan | Review and edit exclusivity objection (2.1). | 2.10 | 1,638.00 |
| 7/31/2024 | Rogoff, Adam C. | Emails and coordination with E. Geier re Plan issues (0.1). | 0.10 | 185.50 |
| 7/31/2024 | Rogoff, Adam C. | Review revised draft objection re exclusivity (0.5); emails with N. Allard, L. Murley and N. Smagrassi re same (0.4). | 0.90 | 1,669.50 |
| **Subtotal: 118 Disclosure Statement, Plan, Confirmation, Emergence, Wind Down** | | | **106.00** | **$159,516.50** |
| **119 UCC Retention and Fee Matters** | | | | |
| 7/1/2024 | Kane, Wendy | Finalize May fee statement and email N. Allard re same (0.4). | 0.40 | $226.00 |
| 7/1/2024 | Schmidt, Robert T. | Review Committee fee statements (.4). | 0.40 | 692.00 |
| 7/1/2024 | Allard, Nathaniel | Review KL fee statement and correspond with W. Kane re: same (.4), review Province fee statement (.2). | 0.60 | 828.00 |
| 7/2/2024 | Kane, Wendy | Revise KL May fee statement cover sheet and exhibits (0.7); emails w/ N. Allard, N. Smargiassi and F. Arias re same (0.3). | 1.00 | 565.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 27

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/2/2024 | Allard, Nathaniel | Correspond with W. Kane re: fee statement (.2). | 0.20 | 276.00 |
| 7/3/2024 | Kane, Wendy | Emails w/ N. Smargiassi re KL fee statement (0.2); revise same to include descriptions for late night cars and meals (0.3); email N. Allard re same (0.1). | 0.60 | 339.00 |
| 7/3/2024 | Allard, Nathaniel | Emails with W. Kane re: Kramer fee statement for filing (.2). | 0.20 | 276.00 |
| 7/9/2024 | Schmidt, Robert T. | Review KL fee statement (.4). | 0.40 | 692.00 |
| 7/9/2024 | Rogoff, Adam C. | Review pre-bill and coordinate W Kane re same (0.5). | 0.50 | 927.50 |
| 7/10/2024 | Kane, Wendy | Review June fee statement for compliance with UST guidelines and local rules (1.1). | 1.10 | 621.50 |
| 7/12/2024 | Allard, Nathaniel | Emails w/ A. Rogoff, W. Kane re: Kramer fee statements (.2), emails with Saul Ewing re: UCC fee statements (.1). | 0.30 | 414.00 |
| 7/12/2024 | Kane, Wendy | Obtain and send Ledes file for KL May fee statement to US Trustee; email w/ A. Rogoff and N. Allard re same (0.2). | 0.20 | 113.00 |
| 7/12/2024 | Rogoff, Adam C. | Emails and coordination UST and W. Kane re Ledes request (0.1). | 0.10 | 185.50 |
| 7/15/2024 | Kane, Wendy | Review June fee statement for compliance with UST guidelines and local rules (1.7). | 1.70 | 960.50 |
| 7/16/2024 | Rogoff, Adam C. | Review fee statement; coordinate with W. Kane re same (0.3). | 0.30 | 556.50 |
| 7/16/2024 | Allard, Nathaniel | Review KL June fee statement (.2). | 0.20 | 276.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 28

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/16/2024 | Kane, Wendy | Further review June fee statement for compliance with UST guidelines and local rules (0.3); email A. Rogoff and N. Allard re same (0.1). | 0.40 | 226.00 |
| 7/18/2024 | Kane, Wendy | Call with N. Allard and E. Raskin re budget (0.5) and fee application (0.2). | 0.70 | 395.50 |
| 7/18/2024 | Raskin, Evan | Call with N. Allard and W. Kane re fee statements and budget (0.2). | 0.20 | 156.00 |
| 7/18/2024 | Allard, Nathaniel | Call with E. Raskin and W. Kane re budget and fee application (.2). | 0.20 | 276.00 |
| 7/19/2024 | Schmidt, Robert T. | Review fee statement (.2). | 0.20 | 346.00 |
| 7/19/2024 | Allard, Nathaniel | Emails with L. Murley re: fee statements for UCC (.2). | 0.20 | 276.00 |
| 7/19/2024 | Kane, Wendy | Draft fee statement and exhibits (0.7); email A. Rogoff and F. Arias re same (0.1); prepare spreadsheet of amounts billed by task code to date for purposes of budget (0.3). | 1.10 | 621.50 |
| 7/22/2024 | Kane, Wendy | Prepare exhibits to June fee statement (0.4); email N. Allard re same (0.1); prepare budget and staffing plan and emails with N. Allard re same (0.5); email A. Rogoff re fee statement and revise same (0.2). | 1.20 | 678.00 |
| 7/22/2024 | Rogoff, Adam C. | Review fee statement and coordinate with W. Kane re same (0.2). | 0.20 | 371.00 |
| 7/22/2024 | Allard, Nathaniel | Emails with W. Kane re: UCC fee statements (.2), review budget and staffing plan (.2), follow-up re: same with W. Kane (.2). | 0.60 | 828.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 29

