**<u>EXHIBIT C</u>**

**<u>Expense Summary</u>**

**EXPENSE SUMMARY**

**JULY 1, 2024 THROUGH JULY 31, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Cab Fares | Executive Charge | $450.00 |
| Photocopying | Kramer Levin | $8.50 |
| **TOTAL** | | **$458.50** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| Invoice Date | Provider | Number of People | Description | Amount |
| 06/7/2024 | Executive Charge | 1 | Office to home 5/28/24 (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| 06/7/2024 | Executive Charge | 1 | Office to home 5/30/24 (working late on sale and investigation issues) – N. Allard | $75.00 |
| 06/7/2024 | Executive Charge | 1 | Office to home 5/31/24 (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| 06/14/2024 | Executive Charge | 1 | Office to home 6/3/24 (working late on sale and retention issues and communications with Committee) – N. Allard | $75.00 |
| 06/14/2024 | Executive Charge | 1 | Office to home 6/4/24 (working late on DIP and sale issues and communications with Committee) – N. Allard | $75.00 |
| 06/21/2024 | Executive Charge | 1 | Office to home 6/12/24 (working late on sale issues) – N. Allard | $75.00 |
| **TOTAL** | | | | **$450.00** |