# EXHIBIT B

**TIMEKEEPER SUMMARY**

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from July 1, 2024 through July 31, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lucian B. Murley | 2005 | Partner (2018) | Bankruptcy | $645 | 50.7 | $32,701.50 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430 | 41.5 | $17,845.00 |
| Nicholas Smargiassi | 2023 | Associate (2023) | Bankruptcy | $300 | 70.6 | $21,180.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285 | 9.6 | $2,736.00 |
| **TOTAL** | | | | | **172.4** | **$74,462.50** |

**Blended Hourly Rate: $431.92**

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 7/1/2024 | LM | E-mails with T. Falk, N. Smargiassi, and N. Allard re: Committee call this week | 0.20 | $ 129.00 |
| 7/1/2024 | LM | Review July 1 Committee post | 0.10 | $ 64.50 |
| 7/1/2024 | LM | Review certification of counsel re: rejection notice (docket no. 560) | 0.10 | $ 64.50 |
| 7/1/2024 | LM | Review certification of counsel re: rejection notice (docket no. 559) | 0.10 | $ 64.50 |
| 7/1/2024 | LM | E-mails with M. Robinson, K. Lee, and N. Allard re: Province fee application | 0.20 | $ 129.00 |
| 7/1/2024 | LM | Review letter from T. De Paulo re: investigation issues | 0.20 | $ 129.00 |
| 7/1/2024 | LM | E-mails with N. Adzima and A. Rogoff re: settlement | 0.10 | $ 64.50 |
| 7/1/2024 | LM | Review e-mails chain between A. Rogoff and G. Galardi re: settlement | 0.20 | $ 129.00 |
| 7/1/2024 | LM | E-mails with N. Allard and T. Falk re: closing sets | 0.20 | $ 129.00 |
| 7/1/2024 | LM | E-mails with T. Falk and N. Allard re: plan changes | 2.00 | $ 1,290.00 |
| 7/2/2024 | LM | Participate in Committee professional prep call with N. Allard, T. Falk, A. Rogoff, and M. Robinson, among others | 0.40 | $ 258.00 |
| 7/2/2024 | LM | E-mails with N. Allard re: agenda for Committee professional prep call | 0.10 | $ 64.50 |
| 7/2/2024 | LM | Review draft of Saul Ewing fee application | 0.30 | $ 193.50 |
| 7/2/2024 | LM | E-mails with N. Smargiassi re: changes to Province fee application | 0.20 | $ 129.00 |
| 7/2/2024 | LM | Review Province fee application | 0.20 | $ 129.00 |
| 7/2/2024 | LM | Review declaration of disinterestedness (docket no. 561) | 0.10 | $ 64.50 |
| 7/2/2024 | LM | E-mails with K. Lee re: proposed changes to Province monthly fee application | 0.20 | $ 129.00 |
| 7/2/2024 | LM | E-mails with N. Smargiassi re: Kramer Levin fee application | 0.20 | $ 129.00 |
| 7/2/2024 | LM | Call with N. Smargiassi re: review of Province and Kramer Levin fee applications | 0.10 | $ 64.50 |
| 7/2/2024 | LM | Review e-mail from G. Galardi re: settlement | 0.10 | $ 64.50 |
| 7/2/2024 | LM | E-mails with N. Adzima and A. Rogoff re: settlement | 0.10 | $ 64.50 |
| 7/2/2024 | LM | E-mails with A. Rogoff and T. Falk re: proposed changes to plan | 0.20 | $ 129.00 |
| 7/2/2024 | LM | E-mails with N. Allard and T. Falk re: plan changes | 0.20 | $ 129.00 |
| 7/3/2024 | LM | Call with J. Donaldson re: operational issues | 0.20 | $ 129.00 |
| 7/3/2024 | LM | Perform weekly estimates as required by DIP financing | 0.30 | $ 193.50 |
| 7/3/2024 | LM | Review AlixPartners invoice (DIP lender professional fees) | 0.10 | $ 64.50 |
| 7/3/2024 | LM | Review certification of counsel re: assumption of contracts (docket no. 577) | 0.10 | $ 64.50 |
| 7/3/2024 | LM | Review certification of counsel re: assumption of contracts (docket no. 576) | 0.10 | $ 64.50 |
| 7/3/2024 | LM | Review certification of counsel re: assumption of contracts (docket no. 575) | 0.10 | $ 64.50 |
| 7/3/2024 | LM | Review certification of counsel re: assumption of contracts (docket no. | 0.10 | $ 64.50 |
| 7/3/2024 | LM | Review certification of counsel re: assumption of contracts (docket no. 573) | 0.10 | $ 64.50 |
| 7/3/2024 | LM | Call with N. Smargiassi re: Kramer Levin fee detail | 0.10 | $ 64.50 |
| 7/3/2024 | LM | E-mails with N. Smargiassi and W. Kane re: Kramer Levin fee detail | 0.20 | $ 129.00 |
| 7/3/2024 | LM | Review declaration of disinterestedness of Dinsmore & Shohl (docket no. 566) | 0.10 | $ 64.50 |
| 7/3/2024 | LM | E-mails with R. Diehl and G. Galardi re: settlement motion | 0.20 | $ 129.00 |
| 7/3/2024 | LM | Review revised 9019 motion | 0.30 | $ 193.50 |
| 7/3/2024 | LM | E-mails with A. Rogoff and N. Allard re: plan provisions | 0.10 | $ 64.50 |
| 7/4/2024 | LM | E-mails with N. Smargiassi re: review of Kirkland and M3 fee applications | 0.10 | $ 64.50 |
| 7/4/2024 | LM | Review Debtors' changes to 9019 motion | 0.20 | $ 129.00 |
| 7/5/2024 | LM | E-mails with A. Rogoff and G. Galardi re: settlement with FILO lender | 0.20 | $ 129.00 |
| 7/5/2024 | LM | E-mails with A. Rogoff, N. Allard, T. Falk, and B. Schmidt re: settlement with FILO lender | 0.20 | $ 129.00 |
| 7/5/2024 | LM | Review settlement agreement with Filo lender | 0.40 | $ 258.00 |
| 7/5/2024 | LM | E-mails with N. Allard and N. Adzima re: settlement agreement | 0.10 | $ 64.50 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/5/2024 | LM | E-mails with T. Falk and Kramer Levin team (A. Rogoff, R. Schmidt, and A. Rogoff) re: plan changes | 0.20 | $ 129.00 |
| 7/5/2024 | LM | E-mails with T. Falk and N. Allard re: revisions to plan | 1.00 | $ 645.00 |
| 7/6/2024 | LM | E-mails with N. Smargiassi re: Moelis fee application | 0.10 | $ 64.50 |
| 7/7/2024 | LM | E-mails with N. Allard, A. Rogoff, and B. Schmidt re: plan | 0.20 | $ 129.00 |
| 7/7/2024 | LM | Review revised plan | 0.40 | $ 258.00 |
| 7/8/2024 | LM | Review July 8 Committee post | 0.10 | $ 64.50 |
| 7/8/2024 | LM | E-mails with R. Schmidt, N. Allard, and A. Rogoff re: Committee update and preparing for Committee call | 0.20 | $ 129.00 |
| 7/8/2024 | LM | E-mails with N. Allard and A. Rogoff re: 365(d)(4) extension motion | 0.10 | $ 64.50 |
| 7/8/2024 | LM | Review draft 365(d)(4) extension motion | 0.30 | $ 193.50 |
| 7/8/2024 | LM | Review TrueSource's objection to assumption (docket no. 584) | 0.10 | $ 64.50 |
| 7/8/2024 | LM | Review certificate of no objection re: Klehr Harrison application (docket no. 585) | 0.10 | $ 64.50 |
| 7/8/2024 | LM | E-mails with S. Iacovo and A. Rogoff re: 9019 motion | 0.20 | $ 129.00 |
| 7/8/2024 | LM | E-mails with R. Diehl and N. Allard re: 9019 motion | 0.20 | $ 129.00 |
| 7/8/2024 | LM | Review re-notice of Stored Value motion (docket no. 582) | 0.10 | $ 64.50 |
| 7/8/2024 | LM | Emails with N. Smargiassi, T. Falk, and N. Allard re plan provisions | 0.20 | $ 129.00 |
| 7/8/2024 | LM | E-mails with T. Falk and A. Rogoff re: plan changes | 0.20 | $ 129.00 |
| 7/9/2024 | LM | Review July 9 Committee post | 0.10 | $ 64.50 |
| 7/9/2024 | LM | Perform weekly fee estimates and accruals as required by DIP order | 0.30 | $ 193.50 |
| 7/9/2024 | LM | Review Datascan cure objection | 0.10 | $ 64.50 |
| 7/9/2024 | LM | E-mail to Express Committee professional macro re: strategy and evidentiary support for settlement motion | 0.30 | $ 193.50 |
| 7/9/2024 | LM | Review FILO lender's changes to settlement motion | 0.20 | $ 129.00 |
