# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from July 1, 2024 through July 31, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $75.00 |
| Legal Research | Westlaw | $2,678.70 |
| Transcript | Reliable Copy Service – DE | $118.80 |
| **Total** | | **$2,872.50** |



| | | |
|---|---|---:|
| Express, Inc. - Official Committee of Un | Invoice Number | 4360156 |
| N/A - Committee N/A - Committee | Invoice Date | 08/16/24 |
| One Express Drive | Client Number | 391459 |
| Columbus, OH 43230 | Matter Number | 00001 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | | |
|---|---|---:|---:|
| 07/01/24 | Transcript; Vendor: Reliable Copy Service - DE; Copy of June 6, 2024 Hearing Transcript | | 97.20 |
| 07/16/24 | Vendor: Reliable Copy Service - DE; Copy of June 14, 2024 Hearing Transcript | | 21.60 |
| | | Total Transcript | 118.80 |
| 07/31/24 | Westlaw Research - Turner Falk - 404.46 | | 404.46 |
| 08/01/24 | Westlaw Research - Nicholas Smargiassi - 138.00 | | 138.00 |
| 08/01/24 | Westlaw Research - Nicholas Smargiassi - 828.00 | | 828.00 |
| 07/31/24 | Westlaw Research - Nicholas Smargiassi - 414.00 | | 414.00 |
| 08/01/24 | Westlaw Research - Turner Falk - 447.12 | | 447.12 |
| 08/01/24 | Westlaw Research - Turner Falk - 447.12 | | 447.12 |
| | | Total Westlaw Legal Research | 2,678.70 |
| | Epiq Relativity eDiscovery Costs | | 75.00 |
| | | CURRENT EXPENSES | 2,872.50 |
| | | TOTAL AMOUNT OF THIS INVOICE | 2,872.50 |

52875919.1 08/19/2024