# EXHIBIT B

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Paul Huygens, Principal | $1,420 | 21.0 | $29,820.00 |
| Michael Robinson, Managing Director | $940 | 91.9 | $86,386.00 |
| Andrew Popescu, Senior Associate | $610 | 61.4 | $37,454.00 |
| Kirsten Lee, Senior Associate | $580 | 72.1 | $41,818.00 |
| Kennet Mendez, Associate | $490 | 201.6 | $98,784.00 |
| Mike Zhang, Analyst | $410 | 5.0 | $2,050.00 |
| Jameson Godsey, Analyst | $350 | 19.1 | $6,685.00 |
| Alex Byrne, Analyst | $340 | 20.7 | $7,038.00 |
| Eric Mattson, Matter Manager | $300 | 0.4 | $120.00 |
| Laura Conn, Matter Administrator | $270 | 3.2 | $864.00 |
| **Grand Total** |  | **496.4** | **$311,019.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 258.1 | $153,498.00 |
| Case Administration | 2.7 | $1,647.00 |
| Claims Analysis and Objections | 91.1 | $47,281.00 |
| Committee Activities | 64.9 | $54,085.00 |
| Court Filings | 13.9 | $7,324.00 |
| Fee/Employment Applications | 11.0 | $5,168.00 |
| Litigation | 21.4 | $14,581.00 |
| Plan and Disclosure Statement | 33.3 | $27,435.00 |
| **Grand Total** | **496.4** | **$311,019.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2024 | Kennet Mendez | Continued outlining slides for the D&O investigation deck. | Litigation | 1.40 | 490.00 | $686.00 |
| 7/1/2024 | Kennet Mendez | Prepared diligence response list re: roll-up and prepayment penalty for the FILO. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/1/2024 | Kirsten Lee | Reviewed APA closing documents. | Business Analysis / Operations | 2.30 | 580.00 | $1,334.00 |
| 7/1/2024 | Kennet Mendez | Participated in weekly professionals call with M3. | Business Analysis / Operations | 0.50 | 490.00 | $245.00 |
| 7/1/2024 | Eric Mattson | Reviewed May fee app (0.3). Corresponded with L. Conn re: comments (0.1). | Fee / Employment Applications | 0.40 | 300.00 | $120.00 |
| 7/1/2024 | Kirsten Lee | Weekly update call with M3. | Business Analysis / Operations | 0.50 | 580.00 | $290.00 |
| 7/1/2024 | Michael Robinson | Weekly update call with M3. | Business Analysis / Operations | 0.50 | 940.00 | $470.00 |
| 7/1/2024 | Andrew Popescu | Call with the Debtor FA to discuss updates to the case. | Business Analysis / Operations | 0.50 | 610.00 | $305.00 |
| 7/1/2024 | Kennet Mendez | Developed detail notes summary of key themes discussed during call with M3. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 7/1/2024 | Kirsten Lee | Prepared timeline of notable historical events for Express. | Business Analysis / Operations | 0.60 | 580.00 | $348.00 |
| 7/1/2024 | Kennet Mendez | Reviewed and analyzed several e-mail correspondences re: lender settlement with FILO and 2L DIP lenders. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 7/1/2024 | Michael Robinson | Analyzed settlement update re: FILO and 2L DIP Lenders. | Business Analysis / Operations | 2.20 | 940.00 | $2,068.00 |
| 7/1/2024 | Paul Huygens | Corresponded with committee re: lender settlement and professional fees. | Committee Activities | 0.60 | 1,420.00 | $852.00 |
| 7/1/2024 | Kennet Mendez | Ran fee and expense estimate scenarios for the DIP/2L lenders. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/1/2024 | Kennet Mendez | Ran recovery scenarios for the settlement reduction amounts. | Litigation | 2.20 | 490.00 | $1,078.00 |
| 7/1/2024 | Laura Conn | Drafted 1st Monthly (May) Fee App (2.0). Emailed to K. Lee and M. Robinson for review (.01). | Fee / Employment Applications | 2.10 | 270.00 | $567.00 |
| 7/1/2024 | Kirsten Lee | Reviewed and provided comments to solvency analysis. | Business Analysis / Operations | 1.90 | 580.00 | $1,102.00 |
| 7/1/2024 | Kirsten Lee | Reviewed and finalized time entries / fee application. | Fee / Employment Applications | 2.60 | 580.00 | $1,508.00 |
| 7/2/2024 | Kennet Mendez | Reviewed latest edits to the Chapter 11 Plan. | Plan and Disclosure Statement | 0.90 | 490.00 | $441.00 |
| 7/2/2024 | Michael Robinson | Reviewed latest Chapter 11 Plan. | Plan and Disclosure Statement | 2.10 | 940.00 | $1,974.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/2/2024 | Kirsten Lee | Reviewed and provided update comments for liquidity analysis. | Business Analysis / Operations | 1.90 | 580.00 | $1,102.00 |
| 7/2/2024 | Paul Huygens | Reviewed draft disclosure statement. | Plan and Disclosure Statement | 1.90 | 1,420.00 | $2,698.00 |
| 7/2/2024 | Kirsten Lee | Reviewed and updated fee application based on comments from counsel. | Fee / Employment Applications | 1.30 | 580.00 | $754.00 |
| 7/2/2024 | Kennet Mendez | Continued developing FILO term loan IRR analysis ahead of challenge period. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 7/2/2024 | Kennet Mendez | Participated in weekly professionals call with Kramer Levin and Saul Ewing teams. | Committee Activities | 0.60 | 490.00 | $294.00 |
| 7/2/2024 | Kennet Mendez | Prepared latest diligence notes re: settlement ahead of weekly professionals call. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/2/2024 | Kirsten Lee | Reviewed schedule of assumed liabilities. | Business Analysis / Operations | 0.90 | 580.00 | $522.00 |
| 7/2/2024 | Paul Huygens | Participated in UCC professionals case update, strategy and committee meeting prep discussion (0.6). Corresponded re: lender settlement matters (0.1). | Committee Activities | 0.70 | 1,420.00 | $994.00 |
| 7/2/2024 | Kennet Mendez | Reviewed and provided comments to the latest fee retention app for Province. | Fee / Employment Applications | 1.20 | 490.00 | $588.00 |
| 7/2/2024 | Kirsten Lee | Weekly update call with KL and Province teams. | Committee Activities | 0.60 | 580.00 | $348.00 |
| 7/2/2024 | Kennet Mendez | Reviewed latest diligence re: Phoenix transition and POs. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 7/2/2024 | Kennet Mendez | Reviewed and analyzed e-mail correspondences from Ropes & Gray re: settlement agreement. | Litigation | 0.80 | 490.00 | $392.00 |
| 7/3/2024 | Kirsten Lee | Correspondence with M3 re: settlement diligence questions. | Litigation | 0.40 | 580.00 | $232.00 |
| 7/3/2024 | Kennet Mendez | Reviewed and summarized Sections I-IV of the draft Disclosure Statement. | Plan and Disclosure Statement | 1.80 | 490.00 | $882.00 |
| 7/3/2024 | Kennet Mendez | Reviewed and summarized Sections X-XII of the draft Disclosure Statement. | Plan and Disclosure Statement | 1.30 | 490.00 | $637.00 |
| 7/3/2024 | Michael Robinson | Reviewed latest disclosure statement and related exhibits. | Plan and Disclosure Statement | 2.30 | 940.00 | $2,162.00 |
| 7/3/2024 | Kennet Mendez | Reviewed latest AlixPartners invoice and incorporated amounts to the recovery model. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/3/2024 | Andrew Popescu | Analyzed the settlement agreement with the secured lender and related documents including the draft 9010 motion (Part 1 of 2). | Litigation | 2.30 | 610.00 | $1,403.00 |
| 7/3/2024 | Andrew Popescu | Analyzed the settlement agreement with the secured lender and related documents including the draft 9010 motion (Part 2 of 2). | Litigation | 2.60 | 610.00 | $1,586.00 |
| 7/3/2024 | Kennet Mendez | Reviewed and summarized Sections V-IX of the draft Disclosure Statement. | Plan and Disclosure Statement | 2.20 | 490.00 | $1,078.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/3/2024 | Kirsten Lee | Reviewed counsel comments to draft settlement. | Litigation | 0.60 | 580.00 | $348.00 |
| 7/3/2024 | Paul Huygens | Reviewed and corresponded with team re: draft lender 9019 settlement motion. | Litigation | 1.00 | 1,420.00 | $1,420.00 |
| 7/3/2024 | Kennet Mendez | Reviewed and summarized the latest settlement motion. | Litigation | 1.10 | 490.00 | $539.00 |
| 7/3/2024 | Kirsten Lee | Prepared and coordinated weekly fee estimate. | Business Analysis / Operations | 0.30 | 580.00 | $174.00 |
| 7/3/2024 | Kirsten Lee | Reviewed and prepared commentary on draft settlement motion. | Litigation | 2.10 | 580.00 | $1,218.00 |
| 7/5/2024 | Kirsten Lee | Correspondence with M3 to discuss settlement. | Litigation | 0.60 | 580.00 | $348.00 |
| 7/5/2024 | Andrew Popescu | General internal case administration tasks including managing matter time entries, saving down pertinent documents, version control on pertinent draft documents, and other related tasks. | Case Administration | 2.70 | 610.00 | $1,647.00 |
| 7/5/2024 | Michael Robinson | Analyzed draft committee materials. | Committee Activities | 1.60 | 940.00 | $1,504.00 |
| 7/5/2024 | Michael Robinson | Worked through settlement related matters. | Litigation | 2.30 | 940.00 | $2,162.00 |
| 7/8/2024 | Kirsten Lee | Updated solvency analysis. | Business Analysis / Operations | 2.30 | 580.00 | $1,334.00 |
| 7/8/2024 | Kennet Mendez | Reviewed and prepared notes following call with debtor professionals for internal distribution. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/8/2024 | Kennet Mendez | Reviewed and analyzed draft 365(d)(4) motion. | Court Filings | 1.40 | 490.00 | $686.00 |
| 7/8/2024 | Kennet Mendez | Reviewed and update active workstream tracker. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/8/2024 | Kennet Mendez | Prepped latest wind down update summary ahead of call with M3. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 7/8/2024 | Kirsten Lee | Analyzed remaining employee go-forward plan. | Business Analysis / Operations | 1.60 | 580.00 | $928.00 |
| 7/8/2024 | Kirsten Lee | Weekly update call with M3 team. | Business Analysis / Operations | 0.50 | 580.00 | $290.00 |
| 7/8/2024 | Michael Robinson | Call with M3 re: updates. | Business Analysis / Operations | 0.50 | 940.00 | $470.00 |
| 7/8/2024 | Michael Robinson | Updated workstream list. | Business Analysis / Operations | 0.30 | 940.00 | $282.00 |
| 7/8/2024 | Michael Robinson | Outlined committee materials. | Committee Activities | 1.30 | 940.00 | $1,222.00 |
| 7/8/2024 | Kennet Mendez | Reviewed and analyzed latest DS exhibits. | Plan and Disclosure Statement | 1.60 | 490.00 | $784.00 |
| 7/8/2024 | Kennet Mendez | Participated in weekly professionals call with M3 to discuss wind down updates. | Business Analysis / Operations | 0.50 | 490.00 | $245.00 |

