## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 19, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Muriel Siebert & Co., Inc. at 1 N End Ave, Ste 501, New York, NY 10282-1102, pursuant to USPS forwarding instructions:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

- **Instructional Cover Letter to Nominees, Banks, and Brokers** (attached hereto as **Exhibit A**)

Furthermore, on or before August 19, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on or before August 20, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

Dated: August 26, 2024

_____
Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 26th day of August, 2024 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# Exhibit A



To Banks, Brokers, Intermediaries, and Nominees:

*Re: Case Number: 24-10831 (KBO) – Express, Inc., et al., Chapter 11 Bankruptcy*

**_CUSIP No. 30219E202_**

Express, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware, the enclosed *NOTICE OF DISCLOSURE STATEMENT HEARING* (the "Notice"). Stretto, the Claims and Noticing agent for the Debtors, was instructed by the Debtors' counsel that the Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of July 31, 2024 (the "Record Date").

| CUSIP/ISIN No. | Record Date |
|---|---|
| 30219E202 / US30219E2028 | July 31, 2024 |

Stretto will provide the appropriate number of sets of the Notice to Broadridge and Mediant/BetaNXT as requested, respectively. The following referenced job information pertains to the mailing established at Broadridge and Mediant/BetaNXT.  Please mail the provided Notice via USPS First-Class Mail to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No(s) | Mediant/BetaNXT Job No(s) |
|---|---|
| E47895 | 2589366 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# Exhibit B



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Aguilera-Martinez,Teresa | | Address Redacted | | | | | |
| Bangalore Thimmegowda,Pramod Kumar | | Address Redacted | | | | | |
| Bowling,Myra Ventura | | Address Redacted | | | | | |
| Caliri,Lincoln | | Address Redacted | | | | | |
| Comenity Bank f/k/a World Financial Network Bank | | PO Box 182936 | | | Columbus | OH | 43218-2936 |
| Eid Solis,Fayzeh | | Address Redacted | | | | | |
| Gomez,Jayden Laney | | Address Redacted | | | | | |
| Harris,Penelope Cynthia | | Address Redacted | | | | | |
| Irving,Trinity E. | | Address Redacted | | | | | |
| Miller-Mayes,Rhiannon Louise | | Address Redacted | | | | | |
| Moore,Chyna | | Address Redacted | | | | | |
| Nagarale,Shreya | | Address Redacted | | | | | |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn Fred B. Ringel & Clement Yee | 885 2nd Ave | Fl 3 | New York | NY | 10017-2251 |
| Powers,Briana | | Address Redacted | | | | | |
| Raheem,DeMarja | | Address Redacted | | | | | |
| Samec,Sharday Nicole | | Address Redacted | | | | | |
| Simmons,Ethan | | Address Redacted | | | | | |
| Taylor,Kristine | | Address Redacted | | | | | |
| Town of Lynnfield | | 525 Salem St | | | Lynnfield | MA | 01940-2359 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| APS | PO Box 37812 | Boone | IA | 50037-0812 |
| Joyner,Jordan | Address Redacted | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1