**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> EXPRESS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-10831 (KBO) <br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 803

Pursuant to Bankruptcy Rule 3006, Store Value Solutions, a division of Comdata Inc., creditor in the above-captioned chapter 11 case, by undersigned counsel, hereby withdraws its proof of claim filed on June 27, 2024 against Debtor Express GC, LLC and designated as Claim No. 803 in the amount of $122,221.26 on the claims register.

Dated: August 28, 2024

**CROSS & SIMON, LLC**

 */s/ Kevin S. Mann*
Kevin S. Mann (DE 4576)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
Email: kmann@crosslaw.com

*Counsel to Stored Value Solutions*