IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Related to Docket No. 755** |

## NOTICE OF WITHDRAWAL OF DOCUMENT FILED IN ERROR

**PLEASE TAKE NOTICE** that on August 28, 2024, the Debtors filed the *Chapter 11 Monthly Operating Report for Case Number 24-10836 for the Month Ending: 8/3/2024* [Docket No. 755] in error. We respectfully request that Docket Number 755 be removed from the Court's docket.

Dated:  August 28, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
|  | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone:   (302) 426-1189 | Telephone:   (212) 446-4800 |
| Facsimile:   (302) 426-9193 | Facsimile:   (212) 446-4900 |
| Email:   dpacitti@klehr.com | Email:   joshua.sussberg@kirkland.com |
|         myurkewicz@klehr.com |         emily.geier@kirkland.com |
|         aradvanovich@klehr.com |         nicholas.adzima@kirkland.com |
| -and- | -and- |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11119447.v1

| | |
|---|---|
| Morton R. Branzburg (admitted *pro hac vice*) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone:  (215) 569-3007 <br> Facsimile:  (215) 568-6603 <br> Email:  mbranzburg@klehr.com <br><br> *Co-Counsel for the Debtors and Debtors in Possession* | Charles B. Sterrett (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone:  (312) 862-2000 <br> Facsimile:  (312) 862-2200 <br> Email:  charles.sterrett@kirkland.com <br><br> *Co-Counsel for the Debtors and Debtors in Possession* |

11119447.v1