UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| EXPRESS, INC., ET AL. | § | CASE NO. 24-10831-KBO |
| Debtor.[1] | § | **Obj. Deadline: August 28, 2024** |

GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear and represent the Louisiana Department of Revenue in this case:

A. I, Florence Bonaccorso-Saenz, am admitted to practice law in the following courts:

    (1) Louisiana Supreme Court

    (2) United States District Court for the Eastern District of Louisiana;

    (3) United States Bankruptcy Court for the Eastern District of Louisiana;

    (4) United States District Court for the Middle District of Louisiana;

    (5) United States Bankruptcy Court for the Middle District of Louisiana;

---

[1] An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, directing joint administration for procedural purposes only of the chapter 11 cases of: Express, Inc., Case No. 24-10831; Express Topco LLC, Case No. 24-10832; Express Holding, LLC, Case No. 24-10833; Express Finance Corp., Case No. 24-10834; Express, LLC, Case No. 24-10835; Express Fashion Investments, LLC, Case No. 24-10836; Express Fashion Logistics, LLC, Case No. 24-10837; Express Fashion Operations, LLC, Case No. 24-10838; Express GC, LLC, Case No. 24-10839; Express BNBS Fashion, LLC, Case No. 24-10840; UW, LLC, Case No. 24-10841; and Express Fashion Digital Services Costa Rica, S.R.L., Case No. 24-10842. The docket in **Case No. 24-10831** should be consulted for all matters affecting these cases.

(6) United States District Court for the Western District of Louisiana; and

(7) United States Bankruptcy Court for the Western District of Louisiana.

B.   I am in good standing in all jurisdictions to which I have been admitted.

C.    I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Dated: AUGUST 28, 2024        Respectfully submitted,

    LOUISIANA DEPARTMENT OF REVENUE

By: /s/ Florence Bonaccorso-Saenz
FLORENCE BONACCORSO-SAENZ
Senior Bankruptcy Counsel, Litigation Division
Division 617 N. Third Street, 7th Floor
Post Office Box 4064 (ZIP 708214064)
Baton Rouge, Louisiana 70802
Email: Florence.Saenz@la.gov
Tel. 225-219-2083
*Government Counsel, Pursuant to*
*Local Rule* 9010-1(e)

## CERTIFICATE OF SERVICE

I, Florence Bonaccorso-Saenz, hereby certify that on AUGUST 28, 2024, I caused a true and correct copy of the foregoing Government Attorney Certification to be served via the Court's CM-ECF system on all parties having registered for electronic notice in the above entitled and numbered case.

/s/ Florence Bonaccorso-Saenz
Florence Bonaccorso-Saenz
Senior Bankruptcy Counsel, Litigation Division
Louisiana Department of Revenue