**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 29, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 767)

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 777)

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 779)

Furthermore, on August 29, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 767)

Furthermore, on August 29, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit E**, and via electronic mail on First Data Merchant Services LLC, c/o Fiserv at legalpapers@firstdata.com:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 777)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- **Phoenix Adequate Assurance Package** (attached hereto as **Exhibit H**)

Furthermore, on August 29, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** (Docket No. 779)

- **Phoenix Adequate Assurance Package** (attached hereto as **Exhibit H**)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 30, 2024

*Sabrina Tu*
_____
Sabrina G. Tu

State of Colorado    )
                     )  SS.
County of Denver     )

Subscribed and sworn before me this 30th day of August 2024 by Sabrina G. Tu.

*Danielle Harnden*
_____
(Notary's official signature)

| DANIELLE HARNDEN |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20224038481 |
| MY COMMISSION EXPIRES 2026-10-04 |

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | PO Box 417368 | | | Boston | MA | 02241-7368 | |
| 1552 Broadway Retail Owner LLC | | 80 State Street | | | Albany | NY | 12207 | |
| Accertify, Inc. | c/o Becket & Lee LLP | Attn: Christopher Cramer & Shraddha Bharatia | PO Box 3002 | | Malvern | PA | 19355-0702 | |
| Adobe Systems, Inc. | Attn: Scott Burns | 75 Remittance Dr | #1025 | | Chicago | IL | 60675-1025 | |
| Alabama Office of the Attorney General | Attn: Steve Marshall | 501 Washington Avenue | | | Montgomery | AL | 36104 | |
| Alaska Office of the Attorney General | | 1031 W 4th Ave | Suite 200 | | Anchorage | AK | 99501 | |
| Arizona Office of the Attorney General | Consumer Information and Complaints | 2005 N Central Ave | | | Phoenix | AZ | 85004 | |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | | Little Rock | AR | 72201 | |
| Bernardo Manufacturing, Ltd. | Attn: Gregg Castelluci, Joshua Swift | 54 Taylor Dr | | | East Providence | RI | 02916 | |
| BlueCore Inc | Attn: Liz Madsen | 124 Rivington St | | | New York | NY | 10002 | |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | PO Box 847439 | | | Dallas | TX | 75284 | |
| Brierley & Partners, Inc. | | 15303 Ventura Blvd | #400 | | Sherman Oaks | CA | 91403 | |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| CFL Distribution Inc | Attn: Lynda Wong | Hore de Macau Limitada | Avenida da Praia Grande | | Edif Great Will | | 665 | Macau |
| Chacon | Attn: Armond M. Jackson | 2 Venture Parkway | Ste 240 | | Irvine | CA | 92618 | |
| Chacon | Attn: Joseph Lavi | 8889 West Olympic Blvd | #200 | | Beverly Hills | CA | 90211 | |
| Chacon | Attn: Raul Perez | 1875 Century Park East | Suite 1000 | | Los Angeles | CA | 90067 | |
| Chacon | Attn: Sahag Majarian | 18250 Ventura Blvd | | | Tarzana | CA | 91356 | |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 | |
| Commission Junction LLC | Attn: Camelia Gehrke | 4140 Solutions Center | #774140 | | Chicago | IL | 60677-4001 | |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | 45-A Off Zahar Ali Rd | Golberg V | | Lahore | | 54660 | Pakistan |
| Delaware Department of Justice | | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| District of Columbia Office of the Attorney General | | 441 4th St NW | Suite 1100 | | Washington | DC | 20001 | |
| EKFH LLC | c/o KLM Equities Inc. | Attn: Zachary Kleinhandler | 920 Broadway 17th Fl | | New York | NY | 10010 | |
| E-Teen Company Limited | G. Malamet | Rm 202, 2Fl, Sun Cheong Industrial Bldg | 2-4 Cheung Yee Street | | Lai Chi Kok | Kowloon | | Hong Kong |
| Florida Office of the Attorney General | | The Capitol Pl?01 | | | Tallahassee | FL | 32399 | |
| Fortune Footwear Inc. | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | | New York | NY | 10013 | |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 | |
| GGP Columbia Mall | Attn: Troy Benson | Rouse Fashion Place | SDS-12-2780, PO Box 86 | | Minneapolis | MN | 55486-2780 | |
| Hawaii Office of the Attorney General | | 425 Queen St | | | Honolulu | HI | 96813 | |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | | Boise | ID | 83720 | |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | | Chicago | IL | 60601 | |
| Indiana Office of the Attorney General | | Indiana Government Center South | 302 W Washington St | 5th Floor | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St | Room 109 | Des Moines | IA | 50319 | |
| Jeffrey M. Kurzon | | Address Redacted | | | | | | |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | 1133 Penn Avenue | 5th Floor | Pittsburgh | PA | 15222 | |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | 1234 Camino del Mar | | Del Mar | CA | 92014 | |
| Kansas Office of the Attorney General | | 120 SW 10th Ave | 2nd Floor | | Topeka | KS | 66612 | |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Suite 118 | Frankfort | KY | 40601 | |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | Wing Tai Centre Room 76, Flat A 7th Floor | 12 Hing Yip Street | | Kwun Tong | Kowloon | | Hong Kong |
| Li&Fung(Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | 5th Floor, Lifung Tower | 888 Cheung Sha Wan Road | | | Kowloon | | Hong Kong |
| Louisiana Office of the Attorney General | | 1885 N Third St | | | Baton Rouge | LA | 70802 | |
| Macerich Cerritos LLC | Attn: Doug Healey | PO Box 849445 | | | Los Angeles | CA | 90084-9445 | |
| Macerich Cerritos LLC | | 401 Wilshire Boulevard | Suite 700 | | Santa Monica | CA | 90401 | |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 | |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | Park-In Commercial Bldg, Rm 1316 | 56 Dundas Street | | | Kowloon | | Hong Kong |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 | |
