**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXPRESS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before August 26, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

Furthermore, on August 27, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Disclosure Statement Hearing** (substantially in the form of Exhibit 1 of Docket No. 691)

- **Instructional Cover Letter to Nominees, Banks, and Brokers** (attached hereto as **Exhibit C**)

Dated: September 3, 2024

*/s/ Monica Arellano*
Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 3rd day of September, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Baker,Deasia | Address Redacted | | | | |
| Caliri,Lincoln | Address Redacted | | | | |
| Halm-Acquah,Barbara Na | Address Redacted | | | | |
| Hernandez,Natalia | Address Redacted | | | | |
| Infinity Exhibits | 7640 Matoaka Rd | # B | Sarasota | FL | 34243-3301 |
| Johnson,G Dennis | Address Redacted | | | | |
| Pennington,Jared | Address Redacted | | | | |
| Pryear,Haley | Address Redacted | | | | |
| Simon,Katelyn | Address Redacted | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Drivewealth, LLC | | 28 Liberty St | Fl 50 | New York | NY | 10005-1498 |
| PNC Bank, National Association | Juanita Nichols | 1600 Market St | | Philadelphia | PA | 19103-7240 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit C**



To Banks, Brokers, Intermediaries, and Nominees:

*Re: Case Number: 24-10831 (KBO) – Express, Inc., et al., Chapter 11 Bankruptcy*

**<u>CUSIP No. 30219E202</u>**

Express, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware, the enclosed *NOTICE OF DISCLOSURE STATEMENT HEARING* (the "Notice"). Stretto, the Claims and Noticing agent for the Debtors, was instructed by the Debtors' counsel that the Notice must be served upon <u>nominees that hold stock in "street name" for the beneficial holders</u> of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("<u>DTC</u>") on the Security Position Report as of July 31, 2024 (the "<u>Record Date</u>").

| **CUSIP/ISIN No.** | **Record Date** |
|---|---|
| 30219E202 / US30219E2028 | July 31, 2024 |

Stretto will provide the appropriate number of sets of the Notice to Broadridge and Mediant/BetaNXT as requested, respectively. The following referenced job information pertains to the mailing established at Broadridge and Mediant/BetaNXT. Please mail the provided Notice via USPS First-Class Mail to the record date beneficial holders in your books and records as applicable.

| **Broadridge Job No(s)** | **Mediant/BetaNXT Job No(s)** |
|---|---|
| **E47895** | **2589366** |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.