**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No. 649, 705** |

**CERTIFICATION OF COUNSEL REGARDING EXCLUSIVITY ORDER**

The undersigned counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies the following:

1.      On April 22, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.

2.      On July 25, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 649] (the "Motion").

3.      The notice served with the Motion required objections, if any, to be filed on or before August 1, 2024.  Other than as set forth herein, the Debtors have not received any responsive pleading

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

relating to the Motion and the undersigned has searched the docket in these cases to confirm no other responsive pleading appears thereon.

4.      On August 1, 2024, the Official Committee of Unsecured Creditors (the "Committee") filed the Objection to the Debtors' Motion to Extend Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Cross-Motion to Terminate Exclusivity for the Committee [Docket No. 692] (the "Committee Objection").

5.      On August 7, 2024, the Court entered the *Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 705] (the "Interim Order").  The Interim Order reflected an agreement between the Debtors and the Committee that granted limited relief requested in the Motion and addressed scheduling with respect to further relief.

6.      The Debtors and the Committee have agreed to a revised proposed order (the "Revised Proposed Order") that allows further relief requested by the Motion and addresses the scheduling of certain related items.  A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

7.      Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order in the form attached hereto as **Exhibit A** at its earliest convenience.

*[Remainder of Page Intentionally Left Blank.]*

11128778.v1

Dated:  September 6, 2024
Wilmington, Delaware

/s/ Michael W. Yurkewicz

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone:   (302) 426-1189 | Telephone:        (212) 446-4800 |
| Facsimile:    (302) 426-9193 | Facsimile:        (212) 446-4900 |
| Email:         dpacitti@klehr.com | Email:        joshua.sussberg@kirkland.com |
|                      myurkewicz@klehr.com |                      emily.geier@kirkland.com |
|                      aradvanovich@klehr.com |                      nicholas.adzima@kirkland.com |

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:    (215) 568-6603
Email:         mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

11128778.v1