**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**COVER SHEET FOR THIRD MONTHLY FEE STATEMENT OF
ERNST & YOUNG LLP AS TAX SERVICES PROVIDER TO THE DEBTORS
FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | June 4, 2024 *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement is sought: | July 1, 2024 through July 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $47,952.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $38,361.60 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n) **X** monthly ____ interim ____ final application.

No prior application has been filed with respect to this Fee Period.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## SUMMARY OF BILLING BY PROFESSIONAL
## JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024

| Last Name | First Name | Rank | Hours | Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Wang | Franny | Partner/Principal | 2.0 | $1,450 | $2,900.00 |
| Sapir | Eric | Executive Director | 2.2 | $1,350 | $2,970.00 |
| Ericson | Molly | Executive Director | 3.7 | $1,350 | $4,995.00 |
| Yang | Benjamin | Manager | 3.1 | $940 | $2,914.00 |
| Hsiao | Elicia | Manager | 4.8 | $940 | $4,512.00 |
| Witt | Khendra | Senior | 5.1 | $660 | $3,366.00 |
| Beckley | Lindsey | Staff | 2.0 | $440 | $880.00 |
| | | | | | |
| Schmutter | David | Executive Director | 1.0 | $1,350 | $1,350.00 |
| Funderburk | Tom | Executive Director | 0.5 | $1,350 | $675.00 |
| Mitchell | Traci | Executive Director | 2.1 | $1,350 | $2,835.00 |
| Stamper | Jace | Senior Manager | 0.5 | $1,050 | $525.00 |
| Gatt | Katie | Senior Manager | 14.6 | $1,050 | $15,330.00 |
| | | | | | |
| Ingram | Connie | Manager | 10.0 | $470 | $4,700.00 |
| **Total** | | | **51.6** | | **$47,952.00** |

**Blended Hourly Rate:  $929.30**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Time Category | Category Description | Total Hours | Total Fees |
|---|---|---|---|
| Federal Bankruptcy | Federal tax consulting associated with the bankruptcy. | 22.9 | $22,537.00 |
| Indirect Bankruptcy | Indirect tax consulting associated with the bankruptcy. | 18.7 | $20,715.00 |
| Preparation of Fee Application | Prepare fee applications consistent with Court requirements. | 10.0 | $4,700.00 |
| **Total** | | **51.6** | **$47,952.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
|   | ) |
| Debtors. | ) (Jointly Administered) |
|   | ) |

**THIRD MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
AS TAX SERVICES PROVIDER TO THE DEBTORS FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 223] (the "Interim Compensation Order"), Ernst & Young LLP ("EY LLP") hereby files this Third monthly fee statement (this "Monthly Fee Statement"), for allowance of compensation for professional services performed by EY LLP during the period commencing July 1, 2024 through and including July 31, 2024 (the "Fee Period"). In support of the Monthly Fee Statement, EY LLP respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Background**

1. On April 22, 2024 (the "Petition Date"), the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified, the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On June 4, 2024, the Court entered the *Order (I) Authorizing the Employment and Retention of Ernst & Young LLP As Tax Services Provider Effective as of April 22, 2024, and (II) Granting Related Relief*, [D.I. 392] (the "Retention Order") authorizing the retention and employment of EY LLP as the Debtors' tax services provider, effective as of April 22, 2024.

**Relief Requested**

3. By this Monthly Fee Statement and in accordance with the Interim Compensation Order, EY LLP makes this application for (i) allowance of compensation in the amount of $47,952.00 for reasonable and necessary professional services rendered, (ii) payment of compensation in the amount of 80% thereof (in the amount of $38,361.60) and (iii) payment of $0.00 for actual and necessary expenses incurred.

a. **Compensation Requested**

4. The services performed by EY LLP during the Fee Period included tax services approved pursuant to the Retention Order. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by EY LLP with respect to the Chapter 11 Cases during the Fee Period. This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in tenth-hour increments, time entries are presented chronologically in categories, and all meetings are individually identified.

