# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: September 7, 2024** |

## CERTIFICATION OF NO OBJECTION
## REGARDING REJECTION NOTICE AT DOCKET NO. 767

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 767] (the "Notice") filed on August 28, 2024. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon.

Pursuant to the Notice and the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Procedures Order"), objections to the Notice were to be filed and served no later than September 7, 2024. It is hereby respectfully requested that the Order attached hereto as **Exhibit A**, and which was attached to the Notice, be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Dated: September 10, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Domenic E. Pacitti* | |
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Michael W. Yurkewicz (DE Bar No. 4165) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | Nicholas M. Adzima (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 601 Lexington Avenue |
| Telephone: (302) 426-1189 | New York, New York 10022 |
| Facsimile: (302) 426-9193 | Telephone: (212) 446-4800 |
| Email: dpacitti@klehr.com | Facsimile: (212) 446-4900 |
| myurkewicz@klehr.com | Email: joshua.sussberg@kirkland.com |
| aradvanovich@klehr.com | emily.geier@kirkland.com |
| | nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone: (215) 569-3007 | Telephone: (312) 862-2000 |
| Facsimile: (215) 568-6603 | Facsimile: (312) 862-2200 |
| Email: mbranzburg@klehr.com | Email: charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[2] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: Docket No. 767** |

**ORDER AUTHORIZING**
**THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES**

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Contract Procedures Order")[3] entered in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and it appearing that the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 767] (the "Rejection Notice") satisfies the requirements set forth in the Contract Procedures Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Contract Procedures Order.

4

consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Rejection Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Rejection Notice is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Rejection Notice and opportunity for a hearing on the Rejection Notice were appropriate and no other notice need be provided; and this Court having reviewed the Rejection Notice; and this Court having determined that the legal and factual bases set forth in the Rejection Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

1.    The Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date established in the Rejection Notice; provided, however, if any such Contract is an unexpired lease of non-residential real property (a "Lease"), the rejection effective date shall be the later of (a) the effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over the key, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

2.    Any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of non-residential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  The applicable Contract counterparty or counterparties may, in their sole discretion and without further order of this Court,

utilize and/or dispose of such property without further notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. If any affected Rejection Counterparty to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty must file a proof of claim on or before the later of (i) the applicable deadline for filing proofs of claim established in these chapter 11 cases, and (ii) thirty (30) days after the later of (i) the Rejection Date, and (ii) the date of entry of this Order. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Rejection Notice or this Order; (e) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

5. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this

Order or the Rejection Notice shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired lease, respectively.

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

## Rejected Leases

| Store Number | Counterparty Name | Counterparty Address | Contract Description | Store Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 1759 | Ashville Retail Associates LLC | c/o New England Development, One Wells Avenue, Newtown, Massachusetts 02459 | Lease Agreement for premises | 800 Brevard Rd Asheville, NC 28806 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 536 | Brandon Shopping Center Partners, LTD | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 Attn: Legal Department | Lease Agreement for premises | 565 Brandon Town Ctr Mall Brandon, FL 33511 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1830 | DDR Urban LP | 3300 Enterprise Parkway, Beachwood, Ohio 44122 | Lease Agreement for premises | 101 S. Pine Ave Long Beach, CA 90802 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 2012 | Destin Commons, LTD. | Destin Commons, LTD. c/o Turnberry Associates., 19501 Biscayne Boulevard, Suite 400, Aventura, Florida, 33180 Attention: Legal Department/leasing Attorney | Lease Agreement for premises | 4126 Legendary Dr. Destin, FL 32541 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 504 | Eastview Mall, LLC | 1265 Scottsville Road, Rochester, NY 14624 | Lease Agreement for premises | 7979 Pittsford-Victor Rd Victor, NY 14564-1016 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 958 | Forbes Taubman Orlando, L.L.C | 100 Galleria Officentre, Suite 427, Southfield, Michigan 48034 | Lease Agreement for premises | 4200 Conroy Rd Orlando, FL 32839 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |

| Store Number | Counterparty Name | Counterparty Address | Contract Description | Store Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 235 | Forbes/Cohen Florida Properties Limited Partnership | 16156 Collections Center Drive, Chicago, Illinois 60693 | Lease Agreement for premises | 3101 PGA Blvd. Palm Beach Gardens, FL 33410 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 712 | Franconia Two L.P. | 210 Route 4 East, Paramus, New Jersey 07652 | Lease Agreement for premises | 6847 Springfield Mall Springfield, VA 22150 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 76 | GGP-Grandville L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 | Lease Agreement for premises | 3700 Rivertown Pkwy Grandville, MI 49418 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1901 | KRE Broadway Owner, LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal | Lease Agreement for premises | 358 B Broadway Mall Hicksville, NY 11801 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 2065 | Mall 1 - Bay Plaza, LLC | 546 Fifth Avenue, New York, NY 10036 | Lease Agreement for premises | 200 Baychester Avenue Bronx, NY 10475 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 468 | Montgomery Mall LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 | Lease Agreement for premises | 7101 Democracy Blvd. Bethesda, MD 20817 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |

| Store Number | Counterparty Name | Counterparty Address | Contract Description | Store Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 150 | Oakbrook Shopping Center, LLC | 110 N. Wacker Drive, Chicago, IL 60606 | Lease Agreement for premises | 427 Oakbrook Center Oak Brook, IL 60523 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1885 | PR Prince George's Plaza LLC | 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 | Lease Agreement for premises | 3500 East-West Hwy Hyattsville, MD 20782 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 980 | Queens Center SPE LLC | 90-15 Queens Boulevard, Elmhurst, New York 11373 | Lease Agreement for premises | 90-15 Queens Blvd. Elmhurst, NY 11373 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 954 | SPUS9 FB PADDOCK PROP, LLC | 601 S. Figueroa Street, 49th Floor, Los Angeles, California 90017 | Lease Agreement for premises | 4236 Summit Plaza Drive Louisville, KY 40241 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1728 | SRE ONTARIO, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 | Lease Agreement for premises | 6699 North Landmark Dr Park City, UT 84098 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |