**Exhibit 1**

**Rejected Leases**

| Store Number | Counterparty Name | Counterparty Address | Contract Description | Store Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 1759 | Ashville Retail Associates LLC | c/o New England Development, One Wells Avenue, Newtown, Massachusetts 02459 | Lease Agreement for premises | 800 Brevard Rd Asheville, NC 28806 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 536 | Brandon Shopping Center Partners, LTD | 2049 Century Park East, 41st Fl, Los Angeles, California 90067 Attn: Legal Department | Lease Agreement for premises | 565 Brandon Town Ctr Mall Brandon, FL 33511 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1830 | DDR Urban LP | 3300 Enterprise Parkway, Beachwood, Ohio 44122 | Lease Agreement for premises | 101 S. Pine Ave Long Beach, CA 90802 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 2012 | Destin Commons, LTD. | Destin Commons, LTD. c/o Turnberry Associates., 19501 Biscayne Boulevard, Suite 400, Aventura, Florida, 33180 Attention: Legal Department/leasing Attorney | Lease Agreement for premises | 4126 Legendary Dr. Destin, FL 32541 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 504 | Eastview Mall, LLC | 1265 Scottsville Road, Rochester, NY 14624 | Lease Agreement for premises | 7979 Pittsford-Victor Rd Victor, NY 14564-1016 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 958 | Forbes Taubman Orlando, L.L.C | 100 Galleria Officentre, Suite 427, Southfield, Michigan 48034 | Lease Agreement for premises | 4200 Conroy Rd Orlando, FL 32839 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |

| Store Number | Counterparty Name | Counterparty Address | Contract Description | Store Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 235 | Forbes/Cohen Florida Properties Limited Partnership | 16156 Collections Center Drive, Chicago, Illinois 60693 | Lease Agreement for premises | 3101 PGA Blvd. Palm Beach Gardens, FL 33410 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 712 | Franconia Two L.P. | 210 Route 4 East, Paramus, New Jersey 07652 | Lease Agreement for premises | 6847 Springfield Mall Springfield, VA 22150 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 76 | GGP-Grandville L.L.C. | 110 N. Wacker Drive, Chicago, IL 60606 | Lease Agreement for premises | 3700 Rivertown Pkwy Grandville, MI 49418 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1901 | KRE Broadway Owner, LLC | KRE Broadway Owner, LLC 2029 Century Park East, Suite 1550, Los Angeles, CA 90067 Attn: Managing Principal | Lease Agreement for premises | 358 B Broadway Mall Hicksville, NY 11801 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 2065 | Mall 1 - Bay Plaza, LLC | 546 Fifth Avenue, New York, NY 10036 | Lease Agreement for premises | 200 Baychester Avenue Bronx, NY 10475 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 468 | Montgomery Mall LLC | 11601 Wilshire Boulevard, 11th Floor, Los Angeles, California 90025 | Lease Agreement for premises | 7101 Democracy Blvd. Bethesda, MD 20817 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |

2

| Store Number | Counterparty Name | Counterparty Address | Contract Description | Store Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|
| 150 | Oakbrook Shopping Center, LLC | 110 N. Wacker Drive, Chicago, IL 60606 | Lease Agreement for premises | 427 Oakbrook Center Oak Brook, IL 60523 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1885 | PR Prince George's Plaza LLC | 200 South Broad Street, 3rd Floor, Philadelphia, PA 19102 | Lease Agreement for premises | 3500 East-West Hwy Hyattsville, MD 20782 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 980 | Queens Center SPE LLC | 90-15 Queens Boulevard, Elmhurst, New York 11373 | Lease Agreement for premises | 90-15 Queens Blvd. Elmhurst, NY 11373 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 954 | SPUS9 FB PADDOCK PROP, LLC | 601 S. Figueroa Street, 49th Floor, Los Angeles, California 90017 | Lease Agreement for premises | 4236 Summit Plaza Drive Louisville, KY 40241 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |
| 1728 | SRE ONTARIO, LLC | 3200 Northline Avenue, Suite 360, Greensboro, North Carolina 27408 | Lease Agreement for premises | 6699 North Landmark Dr Park City, UT 84098 | Fixtures, shelving, equipment, and personal property remaining on the premises | 8/31/2024 |