Date Stamp Copy Returned

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Express Fashion Operations, LLC, Express, Inc., … | Chapter 11<br>Case No. 24-10838 KBO |
| Debtor(s) | DC # 409 |

## LINE WITHDRAWING
## PRINCE GEORGE'S COUNTY, MARYLAND'S
## PROOF OF CLAIM FILED 6/4/2024 IN THE AMOUNT OF $4,874.95
## FOR ESTIMATED FISCAL YEAR 2025 PERSONAL PROPERTY TAXES
## ASSIGNED TAX ACCOUNT NO. 32 4170791 05

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 6/4/2024 in the amount of $4,874.95 for Estimated Fiscal Year 2025 Personal Property Taxes assigned Tax Account No. 32 4170791 05 filed herein.

MEYERS, RODBELL & ROSENBAUM, P.A.

By: /s/Nicole C. Kenworthy
Nicole C. Kenworthy
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385
301-699-5800
Attorneys for Prince George's County, Maryland

STRETTO
SEP 17 2024
RECEIVED

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2024 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Domenic E. Pacitti, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-

/s/Nicole C. Kenworthy
Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net



LAW OFFICES
# MEYERS, RODBELL & ROSENBAUM, P.A.

*Nicole C. Kenworthy*
6801 KENILWORTH AVENUE, SUITE 400
RIVERDALE PARK, MARYLAND 20737-1385
DIRECT DIAL (301) 209-2546
MAIN (301) 699-5800
FAX (301) 779-5746
EMAIL: nkenworthy@mrrlaw.net

September 9, 2024

Express, Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

RE:   24-10831 KBO, *Express, Inc.*

Dear Sir or Madam:

Enclosed please find the following on behalf of Prince George's County, Maryland:

24-10838 KBO, *Express Fashion Operations, LLC*:   One (1) Amended Proof of Claim #408
One (1) Line Withdrawing Claim #409

A copy of the amended claim and a copy of the line are also enclosed. Please date-stamp and return the extra copies in the enclosed self-addressed stamped envelope. Thank you for your assistance with this matter.

Thank you,

Nicole C. Kenworthy

*Enclosures*


