**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FOURTH MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS**
**FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | August 1, 2024 through August 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $249,081.00 (80% $199,264.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the fourth monthly fee application filed in this case.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## PRIOR APPLICATIONS

| Prior Applications: | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed 6/11/2024 DI No. 437 CNO DI No. 585 Filed 7/8/2024 | 4/22/2024-5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |
| Second Monthly Filed 7/23/2024 DI No. 640 CNO DI No. 724 Filed 8/14/2024 | 6/1/2024-6/30/2024 | $140,286.00 | $2,867.24 | $112,228.80 | $2,867.24 | $28,057.20 |
| Third Monthly Filed 8/23/2024 DI No. 742 CNO DI No. 824 Filed 9/17/2024 | 7/1/2024-7/31/2024 | $200,041.50 | $1,041.10 | $160,033.20 | $1,041.10 | $40,008.30 |

## TIME AND COMPENSATION BREAKDOWN
## AUGUST 1, 2024 THROUGH AUGUST 31, 2024

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Morton R. Branzburg | Bankruptcy & Restructuring Founding Partner Admitted to Bar 1976 | $925.00 | 2.50 | $2,312.00 |
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 72.20 | $61,370.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 64.70 | $42,055.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $570.00 | 79.00 | $45,030.00 |
| Catherine V. Wigglesworth | Litigation Partner Admitted to Bar 2012 | $570.00 | 68.50 | $39,045.00 |
| C. Quincy Conrad | Litigation Associate Admitted to Bar 2019 | $475.00 | 30.10 | $14,297.50 |
| Isabella H. Gray | Litigation Associate Admitted to Bar 2021 | $440.00 | 16.10 | $7,084.00 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 4.40 | $1,914.00 |
| Benjamin Fischer | Bankruptcy & Restructuring Associate Admitted to Bar 2024 | $435.00 | 36.00 | $15,660.00 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $415.00 | 27.00 | $11,205.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 26.40 | $9,108.00 |
| **TOTALS** | | | **426.90** | **$249,081.00** |
| **BLENDED RATE** | | | | **$583.46** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2024 THROUGH AUGUST 31, 2024

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | AL | 7.20 | $4,398.00 |
| Case Administration | CS | 24.60 | $12,490.00 |
| Employment and Fee Applications | EF | 19.10 | $9,985.50 |
| Litigation:  Contested Matters and Adversary Proceedings | LC | 320.30 | $185,422.50 |
| Plan and Disclosure Statement | PD | 49.10 | $33,118.50 |
| Reporting | RG | 6.60 | $3,666.50 |
| **TOTAL** | | **426.90** | **$249,081.00** |

## AUGUST 1, 2024 THROUGH AUGUST 31, 2024

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| No disbursements this period. | N/A |
| **TOTAL** | **$0.00** |

11142685.v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FOURTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to Express, Inc. *et al.* and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its fourth monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from August 1, 2024 through August 31, 2024. In support hereof, Klehr Harrison respectfully represents as follows:

**I.     JURISDICTION, VENUE AND STATUTORY
PREDICATES FOR RELIEF SOUGHT**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## II.  BACKGROUND

2.        On April 22, 2024, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.        On May 3, 2024, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.        On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order").

5.        On June 4, 2024, this Court entered an *Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6.        Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from August 1, 2024 through August 31, 2024 (the "Compensation Period"), totaling 426.90 hours of professional time.

7.        The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $249,081.00. Klehr Harrison submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

8.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

9.      Klehr Harrison also expended costs on behalf of the Debtor in the sum of $0.00 during the Compensation Period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the Compensation Period.

10.     Klehr Harrison accordingly seeks allowance of the sum of $249,081.00 in fees and $0.00 in expenses, for a total of $249,081.00.

11.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:   (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $249,081.00 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from August 1, 2024 through August 31, 2024; (b) payment in the total amount of $199,264.80, which represents (i) 80% of the total fees billed ($199,264.80) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) such other relief as this Court deems just and proper.

*[Signature Page to Follow]*

Dated: September 18, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:    (215) 568-6603
Email:        mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing *Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from August 1, 2024 through August 31, 2024* and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2024                    */s/ Domenic E. Pacitti*
                                                  Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

September 13, 2024

Laurel Krueger, Chief Legal Officer
Express, Inc., et al.
1 Express Drive
Columbus, OH  43230

Invoice #:      515220
Client #:        23441
Matter #:         0001

For professional services through August 31, 2024:

**RE:  Express Restructuring**

**PROFESSIONAL SERVICES**

**Assumption and Rejection of Leases and C**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/02/24 | MRB | Review motion to extend time to assume or reject | .20 | 925.00 | 185.00 |
| 8/02/24 | MWY | Work on 365d4 extension motion and issues | 2.20 | 650.00 | 1,430.00 |
| 8/07/24 | MRB | Telephone conference R. Oliner re: executory contract - New Relic | .20 | 925.00 | 185.00 |
| 8/07/24 | MRB | Email exchange R. Oliner re: executory contract - New Relic | .10 | 925.00 | 92.50 |
| 8/09/24 | MWY | Work on assumption of contracts | .40 | 650.00 | 260.00 |
| 8/13/24 | MWY | Address rejection orders | .20 | 650.00 | 130.00 |
| 8/16/24 | MWY | Address 365d4 extension issues | .60 | 650.00 | 390.00 |
| 8/19/24 | MWY | Follow up on 365d4 extension issues | .30 | 650.00 | 195.00 |
| 8/20/24 | MKH | Review revise and prepare Certificate of No Objection Regarding Assumption Notice at Docket No. 711/proposed order for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 8/20/24 | MKH | Revise and upload proposed order and exhibit re Assumption Notice at Docket No. 711 with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 8/20/24 | MKH | Email exchanges with counsel re Assumption CNO and filing of same | .20 | 345.00 | 69.00 |
| 8/20/24 | MWY | Address assumption notice revisions | .30 | 650.00 | 195.00 |
| 8/28/24 | DEP | Review for filing the Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (.20) and emails with K&E team re: same (.20) | .40 | 850.00 | 340.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

