## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) Jointly Administered <br> **Re: Docket No. 745** |

### CERTIFICATION OF NO OBJECTION TO THIRD MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024

The undersigned co-counsel to the Official Committee of Unsecured Creditors of Express, Inc., *et al.* hereby certifies that:

1. On August 27, 2024, the *Third Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024* (the "**Application**") and the *Notice of Third Monthly Fee Application of Saul Ewing LLP* (the "**Notice**") [Docket No. 745] were filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on September 17, 2024 (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

53051281.1 09/18/2024

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Pursuant to the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals; and (II) Granting Related Relief* [D.I. 223], Saul Ewing LLP may be paid 80% of the fees ($59,570.00, which is 80% of the $74,462.50) and 100% of the expenses ($2,872.50) requested.

Dated: September 18, 2024

/s/ Lucian B. Murley
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING LLP**
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com

-and-

Adam C. Rogoff (admitted *pro hac vice*)
Robert T. Schmidt admitted (*pro hac vice*)
Nathaniel Allard (admitted *pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors*