## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF NAME CHANGE
## FOR DEBTORS AND UPDATED CASE CAPTION

**PLEASE TAKE NOTICE** that on June 14, 2024, the United States Bankruptcy Court for

the District of Delaware (the "Court") entered the *Order (I) Approving Asset Purchase Agreement;*

*(II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the*

*Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III)*

*Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired*

*Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to*

*Consummate Transactions Related to the Above; and (V) Granting Related Relief* [Docket

No. 471] (the "Sale Order"), authorizing the sale of certain assets of the above-captioned debtors

and debtors in possession (the "Debtors") to Phoenix Retail, LLC (the "JV Purchaser") and EXP

WHP, LLC (the "WHP Global Purchaser"). The Debtors are filing this Notice pursuant to section

6.11(c) of the asset purchase agreement (the "APA") between the Debtors, the JV Purchaser, and

the WHP Global Purchaser that was approved by the Court by the Sale Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 6.11(c) of the APA, the Debtors have changed their legal names as follows:

| Debtor's Former Name | Debtor's New Name |
|---|---|
| Express, Inc. | EXP OldCo Winddown, Inc. |
| Express Topco LLC | Project Pine TopCo Winddown, LLC |
| Express Holding, LLC | Project Pine Holding OldCo, LLC |
| Express Finance Corp. | Project Pine Finance OldCo Corp. |
| Express, LLC | Project Pine OldCo, LLC |
| Express Fashion Investments, LLC | Project Pine Investments OldCo, LLC |
| Express Fashion Logistics, LLC | Project Pine Logistics OldCo, LLC |
| Express Fashion Operations, LLC | Project Pine Operations OldCo, LLC |
| Express GC, LLC | Project Pine GC OldCo, LLC |
| Express BNBS Fashion, LLC | Project Pine Tropic OldCo, LLC |
| UW, LLC | Project Pine California OldCo, LLC |

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** that the caption established pursuant to the *Order*

*(I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket

No. 67] is now amended for all purposes and proceedings in these chapter 11 cases as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*, | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*[Remainder of Page Intentionally Left Blank]*

Dated:  September 18, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com


-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:    (215) 568-6603
Email:        mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com


-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*