KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
*Counsel to Manchu Times Fashion Limited*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
EXPRESS, INC., et al.,                                         :
                                                               :
                                                               :   Case No. 24-10831 (KBO)
            Debtors.                                           :
                                                               :   (Joint Administration)
---------------------------------------------------------------x

## ADMINSTRATIVE CLAIM AND REQUEST FOR PAYMENT OF MANCHU TIMES FASHION LIMITED

Manchu Times Fashion Limited ("Manchu" or "Claimant"), a creditor in the Chapter 11 case (the "Chapter 11 Case") of Express LLC ("Debtor"), pursuant to 11 U.S.C. §§503 and 507, makes and files this Administrative Claim and Request for Payment to and against the Debtor.

1. **Amount of Section 503(b)(9) Claim Entitled to Administrative Priority as of Petition Date**. As of April 22, 2024 (the "Petition Date") the debtor was indebted to Manchu in the amount of $ 2,281,175.82 entitled to priority pursuant to 11 U.S.C. 503(b)(9) on account of goods received by the Debtor in its Distribution Center in the twenty (20) days prior to the Petition Date. See Chart "A" attached hereto.

2. **Amount of Postpetition Administrative Claim**. The sum of $3,511,870.22 was due and owing to Manchu on account of goods ordered by the Debtor pursuant to purchase orders issued by the Debtor and fulfilled/shipped by the Claimant prior to the Petition Date at the

direction of the Debtor, not delivered prior to the Petition Date but instead were received by the Debtor at its Distribution Center on April 22, 2024 or after.  See Chart "B" hereto.

3. **Administrative Claim Amount Prior to Payments Received:** $5,793,046.04.

4. **Basis for Claim**.  The basis for the claim is goods sold and delivered by the Debtor and invoices issued by Manchu.  Copies of the applicable purchase orders, invoices and proofs of delivery are available upon request to the undersigned.

5. **Payments received and remaining Administrative Claim amount.**

- On June 27, 2024, payment was received in the sum of $2,029,789.33.  After application of the payment, the remaining administrative claim amount was $3,763,256.11.

- On August 23, 2024, payment was received in the sum of $2,028,089.58.  After application of the payment, the remaining administrative amount is $ 1,735,166.53, comprised of the following:

  - The sum of $684,352.74 is entitled to priority pursuant to 11 U.S.C. 503(b)(9) on account of goods received by the Debtor in its Distribution Center in the twenty (20) days prior to the Petition Date.  See Chart "A" attached hereto.

  - The sum of $1,050,813.79 on account of goods ordered by the Debtor pursuant to purchase orders issued by the Debtor and fulfilled/shipped by the Claimant prior to the Petition Date at the direction of the Debtor, not delivered prior to the Petition Date but instead were received by the Debtor at its Distribution Center on April 22, 2024 or after.  See Chart "B" attached hereto.

- **Remaining Unpaid Administrative Claim Amount After Payments Received:  $1,735,166.53**.

7.        **Judgments**.  The Claim has not been reduced to judgment.

8.        **Credits and Setoffs**.  The amount of all payments on the claim, if any, have been credited and deducted for purposes of making this Administrative Claim and Request for Payment.

9.        **Subordination**.  This claim is not subordinated in right of payment to any Indebtedness.

10.       **Notices**.  All notices concerning this Administrative Claim and Request for Payment should be sent to:

> Mr. Bryan Cheng
> Chief Financial Officer
> Manchu Times Fashion Limited
> 1102-1103 Ginza Plaza
> 2A Sai Yeung Choi Street South
> Mongkok, Kowloon
> Hong Kong
> BryanCheng@ManchuTimesFashion.com
>
> and
>
> Klestadt Winters Jureller Southard & Stevens, LLP
> 200 West 41st Street, 17th Floor
> New York, NY 10036
> Attn: Tracy L. Klestadt
> (212) 972-3000
> tklestadt@klestadt.com

11.       **Reservation of Rights/Amendments.**

A. Claimant has filed this Administrative Claim and Request for Payment only with respect to claims against the Debtor arising out of the transactions and matters described herein.  Claimant may file additional claims against the Debtor, and/or one or more its affiliates, with respect to claims arising out of other transactions or matters.  Claimant reserves the right to

amend and/or supplement this Administrative Claim and Request for Payment at any time, including after any bar date, in any manner, including for purposes of fixing the amount of the claim described above together with interest, fees and expenses due Claimant, and/or to file additional proofs of claim for any additional claim which may be based on the same or additional documents or grounds of liability.

