IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2024 SEP 20 AM 11:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Express, Inc., et al. ) | Chapter 11 |
| ) | |
| Debtor. ) | Case Nos. 24-10831 |
| ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Cedar Glade LP__
Name of Transferee

__Sandy Alexander, Inc.__
Name of Transferor

Name and Address where notices to transferee should be sent:

Cedar Glade LP
600 Madison Avenue, 17th Floor
New York, NY 10022
Attn: Robert K. Minkoff, President

Last known address:

200 Entin Road
Clifton, NJ 07014

Court Claim # (if known): 1063
Amount of Claim to Transfer: $244,987.74
Date Claim Filed: July 8, 2024

Phone: (646) 979-4083
Last Four Digits of Acct #:

Phone: (973) 470-8100
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Robert K. Minkoff__
     Transferee/Transferee's Agent

Date: __September 17, 2024__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

K

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Sandy Alexander, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to **Cedar Glade LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Code) in the amount of **$244,987.74** against **Express, Inc., et al.** (the "Debtor"), **jointly administered under Case No. 24-10831, United States Bankruptcy Court for the District of Delaware** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th DAY OF September 2024.

BY: **SANDY ALEXANDER, INC.**

*/signature/*

Name: Mike Riccio
Title: Chief Financial Officer


BY: **CEDAR GLADE LP**

/s/ Robert K. Minkoff

Name: Robert K. Minkoff
Title: President



mwe.com

September 20, 2024

VIA HAND DELIVERY
Clerk's Office
Delaware Bankruptcy Court
824 N. Market Street
Wilmington, DE 19801

Re:     **Express, Inc., et al; Case No. 24-10831 (KBO)**

To Whom it May Concern,

    Enclosed herewith please find a Transfer of Claim to be electronically docketed in the above case. Once received, please arrange to have this electronically filed upon receipt. Additionally, I respectfully request that upon receipt, someone call me at 302.305.9448 so that I may provide my credit card information for payment of the filing fee. Thank you in advance for your prompt attention to this request.

    I look forward to speaking with you.

                                        Sincerely,

                                        /s/ *Nolley Rainey*
                                        Nolley Rainey, Paralegal
                                        Email: nrainey@mwe.com
                                        P: 302.305.9448

Enclosures



The Brandywine Building, 1000 N. West Street, Suite 1400   Wilmington Delaware 19801   Tel +1 302 485 3900   Fax +1 302 351 8711

US practice conducted through McDermott Will & Emery LLP.