IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 15, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: October 29, 2024 at 9:30 a.m. (ET)** |

### NOTICE OF FIRST INTERIM FEE APPLICATION
### OF KRAMER LEVIN NAFTALIS & FRANKEL LLP

**PLEASE TAKE NOTICE** that on September 24, 2024, Kramer Levin Naftalis & Frankel LLP filed the *First Interim Application of Kramer Levin Naftalis & Frankel LLP, as Co-Counsel to the Official Committee of Unsecured Creditors* (the "Committee"), *for Allowance of Compensation and Reimbursement of Expenses for the Period from May 6, 2024 through July 31, 2024* (the "Application"). The Application seeks the approval of payment for professional services rendered as co-counsel to the Committee in the amount of $1,573,632.50, together with reimbursement of disbursements in the amount of $3,316.68.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals; and (II) Granting Related Relief* [D.I. 223] and must be filed with the Clerk of the Bankruptcy Court and be served upon (*i*) the Debtors, EXP OldCo Winddown, Inc.; One Express Drive, Columbus, OH 43230, Attn: Laurel Krueger (LaKrueger@express.com); (*ii*) counsel to the Debtors (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Emily E. Geier, P.C. (emily.geier@kirkland.com) and Nicholas M. Adzima (nicholas.adzima@kirkland.com); (b) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654, Attn: Charles B. Sterrett (charles.sterrett@kirkland.com); (c) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 100, Wilmington, DE 19801, Attn: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com), and Alyssa M. Radovanovich (aradovanovich@klehr.com); and (d) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103, Attn: Morton R. Branzburg (mbranzburg@klehr.com); (*iii*) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: John Schanne (John.Schanne@usdoj.gov); (*iv*) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

lenders of the Debtors (a) Goldberg Kohn Ltd., 55 E. Monroe Street, Suite 3300, Chicago, IL 60603, Attn: Randall Klein (randall.klein@goldbergkohn.com), Dimitri G. Karcazes (dimitri.karcazes@goldbergkohn.com), Keith G. Radner (keith.radner@goldbergkohn.com), and Eva D. Gadzheva (eva.gadzheva@goldbergkohn.com) and (b) Richards Layton & Finger, 920 North King Street, Wilmington, DE 19801, Attn: John H. Knight (knight@rlf.com), Paul N. Heath (heath@rlf.com), and Alexander R. Steiger (steiger@rlf.com); (*v*) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (a) Ropes and Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606, Attn: Stephen L. Iacovo (Steven.Iacovo@ropesgray.com) and (b) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, DE 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); and (*vi*) counsel to the Official Committee of Unsecured Creditors, (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com) and (b) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801, Attn: Luke Murley (luke.murley@saul.com), so as to actually be received by or before **October 15, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application will be held on **October 29, 2024 at 9:30 a.m.** before the Honorable Karen B. Owens, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom 6, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE.

Dated: September 24, 2024

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com
nicholas.smargiassi@saul.com

-and-

Adam C. Rogoff (*admitted pro hac vice*)
Robert T. Schmidt admitted (pro hac vice)
Nathaniel Allard (admitted pro hac vice)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
nallard@kramerlevin.com

Counsel *to the Official Committee of Unsecured Creditors of EXP OldCo Winddown, Inc., et al.*