# **<u>EXHIBIT B</u>**

## Compensation by Project Category

### May 6, 2024 – July 31, 2024

| Task Code | Project Category | Total Hours | Total Fees[1] |
|---|---|---|---|
| 101 | Case Administration | 44.90 | $42,644.50 |
| 102 | Meetings/Communications with UCC Members & Advisors | 219.00 | $330,128.50 |
| 103 | Meetings/Communications with Debtors & Advisors | 35.80 | $52,200.00 |
| 104 | Motions, Adversary Proceedings & Contested Matters | 62.50 | $84,788.00 |
| 107 | Collateral Review | 7.60 | $8,074.00 |
| 108 | Cash Management and DIP Financing | 235.90 | $330,505.00 |
| 109 | Creditor Communications | 1.70 | $2,913.50 |
| 110 | Bar Date, Claims Administration and Objections | 4.50 | $6,900.00 |
| 111 | Sale Issues | 126.20 | $199,726.50 |
| 113 | Employee Matters | 1.30 | $1,969.00 |
| 114 | Executory Contracts and Unexpired Leases | 10.30 | $15,265.50 |
| 115 | SOFAs and Schedules | 3.80 | $5,816.50 |
| 116 | Hearings | 43.30 | $64,781.00 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | 122.50 | $184,408.50 |
| 119 | UCC Retention and Fee Matters | 105.40 | $85,598.00 |
| 120 | Debtor Retention and Fee Matters | 9.30 | $14,125.00 |
| 121 | Tax Matters | 9.80 | $14,682.00 |
| 122 | Non-Working Travel[2] | 3.00 | $2,782.50 |
| 124 | Vendor and Supplier Matters | 41.40 | $68,602.00 |
| 126 | Committee Investigation and Due Diligence | 39.30 | $56,424.00 |
| 127 | Avoidance Actions | 0.70 | $1,298.50 |
|  | **TOTAL** | **1128.20** | **$1573632.50** |

---

[1] Total compensation reflects a voluntary reduction of $140,030.50.

[2] Fees for non-working travel are billed at 50%.

## Compensation by Timekeeper

### May 6, 2024 – July 31, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[3] | Total Billed Hours | Total Compensation[4] |
|---|---|---|---|---|---|
| Fisher, David | 1985 | **Partner** Corporate (Since 2009) | $1,825 | 7.80 | $14,235.00 |
| Herzog, Barry | 1992 | **Partner** Tax (Since 2002) | $1,760 | 2.90 | $5,104.00 |
| Rogoff, Adam C. | 1989 | **Partner** Creditors' Rights (Since 2009) | $1,855 | 148.30 | $272,314.00 |
| Daniels, Elan | 2005 | **Counsel** Creditors' Rights (Since 2023) | $1,405 | 33.80 | $47,489.00 |
| Schmidt, Robert | 1990 | **Counsel** Creditors' Rights (Since 2021) | $1,730 | 227.10 | $392,883.00 |
| Allard, Nathaniel | 2013 | **Associate** Creditors' Rights (Since 2012) | $1,380 | 354.50 | $489,210.00 |
| Bello, Nancy | 2017 | **Associate** Creditors' Rights (Since 2018) | $1,350 | 18.80 | $25,380.00 |
| Citron, Andrew | 2018 | **Associate** Creditors' Rights (Since 2022) | $1,320 | 53.20 | $70,224.00 |
| Khvatskaya, Mariya | 2016 | **Associate** Tax (Since 2016) | $1,370 | 3.90 | $5,343.00 |
| Primm, Brian | 2023 | **Associate** Corporate (Since 2022) | $905 | 21.10 | $19,095.50 |
| Raskin, Evan | 2024 | **Associate** Creditors' Rights (Since 2023) | $780 | 82.50 | $64,350.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,350 | 88.70 | $119,745.00 |

---

[3] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024).

[4] Total compensation reflects a voluntary reduction of $140,030.50.

3

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[3] | Total Billed Hours | Total Compensation[4] |
|---|---|---|---|---|---|
| Abramowitz, Nathan | N/A | **Paralegal** Creditors' Rights (Since 2022) | $555 | 10.40 | $5,772.00 |
| Kane, Wendy | N/A | **Paralegal** Creditors' Rights (Since 2018) | $565 | 75.20 | $42,488.00 |
| **TOTAL** | | | | 1128.20 | $1573632.50 |

3