# **EXHIBIT C**

## Summary of Expenses

### May 6, 2024 – July 31, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Cab Fares | *See attached chart* | $675.00 |
| Lexis Online Research | Lexis | $249.61 |
| Meals/In-House | *See attached chart* | $178.65 |
| Meals/T & E | *See attached chart* | $6.93 |
| Out-of-Town Travel | Amtrak | $453.08 |
| Pacer Online Research | Pacer | $26.00 |
| Photocopying | Kramer Levin | $8.50 |
| Research Services | Kramer Levin | $252.00 |
| Telecommunication Charges | Loop Up | $117.25 |
| Transcript Fees | Reliable | $168.75 |
| Westlaw Online Research | Westlaw | $1,180.91 |
| **TOTAL** | | $3316.68 |

---

[1] Total expenses reflect a voluntary reduction of $2,213.82.

2

| **TRAVEL DETAIL** | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 05/21/2024 | Executive Charge | 1 | Office to home (working late on sale and retention issues) – N. Allard | $75.00 |
| 05/23/2024 | Executive Charge | 1 | Office to home (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| 05/24/2024 | Executive Charge | 1 | Office to home (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| 06/14/2024 | Uber | 1 | Travel to Sale Hearing – A. Rogoff | $53.08 |
| 06/14/2024 | Amtrak | 1 | Round-Trip Travel to/from Sale Hearing – A. Rogoff | $325.00 |
| 06/14/2024 | Uber | 1 | Travel to Sale Hearing – A. Rogoff | $75.00 |
| 06/7/2024 | Executive Charge | 1 | Office to home 5/28/24 (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| 06/7/2024 | Executive Charge | 1 | Office to home 5/30/24 (working late on sale and investigation issues) – N. Allard | $75.00 |
| 06/7/2024 | Executive Charge | 1 | Office to home 5/31/24 (working late on sale issues and communications with Committee) – N. Allard | $75.00 |
| 06/14/2024 | Executive Charge | 1 | Office to home 6/3/24 (working late on sale and retention issues and communications with Committee) – N. Allard | $75.00 |
| 06/14/2024 | Executive Charge | 1 | Office to home 6/4/24 (working late on DIP and sale issues and communications with Committee) – N. Allard | $75.00 |
| 06/21/2024 | Executive Charge | 1 | Office to home 6/12/24 (working late on sale issues) – N. Allard | $75.00 |
| **TOTAL** | | | | **$1128.08** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 05/06/2024 | Cook Eatery | 1 | Dinner (working late on Committee start up coordination and review of first day motions and proposed orders) – N. Allard | $20.00 |
| 05/07/2024 | Cook Eatery | 1 | Dinner (working late on Committee start up coordination and review of first day motions and proposed orders) – N. Allard | $16.85 |
| 05/09/2024 | Cook Eatery | 1 | Dinner (working late on review of first day motions and proposed orders and communications with Committee) – N. Allard | $20.00 |
| 05/09/2024 | Sharebite | 1 | Dinner (working late on DIP issues) – M. Wasson | $20.00 |
| 05/14/2024 | Karma Tasty Halal Food | 1 | Dinner (working late on preparation for Committee meeting and review of proposed final orders) – N. Allard | $11.30 |
| 05/16/2024 | Karma Tasty Halal Food | 1 | Dinner (working late on retention and vendor issues) – N. Allard | $11.30 |
| 05/21/2024 | Sharebite | 1 | Dinner (working late on DIP issues) – M. Wasson | $20.00 |
| 05/23/2024 | Cook Eatery | 1 | Dinner (working late on sale issues and communications with Committee) – N. Allard | $20.00 |
| 05/28/2024 | Café De Novo | 1 | Dinner (working late on sale issues and communications with Committee) – N. Allard | $9.74 |
| 06/03/2024 | Karma | 1 | Dinner (working late on retention application review and coordination with UCC) – N. Allard | $10.17 |
| 06/12/2024 | Cook Eatery | 1 | Dinner (working late on sale issues) – N. Allard | $19.29 |
| 06/14/2024 | Faber Store | 1 | Coffee (attend sale hearing in Delaware) – A. Rogoff | $2.89 |
| 06/14/2024 | Dunkin | 1 | Coffee (attend sale hearing in Delaware) – A. Rogoff | $4.04 |
| **TOTAL** | | | | **$185.58** |