5

# **<u>EXHIBIT D</u>**

5

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

Kramer Levin's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

| TITLE | Non-Bankruptcy Blended Hourly Rate ($) FY23 (US Offices) | Committee Blended Hourly Rate in Application ($) |
|---|---|---|
| Partner | $1,438 | $1,852 |
| Counsel | $1,376 | $1,690 |
| Special Counsel | $1,220 | n/a |
| Associate/Law Clerk | $985 | $1,276 |
| Paralegal | $427 | $563 |
| **Aggregate Blended Rate** | $1,116 | $1,393 |