# **EXHIBIT E**

## Budget

### May 6, 2024 – July 31, 2024

| Task Code | Project Category | Hours Budgeted | Fees Budgeted[11] | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 101 | Case Administration | 50 | $65,000 | 44.90 | $42,644.50 |
| 102 | Meetings/Communications with UCC Members and Advisors | 250 | $325,000 | 219.00 | $330,128.50 |
| 103 | Meetings/Communications with Debtors and Advisors | 50 | $65,000 | 35.80 | $52,200.00 |
| 104 | Motions, Adversary Proceedings & Contested Matters | 75 | $97,500 | 62.50 | $84,788.00 |
| 105 | Automatic Stay Matters | 10 | $13,000 | 0 | $0.00 |
| 106 | Business Operations | 20 | $26,000 | 0 | $0.00 |
| 107 | Collateral Review | 15 | $19,500 | 7.60 | $8,074.00 |
| 108 | Cash Management and DIP Financing | 250 | $325,000 | 235.90 | $330,505.00 |
| 109 | Creditor Communications | 25 | $32,500 | 1.70 | $2,913.50 |
| 110 | Bar Date, Claims Administration and Objections | 25 | $32,500 | 4.50 | $6,900.00 |
| 111 | Sale Issues | 200 | $260,000 | 126.20 | $199,726.50 |
| 112 | Corporate, Governance Matters | 10 | $13,000 | 0 | $0.00 |
| 113 | Employee Matters | 10 | $13,000 | 1.30 | $1,969.00 |
| 114 | Executory Contracts and Unexpired Leases | 25 | $32,500 | 10.30 | $15,265.50 |
| 115 | SOFAs and Schedules | 10 | $13,000 | 3.80 | $5,816.50 |
| 116 | Hearings | 50 | $65,000 | 43.30 | $64,781.00 |
| 117 | Insurance and Surety Matters | 10 | $13,000 | 0 | $0.00 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | 150 | $195,000 | 122.50 | $184,408.50 |
| 119 | UCC Retention and Fee Matters | 100 | $130,000 | 105.40 | $85,598.00 |
| 120 | Debtor Retention and Fee Matters | 15 | $19,500 | 9.30 | $14,125.00 |
| 121 | Tax Matters | 5 | $6,500 | 9.80 | $14,682.00 |
| 122 | Non-Working Travel | 10 | $13,000 | 3.00 | $2,782.50 |
| 123 | U.S. Trustee Issues | 5 | $6,500 | 0 | $0.00 |
| 124 | Vendor and Supplier Matters | 50 | $65,000 | 41.40 | $68,602.00 |
| 125 | Utilities Matters | 5 | $6,500 | 0 | $0.00 |
| 126 | Committee Investigation and Due Diligence | 50 | $65,000 | 39.30 | $56,424.00 |
| 127 | Avoidance Actions | 25 | $32,500 | 0.70 | $1,298.50 |

---

[11] Calculated using a blended rate of $1,300.

- 9 -

| Task Code | Project Category | Hours Budgeted | Fees Budgeted[11] | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| Totals | | 1500.00 | $1950000.00 | 1128.201128.20 | $1573632.50 |

## Staffing Plan

### May 6, 2024 – July 31, 2024

| Category of Timekeeper | Estimated Number of Timekeepers Expected to Work on Matter During the Budget Period | Range of Hourly Rate |
|---|---|---|
| Partner | 4 | $1,400-$2,000 |
| Counsel | 2 | $1,325-$1,915 |
| Special Counsel | 1 | $1,205-$1,550 |
| Associate | 7 | $780-$1,380 |
| Paralegal | 2 | $350-$650 |

Block DocID