# EXHIBIT A

**Summary of Blended Rate**

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate ||
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 2 | $653.00 | $633.24 |
| Junior Partners | 1 | $552.00 | $560.00 |
| Counsel | 1 | $565.00 | $520.00 |
| Senior Associates | 1 | $409.00 | $430.00 |
| Junior Associates | 1 | $336.00 | $300.00 |
| Paralegal | 0 | $284.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $269.00 | $286.04 |
| **Aggregated:** | | **$504.00** | **$487.72** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 24-1083 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 24, 2024 |
| Interim or Final: | Interim |