# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 73.0 | $46,500.00 | 68.1 | $37,690.00 |
| Business Operations | 11.0 | $5,500.00 | 10.8 | $5,670.00 |
| Case Administration | 63.0 | $39,000.00 | 59.6 | $28,984.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 9.0 | $4,500.00 | 4.0 | $2,076.00 |
| Committee Matters | 70.0 | $45,000.00 | 63.1 | $36,231.00 |
| Creditor Inquiries | 9.0 | $4,500.00 | 4.3 | $2,386.50 |
| Employee Benefits | 3.0 | $1,500.00 | 2.0 | $1,247.00 |
| Executory Contracts and Unexpired Leases | 13.0 | $6,500.00 | 8.4 | $5,375.00 |
| Fee/Employment Application (Saul Ewing) | 50.0 | $25,000.00 | 42.0 | $14,611.00 |
| Fee/Employment Applications (Other Professionals) | 60.0 | $32,500.00 | 75.0 | $31,019.50 |
| Financing and Cash Collateral | 55.0 | $35,000.00 | 48.4 | $26,550.50 |
| Lien Review | 170.0 | $80,000.00 | 104.8 | $54,081.50 |
| Litigation: Contested Matters and Adversary Proceedings | 16.0 | $8,000.00 | 12.2 | $6,162.50 |
| Plan and Disclosure Statement | 40.0 | $20,000.00 | 126.8 | $54,259.00 |
| Preparation for and Attendance at Hearing | 43.0 | $21,500.00 | 33.4 | $17,041.00 |
| Relief from Stay and Adequate Protection | 0.0 | $0.00 | 0.1 | $43.00 |
| Statement and Schedules | 6.0 | $3,000.00 | 1.2 | $774.00 |
| UST Reports, Meetings and Issues | 9.0 | $4,500.00 | 4.5 | $1,764.00 |
| Utilities | 3.0 | $1,500.00 | 1.1 | $709.50 |
| **TOTAL** | **703.0** | **$384,000.00** | **669.8** | **$326,675.50** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 24-1083 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 24, 2024 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 3 |
| Counsel | 1 |
| Associate | 2 |
| Paraprofessional | 1 |
| Other (Litigation, Support, Clerical) | 0 |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc.., *et al.* |
| Case Number: | 24-1083 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 24, 2024 |
| Interim or Final: | Interim |

52911989.3 09/24/2024