# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $365.00 |
| Filing Fees | Delaware District Court (pro hac motions) | $200.00 |
| Legal Research | Westlaw | $2,827.74 |
| Transcripts | Reliable Copy Services – DE | $603.85 |
| **TOTAL** | | **$3,996.59** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 24-1083 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 24, 2024 |
| Interim or Final: | Interim |

52911989.3 09/24/2024