# EXHIBIT D

**Budget and Staffing Plan**

**May 2024**

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Disposition | 35 | $22,500.00 |
| Business Operations | 5 | $2,500.00 |
| Case Administration | 45 | $30,000.00 |
| Claims Analysis, Objections, Etc. | 3 | $1,500.00 |
| Committee Matters | 30 | $20,000.00 |
| Creditor Inquiries | 3 | $1,500.00 |
| Employee Benefits and Pensions | 3 | $1,500.00 |
| Executory Contracts and Unexpired Leases | 3 | $1,500.00 |
| Fee/Employment Application (Saul Ewing) | 20 | $10,000.00 |
| Fee/Employment Applications (Other Professionals) | 20 | $10,000.00 |
| Financing and Cash Collateral | 45 | $30,000.00 |
| Lien Review | 15 | $7,500.00 |
| Litigation: Contested Matters and Adversary Proceedings | 3 | $1,500.00 |
| Non-Working Travel | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Preparation for and Attendance at Hearing | 20 | $10,000.00 |
| Statements and Schedules | 3 | $1,500.00 |
| UST Reports, Meetings and Issues | 3 | $1,500.00 |
| Utilities | 3 | $1,500.00 |
| **Total:** | **259** | **$154,500.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 3 | $510 per hour to $1,095 per hour |
| Counsel | 1 | $510 per hour to $725 per hour |
| Associate | 2 | $300 per hour to $540 per hour |
| Paraprofessional | 1 | $200 per hour to $430 per hour |
| Other (Litigation, Support, Clerical) | 0 | $150 per hour to $395 per hour |

-1-

-2-

**June 2024**

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Disposition | 35 | $22,500.00 |
| Business Operations | 3 | $1,500.00 |
| Case Administration | 15 | $7,500.00 |
| Claims Analysis, Objections, Etc. | 3 | $1,500.00 |
| Committee Matters | 30 | $20,000.00 |
| Creditor Inquiries | 3 | $1,500.00 |
| Employee Benefits and Pensions | 0 | $0.00 |
| Executory Contracts and Unexpired Leases | 5 | $2,500.00 |
| Fee/Employment Application (Saul Ewing) | 20 | $10,000.00 |
| Fee/Employment Applications (Other Professionals) | 25 | $15,000.00 |
| Financing and Cash Collateral | 5 | $2,500.00 |
| Lien Review | 70 | $35,000.00 |
| Litigation: Contested Matters and Adversary Proceedings | 10 | $5,000.00 |
| Non-Working Travel | 0 | $0.00 |
| Plan and Disclosure Statement | 20 | $10,000.00 |
| Preparation for and Attendance at Hearing | 20 | $10,000.00 |
| Statements and Schedules | 3 | $1,500.00 |
| UST Reports, Meetings and Issues | 3 | $1,500.00 |
| Utilities | 0 | $0.00 |
| **Total:** | **270** | **$147,500.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 3 | $510 per hour to $1,095 per hour |
| Counsel | 1 | $510 per hour to $725 per hour |
| Associate | 2 | $300 per hour to $540 per hour |
| Paraprofessional | 1 | $200 per hour to $430 per hour |
| Other (Litigation, Support, Clerical) | 0 | $150 per hour to $395 per hour |

-3-

**July 2024**

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Disposition | 3 | $1,500.00 |
| Business Operations | 3 | $1,500.00 |
| Case Administration | 3 | $1,500.00 |
| Claims Analysis, Objections, Etc. | 3 | $1,500.00 |
| Committee Matters | 10 | $5,000.00 |
| Creditor Inquiries | 3 | $1,500.00 |
| Employee Benefits and Pensions | 0 | $0.00 |
| Executory Contracts and Unexpired Leases | 5 | $2,500.00 |
| Fee/Employment Application (Saul Ewing) | 10 | $5,000.00 |
| Fee/Employment Applications (Other Professionals) | 15 | $7,500.00 |
| Financing and Cash Collateral | 5 | $2,500.00 |
| Lien Review | 85 | $37,500.00 |
| Litigation: Contested Matters and Adversary Proceedings | 3 | $1,500.00 |
| Non-Working Travel | 0 | $0.00 |
| Plan and Disclosure Statement | 20 | $10,000.00 |
| Preparation for and Attendance at Hearing | 3 | $1,500.00 |
| Statements and Schedules | 0 | $0.00 |
| UST Reports, Meetings and Issues | 3 | $1,500.00 |
| Utilities | 0 | $0.00 |
| **Total:** | **174** | **$82,000.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 1 | $510 per hour to $1,095 per hour |
| Counsel | 0 | $510 per hour to $725 per hour |
| Associate | 2 | $300 per hour to $540 per hour |
| Paraprofessional | 1 | $200 per hour to $430 per hour |
| Other (Litigation, Support, Clerical) | 0 | $150 per hour to $395 per hour |