**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 15, 2024 at 4:00 p.m. (ET)** <br> **Hearing Date: October 29, 2024 at 9:30 a.m. (ET)** |

**SUMMARY OF FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 7, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Province, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Period for which compensation and reimbursement is sought | May 7, 2024 through July 31, 2024 |
| Total compensation sought this period | $1,239,104.00 |
| Total expenses sought this period | $0.00 |
| Petition date | April 22, 2024 |
| Date of retention | May 7, 2024 |
| Date of order approving employment | June 25, 2024 |
| Total compensation approved by interim order to date | $0.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

| | |
|---|---|
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $742,468.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in this application for all professionals | $637.70 |
| Blended rate in this application for all timekeepers | $636.16 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $742,468.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 10 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 1 |
| Are rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

This is a:        ___ monthly              X  interim            ___ final application.

## MONTHLY FEE APPLICATIONS SUBJECT TO THIS APPLICATION

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 7/3/2024 Doc 570 | May 7, 2024 - May 31, 2024 | $458,320.00 | $0.00 | $366,656.00 | $0.00 |
| 7/29/2024 Doc 663 | June 1, 2024 - June 30, 2024 | $469,765.00 | $0.00 | $375,812.00 | $0.00 |
| 8/27/2024 Doc 746 | July 1, 2024 - July 31, 2024 | $311,019.00 | $0.00 | $0.00 | $0.00 |
| **Grand Total** | | **$1,239,104.00** | **$0.00** | **$742,468.00** | **$0.00** |

## PROVINCE PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,420.00 | 87.7 | $124,534.00 |
| Michael Robinson | Managing Director - Corporate Restructuring and Investment Banking since 2012. | $940 | 353.4 | $332,196.00 |
| Bill McMahon | Director - Risk management and business insurance. | $760 | 5.1 | $3,876.00 |
| Andrew Popescu | Senior Associate - Financial restructuring. | $610 | 61.4 | $37,454.00 |
| Kirsten Lee | Senior Associate - Financial and data analytics. | $580 | 396.4 | $229,912.00 |
| Andrew Popescu | Associate - Financial restructuring. | $580 | 244.5 | $141,810.00 |
| Kennet Mendez | Associate - Corporate Restructuring and Investment Banking since 2019. | $490 | 507.9 | $248,871.00 |
| Andy Zhang | Analyst | $440 | 153.8 | $67,672.00 |
| Mike Zhang | Analyst | $410 | 89.2 | $36,572.00 |
| Jameson Godsey | Analyst | $350 | 19.1 | $6,685.00 |
| Alex Byrne | Analyst | $340 | 20.7 | $7,038.00 |
| | **Subtotal** | | **1,939.2** | **$1,236,620.00** |
| | **Blended Rate for Professionals** | **$637.70** | | |

| Para Professionals | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Eric Mattson | Matter Manager | $300 | 5.4 | $1,620.00 |
| Laura Conn | Matter Administrator | $270 | 3.2 | $864.00 |
| | **Subtotal** | | **8.6** | **$2,484.00** |
| | | | Fee Statement Hours | Total Compensation |
| | **Grand Total** | | **1,947.8** | **$1,239,104.00** |
| | **Blended Rate for all Timekeepers** | **$636.16** | | |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 1,043.4 | $619,706.00 |
| Case Administration | 9.7 | $4,870.00 |
| Claims Analysis and Objections | 125.0 | $66,199.00 |
| Committee Activities | 365.9 | $269,919.00 |
| Court Filings | 55.6 | $33,976.00 |
| Court Hearings | 19.8 | $17,207.00 |
| Fee/Employment Applications | 15.3 | $7,327.00 |
| Financing Activities | 22.1 | $18,141.00 |
| Insurance | 9.6 | $6,486.00 |
| Litigation | 36.2 | $29,372.00 |
| Plan and Disclosure Statement | 50.9 | $39,446.00 |
| Sale Process | 194.3 | $126,455.00 |
| **Grand Total** | **1,947.8** | **$1,239,104.00** |

## EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---:|
| | | |
| **Total Expenses** | | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Objection Deadline: October 15, 2024 at 4:00 p.m. (ET)** **Hearing Date: October 29, 2024 at 9:30 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM MAY 7, 2024 THROUGH JULY 31, 2024</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "<u>Administrative Order</u>"), Province, LLC ("<u>Province</u>" or the "<u>Firm</u>"), financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), hereby submits its first interim fee application for allowance of compensation for professional services rendered and expenses incurred as financial advisor to the Committee during the period from May 7, 2024 through July 31, 2024 (the "<u>Application</u>"), and in support thereof respectfully represents:

By this Application, Province seeks an interim allowance of compensation in the amount of $1,239,104.00 and actual and necessary expenses in the amount of $0.00 for a total allowance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

of $1,239,104.00 and payment of the unpaid portion of such fees and expenses for the period May 7, 2024 through July 31, 2024 (the "First Interim Period").

