

### State of Louisiana
#### Department of Revenue

**JEFF LANDRY**
GOVERNOR

**RICHARD NELSON**
SECRETARY

September 18, 2024

Clerks Office
U S Bankruptcy Court
824 Market Street
5th Floor
Wilmington, DE 19801

Subject: Express, Inc.
        Case Number: 24-10831
        Account Number: 4566758-001
        Claim Date: 06/05/2024
        Claim Number: 420
        Amount: $37,319.62

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced pre-petition proof of claim filed by this department be withdrawn as all outstanding liabilities reflected in this claim have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

/s/ Michael Minor

Michael Minor
Revenue Tax Specialist
Bankruptcy Section
Louisiana Department of Revenue
Office Number: (225) 219-2255
Fax Number: (225) 219-2250

STRETTO
SEP 2 5 2024
RECEIVED



**LOUISIANA DEPARTMENT OF REVENUE**

PO BOX 201
BATON ROUGE LA  70821-0201

BATON ROUGE LA
19 SEP 2024 PM 1

US POSTAGE — PITNEY BOWES
ZIP 70802
02 4W
$ 000.69⁰
0000386274 SEP 19 2024

Claims Processing Center
c/o Stretto
410 Exchange, Ste 100
Irvine, CA 92602

92602-133125