# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>EXP OldCo Winddown, Inc. | **Chapter:** 11 |
| **EIN:** 26−2828128<br>Express Inc<br>Express Inc<br>Express Inc | **Case No.:** 24−10831−KBO<br><br>Claim No.* (if known): 1063<br>Amount (if known): $244,987.74 |

### NOTICE OF TRANSFER OF CLAIM

To Sandy Alexander Inc Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 9/20/2024, a Transfer of Claim was filed with this Court purporting to transfer to Cedar Glade LP, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Cedar Glade LP<br>600 Madison Ave, 17th FL<br>New York, NY 10022 |

Dated: 9/26/24

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-10831-KBO |
| EXP OldCo Winddown, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 14 |
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | EXP OldCo Winddown, Inc., One Express Drive, Columbus, OH 43230-1496 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: AR@SANDYALEXANDER.COM | Sep 24 2024 19:52:00 | Sandy Alexander Inc, 200 Entin Rd, Clifton, NJ 07014 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Steiger | on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyson M. Fiedler | on behalf of Creditor 31-01 Steinway LLC alyson.fiedler@icemiller.com john.acquaviva@icemiller.com;john.cannizzaro@icemiller.com;ryan.hibbard@icemiller.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |

Brad Dempsey
    on behalf of Creditor The Shops at NorthCreek LLC brad@dempseycounsel.com

Brian J. McLaughlin
    on behalf of Creditor Simon Property Group  Inc. brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian Michael Muchinsky
    on behalf of Creditor Bellevue Square  LLC bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com

Brian T. FitzGerald
    on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Carrie M. Brosius
    on behalf of Creditor Bath and Body Works Logistics Services LLC cmbrosius@vorys.com mdwalkuski@vorys.com

Carrie M. Brosius
    on behalf of Creditor Distribution Land Company  LLC cmbrosius@vorys.com, mdwalkuski@vorys.com

Christopher Martin Winter
    on behalf of Creditor NorthPark Partners  LP cmwinter@duanemorris.com

Curtis S. Miller
    on behalf of Interested Party Tanger Management  LLC csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel C. Kerrick
    on behalf of Creditor Monument Consulting Inc. dckerrick@dkhogan.com bankruptcy@gmlaw.com

Daniel N. Brogan
    on behalf of Creditor PREP Hillside Real Estate LLC dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Derek C. Abbott
    on behalf of Interested Party WHP Global dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine TopCo Winddown  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine California OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Operations OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor EXP OldCo Winddown  Inc. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Express Fashion Digital Services Costa Rica  S.R.L. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Tropic OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Finance OldCo Corp. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Logistics OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Holding OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti

Case 24-10831-KBO    Doc 869    Filed 09/26/24    Page 4 of 15

| District/off: 0311-1 | User: admin | Page 3 of 14 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

| | |
|---|---|
| Domenic E. Pacitti | on behalf of Debtor Project Pine Investments OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine GC OldCo LLC dpacitti@klehr.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Ector CAD don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Drew McGehrin | on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com |
| Dustin Parker Branch | on behalf of Creditor Henderson Ave Main Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Allstate Road (EDENS) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor YTC Mall Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Forbes Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Southlake Indiana LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Broward Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor WEA Palm Desert LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CVM Holdings LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Mainplace Shoppingtown LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Plaza West Covina LP branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor 659 West Diversey LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Franklin Park Mall LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Macerich Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CenterCal Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 14 |
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

Dustin Parker Branch
    on behalf of Creditor Vancouver Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Avalon North  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Acadia Gold Coast  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Atherton Mill (E&A)  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor AP Union II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Bridgewater Commons Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party WS/CIP II TAMPA OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Creditor Harbor East Parcel B-Retail  LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party W/S/M HINGHAM PROPERTIES LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party SEAPORT B/C RETAIL OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Emily Margaret Hahn
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Erin Powers Severini
    on behalf of Creditor WPG Legacy  LLC eseverini@fbtlaw.com

Ernie Zachary Park
    on behalf of Creditor Fashion Island Retail LLC ernie.park@bewleylaw.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Fred B. Ringel
    on behalf of Interested Party North Riverside Park Associates LLC fringel@leechtishman.com

