Takihyo Co., Ltd.
21 W. 38th Street
New York, NY 10018
(212) 944-4834

RECEIVED

2024 SEP 18  AM 10: 30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

September 5, 2024

Clerk, United States Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington, DE 19801

    Re:    Express, Inc. *et al.*, Debtors
             Case No. 24-10831 (KBO) (Jointly Administered)
            <u>Withdrawal of Proof of Claim No. 1231</u>

Dear Clerk of Court:

    Please withdraw of record the proof of claim filed by the undersigned company, Takihyo Co., Ltd., against Express BNBS Fashion, LLC, on July 10, 2024, in the amount of $90,616.80, claim no. 1231. The proof of claim was filed electronically with Stretto, by our out-of-state attorney, Alec P. Ostrow, who lacks electronic filing privileges with this Court.

                Respectfully submitted,

                TAKIHYO CO., LTD.

                By: _____
                    Takashi Yamada, Director

4884-9970-5822 v.1