# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**FIRST INTERIM FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM APRIL 22, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through July 31, 2024 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $622,781.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $6,487.03 |
| Total Interim Fees and Expenses sought: | $629,268.03 |
| Total Compensation Approved by Interim Order to Date: | N/A |

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

| | |
|---|---|
| Total Expenses Approved by Interim Order to Date: | N/A |
| Total Compensation Paid to Date for this period: | $498,224.80 |
| Total Expenses Paid to Date for this period: | $6,487.03 |
| Blended Rate in this Application for all Attorneys: | $679.48 |
| Blended Rate in this Application for all timekeepers: | $626.79 |
| Compensation sought in this Application already paid pursuant to monthly compensation order but not yet allowed: | $498,224.80 |
| Expenses sought in this Application already paid pursuant to monthly compensation order but not yet allowed: | $6,487.03 |
| Number of Professionals included in this Application: | 12 |
| Number of Professionals billing fewer than 15 hours to the case during this period: | 2 |
| Are any rates higher than those approved or disclosed at retention? | No |
| This is a(n): | ___ Monthly  ✓ Interim  ___ Final Application |

This is the first interim fee application filed in this case.

## PRIOR APPLICATIONS

| Prior Applications: | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed 6/11/2024 DI No. 437 CNO DI No. 585 Filed 7/8/2024 | 4/22/2024-5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |
| Second Monthly Filed 7/23/2024 DI No. 640 CNO DI No. 724 Filed 8/14/2024 | 6/1/2024-6/30/2024 | $140,286.00 | $2,867.24 | $112,228.80 | $2,867.24 | $28,057.20 |
| Third Monthly Filed 8/23/2024 DI No. CNO DI No. Filed | 7/1/2024-7/31/2024 | $200,041.50 | $1,041.10 | $160,033.20 | $1,041.10 | $40,008.30 |
| **TOTAL:** | | **$622,781.00** | **$6,487.03** | **$498,224.80** | **$6,487.03** | **$124,556.20** |

11125283.v1

**TIME AND COMPENSATION BREAKDOWN**
**APRIL 22, 2024 THROUGH JULY 31, 2024**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Morton R. Branzburg | Bankruptcy & Restructuring Founding Partner Admitted to Bar 1976 | $925.00 | 19.10 | $17,667.50 |
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 281.80 | $239,530.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 264.10 | $171,665.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $570.00 | 72.80 | $41,496.00 |
| Catherine V. Wigglesworth | Litigation Partner Admitted to Bar 2012 | $570.00 | 82.70 | $47,139.00 |
| C. Quincy Conrad | Litigation Associate Admitted to Bar 2019 | $475.00 | 17.30 | $8,217.50 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 30.00 | $13,050.00 |
| Benjamin Fischer | Bankruptcy & Restructuring Associate Admitted to Bar 2024 | $435.00 | 53.10 | $23,098.50 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $415.00 | 15.40 | $6,391.00 |
| Ciera S. Bennett | Litigation Paralegal | $375.00 | 8.60 | $3,225.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 148.70 | $51,301.50 |
| **TOTALS** | | | 993.60 | **$622,781.00** |
| **BLENDED RATE** | | | | **$626.79** |

11125283.v1

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 22, 2024 THROUGH JULY 31, 2024**

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Asset Disposition | AD | 32.90 | $25,992.50 |
| Assumption and Rejection of Leases and Contracts | AL | 45.70 | $26,701.00 |
| Business Operations | BU | 9.50 | $7,377.00 |
| Claims Administration and Objections | CB | 9.30 | $5,404.50 |
| Case Administration | CS | 281.20 | $163,224.00 |
| Employment and Fee Applications | EF | 74.70 | $44,387.50 |
| Financing and Cash Collateral | FI | 32.10 | $23,258.00 |
| Litigation: Contested Matters and Adversary Proceedings | LC | 382.70 | $239,526.00 |
| Meetings and Communications with Creditors | MC | 7.00 | $4,141.50 |
| Plan and Disclosure Statement | PD | 90.60 | $63,779.50 |
| Reporting | RG | 26.20 | $17,829.50 |
| Relief from Stay and Adequate Protection | RS | 1.70 | $1,160.00 |
| **TOTAL** | | **993.60** | **$622,781.00** |

11125283.v1

**EXPENSE SUMMARY**
**APRIL 22, 2024 THROUGH JULY 31, 2024**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---:|
| Filing Fees-Delaware Bankruptcy Court and District Court | $550.00 |
| Meals | $388.89 |
| Pacer | $732.90 |
| Postage | $2.35 |
| Special Copy-Reliable | $4,812.89 |
| **TOTAL** | **$6,487.03** |

