**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: October 24, 2024 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: October 29, 2024 at 9:30 a.m. (ET)** |

**COVER SHEET FOR FIRST INTERIM FEE APPLICATION OF
ERNST & YOUNG LLP AS TAX SERVICES PROVIDER TO THE DEBTORS FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
APRIL 22, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | June 4, 2024 *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through July 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $242,687.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n) monthly ____ **X** interim ____ final application.  No prior application has been filed with respect to this Fee Period.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## SUMMARY OF APPLICATIONS

| Date Filed | Period Covered | Fees | Expenses | 80% Requested | CNO Filed |
|---|---|---|---|---|---|
| 7/23/24 | 4/22/24 – 5/31/24 | $103,160.00 | $0.00 | $82,528.00 | 8/14/24 |
| 7/23/24 | 6/1/24 – 6/30/24 | $91,575.00 | $0.00 | $73,260.00 | 8/14/24 |
| 9/10/24 | 7/1/24 – 7/31/24 | $47,952.00 | $0.00 | $38,361.60 | None filed |
| **Totals** | | **$242,687.00** | **$0.00** | **$194,149.60** | |

**SUMMARY OF BILLING BY PROFESSIONAL**
**APRIL 22, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Last Name | First Name | Rank | Hours | Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Christensen | Bryon | Partner/Principal | 0.6 | $1,450.00 | $870.00 |
| Wang | Franny | Partner/Principal | 2.0 | $1,450.00 | $2,900.00 |
| Leightman | Michael | Partner/Principal | 0.5 | $1,450.00 | $725.00 |
| Sapir | Eric | Executive Director | 16.1 | $1,350.00 | $21,735.00 |
| Prescott | Matt | Executive Director | 1.6 | $1,350.00 | $2,160.00 |
| Ericson | Molly | Executive Director | 20.1 | $1,350.00 | $27,135.00 |
| Warner-Isidore | Nesia | Senior Manager | 1.0 | $1,050.00 | $1,050.00 |
| Hsiao | Elicia | Manager | 31.5 | $940.00 | $29,610.00 |
| Yang | Benjamin | Manager | 3.1 | $940.00 | $2,914.00 |
| Ogea | Phil | Manager | 0.5 | $940.00 | $470.00 |
| Witt | Khendra | Senior | 98.3 | $660.00 | $64,878.00 |
| Beckley | Lindsey | Staff | 2.0 | $440.00 | $880.00 |
| Patel | Max | Staff | 1.3 | $440.00 | $572.00 |
|  |  |  |  |  |  |
| Grande | Carl | Partner/Principal | 1.0 | $1,450.00 | $1,450.00 |
| Nolan | Bill | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Cagnina | Christine | Executive Director | 15.0 | $1,350.00 | $20,250.00 |
| Nicolas | Karl | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Weden | Marcus | Executive Director | 0.7 | $1,350.00 | $945.00 |
| Crockett | Matt | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Wasser | Michael | Executive Director | 0.5 | $1,350.00 | $675.00 |
| Mitchell | Traci | Executive Director | 2.8 | $1,350.00 | $3,780.00 |
| Schmutter | David | Executive Director | 1.0 | $1,350.00 | $1,350.00 |
| Prescott | Matt | Executive Director | 0.4 | $1,350.00 | $540.00 |
| Funderburk | Tom | Executive Director | 0.5 | $1,350.00 | $675.00 |
| Hines | Chip | Senior Manager | 1.0 | $1,050.00 | $1,050.00 |
| Corts | Edward | Senior Manager | 1.2 | $1,050.00 | $1,260.00 |
| Kotanchiyev | Georgiy | Senior Manager | 0.5 | $1,050.00 | $525.00 |
| Barnes | Jason | Senior Manager | 0.8 | $1,050.00 | $840.00 |
| Eleniewski | Joe | Senior Manager | 0.5 | $1,050.00 | $525.00 |
| Gatt | Katie | Senior Manager | 30.4 | $1,050.00 | $31,920.00 |
| Keefe | Michael | Senior Manager | 0.2 | $1,050.00 | $210.00 |
| Wehr | Robert | Senior Manager | 1.5 | $1,050.00 | $1,575.00 |
| Lopatka | Aurianne | Senior Manager | 1.3 | $1,050.00 | $1,365.00 |
| Purcell | Evan | Senior Manager | 5.5 | $1,050.00 | $5,775.00 |
| Stamper | Jace | Senior Manager | 1.2 | $1,050.00 | $1,260.00 |
| Redden | Colleen | Manager | 0.5 | $940.00 | $470.00 |
| McPhail | Ashley | Manager | 0.7 | $940.00 | $658.00 |

| Last Name | First Name | Rank | Hours | Rate | Total Individual Fees |
|-----------|------------|------|-------|------|----------------------|
| Litwinowicz | James | Manager | 1.0 | $940.00 | $940.00 |
| | | | | | |
| Ingram | Connie | Manager | 10.0 | $470.00 | $4,700.00 |
| **Total** | | | **259.8** | | **$242,687.00** |

**Blended Hourly Rate:  $934.13**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**APRIL 22, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Time Category | Category Description | Total Hours | Total Fees |
|---|---|---:|---:|
| Federal Bankruptcy | Federal tax consulting associated with the bankruptcy. | 178.6 | $155,899.00 |
| Indirect Bankruptcy | Indirect tax consulting associated with the bankruptcy. | 71.2 | $82,088.00 |
| Preparation of Fee Application | Prepare fee applications consistent with Court requirements. | 10.0 | $4,700.00 |
| **Total** | | **259.8** | **$242,687.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: October 24, 2024 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: October 29, 2024 at 9:30 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF ERNST & YOUNG LLP
AS TAX SERVICES PROVIDER TO THE DEBTORS FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM APRIL 22, 2024 THROUGH AND INCLUDING JULY 31, 2024**

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 223] (the "Interim Compensation Order"), Ernst & Young LLP ("EY LLP") hereby files this First interim fee application (this "Application"), for allowance of compensation for professional services performed by EY LLP during the period commencing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

April 22, 2024 through and including July 31, 2024 (the "<u>Fee Period</u>").  In support of the Interim

Fee Application, EY LLP respectfully states as follows:

<b><u>Background</u></b>

1.      On April 22, 2024 (the "<u>Petition Date</u>"), the Debtors filed with the United States

Bankruptcy Court for the District of Delaware (the "<u>Court</u>") voluntary petitions for relief under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified,

the "<u>Bankruptcy Code</u>").  The Debtors continue to operate their businesses and manage their

properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On July 4, 2024, the Court entered the *Order (I) Authorizing the Employment and*

*Retention of Ernst & Young LLP As Tax Services Provider Effective as of the Petition Date, and (II)*

*Granting Related Relief*, [D.I. 408] (the "<u>Retention Order</u>") authorizing the retention and

employment of EY LLP as the Debtors' tax services provider, effective as of April 22, 2024.

