**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ———————————————— | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., et al.[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ———————————————— | ) | |

**FIRST INTERIM FEE APPLICATION OF KPMG LLP**
**PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES**
**TO THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF APRIL 22, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 21, 2024 *Effective as of* April 22, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through July 31, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $      29,820.30 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $        0.00 |

This is a: _____Monthly ____X____ Interim _____ Final Application

Prior Interim Fee Applications Filed: None

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**ATTACHMENT B
TO FEE APPLICATION
COMPENSATION BY PROFESSIONAL**

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Aaron Vaughan | Managing Director, Washington N | 0.6 | $ 951 | $ 570.60 |
| Ana Simunovic | Senior Associate, Bankruptcy | 1.0 | $ 210 | $ 210.00 |
| Annika Erickson | Associate, Tax | 26.8 | $ 318 | $ 8,522.40 |
| Celeste Campbell | Manager, Bankruptcy | 1.8 | $ 255 | $ 459.00 |
| Chloe Boustany | Senior Associate, Tax | 14.7 | $ 426 | $ 6,262.20 |
| Danny Lall | Senior Manager, Tax | 5.0 | $ 756 | $ 3,780.00 |
| Grant Rockefeller | Senior Associate, Tax | 2.7 | $ 426 | $ 1,150.20 |
| Jessica Slean | Managing Director, Tax | 3.2 | $ 816 | $ 2,611.20 |
| Shane Vandenberg | Senior Manager, Washington Nati | 0.7 | $ 801 | $ 560.70 |
| Teresa Williams | Associate, Bankruptcy | 8.2 | $ 180 | $ 1,476.00 |
| Wendy Shaffer | Associate Director, Bankruptcy | 14.8 | $ 285 | $ 4,218.00 |
| | | | | |
| **Hours and Fees at Discounted Rates** | | **79.5** | | **$ 29,820.30** |
| | | | | |
| | | | | |
| **Total Discounted Fees** | | | | **$ 29,820.30** |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 29,820.30** |
| | | | | |
| | **Blended Rate** | | **$ 375.10** | |

**ATTACHMENT B**
**TO FEE APPLICATION**
**(continued)**

**COMPENSATION BY CATEGORY**

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Research Credit Services | 52.4 | $ 22,326.00 |
| Retention Services | 15.5 | $ 4,342.50 |
| Fee Application Preparation Services | 10.3 | $ 2,020.50 |
| Tax Examination Assistance Services | 1.3 | $ 1,131.30 |
| **Total** | **79.5** | **$ 29,820.30** |

**EXPENSE SUMMARY**

| Service Description | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., *et al.*[2] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD OF APRIL 22, 2024 THROUGH JULY 31, 2024</u>**

KPMG LLP[3], ("KPMG") as tax compliance and tax consulting service providers to the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debt</u>ors") files this First Interim Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules (the "Local Rules") of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court") and this Court's Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is One Express Drive, Columbus, Ohio 43230.
[3] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

Retained Professionals and (II) Granting Related Relief, dated May 14, 2024 (the "Interim

Compensation Order") [Docket No. 223]. By this Application, KPMG seeks interim

allowance of compensation for professional services performed and actual and necessary

expenses incurred by KPMG for the period from April 22, 2024 through and including July

31, 2024 (the "Compensation Period"), in the amount of $29,820.30.  In support of this

Application, KPMG respectfully represents as follows:

**Background**

1.      On April 22, 2024 (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue

to operate their businesses and manage their properties as debtors in possession pursuant to

sections 1107(a) and 1108 of title 11 of the Bankruptcy Code.  On May *23, 2024, the United*

*States Trustee for the District of Delaware appointed an official committee of unsecured*

*creditors (the "Creditors' Committee") [Docket No. 127].  No trustee or examiner has been*

*appointed in this Chapter 11 Case to date.*

2.      On June 3, 2024 the Debtors filed an *Application of the Debtors for an*

*Entry of an  Order (I), Authorizing the Debtors to Retain and Employ KPMG LLP to Provide*

*Tax Compliance and Tax Consulting Services effective as of April 22, 2024, and (II) Waiving*

*the Information Requirements of Local Rule 2016-2(d)*  (the "Retention Application")

[Docket No. 355] and in support of the Retention Application, the Debtors submitted the

Declaration of Brian C. Campbell (the "Campbell Declaration").

3.      By this Court's Order, dated June 21, 2024 [Docket No. 501] (the

"Retention Order"), the Debtors were authorized to retain KPMG to provide Tax Compliance

and Tax Consulting Services effective as of April 22, 2024.  The Retention Order authorizes

6

the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330

and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other

procedures as were fixed by order of the Court.

4.      Pursuant to paragraph 10 of the Retention Application and paragraph 7

of the Retention Order, KPMG may enter into additional engagement letter(s) and may file

such engagement letters with the Court. The Debtors have entered into Additional

Agreements with KPMG, pursuant to the terms of the Retention Order, as filed on June 14,

2024 [D. I. 468].

### Jurisdiction

5.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and

1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this

Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

### Summary of Application

6.      During the Compensation Period, KPMG performed the services for

which it is seeking compensation on behalf of or for the Debtor and its estate and not on

behalf of any committee, creditor, or other person.  By this Application, KPMG requests

interim allowance of compensation of professional fees totaling $29,820.30, and

reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket

expenses in the amount of $0.00.

| Prior Monthly Fee Statements Filed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Total | | Requested | | |
| Month | Period Covered | Date Filed | Docket Number | Fees (@100%) | Expenses (@100%) | Fees (@80%) | Expenses (@100%) | Total Holdback Fees Requested: (@20%) |
| 1 | 04/22/24 – 06/30/24 | 08/09/24 | 710 | $ 20,883.90 | $0.00 | $16,707.12 | $0.00 | $4,176.78 |
| 2 | 07/01/24 - 07/31/24 | 09/11/24 | 813 | $8,396.40 | $0.00 | $7,149.12 | $0.00 | $1,787.28 |
| Total | | | | $29,820.30 | $0.00 | $23,856.24 | $0.00 | $5,964.06 |

### **Summary of Services Rendered During the Compensation Period**

7.      This Application is KPMG's First Interim Fee Application for compensation and expense reimbursement filed in this chapter 11 case.  During the Compensation Period, KPMG provided significant professional services to the Debtor in their efforts to navigate their business through the chapter 11 process.

8.      Set forth below is a summary of the significant professional services that KPMG rendered to the Debtor during the Compensation Period and annexed hereto as Attachment B is a chart depicting KPMG professionals who rendered these services.

**Tax Consulting Services**

Research Credit Services

KPMG began providing Research Credit Services with regards to the FY23 tax year ("Credit Year") including:

a. Identifying and documenting qualified research activities and related expenditures.
b. Calculating and documenting the base amount, including required adjustments for acquisitions, dispositions, and the consistency rule; and
c. Calculating the federal and state credits for the Credit Year.

8

**Retention Services**

Services included researching client bankruptcy with regards to retention; the preparation of KPMG declaration and retention order; discussions and fact finding with Express as well as the Office of General Counsel; discussions and correspondence with Debtors' counsel related to employment application.

**Fee Application Preparation**

The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in this case have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the monthly fee applications as well as the first interim fee application.

**Tax Examination Assistance Services**

KPMG continued to assist the Debtors in their dealings with the IRS examination team and meeting with Debtors' team members as appropriate and necessary.

At the Debtors request, KPMG continued to assist the Debtors in preparing submissions in response to IRS inquiries.

9.      During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $180 to $951 per hour.  The rates reflected in this Application represent approximately a 60% discount from KPMG's standard rates. Of the aggregate time expended, 3.8 hours were expended by managing directors, 20.5 hours were expended by senior managers and associate directors, and 1.8 hours were expended by managers, 53.4 hours were expended by senior associates and associates.  KPMG's blended hourly rate services provided during the Compensation Period is $375.10.

10.     In addition to Attachment B, copies of KPMG's first and second monthly fee applications filed with the Court are annexed hereto as Schedules 1 and 2. KPMG

maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with this chapter 11 case and such records are maintained in the ordinary course of business.

11.     KPMG charges its fees in this case in accordance with the terms set forth in the Retention Application and the corresponding Campbell Declaration. The fees applied for herein are based on the usual and customary fees KPMG charges to its clients and are commensurate with the usual and customary rates charged for services performed.

12.     KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtor in this case to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in this chapter 11 case.

13.     The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of this case.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtor's estate, to work efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

14.     During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtor.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of this case; and (b) have been provided in a cost-efficient manner.

15.     Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person, or entity.

### Summary of Actual and Necessary Expenses During the Compensation Period

16.    As set forth in Attachment B, KPMG is not seeking reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period.

### Reservation

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

*[the remainder of this page left intentionally blank]*

**Conclusion**

WHEREFORE subject to the terms of the Interim Compensation Order, KPMG respectfully requests the Court enter an order, (i) approving and allowing, on an interim basis, compensation in the amount of $29,820.30 for professional services performed on behalf of the Debtors during the Compensation Period and reimbursement of $0.00 for actual and necessary expenses incurred during the Compensation Period (ii) authorizing and directing the Debtors to pay KPMG an amount equal to the sum of such allowed compensation and reimbursement; and (iii) granting such other further relief as the Court deems just and proper.

