# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) ) Chapter 11 ) |
| EXP OldCo Winddown, Inc., et al. | ) ) Case Number: 24-10831 ) ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Fourlaps LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule # (if known): 2636467
Schedule Amount: $48,127.20

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (437) 985-0420
Last four digits of Acct.#  N/A

Phone: 516-255-1801
Last four digits of Acct#:  N/A

Name and Current Address of Transferor:

Fourlaps LLC,
247 WEST 37 STREET SUITE 1902,
NEW YORK, NY, 10018

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross
Transferee/Transferee's Agent

Date: Oct 9, 2024

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Delaware
      Attention: Clerk

AND TO:  Project Pine OldCo, LLC
         Case No. 24-10835 (the "Debtor"),
         (Jointly Administered under EXP OldCo Winddown, Inc., et al., Case No. 24-10831)

Claim #N/A

**Fourlaps LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$48,127.20** ("Claim"), as listed in the Debtors schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___8th___ DAY OF ___October___, 2024.

**ASSIGNOR: Fourlaps LLC**

_John Thomson_ (Signature)

John Thomson
(Print Name)

CFO
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____ (Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| | | |
|---|---|---|
| 3.131 | | $1,793,821.67 |
| FORTUNE FOOTWEAR INC, 174 HUDSON STREET, 3RD FLOOR, NEW YORK, NY, 10013 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Merch Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Date or dates debt was incurred** | | |
| 3.132 | | $48,127.20 |
| FOURLAPS LLC, 247 WEST 37 STREET SUITE 1902, NEW YORK, NY, 10018 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Merch Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Date or dates debt was incurred** | | |
| 3.133 | | $4,305.59 |
| FRANCOIS LEROY L'ATELIER, ADDRESS REDACTED | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Misc Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Date or dates debt was incurred** | | |
| 3.134 | | $1,752.89 |
| FROSS ZELNICK LEHRMAN & ZISSU, PC, 151 WEST 42ND ST 17TH FLOOR, NEW YORK, NY, 10036 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Misc Payable<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Date or dates debt was incurred** | | |



# Claim Summary

**Creditor Name** Fourlaps LLC
**Debtor Name** Project Pine OldCo, LLC
**Debtor Case No.** 24-10835
**Claim No.**
**Date Filed**
**Schedule No.** 2636467

### Schedule Amount

**General Unsecured** $48,127.20
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Filed Claim Amount

**General Unsecured**
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Current Claim Amount

**General Unsecured**
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign