# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
EXP OldCo Winddown, Inc.

Case No.: 24−10831−KBO

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 882

Dear John A Blyth, Esq.:

- ☐ On you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 199 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 10/01/24, you filed a document in the above−captioned case that requires a filing fee of $ 199 be paid to the Court.

  Notes: "Motion for Relief From Stay" by Deborah Yohrling

**Please remit funds to the Court at the following address by no later than 10/15/2024.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 10/8/24                                              By: Kimberly Ross, Deputy Clerk

(VAN−441)

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 24-10831-KBO |
| EXP OldCo Winddown, Inc. | Chapter 11 |
| Deborah Yohrling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 14 |
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + John A Blyth, Hach & Rose LLP, 112 Madison Ave, 10th FL, New York, NY 10016-7416 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Steiger | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyson M. Fiedler | on behalf of Creditor 31-01 Steinway LLC alyson.fiedler@icemiller.com john.acquaviva@icemiller.com;john.cannizzaro@icemiller.com;ryan.hibbard@icemiller.com |
| Amish R. Doshi | on behalf of Creditor Oracle America Inc. amish@doshilegal.com |
| Brad Dempsey | on behalf of Creditor The Shops at NorthCreek LLC brad@dempseycounsel.com |
| Brian J. McLaughlin | on behalf of Creditor Simon Property Group Inc. brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |

Case 24-10831-KBO    Doc 890    Filed 10/10/24    Page 3 of 15

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 14 |
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

Brian Michael Muchinsky
    on behalf of Creditor Bellevue Square  LLC bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com

Brian T. FitzGerald
    on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Carrie M. Brosius
    on behalf of Creditor Bath and Body Works Logistics Services LLC cmbrosius@vorys.com  mdwalkuski@vorys.com

Carrie M. Brosius
    on behalf of Creditor Distribution Land Company  LLC cmbrosius@vorys.com, mdwalkuski@vorys.com

Christopher Martin Winter
    on behalf of Creditor NorthPark Partners  LP cmwinter@duanemorris.com

Curtis S. Miller
    on behalf of Interested Party Tanger Management  LLC csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel C. Kerrick
    on behalf of Creditor Monument Consulting Inc. dckerrick@dkhogan.com  bankruptcy@gmlaw.com

Daniel N. Brogan
    on behalf of Creditor PREP Hillside Real Estate LLC dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Derek C. Abbott
    on behalf of Interested Party WHP Global dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine TopCo Winddown  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine California OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Operations OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor EXP OldCo Winddown  Inc. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Express Fashion Digital Services Costa Rica  S.R.L. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Tropic OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Finance OldCo Corp. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Logistics OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Holding OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Investments OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Debtor Project Pine GC OldCo LLC dpacitti@klehr.com

Don Stecker

on behalf of Creditor City of El Paso don.stecker@lgbs.com

Don Stecker

on behalf of Creditor Ector CAD don.stecker@lgbs.com

Don Stecker

on behalf of Creditor Bexar County don.stecker@lgbs.com

Drew McGehrin

on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Dustin Parker Branch

on behalf of Creditor Henderson Ave Main Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Allstate Road (EDENS) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor YTC Mall Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor The Forbes Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Southlake Indiana LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Broward Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor WEA Palm Desert LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor CVM Holdings LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Plaza West Covina LP branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Mainplace Shoppingtown LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor 659 West Diversey LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Star-West Franklin Park Mall LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor The Macerich Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor CenterCal Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Vancouver Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

Case 24-10831-KBO    Doc 890    Filed 10/10/24    Page 5 of 15

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 14 |
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Avalon North LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Acadia Gold Coast LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Atherton Mill (E&A) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor AP Union II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Bridgewater Commons Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Interested Party WS/CIP II TAMPA OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Creditor Harbor East Parcel B-Retail LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Interested Party W/S/M HINGHAM PROPERTIES LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Interested Party SEAPORT B/C RETAIL OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Emily Margaret Hahn | |
| | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com |
| Erin Powers Severini | |
| | on behalf of Creditor WPG Legacy LLC eseverini@fbtlaw.com |
| Ernie Zachary Park | |
| | on behalf of Creditor Fashion Island Retail LLC ernie.park@bewleylaw.com |
| Florence Bonaccorso-Saenz | |
| | on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov |
| Fred B. Ringel | |
| | on behalf of Interested Party North Riverside Park Associates LLC fringel@leechtishman.com |
| Fred B. Ringel | |
| | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. fringel@leechtishman.com |
| Frederick Brian Rosner | |
| | on behalf of Interested Party 173 Court Street Holdings LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | |
| | on behalf of Creditor Campana 125 LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Garvan F. McDaniel | |
| | on behalf of Creditor CBL & Associates Management Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com |
| Garvan F. McDaniel | |
| | on behalf of Creditor Akamai Technologies Inc gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Gregg M. Galardi | |
| | on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Hiram Abif Gutierrez | |
| | on behalf of Creditor Brownsville Independent School District City of Mercedes edinburgbankruptcy@pbfcm.com |
| James S. Carr | |
| | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com |
| Jami B. Nimeroff | |

