IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION GRANTING
RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE
CHUBB COMPANIES TO CANCEL A CERTAIN INSURANCE
POLICY AND TAKE CERTAIN ACTIONS RELATED THERETO**

Upon consideration of the *Stipulation Granting Relief From The Automatic Stay To Permit The Chubb Companies To Cancel A Certain Insurance Policy And Take Certain Actions Related Thereto* (the "Stipulation"),[2] a copy of which is attached to this Order as **Exhibit 1**, and the Court having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

2. The Debtors are authorized to enter into the Stipulation and to take any and all actions necessary and appropriate to consummate and perform the terms and conditions thereof.

3. The Chubb Companies are also authorized, to the extent necessary, to take all actions necessary and appropriate to perform under the Stipulation, including, without limitation, effectuating the Policy Cancellation as of the Closing Date, subject to applicable law and regulation, without further order of this Court or notice to any party, and the automatic stay under Section 362 of the Bankruptcy Code, if and to the extent applicable, shall be deemed modified and/or lifted to permit such relief.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation and enforcement of the Stipulation or this Order.

**Dated: October 21st, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**