## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXP OLDCO WINDDOWN, INC, *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 156 & 393** |

## NOTICE OF FILING AMENDED LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on May 3, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 156] (the "Motion").[2]  On June 4, 2024, the Court entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 393] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Order, the Debtors are authorized to (a) retain and compensate certain professionals (the "OCPs") in the ordinary course of business, including those listed on Exhibit 2 to the Order (the "OCP List") and (b) add or remove OCPs from time to time, after consultation with the Committee, for any further

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

hearing and without the need to file individual retention applications for newly added OCPs, *provided that* the fees paid to any additional OCPs do not exceed the OCP Caps.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Order, the Debtors hereby file an amended version of <u>Exhibit 2</u> to the Order, as attached hereto as **<u>Exhibit A</u>** ("<u>Amended Exhibit 2</u>").  The redline attached hereto as **<u>Exhibit B</u>** reflects the changes made to <u>Exhibit 2</u> to the Order.  Accordingly, Amended Exhibit 2 shall collectively constitute the OCP List.[3]

Dated:  October 23, 2024
Wilmington, Delaware

/s/ *Domenic E. Pacitti*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193
Email:       dpacitti@klehr.com
             myurkewicz@klehr.com
             aradvanovich@klehr.com


-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:   (215) 568-6603
Email:       mbranzburg@klehr.com


*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       joshua.sussberg@kirkland.com
             emily.geier@kirkland.com
             nicholas.adzima@kirkland.com


-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       charles.sterrett@kirkland.com


*Co-Counsel for the Debtors and Debtors in Possession*

---

[3]   The Debtors reserve the right to retain additional OCPs from time to time during these chapter 11 cases, as the need arises, by filing a list or lists of such additional professionals and complying with the notice requirements set forth in the Order.

## Exhibit A

**Amended Exhibit 2**

**Exhibit 2**

**OCP List**

| Name | Address | Service |
|------|---------|---------|
| Dinsmore | 1001 LAKESIDE AVENUE SUITE 990 CLEVELAND, OH 44114 | Legal Advisor |
| Womble | ONE WEST 4TH STREET WINSTON-SALEM, NC 27101 | Legal Advisor |
| Greenburg Traurig | 6135 PARK SOUTH DR SUITE 500 CHARLOTTE, NC 28210 | Legal Advisor |
| Ogletree | 225 SOUTH SIXTH STREET SUITE 1800 MINNEAPOLIS, MN 55402 | Legal Advisor |
| Dentons Munoz | CENTRO EMPRESARIAL FORUM I, BUILDING C, OFFICE 1C1, SANTA ANA, SAN JOSÉ | Costa Rica Counsel |
| Benesch | 127 PUBLIC SQUARE SUITE 4900 CLEVELAND, OH 44114 | Legal Advisor |
| BakerHostetler | 127 PUBLIC SQUARE #2000 CLEVELAND, OH 44114 | Cybersecurity Counsel |
| Deloitte Tax LLP | 330 RUSH ALLEY SUITE 800 COLUMBUS, OH 43215 USA | Tax Advisor |

## Exhibit B

**Redline – Amended Exhibit 2**

**Exhibit 2**

**OCP List**

| Name | Address | Service |
|---|---|---|
| Dinsmore | 1001 LAKESIDE AVENUE SUITE 990 CLEVELAND, OH 44114 | Legal Advisor |
| Womble | ONE WEST 4TH STREET WINSTON-SALEM, NC 27101 | Legal Advisor |
| Greenburg Traurig | 6135 PARK SOUTH DR SUITE 500 CHARLOTTE, NC 28210 | Legal Advisor |
| Ogletree | 225 SOUTH SIXTH STREET SUITE 1800 MINNEAPOLIS, MN 55402 | Legal Advisor |
| Dentons Munoz | CENTRO EMPRESARIAL FORUM I, BUILDING C, OFFICE 1C1, SANTA ANA, SAN JOSÉ | Costa Rica Counsel |
| Benesch | 127 PUBLIC SQUARE SUITE 4900 CLEVELAND, OH 44114 | Legal Advisor |
| BakerHostetler | 127 PUBLIC SQUARE #2000 CLEVELAND, OH 44114 | Cybersecurity Counsel |
| Deloitte Tax LLP | 330 RUSH ALLEY SUITE 800 COLUMBUS, OH 43215 USA | Tax Advisor |