## EXHIBIT A

## Summary of Billing by Timekeeper

## SUMMARY OF BILLING BY TIMEKEEPER

### AUGUST 1, 2024 THROUGH AUGUST 31, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam C. Rogoff | 1989 | Partner Creditors' Rights (Since 2009) | $1,855 | 20.90 | $38,769.50 |
| Elan Daniels | 2005 | Counsel Creditors' Rights (Since 2023) | $1,405 | 27.50 | $38,637.50 |
| Robert T. Schmidt | 1990 | Counsel Creditors' Rights (Since 2021) | $1,730 | 54.30 | 93,939.00 |
| Evan Raskin | 2024 | Associate Creditors' Rights (Since 2023) | $780 | 53.80 | $74,244.00 |
| Nathaniel Allard | 2013 | Associate Creditors' Rights (Since 2012) | $1,380 | 10.40 | 8,112.00 |
| Kane, Wendy | N/A | Paralegal Creditors' Rights (Since 2018) | $565 | 8.60 | $4,859.00 |
| **TOTAL FEES** | | | | 175.50 | $258561.00 |

**Blended Rate:  $1,473.29**

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024).