# EXHIBIT B

**Compensation by Project Category**

**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (101) | 2.00 | $2,597.00 |
| Meetings/Communications with UCC members & advisors (102) | 32.70 | $50,086.00 |
| Meetings/Communications with Debtors & advisors (103) | 4.70 | $6,886.00 |
| Cash Management and DIP Financing (108) | 0.30 | $414.00 |
| Creditor Communications (109) | 3.80 | $6,469.00 |
| Hearings (116) | 3.00 | $4,280.00 |
| Disclosure Statement, Plan, Confirmation, Emergence, Wind Down (118) | 66.60 | $99,628.00 |
| UCC Retention and Fee Matters (119) | 12.10 | $10,274.50 |
| Debtor Retention and Fee Matters (120) | 0.70 | $1,211.00 |
| Tax Matters (121) | 0.20 | $276.00 |
| Investigations (126) | 49.40 | $76,439.50 |
| **TOTAL FEES** | **175.50** | **$258561.00** |

# Kramer Levin



September 19, 2024

Express, Inc.
1 Express Drive
Columbus, OH 43230
Attn: Laurel Krueger

Invoice #: 924768
076884-00002

**Re:  Restructuring**

**FOR PROFESSIONAL SERVICES rendered through August 31, 2024:**

| Task Code | Description | Fees | Hours | Fees Due |
|---|---|---|---|---|
| 101 | Case Administration | $2,597.00 | 2.00 | $2,597.00 |
| 102 | Meetings/Communications with UCC Members & Advisors | $50,086.00 | 32.70 | $50,086.00 |
| 103 | Meetings/Communications with Debtors & Advisors | $6,886.00 | 4.70 | $6,886.00 |
| 108 | Cash Management and DIP Financing | $414.00 | 0.30 | $414.00 |
| 109 | Creditor Communications | $6,469.00 | 3.80 | $6,469.00 |
| 116 | Hearings | $4,280.00 | 3.00 | $4,280.00 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | $99,628.00 | 66.60 | $99,628.00 |
| 119 | UCC Retention and Fee Matters | $10,274.50 | 12.10 | $10,274.50 |
| 120 | Debtor Retention and Fee Matters | $1,211.00 | 0.70 | $1,211.00 |
| 121 | Tax Matters | $276.00 | 0.20 | $276.00 |
| 126 | Investigations | $76,439.50 | 49.40 | $76,439.50 |
| **Total** | | **$258,561.00** | **175.50** | **$258,561.00** |

Disbursements and Other Charges                    $542.10

**TOTAL CURRENT INVOICE**                    **$259,103.10**

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



September 19, 2024
Invoice #: 924768
076884-00002
Page 2

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Rogoff, Adam C. | Partner | 20.90 | $38,769.50 |
| Daniels, Elan | Counsel | 27.50 | $38,637.50 |
| Schmidt, Robert T. | Counsel | 54.30 | 93,939.00 |
| Allard, Nathaniel | Associate | 53.80 | $74,244.00 |
| Raskin, Evan | Associate | 10.40 | 8,112.00 |
| Kane, Wendy | Paralegal | 8.60 | $4,859.00 |
| **TOTAL FEES** | | **175.50** | **$258,561.00** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Cab Fares | $225.00 |
| Pacer Online Research | 317.10 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$542.10** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 Case Administration** | | | | |
| 8/2/2024 | Kane, Wendy | Corr with N. Allard and call with M. Golden re opening hearing line (0.2). | 0.20 | $113.00 |
| 8/2/2024 | Allard, Nathaniel | Review case calendar items (.2). | 0.20 | 276.00 |
| 8/7/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 3

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/8/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |
| 8/9/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |
| 8/12/2024 | Allard, Nathaniel | Review pleadings filed (.1), correspond re: case administration issues with E. Raskin and L. Murley (.2). | 0.30 | 414.00 |
| 8/15/2024 | Allard, Nathaniel | Review pleadings filed (.1). | 0.10 | 138.00 |
| 8/19/2024 | Allard, Nathaniel | Review case filings and update emails (.2). | 0.20 | 276.00 |
| 8/26/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |
| 8/27/2024 | Allard, Nathaniel | Review case administration issues (.2). | 0.20 | 276.00 |
| **Subtotal: 101 Case Administration** | | | **2.00** | **$2,597.00** |
| **102 Meetings/Communications with UCC Members & Advisors** | | | | |
| 8/1/2024 | Allard, Nathaniel | Draft email update to UCC (.3), correspond with A. Rogoff re: same (.1). | 0.40 | $552.00 |
| 8/1/2024 | Schmidt, Robert T. | Call with Committee member re case issues (.3). | 0.30 | 519.00 |
| 8/4/2024 | Schmidt, Robert T. | Emails with Committee member re case status (.1). | 0.10 | 173.00 |
| 8/5/2024 | Allard, Nathaniel | Emails with UCC professionals re: meet and confer (.3). | 0.30 | 414.00 |
| 8/5/2024 | Rogoff, Adam C. | Review and revise status update email to Committee; coordinate with N. Allard regarding same (0.2). | 0.20 | 371.00 |
| 8/5/2024 | Allard, Nathaniel | Draft email to UCC re: update on exclusivity hearing (.3), emails with A. Rogoff re: same (.1). | 0.40 | 552.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 4

