# **EXHIBIT C**

# **Expense Summary**

**EXPENSE SUMMARY**
**AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Cab Fares | Executive Charge | $225.00 |
| Pacer Online Research | PACER | $317.10 |
| **TOTAL** | | **$542.10** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| Invoice Date | Provider | Number of People | Description | Amount |
| 07/12/2024 | Executive Charge | 1 | Office to home 7/2/24 (working late on plan and lender settlement issues) – N. Allard | $75.00 |
| 07/26/2024 | Executive Charge | 1 | Office to home 7/9/24 (working late on plan and lender settlement issues and communications with Committee) – N. Allard | $75.00 |
| 08/02/2024 | Executive Charge | 1 | Office to home 7/23/24 (working late on plan and disclosure statement issues) – N. Allard | $75.00 |
| **TOTAL** | | | | **$225.00** |