# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed<br>*This Application* |
| Senior Partners | 1 | $653.00 | $645.00 |
| Junior Partners | 0 | $552.00 | $0.00 |
| Counsel | 1 | $565.00 | $520.00 |
| Senior Associates | 1 | $409.00 | $430.00 |
| Junior Associates | 1 | $336.00 | $300.00 |
| Paralegal | 0 | $284.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $269.00 | $299.17 |
| **Aggregated:** | | **$504.00** | **$458.66** |

53063257.1 10/23/2024