# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from August 1, 2024 through August 31, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $488.90 |
| Legal Research | Westlaw | $734.16 |
| Outside Reproduction | Reliable Copy Service – DE | $218.79 |
| **Total** | | **$1441.85** |

53063257.1 10/23/2024



| | | |
|---|---|---|
| Express, Inc. - Official Committee of Un | Invoice Number | 4367560 |
| N/A - Committee N/A - Committee | Invoice Date | 09/18/24 |
| One Express Drive | Client Number | 391459 |
| Columbus, OH 43230 | Matter Number | 00001 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/19/24 | Outside Reproduction: Vendor: Reliable Copy Service - DE; 8/12/24 - Copying, postage and mailing of notice of cross-motion to terminate exclusivity | 218.79 |
| | Total Outside Reproduction | 218.79 |
| 08/23/24 | Westlaw Research - Turner Falk | 447.12 |
| 08/23/24 | Westlaw Research - Nicholas Smargiassi | 138.00 |
| 08/23/24 | Westlaw Research - Turner Falk | 149.04 |
| | Total Westlaw Legal Research | 734.16 |
| | Epiq Relativity eDiscovery Costs | 488.90 |
| | CURRENT EXPENSES | 1,441.85 |
| | TOTAL AMOUNT OF THIS INVOICE | 1,441.85 |

53062150.1 09/28/2024