## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-10831(KBO) |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. |  |

## DECLARATION OF DISINTERESTEDNESS OF
## JOSHUA WOLFE IN SUPPORT OF THE ORDINARY COURSE RETENTION
## OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER FOR THE DEBTORS

I, Joshua Wolfe, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1.      I am a tax partner of the firm of Deloitte Tax LLP ("**Deloitte Tax**"), which has an office at 330 Rush Alley, Suite 800, Columbus, OH 43215, USA.  I am duly authorized to make and submit this declaration (the "**Declaration**") on behalf of Deloitte Tax pursuant to the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 393] (the "**OCP Order**"). Pursuant to the terms of the OCP Order, the Debtors seek to retain Deloitte Tax to provide the services set forth herein.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2.     The Debtors seek to retain and employ Deloitte Tax pursuant to the terms and conditions set forth in: (i) that certain engagement letter between Deloitte Tax and the Debtors, dated May 9, 2023, to provide certain tax advisory services on federal, foreign, state and local tax matters for the period through December 31, 2024 (the "**Tax Consulting Engagement Letter**"); (ii) that certain work order, dated March 21, 2024, entered into pursuant to the Tax Consulting Engagement Letter, to provide certain inventory consulting services and assist with computing the cost allocation under Internal Revenue Code ("**IRC**") Section 263A ("**UNICAP**") for the tax year ended February 3, 2024 (the "**UNICAP Work Order**"); and (iii) that certain work order, dated [December 6, 2023], for certain tax cost recovery (*i.e.*, depreciation and gain/loss) computation services for the Debtors' fixed assets (the "**Tax Cost Recovery Work Order**") and, together with the Tax Consulting Engagement Letter and the UNICAP Work Order, the "**Engagement Agreements**"). Copies of the Engagement Agreements are attached hereto as **Exhibit A**.

3.     The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte Tax or its affiliates.

## Deloitte Tax's Qualifications

4.     Deloitte Tax is a professional services firm with offices across the United States.  Deloitte Tax has significant experience in providing the tax services described herein in large and complex chapter 11 cases on behalf of debtors throughout the United States.  Such experience renders Deloitte Tax well qualified and able to provide services to the Debtors during the pendency of these chapter 11 cases (the "**Chapter 11 Cases**") in a cost effective, efficient, and timely manner.  Deloitte Tax's services fulfill an important need and are not provided by any of the Debtors' other professionals.

5.      In addition, since approximately 2007, Deloitte Tax has provided certain professional services to the Debtors.  In providing such prepetition professional services to the Debtors, Deloitte Tax is familiar with the Debtors and their businesses, including the Debtors' financial affairs, debt structure, operations, and related matters.  Having worked with the Debtors' management, Deloitte Tax has developed relevant experience and knowledge regarding the Debtors that will assist it in providing effective and efficient services during these Chapter 11 Cases.  Accordingly, Deloitte Tax is both well qualified and able to provide the aforementioned services for the Debtors in these Chapter 11 Cases in an efficient and timely manner.

## **Disinterestedness**

**A.**      ***Background Information***

6.      Deloitte Touche Tohmatsu Limited ("**DTTL**") is a UK private company limited by guarantee.  DTTL itself does not provide services to clients.  Each of the member firms of DTTL (each a "**DTTL Member Firm**") is a legally separate and distinct entity.  The DTTL Member Firms are primarily organized on an individual country or regional basis, and operate within the legal and regulatory framework of their particular jurisdiction(s).  The DTTL Member Firm structure reflects the fact that the DTTL Member Firms are not affiliates, subsidiaries or branch offices of each other or of a global parent.  Rather, they are separate and independent firms that have come together to practice under a common brand and shared methodologies, client service standards, and other professional protocols and guidelines.  DTTL Member Firm partners and/or principals are generally the sole owners of their respective DTTL Member Firms.  There is no overlap with respect to a partner's or principal's ownership in its respective DTTL Member Firm and any other DTTL Member Firm.  Profits are not shared between or among the DTTL Member Firms.

7.      In the United States, Deloitte LLP is a DTTL Member Firm.  Like DTTL, Deloitte LLP does not provide services to clients.  Rather, Deloitte LLP has operating affiliates that perform services for clients, including Deloitte Tax, Deloitte & Touche LLP ("**Deloitte & Touche**"), Deloitte Financial Advisory Services LLP ("**Deloitte FAS**"), Deloitte Consulting LLP ("**Deloitte Consulting**"), and Deloitte Transactions and Business Analytics LLP ("**DTBA**") (Deloitte LLP and each of the foregoing, and together with their respective direct and indirect subsidiaries, the "**Deloitte U.S. Entities**").  The partners and/or principals of each operating affiliate of Deloitte LLP are owners of their respective affiliate along with, directly or indirectly, Deloitte LLP.  Generally, each affiliate's respective partners and principals are also partners and principals, as applicable, of Deloitte LLP.

**B.      *Conflicts Check Process***

8.      Subject to the foregoing, except as set forth herein and in the attachments hereto, to the best of my information, knowledge, and belief based on reasonable inquiry:  (a) neither I, Deloitte Tax, nor any partner, principal, or managing director of Deloitte Tax that is anticipated to provide the services for which Deloitte Tax is to be retained (the "**Deloitte Tax Engagement Partners/Principals/Managing Directors**") holds any interest adverse to the Debtors with respect to the matters on which Deloitte Tax is to be retained in their Chapter 11 Cases; and (b) Deloitte Tax has no relationship to the Debtors, their significant creditors, certain other parties-in-interest, or to the attorneys that are known to be assisting the Debtors in their Chapter 11 Cases, except as stated herein or in any attachment hereto.

9.      In connection with Deloitte Tax's retention by the Debtors in their Chapter 11 Cases, Deloitte Tax undertook searches to determine, and to disclose, whether it or its affiliates, is or has been employed by or has other relationships with the Debtors or their affiliates, subsidiaries, directors, or officers, or any of the Debtors' significant creditors, customers, equity

security holders, professionals, or other entities with significant relationships with the Debtors (the "**Potential Parties-in-Interest**"), whose specific names were provided to Deloitte Tax by the Debtors, listed on __Schedule 1__ attached hereto.  To check upon and disclose possible relationships with significant Potential Parties-in-Interest in these Chapter 11 Cases, Deloitte Tax researched its client databases and performed reasonable due diligence to determine whether it or its affiliates had any relationships with the Debtors or their affiliates, subsidiaries, directors, or officers, or significant Potential Parties-in-Interest.

10.     As described herein, for the most part, the conflicts searches conducted by Deloitte Tax involve checking client and other databases of the Deloitte U.S. Entities.  Given the separateness of the various DTTL Member Firm as described above, the Deloitte U.S. Entities do not have the capability to directly check the client or other databases of any of the non-U.S. DTTL Member Firms or their respective affiliates or subsidiaries.  However, notwithstanding the separateness of the DTTL Member Firms, the Deloitte U.S. Entities' checking procedures in bankruptcy cases do result in the gathering of certain information related to the DTTL Member Firms, as described below.

11.     When any of Deloitte LLP's operating affiliates, such as Deloitte Tax, is to be the subject of an application to be retained in a chapter 11 case, a process commences regarding checking connections to the debtor, its affiliates and the debtor's parties in interest (as provided by the debtors).  With the assistance of the Deloitte U.S. Entities' conflicts team (the "**Conflicts Team**"), a series of conflicts checking procedures are undertaken, including checking a number of Deloitte U.S. Entities' databases for their connections.  Additionally, the Conflicts Team performs procedures to identify certain relationships of other DTTL Member Firms, as described below:

     i.     With respect to the debtor and debtor affiliates, the Conflicts Team will:

        a)     Initiate cross border check requests to the DTTL Member Firm(s)

where the debtor or debtor affiliate is domiciled (i.e., the country of incorporation or the entity's headquarters, as the case may be) based upon information provided by the debtors and research by the Conflicts Team of publicly available information.  The DTTL Member Firm(s) will then search applicable local databases to identify client or non-client relationships in their jurisdiction (such as lender, vendors, business relationship entities or third parties associated with a client engagement).

b)      Perform a search of the cross border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms, which are submitted when a DTTL Member Firm seeks to commence an engagement with or involving a U.S. entity.[2]  This search is conducted to identify whether those prospective engagements involved the debtor or its affiliates domiciled in the U.S. as the engaging client or non-client relationship (such as business relationship entities or third parties associated with a client engagement).

c)      Perform a search of the database system associated with audit and other related independence requirements (the "**Independence Database**") to identify possible connections with debtor and debtor affiliates with respect to whom such requirements are actually or potentially implicated. Each DTTL Member Firm is required to input its respective audit and attest clients into the Independence Database, and all DTTL Member Firms have access to the Independence Database.[3]  Each entity in the Independence Database has a designated partner who is responsible for approving and monitoring services for entities included in its corporate tree.  The Independence Database includes audit and attest clients of the various DTTL Member Firms, as well as certain other non-clients thereof.

ii.    With respect to the debtor's parties in interest, the Conflicts Team will:

(a)     Perform a search of the cross-border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms (described above) to identify whether those prospective engagements involved a U.S.-domiciled party in interest as a direct attest or litigation client or business relationship entity.

(b)     Perform a search of the Independence Database to determine whether a party in interest is identified therein.

---

[2]    These cross-border conflict check requests are pursuant to a policy adopted by DTTL Member Firms.

[3]    Inputting audit and attest clients into the Independence Database is a policy followed by DTTL Member Firms so that such relationships are tracked in connection with such firms' independence requirements.

12.     Deloitte Tax and/or its affiliates have relationships with thousands of clients, some of which may be creditors of the Debtors or other Potential Parties-in-Interest.  Accordingly, Deloitte Tax and/or its affiliates have or may have provided professional services, may currently provide professional services, and/or may in the future provide professional services in matters unrelated to the Chapter 11 Cases to certain of the Potential Parties-in-Interest.  Additionally, certain of these Potential Parties-in-Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to Deloitte Tax and/or its affiliates and the Deloitte Tax Engagement Partners/Principals/Managing Directors in matters unrelated to the Chapter 11 Cases.  A listing of parties with such connections to Deloitte Tax and/or its affiliates is attached to this Declaration as **Schedule 2**.

13.     With respect to Deloitte Tax's conflicts checks conducted in these Chapter 11 Cases, if a database query identified a potential connection between a Potential Party-in-Interest and a Deloitte U.S. Entity or DTTL Member Firm, an email was sent to certain of the Deloitte U.S. Entity's and/or DTTL Member Firm's individuals, as applicable, associated with such Potential Party-in-Interest to confirm whether or not the relationship with such Potential Party-in-Interest related or currently relates to the Chapter 11 Cases.  Responses to these emails were consolidated and subsequently reviewed.  As stated in this Declaration, these processes result in the disclosures that are set forth herein, including the disclosure of certain connections with Potential Parties-in-Interest that do not relate to the Chapter 11 Cases.  The identified potential connections to the Potential Parties-in-Interest are included on **Schedule 2** appended hereto, and such connections do not relate to the Chapter 11 Cases.

14.     Deloitte Tax believes that the relationships described herein or reflected on **Schedule 2** have no bearing on the services for which Deloitte Tax's retention is being sought by

the Debtors in these Chapter 11 Cases.  Furthermore, such relationships do not impair Deloitte

Tax's disinterestedness, and Deloitte Tax does not represent an adverse interest in connection with

these Chapter 11 Cases.

15.    To the best of my knowledge, based on the searches discussed above,

Deloitte Tax has determined that certain relationships should be disclosed as follows.

a.    Deloitte Tax and its affiliates provide services in matters unrelated to the Chapter 11 Cases to certain of the Debtors' largest unsecured and secured creditors and other Potential Parties-in-Interest or their affiliates listed on **Schedule 2**.

b.    Law firms identified on **Schedule 2**, including Dinsmore & Shohl LLP; Greenberg Traurig LLP; Kirkland & Ellis LLP; Ogletree Deakins Nash Smoak  & Stewart, P.C.; and Saul Ewing LLP, have provided, currently provide and may in the future provide legal services to Deloitte Tax or its affiliates in matters unrelated to their Chapter 11 Cases, and/or Deloitte Tax or its affiliates have provided, currently provide and may in the future provide services to such firms or their clients.

c.    In the ordinary course of its business, Deloitte Tax and its affiliates have business relationships in unrelated matters with its principal competitors, which together with their affiliates may be Potential Parties-in-Interest in their Chapter 11 Cases.  For example, from time to time, Deloitte Tax and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

d.    Certain financial institutions or their respective affiliates (American International Group (AIG); Bank of America – Merrill Lynch; Bank of America Private Bank; Bank of America, N.A.; Barclays Wealth (UK); Citigroup Inc., Citizens National Bank Building, LLC; Fifth Third Bank, National Association; PNC Advisors; Wells Fargo Bank, N.A.; and Wells Fargo Securities LLC) listed on **Schedule 2** (i) are lenders to an affiliate of Deloitte Tax (Deloitte Tax is a guarantor of such indebtedness) and/or (ii) have financed a portion of the capital and/or capital loan requirements of various managing partners and principals, respectively, of Deloitte Tax and its affiliates.  In addition, certain institutions or their respective affiliates, including BlackRock Advisors LLC, Dimensional Fund Advisors LP, Dimensional Global Sustainability Core Equity Fund, Dimensional International Core Equity Fund, Invesco Capital Management LLC, Invesco FTSE FAFI US 1500 Small-Mid ETF, JPMorgan Securities LLC, JPMorgan Securities PLC, Oaktree Capital Management LP, State Street Global Advisors, Vanguard balanced Index Fund, Vanguard Extended Market Index Fund, Vanguard Group Inc., Vanguard Institutional Total Stock Market

Index Fund, Vanguard Total Stock Market Index Fund, and Vanguard U.S. Equity Index Fund, provide asset management services, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by affiliates of Deloitte Tax.

e.    Deloitte Tax and/or its affiliates have provided and may continue to provide certain ordinary course professional services to BANK 2022-BNK40, BANK 2022-BNK42, BANK 2022-BNK43, BANK 2022-BNK46, Bank of America – Merrill Lynch, Bank of America Private Bank, Barclays Wealth (UK); Battery Park CLO II Ltd., BlackRock Advisors LLC, Carson Wealth Management Group LLC, Cede & Co., Charles Schwab Investment Management Inc., Craig Thompson, EXPWHP LLC, Federated MDTA LLC, Fidelity Extended Market Index Fund, Fidelity Series Total Market Index Fund, Fidelity Total Market Index Fund, Francisco Javier Gonzalez, FSC Securities Corp., Geode Capital Management LLC, Group One Trading LP, Huntington Auto Trust 2024-1, Huntington National Bank, Invesco Capital Management LLC, Invesco FTSE FAFI US 1500 Small-Mid ETF, JPMorgan Securities LLC, JPMorgan Securities PLC, Ladenburg Thalmann & Co. Inc., Legg Mason Royce US Small Cap Opportunity Fund, Millenium Management LLC; Morgan Stanley & Co. International PLC, Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney Holdings LLC, OAKST Commercial Mortgage Trust 2023-NLP, Oaktree CLO 2021-2 Ltd., Oaktree CLO 2022-1 Ltd., Oaktree CLO 2022-2 Ltd., Oaktree CLO 2022-3 Ltd., Oaktree CLO 2023-1 Ltd., Oaktree CLO 2023-2 Ltd., Parametric Portfolio Associates, PGIM Inc., PNC Advisors, RBC Capital Markets LLC, Renaissance Technologies LLC, Royce & Associates LP, Royce Small-Cap Opportunity Fund, Wells Fargo Advisors Financial Network LLC, Wells Fargo Bank NA, Wells Fargo Commercial Mortgage Trust 2022-JS2, Wells Fargo Commercial Mortgage Trust 2022-ONL, Wells Fargo Commercial Mortgage Trust 2022-1, Wells Fargo Commercial Mortgage Trust 2022-2 Trust, Wells Fargo Commercial Mortgage Trust 2022-2 Trust, and Wells Fargo Commercial Mortgage Trust 2022-INV1 Trust, equity holders of the Debtors, in matters unrelated to the Chapter 11 Cases.

f.    Deloitte Tax and/or its affiliates have provided and may continue to provide certain ordinary course professional services to certain Potential Parties-in-Interest, which may be involved in certain transactions with the Debtors during these Chapter 11 Cases, in matters unrelated to the Chapter 11 Cases.

g.    Certain Potential Parties-in-Interest may be adverse to and/or involved in litigation matters with Deloitte Tax or its affiliates in connection with matters unrelated to the Chapter 11 Cases.

h.    Deloitte & Touche has provided and continues to provide audit services to certain Potential Parties-in-Interest and/or their affiliates, in matters unrelated to these Chapter 11 Cases. In its capacity as independent auditor, Deloitte & Touche also provides such clients with ordinary course auditing

services and conducts typical audit procedures that may arise from such Potential Parties-in-Interests' business arrangements with the Debtors.

i.      Deloitte Consulting and certain of its affiliates, have provided and will continue to provide services to the Executive Office of the United States Trustee in matters unrelated to these Chapter 11 Cases.

16.    Furthermore, through reasonable inquiry, I do not believe there is any connection between the personnel of Deloitte Tax or its affiliates who are anticipated to provide services to the Debtors and the United States Bankruptcy Judge presiding in their Chapter 11 Cases, the United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, and the attorneys therefor assigned to these Chapter 11 Cases.

17.    Despite the efforts described above to identify and disclose Deloitte Tax's connections with the Potential Parties-in-Interest in the Chapter 11 Cases, because Deloitte Tax is a nationwide firm with thousands of personnel, and because the Debtors are a large enterprise, Deloitte Tax is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if Deloitte Tax discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

18.    Except as may be disclosed herein, to the best of my knowledge, information, and belief, Deloitte Tax and the Deloitte Tax Engagement Partners/Principals/Managing Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte Tax is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

## Scope of Services

19.    As set forth more fully in the Engagement Agreements, Deloitte Tax has agreed to provide tax advisory services for the Debtors in accordance with the terms and conditions

set forth in the Engagement Agreements, and as requested by the Debtors and agreed to by Deloitte Tax, as follows:

a.   **UNICAP Work Order.** Pursuant to the terms of the UNICAP Work Order, Deloitte Tax will provide inventory consulting services to the Debtors and assist Debtors with computing the cost allocation under Internal Revenue Code ("IRC") Section 263A for the tax year ending February 3, 2024. Services are expected to include:

- Analyzing data and conducting interviews of Debtors personnel, as required, to discuss and document the categorization of Debtors' new cost centers and new accounts as capitalizable, deductible, or mixed service for UNICAP purposes;
- Analyzing Debtors-provided calculations of book/tax differences and supporting documentation to determine the nature of activities to which they relate for purposes of allocating applicable adjustments through the UNICAP computations; and
- Computing the Schedule M adjustment for the tax year ending February 3, 2024.
- The Debtors have the option to request that Deloitte Tax to assist with the building of specific state tax books, such as Florida, Illinois, Iowa, Minnesota, North Carolina, and Pennsylvania.

b.   **Tax Cost Recovery Work Order.** Pursuant to the terms of the Tax Cost Recovery Work Order, Deloitte Tax will assist the Debtors in establishing the scope and timeline for tax cost recovery computation services and for the collection of the Debtors' fixed asset data. Deloitte Tax will also assist the Debtors by computing certain federal income tax depreciation amounts as identified in this work order for the Debtors' tax fixed assets for the entities listed in Exhibit A to the work order, for the tax year ended February 3, 3024 (with an option to continue such services for tax years ending February 1, 2025 and January 31, 2026), for use in state tax jurisdictions that have not adopted the federal bonus depreciation provisions.

c.   **Tax Consulting Engagement Letter.** Pursuant to the terms of the Tax Consulting Engagement Letter, Deloitte Tax will provide tax advisory services on federal, foreign, state and local tax matters as requested by the Debtors.

## Professional Compensation

20.   Deloitte Tax's retention by the Debtors is conditioned upon its ability to be retained in accordance with its terms and conditions of employment, including the proposed compensation arrangements and indemnification provisions, set forth in the Engagement Agreements.

21.    Pursuant to the terms of the Tax Consulting Engagement Letter and the UNICAP Work Order, Deloitte Tax will bill the Debtors based on the amount of professional time incurred at agreed-upon hourly rates, as follows:

| Professional Level | Standard | Compliance | Consulting |
|---|---|---|---|
| Partner / Managing Director | $1,295 | $575 | $600 |
| Senior Manager | $1,160 | $435 | $460 |
| Manager | $980 | $375 | $400 |
| Senior Staff | $815 | $320 | $330 |
| Staff | $660 | $225 | $245 |

22.    Pursuant to the terms of the Tax Cost Recovery Work Order, Deloitte Tax estimates that its fees will be approximately $75,500 per tax year, excluding fees.  Deloitte Tax and the Debtors agreed that the Debtors would be billed in accordance with the following billing schedule:

| Billing Schedule | Date to be Billed | Tax Year Ended 02/03/2024 | (Optional) Tax Year Ending 02/01/2025 | (Optional) Tax Year Ending 01/31/2026 |
|---|---|---|---|---|
| Total Estimated Fee for Period | | $75,500 | $75,500 | $75,500 |
| Initial Progress Bill | Signing of Work Order or upon the beginning of field work, whichever comes first. | $50,000 | $50,000 | $50,000 |
| Final Bill | Upon Delivery of Final Reports | Remainder | Remainder | Remainder |

In the event the Debtors opt to have Deloitte Tax assist with the building of certain specific state tax books, the estimated fee to build the state book is $5,000 to $8,000 per state book built. Additionally, for each state tax book built there will also be an incremental annual fee for each book as related to tax return processing, estimated to be $2,500 per tax book per year computed.

23.    In addition to the fees set forth above, actual, reasonable, and necessary expenses including, but not limited to, expenses incurred on account of travel and lodging, report

production, delivery services, and other expenses incurred in providing Deloitte Tax's services, and other expenses incurred in providing Deloitte Tax's services will be included in the total amount billed.

24.     Notwithstanding anything to the contrary in the Engagement Agreements, Deloitte Tax agrees that with respect to the services performed thereunder from the Petition Date through the effective date of any chapter 11 plan, Deloitte Tax will not charge the Debtors interest on invoices that are not timely paid in accordance with the terms of the Engagement Agreements.

25.     Pursuant to the terms of the Tax Consulting Engagement Letter, the Debtors and Deloitte Tax agreed to certain limitations on liability provisions to apply to engagements performed thereunder (the "**LOL Provisions**").  The terms of the Tax Consulting Engagement Letter and the LOL Provisions were fully negotiated at arm's length, and are customary and reasonable for engagements of this nature.  Notwithstanding anything in the Tax Consulting Engagement Letter to the contrary, Deloitte Tax agrees that with respect to the services performed thereunder from the Petition Date through the effective date of any chapter 11 plan, the LOL Provisions will be deemed deleted.

26.     Some services incidental to the tasks to be performed by Deloitte Tax in these Chapter 11 Cases may be performed by personnel now employed by or associated with affiliates of Deloitte Tax, such as Deloitte & Touche, Deloitte FAS, DTBA, and Deloitte Consulting, or their respective subsidiaries, including subsidiaries located outside of the United States.

27.     Prior to the Petition Date, Deloitte Tax provided professional services to the Debtors.  In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte Tax approximately $30,000 on account of invoices issued and/or services performed prior to such date.

As of the Petition Date, approximately $30,000 was outstanding with respect to invoices issued and/or services performed by Deloitte Tax prior to such date.  Deloitte Tax will not seek a recovery with respect to such prepetition amounts owed to Deloitte Tax by the Debtors.

28.    Deloitte Tax has received no promises regarding compensation in these Chapter 11 Cases other than in accordance with the Bankruptcy Code and as set forth in this Declaration.  Deloitte Tax has no agreement with any nonaffiliated or unrelated entity to share any compensation earned in these Chapter 11 Cases.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2024

By:  */s/ Joshua Wolfe*
       Joshua Wolfe
       Partner
       Deloitte Tax LLP

**<u>EXHIBIT A</u>**

Engagement Agreements



Deloitte Tax LLP
330 Rush Alley
Suite 800
Columbus, OH 43215
USA

Tel: +1 614 221 1000
www.deloitte.com

May 9, 2023

Mr. Greg Hollern
VP/Controller
Express LLC
1 Express Drive
Columbus, OH 43230

Dear Mr. Hollern:

Thank you for choosing Deloitte Tax LLP ("Deloitte Tax" or "our") for tax advisory services ("Services") for Express LLC and its subsidiaries and/or affiliates ("Client") during the period beginning January 29, 2023 through December 31, 2024. Deloitte Tax is willing to provide Services on federal, foreign, state and local tax matters as requested by the Client.

This letter is intended to establish an overall contractual framework for the provision and delivery of Services to Client, describe the respective responsibilities of Deloitte Tax and Client relating to the Services and the fees Deloitte Tax expects to charge. This letter does not commit Client to purchase any Services and does not commit Deloitte Tax to provide any Services. Client only becomes committed to purchasing, and Deloitte Tax only becomes committed to providing, Services when such Services are (i) requested by Client, and (ii) agreed to by Deloitte Tax in a Work Order (described below) or otherwise. If/when Deloitte Tax is contacted and agrees to be engaged to provide specific Services, this letter shall be considered the engagement letter ("Engagement Letter").

SCOPE OF SERVICES

Client and Deloitte Tax agree that the terms of this Engagement Letter will apply to all Services to be provided by Deloitte Tax to Client during the period set forth above, unless such services are the subject of a separate written agreement entered into between Deloitte Tax and Client.

