# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related to Docket Nos. 738, 803, 848, 849, 850, 873, and 874** |

## CERTIFICATION OF COUNSEL REGARDING FIRST OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

The undersigned counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies to the following:

1. The Debtors filed the following interim fee applications (collectively, the "Debtors' Professionals' Applications") on the dates set forth below:

    (a) First Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors from April 22, 2024 through and including July 31, 2024 [Docket No. 738; Filed 8/22/2024];

    (b) First Interim Application of M3 Advisory Partners, LP, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 22, 2024 through July 31, 2024 [Docket No. 803];

    (c) First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co- Counsel

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11186447.v1

        to the Debtors for the Period from April 22, 2024 through July 31, 2024 [Docket No. 873; Filed 10/2/2024]; and

(d)      First Interim Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from April 22, 2024 through June 30, 2024 [Docket No. 874; Filed 10/2/2024; Filed 9/6/2024].

2.      Each of the Debtors' Professionals' Applications was served along with a notice with respect thereto, which indicated an objection deadline of no later than October 23, 2024 at 4:00 p.m. prevailing Eastern Time.

3.      On September 24, 2024, the Official Committee of Unsecured Creditors (the "Committee") filed the following interim fee applications (collectively, the "Committee's Professionals' Applications"):

(a)      First Interim Application of Kramer Levin Naftalis & Frankel LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 6, 2024 through July 31, 2024 [Docket No. 848; Filed 9/24/2024];

(b)      First Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 7, 2024 through July 31, 2024 [Docket No. 849; Filed 9/24/2024]; and

(c)      First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 7, 2024 Through July 31, 2024 [Docket No. 850; Filed 9/24/2024].

4.      Each of the Committee's Professionals' Applications were served along with a notice with respect thereto, which indicated an objection deadline of October 15, 2024 at 4:00 p.m. prevailing Eastern Time.

5.      The Debtors and Committee have not received any responsive pleading relating to the Debtors' Professionals' Applications and Committee's Professionals' Applications. The undersigned has searched the docket in these cases to confirm no responsive pleading appears

11186447.v1

thereon and the Debtors and Committee have received no other objection or response to the Debtors' Professionals' Applications and Committee's Professionals' Applications.

6. The hearing on the Applications is scheduled for October 29, 2024 at 9:30 a.m. prevailing Eastern Time.

7. Attached hereto as **Exhibit A** is the proposed form of *First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses* (the "Proposed Order").

WHEREFORE, the Debtors respectfully request that the Court enter the form of Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: October 25, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
KLEHR HARRISON HARVEY BRANZBURG LLP
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com
myurkewicz@klehr.com
aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*