# EXHIBIT A

# Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Related to Docket Nos. 738, 803, 848, 849, 850, 873, and 874** |

### FIRST OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Upon the Interim Application Requests (the "Interim Requests") identified on Exhibit A attached hereto and incorporated herein by reference of the professionals identified on Exhibit A (the "Applicants") for interim approval and allowance of the professional fees and reimbursement of expenses, incurred in connection therewith in the above-captioned Chapter 11 cases in the amounts set forth on Exhibit A, and pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order"), the Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these cases, is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) it appearing that the requested compensation and expense

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

reimbursement reflected in the Interim Requests are reasonable; and (v) upon the record herein, and after due deliberation, good and sufficient cause exists for the relief requested.

Accordingly, it is hereby ORDERED that:

1. Each Applicant's request for compensation for reasonable and necessary professional services performed and for reimbursement of actual and necessary costs and expenses incurred in connection therewith in the above-captioned Chapter 11 cases in the amounts set forth on Exhibit A hereto, are hereby approved and allowed on an interim basis.

2. To the extent that the fees and expenses have not already been paid pursuant to the Administrative Order, the Debtors are authorized and directed to pay the Applicants 100% of any and all fees and 100% of any and all expenses listed on Exhibit A, including any holdbacks, provided however, that all fees and expenses paid as authorized herein are subject to final allowance by the Court pursuant to the terms of the Administrative Order.

3. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, or 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

11186268.v2

# EXHIBIT A

| Professional and Title | Interim Application Request (Fees) | Interim Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved or Paid (20% Holdback) | Voluntary/ Agreed Reductions | Total Amount Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Klehr Harrison Harvey Branzburg LLP** <br> **Delaware Counsel to the Debtors** | | | | | | | |
| First Interim <br> 4/22/2024-7/31/2024 <br> Docket No. 873 | $622,781.00 | $6,487.03 | $629,268.03 | $0.00 | $124,556.20 | N/A | $629,268.03 |
| **Moelis & Company LLC** <br> **Investment Banker, Financial Advisor, and Placement Agent to the Debtors** | | | | | | | |
| First Interim <br> 4/22/2024-7/31/2024 <br> Docket No. 738 | $6,092,040.00 | $44,307.65 | $6,136,347.65 | $0.00 | $1,218,408.00 | N/A | $6,136,347.65 |
| **M3 Advisory Partners, LP** <br> **Financial Advisor to the Debtors** | | | | | | | |
| First Interim <br> 4/22/2024-7/31/2024 <br> Docket No. 803 | $5,740,517.40 | $90,334.20 | $5,830,851.60 | $0.00 | $1,148,103.48 | N/A | $5,830,851.60 |
| **PricewaterhouseCoopers LLP** <br> **Audit Services Provider to the Debtors** | | | | | | | |
| First Interim <br> 4/22/2024-7/31/2024 <br> Docket No. 874 | $338,222.50 | $476.09 | $338,698.59 | $0.00 | $67,644.50 | N/A | $338,698.59 |
| **DEBTORS' TOTAL:** | **$12,793,560.90** | **$141,604.97** | **$12,935,165.87** | **$0.00** | **$2,558,712.18** | **N/A** | **$12,935,165.87** |

11186268.v2

| Professional and Title | Interim Application Request (Fees) | Interim Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved or Paid (20% Holdback) | Voluntary/ Agreed Reductions | Total Amount Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **COMMITTEE'S PROFESSIONALS** | | | | | | | |
| **Kramer Levin Naftalis & Frankel LLP** <br> **Co-Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| First Interim <br> 5/6/2024-7/31/2024 <br> Docket No. 848 | $1,573,632.50 | $3,316.68 | $1,576,949.18 | $0.00 | $314,726.50 | N/A | $1,576,949.18 |
| **Saul Ewing LLP** <br> **Co-Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| First Interim <br> 5/7/2024-7/31/2024 <br> Docket No. 849 | $326,675.50 | $3,996.59 | $330,672.09 | $0.00 | $65,335.10 | N/A | $330,672.09 |
| **Province, LLC** <br> **Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | | |
| First Interim <br> 5/7/2024-7/31/2024 <br> Docket No. 850 | $1,239,104.00 | $0.00 | $1,239,104.00 | $0.00 | $247,820.80 | N/A | $1,239,104.00 |
| **COMMITTEE TOTAL:** | **$3,139,412.00** | **$7,313.27** | **$3,146,725.27** | **$0.00** | **$627,882.40** | **N/A** | **$3,146,725.27** |
| **GRAND TOTAL:** | **$15,932,972.90** | **$148,918.24** | **$16,081,891.14** | **$0.00** | **3,186,594.58** | **N/A** | **$16,081,891.14** |

11186268.v2