# EXHIBIT A

| Professional and Title | Interim Application Request (Fees) | Interim Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved or Paid (20% Holdback) | Voluntary/ Agreed Reductions | Total Amount Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Klehr Harrison Harvey Branzburg LLP** Delaware Counsel to the Debtors | | | | | | | |
| First Interim 4/22/2024-7/31/2024 Docket No. 873 | $622,781.00 | $6,487.03 | $629,268.03 | $0.00 | $124,556.20 | N/A | $629,268.03 |
| **Moelis & Company LLC** Investment Banker, Financial Advisor, and Placement Agent to the Debtors | | | | | | | |
| First Interim 4/22/2024-7/31/2024 Docket No. 738 | $6,092,040.00 | $44,307.65 | $6,136,347.65 | $0.00 | $1,218,408.00 | N/A | $6,136,347.65 |
| **M3 Advisory Partners, LP** Financial Advisor to the Debtors | | | | | | | |
| First Interim 4/22/2024-7/31/2024 Docket No. 803 | $5,740,517.40 | $90,334.20 | $5,830,851.60 | $0.00 | $1,148,103.48 | N/A | $5,830,851.60 |
| **PricewaterhouseCoopers LLP** Audit Services Provider to the Debtors | | | | | | | |
| First Interim 4/22/2024-7/31/2024 Docket No. 874 | $338,222.50 | $476.09 | $338,698.59 | $0.00 | $67,644.50 | N/A | $338,698.59 |
| **DEBTORS' TOTAL:** | $12,793,560.90 | $141,604.97 | $12,935,165.87 | $0.00 | $2,558,712.18 | N/A | $12,935,165.87 |

| Professional and Title | Interim Application Request (Fees) | Interim Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved or Paid (20% Holdback) | Voluntary/ Agreed Reductions | Total Amount Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **COMMITTEE'S PROFESSIONALS** | | | | | | | |
| **Kramer Levin Naftalis & Frankel LLP** Co-Counsel to the Official Committee of Unsecured Creditors | | | | | | | |
| First Interim 5/6/2024-7/31/2024 Docket No. 848 | $1,573,632.50 | $3,316.68 | $1,576,949.18 | $0.00 | $314,726.50 | N/A | $1,576,949.18 |
| **Saul Ewing LLP** Co-Counsel to the Official Committee of Unsecured Creditors | | | | | | | |
| First Interim 5/7/2024-7/31/2024 Docket No. 849 | $326,675.50 | $3,996.59 | $330,672.09 | $0.00 | $65,335.10 | N/A | $330,672.09 |
| **Province, LLC** Financial Advisor to the Official Committee of Unsecured Creditors | | | | | | | |
| First Interim 5/7/2024-7/31/2024 Docket No. 850 | $1,239,104.00 | $0.00 | $1,239,104.00 | $0.00 | $247,820.80 | N/A | $1,239,104.00 |
| **COMMITTEE TOTAL:** | **$3,139,412.00** | **$7,313.27** | **$3,146,725.27** | **$0.00** | **$627,882.40** | **N/A** | **$3,146,725.27** |
| **GRAND TOTAL:** | **$15,932,972.90** | **$148,918.24** | **$16,081,891.14** | **$0.00** | **3,186,594.58** | **N/A** | **$16,081,891.14** |

11186268.v2