IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Related to Docket Nos. 876, 879, and 880** |

**CERTIFICATION OF COUNSEL REGARDING SECOND OMNIBUS
ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies to the following:

1. The Debtors filed the following interim fee applications (collectively, the "Debtors' Professionals' Applications") on the dates set forth below:

   (a) *First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period April 22, 2024 to July 31, 2024* [Docket No. 876; Filed 10/3/2024];

   (b) *First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the Period April 22, 2024 to July 31, 2024* [Docket No. 879; Filed 10/4/24]; and

   (c) *First Interim Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors for the Period April 22, 2024 to July 31, 2024* [Docket No. 880; Filed 10/4/2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11191782.v1

2. Each of the Debtors' Professionals' Applications was served along with a notice with respect thereto, which indicated an objection deadline of no later than October 25, 2024 at 4:00 p.m. prevailing Eastern Time.

3. The Debtors have not received any responsive pleading relating to the Debtors' Professionals' Applications. The undersigned has searched the docket in these cases to confirm no responsive pleading appears thereon and the Debtors have received no other objection or response to the Debtors' Professionals' Applications.

4. The hearing on the Debtors' Professionals' Applications is rescheduled for November 6, 2024 at 10:30 a.m. prevailing Eastern Time.

5. Attached hereto as **Exhibit A** is the proposed form of *Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses* (the "Proposed Order").

WHEREFORE, the Debtors respectfully request that the Court enter the form of Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*.]

11191782.v1

Dated: October 31, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 426-1189 | Telephone: (212) 446-4800 |
| Facsimile: (302) 426-9193 | Facsimile: (212) 446-4900 |
| Email: dpacitti@klehr.com | Email: joshua.sussberg@kirkland.com |
| myurkewicz@klehr.com | emily.geier@kirkland.com |
| aradvanovich@klehr.com | nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone: (215) 569-3007 | Telephone: (312) 862-2000 |
| Facsimile: (215) 568-6603 | Facsimile: (312) 862-2200 |
| Email: mbranzburg@klehr.com | Email: charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

11191782.v1