# EXHIBIT A

11191799.v2

| Professional and Title | Interim Application Request (Fees) | Interim Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved or Paid (20% Holdback) | Voluntary/ Agreed Reductions | Total Amount Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Ernst & Young LLP** **Tax Services Provider to the Debtors** | | | | | | | |
| First Interim 4/22/2024-7/31/2024 Docket No. 876 | $242,687.00 | $0.00 | $242,687.00 | $0.00 | $48,537.40 | N/A | $242,687.00 |
| **Kirkland & Ellis LLP and Kirkland & Ellis International LLP** **Counsel to the Debtors** | | | | | | | |
| First Interim 4/22/2024-7/31/2024 Docket No. 879 | $8,572,697.50 | $85,079.71 | $8,657,777.21 | $0.00 | $1,714,539.50 | N/A | $8,657,777.21 |
| **KPMG LLP** **Tax Compliance and Tax Consulting Services to the Debtors** | | | | | | | |
| First Interim 4/22/2024-7/31/2024 Docket No. 880 | $29,820.30 | $0.00 | $29,820.30 | $0.00 | $5,964.06 | N/A | $29,820.30 |
| **TOTAL:** | **$8,845,204.80** | **$85,079.71** | **$8,930,284.51** | **$0.00** | **$1,769,040.96** | **N/A** | **$8,930,284.51** |

11191799.v2