**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 6, 2024 at 10:30 A.M. (ET)**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote 2 participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

RESOLVED MATTERS

1. Objection to the Debtors' Motion to Extend Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Cross-Motion to Terminate Exclusivity for the Committee [Docket No. 692; Filed 8/1/2024]

   Related Documents:

   A. Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 649; Filed 7/25/2024]

   B. Notice of Hearing on (A) Official Committee of Unsecured Creditors' Cross-Motion to Terminate Exclusivity for the Committee and (B) Proposed Order Related Thereto [Docket No. 718; Filed 8/12/2024]

   Response Deadline:   August 26, 2024 at 4:00 p.m.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

      Responses Received:  None

      Status: This matter has been resolved by the filing of the revised Plan and revised Disclosure Statement at docket numbers 953 and 955.

2. Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 649; Filed 7/25/2024]

   Related Documents:

   A. Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 705; Entered 8/7/2024]

   B. Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 805; Filed 9/9/2024]

   Response Deadline: August 1, 2024 at 4:00 p.m.

   Responses Received:

   A. Objection to the Debtors' Motion to Extend Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Cross-Motion to Terminate Exclusivity for the Committee [Docket No. 692; Filed 8/1/2024]

   Status: This matter has been resolved by the filing of the filed revised Plan and revised Disclosure Statement at docket numbers 953 and 955.

<u>CONTESTED MATTERS</u>:

3. Disclosure Statement Relating to the Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates [Docket No. 690; 7/31/2024]

   Related Documents:

   A. Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates [Docket No. 689; Filed 7/31/2024]

   B. Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Docket No. 691; Filed 7/31/2024]

    C.    Debtors' Reply to the U.S. Trustee's Objection to the Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 952; Filed 11/1/2024]

    D.    Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 953; Filed 11/1/2024]

    E.    Redline Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 954; Filed 11/1/2024]

    F.    Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 955; Filed 11/1/2024]

    G.    Redline Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 956; Filed 11/1/2024]

    H.    Notice of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Docket No. 957; Filed 11/1/2024]

Response Deadline:    August 28, 2024 at 4:00 p.m.

Responses Received:

    A.    United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Docket No. 916; Filed 10/22/2024]

Status:    This matter is going forward.

Dated: November 4, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti
KLEHR HARRISON HARVEY BRANZBURG LLP
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com
myurkewicz@klehr.com
aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

11199696.v2