# EXHIBIT A

## Summary of Billing by Timekeeper

53349708.1

# EXHIBIT A

## SUMMARY OF BILLING BY TIMEKEEPER

### SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natan Hamerman | 2002 | Partner Creditors' Rights (Since 2023) | $1,485 | 42.20 | $62,667.00 |
| Adam C. Rogoff | 1989 | Partner Creditors' Rights (Since 2009) | $1,855 | 32.00 | 59,360.00 |
| Elan Daniels | 2005 | Counsel Creditors' Rights (Since 2023) | $1,405 | 49.20 | $69,125.99 |
| Robert T. Schmidt | 1990 | Counsel Creditors' Rights (Since 2021) | $1,730 | 54.80 | 94,804.00 |
| Nathaniel Allard | 2013 | Associate Creditors' Rights (Since 2012) | $1,380 | 89.10 | $122,958.00 |
| Evan Raskin | 2024 | Associate Creditors' Rights (Since 2023) | $780 | 29.30 | 26,516.50 |
| Kane, Wendy | N/A | Paralegal Creditors' Rights (Since 2018) | $565 | 11.20 | $6,328.00 |
| **TOTAL FEES** | | | | 307.80 | **$441,759.49** |

**Blended Rate:  $1,435.22**

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024).

53349708.1