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/23/2024 | Allard, Nathaniel | Correspond with UCC professionals re: fee statements (.3). | 0.30 | 414.00 |
| 7/24/2024 | Schmidt, Robert T. | Review UCC professional fee statements (.3). | 0.30 | 519.00 |
| 7/25/2024 | Allard, Nathaniel | Emails with Saul Ewing re: UCC fee statements (.2). | 0.20 | 276.00 |
| 7/26/2024 | Allard, Nathaniel | Emails re: payment of UCC fee statements (.2). | 0.20 | 276.00 |
| 7/26/2024 | Kane, Wendy | Finalize June fee statement for filing and email N. Smargiassi re same (0.2); obtain W-9 and email L. Murley re same (0.1). | 0.30 | 169.50 |
| 7/31/2024 | Kane, Wendy | Obtain Ledes file and send to US Trustee (0.2). | 0.20 | 113.00 |
| **Subtotal: 119 UCC Retention and Fee Matters** | | | **14.70** | **$13,890.00** |
| **120 Debtor Retention and Fee Matters** | | | | |
| 7/9/2024 | Schmidt, Robert T. | Review Debtor professional fee applications and Saul Ewing summary re issues re same (.4). | 0.40 | $692.00 |
| 7/11/2024 | Schmidt, Robert T. | Review Debtor professionals' fee applications and Saul Ewing comments re same (.3). | 0.30 | 519.00 |
| 7/12/2024 | Schmidt, Robert T. | Review fee statements for Debtor and lender professionals and emails with KL team re same (.4). | 0.40 | 692.00 |
| 7/12/2024 | Allard, Nathaniel | Review lender invoices (.1). | 0.10 | 138.00 |
| 7/17/2024 | Allard, Nathaniel | Correspond with A. Rogoff re: fee estimates (.1). | 0.10 | 138.00 |
| **Subtotal: 120 Debtor Retention and Fee Matters** | | | **1.30** | **$2,179.00** |



August 20, 2024
Invoice #: 922233
076884-00002
Page 30

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **121 Tax Matters** | | | | |
| 7/11/2024 | Allard, Nathaniel | Email B. Herzog re: tax issues for plan (.1). | 0.10 | $138.00 |
| 7/16/2024 | Khvatskaya, Mariya | Review tax issues re plan (0.1). | 0.10 | 137.00 |
| 7/24/2024 | Khvatskaya, Mariya | Review and revise plan re tax structure (0.9). | 0.90 | 1,233.00 |
| 7/25/2024 | Khvatskaya, Mariya | Review and revise disclosure statement re tax structure (1.8). | 1.80 | 2,466.00 |
| 7/29/2024 | Herzog, Barry | Review and mark up tax provisions in plan and DS (2.0). | 2.00 | 3,520.00 |
| 7/29/2024 | Allard, Nathaniel | Emails with KL tax re: plan (.2). | 0.20 | 276.00 |
| 7/29/2024 | Khvatskaya, Mariya | Revise plan and the disclosure statement re tax issues (0.9). | 0.90 | 1,233.00 |
| 7/31/2024 | Allard, Nathaniel | Emails with KL tax re: plan issues (.2), call with tax re: same (.2). | 0.40 | 552.00 |
| 7/31/2024 | Khvatskaya, Mariya | Discuss structure of Debtors tax provisions in plan with B. Herzog and N. Allard (0.2). | 0.20 | 274.00 |
| 7/31/2024 | Herzog, Barry | Disc w/ N. Allard and M. Khvatskaya re: plan and DS tax provisions (0.2). | 0.20 | 352.00 |
| **Subtotal: 121 Tax Matters** | | | **6.80** | **$10,181.00** |
| **124 Vendor and Supplier Matters** | | | | |
| 7/1/2024 | Schmidt, Robert T. | Multiple calls with suppliers re Phoenix transition and claim issues (.8). | 0.80 | $1,384.00 |
| 7/1/2024 | Allard, Nathaniel | Correspond with R. Schmidt re: vendor issues, review same (.2). | 0.20 | 276.00 |
| 7/2/2024 | Schmidt, Robert T. | Multiple emails and calls with suppliers re issues re PHX transition (.4); review form MOU (.4). | 0.80 | 1,384.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 31