| 7/9/2024 | LM | Emails with N. Allard and S. Iacovo re settlement motion | 0.20 | $ 129.00 |
| 7/9/2024 | LM | Emails with T. Falk, A. Rogoff, Nate Allard and R. Schmidt regarding settlement details | 0.20 | $ 129.00 |
| 7/10/2024 | LM | Emails with A. Rogoff, R. Diehl, and S. Iacovo re settlement papers | 0.20 | $ 129.00 |
| 7/10/2024 | LM | Review debtors' revisions to settlement motion | 0.20 | $ 129.00 |
| 7/10/2024 | LM | Review as-filed committee 9019 motion (docket no. 598) | 0.40 | $ 258.00 |
| 7/10/2024 | LM | Emails with T. Falk and R. Diehl regarding plan and disclosure statement | 0.20 | $ 129.00 |
| 7/10/2024 | LM | Review agenda (docket no. 592) | 0.10 | $ 64.50 |
| 7/11/2024 | LM | E-mails with J. Donaldson and T. Falk regarding plan provisions | 0.10 | $ 64.50 |
| 7/11/2024 | LM | Review Committee post | 0.10 | $ 64.50 |
| 7/11/2024 | LM | E-mails with A. Rogoff regarding Moelis application | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Emails with N. Allard, R. Schmidt, and A. Rogoff re plan issues and Moelis fee | 0.20 | $ 129.00 |
| 7/12/2024 | LM | Review lender's fee summary | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Review certification of counsel re notice of assumption (docket no. 607) | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Review certification of counsel re notice of assumption (docket no. 606) | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Review certification of counsel re notice of assumption (docket no. 605) | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Review certification of counsel re notice of assumption (docket no. 604) | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Review certification of counsel re assumption notice (docket no. 601) | 0.10 | $ 64.50 |
| 7/12/2024 | LM | E-mails with US Trustee's office re Committee fee applications | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Emails with N. Smargiassi and A. Rogoff regarding Moelis fee | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Review Sill declaration (docket no. 603) | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Emails with R. Diehl and A. Rogoff re Sill declaration | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Review certification of counsel re Chubb (docket no. 600) | 0.10 | $ 64.50 |
| 7/12/2024 | LM | Emails with N. Allard and A. Rogoff re plan and disclosure statement content and timing | 0.20 | $ 129.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 7/15/2024 | LM | E-mails with N. Smargiassi regarding upcoming dates and deadlines | 0.20 | $ 129.00 |
| 7/15/2024 | LM | Review draft slides from Province in advance of Committee call | 0.20 | $ 129.00 |
| 7/16/2024 | LM | Review July 16 Committee post | 0.10 | $ 64.50 |
| 7/16/2024 | LM | E-mails with T. Falk re: July 16 Committee professional call | 0.10 | $ 64.50 |
| 7/16/2024 | LM | E-mails with N. Allard re: July 16 Committee professional call | 0.10 | $ 64.50 |
| 7/16/2024 | LM | Review certification of counsel re: assumption notice (docket no. 618) | 0.10 | $ 64.50 |
| 7/16/2024 | LM | Review e-mail from T. Falk summarizing plan research | 0.10 | $ 64.50 |
| 7/17/2024 | LM | Review professional fee statement from DIP lenders | 0.10 | $ 64.50 |
| 7/17/2024 | LM | Review interim fee order | 0.20 | $ 129.00 |
| 7/18/2024 | LM | E-mails with T. Falk and N. Allard re: D&O insurance issues | 0.20 | $ 129.00 |
| 7/18/2024 | LM | E-mails with T. Falk re: D&O insurance | 0.10 | $ 64.50 |
| 7/18/2024 | LM | E-mails with T. Falk and N. Adzima re: D&O tail policies | 0.10 | $ 64.50 |
| 7/18/2024 | LM | Review Province's claims summary | 0.30 | $ 193.50 |
| 7/18/2024 | LM | Review Committee post | 0.10 | $ 64.50 |
| 7/18/2024 | LM | Perform weekly professional fee estimates as required by DIP order | 0.30 | $ 193.50 |
| 7/18/2024 | LM | E-mails with N. Allard and M. Robinson re: Committee monthly fee applications | 0.20 | $ 129.00 |
| 7/18/2024 | LM | E-mails with N. Smargiassi re: interim fee applications | 0.10 | $ 64.50 |
| 7/18/2024 | LM | Call with N. Smargiassi re: objection to exclusivity | 0.20 | $ 129.00 |
| 7/18/2024 | LM | Call with N. Allard and B. Schmidt re: plan and exclusivity issues | 0.30 | $ 193.50 |
| 7/18/2024 | LM | E-mails with N. Smargiassi re: exclusivity objection | 0.10 | $ 64.50 |
| 7/18/2024 | LM | Review local rules re: combined plan and disclosure statement | 0.30 | $ 193.50 |
| 7/18/2024 | LM | Review e-mail chain between N. Allard and N. Adzima re: plan process, plan provisions, and timing of approval of plan and disclosure statement | 0.20 | $ 129.00 |
| 7/18/2024 | LM | Review initial draft exclusivity motion from Kirkland | 0.30 | $ 193.50 |
| 7/19/2024 | LM | Review certification of counsel re notice of assumption (docket no. 629) | 0.10 | $ 64.50 |
| 7/19/2024 | LM | Review certification of counsel re assumption (docket no. 628) | 0.10 | $ 64.50 |
| 7/19/2024 | LM | Emails with N. Smargiassi re objection to debtors' exclusivity motion | 0.20 | $ 129.00 |
| 7/19/2024 | LM | Emails with N. Allard re objection to exclusivity motion | 0.10 | $ 64.50 |
| 7/21/2024 | LM | Review and revise second monthly fee application | 0.60 | $ 387.00 |
| 7/21/2024 | LM | E-mails with N. Allard re: Saul Ewing second monthly fee application | 0.10 | $ 64.50 |
| 7/22/2024 | LM | E-mails with N. Adzima re: D&O policies | 0.10 | $ 64.50 |
| 7/23/2024 | LM | Review e-mail from T. Falk re: D&O tails | 0.10 | $ 64.50 |
| 7/23/2024 | LM | E-mails with N. Allard in preparation for Committee professional call | 0.10 | $ 64.50 |
| 7/23/2024 | LM | Participate in Committee professional prep call, with various Committee professionals, including A. Rogoff, B. Schmidt, N. Allard, M. Robinson, K. Lee, T. Falk, and N. Smargiassi | 0.80 | $ 516.00 |
| 7/23/2024 | LM | Review July 23 Committee post | 0.10 | $ 64.50 |
| 7/23/2024 | LM | Review draft Committee slides for July 24 Committee call | 0.20 | $ 129.00 |
| 7/23/2024 | LM | Perform weekly fee estimates as required by DIP order | 0.30 | $ 193.50 |
| 7/23/2024 | LM | E-mails with N. Allard and M. Robinson re: Committee professional fee applications | 0.10 | $ 64.50 |
| 7/23/2024 | LM | E-mails with N. Smargiassi re: monthly fee applications of various estate professionals, including Committee professionals and Debtor professionals' applications where Committee had outstanding information requests | 0.20 | $ 129.00 |
| 7/23/2024 | LM | Review supplemental declarations re: KPMG engagement (docket nos. 634 and 635) | 0.10 | $ 64.50 |
| 7/23/2024 | LM | E-mails with N. Allard and T. Falk re: plan revisions | 0.20 | $ 129.00 |
| 7/23/2024 | LM | Review plan revisions | 0.50 | $ 322.50 |
| 7/23/2024 | LM | E-mails with N. Smargiassi and N. Allard re: Delaware precedent for issues relating to plan | 0.20 | $ 129.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/23/2024 | LM | Review disclosure statement and summary of disclosure statement from T. Falk re: Debtors' proffered justification for releases | 0.50 | $ 322.50 |