| **Entry Date** | **Person** | **Comments** | **Task** | **Hours** | **Billing Rate** | **Amount** |
|---|---|---|---|---|---|---|
| 7/8/2024 | Kirsten Lee | Various correspondence with M3 team. | Business Analysis / Operations | 0.70 | 580.00 | $406.00 |
| 7/8/2024 | Michael Robinson | Analyzed intercompany claim details. | Business Analysis / Operations | 1.90 | 940.00 | $1,786.00 |
| 7/8/2024 | Paul Huygens | Reviewed draft order approving the adequacy of the DS, the solicitation procedures and form of ballots (1.5), notice of DS Hearing (0.3), and assume/reject lease extension motion (0.4). | Plan and Disclosure Statement | 2.20 | 1,420.00 | $3,124.00 |
| 7/8/2024 | Kennet Mendez | Reviewed and summarized latest DS motion with KE edits. | Plan and Disclosure Statement | 1.90 | 490.00 | $931.00 |
| 7/9/2024 | Kennet Mendez | Developed comprehensive illustrative variance analysis for operating and non-operating disbursements for four-weeks ending 6/29. | Business Analysis / Operations | 1.80 | 490.00 | $882.00 |
| 7/8/2024 | Kirsten Lee | Reviewed updated draft Plan. | Plan and Disclosure Statement | 1.70 | 580.00 | $986.00 |
| 7/9/2024 | Paul Huygens | Reviewed and corresponded amongst team re: committee initial comments to Plan, and proposed redline thereto. | Plan and Disclosure Statement | 2.00 | 1,420.00 | $2,840.00 |
| 7/9/2024 | Kennet Mendez | Developed comprehensive illustrative variance analysis for cash operating receipts for four-weeks ending 6/29. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 7/9/2024 | Kennet Mendez | Updated latest wind down analysis ahead of UCC professionals call. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 7/9/2024 | Michael Robinson | Analyzed information provided by the Debtors. | Business Analysis / Operations | 1.30 | 940.00 | $1,222.00 |
| 7/9/2024 | Kennet Mendez | Prepared key observation summary points for the total disbursements analysis. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 7/9/2024 | Paul Huygens | Reviewed and corresponded amongst UCC teams re: latest drafts and redlines to ReStore settlement agreement and 9019 motion. | Litigation | 1.30 | 1,420.00 | $1,846.00 |
| 7/9/2024 | Kirsten Lee | Reviewed and updated slides prepared for UCC meeting. | Committee Activities | 1.30 | 580.00 | $754.00 |
| 7/9/2024 | Kennet Mendez | Reviewed and analyzed latest settlement agreement redlines prepared by Saul Ewing. | Litigation | 1.30 | 490.00 | $637.00 |
| 7/9/2024 | Kennet Mendez | Developed trailing four weeks cash receipts visual exhibit. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 7/9/2024 | Michael Robinson | Analyzed multiple drafts of the committee materials. | Committee Activities | 1.20 | 940.00 | $1,128.00 |
| 7/9/2024 | Paul Huygens | Participated in UCC professionals call re: intercompany claims/consolidation, phoenix transition and lender settlement (0.5). Follow up call re: same and workstreams with M. Robinson (0.4). | Committee Activities | 0.90 | 1,420.00 | $1,278.00 |