| Massachusetts Office of the Attorney General | | 1 Ashburton Pl | 20th Floor | | Boston | MA | 02108 | |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | 4200 Regent Street | Suite 205 | | Columbus | OH | 43219 | |
| Michigan Office of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | 7th Floor | Lansing | MI | 48933 | |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | | St. Paul | MN | 55101 | |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Suite 1200 | Jackson | MS | 39201 | |
| Missouri Office of the Attorney General | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 | |
| Montana Office of the Attorney General | | 215 N Sanders | Justice Building | 3rd Floor | Helena | MT | 59601 | |
| Monument Consulting LLC | Attn: Allison Hutchcroft | 1800 Summit Ave | | | Richmond | VA | 23230 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Motives | Attn: Corey Baggett | 499th Avenue | 19th Floor | | New York | NY | 10018 | |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 | |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | |
| New Hampshire Office of the Attorney General | | Nh Department of Justice | 33 Capitol St | | Concord | NH | 03301 | |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 | |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 | |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | Ayazaga Mah. Mimar Sinan Sok. | No:21 B/34 | Sariyer | Istanbul | | 34396 | Turkey |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | | Raleigh | NC | 27603 | |
| North Dakota Office of the Attorney General | | State Capitol | 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | 844 N King St #2207 Lockbox 35 | | | Wilmington | DE | 19801 | |
| Ohio Department of Job and Family Services | | 30 E Broad St | | | Columbus | OH | 43215 | |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | | Columbus | OH | 43229 | |
| Ohio Office of the Attorney General | | State Office Tower | 30 E Broad St | 14th Floor | Columbus | OH | 43215 | |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | | Oklahoma City | OK | 73105 | |
| Oregon Office of the Attorney General | | 1162 Court St NE | | | Salem | OR | 97301 | |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | PBMS Building | 538 Bongcheon-ro | Gwanak-gu | Seoul | | 8789 | Korea, Republic of |
| Pandera Systems, LLC | Attn: Steve Jones | 189 S Orange Ave | Ste 1250 | | Orlando | FL | 32801 | |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 | |
| Queens Center SPE, LLC | Attn: Doug Healey | PO Box 849433 | | | Los Angeles | CA | 90084-9433 | |
| Queens Center SPE, LLC | | 90-15 Queens Boulevard | | | Elmhurst | NY | 11373 | |
| Radial Inc | Attn: Kat Gibson, Emily Jones | PO Box 204113 | | | Dallas | TX | 75320-4114 | |
| Radial, Inc. | Attn: Emily Busch Jones | 935 First Avenue | | | King of Prussia | PA | 19406 | |
| ReStore Capital, LLC | Attn: Legal Department | 5 Revere Drive | Suite 206 | | Northbrook | IL | 60062 | |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | 1211 Avenue of the Americas | | New York | NY | 10036 | |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 | |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | 495 East Mound Street | | Columbus | OH | 43215 | |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | | 500 N Mesa St | Ste 300 | | El Paso | TX | 79901-1224 | |
| RR Donnelley | Attn: Todd Fallon | 7810 Solution Center | | | Chicago | IL | 60677-7008 | |
| Salesforce Inc | Attn: Kevin Ramirez | PO Box 203141 | | | Dallas | TX | 75320-3141 | |
| Salesforce Inc | | 415 Mission Street, 3rd Floor | Salesforce Tower | | San Francisco | CA | 94105 | |
| Securities and Exchange Commission | Attn:  Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 | Brookfield Place | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Silver Crest Clothing PVT LTD - Unit III | Attn: Gautam Golchha | Plot No. 4E1 & E2 | Kiadb Industrial Area | | Attibele | KA | 562107 | India |
| Simon Capital GP | Attn: Jon Murphy | 867925 Reliable Pkwy | | | Chicago | IL | 60686-0079 | |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Room 519 | Columbia | SC | 29201 | |
| South Dakota Office of the Attorney General | | 1302 E Hwy 14 | Suite 1 | | Pierre | SD | 57501 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 | |
| Tanger Properties Limited Partnership | Attn: Justin Stein | PO Box 414225 | | | Boston | MA | 02241-4225 | |
| Tanger Properties Limited Partnership | | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 | |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 | |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | 5F-7, No. 1, Fu Hsing North Road | | | Taipei | | ROC105 | Taiwan |
| Urban Crown Limited | Attn: Kevin Moylan | 1101 West Tower, Exchange Rd | Ortigas Ctr | | Pasig City | | 1605 | Philippines |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 N State St | Suite 230 | Salt Lake City | UT | 84114 | |
| Vermont Office of the Attorney General | | 109 State St | | | Montpelier | VT | 05609 | |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 | |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 | |
| Wells Fargo Bank, N.A. | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karczes, Keith G. Radner, and Eva D. Gadzheva | 55 E Monroe Street | Suite 3300 | Chicago | IL | 60603 | |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association | c/o Richard Layton & Finger | Attn:  John H. Knight, Alexander R. Steiger, and Paul N. Heath | 920 N King Street | | Wilmington | DE | 19801 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | 125 High Street | 11th Floor | | Boston | MA | 02110 | |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | 55 East Monroe Street | Suite 3300 | Chicago | IL | 60603-5792 | |
| Wells Fargo Retail Finance, LLC, as Collateral Agent | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| West Virginia Office of the Attorney General | | State Capitol | 1900 Kanawha Blvd E Bldg 1 | Room E-26 | Charleston | WV | 25305 | |
| Wisconsin Office of the Attorney General | | 114 E State Capitol | | | Madison | WI | 53702 | |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 3 of 3