5.  The timekeepers who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual, the position of each individual, and a description of the specific tasks performed by each individual. All services for compensation were performed for, or on behalf of, the Debtors.

### b. Expense Reimbursement

6.  EY LLP incurred out-of-pocket expenses during the Fee Period in the amount of $0.00.

### Valuation of Services

7.  Professionals of EY LLP have expended a total of 51.6 hours in connection with this matter during the Fee Period.

8.  The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in **Exhibit A**. The rates charged are EY LLP's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by EY LLP for the Fee Period as tax services provider for the Debtors in the chapter 11 cases is $47,952.00 (80% thereof $38,361.60).

9.  EY LLP believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexities of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

### Certificate of Compliance and Waiver

11. The undersigned representative of EY LLP certifies that she has reviewed the requirements of Local Rule 2016-2 and that the Monthly Fee Statement substantially complies

with such rule.  To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, EY LLP believes that such deviations are not material and respectfully requests that any such requirements be waived.

## Notice and No Prior Requests

12. Notice of this Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; and (c) all parties required to be given notice in the Interim Compensation Order.  EY LLP submits that no other or further notice is necessary.

13. No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

WHEREFORE, EY LLP respectfully requests that the Bankruptcy Court (i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.

Dated:  September 10, 2024                     */s/ Molly Ericson*
                                                                       Molly Ericson
Managing Director
Ernst & Young LLP