September 13, 2024
Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/28/24 | MKH | Review revise and prepare Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 8/28/24 | MKH | Email exchanges with counsel re preparation and timing of filings re Assumption Notices and Rejection Notices | .20 | 345.00 | 69.00 |
| 8/29/24 | DEP | Review for filing the Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (.20) / emails with K&E team re: same (.20) | .40 | 850.00 | 340.00 |
| 8/29/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (RR Donnelley) for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 8/29/24 | MKH | Review and prepare Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases (FiServ) for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

**Task Total:**                                                    **$ 4,398.00**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | MRB | Email exchange D. Pacitti re: budget | .10 | 925.00 | 92.50 |
| 8/02/24 | MKH | Review revise and prepare Motion of Debtors for Entry of an Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief/Notice/Exhibit for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 8/02/24 | MKH | Review case docket; draft agenda for August 8, 2024 hearing | 1.10 | 345.00 | 379.50 |
| 8/02/24 | MWY | Address hearing and witness requirements | .70 | 650.00 | 455.00 |
| 8/05/24 | MKH | Update case calendar re upcoming hearing and deadlines | .20 | 345.00 | 69.00 |
| 8/05/24 | MWY | Correspondence with court on hearing | .30 | 650.00 | 195.00 |
| 8/06/24 | MKH | Review and prepare Certification of Counsel Regarding Exclusivity Order/Exhibits A-B for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 8/06/24 | MKH | Revise and upload proposed order re Exclusivity Order with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/06/24 | MKH | Revise and finalize agenda for August 8, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 8/06/24 | MWY | Work on agenda and hearing | .70 | 650.00 | 455.00 |
| 8/07/24 | MWY | Coordinate with Court on hearings(.3)/ work on hearing coordination with parties(.7) | 1.00 | 650.00 | 650.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

September 13, 2024
Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/09/24 | CVW | Prepare for and attend meet and confer with counsel for committee (1.0)/discuss same with D. Pacitti, M. Yurkewicz, and R. Moore (.5)/analyze documents in connection with same (1.5) | 3.00 | 570.00 | 1,710.00 |
| 8/12/24 | MWY | Respond to creditor inquiries on DS notice | .70 | 650.00 | 455.00 |
| 8/13/24 | MWY | Respond to creditor inquiries on disclosure statement | .60 | 650.00 | 390.00 |
| 8/14/24 | MKH | Review revise and prepare CNO re Rejection Notice at Docket No. 674/proposed order for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 8/14/24 | MKH | Revise and upload proposed order and exhibit re Rejection Order at Docket No. 674 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/14/24 | MKH | Update case calendar re upcoming hearing dates and deadlines | .20 | 345.00 | 69.00 |
| 8/14/24 | MKH | Email exchanges with counsel and court re disclosure statement hearing and September 4, 2024 hearing | .30 | 345.00 | 103.50 |
| 8/14/24 | MWY | Coordinate with Court on hearings(.5)/ respond to creditors on disclosure statement notice(.6)/ follow up on UCC hearing scheduling(.8) | 1.90 | 650.00 | 1,235.00 |
| 8/15/24 | MWY | Review and address creditor inquiries | .60 | 650.00 | 390.00 |
| 8/16/24 | MKH | Review case docket; draft and prepare CNO re Motion of Debtors for Entry of an Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 8/16/24 | MKH | Revise and upload proposed order re Motion of Debtors for Entry of an Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 8/16/24 | MKH | Email exchanges with counsel re Motion of Debtors for Entry of an Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief, objection deadline and filing of CNO re same | .40 | 345.00 | 138.00 |
| 8/20/24 | MKH | Update case calendar re upcoming critical dates and deadlines | .20 | 345.00 | 69.00 |
| 8/20/24 | MWY | Coordinate with court and parties on hearings | .80 | 650.00 | 520.00 |
| 8/21/24 | MWY | Address hearing scheduling with court | .30 | 650.00 | 195.00 |
| 8/22/24 | MKH | Draft and finalize Certification of Counsel Regarding Interim Fee and Omnibus Hearing Date/proposed order for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 8/22/24 | MKH | Revise and upload proposed order re Interim Fee and Omnibus Hearing with Bankruptcy Court | .30 | 345.00 | 103.50 |

23441: Express, Inc., et al.                                      September 13, 2024
0001: Express Restructuring                                       Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/22/24 | MWY | Respond to creditor inquiries on notices | .70 | 650.00 | 455.00 |
| 8/23/24 | MKH | Review case docket; update case calendar with critical dates and deadlines re upcoming hearings and deadlines | .30 | 345.00 | 103.50 |
| 8/23/24 | MWY | Address shareholder inquiries | .60 | 650.00 | 390.00 |
| 8/26/24 | MWY | Address creditor inquiries on notices | .50 | 650.00 | 325.00 |
| 8/26/24 | AMR | Draft and proof email re: addressing question from possible creditor | .20 | 435.00 | 87.00 |
| 8/27/24 | MKH | Draft agenda for September 4, 2024 hearing and draft email to counsel attaching same for review | 1.20 | 345.00 | 414.00 |
| 8/27/24 | MKH | Revise agenda for September 4, 2024 hearing | .60 | 345.00 | 207.00 |
| 8/27/24 | MKH | Email exchanges with counsel re status of items listed for September 4, 2024 hearing and revisions to agenda re same | .50 | 345.00 | 172.50 |
| 8/27/24 | MWY | Address agenda and hearing | .60 | 650.00 | 390.00 |
| 8/28/24 | DEP | Review email from Louisiana Department of Revenue | .20 | 850.00 | 170.00 |
| 8/30/24 | DEP | Review and revise agenda for 9/4 hearing | .20 | 850.00 | 170.00 |
| 8/30/24 | MKH | Finalize and prepare Agenda for September 4, 2024 Status Conference for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 8/30/24 | MKH | Download filed agenda for September 4, 2024 status conference and hyperlink same for delivery via email to the Court | 1.20 | 345.00 | 414.00 |
| 8/30/24 | MKH | Update case calendar re upcoming deadlines and critical dates | .20 | 345.00 | 69.00 |