    B.  The filing of this Administrative Claim and Request for Payment is not and shall not be deemed or construed as: (a) a waiver or release of Claimant's rights against any person, entity, or property; (b) a consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; (c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a United States District Court Judge; (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Administrative Claim and Request for Payment, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

12. **<u>Request for Payment of Administrative Claim.</u>**.  As a result of the foregoing, Claimant respectfully requests that this Court allow it an administrative priority claim in an amount not less than $1,735,166.53, plus interest thereon, pursuant to 11 U.S.C. §§503 and 507, and grant such other and further relief as may be just and appropriate under the circumstances.

Dated:  New York, New York
        September 20, 2024

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Tracy L. Klestadt*
     Tracy L. Klestadt
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: tklestadt@klestadt.com

*Attorneys for Manchu Times Fashion Ltd.*

| Chart A - Goods NDC April 1 - 21, 2024, and still in Accounts receivable MTF on September 19, 2024 | | | | |
|---|---|---|---|---|
| PO# | Original | Received on Account (1st Payment) | Received on Account (2nd Payment) | Net Claim |
| 705933 | $154.44 | $54.05 | $54.05 | $46.33 |
| 704033 | $122.80 | $42.98 | $42.98 | $36.84 |
| 704033 | $57.72 | $20.20 | $20.20 | $17.32 |
| 708403 | $19.34 | $6.77 | $6.77 | $5.80 |
| 704838 | $25.18 | $8.81 | $8.81 | $7.55 |
| 707668 | $137.94 | $48.28 | $48.28 | $41.38 |
| 704808 | $66,642.22 | $23,324.78 | $23,324.78 | $19,992.67 |
| 704815 | $24,406.56 | $8,542.30 | $8,542.30 | $7,321.97 |
| 704799 | $105,384.30 | $36,884.51 | $36,884.51 | $31,615.29 |
| 709037 | $29,739.19 | $10,408.72 | $10,408.72 | $8,921.76 |
| 704800 | $3,337.20 | $1,168.02 | $1,168.02 | $1,001.16 |
| 704802 | $337,140.63 | $117,999.22 | $117,999.22 | $101,142.19 |
| 704797 | $53,220.00 | $18,627.00 | $18,627.00 | $15,966.00 |
| 700146 | $103,172.40 | $36,110.34 | $36,110.34 | $30,951.72 |
| 703557 | $32,250.00 | $11,287.50 | $11,287.50 | $9,675.00 |
| 704762 | $23,450.00 | $8,207.50 | $8,207.50 | $7,035.00 |