Pursuant to Local Bankruptcy Rule 2016-2, this Application is supported by the Certification of Michael Robinson which is annexed hereto as **Exhibit A**. In support of this Application, Province respectfully represents as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and may be determined by the Bankruptcy Court. Province confirms its consent, pursuant to Bankruptcy Rule 7008 and Local Rule 9013-1(f), to the entry of a final order or judgment by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution

3. The statutory predicates for the relief requested herein are sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

### BACKGROUND

4. On April 22, 2024 (the "Petition Date"), the Debtors each filed their voluntary petitions with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating

their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108(a) of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases.

5.  May 3, 2024, pursuant to section 1102(a)(1) of the Bankruptcy Code, the Office of the United States Trustee for Region 3, District of Delaware (the "U.S. Trustee"), appointed the Committee. The following are the current members of the Committee: (i) Li & Fang (Trading) Limited; (ii) Manchu Times Fashion Limited; (iii) Jorge Chacon; (iv) Pacific Buying & Marketing Services, Ltd.; (v) Radial, Inc.; (vi) Motives International (Hong Kong) Limited and Motives International Limited; and (vii) The Macerich Company

6.  On May 7, 2024, the Committee selected Province as its proposed financial advisor.

7.  On May 14, 2024, the Court entered the Administrative Order, authorizing the Committee's professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement of expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may file monthly fee applications. If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. At three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

8.  The retention of Province, as financial advisor to the Committee, was approved effective as of May 7, 2024, by this Court's *Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective*

*as of May 7, 2024* [Docket No. 537], entered on June 25, 2024 (the "Retention Order"). The Retention Order authorized Province to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PROVINCE'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Monthly Fee Applications Covered Herein

9. The Monthly Fee Applications of Province for the Period from May 7, 2024 through July 31, 2024 have been filed and served pursuant to the Administrative Order.

10. On July 3, 2024, Province filed its *First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from May 7, 2024 Through May 31, 2024* [Docket No. 570] (the "First Monthly Fee Application") requesting $458,320.00 in fees and $0.00 in expenses. A Certificate of No Objection was filed for the First Monthly Fee Application on July 25, 2024 [Docket No. 645].

11. On July 29, 2024, Province filed its *Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from June 1, 2024 Through June 30, 2024* [Docket No. 663] (the "Second Monthly Fee Application") requesting $469,765.00 in fees and $0.00 in expenses. A Certificate of No Objection was filed for the Second Monthly Fee Application on August 20, 2024 [Docket No. 732].

12. On August 27, 2024, Province filed its *Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from July 1, 2024 Through July 31, 2024* [Docket No. 746] (the "Third Monthly Fee Application") requesting $311,019.00 in fees and

$0.00 in expenses. The deadline to object to the Third Monthly Fee Application is September 17, 2024.

13. The Monthly Fee Applications, which have been incorporated as if set forth herein, contain the detailed daily time logs describing the actual and necessary services provided by Province during part of the First Interim Period, as well as other detailed information required to be included in fee applications.

## **REQUESTED RELIEF**

14. By this Application, Province requests that the Court allow and approve payment of one hundred (100%) of the fees and expenses incurred by Province during the First Interim Period of May 7, 2024 through July 31, 2024.

15. At all relevant times, Province has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interests of the Debtors.

16. All services for which Province requests compensation were performed for or on the behalf of the Committee.

17. Province has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Province and any other person other than the employees of Province for the sharing of compensation to be received for services rendered in these cases.

18. The professional services and related expenses for which Province requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Province's professional responsibilities as financial

advisor for the Committee in these Chapter 11 cases. Province's services have been necessary and beneficial for the Committee in these Chapter 11 cases. Province's services have been necessary and beneficial to the Debtors and their estates, the Committee, creditors, and other parties in interest.

19. In accordance with the factors enumerated in §330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Province is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under the Bankruptcy Code. Moreover, Province has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Applications complies with such Rule and Order.

WHEREFORE, Province respectfully requests (i) approval of interim compensation in the amount of $1,239,104.00 and reimbursement of actual and necessary expenses in the amount of $0.00 for a total allowance of $1,239,104.00; (ii) payment of the outstanding amount of such sums; and (iii) such other and further relief as this Court may deem just and proper.

Dated: September 24, 2024                           PROVINCE, LLC

By: */s/Michael Robinson*
Michael Robinson, Managing Director
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: 702.685.5555
Email: mrobinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*