Fred B. Ringel
    on behalf of Interested Party Causeway  LLC a/k/a Greater Lakeside Corp. fringel@leechtishman.com

Frederick Brian Rosner
    on behalf of Interested Party 173 Court Street Holdings LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
    on behalf of Creditor Campana 125 LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garvan F. McDaniel
    on behalf of Creditor CBL & Associates Management  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
    on behalf of Creditor Akamai Technologies Inc gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Gregg M. Galardi
    on behalf of Interested Party ReStore Capital  LLC, as Agent to the FILO Lenders gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Hiram Abif Gutierrez
    on behalf of Creditor Brownsville Independent School District  City of Mercedes edinburgbankruptcy@pbfcm.com

Case 24-10831-KBO    Doc 869    Filed 09/26/24    Page 6 of 15

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 14 |
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

James S. Carr
    on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jami B. Nimeroff
    on behalf of Creditor Roth Bros. Inc., d/b/a Sodexo jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
    on behalf of Creditor 31-01 Steinway LLC jnimeroff@brownnimeroff.com cjones@bmnlawyers.com

Jason A. Starks
    on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jeffrey Kurtzman
    on behalf of Creditor PREIT Services LLC kurtzman@kurtzmansteady.com

Jeffrey C. Wisler
    on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com

Jeffrey M. Carbino
    on behalf of Interested Party North Riverside Park Associates LLC jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
    on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jennifer V. Doran
    on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com calirm@haslaw.com

Joaquin Jose Alemany
    on behalf of Creditor Plaza las Americas Inc. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM

Joaquin Jose Alemany
    on behalf of Creditor Plaza del Caribe S.E. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM

Jody C. Barillare
    on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare
    on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare
    on behalf of Cred. Comm. Chair Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare
    on behalf of Interested Party Radial Commerce Inc. jody.barillare@morganlewis.com lori.gibson@morganlewis.com

John Henry Knight
    on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John Henry Schanne, II
    on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov

John Jeffery Rich
    on behalf of Creditor Madison County Alabama jrich@madisoncountyal.gov

John Kendrick Turner
    on behalf of Creditor City Of Allen john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Crowley ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Allen ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Northwest ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Frisco john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

District/off: 0311-1 — User: admin — Page 6 of 14
Date Rcvd: Sep 24, 2024 — Form ID: trclaim — Total Noticed: 2

| | |
|---|---|
| Jordan Williams | on behalf of Creditor Okta Inc. jordan.williams@blankrome.com |
| Joseph Charles Barsalona II | on behalf of Creditor Domain Northside Retail Property Owner LP jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph H Lemkin | on behalf of Creditor DDR Urban LP jlemkin@stark-stark.com |
| Joshua A Sussberg | on behalf of Debtor EXP OldCo Winddown  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Julie Anne Parsons | on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Justin Cory Falgowski | on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com |
| Karen C. Bifferato | on behalf of Creditor TrueSource LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor W-LD Legends Owner VII  L.L.C. kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor BP Prucenter Acquisition LLC kbifferato@connollygallagher.com |
| Kevin M. Capuzzi | on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin Scott Mann | on behalf of Creditor Stored Value Solutions kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kiah T Ford, IV | on behalf of Creditor AP Newbury Street Portfolio #1  LLC chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP 1519-1521 Walnut St.  LP chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP Washington  LLC chipford@parkerpoe.com |
| Laura J. Monroe | on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com  krobertson@ecf.inforuptcy.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Laurel D. Roglen | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Atherton Mill (E&A)  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor 659 West Diversey  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor WEA Palm Desert  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Parkway Mall  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |

District/off: 0311-1 User: admin Page 7 of 14
Date Rcvd: Sep 24, 2024 Form ID: trclaim Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor CenterCal Properties LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Belden Mall LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Allstate Road (EDENS) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Broward Mall LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor YTC Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza West Covina LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Southlake Indiana LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Bridgewater Commons Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRG Lansing Eastwood LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Avalon North LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Macerich Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CVM Holdings LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza las Americas Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Forbes Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza del Caribe S.E. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Franklin Park Mall LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Vancouver Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Mainplace Shoppingtown LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Gold Coast LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UE Bergen Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Henderson Ave Main Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor AP Union II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor 659 West Diversey LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Mainplace Shoppingtown LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor MetroNational Corporation heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Broward Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Allstate Road (EDENS) LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |

District/off: 0311-1 User: admin Page 8 of 14
Date Rcvd: Sep 24, 2024 Form ID: trclaim Total Noticed: 2

| | |
|---|---|
| Leslie C. Heilman | on behalf of Creditor AP Union II LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor UE Bergen Mall Owner LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Belden Mall LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Bridgewater Commons Mall II LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor WEA Palm Desert  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Plaza West Covina LP heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CVM Holdings LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Henderson Ave Main Owner LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor KRE Colonie Owner LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CenterCal Properties  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Vancouver Mall II LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Forbes Company heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Gold Coast  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Parkway Mall  LP heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Second City 843-45 West Armitage LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor RREEF America REIT II Corp. HH heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Avalon North  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor YTC Mall Owner LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Franklin Park Mall  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Atherton Mill (E&A)  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Centennial Real Estate Company LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Southlake Indiana LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Louis F. Solimine | on behalf of Interested Party SRE Ontario  LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party SRE Hawkeye  LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party Corpus Christi Retail Venture LP louis.solimine@thompsonhine.com |

Case 24-10831-KBO    Doc 869    Filed 09/26/24    Page 10 of 15

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 9 of 14 |
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

| | |
|---|---|
| Louis F. Solimine | Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| | on behalf of Interested Party OKC Outlets I LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis T. DeLucia | |
| | on behalf of Creditor 31-01 Steinway LLC louis.delucia@icemiller.com john.acquaviva@icemiller.com |
| Lucian Borders Murley | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors luke.murley@saul.com robyn.warren@saul.com |
| Marc Justin Kurzman | |
| | on behalf of Creditor Campana 125 LLC Mkurzman@carmodylaw.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Avalon North LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Acadia Gold Coast LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor The Forbes Company vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Vancouver Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Allstate Road (EDENS) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Star-West Franklin Park Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Southlake Indiana LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Bridgewater Commons Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Broward Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor YTC Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Henderson Ave Main Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor WEA Palm Desert LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor 659 West Diversey LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Belden Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Atherton Mill (E&A) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor CVM Holdings LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor AP Union II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor The Macerich Company vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Star-West Parkway Mall LP vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Plaza West Covina LP vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor CenterCal Properties LLC vesperm@ballardspahr.com |

District/off: 0311-1         User: admin                          Page 10 of 14
Date Rcvd: Sep 24, 2024      Form ID: trclaim                     Total Noticed: 2

| | |
|---|---|
| Margaret A. Vesper | on behalf of Creditor UE Bergen Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Mainplace Shoppingtown LLC vesperm@ballardspahr.com |
| Mark Frankel | on behalf of Interested Party 173 Court Street Holdings LLC mfrankel@bfklaw.com |
| Mark A Salzberg | on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party Gordon Brothers Retail Partners LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Melissa E. Valdez | on behalf of Creditor Humble Independent School District et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Michael David DeBaecke | on behalf of Creditor Bath and Body Works Logistics Services LLC mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | on behalf of Creditor Distribution Land Company LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael Joseph Joyce | on behalf of Creditor EKFH LLC mjoyce@mjlawoffices.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine GC OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Investments OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine TopCo Winddown LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor EXP OldCo Winddown Inc. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine California OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Tropic OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Logistics OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Finance OldCo Corp. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Holding OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Operations OldCo LLC myurkewicz@klehr.com |
| Michelle McMahon | on behalf of Creditor Annjoy Imports LLC mmcmahon@cullenllp.com |
| Michelle McMahon | on behalf of Creditor G&L Building Corp. mmcmahon@cullenllp.com |
| Michelle E. Shriro | |