11125283.v1

**C-1**
**BUDGET FOR THE PERIOD**
**APRIL 22, 2024 THROUGH JULY 31, 2024**
**KLEHR HARRISON HARVEY BRANZBURG LLP**

| Matter Code | Project Category Description | Hours[2] Budgeted | Actual Hours | Total Compensation Budgeted | Actual Compensation |
|---|---|---|---|---|---|
| Bankruptcy Proceedings | | | | | |
| AD | Asset Disposition | 50 | 32.90 | $35,000.00 | $25,992.50 |
| AL | Assumption/Rejection of Leases and Contracts | 50 | 45.70 | $35,000.00 | $26,701.00 |
| CB | Claims Administration and Objections | 50 | 9.30 | $35,000.00 | $5,404.50 |
| CS | Case Administration | 500 | 281.20 | $300,000.00 | $163,224.00 |
| EF | Employment & Fee Applications | 100 | 74.70 | $70,000.00 | $44,387.50 |
| MC | Meetings & Communications with Creditors | 25 | 7.00 | $17,500.00 | $4,141.50 |
| PD | Plan and Disclosure Statement | 100 | 90.60 | $70,000.00 | $63,779.50 |
| RS | Relief from Stay and Adequate Protection | 25 | 1.70 | $17,500.00 | $1,160.00 |
| Operational Issues | | | | | |
| BU | Business Operations | 25 | 9.50 | $17,500.00 | $7,377.00 |
| FI | Financing/Cash Collateral | 50 | 32.10 | $35,000.00 | $23,258.00 |
| RG | Reporting | 50 | 26.20 | $35,000.00 | $17,829.50 |
| Adversarial Matters | | | | | |
| LC | Litigation/Adversary Proceedings/Contested Matters | 500 | 382.70 | $300,000.00 | $239,526.00 |
| | **TOTAL** | **1525.00** | **993.60** | **$967,500.00** | **$622,781.00** |

---

[2] Budget reflects period through July 2024

11125283.v1

**C-2**
**STAFFING PLAN FOR THE PERIOD**
**APRIL 22, 2024 THROUGH JULY 31, 2024**
**KLEHR HARRISON HARVEY BRANZBURG LLP**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Number of Timekeepers Actually Worked on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|---|
| Partner | 5 | 5 | $713.00 |
| Counsel | 0 | 0 | N/A |
| Associate | 5 | 4 | $440.00 |
| Paralegal | 2 | 2 | $360.00 |
| **Total** | **12** | **11** | **$549.54** |

**C-3**
**CUSTOMARY AND COMPARABLE**
**COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**
**KLEHR HARRISON HARVEY BRANZBURG LLP**

| Category of Timekeeper | Blended Hourly in comparable practice areas[3] | Blended Hourly Firm-wide[4] | Blended Hourly Rate for this Case |
|---|---|---|---|
| Partner | $687.00 | $602.00 | $718.24 |
| Counsel | $468.00 | $475.00 | N/A |
| Associate | $410.00 | $384.00 | $438.31 |
| Paralegal | $342.00 | $289.00 | $346.64 |
| All Timekeepers | $602.00 | $509.00 | $626.80 |

---

[3] Klehr Harrison's hourly rates for complex bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Klehr Harrison's hourly rates for bankruptcy services are comparable to the rates charged by the firm for other complex corporate, real estate, tax, and litigation matters. This column reflects the blended hourly rates charged by the firm for the services performed for the 6-month period ending June 30, 2024 in comparable practice areas.

[4] This column reflects the blended hourly rates charged by the firm for the services performed for the 6-month period ending June 30, 2024 in all practice areas which include discounted, contingent, or fixed rate practice areas and excludes the Bankruptcy and Restructuring group.

11125283.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM APRIL 22, 2024 THROUGH JULY 31, 2024**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to EXP OldCo Winddown, Inc., and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its first interim application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from April 22, 2024 through July 31, 2024. In support hereof, Klehr Harrison respectfully represents as follows:

**I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT**

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.  BACKGROUND

2. On April 22, 2024, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On May 3, 2024, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order").

5. On June 4, 2024, this Court entered an *Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from April 22, 2024 through July 31, 2024 (the "Compensation Period"), totaling 993.60 hours of professional time.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $622,781.00. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtor in the sum of $6,487.03 during the Compensation Period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $622,781.00 in fees and $6,487.03 in expenses, for a total of $629,268.03.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (i) approval and allowance of full compensation for necessary and valuable professional services rendered to the Debtors in the sum of $622,781.00 and reimbursement of actual and necessary expenses incurred in the sum of $6,487.03 for the period from April 22, 2024 through July 31, 2024 (collectively, the "Fee Applications"); (ii) authorization for the Debtors to pay the full amounts requested in the Fee Applications, including the 20% holdback of fees as provided in the Administrative Order; and (iii) such other relief as this Court deems just and proper.

*[Signature Page to Follow]*

Dated: October 2, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> Alyssa M. Radovanovich (DE Bar No. 7101) <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone:  (302) 426-1189 <br> Facsimile:   (302) 426-9193 <br> Email:  dpacitti@klehr.com <br> myurkewicz@klehr.com <br> aradvanovich@klehr.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Emily E. Geier, P.C. (admitted *pro hac vice*) <br> Nicholas M. Adzima (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:  (212) 446-4800 <br> Facsimile:   (212) 446-4900 <br> Email:  joshua.sussberg@kirkland.com <br> emily.geier@kirkland.com <br> nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone:  (215) 569-3007 <br> Facsimile:   (215) 568-6603 <br> Email:  mbranzburg@klehr.com | Charles B. Sterrett (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone:  (312) 862-2000 <br> Facsimile:   (312) 862-2200 <br> Email:  charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing *First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from April 22, 2024 through July 31, 2024* and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11125283.v1

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8. The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2024                /s/ Domenic E. Pacitti
                                           Domenic E. Pacitti (DE Bar No. 3989)

11125283.v1