<b><u>Relief Requested</u></b>

3.      By this Interim Fee Application and in accordance with the Interim Compensation

Order, EY LLP makes this application for (i) allowance of compensation in the amount of

$242,687.00 for reasonable and necessary professional services rendered, and (ii) payment of

$0.00 for actual and necessary expenses incurred.

<b>a.  Compensation Requested</b>

4.      The services performed by EY LLP during the Fee Period included tax services

approved pursuant to the Retention Order.  Attached hereto as **<u>Exhibit A</u>** is a detailed itemization,

by project category, of all services performed by EY LLP with respect to the Chapter 11 Cases

during the Fee Period.  This detailed itemization complies with Local Rule 2016-2 in that each

time entry contains a separate time allotment, a description of the type of activity and the subject

matter of the activity, all time is billed in tenth-hour increments, time entries are presented chronologically in categories, and all meetings are individually identified.

5.     The timekeepers who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual, the position of each individual, and a description of the specific tasks performed by each individual.  All services for compensation were performed for, or on behalf of, the Debtors.

### b.  Expense Reimbursement

6.     EY LLP incurred out-of-pocket expenses during the Fee Period in the amount of $0.00.

### Valuation of Services

7.     Professionals of EY LLP have expended a total of 259.8 hours in connection with this matter during the Fee Period.

8.     The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in **Exhibit A**.  The rates charged are EY LLP's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by EY LLP for the Fee Period as tax services provider for the Debtors in the chapter 11 cases is $242,687.00.

9.     EY LLP believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexities of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## Certificate of Compliance and Waiver

11.     The undersigned representative of EY LLP certifies that she has reviewed the requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies with such rule.  To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, EY LLP believes that such deviations are not material and respectfully requests that any such requirements be waived.

## Notice and No Prior Requests

12.     Notice of this Application has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; and (c) all parties required to be given notice in the Interim Compensation Order.  EY LLP submits that no other or further notice is necessary.

13.     No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

WHEREFORE, EY LLP respectfully requests that the Bankruptcy Court (i) approve the Interim Fee Application and (ii) grant such further relief as is just and proper.


October 3, 2024                                  */s/ Molly Ericson*
                                                 Molly Ericson
                                                 Managing Director
                                                 Ernst & Young LLP