Dated:  October 4, 2024

Respectfully submitted,

*/s/ Brian C. Campbell*

KPMG LLP

Brian C. Campbell
Partner
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, Ohio 43215
(614) 249-1879

Schedule 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ———————————————— | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC, *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| ———————————————— | ) | |

**FIRST MONTHLY FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD OF APRIL 22, 2024 THROUGH JUNE 30, 2024</u>**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 22, 2024 *Effective as of* June 21, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through June 30, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $      20,883.90 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $           0.00 |

This is a: _____X_____Monthly _____ Interim _____ Final Application

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Prior Fee Applications Filed:** <u>None</u>

**ATTACHMENT B**
**TO FEE APPLICATION**
**COMPENSATION BY PROFESSIONAL**

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Ana Simunovic | Senior Associate, Bankruptcy | 1.0 | $ 210 | $ 210.00 |
| Annika Erickson | Associate, Tax | 19.0 | $ 318 | $ 6,042.00 |
| Chloe Boustany | Senior Associate, Tax | 9.0 | $ 426 | $ 3,834.00 |
| Danny Lall | Senior Manager, Tax | 4.0 | $ 756 | $ 3,024.00 |
| Grant Rockefeller | Senior Associate, Tax | 2.7 | $ 426 | $ 1,150.20 |
| Jessica Slean | Managing Director, Tax | 2.2 | $ 816 | $ 1,795.20 |
| Teresa Williams | Associate, Bankruptcy | 4.5 | $ 180 | $ 810.00 |
| Wendy Shaffer | Associate Director, Bankruptcy | 14.1 | $ 285 | $ 4,018.50 |
| | | | | |
| **Hours and Fees at Discounted Rates** | | **56.5** | | **$ 20,883.90** |
| | | | | |
| **Total Discounted Fees** | | | | **$ 20,883.90** |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 20,883.90** |
| Less Holdback Adjustment (20%) | | | | $ (4,176.78) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 16,707.12** |
| | | | | |
| **Blended Rate** | | | $ 369.63 | |

3

**ATTACHMENT B**
**TO FEE APPLICATION**
**(continued)**

**COMPENSATION BY CATEGORY**

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Research Credit Services | 36.9 | $ 15,845.40 |
| Retention Services | 14.8 | $ 4,143.00 |
| Fee Application Preparation Services | 4.8 | $ 895.50 |
| **Total** | **56.5** | **$ 20,883.90** |

**EXPENSE SUMMARY**

| Service Description | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC, *et al.*,[2] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST MONTHLY FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF APRIL 22, 2024 THROUGH JUNE 30, 2024**

KPMG LLP[3], ("KPMG") as tax compliance and tax consulting service

providers to the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors") files this First Monthly Fee Application (the "Application"), pursuant to section

330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of

the Local Rules (the "Local Rules") of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Delaware (the "Court") and this *Court's Order (I)*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Retained Professionals and (II) Granting Related Relief*, dated May 14, 2024 (the "Interim

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is One Express Drive, Columbus, Ohio 43230.
Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

Compensation Order") [Docket No. 223]. By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from April 22, 2024 through and including June 30, 2024 (the "Compensation Period"), in the amount of $20,883.90 (80% of which is $16,707.12 and respectfully represents:

## Background

1.      On April 22, 2024 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code.  On May *23, 2024, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors (the "Creditors' Committee") [Docket No. 127].  No trustee or examiner has been appointed in this Chapter 11 Case to date.*

2.      On June 3, 2024 the Debtors filed an *Application of the Debtors for an Entry of an  Order (I), Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d)*  (the "Retention Application") [Docket No. 355] and in support of the Retention Application, the Debtors submitted the Declaration of Brian C. Campbell (the "Campbell Declaration").

3.      By this Court's Order, dated June 21, 2024 [Docket No. 501] (the "Retention Order"), the Debtors were authorized to retain KPMG to provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330

and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

4.    Pursuant to paragraph 10 of the Retention Application and paragraph 7 of the Retention Order, KPMG may enter into additional engagement letter(s) and may file such engagement letters with the Court. The Debtors have entered into Additional Agreements with KPMG, pursuant to the terms of the Retention Order, as filed on June 14, 2024 [D. I. 468].

**Jurisdiction**

5.    This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Summary of Application**

6.    During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtor and its estate and not on behalf of any committee, creditor, or other person.  By this Application, KPMG requests allowance of monthly compensation of professional fees totaling $20,883.90, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of fees or $16,707.12 and reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket expenses in the amount of $0.00.

**Summary of Services Rendered During the Compensation Period**

7.    This Application is KPMG's First Monthly Fee Application for compensation and expense reimbursement filed in this chapter 11 case.  During the

Compensation Period, KPMG provided significant professional services to the Debtor in their efforts to navigate their business through the chapter 11 process.

8.    Set forth below is a summary of the significant professional services that KPMG rendered to the Debtor during the Compensation Period and annexed hereto as Exhibit A is a chart depicting KPMG professionals who rendered these services.

**Tax Consulting Services**

Research Credit Services

KPMG began providing Research Credit Services with regard to the FY23 tax year ("Credit Year") including:

    a. Identifying and documenting qualified research activities and related expenditures.
    b. Calculating and documenting the base amount, including required adjustments for acquisitions, dispositions, and the consistency rule; and
    c. Calculating the federal and state credits for the Credit Year.

**Retention Services**

Services included researching client bankruptcy with regards to retention; the preparation of KPMG declaration and retention order; discussions and fact finding with Express as well as the Office of General Counsel; discussions and correspondence with Debtors' counsel related to employment application.

**Fee Application Preparation**

The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in this case have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the monthly fee applications.

9.    During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $180 to $816 per hour.  The rates reflected in this Application represent approximately a 60% discount from KPMG's

standard rates. Of the aggregate time expended, 2.3 hours were expended by managing directors, 18.1 hours were expended by senior managers and associate directors, , and 36.2 hours were expended by senior associates and associates.  KPMG's blended hourly rate services provided during the Compensation Period is $369.63.

10.    In addition to Attachment B, a summary of the hours and fees incurred by professional, and category is annexed hereto as Exhibit A and Exhibit B, respectively, and described in detail in the time records annexed hereto as Exhibits C1 – C3.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with this chapter 11 case and such records are maintained in the ordinary course of business.

11.    KPMG charges its fees in this case in accordance with the terms set forth in the Retention Application and the corresponding Campbell Declaration. The fees applied for herein are based on the usual and customary fees KPMG charges to its clients and are commensurate with the usual and customary rates charged for services performed.

12.    KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtor in this case to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in this chapter 11 case.

13.    The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of this case.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtor's estate, to work

efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

14.    During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtor.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of this case; and (b) have been provided in a cost-efficient manner.

15.    Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person, or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

16.    As set forth on Exhibit D, KPMG is not seeking reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

*[the remainder of this page left intentionally blank]*

**Conclusion**

WHEREFORE, KPMG respectfully requests that, pursuant to the Interim Compensation Order, KPMG is (i) allowed monthly compensation of professional fees totaling $20,883.90, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of requested fees or $16,707.12; (ii) allowed reimbursement of expenses billed during the Compensation Period of $0.00; (iii) authorized to be paid its allowed fees and expenses for the Compensation Period; and (iv) granted such other and further relief as the Court may deem proper.

Dated:  August 8, 2024

Respectfully submitted,

*/s/ Brian C. Campbell*

KPMG LLP

Brian C. Campbell
Partner
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, Ohio 43215
(614) 249-1879

11

**EXHIBIT A**

**Express, Inc**
**Case No. 24-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
April 22, 2024 through June 30, 2024

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Ana Simunovic | Senior Associate, Bankruptcy | 1.0 | $ | 210 | $ | 210.00 |
| Annika Erickson | Associate, Tax | 19.0 | $ | 318 | $ | 6,042.00 |
| Chloe Boustany | Senior Associate, Tax | 9.0 | $ | 426 | $ | 3,834.00 |
| Danny Lall | Senior Manager, Tax | 4.0 | $ | 756 | $ | 3,024.00 |
| Grant Rockefeller | Senior Associate, Tax | 2.7 | $ | 426 | $ | 1,150.20 |
| Jessica Slean | Managing Director, Tax | 2.2 | $ | 816 | $ | 1,795.20 |
| Teresa Williams | Associate, Bankruptcy | 4.5 | $ | 180 | $ | 810.00 |
| Wendy Shaffer | Associate Director, Bankruptcy | 14.1 | $ | 285 | $ | 4,018.50 |
| **Hours and Fees at Discounted Rates** | | **56.5** | | | $ | **20,883.90** |
| **Total Discounted Fees** | | | | | $ | **20,883.90** |
| Out of Pocket Expenses | | | | | $ | - |
| **Total Fees & Out of Pocket Expenses** | | | | | $ | **20,883.90** |
| Less Holdback Adjustment (20%) | | | | | $ | (4,176.78) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | $ | **16,707.12** |
| **Blended Hourly Rate** | | | $ | 369.63 | | |