District/off: 0311-1  User: admin  Page 5 of 14
Date Rcvd: Oct 08, 2024  Form ID: van441  Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Roth Bros. Inc., d/b/a Sodexo jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com |
| Jami B. Nimeroff | |
| | on behalf of Creditor 31-01 Steinway LLC jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com |
| Jason A. Starks | |
| | on behalf of Creditor Travis County BKECF@traviscountytx.gov |
| Jeffrey Kurtzman | |
| | on behalf of Creditor PREIT Services LLC kurtzman@kurtzmansteady.com |
| Jeffrey C. Wisler | |
| | on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com |
| Jeffrey M. Carbino | |
| | on behalf of Interested Party North Riverside Park Associates LLC jcarbino@leechtishman.com  jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | |
| | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jennifer V. Doran | |
| | on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com  calirm@haslaw.com |
| Joaquin Jose Alemany | |
| | on behalf of Creditor Plaza las Americas Inc. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM |
| Joaquin Jose Alemany | |
| | on behalf of Creditor Plaza del Caribe S.E. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM |
| Jody C. Barillare | |
| | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| Jody C. Barillare | |
| | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| Jody C. Barillare | |
| | on behalf of Cred. Comm. Chair Motives International Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| Jody C. Barillare | |
| | on behalf of Interested Party Radial Commerce Inc. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| John Henry Knight | |
| | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com |
| John Henry Schanne, II | |
| | on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov |
| John Jeffery Rich | |
| | on behalf of Creditor Madison County Alabama jrich@madisoncountyal.gov |
| John Kendrick Turner | |
| | on behalf of Creditor City Of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
| | on behalf of Creditor Crowley ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
| | on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
| | on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
| | on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
| | on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
| | on behalf of Creditor Northwest ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
| | on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Jordan Williams | |
| | on behalf of Creditor Okta Inc. jordan.williams@blankrome.com |
| Joseph Charles Barsalona II | |

Case 24-10831-KBO    Doc 890    Filed 10/10/24    Page 7 of 15

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 14 |
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Domain Northside Retail Property Owner LP jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph H Lemkin | |
| | on behalf of Creditor DDR Urban LP jlemkin@stark-stark.com |
| Joshua A Sussberg | |
| | on behalf of Debtor EXP OldCo Winddown  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Julie Anne Parsons | |
| | on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | |
| | on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | |
| | on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | |
| | on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | |
| | on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Justin Cory Falgowski | |
| | on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com |
| Karen C. Bifferato | |
| | on behalf of Creditor W-LD Legends Owner VII  L.L.C. kbifferato@connollygallagher.com |
| Karen C. Bifferato | |
| | on behalf of Creditor BP Prucenter Acquisition LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | |
| | on behalf of Creditor TrueSource LLC kbifferato@connollygallagher.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin Scott Mann | |
| | on behalf of Creditor Stored Value Solutions kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kiah T Ford, IV | |
| | on behalf of Creditor AP Newbury Street Portfolio #1  LLC chipford@parkerpoe.com |
| Kiah T Ford, IV | |
| | on behalf of Creditor AP 1519-1521 Walnut St.  LP chipford@parkerpoe.com |
| Kiah T Ford, IV | |
| | on behalf of Creditor AP Washington  LLC chipford@parkerpoe.com |
| Laura J. Monroe | |
| | on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com  krobertson@ecf.inforuptcy.com |
| Laura L. McCloud | |
| | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Laurel D. Roglen | |
| | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Atherton Mill (E&A)  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor 659 West Diversey  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor WEA Palm Desert  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Star-West Parkway Mall  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor CenterCal Properties  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Belden Mall LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |