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/5/2024 | Schmidt, Robert T. | Calls with UCC members re exclusivity and adjourned hearing (.3). | 0.30 | 519.00 |
| 8/5/2024 | Schmidt, Robert T. | Call with Committee member re potential mediation and outline issues re same (.3); review emails re same (.2). | 0.50 | 865.00 |
| 8/6/2024 | Allard, Nathaniel | Emails with UCC co-chairs re: schedule (.1); schedule UCC calls (.1); emails with UCC professionals re: upcoming case schedule (.3), send update email to UCC (.1). | 0.60 | 828.00 |
| 8/6/2024 | Rogoff, Adam C. | Review status update email to Committee; coordinate with N. Allard regarding same (0.1). | 0.10 | 185.50 |
| 8/6/2024 | Schmidt, Robert T. | Calls and emails with Committee members re case status and issues (.5). | 0.50 | 865.00 |
| 8/7/2024 | Schmidt, Robert T. | Calls with Committee members and supplier reps re case status and issues (.5). | 0.50 | 865.00 |
| 8/7/2024 | Raskin, Evan | Prepare for (0.1) and participate in call with UCC professionals (0.9). | 1.00 | 780.00 |
| 8/7/2024 | Allard, Nathaniel | Prepare for (.3) and attend UCC professionals call (.9), follow up emails with R. Schmidt re: same (.2). | 1.40 | 1,932.00 |
| 8/7/2024 | Schmidt, Robert T. | Participate in UCC professionals' meeting (.9); follow-up emails with N. Allard re same (.2); emails with UCC professionals re same (.4). | 1.50 | 2,595.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 5

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/7/2024 | Rogoff, Adam C. | Participate in call with UCC professionals (N. Allard, T. Falk, R. Schmidt, L. Murley, M. Robinson and E. Daniels) re status and coordination with UCC (0.9). | 0.90 | 1,669.50 |
| 8/7/2024 | Daniels, Elan | Attend call with UCC professionals regarding exclusivity, mediation, investigation and next steps (.9). | 0.90 | 1,264.50 |
| 8/8/2024 | Allard, Nathaniel | Review draft Province deck for UCC (.5), emails with K. Lee re: same (.3). | 0.80 | 1,104.00 |
| 8/9/2024 | Allard, Nathaniel | Emails with K. Lee re: items for UCC update deck and review of same (.5). | 0.50 | 690.00 |
| 8/12/2024 | Schmidt, Robert T. | Call with Committee member re meeting schedule and case status (.2). | 0.20 | 346.00 |
| 8/13/2024 | Allard, Nathaniel | Prepare for (.4) and attend UCC professionals call (.8). | 1.20 | 1,656.00 |
| 8/13/2024 | Rogoff, Adam C. | Participate in call with UCC professionals (N. Allard, T. Falk, R. Schmidt, L. Murley, M. Robinson and K. Lee) re status and coordination with UCC (0.8). | 0.80 | 1,484.00 |
| 8/13/2024 | Schmidt, Robert T. | Review agenda for call (.2); prepare for and (.3) and attend UCC professionals' call (.8); call with Committee member re case status (.3). | 1.60 | 2,768.00 |
| 8/13/2024 | Daniels, Elan | Attend call with UCC professionals regarding investigation, next steps (.8). | 0.80 | 1,124.00 |
| 8/14/2024 | Raskin, Evan | Participated in weekly UCC call (0.4). | 0.40 | 312.00 |
| 8/14/2024 | Allard, Nathaniel | Prepare for (.1) and attend UCC call (.4). | 0.50 | 690.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 6

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/14/2024 | Rogoff, Adam C. | Prepare for (0.1) and participate in (0.4) weekly UCC meeting. | 0.50 | 927.50 |
| 8/14/2024 | Schmidt, Robert T. | Prepare for (.1) and participate in Committee meeting (.4); follow up calls with individual Committee members (.6). | 1.10 | 1,903.00 |
| 8/15/2024 | Allard, Nathaniel | Correspond with L. Murley re: hearing schedule and Disclosure Statement (.2). | 0.20 | 276.00 |
| 8/15/2024 | Schmidt, Robert T. | Call with Committee member re plan issues (.2). | 0.20 | 346.00 |
| 8/19/2024 | Allard, Nathaniel | Emails with professionals re upcoming UCC meetings (.2). | 0.20 | 276.00 |
| 8/19/2024 | Schmidt, Robert T. | Call and emails with Committee member re status and issues (.3). | 0.30 | 519.00 |
| 8/20/2024 | Daniels, Elan | Attend call with UCC professionals regarding next steps (.6). | 0.60 | 843.00 |
| 8/20/2024 | Schmidt, Robert T. | Prepare for (.1) and participate in Committee professional call re all issues (.6); follow up post meeting calls and emails (.2); call with Committee member re timing and issues (.3). | 1.20 | 2,076.00 |
| 8/20/2024 | Allard, Nathaniel | Prepare for (.1) and attend UCC professionals call (.6), email to UCC re call (.1). | 0.80 | 1,104.00 |
| 8/20/2024 | Raskin, Evan | Participate in call with UCC professionals to prepare for weekly Committee meeting (0.6). | 0.60 | 468.00 |
| 8/20/2024 | Rogoff, Adam C. | Participate in call with UCC professionals (N. Allard, T. Falk, R. Schmidt, E. Daniels, M. Robinson and K. Lee) re status and coordination with UCC (0.6). | 0.60 | 1,113.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 7

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/21/2024 | Schmidt, Robert T. | Corr with A. Rogoff re case issues and strategy and review materials re same (.4); review Province materials (.3); call with Committee member re case issues (.3). | 1.00 | 1,730.00 |
| 8/22/2024 | Schmidt, Robert T. | Call with Committee member re transition and plan issues and follow-up email re same (.4). | 0.40 | 692.00 |
| 8/22/2024 | Allard, Nathaniel | Emails with Saul Ewing re: creditor inquiries (.2). | 0.20 | 276.00 |
| 8/23/2024 | Schmidt, Robert T. | Call with Committee member re exclusivity (.2). | 0.20 | 346.00 |
| 8/26/2024 | Schmidt, Robert T. | Call with Committee member re case issues (.3). | 0.30 | 519.00 |
| 8/26/2024 | Allard, Nathaniel | Correspond w/ L. Murley, N. Smargiassi re: case updates (.3). | 0.30 | 414.00 |
| 8/27/2024 | Allard, Nathaniel | Prepare for (.4) and attend UCC professionals call (1.0); email re: case updates with L. Murley, T. Falk (.3). | 1.70 | 2,346.00 |
| 8/27/2024 | Rogoff, Adam C. | Participate in call with UCC professionals (N. Allard, E. Daniels, L. Murley, T. Falk, R. Schmidt, M. Robinson and K. Lee) re status and coordination with UCC (1.0). | 1.00 | 1,855.00 |
| 8/27/2024 | Daniels, Elan | Attend call with UCC professionals regarding exclusivity, DS and investigation issues (1.0). | 1.00 | 1,405.00 |
| 8/27/2024 | Schmidt, Robert T. | Prepare for (0.1) and participate in call with UCC professionals re case issues and strategy (1.0); calls and emails with Committee co-chairs and members re cancellation of weekly UCC meeting and next steps (.5). | 1.60 | 2,768.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 8