As the specific Service Client wishes to engage Deloitte Tax to provide is identified, Client and Deloitte Tax will execute a separate work order ("Work Order") when such Service involves contemplated fees in excess of $25,000. The request for Services should be in a form of a Work Order as set forth in Exhibit A attached to this Engagement Letter (or a substantially similar form). The request for Services should reference this Engagement Letter and clearly describe the specific details of the Services Deloitte Tax will be engaged to provide pursuant to the Work Order (including scope of work, deliverables, timing, Client responsibilities and fees).

It is contemplated that the Services requested from Deloitte Tax may include oral and written opinions, consulting, recommendations and other communications rendered in response to specific tax questions posed by Client. Deloitte Tax's analysis and response to these tax questions may be based upon a review of various documentation including, but not limited to, legal opinions, books and records (collectively, "books and records") relevant to Client's transactions and business activity that Client provides to Deloitte Tax. With respect to such Services, Deloitte Tax is entitled to assume without independent verification the accuracy of all

Express LLC
May 9, 2023
Page 2

representations, assumptions, information and data provided by Client and its representatives. Deloitte Tax may ask Client to clarify or supplement information provided in this context.

TAX POSITIONS, POTENTIAL PENALTIES, TAXING AUTHORITY AUDITS

In accordance with our professional standards, while in the course of performing our Services should Deloitte Tax become aware of tax return positions for which either Client or Deloitte Tax may be subject to potential penalties by taxing authorities, Deloitte Tax will discuss with Client these positions including how any such penalties may be avoided through adequate disclosures to taxing authorities. Client should be aware that as a tax return preparer, Deloitte Tax may be required to satisfy disclosure requirements that may exceed those applicable to Client.

ACKNOWLEDGMENTS AND AGREEMENTS

The Services will be performed in accordance with the *Statement on Standards for Consulting Services* established by the American Institute of Certified Public Accountants ("AICPA"). Services to be performed by Deloitte Tax will be established by mutual agreement and can be changed or modified in the same manner. Deloitte Tax will promptly inform Client of any circumstances that warrant a change in the scope of the specific services to be provided, and similarly, Client agrees to notify Deloitte Tax promptly if modifications to the Services are requested.

Client acknowledges and agrees that the Services provided pursuant to this Engagement Letter will be based solely upon:

(a) Client's understanding that Deloitte Tax will only be responsible to provide tax advice with respect to the specific matter, transaction or question actually presented by Client, including the type of tax and the taxing jurisdiction specifically identified by Client (e.g., federal, foreign, state, local, sales, excise, etc.); and

(b) Client's understanding that Deloitte Tax, as a result of providing such tax advice, is under no obligation to represent Client with respect to any such challenge or an administrative or judicial challenge thereof. Deloitte Tax would generally be available to represent Client before the appropriate taxing authorities, if permissible, for an additional fee that is mutually agreed upon.

All rights and obligations of Deloitte Tax and Client described in this Engagement Letter will apply to each Work Order. In the event of any conflict or inconsistency between the terms of this Engagement Letter and the terms of any Work Order, the terms of this Engagement Letter shall control. Notwithstanding the immediately preceding sentence, in the event that a Work Order expressly provides that certain provisions therein shall control over specified provisions of this Engagement Letter, then, to the extent that such provisions of the Work Order conflict or are inconsistent with the specified provisions of this Engagement Letter, such provisions of the Work Order shall control. If a Work Order is not executed, as previously described, the terms of this Engagement Letter will apply to the Services provided.

CONSENT FOR DISCLOSURE AND USE OF TAX RETURN INFORMATION

Client authorizes that any and all information (i) furnished to Deloitte Tax for or in connection with the Services under this Engagement Letter, (ii) derived or generated by Deloitte Tax from the information described in (i) above, or (iii) associated with prior years' tax return information in the possession of Deloitte Tax may, for a period of up to eight (8) years from the end of the tax year to which the information relates, be disclosed to and

Express LLC
May 9, 2023
Page 3

considered and used by any Deloitte Tax affiliate, related entity (or its affiliate) or subcontractor, in each case, whether located within or outside the United States, engaged directly or indirectly in providing Services under this Engagement Letter, tax planning or preparation of tax returns, audited financial statements, or other financial statements or financial information as required by a government authority, municipality or regulatory body. Disclosures under this paragraph may consist of all information contained in Client's tax returns; if Client wishes to request a more limited disclosure of tax return information, Client must inform Deloitte Tax. Client acknowledges that Client's tax return information may be disclosed to Deloitte Tax affiliates, related entities (or their affiliates) or subcontractors located outside of the United States.

FEES AND EXPENSES

The Deloitte Tax fees for Services, other than for Services which are the subject of a separate engagement letter with a different fee arrangement or a Work Order, will be based on the amount of professional time incurred and our agreed-upon hourly rates, which will vary depending upon the experience level of the professionals involved. Deloitte Tax will also bill reasonable out-of-pocket expenses. Hourly rates of our Washington National Tax and other subject matter specialists may exceed the hourly rates of our local office professionals. Reasonable out-of-pocket expenses incurred and allocated costs are reflected as additional amounts on the bills.

Our agreed-upon hourly rates are reflected on Exhibit B of this Engagement Letter.

Deloitte Tax will submit periodic bills as the Services are performed. The fees and expenses are not dependent upon the findings or results of the Services or the ultimate resolution of any items with the taxing authorities, nor are those amounts contingent or refundable.

ACCEPTANCE

This Engagement Letter, including all exhibits and Work Orders, together with the General Business Terms attached hereto and thereto, constitutes the entire agreement between Client and Deloitte Tax with respect to this overall contractual framework, supersedes all other oral and written representations, understandings or agreements relating to this framework, and may not be amended except by the mutual written agreement of the Client and Deloitte Tax.

Please indicate your acceptance of this agreement by signing in the space provided below and returning a copy of this Engagement Letter to our office. Your signature constitutes Client's consent to disclosure and use of Client's tax return information in the manner described above. Your signature also constitutes acknowledgment of receipt of the attached Privacy Notice.

Thank you for giving Deloitte Tax the opportunity to serve you. If you have any questions regarding the tax

Express LLC
May 9, 2023
Page 4

Services described in this Engagement Letter, or any other assistance that Deloitte Tax may provide to you, please feel free to contact Josh Wolfe at (614) 229-5931 or me at (614) 229-4681.

Very truly yours,                                             AGREED AND ACCEPTED

DELOITTE TAX LLP                                      Express LLC, on behalf of itself and its   subsidiaries
                                                                      and/or affiliates

By:  _____              By:  _____
       *Laura Allen*                                                    *Greg Hollern*

       Laura A. Allen                                              Greg Hollern
       Managing Director


                                                             Title:  __VP/Controller__

                                                             Date:  __6/20/2023__

Exhibit A
Express LLC
Work Order

| Work Order Number: | Authorized Start Date: |
|---|---|

This Work Order incorporates the terms and conditions of the Engagement Letter between Deloitte Tax LLP ("Deloitte Tax") and Express LLC and its subsidiaries and/or affiliates ("Client") dated May 9, 2023.

Description of Services:

Estimated Timing for Services and Deliverables (if any):

Fees and Expenses (if different from the provisions stated in the Engagement Letter):

Client Responsibilities:

Other Terms (if applicable):

CONSENT FOR DISCLOSURE AND USE OF TAX RETURN INFORMATION

Client authorizes that any and all information (i) furnished to Deloitte Tax for or in connection with the Services under this Work Order, (ii) derived or generated by Deloitte Tax from the information described in (i) above, or (iii) associated with prior years' tax return information in the possession of Deloitte Tax may, for a period of up to eight (8) years from the end of the tax year to which the information relates, be disclosed to and considered and used by any Deloitte Tax affiliate, related entity (or its affiliate) or subcontractor, in each case, whether located within or outside the United States, engaged directly or indirectly in providing Services under this Work Order, tax planning or preparation of tax returns, audited financial statements, or other financial statements or financial information as required by a government authority, municipality or regulatory body. Disclosures under this paragraph may consist of all information contained in Client's tax returns; if Client wishes to request a more limited disclosure of tax return information, Client must inform Deloitte Tax. Client acknowledges that Client's tax return information may be disclosed to Deloitte Tax affiliates, related entities (or their affiliates) or subcontractors located outside of the United States.

Your signature constitutes Client's consent to disclosure and use of Client's tax return information in the manner described above.

Very truly yours,                                    AGREED AND ACCEPTED

DELOITTE TAX LLP                                     Express LLC, on behalf of itself and its   subsidiaries
                                                     and/or affiliates

By: _____            By: _____

    Laura A. Allen                          Greg Hollern
    Managing Director



Title: _____



Date: _____

**Exhibit B – Express LLC Billing Rates**

Deloitte Columbus Office - Billing Rates Through December 31, 2024

| Level | Standard | | Compliance | | Consulting | |
|---|---|---|---|---|---|---|
| Partner | $ | 1,295 | $ | 575 | $ | 600 |
| Managing Director | $ | 1,295 | $ | 575 | $ | 600 |
| Senior Manager | $ | 1,160 | $ | 435 | $ | 460 |
| Manager | $ | 980 | $ | 375 | $ | 400 |
| Senior Staff | $ | 815 | $ | 320 | $ | 330 |
| Staff | $ | 660 | $ | 225 | $ | 245 |

DELOITTE TAX LLP GENERAL BUSINESS TERMS

1.   Contract and Parties.

(a)  The engagement letter and any appendices and exhibits other than these General Business Terms ("Engagement Letter") issued by Deloitte Tax LLP ("Deloitte Tax") and addressed to the Client, a particular work order associated with such Engagement Letter ("Work Order"), if any, and these General Business Terms (together, the "Contract") constitute the whole agreement between the Client and Deloitte Tax in relation to the services, delivered work product (including Advice as defined below) described in the Contract to be provided by Deloitte Tax (the "Services") and Deloitte Tax's responsibilities for providing the Services. Capitalized terms not defined in these General Business Terms shall have the meaning given to them in the Engagement Letter.

(b)  This Contract is between the Client and Deloitte Tax. For the purposes of this Contract:

"Client" shall mean the entity specified in the Engagement Letter and shall include such of the Client's subsidiaries and/or affiliates as identified in the Engagement Letter and/or Work Order or, if none is identified, all of the Client's subsidiaries and affiliates. The Client represents and warrants that it has the power and authority to (i) sign the Contract, and (ii) to bind, itself and its subsidiaries and/or affiliates.

"Advice" shall mean all advice, opinions, reports and other work product in any form (including Deliverables) provided by or on behalf of Deloitte Tax and/or its Subcontractors as part of the Services.

"Deliverables" means any and all tangible work outputs of the Services to be delivered by Deloitte Tax as part of the Services, including written returns, reports, documents and other materials.

(c)  Deloitte Tax may subcontract any Services under this Contract to any other Deloitte Entity and/or to any affiliate or related entity, including any entity which acquires all or a substantial part of the assets or business of Deloitte Tax, whether within or outside of the United States (collectively "Subcontractor"). The Client's relationship is solely with Deloitte Tax as the entity contracting to provide the Services. Each party is an independent contractor and neither party is, nor shall be considered to be, the other's agent, distributor, partner, fiduciary, joint venturer, co-owner, or representative.

(d)  Deloitte Tax remains responsible to the Client for all of the Services performed or to be performed under this Contract, including Services performed by its Subcontractors. Accordingly, to the fullest extent possible under applicable law (i) none of the Deloitte Entities (except Deloitte Tax) will have any liability to the Client; (ii) the Client will not bring any claim or proceedings of any nature (whether in contract, tort, breach of statutory duty or otherwise, and including, but not limited to, a claim for negligence) in any way in respect of or in connection with this Contract against any of the Deloitte Entities (except Deloitte Tax); and (iii) the Client will also ensure that no Client subsidiary or affiliate which is not a party to the Contract brings any claim or proceedings of any nature (whether in contract, tort, breach of statutory duty or otherwise, and including, but not limited to, a claim for negligence) in any way in respect of or in connection with this Contract against any of the Deloitte Entities.

(e)  "Deloitte Entities" means Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its member firms and their respective subsidiaries and affiliates (including Deloitte Tax), their predecessors, successors and assignees, and all partners, principals, members, owners, directors, employees, subcontractors (including the Subcontractors) and agents of all such entities. Neither DTTL nor, except as expressly provided herein, any member firm of DTTL, has any liability for each other's acts or omissions. Each member firm of DTTL is a separate and independent legal entity operating under the names "Deloitte", "Deloitte

& Touche", "Deloitte Touche Tohmatsu" or other related names; and services are provided by member firms or their subsidiaries or affiliates and not by DTTL.

2.   Responsibilities of the Client and of Deloitte Tax.

(a)   Responsibilities of the Client

(i)   The Client shall cooperate with Deloitte Tax and its Subcontractors in connection with the performance of the Services, including, without limitation, providing Deloitte Tax and its Subcontractors with reasonable facilities and timely access to data, information and personnel of the Client. The Client shall be responsible for the performance of its personnel and third parties retained by the Client, for the timeliness, accuracy and completeness of all data and information (including all financial information and statements) provided to Deloitte Tax and its Subcontractors by or on behalf of the Client and for the implementation of any Advice provided. Deloitte Tax and its Subcontractors may use and rely on information and data furnished by the Client or others without verification. The performance of the Services is dependent upon the timely performance of the Client's responsibilities under the Contract and timely decisions and approvals of the Client in connection with the Services. Deloitte Tax and its Subcontractors shall be entitled to rely on all decisions and approvals of the Client.

(ii)   The Client shall be solely responsible for, among other things: (A) making all management decisions, performing all management functions and assuming all management responsibilities; (B) designating one or more individuals who possess suitable skill, knowledge, and/or experience, preferably within senior management to oversee the Services; (C) evaluating the adequacy and results of the Services; (D) accepting responsibility for implementing the results of the Services; and (E) establishing and maintaining internal controls, including, without limitation, monitoring ongoing activities. The provisions in the preceding sentence are not intended to and do not alter, modify or change in any manner the duties and obligations of Deloitte Tax as agreed to and set forth in this Contract. With respect to the data and information provided by the Client to Deloitte Tax or its Subcontractors for the performance of the Services, the Client shall have all rights required to provide such data and information, and shall do so only in accordance with applicable law and with any procedures agreed upon in writing.

(b)   Responsibilities of Deloitte Tax

(i)   The Services provided are not binding on tax or other governmental or regulatory authorities or the courts and do not constitute a representation, warranty, or guarantee that the tax or other governmental or regulatory authorities or the courts will concur with any Advice. Any Services provided by or on behalf of Deloitte Tax will be based upon the law, regulations, cases, rulings, and other tax authority in effect at the time the specific Services are provided. Subsequent changes in or to the foregoing (for which Deloitte Tax shall have no responsibility to advise the Client) may result in the Services provided by or on behalf of Deloitte Tax being rendered invalid.

(ii)   Except as specifically agreed to in writing, Deloitte Tax shall not provide Advice regarding the financial accounting treatment of any transaction implemented from the Services and will not assume any responsibility for any financial reporting with respect to the Services. Deloitte Tax shall have no responsibility to address any legal matters or questions of law, other than tax law in relation to the Services.

(iii)   In formulating any Advice as part of the Services, Deloitte Tax may discuss ideas with the Client orally or show the Client drafts of such Advice. To the extent that the content of drafts or oral Advice are expected to be finalized and confirmed to the Client in writing, such confirmed Advice shall supersede any previous drafts or oral Advice and Deloitte Tax shall not be responsible if the Client or others choose to rely on, act or refrain from acting on the basis of any drafts or oral Advice.

(iv) Deloitte Tax will use its reasonable endeavors, acting in a commercially prudent manner, to carry out the Services in accordance with any timetable specified in the Contract. However, it is agreed that any dates specified in the Contract for the performance of any part of the Services, including delivery of any Advice, are estimated dates for planning purposes only. Deloitte Tax will notify the Client promptly if it expects or encounters any significant delays which will materially affect achievement of any timetable for delivery of the Services.

(v)  Unless expressly agreed otherwise in writing, each item of Advice will be deemed accepted (and the Services or relevant part completed) when such Advice has been delivered in its final form and no material objection to the Advice or its content is notified by the Client to Deloitte Tax in writing within fourteen (14) days of delivery or when first use of the Advice is made by or on behalf of the Client, whichever occurs first.

3.   Payment of Invoices.

Deloitte Tax's invoices are due and payable by the Client upon presentation. If payment of an invoice is not received within forty-five (45) days of the invoice date ("Due Date"), Deloitte Tax reserves the right to charge interest at the rate of higher of (i) 1½% per month or, if higher, (ii) the rate mandated or allowable by law, in each  case compounded monthly to the extent allowable by law. Without limiting its other rights or remedies, Deloitte Tax shall have the right to suspend or terminate the Services entirely or in part if payment is not received by the Due Date. The Client shall be responsible for all taxes, such as VAT, sales and use tax, gross receipts tax, withholding tax, and any similar tax, imposed on or in connection with the Services, other than Deloitte Tax's income and property taxes. If any portion of an invoice is disputed, the Client shall notify Deloitte Tax within fifteen (15) days of receipt of the disputed invoice and pay the undisputed portion of that invoice by the Due Date.

4.   Term.

(a)  This Contract or any Work Order hereunder, may be terminated in whole or in part by either party at  any time, without cause, by giving written notice to the other party not less than thirty (30) days before the effective date of termination.

(b)  Either party may terminate this Contract or any Work Order hereunder in whole or in part by written notice to the other on or at any time after the occurrence of any of the following events: (i) a material breach by the other party of an obligation under the Contract or any respective Work Order hereunder and, if the breach is capable of remedy, the defaulting party failing to remedy the breach within 30 days of receipt of notice of such breach; (ii) the other party becomes insolvent or goes into liquidation; (iii) the other party has a resolution passed or a petition presented for its winding-up or dissolution (other than for the purpose of a solvent amalgamation or reconstruction); (iv) the making of an administration order in relation to the other party, or the appointment of a receiver over, or an encumbrancer taking possession of or selling, an asset of the other party; (v) the other party making an arrangement or composition with its creditors generally or making an application to a court of competent jurisdiction for protection from its creditors generally; or (vi) any event analogous to those set out in (ii) to (v) in any relevant jurisdiction.

(c)  Deloitte Tax may terminate this Contract or any Work Order hereunder in whole or in part, with immediate effect upon written notice to the Client if Deloitte Tax determines that (i) a governmental, regulatory, or professional entity, or other entity having the force of law has introduced a new, or modified an existing,  law, rule, regulation, interpretation, or decision, the result of which would render Deloitte Tax's performance of any part of the Contract illegal or otherwise unlawful or in conflict with independence or professional rules; or (ii) circumstances change (including, without limitation, changes in ownership of the Client or of its affiliates) so that Deloitte Tax's performance of any part of the Contract would be illegal or otherwise unlawful or in conflict with independence or professional rules.

(d)  Upon termination of the Contract or any Work Order hereunder for any reason, the Client will compensate Deloitte Tax in accordance with the terms of the Contract for the Services performed and expenses incurred through the effective date of termination.

(e)  Termination of any part of the Contract shall not affect the remainder of the Contract. These General Business Terms shall continue to apply to any Work Order in force that has not itself been terminated in accordance with the provisions of Paragraphs 4(a), (b) or (c).

5.    Ownership of Deloitte Property & Work Products.

(a)  To the extent that any property (whether tangible or intangible) of any Deloitte Entity is used or developed in connection with this Contract, such property, including work papers, shall remain the property of the relevant Deloitte Entity. Subject to payment of all of Deloitte Tax's fees due in connection with the Services and this Contract, the Client shall obtain a non-exclusive, non-transferable license to use any Advice for the purpose set out in the Contract (or in the Advice) and in compliance with the provisions of this Contract. Deloitte Tax shall have ownership (including, without limitation, copyright and other intellectual property ownership) of the Advice and all rights to use and disclose its ideas, concepts, know-how, methods, techniques, processes and skills, and adaptations thereof in conducting its business, and the Client shall ensure that it and its subsidiaries and/or affiliates do not assert or cause to be asserted against any Deloitte Entity any prohibition or restraint from so doing. Any intellectual property and other proprietary rights in the material and data provided by the Client for performing the Services shall remain the property of the Client.

(b)  Deloitte Tax and its Subcontractors, in connection with performing the Services, may develop or acquire general experience, skills, knowledge and ideas. Any Deloitte Entity may use and disclose such experience, skills, knowledge and ideas subject to the obligations of confidentiality set out in Paragraph 10.

(c)  The Client shall also be entitled to have access to and use of those Deloitte Technologies supplied solely for the purposes of receiving the Services, and for no other purposes, in accordance with and subject to the provisions of the licenses applicable to such Deloitte Technologies as notified by Deloitte Tax and agreed by the Client (acting reasonably). As between the Client and Deloitte Tax, and for the benefit of the respective Deloitte Entity owning the Deloitte Technologies, Deloitte Tax and/or the respective Deloitte Entity will own and retain ownership of all intellectual property rights and other proprietary rights of any kind in the Deloitte Technologies that are used or developed in connection with this Contract.

(d)  "Deloitte Technologies" means all know-how and software, system interfaces, templates, methodologies, ideas, concepts, techniques, tools, processes, and technologies, including web-based technologies and algorithms owned by, licensed to or developed by any Deloitte Entity and used by Deloitte Tax and its Subcontractors in performing the Services or its other obligations.

6.    Limitations on Damages.

(a)  Deloitte Tax, shall not be liable to the Client for any claims, liabilities, losses, damages, costs or expenses arising under or in connection with the Contract ("Claims") for an aggregate amount in excess of the fees paid under the Contract, or the fees paid under a particular Work Order for Claims arising under such Work Order, by the Client to Deloitte Tax, for that part of the Services giving rise to the Claim except to the extent it is finally determined to have resulted primarily from the intentional fraud, intentional misconduct or bad faith of Deloitte Tax, any Deloitte Entity or any Subcontractor retained for providing the Services to the Client.

(b)  In no event shall any Deloitte Entity (including Deloitte Tax and its Subcontractors) be liable whether in contract, tort or otherwise for any losses incurred as a result of loss of use, contracts, data, goodwill, revenues

or profits (whether or not deemed to constitute direct Claims) or any consequential, special, indirect, incidental, punitive or exemplary loss, damage, or expense arising under or in connection with the Contract.

(c)   In circumstances where all or any portion of the provisions of this Paragraph 6 are finally determined to be unavailable, the aggregate liability of Deloitte Tax, any other Deloitte Entity (including Subcontractors) and their respective personnel for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim.

(d)   Deloitte Tax's responsibility for the Services is solely toward the Client identified in the Contract or Advice to be entitled to rely on the Services, and not toward any other subsidiary or affiliate of the Client. If more than one Client subsidiary or affiliate is a party to the Contract or is identified in the Contract, Deloitte  Tax's responsibility is solely toward the Client for whose benefit the Services were provided.

(e)   The liability cap in Paragraph 6(a) applies in aggregate to each and all Claims which from time to time arise under or in connection with the Contract and the Services, whether such Claims are made at the same  or different times or by the Client entity and/or other persons. The liability cap in Paragraph 6(a) also applies to any and all Claims against any other Deloitte Entities, including the Subcontractors, if and only to the extent that  it is judicially determined that any of them have any liability under or in connection with the Contract or  the Services.

(f)   If the liability exclusion for other Deloitte Entities provided in Paragraph 1(d) is for any reason not effective, then the limitations on liability provided for in this Paragraph 6 shall apply to the other Deloitte Entities (including Subcontractors) as if they were named therein.

(g)   The provisions of Paragraph 6 shall not apply to any liability which by the governing law of the Contract is unlawful to limit or exclude.

7.   Limitation on Warranties.

THIS IS A SERVICES AGREEMENT. DELOITTE TAX WARRANTS THAT IT SHALL PERFORM THE SERVICES IN GOOD FAITH AND WITH DUE PROFESSIONAL CARE AND SKILL. TO THE FULLEST EXTENT PERMITTED BY LAW, DELOITTE TAX DISCLAIMS ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

8.   Force Majeure.

Neither party shall be liable for any delays or nonperformance resulting from circumstances or causes beyond its reasonable control, including, without limitation, acts or omissions or the failure to cooperate by the other party (including, without limitation, entities or individuals under its control, or any of their respective  officers, directors, employees, other personnel and agents), fire or other casualty, act of God, epidemic, strike or  labor dispute, war or other violence, or any law, order, or requirement of any governmental agency or authority.

9.   Limitation on Actions.

No action, regardless of form, relating to the Contract or the Services, may be brought by either party more than two years after the cause of action has accrued under applicable law, except that an action for non-payment of Deloitte Tax's invoices by the Client may be brought at any time.

10.  Confidentiality.

(a)  To the extent that, in connection with the Contract, Deloitte Tax comes into possession of any tax or other information related to the Services, trade secrets or other proprietary information relating to the Client which is either designated by the disclosing party as confidential or is by its nature clearly confidential ("Confidential Information"), Deloitte Tax shall not disclose such Confidential Information to any third party without the Client's consent. The Client hereby consents to Deloitte Tax disclosing such Confidential Information (i) to  contractors providing administrative, infrastructure and other support services to Deloitte Tax as well as to any Deloitte Entity (including any Subcontractors) and their respective personnel, in any case, whether located within or outside of the United States, provided that such contractors and Subcontractors adhere to confidentiality obligations similar to those in this Paragraph 10; (ii) to legal advisors, auditors, and insurers; and (iii) as may be required by law, regulation, judicial or administrative process, or in accordance with applicable professional standards, or in connection with potential or actual mediation, arbitration or litigation. The obligation of confidentiality shall not apply to the extent such Confidential Information (A) is or becomes publicly  available (including, without limitation, any information filed with any governmental agency and available to the public) other than as the result of the default of Deloitte Tax; (B) becomes available to any Deloitte Entity on a non-confidential basis from a source other than the Client which Deloitte Tax reasonably believes is not  prohibited from disclosing such Confidential Information to Deloitte Tax by an obligation of confidentiality to the Client; (C) is known by any Deloitte Entity prior to its receipt from the Client without any obligation of confidentiality;  or (D) is developed by any Deloitte Entity independently of Confidential Information disclosed by the Client.