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/2/2024 | Allard, Nathaniel | Review open vendor issues (.5). | 0.50 | 690.00 |
| 7/4/2024 | Schmidt, Robert T. | Review TSA provisions, MOU and assumption schedules (.6); further review supplier inquiries re PHX contract assumptions and claim issues (.4). | 1.00 | 1,730.00 |
| 7/10/2024 | Schmidt, Robert T. | Multiple calls with suppliers re bar date, 503(b)(9) payments and transition issues (.8); review related docs and emails with N. Allard re same (.4). | 1.20 | 2,076.00 |
| 7/11/2024 | Schmidt, Robert T. | Calls with suppliers re transition issues, 503(b)(9) payments and plan timing (.6). | 0.60 | 1,038.00 |
| 7/12/2024 | Schmidt, Robert T. | Further review and coordination re responses to suppliers re PHX transition and calls with suppliers re same (.5); review TSA and APA schedules (.3). | 0.80 | 1,384.00 |
| 7/15/2024 | Schmidt, Robert T. | Further analysis and calls with suppliers re supplier treatment and 503(b)(9) status (.4). | 0.40 | 692.00 |
| 7/17/2024 | Allard, Nathaniel | Correspond with R. Schmidt re: vendor issues and review APA schedules for same (.4), further research re: same (.5). | 0.90 | 1,242.00 |
| 7/17/2024 | Schmidt, Robert T. | Discussion with N. Allard re supplier and transition issues and review materials re same (.4); calls with supplier counsel re same (.4). | 0.80 | 1,384.00 |
| 7/18/2024 | Allard, Nathaniel | Respond to creditor questions re: assumed liabilities, research same (.7). | 0.70 | 966.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 32

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/18/2024 | Schmidt, Robert T. | Emails and call with supplier counsel re transition and claim issues (.2); review schedules and corr with N. Allard re same (.3); follow-up w/ supplier counsel re same (.1). | 0.60 | 1,038.00 |
| 7/19/2024 | Schmidt, Robert T. | Call and email with supplier re transition and admin claim issues (.4); review schedules and MOU (.3). | 0.70 | 1,211.00 |
| 7/22/2024 | Schmidt, Robert T. | Emails and calls/coordination re supplier inquiries (.4). | 0.40 | 692.00 |
| **Subtotal: 124 Vendor and Supplier Matters** | | | **10.40** | **$17,187.00** |
| **126 Committee Investigation and Due Diligence** | | | | |
| 7/31/2024 | Schmidt, Robert T. | Emails with KL and Saul Ewing re scope of alleged investigation (.2). | 0.20 | $346.00 |
| **Subtotal: 126 Committee Investigation and Due Diligence** | | | **0.20** | **$346.00** |
| **TOTAL** | | | **220.20** | **$326,121.50** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 6/7/2024 | Allard, Nathaniel | Executive Charge, Inc. - Vendor: Executive Charge, Inc., Description: Taxi charges - Invoice #: 6139128, Transaction Date: 06/07/24, Invoice Number: 6139128, Timekeeper: Nathaniel Allard | $75.00 |
| 6/7/2024 | Allard, Nathaniel | Executive Charge, Inc. - Vendor: Executive Charge, Inc., Description: Taxi charges - Invoice #: 6139128, Transaction Date: 06/07/24, Invoice | 75.00 |



August 20, 2024
Invoice #: 922233
076884-00002
Page 33

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Number: 6139128, Timekeeper: Nathaniel Allard | |
| 6/7/2024 | Allard, Nathaniel | Executive Charge, Inc. - Vendor: Executive Charge, Inc., Description: Taxi charges - Invoice #: 6139128, Transaction Date: 06/07/24, Invoice Number: 6139128, Timekeeper: Nathaniel Allard | 75.00 |
| 6/14/2024 | Allard, Nathaniel | Executive Charge, Inc. - Vendor: Executive Charge, Inc., Description: Taxi chragres - Invoice #: 6140739, Transaction Date: 06/14/24, Invoice Number: 6140739, Timekeeper: Nathaniel Allard | 75.00 |
| 6/14/2024 | Allard, Nathaniel | Executive Charge, Inc. - Vendor: Executive Charge, Inc., Description: Taxi chragres - Invoice #: 6140739, Transaction Date: 06/14/24, Invoice Number: 6140739, Timekeeper: Nathaniel Allard | 75.00 |
| 6/21/2024 | Allard, Nathaniel | Executive Charge, Inc. - Vendor: Executive Charge, Inc., Description: Taxi charges- Invoice #: 6142256, Transaction Date: 06/21/24, Invoice Number: 6142256, Timekeeper: Nathaniel Allard | 75.00 |
| 7/2/2024 | Allard, Nathaniel | Photocopying for Allard, Nathaniel | 8.50 |
| TOTAL | | | $458.50 |