| 7/23/2024 | LM | E-mails with N. Smargiassi re: arguments for objection to motion to extend exclusivity deadline | 0.20 | $ 129.00 |
| 7/23/2024 | LM | Call with N. Smargiassi re: arguments for objection to Debtors' motion to extend exclusivity deadline | 0.10 | $ 64.50 |
| 7/23/2024 | LM | Call with T. Falk re: objection to exclusivity | 0.10 | $ 64.50 |
| 7/24/2024 | LM | E-mails with N. Allard re: upcoming filings, including professional fee applications and Debtors' 9019 motion | 0.20 | $ 129.00 |
| 7/24/2024 | LM | Prepare for Committee call | 0.30 | $ 193.50 |
| 7/24/2024 | LM | Participate in Committee call | 0.50 | $ 322.50 |
| 7/24/2024 | LM | Review July 24 Committee post | 0.10 | $ 64.50 |
| 7/24/2024 | LM | Review and approve for filing certificates of no objection re: Province and Kramer Levin fee applications | 0.10 | $ 64.50 |
| 7/24/2024 | LM | E-mails with N. Allard re: Kramer Levin first monthly fee application | 0.10 | $ 64.50 |
| 7/24/2024 | LM | E-mails with M. Robinson and K. Lee re: Province first monthly fee application | 0.10 | $ 64.50 |
| 7/24/2024 | LM | E-mails with N. Allard and K. Lee re: Province second monthly fee application | 0.10 | $ 64.50 |
| 7/24/2024 | LM | Meeting with N. Smargiassi re: Debtors' monthly fee applications | 0.10 | $ 64.50 |
| 7/24/2024 | LM | E-mails with N. Adzima and S. Iacovo re: Debtors' 9019 motion regarding lender settlement | 0.20 | $ 129.00 |
| 7/24/2024 | LM | Emails with N. Allard re debtors' settlement motion re lender claims | 0.20 | $ 129.00 |
| 7/24/2024 | LM | Review Committee's revisions to plan | 0.40 | $ 258.00 |
| 7/24/2024 | LM | E-mails with K. Lee and N. Allard re: consolidation analysis | 0.20 | $ 129.00 |
| 7/24/2024 | LM | E-mails with N. Allard re: legal argument against releases in plan | 0.10 | $ 64.50 |
| 7/24/2024 | LM | Meeting with N. Smargiassi re: draft objection to motion to extend exclusivity | 0.20 | $ 129.00 |
| 7/24/2024 | LM | E-mails with N. Allard and T. Falk re: key provisions of Debtors' revised plan | 0.20 | $ 129.00 |
| 7/25/2024 | LM | E-mails with N. Allard and T. Falk re: D&O policies and claims period | 0.20 | $ 129.00 |
| 7/25/2024 | LM | Call with N. Allard regarding various open issues, including exclusivity, plan and fee applications | 0.20 | $ 129.00 |
| 7/25/2024 | LM | Review July 25 Committee post | 0.10 | $ 64.50 |
| 7/25/2024 | LM | E-mails with N. Allard and A. Rogoff re: Committee post | 0.10 | $ 64.50 |
| 7/25/2024 | LM | E-mails with N. Smargiassi re: Province and Kramer Levin monthly fee applications | 0.20 | $ 129.00 |
| 7/25/2024 | LM | Review certificate of no objection re: M3 application (docket no. 648) | 0.10 | $ 64.50 |
| 7/25/2024 | LM | Review certificate of no objection re: Kirkland fee application (docket no. 647) | 0.10 | $ 64.50 |
| 7/25/2024 | LM | E-mails with N. Adzima re: Committee professional's first monthly application | 0.10 | $ 64.50 |
| 7/25/2024 | LM | E-mails with N. Smargiassi re: legal issues relating to releases granted in Debtors' draft plan | 0.20 | $ 129.00 |
| 7/25/2024 | LM | Review exclusivity motion | 0.50 | $ 322.50 |
| 7/25/2024 | LM | E-mails with N. Allard and A. Rogoff re: Debtors' exclusivity motion | 0.10 | $ 64.50 |
| 7/25/2024 | LM | E-mails with N. Allard re: authority regarding propriety of releases in plan | 0.20 | $ 129.00 |
| 7/25/2024 | LM | E-mails with N. Allard and N. Smargiassi re: legal precedent regardingreleases in context of motion to extend exclusivity | 0.20 | $ 129.00 |
| 7/25/2024 | LM | E-mails with A. Rogoff re: communication with U.S. Trustee regarding exclusivity motion | 0.10 | $ 64.50 |
| 7/26/2024 | LM | Review certification of counsel re assumption of lease (docket no. 656) | 0.10 | $ 64.50 |
| 7/26/2024 | LM | Review certification of counsel re assumption of lease (docket no. 657) | 0.10 | $ 64.50 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/26/2024 | LM | Review certification of counsel re assumption of lease (docket no. 658) | 0.10 | $ 64.50 |
| 7/26/2024 | LM | E-mails with N. Smargiassi, M. Robinson, and K. Lee re: Province second monthly fee application | 0.10 | $ 64.50 |
| 7/26/2024 | LM | E-mails with M3 team (T. Biggs, R. Rowan, and B. Lyttle) re: Committee professional fee applications | 0.30 | $ 193.50 |
| 7/26/2024 | LM | Call with N. Smargiassi re: Committee professional fee applications | 0.10 | $ 64.50 |
| 7/26/2024 | LM | Review and revise Province's second monthly fee application | 0.30 | $ 193.50 |
| 7/26/2024 | LM | Call with N. Smargiassi re: Committee professional's fee applications | 0.10 | $ 64.50 |
| 7/26/2024 | LM | E-mails with N. Smargiassi and W. Kane re: Kramer Levin second monthly fee application | 0.10 | $ 64.50 |
| 7/26/2024 | LM | Review Betance supplemental declaration (docket no. 653) | 0.10 | $ 64.50 |
| 7/26/2024 | LM | Review Doland supplemental declaration (docket no. 655) | 0.10 | $ 64.50 |
| 7/26/2024 | LM | Review Keil supplemental declaration (docket no. 660) | 0.10 | $ 64.50 |
| 7/26/2024 | LM | E-mails with A. Rogoff and R. Schmidt re: negotiations with Debtor regarding exclusivity and plan | 0.20 | $ 129.00 |
| 7/26/2024 | LM | E-mails with N. Allard and N. Smargiassi re: relevant legal precedent for objection to releases in Debtors' plan | 0.30 | $ 193.50 |
| 7/26/2024 | LM | Review pleadings forwarded by N. Allard re objection to exclusivity | 0.30 | $ 193.50 |
| 7/27/2024 | LM | E-mails with A. Rogoff and Kirkland team (N. Adzima, E. Geier, C. Sterrett, and others) re: exclusivity motion | 0.20 | $ 129.00 |
| 7/27/2024 | LM | E-mails with R. Schmidt, M. Robinson, and A. Rogoff re: exclusivity motion | 0.20 | $ 129.00 |
| 7/28/2024 | LM | Review and revise draft objection to exclusivity | 1.80 | $ 1,161.00 |
| 7/28/2024 | LM | E-mails with A. Rogoff re: negotiations with Debtors regarding plan issues | 0.20 | $ 129.00 |
| 7/28/2024 | LM | E-mails with T. Falk and N. Smargiassi re: exclusivity arguments and legal research | 0.20 | $ 129.00 |
| 7/28/2024 | LM | Review further revisions to draft objection to exclusivity | 1.40 | $ 903.00 |
| 7/28/2024 | LM | E-mails with N. Smargiassi and N. Allard re: objection to motion to extend exclusivity | 0.20 | $ 129.00 |
| 7/28/2024 | LM | Review N. Allard's changes to objection to exclusivity | 0.30 | $ 193.50 |
| 7/29/2024 | LM | Review Sussberg supplemental declaration (docket no. 666) | 0.10 | $ 64.50 |
| 7/29/2024 | LM | E-mails with T. Falk and N. Smargiassi re: plan research | 0.20 | $ 129.00 |
| 7/29/2024 | LM | Review A. Rogoff's changes to exclusivity objection | 0.30 | $ 193.50 |
| 7/29/2024 | LM | E-mails with T. Falk and N. Smargiassi re: research regarding court's prior rulings on debtor and third-party releases | 0.30 | $ 193.50 |
| 7/29/2024 | LM | E-mails with N. Smargiassi and T. Falk re: FRE 408 in the context of objection to exclusivity motion | 0.20 | $ 129.00 |