5

52910912.2 08/27/2024

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/2024 | Kennet Mendez | Developed trailing four weeks disbursements visual exhibit. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 7/9/2024 | Kennet Mendez | Prepared key observation summary points for cash operating receipts analysis. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 7/9/2024 | Kennet Mendez | Developed trailing four weeks net cash flow visual exhibit. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 7/9/2024 | Paul Huygens | Reviewed and commented on draft committee update slide deck. | Committee Activities | 0.70 | 1,420.00 | $994.00 |
| 7/10/2024 | Kennet Mendez | Developed cumulative visualization of the revised DIP Budget through emergence. | Business Analysis / Operations | 2.30 | 490.00 | $1,127.00 |
| 7/9/2024 | Michael Robinson | Participated in follow-up workstream call with P. Huygens. | Committee Activities | 0.40 | 940.00 | $376.00 |
| 7/9/2024 | Kennet Mendez | Participated in weekly UCC professionals call. | Committee Activities | 0.50 | 490.00 | $245.00 |
| 7/9/2024 | Kirsten Lee | Weekly update call with KL team. | Committee Activities | 0.50 | 580.00 | $290.00 |
| 7/9/2024 | Michael Robinson | Call with counsel re: case updates. | Committee Activities | 0.50 | 940.00 | $470.00 |
| 7/10/2024 | Kennet Mendez | Reviewed, analyzed, and summarized the settlement motion filed. | Court Filings | 2.80 | 490.00 | $1,372.00 |
| 7/10/2024 | Kennet Mendez | Spread the latest revised DIP budget in excel. | Business Analysis / Operations | 2.20 | 490.00 | $1,078.00 |
| 7/10/2024 | Michael Robinson | Worked through plan admin setup. | Business Analysis / Operations | 1.70 | 940.00 | $1,598.00 |
| 7/10/2024 | Kennet Mendez | Prepared key observation summaries for the revised DIP budget. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 7/10/2024 | Kennet Mendez | Incorporated variance analysis and adjustments re: latest DIP budget to recovery model. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 7/10/2024 | Michael Robinson | Analyzed company provided information. | Business Analysis / Operations | 1.20 | 940.00 | $1,128.00 |
| 7/10/2024 | Kennet Mendez | Reviewed and analyzed latest 9019 motion order. | Litigation | 1.40 | 490.00 | $686.00 |
| 7/10/2024 | Kennet Mendez | Reviewed and summarized latest UCC-FILO motion order. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/11/2024 | Michael Robinson | Began analyzing sub-con liquidation considerations. | Business Analysis / Operations | 3.00 | 940.00 | $2,820.00 |
| 7/10/2024 | Michael Robinson | Prepared for and participated in the committee call. | Committee Activities | 0.80 | 940.00 | $752.00 |
| 7/10/2024 | Kirsten Lee | Weekly update call with UCC members. | Committee Activities | 0.80 | 580.00 | $464.00 |
| 7/10/2024 | Michael Robinson | Call with committee member re: case updates. | Committee Activities | 0.30 | 940.00 | $282.00 |
| 7/11/2024 | Kennet Mendez | Prepared summary analysis of latest filed settlement motion for internal distribution. | Court Filings | 1.80 | 490.00 | $882.00 |
| 7/11/2024 | Michael Robinson | Analyzed budget detail. | Business Analysis / Operations | 0.90 | 940.00 | $846.00 |
| 7/11/2024 | Michael Robinson | Reviewed committee presentation. | Committee Activities | 0.30 | 940.00 | $282.00 |

6

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/11/2024 | Michael Robinson | Continued analyzing sub-con liquidation detail. | Business Analysis / Operations | 2.60 | 940.00 | $2,444.00 |
| 7/12/2024 | Mike Zhang | Worked on sub-con liquidation analysis. | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 7/12/2024 | Kennet Mendez | Reviewed and analyzed sub-con liquidation factors. | Business Analysis / Operations | 2.80 | 490.00 | $1,372.00 |
| 7/11/2024 | Kirsten Lee | Reviewed final lender settlement. | Court Filings | 1.10 | 580.00 | $638.00 |
| 7/12/2024 | Kennet Mendez | Reviewed and analyzed internal entity-by-entity liquidation analysis. | Business Analysis / Operations | 2.70 | 490.00 | $1,323.00 |
| 7/12/2024 | Kennet Mendez | Reviewed and analyzed latest certifications of counsel regarding assumption notices. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 7/12/2024 | Kennet Mendez | Reviewed and scrutinized internal entity-by-entity liquidation assumptions. | Business Analysis / Operations | 2.60 | 490.00 | $1,274.00 |
| 7/15/2024 | Andrew Popescu | Initial analysis of the sub-con and entity-by-entity analysis. | Business Analysis / Operations | 2.90 | 610.00 | $1,769.00 |
| 7/15/2024 | Michael Robinson | Analyzed liquidation scenario detail. | Business Analysis / Operations | 2.70 | 940.00 | $2,538.00 |
| 7/15/2024 | Kirsten Lee | Updated solvency analysis excel spreadsheet. | Business Analysis / Operations | 1.90 | 580.00 | $1,102.00 |
| 7/15/2024 | Kirsten Lee | Analyzed latest draft of the liquidation analysis. | Business Analysis / Operations | 2.60 | 580.00 | $1,508.00 |
| 7/15/2024 | Kennet Mendez | Prepared latest wind down summary update for internal distribution. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 7/12/2024 | Kennet Mendez | Reviewed and analyzed M. Still declaration of support on UCC-FILO settlement. | Court Filings | 1.20 | 490.00 | $588.00 |
| 7/15/2024 | Kennet Mendez | Consolidated notes following call with M3 for internal distribution. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/15/2024 | Kirsten Lee | Prepared list of transition related items. | Business Analysis / Operations | 0.60 | 580.00 | $348.00 |
| 7/15/2024 | Michael Robinson | Worked through committee update materials. | Committee Activities | 2.90 | 940.00 | $2,726.00 |
| 7/15/2024 | Paul Huygens | Call with Province and M3 teams re: updates on entity level waterfalls and transition matters. | Business Analysis / Operations | 0.50 | 1,420.00 | $710.00 |
| 7/15/2024 | Kirsten Lee | Weekly update call with M3 team. | Business Analysis / Operations | 0.50 | 580.00 | $290.00 |
| 7/15/2024 | Kirsten Lee | Audited Province team time entries. | Fee / Employment Applications | 2.30 | 580.00 | $1,334.00 |
| 7/15/2024 | Michael Robinson | Call with M3 re: case updates. | Business Analysis / Operations | 0.50 | 940.00 | $470.00 |
| 7/15/2024 | Kirsten Lee | Correspondence with counsel re: claims, liquidation analysis, etc. | Business Analysis / Operations | 0.40 | 580.00 | $232.00 |