Document Ref: FH6ZY-Y4YGL-FRHLD-JUBUA

# <u>Exhibit B</u>



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | | brett.herschenfeld@slgreen.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | john.cannizzaro@icemiller.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br>shahbazis@ballardspahr.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Adobe Systems, Inc. | Attn: Scott Burns | | sburns@adobe.com |
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | ghofmann@ck.law |
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | | phong@alvarezandmarsal.com<br>sanjay.srikanth@alvarezandmarsal.com<br>bankruptcy.notices@alvarezandmarsal.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Arizona Office of the Attorney General | Consumer Information and Complaints | | consumerinfo@azag.gov |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | cmbrosius@vorys.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | tscobb@vorys.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford Taylor & Preston LLP | Attn: Christopher A Jones | cajones@whitefordlaw.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | bmuchinsky@illuminatelg.com |
| Blue Yonder, Inc. | c/o Connolly Gallager LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| BlueCore Inc | Attn: Liz Madsen | | liz.madsen@bluecore.com |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | | elisabeth.keller@capillarytech.com<br>sridhar.bollam@capillarytech.com |
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | jcarr@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Scott Andron | sandron@broward.org |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | mkurzman@carmodylaw.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Fred B. Ringel, Clement Yee | fringel@leechtishman.com<br>cyee@leechtishman.com |
| CFL Distribution Inc | Attn: Lynda Wong | | lynda_wong@cflhk.com |
| Chacon | Attn: Armond M. Jackson | | ajackson@jacksonapc.com |
| Chacon | Attn: Raul Perez | | raul.perez@capstonelawyers.com |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 5



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D Reece | lreece@pbfcm.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | bankruptcy@abernathy-law.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | jhaithcock@burr.com |
| Commission Junction LLC | Attn: Camelia Gehrke | | camelia.gehrke@cj.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk <br> azia@ecbl.pk |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com <br> jlemkin@stark-stark.com |
| Delaware Department of Justice | | | attorney.general@state.de.us |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | jgiampolo@rosenbergestis.com |
| E-Teen Company Limited | G. Malamet | | kevin.luk@eteen-hk.com |
| Express, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | daniel.daines@kirkland.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com <br> emily.geier@kirkland.com <br> nicholas.adzima@kirkland.com |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com <br> myurkewicz@klehr.com <br> aradovanovich@klehr.com |
| Express, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Fashion Island Retail LLC [Fashion Island Shopping Center] | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com <br> roglenl@ballardspahr.com <br> vesperm@ballardspahr.com <br> brannickn@ballardspahr.com |
| Fortune Footwear Inc. | Attn: Thomas Paccione | | tpaccione@fortunefootwear.com |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| GGP Columbia Mall | Attn: Troy Benson | | troy.benson@bpretail.com |
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Jeffrey M. Kurzon | | | Address Redacted |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | gary@lcllp.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | todd@lcllp.com <br> scott@lcllp.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 5

Document Ref: FH6ZY-Y4YGL-FRHLD-JUBUA

Page 9 of 25



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson | | legal@taxcollector.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | | eddie.chan@leverstyle.com |
| | | | william.tan@leverstyle.com |
| | | | derek.lee@leverstyle.com |
| | | | winnie.man@leverstyle.com |
| Li&Fung(Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | | laurencerudge@lifung.com |
| | | | gordonchiang@lifung.com |
| | | | legalnotices@lifung.com |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com |
| | | | tfreedman@csglaw.com |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmonroe@pbfcm.com |
| | | | lmbkr@pbfcm.com |
| Macerich Cerritos LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | | jrich@madisoncountyal.gov |
| Manchu Times Fashion Limited | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | tklestadt@klestadt.com |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | | michaelli@manchutimesfashion.com |
| | | | olivialuk@manchutimesfashion.com |
| Maryland Office of the Attorney General | | | oag@oag.state.md.us |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | | dbloch@mgfsourcing.com |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Monument Consulting LLC | Attn: Allison Hutchcroft | | allison.hutchcroft@monumentconsulting.com |
| Motives | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Nancy C. Millan, Hillsborough County Tax Collector | Attn: Brian T. Fitzgerald | | fitzgeraldb@hcfl.gov |
| | | | stroupj@hcfl.gov |
| | | | connorsa@hcfl.gov |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | | | attorneygeneral@doj.nh.gov |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | | suelee@newtimesgroup.com |
| | | | eunicekim@newtimesgroup.com |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Jeffrey M. Carbino | jcarbino@leechtishman.com |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn Fred B. Ringel & Clement Yee | fringel@leechtishman.com |
| | | | cyee@leechtishman.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | cmwinter@duanemorris.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | jbillingsley@duanemorris.com |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | | john.schanne@usdoj.gov |
| | | | ustpregion03.wl.ecf@usdoj.gov |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: FH6ZY-Y4YGL-FRHLD-JUBUA