## Exhibit A

## Detailed Time Entries

**FEDERAL BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elicia Hsiao | Manager | 29 Jul 2024 | Federal Bankruptcy | Drafted material advisor disclosure statement. | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $1,350.00 | $1,215.00 |
| Eric Sapir | Executive Director | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $1,350.00 | $1,215.00 |
| Khendra Rakiya Witt | Senior | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $660.00 | $594.00 |
| Elicia Hsiao | Manager | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $940.00 | $846.00 |
| Khendra Rakiya Witt | Senior | 25 Jul 2024 | Federal Bankruptcy | Updating quality integrity program to reflect there is a reportable loss transaction and EY is a material advisor for Q2. | 0.5 | $660.00 | $330.00 |
| Benjamin Yang | Manager | 22 Jul 2024 | Federal Bankruptcy | Call with Elicia Hsiao, Molly Ericson and Franny Wang on basis calculation | 0.2 | $940.00 | $188.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 22 Jul 2024 | Federal Bankruptcy | Call with Sub-K team to discuss basis in partnership interest. | 0.4 | $1,350.00 | $540.00 |
| Franny Wang | Partner/Principal | 22 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K. Witt, F. Wang, and B. Yang to discuss the calculation of the basis in partnership interests in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,450.00 | $725.00 |
| Khendra Rakiya Witt | Senior | 22 Jul 2024 | Federal Bankruptcy | Preparing Form 8918 material advisor disclosure template for the tax quality team. | 2.5 | $660.00 | $1,650.00 |
| Elicia Hsiao | Manager | 22 Jul 2024 | Federal Bankruptcy | Drafted material advisor disclosure statement. | 0.3 | $940.00 | $282.00 |
| Molly Ericson | Executive Director | 19 Jul 2024 | Federal Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $1,350.00 | $675.00 |
| Franny Wang | Partner/Principal | 19 Jul 2024 | Federal Bankruptcy | Call with B. Yang to discuss basis calculation for partnership interest. | 0.5 | $1,450.00 | $725.00 |
| Benjamin Yang | Manager | 19 Jul 2024 | Federal Bankruptcy | Discussion with Franny Wang on the partnership basis. Franny Wang and Benjamin Yang | 0.5 | $940.00 | $470.00 |
| Benjamin Yang | Manager | 19 Jul 2024 | Federal Bankruptcy | Email write-up to team (E Hsiao, M Ericson) related to follow-up questions on the BKY express files | 0.1 | $940.00 | $94.00 |
| Elicia Hsiao | Manager | 19 Jul 2024 | Federal Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $940.00 | $470.00 |
| Benjamin Yang | Manager | 18 Jul 2024 | Federal Bankruptcy | Review of the Bankruptcy partnership basis calculations | 1.8 | $940.00 | $1,692.00 |
| Molly Ericson | Executive Director | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $1,350.00 | $540.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Franny Wang | Partner/Principal | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $1,450.00 | $580.00 |
| Franny Wang | Partner/Principal | 16 Jul 2024 | Federal Bankruptcy | Review of Schedule K-1 and basis information. | 0.6 | $1,450.00 | $870.00 |
| Benjamin Yang | Manager | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $940.00 | $376.00 |
| Benjamin Yang | Manager | 16 Jul 2024 | Federal Bankruptcy | High-level review of draft K-1s and the tax basis calculation support. | 0.1 | $940.00 | $94.00 |
| Elicia Hsiao | Manager | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $940.00 | $376.00 |
| Elicia Hsiao | Manager | 16 Jul 2024 | Federal Bankruptcy | Reviewed partnership transaction history since 2022 | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. (left early) | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $1,350.00 | $810.00 |
| Khendra Rakiya Witt | Senior | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $660.00 | $396.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elicia Hsiao | Manager | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $940.00 | $564.00 |
| Molly Ericson | Executive Director | 08 Jul 2024 | Federal Bankruptcy | Reading and responding to T Mitchell email regarding state tax analysis. | 0.3 | $1,350.00 | $405.00 |
| Lindsey Beckley | Staff | 08 Jul 2024 | Federal Bankruptcy | Preparation of April through May fee application (April 1, 2024, through May 31, 2024) | 2.0 | $440.00 | $880.00 |
| Khendra Rakiya Witt | Senior | 08 Jul 2024 | Federal Bankruptcy | Updating the quality and integrity program questionnaire | 0.6 | $660.00 | $396.00 |
| Molly Ericson | Executive Director | 02 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Sapir, E. Hsiao, and K. Witt to review and discuss the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.7 | $1,350.00 | $945.00 |
| Eric Sapir | Executive Director | 01 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Sapir, E. Hsiao, and K. Witt to review and discuss the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.7 | $1,350.00 | $945.00 |
| Elicia Hsiao | Manager | 01 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Sapir, E. Hsiao, and K. Witt to review and discuss the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.7 | $940.00 | $658.00 |
| Elicia Hsiao | Manager | 01 Jul 2024 | Federal Bankruptcy | Updated the footnotes in the gain calculations model | 0.4 | $940.00 | $376.00 |
| **Total** | | | | | **22.9** | | **$22,537.00** |

## INDIRECT BANKRUPTCY

| Name | Rank | Transaction Date | Project Category | Charged Hours / Quantity Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Katie Gatt | Senior Manager | 08 Jul 2024 | Indirect Bankruptcy | Express asset sale model state tax estimate review state income tax returns, apportionment, net operating loss carryforward | 3.1 | $1,050.00 | $3,255.00 |
| Katie Gatt | Senior Manager | 10 Jul 2024 | Indirect Bankruptcy | Compile state fee statement detail thru June 30, 2024 | 1.4 | $1,050.00 | $1,470.00 |
| Katie Gatt | Senior Manager | 11 Jul 2024 | Indirect Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $1,050.00 | $630.00 |
| Traci Mitchell | Executive Director | 11 Jul 2024 | Indirect Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $1,350.00 | $810.00 |
| Katie Gatt | Senior Manager | 11 Jul 2024 | Indirect Bankruptcy | Review state transfer tax fixed asset detail v express asset sale model balance sheet fixed asset detail | 0.7 | $1,050.00 | $735.00 |
| Katie Gatt | Senior Manager | 11 Jul 2024 | Indirect Bankruptcy | Review state tax year ended 1/28/2023 franchise tax liability | 1.9 | $1,050.00 | $1,995.00 |
| Katie Gatt | Senior Manager | 18 Jul 2024 | Indirect Bankruptcy | Update transfer tax estimate w/ period 12 2024 apportionment detail provided by M.Gillespie (Express) | 2.7 | $1,050.00 | $2,835.00 |
| Traci Mitchell | Executive Director | 19 Jul 2024 | Indirect Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $1,350.00 | $675.00 |
| Katie Gatt | Senior Manager | 19 Jul 2024 | Indirect Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $1,050.00 | $525.00 |
| Katie Gatt | Senior Manager | 19 Jul 2024 | Indirect Bankruptcy | Email EY state desk D.Schmutter, J.Stamper, T.Funderbunk re net worth tax calculation | 1.4 | $1,050.00 | $1,470.00 |
| Jace Stamper | Senior Manager | 19 Jul 2024 | Indirect Bankruptcy | EY Tennessee desk input related to franchise tax net worth calculation in year of sale transaction | 0.5 | $1,050.00 | $525.00 |