**Task Total:**                                                 **$ 12,490.00**

**Employment and Fee Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | DEP | Provide fee estimate to M3 | .20 | 850.00 | 170.00 |
| 8/06/24 | MWY | Address K&E and M3 applications(.4)/ address supplemental EY declaration(.2) | .60 | 650.00 | 390.00 |
| 8/07/24 | MRB | Review supplemental declaration of Molly Ericson | .20 | 925.00 | 185.00 |
| 8/07/24 | DEP | Review for filing, fee applications of K&E, Moelis and M3 | .90 | 850.00 | 765.00 |
| 8/07/24 | MKH | Review and finalize [Sealed] Supplemental Declaration of Molly Ericson in Support of the Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider as of April 22, 2024, and (II) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

23441: Express, Inc., et al.

September 13, 2024

0001: Express Restructuring

Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/07/24 | MKH | Review and finalize [Redacted] Supplemental Declaration of Molly Ericson in Support of the Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider as of April 22, 2024, and (II) Granting Related Relief for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 8/07/24 | MKH | Review revise and prepare Second Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024/Notice/Exhibits for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 8/07/24 | MKH | Review revise and prepare Third Monthly Application of Moelis & Company LLC for Compensation and Reimbursement of Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors for July 1, 2024 -July 31, 2024/Notice/Exhibits for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 8/07/24 | MKH | Review and prepare Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors for the Period from June 1, 2024 through June 30, 2024/Notice/Exhibit for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 8/07/24 | MWY | Address declaration issues(.4)/ address fee application filings(.2) | .60 | 650.00 | 390.00 |
| 8/09/24 | MWY | Address KPMG application issues | .40 | 650.00 | 260.00 |
| 8/14/24 | MKH | Review case docket; draft and prepare CNO re Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 1, 2024 through June 30, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 8/14/24 | MKH | Review case docket; draft and prepare CNO re Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 Through and Including June 30, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 8/14/24 | MKH | Review case docket; draft and prepare CNO re First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 Through and Including May 31, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 8/14/24 | MWY | Address outstanding fee applications tracking and CNO | .30 | 650.00 | 195.00 |
| 8/19/24 | MWY | Review and address interim fee procedures | .80 | 650.00 | 520.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/22/24 | MKH | Revise and finalize First Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors for the period April 22, 2024 to July 31, 2024 for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 8/22/24 | MKH | Draft Notice re First Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors for the period April 22, 2024 to July 31, 2024 | .60 | 345.00 | 207.00 |
| 8/22/24 | MWY | Follow up on interim fee hearing(.3)/ address Moelis application(.8) | 1.10 | 650.00 | 715.00 |
| 8/23/24 | DEP | Draft revisions to third monthly fee application of Klehr | .60 | 850.00 | 510.00 |
| 8/23/24 | MKH | Draft KHHB Third Monthly Fee Application for July 2024, Notice, Charts, Exhibits and prepare an email to D. Pacitti attaching same for review | 1.40 | 345.00 | 483.00 |
| 8/23/24 | MKH | Finalize and prepare Third Monthly Fee Application for Klehr Harrison for July 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 8/27/24 | DEP | Review committee professionals' fee applications for July | 1.00 | 850.00 | 850.00 |
| 8/29/24 | MKH | Review case docket; draft and prepare CNO re Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the period June 1, 2024 to June 30, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 8/29/24 | MKH | Review case docket; draft and prepare CNO re Second Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the period June 1, 2024 to June 30, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 8/29/24 | MKH | Review case docket; draft and prepare CNO re Third Monthly Application of Moelis & Company LLC for Compensation for Professionals Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors and Debtors in Possession for the period July 1, 2024 to July 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 8/30/24 | DEP | Review K&E and M3 Fee applications (.50) / emails with K&E team re: same (.20) /emails with M. Hughes re: same (.20) | .90 | 850.00 | 765.00 |
| 8/30/24 | DEP | Review for filing the July fee application of K&E and M3 | .60 | 850.00 | 510.00 |
| 8/30/24 | MKH | Compile all monthly fee applications for KHHB in preparation of first interim fee application for April 22, 2024 through July 31, 2024 | .60 | 345.00 | 207.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/30/24 | MKH | Handle fee application issues for Kirkland & Ellis and M3 Advisory; email exchanges with counsel re same | 1.10 | 345.00 | 379.50 |
| 8/30/24 | MKH | Review revise and prepare Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the period July 1, 2024 to July 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |

**Task Total:**                                                                                       **$ 9,985.50**

**Litigation: Contested Matters and Advers**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | DEP | Review objection to exclusivity and document request | 1.50 | 850.00 | 1,275.00 |
| 8/01/24 | DEP | Call with T. Biggs of M3 re: document gathering and review | .50 | 850.00 | 425.00 |
| 8/01/24 | CO | Confer with R. Moore and client concerning upcoming email collection. | .80 | 415.00 | 332.00 |
| 8/01/24 | CVW | Prepare for and attend call with R. Moore, C. Conrad, and B. Fischer regarding investigation and document review (1.0)/work on document review and investigation issues (3.5) | 4.50 | 570.00 | 2,565.00 |
| 8/01/24 | CQC | Meet with R. Moore, C. Wigglesworth, and B. Fischer to discuss status of investigation, review of documents for background of transactions, and anticipated email production | .20 | 475.00 | 95.00 |
| 8/02/24 | DEP | Update call with R. Moore on interviews and committee objection | .30 | 850.00 | 255.00 |
| 8/02/24 | CVW | Prepare for and attend call with R. Moore regarding investigation; attend to investigation | 5.20 | 570.00 | 2,964.00 |
| 8/03/24 | CVW | Work on investigation issues | 6.00 | 570.00 | 3,420.00 |
| 8/05/24 | MWY | Review investigation report draft(.6)/ planning call meet and confer(.7)/ meet and confer with UCC on exclusivity(.5)/ follow up on UCC discussions and planning(1.3) | 3.10 | 650.00 | 2,015.00 |
| 8/05/24 | CO | Review and analyze documents in preparation for upcoming document production. Confer with client concerning ongoing document collection. | .70 | 415.00 | 290.50 |
| 8/05/24 | RMM | Analysis of documents and draft report (3.5)/prepare for and participate in meet and confer call with UCC regarding document requests (1.0) | 4.50 | 570.00 | 2,565.00 |
| 8/05/24 | CVW | Prepare for and attend call with R. Moore, C. Conrad, and B. Fischer regarding investigation (.7)/prepare for and attend call with D. Pacitti, M. Yurkewicz, and R. Moore regarding same (.5)/work on investigation issues (3.5) | 4.70 | 570.00 | 2,679.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/05/24 | BF | Review documents in connection with investigation | 1.10 | 435.00 | 478.50 |
| 8/05/24 | BF | Research issues related to investigation | 1.80 | 435.00 | 783.00 |
| 8/05/24 | CQC | Meet with C. Wigglesworth, R. Moore, and B. Fischer to discuss privilege review of document production | .40 | 475.00 | 190.00 |
| 8/05/24 | CQC | Perform privilege review of document production | 2.20 | 475.00 | 1,045.00 |
| 8/06/24 | MWY | Work on UCC document issues(2.9)/ work on response to UCC demands(1.3) | 4.20 | 650.00 | 2,730.00 |
| 8/06/24 | CO | Review and analyze documents in preparation for upcoming document production (1.4)/confer with client concerning ongoing document collection (.4) | 1.80 | 415.00 | 747.00 |
| 8/06/24 | RMM | Review and analyze documents in connection with ongoing investigation (7.0)/discussions with Committee counsel and case team regarding the same (.7) | 7.70 | 570.00 | 4,389.00 |
| 8/06/24 | AMR | Analyze potential litigation issues | 3.60 | 435.00 | 1,566.00 |
| 8/06/24 | CVW | Prepare for and attend call with N. Adzima, and T. DePaulo (.4)/work on investigation issues and analysis (4.8) | 5.20 | 570.00 | 2,964.00 |
| 8/06/24 | BF | Review documents in connection with investigation | 6.20 | 435.00 | 2,697.00 |
| 8/06/24 | CQC | Perform privilege review of document production | 5.00 | 475.00 | 2,375.00 |
| 8/07/24 | DEP | Work on investigation issues | 3.00 | 850.00 | 2,550.00 |
| 8/07/24 | MWY | Work on UCC litigation issues(2.5)/ coordination call on investigation strategy(.5) | 3.00 | 650.00 | 1,950.00 |
| 8/07/24 | CO | Review and analyze documents in preparation for upcoming document production (1.2)/confer with client concerning ongoing email collection (.3) | 1.50 | 415.00 | 622.50 |
| 8/07/24 | RMM | Review and analyze documents in connection with ongoing investigation. Correspondence and calls with the Committee and case team regarding the same. | 3.50 | 570.00 | 1,995.00 |
| 8/07/24 | CVW | Work on investigation and analyze documents in connection with same | 2.50 | 570.00 | 1,425.00 |
| 8/07/24 | BF | Review documents in connection with investigation | 7.00 | 435.00 | 3,045.00 |
| 8/07/24 | BF | Review documents in connection with investigation | 1.60 | 435.00 | 696.00 |
| 8/08/24 | DEP | Review research and cases on issues in investigations | 4.00 | 850.00 | 3,400.00 |
| 8/08/24 | MWY | Address UCC resolution strategy(1.7)/ work on document production process(1.6) | 3.30 | 650.00 | 2,145.00 |
| 8/08/24 | CO | Review and analyze documents in preparation for upcoming document production | .50 | 415.00 | 207.50 |
| 8/08/24 | RMM | Review and analyze documents, negotiate with Committee, and correspondence with case team regarding ongoing investigation. | 2.80 | 570.00 | 1,596.00 |

23441: Express, Inc., et al.                                          September 13, 2024
0001: Express Restructuring                                           Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/24 | CVW | Prepare for and attend call with D. Pacitti, M. Yurkewicz, and R. Moore regarding investigation (.4)/prepare for and attend call with R. Moore, Q. Conrad, and B. Fischer regarding document review (.4)/conduct research in connection with investigation (1.0) | 1.80 | 570.00 | 1,026.00 |
| 8/08/24 | BF | Review documents in connection with investigation | 2.30 | 435.00 | 1,000.50 |
| 8/08/24 | BF | Review privilege issues in connection with documents (.2)/discuss privilege issues internally with R. Moore, C. Wigglesworth, Q. Conrad (.1) | .30 | 435.00 | 130.50 |
| 8/08/24 | BF | Review documents for investigation | 1.60 | 435.00 | 696.00 |
| 8/08/24 | CQC | Perform additional privilege review of document production following meeting with C. Wigglesworth, R. Moore, and B. Fischer | 5.00 | 475.00 | 2,375.00 |
| 8/08/24 | CQC | Meet with C. Wigglesworth, R. Moore, and B. Fischer to discuss status of privilege review | .40 | 475.00 | 190.00 |
| 8/09/24 | DEP | Review research and cases on issues in investigations | 5.00 | 850.00 | 4,250.00 |
| 8/09/24 | MWY | Planning call for UCC discussion(.3)/ UCC meet and confer(1.0) | 1.30 | 650.00 | 845.00 |
| 8/09/24 | MWY | Follow up on meet and confer with committee | .60 | 650.00 | 390.00 |
| 8/09/24 | CO | Review and analyze documents in preparation for upcoming document production | .60 | 415.00 | 249.00 |
| 8/09/24 | RMM | Prepare for and participate in negotiations with Committee. Renew analysis of case status and strategy in light of Committee negotiations. Communications with case team and client regarding the same. | 3.30 | 570.00 | 1,881.00 |
| 8/09/24 | BF | Review documents in connection with investigation | 1.10 | 435.00 | 478.50 |
| 8/12/24 | MWY | Call with W. Transier and R Moore on investigation | .50 | 650.00 | 325.00 |
| 8/12/24 | CO | Review and analyze documents in preparation for upcoming document production | .80 | 415.00 | 332.00 |
| 8/12/24 | RMM | Review and analyze documents and case status with regard to investigation. | 1.40 | 570.00 | 798.00 |
| 8/12/24 | CVW | Prepare for and attend update call with W. Transier | 1.20 | 570.00 | 684.00 |
| 8/13/24 | DEP | Email exchange with R. Moore re: continuing dialogue with Committee on investigation | .20 | 850.00 | 170.00 |
| 8/13/24 | MWY | Address UCC document production issues | .70 | 650.00 | 455.00 |
| 8/13/24 | CO | Review and analyze documents in preparation for upcoming document production (1.6)/confer with R. Moore concerning ongoing document collection and review (.4) | 2.00 | 415.00 | 830.00 |
| 8/13/24 | RMM | Review and analyze correspondence from Committee regarding search terms and conditions of Committee participation in investigation. | 1.10 | 570.00 | 627.00 |