| 704831 | $1,170.00 | $409.50 | $409.50 | $351.00 |
| 706237 | $715.20 | $250.32 | $250.32 | $214.56 |
| 706241 | $683.52 | $239.23 | $239.23 | $205.06 |
| 706229 | $993.60 | $347.76 | $347.76 | $298.08 |
| 706234 | $993.60 | $347.76 | $347.76 | $298.08 |
| 700141 | $97,771.72 | $34,220.10 | $34,220.10 | $29,331.52 |
| 700342 | $63,071.12 | $22,074.89 | $22,074.89 | $18,921.34 |
| 704842 | $509.76 | $178.42 | $178.42 | $152.93 |
| 704844 | $116,182.80 | $40,663.98 | $40,663.98 | $34,854.84 |
| 704903 | $19,070.52 | $6,674.68 | $6,674.68 | $5,721.16 |
| 704905 | $101,053.36 | $35,368.68 | $35,368.68 | $30,316.01 |
| 703563 | $24,025.00 | $8,408.75 | $8,408.75 | $7,207.50 |
| 704655 | $14,880.00 | $5,208.00 | $5,208.00 | $4,464.00 |
| 708638 | $30,720.00 | $10,752.00 | $10,752.00 | $9,216.00 |
| 704615 | $38,400.00 | $13,440.00 | $13,440.00 | $11,520.00 |
| 704833 | $77,025.00 | $26,958.75 | $26,958.75 | $23,107.50 |
| 704896 | $2,943.36 | $1,030.18 | $1,030.18 | $883.01 |
| 704898 | $151,971.40 | $53,189.99 | $53,189.99 | $45,591.42 |
| 704899 | $3,433.92 | $1,201.87 | $1,201.87 | $1,030.18 |
| 706239 | $42,479.90 | $14,867.97 | $14,867.97 | $12,743.97 |
| 706604 | $24,912.88 | $8,719.51 | $8,719.51 | $7,473.86 |
| 706236 | $2,045.52 | $715.93 | $715.93 | $613.66 |
| 704761 | $37,520.00 | $13,132.00 | $13,132.00 | $11,256.00 |
| 706231 | $72,588.00 | $25,405.80 | $25,405.80 | $21,776.40 |
| 706233 | $122,930.40 | $43,025.64 | $43,025.64 | $36,879.12 |
| 706235 | $73,714.48 | $25,800.07 | $25,800.07 | $22,114.34 |
| 708639 | $22,320.00 | $7,812.00 | $7,812.00 | $6,696.00 |
| 705788 | $15,313.92 | $5,359.87 | $5,359.87 | $4,594.18 |
| 705788 | $14,597.28 | $5,109.05 | $5,109.05 | $4,379.18 |
| 704901 | $161,046.76 | $56,366.37 | $56,366.37 | $48,314.03 |
| 704904 | $249.72 | $87.40 | $87.40 | $74.92 |
| 706240 | $12,104.00 | $4,236.40 | $4,236.40 | $3,631.20 |
| 706243 | $96,120.00 | $33,642.00 | $33,642.00 | $28,836.00 |
| 706228 | $58,094.00 | $20,332.90 | $20,332.90 | $17,428.20 |
| 704785 | $79.02 | $27.66 | $27.66 | $23.71 |
| 704847 | $118.44 | $41.45 | $41.45 | $35.53 |
| 704845 | $48.76 | $17.07 | $17.07 | $14.62 |
| 706957 | $18.94 | $6.63 | $6.63 | $5.68 |
| | | | | |
| Total: | $2,281,175.82 | $798,411.54 | $798,411.54 | $684,352.74 |