| | |
|---|---|
| | on behalf of Creditor RED Development LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Morton R. Branzburg | |
| | on behalf of Debtor EXP OldCo Winddown Inc. mbranzburg@klehr.com, jtaylor@klehr.com |
| Nicholas Smargiassi | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Acadia Gold Coast LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor KRE Colonie Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor UE Bergen Mall Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Belden Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor WEA Palm Desert LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Bridgewater Commons Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Star-West Franklin Park Mall LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Federal Realty OP LP brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Broward Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Henderson Ave Main Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Vancouver Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor CenterCal Properties LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Atherton Mill (E&A) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Star-West Parkway Mall LP brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Mainplace Shoppingtown LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor The Forbes Company brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor 659 West Diversey LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor CVM Holdings LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Southlake Indiana LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Plaza West Covina LP brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Allstate Road (EDENS) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor AP Union II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Avalon North LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor The Macerich Company brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Randall L. Klein | |
| | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent randall.klein@goldbergkohn.com, |

Case 24-10831-KBO    Doc 869    Filed 09/26/24    Page 13 of 15

| District/off: 0311-1 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

|  |  |
|---|---|
|  | kristina.bunker@goldbergkohn.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Richard W. Riley | on behalf of Creditor BDC Shay Retail LLC rriley@wtplaw.com clano@wtplaw.com |
| Richard W. Riley | on behalf of Creditor White Flint Associates LLC rriley@wtplaw.com, clano@wtplaw.com |
| Robert L. LeHane | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert M. Hirsh | on behalf of Interested Party Lever Style Limited robert.hirsh@nortonrosefulbright.com jrenert@lowenstein.com |
| Robert T Schmidt | on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Ronald E Gold | on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com |
| Sabrina L. Streusand | on behalf of Creditor Bazaarvoice Inc., as successor-in-interest for Granify (USA) Inc. streusand@slollp.com, prentice@slollp.com |
| Sabrina L. Streusand | on behalf of Creditor EMC Corporation streusand@slollp.com prentice@slollp.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott Alan Zuber | on behalf of Creditor Liberty Mutual Insurance Company szuber@csglaw.com ecf@csglaw.com |
| Shannon Dougherty Humiston | on behalf of Interested Party Lever Style Limited shumiston@mccarter.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Stephan E. Hornung | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited stephan.hornung@morganlewis.com |
| Stephan E. Hornung | on behalf of Interested Party Radial Commerce Inc. stephan.hornung@morganlewis.com |
| Susan E. Kaufman | on behalf of Interested Party Brookfield Retail Properties Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Keystone-Florida Property Holding Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor WPG Legacy LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Turnberry Associates skaufman@skaufmanlaw.com |
| Susan R Fuertes | on behalf of Creditor Harris County et al susan.fuertes@harriscountytx.gov, vriana.portillo@harriscountytx.gov;jo.falcon@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Harris County ID #01 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor c/o Tara L. Grundemeier houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |

Case 24-10831-KBO    Doc 869    Filed 09/26/24    Page 14 of 15

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 13 of 14 |
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

| | |
|---|---|
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Thomas Onder | on behalf of Creditor DDR Urban LP tonder@stark-stark.com ereid@stark-stark.com |
| Thomas Joseph Francella, Jr. | on behalf of Creditor Liberty Mutual Insurance Company TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com |
| Tiffany Strelow Cobb | on behalf of Creditor Bath and Body Works Logistics Services LLC tscobb@vorys.com mdwalkuski@vorys.com |
| Tiffany Strelow Cobb | on behalf of Creditor Distribution Land Company  LLC tscobb@vorys.com, mdwalkuski@vorys.com |
| Tracy Lee Klestadt | on behalf of Creditor Manchu Times Fashion Ltd. tklestadt@klestadt.com |
| Turner Falk | on behalf of Creditor Committee Official Committee of Unsecured Creditors turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | on behalf of Creditor BSS Creative Groupe  Inc. whazeltine@sha-llc.com |
| William F. Taylor, Jr | on behalf of Creditor Orange & Rockland Utilities  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Colonial Gas Cape Cod wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Narragansett Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |

Case 24-10831-KBO    Doc 869    Filed 09/26/24    Page 15 of 15

| District/off: 0311-1 | User: admin | Page 14 of 14 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: trclaim | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Nstar Gas Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor NStar East Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com  clano@whitefordlaw.com |

TOTAL: 335