**Exhibit A**

**Detailed Time Entries**

**FEDERAL BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Molly Ericson | Executive Director | 31 May 2024 | Federal Bankruptcy | Email communications with client (Michael Sodl and Leanne Ikeda) and customs specialists to set up discussion regarding same. | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 31 May 2024 | Federal Bankruptcy | Reviewing documentation and creating the gain and loss model to estimate the potential tax liability associated with the proposed sale. | 8.0 | $660.00 | $5,280.00 |
| Molly Ericson | Executive Director | 30 May 2024 | Federal Bankruptcy | Email communications with client (Michael Sodl and Leanne Ikeda) and customs specialists related to client question regarding the same. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 30 May 2024 | Federal Bankruptcy | Email communications with Kirkland & Ellis (J Morley) and EY team regarding straddle period tax returns and reading relevant provisions of the draft sale agreement regarding the same. | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 30 May 2024 | Federal Bankruptcy | Updating the calculation with limitations and assumptions for the Section 382 Analysis. | 2.0 | $660.00 | $1,320.00 |
| Khendra Rakiya Witt | Senior | 30 May 2024 | Federal Bankruptcy | Updating and reviewing the limitations and assumptions in the draft deliverable of the Section 382 owner shift analysis. | 4.0 | $660.00 | $2,640.00 |
| Elicia Hsiao | Manager | 30 May 2024 | Federal Bankruptcy | Call with K Witt to discuss information received from client | 0.7 | $940.00 | $658.00 |
| Khendra Rakiya Witt | Senior | 29 May 2024 | Federal Bankruptcy | Reviewing documentation received from the client and updating the open items request lists. | 4.5 | $660.00 | $2,970.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Khendra Rakiya Witt | Senior | 28 May 2024 | Federal Bankruptcy | Organizing documentation and updating information request list for the Client | 1.5 | $660.00 | $990.00 |
| Khendra Rakiya Witt | Senior | 23 May 2024 | Federal Bankruptcy | Reviewing transactions in the Section 382 cube software from 2021 to 2023 | 3.1 | $660.00 | $2,046.00 |
| Bryon Christensen | Partner/Principal | 22 May 2024 | Federal Bankruptcy | Advice on procedural issues. | 0.6 | $1,450.00 | $870.00 |
| Molly Ericson | Executive Director | 22 May 2024 | Federal Bankruptcy | Email communications with partnership specialists and IRS practice & procedures re: push out election mechanics. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 22 May 2024 | Federal Bankruptcy | Email communications with team and client (Michael Sodl and Leanne Ikeda) regarding representations in draft sale agreement. | 0.3 | $1,350.00 | $405.00 |
| Molly Ericson | Executive Director | 22 May 2024 | Federal Bankruptcy | Reviewing the Sec. 382 owner shift analysis. | 0.7 | $1,350.00 | $945.00 |
| Molly Ericson | Executive Director | 21 May 2024 | Federal Bankruptcy | [Redacted] | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 21 May 2024 | Federal Bankruptcy | Completing the Quality & Integrity Program questionnaire to facilitate the professional obligation and firm's reporting requirements. | 1.0 | $660.00 | $660.00 |
| Khendra Rakiya Witt | Senior | 21 May 2024 | Federal Bankruptcy | Reviewing transactions in the Sec. 382 cube software from 2021 to 2023 | 5.5 | $660.00 | $3,630.00 |
| Elicia Hsiao | Manager | 21 May 2024 | Federal Bankruptcy | Reviewed updated asset purchase agreement | 0.3 | $940.00 | $282.00 |
| Molly Ericson | Executive Director | 20 May 2024 | Federal Bankruptcy | Reading revised draft asset purchase agreement in preparation for call with client (Michael Sodl and Leanne Ikeda) and Kirkland & Ellis (J Morley) regarding the same. | 1.1 | $1,350.00 | $1,485.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Molly Ericson | Executive Director | 20 May 2024 | Federal Bankruptcy | Call with Kirkland & Ellis LLP (J Morley) and Express (Michael Sodl and Leanne Ikeda) to discuss tax representations (M Ericson, E Sapir, K Gatt, E Hsiao) | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 20 May 2024 | Federal Bankruptcy | Reviewing the roll forward analysis | 2.8 | $660.00 | $1,848.00 |
| Eric Sapir | Executive Director | 20 May 2024 | Federal Bankruptcy | Call with Kirkland & Ellis LLP (J Morley) and Express (Michael Sodl and Leanne Ikeda) to discuss tax representations (M Ericson, E Sapir, K Gatt, E Hsiao). | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 20 May 2024 | Federal Bankruptcy | Reading draft asset purchase agreement to understand US federal income tax consequences. | 0.8 | $1,350.00 | $1,080.00 |
| Elicia Hsiao | Manager | 20 May 2024 | Federal Bankruptcy | Call with Kirkland & Ellis LLP (J Morley) and Express (Michael Sodl and Leanne Ikeda) to discuss tax representations (M Ericson, E Sapir, K Gatt, E Hsiao) | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 15 May 2024 | Federal Bankruptcy | Reviewing revised declaration and application. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 15 May 2024 | Federal Bankruptcy | Email communications with E Hsiao regarding the revised draft asset purchase agreement | 0.1 | $1,350.00 | $135.00 |
| Molly Ericson | Executive Director | 15 May 2024 | Federal Bankruptcy | Email communications with the attorneys and EY Indirect (K Gatt) regarding transfer taxes. | 0.2 | $1,350.00 | $270.00 |
| Elicia Hsiao | Manager | 15 May 2024 | Federal Bankruptcy | Review updated asset purchase agreement | 1.1 | $940.00 | $1,034.00 |
| Matt Prescott | Executive Director | 13 May 2024 | Federal Bankruptcy | Call to discuss Work Opportunity Tax Credit mechanics and opportunities for advising client during pendency of bankruptcy (D Olds, K Gatt, T Mitchell, E Sapir, M Prescott, M Ericson). | 0.5 | $1,350.00 | $675.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 13 May 2024 | Federal Bankruptcy | Call to discuss Work Opportunity Tax Credit mechanics and opportunities for advising client during pendency of bankruptcy (D Olds, K Gatt, T Mitchell, E Sapir, M Prescott, M Ericson). | 0.4 | $1,350.00 | $540.00 |
| Molly Ericson | Executive Director | 13 May 2024 | Federal Bankruptcy | Call with M. Ericson and K. Witt to discuss and walkthrough the Section 382 owner shift calculations. | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 13 May 2024 | Federal Bankruptcy | Call with M. Ericson and K. Witt to discuss and walkthrough the Section 382 owner shift calculations. | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 13 May 2024 | Federal Bankruptcy | Update and review Section 382 owner shift calculations. | 1.5 | $660.00 | $990.00 |