**EXHIBIT B**

**Express, Inc**
**Case No. 24-10831**
Summary of Hours and Discounted Fees Incurred by Category
April 22, 2024 through June 30, 2024

| Category | Exhibit | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|---|
| Research Credit Services | C1 | 36.9 | $ | 15,845.40 |
| Retention Services | C2 | 14.8 | $ | 4,143.00 |
| Fee Application Preparation Services | C3 | 4.8 | $ | 895.50 |
| **Total** | | **56.5** | **$** | **20,883.90** |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Grant Rockefeller | 04/22/24 | Began to prepare the R&D Calculations for Fed and State. | 1.0 | $ 426 | $ 426.00 |
| Danny Lall | 05/03/24 | (0.4) Kickoff call with J. Slean, D. Lall, G. Rockefeller, A. Erickson (KPMG) and L. Ikeda (Express), on 5/3/24, regarding the information request for the R&D credit and 174 work papers, timeline for the engagement, asset acquisition of Bonobos and their credit eligibility, and the use of a shared site for document sharing. | 0.4 | $ 756 | $ 302.40 |
| Jessica Slean | 05/03/24 | (0.4) Kickoff call with J. Slean, D. Lall, G. Rockefeller, A. Erickson (KPMG) and L. Ikeda (Express), on 5/3/24, regarding the information request for the R&D credit and 174 work papers, timeline for the engagement, asset acquisition of Bonobos and their credit eligibility, and the use of a shared site for document sharing. | 0.4 | $ 816 | $ 326.40 |
| Grant Rockefeller | 05/03/24 | (0.4) Kickoff call with J. Slean, D. Lall, G. Rockefeller, A. Erickson (KPMG) and L. Ikeda (Express), on 5/3/24, regarding the information request for the R&D credit and 174 work papers, timeline for the engagement, asset acquisition of Bonobos and their credit eligibility, and the use of a shared site for document sharing. | 0.4 | $ 426 | $ 170.40 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 05/03/24 | (0.4) Kickoff call with J. Slean, D. Lall, G. Rockefeller, A. Erickson (KPMG) and L. Ikeda (Express), on 5/3/24, regarding the information request for the R&D credit and 174 work papers, timeline for the engagement, asset acquisition of Bonobos and their credit eligibility, and the use of a shared site for document sharing. | 0.5 | $ 318 | $ 159.00 |
| Grant Rockefeller | 05/09/24 | (0.3) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to assign action items for the following week. A. Erickson to create a SharePoint site and to start building the calc. G. Rockefeller to create a timeline for the R&D credit study. | 0.3 | $ 426 | $ 127.80 |
| Annika Erickson | 05/09/24 | (0.3) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to assign action items for the following week. A. Erickson to create a SharePoint site and to start building the calc. G. Rockefeller to create a timeline for the R&D credit study. | 0.3 | $ 318 | $ 95.40 |
| Danny Lall | 05/09/24 | (0.3) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to assign action items for the following week. A. Erickson to create a SharePoint site and to start building the calc. G. Rockefeller to create a timeline for the R&D credit study. | 0.3 | $ 756 | $ 226.80 |
| Annika Erickson | 05/14/24 | (0.2) Updated, as the 5/14/24, the SharePoint site by adding various folders as preparation for the files the client contacts will upload. | 0.2 | $ 318 | $ 63.60 |
| Annika Erickson | 05/14/24 | (0.3) Emailed instructions to join the Sharepoint site to the client contacts and filed a request for them to be guest users of the site. | 0.3 | $ 318 | $ 95.40 |
| Annika Erickson | 05/15/24 | (0.3) Downloaded PBC from the SharePoint in order to upload data into Orion. | 0.3 | $ 318 | $ 95.40 |
| Grant Rockefeller | 05/15/24 | Developed and shared a comprehensive work plan for the R&D project related to the Express Inc. / Express LLC bankruptcy case with A. Erickson and D. Lall (KPMG). | 0.5 | $ 426 | $ 213.00 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 05/17/24 | (0.2) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to discuss edits to the workplan created by G. Rockefeller (KPMG), to discuss documents provided by the client, and to assign action items for the following week. G. Rockefeller to implement changes to the workplan and both G. Rockefeller and A. Erickson to look through documents provided by the clients and come up with next steps, as of 05/17/24. | 0.2 | $ 318 | $ 63.60 |
| Danny Lall | 05/17/24 | (0.2) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to discuss edits to the workplan created by G. Rockefeller (KPMG), to discuss documents provided by the client, and to assign action items for the following week. G. Rockefeller to implement changes to the workplan and both G. Rockefeller and A. Erickson to look through documents provided by the clients and come up with next steps, as of 05/17/24. | 0.2 | $ 756 | $ 151.20 |
| Grant Rockefeller | 05/17/24 | (0.2) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to discuss edits to the workplan created by G. Rockefeller (KPMG), to discuss documents provided by the client, and to assign action items for the following week. G. Rockefeller to implement changes to the workplan and both G. Rockefeller and A. Erickson to look through documents provided by the clients and come up with next steps, as of 05/17/24. | 0.2 | $ 426 | $ 85.20 |
| Annika Erickson | 05/23/24 | (0.3) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to discuss documents provided by the client and next steps, as of 05/23/24, and to assign items for the following week. G. Rockefeller to determine which projects to request PAR detail on and to work on creating an interview request list. A. Erickson to assist and to build out the calculation workbook. | 0.3 | $ 318 | $ 95.40 |
| Danny Lall | 05/23/24 | (0.3) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to discuss documents provided by the client and next steps, as of 05/23/24, and to assign items for the following week. G. Rockefeller to determine which projects to request PAR detail on and to work on creating an interview request list. A. Erickson to assist and to build out the calculation workbook. | 0.3 | $ 756 | $ 226.80 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Grant Rockefeller | 05/23/24 | (0.3) Call with D. Lall, G. Rockefeller and A. Erickson (KPMG) to discuss documents provided by the client and next steps, as of 05/23/24, and to assign items for the following week. G. Rockefeller to determine which projects to request PAR detail on and to work on creating an interview request list. A. Erickson to assist and to build out the calculation workbook. | 0.3 | $ 426 | $ 127.80 |
| Annika Erickson | 05/23/24 | (0.8) Researched carryover percentage in PY workpapers to determine how it was used, concurrently reviewed PBC documents received. | 0.8 | $ 318 | $ 254.40 |
| Danny Lall | 05/31/24 | (0.5) Call with D. Lall, G. Rockefeller, A. Erickson (KPMG) to discuss documents provided by the client and next steps, and to assign items for the following week. A. Erickson will look through PBC documents to understand how they come up with an apparel employee listing and will regroup with the team on Monday. | 0.5 | $ 756 | $ 378.00 |
| Annika Erickson | 05/31/24 | (0.5) Call with D. Lall, G. Rockefeller, A. Erickson (KPMG) to discuss documents provided by the client and next steps, and to assign items for the following week. A. Erickson will look through PBC documents to understand how they come up with an apparel employee listing and will regroup with the team on Monday. | 0.5 | $ 318 | $ 159.00 |
| Annika Erickson | 05/31/24 | (0.8) Performed research in order to determine how PY apparel QREs and project listing began using PBC and PY data and workbooks. | 0.8 | $ 318 | $ 254.40 |
| Annika Erickson | 06/03/24 | (1.5) Reviewed, as of 06/03/24, the PY PBC in order to decipher the methodologies used by the prior work team as well as preparing to present my findings. | 1.5 | $ 318 | $ 477.00 |
| Annika Erickson | 06/04/24 | (0.3) Draft email communication to D. Lall (KPMG) requesting approval to send to L. Ikeda (Express) our follow up information request as well as a request to set up SME interviews. | 0.3 | $ 318 | $ 95.40 |
| Annika Erickson | 06/04/24 | (0.5) Reviewed, as of 06/04/24, the PY PBC with D. Lall (KPMG) in order to determine what their methodologies were. | 0.5 | $ 318 | $ 159.00 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Chloe Boustany | 06/04/24 | (1.0) Call with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss methodologies used to calculate the credit in prior years and what methodologies the team wants to use for the current year. D. Lall and A. Erickson presented the previous methodology to J. Slean and to introduce C. Boustany to the project. The team decided to use the previous methodology but cast a wider net for IT projects and use Alteryx and Excel formulas instead of a macro. A. Erickson will send an email to L. Ikeda (Express) with an additional information request and will create the calculations. | 1.0 | $ 426 | $ 426.00 |
| Annika Erickson | 06/04/24 | (1.0) Call with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss methodologies used to calculate the credit in prior years and what methodologies the team wants to use for the current year. D. Lall and A. Erickson presented the previous methodology to J. Slean and to introduce C. Boustany to the project. The team decided to use the previous methodology but cast a wider net for IT projects and use Alteryx and Excel formulas instead of a macro. A. Erickson will send an email to L. Ikeda (Express) with an additional information request and will create the calculations. | 1.0 | $ 318 | $ 318.00 |
| Jessica Slean | 06/04/24 | (1.0) Call with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss methodologies used to calculate the credit in prior years and what methodologies the team wants to use for the current year. D. Lall and A. Erickson presented the previous methodology to J. Slean and to introduce C. Boustany to the project. The team decided to use the previous methodology but cast a wider net for IT projects and use Alteryx and Excel formulas instead of a macro. A. Erickson will send an email to L. Ikeda (Express) with an additional information request and will create the calculations. | 1.0 | $ 816 | $ 816.00 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Danny Lall | 06/04/24 | (1.0) Call with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss methodologies used to calculate the credit in prior years and what methodologies the team wants to use for the current year. D. Lall and A. Erickson presented the previous methodology to J. Slean and to introduce C. Boustany to the project. The team decided to use the previous methodology but cast a wider net for IT projects and use Alteryx and Excel formulas instead of a macro. A. Erickson will send an email to L. Ikeda (Express) with an additional information request and will create the calculations. | 1.0 | $ 756 | $ 756.00 |
| Annika Erickson | 06/04/24 | (1.5) Continued, as of 06/24/24, to review the PY PBC with D. Lall (KPMG) in order to decipher what methodologies were and created an agenda to share these findings along with next steps to J. Slean (KPMG). | 1.5 | $ 318 | $ 477.00 |
| Annika Erickson | 06/19/24 | (1.0) Created the calculation workbook that determines hours spent on apparel activities. | 1.0 | $ 318 | $ 318.00 |
| Annika Erickson | 06/19/24 | (1.0) Cross referenced the master list of activities with Current Year activities to get qualifications and descriptions | 1.0 | $ 318 | $ 318.00 |
| Annika Erickson | 06/19/24 | (1.3) Created a master list of activities using prior year WPs and broke it out between departments | 1.3 | $ 318 | $ 413.40 |
| Chloe Boustany | 06/20/24 | .5 Call with C. Boustany and A. Erickson (KPMG) to walkthrough the replicated calculation that was created and determine the next steps, as of 06/20/24. | 0.5 | $ 426 | $ 213.00 |
| Annika Erickson | 06/20/24 | .5 Call with C. Boustany and A. Erickson (KPMG) to walkthrough the replicated calculation that was created and determine the next steps, as of 06/20/24. | 0.5 | $ 318 | $ 159.00 |
| Annika Erickson | 06/20/24 | (1.8) Continued, as of 06/20/24, to cross reference current year apparel activities with the Master List to get preliminary qualifications. | 1.8 | $ 318 | $ 572.40 |
| Chloe Boustany | 06/21/24 | (.5) Call with D. Lall, C. Boustany, A. Erickson (KPMG) to discuss the project listing analysis and calculation that A. Erickson created and next steps. A. Erickson will draft an email to L. Ikeda (Express) to set up an interview with K. Miller (Express) and C. Boustany will create time surveys and set up interviews with the IT department. | 0.5 | $ 426 | $ 213.00 |