Case 24-10831-KBO    Doc 890    Filed 10/10/24    Page 8 of 15

| District/off: 0311-1 | User: admin | Page 7 of 14 |
| --- | --- | --- |
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

| | |
| --- | --- |
| Laurel D. Roglen | on behalf of Creditor Allstate Road (EDENS) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor YTC Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Broward Mall LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza West Covina LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Southlake Indiana LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Bridgewater Commons Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRG Lansing Eastwood LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Avalon North LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Macerich Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CVM Holdings LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza las Americas Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Forbes Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza del Caribe S.E. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Franklin Park Mall LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Vancouver Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Mainplace Shoppingtown LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Gold Coast LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UE Bergen Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Henderson Ave Main Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor AP Union II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor 659 West Diversey LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Mainplace Shoppingtown LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor MetroNational Corporation heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Broward Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Allstate Road (EDENS) LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor AP Union II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor UE Bergen Mall Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |

Case 24-10831-KBO    Doc 890    Filed 10/10/24    Page 9 of 15

| District/off: 0311-1 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Leslie C. Heilman | on behalf of Creditor Belden Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Bridgewater Commons Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor WEA Palm Desert  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Plaza West Covina LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CVM Holdings LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Henderson Ave Main Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor KRE Colonie Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CenterCal Properties  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Vancouver Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Forbes Company heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Gold Coast  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Parkway Mall  LP heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Second City 843-45 West Armitage LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor RREEF America REIT II Corp. HH heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Avalon North  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor YTC Mall Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Franklin Park Mall  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Atherton Mill (E&A)  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Centennial Real Estate Company LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Southlake Indiana LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Louis F. Solimine | on behalf of Interested Party SRE Ontario  LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party SRE Hawkeye  LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party Corpus Christi Retail Venture LP louis.solimine@thompsonhine.com Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party OKC Outlets  I LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |

District/off: 0311-1 User: admin Page 9 of 14
Date Rcvd: Oct 08, 2024 Form ID: van441 Total Noticed: 1

| | |
|---|---|
| Louis T. DeLucia | on behalf of Creditor 31-01 Steinway LLC louis.delucia@icemiller.com john.acquaviva@icemiller.com |
| Lucian Borders Murley | on behalf of Creditor Committee Official Committee of Unsecured Creditors luke.murley@saul.com robyn.warren@saul.com |
| Marc Justin Kurzman | on behalf of Creditor Campana 125 LLC Mkurzman@carmodylaw.com |
| Margaret A. Vesper | on behalf of Creditor Avalon North LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Acadia Gold Coast LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor The Forbes Company vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Vancouver Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Allstate Road (EDENS) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Star-West Franklin Park Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Southlake Indiana LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Bridgewater Commons Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Broward Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor YTC Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Henderson Ave Main Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor WEA Palm Desert LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor 659 West Diversey LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Belden Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Atherton Mill (E&A) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor CVM Holdings LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor AP Union II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor The Macerich Company vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Star-West Parkway Mall LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Plaza West Covina LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor CenterCal Properties LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor UE Bergen Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Mainplace Shoppingtown LLC vesperm@ballardspahr.com |

District/off: 0311-1 | User: admin | Page 10 of 14
Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1

Mark Frankel
    on behalf of Interested Party 173 Court Street Holdings LLC mfrankel@bfklaw.com

Mark A Salzberg
    on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Gordon Brothers Retail Partners LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com

Melissa E. Valdez
    on behalf of Creditor Humble Independent School District et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael David DeBaecke
    on behalf of Creditor Bath and Body Works Logistics Services LLC mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Creditor Distribution Land Company LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael Joseph Joyce
    on behalf of Creditor EKFH LLC mjoyce@mjlawoffices.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine GC OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Investments OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine TopCo Winddown LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor EXP OldCo Winddown Inc. myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine California OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Tropic OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Logistics OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Finance OldCo Corp. myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Holding OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Operations OldCo LLC myurkewicz@klehr.com

Michelle McMahon
    on behalf of Creditor Annjoy Imports LLC mmcmahon@cullenllp.com

Michelle McMahon
    on behalf of Creditor G&L Building Corp. mmcmahon@cullenllp.com

Michelle E. Shriro
    on behalf of Creditor RED Development LLC mshriro@singerlevick.com, scotton@singerlevick.com