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/28/2024 | Allard, Nathaniel | Review updates from L. Murley re: motions and scheduling (.2), and further correspondence with L. Murley re: same (.1). | 0.30 | 414.00 |
| 8/29/2024 | Allard, Nathaniel | Numerous calls and emails with UCC professional re: exclusivity order and hearing schedule (.7), further calls with L. Murley re: same (.2), further emails with A. Rogoff, R. Schmidt, L. Murley re: same (.4). | 1.30 | 1,794.00 |
| 8/30/2024 | Allard, Nathaniel | Correspond with UCC members re: case updates and scheduling (.4). | 0.40 | 552.00 |
| **Subtotal: 102 Meetings/Communications with UCC Members & Advisors** | | | **32.70** | **$50,086.00** |
| **103 Meetings/Communications with Debtors & Advisors** | | | | |
| 8/6/2024 | Allard, Nathaniel | Correspond with N. Adzima re: case updates (.2). | 0.20 | $276.00 |
| 8/6/2024 | Allard, Nathaniel | Emails with Kirkland re status of upcoming hearings (.2). | 0.20 | 276.00 |
| 8/12/2024 | Allard, Nathaniel | Correspond with N. Adzima re: hearing schedule (.2). | 0.20 | 276.00 |
| 8/29/2024 | Allard, Nathaniel | Emails and call with N. Adzima re: exclusivity and hearing timeline (.5), review updates re: same (.2). | 0.70 | 966.00 |
| 8/30/2024 | Daniels, Elan | Attend call with Debtor and UCC advisors regarding scheduling, exclusivity and investigation (.8). | 0.80 | 1,124.00 |
| 8/30/2024 | Rogoff, Adam C. | Attemd call with Kirkland (E. Geier, N. Adzima), Khler and M3 plus L. Murley, T. Falk, R. Schmidt, N. Allard and E. Daniels re exclusivity and disclosure statement (0.8). | 0.80 | 1,484.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 9

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/30/2024 | Allard, Nathaniel | Emails with N. Adzima and Kirkland re: status conference and case schedule (.2), follow up emails w/ UCC professionals re same (.2); correspond with Debtors counsel re creditor questions (.1). | 0.50 | 690.00 |
| 8/30/2024 | Allard, Nathaniel | Prepare for (.3) and attend call with UCC professionals and Debtors advisors re disclosure statement and exclusivity (.8), follow up review of related issues (.2). | 1.30 | 1,794.00 |
| **Subtotal: 103 Meetings/Communications with Debtors & Advisors** | | | **4.70** | **$6,886.00** |
| **108 Cash Management and DIP Financing** | | | | |
| 8/8/2024 | Allard, Nathaniel | Review DIP counsel fee statements (.1). | 0.10 | $138.00 |
| 8/9/2024 | Allard, Nathaniel | Emails with professionals re: DIP reserves and payment of DIP settlement (.2). | 0.20 | 276.00 |
| **Subtotal: 108 Cash Management and DIP Financing** | | | **0.30** | **$414.00** |
| **109 Creditor Communications** | | | | |
| 8/1/2024 | Schmidt, Robert T. | Calls and emails with creditors re plan filing and follow-up re same (.5). | 0.50 | $865.00 |
| 8/4/2024 | Schmidt, Robert T. | Emails with creditor group representative re case issues (.2). | 0.20 | 346.00 |
| 8/8/2024 | Schmidt, Robert T. | Call with creditor representative re plan status and exclusivity and follow-up email re same (.4). | 0.40 | 692.00 |
| 8/9/2024 | Schmidt, Robert T. | Calls with supplier reps re plan process and timing and exclusivity filings (.5). | 0.50 | 865.00 |
| 8/12/2024 | Schmidt, Robert T. | Call with creditor rep re case status (.2). | 0.20 | 346.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 10

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/13/2024 | Schmidt, Robert T. | Email with vendor re inquiry (.2). | 0.20 | 346.00 |
| 8/13/2024 | Allard, Nathaniel | Respond to creditor inquiries (.2), coordinate with Debtor re: same (.1). | 0.30 | 414.00 |
| 8/15/2024 | Schmidt, Robert T. | Call and email with supplier representative re plan status and timing and related issues (.3). | 0.30 | 519.00 |
| 8/19/2024 | Schmidt, Robert T. | Review and respond to creditor email (.1). | 0.10 | 173.00 |
| 8/21/2024 | Schmidt, Robert T. | Call with creditor re case issues (.2). | 0.20 | 346.00 |
| 8/22/2024 | Schmidt, Robert T. | Call with supplier rep re inquiry relating to plan (.2). | 0.20 | 346.00 |
| 8/26/2024 | Schmidt, Robert T. | Review inquiry from former employee and follow-up same (.2). | 0.20 | 346.00 |
| 8/29/2024 | Schmidt, Robert T. | Review creditor inquiry and follow-up email re same (.2); call with creditor rep re status of DS and objection deadline and related issues (.3). | 0.50 | 865.00 |
| **Subtotal: 109 Creditor Communications** | | | **3.80** | **$6,469.00** |
| **116 Hearings** | | | | |
| 8/5/2024 | Schmidt, Robert T. | Review materials for exclusivity hearing (.4). | 0.40 | $692.00 |
| 8/5/2024 | Allard, Nathaniel | Review hearing notes (.5), comments to same (.5). | 1.00 | 1,380.00 |
| 8/12/2024 | Allard, Nathaniel | Correspond with A. Rogoff re: DS hearing (.1), calls with L. Murley re: same (.3). | 0.40 | 552.00 |
| 8/14/2024 | Allard, Nathaniel | Review hearing scheduling and adjournments, related emails with UCC professionals (.2). | 0.20 | 276.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 11