(b)  The Client shall not disclose to any third party any Advice without the express written consent of Deloitte Tax, except (i) disclosure may be made to the extent mandatory laws, applicable regulations, rules  and professional obligations prohibit limitations on disclosure; (ii) if the Client or its affiliates have  securities registered with the United States Securities and Exchange Commission and any Deloitte Entity is the auditor  of the Client or any of its affiliates, in which case no restrictions or limitations are placed by Deloitte Tax on the Client's disclosure of the tax treatment or tax structure associated with the tax Services or  transactions described in the Contract and the Client acknowledges that none of its other advisers has imposed or will impose restrictions or limitations with such tax treatment or tax structure; (iii) to the extent the United States  Internal Revenue Code and applicable Internal Revenue Service guidance relating to confidential tax shelters  (or comparable law or guidance from other taxing authorities in other jurisdictions) apply, in which case there  are no restrictions or limitations on the disclosure of the tax treatment or tax structure; (iv) to the extent legislation or regulations of any jurisdiction provide for the reporting to the tax authorities of certain tax arrangements or transactions, there shall be no restrictions or limitations on the disclosure of any such arrangements or transactions provided as part of the Advice; (v) the Client may disclose the Advice on a need to know basis to any affiliate that is not a member of the Client for information purposes only, provided that the Client ensures and the recipient undertakes to keep such Advice confidential and not to bring any claim of any kind against any Deloitte Entity in relation to the Advice or the Services; and (vi) on a need to know basis to statutory auditors of the Client in their capacity as such.

(c)  The Client shall use the Advice, solely for the purposes specified in the Contract or Advice and, without limitation, shall not, without the prior written consent of Deloitte Tax, use any Advice, in connection with any business decisions of any third party or for advertisement purposes. All Services are intended only for the benefit of the Client identified in the Contract or Advice as being entitled to rely on the Advice. The mere receipt of any Advice (or any information derived therefrom) by any other persons is not intended to create any duty of care, professional relationship or any present or future liability of any kind between those persons and Deloitte Tax.

11.  Assignment.

Neither party may assign or otherwise transfer this Contract without the prior express written consent of  the other, except that Deloitte Tax may assign any of its rights or obligations hereunder to any other Deloitte Entity

and to any successor to its business. Neither party will directly or indirectly agree to assign or transfer to a third party any Claim against the other party arising out of this Contract.

12.  Indemnification.

The Client shall indemnify and hold harmless Deloitte Tax, and any other Deloitte Entity from all third party Claims except to the extent finally determined to have resulted primarily from the intentional fraud, intentional misconduct or bad faith of Deloitte Tax, or any other Deloitte Entity. In circumstances where all or any portion of the provisions of this paragraph are finally determined to be unavailable, the aggregate liability of Deloitte Tax and all other Deloitte Entities (including their respective personnel) for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim.

13.  Electronic Communications.

(a)  Except as instructed otherwise in writing, Deloitte Entities and the Client are authorized to receive properly addressed fax, e-mail (including e-mails exchanged via Internet media) and voicemail communication for both sensitive and non-sensitive documents and other communications concerning this Contract, as well as other means of communication used or accepted by the other. Deloitte Entities may also communicate electronically with tax and other authorities.

(b)  It is recognized that the internet is inherently insecure and that data can become corrupted, communications are not always delivered promptly (or at all) and that other methods of communication may be appropriate. Electronic communications are also prone to contamination by viruses. Each party will be responsible for protecting its own systems and interests and, to the fullest extent permitted by law, will not be responsible to the other on any basis (contract, tort or otherwise) for any loss, damage or omission in any way arising from the use of the internet or from access by any Deloitte Entity personnel to networks, applications, electronic data or other systems of the Client.

14.  Other Clients.

Nothing in this Contract will prevent or restrict any Deloitte Entity, including Deloitte Tax, from providing services to other clients (including services which are the same or similar to the Services) or using or sharing for any purpose any knowledge, experience or skills used in, gained or arising from performing the Services subject to the obligations of confidentiality set out in Paragraph 10 even if those other clients' interests are in competition with the Client. Also, to the extent that Deloitte Tax possesses information obtained under an obligation of confidentiality to another client or other third party, Deloitte Tax is not obliged to disclose it to any member of the Client, or use it for the benefit of the Client, however relevant it may be to the Services.

15.  Intentionally Omitted.

16.  Destruction of Working Papers.

Deloitte Tax may retain copies of documents and files provided by the Client in connection with the Services for purposes of compliance with professional standards and internal retention policies. Any documents and files retained by Deloitte Tax on completion of the Services (including documents legally belonging to the Client) may routinely be destroyed in accordance with Deloitte Entities' policies applying from time to time.

17.  Marketing Material & Use of Name.

Neither the Deloitte Entities nor the Client shall use the other's name, trademarks, service marks, logos, and/or branding in external publicity material without such other party's prior written consent.

18.  Spreadsheets, Models and Tools.

In the course of providing the Services, Deloitte Tax may make reference to spreadsheets, models or  tools (together "Models") that the Client provides to Deloitte Tax or requests Deloitte Tax to rely upon ("Client Models") or that Deloitte Tax otherwise uses in connection with the Services ("Deloitte Models"). All Models have limitations and may not produce valid results for all possible combinations of input data with the result that actual and potential errors are not detected. Unless otherwise expressly agreed in the Contract: (i) Deloitte Tax will not be responsible for reviewing, testing or detecting any errors in any Client Models; (ii) no Deloitte Model will be provided or treated as Advice; and (iii) where Deloitte Tax provides any Deloitte Model by way of explanation or illustration of any Advice, Deloitte Tax makes no representation, warranty or undertaking (express or implied) of any kind about the accuracy, suitability or adequacy of any such Deloitte Model for the Client's own needs.

19.  Data Protection.

(a)  Each party shall comply with its respective obligations under the applicable data protection laws to the extent that, in connection with the Contract and the Services, a party stores, processes and transfers any personal data to which data protection laws apply ("Personal Data").

(b)  The Client confirms that it has obtained all legally required authorizations to disclose and/or transfer  any Personal Data to Deloitte Tax and its Subcontractors, including across borders and outside the territory of  the European Economic Area ("EEA").

(c)  Deloitte Tax collects data directly from the Client, other Deloitte Entities, third parties and the data subject directly. Deloitte Tax may for purposes of the collection, use, storage or processing thereof, transfer the Client's and/or the data subject's Personal Data to: (i) an administrative contractor, including the use of cloud based solutions; (ii) another country for legitimate purposes; (iii) another Deloitte Entity.

(d)  To the extent that Deloitte Tax processes Personal Data in or transferred from the EEA in its performance of the Services and to the extent that the EU General Data Protection Regulation 2016/679 ("GDPR") applies to Deloitte Tax, the remainder of the provisions of this Paragraph 19 shall apply.

(e)  In this Paragraph 19, "Data Protection Legislation" means GDPR, together with all other  applicable legislation relating to privacy or data protection including any statute or statutory provision which amends, extends, consolidates or replaces the same. The terms "personal data," "data subject," "controller," "processor" and "process" (and its derivatives) shall have the meanings given to them in the Data Protection Legislation.

(f)   The parties acknowledge that certain of the Services may be performed by Deloitte Tax acting as a controller and certain Services may be performed by Deloitte Tax acting as a processor. The Contract shall identify whether it is the understanding of the parties that Deloitte Tax carries out the particular Services as a controller or a processor. In the absence of any such indication, the capacity in which Deloitte Tax acts shall be determined  in accordance with the Data Protection Legislation. When acting as a controller, the provisions of Paragraphs 19(a) to (f) and Paragraph 19.1 shall apply. When acting as a processor, the provisions of Paragraphs 19(a) to (f) and Paragraph 19.2 shall apply. Where Deloitte Tax acts as a processor, the Contract shall set out the scope of  the processing carried out by Deloitte Tax in relation to the Services.

19.1 If Deloitte Tax Is Acting As Data Controller

(a)  Each of the Client and Deloitte Tax shall be considered to be a controller in respect of Personal Data disclosed to Deloitte Tax by or on behalf of the Client and processed in connection with the Contract and  the Services and each of the Client and Deloitte Tax shall comply with its obligations as a controller under the Data Protection Legislation in respect of Personal Data processed by it in connection with the Contract and the Services.

(b)  In addition, the Client acknowledges that Deloitte Tax may process Personal Data as a controller for the purpose of, or in connection with the Services to comply with: (i) applicable legal, professional or regulatory requirements; (ii) requests and communications from competent authorities as permitted by law; and (iii) administrative, financial accounting, risk analysis, client relationship and other reasonable business purposes.

(c)  The Client shall collect any necessary permission, provide any necessary notice and do all such other things as are required under the Data Protection Legislation in order for it to disclose Personal Data to Deloitte Tax for the purposes described in Paragraph 19.1(b) and such other purposes as may be described in the Contract.

(d)  Deloitte Tax shall process the Personal Data as reasonably required to provide the Services, meet its  legal or regulatory obligations or for its other reasonable business purposes (including quality control and administration) and may disclose Personal Data to any third parties including its Subcontractors, regulators and any party based in any jurisdiction including a jurisdiction outside the EEA provided that such disclosure is reasonably required in connection with such purposes and is at all times in compliance with the Data Protection Legislation that applies to Deloitte Tax in its performance of the Services.

19.2 If Deloitte Tax Is Acting As Data Processor

(a)  Where Deloitte Tax may process Personal Data as a processor Deloitte Tax shall: (i) only process Personal Data: (A) to the extent necessary to provide the Services; (B) in accordance with the specific reasonable instructions of the Client (except to the extent, in the reasonable opinion of Deloitte Tax, such instructions infringe the Data Protection Legislation or other applicable law, in which case Deloitte Tax shall notify the Client); or (C) as required by any competent authority or law that applies to Deloitte Tax in its performance of the Services; (ii) implement appropriate technical and organizational measures designed to provide a level of security appropriate to the risk relating to its processing of the Personal Data and any security measures specified in the Contract; (iii) keep, and require that its employees and agents keep, Personal Data confidential in accordance with Deloitte Tax's confidentiality obligations contained in Paragraph 10(a); (iv) notify the Client in writing without undue delay, and provide reasonable cooperation after becoming aware of a personal data breach (that is, a breach of security leading to the accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to, Personal Data processed by Deloitte Tax) relating to Personal Data in Deloitte Tax's possession or control; (v) provide reasonable cooperation and assistance to the Client in relation to any request by a data subject to have access to Personal Data held about them or in relation to a reasonable request, allegation or complaint by a competent authority or data subject, including notifying the Client in writing without undue delay of receipt of any such request (except to the extent prevented from doing so by applicable law); (vi) be entitled to recover any reasonable costs incurred in complying with Paragraph 19.2(a)(v) above, or as result of assisting the Client in meeting its obligations under the Data Protection Legislation; (vii) subject to applicable legal, professional or regulatory requirements or business practices, at the reasonable request of the Client, delete or return all Personal Data to the Client on termination or expiry of the Contract and in such circumstance the provisions of Paragraph 19.1 apply.

(b)  To the extent required by Data Protection Legislation applicable to Deloitte Tax in its performance of  the Services, Deloitte Tax shall maintain a record of its processing activities and provide such cooperation and information to the Client as is reasonably necessary for the Client to demonstrate compliance with its obligations pursuant to Data Protection Legislation. Such cooperation shall include permitting the Client, at the Client's sole cost and expense, to audit Deloitte Tax's compliance with this Paragraph 19.2 provided that (unless expressly

required otherwise by any competent authority): (i) reasonable notice of not less than thirty (30) days is given of any proposed audit and the parties shall, acting reasonably, agree to the scope and parameters of any such audit; (ii) to the extent the audit scope is covered in any audit carried out for Deloitte Tax by an independent third party auditor within twelve (12) months prior to the Client's audit request and there have been no material changes to the controls audited, Deloitte Tax may share the report to the extent relevant to the Client and the disclosure of such report shall be deemed to satisfy the audit request made by the Client; (iii) where, acting reasonably, a specific audit is still required by the Client, such audit shall be conducted during regular business hours, subject to Deloitte Tax's policies and confidentiality requirements and may not unreasonably interfere with Deloitte Tax's business activities; (iv) the audit shall be subject to Deloitte Tax's duties of confidentiality owed to any of its clients, personnel or other parties; and (v) the rights granted in this Paragraph 19.2(b) may not be conducted more than once in any calendar year.

(c)   The Client authorizes Deloitte Tax to use any Subcontractor, including any Deloitte Entity, to process Personal Data as a subprocessor of Deloitte Tax provided that Deloitte Tax shall (i) procure that such processing is subject to a written contract or other legal act with such subprocessor containing data protection obligations no less onerous than those set out in this Paragraph 19.2; and (ii) remain liable for the acts and omissions of any such subprocessor with respect to the processing of Personal Data to the same extent Deloitte Tax would be liable if it had caused such acts or omissions. Deloitte Tax's material subprocessors who have been engaged to perform Services for Client, if any, are listed in the Contract.

(d)   Deloitte Tax shall be entitled to (i) transfer Personal Data to, and (ii) process Personal Data in, any jurisdiction including a jurisdiction outside the EEA, including to any Subcontractor, provided that such transfer is either permissible or legitimized by a valid transfer mechanism under Data Protection Legislation or as otherwise permitted under the Contract.

20.  Anti-corruption.

Deloitte Tax understands that the Client may be subject to laws that prohibit bribery and/or providing anything of value to government officials with the intent to influence that person's actions in respect of the Client. Deloitte Tax may be subject to similar laws and codes of professional conduct and has its own internal policies and procedures which prohibit illegal or unethical behaviors. In providing the Services, Deloitte Tax undertakes not to offer, promise or give financial or other advantage to another person with the intention of inducing a person to perform improperly or to reward improper behavior for the benefit of the Client, in each case, in violation of applicable law.

21.  Disclosure Laws.

The Deloitte Entities may be obligated to notify relevant authorities of certain types of arrangements and of proposals to implement such arrangements. The decision to make such a notification, its timing and content, is a matter that the Deloitte Entities reserve entirely to their sole discretion. The Deloitte Entities may also be obligated to notify those authorities of the participants in those arrangements. The Client may also have obligations under the same legislation to give notification of such arrangements. Where there are other current or future laws or regulations in any jurisdiction that require disclosure relevant to the Deloitte Entities Services, the Deloitte Entities will also comply with those disclosure requirements. For the avoidance of doubt nothing in this Contract restricts the Client from disclosing any Deliverables or other Advice to any relevant authority.

22.  Counterparts and Language.

This Contract may be signed in any number of counterparts (whether such counterparts are original or fax or in the form of a pdf attachment to an e-mail). Each signed counterpart shall be deemed to be an original thereof,

but all the counterparts shall together constitute one and the same instrument. Where there are versions of the Contract in the English language and another language, in the event of any discrepancies between versions, the English language version shall prevail.

23.  Entire Agreement, Modification and Effectiveness.

Nothing discussed prior to execution of the Contract induced, nor forms part of, the Contract except to the extent repeated in this Contract. This Contract supersedes any previous agreement, understanding or communication, written or oral, relating to its subject matter. No variation to the Contract shall be effective unless it is documented in writing and signed by authorized representatives of both parties, provided, however, that the scope of the Services may be changed by agreement of the parties in writing, including by e-mail or fax. If Deloitte Tax has already started work (e.g., by gathering information, project planning or giving initial advice) at the request of the Client then the Client agrees that this Contract is effective from the start of such work.

24.  Survival and Interpretation and Third-Party Beneficiary.

(a)  Any provisions of the Contract which either expressly or by their nature extend beyond the expiration or termination of this Contract shall survive such expiration or termination.

(b)  If any provision of the Contract is found by a court of competent jurisdiction or other competent authorities to be unenforceable, in whole or in part, such provision or the affected part shall not affect the other provisions, but such unenforceable provision shall be deemed modified to the extent necessary to render it enforceable, preserving to the fullest extent permissible the intent of the parties set forth herein. Each of the provisions of the Contract or any Work Order shall apply to the fullest extent of the law, whether in contract, statute, tort (including without limitation negligence), or otherwise, notwithstanding the failure of the essential purpose of any remedy. Any references herein to the term "including" shall be deemed to be followed by "without limitation".

(c)  Deloitte Entities are intended third-party beneficiaries of the Contract. Each such Deloitte Entity may in its own right enforce such terms, agreements and undertakings.

25.  Governing Law and Submission to Jurisdiction.

This Contract, and all matters relating to it (including non-contractual obligations) shall be governed by, and construed in accordance with, the laws of the State of New York (without giving effect to the choice of law principles thereof). Any action or proceeding against any of or relating to this Contract or the Services shall be brought and maintained exclusively in New York County, the State of New York. Subject to Paragraph 26, the parties hereby expressly and irrevocably: (i) submit to the exclusive jurisdiction of such courts for the purposes of any such action or proceeding and (ii) waive, to the fullest extent permitted by law, any defense of inconvenient forum to the venue and maintenance of such action in any such courts. Nothing in this paragraph will prevent either party, at any time before or after the dispute resolution procedures are invoked, from commencing legal proceedings to protect any intellectual property rights, trade secrets or confidential information or to preserve any legal right or remedy. DELOITTE TAX AND THE CLIENT HEREBY IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY LAW, ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM RELATING TO THE CONTRACT.

26.  Dispute Resolution.

The parties agree to attempt in good faith to resolve any dispute or claim arising out of or in connection with the Contract promptly through negotiations between senior management. If the matter is not resolved through

negotiation, then either party may request that a good faith attempt is made to resolve the dispute or claim by participating in an Alternative Dispute Resolution ("ADR") procedure. If the dispute or claim has not been resolved within sixty (60) days of a request being made for reference to ADR, then legal proceedings may be commenced in respect of the matter. Nothing in this paragraph prevent either party, at any time before or after the dispute resolution procedures are invoked, from commencing legal proceedings to protect any intellectual property rights, trade secrets or confidential information or to preserve any legal right or remedy.

27.  Third Parties and Internal Use.

Deloitte Tax acknowledges that Deloitte Tax has not placed any limitations on the Client's disclosure of the tax treatment or tax structure associated with the tax services or transactions described in the Contract. Nothing in this paragraph shall be construed as limiting or restricting disclosure of the tax treatment or tax structure of the transaction as described in Rule 3501(c)(i) of PCAOB Release 2005-014, or IRC sections 6011 and 6111 and related IRS guidance. The Client acknowledges that none of its other advisors have imposed or will impose any conditions of confidentiality with respect to the tax treatment or tax structure associated with the tax services or transactions described in the Contract. All Services shall be solely for the Client's informational purposes and internal use, and this engagement does not create privity between Deloitte Tax and any person or party other than the Client ("third party"). This engagement is not intended for the express or implied benefit of any third party. Unless otherwise agreed to in writing by Deloitte Tax, no third party is entitled to rely, in any manner or for any purpose, on the advice, opinions, reports, or other Services of Deloitte Tax. In the event of any unauthorized reliance, the Client agrees to indemnify and hold harmless Deloitte Tax and its personnel from all third-party claims, liabilities, costs and expenses.

# Deloitte Tax LLP Privacy Statement

Last revised: January 1, 2023

### Introduction

This Privacy Statement explains what personal information we may collect about you in connection with our services engagement and how this personal information may be used and shared. This Privacy Statement also sets out your rights in relation to your personal information and tells you who you can contact if you have questions.

### To whom does this Privacy Statement apply and what does it cover?

**This Privacy Statement applies to Deloitte Tax LLP (also referred to as "Deloitte Tax", "we", "us", and "our"). an entity within the Deloitte Network.** As used in this Privacy Statement, the "Deloitte Network" refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its network of member firms and their related entities. DTTL and each of its member firms are legally separate and independent entities. Please see deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu Limited and its member firms.

This Privacy Statement sets out how we will process your personal information as part of our provision of tax, social security and (in certain jurisdictions outside of the United States) immigration related services as may be relevant to you. Deloitte Tax is providing these services either under a direct contract with you or via a contract with another person (such as a company or a partnership or a trustee) who has asked us to provide the services.

Your personal information will be protected and handled with consideration for its confidentiality and Deloitte Tax will only disclose it asset out in the "To whom will we disclose your personal information?" section below.

In this Privacy Statement, we refer to handling, collecting, protecting and storing your personal information as "processing".

### What personal information do we collect?

Deloitte Tax may collect personal information relating to you such as:

- name
- contact details (such as work or home address, email and phone numbers)
- date of birth
- government identifiers (such as social security number and passport details)
- financial information
- calendar data (where applicable)

In order to provide services to you, Deloitte Tax may receive and also need to process personal information about you that may be considered special category (or "sensitive") personal information under certain U.S. State laws (special category personal information is considered to include information about your social security, driver's license, state identification card, or passport numbers; non-Deloitte account username or number or financial account, debit card, or credit card number in combination with credentials allowing access to such accounts; racial or ethnic origin; immigration or citizenship status; religious or philosophical beliefs; trade union membership; genetic or biometric data for identification purposes; precise geolocation; political opinions; medical or health conditions; or sex life or sexual orientation. Sensitive personal information also includes the contents of your personal mail, email, or text messages unless we are the intended recipient). Special category personal information about you includes information that may be reasonably inferred from other information that we receive.

Where we receive special category personal information or other information from which special category personal information can be reasonably inferred, we will, where required by law, require explicit consent in order to process it.

### How do we collect your personal information?

Deloitte Tax may collect personal information about you in different ways:

- you may provide it directly to us
- we may obtain it because of the services that Deloitte Tax provides or has previously provided
- we may receive it from other members of the Deloitte Network or from third parties, such as your employer/partnership, or a tax authority and/or other relevant authority/administrative bodies
- we may observe or infer it from the information you provide to us and/or the way you interact with us

This personal information can be received in any manner, including in-person discussions, telephone conversations, and electronic or other written communications.

Without access to all the personal information that we need, we may be unable to provide or complete the services.

© 2023. For information, contact Deloitte Touche Tohmatsu Limited.

Where another party (such as a company or a partnership or any third parties acting on your or their behalf) provides your personal information to us, they must also comply with their obligations under the relevant privacy laws and regulations. If you believe that the entity for whom you work or a third party has not provided you with details of the personal information that it holds about you and/or has not obtained your authority to provide us with that personal information for processing as described in this Privacy Statement, then please contact such entity directly.

### Disclosing personal information to us relating to third parties

If any personal information which you provide to us relates to any third party, for example a spouse or civil partner, individuals(including children) who depend on you financially, or a joint account holder or a beneficiary or trustee of a trust, then by providing us with their personal information you will need to ensure that you have obtained any necessary permissions from those persons to the use of their personal information in the way set out in this Privacy Statement, or you are otherwise permitted to give us this personal information. You should share a copy of this Privacy Statement with those other individuals before disclosing any personal information about them to us.

### How do we use your personal information?

Deloitte Tax processes personal information about you to:

- establish or maintain our relationship with you
- provide services to you and/or family member(s) or to the entity that has engaged us to provide the services

We may also use your personal information for the purposes of, or In connection with:

- compliance with applicable legal, regulatory or professional requirements
- protecting our rights and/or property

Any personal information that we have about you may be de-identified and maintained and used by us without re-identifying such information. Such de-identified information is not subject to the terms of this Privacy Statement.

### On what basis do we process personal information about you?

This Privacy Statement sets out the grounds upon which we rely in order to process your personal information.

We may use your personal information for the purposes outlined above because:

(a) where relevant, we have a contract with you to provide services and processing your personal information is necessary for the performance of such contract;

or (b) we have a legitimate interest in processing your personal information, which may be to:

- provide services to you and/or to the entity that has engaged us to provide the services;
- support the management of our client engagements;
- evaluate, develop or improve our services or products; or
- protect our business interests;

or (c) we are subject to legal, regulatory or professional obligations.

### To whom will we disclose your personal information?

In connection with one or more of the purposes outlined in this Privacy Statement, we may disclose your personal information to:

- other members of the Deloitte Network
- those with whom you have requested us to share information, such as your spouse or civil partner
- competent authorities, including courts and authorities regulating us or another member of the Deloitte Network, in each case to comply with legal, regulatory or professional obligations or requests
- vendors and administrative, support, infrastructure and other service providers handling your information on our behalf; in each case, such vendors and service providers will be contractually bound by confidentiality and privacy obligations consistent with the obligations in this Privacy Statement
- third parties to whom we disclose information in the course of providing services to you or to the entity that has engaged us to provide the services

Any personal information that we have referenced above under "What personal information do we collect?" may be disclosed to the third parties identified in this section for the purposes set forth herein.

## Deloitte Tax LLP Privacy Statement

Last revised: January 1, 2023

Please note that some of the recipients of your personal information referred to above may be based in countries or regions without data protection rules similar to those in effect in your area of residence. In such cases, adequate safeguards will be in place to protect your personal information.

For further details about the transfers described above and the adequate safeguards used by Deloitte Tax with respect to such transfers, please contact us using the details below.

**Do we sell your personal information?**

We do not sell your personal information.

**How do we keep your personal information secure?**

We have in place reasonable commercial standards of technology and operational security to protect your personal information from loss, misuse and unauthorized access, disclosure, alteration or destruction. Only authorized personnel, with appropriate awareness of privacy obligations, are provided access to your personal information.