| 7/30/2024 | LM | Emails with N. Allard and A. Rogoff re transition services agreement | 0.20 | $ 129.00 |
| 7/30/2024 | LM | Review July 30 Committee post | 0.10 | $ 64.50 |
| 7/30/2024 | LM | E--mails with N. Allard re: Committee professionals call | 0.10 | $ 64.50 |
| 7/30/2024 | LM | Call with T. Falk re: exclusivity objection | 0.10 | $ 64.50 |
| 7/30/2024 | LM | E-mails with M. Robinson and N. Allard re: professional fee reporting requirement in DIP financing | 0.10 | $ 64.50 |
| 7/30/2024 | LM | Perform weekly professional fee estimates as requested by Debtors | 0.30 | $ 193.50 |
| 7/30/2024 | LM | Call with A. Rogoff re: exclusivity objection | 0.40 | $ 258.00 |
| 7/30/2024 | LM | Call with Committee professionals (A. Rogoff, R. Schmidt, N. Allard, M. Robinson, T. Falk, and N. Smargiassi) re: exclusivity objection | 0.70 | $ 451.50 |
| 7/30/2024 | LM | E-mails with N. Smargiassi and T. Falk re: objection to motion to extend exclusivity | 0.20 | $ 129.00 |
| 7/30/2024 | LM | Review and revise objection to exclusivity | 1.20 | $ 774.00 |
| 7/30/2024 | LM | E-mails with A. Rogoff and N. Allard re: objection to exclusivity motion | 0.20 | $ 129.00 |
| 7/30/2024 | LM | Review revised draft of exclusivity objection | 0.40 | $ 258.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 7/30/2024 | LM | E-mails with N. Allard re: substantive consolidation issues | 0.10 | $ 64.50 |
| 7/30/2024 | LM | E-mails with N. Smargiassi and T. Falk re: objection to exclusivity motion | 0.20 | $ 129.00 |
| 7/30/2024 | LM | Review Kramer Levin's changes to plan | 0.20 | $ 129.00 |
| 7/30/2024 | LM | E-mails with A. Rogoff in preparation for August 8 hearing | 0.20 | $ 129.00 |
| 7/31/2024 | LM | Participate in Committee call | 0.40 | $ 258.00 |
| 7/31/2024 | LM | Emails with K. Mendez re committee cash flow update | 0.10 | $ 64.50 |
| 7/31/2024 | LM | Review notice of rejection of contract (docket no. 674) | 0.10 | $ 64.50 |
| 7/31/2024 | LM | E-mails with N. Allard re: Kramer Levin second monthly fee application | 0.10 | $ 64.50 |
| 7/31/2024 | LM | Review notice of filing re Klehr Harrison application (docket no. 675) | 0.20 | $ 129.00 |
| 7/31/2024 | LM | Review certificate of no objection re Moelis fee application (docket no. 671) | 0.10 | $ 64.50 |
| 7/31/2024 | LM | Review notice of withdrawal of Stored Value motion (docket no. 672) | 0.10 | $ 64.50 |
| 7/31/2024 | LM | Review A. Rogoff's revisions to objection to exclusivity | 0.10 | $ 64.50 |
| 7/31/2024 | LM | E-mails with N. Smargiassi and A. Rogoff re: objection to exclusivity | 0.10 | $ 64.50 |
| 7/31/2024 | LM | Review summary of research re: consideration for releases | 0.20 | $ 129.00 |
| 7/31/2024 | LM | E-mails with T. Falk re: case law regarding debtor and third-party releases | 0.20 | $ 129.00 |
| 7/31/2024 | LM | Call with T. Falk re: substantive consolidation analysis | 0.20 | $ 129.00 |
| 7/31/2024 | LM | E-mails with T. Falk re: substantive consolidation analysis | 0.20 | $ 129.00 |
| 7/31/2024 | LM | E-mails with N. Allard and T. Falk re: consolidation issues | 0.20 | $ 129.00 |
| 7/31/2024 | LM | E-mails with N. Allard re: objection to exclusivity | 0.10 | $ 64.50 |
| 7/31/2024 | LM | Review revisions to objection to exclusivity | 0.40 | $ 258.00 |
| 7/31/2024 | LM | E-mails with T. Falk and A. Rogoff re: authorities on third-party and debtor release issues | 0.20 | $ 129.00 |
| 7/31/2024 | LM | Emails with R. Schmidt, N. Allard, and A. Rogoff re independent director's investigation and prior responses to discovery | 0.30 | $ 193.50 |
| 7/31/2024 | LM | Review notice of disclosure statement hearing (docket no. 691) | 0.10 | $ 64.50 |
| 7/31/2024 | LM | Review plan (docket no. 689) | 0.80 | $ 516.00 |
| 7/31/2024 | LM | Review disclosure statement (docket no. 690) | 0.70 | $ 451.50 |
| 7/31/2024 | LM | Review motion to approve disclosure statement (docket no. 691) | 0.60 | $ 387.00 |
| 7/31/2024 | LM | Emails with N. Allard re plan discovery | 0.20 | $ 129.00 |
| 7/31/2024 | LM | Emails with N. Smargiassi and N. Allard re revisions to exclusivity objection | 0.20 | $ 129.00 |
| 7/31/2024 | LM | E-mails with T. Falk and A. Popescu re consolidation analysis | 0.20 | $ 129.00 |
| 7/31/2024 | LM | E-mails with A. Rogoff in preparation for August 8 hearing | 0.20 | $ 129.00 |
| | **LM Total** | | **50.70** | **$ 32,701.50** |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/1/2024 | NS | Review emails from T. Falk, L. Murley and N. Allard re: express plan | 0.30 | $ 90.00 |
| 7/2/2024 | NS | Call with committee professionals re: settlement negotiation and comments on plan | 0.40 | $ 120.00 |
| 7/2/2024 | NS | Emails with L. Murley and R. Warren re: filing monthly fee applications | 0.20 | $ 60.00 |
| 7/2/2024 | NS | Emails with K. Allard and K. Lee re: monthly fee applications | 0.20 | $ 60.00 |
| 7/2/2024 | NS | | 0.10 | $ 30.00 |
| 7/2/2024 | NS | Email to Stretto & Klehr Harrison re: serving Committee's fee applications. | 0.10 | $ 30.00 |
| 7/2/2024 | NS | Review and analyze Province's first monthly fee application | 1.80 | $ 540.00 |
| 7/2/2024 | NS | Review and analyze to Kramer Levin's first fee application | 1.50 | $ 450.00 |
| 7/2/2024 | NS | Review Local rules and UST guidelines re: review of first fee applications | 0.50 | $ 150.00 |
| 7/2/2024 | NS | Draft notice of motion of Kramer Levin's First monthly fee application | 0.30 | $ 90.00 |
| 7/2/2024 | NS | Draft notice of motion of Province's First monthly fee application | 0.30 | $ 90.00 |
| 7/2/2024 | NS | Emails to K. Lee re: comments on Province's fee application | 0.20 | $ 60.00 |
| 7/2/2024 | NS | Emails to N. Allard and W. Kane re: review of Kramer Levin's first monthly fee application | 0.20 | $ 60.00 |
| 7/2/2024 | NS | Emails to L. Murley re: markups of Kramer Levin and Province's monthly fee applications | 0.40 | $ 120.00 |
| 7/3/2024 | NS | Compile Kramer Levin & Province final fee applications and email to R. Warren | 0.30 | $ 90.00 |
| 7/3/2024 | NS | Email to W. Kane re: edit to Kramer Levin's fee application | 0.10 | $ 30.00 |
| 7/3/2024 | NS | Review Kramer Levin invoices re: edits to monthly fee application | 0.60 | $ 180.00 |
| 7/3/2024 | NS | Call with L. Murley re: filing monthly fee applications | 0.10 | $ 30.00 |
| 7/8/2024 | NS | Review first monthly fee application of Kirkland | 0.50 | $ 150.00 |
| 7/8/2024 | NS | Review first montly feel application of M3 | 0.40 | $ 120.00 |
| 7/8/2024 | NS | Review second monthly fee application of Moelis | 0.40 | $ 120.00 |
| 7/8/2024 | NS | Draft summary of debtors' professional fee applications for T. Falk and N. Allard | 0.40 | $ 120.00 |
| 7/9/2024 | NS | Call with Kramer Levin and Province re: case timeline | 0.60 | $ 180.00 |
| 7/9/2024 | NS | Call with T. Falk re: debtors' monthly fee applications | 0.20 | $ 60.00 |
| 7/9/2024 | NS | Draft email to N. Allard re: debtors' monthly fee applications | 0.20 | $ 60.00 |