7

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/16/2024 | Andrew Popescu | Continued analysis of the sub-con factors information, entity-by-entity assumptions, and related schedules shared across by the Debtors (Part 1 od 2). | Business Analysis / Operations | 2.80 | 610.00 | $1,708.00 |
| 7/16/2024 | Andrew Popescu | Development of supplementary analysis and related schedules for the entity-by-entity liquidation analysis shared by the Debtors. | Business Analysis / Operations | 2.80 | 610.00 | $1,708.00 |
| 7/18/2024 | Kennet Mendez | Reviewed and analyzed certain proof of claims filed under Express Fashion Digital Services, LLC. | Claims Analysis and Objections | 2.60 | 490.00 | $1,274.00 |
| 7/16/2024 | Kennet Mendez | Developed visual CF actual bridges against the revised budget. | Business Analysis / Operations | 2.60 | 490.00 | $1,274.00 |
| 7/16/2024 | Kirsten Lee | Reviewed presentation re: claims summary and provided comments. | Business Analysis / Operations | 2.60 | 580.00 | $1,508.00 |
| 7/16/2024 | Kirsten Lee | Call with counsel to discuss workstreams and case updates. | Business Analysis / Operations | 0.50 | 580.00 | $290.00 |
| 7/16/2024 | Andrew Popescu | Continued analysis of the sub-con factors information, entity-by-entity assumptions, and related schedules shared across by the Debtors (Part 1 od 2). | Business Analysis / Operations | 1.80 | 610.00 | $1,098.00 |
| 7/20/2024 | Andrew Popescu | Review of various analysis on the Debtor's cash position and related items. | Business Analysis / Operations | 1.30 | 610.00 | $793.00 |
| 7/22/2024 | Kirsten Lee | Reviewed updated cash flows provided by Company. | Business Analysis / Operations | 2.10 | 580.00 | $1,218.00 |
| 7/22/2024 | Kennet Mendez | Audited the intercompany allocation between Express Fashion Operations and Express BNBS Fashion. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 7/22/2024 | Kennet Mendez | Stress tested the provided unsecured creditor recovery ranges provided. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 7/16/2024 | Andrew Popescu | Development of slides for an update presentation to the Committee on claims information shared by the Debtors (Part 1 of 2). | Committee Activities | 2.90 | 610.00 | $1,769.00 |
| 7/23/2024 | Kennet Mendez | Incorporated the entity-by-entity recovery scenarios for the latest iteration of GUC scheduled claims. | Claims Analysis and Objections | 2.50 | 490.00 | $1,225.00 |
| 7/31/2024 | Jameson Godsey | Conducted a comprehensive outline summary of the sub-con factors for the liquidation analysis (Part 3 of 4). | Claims Analysis and Objections | 2.50 | 350.00 | $875.00 |
| 7/16/2024 | Michael Robinson | Analyzed the committee presentation. | Committee Activities | 2.70 | 940.00 | $2,538.00 |
| 7/22/2024 | Michael Robinson | Analyzed details provided by the company. | Business Analysis / Operations | 1.40 | 940.00 | $1,316.00 |
| 7/16/2024 | Andrew Popescu | Development of slides for an update presentation to the Committee on claims information shared by the Debtors (Part 2 of 2). | Committee Activities | 2.60 | 610.00 | $1,586.00 |
| 7/16/2024 | Kennet Mendez | Developed illustrative analysis of scheduled vs. filed claims. | Claims Analysis and Objections | 2.40 | 490.00 | $1,176.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/2024 | Kennet Mendez | Made several edits and adjustments to the latest UCC claims analysis. | Claims Analysis and Objections | 2.40 | 490.00 | $1,176.00 |
| 7/16/2024 | Kennet Mendez | Developed visual PUC pool composition breakdown. | Claims Analysis and Objections | 2.30 | 490.00 | $1,127.00 |
| 7/18/2024 | Kennet Mendez | Reviewed and analyzed certain proof of claims filed under Express BNBS Fashion, LLC. | Claims Analysis and Objections | 2.30 | 490.00 | $1,127.00 |
| 7/23/2024 | Kennet Mendez | Generated the entity-by-entity recovery scenarios for the latest iteration of GUC claims provided by the Debtors. | Claims Analysis and Objections | 2.30 | 490.00 | $1,127.00 |
| 7/26/2024 | Kennet Mendez | Built the illustrative GUC recovery analysis for the claim pool generated post-bar date and pre-reconciliation. | Claims Analysis and Objections | 2.30 | 490.00 | $1,127.00 |
| 7/16/2024 | Michael Robinson | Prepared comments on committee presentation. | Committee Activities | 1.40 | 940.00 | $1,316.00 |
| 7/16/2024 | Kennet Mendez | Developed visual ADMIN pool composition breakdown. | Claims Analysis and Objections | 2.20 | 490.00 | $1,078.00 |
| 7/16/2024 | Paul Huygens | Reviewed and commented on draft Province committee update deck. | Committee Activities | 0.80 | 1,420.00 | $1,136.00 |
| 7/26/2024 | Kennet Mendez | Audited the $47.2MM in rejection claims amount provided by the Debtors' FA. | Claims Analysis and Objections | 2.20 | 490.00 | $1,078.00 |
| 7/22/2024 | Paul Huygens | Analyzed M3 preliminary draft illustrative entity-by-entity liquidation analysis. | Business Analysis / Operations | 1.30 | 1,420.00 | $1,846.00 |
| 7/22/2024 | Kennet Mendez | Examined and assessed the key assumptions in the underlying entity-by-entity liquidation analysis. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/16/2024 | Michael Robinson | Update call with counsel. | Committee Activities | 0.50 | 940.00 | $470.00 |
| 7/16/2024 | Paul Huygens | Participated in UCC professionals update and strategy call. | Committee Activities | 0.50 | 1,420.00 | $710.00 |
| 7/17/2024 | Andrew Popescu | Revised and refined the update presentation to the Committee. | Committee Activities | 2.40 | 610.00 | $1,464.00 |
| 7/22/2024 | Kennet Mendez | Participated in weekly case update discussion with debtor FA. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 7/17/2024 | Michael Robinson | Audited the committee presentation. | Committee Activities | 2.10 | 940.00 | $1,974.00 |
| 7/11/2024 | Kennet Mendez | Prepared template of preliminary claims analysis. | Claims Analysis and Objections | 2.10 | 490.00 | $1,029.00 |
| 7/11/2024 | Kirsten Lee | Analyzed claims data post-bar date. | Claims Analysis and Objections | 2.10 | 580.00 | $1,218.00 |
| 7/18/2024 | Kirsten Lee | Reviewed updated Plan and DS. | Plan and Disclosure Statement | 2.90 | 580.00 | $1,682.00 |
| 7/18/2024 | Kennet Mendez | Reviewed and analyzed certain proof of claims filed under Express Fashion Investments, LLC. | Claims Analysis and Objections | 2.10 | 490.00 | $1,029.00 |
| 7/24/2024 | Kirsten Lee | Updated claims analysis. | Claims Analysis and Objections | 2.10 | 580.00 | $1,218.00 |
| 7/18/2024 | Kirsten Lee | Reviewed draft motion prepared by K&E. | Court Filings | 2.30 | 580.00 | $1,334.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/18/2024 | Michael Robinson | Revised the committee presentation. | Committee Activities | 2.20 | 940.00 | $2,068.00 |
| 7/18/2024 | Kirsten Lee | Finalized updated presentation to Committee. | Committee Activities | 2.10 | 580.00 | $1,218.00 |
| 7/22/2024 | Michael Robinson | Participated in the M3 update discussion. | Business Analysis / Operations | 0.50 | 940.00 | $470.00 |
| 7/18/2024 | Kennet Mendez | Reviewed and analyzed latest draft of the exclusivity motion prepared by K&E. | Court Filings | 1.80 | 490.00 | $882.00 |
| 7/30/2024 | Jameson Godsey | Conducted a comprehensive claims analysis and executed a comparative assessment of submitted claims, identifying potential discrepancies and issues that may warrant claims being rendered void (Part 3 of 3). | Claims Analysis and Objections | 2.20 | 350.00 | $770.00 |
| 7/19/2024 | Kennet Mendez | Reviewed and analyzed certain proof of claims filed under Express Finance Corp. | Claims Analysis and Objections | 1.90 | 490.00 | $931.00 |
| 7/18/2024 | Paul Huygens | Reviewed and corresponded with team re: draft exclusivity motion. | Plan and Disclosure Statement | 0.70 | 1,420.00 | $994.00 |
| 7/24/2024 | Kirsten Lee | Analyzed liquidation scenarios and incorporated UCC claims information. | Claims Analysis and Objections | 1.90 | 580.00 | $1,102.00 |
| 7/24/2024 | Kennet Mendez | Scrutinized the estimated forego recovery analysis for Express, LLC claims for the liquidation scenarios. | Claims Analysis and Objections | 1.90 | 490.00 | $931.00 |