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com<br>nallard@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | luke.murley@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | | carolhong@pbms.biz |
| Pandera Systems, LLC | Attn: Steve Jones | | steve.jones@66degrees.com |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | joaquin.alemany@hklaw.com |
| PREIT Services, LLC | c/o Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | kcapuzzi@beneschlaw.com<br>dbrogan@beneschlaw.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Radial Inc | Attn: Kat Gibson, Emily Jones | | gibsonk@radial.com<br>ejones@radial.com |
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | atanenbaum@dplawyers.com |
| Roth Bros., Inc. d/b/a Sodexo | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| Salesforce Inc | Attn: Kevin Ramirez | | kramirez@salesforce.com |
| Silver Crest Clothing PVT LTD - Unit III | Attn: Gautam Golchha | | gautam@silvercrest.in |
| Simon Capital GP | Attn: Jon Murphy | | jonmurphy@simon.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| Simon Property Group, Inc. | c/o Offit Kurman, P.A. | Attn: Brian J. McLaughlin | brian.mclaughlin@offitkurman.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | cmiller@morrisnichols.com |
| Tanger Properties Limited Partnership | Attn: Justin Stein | | js@tanger.com |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Tennessee Attorney General's Office | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | agbankdelaware@ag.tn.gov |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| The Shops at NorthCreek LLC | c/o Bradford Dempsey Law LLC | Attn: Bradford E. Dempsey | brad@dempseycounsel.com |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | | keven@totefashion.com.tw |
| Travis County | Attn: Jason A. Starks | | jason.starks@traviscountytx.gov |
| Urban Crown Limited | Attn: Kevin Moylan | | kevin@crownsmart.com |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | | emily.abrahamson@wellsfargo.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com<br>dimitri.karcazes@goldbergkohn.com<br>keith.radner@goldbergkohn.com<br>eva.gadzheva@goldbergkohn.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 4 of 5

Document Ref: FH6ZY-Y4YGL-FRHLD-JUBUA

Page 11 of 25



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| WHP Global | c/o Morris, Nicholas, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@morrisnichols.com |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | jafeltman@wlrk.com<br>bsarfa@wlrk.com |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com<br>eseverini@fbtlaw.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 5 of 5