| Name | Rank | Transaction Date | Project Category | Charged Hours / Quantity Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Tom Funderburk | Executive Director | 19 Jul 2024 | Indirect Bankruptcy | EY North Carolina desk input related to franchise tax net worth calculation in year of sale transaction | 0.5 | $1,350.00 | $675.00 |
| David Schmutter | Executive Director | 19 Jul 2024 | Indirect Bankruptcy | EY New York desk input related to capital tax calculation in year of sale transaction | 1.0 | $1,350.00 | $1,350.00 |
| Traci Mitchell | Executive Director | 26 Jul 2024 | Indirect Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 1.0 | $1,350.00 | $1,350.00 |
| Katie Gatt | Senior Manager | 26 Jul 2024 | Indirect Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $1,050.00 | $945.00 |
| Katie Gatt | Senior Manager | 26 Jul 2024 | Indirect Bankruptcy | Review express claims docket to identify tax claims for discussion with M.Gillespie (Express) | 1.4 | $1,050.00 | $1,470.00 |
| **Total** | | | | | **18.7** | | **20,715.00** |

**PREPARATION OF FEE APPLICATIONS**

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|---|
| Ingram, Connie J. | Manager | 10 Jul 2024 | Preparation of Fee Applications | Review First Monthly fee schedule (4/22/24 thru 5/31/24) and draft initial fee statement. | 1.7 | $470.00 | $799.00 |
| Ingram, Connie J. | Manager | 11 Jul 2024 | Preparation of Fee Applications | Review Second Monthly fee schedule (6/1/24 thru 6/30/24) and draft initial fee statement. | 2.3 | $470.00 | $1,081.00 |
| Ingram, Connie J. | Manager | 12 Jul 2024 | Preparation of Fee Applications | Continue drafting First and Second monthly fee statements with exhibits. | 1.4 | $470.00 | $658.00 |
| Ingram, Connie J. | Manager | 18 Jul 2024 | Preparation of Fee Applications | Finalize First and Second monthly fee statements and forward to partner for review/approval. Respond to partner comments and forward to debtor's counsel for review and filing. | 4.6 | $470.00 | $2,162.00 |
| **Total** | | | | | **10.0** | | **$4,700.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATION OF MOLLY ERICSON

I, Molly Ericson, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a Managing Director with Ernst & Young ("EY LLP"), and I am duly authorized to make this certification on behalf of EY LLP. EY LLP was retained by Express, Inc. and its affiliated debtors in the above-captioned cases (collectively, the "Debtors"). This certification is made in support of the Third Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 (the "Monthly Fee Statement") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure the United States Bankruptcy Court for the District of Delaware (the "Rule").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2. I have read the Monthly Fee Statement, and I certify that the Monthly Fee Statement substantially complies with the Rule.


September 10, 2024                      */s/ Molly Ericson*
                                                  Molly Ericson
                                                  Managing Director
                                                  Ernst & Young LLP