23441: Express, Inc., et al.                                   September 13, 2024
0001: Express Restructuring                                    Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/13/24 | CVW | Prepare for and attend call with N. Adzima regarding bankruptcy updated (.5)/work on investigation issues (2.0) | 2.50 | 570.00 | 1,425.00 |
| 8/14/24 | MWY | Call with UCC on status | .50 | 650.00 | 325.00 |
| 8/14/24 | CO | Review and analyze documents in preparation for upcoming document production (.8)/confer with R. Moore concerning ongoing document collection and review (.2) | 1.00 | 415.00 | 415.00 |
| 8/14/24 | RMM | Prepare for and participate in call with Committee regarding investigation participation. Analyze and review issues in connection with document collection and review and interview scheduling. | 1.20 | 570.00 | 684.00 |
| 8/14/24 | CVW | Prepare for and attend call with Committee regarding investigation participation | 1.50 | 570.00 | 855.00 |
| 8/15/24 | DEP | Work on document review,  research and issue review for investigation | 7.00 | 850.00 | 5,950.00 |
| 8/15/24 | CO | Review and analyze documents in preparation for upcoming document production and revise search terms | 1.00 | 415.00 | 415.00 |
| 8/15/24 | RMM | Review and analyze search terms and other issues in connection with document review. Correspondence with client and co-counsel regarding rescheduling interviews and investigation. | 2.00 | 570.00 | 1,140.00 |
| 8/15/24 | CVW | Analyze public filings for investigation issues | 2.30 | 570.00 | 1,311.00 |
| 8/15/24 | BF | Review documents in connection with investigation | 3.60 | 435.00 | 1,566.00 |
| 8/15/24 | CQC | Perform privilege review of document production | 5.00 | 475.00 | 2,375.00 |
| 8/16/24 | DEP | Update call with Klehr team and Bill Transier | .50 | 850.00 | 425.00 |
| 8/16/24 | MWY | Call w W Tansier on investigation updates(.8)/ address document production (0.1) | .90 | 650.00 | 585.00 |
| 8/16/24 | CO | Review and analyze documents in preparation for upcoming document production (3.0)/confer with client concerning email collection (.3) | 3.30 | 415.00 | 1,369.50 |
| 8/16/24 | RMM | Prepare document production and other deliverable materials to Committee in connection with ongoing investigation. | 2.50 | 570.00 | 1,425.00 |
| 8/16/24 | CVW | Prepare for and attend call with B. Transier, D. Pacitti, and M. Yurkewicz regarding investigation status (1.0)/analyze document search results and discovery issues (.4)/analyze board materials (.4) | 1.80 | 570.00 | 1,026.00 |
| 8/16/24 | BF | Review documents in connection with investigation | 2.40 | 435.00 | 1,044.00 |
| 8/16/24 | CQC | Perform privilege review of document production | 3.00 | 475.00 | 1,425.00 |
| 8/17/24 | CO | Review and analyze Express emails in preparation for upcoming document production. | .30 | 415.00 | 124.50 |
| 8/19/24 | MWY | Address UCC issues on investigation(.6)/ call with L Murley on hearing issues(.3)/ follow up on UCC requests(.9) | 1.80 | 650.00 | 1,170.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/19/24 | CO | Confer with client concerning email data collection (.3)/confer with TransPerfect concerning data processing and search terms (.2)/draft search terms (.3) | .80 | 415.00 | 332.00 |
| 8/19/24 | CVW | Attend to investigation; analyze materials in connection with same | 1.70 | 570.00 | 969.00 |
| 8/20/24 | DEP | Update call with Klehr team on investigation | .50 | 850.00 | 425.00 |
| 8/20/24 | DEP | Work on document review, research and issue review for investigation | 8.00 | 850.00 | 6,800.00 |
| 8/20/24 | MWY | Investigation planning session(.5)/ address investigation scheduling(.3) | .80 | 650.00 | 520.00 |
| 8/20/24 | CO | Confer with TransPerfect concerning data processing and search terms, Draft search terms (.6)/review and analyze search term report (.4)/confer with R. Moore re same (.2) | 1.20 | 415.00 | 498.00 |
| 8/20/24 | RMM | Review and analysis of draft report, investigation issues, and document review protocols. | 2.10 | 570.00 | 1,197.00 |
| 8/20/24 | CVW | Prepare for and attend call regarding status update (.3)/analyze search terms report and correspond with R. Moore regarding same (.3)/analyze strategy in connection with document review (.4) | 1.00 | 570.00 | 570.00 |
| 8/20/24 | BF | Internal call discussing issues related to investigation | .30 | 435.00 | 130.50 |
| 8/21/24 | DEP | Update call on investigation with Klehr team | .50 | 850.00 | 425.00 |
| 8/21/24 | CO | Review and analyze search term report re Express email data (.7)/confer with R. Moore re same (.2) | .90 | 415.00 | 373.50 |
| 8/21/24 | RMM | Conduct and strategize with investigation processes (1.4)/review and analyze document review protocols (1.0) | 2.40 | 570.00 | 1,368.00 |
| 8/21/24 | CVW | Prepare for and attend meeting with R. Moore regarding investigation and planning; analyze topics for M3 conversation | .80 | 570.00 | 456.00 |
| 8/22/24 | CO | Review and analyze search term report re Express email data | .80 | 415.00 | 332.00 |
| 8/22/24 | CVW | Analyze topics for call with W. Transier | .30 | 570.00 | 171.00 |
| 8/23/24 | DEP | Update call with Klehr team and Bill Transier on investigation | .50 | 850.00 | 425.00 |
| 8/23/24 | MWY | Investigation update call | .50 | 650.00 | 325.00 |
| 8/23/24 | CO | Review and analyze search term report re Express email data | .50 | 415.00 | 207.50 |
| 8/23/24 | RMM | Review and analyze search terms and other e-discovery issues in connection with investigation. Schedule and prepare for interviews. | 4.40 | 570.00 | 2,508.00 |
| 8/23/24 | CVW | Prepare for and attend call with B. Transier regarding updates (1.0)/prepare for and attend call with D. Pacitti, M. Yurkewicz, and R. Moore regarding same (.3)/analyze search terms and correspond with R. Moore regarding same (1.0)/attend to strategy in connection with interviews (.5) | 2.80 | 570.00 | 1,596.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/24/24 | CO | Review and analyze search term report re Express email data (.6)/confer with R. Moore re same (.2) | .80 | 415.00 | 332.00 |
| 8/24/24 | RMM | Prepare and schedule interviews (1.4)/review search terms and other e-discovery issues (.4) | 1.80 | 570.00 | 1,026.00 |
| 8/25/24 | RMM | Review and analyze documents in connection with investigation. Facilitate interview scheduling and prepare for interviews.  Analyze and draft correspondence regarding negotiations with Committee. | .40 | 570.00 | 228.00 |
| 8/26/24 | DEP | Work on document review (2.0)/research and analysis for investigation (6.0) | 8.00 | 850.00 | 6,800.00 |
| 8/26/24 | MWY | Work on UCC strategy planning | .30 | 650.00 | 195.00 |
| 8/26/24 | CO | Review and analyze M. Still's communications in preparation for upcoming document production (1.0)/confer with C. Wigglesworth and R. Moore concerning upcoming document review and witness interviews (.3) | 1.30 | 415.00 | 539.50 |
| 8/26/24 | RMM | Review and analyze documents in connection with preparing for interviews (3.0)/prepare and facilitate interviews (.3)/calls with team regarding analyzing and planning strategy for negotiations with Committee (.6) | 3.90 | 570.00 | 2,223.00 |
| 8/26/24 | AMR | Search for minutes and presentations re: WHP transaction | .60 | 435.00 | 261.00 |
| 8/26/24 | CVW | Prepare for and attend call with Kirkland team regarding exclusivity (.4)/prepare for and attend call with D. Pacitti, M. Yurkewicz, and R. Moore regarding same (.3)/prepare for and attend call with C. Conrad and B. Fischer regarding investigation (.8)/work on analysis and strategy in connection with investigation (3.7) | 5.20 | 570.00 | 2,964.00 |
| 8/26/24 | BF | Discuss issues related to document review | .10 | 435.00 | 43.50 |
| 8/26/24 | BF | Call with C. Wigglesworth and Q. Conrad to discuss document review | .20 | 435.00 | 87.00 |
| 8/26/24 | CQC | Meet with C. Wigglesworth and B. Fischer to discuss review of M. Still email production in advance of interview | .30 | 475.00 | 142.50 |
| 8/27/24 | DEP | Call with K&E team re: background on financing transactions | 1.00 | 850.00 | 850.00 |
| 8/27/24 | DEP | Prepare issues list for interviews | 8.00 | 850.00 | 6,800.00 |
| 8/27/24 | MWY | Follow up on investigation issues(1.2)/ call with W. Transier R Moore C Wigglesworth on update(.3) | 1.50 | 650.00 | 975.00 |
| 8/27/24 | MWY | Review interview issues | .70 | 650.00 | 455.00 |
| 8/27/24 | CO | Review and analyze M. Still documents in preparation for upcoming witness interview (2.2)/confer with R. Moore and C. Wigglesworth re same (.4) | 2.60 | 415.00 | 1,079.00 |
| 8/27/24 | RMM | Review and analyze documents in preparation for interview and in connection with investigation. Calls with case team and co-counsel regarding the same. | 6.30 | 570.00 | 3,591.00 |