| | | | | |
|---|---|---|---|---|
| **Chart B - Goods NDC April 22, 2024 or later, and still in Accounts receivable MTF on September 19, 2024** | | | | |
| PO# | Original | Received on Account (1st Payment) | Received on Account (2nd Payment) | Net Claim |
| 705786 | $46,738.08 | $16,358.33 | $16,358.33 | $14,021.42 |
| 704743 | $240,913.14 | $84,319.60 | $84,319.60 | $72,273.94 |
| 704747 | $26,192.40 | $9,167.34 | $9,167.34 | $7,857.72 |
| 704254 | $19,170.41 | $6,709.64 | $6,709.64 | $5,751.12 |
| 704618 | $59,460.48 | $20,811.17 | $20,811.17 | $17,838.14 |
| 704618 | $16,123.86 | $5,643.35 | $5,643.35 | $4,837.16 |
| 704666 | $52,035.36 | $18,212.38 | $18,212.38 | $15,610.61 |
| 704746 | $14,253.98 | $4,988.89 | $4,988.89 | $4,276.19 |
| 704829 | $54,600.00 | $19,110.00 | $19,110.00 | $16,380.00 |
| 705854 | $26,152.80 | $9,153.48 | $9,153.48 | $7,845.84 |
| 704630 | $105,845.76 | $37,046.02 | $37,046.02 | $31,753.73 |
| 704757 | $160,548.08 | $56,191.83 | $56,191.83 | $48,164.42 |
| 704748 | $21,371.48 | $7,480.02 | $7,480.02 | $6,411.44 |
| 712117 | $28,918.50 | $10,121.48 | $10,121.48 | $8,675.55 |
| 704788 | $16,669.38 | $5,834.28 | $5,834.28 | $5,000.81 |
| 704781 | $9,762.58 | $3,416.90 | $3,416.90 | $2,928.77 |
| 706486 | $90,010.90 | $31,503.82 | $31,503.82 | $27,003.27 |
| 705229 | $33,560.00 | $11,746.00 | $11,746.00 | $10,068.00 |
| 706447 | $14.40 | $5.04 | $5.04 | $4.32 |
| 705272 | $22.36 | $7.83 | $7.83 | $6.71 |
| 706040 | $128.28 | $44.90 | $44.90 | $38.48 |
| 704650 | $26,215.00 | $9,175.25 | $9,175.25 | $7,864.50 |
| 704649 | $35.00 | $12.25 | $12.25 | $10.50 |
| 713565 | $44.72 | $15.65 | $15.65 | $13.42 |
| 706916 | $24.28 | $8.50 | $8.50 | $7.28 |
| 705230 | $33.56 | $11.75 | $11.75 | $10.07 |
| 711021 | $8,621.41 | $3,017.49 | $3,017.49 | $2,586.42 |
| 711022 | $14,253.98 | $4,988.89 | $4,988.89 | $4,276.19 |
| 711023 | $26,192.40 | $9,167.34 | $9,167.34 | $7,857.72 |
| 704823 | $293.76 | $102.82 | $102.82 | $88.13 |
| 704825 | $32,640.00 | $11,424.00 | $11,424.00 | $9,792.00 |
| 704830 | $655.20 | $229.32 | $229.32 | $196.56 |
| 710953 | $80,821.65 | $28,287.58 | $28,287.58 | $24,246.50 |
| 710946 | $138,951.12 | $48,632.89 | $48,632.89 | $41,685.34 |
| 710949 | $141,138.20 | $49,398.37 | $49,398.37 | $42,341.46 |
| 705934 | $51,518.61 | $18,031.51 | $18,031.51 | $15,455.58 |
| 704616 | $42,255.36 | $14,789.38 | $14,789.38 | $12,676.61 |
| 711018 | $51,580.62 | $18,053.22 | $18,053.22 | $15,474.19 |
| 711024 | $21,371.48 | $7,480.02 | $7,480.02 | $6,411.44 |
| 712121 | $66,411.02 | $23,243.86 | $23,243.86 | $19,923.31 |
| 704909 | $44,020.56 | $15,407.20 | $15,407.20 | $13,206.17 |
| 704908 | $75,176.42 | $26,311.75 | $26,311.75 | $22,552.93 |
| 704854 | $48,307.92 | $16,907.77 | $16,907.77 | $14,492.38 |
| 707228 | $47,080.00 | $16,478.00 | $16,478.00 | $14,124.00 |
| 704792 | $54,775.00 | $19,171.25 | $19,171.25 | $16,432.50 |
| 705684 | $20,490.00 | $7,171.50 | $7,171.50 | $6,147.00 |
| 712142 | $42,255.36 | $14,789.38 | $14,789.38 | $12,676.61 |
| 711006 | $24,137.28 | $8,448.05 | $8,448.05 | $7,241.18 |
| 704848 | $37,387.56 | $13,085.65 | $13,085.65 | $11,216.27 |
| 704917 | $55,620.00 | $19,467.00 | $19,467.00 | $16,686.00 |
| 705658 | $37,080.00 | $12,978.00 | $12,978.00 | $11,124.00 |
| 704907 | $52,508.88 | $18,378.11 | $18,378.11 | $15,752.66 |
| 704853 | $724.80 | $253.68 | $253.68 | $217.44 |
| 707227 | $706.20 | $247.17 | $247.17 | $211.86 |
| 710991 | $25,235.12 | $8,832.29 | $8,832.29 | $7,570.54 |
| 704034 | $49,764.70 | $17,417.65 | $17,417.65 | $14,929.41 |
| 704034 | $21,154.38 | $7,404.03 | $7,404.03 | $6,346.31 |