| Khendra Rakiya Witt | Senior | 10 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 2.0 | $660.00 | $1,320.00 |
| Matt Prescott | Executive Director | 09 May 2024 | Federal Bankruptcy | Bankruptcy declaration wording - previous EY services provided. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 09 May 2024 | Federal Bankruptcy | Reviewing revised declaration for retention application. | 0.2 | $1,350.00 | $270.00 |
| Khendra Rakiya Witt | Senior | 09 May 2024 | Federal Bankruptcy | Call with K Witt to discuss and review Sec. 382 owner shift calculations. | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 09 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 4.0 | $660.00 | $2,640.00 |
| Molly Ericson | Executive Director | 08 May 2024 | Federal Bankruptcy | Call with K Witt to discuss and review Sec. 382 owner shift calculations. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 08 May 2024 | Federal Bankruptcy | Reviewing and editing draft retention application. | 0.3 | $1,350.00 | $405.00 |
| Khendra Rakiya Witt | Senior | 08 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 6.0 | $660.00 | $3,960.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elicia Hsiao | Manager | 07 May 2024 | Federal Bankruptcy | Review Form 8-k, licensing agreement, LLC agreement, and membership interest purchase agreement | 2.6 | $940.00 | $2,444.00 |
| Khendra Rakiya Witt | Senior | 07 May 2024 | Federal Bankruptcy | Updates to 382 roll forward calculations | 3.5 | $660.00 | $2,310.00 |
| Molly Ericson | Executive Director | 06 May 2024 | Federal Bankruptcy | Follow up with team and attorneys regarding comments on draft asset purchase agreement | 0.2 | $1,350.00 | $270.00 |
| Matt Prescott | Executive Director | 03 May 2024 | Federal Bankruptcy | [Redacted] | 0.1 | $1,350.00 | $135.00 |
| Molly Ericson | Executive Director | 03 May 2024 | Federal Bankruptcy | Reading non-binding letter of intent and draft asset purchase agreement to identify questions and facts for tax analysis. | 1.1 | $1,350.00 | $1,485.00 |
| Molly Ericson | Executive Director | 03 May 2024 | Federal Bankruptcy | Drafting email to team to summarize thoughts relative to draft purchase agreement and necessary tax workstreams | 0.4 | $1,350.00 | $540.00 |
| Molly Ericson | Executive Director | 03 May 2024 | Federal Bankruptcy | Reviewing draft information request list and providing comments to E Hsiao. | 0.2 | $1,350.00 | $270.00 |
| Eric Sapir | Executive Director | 03 May 2024 | Federal Bankruptcy | Reading asset purchase agreement draft to understand tax considerations. | 1.7 | $1,350.00 | $2,295.00 |
| Khendra Rakiya Witt | Senior | 03 May 2024 | Federal Bankruptcy | Updating and reviewing the Section 382 owner shift analysis to include transactions through January 2024. | 5.0 | $660.00 | $3,300.00 |
| Elicia Hsiao | Manager | 03 May 2024 | Federal Bankruptcy | Reviewed Form 10-K | 1.2 | $940.00 | $1,128.00 |
| Elicia Hsiao | Manager | 03 May 2024 | Federal Bankruptcy | Prepared request list for the company (Michael Sodl and Leanne Ikeda) | 2.7 | $940.00 | $2,538.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Khendra Rakiya Witt | Senior | 02 May 2024 | Federal Bankruptcy | Pulling data from the public filings (Form 10K, 10Q, 13G, 13D) and updating the workpapers and software to include the transactions from the 5 percent shareholders from 2021 through 2023. | 5.0 | $660.00 | $3,300.00 |
| Khendra Rakiya Witt | Senior | 01 May 2024 | Federal Bankruptcy | Updating transactions and rolling forward the Section 382 owner shift analysis that EY previously conducted that ended on May 31, 2021 to include transactions from the study that KPMG conducted through January 31, 2023. | 5.0 | $660.00 | $3,300.00 |
| Matt Prescott | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,350.00 | $675.00 |
| Molly Ericson | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with K. Witt to discuss Section 382 owner shift analysis | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,350.00 | $675.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Phil Ogea | Manager | 30 Apr 2024 | Federal Bankruptcy | Call with Company tax department (Michael Gillespie) to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 29 Apr 2024 | Federal Bankruptcy | Reading tax-relevant motions and other information available on docket to prep for client call | 1.3 | $1,350.00 | $1,755.00 |
| Eric Sapir | Executive Director | 29 Apr 2024 | Federal Bankruptcy | Reading Express declarations on the bankruptcy docket to understand historic transactions. | 1.3 | $1,350.00 | $1,755.00 |
| Molly Ericson | Executive Director | 25 Apr 2024 | Federal Bankruptcy | Finalizing edits to affidavit/declaration | 0.6 | $1,350.00 | $810.00 |
| Molly Ericson | Executive Director | 24 Apr 2024 | Federal Bankruptcy | Call with K Witt to discuss Sec. 382 owner shift analysis needed | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 24 Apr 2024 | Federal Bankruptcy | [Redacted] | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 24 Apr 2024 | Federal Bankruptcy | [Redacted]. | 0.2 | $660.00 | $132.00 |
| Elicia Hsiao | Manager | 28 Jun 2024 | Federal Bankruptcy | Continued to update the gain calculation model based on information provided by M3 Partners | 2.9 | $940.00 | $2,726.00 |
| Molly Ericson | Executive Director | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M .Ericson, E. Sapir, E. Hsiao, and K. Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Eric Sapir | Executive Director | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M. Ericson, E. Sapir, E. Hsiao, and K. Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M. Ericson, E. Sapir, E. Hsiao, and K. Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $660.00 | $330.00 |
| Elicia Hsiao | Manager | 20 Jun 2024 | Federal Bankruptcy | Meeting with EY (M. Ericson, E. Sapir, E. Hsiao, and K. Witt), the Company (Michael Sodl and Leanne Ikeda), M3 Partners, and Moelis to discuss the assumed liabilities in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $940.00 | $470.00 |
| Elicia Hsiao | Manager | 20 Jun 2024 | Federal Bankruptcy | Continued to review gain calculations | 0.4 | $940.00 | $376.00 |
| Molly Ericson | Executive Director | 18 Jun 2024 | Federal Bankruptcy | Email communication with Kirkland & Ellis (J Morley) regarding assumed liabilities in asset sale transaction. | 0.1 | $1,350.00 | $135.00 |