## EXHIBIT C1

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 06/21/24 | (.5) Call with D. Lall, C. Boustany, A. Erickson (KPMG) to discuss the project listing analysis and calculation that A. Erickson created and next steps. A. Erickson will draft an email to L. Ikeda (Express) to set up an interview with K. Miller (Express) and C. Boustany will create time surveys and set up interviews with the IT department. | 0.5 | $ 318 | $    159.00 |
| Danny Lall | 06/21/24 | (.5) Call with D. Lall, C. Boustany, A. Erickson (KPMG) to discuss the project listing analysis and calculation that A. Erickson created and next steps. A. Erickson will draft an email to L. Ikeda (Express) to set up an interview with K. Miller (Express) and C. Boustany will create time surveys and set up interviews with the IT department. | 0.5 | $ 756 | $    378.00 |
| Annika Erickson | 06/21/24 | (0.5) Completed cross referencing CY apparel activities with the master list of PY activities. | 0.5 | $ 318 | $    159.00 |
| Chloe Boustany | 06/21/24 | (0.7) Continued, from earlier on 06/21/24, to review the PY PBC and CY organizational charts in order to determine the software SMEs and those who work below them to create 5 time matrices for each team using the headcount detail. | 0.7 | $ 426 | $    298.20 |
| Chloe Boustany | 06/21/24 | (0.5) Reviewed, as of 06/21/24, the PY memo for Express focusing on the software R&D process used. (0.5) Began to identify potential SMEs in order to set up interviews with the appropriate parties in order to discuss potential qualifying R&D activities. | 1.0 | $ 426 | $    426.00 |
| Chloe Boustany | 06/21/24 | (3.4) Reviewed, as of 06/21/24, the PY PBC and CY organizational charts in order to determine the software SMEs and those who work below them to create 5 time matrices for each team using the headcount detail. | 3.4 | $ 426 | $  1,448.40 |
| Chloe Boustany | 06/24/24 | (0.3) J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) met, as of 06/24/24, to discuss the status of the R&D study for Express, articulate next steps to be completed by the various KPMG team members and timeline for completion. | 0.3 | $ 426 | $    127.80 |
| Jessica Slean | 06/24/24 | (0.3) J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) met, as of 06/24/24, to discuss the status of the R&D study for Express, articulate next steps to be completed by the various KPMG team members and timeline for completion. | 0.3 | $ 816 | $    244.80 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 06/24/24 | (0.3) J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) met, as of 06/24/24, to discuss the status of the R&D study for Express, articulate next steps to be completed by the various KPMG team members and timeline for completion. | 0.3 | $ 318 | $ 95.40 |
| Danny Lall | 06/24/24 | (0.3) J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) met, as of 06/24/24, to discuss the status of the R&D study for Express, articulate next steps to be completed by the various KPMG team members and timeline for completion. | 0.3 | $ 756 | $ 226.80 |
| Annika Erickson | 06/26/24 | (.3) Drafted an email to SME, K. Miller (Express), in order to request an interview | 0.3 | $ 318 | $ 95.40 |
| Annika Erickson | 06/27/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status, as of 06/27/24, of the R&D study for Express and go through questions on the calendar of activities for apparel and requests for software projects and time matrices to be used for interviews with IT SMEs. | 0.5 | $ 318 | $ 159.00 |
| Danny Lall | 06/27/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status, as of 06/27/24, of the R&D study for Express and go through questions on the calendar of activities for apparel and requests for software projects and time matrices to be used for interviews with IT SMEs. | 0.5 | $ 756 | $ 378.00 |
| Jessica Slean | 06/27/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status, as of 06/27/24, of the R&D study for Express and go through questions on the calendar of activities for apparel and requests for software projects and time matrices to be used for interviews with IT SMEs. | 0.5 | $ 816 | $ 408.00 |
| Chloe Boustany | 06/27/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status, as of 06/27/24, of the R&D study for Express and go through questions on the calendar of activities for apparel and requests for software projects and time matrices to be used for interviews with IT SMEs. | 0.5 | $ 426 | $ 213.00 |
| Annika Erickson | 06/27/24 | (1.0) Updated, as of 06/27/24, concurrently analyzed the project activity matrix for Express by adding activities deemed similar and which activities could potentially be removed as new activities. | 1.0 | $ 318 | $ 318.00 |
| Chloe Boustany | 06/28/24 | Reviewed, as of 06/28/24, the email and PBC calendar of activities report prepared by A. Erickson (KPMG). | 0.1 | $ 426 | $ 42.60 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 06/28/24 | (.5) Implemented the updates to the email to subject matter expert K. Miller (Express) as per the request of C. Boustany (KPMG). | 0.5 | $ 318 | $ 159.00 |
| Annika Erickson | 06/28/24 | (.8) Updated, as of 06/28/24, the layout of the Project activity matrix for Express to be more comprehensible and easily digestible as well as removed activities | 0.8 | $ 318 | $ 254.40 |
| Chloe Boustany | 06/28/24 | Reviewed, as of 06/28/24, the capital spend report in order to identify IT projects with potential R&D activities, concurrently drafted email requesting more information regarding those projects according to information found in PARs analysis report provided in the PY to help identify the relevant projects to interview projects leads from. | 1.0 | $ 426 | $ 426.00 |
| | | **Total Research Credit Services** | **36.9** | | **$ 15,845.40** |