Morton R. Branzburg
    on behalf of Debtor EXP OldCo Winddown Inc. mbranzburg@klehr.com, jtaylor@klehr.com

Nicholas Smargiassi

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 11 of 14 |
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

    on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com robyn.warren@saul.com;sean.kenny@saul.com

Nicholas J. Brannick
    on behalf of Creditor Acadia Gold Coast  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor KRE Colonie Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor UE Bergen Mall Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Belden Mall LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor WEA Palm Desert  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Bridgewater Commons Mall II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Star-West Franklin Park Mall  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Federal Realty OP LP brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Broward Mall LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Henderson Ave Main Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Vancouver Mall II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor CenterCal Properties  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Atherton Mill (E&A)  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Star-West Parkway Mall  LP brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Mainplace Shoppingtown  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor The Forbes Company brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor 659 West Diversey  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor CVM Holdings LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Southlake Indiana LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Plaza West Covina LP brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Allstate Road (EDENS)  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor AP Union II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Avalon North  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor The Macerich Company brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Randall L. Klein
    on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Reliable Companies
    gmatthews@reliable-co.com

Richard W. Riley

Case 24-10831-KBO    Doc 890    Filed 10/10/24    Page 13 of 15

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 12 of 14 |
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor BDC Shay Retail LLC rriley@wtplaw.com clano@wtplaw.com |
| Richard W. Riley | |
| | on behalf of Creditor White Flint Associates LLC rriley@wtplaw.com, clano@wtplaw.com |
| Robert L. LeHane | |
| | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert M. Hirsh | |
| | on behalf of Interested Party Lever Style Limited robert.hirsh@nortonrosefulbright.com jrenert@lowenstein.com |
| Robert T Schmidt | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Ronald E Gold | |
| | on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor Bazaarvoice Inc., as successor-in-interest for Granify (USA) Inc. streusand@slollp.com, prentice@slollp.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor EMC Corporation streusand@slollp.com prentice@slollp.com |
| Scott Andron | |
| | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott Alan Zuber | |
| | on behalf of Creditor Liberty Mutual Insurance Company szuber@csglaw.com ecf@csglaw.com |
| Shannon Dougherty Humiston | |
| | on behalf of Interested Party Lever Style Limited shumiston@mccarter.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Stephan E. Hornung | |
| | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited stephan.hornung@morganlewis.com |
| Stephan E. Hornung | |
| | on behalf of Interested Party Radial Commerce Inc. stephan.hornung@morganlewis.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Brookfield Retail Properties Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Keystone-Florida Property Holding Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Turnberry Associates skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Creditor WPG Legacy LLC skaufman@skaufmanlaw.com |
| Susan R Fuertes | |
| | on behalf of Creditor Harris County et al susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | |
| | on behalf of Creditor Harris County ID #01 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor c/o Tara L. Grundemeier houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |

Case 24-10831-KBO    Doc 890    Filed 10/10/24    Page 14 of 15

| District/off: 0311-1 | User: admin | Page 13 of 14 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Thomas Onder | on behalf of Creditor DDR Urban LP tonder@stark-stark.com ereid@stark-stark.com |
| Thomas Joseph Francella, Jr. | on behalf of Creditor Liberty Mutual Insurance Company TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com |
| Tiffany Strelow Cobb | on behalf of Creditor Bath and Body Works Logistics Services LLC tscobb@vorys.com mdwalkuski@vorys.com |
| Tiffany Strelow Cobb | on behalf of Creditor Distribution Land Company  LLC tscobb@vorys.com, mdwalkuski@vorys.com |
| Tracy Lee Klestadt | on behalf of Creditor Manchu Times Fashion Ltd. tklestadt@klestadt.com |
| Turner Falk | on behalf of Creditor Committee Official Committee of Unsecured Creditors turner.falk@saul.com  tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | on behalf of Creditor BSS Creative Groupe  Inc. whazeltine@sha-llc.com |
| William F. Taylor, Jr | on behalf of Creditor Orange & Rockland Utilities  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Colonial Gas Cape Cod wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Narragansett Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Nstar Gas Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar East Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |

District/off: 0311-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 14 of 14
Date Rcvd: Oct 08, 2024　　　　　　　　　　　　Form ID: van441　　　　　　　　　　　　Total Noticed: 1

| | |
|---|---|
| William F. Taylor, Jr | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com clano@whitefordlaw.com |

TOTAL: 335