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/30/2024 | Allard, Nathaniel | Review outline for hearing (.3), comments to same (.2), correspond with N. Smargiassi, T. Falk re: same (.3), review updated draft of same (.2). | 1.00 | 1,380.00 |
| **Subtotal: 116 Hearings** | | | **3.00** | **$4,280.00** |
| **118 Disclosure Statement, Plan, Confirmation, Emergence, Wind Down** | | | | |
| 8/1/2024 | Rogoff, Adam C. | Review filed Plan and DS (0.4); call with N. Allard, L. Murley and R. Schmidt re same (0.6). | 1.00 | $1,855.00 |
| 8/1/2024 | Rogoff, Adam C. | Review revised draft objection re exclusivity (0.4); emails with N. Allard L. Murley and N. Smargiassi re same (0.4). | 0.80 | 1,484.00 |
| 8/1/2024 | Allard, Nathaniel | Further review updated Plan (1.0), further review updated DS (1.2), summarize changes to Plan and DS for UCC professionals (1.3), follow-up emails with UCC professionals re: same (.7), respond to questions re: Plan from A. Rogoff, R. Schmidt (.4). | 4.60 | 6,348.00 |
| 8/1/2024 | Schmidt, Robert T. | Prep for (.2) and participate in call with Committee professionals re plan and exclusivity issues (.6). | 0.80 | 1,384.00 |
| 8/1/2024 | Rogoff, Adam C. | Review and comment on proposed discovery on Plan investigation (0.3); coordinate with T. Falk and L. Murley re same (0.2). | 0.50 | 927.50 |
| 8/1/2024 | Allard, Nathaniel | Review updated draft objection to exclusivity (.5), finalize for filing (.4), call with UCC professionals to finalize pleading (.6). | 1.50 | 2,070.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 12

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/1/2024 | Schmidt, Robert T. | Review draft informal document request re plan and related emails (.4); review legal research and recent reports re release issues (.7). | 1.10 | 1,903.00 |
| 8/1/2024 | Raskin, Evan | Research prior legal proceedings against Debtors (0.7); participate in call with UCC professionals to discuss objection (0.6); further research re same (0.4). | 1.70 | 1,326.00 |
| 8/1/2024 | Schmidt, Robert T. | Review filed Plan/DS and related scheduling docs (.8); multiple emails and calls with KL and Saul Ewing teams re same (.7). | 1.50 | 2,595.00 |
| 8/1/2024 | Schmidt, Robert T. | Review revised exclusivity objection/cross motion prior to filing (.3); multiple emails with KL and Saul Ewing teams re same (.3); review legal research re procedural issues (.3); corr with KL team re potential discovery (.3). | 1.20 | 2,076.00 |
| 8/2/2024 | Schmidt, Robert T. | Prep for (.1) and participate in call with Committee professionals re prep and strategy for exclusivity hearing (.8); multiple follow-up emails with KL and Saul Ewing teams re same (.4); further review outline of issues and materials for hearing (.6). | 1.90 | 3,287.00 |
| 8/2/2024 | Rogoff, Adam C. | Call re exclusivity objection and hearing re exclusivity and discovery/investigation with N. Allard, R. Schmidt, E. Daniels, L. Murley, T. Falk and N. Smagrassi (0.8); follow up emails with same (0.5). | 1.30 | 2,411.50 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 13

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2024 | Allard, Nathaniel | Call with UCC professionals re: exclusivity and hearing prep (.8) call with E. Daniels re: same (.4), review materials and topics for hearing prep (1.4), correspond with N. Smargiassi re: same (.2). | 2.80 | 3,864.00 |
| 8/2/2024 | Allard, Nathaniel | Research plan precedent (1.5). | 1.50 | 2,070.00 |
| 8/2/2024 | Daniels, Elan | Call with UCC professionals regarding exclusivity hearing (.8); call with N. Allard regarding next steps (.4); email correspondence with UCC professionals regarding same. | 1.20 | 1,686.00 |
| 8/4/2024 | Schmidt, Robert T. | Review prior Province distribution analysis (.2). | 0.20 | 346.00 |
| 8/4/2024 | Allard, Nathaniel | Emails with A. Rogoff and Saul Ewing re: plan markup (.5), correspond with E. Raskin re: research for same (.5), review precedent (1.0). | 2.00 | 2,760.00 |
| 8/4/2024 | Schmidt, Robert T. | Emails with KL team re exclusivity hearing (.2); review exclusivity filings and outline issues (.3); review cited cases and recent orders (.4). | 0.90 | 1,557.00 |
| 8/4/2024 | Schmidt, Robert T. | Emails with KL and Saul Ewing teams re plan mark-ups and review same (.4); review DS provisions (.2). | 0.60 | 1,038.00 |
| 8/5/2024 | Daniels, Elan | Email correspondence with Saul Ewing regarding DS/investigation matters (.9). | 0.90 | 1,264.50 |
| 8/5/2024 | Schmidt, Robert T. | Review draft order extending same and review multiple emails re same (.4); call with A. Rogoff re Plan (.3). | 0.70 | 1,211.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 14