**How long will we keep your information?**

We retain personal information as long as is necessary to fulfill the purposes identified in this Privacy Statement or (i) as otherwise necessary to comply with applicable laws or professional standards, or (ii) as long as the period in which litigation or investigations might arise in respect of our services.

**What are your rights in relation to your personal information?**

You may have various rights in relation to your personal information. In particular, you have a right to:

- obtain confirmation that we are processing your personal information and request a copy of the personal information we hold about you
- ask that we update the personal information we hold about you, or correct such information that you think is inaccurate or incomplete

Depending on the jurisdiction in which you are located, you may also have the right to:

- ask that we delete personal information that we hold about you, or restrict the way in which we use your personal information
- withdraw consent to our processing of your personal information (to the extent our processing is based on your consent)
- ask us to stop or start sending you marketing messages at any time
- obtain and/or move your personal information to another service provider
- object to our processing of your personal information
- request that we provide the following information regarding the personal information we hold about you
  - o the categories and/or specific pieces of personal information we collected
  - o the categories of sources from which personal information is collected
  - o the business or commercial purpose for collecting personal information
  - o the categories of third parties with whom we shared personal information

Where our processing of special category personal information is reliant on your consent and you withdraw that consent, we will cease processing the relevant information for the purposes of providing our services and the effect maybe that we are no longer able to provide the services.

However, we may still retain a copy of the relevant information for as long as necessary to comply with applicable laws or professional standards, or as long as the period in which litigation or investigations might arise in respect of our services.

To exercise any of your rights under applicable law described above regarding your personal information, complete our Personal Information Request Form or call us at this toll-free number +1-844-919-0711. When calling us, please provide your full name, mailing address, email address and the specific type of request you are making. You may also have a right to appeal a denial of your request by completing the Personal Information Request Appeal Form (available at https://datasubject.deloitte.com/appeal-form).

For individuals in the EU and Switzerland, you may contact your European or Swiss data protection authority regarding our processing of your personal information.

We will not discriminate against you for exercising any of your rights with respect to your personal information.

**How do we verify your identity when you submit a data subject request?**

For certain personal information requests, we must first verify your identity before processing your request. To do so, we may ask you to provide us with your full name, contact information, and relationship to Deloitte. Depending On your request, we may ask you to provide additional information. Once we receive this information, we will then review it and determine whether we are able to match it to the information Deloitte maintains about you to verify your identity.

**How do we process third party requests?**

If you are submitting a personal information request on behalf of someone other than yourself, please complete our Personal Information Request Form (https://datasubject.deloitte.com/) and include proof that you are authorized to make the request. This may be in the form of a written authorization signed by the person whom you are acting on behalf of or a valid power of attorney.

**Privacy Shield Notice**

Deloitte LLP and its United States affiliates, including Deloitte Tax, adhere to the EU-U.S. and Swiss Privacy Shield Framework as set forth by the U.S.

Department of Commerce with respect to personally identifiable information that is transferred from the European Economic Area, the United Kingdom and Switzerland to the United States within the scope of their Privacy Shield certifications. To learn more, see our Privacy Shield Notice (available at https://www2.deloitte.com/us/en/footerlinks1/privacy-shield.html?icid=bottom%20_privacy-shield).

**Changes to this Privacy Statement**

In addition to describing our current privacy practices, this Privacy Statement also describes the categories of personal information we collected, disclosed, or sold during the preceding 12 months. We may modify or amend this Privacy Statement from time to time at our discretion. When we make changes to this Privacy Statement, we will amend the revision date at the top of this page and the modified or amended Privacy Statement shall apply to you and your personal information as of that revision date. We encourage you to review the Privacy Statement on our website (available at https://www2.deloitte.com/us/en/footerlinks1/tax-privacy.html?icid=bottom_tax-privacy) periodically to be informed about how we are protecting your personal information.

**Contact us**

If you have any questions or concerns regarding this Privacy Statement or your personal information, please contact our data protection officer by email at USPrivacyQuestions@deloitte.com or call us at +1-844-919-0711. Our European Union representative, Deloitte Tax EU Privacy Rep Limited, can be contacted by email at EURepresentative@deloitte.com.

© 2023. For information, contact Deloitte Touche Tohmatsu Limited.

**Express LLC**
**Work Order**

| Work Order Number:  UNICAP - 2023 | Authorized Start Date:  Upon Execution |
|---|---|

This Work Order incorporates the terms and conditions of the Engagement Letter between Deloitte Tax LLP ("Deloitte Tax" or "our") and Express LLC and its subsidiaries and/or affiliates ("Client") dated May 9, 2023.

**Description of Services:**

Deloitte Tax will provide Inventory consulting services ("Services") to Client. Specifically, Deloitte Tax will assist Client with computing the cost allocation under Internal Revenue Code ("IRC") section 263A ("UNICAP") for the tax year ending February 3, 2024.  Our Services are expected to include:

- Analyzing data and conducting interviews of Client personnel, as required, to discuss and document the categorization of Client's new cost centers and new accounts as capitalizable, deductible, or mixed service for UNICAP purposes.

- Analyzing Client-provided calculations of book/tax differences and supporting documentation to determine the nature of activities to which they relate for purposes of allocating applicable adjustments through the UNICAP computations.

- Computing the Schedule M adjustment for the tax year ending February 3, 2024.

Upon completion of the Services, Deloitte Tax will summarize our calculations for Client's consideration. Any deliverables ("Deliverables") arising from the Services will be provided in a hard copy format or electronically in i) portable document format ("PDF"), ii) in another form of "flat" file (e.g., a spreadsheet not containing formulas) or iii) in a password protected file with cell formulas locked but visible to the reader.

In providing Services, Deloitte Tax will rely on the information that the Client will supply to be accurate, complete, and timely. We will make no audit or other verification of the data, although we may need to ask for clarification of some of the information.

**Estimated Timing for Services:**

Deloitte Tax is prepared to begin the Services promptly upon receipt of an executed copy of this Work Order.

**Fees and Expenses:**

The Deloitte Tax fees for Services are based on the amount of professional time incurred at our agreed-upon hourly rates, which vary depending upon the experience level of the professionals involved, plus reasonable out-of-pocket expenses and an allocation of estimated administrative and technology costs incurred (e.g., tax technology, research materials, etc.) equal to eight (8) percent of our professional fees. Hourly rates of our Washington National Tax and other subject matter specialists may exceed the hourly rates of our local office professionals. Reasonable out-of-pocket expenses and allocated costs are billed as additional amounts.

The Deloitte Tax estimated fees for the Services are $16,000 to $19,000 plus expenses. Deloitte Tax will invoice $8,000 upon execution of this Work Order.  The remaining fees will be billed periodically as the Services are performed.

The above fees are based on the information now available to Deloitte Tax and on the assumptions that Deloitte Tax will be provided with the information requested for the analysis in an organized format and that the information provided will be timely, complete, and accurate. If Deloitte Tax becomes aware of any circumstances during the course of this engagement that would require the structure or scope of our analysis to be altered, Deloitte Tax will promptly notify Client of how such circumstances might impact our fees. Deloitte Tax will not undertake an expansion of the scope of the Services without mutual written agreement.

The fees and expenses are not dependent upon the findings or results of the Services or the ultimate resolution of any items with the tax authorities, nor are those amounts contingent or refundable. Thus, our fees do not include Internal Revenue Service ("IRS") audit or other defense services. In addition, our fees do not include

consultation regarding financial reporting matters, IRS controversy matters, or other tax inventory methodologies not specifically included in this Work Order.

**Client Responsibilities:**

Client is responsible for providing the appropriate tax and financial accounting resources and information as required to complete the Services contemplated under this Work Order. Client will timely provide information and personnel, and promptly respond to any request made by Deloitte Tax.

**Other Terms:**

**ACKNOWLEDGEMENTS AND AGREEMENTS**

In addition to the Acknowledgements and Agreements in the Engagement Letter, Client acknowledges and agrees that the Services provided pursuant to this Work Order will be based upon:

(a)     Client's understanding that the results of the Services are for Client's internal use only and therefore cannot and should not be distributed to, used for the benefit of, or otherwise provided for use by any third party in connection with Client's provision of services or other functions to any third party;

(b)     Client's understanding that the Services are solely for Client's internal use in preparing and supporting its tax returns and therefore cannot and should not be used for any other purpose, including as the primary source for Client's financial accounting records; and

(c)     Client's understanding and agreement that it will not link any deliverables from the Services to Client's tax provision processes or financial information systems and that any efforts to link such deliverables to Client's tax provision processes or financial information systems may prevent Deloitte Tax from completing the Services or providing any future Services under this Work Order.

**CONSENT FOR DISCLOSURE AND USE OF TAX RETURN INFORMATION**

Client authorizes that any and all information (i) furnished to Deloitte Tax for or in connection with the Services under this Work Order, (ii) derived or generated by Deloitte Tax from the information described in (i) above, or (iii) associated with prior years' tax return information in the possession of Deloitte Tax may, for a period of up to eight (8) years from the end of the tax year to which the information relates, be disclosed to and considered and used by any Deloitte Tax affiliate, related entity (or its affiliate) or subcontractor, in each case, whether located within or outside the United States, engaged directly or indirectly in providing Services under this Work Order, tax planning or preparation of tax returns, audited financial statements, or other financial statements or financial information as required by a government authority, municipality or regulatory body. Disclosures under this paragraph may consist of all information contained in Client's tax returns; if Client wishes to request a more limited disclosure of tax return information, Client must inform Deloitte Tax. Client acknowledges that Client's tax return information may be disclosed to Deloitte Tax affiliates, related entities (or their affiliates) or subcontractors located outside of the United States.

Your signature constitutes Client's consent to disclosure and use of Client's tax return information in the manner described above.

Very truly yours,                                          AGREED AND ACCEPTED

**Deloitte Tax LLP**                                       **Express LLC** on behalf of itself and its subsidiaries
                                                           and/or affiliates

By: _____                             By: _____
    Karen Rodriguez                                           Greg Hollern
    Tax Partner
                                                           Title:    Vice President/Controller

Date:    **01/30/2024**                                    Date: _____
_____

**Express LLC**
**Work Order**

| Work Order Number: FTS-DART-02 | Authorized Start Date:  Upon Execution |
|---|---|

This Work Order incorporates the terms and conditions of the Engagement Letter between Deloitte Tax LLP ("Deloitte Tax") and Express LLC and its subsidiaries and/or affiliates ("Client") dated May 9, 2023.

**Description of Services:**

Deloitte Tax will provide tax cost recovery (i.e., depreciation and gain/loss) computation Services for Client's tax fixed assets for the entities listed in Exhibit A, *Listing of Entities in Scope*, for the tax year ending February 3, 2024, with an option for services for tax years ending February 1, 2025, and January 31, 2026.  The Services relating to such tax years will be provided using a phased approach.  In the first phase, the Services will include a discussion with Client to establish the scope and timeline for the Services as well as the collection of fixed asset data from Client.  In the second phase, Deloitte Tax will compute the following federal income tax depreciation amounts (the "Tax Depreciation Amounts"):

- Federal tax depreciation expense under Internal Revenue Code ("IRC") sections 167 and 168;
- Federal alternative depreciation system ("ADS") depreciation expense under IRC Section 168(g);
- California ("CA") tax depreciation expense;
- CA AMT tax depreciation expense;
- Federal tax gain/loss on disposition of fixed assets;
- Federal ADS tax gain/loss on disposition of fixed assets;
- CA tax gain/loss on disposition of fixed assets;
- CA AMT tax gain/loss on disposition of fixed assets; and
- Qualified Business Asset Investment ("QBAI") under IRC Section 951A.

Deloitte Tax will also compute federal Tax Depreciation Amounts for the tax years ending February 3, 2024, with an option for services for tax years ending February 1, 2025, and January 31, 2026, for use in state tax jurisdictions that have not adopted the federal bonus depreciation provisions ("federal tax depreciation expense, no-bonus computation"). Additionally, the Client has the option for Deloitte Tax to assist the Client with Tax Depreciation Amounts for specific state tax jurisdictions that are subject to distinctive depreciation ("state specific computation"). A listing of the optional additional Tax Depreciation Amounts is described in Exhibit A under optional books in scope. Client acknowledges that Deloitte Tax has not been engaged to prepare any additional state tax returns or any other specific state tax depreciation computations, and Deloitte Tax assumes no responsibility for the proper use of the federal tax depreciation expense, no-bonus computation amount in any state tax return.

Once the Tax Depreciation Amounts have been computed, Deloitte Tax will provide Client with copies of our work papers summarizing the Tax Depreciation Amounts and related data for Client's use in preparing its tax returns.

Deloitte Tax will also upload the data utilized or prepared in connection with our Services (the "Analytics") to our Depreciation Tax Analytics web portal (the "Web Portal") and provide a dashboard accessible by Client personnel in read-only format for the purpose of displaying the results of our Services.

Up to three (3) Client personnel will be provided read-only access to the Web Portal to view the dashboard. Additional Client personnel can be provided read-only access to the Web Portal for an additional fee to be mutually agreed to by the parties. Client will promptly notify Deloitte Tax of Client personnel who no

Express LLC
November 20, 2023
Page 2

longer require access to the Web Portal. Client remains responsible for its personnel's actions with respect to accessing the Web Portal. Client shall not (1) modify, disassemble, decompile or reverse engineer the Web Portal or any part thereof, including the dashboard; (2) copy or reproduce the Web Portal or any part thereof; (3) intentionally breach any security measure provided by the Web Portal; (4) maliciously reduce or impair the accessibility of the Web Portal; or (5) provide access to the Web Portal to any party other than the designated personnel.

As part of our Services, Deloitte Tax will electronically post the Analytics to the Web Portal, which will be accessible by designated Client personnel during the engagement period (from the execution of this Work Order to January 31, 2027, and for up to one year after the final delivery of the Tax Depreciation Amounts. An Analytics deliverable in portable document format ("PDF") or another form of "flat" file (e.g., a spreadsheet not containing formulas) with static images of the dashboard will be provided to Client for your permanent records.

Our Services for any future tax year(s) will be set forth in an addendum to this Work Order or a separate work order. We will use all data relevant for each tax year within our workpapers, however, we will not be responsible for storing historical data for Client's use and permanent records. All workpapers will be subject to our standard retention policies.

Upon the request of Client, the Deloitte Tax engagement team shall supply Client personnel with user IDs and passwords to enable them to access and use the Web Portal, such access to be provided within a forty-eight (48) hour timeframe. Updates to the dashboard or data modifications or troubleshooting will be handled on a case-by-case basis. Deloitte Tax will work with Client's information technology team to address security or risk concerns regarding the Web Portal and any Client data hosted therein. The Web Portal and dashboard will be available on a commercially reasonable basis and access may be temporarily restricted, limited, or denied as is necessary to maintain, modify, or otherwise repair the Web Portal or parts thereof. Deloitte Tax will strive to advise Client when the Web Portal is temporarily not accessible.

Client-specific views of the Tax Depreciation Amounts will be provided in a read-only dashboard for a fee to be mutually agreed to by the parties, after an understanding of the scope and the requirements of format has been reached with Client.

### *Phase I – Engagement Planning and Design*

During Phase I, Deloitte Tax will initially meet with Client to discuss changes in Client's business from the previous taxable year, including significant assets or groupings of assets that were acquired or disposed of during the taxable year.  Based on the information gathered, Deloitte Tax will prepare, for Client's review and approval, a proposed timeline identifying specific deadlines for Client to provide fixed asset data to Deloitte Tax and for Deloitte Tax to provide the Tax Depreciation Amounts to Client.

Client and Deloitte Tax will agree on specific target dates for completion of the computation of the Tax Depreciation Amounts. It is expected the Tax Depreciation Amounts will be computed two (2) times annually:

(1) once for inclusion on the income tax return(s) and once for year-end taxable income estimates; and
(2) Once for  year-end taxable income estimates.  Year-end estimates will be based on the fixed assets already maintained in the system at the time of the calculations, plus additional actual book activity (additions, retirements, etc.) as provided by Client.

Express LLC
November 20, 2023
Page 3

Deloitte Tax will also, upon request, provide a "run off" of tax depreciation for the subsequent year for Client's use in tax planning and projection purposes.  The "run-off" calculations for tax planning and projection purposes will be based on the fixed assets already maintained in the system at the time of the calculations and will not include the current year transactions.

Deloitte Tax will discuss with Client potential circumstances that may be encountered that could significantly change the targeted completion dates. Deloitte Tax will also advise Client if it sees that it will not meet the targeted completion dates.

Deloitte Tax will also provide to Client a written information request for general fixed asset and other relevant data that will be needed by Deloitte Tax in order to compute the Tax Depreciation Amounts, along with a data collection schedule to be used by Client in providing the requested data.

An initial list of information needed by Deloitte Tax to compute the Tax Depreciation Amounts is summarized in Exhibit B, *Initial List of Information Required*, attached.

### *Phase II – Execution*

At the start of Phase II, Deloitte Tax will analyze the information received from Client in Phase I, considering its completeness and reasonableness based on our understanding of Client's fixed asset records. Where Client's fixed asset data does not align with the coding for such federal tax depreciation methods, Deloitte Tax will discuss with Client the fixed asset data in question and will request Client to provide guidance regarding the coding of the federal tax depreciation methods.  Client will be solely responsible for the final determination of tax depreciation methods or other attributes used in the computation of the Tax Depreciation Amounts.  Once all of the requested fixed asset data has been received, Deloitte Tax will upload the fixed asset data to the tax compliance fixed asset software owned or licensed by Deloitte Tax and will compute the Tax Depreciation Amounts.

### *Delivery of Tax Depreciation Computations*

At the completion of Phase II, Deloitte Tax will provide Client with copies of our workpapers summarizing the Tax Depreciation Amounts and related data for Client's use in preparing Internal Revenue Service ("IRS") Form 4562, *Depreciation and Amortization*, and Form 4797, *Sales of Business Property* (the "Deliverables").  The Deliverables will be provided in electronic format via a data transfer method, in accordance with the then current data security policies of Deloitte Tax; such data will be provided in PDF or another form of "flat" file and will contain the tax compliance specific data from our Services.

Any original Client fixed asset data provided to Deloitte Tax by Client will be returned to Client once the Tax Depreciation Amounts are computed for each tax depreciation computation period covered by this engagement.

### *Out of Scope Services*

The following Services are specifically outside the scope of this engagement:

1.   Deloitte Tax will not include an analysis of whether the fixed asset data is accurate or whether it agrees with, or otherwise reconciles to, prior tax returns, workpapers, financial statements, or other Client data.  Any enhancements, additions, or repair of fixed asset data is considered to be out of scope.

Express LLC
November 20, 2023
Page 4

    a. Deloitte Tax will not perform a reconciliation of prior year data or reconcile opening balances from the prior year's tax returns.

    b. Deloitte Tax will not prepare any adjustments that will be used to prepare tax returns, nor will Deloitte Tax perform any analysis related to Schedule M-3 adjustments.

2. Deloitte Tax will not analyze the basis impacts for items such as bonus depreciation, repairs, qualified improvement property analysis, technical corrections, internally developed software, investment tax credits, etc. Deloitte Tax will rely upon the analysis completed by the Client for purposes of the prior year basis adjustments.

3. Computations under other depreciation regimes not described above, such as for Client's financial accounting books and records, state Bonus-hybrid depreciation (with the exception of federal tax depreciation expense, no-bonus tax depreciation computation, CA, and CA AMT), etc., are outside the scope of our Services and will not be provided by Deloitte Tax.

4. Deloitte Tax will not provide assistance with, responses to, additional information requests or calculations from the IRS, any state taxing authority, or any regulatory authority.

5. The Services do not include the identification or correction of impermissible tax accounting methods, change of accounting methods, technical corrections, or amended federal or state tax returns under this Work Order. If, during the course of this engagement, Deloitte Tax becomes aware of Client fixed assets that have previously been depreciated using impermissible tax depreciation methods, Deloitte Tax will discuss such matters with Client if they come to our attention.

6. Deloitte Tax will not include any cost recovery computations for any Client entities outside of the ones listed in Exhibit A attached.  In addition, any significant tax events, or acquisitive transactions from the year prior to the year at issue are considered to be out of scope:

    a. Deloitte Tax will not be responsible for converting any data related to the acquisition of companies or specific assets.

    b. Any significant acquisitive transactions that increase the volume of tracked fixed assets by more than 20% over the prior tax year asset count is considered out of scope.

    c. Any significant retirement, impairment, or transfer transactions that change the overall asset cost basis by more than 20% over the prior year balances is considered out of scope.

7. Deloitte Tax will not provide any services related to deferred tax computations, ASC 740 accounting, partnership allocations and computations, or depletable assets.

**Estimated Timing for Services and Deliverables (if any):**

Deloitte Tax will commence work upon execution of this Work Order.  Deloitte Tax will schedule a kick-off meeting after agreement by Client to this engagement and provide a document request list in advance of the scheduled kick-off meeting.

**Fees and Expenses (if different from the provisions stated in the Engagement Letter):**

The Deloitte Tax fees for our Services are based on the amount of professional time incurred and our agreed-upon hourly rates, which vary depending upon the experience level of the professionals involved. The Deloitte Tax fees are estimated to be $75,500 for first tax year and an option to compute the tax years for $75,500, plus reasonable out-of-pocket expenses and administrative and technology costs incurred (e.g.,

Express LLC
November 20, 2023
Page 5

tax technology and processing activities, research materials, etc.) equal to eight (8) percent of professional fees.

The fees will be billed in accordance with the following Billing Schedule:

| Billing Schedule | Date to be Billed | Tax Year Ending 02/03/2024 | (Optional) Tax Year Ending 02/01/2025 | (Optional) Tax Year Ending 01/31/2026 |
|---|---|---|---|---|
| Total Estimated Fee for Period | | $75,500 | $75,500 | $75,500 |
| Initial Progress Bill | Signing of Work Order or upon the beginning of field work, whichever comes first. | $50,000 | $50,000 | $50,000 |
| Final Bill | Upon Delivery of Final Reports | Remainder | Remainder | Remainder |

Reasonable out-of-pocket expenses will be billed as incurred. The fees and expenses are not dependent upon the findings or results of the Services or the ultimate resolution of any items with the taxing authorities, nor are those amounts contingent or refundable.

Client has the option for Deloitte Tax to assist with the building of specific state tax books, such as Florida, Illinois, Iowa, Minnesota, North Carolina, and Pennsylvania. The building and establishing of each tax book is optional, and the estimated fee to build the state book is $5,000 - $8,000 per state book built. Additionally, for each state tax book built there will be also be an incremental annual fee for each book as related to tax return processing estimated to be $2,500 per tax book per year computed.

The above fees are based on the information now available to Deloitte Tax and on the assumptions that Deloitte Tax will be provided with the information requested for the analysis in an organized format and that the information provided will be timely, complete, and accurate. If Deloitte Tax becomes aware of any circumstances during the course of this engagement that would require the structure or scope of our analysis to be altered, Deloitte Tax will promptly notify you of how such circumstances might impact our fees. Deloitte Tax will not undertake an expansion of the scope of the Services without mutual written agreement.

The fee estimate provided above is based on the following key assumptions which have been made in the development of the fees:

- Client estimates that the number of companies to be included in the computations is 2 (listed in Exhibit A);

- Client estimates the current, pre-compressed number of fixed asset records is approximately 103,900 (for the entities listed at Exhibit A);

- Client will require the computations and delivery of the Tax Depreciation Amounts two (2) times annually, once for inclusion on the income tax return(s) and once for year-end taxable income estimates;

- Client requires the following tax books to be maintained: Federal, ADS, CA, CA AMT, and State (No-Bonus);

- Estimate does not contemplate the additional services that may be required to transition the fixed asset data back into the Client's ERP or fixed asset solution;

Express LLC
November 20, 2023
Page 6

- Estimate does not contemplate the integration, update, or adjustments for any tax planning-related, IRS adjustments, or technical correction impacts to the tax fixed assets; and

- Estimate does not contemplate any depreciation projections for future years other than the subsequent tax year's estimated depreciation based upon the assets within the system; and

- Estimate does not contemplate additional services that may be required in the event of mergers, divestitures, acquisitions, or other transactions that may impact the fixed asset basis or create a disruption of the tax year.

To the extent Deloitte Tax is requested to incur additional time not anticipated as described in this Work Order, Deloitte Tax will notify Client in advance and mutually agree on the scope and related fees and an amendment or addendum will be entered into prior to performing such services.

## Client Responsibilities:

Client will designate a project manager/contact person to work with Deloitte Tax during this engagement. The project manager/contact person will lead and manage internal coordination of Client resource discussions, information, data requests, and other reasonable requests or communications. Client will provide Deloitte Tax timely access to necessary data, information, subject matter experts, documentation, and other records that may be necessary to support the engagement.

Client shall be solely responsible for, among other things: (a) making all management decisions and performing all management functions; (b) designating an individual who possesses suitable skill, knowledge, and/or experience, preferably within senior management, to oversee the Services; (c) evaluating the adequacy and results of the Services performed; (d) accepting responsibility for the results of the Services; and (e) establishing and maintaining internal controls, including, without limitation, monitoring ongoing activities.

## Other Terms (if applicable):

Client also acknowledges and agrees that:

(a)     The results of the Services are for Client's internal use only and therefore cannot and should not be distributed to, used for the benefit of, or otherwise provided for use by any third party in connection with Client's provision of services or other functions to any third party;

(b)     The Services are solely for Client's internal use in preparing its tax returns and may not be used for any other purpose, including as the primary source for Client's financial accounting records; and

(c)     Client's understanding and agreement that it will not electronically link any deliverables from the Services to Client's tax provision processes or financial information systems and that any efforts to link such deliverables to Client's tax provision processes or financial information systems would prevent Deloitte Tax from completing the Services or providing any future Services under this Work Order.