| 7/9/2024 | NS | Email to A. Rogoff and N. Schmidt re: debtors' monthly fee applications | 0.10 | $ 30.00 |
| 7/9/2024 | NS | Review edits to plan by T. Falk and N. Allard | 0.50 | $ 150.00 |
| 7/10/2024 | NS | Email C. Sterrett at Kirkland re: Moelis' fee application | 0.10 | $ 30.00 |
| 7/10/2024 | NS | Review Moelis' invoices re: second monthly fee application | 0.30 | $ 90.00 |
| 7/11/2024 | NS | Email A. Rogoff re: Moelis' fee application | 0.10 | $ 30.00 |
| 7/12/2024 | NS | Email A. Rogoff re: debtors' monthly fee applications | 0.10 | $ 30.00 |
| 7/12/2024 | NS | Review invoices provided by Moelis re: monthly fee applications | 0.10 | $ 30.00 |
| 7/12/2024 | NS | Email to N. Allard re: UST's requirements for monthly fee application | 0.10 | $ 30.00 |
| 7/15/2024 | NS | Update case calendar re: 8/8/24 omnibus hearing | 0.10 | $ 30.00 |
| 7/16/2024 | NS | Review email from T. Falk re: plan language | 0.10 | $ 30.00 |
| 7/17/2024 | NS | Review interim compensation order | 0.20 | $ 60.00 |
| 7/17/2024 | NS | Email L. Murley re: interim compensation procedures | 0.10 | $ 30.00 |
| 7/18/2024 | NS | Email from L. Murley re: interim fee application | 0.10 | $ 30.00 |
| 7/18/2024 | NS | Email to Klehr Harrison re: filing first interim fee applications | 0.10 | $ 30.00 |
| 7/18/2024 | NS | Email with L. Murley re: exclusivity motion | 0.10 | $ 30.00 |
| 7/18/2024 | NS | Call with L. Murley re: objecting to exclusivity extension motion | 0.20 | $ 60.00 |
| 7/18/2024 | NS | Review emails from T. Falk and N. Allard re: insurance issues | 0.10 | $ 30.00 |
| 7/18/2024 | NS | Review email from A. Rogoff re: comments on exclusivity extension motion | 0.10 | $ 30.00 |
| 7/18/2024 | NS | Review and analyze Debtors' exclusivity motion | 1.00 | $ 300.00 |
| 7/19/2024 | NS | Conduct legal research re: motion to extend exclusivity period | 1.50 | $ 450.00 |
| 7/20/2024 | NS | Draft objection to exclusivity motion | 1.00 | $ 300.00 |
| 7/21/2024 | NS | Draft objection to Debtor's Exclusivity extension motion | 2.00 | $ 600.00 |
| 7/22/2024 | NS | Draft objection to Debtors' exclusivity motion | 3.00 | $ 900.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/22/2024 | NS | Conduct legal research on Delaware Local rule 3017 re: objection to debtors' exclusivity motion | 1.00 | $ 300.00 |
| 7/22/2024 | NS | Conduct legal research re: third-party releases and debtor releases | 2.00 | $ 600.00 |
| 7/22/2024 | NS | Conduct legal research re: motion to extend the exclusivity period | 1.00 | $ 300.00 |
| 7/23/2024 | NS | Call with UCC Professionals re: updated draft from Debtors of Plan and Disclosure statement and exclusivity motion | 0.80 | $ 240.00 |
| 7/23/2024 | NS | Call with L. Murley re: draft of objection to debtors' exclusivity motion | 0.10 | $ 30.00 |
| 7/23/2024 | NS | Review and Revise Objection to Debtors' exclusivity motion | 2.00 | $ 600.00 |
| 7/23/2024 | NS | Conduct Legal Research re: Joint disclosure statement and Plan cases | 1.00 | $ 300.00 |
| 7/23/2024 | NS | Draft certificate of service re: objection to Debtors' exclusivity motion | 0.60 | $ 180.00 |
| 7/23/2024 | NS | Conduct legal research re: cause to extend exclusivity motion | 1.10 | $ 330.00 |
| 7/23/2024 | NS | Draft Committee's objection to Debtors' exclusivity extension motion | 3.00 | $ 900.00 |
| 7/24/2024 | NS | Discussion with L. Murley re: review of Debtors' monthly fee applications | 0.10 | $ 30.00 |
| 7/24/2024 | NS | Email draft of objection to Debtors' exclusivity motion to L. Murley and T. Falk | 0.10 | $ 30.00 |
| 7/24/2024 | NS | Review and edit objection to Debtors' exclusivity extension motion | 1.40 | $ 420.00 |
| 7/24/2024 | NS | Discussion with L. Murley re: Committee's objection to Debtors' exclusivity extension motion | 0.20 | $ 60.00 |
| 7/25/2024 | NS | Review monthly fee applications re: updating case calendar | 0.20 | $ 60.00 |
| 7/25/2024 | NS | Call with R. Warren re: filing monthly fee applications | 0.10 | $ 30.00 |
| 7/25/2024 | NS | Emails with N. Allard re: filing monthly fee applications | 0.20 | $ 60.00 |
| 7/25/2024 | NS | Call with R. Warren re: filing monthly fee applications | 0.10 | $ 30.00 |
| 7/25/2024 | NS | Review Province's second monthly fee application | 0.50 | $ 150.00 |
| 7/25/2024 | NS | Review Debtors filed exclusivity extension motion | 0.30 | $ 90.00 |
| 7/25/2024 | NS | Edits to Objection to debtors' exclusivity motion | 1.00 | $ 300.00 |
| 7/25/2024 | NS | Conduct legal research re: objection to Debtors' exclusivity motion | 0.50 | $ 150.00 |
| 7/26/2024 | NS | Email to N. Allard and W. Kane re: Kramer's monthly fee application | 0.10 | $ 30.00 |
| 7/26/2024 | NS | Review Province's second monthly fee application | 0.40 | $ 120.00 |
| 7/26/2024 | NS | Email to R. Warren re: Province's monthly fee application | 0.10 | $ 30.00 |
| 7/26/2024 | NS | Email to K. Lee re: province's monthly fee application | 0.10 | $ 30.00 |
| 7/26/2024 | NS | Review Kramer Levin's second monthly fee application | 0.40 | $ 120.00 |
| 7/26/2024 | NS | Calls with L. Murley re: reviewing monthly fee applications | 0.20 | $ 60.00 |
| 7/26/2024 | NS | Draft notice of Kramer Levin's second monthly fee application | 0.20 | $ 60.00 |
| 7/26/2024 | NS | Draft notice of Province's second monthly fee application | 0.70 | $ 210.00 |
| 7/26/2024 | NS | Emails with L. Murley re: monthly fee application | 0.20 | $ 60.00 |
| 7/26/2024 | NS | Review local rules re: monthly fee applications | 0.10 | $ 30.00 |
| 7/26/2024 | NS | Edits to Kramer Levin fee application | 0.40 | $ 120.00 |
| 7/26/2024 | NS | Edits to Province fee application | 0.30 | $ 90.00 |
| 7/26/2024 | NS | Add table of previous fee applications to Kramer Levin's monthly fee application | 0.30 | $ 90.00 |
| 7/26/2024 | NS | Add table of previous fee applications to Province's monthly fee application | 0.30 | $ 90.00 |
| 7/26/2024 | NS | Draft objection to Debtors' exclusivity motion | 1.10 | $ 330.00 |
| 7/26/2024 | NS | Draft objection to Debtors' exclusivity extension motion | 3.00 | $ 900.00 |
| 7/27/2024 | NS | Conduct legal research re: objection to debtors' exclusivity motion | 2.20 | $ 660.00 |
| 7/27/2024 | NS | Edits to Objection to Debtors' exclusivity motion | 1.00 | $ 300.00 |
| 7/27/2024 | NS | Draft proposed order for objection to Debtors' exclusivity motion | 0.50 | $ 150.00 |
| 7/27/2024 | NS | Email objection and redline to L. Murley for review | 0.20 | $ 60.00 |
| 7/27/2024 | NS | Create redline of objection to debtors' exclusivity motion | 0.10 | $ 30.00 |
| 7/28/2024 | NS | Review edits and comments of L. Murley to objection to debtors' exclusivity motion | 0.70 | $ 210.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/28/2024 | NS | Edits to Objection to Debtors' exclusivity motion | 1.50 | $ 450.00 |
| 7/28/2024 | NS | Create Redline of objection to Debtors' exclusivty motion | 0.10 | $ 30.00 |
| 7/28/2024 | NS | Email objection to Debtors' exclusivity motion to L. Murley | 0.10 | $ 30.00 |