| 7/8/2024 | Kirsten Lee | Analyzed intercompany claims resolution. | Claims Analysis and Objections | 1.80 | 580.00 | $1,044.00 |
| 7/15/2024 | Kennet Mendez | Reviewed and analyzed latest draft of the UCC claims analysis prepared by M. Zhang. | Claims Analysis and Objections | 1.80 | 490.00 | $882.00 |
| 7/22/2024 | Andrew Popescu | Call with the Company's financial advisor to discuss updates to the case budget and other items. | Business Analysis / Operations | 0.50 | 610.00 | $305.00 |
| 7/23/2024 | Michael Robinson | Worked through the recovery analysis. | Business Analysis / Operations | 2.10 | 940.00 | $1,974.00 |
| 7/23/2024 | Kirsten Lee | Reviewed liquidation analysis prepared by M3 and developed outstanding question list. | Business Analysis / Operations | 2.10 | 580.00 | $1,218.00 |
| 7/24/2024 | Kennet Mendez | Created the entity-by-entity recovery scenarios based off the latest liquidation analysis. | Business Analysis / Operations | 2.70 | 490.00 | $1,323.00 |
| 7/16/2024 | Michael Robinson | Analyzed claims information. | Claims Analysis and Objections | 1.80 | 940.00 | $1,692.00 |
| 7/22/2024 | Kirsten Lee | Updated weekly UCC presentation. | Committee Activities | 1.40 | 580.00 | $812.00 |
| 7/24/2024 | Michael Robinson | Worked through creditor mapping. | Business Analysis / Operations | 1.60 | 940.00 | $1,504.00 |
| 7/22/2024 | Michael Robinson | Worked through committee updates. | Committee Activities | 1.30 | 940.00 | $1,222.00 |
| 7/25/2024 | Kennet Mendez | Produced an illustrative sub-con recovery analysis and overview. | Business Analysis / Operations | 2.70 | 490.00 | $1,323.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/2024 | Andrew Popescu | Analyzed outstanding liquidation analysis and supporting documentation, developed related supporting schedules as appropriate, and provided feedback for Team regarding related developed work product. | Business Analysis / Operations | 2.70 | 610.00 | $1,647.00 |
| 7/25/2024 | Michael Robinson | Worked through intercompany considerations. | Business Analysis / Operations | 2.70 | 940.00 | $2,538.00 |
| 7/25/2024 | Kennet Mendez | Investigated and interpreted the entity-by-entity recovery details for the prioritization waterfall as provided by the Debtors' FA. | Business Analysis / Operations | 2.20 | 490.00 | $1,078.00 |
| 7/25/2024 | Kennet Mendez | Developed a professional fee tracker template for A. Byrne. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 7/23/2024 | Michael Robinson | Worked through the committee materials. | Committee Activities | 2.60 | 940.00 | $2,444.00 |
| 7/25/2024 | Michael Robinson | Outlined preference analysis. | Business Analysis / Operations | 1.10 | 940.00 | $1,034.00 |
| 7/17/2024 | Kennet Mendez | Reviewed and analyzed additional certain proof of claims filed under Express, LLC. | Claims Analysis and Objections | 1.80 | 490.00 | $882.00 |
| 7/25/2024 | Kennet Mendez | Provided detailed guidance on workstreams related to legacy docket analysis re: assumed and rejected executory contracts and leases. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/25/2024 | Kennet Mendez | Created an outline of workstreams for MOR analysis. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 7/23/2024 | Michael Robinson | Worked through the committee presentation. | Committee Activities | 2.10 | 940.00 | $1,974.00 |
| 7/23/2024 | Paul Huygens | Reviewed updated Plan, DS and associated documents. | Plan and Disclosure Statement | 2.00 | 1,420.00 | $2,840.00 |
| 7/23/2024 | Kennet Mendez | Read and examined the latest Chapter 11 Plan markup provided by K&E. | Plan and Disclosure Statement | 1.50 | 490.00 | $735.00 |
| 7/23/2024 | Kennet Mendez | Looked over and prepared summaries for the UCC professionals agenda provided ahead of the weekly UCC professionals discussion. | Committee Activities | 1.30 | 490.00 | $637.00 |
| 7/23/2024 | Kennet Mendez | Reviewed the corresponding disclosure statements associated with the latest draft Chapter 11 Plan. | Plan and Disclosure Statement | 1.10 | 490.00 | $539.00 |
| 7/23/2024 | Laura Conn | Drafted 2nd Monthly (June) Fee App for Review (1.0). Emailed to K. Lee and M. Robinson for review (0.1). | Fee / Employment Applications | 1.10 | 270.00 | $297.00 |
| 7/23/2024 | Paul Huygens | Reviewed and commented on draft committee case update slide deck. | Committee Activities | 0.90 | 1,420.00 | $1,278.00 |
| 7/23/2024 | Andrew Popescu | Call with UCC counsel to discuss updates to the case and upcoming filings. | Committee Activities | 0.80 | 610.00 | $488.00 |
| 7/23/2024 | Michael Robinson | Prepared and attended update call with counsel. | Committee Activities | 0.80 | 940.00 | $752.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/23/2024 | Kennet Mendez | Analyzed the high-level summary changes provided by T. Falk from Saul Ewing re: Ch.11 Plan and related disclosure statements. | Plan and Disclosure Statement | 0.70 | 490.00 | $343.00 |
| 7/23/2024 | Kennet Mendez | Incorporated final minor edits to the committee presentation. | Committee Activities | 0.40 | 490.00 | $196.00 |
| 7/24/2024 | Kennet Mendez | Examined and evaluated the estimated recovery rates for the Express Fashion Operations claim pools provided by the Debtors. | Claims Analysis and Objections | 1.80 | 490.00 | $882.00 |
| 7/24/2024 | Kennet Mendez | Generated the illustrative GUC recovery based on the Debtor FAs latest estimates. | Claims Analysis and Objections | 1.80 | 490.00 | $882.00 |
| 7/11/2024 | Kennet Mendez | Analyzed certain filed claims requested by counsel. | Claims Analysis and Objections | 1.70 | 490.00 | $833.00 |
| 7/24/2024 | Michael Robinson | Analyzed plan mechanics. | Plan and Disclosure Statement | 1.20 | 940.00 | $1,128.00 |
| 7/15/2024 | Kennet Mendez | Incorporated several changes to the latest UCC claims analysis. | Claims Analysis and Objections | 1.70 | 490.00 | $833.00 |
| 7/23/2024 | Michael Robinson | Prepared and participated in the committee update discussion. | Committee Activities | 0.80 | 940.00 | $752.00 |
| 7/17/2024 | Kennet Mendez | Reviewed and analyzed additional certain proof of claims filed under Express, Inc. | Claims Analysis and Objections | 1.70 | 490.00 | $833.00 |
| 7/19/2024 | Kennet Mendez | Reviewed and analyzed certain proof of claims filed under Express GC, LLC. | Claims Analysis and Objections | 1.70 | 490.00 | $833.00 |
| 7/26/2024 | Kennet Mendez | Readjusted the illustrative GUC recovery analysis for the post-bar date claim pool. | Claims Analysis and Objections | 1.70 | 490.00 | $833.00 |
| 7/11/2024 | Kennet Mendez | Developed detailed outline and workstream list for A. Zhang and M. Zhang re: claims analysis. | Claims Analysis and Objections | 1.60 | 490.00 | $784.00 |
| 7/25/2024 | Michael Robinson | Worked through wind down workstreams and requests. | Business Analysis / Operations | 0.60 | 940.00 | $564.00 |
| 7/25/2024 | Kennet Mendez | Laid out workstreams as it relates to the professional fee tracker. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 7/15/2024 | Kirsten Lee | Outlined presentation for claims summary and related workstreams. | Claims Analysis and Objections | 1.60 | 580.00 | $928.00 |
| 7/19/2024 | Kennet Mendez | Reviewed and analyzed certain proof of claims filed under Express Topco LLC. | Claims Analysis and Objections | 1.60 | 490.00 | $784.00 |
| 7/25/2024 | Michael Robinson | Call with P. Huygens re: workstreams, preference analysis and wind down transition matters. | Business Analysis / Operations | 0.50 | 940.00 | $470.00 |
| 7/22/2024 | Kennet Mendez | Reviewed the latest cash management order for treatment of post-petition intercompany claims. | Claims Analysis and Objections | 1.50 | 490.00 | $735.00 |
| 7/25/2024 | Paul Huygens | Call with M. Robinson re: workstreams, preference analysis and wind down transition matters. | Business Analysis / Operations | 0.50 | 1,420.00 | $710.00 |
| 7/25/2024 | Kennet Mendez | Amended the illustrative GUC recovery analysis based on the Schedule F claim pool. | Claims Analysis and Objections | 1.40 | 490.00 | $686.00 |