Document Ref: FH6ZY-Y4YGL-FRHLD-JUBUA

# **Exhibit C**



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Ashville Retail Associates LLC | c/o New England Development | One Wells Avenue | | Newtown | MA | 02459 |
| Brandon Shopping Center Partner LTD | Attn: Legal Department | 2049 Century Park East 41st Fl | | Los Angeles | CA | 90067 |
| DDR Urban LP | Attention: Executive VP Leasing | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |
| DDR Urban LP | c/o Stark & Stark P.C. | Attn: Thomas Onder & Joseph Lemkin | PO Box 5315 | Princeton | NJ | 08543 |
| DDR Urban LP | Dept 399722-20124-64949 | PO Box 373533 | | Cleveland | OH | 44193 |
| Destin Commons  LTD | c/o Turnberry Associates | Attn: Legal Department | 19501 Biscayne Boulevard Ste 400 | Aventura | FL | 33180 |
| Destin Commons LLC | Berkadia Commercial Mrtge | PO Box 865292 | | Orlando | FL | 32886-5292 |
| Eastview Mall  LLC | Attn: Judith Labombarda | 1265 Scottsville Road | | Rochester | NY | 14624 |
| EASTVIEW MALL  LLC | Attn: Legal Dept | DEPT 976 PO BOX 8000 | | Buffalo | NY | 14267 |
| Forbes Cohen Properties LP | c/o Ballard Spahr LLP | Attn: Dustin P. Branch  Esq. | 2029 Century Park East Suite 1400 | Los Angeles | CA | 90067-2915 |
| Forbes Taubman Orlando | Attn: Legal Dept | 16286 Collections Cntr Dr | Lockbox 16286 | Chicago | IL | 60693 |
| Forbes Taubman Orlando  L.L.C | Attn: Legal Dept | 100 Galleria Officecentre Suite 427 | | Southfield | MI | 48034 |
| Forbes Taubman Orlando LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch  Esq. | 2029 Century Park East  Suite 1400 | Los Angeles | CA | 90067-2915 |
| Forbes/Cohen Florida Properties LP | Attn: Legal Dept | 16156 Collections Center Drive | | Chicago | IL | 60693 |
| Franconia Two L.P. | Attn: Legal Dept | 210 Route 4 East | | Paramus | NJ | 07652 |
| GGP-Grandville L.L.C. | Attn: Legal Dept | 110 N Wacker Drive | | Chicago | IL | 60606 |
| GGP-Grandville LLC | Attn: Legal Department | PO Box 86 SDS-12-1796 | Rivertown Crossings | Minneapolis | MN | 55486-1796 |
| KRE Broadway Owner  LLC | Attn: Managing Principal | 2029 Century Park East Suite 1550 | | Los Angeles | CA | 90067 |
| KRE Broadway Owner  LLC | c/o Broadway Mall | 358 B North Broadway | | Hicksville | NY | 11801 |
| KRE Broadway Owner  LLC | c/o Vornado Realty LP | Attn: Vornado Broadway Mall LLC | 888 Seventh Avenue | New York | NY | 10019 |
| KRE BROADWAY OWNER LLC | Attn: Legal Dept | PO BOX 28706 | | New York | NY | 10087 |
| Mall 1 - Bay Plaza  LLC | c/o Prestige Prop and Develop | 546 Fifth Ave  15th Flr | | New York | NY | 10036 |
| Montgomery Mall LLC | Attn: Legal Dept | 11601 Wilshire Boulevard 11th Floor | | Los Angeles | CA | 90025 |
| MONTGOMERY Mall Owner LLC | Attn: Legal Dept | 2049 Century Park East 41st Fl | | Los Angeles | CA | 90067 |
| Montgomery Mall Owner LLC | c/o Bank of America | File #54738 | | Los Angeles | CA | 90074-4738 |
| Montgomery Mall Owner LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive 9th Floor | New Haven | CT | 06511 |
| Oakbrook Shopping Center  LLC | Attn: Legal Dept | 110 N Wacker Dr | | Chicago | IL | 60606 |
| Oakbrook Shopping Center  LLC | c/o Brookfield Properties Retail | Attn: Julia Minnick Bowden | 350 N. Orleans St Ste 300 | Chicago | IL | 60654 |
| OAKBROOK URBAN VENTURE LP | DBA OAKBROOK SHOPPING CENTER LLC | SDS-12-2892  PO BOX 86 | | Minneapolis | MN | 55486-2892 |