23441: Express, Inc., et al.                                    September 13, 2024
0001: Express Restructuring                                        Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/27/24 | CVW | Draft topics for call with interviewees and analyze documents in connection with same (1.5)/prepare for and attend update call with B. Transier (1.0)/discuss strategy issues with R. Moore (.5)/research background regarding cash dominion and lender related issues (3.5) | 6.50 | 570.00 | 3,705.00 |
| 8/28/24 | DEP | Call with Klehr team on investigation issues to address | .50 | 850.00 | 425.00 |
| 8/28/24 | DEP | Update call with M3 on transactions background and DS issues | 1.00 | 850.00 | 850.00 |
| 8/28/24 | MWY | Address UCC negotiations | .90 | 650.00 | 585.00 |
| 8/28/24 | CO | Confer with R. Moore and TransPerfect re managed review (.3)/draft document review memorandum (.6)/review and analyze M. Still documents in preparation for upcoming witness interview (.6) | 1.50 | 415.00 | 622.50 |
| 8/28/24 | RMM | Draft memo or litigation issues | 3.90 | 570.00 | 2,223.00 |
| 8/28/24 | RMM | Review and analyze documents/calls with potential interview candidates | 3.50 | 570.00 | 1,995.00 |
| 8/28/24 | CVW | Prepare for and attend call with D. Pacitti, M. Yurkewicz, and R. Moore regarding investigation (.7)/analysis documents and strategy regarding same (4.0) | 4.20 | 570.00 | 2,394.00 |
| 8/28/24 | CQC | Review and analysis of M. Still email production for responsiveness and privilege in advance of interview | 2.80 | 475.00 | 1,330.00 |
| 8/28/24 | IHG | Strategy conference with C Wigglesworth re: investigation of potential claims | .20 | 440.00 | 88.00 |
| 8/29/24 | DEP | Call with professional re: background on transactions | .60 | 850.00 | 510.00 |
| 8/29/24 | DEP | Call with R. Moore re: update on document review and timing (.30) / emails re: costs on document review (.30) | .60 | 850.00 | 510.00 |
| 8/29/24 | CO | Draft document review memorandum (.4)/confer with TransPerfect concerning managed review services and upcoming document review (.3)/review and analyze M. Still documents | .70 | 415.00 | 290.50 |
| 8/29/24 | RMM | Review and analyze documents, facilitate interviews, draft correspondence to Committee counsel. | 3.60 | 570.00 | 2,052.00 |
| 8/29/24 | CVW | Prepare for and attend call with Kirkland and Ellis re: background (1.0)/analyze documents in connection with investigation (2.8) | 3.80 | 570.00 | 2,166.00 |
| 8/29/24 | CQC | Review and analysis of M. Still email production for responsiveness and privilege in advance of interview | 3.50 | 475.00 | 1,662.50 |
| 8/29/24 | IHG | Strategy conference with Catherine and Ryan (.5)/review and analyze M Still related documents (7.2) | 7.70 | 440.00 | 3,388.00 |
| 8/30/24 | RMM | Prepare for and participate in call with Committee and professionals regarding case status. | 2.00 | 570.00 | 1,140.00 |
| 8/30/24 | CQC | Review and analysis of M. Still email production for responsiveness and privilege in advance of interview | 2.30 | 475.00 | 1,092.50 |