| | | | | |
|---|---|---|---|---|
| **Chart B - Goods NDC April 22, 2024 or later, and still in Accounts receivable MTF on September 19, 2024** | | | | |
| **PO#** | **Original** | **Received on Account (1st Payment)** | **Received on Account (2nd Payment)** | **Net Claim** |
| 706922 | $64,942.80 | $22,729.98 | $22,729.98 | $19,482.84 |
| 706925 | $55,200.00 | $19,320.00 | $19,320.00 | $16,560.00 |
| 707404 | $72,975.36 | $25,541.38 | $25,541.38 | $21,892.61 |
| 708400 | $35,250.04 | $12,337.51 | $12,337.51 | $10,575.01 |
| 704846 | $27,634.73 | $9,672.16 | $9,672.16 | $8,290.42 |
| 710997 | $24,775.85 | $8,671.55 | $8,671.55 | $7,432.76 |
| 711004 | $74,916.27 | $26,220.69 | $26,220.69 | $22,474.88 |
| 705638 | $34,140.00 | $11,949.00 | $11,949.00 | $10,242.00 |
| 706896 | $11,174.88 | $3,911.21 | $3,911.21 | $3,352.46 |
| 706914 | $14,894.88 | $5,213.21 | $5,213.21 | $4,468.46 |
| 706898 | $14,894.88 | $5,213.21 | $5,213.21 | $4,468.46 |
| 706915 | $26,047.44 | $9,116.60 | $9,116.60 | $7,814.23 |
| 706919 | $899.52 | $314.83 | $314.83 | $269.86 |
| 706920 | $22,975.24 | $8,041.33 | $8,041.33 | $6,892.57 |
| 706921 | $993.60 | $347.76 | $347.76 | $298.08 |
| 707410 | $17,287.68 | $6,050.69 | $6,050.69 | $5,186.30 |
| 708408 | $13,830.52 | $4,840.68 | $4,840.68 | $4,149.16 |
| 708392 | $19,720.22 | $6,902.08 | $6,902.08 | $5,916.07 |
| 708800 | $16,853.84 | $5,898.84 | $5,898.84 | $5,056.15 |
| 704784 | $158.04 | $55.31 | $55.31 | $47.41 |
| 704786 | $59,027.94 | $20,659.78 | $20,659.78 | $17,708.38 |
| 703384 | $34,600.00 | $12,110.00 | $12,110.00 | $10,380.00 |
| 707642 | $56,996.10 | $19,948.64 | $19,948.64 | $17,098.83 |
| 712149 | $11,174.88 | $3,911.21 | $3,911.21 | $3,352.46 |
| 712153 | $26,047.44 | $9,116.60 | $9,116.60 | $7,814.23 |
| 712769 | $22,975.24 | $8,041.33 | $8,041.33 | $6,892.57 |
| 707096 | $34,754.90 | $12,164.22 | $12,164.22 | $10,426.47 |
| 712155 | $72,975.36 | $25,541.38 | $25,541.38 | $21,892.61 |
| 712147 | $35,250.04 | $12,337.51 | $12,337.51 | $10,575.01 |
| 712120 | $16,853.84 | $5,898.84 | $5,898.84 | $5,056.15 |
| 711005 | $17,823.42 | $6,238.20 | $6,238.20 | $5,347.03 |
| 704840 | $25,260.00 | $8,841.00 | $8,841.00 | $7,578.00 |
| 704839 | $16,694.34 | $5,843.02 | $5,843.02 | $5,008.30 |
| 705832 | $11,000.00 | $3,850.00 | $3,850.00 | $3,300.00 |
| 712148 | $14,894.88 | $5,213.21 | $5,213.21 | $4,468.46 |
| 712150 | $14,894.88 | $5,213.21 | $5,213.21 | $4,468.46 |
| 707095 | $1,136.40 | $397.74 | $397.74 | $340.92 |
| 712154 | $17,287.68 | $6,050.69 | $6,050.69 | $5,186.30 |
| 708404 | $14,263.25 | $4,992.14 | $4,992.14 | $4,278.97 |
| 707669 | $96,420.06 | $35,970.83 | $34,270.48 | $26,178.75 |
| | | | | |
| **Total:** | **$3,511,870.22** | **$1,231,378.39** | **$1,229,678.04** | **$1,050,813.79** |