| Khendra Rakiya Witt | Senior | 18 Jun 2024 | Federal Bankruptcy | [Redacted] | 1.0 | $660.00 | $660.00 |
| Elicia Hsiao | Manager | 18 Jun 2024 | Federal Bankruptcy | Continued to review gain/loss calculations | 0.2 | $940.00 | $188.00 |
| Molly Ericson | Executive Director | 16 Jun 2024 | Federal Bankruptcy | Research regarding treatment of distressed liabilities assumed in an asset sale. | 1.0 | $1,350.00 | $1,350.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 14 Jun 2024 | Federal Bankruptcy | [Redacted] | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 14 Jun 2024 | Federal Bankruptcy | Reading and proposing edits to draft email regarding purchase price allocation. | 0.1 | $1,350.00 | $135.00 |
| Eric Sapir | Executive Director | 14 Jun 2024 | Federal Bankruptcy | Provide comments to email correspondence on allocation of value for tax purposes. | 0.3 | $1,350.00 | $405.00 |
| Khendra Rakiya Witt | Senior | 14 Jun 2024 | Federal Bankruptcy | Updating inputs and assumptions in the tax gain loss model | 1.0 | $660.00 | $660.00 |
| Elicia Hsiao | Manager | 14 Jun 2024 | Federal Bankruptcy | Respond to email from M3 Partners regarding purchase price | 1.3 | $940.00 | $1,222.00 |
| Molly Ericson | Executive Director | 13 Jun 2024 | Federal Bankruptcy | Reading and responding to draft calculation regarding status and open items on tax calculations. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K. Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K. Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K.Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $660.00 | $330.00 |
| Khendra Rakiya Witt | Senior | 13 Jun 2024 | Federal Bankruptcy | Drafting email to Sub K partnership team | 0.5 | $660.00 | $330.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Khendra Rakiya Witt | Senior | 13 Jun 2024 | Federal Bankruptcy | Updating the gain loss model to include different scenarios that will impact the estimated tax liability to Express. | 1.0 | $660.00 | $660.00 |
| Elicia Hsiao | Manager | 13 Jun 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K.Witt, and E. Sapir (Partial Time) to discuss the inputs and assumptions in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $940.00 | $470.00 |
| Eric Sapir | Executive Director | 12 Jun 2024 | Federal Bankruptcy | Review asset purchase agreement provisions regarding purchased and excluded assets and liabilities to understand allocation of proceeds for tax purposes. | 1.7 | $1,350.00 | $2,295.00 |
| Elicia Hsiao | Manager | 10 Jun 2024 | Federal Bankruptcy | Updated the gain calculations for information received from M3 Partners. | 0.3 | $940.00 | $282.00 |
| Khendra Rakiya Witt | Senior | 07 Jun 2024 | Federal Bankruptcy | Reconciling deferreds received from the company for the tax basis balance sheets | 2.0 | $660.00 | $1,320.00 |
| Elicia Hsiao | Manager | 07 Jun 2024 | Federal Bankruptcy | Updated the gain calculations | 0.7 | $940.00 | $658.00 |
| Eric Sapir | Executive Director | 06 Jun 2024 | Federal Bankruptcy | Call with the Company (Michael Sodl and Leanne Ikeda) to discuss questions on the workpapers (E Sapir, K Witt, E Hsiao) . | 0.3 | $1,350.00 | $405.00 |
| Eric Sapir | Executive Director | 06 Jun 2024 | Federal Bankruptcy | Review tax private letter ruling historically received by the Company to understand tax basis in amortizable assets. | 1.2 | $1,350.00 | $1,620.00 |
| Khendra Rakiya Witt | Senior | 06 Jun 2024 | Federal Bankruptcy | Call with the Company (Michael Sodl and Leanne Ikeda) to discuss questions on the workpapers (E Sapir, K Witt, E Hsiao) | 0.3 | $660.00 | $198.00 |
| Khendra Rakiya Witt | Senior | 06 Jun 2024 | Federal Bankruptcy | Updated Gain / Loss Model | 5.0 | $660.00 | $3,300.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Elicia Hsiao | Manager | 06 Jun 2024 | Federal Bankruptcy | Call with the Company (Michael Sodl and Leanne Ikeda) to discuss questions on the workpapers (E Sapir, K Witt, E Hsiao) | 0.3 | $940.00 | $282.00 |
| Elicia Hsiao | Manager | 06 Jun 2024 | Federal Bankruptcy | Continued to review gain calculations on the asset sale | 2.9 | $940.00 | $2,726.00 |
| Molly Ericson | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Email communications with Kirkland & Ellis (J Morley) and EY team (E Hsiao) regarding tax gain/loss calculations. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao) | 1.3 | $1,350.00 | $1,755.00 |
| Eric Sapir | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao). | 1.3 | $1,350.00 | $1,755.00 |
| Eric Sapir | Executive Director | 05 Jun 2024 | Federal Bankruptcy | Review tax basis in assets provided by the Company. | 1.7 | $1,350.00 | $2,295.00 |
| Khendra Rakiya Witt | Senior | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao) | 1.3 | $660.00 | $858.00 |
| Khendra Rakiya Witt | Senior | 05 Jun 2024 | Federal Bankruptcy | Updated gain / loss model | 5.0 | $660.00 | $3,300.00 |
| Elicia Hsiao | Manager | 05 Jun 2024 | Federal Bankruptcy | Call to discuss calculations of gain / loss on sale of assets (M Ericson, E Sapir, K Witt, E Hsiao) | 1.3 | $940.00 | $1,222.00 |
| Elicia Hsiao | Manager | 05 Jun 2024 | Federal Bankruptcy | Reviewed gain calculations on the asset sale | 3.9 | $940.00 | $3,666.00 |
| Molly Ericson | Executive Director | 04 Jun 2024 | Federal Bankruptcy | Email and call with J Morley (Kirkland and Ellis) regarding purchase price allocation and tax gain/loss calculations. | 0.2 | $1,350.00 | $270.00 |
| Molly Ericson | Executive Director | 04 Jun 2024 | Federal Bankruptcy | Drafting email to team regarding purchase price allocation and tax gain/loss calculations | 0.3 | $1,350.00 | $405.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Eric Sapir | Executive Director | 04 Jun 2024 | Federal Bankruptcy | Review liability account balances to understand potential tax proceeds in an asset sale transaction. | 1.1 | $1,350.00 | $1,485.00 |
| Khendra Rakiya Witt | Senior | 04 Jun 2024 | Federal Bankruptcy | Organizing data received and updating the gain / loss model | 7.0 | $660.00 | $4,620.00 |
| Elicia Hsiao | Manager | 04 Jun 2024 | Federal Bankruptcy | Continued to review documents provided by the client | 0.6 | $940.00 | $564.00 |
| Michael Leightman | Partner/Principal | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore) | 0.5 | $1,450.00 | $725.00 |
| Nesia Warner-Isidore | Senior Manager | 03 Jun 2024 | Federal Bankruptcy | Review of Express FTZ background; review of zone documents provided; Call with company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman); also discussed CTPAT/ISA; review of CTPAT/ISA research by Max Patel and communication of same to client | 1.0 | $1,050.00 | $1,050.00 |