**EXHIBIT C2**

**Express, Inc**
**Case No. 24-10831**
Retention Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 04/25/24 | 0.2 Continue to draft Express Declaration and Proposed Order based on additional data received from the engagement team as of 4/25/24. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 04/25/24 | 0.2 Email communication with B. Campbell (KPMG) to request clarification related to Express documentation/data provided to be included in KPMG Declaration. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 04/25/24 | 0.5 Began to review, as of 04/25/24, the Express EL's as well as related accounts receivable and engagement details to facilitate creation of Declaration and Proposed Order. | 0.5 | $ 285 | $ 142.50 |
| Wendy Shaffer | 04/25/24 | 0.7 Begin to prepare Declaration and Proposed order related to Express, Inc. bankruptcy matter. | 0.7 | $ 285 | $ 199.50 |
| Wendy Shaffer | 04/26/24 | 0.2 Drafted detailed email to D. Karumsi, G. Ruud, S. Belding, and G. Pitetti (KPMG) to request confirmation of amounts to be waived by KPMG related to unpaid invoices and to request totals for any unbilled fees/expenses to be waived for inclusion in KPMG Declaration related to their respective engagements. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 04/26/24 | 0.3 Call with B. Campbell (KPMG) to discuss Express ELs including and services to be included in KPMG Declaration. | 0.3 | $ 285 | $ 85.50 |
| Wendy Shaffer | 04/26/24 | 0.9 Analyzed Express accounts receivable data with regards to 90 day payment info and amounts to be waived by KPMG to include in KPMG Declaration. | 0.9 | $ 285 | $ 256.50 |
| Wendy Shaffer | 04/26/24 | 0.9 Updates to Express Declaration and Proposed Order based on results of discussion with B. Campbell (KPMG). | 0.9 | $ 285 | $ 256.50 |
| Wendy Shaffer | 04/29/24 | 0.2 Analysis of rate cards and discounts for Express project and 0.1 create chart related to all tax consulting services to be included in Express Declaration. | 0.3 | $ 285 | $ 85.50 |
| Wendy Shaffer | 04/29/24 | 1.1 Aggregate, concurrently analyze 90 day payment info for Express as well as unbilled data to be included in KPMG Declaration; 0.4 created chart related to same for inclusion in Declaration. | 1.5 | $ 285 | $ 427.50 |
| Wendy Shaffer | 04/29/24 | 1.7 Continued to draft Express Declaration based on 4 current SOWs. | 1.7 | $ 285 | $ 484.50 |
| Wendy Shaffer | 04/30/24 | 0.1 Review, as of 04/30/24, and respond to email from K. Zavislak (KPMG) requesting total fees/expenses to be waived by KPMG in Express bankruptcy matter. | 0.1 | $ 285 | $ 28.50 |

**EXHIBIT C2**

**Express, Inc**
**Case No. 24-10831**
Retention Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 04/30/24 | 0.2 Prepared detailed email to Express team leads to request retainer info to be included in KPMG Declaration. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 05/01/24 | 0.7 Continued , as of 5/3/24, to draft Express Declaration and proposed Order. | 0.7 | $ 285 | $ 199.50 |
| Wendy Shaffer | 05/02/24 | 0.1 Drafted email to Express Partners / team leads to request anticipated monthly fees to provide K&E in order to determine go forward related to Retention. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/03/24 | 0.1 Drafted email to K&E to send estimate related to KPMG monthly fee during the pendency of the bankruptcy as requested. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/03/24 | 0.2 Call with L. Blumenthal (K&E) and J. Roberts (KPMG OGC) to discuss go forward related to KPMG retention in Express bankruptcy matter. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 05/03/24 | 0.2 Compiled monthly fee estimates for Express sent by team in preparation for upcoming call with K&E and send to J. Roberts (KPMG OGC) for review. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 05/03/24 | 0.2 Email communication with L. Blumenthal (K&E) to provide KPMG data discussed and requested on call (on same day). | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 05/17/24 | 0.1 Review of updated PII list provide by N. Anderson (K&E) related to Express bankruptcy matter and follow-up related to confidential data related to same. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/20/24 | 0.6 Continued, as of 5/23/24 to draft Express Narrative in support of KPMG's Retention Application | 0.6 | $ 285 | $ 171.00 |
| Wendy Shaffer | 05/22/24 | 0.1 Email communication with G. Ruud (KPMG) to request updated version of Express SOW in preparation for filing on the docket. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/22/24 | 0.1 Review, as of 05/22/24, and respond to email from K. Zavislak (KPMG) regarding KPMG having to move forward as a 327 professional. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/22/24 | 0.2 Drafted email to E. Dalmanieras (Foley Hoag) to request review of latest drafts of KPMG Express Inc. Declaration and Proposed Order, including outstanding questions related to same. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 05/22/24 | 0.2 Drafted email to N. Stratman (K&E) to provide latest drafts of KPMG Declaration and Proposed Order as well as related comments, SOWs and EL in the Express bankruptcy matter to facilitate creation of Retention Application. | 0.2 | $ 285 | $ 57.00 |

EXHIBIT C2

**Express, Inc**
**Case No. 24-10831**
Retention Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 05/22/24 | 0.3 Updates to Express Declaration and Proposed Order, including review comments/questions, in preparation to send to K&E and outside counsel for review and comment. | 0.3 | $ 285 | $ 85.50 |
| Wendy Shaffer | 05/23/24 | 0.2 Finalize and 0.1 send, via email, final drafts of Express Declaration and proposed order to KPMG Partners/team leads for review and comment. | 0.3 | $ 285 | $ 85.50 |
| Wendy Shaffer | 05/23/24 | 0.2 Additional updates to KPMG Declaration based on data received from KPMG Office of General Counsel as of 5/23/24. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 05/23/24 | 0.6 Review, concurrently update KPMG Declaration/Proposed Order in Express bankruptcy matter with regards to review comments received from E. Dalmanieras (Foley Hoag). | 0.6 | $ 285 | $ 171.00 |
| Ana Simunovic | 05/23/24 | Prepared Schedules 1 & 2 to accompany KPMG Declaration in Express Inc. bankruptcy matter. | 1.0 | $ 210 | $ 210.00 |
| Wendy Shaffer | 05/28/24 | 0.1 Drafted email to E. Dalmanieras (Foley Hoag) to provide copy of KPMG MSA related to SOWs to be filed in KPMG Retention Application as requested. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/28/24 | 0.3 Updates to Express Declaration based on comments received from N. Statman (K&E) on 5/28/24. | 0.3 | $ 285 | $ 85.50 |
| Wendy Shaffer | 05/30/24 | 0.4 Continued, from 5/29, to review updated Express retention documents, concurrently drafted review comments/items for follow-up for OGC and KPMG Declarant. | 0.4 | $ 285 | $ 114.00 |
| Wendy Shaffer | 05/31/24 | 0.1 Drafted email to B. Campbell (KPMG) to provide most recent Express Retention documents sent by K&E and request approval/sign-off related to same. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/31/24 | 0.1 Drafted email to N. Stratman (K&) to provide Partner approval related to Express retention documents as well as updated copy of Declaration with signature for filing. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 05/31/24 | 0.2 Review of most recent updates to Express Retention documents sent by M. Stratman (K&E). | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 06/05/24 | 0.1 Drafted email to G. Ruud (KPMG) to provide next steps related to filing of SOW once KPMG is officially retained in Express bankruptcy matter. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 06/05/24 | 0.1 Review email and newly executed SOW sent by G. Ruud (KPMG) related to Express bankruptcy matter. | 0.1 | $ 285 | $ 28.50 |

**EXHIBIT C2**

**Express, Inc**
**Case No. 24-10831**
Retention Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 06/14/24 | 0.1 Drafted email to N. Stratman (K&E) to provide SOW to be filed on the docket related to tax controversy services to be provided by KPMG. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 06/21/24 | 0.1 Drafted email to B. Campbell (KPMG) to provide copy of Order approving KPMG retention in Express matter and respond to email regarding cancellation of Hearing related to same. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 06/26/24 | 0.2 Updates, as of 06/26/24, to Exhibit C (retention) to include data received from professionals as of 6/28. | 0.2 | $ 285 | $ 57.00 |
| Wendy Shaffer | 06/26/24 | 0.1 Send documentation to T. Williams (KPMG)  for inclusion in 1st monthly fee application. | 0.1 | $ 285 | $ 28.50 |
| | | **Total Retention Services** | **14.8** | | **$ 4,143.00** |

**EXHIBIT C3**

**Express, Inc**
**Case No. 24-10831**
Fee Application Preparation Services
April 22, 2024 through June 30, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 04/26/24 | 0.3 Prepared bankruptcy time and expense keeping email to send to Express tax team. | 0.3 | $ 285 | $ 85.50 |
| Teresa Williams | 06/04/24 | 0.6 Began to prepare / set up fee statement exhibits for Express. | 0.6 | $ 180 | $ 108.00 |
| Teresa Williams | 06/07/24 | 0.2 Emails to counsel as introduction / request regarding combined monthly. | 0.2 | $ 180 | $ 36.00 |
| Teresa Williams | 06/10/24 | 0.1 Updated fee application details with rates and titles. | 0.1 | $ 180 | $ 18.00 |
| Teresa Williams | 06/24/24 | 0.9 Began to prepare the 1st combined monthly fee application for Express. | 0.9 | $ 180 | $ 162.00 |
| Teresa Williams | 06/25/24 | 2.3 Continued, as of 06/25, to prepare the 1st combined monthly fee application for Express. | 2.3 | $ 180 | $ 414.00 |
| Teresa Williams | 06/26/24 | 0.4 Continued, as of 06/26, to prepare the 1st combined monthly fee application for Express by incorporating additional time details into fee app. | 0.4 | $ 180 | $ 72.00 |
| | | **Total Fee Application Preparation Services** | **4.8** | | **$ 895.50** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **EXPRESS, INC, *et al.,*** | ) | **Case No. 24-10831 (KBO)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Brian C. Campbell, being duly sworn, deposes and says:

1.   I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.   By Order dated June 21, 2024, KPMG was retained to perform Tax Compliance and Tax Consulting Services for the above captioned debtor and debtor in possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's application, dated August 8, 2024 (the "Application") for KPMG's first monthly fee application for compensation and allowance of expenses for the period April 22, 2024 through June 30, 2024.