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/5/2024 | Rogoff, Adam C. | Call and coordination with R. Schmidt re plan (0.3); call with M. Robinson re same (0.2). | 0.50 | 927.50 |
| 8/5/2024 | Rogoff, Adam C. | Call and coordination with E. Geier re Plan (0.4); calls and emails with R. Schmidt re plan (0.4); meeting and coordination with L. Murley re same (0.4); emails with N. Allard re same (0.2). | 1.40 | 2,597.00 |
| 8/5/2024 | Allard, Nathaniel | Review plan markup (1.5), comments to same (1.0), review plan precedent (1.0), related correspondence with E. Raskin and Saul Ewing re: same (.5), review updates re: plan process (.2). | 4.20 | 5,796.00 |
| 8/5/2024 | Schmidt, Robert T. | Call and emails with A. Rogoff re plan (.5); review plan mark-up (.6); review plan precedent (.7). | 1.80 | 3,114.00 |
| 8/5/2024 | Raskin, Evan | Research precedent re. exclusivity termination and third-party plan filing (6.7). | 6.70 | 5,226.00 |
| 8/5/2024 | Allard, Nathaniel | Review updated draft exclusivity order (.2), provide comments to same (.2), call with A. Rogoff re: same (.1), emails with Saul Ewing re: same (.2), review updated draft (.2). | 0.90 | 1,242.00 |
| 8/6/2024 | Schmidt, Robert T. | Review materials for exclusivity objection and hearing and corr with A. Rogoff and N. Allard re same (.5). | 0.50 | 865.00 |
| 8/6/2024 | Schmidt, Robert T. | Review plan precedent and articles re same (.6); call, emails and coordination with A. Rogoff and N. Allard re plan issues (.5). | 1.10 | 1,903.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 15

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/6/2024 | Rogoff, Adam C. | Call, emails and coordination with R. Schmidt and N. Allard re plan (0.4); meeting with L. Murley re same (0.3). | 0.70 | 1,298.50 |
| 8/6/2024 | Allard, Nathaniel | Call and emails with A. Rogoff and R. Schmidt re plan (.4). | 0.40 | 552.00 |
| 8/6/2024 | Rogoff, Adam C. | Follow up call, emails and coordination with R. Schmidt and N. Allard re plan (0.6). | 0.60 | 1,113.00 |
| 8/7/2024 | Allard, Nathaniel | Review plan provisions (.6), related emails with T. Falk (.2). | 0.80 | 1,104.00 |
| 8/8/2024 | Schmidt, Robert T. | Review additional precedent re treatment of plan release (.6). | 0.60 | 1,038.00 |
| 8/8/2024 | Allard, Nathaniel | Review plan precedent and issues (.5). | 0.50 | 690.00 |
| 8/9/2024 | Schmidt, Robert T. | Emails with KL team re exclusivity motion and cross motion (.3); further review precedent re same (.5). | 0.80 | 1,384.00 |
| 8/12/2024 | Schmidt, Robert T. | Multiple emails with KL and Saul Ewing teams re exclusivity cross-motion and review notice re same (.5). | 0.50 | 865.00 |
| 8/12/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard, T. Falk, R. Schmidt, and L. Murley regarding exclusivity (.2). | 0.20 | 371.00 |
| 8/14/2024 | Schmidt, Robert T. | Review emails re DS hearing scheduling and exclusivity cross motion (.4); further review precedent and analysis re plan releases post-Purdue (.7). | 1.10 | 1,903.00 |
| 8/20/2024 | Schmidt, Robert T. | Review research, articles and precedent re plan/DS issues (.7). | 0.70 | 1,211.00 |
| 8/21/2024 | Schmidt, Robert T. | Call with A. Rogoff re exclusivity order (.1). | 0.10 | 173.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 16

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/21/2024 | Rogoff, Adam C. | Emails and coordination with T. Falk re exclusivity; review proposed order; call with R. Schmidt re same (0.4). | 0.40 | 742.00 |
| 8/22/2024 | Allard, Nathaniel | Review emails from UCC professionals re: Plan and Disclosure Statement (.5). | 0.50 | 690.00 |
| 8/22/2024 | Schmidt, Robert T. | Review recent precedent re scope of plan releases and exculpations and articles re same (.5). | 0.50 | 865.00 |
| 8/22/2024 | Schmidt, Robert T. | Emails with KL and Saul Ewing teams re exclusivity order and review mark-ups same (.4). | 0.40 | 692.00 |
| 8/22/2024 | Schmidt, Robert T. | Emails with Saul Ewing team and E. Daniels re Debtors' investigation topics and issues (.5). | 0.50 | 865.00 |
| 8/23/2024 | Schmidt, Robert T. | Further review versions of order and emails with Saul Ewing and KL teams re same (.3); call with A. Rogoff re same (.1). | 0.40 | 692.00 |
| 8/23/2024 | Schmidt, Robert T. | Further review recent articles and precedent re release issue in Delaware (.5). | 0.50 | 865.00 |
| 8/23/2024 | Rogoff, Adam C. | Emails and coordination with T. Falk re exclusivity; review proposed order; call with R. Schmidt re same (0.3). | 0.30 | 556.50 |
| 8/26/2024 | Schmidt, Robert T. | Multiple calls and emails with KL and Saul Ewing teams re exclusivity order mark-ups and review same (.4); further review research re plan issues (.5). | 0.90 | 1,557.00 |
| 8/26/2024 | Rogoff, Adam C. | Emails and coordination with L. Murley and R. Schmidt re exclusivity; review revised proposed order (0.3). | 0.30 | 556.50 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 17