## CONSENT FOR DISCLOSURE AND USE OF TAX RETURN INFORMATION

Client authorizes that any and all information (i) furnished to Deloitte Tax for or in connection with the Services under this Work Order, (ii) derived or generated by Deloitte Tax from the information described

Express LLC
November 20, 2023
Page 7

in (i) above, or (iii) associated with prior years' tax return information in the possession of Deloitte Tax may, for a period of up to eight (8) years from the end of the tax year to which the information relates, be used by Deloitte Tax and disclosed to and considered and used by any Deloitte Tax affiliate, related entity (or its affiliate) or subcontractor, in each case, whether located within or outside the United States, engaged directly or indirectly in providing Services under this Work Order, tax planning or preparation of tax returns, audited financial statements, or other financial statements or financial information as required by a government authority, municipality or regulatory body. Disclosures under this paragraph may consist of all information contained in Client's tax returns; if Client wishes to request a more limited disclosure of tax return information, Client must inform Deloitte Tax. Client acknowledges that Client's tax return information may be disclosed to Deloitte Tax affiliates, related entities (or their affiliates) or subcontractors located outside of the United States.

Your signature constitutes Client's consent to disclosure and use of Client's tax return information in the manner described above.

**Express, LLC** on behalf of itself
and its subsidiaries and/or affiliates

By: _Greg Hollern_____

Name: ___Greg Hollern_____

Title: __VP / Controller_____

Date: __12/06/2023_____

**Deloitte Tax LLP**

By: _____

Name: _____

Title: _____

Date: _____

Express LLC
November 20, 2023
Page 8

**Exhibit A**
**Listing of Entities in Scope**

| Entity Name: | Domestic / Foreign | Approximate Asset Record Count: | Tax Books In Scope: | Optional Tax Books |
|---|---|---|---|---|
| **Express Fashion Operations LLC** | Domestic | 102,007 | Federal, State (No Bonus), ADS, CA & CA AMT | IL, PA, MN, IA, FL, and NC |
| **Express LLC** | Domestic | 1,962 | Federal, State (No Bonus), ADS, CA & CA AMT | IL, PA, MN, IA, FL, and NC |
| **Express BNBS Fashion LLC** | Domestic | | | |

Express LLC
November 20, 2023
Page 9

**Exhibit B**
**Initial List of Information Required**

Beginning with the tax year ending February 3, 2024, Deloitte Tax will require the following information electronically through Feb, and for each respective tax year ending February 1, 2025, and January 31, 2026.

- Annual general ledger rollforwards for the PP&E trial balance accounts for the tax years ending February 3, 2024, February 1, 2025, and January 31, 2026.
    - Annual general ledger rollforwards for the PP&E trial balance accounts for the tax years ending February 3, 2024, February 1, 2025, and January 31, 2026.

- Additions for the tax years ending February 3, 2024, February 1, 2025, and January 31, 2026:
    - Fixed asset number or other unique asset identifier
    - Legal entity/company grouping
    - Asset description
    - Placed in service date and depreciation start date if different
    - Federal tax gross basis
    - Depreciation method for each set of books
    - Asset location data if necessary
    - Physical location of asset (for assets located outside the United States)
    - Addition amounts

- Disposed assets for the tax years ending February 3, 2024, February 1, 2025, and January 31, 2026.
    - Fixed asset number or other unique asset identifier
    - Legal entity/company grouping
    - Asset description
    - Fixed asset number or other unique identifier of disposed assets
    - Disposition date for each disposed asset
    - Disposition proceeds for each disposed asset
    - Indicator for partial dispositions
    - Disposed amounts

- Transfers of assets for the tax years ending February 3, 2024, February 1, 2025, and January 31, 2026.
    - Fixed asset number or other unique identifier of transferred assets
    - Transfer date for the date of transaction
    - Legal entity/company grouping
    - Asset description
    - "FROM" company for which the asset was transferred from
    - "TO" company for which the asset was transferred to
    - Indicator for partial transfers
    - Transfer amounts

## **Schedule 1**

Potential Parties-in-Interest List*

0145 BARTON CREEK SPG(TX)

0302 BATTLEFIELD MALL LLC

0511 SIMON PROP GROUP(TEXAS)

1308 SIMON PROP GRP (TEXAS)

1552 BROADWAY RETAIL OWNER LLC

17 NORTH STATE LLC

173 COURT STREET HOLDINGS, LLC

1903 Partners, LLC

2.7 AUGUST APPAREL

2105 SIMON PROP GROUP, LP

230 CLARENDON STREET LLC

2307 SIMON PROP GROUP LP

2324 LAKELINE DEV

235 N. FOURTH STREET LLC

24-7 INTOUCH INC

2810 NEWPORT CENTRE LLC

31-01 Steinway LLC

3107 PENN ROSS JV

31ST STEINWAY PARTNERS

3632 MALL AT SMITH HAVEN

4670 ORLAND, LP

4674 SOUTH HILLS VILLAGE

4676 WESTCHESTER MALL LLC

4693 SHOPS AT ST JOHNSLLC

4825 SIMON PROP GROUP LP

488 MADISON AVENUE ASSOCIATES LLC

490 LOWER UNITY LP

5060 MONTCLAIR PLAZA LANE OWNER LLC

53 GREENWICH AVENUE ASSOCIATES LLC

555 11th Owner L.L.C.

659 West Diversey, LLC

7604-PHEASANT LANE

7607 WOODLAND HILLS MALL

900 NORTH MICHIGAN LLC

9780 MALL @ MIAMI INT'L

9862 CORAL - CS LTD ASSOC

A&G Realty Partners, LLC

Aaron Joseph Putnam

AAT DEL MONTE LLC

ABINGTON TOWNSHIP FIRE

Acadia Gold Coast, LLC

ACADIA REALTY LIMITED PARTNERSHIP

ACADIA REALTY TRUST

ACADIA WEST DIVERSEY LLC

ACADIANA MALL LLC

Accertify, Inc.

ACS TOWN SQUARE SHOPPING CENTER IN LLC

ADA COUNTY TREASURER

ADMIN, UNEMPLOYMENT COMP

ADOBE SYSTEMS, INC.

Advanced Transactions

AI ALTIUS US BIDCO INC

AKAMAI TECHNOLOGIES

Al- Husseini, Dana

AL LUGANO

ALAMEDA COUNTY

ALBERTVILLE PREMIUM OUTLETS

ALDERWOOD MALL LLC

Alex J Oberg

Alfaro, Carlos E

ALGONQUIN I LLC

ALIEF ISD TAX ASSESSOR

Alight-Solutions

Alim Ramji

ALLEN COUNTY TREASURER

Allen ISD

ALLEN PREMIUM OUTLETS, LP

ALLSTATE ROAD (EDENS) LLC

ALORICA INC

ALTO 900 LINCOLN ROAD LP

Alvarez & Marsal

AMANDA HRYCAK

AMEREAN LLC

American International Group (AIG)

AmTrust North America, Inc.

ANDERSON COUNTY TREASURER

ANDREW VARA

ANNAPOLIS MALL LDT PTNSHP

ANNE ARUNDEL COUNTY

ANTELOPE VALLEY SHOP - LOCKBOX

AP 1519-1521 Walnut St., LP

AP NEWBURY STREET PORTFOLIO #1 LLC

AP UNION II LLC

AP Washington, LLC

APPLIED PREDICTIVE TECHNOLOGIES, INC

ARAG Legal

ARBOR PLACE II LLC

ARDEN FAIR ASSOCIATES LP

ARDEN JEWELRY MFG. CO.

| | |
|---|---|
| ARIZONA DEPT OF REVENUE | BELLEVUE SQUARE LLC |
| ARIZONA MILLS MALL LLC | BELLWETHER PROPERTIES OF MASS, LP |
| Arnold Willis & Co LTD | |
| ARROWHEAD TOWN CENTER LLC | BENJAMIN HACKMAN |
| ARUNDEL MILLS LP | BERKSHIRE PA HOLDINGS LLC |
| ASHLEY M. CHAN | BERNARDO MANUFACTURING |
| ASHWAUBENON PUBLIC SAFETY | Berry, Eric |
| Associated Industries Insurance Company, Inc. | BESPOKE FASHION LLC |
| | BEXAR COUNTY TAX |
| Atherton Mill (E&A), LLC | BIG BROTHER BIG SISTERS OF AMERICA |
| ATLANTA OUTLET SHOPPES CMBS LLC | |
| ATLANTIC CITY ASSOCIATES | Bilawal, Muhammad |
| Auto Advantage Finance, Inc. | BIRCH RUN OUTLETS II, LLC |
| Avalon North, LLC | BJW REALTY LLC |
| Avendano, Leonor | BlackRock Advisors LLC |
| AVENTURA MALL VENTURE | Blanchard, Joshua |
| AVENUES MALL, LLC | BLUECORE INC |
| Axiom Capital Management Inc | BLUEGRASS OUTLET SHOPPES II LLC |
| BAKERSFIELD CITY | BOARDWALK ROUTH LLC |
| BALTIMORE COUNTY | BOONE COUNTY, MO |
| BAMBOO ROSE LLC | BOROUGH OF CARLSTADT |
| Banco Popular | BOROUGH OF EATONTOWN |
| BANGOR MALL REALTY LLC | BOROUGH OF TINTON FALLS |
| BANK 2022-BNK40 | BOROUGH OF WYOMISSING, PA |
| BANK 2022-BNK42 | BOSSIER PARISH TAX COLLECTOR |
| BANK 2022-BNK43 | BOSTON PROPERTIES LIMITED PARTNERSHIP |
| BANK 2023-BNK46 | |
| Bank of America - Merrill Lynch | BOULEVARD MALL SPE, LLC |
| Bank of America Private Bank | BOYNTON BEACH MALL LLC |
| Bank of America, N.A. | BPR-FF LLC |
| BANK5 2023-5YR1 | BRAINTREE PROP ASSOC |
| BANK5 2023-5YR2 | BRANDON (TAMPA) LP |
| Barclays Wealth (UK) | BRANDON SHPNG CTR PRTNRS |
| Barnes, Deborah | BRAZORIA COUNTY TAX |
| Barrera, Esther | BRE/PEARLRIDGE LLC |
| Barton, Jennifer L | BREA MALL |
| BASSET PLACE RE CO LLC | Breen, Christina |
| BATALLURE BEAUTY, LLC | BRENDAN L SHANNON |
| Bath and Body Works Logistics Services LLC | BREVARD COUNTY TAX |
| Battery Park CLO II Ltd | Brian Atwood |
| BAY STREET CENTERCAL LLC | Brian Thomas Davis |
| BAYBROOK MALL | BRICKELL CITY CENTRE RETAIL LLC |
| BAYSIDE MARKETPLACE LLC | BRIDGE GROUP INVESTMENTS II LLC |
| BDC Shay Retail LLC | BRIDGEWATER COMMON MALL II, LLC |
| BEACHWOOD PLACE MALL LLC | BRIDGEWATER COMMONS |
| Beaty Legal PLLC | BRIERLEY & PARTNERS, INC. |
| BEL AIR MALL REALTY HOLDING LLC | BROOKFIELD SQ JOINT VNTRE |
| BELDEN MALL LLC | BROOKLYN KING PLAZA LLC |
| BELLEVUE SQ MERCHANTS | Broward County, Florida |

| | |
|---|---|
| Broward Mall LLC | Chacon |
| BROWN COUNTY TREASURER | Chacon Class Action (includes Chacon I, Chacon II, and Carr) |
| Brownstein Hyatt Farber Schreck, LLP | |
| Brownsville Independent School District | Chaney-Bell, Terrell |
| BRUNSWICK SQUARE MALL,LLC | CHARLES COUNTY, MD |
| BSS Creative Groupe, Inc. | CHARLES MALL CO, LP |
| Burgueno, Nautica | Charles Schwab Investment Management Inc |
| BV CENTERCAL LLC | Charles Wheeler |
| BVA AVENUE LLC | CHARLES WV MALL LLC |
| BX Commercial Mortgage Trust 2022-AHP | CHARLOTTE OUTLETS LLC |
| BX Commercial Mortgage Trust 2024-MF | CHARTER TOWNSHIP OF FLINT |
| BX Commercial Mortgage Trust 2024-XL4 | CHARTER TWNSHP OF LANSING |
| BXP Trust 2021-601L | CHATHAM COUNTY TAX |
| C LAVIGNE MANAGEMENT INC | CHATTANOOGA CITY TREASURE |
| CaaStle Service | Checo, Sixta |
| CABARRUS COUNTY TAX | CHEROKEE COUNTY TAX COMMISSIONER |
| CACIA BATTS | |
| CAFARO MANAGEMENT CO | CHERRY HILL MALL LLC |
| CALCASIEU PARISH | CHERRY HILL TOWNSHIP |
| CALIFORNIA TRAVEL&TOURISM | CHERRYVALE MALL LLC |
| CAMARILLO PREMIUM OUTLETS | CHICAGO PREMIUM OUTLETS |
| CAMERON COUNTY TAX OFFICE | CHRISTIANA ACQUISITIONS |
| Camilo, Jagely | Christie Carr |
| CAMPANA 125 LLC | CHRISTINE GREEN |
| CANAL SQUARE ASSOCIATES | Christopher D Mueller |
| Capstone Law APC | Christopher Pak |
| CAROLINA PLACE | Chubb |
| Carriaga, Angela M | Chubb Insurance Company of Puerto Rico |
| Carrow, Cassie | CIII GECMC05-C1 LAKESIDE MALL |
| Carson Wealth Management Group LLC | CINCINNATI INCOME TAX DIV |
| CASTLETON SQUARE LLC | Citadel Advisors LLC |
| Castronovo & McKinney, LLC | Citigroup Inc |
| CATHERINE FARRELL | CITIZENS NATIONAL BANK BUILDING, LLC |
| CATS BROTHERS | |
| CAUSEWAY LLC | CITRUS PARK MALL OWNERLLC |
| CBL SM-BROWNSVILLE LLC | CITY CREEK CENTER ASSOCIATES, LLC |
| CBL-FRIENDLY CENTER CMBS | |
| CBL-MONROEVILLE LP | CITY OF AKRON |
| CBL-WESTMORELAND LP | CITY OF ALBUQUERQUE |
| Cede & Co | CITY OF ALEXANDRIA, LA |
| CENTENNIAL VTC LLC | City of Allen |
| CENTENNIAL WATERFALL WILLOW BEND LLC | CITY OF ALPHARETTA |
| | CITY OF ANDERSON |
| CENTENNIAL WESTLAND MALL PARTNERS, LLC | CITY OF ANN ARBOR |
| | CITY OF ARCADIA |
| CenterCal Properties, LLC | CITY OF ARLINGTON |
| CENTRO DE CIENCIA Y TECNOLOGIA | CITY OF ATLANTA |
| CENTURY CITY MALL LLC | CITY OF AUBURN HILLS |
| CFL DISTRIBUTION INC | CITY OF BANGOR |

| | |
|---|---|
| CITY OF BATON ROUGE | CITY OF HOMEWOOD |
| CITY OF BELLEVUE | CITY OF HOOVER |
| CITY OF BILOXI | City of Houston |
| CITY OF BIRMINGHAM | City of Humble |
| CITY OF BOSSIER CITY | CITY OF JOHNSON CITY |
| CITY OF BOWIE | CITY OF JONESBORO |
| CITY OF BOWLING GREEN, KY | CITY OF JOPLIN |
| CITY OF BREA CALIFORNIA | CITY OF KANSAS CITY, MO |
| CITY OF BROOKFIELD | CITY OF KATY |
| CITY OF CALUMET CITY, IL. | CITY OF KENNER |
| CITY OF CARLSBAD | CITY OF KNOXVILLE |
| CITY OF CERRITOS | CITY OF LA CROSSE |
| CITY OF CHARLESTON | CITY OF LAKE CHARLES |
| City Of Charlotte | CITY OF LAKEWOOD BUSINESS |
| CITY OF CHESAPEAKE VA | CITY OF LANCASTER,PA |
| CITY OF CHICAGO | CITY OF LEAWOOD |
| CITY OF CHICAGO DEPT OF | CITY OF LINCOLN |
| CITY OF CHULA VISTA | CITY OF LONE TREE |
| CITY OF CLEARWATER | CITY OF LONG BEACH CALIFORNIA |
| CITY OF COLORADO SPRINGS | CITY OF LOS ANGELES |
| CITY OF COLUMBIA | City of Loveland |
| CITY OF CONCORD | CITY OF LYNNWOOD |
| CITY OF CONCORD TAX | CITY OF MADEIRA TAX OFFCE |
| CITY OF CORAL SPRINGS | CITY OF MADISON FIRE DEPARTMENT |
| CITY OF CORALVILLE | CITY OF MADISON TREASURER |
| CITY OF COSTA MESA | CITY OF MARLBOROUGH |
| CITY OF DAVENPORT | CITY OF MCALLEN |
| CITY OF DEARBORN | City of Mercedes |
| CITY OF DES PERES | CITY OF MESA |
| CITY OF DOTHAN | CITY OF MIAMI BEACH |
| CITY OF DOUGLASVILLE | CITY OF MIDLAND |
| CITY OF DOWNEY | CITY OF MILFORD |
| CITY OF EL CAJON | CITY OF MILPITAS |
| CITY OF EL CENTRO | CITY OF MOBILE |
| CITY OF ESCONDIDO | CITY OF MODESTO |
| CITY OF FLORENCE | CITY OF MONTCLAIR |
| CITY OF FLORENCE, SC | CITY OF MONTEBELLO |
| CITY OF FRESNO | CITY OF MONTEREY |
| City of Frisco | CITY OF MONTGOMERY |
| City of Gainesville | CITY OF NEW JERSEY CITY |
| CITY OF GARLAND TAX | CITY OF NEWARK |
| CITY OF GILROY | CITY OF NEWPORT |
| CITY OF GLENDALE, AZ | CITY OF NEWPORT NEWS |
| CITY OF GLENDALE, CA | CITY OF NILES INCOME TAX |
| City of Grapevine | CITY OF OAKLAND |
| CITY OF GREENSBORO | CITY OF ONTARIO |
| CITY OF HAMPTON | CITY OF OREM |
| CITY OF HARRISONBURG- | CITY OF PALM BEACH GARDNS |
| CITY OF HENDERSON | CITY OF PALM DESERT |

| | |
|---|---|
| CITY OF PALMDALE | CITY OF VACAVILLE |
| CITY OF PEABODY | CITY OF VANCOUVER |
| CITY OF PEMBROKE PINES | CITY OF VISALIA |
| CITY OF PHILADELPHIA | CITY OF WARWICK |
| CITY OF PHOENIX | CITY OF WAUWATOSA |
| CITY OF PLANTATION | CITY OF WEST COVINA |
| CITY OF PLEASANTON | CITY OF WEST PALM BEACH |
| CITY OF PORTAGE | CITY OF WESTMINSTER |
| CITY OF PORTLAND | CITY OF WOODBURY |
| CITY OF PUYALLUP | CITY OF YONKERS |
| CITY OF REDONDO BEACH | CLACKAMAS COUNTY TAX |
| CITY OF RENO | CLACKAMAS MALL, LLC |
| CITY OF RICHMOND | CLAIRE BRADY |
| CITY OF RIDGELAND | CLARKE COUNTY TAX |
| CITY OF ROANOKE | CLAY TERRACE PARTNERS LLC |
| CITY OF SACRAMENTO | CLAYTON COUNTY TAX |
| CITY OF SALISBURY | CLEAR CREEK ISD TAX OFFIC |
| CITY OF SAN DIEGO | CLERK OF THE COURT |
| CITY OF SAN JOSE | CLEVELAND COUNTY TREASURER |
| CITY OF SAN LUIS OBISPO | CLINTON CROSSING PREMIUM OUTLETS |
| CITY OF SAN RAFAEL | CLINTON TWP TREASURER |
| CITY OF SANDY | CMT DE LA LAGUNA, S.A DE C.V. |
| CITY OF SANTA ANA FINANCE | COASTAL GRAND CMBS, LLC |
| CITY OF SANTA BARBARA | COASTLAND CENTER LLC |
| CITY OF SANTA ROSA | COBB COUNTY |
| CITY OF SAVANNAH | COCONUT POINT TOWN CTRLLC |
| CITY OF SCOTTSDALE | Coffey, Fredrick |
| CITY OF SIMPSONVILLE | Colin Gomez, Ana A |
| CITY OF SOMERVILLE | COLLIN COUNTY TAX |
| CITY OF SOUTH PORTLAND | Collins, Dominique |
| CITY OF SPARKS ALARM PROGRAM | COLORADO MILLS MALL, LP |
| CITY OF SPARTANBURG, S.C. | COLORADO SPRINGS POLICE DEPARTMENT |
| CITY OF SPRINGFIELD/FINAN | COLUMBUS - CITY TREASURER |
| CITY OF ST PETERS | COLUMBUS OUTLETS |
| CITY OF ST. MATTHEWS | Comenity Capital Bank |
| CITY OF STERLING HEIGHTS | COMMISSION JUNCTION LLC |
| CITY OF STOCKTON - FINAR | Communication Interface Technologies, LLC |
| CITY OF SWEETWATER | CONCORD FALSE ALARM REDUCTION PROGRAM |
| CITY OF TACOMA | CONCORD MILLS MALL |
| CITY OF TALLAHASSEE | CONTRA COSTA COUNTY TAX |
| CITY OF TEMECULA | COOLSPRINGS MALL, LLC |
| CITY OF TEMPE | CORAL RIDGE MALL LLC |
| CITY OF THOUSAND OAKS | CORALVILLE FIRE DEPARTMENT |
| CITY OF TIGARD | CORD MEYER DEV |
| CITY OF TOLEDO | COROC/REHOBOTH III LLC |
| CITY OF TORRANCE | COROC/RIVIERA LLC |
| CITY OF TROY | |
| CITY OF TUCSON | |
| CITY OF TUSCALOOSA | |

| | |
|---|---|
| CORPORACION DEL FONDO DEL | DARTMOUTH MALL |
| CORPUS CHRISTI RETAIL | David Silverman |
| Corpus Christi Retail Venture LP | Davis, Laura |
| CORSO LLC | DAY JAY ASSOCIATES |
| CORTE MADERA VILLAGE LLC | DC OFFICE OF TAX AND REVENUE |
| COUNTRY CLUB PLAZA JV LLC | DC US Customs & Border Protection |
| COUNTRYSIDE MALL, LLC | DC US Customs Duty Drawback |
| COUNTY OF ALBEMARLE, VA | DDR URBAN LP |
| COUNTY OF BERGEN | DEERBROOK MALL |
| COUNTY OF BUCKS | DEKALB COUNTY TAX |
| COUNTY OF EAU CLAIRE | DEL AMO FASHION CTR OPER |
| COUNTY OF HENRICO VIRGINIA | DELAWARE DEPT OF LABOR |
| COUNTY OF LOS ANGELES | DELAWARE DIV OF REVENUE |
| COUNTY OF LOUDOUN | DELAWARE SECRETARY OF STATE |
| COUNTY OF MARIN- WEIGHTS | Delta Dental |
| COUNTY OF ORANGE | DEMITRA YEAGER |
| COUNTY OF RIVERSIDE | DENTON COUNTY TAX |
| COUNTY OF SACRAMENTO | DENVER COUNTY |
| County of San Diego | DENVER PAVILLONS OWNER CO |
| COUNTY OF SANTA CLARA | DENVER PREMIUM OUTLETS |
| CP COMMERCIAL DELAWARE LLC | DEPT OF PUBLIC HEALTH |
| CPF DISTRICT OWNER LLC LOCKBOX | DEPT OF TOXIC SUBSTNCE CN |
| CPG MERCEDES, LP | Derraj, Sophia |
| CPG PARTNERS LP | DESOTO COUNTY |
| CRAIG REALTY GROUP | DESTIN COMMONS LTD |
| CRAIG REALTY GROUP - TULARE, LLC | DEVELOPMENT AREA 5, L.P. |
| CRAIG T GOLDBLATT | DIANE GIODANO |
| Craig Thompson | Diaz, Letticia |
| CRAIGHEAD COUNTYCOLLECTOR | Dimensional Fund Advisors LP |
| CREEKSIDE 126 LLC | Dimensional Global Sustainability Core Equity Fund |
| CRESCENT BAHUMAN LIMITED | |
| CROSS COUNTY SHOPPING CTR | Dimensional International Core Equity Fund |
| CROSS CREEK MALL SPE, LP | Dinsmore & Shohl LLP |
| CROSSGATES MALL GENERAL COMPANY NEWCO, L | DION WYNN |
| | Distribution Land Company, LLC |
| CROSSROADS MALL REALTY HOLDING LLC | DISTRICT COURT OF JEFFERSON COUNTY |
| Crowley ISD | DIVISION OF FAMILY AND MEDICAL LEAVE |
| CRYSTAL RUN GALLERIA LLC | |
| CSC CORPORATE DOMAINS | DIVISION OF UNEMPLOYMENT |
| CVM HOLDINGS CRABTREE VALLEY MALL | DOLPHIN MALL ASSOC LP |
| | Domain Northside Retail Property Owner LP |
| CVM Holdings LLC | DOMAIN RETAIL PROPERTY OWNER |
| CVS Caremark | DONA ANA COUNTY TREASURER |
| CYPRESS-FAIRBANKS ISD | Donmez, Melissa |
| DALLAS COUNTY TAX | DONNELLEY FINANCIAL LLC |
| Dana & Pariser Co., L.P.A. | Dorcely, Micah |
| DANIELLE GADSON | DOS LAGOS SQUARED LLC |
| Dapeer Law | DOUGLAS CNTY TREASURER CO |