| 7/28/2024 | NS | Email objection to exclusivity motion to N. Allard | 0.10 | $ 30.00 |
| 7/29/2024 | NS | Email second monthly fee applications to R. Warren to file | 0.10 | $ 30.00 |
| 7/29/2024 | NS | Review comments and edits from N. Allard re: objection to exclusivity | 0.50 | $ 150.00 |
| 7/29/2024 | NS | Edits to objection to exclusivity based upon comments from N. Allard | 0.80 | $ 240.00 |
| 7/29/2024 | NS | Emails with A. Rogoff and R. Schmidt re: objection to exclusivity motion | 0.30 | $ 90.00 |
| 7/29/2024 | NS | Calls with T. Falk re: objection to exclusivity motion | 0.80 | $ 240.00 |
| 7/29/2024 | NS | Review A. Rogoff edits to objection to exclusivity motion | 0.40 | $ 120.00 |
| 7/29/2024 | NS | Call with L. Murley re: legal research for objection to exclusivity motion | 0.10 | $ 30.00 |
| 7/29/2024 | NS | Email to N. Allard, L. Murley and T. Falk re: objection to exclusivity motion | 0.10 | $ 30.00 |
| 7/29/2024 | NS | Review edits made by A. Rogoff to objection to exclusivity motion | 0.80 | $ 240.00 |
| 7/30/2024 | NS | Call with L. Murley re: legal research for objection to exlusivity motion | 0.10 | $ 30.00 |
| 7/30/2024 | NS | Conduct legal research re: objection to Debtors' exclusivity motion | 1.00 | $ 300.00 |
| 7/30/2024 | NS | Review changed to exclusivity objection motion made by A. Rogoff | 0.80 | $ 240.00 |
| 7/30/2024 | NS | Call with committee professionals re: Exclusivity objection | 0.80 | $ 240.00 |
| 7/30/2024 | NS | Email L. Murley re: objection to Debtors' exclusivity motion | 0.10 | $ 30.00 |
| 7/30/2024 | NS | Edits to objection to Debtors' exclusivity motion | 2.80 | $ 840.00 |
| 7/30/2024 | NS | Review and incorporate edits made by A. Rogoff | 0.60 | $ 180.00 |
| 7/30/2024 | NS | Email to N. Allard re: objection with A. Rogoff edits | 0.10 | $ 30.00 |
| 7/31/2024 | NS | Meeting with creditors committee re: update on objection to debtors' exclusivity extension | 0.40 | $ 120.00 |
| 7/31/2024 | NS | Email to A. Rogoff and N. Allard re: objection to debtors exclusivity | 0.10 | $ 30.00 |
| 7/31/2024 | NS | Review and incorporate edits from A. Rogoff and N. Allard to debtors' exclusivity objection | 0.50 | $ 150.00 |
| 7/31/2024 | NS | Call with N. Allard re: objection to exclusivity motion | 0.10 | $ 30.00 |
| 7/31/2024 | NS | Incorporate changes from E. Raskin to objection to Debtors' exclusivity | 0.50 | $ 150.00 |
| 7/31/2024 | NS | Edit objection to exclusivity motion based upon updated research | 1.60 | $ 480.00 |
| 7/31/2024 | NS | Review objection to Debtors' exclusivity motion | 0.50 | $ 150.00 |
| 7/31/2024 | NS | Email N. Allard re: updated objection to Debtors' exclusivity motion based upon KL comments | 0.10 | $ 30.00 |
| 7/31/2024 | NS | Conduct legal research re: updated case law on objection to exclusivity motion | 3.50 | $ 1,050.00 |
| | NS Total | | 70.60 | $ 21,180.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/2/2024 | REW | Review and comment on draft of Kramer's Levin's first monthly fee application | 0.30 | $ 85.50 |
| 7/2/2024 | REW | Review and comment on draft of Province's first monthly fee applications | 0.30 | $ 85.50 |
| 7/3/2024 | REW | Revise and finalize Saul Ewing's first monthly fee application | 0.20 | $ 57.00 |
| 7/3/2024 | REW | .pdf and electronic docketing of Saul Ewing's first monthly fee application | 0.20 | $ 57.00 |
| 7/3/2024 | REW | Revise and finalize Kramer's Levin's first monthly fee application | 0.40 | $ 114.00 |
| 7/3/2024 | REW | .pdf and electronic docketing of Kramer's Levin's first monthly fee application | 0.20 | $ 57.00 |
| 7/3/2024 | REW | Revise and finalize Province's first monthly fee application | 0.20 | $ 57.00 |
| 7/3/2024 | REW | .pdf and electronic docketing of Province's first monthly fee application | 0.20 | $ 57.00 |
| 7/17/2024 | REW | Prepare excel spreadsheet to be attached to Saul Ewing's second monthly fee application | 1.20 | $ 342.00 |
| 7/17/2024 | REW | Review of all invoices and draft summaries for each category for Saul Ewing's second monthly fee application | 1.30 | $ 370.50 |
| 7/18/2024 | REW | Draft Saul Ewing's second monthly fee application | 1.80 | $ 513.00 |
| 7/24/2024 | REW | Draft certification of no objection for Saul Ewing's first monthly fee application | 0.30 | $ 85.50 |
| 7/24/2024 | REW | Draft certification of no objection for Kramer Levin's first monthly fee application | 0.30 | $ 85.50 |
| 7/24/2024 | REW | Draft certification of no objection for Province's first monthly fee application | 0.30 | $ 85.50 |
| 7/25/2024 | REW | .pdf and electronic docketing of certification of no objection for Saul Ewing's first monthly fee application | 0.20 | $ 57.00 |
| 7/25/2024 | REW | .pdf and electronic docketing of certification of no objection for Kramer Levin's first monthly fee application | 0.20 | $ 57.00 |
| 7/25/2024 | REW | .pdf and electronic docketing of certification of no objection for Province's first monthly fee application | 0.20 | $ 57.00 |
| 7/29/2024 | REW | Revise and finalize Saul Ewing's second monthly fee application | 0.20 | $ 57.00 |
| 7/29/2024 | REW | .pdf and electronic docketing of Saul Ewing's second monthly fee application | 0.30 | $ 85.50 |
| 7/29/2024 | REW | Revise and finalize Kramer Levin's second monthly fee application | 0.50 | $ 142.50 |
| 7/29/2024 | REW | .pdf and electronic docketing of Kramer Levin's second monthly fee application | 0.20 | $ 57.00 |
| 7/29/2024 | REW | Revise and finalize Province's second monthly fee application | 0.40 | $ 114.00 |
| 7/29/2024 | REW | .pdf and electronic docketing of Province's second monthly fee application | 0.20 | $ 57.00 |
| | **REW Total** | | **9.60** | **$ 2,736.00** |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value | |
|------|-----------|-------------|-------|-------|--|
| 7/1/2024 | TNF | Analysis of A. Rogoff correspondence re: FILO settlement | 0.20 | $ | 86.00 |
| 7/1/2024 | TNF | Email to N. Allard, W. Kane re: closing set documents | 0.10 | $ | 43.00 |
| 7/1/2024 | TNF | Prepare FILO settlement agreement | 2.00 | $ | 860.00 |
| 7/1/2024 | TNF | Correspondence with A. Rogoff re: settlement agreement with FILO | 0.20 | $ | 86.00 |
| 7/1/2024 | TNF | Analysis of N. Allard email: FILO settlement | 0.10 | $ | 43.00 |
| 7/1/2024 | TNF | Correspondence with N. Smargiassi and L. Murley re: FILO settlement | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Analysis of L. Murley email re: Province fee application | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Email to N. Adzima re: FILO settlement negotiations | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Analysis of A. Rogoff email re: FILO settlement | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Analysis of N. Allard email re: professionals call agenda | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Call with E. Gier, N. Adzima, A. Rogoff, N. Allard re: FILO and ABL settlements | 0.60 | $ | 258.00 |