12

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/2024 | Michael Robinson | Update call with M3. | Business Analysis / Operations | 0.30 | 940.00 | $282.00 |
| 7/26/2024 | Andrew Popescu | Further analyzed and developed liquidation analysis work product and related summaries and presentation materials (Part 1 of 2). | Business Analysis / Operations | 2.90 | 610.00 | $1,769.00 |
| 7/26/2024 | Kirsten Lee | Reviewed summary of liquidation analysis prepared by Province team. | Business Analysis / Operations | 2.70 | 580.00 | $1,566.00 |
| 7/26/2024 | Andrew Popescu | Further analyzed and developed liquidation analysis work product and related summaries and presentation materials (Part 2 of 2). | Business Analysis / Operations | 2.10 | 610.00 | $1,281.00 |
| 7/26/2024 | Kennet Mendez | Outlined and detailed several workstreams related forthcoming docket analysis and summaries for Express. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 7/26/2024 | Kennet Mendez | Discussed case and active workstreams with A. Byrne. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 7/26/2024 | Alex Byrne | Discussed case and active workstreams with K. Mendez. | Business Analysis / Operations | 0.60 | 340.00 | $204.00 |
| 7/28/2024 | Kennet Mendez | Spread and analyzed the updated professional fee schedule provided by the Debtors. | Business Analysis / Operations | 2.20 | 490.00 | $1,078.00 |
| 7/15/2024 | Kennet Mendez | Provided detailed comments to M. Zhang re: UCC claims analysis. | Claims Analysis and Objections | 1.30 | 490.00 | $637.00 |
| 7/19/2024 | Kennet Mendez | Reviewed and analyzed certain proof of claims filed under UW, LLC. | Claims Analysis and Objections | 1.30 | 490.00 | $637.00 |
| 7/26/2024 | Kennet Mendez | Audited the post-petition intercompany matrix provided as of 5/31/2024 against the schedule F claim pool. | Claims Analysis and Objections | 1.30 | 490.00 | $637.00 |
| 7/25/2024 | Michael Robinson | Analyzed claims detail. | Claims Analysis and Objections | 1.20 | 940.00 | $1,128.00 |
| 7/31/2024 | Michael Robinson | Analyzed claims detail. | Claims Analysis and Objections | 1.20 | 940.00 | $1,128.00 |
| 7/12/2024 | Mike Zhang | Worked on UCC claims analysis (Part 2). | Claims Analysis and Objections | 1.10 | 410.00 | $451.00 |
| 7/24/2024 | Kennet Mendez | Dissected and examined the intercompany matrix provided as of the petition date against the schedule F claim pool. | Claims Analysis and Objections | 1.10 | 490.00 | $539.00 |
| 7/26/2024 | Kennet Mendez | Generated an abbreviated organizational chart showcasing the debtor entities with remaining intercompany claims. | Claims Analysis and Objections | 1.10 | 490.00 | $539.00 |
| 7/26/2024 | Michael Robinson | Worked through committee presentation. | Committee Activities | 0.80 | 940.00 | $752.00 |
| 7/28/2024 | Kennet Mendez | Produced a key takeaway summary for the variances in the revised estate budget. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 7/18/2024 | Paul Huygens | Reviewed draft Province deck re: claims analyses and overview. | Claims Analysis and Objections | 1.00 | 1,420.00 | $1,420.00 |

13

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/28/2024 | Kennet Mendez | Reviewed and analyzed the summary of key variances between the revised estate budget and the 6.19 DIP budget. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/28/2024 | Kennet Mendez | Ran a variance test for various tax disbursements between both budget versions. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 7/26/2024 | Paul Huygens | Reviewed and corresponded amongst UCC team re: ReStore settlement order. | Court Filings | 0.40 | 1,420.00 | $568.00 |
| 7/28/2024 | Kennet Mendez | Ran a variance test for forecasted rent payments between both budget versions. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 7/28/2024 | Kennet Mendez | Ran a variance test for non-merchandise disbursements between both budget versions. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 7/28/2024 | Kennet Mendez | Ran a variance test for professional fee carve-outs between both budget versions. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 7/29/2024 | Alex Byrne | Analyzed proposals for assuming and rejecting contracts. | Business Analysis / Operations | 2.70 | 340.00 | $918.00 |
| 7/29/2024 | Alex Byrne | Continued analysis of proposals for assuming and rejecting contracts. | Business Analysis / Operations | 2.30 | 340.00 | $782.00 |
| 7/29/2024 | Michael Robinson | Analyzed the revised budget and variance analysis. | Business Analysis / Operations | 2.30 | 940.00 | $2,162.00 |
| 7/29/2024 | Kirsten Lee | Analyzed liquidation projections and laid out plan for Province analysis. | Business Analysis / Operations | 2.30 | 580.00 | $1,334.00 |
| 7/29/2024 | Alex Byrne | Continued analysis of proposals for assuming and rejecting contracts. | Business Analysis / Operations | 1.90 | 340.00 | $646.00 |
| 7/29/2024 | Kennet Mendez | Spread and analyzed the estate budget vs. June 19 DIP budget weekly build-up. | Business Analysis / Operations | 1.90 | 490.00 | $931.00 |
| 7/29/2024 | Alex Byrne | Analyzed relevant case material to familiarize myself with the current status of the case. | Business Analysis / Operations | 1.50 | 340.00 | $510.00 |
| 7/29/2024 | Kennet Mendez | Updated the CF variance model to include WE 7/13 restructuring and Ch. 11 expense actuals. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 7/29/2024 | Kennet Mendez | Developed a diligence request list re: remaining assets for wind down. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/29/2024 | Kennet Mendez | Updated the CF variance model to include WE 7/13 operating receipts actuals. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/29/2024 | Kennet Mendez | Prepared talking points ahead of weekly call with M3. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/29/2024 | Alex Byrne | Summarized key points in the analysis for K. Mendez. | Business Analysis / Operations | 1.10 | 340.00 | $374.00 |
| 7/29/2024 | Kirsten Lee | Updated workstream tracker. | Business Analysis / Operations | 0.90 | 580.00 | $522.00 |
| 7/29/2024 | Kennet Mendez | Developed a diligence request list re: employee treatment and retention for wind down. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |

14

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/29/2024 | Alex Byrne | Summarized dockets for the day of 07/29/2024. | Court Filings | 1.10 | 340.00 | $374.00 |
| 7/29/2024 | Kennet Mendez | Developed a diligence request list re: data preservation and ongoing services for wind down. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 7/29/2024 | Kennet Mendez | Reviewed 7.29.2024 docket summary report developed by A. Byrne. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 7/29/2024 | Kennet Mendez | Updated the CF variance model to include WE 7/13 operating disbursements actuals. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 7/29/2024 | Kennet Mendez | Participated in weekly case update discussion with M3 Partners. | Business Analysis / Operations | 0.50 | 490.00 | $245.00 |
| 7/29/2024 | Michael Robinson | Participated in the update call with M3. | Business Analysis / Operations | 0.50 | 940.00 | $470.00 |
| 7/29/2024 | Andrew Popescu | Call with the Debtors to discuss general case strategy, the revised budget, and variance reporting. | Business Analysis / Operations | 0.50 | 610.00 | $305.00 |
| 7/30/2024 | Michael Robinson | Analyzed consolidation mechanics. | Business Analysis / Operations | 2.90 | 940.00 | $2,726.00 |
| 7/30/2024 | Andrew Popescu | Analyzed the schedules and statements supporting information and developed a schedule output for information requested by UCC counsel and other case professionals (Part 1 of 2). | Business Analysis / Operations | 2.90 | 610.00 | $1,769.00 |
| 7/30/2024 | Andrew Popescu | Analyzed documents shared across by the Company including cash forecasts, variance testing, and other related documents (Part 1 of 2). | Business Analysis / Operations | 2.80 | 610.00 | $1,708.00 |
| 7/30/2024 | Andrew Popescu | Analyzed the schedules and statements supporting information and developed a schedule output for information requested by UCC counsel and other case professionals (Part 2 of 2). | Business Analysis / Operations | 2.60 | 610.00 | $1,586.00 |
| 7/30/2024 | Kirsten Lee | Analyzed and provided comments re: cash flow/liquidity analysis. | Business Analysis / Operations | 2.60 | 580.00 | $1,508.00 |
| 7/30/2024 | Michael Robinson | Worked through data room requests. | Business Analysis / Operations | 2.30 | 940.00 | $2,162.00 |
| 7/30/2024 | Kirsten Lee | Analyzed updated budget provided by M3. | Business Analysis / Operations | 1.90 | 580.00 | $1,102.00 |
| 7/30/2024 | Michael Robinson | Worked through the committee materials. | Committee Activities | 2.80 | 940.00 | $2,632.00 |
| 7/30/2024 | Andrew Popescu | Analyzed work product developed by Team, provided commentary and feedback as needed, and analyzed supporting schedule and documents. | Business Analysis / Operations | 1.80 | 610.00 | $1,098.00 |
| 7/30/2024 | Andrew Popescu | Analyzed documents shared across by the Company including cash forecasts, variance testing, and other related documents (Part 2 of 2). | Business Analysis / Operations | 1.70 | 610.00 | $1,037.00 |