| PR Prince George Plaza LLC | Attn: Legal Dept | PO Box 373228 | | Cleveland | OH | 44193-3228 |
| PR Prince Georges Plaza LLC | Attn: Jeffrey Kurtzman | 101 N Washington Ave Ste 4A | | Margate | NJ | 08402 |
| PR Prince Georges Plaza LLC | c/o PREIT Services  LLC | Attn: Christian Uy | 2005 Market St Ste 1000 | Philadelphia | PA | 19103 |
| PR Prince George's Plaza LLC | Attn: Legal Dept | 200 South Broad Street 3rd Floor | | Philadelphia | PA | 19102 |
| Queens Center SPE LLC | Attn: Doug Healey | PO Box 849433 | | Los Angeles | CA | 90084-9433 |
| Queens Center SPE LLC | Attn: Legal Department | 90-15 Queens Boulevard | | Elmhurst | NY | 11373 |
| Queens Center SPE LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch  Esq. | 2029 Century Park East Ste 1400 | Los Angeles | CA | 90067-2915 |
| Queens Center SPE LLC | c/o Macerich | PO Box 2172 | 401 Wilshire Boulevard Suite 700 | Santa Monica | CA | 90407 |
| SPUS9 FB Paddock Prop  LLC | Attn: Legal Dept | PO Box 7411166 | | Chicago | IL | 60674-1116 |
| SPUS9 FB Paddock Prop  LLC | c/o CBRE Investment Management | Attn: Asset Manager | 601 S. Figueroa Street 49th Floor | Los Angeles | CA | 90017 |
| SPUS9 FB Paddock PROP  LLC | c/o Daspin & Aument  LLP | Attn: Samantha Thoma | 300 S Wacker Dr Suite 2200 | Chicago | IL | 60606 |
| SPUS9 FB Paddock Prop  LLC | c/o Fairbourne Properties  LLC | Attn: Anna Fudala | 200 South Michigan Avenue Suite 400 | Chicago | IL | 60604 |
| SRE Ontario  LLC | Attn: Legal Dept | 3200 Northline Avenue Suite 360 | | Greensboro | NC | 27408 |
| SRE Ontario LLC | Attn: Legal Dept | PO Box 310803 | | Des Moines | IA | 50331 |
| SRE Ontario LLC Outlets Park City | c/o Singerman Real Estate  LLC | Attn: Joseph Concepcion | 980 N. Michigan Avenue | Chicago | IL | 60611 |
| SRE Ontario LLC Outlets Park City | c/o Thompson Hine LLP | Attn: Louis F. Solimine | 312 Walnut St Ste 2000 | Cincinnati | OH | 45202 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |
| Eastview Mall, LLC | Attn: Judith Labombarda | | jlabombarda@wilmorite.com |
| Forbes Taubman Orlando, L.L.C. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Forbes/Cohen Properties Limited Partnership | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Montgomery Mall Owner LLC | c/o Bank of America | | usarremittances@urw.com |
| Montgomery Mall Owner LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland | nferland@barclaydamon.com |
| Oakbrook Shopping Center, LLC | c/o Brookfield Properties Retail Inc. | Attn: Julia Minnick Bowden | julie.bowden@bpretail.com |
| OAKBROOK URBAN VENTURE LP | DBA OAKBROOK SHOPPING CENTER LLC | | oakbrookcenterach@brookfieldpropertiesretail.com |
| PR Prince Georges Plaza LLC | Attn: Jeffrey Kurtzman | | kurtzman@kurtzmansteady.com |
| PR Prince Georges Plaza LLC | c/o PREIT Services, LLC | Attn: Christian Uy | uyc@preit.com |
| Queens Center SPE LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| SPUS9 FB Paddock PROP, LLC | c/o Daspin & Aument, LLP | Attn: Samantha Thoma | sthoma@daspinaument.com |
| SPUS9 FB Paddock Prop, LLC | c/o Fairbourne Properties, LLC | Attn: Anna Fudala | afudala@fairbourne.com |
| SRE Ontario LLC [Outlets Park City, Utah] | c/o Singerman Real Estate, LLC | Attn: Joseph Concepcion | jconcepcion@singermanre.com |
| SRE Ontario LLC [Outlets Park City, Utah] | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: FH6ZY-Y4YGL-FRHLD-JUBUA