23441: Express, Inc., et al.                                                          September 13, 2024
0001: Express Restructuring                                                          Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/30/24 | IHG | Continue reviewing and analyzing M Still related documents | 8.20 | 440.00 | 3,608.00 |
| 8/31/24 | RMM | Prepare for interviews and review and analyze documents. | 9.30 | 570.00 | 5,301.00 |

**Task Total:**                                                                      **$ 185,422.50**

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | MRB | Review plan and disclosure statement | 1.00 | 925.00 | 925.00 |
| 8/01/24 | MWY | Review and address UCC objection to exclusivity(.6)/ work on investigation issues(.9) | 1.50 | 650.00 | 975.00 |
| 8/01/24 | RMM | Review and analyze document in connection with plan and disclosure statement. | .90 | 570.00 | 513.00 |
| 8/01/24 | BF | Discuss issues related to plan with R. Moore, C. Wigglesworth, and CQ Conrad | .30 | 435.00 | 130.50 |
| 8/02/24 | MRB | Review discovery request from Committee | .20 | 925.00 | 185.00 |
| 8/02/24 | MRB | Review Committee objection to exclusivity extension and cross-motion | .50 | 925.00 | 462.50 |
| 8/02/24 | DEP | Review Exclusivity objection | 1.10 | 850.00 | 935.00 |
| 8/02/24 | DEP | Conference with K&E team on exclusivity hearing and objection and related issues (.50) / follow up with Klehr team on same (.30) | .80 | 850.00 | 680.00 |
| 8/02/24 | MWY | Address UCC strategy planning | 1.30 | 650.00 | 845.00 |
| 8/02/24 | MWY | Call with K&E on plan issues | .60 | 650.00 | 390.00 |
| 8/02/24 | RMM | Calls with counsel and review and analysis of documents regarding plan and disclosure statement. | 2.00 | 570.00 | 1,140.00 |
| 8/02/24 | BF | Review documents relevant to plan | 2.00 | 435.00 | 870.00 |
| 8/03/24 | RMM | Review and analyze documents and analysis in connection with plan and disclosure statement. | 1.00 | 570.00 | 570.00 |
| 8/04/24 | RMM | Review and analyze analysis in connection with plan and disclosure statement and correspondence regarding the same. | 1.50 | 570.00 | 855.00 |
| 8/05/24 | DEP | Review emails and proposed order on exclusivity | .40 | 850.00 | 340.00 |
| 8/05/24 | DEP | Call with Klehr working team on update re: committee discussion and review of committee overview email from discussion | .40 | 850.00 | 340.00 |
| 8/05/24 | DEP | Update call with W. Transier re: review of issues and committee exclusivity issues | .40 | 850.00 | 340.00 |
| 8/05/24 | MWY | Work on exclusivity extension and bridge order(2.5)/ review UCC confidentiality provisions for investigation application(.6) | 3.10 | 650.00 | 2,015.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