| Max Nileshbhai Patel | Staff | 03 Jun 2024 | Federal Bankruptcy | Assistance in reviewing potential impact of bankruptcy proceeding and the new entity on CTPAT/ISA considerations | 1.3 | $440.00 | $572.00 |
| Molly Ericson | Executive Director | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore). | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore). | 0.5 | $1,350.00 | $675.00 |
| Khendra Rakiya Witt | Senior | 03 Jun 2024 | Federal Bankruptcy | Updates to gain / loss model | 2.0 | $660.00 | $1,320.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elicia Hsiao | Manager | 03 Jun 2024 | Federal Bankruptcy | Call with Company to discuss Foreign Trade Zone (M Ericson, K Gatt, E Sapir, E Hsiao, M Leightman, N Warner-Isidore) | 0.5 | $940.00 | $470.00 |
| Elicia Hsiao | Manager | 03 Jun 2024 | Federal Bankruptcy | Reviewed documents provided by the client | 1.3 | $940.00 | $1,222.00 |
| Elicia Hsiao | Manager | 29 Jul 2024 | Federal Bankruptcy | Drafted material advisor disclosure statement. | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $1,350.00 | $1,215.00 |
| Eric Sapir | Executive Director | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $1,350.00 | $1,215.00 |
| Khendra Rakiya Witt | Senior | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $660.00 | $594.00 |
| Elicia Hsiao | Manager | 26 Jul 2024 | Federal Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $940.00 | $846.00 |
| Khendra Rakiya Witt | Senior | 25 Jul 2024 | Federal Bankruptcy | Updating quality integrity program to reflect there is a reportable loss transaction and EY is a material advisor for Q2. | 0.5 | $660.00 | $330.00 |
| Benjamin Yang | Manager | 22 Jul 2024 | Federal Bankruptcy | Call with Elicia Hsiao, Molly Ericson and Franny Wang on basis calculation | 0.2 | $940.00 | $188.00 |
| Molly Ericson | Executive Director | 22 Jul 2024 | Federal Bankruptcy | Call with Sub-K team to discuss basis in partnership interest | 0.4 | $1,350.00 | $540.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Franny Wang | Partner/Principal | 22 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Hsiao, K. Witt, F. Wang, and B. Yang to discuss the calculation of the basis in partnership interests in the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.5 | $1,450.00 | $725.00 |
| Khendra Rakiya Witt | Senior | 22 Jul 2024 | Federal Bankruptcy | Preparing Form 8918 material advisor disclosure template for the tax quality team. | 2.5 | $660.00 | $1,650.00 |
| Elicia Hsiao | Manager | 22 Jul 2024 | Federal Bankruptcy | Drafted material advisor disclosure statement. | 0.3 | $940.00 | $282.00 |
| Molly Ericson | Executive Director | 19 Jul 2024 | Federal Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $1,350.00 | $675.00 |
| Franny Wang | Partner/Principal | 19 Jul 2024 | Federal Bankruptcy | Call with B. Yang to discuss basis calculation for partnership interest. | 0.5 | $1,450.00 | $725.00 |
| Benjamin Yang | Manager | 19 Jul 2024 | Federal Bankruptcy | Discussion with Franny Wang on the partnership basis. Franny Wang and Benjamin Yang | 0.5 | $940.00 | $470.00 |
| Benjamin Yang | Manager | 19 Jul 2024 | Federal Bankruptcy | Email write-up to team (E Hsiao, M Ericson) related to follow-up questions on the BKY express files | 0.1 | $940.00 | $94.00 |
| Elicia Hsiao | Manager | 19 Jul 2024 | Federal Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $940.00 | $470.00 |
| Benjamin Yang | Manager | 18 Jul 2024 | Federal Bankruptcy | Review of the Bankruptcy partnership basis calculations | 1.8 | $940.00 | $1,692.00 |
| Molly Ericson | Executive Director | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $1,350.00 | $540.00 |
| Franny Wang | Partner/Principal | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $1,450.00 | $580.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Franny Wang | Partner/Principal | 16 Jul 2024 | Federal Bankruptcy | Review of Schedule K-1 and basis information. | 0.6 | $1,450.00 | $870.00 |
| Benjamin Yang | Manager | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $940.00 | $376.00 |
| Benjamin Yang | Manager | 16 Jul 2024 | Federal Bankruptcy | High-level review of draft K-1s and the tax basis calculation support. | 0.1 | $940.00 | $94.00 |
| Elicia Hsiao | Manager | 16 Jul 2024 | Federal Bankruptcy | Call to discuss partnership basis and background on the partnership formation (F Wang, B Yang, M Ericson, E Hsiao) | 0.4 | $940.00 | $376.00 |
| Elicia Hsiao | Manager | 16 Jul 2024 | Federal Bankruptcy | Reviewed partnership transaction history since 2022 | 0.5 | $940.00 | $470.00 |
| Molly Ericson | Executive Director | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. (left early) | 0.5 | $1,350.00 | $675.00 |
| Eric Sapir | Executive Director | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $1,350.00 | $810.00 |
| Khendra Rakiya Witt | Senior | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $660.00 | $396.00 |
| Elicia Hsiao | Manager | 11 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $940.00 | $564.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Molly Ericson | Executive Director | 08 Jul 2024 | Federal Bankruptcy | Reading and responding to T Mitchell email regarding state tax analysis. | 0.3 | $1,350.00 | $405.00 |
| Lindsey Beckley | Staff | 08 Jul 2024 | Federal Bankruptcy | Preparation of April through May fee application (April 1, 2024 through May 31, 2024) | 2.0 | $440.00 | $880.00 |
| Khendra Rakiya Witt | Senior | 08 Jul 2024 | Federal Bankruptcy | Updating the quality and integrity program questionnaire | 0.6 | $660.00 | $396.00 |
| Molly Ericson | Executive Director | 02 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Sapir, E. Hsiao, and K. Witt to review and discuss the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.7 | $1,350.00 | $945.00 |
| Eric Sapir | Executive Director | 01 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Sapir, E. Hsiao, and K. Witt to review and discuss the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.7 | $1,350.00 | $945.00 |
| Elicia Hsiao | Manager | 01 Jul 2024 | Federal Bankruptcy | Call with M. Ericson, E. Sapir, E. Hsiao, and K. Witt to review and discuss the gain (loss) model to estimate the tax liability on the proposed asset sale. | 0.7 | $940.00 | $658.00 |
| Elicia Hsiao | Manager | 29 Jul 2024 | Federal Bankruptcy | Updated the footnotes in the gain calculations model | 0.4 | $940.00 | $376.00 |
| **Total** | | | | | **178.6** | | **155,899.00** |

**INDIRECT BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Katie Gatt | Senior Manager | 30 Apr 2024 | Indirect Bankruptcy | Call with Company tax department to discuss bankruptcy timeline and timing/goals of tax-related workstreams. M. Ericson; E. Sapir; T. Mitchell; K. Gatt; P. Ogea, M Prescott. | 0.5 | $1,050.00 | $525.00 |
| Katie Gatt | Senior Manager | 30 Apr 2024 | Indirect Bankruptcy | Email M. Gillespie (Express) top 50 list | 0.9 | $1,050.00 | $945.00 |
| Katie Gatt | Senior Manager | 08 May 2024 | Indirect Bankruptcy | Draft pre-petition return cover letter per M. Gillespie inquiry | 2.7 | $1,050.00 | $2,835.00 |
| Katie Gatt | Senior Manager | 15 May 2024 | Indirect Bankruptcy | Email J. Morley (Kirkland) re transfer tax analysis / estimate | 0.7 | $1,050.00 | $735.00 |
| Katie Gatt | Senior Manager | 17 May 2024 | Indirect Bankruptcy | Email M3 re transfer tax analysis document request per Kirkland | 0.3 | $1,050.00 | $315.00 |
| Traci Mitchell | Executive Director | 23 May 2024 | Indirect Bankruptcy | Call with Kirkland & Ellis (J. Tootle, J. Morley) to discuss 363 sale and estimated transfer tax liability. EY Attendees: T. Mitchell, K. Gatt | 0.3 | $1,350.00 | $405.00 |
| Katie Gatt | Senior Manager | 24 May 2024 | Indirect Bankruptcy | Review state occasional / bulk sale exemptions in order to calculate estimated transfer tax | 5.9 | $1,050.00 | $6,195.00 |
| Katie Gatt | Senior Manager | 24 May 2024 | Indirect Bankruptcy | Call with Kirkland & Ellis (J. Tootle, J. Morley) to discuss 363 sales, estimated transfer tax liability. EY Attendees: T. Mitchell, K. Gatt | 0.3 | $1,050.00 | $315.00 |
| Bill Nolan | Executive Director | 28 May 2024 | Indirect Bankruptcy | EY Ohio desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |
| Christine Cagnina | Executive Director | 28 May 2024 | Indirect Bankruptcy | Review K. Gatt email re real estate transfer tax analysis for leases and identify states for review | 1.0 | $1,350.00 | $1,350.00 |
| Chip Hines | Senior Manager | 28 May 2024 | Indirect Bankruptcy | EY Louisiana desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $1,050.00 | $1,050.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Marcus Weden | Executive Director | 28 May 2024 | Indirect Bankruptcy | EY Iowa desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.2 | $1,350.00 | $270.00 |
| Michael Wasser | Executive Director | 28 May 2024 | Indirect Bankruptcy | EY Idaho / Indiana / Kentucky / Mississippi / North Dakota / South Dakota / Utah / Wisconsin desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |
| Bill Nolan | Executive Director | 29 May 2024 | Indirect Bankruptcy | EY Ohio desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |
| Robert Wehr | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Arkansas / Oklahoma / Texas desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.5 | $1,050.00 | $1,575.00 |
| Michael Keefe | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Connecticut desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.2 | $1,050.00 | $210.00 |
| Jason Barnes | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Michigan / Nebraska desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.8 | $1,050.00 | $840.00 |
| Marcus Weden | Executive Director | 29 May 2024 | Indirect Bankruptcy | EY Iowa desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,350.00 | $675.00 |
| Colleen Mary Redden | Manager | 29 May 2024 | Indirect Bankruptcy | EY Arizona desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $940.00 | $470.00 |
| Edward Corts | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY New Mexico desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.2 | $1,050.00 | $1,260.00 |
| Matt Crockett | Executive Director | 29 May 2024 | Indirect Bankruptcy | EY Alabama / Florida desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $1,350.00 | $1,350.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Georgiy Kotanchiyev | Senior Manager | 29 May 2024 | Indirect Bankruptcy | EY Georgia desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,050.00 | $525.00 |
| Joe Eleniewski | Senior Manager | 30 May 2024 | Indirect Bankruptcy | EY Tennessee desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.5 | $1,050.00 | $525.00 |
| Karl Nicolas | Executive Director | 30 May 2024 | Indirect Bankruptcy | EY District of Columbia / Hawaii / Maryland / Rhode Island desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $1,350.00 | $1,350.00 |
| James Litwinowicz | Manager | 03 Jun 2024 | Indirect Bankruptcy | EY Pennsylvania / Virginia desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 1.0 | $940.00 | $940.00 |
| Ashley McPhail | Manager | 03 Jun 2024 | Indirect Bankruptcy | EY South Carolina desk input related to occasional sale / other exemptions applicable to asset sale transaction. | 0.7 | $940.00 | $658.00 |
| Katie Gatt | Senior Manager | 04 Jun 2024 | Indirect Bankruptcy | Email C. Cagnina (EY) lease terms for real estate transfer tax analysis | 0.4 | $1,050.00 | $420.00 |
| Katie Gatt | Senior Manager | 05 Jun 2024 | Indirect Bankruptcy | Email J. Morley (Kirkland), K. Kamlani (M3) re transfer tax imposed on leases, deed recordation. | 0.6 | $1,050.00 | $630.00 |
| Christine Cagnina | Executive Director | 10 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 3.0 | $1,350.00 | $4,050.00 |
| Christine Cagnina | Executive Director | 11 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 2.0 | $1,350.00 | $2,700.00 |
| Jace Stamper | Senior Manager | 12 Jun 2024 | Indirect Bankruptcy | Internal EY call to discuss Tennessee Franchise Tax refund opportunity. Attendees: T. Mitchell, J. Stamper, K. Gatt | 0.3 | $1,050.00 | $315.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Katie Gatt | Senior Manager | 12 Jun 2024 | Indirect Bankruptcy | Internal EY call to discuss Tennessee Franchise Tax refund opportunity. Attendees: T. Mitchell, J. Stamper, K. Gatt | 0.3 | $1,050.00 | $315.00 |
| Christine Cagnina | Executive Director | 12 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 1.5 | $1,350.00 | $2,025.00 |
| Katie Gatt | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Call with M. Gillespie (Express) to discuss Tennessee Franchise Tax refund opportunity and procedures. EY Attendees: T. Mitchell, K. Gatt, C. Grande, J. Stamper | 0.4 | $1,050.00 | $420.00 |
| Jace Stamper | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Call with M. Gillespie (Express) to discuss Tennessee Franchise Tax refund opportunity and procedures. EY Attendees: T. Mitchell, K. Gatt, C. Grande, J. Stamper | 0.4 | $1,050.00 | $420.00 |
| Carl Grande | Partner/Principal | 13 Jun 2024 | Indirect Bankruptcy | Call with M. Gillespie (Express) to discuss Tennessee Franchise Tax refund opportunity and procedures. EY Attendees: T. Mitchell, K. Gatt, C. Grande, J. Stamper | 0.4 | $1,450.00 | $580.00 |
| Katie Gatt | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Email A. Lopatka, T. Mitchell, M. Ericson re Texas abandoned unclaimed property audit and pre-petition assessment via proof of claim | 0.2 | $1,050.00 | $210.00 |
| Evan Purcell | Senior Manager | 13 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 5.0 | $1,050.00 | $5,250.00 |
| Christine Cagnina | Executive Director | 13 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 2.0 | $1,350.00 | $2,700.00 |
| Carl Grande | Partner/Principal | 14 Jun 2024 | Indirect Bankruptcy | Follow-up with M. Gillespie (Express) re Tennessee Franchise tax refund claim information request. | 0.2 | $1,450.00 | $290.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Christine Cagnina | Executive Director | 14 Jun 2024 | Indirect Bankruptcy | Evaluate imposition of real estate transfer tax on transfer of leases in states identified | 4.0 | $1,350.00 | $5,400.00 |
| Traci Mitchell | Executive Director | 17 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.4 | $1,350.00 | $540.00 |
| Katie Gatt | Senior Manager | 17 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.4 | $1,050.00 | $420.00 |
| Aurianne Lopatka | Senior Manager | 17 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.1 | $1,050.00 | $105.00 |
| Aurianne Lopatka | Senior Manager | 17 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.4 | $1,050.00 | $420.00 |
| Matt Prescott | Executive Director | 17 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.4 | $1,350.00 | $540.00 |
| Carl Grande | Partner/Principal | 17 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.4 | $1,450.00 | $580.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Katie Gatt | Senior Manager | 19 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.4 | $1,050.00 | $420.00 |
| Aurianne Lopatka | Senior Manager | 19 Jun 2024 | Indirect Bankruptcy | [Redacted] | 0.8 | $1,050.00 | $840.00 |
| Katie Gatt | Senior Manager | 20 Jun 2024 | Indirect Bankruptcy | Email E. Hsiao (EY) re asset sale model / required documents for state analysis / input | 0.2 | $1,050.00 | $210.00 |
| Katie Gatt | Senior Manager | 20 Jun 2024 | Indirect Bankruptcy | Review express asset sale model draft to identify state considerations | 1.4 | $1,050.00 | $1,470.00 |
| Katie Gatt | Senior Manager | 21 Jun 2024 | Indirect Bankruptcy | Email M. Gillespie (Express) re state document requests | 0.2 | $1,050.00 | $210.00 |
| Evan Purcell | Senior Manager | 21 Jun 2024 | Indirect Bankruptcy | Compile information request list to quantify real estate transfer tax on leases | 0.5 | $1,050.00 | $525.00 |
| Christine Cagnina | Executive Director | 21 Jun 2024 | Indirect Bankruptcy | Email K. Gatt (EY) follow-up information request list to quantify real estate transfer tax on leases | 1.5 | $1,350.00 | $2,025.00 |
| Traci Mitchell | Executive Director | 26 Jul 2024 | Indirect Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 1.0 | $1,350.00 | $1,350.00 |
| Katie Gatt | Senior Manager | 26 Jul 2024 | Indirect Bankruptcy | Call with client (Michael Sodl and Leanne Ikeda) to discuss purchase price allocation and indirect tax matters (K Gatt, K Witt, E Hsiao, T Mitchell, E Sapir, M Ericson) | 0.9 | $1,050.00 | $945.00 |
| Katie Gatt | Senior Manager | 26 Jul 2024 | Indirect Bankruptcy | Review express claims docket to identify tax claims for discussion with M. Gillespie (Express) | 1.4 | $1,050.00 | $1,470.00 |
| Traci Mitchell | Executive Director | 19 Jul 2024 | Indirect Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $1,350.00 | $675.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Katie Gatt | Senior Manager | 19 Jul 2024 | Indirect Bankruptcy | Call with M3 (Truman Biggs) to discuss purchase price allocation and transfer taxes (E Hsiao, K Gatt, T Mitchell, M Ericson) | 0.5 | $1,050.00 | $525.00 |
| Katie Gatt | Senior Manager | 19 Jul 2024 | Indirect Bankruptcy | Email EY state desk D. Schmutter, J. Stamper, T. Funderbunk re net worth tax calculation | 1.4 | $1,050.00 | $1,470.00 |
| Jace Stamper | Senior Manager | 19 Jul 2024 | Indirect Bankruptcy | EY Tennessee desk input related to franchise tax net worth calculation in year of sale transaction | 0.5 | $1,050.00 | $525.00 |
| Tom Funderburk | Executive Director | 19 Jul 2024 | Indirect Bankruptcy | EY North Carolina desk input related to franchise tax net worth calculation in year of sale transaction | 0.5 | $1,350.00 | $675.00 |
| David Schmutter | Executive Director | 19 Jul 2024 | Indirect Bankruptcy | EY New York desk input related to capital tax calculation in year of sale transaction | 1.0 | $1,350.00 | $1,350.00 |
| Katie Gatt | Senior Manager | 18 Jul 2024 | Indirect Bankruptcy | Update transfer tax estimate w/ period 12 2024 apportionment detail provided by M. Gillespie  (Express) | 2.7 | $1,050.00 | $2,835.00 |
| Katie Gatt | Senior Manager | 11 Jul 2024 | Indirect Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $1,050.00 | $630.00 |
| Traci Mitchell | Executive Director | 11 Jul 2024 | Indirect Bankruptcy | Call with M. Ericson, T. Mitchell, E. Sapir, E. Hsiao, K. Gatt, and K. Witt to discuss the state income tax analysis to estimate the state tax liability for the proposed asset sale. | 0.6 | $1,350.00 | $810.00 |
| Katie Gatt | Senior Manager | 11 Jul 2024 | Indirect Bankruptcy | Review state transfer tax fixed asset detail v express asset sale model balance sheet fixed asset detail | 0.7 | $1,050.00 | $735.00 |
| Katie Gatt | Senior Manager | 11 Jul 2024 | Indirect Bankruptcy | Review state tax year ended 1/28/2023 franchise tax liability | 1.9 | $1,050.00 | $1,995.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------|------------------|-------------|-------|-------------|-----|
| Katie Gatt | Senior Manager | 10 Jul 2024 | Indirect Bankruptcy | Compile state fee statement detail thru June 30, 2024 | 1.4 | $1,050.00 | $1,470.00 |
| Katie Gatt | Senior Manager | 08 Jul 2024 | Indirect Bankruptcy | Express asset sale model state tax estimate review state income tax returns, apportionment, net operating loss carryforward | 3.1 | $1,050.00 | $3,255.00 |
| **Total** | | | | | **71.2** | | **$82,088.00** |

**PREPARATION OF FEE APPLICATIONS**

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|---|
| Ingram, Connie J. | Manager | 10 Jul 2024 | Preparation of Fee Applications | Review First Monthly fee schedule (4/22/24 thru 5/31/24) and draft initial fee statement. | 1.7 | $470.00 | $799.00 |
| Ingram, Connie J. | Manager | 11 Jul 2024 | Preparation of Fee Applications | Review Second Monthly fee schedule (6/1/24 thru 6/30/24) and draft initial fee statement. | 2.3 | $470.00 | $1,081.00 |
| Ingram, Connie J. | Manager | 12 Jul 2024 | Preparation of Fee Applications | Continue drafting First and Second monthly fee statements with exhibits. | 1.4 | $470.00 | $658.00 |
| Ingram, Connie J. | Manager | 18 Jul 2024 | Preparation of Fee Applications | Finalize First and Second monthly fee statements and forward to partner for review/approval.  Respond to partner comments and forward to debtor's counsel for review and filing. | 4.6 | $470.00 | $2,162.00 |
| **Total** | | | | | **10.0** | | **$4,700.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATION OF MOLLY ERICSON

I, Molly Ericson, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1.      I am a Managing Director with Ernst & Young ("EY LLP"), and I am duly authorized to make this certification on behalf of EY LLP.  EY LLP was retained by EXP OldCo Winddown, Inc. (f/k/a Express, Inc.) and its affiliated debtors in the above-captioned cases (collectively, the "Debtors").  This certification is made in support of the First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through and including July 31, 2024 (the "Application") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure the United States Bankruptcy Court for the District of Delaware (the "Rule").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2.      I have read the Application, and I certify that the Application substantially complies

with the Rule.

                                                    */s/ Molly Ericson*_____
                                                    Molly Ericson
                                                    Managing Director
                                                    Ernst & Young LLP