3.   I am thoroughly familiar with the work performed on behalf of the Debtor by the professionals of KPMG.

4.   I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 8th day of August 2024.

*/s/ Brian C. Campbell*
Brian C. Campbell
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, OH 43215
(614) 249 1879

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 30, 2024 at 4:00 p.m. (ET)** |
| | **Hearing Date: Only if objections are timely filed.** |

## NOTICE OF FIRST MONTHLY FEE APPLICATION OF KPMG LLP PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 22, 2024 THROUGH JUNE 30, 2024

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed the *First Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of April 22, 2024 through June 30, 2024* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Application is submitted pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order") dated May 14, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the Bankruptcy Court, on or before **August 30, 2024 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following: (a) the Debtors, Express, Inc.; One Express Drive, Columbus, Ohio 43230, Attn: Laurel Krueger (LaKrueger@express.com); (b) counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Emily E. Geier, P.C. (emily.geier@kirkland.com) and Nicholas M. Adzima (nicholas.adzima@kirkland.com); (ii)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn: Charles B. Sterrett (charles.sterrett@kirkland.com); (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 100, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com), and Alyssa M. Radovanovich (aradovanovich@klehr.com); and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn: Morton R. Branzburg (mbranzburg@klehr.com); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: John Schanne (john.schanne@usdoj.gov); (d) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Goldberg Kohn Ltd., 55 E. Monroe Street, Suite 3300, Chicago, Illinois 60603, Attn: Randall Klein (randall.klein@goldbergkohn.com), Dimitri G. Karcazes (dimitri.karcazes@goldbergkohn.com), Keith G. Radner (keith.radner@goldbergkohn.com), and Eva D. Gadzheva (eva.gadzheva@goldbergkohn.com) and (ii) Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: John H. Knight (knight@rlf.com), Paul N. Heath (heath@rlf.com), and Alexander R. Steiger (steiger@rlf.com); (e) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Ropes and Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606, Attn: Stephen L. Iacovo (steven.iacovo@ropesgray.com) and (ii) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware, 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); and (f) counsel to the Official Committee of Unsecured Creditors, (i) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com) and (ii) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Luke Murley (luke.murley@saul.com) (each, an "Application Recipient" and collectively, the "Application Recipients").

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE FEES AND EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER NOTICE, HEARING, OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER AND A HEARING WILL BE HELD.

*[Signature Page to Follow]*

Dated:  August 9, 2024
Wilmington, Delaware

/s/ Michael W. Yurkewicz

**KLEHR HARRISON HARVEY BRANZBURG LLP**

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:  (215) 568-6603
Email:      mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:      charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

Schedule 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED SECOND MONTHLY FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 22, 2024 *Effective as of* June 21, 2024 |
| Period for which compensation and reimbursement is sought: | July 1, 2024 through July 31, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 8,936.40 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 0.00 |

This is a: ____X____Monthly _____ Interim _____ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Prior Fee Applications Filed:**

| | | | | Prior Monthly Fee Statements Filed | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Total | | Requested | | |
| Month | Period Covered | Date Filed | Docket Number | Fees (@100%) | Expenses (@100%) | Fees (@80%) | Expenses (@100%) | Total Holdback Fees Requested: (@20%) |
| 1 | 4/22/24 - 6/30/24 | 08/09/24 | 710 | $ 20,883.90 | $ - | $16,707.12 | $ - | $ 4,176.78 |
| Total | | | | $ 20,883.90 | $ - | $16,707.12 | $ - | $ 4,176.78 |

# COMPENSATION BY PROFESSIONAL

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Aaron Vaughan | Managing Director, Washington National Tax | 0.6 | $ 951 | $ 570.60 |
| Annika Erickson | Associate, Tax | 7.8 | $ 318 | $ 2,480.40 |
| Celeste Campbell | Manager, Bankruptcy | 1.8 | $ 255 | $ 459.00 |
| Chloe Boustany | Senior Associate, Tax | 5.7 | $ 426 | $ 2,428.20 |
| Danny Lall | Senior Manager, Tax | 1.0 | $ 756 | $ 756.00 |
| Jessica Slean | Managing Director, Tax | 1.0 | $ 816 | $ 816.00 |
| Shane Vandenberg | Senior Manager, Washington National Tax | 0.7 | $ 801 | $ 560.70 |
| Teresa Williams | Associate, Bankruptcy | 3.7 | $ 180 | $ 666.00 |
| Wendy Shaffer | Associate Director, Bankruptcy | 0.7 | $ 285 | $ 199.50 |
| | | | | |
| | | | | |
| | | | | |
| **Hours and Fees at Discounted Rates** | | **23.0** | | **$ 8,936.40** |
| | | | | |
| **Total Discounted Fees** | | | | **$ 8,936.40** |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 8,936.40** |
| Less Holdback Adjustment (20%) | | | | $ (1,787.28) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 7,149.12** |
| **Blended Rate** | | | **$ 388.54** | |

3

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Research Credit Services | 15.5 | $ 6,480.60 |
| Retention Services | 0.7 | $ 199.50 |
| Fee Application Preparation Services | 5.5 | $ 1,125.00 |
| Tax Examination Assistance Services | 1.3 | $ 1,131.30 |
| **Total** | **23.0** | **$ 8,936.40** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED SECOND MONTHLY FEE APPLICATION OF KPMG LLP PROVIDING TAX
AND TAX CONSULTING SERVICES TO THE DEBTORS REQUESTING ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**

KPMG LLP[2], ("KPMG") as tax compliance and tax consulting service providers to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") files this Second Monthly Fee Application (the "Application")[3], pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules (the "Local Rules") of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court") and this *Court's Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief, dated May 14, 2024 (the "Interim* Compensation Order") [Docket No. 223]. By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from July 1, 2024 through

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[3]     Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

and including July 31, 2024 (the "Compensation Period"), in the amount of $8,936.40 (80% of which is $ $7,149.12 and respectfully represents:

**Background**

1.     On April 22, 2024 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code.  On May 23, 2024, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors (the "Creditors' Committee") [Docket No. 127].  No trustee or examiner has been appointed in this chapter 11 Case to date.

2.     On June 3, 2024 the Debtors filed an *Application of the Debtors for an Entry of an  Order (I), Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d)*  (the "Retention Application") [Docket No. 355] and in support of the Retention Application, the Debtors submitted the Declaration of Brian C. Campbell (the "Campbell Declaration").

3.     By this Court's Order, dated June 21, 2024 [Docket No. 501] (the "Retention Order"), the Debtors were authorized to retain KPMG to provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

4.      Pursuant to paragraph 10 of the Retention Application and paragraph 7 of the Retention Order, KPMG may enter into additional engagement letter(s) and may file such engagement letters with the Court. The Debtors have entered into Additional Agreements with KPMG, pursuant to the terms of the Retention Order, as filed on June 14, 2024 [D. I. 468].

## Jurisdiction

5.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Summary of Application

6.      During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtor and its estate and not on behalf of any committee, creditor, or other person.  By this Application, KPMG requests allowance of monthly compensation of professional fees totaling $8,936.40, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of fees or $7,149.12 and reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket expenses in the amount of $0.00.

## Summary of Services Rendered During the Compensation Period

7.      This Application is KPMG's Second Monthly Fee Application for compensation and expense reimbursement filed in this chapter 11 case.  During the Compensation Period, KPMG provided significant professional services to the Debtor in their efforts to navigate their business through the chapter 11 process.

8.      Set forth below is a summary of the significant professional services that KPMG rendered to the Debtor during the Compensation Period and annexed hereto as Exhibit A is a chart depicting KPMG professionals who rendered these services.

3

**Tax Consulting Services**

Research Credit Services

KPMG continued providing Research Credit Services with regard to the FY23 tax year ("Credit Year") including:

a.    Identifying and documenting qualified research activities and related expenditures;

b.    Calculating and documenting the base amount, including required adjustments for acquisitions, dispositions, and the consistency rule; and

c.    Calculating the federal and state credits for the Credit Year.

**Retention Services**

Services included assisting with the preparation of a supplemental declaration that was filed with the Court.

**Fee Application Preparation**

The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in this case have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the monthly fee applications.

**Tax Examination and Other Internal Revenue Assistance Services**

KPMG continued to assist the Debtors in their dealings with the IRS examination team and meeting with Debtors' team members as appropriate and necessary.

At the Debtors request, KPMG continued to assist the Debtors in preparing submissions in response to IRS inquiries.

9.    During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $180 to $951 per hour.  The rates reflected in this Application represent up to a 55% discount from KPMG's standard rates. Of the aggregate time expended, 1.6 hours were expended by managing directors, 2.4 hours were expended by senior managers and associate directors, 1.8 hours were expended by managers and

4

17.2 hours were expended by senior associates and associates.  KPMG's blended hourly rate services provided during the Compensation Period is $388.54.

10.     In addition to Attachment B, a summary of the hours and fees incurred by professional, and category is annexed hereto as Exhibit A and Exhibit B, respectively, and described in detail in the time records annexed hereto as Exhibits C1 – C4.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with this chapter 11 case and such records are maintained in the ordinary course of business.

11.     KPMG charges its fees in this case in accordance with the terms set forth in the Retention Application and the corresponding Campbell Declaration. The fees applied for herein are based on the usual and customary fees KPMG charges to its clients and are commensurate with the usual and customary rates charged for services performed.

12.     KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtor in this case to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in this chapter 11 case.

13.     The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of this case.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtor's estate, to work efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

14.     During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtor.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of this case; and (b) have been provided in a cost-efficient manner.

15.     Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person, or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

16.     As set forth on Exhibit D, KPMG is not seeking reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

6

## **Conclusion**

WHEREFORE, KPMG respectfully requests that, pursuant to the Interim Compensation Order, KPMG is (i) allowed monthly compensation of professional fees totaling $8,936.40, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of requested fees or $7,149.12; (ii) allowed reimbursement of expenses billed during the Compensation Period of $0.00; (iii) authorized to be paid its allowed fees and expenses for the Compensation Period; and (iv) granted such other and further relief as the Court may deem proper.

Dated:  September 11, 2024

Respectfully submitted,

*/s/ Brian C. Campbell*
Brian C. Campbell, Partner
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, Ohio 43215
(614) 249-1879

**EXHIBIT A**

**Express, Inc**
**Case No. 24-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
July 1, 2024 through July 31, 2024

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Aaron Vaughan | Managing Director, Washington National | 0.6 | $ | 951 | $ | 570.60 |
| Annika Erickson | Associate, Tax | 7.8 | $ | 318 | $ | 2,480.40 |
| Celeste Campbell | Manager, Bankruptcy | 1.8 | $ | 255 | $ | 459.00 |
| Chloe Boustany | Senior Associate, Tax | 5.7 | $ | 426 | $ | 2,428.20 |
| Danny Lall | Senior Manager, Tax | 1.0 | $ | 756 | $ | 756.00 |
| Jessica Slean | Managing Director, Tax | 1.0 | $ | 816 | $ | 816.00 |
| Shane Vandenberg | Senior Manager, Washington National Tax | 0.7 | $ | 801 | $ | 560.70 |
| Teresa Williams | Associate, Bankruptcy | 3.7 | $ | 180 | $ | 666.00 |
| Wendy Shaffer | Associate Director, Bankruptcy | 0.7 | $ | 285 | $ | 199.50 |
| **Hours and Fees at Discounted Rates** | | **23.0** | | | **$** | **8,936.40** |
| **Total Discounted Fees** | | | | | **$** | **8,936.40** |
| Out of Pocket Expenses | | | | | $ | - |
| **Total Fees & Out of Pocket Expenses** | | | | | **$** | **8,936.40** |
| Less Holdback Adjustment (20%) | | | | | $ | (1,787.28) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$** | **7,149.12** |
| **Blended Hourly Rate** | | | **$** | **388.54** | | |

**EXHIBIT B**

**Express, Inc**

**Case No. 24-10831**

Summary of Hours and Discounted Fees Incurred by Category

July 1, 2024 through July 31, 2024

| Category | Exhibit | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|---|
| Research Credit Services | C1 | 15.5 | $ | 6,480.60 |
| Retention Services | C2 | 0.7 | $ | 199.50 |
| Fee Application Preparation Services | C3 | 5.5 | $ | 1,125.00 |
| Tax Examination Assistance Services | C4 | 1.3 | $ | 1,131.30 |
| **Total** | | **23.0** | **$** | **8,936.40** |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
July 1, 2024 through July 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 07/08/24 | (.1) Email communication to M. Gillespie (Express) requesting PARs analysis data for each IT project and contact information for each project lead. | 0.1 | $ 318 | $ 31.80 |
| Annika Erickson | 07/08/24 | (.2) Follow up email communication to K. Miller (Express) reiterating our request for a meeting | 0.2 | $ 318 | $ 63.60 |
| Annika Erickson | 07/09/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status of the R&D study, go through the 174 calculations and discuss the next steps concerning SME interviews, Bonobos PY QREs, and building the CY Calculations, as of 07/09/24. | 0.5 | $ 318 | $ 159.00 |
| Danny Lall | 07/09/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status of the R&D study, go through the 174 calculations and discuss the next steps concerning SME interviews, Bonobos PY QREs, and building the CY Calculations, as of 07/09/24. | 0.5 | $ 756 | $ 378.00 |
| Chloe Boustany | 07/09/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status of the R&D study, go through the 174 calculations and discuss the next steps concerning SME interviews, Bonobos PY QREs, and building the CY Calculations, as of 07/09/24. | 0.5 | $ 426 | $ 213.00 |
| Jessica Slean | 07/09/24 | (0.5) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss status of the R&D study, go through the 174 calculations and discuss the next steps concerning SME interviews, Bonobos PY QREs, and building the CY Calculations, as of 07/09/24. | 0.5 | $ 816 | $ 408.00 |
| Annika Erickson | 07/10/24 | (.2) Email communication to M. Gillespie and Q. Guo (Express) with the information and requests for interviews with Express employees, Bonobos financial information and timeline for final book to tax reconciliations. | 0.2 | $ 318 | $ 63.60 |
| Chloe Boustany | 07/12/24 | 0.8  Meeting with A. Erickson and C. Boustany (KPMG) to discuss updates to the 174 calculations and the issues with new cost centers, as of 07/12/24. | 0.8 | $ 426 | $ 340.80 |
| Annika Erickson | 07/12/24 | 0.8  Meeting with A. Erickson and C. Boustany (KPMG) to discuss updates to the 174 calculations and the issues with new cost centers, as of 07/12/24. | 0.8 | $ 318 | $ 254.40 |

EXHIBIT C1

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
July 1, 2024 through July 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Chloe Boustany | 07/12/24 | (2.0)  Senior Associate review, as of 07/12/24, of the PY checks, as well as resolving issues in PBC workbook in order to roll forward and populate 174 computation for FY23. | 2.0 | $ 426 | $ 852.00 |
| Chloe Boustany | 07/15/24 | (1.9)  Updated, as of 07/15/24, the account details in the 174 computation according to the qualified cost centers identified in the PY, as well as populating headcount detail, concurrently identifying which of the 123 new cost centers to analyze in order to determine if any are includable. | 1.9 | $ 426 | $ 809.40 |
| Annika Erickson | 07/16/24 | (0.3) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D and 174 study, outstanding items, timing of the project and credit calculation methods with M. Gillespie and Q. Guo (Express), as of 07/16/24. | 0.3 | $ 318 | $ 95.40 |
| Jessica Slean | 07/16/24 | (0.3) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D and 174 study, outstanding items, timing of the project and credit calculation methods with M. Gillespie and Q. Guo (Express), as of 07/16/24. | 0.3 | $ 816 | $ 244.80 |
| Danny Lall | 07/16/24 | (0.3) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D and 174 study, outstanding items, timing of the project and credit calculation methods with M. Gillespie and Q. Guo (Express), as of 07/16/24. | 0.3 | $ 756 | $ 226.80 |
| Chloe Boustany | 07/16/24 | (0.3) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D and 174 study, outstanding items, timing of the project and credit calculation methods with M. Gillespie and Q. Guo (Express), as of 07/16/24. | 0.3 | $ 426 | $ 127.80 |
| Annika Erickson | 07/18/24 | (.2) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D study and next steps, as of 07/18/24.  A. Erickson will work on creating the calc with the information that has been provided so far. | 0.2 | $ 318 | $ 63.60 |
| Chloe Boustany | 07/18/24 | (.2) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D study and next steps, as of 07/18/24.  A. Erickson will work on creating the calc with the information that has been provided so far. | 0.2 | $ 426 | $ 85.20 |

**EXHIBIT C1**

**Express, Inc**
**Case No. 24-10831**
Research Credit Services
July 1, 2024 through July 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Danny Lall | 07/18/24 | (.2) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D study and next steps, as of 07/18/24. A. Erickson will work on creating the calc with the information that has been provided so far. | 0.2 | $ 756 | $ 151.20 |
| Jessica Slean | 07/18/24 | (.2) Call with J. Slean, D. Lall, C. Boustany, and A. Erickson (KPMG) to discuss the status of the R&D study and next steps, as of 07/18/24. A. Erickson will work on creating the calc with the information that has been provided so far. | 0.2 | $ 816 | $ 163.20 |
| Annika Erickson | 07/31/24 | (.5) Consolidating / revised the format of the PY QRE (Qualified Research Expenses) detail workbook provided to the firm by Express to facilitate analysis and comparison of PY data. | 0.5 | $ 318 | $ 159.00 |
| Annika Erickson | 07/31/24 | (1.0) Analyzing the PY QRE detail in order to determine how the group was assigned and the qualified percentages to each employee. | 1.0 | $ 318 | $ 318.00 |
| Annika Erickson | 07/31/24 | (1.0) Began to create the wage QRE's calculations for the CY as well as including the employees that were qualified last year and all of their information. | 1.0 | $ 318 | $ 318.00 |
| Annika Erickson | 07/31/24 | (3) Created a mapping file that used the PY QRE detail and the CY wages to compile a master list of qualified percentages based on previously qualified departments and job titles. | 3.0 | $ 318 | $ 954.00 |
| | | **Total Research Credit Services** | **15.5** | | **$ 6,480.60** |

**EXHIBIT C2**

**Express, Inc**
**Case No. 24-10831**
Retention Services
July 1, 2024 through July 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 07/11/24 | 0.1 Drafted email to N. Stratman (K&E) to request next steps to disclose additional relationships identified based on updated PII list provided on 7/10/24. | 0.1 | $ 285 | $ 28.50 |
| Wendy Shaffer | 07/18/24 | 0.5 Drafted Supplemental Declaration for Express related to updated Parties in Interest list provided by Debtors' counsel and 0.1 drafted email to provide copy of same to B. Campbell (KPMG) to request approval/permission to apply signature to same. | 0.6 | $ 285 | $ 171.00 |
| | | **Total Retention Services** | **0.7** | | **$ 199.50** |

**EXHIBIT C3**

**Express, Inc**
**Case No. 24-10831**
Fee Application Preparation Services
July 1, 2024 through July 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Teresa Williams | 07/16/24 | Continued, as of 07/16/24, to prepare the 1st Combined Monthly Fee App for Express to cover 4/22 through 6/30/24. | 0.6 | $ 180 | $ 108.00 |
| Teresa Williams | 07/17/24 | 1.4 Continued, as of 07/17, to prepare 1st Combined Monthly Fee Application for Express to cover 4/22 to 6/30/24. | 1.4 | $ 180 | $ 252.00 |
| Celeste Campbell | 07/22/24 | 0.4 Begin manager review of 1st monthly for Express, as of 07/22/24. | 0.4 | $ 255 | $ 102.00 |
| Celeste Campbell | 07/22/24 | 0.7 In order to confirm scope of services and hourly rates, reviewed KPMG retention application, filed engagement letters, retention order. | 0.7 | $ 255 | $ 178.50 |
| Celeste Campbell | 07/23/24 | 0.7 Complete manager review of Express 1st combined monthly fee statement as required in advance of filing. | 0.7 | $ 255 | $ 178.50 |
| Teresa Williams | 07/29/24 | (1.4) Began to prepare narrative for the 1st Monthly Fee Application (4.22 thru 6.30.24) for Express. | 1.4 | $ 180 | $ 252.00 |
| Teresa Williams | 07/30/24 | Continued, as of 07/30, to prepare narrative for 1st Monthly fee application for Express | 0.3 | $ 180 | $ 54.00 |
| | | **Total  Fee Application Preparation Services** | **5.5** | | **$ 1,125.00** |

**EXHIBIT C4**

**Express, Inc**
**Case No. 24-10831**
Tax Examination Assistance Services
July 1, 2024 through July 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Aaron Vaughan | 07/25/24 | 0.1 Call with A. Vaughan and S. Vandenberg (KPMG) regarding review of Express IRS transcripts. | 0.1 | $ 951 | $ 95.10 |
| Shane Vandenberg | 07/25/24 | 0.1 Call with A. Vaughan and S. Vandenberg (KPMG) regarding review of Express IRS transcripts. | 0.1 | $ 801 | $ 80.10 |
| Shane Vandenberg | 07/25/24 | 0.1 Review, as of 07/25/24, of IRS transcripts in preparation for call with M. Gillespie (Express). | 0.1 | $ 801 | $ 80.10 |
| Aaron Vaughan | 07/25/24 | 0.5 Call with M. Gillespie (Express), S. Vandenberg and A. Vaughan (KPMG) regarding status of outstanding IRS issues and to discuss potential mechanisms for faster resolution. | 0.5 | $ 951 | $ 475.50 |
| Shane Vandenberg | 07/25/24 | 0.5 Call with M. Gillespie (Express), S. Vandenberg and A. Vaughan (KPMG) regarding status of outstanding IRS issues and to discuss potential mechanisms for faster resolution. | 0.5 | $ 801 | $ 400.50 |
| **Total Tax Examination Assistance Services** | | | **1.3** | | **$ 1,131.30** |

**EXHIBIT D**

**Express, Inc**
**Case No. 24-10831**
Summary of Out of Pocket Expenses
July 1, 2024 through July 31, 2024

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | $ - |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXPRESS, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE**
**LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Brian C. Campbell, being duly sworn, deposes and says:

1.   I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.   By Order dated June 21, 2024, KPMG was retained to perform Tax Compliance and Tax Consulting Services for the above captioned debtor and debtor in possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's application, dated August 20, 2024 (the "Application") for KPMG's second monthly fee application for compensation and allowance of expenses for the period July 1, 2024 through July 31, 2024.

3.   I am thoroughly familiar with the work performed on behalf of the Debtor by the professionals of KPMG.

4.   I have reviewed the foregoing Application and the facts set forth therein are true.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Rule

2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the

District of Delaware and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September, 2024.

*/s/ Brian C. Campbell*
Brian C. Campbell
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, OH 43215
(614) 249 1879

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EXPRESS, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Objections Due: October 2, 2024 at 4:00 p.m. (ET)** |
|  | ) **Hearing Date:  Only if objections are timely filed.** |

## AMENDED NOTICE OF SECOND MONTHLY FEE APPLICATION OF KPMG LLP PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES  TO THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION  FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES  INCURRED FOR THE PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed the *Amended Second Monthly Fee Application of KPMG LLP Providing Tax  Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of July 1, 2024 through July 31, 2024* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Application is submitted pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order") dated May 14, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the Bankruptcy Court, on or before **October 2, 2024 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following: (a) the Debtors, Express, Inc.; One Express Drive, Columbus, Ohio 43230, Attn: Laurel Krueger (LaKrueger@express.com); (b) counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Emily E. Geier, P.C.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11129396.v1

(emily.geier@kirkland.com) and Nicholas M. Adzima (nicholas.adzima@kirkland.com); (ii) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn: Charles B. Sterrett (charles.sterrett@kirkland.com); (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 100, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com), and Alyssa M. Radovanovich (aradovanovich@klehr.com); and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn: Morton R. Branzburg (mbranzburg@klehr.com); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: John Schanne (john.schanne@usdoj.gov); (d) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Goldberg Kohn Ltd., 55 E. Monroe Street, Suite 3300, Chicago, Illinois 60603, Attn: Randall Klein (randall.klein@goldbergkohn.com), Dimitri G. Karcazes (dimitri.karcazes@goldbergkohn.com), Keith G. Radner (keith.radner@goldbergkohn.com), and Eva D. Gadzheva (eva.gadzheva@goldbergkohn.com) and (ii) Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: John H. Knight (knight@rlf.com), Paul N. Heath (heath@rlf.com), and Alexander R. Steiger (steiger@rlf.com); (e) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Ropes and Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606, Attn: Stephen L. Iacovo (steven.iacovo@ropesgray.com) and (ii) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware, 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); and (f) counsel to the Official Committee of Unsecured Creditors, (i) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com) and (ii) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Luke Murley (luke.murley@saul.com) (each, an "Application Recipient" and collectively, the "Application Recipients").

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE FEES AND EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER NOTICE, HEARING, OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER AND A HEARING WILL BE HELD.

*[Signature Page to Follow]*

Dated:  September 11, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*
**KLEHR HARRISON HARVEY
BRANZBURG LLP**

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile:    (215) 568-6603
Email:        mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in
Possession*

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP**

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in
Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **EXP OLDCO WINDDOWN, INC**, et al.[1] | ) | **Case No. 24-10831 (KBO)** |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## DECLARATION PURSUANT TO RULE 2016-2 OF THE
## LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

I, Brian C. Campbell, being duly sworn, deposes and says:

1.   I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.   By Order dated June 21, 2024, KPMG was retained to perform Tax Compliance and Tax Consulting Services for the above captioned debtor and debtor in possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's application, dated October 4, 2024 (the "Application") for KPMG's first interim fee application for compensation and allowance of expenses for the period April 22, 2024 through July 31, 2024.

3.   I am thoroughly familiar with the work performed on behalf of the Debtor by the professionals of KPMG.

4.   I have reviewed the foregoing Application and the facts set forth therein are true And correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Rule

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC  (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the

District of Delaware and submit that the Application substantially complies with such Rule.


I declare under the penalty of perjury that the foregoing is true and correct.


Executed this 4th day of October 2024.


*/s/ Brian C. Campbell*
Brian C. Campbell
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, OH 43215
(614) 249 1879