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/27/2024 | Allard, Nathaniel | Review open items re: disclosure statement and plan (.5). | 0.50 | 690.00 |
| 8/27/2024 | Rogoff, Adam C. | Emails and coordination with L. Murley re exclusivity; review revised proposed order; revise same (0.2). | 0.20 | 371.00 |
| 8/28/2024 | Allard, Nathaniel | Review updated draft bridge order re: exclusivity and comments to same (.3). | 0.30 | 414.00 |
| 8/28/2024 | Rogoff, Adam C. | Emails and coordination with L. Murley re exclusivity; review revised proposed order; revise same (0.3). | 0.30 | 556.50 |
| 8/28/2024 | Rogoff, Adam C. | Review creditor objection to confirmation (0.2). | 0.20 | 371.00 |
| 8/28/2024 | Schmidt, Robert T. | Review revised draft bridge order and emails with KL and Saul Ewing teams re same (.5). | 0.50 | 865.00 |
| 8/29/2024 | Schmidt, Robert T. | Multiple emails with KL and Saul Ewing teams re negations on order, hearing dates, investigation and related issues (.9). | 0.90 | 1,557.00 |
| 8/29/2024 | Rogoff, Adam C. | Emails and coordination with L. Murley re exclusivity (0.1). | 0.10 | 185.50 |
| 8/30/2024 | Daniels, Elan | Email correspondence with KL and Saul Ewing teams regarding investigation (.5); prepare for (.3) and attend call with UCC professionals regarding hearing prep, next steps (.7). | 1.50 | 2,107.50 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 18

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/30/2024 | Schmidt, Robert T. | Emails with KL team re DS and exclusivity related issues (.4); review Saul Ewing hearing outline and emails re same (.3); participate call with UCC professionals re status and prep for court conference and call w/ Debtor professionals (.7). Participate in call with Debtor and UCC professionals re exclusivity, DS, investigation, and scheduling issues (.8). | 2.20 | 3,806.00 |
| 8/30/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re exclusivity and disclosure statement (0.3); call with L. Murley, N. Allard, E. Daniels, R. Schmidt, and T. Falk re same (0.7). | 1.00 | 1,855.00 |
| 8/30/2024 | Allard, Nathaniel | Prepare for (.3) and attend call with UCC advisors re disclosure statement and exclusivity (.7), emails with A. Rogoff same re: same (.4). | 1.40 | 1,932.00 |
| **Subtotal: 118 Disclosure Statement, Plan, Confirmation, Emergence, Wind Down** | | | **66.60** | **$99,628.00** |
| **119 UCC Retention and Fee Matters** | | | | |
| 8/1/2024 | Allard, Nathaniel | Correspond with W. Kane re Kramer fee statements (.2). | 0.20 | $276.00 |
| 8/1/2024 | Kane, Wendy | Draft first interim fee application (1.3). | 1.30 | 734.50 |
| 8/2/2024 | Kane, Wendy | Continue drafting first interim fee application (1.5); email N. Allard and E. Raskin re same (0.1). | 1.60 | 904.00 |
| 8/12/2024 | Kane, Wendy | Review July fee statement for compliance with UST guidelines and local rules (3.1). | 3.10 | 1,751.50 |
| 8/19/2024 | Allard, Nathaniel | Review emails re UCC re fee statements (.2). | 0.20 | 276.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 19

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/19/2024 | Schmidt, Robert T. | Review Committee professional fee statements and emails re objection deadline (.4). | 0.40 | 692.00 |
| 8/20/2024 | Rogoff, Adam C. | Review and revise fee statement; emails with W. Kane re same (0.3). | 0.30 | 556.50 |
| 8/20/2024 | Kane, Wendy | Review July fee statement for compliance with UST guidelines and local rules (0.6); emails w/ A. Rogoff and N. Allard re same (0.2); prepare fee statement cover page and exhibits (0.7). | 1.50 | 847.50 |
| 8/20/2024 | Allard, Nathaniel | Emails with A. Rogoff and W. Kane re: July KL fee statement and review of same (.4). | 0.40 | 552.00 |
| 8/21/2024 | Kane, Wendy | Prepare July fee statement for distribution to UCC (0.2); email Saul Ewing team re same (0.1). | 0.30 | 169.50 |
| 8/23/2024 | Schmidt, Robert T. | Review Committee professional fee statements (.4). | 0.40 | 692.00 |
| 8/23/2024 | Allard, Nathaniel | Emails w/ Saul Ewing re: professional fee statements and review of same (.5). | 0.50 | 690.00 |
| 8/26/2024 | Allard, Nathaniel | Review KL fee statement prior to filing (.3), review Saul Ewing updates re: other UCC professionals fee statements (.2), correspond with W. Kane re: same (.1). | 0.60 | 828.00 |
| 8/26/2024 | Kane, Wendy | Emails w/ N. Smargiassi and D. Indellicate re July fee statement (0.2); revise same and send to N. Smargiassi for filing (0.2). | 0.40 | 226.00 |
| 8/27/2024 | Allard, Nathaniel | Review UCC professional fee estimates (.2). | 0.20 | 276.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 20

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/29/2024 | Allard, Nathaniel | Review emails from Saul Ewing re: professional fee applications, correspond with E. Raskin, W. Kane re: same (.5). | 0.50 | 690.00 |
| 8/29/2024 | Kane, Wendy | Obtain Ledes file for July fee statement; emails with N. Allard and L. Thomas (UST office) re same (0.2). | 0.20 | 113.00 |
| **Subtotal: 119 UCC Retention and Fee Matters** | | | **12.10** | **$10,274.50** |
| **120 Debtor Retention and Fee Matters** | | | | |
| 8/14/2024 | Schmidt, Robert T. | Review Saul Ewing summary re Debtor professional fee statements (.3). | 0.30 | $519.00 |
| 8/29/2024 | Schmidt, Robert T. | Review Debtor professionals fee statements (.4). | 0.40 | 692.00 |
| **Subtotal: 120 Debtor Retention and Fee Matters** | | | **0.70** | **$1,211.00** |
| **121 Tax Matters** | | | | |
| 8/14/2024 | Allard, Nathaniel | Review tax issues (.2). | 0.20 | $276.00 |
| **Subtotal: 121 Tax Matters** | | | **0.20** | **$276.00** |
| **126 Investigations** | | | | |
| 8/2/2024 | Schmidt, Robert T. | Review materials and outline re potential claims and investigation by Debtors (.8). | 0.80 | $1,384.00 |
| 8/5/2024 | Allard, Nathaniel | Prepare for (.3) and attend meet and confer with Kirkland and Klehr re: discovery and upcoming hearing (.6), follow up correspondence with UCC professionals re: same (.5). | 1.40 | 1,932.00 |
| 8/5/2024 | Schmidt, Robert T. | Review outline of issues re investigation by Debtors issues (.4); attend portion of meet and confer with Debtors (.4); review precedent for investigations (.4). | 1.20 | 2,076.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 21

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/6/2024 | Allard, Nathaniel | Review emails from E. Daniels, T. Falk re: investigation by Debtors (.3), further correspond with E. Daniels and T. Falk re: same (.2), attend UCC professionals call re: Debtors' investigation (.6), numerous follow-up emails re: same with UCC professionals (.6). | 1.70 | 2,346.00 |
| 8/6/2024 | Daniels, Elan | Email correspondence with UCC professionals regarding next steps on discovery, litigation (2.5); attend UCC professionals call re same (.6); corr with Saul Ewing, KL teams regarding same (.5). | 3.60 | 5,058.00 |
| 8/6/2024 | Schmidt, Robert T. | Multiple emails and calls with KL and Saul Ewing teams re scope of Debtors' investigation, previous document requests and issues re same (.7); participate in call with KL and Saul Ewing teams re same (.6); review and revise multiple versions of email to Debtor's counsel re investigation and discovery issues (.3). | 1.60 | 2,768.00 |
| 8/6/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.7). | 0.70 | 1,298.50 |
| 8/7/2024 | Allard, Nathaniel | Review Debtors' investigation update (.2), correspond with E. Daniels, R. Schmidt re: same (.3), numerous emails with UCC professionals re: same (.5). | 1.00 | 1,380.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 22

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/7/2024 | Daniels, Elan | Meeting with R. Schmidt, N. Allard regarding Debtors' investigation, next steps (.3); call and email correspondence with Province, Saul Ewing teams regarding same (.6); email correspondence with KL, Saul Ewing teams regarding next steps (.5). | 1.40 | 1,967.00 |
| 8/7/2024 | Schmidt, Robert T. | Review report on Debtors' investigation status and issues and emails with KL and Saul Ewing teams re same (.3); call with A. Rogoff re same (.2); meet with N. Allard and E. Daniels re same (.3); review precedent for investigations (.2); review plan/DS provisions re same (.2). | 1.20 | 2,076.00 |
| 8/7/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.5); meeting with L. Murley re same (0.2); call with R. Schmidt re same (0.2). | 0.90 | 1,669.50 |
| 8/8/2024 | Daniels, Elan | Email correspondence with KL and Saul Ewing teams regarding next steps on Debtors' investigation (.4). | 0.40 | 562.00 |
| 8/8/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.8). | 0.80 | 1,484.00 |
| 8/8/2024 | Schmidt, Robert T. | Multiple emails and calls with KL and Saul Ewing teams re Debtors' investigation of claims (.4), review materials re same (.5). | 0.90 | 1,557.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 23

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/8/2024 | Allard, Nathaniel | Numerous emails with UCC professionals re: Debtors' investigation (.5), review emails from Klehr re: same (.3), review of related issues (.5). | 1.30 | 1,794.00 |
| 8/9/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.8). | 0.80 | 1,484.00 |
| 8/9/2024 | Allard, Nathaniel | Review and respond to update emails from Saul Ewing re: diligence and Debtors' investigation (.4). | 0.40 | 552.00 |
| 8/9/2024 | Schmidt, Robert T. | Emails with A. Rogoff and KL team and Saul Ewing teams re issues related to Debtors' investigation of claims (.9). | 0.90 | 1,557.00 |
| 8/9/2024 | Daniels, Elan | Review presentations and search terms and topics (.6); email correspondence with Saul Ewing, KL, Province teams regarding investigation issues (.4). | 1.00 | 1,405.00 |
| 8/12/2024 | Schmidt, Robert T. | Review emails re Debtors' investigation related discovery open issues, and search terms (.3); review Saul Ewing research re precedent re investigation process (.5). | 0.80 | 1,384.00 |
| 8/12/2024 | Allard, Nathaniel | Emails among UCC professionals re: status of investigations and related topics (.3). | 0.30 | 414.00 |
| 8/12/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.2). | 0.20 | 371.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 24

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/13/2024 | Daniels, Elan | Review search terms (.4) and email correspondence with KL, Saul Ewing teams regarding same (.2). | 0.60 | 843.00 |
| 8/13/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.4). | 0.40 | 742.00 |
| 8/13/2024 | Allard, Nathaniel | Emails with UCC professionals re: investigation (.4). | 0.40 | 552.00 |
| 8/13/2024 | Schmidt, Robert T. | Review emails between T. Falk and E. Daniels re Debtors' investigation issues and search terms (.4). | 0.40 | 692.00 |
| 8/14/2024 | Allard, Nathaniel | Emails w/ L. Murley re: Debtors' investigation (.2), emails with UCC professionals re: same (.3). | 0.50 | 690.00 |
| 8/14/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.3). | 0.30 | 556.50 |
| 8/14/2024 | Daniels, Elan | Email correspondence with Saul Ewing and KL teams regarding discovery and Debtors' investigation (.4). | 0.40 | 562.00 |
| 8/14/2024 | Schmidt, Robert T. | Review emails from Saul Ewing and KL teams re Debtors' investigation related issues (.2); review summary of potential claims (.3). | 0.50 | 865.00 |
| 8/15/2024 | Schmidt, Robert T. | Review emails from KL and Saul Ewing teams re Debtors' investigation status and issues (.4). | 0.40 | 692.00 |
| 8/19/2024 | Allard, Nathaniel | Review updates re Debtors' investigation (.2). | 0.20 | 276.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 25

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/19/2024 | Schmidt, Robert T. | Review index of Debtors' investigation materials and emails with KL team re same (.4); review prior emails and articles re issues re: same (.7). | 1.10 | 1,903.00 |
| 8/19/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.4). | 0.40 | 742.00 |
| 8/20/2024 | Daniels, Elan | Call with T. Falk regarding Debtors' investigation (.3). | 0.30 | 421.50 |
| 8/20/2024 | Schmidt, Robert T. | Review emails from A. Rogoff, E. Daniels, N. Allard, T. Falk and L. Murley re discovery and Debtors' investigation (.5); review DS provisions re same (.2); review research (.2). | 0.90 | 1,557.00 |
| 8/20/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.2). | 0.20 | 371.00 |
| 8/21/2024 | Daniels, Elan | Review Debtors' discovery materials and email correspondence with Saul Ewing regarding same (1.1); review additional document discovery lists and email correspondence with Saul Ewing regarding same (.9). | 2.00 | 2,810.00 |
| 8/21/2024 | Schmidt, Robert T. | Review portions of doc production (.3); emails from/to Saul Ewing and KL teams re same (.1). | 0.40 | 692.00 |
| 8/21/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.2). | 0.20 | 371.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 26

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/22/2024 | Daniels, Elan | Review board materials/transaction documents regarding prepetition transactions (2.7); email correspondence with UCC advisors regarding same (.4). | 3.10 | 4,355.50 |
| 8/22/2024 | Allard, Nathaniel | Review emails from UCC professionals re: Debtors' investigation (.5). | 0.50 | 690.00 |
| 8/23/2024 | Daniels, Elan | Review discovery documents (1.4); email correspondence with Saul Ewing, KL teams regarding same (.3). | 1.70 | 2,388.50 |
| 8/23/2024 | Allard, Nathaniel | Review emails from UCC professionals re: Debtors' investigation related items (.5). | 0.50 | 690.00 |
| 8/23/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Allard, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.5). | 0.50 | 927.50 |
| 8/23/2024 | Schmidt, Robert T. | Review email analysis of issues re Debtors' investigation and strategy re same (.7). | 0.70 | 1,211.00 |
| 8/26/2024 | Allard, Nathaniel | Review updates on Debtors' investigation from UCC professionals (.3). | 0.30 | 414.00 |
| 8/26/2024 | Schmidt, Robert T. | Review emails and analysis re Debtors' investigation process (.4). | 0.40 | 692.00 |
| 8/27/2024 | Allard, Nathaniel | Review diligence updates from UCC professionals (.4). | 0.40 | 552.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 27

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/27/2024 | Daniels, Elan | Email correspondence with KL and Saul Ewing teams regarding Debtors' investigation issues (.8); research precedent transactions (.5); review board materials/transaction documents and email correspondence with KL, Saul Ewing teams regarding same (.7). | 2.00 | 2,810.00 |
| 8/27/2024 | Schmidt, Robert T. | Review portions of doc production and related emails from Saul Ewing and E. Daniels (.5); review claim summary (.4). | 0.90 | 1,557.00 |
| 8/27/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.3). | 0.30 | 556.50 |
| 8/28/2024 | Daniels, Elan | Review discovery (.6) and email correspondence with Saul Ewing regarding same (.2). | 0.80 | 1,124.00 |
| 8/29/2024 | Schmidt, Robert T. | Review E. Daniels analysis and questions re investigation and doc production (.5); emails with KL and Saul Ewing teams re same (.2). | 0.70 | 1,211.00 |
| 8/29/2024 | Daniels, Elan | Review prepetition transaction board materials (2.0); email correspondence with UCC advisors regarding same (.5). | 2.50 | 3,512.50 |
| 8/29/2024 | Allard, Nathaniel | Review emails from UCC professionals re: Debtors' investigation (.3). | 0.30 | 414.00 |
| 8/29/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk, R. Schmidt, and L. Murley regarding Debtors' investigation of claims (0.2). | 0.20 | 371.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 28

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/30/2024 | Schmidt, Robert T. | Multiple emails with E. Daniels and Saul Ewing team re document production, redactions and next steps; review E. Daniels memo re same (.4). | 0.40 | 692.00 |
| 8/30/2024 | Allard, Nathaniel | Review emails from E. Daniels, T. Falk re: documents produced (.3). | 0.30 | 414.00 |
| **Subtotal: 126 Investigations** | | | **49.40** | **$76,439.50** |
| **TOTAL** | | | **175.50** | **$258,561.00** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Cab Fares**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/12/2024 | Allard, Nathaniel | Executive Charge, Inc. - Cab Fares Vendor: Executive Charge, Inc., Description: Taxi charges - inv# 6146156, Transaction Date: 07/12/24, Invoice Number: 6146156, Timekeeper: Nathaniel Allard | $75.00 |
| 7/26/2024 | Allard, Nathaniel | Executive Charge, Inc. - Vendor: Executive Charge, Inc., Description: Taxi charges - inv# 6148810, Transaction Date: 07/26/24, Invoice Number: 6148810, Timekeeper: Nathaniel Allard | 75.00 |
| 8/2/2024 | Allard, Nathaniel | Executive Charge, Inc. - Cab Fares Vendor: Executive Charge, Inc., Description: Taxi charges - inv# 6150505, Transaction Date: 08/02/24, Invoice Number: 6150505, Timekeeper: Nathaniel Allard | 75.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 29

| Subtotal | $225.00 |
|---|---|

**Pacer Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | $0.10 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.80 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.80 |
| 8/1/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 30

| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 9.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 12.20 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 31

| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.50 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.90 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.60 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 2.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.60 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 32

| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 2.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 5.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.60 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 2.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 33

| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 11.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 2.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 16.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 34

| | | | |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.50 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 22.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.60 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.50 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 2.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 2.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 35

| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 16.60 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 8.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.90 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 36

| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.50 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 27.70 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.80 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |



September 19, 2024
Invoice #: 924768
076884-00002
Page 37

| | | | |
|---|---|---|---|
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.40 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.60 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.50 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.20 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.50 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 3.00 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.10 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.60 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.40 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 0.30 |
| 8/5/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 1.60 |
| **Subtotal** | | | **$317.10** |
| **TOTAL** | | | **$542.10** |