| | |
|---|---|
| Dryden 102 CLO Ltd | EXPERIAN MARKETING |
| Dryden 104 CLO Ltd | Express BNBS Fashion, LLC |
| Dryden 105 CLO Ltd | Express CG, LLC |
| Dryden 106 CLO Ltd | Express Fashion Digital Services Costa Rica S.R.L. |
| Dryden 107 CLO Ltd | |
| Dryden 108 CLO Ltd | Express Fashion Digital Services Costa Rica S.R.L. |
| Dryden 109 CLO Ltd | |
| Dryden 112 CLO Ltd | Express Fashion Investment, LLC |
| Dryden 113 CLO Ltd | Express Fashion Logistics, LLC |
| Dryden 94 CLO Ltd | Express Fashion Operations, LLC |
| Dryden 97 CLO Ltd | Express Finance Corp. |
| Dryden 98 CLO Ltd | Express Holding, LLC |
| DTC DEVELOPMENT MSP LLC | Express Topco LLC |
| DTP Commercial Mortgage Trust 2023-STE2 | Express, Inc. |
| DURHAM COUNTY TAX | Express, LLC |
| E&P AT EST BRUNSWICK LLC | EXPWHP LLC |
| EAST BRUNSWICK FIRE DISTRICT 1 | EXPWHP, LLC |
| East End Trial Group LLC | FACEBOOK, INC. |
| EASTLAND MALL | Faegre Drinker Biddle & Reath LLP |
| EASTON TOWN CENTER II LLC | FAIRFAX CO OF VIRGINIA |
| EASTVIEW MALL, LLC | FAIRLANE TOWN CENTER REALTY HOLDING LLC |
| EASTWOOD EMC | |
| EATON CENTRE MGMT OFFICE | FAIRMALL LEASEHOLDS INC |
| EATONTOWN MONMOUTH MALL LLC | FANG BU |
| ECTOR COUNTY APPRAISAL | Fannin, David M |
| EDINBURGH PREMIUM OUTLETS | FANTAS EYES INC |
| EDISON MALL | Faria, Nathaly C |
| EDITH A. SERRANO | FASHION CENTRE MALL, LLC C/O M.S. MANAGE |
| Effy Zinkin | |
| EIGHTH UTILITIES DISTRICT | Fashion Island Retail LLC [Fashion Island Shopping Center] |
| EKFH, LLC | |
| EKLECCO NEWCO LLC | FASHION OUTLETS AT FOXWOODS LLC |
| EL PASO COUNTY, CO | |
| EL PASO OUTLET CENTER CMBS LLC | FASHION VALLEY MALL |
| EL PASO TAX ASSESSOR/ | FAYETTE COUNTY PUBLIC SCHOOLS (FCPS) |
| ELMWOOD PROPERTIES LLC | |
| EMI SANTA ROSA LP | FAYETTE MALL SPE, LLC |
| EMPIRE MALL LLC | Federal Realty OP LP |
| EMPLOYMENT SECURITY DEPARTMENT | Federated MDTA LLC |
| | FHB RETAIL PROPERTY LLC |
| Engler, Cindi | Fidelity Extended Market Index Fund |
| Enix, Anthony | Fidelity Series Total Market Index Fund |
| Environmental Democracy Project | Fidelity Total Market Index Fund |
| ENVIRONMENTAL HEALTH DIVISION | Fifth Third Bank, National Association |
| Eric Yardley | FIRST COLONY MALL, LLC |
| Esquivel, Nadia | First Eagle Alternative Credit, LLC |
| E-Teen Company Limited | FIRST STERLING GREENWICH CORP. |
| Excel Sports Management | FLATIRON PROPERTY HOLDING LLC |
| EXP TopCo, LLC | FLORENCE COUNTY TREASURER |

| | |
|---|---|
| FLORIDA MALL ASSOC LTD | GGP STATEN ISLAND MALL LL |
| Florida Power & Light | GGP/HOMART II, LLC |
| Florida Power Corporation | GGP-GRANDVILLE, LLC |
| FLOYD COUNTY TAX | GGP-LIMITED PARTNERSHIP |
| FORBES TAUBMAN ORLANDO | Gieseke, Kerry |
| FORBES/COHEN FLA PROP | GILROY PREMIUM OUTLETS |
| FOREST HARLEM PROPS, LTD | GLENDALE I MALL ASSOC, LP |
| FORT BEND CO LID #2 | GLOBANT LLC |
| FORT BEND COUNTY TAX | GLOUCESTER PREMIUM OUTLETS LLC |
| FORTUNE FOOTWEAR INC | GLOUCESTER TOWNSHIP FIRE DISTRICT 4 |
| FOUR STATE PROPERTIES LLC | |
| FOX HILLS MALL, LP | Glover, Guyla |
| FOX VALLEY MALL LLC | GMV (MALL) VENTURE, LLC |
| Francisco Javier Gonzalez | Gomez, Analia |
| FRANKLIN COUNTY CLERK OF | Gonzalez, Hilda C |
| FRANKLIN MILLS ASSOC, LP | Gonzalez, Madeline |
| FRANKLIN PARK MALL, LLC | GOOGLE INC |
| FREDERICK COUNTY MD | Gordon Brothers Retail Partners, LLC |
| FREEHOLD CHANDLER TRUST TWC CHANDLER, LL | GOVERNORS SQUARE MALL LLC |
| | GRAND PRAIRIE OUTLETS LLC |
| FREEMALL ASSOCIATES LLC | Granify (USA) Inc. |
| FRESNO COUNTY SHERIFF'S OFFICE | GRANIFY, INC |
| Frisco ISD | GRAPEVINE MILLS MALL LP |
| FRIT SAN JOSE TOWN AND COUNTRY VILLAGE L | Grapevine-Colleyville ISD |
| | Gratia Capital LLC |
| FSC Securities Corp | Great American |
| FSH ASSOCIATES LP | GREAT FRIENDS AGENCY |
| FULTON COUNTY TAX COMMISSIONER | GREECE RIDGE, LLC |
| G&L BUILDING CORPORATION | GREEN HILLS MALL TRG LLC |
| GA Central Georgia EMC | Greenberg Traurig, LLP |
| GALLERIA AT WOLFCHASE LLC | GREENVILLE COUNTY TAX |
| GALLERIA MALL INVESTORS | GREENWOOD PARK MALL LLC |
| Galveston County | GREGORY F.X. DALY- City of St. Louis Tax Collector |
| GALVESTON OUTLETS LLC | |
| Garcia v. American Eagle, et al. | GREYSTONE, JPMCC 2010-C2 |
| GARDAWORLD SECURITY SERVICES | Group One Trading LP |
| GARDENS PROMOTIONAL FUND | GSA Capital Partners LLP |
| GARLAND INDEPENDENT | GT CROSS POINTE LLC |
| Gates, Kiana | GUILFORD COUNTY TAX |
| GENESEE MALL REALTY LLC | GULF COAST FACTORY SHOPS LP |
| Geode Capital Management LLC | Gulf Power Company |
| GERBER TECHNOLOGY | GULFPORT FACTORY SHOPS L.P. |
| GGP COLUMBIA MALL | GWINNETT CO TAX COMMISSIO |
| GGP FOUR SEASONS LP | GWINNETT PLACE MALL GALLC |
| GGP HOLDING II, INC. | HAB-BPT BERKHEIMER ASSOC |
| GGP LIMITED PARTNERSHIP | Haley, Joan |
| GGP MAINE MALL, LLC | HALL COUNTY, GA |
| GGP MEADOWS MALL LLC | HAMILTON COUNTY TREASURER |
| GGP NEWGATE MALL LLC | HAMILTON COUNTY TRUSTEE |

| | |
|---|---|
| HAMILTON MALL REALTY LLC | HOWARD COUNTY |
| HAMILTON PLACE CMBS, LLC | HULEN MALL LLC |
| HAMILTON TC, LLC | HUMBLE ISD |
| HAMPTON CITY TREASURER | Huntington Auto Trust 2024-1 |
| HANDLERY HOTELS, INC | Huntington National Bank |
| HANNAH M. MCCOLLUM | HUNTSVILLE AL CTY CLK TRS |
| HARBOR EAST PARCEL B-RETAIL | Idrobo, Penelope |
| HARLINGEN TAX OFFICE | ILLINOIS DEPT OF EMPLYMNT |
| Harris Co ESD #09 | ILLINOIS DEPT OF REVENUE |
| Harris Co ID #01 | IMPERIAL COUNTY TAX |
| Harris County | IMPERIAL VALLEY MALL II LP |
| HARRIS COUNTY ALARM DTL | INDIAN RIVER COUNTY |
| Harris County Department of Education | INTERNATIONAL ENVIRONMENTAL MGMT |
| Harris County Flood Control District | Invesco Capital Management LLC |
| Harris County Hospital District | Invesco FTSE RAFI US 1500 Small-Mid ETF |
| Harris County Municipal Utility District # 358 | Inzuna Cortez, Lesley |
| Harris County Port of Houston Authority | IRVING ISD TAX OFFICE |
| Harris County Water Control and Improvement District # 155 | J. KATE STICKLES |
| Harris, Caleb | JACKSON COUNTY COLLECTOR |
| HARRISON CO TAX COLLECTOR | Jackson, APC |
| HARRISONBURG, VA CITY OF | JAMES R. O'MALLEY |
| HARRY E HAGEN,TAX COLLECT | JAMESTOWN 283 DARTMOUTH |
| HAYS COUNTY TAX OFFICE | JANE LEAMY |
| Hazel, Lena | Jason J Swift |
| HEALTHY SAN FRANCISCO | JASPER COUNTY COLLECTOR |
| HENNEPIN COUNTY | JBG/SHAY RETAIL LLC |
| Hernandez, Yvonne | JDA SOFTWARE, INC. |
| HG GALLERIA LLC | Jean Francois, Emmanuella |
| HGIT BRIARGATE LLC | JEBBIT INC |
| HIDALGO COUNTY TEXAS | JEFFERSON COUNTY, KY |
| HIGHLAND VILLAGE LIMITED PARTNERSHIP | JEFFERSON COUNTY, TEXAS TAX |
| Hilco Merchant Resources, LLC | Jeffrey Hunter Rice |
| HILL CENTER AT GREEN HILLS LLC | Jeffrey Mead Kurzon |
| HILLSBOROUGH COUNTY TAX | Jeremy Ferova |
| HING SHING LOOPING MANUFACTURING CO LTD | JERSEY SHORE PREMIUM OUTLETS LLC |
| HKM Employment Attorneys LLP | Jessica Nettles |
| HOLLY DICE | JG ELIZABETH II, LLC |
| HOLYOKE MALL COMPANY LP | JG WINSTON-SALEM LLC |
| HOOVER MALL LTD LLC | JILL WALKER |
| Hopkins, Dawson Noah | Jillson, Crystal |
| HORRY COUNTY BUSINESS | Joele Frank-Wilkinson Brimmer Katcher |
| HORRY COUNTY, SC | JOHN T DORSEY |
| Houston Community College System | JOHNSON COUNTY TREASURER |
| HOUSTON COUNTY REVENUE | Johnson, Kaitlin A |
| Houston ISD | Jolene Ferova |
| | JONATHAN LIPSHIE |

| | |
|---|---|
| JONATHAN NYAKU | KRE BROADWAY OWNER LLC |
| JORDAN CREEK TOWN CENTER LLC | KRE COLONIE OWNER LOCKBOX |
| JORDAN WEDDERBUM | KRG LANSING EASTWOOD, LLC |
| Jorge Chacon | KS Kansas City Board of Public Utilities |
| JOSEPH CUDIA | KSL Commercial Mortgage Trust 2023-HT |
| JOSEPH MCMAHON | L BRANDS, INC |
| Joshua Anthony Ray | LA CIENEGA LTD |
| Joshua R Monroe | LA CROSSE CITY TREASURER |
| JP Morgan Securities LLC | LACANTERA RETAIL LTD PTR |
| JP Morgan Securities plc | Ladenburg Thalmann & Co Inc |
| JPMCC 2014-C20 LINCOLNWOOD TOWN CENTER L | LAFAYETTE PARISH TAX |
| JPPF BUCKHEAD VILLAGE L.P C/O JAMESTOWN LP | LAKE BUENA VISTA JOINT VENTURE LLC |
| JUDSON ISD TAX OFFICE | LAKE COUNTY TREASURER |
| JULIET SARKESSIAN | LAKE SUCCESS SHPNG CNTR |
| Justin Rose | LAKESIDE OOTB VENTURES, LLC |
| K/BTF BROADWAY LLC | Lalani, Faiza N |
| KAISER CONSULTING LLC | LAREDO OUTLET SHOPPES LLC |
| Kaldro, Angeline | LARIMER COUNTY TREASURER |
| KANAWHA COUNTY SHERIFF | LAS CRUCES CITY CLERKS OF |
| KANSAS DEPT. OF REVENUE | LAS VEGAS NORTH PREMIUM OUTLETS |
| KAREN B OWENS | LAS VEGAS SOUTH OUTLETS LLC |
| Karen Leever | LASALLE PROPERTY FUND REIT INC |
| Kate Dias | LAUDERDALE CO TAX |
| Kelsey Swift | LAURIE SELBER SILVERSTEIN |
| KENILWORTH CREATIONS | LAURA HANEY |
| KENTUCKY DEPT OF REVENUE | Laurel Krueger |
| KENTUCKY STATE TREASURER | LAUREL PARK RETAIL PRPTES |
| KENWOOD MALL LLC GGP-TRS LLC | LAUREN ATTIX |
| Keriwala, Mohamed Umer | LAURIE CAPP |
| Kern County Treasurer and Tax Collector Office | Lavi & Ebrahimian, LLP |
| Kevin-Mitchell Clement | Law Offices of Anthony J. Pantuso, III |
| Keystone-Florida Property Holding Corp. | Law Offices of Gloria Dredd Haney |
| KFM247 LTD | Law Offices of Sahag Majarian, II |
| KILDEER VILLAGE SQUARE LLC | LEAWOOD TCP, LLC |
| Killinger, Amanda | Leeds Brown Law, P.C. |
| KING COUNTY DISTRICT CRT | LEESBURG CORNER PREMIUM OUTLETS |
| KING COUNTY TREASURY | LEGACY WEST INVESTORS C/O PRISM PLACES I |
| KING OF PRUSSIA ASSOCIATES | Legg Mason Royce US Small Cap Opportunity Fund |
| Kirkland & Ellis LLP | |
| KITTERY DEVELOPMENT LLC | LEHIGH VALLEY MALL, LLC |
| KNOX COUNTY TRUSTEE | LENOX SQUARE |
| Knoxville Utilities Board | LEON COUNTY TAX COLLECTOR |
| Koulouris, Ariana | LEVER STYLE LTD. |
| KPMG International Limited | Lexington Law Group |
| KPMG LLP | LFUCG, DIVISION OF REVENU |
| KRAVCO INC | |

| | |
|---|---|
| LI&FUNG(TRADING) LIMITED | MACERICH TWENTY NINTH STREET, LLC |
| LIBERTY CENTER LLC | MACERICH VINTAGE FAIR LTD |
| Liberty Mutual Insurance Company | MACWH, LP DBA DANBURY MALL, LLC |
| Liberty Place Retail Associations | MADISON COUNTY TAX |
| LIFTLAB ANALYTICS INC | Madison County, Alabama |
| LIGHTHOUSE PLACE PREMIUM OUTLETS, LLC | MADISON CTY. LICENSE COMM |
| LINCOLN PLAZA CENTER | MADISON MUNICIPAL COURT |
| LINDA CASEY | MADISON-EAST TOWNE LLC |
| LINDA RICHENDERFER | MADISON-WEST TOWNE LLC |
| LINDALE MALL REALTY HOLDING LLC | MAINPLACE SHOPPINGTOWN LLC |
| LINEA PELLE Inc | MALCOLM M. BATES |
| LITTLE ROCK OUTLETS REALTY HOLDING LLC | Malissa Akay |
| LIVERMORE PREMIUM OUTLETS | MALL 1 BAY PLAZA LLC |
| LIVINGSTON MALL REALTY HOLDING LLC | MALL AT AUBURN, LLC |
| Lloyd's | MALL AT BRIARWOOD LLC |
| Lone Star College System | MALL AT CHESTNUT HILL, LLC |
| LORA JOHNSON | MALL AT COTTONWOOD LLC |
| LOS ANGELES COUNTY FIRE DEPARTMENT | MALL AT GREAT LAKES LLC |
| LOS ANGELES COUNTY TAX | MALL AT GURNEE MILLS, LLC |
| LOS ANGELES FIRE DEPARTMENT | MALL AT IRVING LLC |
| LOUIS JOLIET REALTY LLC | MALL AT JEFFERSON VALLEY |
| LOUISVILLE METRO REVENUE COMMISSION | MALL AT KATY MILLS, LP |
| LOVELAND CITY PIF | MALL AT NORTHSHORE LLC |
| LOVELAND CITY RSF | MALL AT POTOMAC MILLS,LLC |
| LUBBOCK CENTRAL APPRAISAL | MALL AT SOLOMON POND LLC |
| Lux, Matthew | MALL AT SUMMIT LLC |
| Lynch Carpenter LLP | MALL AT WHITE OAKS LLC |
| LYNNHAVEN MALL, LLC | MALL DEL NORTE LLC |
| M&J - BIG WATERFRONT TOWN CENTER I LLC | MALL OF GEORGIA LLC |
| M3 Partners, LP | MALL OF LOUISIANA LLC |
| MA Professional Solicitor's Bond | Mallari Law Group |
| MACERICH BUENAVENTURA LP | MANAGER OF FINANCE |
| MACERICH CERRITOS LLC | Manatee County Tax Collector |
| MACERICH DEPTFORD LLC | MANCHU TIMES FASHION LTD |
| MACERICH FRESNO LP | MANE ENTERPRISES, INC. |
| MACERICH LAKEWOOD LP | Marca, Bryam |
| MACERICH NIAGARA LLC | MARICOPA COUNTY TREASURER |
| MACERICH NORTH PARK MALL LLC | MARIN COUNTY TAX |
| MACERICH NORTHWESTERN ASSOCIATES | MARION COUNTY TREASURER |
| | Mark Still |
| MACERICH OAKS LP | Markel Group |
| MACERICH SOUTH PLAINS LP | MARKET PLACE S/C GGPLP |
| MACERICH STONEWOOD LLC | MARKET STREET- THE WOODLANDS |
| | MARQUIETTA LOPEZ |
| | MARSHAL, CITY OF NEW YORK |
| | Martinez, Teresa M |
| | MARY F WALRATH |

| | |
|---|---|
| MARYLAND PLAZA SOUTH LLC | MOBILE COUNTY REVENUE |
| MASSACHUSETTS DEPT OF REVENUE | Moelis & Company |
| Matrix Psychological Services Employee Assistance Program, Inc. | MONARCHS SUB LLC |
| Matthew Finigan | MONROE COUNTY, FL |
| Max E Orellana | MONTEREY COUNTY TAX |
| MAYFAIR MALL LLC | MONTGOMERY COUNTY TAX |
| MAYFLOWER CAPE COD, LLC | MONTGOMERY COUNTY, MD |
| MCALLEN MUNICIPAL COURT | MONTGOMERY MALL OWNER LLC |
| McCall v. Express Factory Outlet | MONTGOMERY MALL PARTNERSH |
| MCKINLEY MALL REALTY HOLDING LLC | MONUMENT CONSULTING LLC |
| MCLENNAN COUNTY TAX OFFIC | MORENO VALLEY MALL HOLDING LLC |
| MCM PROPERTIES LTD | Morgan Stanley & Co International plc |
| MEADOWOOD MALL SPE, LLC | Morgan Stanley & Co LLC |
| MECKLENBURG COUNTY | Morgan Stanley Smith Barney Holdings LLC |
| MELBOURNE SQUARE LLC | MOTIVES |
| MEMORIAL CITY MALL LP | MSC1 2011-C2 INGRAM PARK LLC |
| MERCHANTS ASSOCIATION BS | MSM PROPERTY LLC |
| MERCHANTS ROW WEBWARD LLC | MSWF Commercial Mortgage Trust 2023-1 |
| MERIDEN TAX COLLECTOR | MSWF Commercial Mortgage Trust 2023-2 |
| MERIDIAN CHARTER TOWNSHIP | MULTNOMAH COUNTY, OREGON |
| MERKLE INC | MUNICIPALITY OF MONROEVLL |
| MERSHOPS GALLERIA AT SUNSET LLC | MUNISERVICES, LLC |
| MESILLA REALTY LLC | Murfreesboro Electric |
| MESQUITE TAX FUND | MURRAY CITY BUSINESS |
| Metropolitan Life Insurance Company | MUSCOGEE CO TAX |
| METROPOLITAN TRUSTEE | MVV OWNER LLC |
| MEYERLAND RETAIL ASSOCIATES, LLC | Mylle H. Mangum |
| MGF SOURCING US, LLC | NASSAU COUNTY FIRE COMMISSION |
| MIAMI DADE COUNTY | Nastase, Alina |
| Michael G. Archbold | NATICK MALL, LLC |
| MICHAEL GIRELLO | NC Progress Energy Carolinas Inc |
| MICHIGAN DEPARTMENT OF TREASURY | NCR CORPORATION |
| MICROSOFT ONLINE INC. | ND WORKFORCE SAFETY&INSUR |
| MIDDLETOWN TOWSHIP | NE GATEWAY MALL PROPCO LLC |
| MID-SOUTH OUTLET SHOPS LLC | NEBRASKA DEPT OF REV |
| Mike Reese | NED ALTOONA, LLC |
| Millennium Management LLC | NEDAP INC |
| MINNESOTA DEPT OF REVENUE | NETJETS AVIATION, INC |
| MIROMAR OUTLET EAST LLC | Nevada Department of Taxation |
| MISSION AND FIELDS LLC | NEVADA SECRETARY OF STATE |
| MISSISSIPPI OFFICE OF REV | NEW HANOVER COUNTY TAX |
| MK OAKLAND MALL LLC | NEW JERSEY DEPT OF LABOR |
| MNH MALL LLC | NEW MEXICO TAX & REVENUE |
| MO Kansas City Power & Light | NEW YORK STATE UNEMPLYMNT |
| MOAC MALL HOLDINGS LLC | NEWINGTON POLICE DEPT |
| | NEWPARK MALL LP |
| | NEWTIMES DEVELOPMENT LIMITED |
| | Nick Wheatley |
| | NICKITA BARKSDALE |

| | |
|---|---|
| NOIR JEWELRY LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART |
| NORFOLK CITY TREASURER | OH The Duke Energy Company |
| NORFOLK OUTLETS LLC | OKALOOSA COUNTY |
| NORMAN RUIZ | OKC OUTLETS I, LLC |
| NORTH COUNTY SHOPS BGI GP LLC | OKLAHOMA COUNTY TREASURER |
| NORTH DAKOTA STATE TAX CO | OLD ORCHARD URBAN LTD PTR |
| NORTH GEORGIA PREMIUM OUTLETS | OMAHA OUTLETS SPE LLC |
| NORTH HILLS OWNER LLC | ONTARIO MILLS LP |
| North Riverside Park Associates LLC | ONTREA INC MASONVILLE |
| NORTH TOWN MALL REALTY HOLDING LLC | ONTREA INC RE:SHERWAY |
| Northern Trust Investments Inc | ONTREA INC, MARKVILLE |
| NORTHFIELD SQUARE MALL REALTY LLC | OPRY MILLS MALL, LP |
| NORTHPARK MERCHANTS ASSOCIATION | Optum Bank |
| | Oracle America, Inc. |
| NORTHPARK PARTNERS, LP | ORANGE COUNTY |
| Northwest ISD | OREGON DEPT OF REVENUE |
| NORTHWOOD MALL REALTY HOLDING LLC | OREGON EMPLOYMENT DEPARTMENT |
| NORTHWOODS MALL CMBS, LLC | OREGON SECRETARY OF STATE |
| NPP DEVELOPMENT, LLC | ORLAND PARK, VILLAGE OF |
| NSMJV, LLC | ORLANDO OUTLET OWNER LLC |
| NUECES COUNTY | Orlando Utilities Co |
| NW ARKANSAS MALL REALTY LLC | Orlando Utilities Commission |
| NXGN INC | ORLANDO VINELAND PO LP |
| NY Consolidated Edison Company of New York | Ortado, Rene |
| | OUTLET VILLAGE OF HAGERSTOWN LP |
| NYANQUOI JONES | OUTLETS AT WESTGATE LLC |
| NYS UNEMPLOYMENT INSURANCE | Outten & Golden LLP |
| OAK PARK MALL, LLC | PACIFIC BUYING AND MARKETING SERVICE LTD |
| OAKBROOK URBAN VENTURE LP | |
| OAKST Commercial Mortgage Trust 2023-NLP | Pacific Gas & Electric Company |
| | Pacific Trial Attorneys |
| Oaktree Capital Management LP | Paez, Carlos M |
| Oaktree CLO 2021-2 Ltd | Paige-Stone, Monje |
| Oaktree CLO 2022-1 Ltd | PALM BEACH COUNTY |
| Oaktree CLO 2022-2 Ltd | PALM BEACH OUTLETS I LLC |
| Oaktree CLO 2022-3 Ltd | PALM DESERT, LP |
| Oaktree CLO 2023-1 Ltd | Palma, Mathias |
| Oaktree CLO 2023-2 Ltd | PALO ALTO POLICE DEPT |
| OAKWOOD HILLS MALL LLC | PANDERA SYSTEMS, LLC |
| OFFICE OF FAYETTE COUNTY | Parametric Portfolio Associates |
| OFFICE OF TAX AND REVENUE | PARAMUS PARK SHOPPING CTR |
| OFFICE OF THE OHIO ATTORNEY GENERAL | PARISH OF ASCENSION |
| | PARISH OF JEFFERSON |
| OGLETHORPE MALL | PARK CITY BUSINESS TRUST |
| Ogletree Deakins Nash Smoak & Stewart, P.C. | PARKDALE MALL CMBS, LLC |
| | PARKWAY PLACE SPE, LLC |
| | PARTNERS MALL ABILENE LLC |

| | |
|---|---|
| PASCO COUNTY BOCC | PR Commonwealth of Puerto Rico |
| PASCO COUNTY FLORIDA | PR GALLERY I LIMITED PARTNERSHIP |
| Patricia Lopez | PR PATRICK HENRY LLC |
| Patterson, Anthony | PR PLYMOUTH MEETING,LP |
| PAULA SUBDA | PR PRINCE GEORGE PLAZA LLC |
| PEABODY POLICE DEPARTMENT | PR SPRINGFIELD DELCO LP |
| PEARLAND TOWN CENTER LP | PR SPRINGFIELD TOWN CNTR |
| PEARLRIDGE CENTER ASSOC. | PREIT ASSOCIATES LP |
| PEMBROKE LAKES | PREIT SERVICES, LP |
| PENN SQUARE MALL LLC | PREMIUM OUTLET PARTNERS LP |
| Perez Law, P.A. | PREP HILLSIDE REAL ESTATE LLC |
| PERIMETER MALL, LLC | PricewaterhouseCoopers International |
| PETALUMA VILLAGE PREMIUM | Limited |
| OUTLETS | PRINCE GEORGE'S COUNTY |
| Peter Myung-Won Pak | PRINCE WILLIAM COUNTY |
| Peter Swinburn | PRISA ARBOR LAKES, LLC |
| PFP COLUMBUS II, LLC | Professional Fundraiser or Commercial Co- |
| PGA National Resort Commercial Mortgage | Venture- State of Alabama |
| Trust 2023-RSRT | PROMENADE SHOPS - 10220472 |
| PGIM Inc | PROVIDENCE PLACE |
| PHILADELPHIA PREMIUM OUTLETS | Province, LLC |
| LLC | Prudential |
| Picardi, Kimberly | Prudential Insurance Company |
| PIERCE COUNTY BUDGET & | PT. UNGARAN SARI GARMENTS |
| PIMA COUNTY TREASURER | PULASKI COUNTY TREASURER |
| PIZZUTI GM LLC | PYRAMID WALDEN COMPANY LP |
| PLACER CNTY TAX COLLECTOR | QUADIENT LEASING USA, INC |
| PLANES MOVING & STORAGE INC | QUAKER ASSOCIATES LLC |
| Plano ISD | QUEENS CENTER SPE, LLC |
| PLATTE COUNTY COLLECTOR | RACHEL BELLO |
| PLAZA BONITA LLC | Radial Commerce Inc. |
| PLAZA CAROLINA MALL, LP | RADIAL INC |
| PLAZA DEL CARIBE | RAMSEY COUNTY ENVIRONMENTAL |
| PLAZA FRONTENAC ACQUISITION LLC | HEALTH DIV |
| PLAZA LAS AMERICAS, INC | RAPIDES PARISH |
| PLAZA WEST COVINA LP | RAR2 MARINA MRKTPLC CA |
| PLEASANT PRAIRIE FIRE AND RESCUE | RBC Capital Markets LLC |
| PLEASANT PRAIRIE PREMIUM | RC LINCOLN ROAD HOLDINGS LLC |
| OUTLETS LLC | RCG GLOBAL SERVICES INC |
| PNC Advisors | RED Development, LLC |
| POM-COLLEGE STATION LLC | RED SPARKS SPE, LLC |
| PORTLAND POLICE ALARMS | REEP-RTL MPM GA LLC |
| POTTER COUNTY TAX | Reimer, Ruhi |
| POUGHKEEPSIE GALLERIA LLC | Renaissance Technologies LLC |
| PPF RTL ATLANTIC TOWN CENTER LLC | RESICOM CUSTOM PAINTING & |
| PPF RTL ROSEDALE SHOPPING | ReStore Capital, LLC |
| CENTER,LLC | RhumbLine Advisers LP |
| PR AVALON PHASE I OWNER, LLC | RICHARD SCHEPACARTER |
| PR CAPITAL CITY | RICHLAND COUNTY TREASURY |

| | |
|---|---|
| RICHMOND COUNTY TAX | SAINT LOUIS GALLERIA LLC |
| Ricketts, Bruce | Salaiz, Erik |
| RICOH USA INC | Saleh K Abubakier |
| RIDERWOOD USA INC | SALESFORCE INC |
| RIDGEDALE CENTER LLC | SALISBURY MALL REALTY HOLDING LLC |
| RIMINI STREET, INC. | Salvo, Gina |
| RIVER OAKS CENTER LLC | SAM WALNUT LLC |
| Rivera, Zhanna | SAN BERNARDINO COUNTY FIRE PROTECTION |
| RIVERSIDE CNTY TREASURER | SAN FRANCISCO DPH |
| RM MEMBER LLC | SAN FRANCISCO TAX COLLECTOR |
| ROBERT CAVELLO | San Marcos CISD-Consolidated Independent School District |
| Robin Lionheart | Sandra Pajaro |
| Robinhood | SANDUSKY MALL CO |
| ROBINSON MALL REALTY HOLDING LLC | SANDY ALEXANDER INC |
| Robinson, Hoover & Fudge PLLC | SANGERTOWN SQUARE LLC |
| Robyn Lynn Ray | Sara Tervo |
| ROCKAWAY CENTER ASSOCIATES | Sarah L Klein |
| ROCKSAL MALL LLC | SARAHI CRUZ |
| Rodriguez, Paula M | Satish Mehta |
| ROLLING OAKS MALL REALTY HOLDING LLC | Saul Ewing LLP |
| Romero, Eloy | SCANDIT INC |
| ROOSEVELT FIELD MALL | Schiavulli, Tracy |
| Ropa Siete Leguas, Inc. | Schottenstein Legal Services Co., LPA |
| ROSA SIERRA-FOX | Schwab Total Stock Market Index Fund |
| ROSE KNITTING (ASIA) LIMITED | SCOTTSDALE FASHION SQUARE |
| ROSEVILLE FIRE DEPT | SD DEPT OF REVENUE- South Dakota |
| ROSEVILLE SHOPPINGTOWN LLC | SDG DADELAND ASSOC INC |
| ROTH BROS INC | SDG FASHION MALL LIMITED PARTNERSHIP |
| ROUND ROCK PREMIUM OUTLETS | SDQ FEE LLC |
| ROUSE F.S.,LLC | SEAPORT BOSTON |
| Royce & Associates LP | SEATTLE PREMIUM OUTLETS |
| Royce Small-Cap Opportunity Fund | Securian Life Insurance Company |
| RPI CARLSBAD LP | SEMINOLE MALL REALTY HOLDING LLC |
| RPI GREENVILLE MALL, LP | SETTLERS' R2 INC |
| RPT REALTY LP | Sevilla, Victoria |
| RR DONNELLEY | SF SHOPPING CENTRE ASSOC |
| RREEF AMERICAN REIT II, CORP HH | SHAKIMA L. DORTCH |
| RSE INDEPENDENCE LLC | Shamis & Gentile, P.A. |
| RSS UBSBB2012C4-UT NMH LLC | SHELBY COUNTY |
| RSS UBSBB2013-C6-FL BML, LLC | SHELBY COUNTY OCCUPATIONAL |
| Rumph, Kennedy | SHELBY COUNTY TRUSTEE |
| Rusty Rendon | SHERMAN OAKS FASHION |
| RUTHERFORD COUNTY TRUSTEE | SHOPPES AT BUCKLAND HILLS LLC |
| S5 STRATOS INC | SHOPPES AT RIVER CROSSING |
| SACRAMENTO COUNTY | |
| SACRAMENTO METRO FIRE | |
| SAGINAW, MI | |

| | |
|---|---|
| SHOPPING CENTER ASSOCIATE | SPG PRIEN LLC |
| SHOPS AT MISSION VIEJO LLC | SPM ACQUISITION LLC |
| SHORT HILLS ASSOC | SPOTSYLVANIA MALL COMP |
| SHORT PUMP TOWN CNTR,LLC | SPRING BRANCH I.S.D |
| SILVER CREST CLOTHING PVT LTD - UNIT III | SPRINGFIELD TWP. |
| | SPUS9 FB PADDOCK PROP, LLC |
| SIMON CAPITAL GP | SRE HAWKEYE LLC |
| SIMON CAPITAL LP | SRE ONTARIO LLC |
| SIMON PROP GROUP | SRMF TOWN SQUARE OWNER LLC |
| SIMON PROP GRP(TEXAS)LP | ST AUGUSTINE PREMIUM OUTLETS |
| SIMON/CLARKSBURG DEVELOPMENT LLC | ST CHARLES COUNTY |
| | ST CLAIR SQUARE SPE LLC |
| SINGLE SOURCE APPAREL INC | ST LOUIS PREMIUM OUTLETS LLC |
| SINGLEPAY | ST TAMMANY PARISH |
| SIRIUS COMPUTER SOLUTIONS | ST. CLOUD MALL, LLC. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | STAMFORD TOWN CENTER LLC |
| | STANDARD BLACK Co. |
| SL MALL LLC | STANISLAUS COUNTY |
| SLO COUNTY TAX COLLECTOR- San Luis Obispo | STAR GARMENTS GROUP (PVT) LTD |
| | Starr Insurance |
| SLTS GRAND AVENUE II, LP | STAR-WEST CHICAGO RIDGE, LLC |
| SM EASTLAND MALL LLC | STAR-WEST FRANKLIN PARK MALL, LLC |
| Smart-Choice-Agents | |
| SNOHOMISH CNTY TREASURER | STAR-WEST GREAT NORTHERN MALL, LLC |
| SOMERSET COLLECTION LTD | |
| Sompo & Endurance | STAR-WEST PARKWAY MALL,LP |
| Sompo Lead | STATE BOARD OF EQUALIZATN |
| Sonny Hernandez | STATE OF NEW JERSEY |
| SONOMA CNTY TAX COLLECTOR | STATE OF WISCONSIN |
| SONOMA COUNTY | State Street Global Advisors |
| SOUTH ASIA KNITTING FACTORY LTD. | State Teachers Retirement System of Ohio |
| SOUTH COAST PLAZA | Steven M Bassignani |
| SOUTH COUNTY SHOPPINGTOWN | Stevens, Sally |
| SOUTH MILL MALL | Stewart Glendinning |
| SOUTH SHORE MALL REALTY LLC | STONERIDGE PROP LLC |
| SOUTHCENTER OWNER, LLC | STONESTOWN SHOPPING CTRLP |
| SOUTHDALE CENTER, LLC | STREET RETAIL INC |
| Southern California Edison | STRS OHIO IL REAL ESTATE INVESTMENTS LLC |
| SOUTHERN PARK MALL LLC | |
| SOUTHLAKE INDIANA, LLC | STYLITICS INC |
| SOUTHLAND CENTER LLC | Sulaiman Law Group, Ltd |
| SOUTHPARK MALL LP | SUMMIT COUNTY TREASURER |
| SOUTHWEST PLAZA LLC | SUNLAND PARK MALL LLC |
| SPARK JC, LLC | SUNRISE MALL HOLDINGS LLC |
| SPDR Russell 2000 US Small Cap UCITS ETF | SUNRISE MILLS (MLP), LP |
| | SUNVALLEY ASSOC |
| SPECTRUM REAL ESTATE ADVISORS | Swigart Law Group, APC |
| SPG FINANCE II, LLC | TACOMA MALL |
| SPG HOUSTON HOLDINGS LP | TAL GLOBAL ALLIANCES LIMITED |

| | |
|---|---|
| Tampa Electric Company | THE TOWN CENTER AT BOCA RATON TRUST |
| TAMPA PREMIUM OUTLETS LLC | THE TOWN OF COLLIERVILLE |
| TAMPA WESTSHORE ASSOC. LP | THE WASHINGTON LLC |
| TANGER DAYTONA LLC | THE WOODLANDS MALL ASSOC, LLC |
| Tanger Management, LLC | THOMAS M HORAN |
| TANGER NATIONAL HARBOR LLC | Thomas Piwowarski |
| TANGER OUTLETS DEER PARK | THOMAS WHITE INVESTMENTS LLC |
| TANGER PROPERTIES LIMITED PARTNERSHIP | Thomas, Bryan |
| TANGER PROPERTIES LP | TIKTOK INC |
| TANGER SAN MARC LLC | Tim Baxter |
| TARRANT COUNTY TAX | TIMOTHY J. FOX, JR. |
| TAUBMAN AUBURN HILLS ASC | TIPPECANOE CO TREASURER |
| Taubman Centers Commercial Mortgage Trust 2022-DPM | TM NORTHLAKE MALL LP |
| TAUBMAN CHERRY CREEK | TM PARTRIDGE CREEK MALL |
| TAX ASSESSOR-COLLECTOR | TM WELLINGTON GREEN MALL |
| TAYLOR COUNTY CENTRAL | TOLEDO FIRE & RESCUE DEPARTMENT |
| TB MALL AT UTC, LLC | TOPANGA PLAZA LLC |
| Telephone Consumer Protection Act (TCPA) | TORY BURCH LLC |
| TEMECULA TOWNE CNTR ASSOC | TOTE FASHION SOURCING LIMITED |
| Tennessee Attorney General's Office | Tower Research Capital LLC |
| Terry Davenport | TOWN CENTER AT AURORA LLC |
| TEXGROUP S.A. | TOWN CENTER AT COBB REALITY HOLDING LLC |
| THE CADILLAC FAIRVEIW | TOWN OF AUBURN |
| THE CITY OF CALGARY | TOWN OF BURLINGTON |
| THE CITY OF CHESTERFIELD | TOWN OF CLARKSTOWN |
| THE CITY OF EDMONTON | TOWN OF CLINTON |
| THE CITY OF NORTH OLMSTED | TOWN OF DARTMOUTH |
| THE CONNECTICUT POST LP | TOWN OF ENFIELD, CT |
| THE CROSSINGS PREMIUM OUTLETS | TOWN OF FOXBOROUGH |
| THE DOMAIN MALL II, LLC | TOWN OF GRAND CHUTE |
| THE FALLS SHPNG CTR ASSOC | TOWN OF LYNNFIELD |
| THE GREAT MALL AT MILPITAS | TOWN OF MANCHESTER |
| THE GREENE TOWN CENTERLLC | TOWN OF N ATTLEBOROUGH |
| THE HYLANT GROUP, INC | TOWN OF NATICK |
| THE IRVINE COMPANY, LLC | TOWN OF RIVERHEAD |
| THE JEWELRY GROUP | TOWN OF SAUGUS |
| THE MACERICH PARTNERSHIP, LP | TOWN OF SWANSEA |
| THE MALL IN COLUMBIA | TOWN OF WATERTOWN |
| THE MARKET PLACE | TOWN OF WEST HARTFORD |
| THE MILLCRAFT PAPER CO. | TOWN OF WOODBURY |
| THE OAKS MALL GGPLP | TOWNSHIP OF EDISON |
| THE OUTLET COLLECTION | TOWNSHIP OF HAMILTON |
| THE PARKS AT ARLINGTON | TOWNSHIP OF LAWRENCE NJ |
| THE RETAIL PROPERTY TRUST | TOWNSHIP OF LIVINGSTON |
| THE SHOPS AT NORTH CREEK LLC | TOWNSHIP OF SPRINGFIELD |
| THE SHOPS AT SUMMERLIN N. | TOWNSHIP OF WAYNE |
| | TOWSON TC LLC |

| | |
|---|---|
| Tran, Katherine | VALLEY PLAZA MALL LP |
| Travelers | VALLEY STREAM GREEN ACRES LLC |
| Travelers Lead | VALLEY VIEW MALL SPE, LLC |
| TRAVIS COUNTY TAX OFFICE | VALLEY VIEW REALTY HOLDING LLC |
| TRCC/ROCK OUTLETS CENTER LLC | VALLEY WEST MALL, LLC |
| TREASURE CNTY OF NASSAU | Vance, David |
| TREASURE COAST- JCP ASSOCIATED, LTD | VANDERBURGH CO TREASURER |
| | VANDERBURGH SUPERIOR CRT |
| TREASURER, VILLAGE OF PLEASANT PRAIRIE | Vanguard Balanced Index Fund |
| | Vanguard Extended Market Index Fund |
| TREASURER,CITY OF MEMPHIS | Vanguard Group Inc |
| TRIANGLE TOWN CENTER REALTY HOLDING LLC | Vanguard Institutional Total Stock Market Index Fund |
| TRINITY SCHOOL DISTRICT | Vanguard Total Stock Market Index Fund |
| TRUMBULL SHOPPING CENTER #2 LLC | Vanguard U.S. Equity Index Fund |
| TRUMBULL TAX COLLECTOR | VAYNERMEDIA LLC |
| TSLV LLC | VELOCITY APPARELEZ COMPANY E.S.C |
| TUCSON MALL LLC | |
| TUCSON PREMIUM OUTLETS LLC | Vendor Collection Actions |
| TULARE CNTY TAX COLLECTOR | VERIFONE INC |
| TULSA COUNTY TREASURER | VERMONT DEPT OF TAXES |
| Turnberry Associates | VIKING RIDEAU CORPORATION |
| TUSCALOOSA COUNTY TAX | VILLAGE OF BARBOURSVILLE |
| TVO MALL OWNER LLC | VILLAGE OF BLOOMINGDALE |
| TWIN CITIES OUTLETS EAGAN | VILLAGE OF BRADLEY |
| Tyler B Bovitch | VILLAGE OF CHICAGO RIDGE |
| TYLER MALL LP | VILLAGE OF LINCOLNWOOD |
| TYSON GALLERIA LLC | VILLAGE OF NILES |
| TYSONS CORNER HOLDINGS | VILLAGE OF NORRIDGE |
| UE BERGEN MALL OWNER, LLC | VILLAGE OF VERNON HILLS |
| United Healthcare Services, Inc. | VILLAGE OF WELLINGTON |
| UNITED ISD TAX OFFICE | Viramontes, Maria |
| UNITED STATES TREASURY | VISPLAY INC |
| UNIV TOWNE CENTRE | Vita Scientia 2022-1 DAC |
| Universal Music Group | VIVA KNITWEAR FACTORY LTD. |
| UNIVERSITY PARK MALL, LLC | VR MALL LLC |
| UNIVERSITY VILLAGE | VSP- Vision Service Plan |
| Unum Life Insurance Company of America | WA STATE EMPLOYMENT SECURITY DEPT |
| UPPER MERION TWP. | |
| UPWEST LLC | Waleed M Ebrahim |
| URBAN CROWN LIMITED | WALLER REALTY INC |
| URBAN SHOPPING CNTRS, LP | WALT WHITMAN MALL LLC |
| US CENTENNIAL VANCOUVER MALL LLC | WARREN COUNTY SHERIFF |
| | WARWICK MALL OWNER, LLC |
| UTAH DEPT OF AGRICULTURE | WARWICK POLICE DEPARTMENT |
| UTAH STATE TAX COMMISSION | WASHINGTON COUNTY |
| UTC VENTURE LLC | WASHINGTON COUNTY TREASURERS OFFICE |
| UW, LLC | |
| VACAVILLE POLICE ALARM | WASHINGTON COUNTY TRUSTEE |

| | |
|---|---|
| WASHINGTON SQUARE PPR | WILLIAMSBURG OUTLETS LLC |
| Washington, James | WILLIAMSON COUNTY |
| WASHOE COUNTY TREASURER | WILSON SCHOOL DISTRICT |
| WATER TOWER OWNER LLC | Wint, Deborah |
| WATERFORD LAKES TOWN CENTER LLC | WISCONSIN DELLS OUTLET FEE, LLC |
| WATERFORD TAX COLLECTOR | WISCONSIN DEPT OF REVENUE |
| Waters, Annest | Withlacoochee River Elec Coop |
| Waters, Cheo | W-LD LEGENDS OWNER VII, LLC |
| WEBB COUNTY TAX COLLECTOR | Womble Bond Dickinson LLP |
| WEBER COUNTY ASSESSOR | WOODBRIDGE CENTER INC |
| Wehbe, Layal | WOODBRIDGE FIRE PREVENTION BUREAU |
| Wells Fargo Advisors Financial Network LLC | WOODBURN PREMIUM OUTLETS LLC |
| Wells Fargo Bank NA | WOODBURY COMMON PREMIUM OUTLETS |
| Wells Fargo Commercial Mortgage Trust 2022-JS2 | WOODFIELD MALL LLC |
| Wells Fargo Commercial Mortgage Trust 2022-ONL | WOODLANDS METRO CENTER |
| Wells Fargo Mortgage Backed Securities 2022-1 | Woods Law Offices PLLC |
| Wells Fargo Mortgage Backed Securities 2022-2 Trust | WORLD TEXTILE SOURCING, INC. |
| Wells Fargo Mortgage Backed Securities 2022-INV1 Trust | WP BTC LLC |
| Wells Fargo Securities LLC | WPG Legacy, LLC |
| WEST ACRES DEV LLP | WS TAMPA OWNER LLC |
| WEST CAMP PRESS INC | WSM HINGHAM PROPERTIES LLC |
| WEST COUNTY MALL CMBS,LLC | WV SECRETARY OF STATE |
| WEST FARMS MALL LLC | WYOMING VALLEY MALL REALTY HOLDING LLC |
| WEST TOWN MALL LLC | Yehuda Shmidman |
| WESTCHESTER MALL, LLC | Yemane, Lemlem H |
| WESTCOR REALTY LP | Yohrling, Deborah |
| WESTFIELD GARDEN STATE | Yonggang, Liu |
| WESTGATE MALL REALTY LLC | YTC MALL OWNER LLC |
| WESTLAND GARDEN STATE PLAZA LIMITED PART | Yugay, Elena |
| WESTLAND SOUTH SHORE MALL | Zabriskie, Gregory S |
| WESTMINSTER MALL, LLC | Zarco, Evelyn |
| WESTROADS MALL GGP LP | Zaylore Stout & Associates, LLC |
| WF Card Issuance Trust | Zurich & Affiliated FM |
| WFP RETAIL CO. LP | **Confidential M&A Parties** |
| WHEATON PLAZA REG SHOPPIN | [Redacted] |
| White Flint Associates, LLC | [Redacted] |
| WHITE MARSH, LLC | [Redacted] |
| WHITEHALL TREASURERS OFC | [Redacted] |
| Whitesel, Collin | [Redacted] |
| WICOMICO COUNTY | [Redacted] |
| Williams, Shay | [Redacted] |
| | [Redacted] |
| | [Redacted] |
| | [Redacted] |
| | [Redacted] |
| | [Redacted] |

| [Redacted] |
| [Redacted] |
| [Redacted] |
| [Redacted] |

*The Debtors note that certain of the names and entities searched by the Professionals have been redacted on the publicly filed schedules pursuant to the relief requested in that certain *Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 389].

## **Schedule 2**

Potential Parties-in-Interest or their affiliates for whom Deloitte Tax LLP or its affiliates has provided or is currently providing services in matters unrelated to these Chapter 11 Cases, except as set forth above, or with whom such parties have other relationships, including banking relationships.*

| | |
|---|---|
| 0511 SIMON PROP GROUP(TEXAS) | BANK 2022-BNK43 |
| 1308 SIMON PROP GRP (TEXAS) | BANK 2023-BNK46 |
| 1552 BROADWAY RETAIL OWNER LLC | Bank of America - Merrill Lynch |
| 24-7 INTOUCH INC | Bank of America Private Bank |
| 488 MADISON AVENUE ASSOCIATES LLC | Bank of America, N.A. |
| AAT DEL MONTE LLC | Barclays Wealth (UK) |
| Acadia Gold Coast, LLC | BATALLURE BEAUTY, LLC |
| ACADIA REALTY LIMITED PARTNERSHIP | Bath and Body Works Logistics Services LLC |
| ACADIA REALTY TRUST | Battery Park CLO II Ltd |
| ACADIA WEST DIVERSEY LLC | BAYBROOK MALL |
| ACADIANA MALL LLC | BAYSIDE MARKETPLACE LLC |
| Accertify, Inc. | BEACHWOOD PLACE MALL LLC |
| ADMIN, UNEMPLOYMENT COMP | BELDEN MALL LLC |
| ADOBE SYSTEMS, INC. | BERKSHIRE PA HOLDINGS LLC |
| Advanced Transactions | BIG BROTHER BIG SISTERS OF AMERICA |
| AI ALTIUS US BIDCO INC | BlackRock Advisors LLC |
| AKAMAI TECHNOLOGIES | BLUECORE INC |
| ALAMEDA COUNTY | BLUEGRASS OUTLET SHOPPES II LLC |
| ALDERWOOD MALL LLC | BOSTON PROPERTIES LIMITED PARTNERSHIP |
| Alight-Solutions | BOULEVARD MALL SPE, LLC |
| ALLSTATE ROAD (EDENS) LLC | BPR-FF LLC |
| ALORICA INC | BRANDON SHPNG CTR PRTNRS |
| Alvarez & Marsal | BRE/PEARLRIDGE LLC |
| American International Group (AIG) | BRICKELL CITY CENTRE RETAIL LLC |
| AmTrust North America, Inc. | BROOKFIELD SQ JOINT VNTRE |
| ANNAPOLIS MALL LDT PTNSHP | Broward County, Florida |
| ANNE ARUNDEL COUNTY | Broward Mall LLC |
| AP 1519-1521 Walnut St., LP | BROWN COUNTY TREASURER |
| AP NEWBURY STREET PORTFOLIO #1 LLC | CAROLINA PLACE |
| AP UNION II LLC | Carson Wealth Management Group LLC |
| AP Washington, LLC | CBL SM-BROWNSVILLE LLC |
| ARAG Legal | CBL-FRIENDLY CENTER CMBS |
| ARBOR PLACE II LLC | CBL-MONROEVILLE LP |
| ARIZONA DEPT OF REVENUE | CBL-WESTMORELAND LP |
| Associated Industries Insurance Company, Inc. | Cede & Co |
| Atherton Mill (E&A), LLC | CENTENNIAL VTC LLC |
| ATLANTA OUTLET SHOPPES CMBS LLC | CENTURY CITY MALL LLC |
| ATLANTIC CITY ASSOCIATES | CFL DISTRIBUTION INC |
| Axiom Capital Management Inc | Charles Schwab Investment Management Inc |
| Banco Popular | CHARLOTTE OUTLETS LLC |
| BANGOR MALL REALTY LLC | CHATTANOOGA CITY TREASURE |
| BANK 2022-BNK40 | CHERRYVALE MALL LLC |
| BANK 2022-BNK42 | CHRISTIANA ACQUISITIONS |
| | Chubb |
| | Chubb Insurance Company of Puerto Rico |

1

| | |
|---|---|
| CIII GECMC05-C1 LAKESIDE MALL | COLUMBUS OUTLETS |
| CINCINNATI INCOME TAX DIV | Comenity Capital Bank |
| Citadel Advisors LLC | CONTRA COSTA COUNTY TAX |
| Citigroup Inc | CORAL RIDGE MALL LLC |
| CITIZENS NATIONAL BANK BUILDING, LLC | COROC/REHOBOTH III LLC |
| CITY OF ALBUQUERQUE | COROC/RIVIERA LLC |
| CITY OF ANN ARBOR | CORPORACION DEL FONDO DEL |
| CITY OF ARLINGTON | CORPUS CHRISTI RETAIL |
| CITY OF ATLANTA | Corpus Christi Retail Venture LP |
| CITY OF BATON ROUGE | CORTE MADERA VILLAGE LLC |
| CITY OF CARLSBAD | COUNTRYSIDE MALL, LLC |
| City Of Charlotte | COUNTY OF LOS ANGELES |
| CITY OF CHICAGO | COUNTY OF LOUDOUN |
| CITY OF CHICAGO DEPT OF | COUNTY OF ORANGE |
| CITY OF CLEARWATER | COUNTY OF RIVERSIDE |
| CITY OF DAVENPORT | COUNTY OF SACRAMENTO |
| City of Frisco | County of San Diego |
| City of Gainesville | COUNTY OF SANTA CLARA |
| CITY OF GARLAND TAX | Craig Thompson |
| City of Grapevine | CROSS CREEK MALL SPE, LP |
| City of Houston | CROSSROADS MALL REALTY HOLDING LLC |
| CITY OF JOPLIN | CSC CORPORATE DOMAINS |
| CITY OF KANSAS CITY, MO | CVM HOLDINGS CRABTREE VALLEY MALL |
| CITY OF KENNER | CVM Holdings LLC |
| CITY OF LONG BEACH CALIFORNIA | CVS Caremark |
| CITY OF LOS ANGELES | DALLAS COUNTY TAX |
| CITY OF MESA | DC OFFICE OF TAX AND REVENUE |
| CITY OF MIAMI BEACH | DC US Customs & Border Protection |
| CITY OF NEWARK | DC US Customs Duty Drawback |
| CITY OF NEWPORT NEWS | DEERBROOK MALL |
| CITY OF OAKLAND | DELAWARE DEPT OF LABOR |
| CITY OF PHILADELPHIA | DELAWARE DIV OF REVENUE |
| CITY OF PHOENIX | DELAWARE SECRETARY OF STATE |
| CITY OF PORTLAND | Delta Dental |
| CITY OF SACRAMENTO | DEMITRA YEAGER |
| CITY OF SAN DIEGO | DENTON COUNTY TAX |
| CITY OF STOCKTON - FINAR | DENVER COUNTY |
| CITY OF TOLEDO | DENVER PAVILLONS OWNER CO |
| CITY OF TUCSON | DENVER PREMIUM OUTLETS |
| CITY OF WEST PALM BEACH | DEPT OF PUBLIC HEALTH |
| CLACKAMAS MALL, LLC | DEPT OF TOXIC SUBSTNCE CN |
| CLERK OF THE COURT | DEVELOPMENT AREA 5, L.P. |
| CMT DE LA LAGUNA, S.A DE C.V. | Dimensional Fund Advisors LP |
| COASTAL GRAND CMBS, LLC | Dimensional Global Sustainability Core Equity Fund |
| COASTLAND CENTER LLC | Dimensional International Core Equity Fund |
| COBB COUNTY | |
| COLLIN COUNTY TAX | |
| COLUMBUS - CITY TREASURER | Dinsmore & Shohl LLP |

| | |
|---|---|
| DISTRICT COURT OF JEFFERSON COUNTY | Florida Power & Light |
| DONNELLEY FINANCIAL LLC | Florida Power Corporation |
| DTC DEVELOPMENT MSP LLC | FORBES TAUBMAN ORLANDO |
| DURHAM COUNTY TAX | FORBES/COHEN FLA PROP |
| EASTLAND MALL | FOUR STATE PROPERTIES LLC |
| EASTON TOWN CENTER II LLC | FOX VALLEY MALL LLC |
| EL PASO OUTLET CENTER CMBS LLC | Francisco Javier Gonzalez |
| EMPLOYMENT SECURITY DEPARTMENT | FREDERICK COUNTY MD |
| E-Teen Company Limited | FREEHOLD CHANDLER TRUST TWC CHANDLER, LL |
| Excel Sports Management | FREEMALL ASSOCIATES LLC |
| EXP TopCo, LLC | Frisco ISD |
| EXPERIAN MARKETING | FSC Securities Corp |
| Express BNBS Fashion, LLC | FSH ASSOCIATES LP |
| Express CG, LLC | FULTON COUNTY TAX COMMISSIONER |
| Express Fashion Digital Services Costa Rica S.R.L. | GALVESTON OUTLETS LLC |
| | Garcia v. American Eagle, et al. |
| Express Fashion Digital Services Costa Rica S.R.L. | GENESEE MALL REALTY LLC |
| | Geode Capital Management LLC |
| Express Fashion Investment, LLC | GGP COLUMBIA MALL |
| Express Fashion Logistics, LLC | GGP FOUR SEASONS LP |
| Express Fashion Operations, LLC | GGP HOLDING II, INC. |
| Express Finance Corp. | GGP LIMITED PARTNERSHIP |
| Express Holding, LLC | GGP MAINE MALL, LLC |
| Express Topco LLC | GGP MEADOWS MALL LLC |
| Express, Inc. | GGP NEWGATE MALL LLC |
| Express, LLC | GGP STATEN ISLAND MALL LL |
| EXPWHP LLC | GGP/HOMART II, LLC |
| EXPWHP, LLC | GGP-GRANDVILLE, LLC |
| FACEBOOK, INC. | GGP-LIMITED PARTNERSHIP |
| Faegre Drinker Biddle & Reath LLP | GLENDALE I MALL ASSOC, LP |
| FAIRFAX CO OF VIRGINIA | GLOBANT LLC |
| FAIRMALL LEASEHOLDS INC | GMV (MALL) VENTURE, LLC |
| FASHION CENTRE MALL, LLC C/O M.S. MANAGE | GOOGLE INC |
| | Gordon Brothers Retail Partners, LLC |
| FASHION OUTLETS AT FOXWOODS LLC | GOVERNORS SQUARE MALL LLC |
| | Granify (USA) Inc. |
| FASHION VALLEY MALL | GRANIFY, INC |
| FAYETTE MALL SPE, LLC | Gratia Capital LLC |
| Federal Realty OP LP | Great American |
| Federated MDTA LLC | Greenberg Traurig, LLP |
| FHB RETAIL PROPERTY LLC | GREGORY F.X. DALY- City of St. Louis Tax Collector |
| Fidelity Extended Market Index Fund | |
| Fidelity Series Total Market Index Fund | GREYSTONE, JPMCC 2010-C2 |
| Fidelity Total Market Index Fund | Group One Trading LP |
| Fifth Third Bank, National Association | Gulf Power Company |
| FIRST COLONY MALL, LLC | GWINNETT CO TAX COMMISSIO |
| First Eagle Alternative Credit, LLC | HAMILTON COUNTY TREASURER |
| | HAMILTON COUNTY TRUSTEE |

| | |
|---|---|
| HAMILTON MALL REALTY LLC | KENTUCKY STATE TREASURER |
| HAMILTON PLACE CMBS, LLC | KENWOOD MALL LLC GGP-TRS LLC |
| HARBOR EAST PARCEL B-RETAIL | KING COUNTY DISTRICT CRT |
| Harris Co ESD #09 | Kirkland & Ellis LLP |
| Harris Co ID #01 | Knoxville Utilities Board |
| Harris County | KPMG International Limited |
| HARRIS COUNTY ALARM DTL | KPMG LLP |
| Harris County Department of Education | KRE BROADWAY OWNER LLC |
| Harris County Flood Control District | KRE COLONIE OWNER LOCKBOX |
| Harris County Hospital District | KS Kansas City Board of Public Utilities |
| Harris County Municipal Utility District # 358 | L BRANDS, INC |
| Harris County Port of Houston Authority | LACANTERA RETAIL LTD PTR |
| Harris County Water Control and Improvement District # 155 | Ladenburg Thalmann & Co Inc |
| | LAREDO OUTLET SHOPPES LLC |
| HENNEPIN COUNTY | LARIMER COUNTY TREASURER |
| HG GALLERIA LLC | LASALLE PROPERTY FUND REIT INC |
| HGIT BRIARGATE LLC | LAUDERDALE CO TAX |
| HILLSBOROUGH COUNTY TAX | LAUREL PARK RETAIL PRPTES |
| HOOVER MALL LTD LLC | Legg Mason Royce US Small Cap Opportunity Fund |
| Houston Community College System | LIBERTY CENTER LLC |
| Houston ISD | Liberty Mutual Insurance Company |
| HOWARD COUNTY | Lone Star College System |
| HULEN MALL LLC | LOS ANGELES COUNTY FIRE DEPARTMENT |
| Huntington Auto Trust 2024-1 | LOS ANGELES COUNTY TAX |
| Huntington National Bank | LOS ANGELES FIRE DEPARTMENT |
| ILLINOIS DEPT OF EMPLYMNT | LOUIS JOLIET REALTY LLC |
| ILLINOIS DEPT OF REVENUE | LOUISVILLE METRO REVENUE COMMISSION |
| IMPERIAL VALLEY MALL II LP | |
| INTERNATIONAL ENVIRONMENTAL MGMT | MA Professional Solicitor's Bond |
| | MACERICH BUENAVENTURA LP |
| Invesco Capital Management LLC | MACERICH CERRITOS LLC |
| Invesco FTSE RAFI US 1500 Small-Mid ETF | MACERICH DEPTFORD LLC |
| | MACERICH FRESNO LP |
| JAMESTOWN 283 DARTMOUTH | MACERICH LAKEWOOD LP |
| JBG/SHAY RETAIL LLC | MACERICH NIAGARA LLC |
| JDA SOFTWARE, INC. | MACERICH NORTH PARK MALL LLC |
| JEBBIT INC | MACERICH NORTHWESTERN ASSOCIATES |
| JG ELIZABETH II, LLC | |
| JG WINSTON-SALEM LLC | MACERICH OAKS LP |
| JORDAN CREEK TOWN CENTER LLC | MACERICH SOUTH PLAINS LP |
| JP Morgan Securities LLC | MACERICH STONEWOOD LLC |
| JP Morgan Securities plc | MACERICH TWENTY NINTH STREET, LLC |
| JPPF BUCKHEAD VILLAGE L.P C/O JAMESTOWN LP | |
| | MACERICH VINTAGE FAIR LTD |
| Justin Rose | MADISON-EAST TOWNE LLC |
| KANAWHA COUNTY SHERIFF | MADISON-WEST TOWNE LLC |
| KANSAS DEPT. OF REVENUE | MAINPLACE SHOPPINGTOWN LLC |
| KENTUCKY DEPT OF REVENUE | |

| | |
|---|---|
| MALL AT COTTONWOOD LLC | Nevada Department of Taxation |
| MALL AT WHITE OAKS LLC | NEVADA SECRETARY OF STATE |
| MALL DEL NORTE LLC | NEW JERSEY DEPT OF LABOR |
| MALL OF GEORGIA LLC | NEW MEXICO TAX & REVENUE |
| MALL OF LOUISIANA LLC | NEW YORK STATE UNEMPLYMNT |
| Markel Group | NEWPARK MALL LP |
| MARKET PLACE S/C GGPLP | NORTH DAKOTA STATE TAX CO |
| MARKET STREET- THE WOODLANDS | NORTH TOWN MALL REALTY HOLDING LLC |
| MARSHAL, CITY OF NEW YORK | |
| MASSACHUSETTS DEPT OF REVENUE | Northern Trust Investments Inc |
| MAYFAIR MALL LLC | NORTHFIELD SQUARE MALL REALTY LLC |
| MCKINLEY MALL REALTY HOLDING LLC | |
| | NORTHWOODS MALL CMBS, LLC |
| MECKLENBURG COUNTY | NSMJV, LLC |
| MEMORIAL CITY MALL LP | NUECES COUNTY |
| MERKLE INC | NW ARKANSAS MALL REALTY LLC |
| MESILLA REALTY LLC | NXGN INC |
| Metropolitan Life Insurance Company | NY Consolidated Edison Company of New York |
| MGF SOURCING US, LLC | |
| MIAMI DADE COUNTY | NYS UNEMPLOYMENT INSURANCE |
| MICHIGAN DEPARTMENT OF TREASURY | OAKBROOK URBAN VENTURE LP |
| | OAKST Commercial Mortgage Trust 2023-NLP |
| MICROSOFT ONLINE INC. | |
| MID-SOUTH OUTLET SHOPS LLC | Oaktree Capital Management LP |
| Millennium Management LLC | Oaktree CLO 2021-2 Ltd |
| MINNESOTA DEPT OF REVENUE | Oaktree CLO 2022-1 Ltd |
| MISSISSIPPI OFFICE OF REV | Oaktree CLO 2022-2 Ltd |
| MO Kansas City Power & Light | Oaktree CLO 2022-3 Ltd |
| Moelis & Company | Oaktree CLO 2023-1 Ltd |
| MONTGOMERY COUNTY TAX | Oaktree CLO 2023-2 Ltd |
| MONTGOMERY COUNTY, MD | OAKWOOD HILLS MALL LLC |
| MONTGOMERY MALL OWNER LLC | OFFICE OF TAX AND REVENUE |
| MONTGOMERY MALL PARTNERSH | OFFICE OF THE OHIO ATTORNEY GENERAL |
| MONUMENT CONSULTING LLC | |
| Morgan Stanley & Co International plc | OGLETHORPE MALL |
| Morgan Stanley & Co LLC | Ogletree Deakins Nash Smoak & Stewart, P.C. |
| Morgan Stanley Smith Barney Holdings LLC | |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART |
| MSC1 2011-C2 INGRAM PARK LLC | |
| MSM PROPERTY LLC | OH The Duke Energy Company |
| MULTNOMAH COUNTY, OREGON | OLD ORCHARD URBAN LTD PTR |
| NASSAU COUNTY FIRE COMMISSION | ONTREA INC MASONVILLE |
| NATICK MALL, LLC | ONTREA INC RE:SHERWAY |
| NC Progress Energy Carolinas Inc | ONTREA INC, MARKVILLE |
| NCR CORPORATION | Optum Bank |
| ND WORKFORCE SAFETY&INSUR | Oracle America, Inc. |
| NE GATEWAY MALL PROPCO LLC | ORANGE COUNTY |
| NEBRASKA DEPT OF REV | OREGON DEPT OF REVENUE |
| NEDAP INC | OREGON EMPLOYMENT DEPARTMENT |
| NETJETS AVIATION, INC | |

| | |
|---|---|
| OREGON SECRETARY OF STATE | RIMINI STREET, INC. |
| Orlando Utilities Co | RM MEMBER LLC |
| Orlando Utilities Commission | Robinhood |
| OUTLETS AT WESTGATE LLC | ROBINSON MALL REALTY HOLDING LLC |
| Pacific Gas & Electric Company | ROCKSAL MALL LLC |
| PALO ALTO POLICE DEPT | ROLLING OAKS MALL REALTY HOLDING LLC |
| Parametric Portfolio Associates | Ropa Siete Leguas, Inc. |
| PARAMUS PARK SHOPPING CTR | ROSEVILLE SHOPPINGTOWN LLC |
| PARISH OF JEFFERSON | ROTH BROS INC |
| PARK CITY BUSINESS TRUST | ROUSE F.S.,LLC |
| PARKDALE MALL CMBS, LLC | Royce & Associates LP |
| PARKWAY PLACE SPE, LLC | Royce Small-Cap Opportunity Fund |
| PEARLAND TOWN CENTER LP | RPI CARLSBAD LP |
| PEMBROKE LAKES | RPI GREENVILLE MALL, LP |
| PERIMETER MALL, LLC | RPT REALTY LP |
| PGIM Inc | RR DONNELLEY |
| PLAZA BONITA LLC | RREEF AMERICAN REIT II, CORP HH |
| PLAZA FRONTENAC ACQUISITION LLC | RSE INDEPENDENCE LLC |
| PNC Advisors | RSS UBSBB2012C4-UT NMH LLC |
| POM-COLLEGE STATION LLC | RSS UBSBB2013-C6-FL BML, LLC |
| PPF RTL ATLANTIC TOWN CENTER LLC | SAINT LOUIS GALLERIA LLC |
| PPF RTL ROSEDALE SHOPPING CENTER,LLC | SALESFORCE INC |
| PR Commonwealth of Puerto Rico | SAN BERNARDINO COUNTY FIRE PROTECTION |
| PREIT ASSOCIATES LP | SAN FRANCISCO DPH |
| PREIT SERVICES, LP | SAN FRANCISCO TAX COLLECTOR |
| PricewaterhouseCoopers International Limited | Saul Ewing LLP |
| PRINCE WILLIAM COUNTY | SCANDIT INC |
| Professional Fundraiser or Commercial Co-Venture- State of Alabama | Schwab Total Stock Market Index Fund |
| PROVIDENCE PLACE | SCOTTSDALE FASHION SQUARE |
| Province, LLC | SD DEPT OF REVENUE- South Dakota |
| Prudential | SEAPORT BOSTON |
| Prudential Insurance Company | Securian Life Insurance Company |
| Radial Commerce Inc. | SF SHOPPING CENTRE ASSOC |
| RADIAL INC | SHELBY COUNTY |
| RAMSEY COUNTY ENVIRONMENTAL HEALTH DIV | SHELBY COUNTY OCCUPATIONAL |
| RAR2 MARINA MRKTPLC CA | SHELBY COUNTY TRUSTEE |
| RBC Capital Markets LLC | SHERMAN OAKS FASHION |
| RC LINCOLN ROAD HOLDINGS LLC | SHOPPES AT BUCKLAND HILLS LLC |
| RED Development, LLC | SHOPPES AT RIVER CROSSING |
| RED SPARKS SPE, LLC | SHOPS AT MISSION VIEJO LLC |
| REEP-RTL MPM GA LLC | SHORT PUMP TOWN CNTR,LLC |
| Renaissance Technologies LLC | SIMON CAPITAL GP |
| ReStore Capital, LLC | SIMON CAPITAL LP |
| RICOH USA INC | SIMON PROP GROUP |
| RIDGEDALE CENTER LLC | SIMON PROP GRP(TEXAS)LP |

| | |
|---|---|
| SIMON/CLARKSBURG DEVELOPMENT LLC | TANGER PROPERTIES LIMITED PARTNERSHIP |
| SINGLE SOURCE APPAREL INC | TANGER PROPERTIES LP |
| SIRIUS COMPUTER SOLUTIONS | TANGER SAN MARC LLC |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | TARRANT COUNTY TAX |
| SLTS GRAND AVENUE II, LP | Ted Baker |
| SNOHOMISH CNTY TREASURER | TEMECULA TOWNE CNTR ASSOC |
| SOMERSET COLLECTION LTD | Tennessee Attorney General's Office |
| Sompo & Endurance | THE CADILLAC FAIRVEIW |
| Sompo Lead | THE CITY OF CALGARY |
| SONOMA CNTY TAX COLLECTOR | THE CITY OF CHESTERFIELD |
| SONOMA COUNTY | THE CITY OF EDMONTON |
| SOUTH COAST PLAZA | THE CONNECTICUT POST LP |
| SOUTH COUNTY SHOPPINGTOWN | THE HYLANT GROUP, INC |
| SOUTH SHORE MALL REALTY LLC | THE IRVINE COMPANY, LLC |
| SOUTHCENTER OWNER, LLC | THE MACERICH PARTNERSHIP, LP |
| Southern California Edison | THE MARKET PLACE |
| SOUTHLAKE INDIANA, LLC | THE OAKS MALL GGPLP |
| SOUTHLAND CENTER LLC | THE PARKS AT ARLINGTON |
| SOUTHPARK MALL LP | THE WOODLANDS MALL ASSOC, LLC |
| SOUTHWEST PLAZA LLC | THOMAS WHITE INVESTMENTS LLC |
| SPECTRUM REAL ESTATE ADVISORS | Thomas, Bryan |
| ST CLAIR SQUARE SPE LLC | TIKTOK INC |
| ST TAMMANY PARISH | TM NORTHLAKE MALL LP |
| ST. CLOUD MALL, LLC. | TM PARTRIDGE CREEK MALL |
| Starr Insurance | TM WELLINGTON GREEN MALL |
| STAR-WEST CHICAGO RIDGE, LLC | TOPANGA PLAZA LLC |
| STAR-WEST FRANKLIN PARK MALL, LLC | TORY BURCH LLC |
| STAR-WEST GREAT NORTHERN MALL, LLC | Tower Research Capital LLC |
| | TOWSON TC LLC |
| STAR-WEST PARKWAY MALL,LP | Travelers |
| STATE BOARD OF EQUALIZATN | Travelers Lead |
| STATE OF NEW JERSEY | TRAVIS COUNTY TAX OFFICE |
| STATE OF WISCONSIN | TRCC/ROCK OUTLETS CENTER LLC |
| State Street Global Advisors | TREASURER,CITY OF MEMPHIS |
| State Teachers Retirement System of Ohio | TRIANGLE TOWN CENTER REALTY HOLDING LLC |
| STREET RETAIL INC | TRUMBULL SHOPPING CENTER #2 LLC |
| STYLITICS INC | Turnberry Associates |
| SUNRISE MALL HOLDINGS LLC | TYLER MALL LP |
| Sycamore Partners | TYSON GALLERIA LLC |
| TAL GLOBAL ALLIANCES LIMITED | TYSONS CORNER HOLDINGS |
| Tampa Electric Company | UE BERGEN MALL OWNER, LLC |
| TANGER DAYTONA LLC | United Healthcare Services, Inc. |
| Tanger Management, LLC | UNITED STATES TREASURY |
| TANGER NATIONAL HARBOR LLC | UNIV TOWNE CENTRE |
| TANGER OUTLETS DEER PARK | Universal Music Group |
| | Unum Life Insurance Company of America |
| | URBAN SHOPPING CNTRS, LP |

| | |
|---|---|
| US CENTENNIAL VANCOUVER MALL LLC | Wells Fargo Mortgage Backed Securities 2022-INV1 Trust |
| UTAH DEPT OF AGRICULTURE | Wells Fargo Securities LLC |
| UTAH STATE TAX COMMISSION | WEST COUNTY MALL CMBS,LLC |
| UTC VENTURE LLC | WESTCHESTER MALL, LLC |
| UW, LLC | WESTFIELD GARDEN STATE |
| VACAVILLE POLICE ALARM | WESTGATE MALL REALTY LLC |
| VALLEY PLAZA MALL LP | WESTLAND GARDEN STATE PLAZA LIMITED PART |
| Vanguard Balanced Index Fund | WESTLAND SOUTH SHORE MALL |
| Vanguard Extended Market Index Fund | WESTROADS MALL GGP LP |
| Vanguard Group Inc | WFP RETAIL CO. LP |
| Vanguard Institutional Total Stock Market Index Fund | WHEATON PLAZA REG SHOPPIN |
| Vanguard Total Stock Market Index Fund | WHITE MARSH, LLC |
| Vanguard U.S. Equity Index Fund | WISCONSIN DELLS OUTLET FEE, LLC |
| VERIFONE INC | WISCONSIN DEPT OF REVENUE |
| VERMONT DEPT OF TAXES | Womble Bond Dickinson LLP |
| VSP- Vision Service Plan | WOODFIELD MALL LLC |
| WA STATE EMPLOYMENT SECURITY DEPT | WV SECRETARY OF STATE |
| WEBB COUNTY TAX COLLECTOR | YTC MALL OWNER LLC |
| Wells Fargo Advisors Financial Network LLC | Zurich & Affiliated FM |
| Wells Fargo Bank NA | **Confidential M&A Parties** |
| Wells Fargo Commercial Mortgage Trust 2022-JS2 | [Redacted] |
| Wells Fargo Commercial Mortgage Trust 2022-ONL | [Redacted] |
| Wells Fargo Mortgage Backed Securities 2022-1 | [Redacted] |
| Wells Fargo Mortgage Backed Securities 2022-2 Trust | [Redacted] |
| | [Redacted] |
| | [Redacted] |
| | [Redacted] |
| | [Redacted] |
| | [Redacted] |

*The Debtors note that certain of the names and entities searched by the Professionals have been redacted on the publicly filed schedules pursuant to the relief requested in that certain *Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 389].