| 7/2/2024 | TNF | Prepare revised FILO settlement | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Email to N. Adzima re: FILO settlement | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Analysis of N. Allard email re: FILO settlement | 0.10 | $ | 43.00 |
| 7/2/2024 | TNF | Call with Committee professionals re: plan comments | 0.40 | $ | 172.00 |
| 7/2/2024 | TNF | Correspondence with N. Allard re: plan revisions | 0.20 | $ | 86.00 |
| 7/2/2024 | TNF | Prepare revised plan | 0.40 | $ | 172.00 |
| 7/2/2024 | TNF | Correspondence with A. Rogoff re: plan changes | 0.20 | $ | 86.00 |
| 7/3/2024 | TNF | Analysis of Alix Partners final invoice | 0.10 | $ | 43.00 |
| 7/3/2024 | TNF | Analysis of FILO settlement motion | 0.20 | $ | 86.00 |
| 7/3/2024 | TNF | Analysis of A. Rogoff and N. Allard correspondence re FILO settlement motion | 0.20 | $ | 86.00 |
| 7/3/2024 | TNF | Analysis of N. Adzima email re FILO settlement motion | 0.10 | $ | 43.00 |
| 7/3/2024 | TNF | Analysis of plan comments | 0.10 | $ | 43.00 |
| 7/3/2024 | TNF | Analysis of N. Allard email re: plan comments | 0.10 | $ | 43.00 |
| 7/3/2024 | TNF | Call with N. Allard re: plan comments | 0.20 | $ | 86.00 |
| 7/3/2024 | TNF | Analysis of A. Rogoff email re royalty issues | 0.10 | $ | 43.00 |
| 7/4/2024 | TNF | Analysis of FILO changes to settlement motion | 0.10 | $ | 43.00 |
| 7/5/2024 | TNF | ANalysis of L. Murley email re: debtor professional fee application review | 0.10 | $ | 43.00 |
| 7/5/2024 | TNF | Analysis of Kirkland team changes re FILO settlement motion | 0.10 | $ | 43.00 |
| 7/5/2024 | TNF | Analysis of A. Rogoff and N. Allard correspondence re: FILO settlement | 0.20 | $ | 86.00 |
| 7/5/2024 | TNF | Analysis of G. Galardia correspondence re: FILO settlement | 0.20 | $ | 86.00 |
| 7/5/2024 | TNF | Anaysis of N. Allard changes to FILO settlement | 0.10 | $ | 43.00 |
| 7/5/2024 | TNF | Analysis of A. Rogoff and N. Allard emails re: FILO settlement | 0.10 | $ | 43.00 |
| 7/5/2024 | TNF | Analysis of N. Allard changes to FILO settlement | 0.10 | $ | 43.00 |
| 7/5/2024 | TNF | Analysis of sixth document production re: investigation | 0.20 | $ | 86.00 |
| 7/5/2024 | TNF | Prepare changes and comments to draft plan | 2.10 | $ | 903.00 |
| 7/5/2024 | TNF | Call with N. Allard re: plan comments | 0.10 | $ | 43.00 |
| 7/5/2024 | TNF | Prepare plan revisions | 0.70 | $ | 301.00 |
| 7/5/2024 | TNF | EMail to A. Rogoff, R. Schmidt re: committee plan changes | 0.10 | $ | 43.00 |
| 7/6/2024 | TNF | Analysis of A. Rogoff correspondence re reserves release in FILO settlement | 0.10 | $ | 43.00 |
| 7/6/2024 | TNF | Analysis of N. Adzima email re FILO settlement terms | 0.10 | $ | 43.00 |
| 7/7/2024 | TNF | Correspondence with N. Allard re disclosure statement changes | 0.20 | $ | 86.00 |
| 7/8/2024 | TNF | Analysis of R. Schmidt and A. Rogoff emails re: committee update on FILO, plan, bar date | 0.10 | $ | 43.00 |
| 7/8/2024 | TNF | Analysis of N. Allard committee update re: FILO settlement, bar date, plan comments | 0.10 | $ | 43.00 |
| 7/8/2024 | TNF | Analysis of A. Rogoff comments re: lease assumption motion | 0.10 | $ | 43.00 |
| 7/8/2024 | TNF | Analysis of N. Allard email re: leases motion | 0.10 | $ | 43.00 |
| 7/8/2024 | TNF | Analysis of N. Adzima changes to FILO settlement motion | 0.10 | $ | 43.00 |
| 7/8/2024 | TNF | Correspondence with N. Allard re: FILO settlment | 0.10 | $ | 43.00 |
| 7/8/2024 | TNF | Analysis of A. Rogoff email re: FILO settlement | 0.10 | $ | 43.00 |
| 7/8/2024 | TNF | Analysis of N. Allard re: settlement comments | 0.10 | $ | 43.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/8/2024 | TNF | Analysis of N. Allard, R. Diehl correspondence re: FILO settlement | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Correspondence with N. Allard re: FILO settlement motion | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Correspondence with N. Allard re: FILO settlement | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Analysis of N. Allard email re: disclosure statement | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Prepare plan revisions | 1.10 | $ 473.00 |
| 7/8/2024 | TNF | Analysis of draft disclosure statement | 0.40 | $ 172.00 |
| 7/8/2024 | TNF | Analysis of N. Allard email re: consolidation for distribution in plan | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Call with N. Allard, A. Rogoff re: plan changes | 0.60 | $ 258.00 |
| 7/8/2024 | TNF | Prepare revised plan with committee comments | 0.60 | $ 258.00 |
| 7/8/2024 | TNF | Correspondence with M. Minuti re: claims vesting under Delaware law | 0.20 | $ 86.00 |
| 7/8/2024 | TNF | Call with L. Murley re: preservation of causes of action | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Call with M. Minuti re: claims preservation in plan | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Prepare revised plan re: internal comments | 0.30 | $ 129.00 |
| 7/8/2024 | TNF | Analysis of designation rights provisions in plan and APA | 0.30 | $ 129.00 |
| 7/8/2024 | TNF | Prepare changes to DS motion and order | 1.40 | $ 602.00 |
| 7/8/2024 | TNF | Prepare revisions to Disclosure Statement Motion and proposed order | 0.70 | $ 301.00 |
| 7/8/2024 | TNF | Email to N. Allard, N. Smargiassi re: DS motion and order changes | 0.20 | $ 86.00 |
| 7/8/2024 | TNF | Analysis of designation rights in APA and conformance to plan terms | 0.10 | $ 43.00 |
| 7/8/2024 | TNF | Correspondence with N. Allard re: solicitation procedures changes | 0.20 | $ 86.00 |
| 7/9/2024 | TNF | Call with M. Spero, landlord counsel re: rejection damages claim | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Correspondence with N. Smargiassi re debtor professional fee apps | 0.20 | $ 86.00 |
| 7/9/2024 | TNF | Call with N Smargiassi re debtor professional fee applications | 0.20 | $ 86.00 |
| 7/9/2024 | TNF | Analysis of N. Adzima and S. Iacovo emails re: FILO settlement | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of FILO comments to settlement motion | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of L. Murley email re: evidentiary support for FILO settlement | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of S. Iacovo email re: FILO settlement | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of N. Allard email re: FILO reserve and indemnity | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of N. Allard and A. Rogoff emails re: FILO reserve | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of K. Lee email re: investigation | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of N. Allard email re: wind-down debtor transition | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Prepare changes to Plan, DS, solicitation materials | 0.60 | $ 258.00 |
| 7/9/2024 | TNF | Correspondence with N. Allard, A. Rogoff, R. Schmidt re: plan revisions and soliciation processes | 0.20 | $ 86.00 |
| 7/9/2024 | TNF | Analysis of N. Adzima email re: designation rights terms | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Attend committee professionals meeting re: plan and DS changes | 0.80 | $ 344.00 |
| 7/9/2024 | TNF | Analysis of designation rights period in APA | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Email to N. Allard re: designation rights period in APA | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Call with N. Allard re lease treatment | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of M. Robinson and N. Allard emails re: wind-down preparations | 0.10 | $ 43.00 |
| 7/9/2024 | TNF | Analysis of APA re: lease rejection procedures | 0.20 | $ 86.00 |
| 7/10/2024 | TNF | Attend weekly committee meeting re: plan revisions, FILO settlement | 0.30 | $ 129.00 |
| 7/10/2024 | TNF | Analysis of N. Allard email re: wind-down responsibilities | 0.20 | $ 86.00 |
| 7/10/2024 | TNF | Correspondence with N. Adzima re: plan and DS changes | 0.20 | $ 86.00 |
| 7/11/2024 | TNF | Correspondence with N. Allard re: committee comments to plan | 0.20 | $ 86.00 |
| 7/11/2024 | TNF | Call with N. Allard, R. Schmidt, J. Donaldson re: plan changes and comments | 0.50 | $ 215.00 |
| 7/11/2024 | TNF | Analysis of assumption and rejection procedures and consistency with plan | 0.30 | $ 129.00 |
| 7/12/2024 | TNF | Analysis of A. Rogoff, N. Allard, N. Adzima re: plan releases, WARN act provisions | 0.30 | $ 129.00 |
| 7/12/2024 | TNF | Analysis of res judicata issues re: unlisted claims | 0.30 | $ 129.00 |
| 7/16/2024 | TNF | Analysis of N. Allard call agenda for professionals | 0.10 | $ 43.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 7/16/2024 | TNF | Attend UCC professionals call | 0.50 | $ 215.00 |
| 7/16/2024 | TNF | Analysis of cause of action preservation issues | 1.10 | $ 473.00 |
| 7/16/2024 | TNF | Email to N. Allard, A. Rogoff, R. Schmidt, L. Murley, N. Smargiassi re: res judicate issues re: causes of action | 0.20 | $ 86.00 |
| 7/17/2024 | TNF | Analysis of R. Schmidt email re: preservation of causes of action | 0.10 | $ 43.00 |
| 7/18/2024 | TNF | Correspondence with N. Allard, L. Murley re: D&O coverage and tail policies | 0.30 | $ 129.00 |
| 7/18/2024 | TNF | Analysis of K. Lee materials re: unsecured claims breakdown | 0.20 | $ 86.00 |
| 7/18/2024 | TNF | Analysis of N. Adzima email re: D&O policy tails | 0.10 | $ 43.00 |
| 7/18/2024 | TNF | Analysis of L. Murley, N. Allard correspondence re: exclusivity and release issues in plan | 0.20 | $ 86.00 |
| 7/21/2024 | TNF | Analysis of LATAM opinion re: releases in liquidation plans | 0.20 | $ 86.00 |
| 7/22/2024 | TNF | Email to N. Adzima re: tail policies | 0.10 | $ 43.00 |
| 7/22/2024 | TNF | Analysis of N. Adzima email re: tail policies | 0.10 | $ 43.00 |
| 7/23/2024 | TNF | Analysis of tail insurance policies | 0.80 | $ 344.00 |
| 7/23/2024 | TNF | Email to N. Allard re: tail policy coverage and timelines | 0.20 | $ 86.00 |
| 7/23/2024 | TNF | Analysis of N. Allard agenda re: committee professionals call | 0.10 | $ 43.00 |
| 7/23/2024 | TNF | Attend committee professionals call re: plan and disclosure statement changes | 0.80 | $ 344.00 |
| 7/23/2024 | TNF | Correspondence with N. Allard re: plan changes by debtors | 0.20 | $ 86.00 |
| 7/23/2024 | TNF | Analysis of debtor draft plan revisions | 0.60 | $ 258.00 |
| 7/23/2024 | TNF | Analysis of K. Lee waterfall re: distributions to unsecureds | 0.20 | $ 86.00 |
| 7/23/2024 | TNF | Correspondence with committee professionals re: plan changes | 0.10 | $ 43.00 |
| 7/23/2024 | TNF | Prepare revisions to plan | 0.70 | $ 301.00 |
| 7/23/2024 | TNF | Call with L. Murley re: plan revisions | 0.10 | $ 43.00 |
| 7/24/2024 | TNF | Analysis of S. Iacovo email re: no objections to FILO settlement | 0.10 | $ 43.00 |
| 7/24/2024 | TNF | Prepare plan revisions | 0.20 | $ 86.00 |
| 7/24/2024 | TNF | Correspondence with N. Allard re: plan revisions | 0.10 | $ 43.00 |
| 7/24/2024 | TNF | Correspondence with N. Allard re: plan releases | 0.20 | $ 86.00 |
| 7/24/2024 | TNF | Analysis of draft opposition to extended exclusivity | 0.20 | $ 86.00 |
| 7/25/2024 | TNF | Analysis of N. Allard email re: insurance summary | 0.10 | $ 43.00 |
| 7/25/2024 | TNF | Analysis of insurance policies and tails | 0.20 | $ 86.00 |
| 7/25/2024 | TNF | Analysis of A. Rogoff and L. Murley correspondence re: disclosure statement objection | 0.10 | $ 43.00 |
| 7/25/2024 | TNF | Analysis of N. Allard email re: disclosure statement objection releases issue | 0.10 | $ 43.00 |
| 7/25/2024 | TNF | Analysis of N. Allard, A. Rogoff correspondence re: exclusivity motion | 0.10 | $ 43.00 |
| 7/26/2024 | TNF | Analysis of A. Rogoff correspondence re: UST position on plan issues | 0.10 | $ 43.00 |
| 7/28/2024 | TNF | Analysis of A. Rogoff, E. Geier, L. Murley correspondence re: plan releases | 0.20 | $ 86.00 |
| 7/28/2024 | TNF | Correspondence with L. Murley and N. Smargiassi re: exclusivity | 0.10 | $ 43.00 |
| 7/28/2024 | TNF | Correspondence with N. Smargiassi re: exclusivity objection | 0.20 | $ 86.00 |
| 7/29/2024 | TNF | Call with N. Smargiassi re: exclusivity issues | 0.60 | $ 258.00 |
| 7/29/2024 | TNF | Analysis of Judge Owens case law re: releases | 1.30 | $ 559.00 |
| 7/29/2024 | TNF | Call with N. Smargiassi re: plan release issues | 0.20 | $ 86.00 |
| 7/29/2024 | TNF | Research re release consideration | 0.80 | $ 344.00 |
| 7/30/2024 | TNF | Call with L. Murley re: plan releases | 0.10 | $ 43.00 |
| 7/30/2024 | TNF | Analysis of Kramer Levin tax review changes to plan and DS | 0.20 | $ 86.00 |
| 7/30/2024 | TNF | Analysis of A. Rogoff email re: exclusivity objection | 0.10 | $ 43.00 |
| 7/30/2024 | TNF | Analysis of revised exclusivity objection | 0.10 | $ 43.00 |
| 7/30/2024 | TNF | Attend weekly Committee professionals call re: plan negotiations | 0.70 | $ 301.00 |
| 7/30/2024 | TNF | Analysis of release issues re: liquidating plans | 2.00 | $ 860.00 |
| 7/30/2024 | TNF | Analysis of N. Allard email re: transition services for plan administrator | 0.10 | $ 43.00 |
| 7/31/2024 | TNF | Research re: third party release consideration | 0.80 | $ 344.00 |
| 7/31/2024 | TNF | Call with L. Murley re: debtor consolidation | 0.20 | $ 86.00 |
| 7/31/2024 | TNF | Correspondence with N. Allard, A. Rogoff and R. Schmidt re: third-party releases | 0.20 | $ 86.00 |
| 7/31/2024 | TNF | Correpondence with A. Rogoff re: third-party releases | 0.10 | $ 43.00 |
| 7/31/2024 | TNF | Analysis of debtor claims payment waterfall | 0.10 | $ 43.00 |

Express, Inc., et al.
Case No. 24-10831 (KBO)
Professional Services Rendered from July 1, 2024 through July 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 7/31/2024 | TNF | Correspondence with M. Robinson, K. Lee re: consolidation modeling for distributions | 0.10 | $ 43.00 |
| 7/31/2024 | TNF | Research re: plan voting case law re: joint and consolidated plans | 0.30 | $ 129.00 |
| 7/31/2024 | TNF | Correspondence with A. Popescu re impact of consolidation | 0.10 | $ 43.00 |
| | **TNF Total** | | **41.50** | **$ 17,845.00** |
| | **TOTAL** | | **172.40** | **$ 74,462.50** |