15

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/30/2024 | Alex Byrne | Reviewed relevant filings regarding contract assumption and rejection tracker. | Business Analysis / Operations | 1.50 | 340.00 | $510.00 |
| 7/14/2024 | Mike Zhang | Worked on UCC claims analysis. | Claims Analysis and Objections | 0.90 | 410.00 | $369.00 |
| 7/16/2024 | Kennet Mendez | Incorporated observation summaries re: ADMIN pool composition. | Claims Analysis and Objections | 0.90 | 490.00 | $441.00 |
| 7/16/2024 | Kennet Mendez | Incorporated observation summaries re: GUC pool composition. | Claims Analysis and Objections | 0.80 | 490.00 | $392.00 |
| 7/30/2024 | Kennet Mendez | Spread and analyzed the GOB Sales weekly actuals vs. Hilco projections. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 7/30/2024 | Michael Robinson | Worked through counsel based requests. | Business Analysis / Operations | 1.30 | 940.00 | $1,222.00 |
| 7/30/2024 | Kennet Mendez | Spread and analyzed the GOB Sales daily tracker for the 17 additional stores. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 7/30/2024 | Kennet Mendez | Conducted an in-depth discussion and walkthrough of the comprehensive list of workstreams with J. Godsey. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/30/2024 | Alex Byrne | Summarized dockets for the day of 07/30/2024. | Business Analysis / Operations | 1.20 | 340.00 | $408.00 |
| 7/30/2024 | Michael Robinson | Analyzed the plans financial considerations. | Business Analysis / Operations | 1.20 | 940.00 | $1,128.00 |
| 7/30/2024 | Kennet Mendez | Summarized and produced variance commentary for operating cash flow. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 7/30/2024 | Alex Byrne | Revised the lease assumption and rejection analysis per comments of K. Mendez. | Business Analysis / Operations | 1.10 | 340.00 | $374.00 |
| 7/30/2024 | Kennet Mendez | Repurposed GOB analysis for internal distribution purposes. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/30/2024 | Kennet Mendez | Reviewed and analyzed the liquidation budget variance against the revised estate budget. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 7/30/2024 | Michael Robinson | Developed and delegated workstream list. | Business Analysis / Operations | 0.70 | 940.00 | $658.00 |
| 7/30/2024 | Jameson Godsey | Conducted a comprehensive claims analysis and executed a comparative assessment of submitted claims, identifying potential discrepancies and issues that may warrant claims being rendered void (Part 2 of 3). | Claims Analysis and Objections | 2.20 | 350.00 | $770.00 |
| 7/30/2024 | Kennet Mendez | Reviewed 7.30.2024 docket summary report developed by A. Byrne. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 7/30/2024 | Kennet Mendez | Reviewed and analyzed the summary of key variances between the revised estate budget and the 6.19 DIP budget. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/30/2024 | Kennet Mendez | Updated the CF variance model to include WE 7/13 deb service actuals. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 7/30/2024 | Kennet Mendez | Reviewed and prepared talking points based on the UCC professionals call agenda. | Committee Activities | 0.80 | 490.00 | $392.00 |
| 7/30/2024 | Kennet Mendez | Participated in weekly UCC professionals call. | Committee Activities | 0.70 | 490.00 | $343.00 |
| 7/30/2024 | Jameson Godsey | Conducted an in-depth discussion and walkthrough of the comprehensive list of workstreams with K. Mendez. | Business Analysis / Operations | 1.20 | 350.00 | $420.00 |
| 7/30/2024 | Michael Robinson | Prepared and participated in the update call with counsel. | Committee Activities | 0.70 | 940.00 | $658.00 |
| 7/31/2024 | Jameson Godsey | Conducted a comprehensive outline summary of the sub-con factors for the liquidation analysis (Part 1 of 4). | Business Analysis / Operations | 2.90 | 350.00 | $1,015.00 |
| 7/30/2024 | Paul Huygens | Reviewed and corresponded with committee re: draft objection to exclusivity extension motion. | Committee Activities | 0.70 | 1,420.00 | $994.00 |
| 7/30/2024 | Andrew Popescu | Call with UCC counsel to discuss updates to the case and general strategy. | Committee Activities | 0.70 | 610.00 | $427.00 |
| 7/31/2024 | Jameson Godsey | Conducted a comprehensive outline summary of the sub-con factors for the liquidation analysis (Part 2 of 4). | Business Analysis / Operations | 2.80 | 350.00 | $980.00 |
| 7/31/2024 | Jameson Godsey | Formulated a detailed budget for a variance analysis, integrating all pertinent financial data provided by M3 Partners. | Business Analysis / Operations | 2.70 | 350.00 | $945.00 |
| 7/18/2024 | Kirsten Lee | Prepared list of claims for further diligence. | Claims Analysis and Objections | 0.80 | 580.00 | $464.00 |
| 7/31/2024 | Jameson Godsey | Conducted a comprehensive outline summary of the sub-con factors for the liquidation analysis (Part 4 of 4). | Business Analysis / Operations | 0.50 | 350.00 | $175.00 |
| 7/31/2024 | Andrew Popescu | Analyzed potential recovery waterfalls using various methodologies from documents provided by the Debtors and the claims agent (Part 1 of 2). | Business Analysis / Operations | 2.90 | 610.00 | $1,769.00 |
| 7/31/2024 | Kennet Mendez | Further polished the UCC Member claims analysis based on schedule F claims. | Claims Analysis and Objections | 0.80 | 490.00 | $392.00 |
| 7/31/2024 | Andrew Popescu | Developed and revised various summaries and related presentation slides for a Committee update presentation from information recently shared across by the Debtors (Part 1 of 2). | Committee Activities | 2.80 | 610.00 | $1,708.00 |
| 7/30/2024 | Jameson Godsey | Conducted a comprehensive claims analysis and executed a comparative assessment of submitted claims, identifying potential discrepancies and issues that may warrant claims being rendered void (Part 1 of 3). | Claims Analysis and Objections | 2.10 | 350.00 | $735.00 |
| 7/31/2024 | Michael Robinson | Worked through intercompany analysis. | Business Analysis / Operations | 2.90 | 940.00 | $2,726.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/16/2024 | Kennet Mendez | Incorporated observation summaries re: PUC pool composition. | Claims Analysis and Objections | 0.70 | 490.00 | $343.00 |
| 7/31/2024 | Andrew Popescu | Developed and revised various summaries and related presentation slides for a Committee update presentation from information recently shared across by the Debtors (Part 2 of 2). | Committee Activities | 2.30 | 610.00 | $1,403.00 |
| 7/31/2024 | Andrew Popescu | Analyzed potential recovery waterfalls using various methodologies from documents provided by the Debtors and the claims agent (Part 2 of 2). | Business Analysis / Operations | 2.70 | 610.00 | $1,647.00 |
| 7/31/2024 | Michael Robinson | Worked through budget analytics. | Business Analysis / Operations | 2.10 | 940.00 | $1,974.00 |
| 7/31/2024 | Kennet Mendez | Performed a variance bridge analysis for the $4.0MM discrepancy yielded from the budget comparisons. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 7/31/2024 | Kennet Mendez | Reviewed and summarized Express' UCC's Objections to Debtor's exclusivity extension. | Plan and Disclosure Statement | 1.30 | 490.00 | $637.00 |
| 7/31/2024 | Michael Robinson | Worked through transition related tasks. | Business Analysis / Operations | 1.30 | 940.00 | $1,222.00 |
| 7/26/2024 | Michael Robinson | Analyzed claims detail. | Claims Analysis and Objections | 0.70 | 940.00 | $658.00 |
| 7/31/2024 | Alex Byrne | Analyzed filings related to the company's prepetition and postpetition GOB sales. | Business Analysis / Operations | 1.30 | 340.00 | $442.00 |
| 7/31/2024 | Kennet Mendez | Implemented comments to the 7/31/2024 UCC presentation. | Committee Activities | 1.20 | 490.00 | $588.00 |
| 7/31/2024 | Alex Byrne | Audited analysis regarding contract assumption and rejection. | Business Analysis / Operations | 1.20 | 340.00 | $408.00 |
| 7/31/2024 | Andrew Popescu | Discussed several workstreams with K. Mendez. | Business Analysis / Operations | 1.10 | 610.00 | $671.00 |
| 7/31/2024 | Kennet Mendez | Discussed several workstreams with A. Popescu. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/31/2024 | Kennet Mendez | Developed comprehensive illustrative workstream tracker for internal distribution. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 7/31/2024 | Kennet Mendez | Call with A. Byrne to review status of workstreams. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 7/31/2024 | Kennet Mendez | Developed comprehensive preference analysis diligence request list. | Claims Analysis and Objections | 0.70 | 490.00 | $343.00 |
| 7/31/2024 | Alex Byrne | Call with K. Mendez to review status of workstreams. | Business Analysis / Operations | 0.80 | 340.00 | $272.00 |
| 7/31/2024 | Kennet Mendez | Reviewed 7.31.2024 docket summary report developed by A. Byrne. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 7/24/2024 | Kennet Mendez | Modified and enhanced the illustrative GUC recovery based on the Debtor FAs latest estimates. | Claims Analysis and Objections | 0.60 | 490.00 | $294.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/31/2024 | Michael Robinson | Prepared and participated in the committee update discussion. | Committee Activities | 0.70 | 940.00 | $658.00 |
| 7/31/2024 | Kennet Mendez | Prepared daily case workstream update for internal distribution. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 7/31/2024 | Michael Robinson | Audited the committee presentation. | Committee Activities | 0.70 | 940.00 | $658.00 |
| 7/31/2024 | Alex Byrne | Summarized dockets for the day of 07/31/2024. | Business Analysis / Operations | 0.70 | 340.00 | $238.00 |
| 7/31/2024 | Alex Byrne | Reviewed precedent professional fee analyses. | Business Analysis / Operations | 0.60 | 340.00 | $204.00 |
| 7/31/2024 | Kennet Mendez | Reviewed and enhanced the detailed workstream list shared by A. Popescu. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 7/31/2024 | Alex Byrne | Analyzed case related fee applications. | Business Analysis / Operations | 0.60 | 340.00 | $204.00 |
| 7/31/2024 | Kennet Mendez | Discussed ongoing workstreams with A. Byrne. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 7/31/2024 | Alex Byrne | Revised summary of docket dated 7/30/2024 per comments of K. Mendez. | Business Analysis / Operations | 0.50 | 340.00 | $170.00 |
| 7/31/2024 | Kennet Mendez | Participated in weekly UCC call. | Committee Activities | 0.50 | 490.00 | $245.00 |
| 7/31/2024 | Kennet Mendez | Prepared a list of docket analysis workstreams for A. Byrne. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 7/31/2024 | Paul Huygens | Participated in full committee call with its professionals re: update and strategy. | Committee Activities | 0.40 | 1,420.00 | $568.00 |

52910912.2 08/27/2024