# **<u>Exhibit E</u>**



**Exhibit E**
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| First Data Merchant Services LLC | c/o Fiserv | 3975 NW 120th Avenue | Coral Springs | FL | 33065 |
| First Data Services LLC | c/o Fiserv | 600 N Vel R. Phillips Ave | Milwaukee | WI | 53203 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: FH6ZY-Y4YGL-FRHLD-JUBUA

# <u>Exhibit F</u>



**Exhibit F**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| R. R. Donnelley & Sons Company | Attn: Legal | 35 West Wacker Drive | | Chicago | IL | 60601 |
| RR Donnelley | Attn: Legal | PO Box 842307 | | Boston | MA | 02284-2307 |
| RR Donnelley | Attn: Todd Fallon | 7810 Solution Center | | Chicago | IL | 60677-7008 |
| RR Donnelley & Sons Company | Attn: Robert A. Larsen | 4101 Winfield Rd | | Warrenville | IL | 60555 |
| RR Donnelley & Sons Company | c/o Norton Rose Fulbright US LLP | Attn: Robert Hirsh & James Copeland | 1301 Avenue of the Americas | New York | NY | 10019 |
| RR Donnelley Logistics | Attn: Legal | 1000 Windham Parkway | | Bolingbrook | IL | 60490 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **<u>Exhibit G</u>**



**Exhibit G**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| RR DONNELLEY | | | timothy.m.westphal@rrd.com |
| RR Donnelley & Sons Company | Attn: Robert A. Larsen | | robert.a.larsen@rrd.com |
| RR Donnelley & Sons Company | c/o Norton Rose Fulbright US LLP | Attn: Robert Hirsh & James Copeland | robert.hirsh@nortonrosefulbright.com james.copeland@nortonrosefulbright.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# Exhibit H



June 12, 2024

**PRIVATE AND CONFIDENTIAL**

**Re: PHOENIX Retail, LLC Adequate Assurance Package**

PHOENIX Retail, LLC ("<u>we</u>" or "<u>PHOENIX</u>") is pleased to submit this Adequate Assurance Package in connection with the acquisition of certain assets of Express, Inc. ("<u>Express</u>") and/or its subsidiaries pursuant to the Amended & Restated Asset Purchase Agreement by and among PHOENIX, Express, and certain subsidiaries of Express filed with the United States Bankruptcy Court for the District of Delaware on or about June 12, 2024 (as amended, restated, supplemented or otherwise modified from time to time, the "<u>Purchase Agreement</u>").  Capitalized terms used but not defined herein have the meanings set forth in the Purchase Agreement.

We believe that this Adequate Assurance Package demonstrates the clear ability of PHOENIX to satisfy any and all obligations associated with the Assigned Business Contracts.

1. **Description of Business to be Conducted**: PHOENIX, owned by WHP Global, Simon, Brookfield, and Centennial, will acquire a majority of Express, Inc.'s operations pursuant to the Purchase Agreement. Upon closing, PHOENIX will operate DTC commerce in the U.S.A for Express and Bonobos.  PHOENIX will serve as a financially strong direct-to-consumer retail platform. PHOENIX will focus on strengthening the core operations of Express and Bonobos, ensuring the continuity of hundreds of physical stores, e-commerce operations and the preservation of thousands of American jobs across the country.  By leveraging the expertise and resources of strong mall operators in America and the collective strength and strategic network of leading brand management firm WHP Global, PHOENIX aims to set the stage for long-term growth and innovation.

2. **Financial Wherewithal**: As of the Closing, PHOENIX expects to obtain approximately $200 million of debt and equity financing from WHP Global and commercial banks providing an asset-based revolving loan facility, and to have more than $65 million of liquidity immediately after giving effect to the Purchase Agreement transactions. PHOENIX's expected closing date balance sheet is set forth on Exhibit A.

\*            \*            \*

**Exhibit A[1]**

($ in millions)

## Balance Sheet Overview (GAAP)

| GAAP Balance Sheet | At Close |
|---|---|
| Cash & Cash Equivalents, End of Period | $10 |
| Accounts Receivables | – |
| Inventories | 226 |
| Prepaid Min Rent | – |
| Other Assets | 18 |
| Total Current Assets | $253 |
| Right of Use Asset, Net | – |
| Property and Equipment, Net | 106 |
| Investment in Subsidiary | – |
| Other Assets | – |
| **Total Assets** | **$359** |
| Short-Term Lease Liability | – |
| Accounts Payable | 71 |
| Deferred JV Dividend Revenue | – |
| Deferred Revenue | 32 |
| Accrued Expenses/Other Liabilities | – |
| Income Tax Liability | – |
| Total Current Liabilities | $103 |
| Long-Term Lease Liability | – |
| Long Term Debt | 83 |
| Deferred Lease Credits | – |
| Other Long Term Liabilities | – |
| **Total Liabilities** | **$185** |
| Total Stockholder's Equity | 174 |
| **Total Liabilities & Stockholder's Equity** | **$359** |

---

[1] This Adequate Assurance Package contains statements and projections concerning PHOENIX's expectations, anticipations, intentions or beliefs regarding the future. These statements are based on current expectations and beliefs.  These statements involve a number of risks, uncertainties (some of which are beyond PHOENIX's control) or other assumptions that may cause material differences relative to the statements or projections expressed or implied or provided in this Adequate Assurance Package. Should one or more of these risks or uncertainties materialize, or should any of its assumptions prove incorrect, PHOENIX's actual financial position and liquidity may vary in material respects from those projected in these statements.

Exhibit A