September 13, 2024
Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/05/24 | MWY | Address investigation status update | .60 | 650.00 | 390.00 |
| 8/06/24 | DEP | Confer with M. Yurkewicz re: exclusivity and finalizing response to UCC | .20 | 850.00 | 170.00 |
| 8/06/24 | MWY | Address exclusivity order | 1.30 | 650.00 | 845.00 |
| 8/09/24 | MWY | Address UST issues on disclosure statement timing(.3)/ work on investigation issues(.7) | 1.00 | 650.00 | 650.00 |
| 8/13/24 | MWY | Address disclosure statement and exclusivity negotiations | 1.60 | 650.00 | 1,040.00 |
| 8/14/24 | MWY | Work on plan confirmation strategy | .50 | 650.00 | 325.00 |
| 8/15/24 | MWY | Address investigation issues | 1.80 | 650.00 | 1,170.00 |
| 8/19/24 | DEP | Email with L. Murley on status of 9/4 hearing | .20 | 850.00 | 170.00 |
| 8/19/24 | MWY | Work on disclosure statement and exclusivity negotiations | 1.20 | 650.00 | 780.00 |
| 8/21/24 | MWY | Work on exclusivity extension | 1.30 | 650.00 | 845.00 |
| 8/23/24 | DEP | Review email with financial model and update call with K&E team re: exclusivity and DS | 1.00 | 850.00 | 850.00 |
| 8/23/24 | MWY | Follow up with UCC on exclusivity(.8)/ review and address Kurzon issues(.8) | 1.60 | 650.00 | 1,040.00 |
| 8/26/24 | DEP | Update call with N. Adzima re: plan, DS and exclusivity | .50 | 850.00 | 425.00 |
| 8/26/24 | DEP | Prepare for and call with Saul Ewing team on DS, Exclusivity and investigation | 1.00 | 850.00 | 850.00 |
| 8/26/24 | DEP | Work on proposed order on exclusivity and DS hearing (.30) / emails with N. Adzima re: same (.20) | .50 | 850.00 | 425.00 |
| 8/26/24 | MWY | Work on exclusivity issues | 1.20 | 650.00 | 780.00 |
| 8/27/24 | DEP | Update call with K&E on DS and Plan | .50 | 850.00 | 425.00 |
| 8/28/24 | DEP | Numerous email exchanges with L. Murley re: order on exclusivity and scheduling of DS and DS related matters | 1.00 | 850.00 | 850.00 |
| 8/28/24 | DEP | Numerous email exchanges with N. Adzima re: order on exclusivity and scheduling of DS and DS related matters | 1.00 | 850.00 | 850.00 |
| 8/28/24 | DEP | Calls with L. Murley re: order on exclusivity and scheduling of DS and DS related matters | .50 | 850.00 | 425.00 |
| 8/28/24 | DEP | Follow up email with N. Adzima on DS hearing date | .10 | 850.00 | 85.00 |
| 8/28/24 | DEP | Review Objection to Confirmation of Plan by Louisiana Department of Revenue | .40 | 850.00 | 340.00 |
| 8/29/24 | DEP | Review latest proposed exclusivity order | .30 | 850.00 | 255.00 |
| 8/29/24 | DEP | Multiple conversation with L. Murley re: DS hearing and exclusivity | 1.00 | 850.00 | 850.00 |
| 8/29/24 | DEP | Multiple conversation with N. Adzima re: DS hearing and exclusivity and calls with L. Murley | 1.00 | 850.00 | 850.00 |
| 8/29/24 | BF | Research legal issues in connection with plan confirmation | 4.10 | 435.00 | 1,783.50 |
| 8/30/24 | DEP | Update call with N. Adzima re: DS and Plan | .50 | 850.00 | 425.00 |

23441: Express, Inc., et al.                                      September 13, 2024
0001: Express Restructuring                                      Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/30/24 | DEP | Call with committee and debtor professionals re: DS and exclusivity | 1.00 | 850.00 | 850.00 |
| 8/30/24 | DEP | Call with N. Adzima re: follow up from call with committee and debtor professionals re: DS and exclusivity | .50 | 850.00 | 425.00 |
| 8/30/24 | DEP | Call with M. Yurkewicz re: pan, DS and exclusivity | .30 | 850.00 | 255.00 |
| 8/30/24 | MWY | Call with UCC on exclusivity and plan issues | .80 | 650.00 | 520.00 |
| 8/30/24 | CO | Draft document review memorandum. Confer with TransPerfect concerning managed review services and upcoming document review. Review and analyze M. Still documents in preparation for upcoming witness interview. | 1.60 | 415.00 | 664.00 |

**Task Total:**                                                              **$ 33,118.50**

**Reporting**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/01/24 | MWY | Correspondence with UST on fee allocation | .40 | 650.00 | 260.00 |
| 8/13/24 | MWY | Work on MOR timing and UST coordination | .80 | 650.00 | 520.00 |
| 8/14/24 | MWY | Address MOR filing | .40 | 650.00 | 260.00 |
| 8/28/24 | DEP | Review MORs for month ending 8/3/24 | 1.00 | 850.00 | 850.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10831 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10832 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10833 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10834 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10835 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10836 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10837 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.                                    September 13, 2024
0001: Express Restructuring                                     Invoice #: 515220

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10838 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10839 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10840 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10841 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10842 for the Month August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MKH | Review and prepare  Supporting Documentation Relating to Chapter 11 Monthly Operating Reports for the Month Ending August 3, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 8/28/24 | MWY | Address issues on operating reports | 1.30 | 650.00 | 845.00 |

**Task Total:**            **$ 3,666.50**

**TOTAL PROFESSIONAL SERVICES**       **$ 249,081.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Branzburg, Morton R. | Partner | 2.50 | 925.00 | 2,312.50 |
| Pacitti, Domenic E. | Partner | 72.20 | 850.00 | 61,370.00 |
| Yurkewicz, Michael W. | Partner | 64.70 | 650.00 | 42,055.00 |
| Moore, Ryan M. | Partner | 79.00 | 570.00 | 45,030.00 |
| Wigglesworth, Catherine V | Partner | 68.50 | 570.00 | 39,045.00 |
| Conrad, C Quincy | Associate | 30.10 | 475.00 | 14,297.50 |
| Gray, Isabella H | Associate | 16.10 | 440.00 | 7,084.00 |
| Radovanovich, Alyssa M | Associate | 4.40 | 435.00 | 1,914.00 |
| Fischer, Benjamin | Law Clerk | 36.00 | 435.00 | 15,660.00 |
| Orrin, Christopher P. | Associate | 27.00 | 415.00 | 11,205.00 |
| Hughes, Melissa K. | Paralegal | 26.40 | 345.00 | 9,108.00 |
| **TOTALS** | | **426.90** | | **$ 249,081.00** |

**TOTAL THIS INVOICE**            **$ 249,081.00**

# EXHIBIT B

DISBURSEMENTS

| Description | Amount |
| --- | --- |
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |