## **EXHIBIT B**

**Compensation by Project Category**

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (101) | 0.60 | $746.50 |
| Meetings/Communications with UCC members & advisors (102) | 64.84 | $100,918.67 |
| Meetings/Communications with Debtors & advisors (103) | 0.20 | $276.00 |
| Motions, Adversary Proceedings & Contested Matters (104) | 2.50 | $3,860.00 |
| Creditor Communications (109) | 3.00 | $4,830.00 |
| Executory Contracts and Unexpired Leases (114) | 0.40 | $692.00 |
| SOFAs and Schedules (115) | 0.90 | $1,242.00 |
| Hearings (116) | 8.53 | $13,578.30 |
| Disclosure Statement, Plan, Confirmation, Emergence, Wind Down (118) | 56.20 | $83,002.27 |
| UCC Retention and Fee Matters (119) | 22.60 | $20,999.00 |
| Debtor Retention and Fee Matters (120) | 0.30 | $556.50 |
| Vendor and Supplier Matters (124) | 3.50 | $5,670.00 |
| Investigations (126) | 144.23 | $205,388.25 |
| **TOTAL FEES** | **307.80** | **$441,759.49** |

# Kramer Levin



October 23, 2024

Express, Inc.
1 Express Drive
Columbus, OH 43230
Attn: Laurel Krueger

Invoice #: 928055
076884-00002

**Re:  Restructuring**

**FOR PROFESSIONAL SERVICES rendered through September 30, 2024:**

| Task Code | Description | Fees | Hours | Fees Due |
|---|---|---|---|---|
| 101 | Case Administration | $746.50 | 0.60 | $746.50 |
| 102 | Meetings/Communications with UCC members & advisors | $100,918.67 | 64.84 | $100,918.67 |
| 103 | Meetings/Communications with Debtors & advisors | $276.00 | 0.20 | $276.00 |
| 104 | Motions, Adversary Proceedings & Contested Matters | $3,860.00 | 2.50 | $3,860.00 |
| 109 | Creditor Communications | $4,830.00 | 3.00 | $4,830.00 |
| 114 | Executory Contracts and Unexpired Leases | $692.00 | 0.40 | $692.00 |
| 115 | SOFAs and Schedules | $1,242.00 | 0.90 | $1,242.00 |
| 116 | Hearings | $13,578.30 | 8.53 | $13,578.30 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | $83,002.27 | 56.20 | $83,002.27 |
| 119 | UCC Retention and Fee Matters | $20,999.00 | 22.60 | $20,999.00 |
| 120 | Debtor Retention and Fee Matters | $556.50 | 0.30 | $556.50 |
| 124 | Vendor and Supplier Matters | $5,670.00 | 3.50 | $5,670.00 |
| 126 | Investigations | $205,388.25 | 144.23 | $205,388.25 |
| **Total** | | **$441,759.49** | **307.80** | **$441,759.49** |

Disbursements and Other Charges                                      $1,618.85

**TOTAL CURRENT INVOICE**                                           **$443,378.34**

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



October 23, 2024
Invoice #: 928055
076884-00002
Page 2

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Partner | 42.20 | $62,667.00 |
| Rogoff, Adam C. | Partner | 32.00 | 59,360.00 |
| Daniels, Elan | Counsel | 49.20 | $69,125.99 |
| Schmidt, Robert T. | Counsel | 54.80 | 94,804.00 |
| Allard, Nathaniel | Associate | 89.10 | $122,958.00 |
| Raskin, Evan | Associate | 29.30 | 26,516.50 |
| Kane, Wendy | Paralegal | 11.20 | $6,328.00 |
| **TOTAL FEES** | | **307.80** | **$441,759.49** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $20.55 |
| Westlaw Online Research | 1,308.05 |
| Pacer Online Research | 171.10 |
| Bloomberg Law Online Research | 35.45 |
| Transcript Fees | 83.70 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,618.85** |



October 23, 2024
Invoice #: 928055
076884-00002
Page 3

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| **101 Case Administration** | | | | |
| 9/25/2024 | Allard, Nathaniel | Prepare WIP list, correspond with E. Raskin, E. Daniels re: same (.5). | 0.50 | $690.00 |
| 9/25/2024 | Kane, Wendy | Review docket and update case calendar (0.1). | 0.10 | 56.50 |
| **Subtotal: 101 Case Administration** | | | **0.60** | **$746.50** |
| **102 Meetings/Communications with UCC members & advisors** | | | | |
| 9/2/2024 | Schmidt, Robert T. | Emails with Committee professionals re status and court conference (.2); review outline of presentation for court conference and follow-up emails re same (.4). | 0.60 | $1,038.00 |
| 9/2/2024 | Allard, Nathaniel | Emails among UCC professionals re: matters for upcoming week (.4). | 0.40 | 552.00 |
| 9/3/2024 | Schmidt, Robert T. | Prep for (.5) and participate at UCC professionals meeting (.6); follow-up emails with KL and Saul Ewing teams (.3), review materials for next day UCC meeting (.2); review draft agenda and related materials (.2); call with Committee member re case status (.1). | 1.90 | 3,287.00 |
| 9/3/2024 | Rogoff, Adam C. | Participate in weekly UCC professionals call with R Schmidt, N Allard, E Daniels, L Murley, T Falk, M Robinson and K Lee (0.6); review agenda re same (0.1). | 0.70 | 1,298.50 |
| 9/3/2024 | Daniels, Elan | Prepare for (.1) and attend call with UCC advisors regarding next steps (.6). | 0.70 | 983.50 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 4

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/3/2024 | Allard, Nathaniel | Prepare for (.5) and participate in UCC professional weekly call (.6); emails with L. Murley, T. Falk, N. Smargiassi re: same (.5), prepare for upcoming UCC meeting (.2), draft agenda and send related email to UCC (.2), email with A. Rogoff re: same (.1). | 1.50 | 2,070.00 |
| 9/3/2024 | Rogoff, Adam C. | Coordinate with N. Allard re UCC update email (0.1). | 0.10 | 185.50 |
| 9/4/2024 | Schmidt, Robert T. | Prep for (.3) and attend UCC meeting (.5), follow-up with Committee member (.2), review UCC email update (.2). | 0.60 | 1,038.00 |
| 9/4/2024 | Raskin, Evan | Participate in weekly UCC call (0.5). | 0.50 | 452.50 |
| 9/4/2024 | Allard, Nathaniel | Prepare for (.5) and attend UCC weekly meeting (.5), follow-up correspondence with UCC members re: same (.3), draft and send email update to UCC (.3). | 1.60 | 2,208.00 |
| 9/4/2024 | Rogoff, Adam C. | Participate in UCC meeting (0.5); prepare for same (0.2). | 0.70 | 1,298.50 |
| 9/4/2024 | Daniels, Elan | Attend call with UCC regarding next steps (.5). | 0.94 | 1,317.17 |
| 9/5/2024 | Schmidt, Robert T. | Multiple calls and emails with Committee members re investigation related issues (.5). | 0.50 | 865.00 |
| 9/5/2024 | Allard, Nathaniel | Call with Saul Ewing, E. Raskin (for portion) re: workstreams (.8), prepare for same (.4), follow-up re: same (.5), correspond with E. Raskin re: related items (.2). | 1.90 | 2,622.00 |
| 9/5/2024 | Raskin, Evan | Attend portion of call with Saul Ewing re workstreams (0.2). | 0.20 | 181.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 5

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/6/2024 | Schmidt, Robert T. | Calls with Committee member re investigation issues (.2); corr with N. Allard re status update (.3). | 0.50 | 865.00 |
| 9/6/2024 | Allard, Nathaniel | Draft summary of case updates for creditors (.8); correspond with R. Schmidt re: same (.3), multiple emails with UCC members re: case questions and information (.5), emails with UCC professionals re: same (.4). | 2.00 | 2,760.00 |
| 9/9/2024 | Schmidt, Robert T. | Calls and follow-up emails with UCC members re case status (.6); review Province presentation decks (.4); email E. Daniels re same (.1). | 1.10 | 1,903.00 |
| 9/9/2024 | Allard, Nathaniel | Emails with UCC professionals re: open case issues (.5). prepare for upcoming professionals call (.6) , emails with A. Rogoff re: same (.1), respond to creditor inquiries (.2). | 1.40 | 1,932.00 |
| 9/10/2024 | Rogoff, Adam C. | Participate in weekly UCC professionals call with R. Schmidt, N. Allard, E. Daniels, L. Murley, T. Falk, M. Robinson and K. Lee (0.6); review agenda re same (0.1). | 0.70 | 1,298.50 |
| 9/10/2024 | Schmidt, Robert T. | Review agenda draft and prepare for meeting (.3); attend Committee professionals meeting (.6), follow up with KL team re same (.3). | 1.20 | 2,076.00 |
| 9/10/2024 | Daniels, Elan | Attend call with UCC professionals regarding next steps (.6). | 0.60 | 843.00 |
| 9/10/2024 | Schmidt, Robert T. | Calls and emails Committee members re case issues and prepetition issues (.6). | 0.60 | 1,038.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 6

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/10/2024 | Allard, Nathaniel | Prepare for (.6) and attend UCC professionals meeting (.6), follow up with UCC professionals re: same (.4). | 1.60 | 2,208.00 |
| 9/11/2024 | Allard, Nathaniel | Draft and send email update to UCC, related emails with UCC professionals (.5). | 0.50 | 690.00 |
| 9/11/2024 | Schmidt, Robert T. | Review update email to Committee and corr with N. Allard re same (.2); review materials and corr w/ Committee members re same and case status (.9); review Province deck (.4). | 1.50 | 2,595.00 |
| 9/12/2024 | Schmidt, Robert T. | Call with Committee member re claim investigation and analysis (.3). | 0.30 | 519.00 |
| 9/12/2024 | Allard, Nathaniel | Correspond with E. Raskin, R. Schmidt re: case status and update (.2). | 0.20 | 276.00 |
| 9/13/2024 | Allard, Nathaniel | Emails with UCC professionals re: case updates (.1). | 0.10 | 138.00 |
| 9/13/2024 | Schmidt, Robert T. | Corr. with Committee members re claim issues (.6); review presentation materials and emails with Committee professionals re same (.5). | 1.10 | 1,903.00 |
| 9/16/2024 | Allard, Nathaniel | Prepare for UCC professionals meeting and correspond with UCC professionals re: same (.5). | 0.50 | 690.00 |
| 9/16/2024 | Schmidt, Robert T. | Review revised Province presentation and emails re same (.5); calls with Committee members re claims (.4). | 0.90 | 1,557.00 |
| 9/17/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard and Committee co-chairs re UCC meeting (0.1). | 0.10 | 185.50 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 7

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/17/2024 | Daniels, Elan | Attend call with UCC advisors regarding next steps and investigation (.6). | 0.60 | 843.00 |
| 9/17/2024 | Rogoff, Adam C. | Review UCC update email; coordinate with N. Allard and E. Daniels re same (0.2). | 0.20 | 371.00 |
| 9/17/2024 | Schmidt, Robert T. | Prep for (.5) and participate Committee professionals meeting (.6); post meeting emails with KL and Saul Ewing teams (.3); review Committee update email (.1); emails with A. Rogoff, N. Allard, N. Hamerman and Saul Ewing re same (.4). | 1.90 | 3,287.00 |
| 9/17/2024 | Allard, Nathaniel | Prepare for (.5) and attend UCC professionals call (.6); emails with UCC co-chairs and UCC members (.3), draft update email to UCC (.6), related emails with A. Rogoff, R. Schmidt and Saul Ewing (.3). | 2.30 | 3,174.00 |
| 9/17/2024 | Hamerman, Natan | Attend UCC professionals' call (0.6); review emails re: draft letter (0.3). | 0.90 | 1,336.50 |
| 9/17/2024 | Rogoff, Adam C. | Prepare for (0.1) and participate in weekly UCC professionals call with R. Schmidt, N. Hamerman, N. Allard, E. Daniels, L. Murley, T. Falk, M. Robinson and K. Lee (0.6); review agenda re same (0.1). | 0.80 | 1,484.00 |
| 9/17/2024 | Rogoff, Adam C. | Review Province UCC materials (0.8). | 0.80 | 1,484.00 |
| 9/17/2024 | Rogoff, Adam C. | Emails with UCC member re case status (0.3). | 0.30 | 556.50 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 8

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/18/2024 | Schmidt, Robert T. | Corr. with Committee members re plan objections and potential claims and timing/strategy same (.6); review presentation materials re same (.5). | 1.10 | 1,903.00 |
| 9/18/2024 | Rogoff, Adam C. | Email with UCC member re status update (0.1). | 0.10 | 185.50 |
| 9/19/2024 | Schmidt, Robert T. | Conf with N. Allard re case update email and review same (.3); call with Committee member re case issues (.2). | 0.50 | 865.00 |
| 9/19/2024 | Allard, Nathaniel | Review Saul Ewing email to UCC (.1), coordinate with N. Smargiassi re: same (.1), call with L. Murley re: case update (.2), discuss case update email with R. Schmidt (.2). | 0.60 | 828.00 |
| 9/20/2024 | Schmidt, Robert T. | Call with Committee member member re plan issues (.3). | 0.30 | 519.00 |
| 9/20/2024 | Allard, Nathaniel | Emails with UCC professionals re: case update (.3). | 0.30 | 414.00 |
| 9/23/2024 | Schmidt, Robert T. | Call with Committee member re vendor motion (.2). | 0.20 | 346.00 |
| 9/23/2024 | Rogoff, Adam C. | Emails and coordination with UCC member re case status; emails with N. Allard and R. Schmidt re same (0.3). | 0.30 | 556.50 |
| 9/23/2024 | Allard, Nathaniel | Email with L. Murley re: case updates (.2), emails with UCC member counsel re: case questions (.2), call with L. Murley re: case updates and workstreams (.2). | 0.60 | 828.00 |
| 9/23/2024 | Schmidt, Robert T. | Call with Committee member re case status (.2). | 0.20 | 346.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 9

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/24/2024 | Allard, Nathaniel | Prepare for (.5) and attend UCC professionals call (1.3), follow-up review of issues raised in same (.4); draft and send email to UCC re: case update and related emails with A. Rogoff (.3). | 2.50 | 3,450.00 |
| 9/24/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re UCC update (0.1). | 0.10 | 185.50 |
| 9/24/2024 | Rogoff, Adam C. | Call with UCC member re status update (0.4); coordinate with R. Schmidt re same (0.1). | 0.50 | 927.50 |
| 9/24/2024 | Daniels, Elan | Prepare for (.1) and attend call with UCC professionals regarding investigation, discovery and next steps (1.3). | 1.40 | 1,967.00 |
| 9/24/2024 | Hamerman, Natan | Attend UCC professionals' call (1.3). | 1.30 | 1,930.50 |
| 9/24/2024 | Rogoff, Adam C. | Participate in weekly UCC professionals call with R. Schmidt, N. Hamerman, N. Allard, E. Daniels, L. Murley, T. Falk, M. Robinson and K. Lee (1.3); review agenda re same (0.1); call with R. Schmidt re same (0.4). | 1.80 | 3,339.00 |
| 9/24/2024 | Schmidt, Robert T. | Review agenda (.1) and prep for Committee call (.4), attend Committee professionals meeting (1.3), follow-up call with A. Rogoff re same (.4), corr with N. Allard and E. Daniels re same (.1); review UCC update memo and follow up emails KL team (.3). | 2.60 | 4,498.00 |
| 9/24/2024 | Schmidt, Robert T. | Prep for next day Committee call including corr with A. Rogoff re strategy (.3), call with Co-Chair re same (.2). | 0.50 | 865.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 10

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/25/2024 | Rogoff, Adam C. | Prepare for (0.3) and participate in (0.8) weekly UCC call; coordinate with R. Schmidt re same (0.1); follow up meeting with N. Allard, N. Hamerman, R. Schmidt, E. Raskin and E. Daniels re same (0.5); follow up email UCC member (0.1). | 1.80 | 3,339.00 |
| 9/25/2024 | Schmidt, Robert T. | Prepare for Committee meeting including corr with A. Rogoff and N. Allard (.6); participate in Committee meeting (.8); follow-up conf with A. Rogoff, N. Allard, E. Daniels, N. Hamerman and E. Raskin re same (.5). | 1.90 | 3,287.00 |
| 9/25/2024 | Hamerman, Natan | Prepare for Committee call (0.4); attend Committee call (0.8); call with KL team re meeting debrief (0.5). | 1.70 | 2,524.50 |
| 9/25/2024 | Raskin, Evan | Prepare for (.4) and participate in weekly UCC call (.8); participate in internal KL meeting to debrief UCC call and discuss go-forward strategy (0.5); correspond with internal KL team re next steps (0.2). | 1.90 | 1,719.50 |
| 9/25/2024 | Daniels, Elan | Prepare for (.9) and attend call with UCC regarding investigation, next steps (.8); follow up meeting with KL team regarding next steps (.5). | 2.20 | 3,091.00 |
| 9/25/2024 | Allard, Nathaniel | Prepare for (.2) and attend UCC call (.8), follow-up meeting with A. Rogoff, R. Schmidt, E. Daniels, N. Hamerman, E. Raskin (.5). | 1.90 | 2,622.00 |
| 9/26/2024 | Schmidt, Robert T. | Review and comment on Committee update email (.2); calls with Committee members re plan (.4); review presentation materials (.3). | 0.90 | 1,557.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 11

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/26/2024 | Allard, Nathaniel | Draft UCC email re: case updates (.2), related emails with A. Rogoff, R. Schmidt, N. Hamerman (.2). | 0.40 | 552.00 |
| 9/26/2024 | Rogoff, Adam C. | Call with UCC member re status update (0.3). | 0.30 | 556.50 |
| 9/26/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re UCC update email (0.1). | 0.10 | 185.50 |
| 9/27/2024 | Schmidt, Robert T. | Call with Committee member case status (.2). | 0.20 | 346.00 |
| 9/30/2024 | Schmidt, Robert T. | Call with Committee member re case update (.2); review update email (.1); review presentation deck (.3). | 0.60 | 1,038.00 |
| 9/30/2024 | Rogoff, Adam C. | Coordinate with N. Allard re UCC professionals' meeting (0.1). | 0.10 | 185.50 |
| 9/30/2024 | Allard, Nathaniel | Prepare for upcoming UCC professionals call (.4). | 0.40 | 552.00 |
| **Subtotal: 102 Meetings/Communications with UCC members & advisors** | | | **64.84** | **$100,918.67** |
| **103 Meetings/Communications with Debtors & advisors** | | | | |
| 9/13/2024 | Allard, Nathaniel | Correspond with N. Adzima re: case updates (.1). | 0.10 | $138.00 |
| 9/19/2024 | Allard, Nathaniel | Emails with N. Adzima re: case update (.1). | 0.10 | 138.00 |
| **Subtotal: 103 Meetings/Communications with Debtors & advisors** | | | **0.20** | **$276.00** |
| **104 Motions, Adversary Proceedings & Contested Matters** | | | | |
| 9/11/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | $276.00 |
| 9/12/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |
| 9/16/2024 | Allard, Nathaniel | Review pleadings filed (.2. | 0.50 | 690.00 |
| 9/18/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 12

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/19/2024 | Allard, Nathaniel | Review pleadings filed (.1). | 0.10 | 138.00 |
| 9/20/2024 | Rogoff, Adam C. | Review motion to compel payment (0.2). | 0.20 | 371.00 |
| 9/20/2024 | Allard, Nathaniel | Review pleadings filed (.2). | 0.20 | 276.00 |
| 9/20/2024 | Schmidt, Robert T. | Review motion to compel re admin claim and emails with KL team re same (.5). | 0.50 | 865.00 |
| 9/24/2024 | Schmidt, Robert T. | Review admin claim motion and related materials and call with movant (.4). | 0.40 | 692.00 |
| **Subtotal: 104 Motions, Adversary Proceedings & Contested Matters** | | | **2.50** | **$3,860.00** |
| **109 Creditor Communications** | | | | |
| 9/6/2024 | Schmidt, Robert T. | Call with creditor counsel re case issues (.4). | 0.40 | $692.00 |
| 9/9/2024 | Rogoff, Adam C. | Call with creditor re case status (0.3). | 0.30 | 556.50 |
| 9/9/2024 | Raskin, Evan | Correspond with N. Allard re creditor's questions (0.1). | 0.10 | 90.50 |
| 9/10/2024 | Schmidt, Robert T. | Call with supplier re Phoenix payment issue (.2). | 0.20 | 346.00 |
| 9/18/2024 | Allard, Nathaniel | Respond to creditor inquiries re case status (.3). | 0.30 | 414.00 |
| 9/20/2024 | Schmidt, Robert T. | Calls with creditors reps re status and timing of plan and related issues (.5). | 0.50 | 865.00 |
| 9/23/2024 | Schmidt, Robert T. | Call with creditor plan status and timing (.4). | 0.40 | 692.00 |
| 9/24/2024 | Allard, Nathaniel | Correspond with creditors re: questions on case status (.2). | 0.20 | 276.00 |
| 9/25/2024 | Allard, Nathaniel | Call with creditor re: case questions, review same (.4). | 0.40 | 552.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 13

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/27/2024 | Schmidt, Robert T. | Call with creditor counsel re case status (.2). | 0.20 | 346.00 |
| **Subtotal: 109 Creditor Communications** | | | **3.00** | **$4,830.00** |
| **114 Executory Contracts and Unexpired Leases** | | | | |
| 9/12/2024 | Schmidt, Robert T. | Review lease rejection filings and call with landlord counsel re same (.4). | 0.40 | $692.00 |
| **Subtotal: 114 Executory Contracts and Unexpired Leases** | | | **0.40** | **$692.00** |
| **115 SOFAs and Schedules** | | | | |
| 9/25/2024 | Allard, Nathaniel | Review scheduled and filed claims summaries (.4), review related summary from Province (.2) and emails with Province re: same (.3). | 0.90 | $1,242.00 |
| **Subtotal: 115 SOFAs and Schedules** | | | **0.90** | **$1,242.00** |
| **116 Hearings** | | | | |
| 9/2/2024 | Rogoff, Adam C. | Review and revise outline for status hearing on exclusivity and disclosure statement (0.9); emails UCC professional team re same (0.2); coordinate with M. Robinson re same (0.2). | 1.30 | $2,411.50 |
| 9/2/2024 | Allard, Nathaniel | Review updated draft of hearing notes (.3). | 0.30 | 414.00 |
| 9/3/2024 | Rogoff, Adam C. | Review and revise outline for status hearing on exclusivity and disclosure statement (0.6); emails UCC professional team re same (0.3). | 0.90 | 1,669.50 |
| 9/3/2024 | Daniels, Elan | Review and revise script for status conference and email correspondence with UCC professionals regarding same (1.5). | 1.50 | 2,107.50 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 14

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/3/2024 | Allard, Nathaniel | Review updated drafts of hearing presentation (.6), comments to same (.2), review further updates to same and correspond with E. Daniels re: same (.4). | 1.20 | 1,656.00 |
| 9/4/2024 | Daniels, Elan | Attend majority of status conference (.3). | 0.23 | 329.30 |
| 9/4/2024 | Allard, Nathaniel | Draft summary talking points for hearing (.7), correspond with A. Rogoff re: same (.2), attend hearing (.4), draft summary of status conference (.3). | 1.60 | 2,208.00 |
| 9/4/2024 | Rogoff, Adam C. | Participate in status conference (0.4); prepare for same, including emails and coordination with N. Allard and R. Schmidt (1.1). | 1.50 | 2,782.50 |
| **Subtotal: 116 Hearings** | | | **8.53** | **$13,578.30** |
| **118 Disclosure Statement, Plan, Confirmation, Emergence, Wind Down** | | | | |
| 9/4/2024 | Schmidt, Robert T. | Review draft exclusivity order and multiple emails KL and Saul Ewing teams re same (.4). | 0.40 | $692.00 |
| 9/4/2024 | Daniels, Elan | Email correspondence with KL, Saul Ewing teams regarding release issues (.3); review Province materials and email correspondence with Province team regarding same (1.4). | 1.33 | 1,866.02 |
| 9/4/2024 | Allard, Nathaniel | Review updated draft order re: exclusivity extension (.2), comments to same (.2), related emails with Saul Ewing (.2). | 0.60 | 828.00 |
| 9/4/2024 | Allard, Nathaniel | Review plan issues (.3), correspond with Saul Ewing re: same (.2). | 0.50 | 690.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 15

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/4/2024 | Rogoff, Adam C. | Review and comment upon exclusivity order; emails with L. Murley re same (0.2). | 0.20 | 371.00 |
| 9/5/2024 | Schmidt, Robert T. | Review revised exclusivity bridge order and multiple emails with KL and Saul Ewing teams re same (.5). | 0.50 | 865.00 |
| 9/5/2024 | Schmidt, Robert T. | Review research and articles re plan issues and recent Delaware precedent re same (.5). | 0.50 | 865.00 |
| 9/5/2024 | Rogoff, Adam C. | Review and comment on exclusivity order; emails with N. Allard and L. Murley re same (0.2). | 0.20 | 371.00 |
| 9/5/2024 | Allard, Nathaniel | Review Plan precedent and related cases (.8). | 0.80 | 1,104.00 |
| 9/5/2024 | Allard, Nathaniel | Review updated draft of bridge order and related emails with N. Adzima and UCC professionals (.5). | 0.50 | 690.00 |
| 9/6/2024 | Rogoff, Adam C. | Review additional comments to exclusivity order; emails with N. Allard and L. Murley re same (0.2). | 0.20 | 371.00 |
| 9/6/2024 | Allard, Nathaniel | Emails with Saul Ewing re: plan issues and precedent (.5). | 0.50 | 690.00 |
| 9/6/2024 | Allard, Nathaniel | Review final bridge order and related emails with Saul Ewing and Kirkland (.5). | 0.50 | 690.00 |
| 9/9/2024 | Schmidt, Robert T. | Meet with N. Allard re summary of case precedent (.2); review recent case materials (.5) and calls with counsel re same (.7). | 0.90 | 1,557.00 |
| 9/9/2024 | Allard, Nathaniel | Coordinate research on plan precedent and review same (.3); meet with R. Schmidt re same (.2). | 0.50 | 690.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 16

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/11/2024 | Raskin, Evan | Call with N. Allard and N. Smargiassi re plan precedent (0.3). | 0.30 | 271.50 |
| 9/11/2024 | Allard, Nathaniel | Call with N. Smargiassi, E. Raskin re: plan precedent (.3), review same (.5), follow up with E. Raskin re same (.2). | 1.00 | 1,380.00 |
| 9/11/2024 | Schmidt, Robert T. | Emails with KL team re DS objection and review provisions re same (.4); review release cases and new precedent (.5). | 0.90 | 1,557.00 |
| 9/12/2024 | Raskin, Evan | Draft memo re releases and exclusivity (0.8). | 0.80 | 724.00 |
| 9/12/2024 | Allard, Nathaniel | Correspond with E. Raskin re: plan precedent and cases (.5), review summary of same (.4). | 0.90 | 1,242.00 |
| 9/12/2024 | Schmidt, Robert T. | Review plan provisions and corr with KL team re plan administrator issues (.3); further review analysis re release issues (.5). | 0.80 | 1,384.00 |
| 9/16/2024 | Raskin, Evan | Update precedent involving key issues (1.0); correspond with N. Smargiassi re plan precedent (0.2). | 1.20 | 1,086.00 |
| 9/16/2024 | Allard, Nathaniel | Review precedent re: Disclosure Statement and Plan (.5). | 0.50 | 690.00 |
| 9/18/2024 | Schmidt, Robert T. | Corr with KL and Saul Ewing teams re plan issues (.3); research re same (.5). | 0.80 | 1,384.00 |
| 9/20/2024 | Schmidt, Robert T. | Review additional precedent and research re plan provisions (.6). | 0.60 | 1,038.00 |
| 9/20/2024 | Allard, Nathaniel | Review updated draft Plan comments (1.0), correspond with T. Falk re: same (.3). | 1.30 | 1,794.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 17

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/23/2024 | Schmidt, Robert T. | Preliminary review of draft plan redline (.7) and emails with KL team re same (.2). | 0.80 | 1,384.00 |
| 9/23/2024 | Allard, Nathaniel | Review plan comments from T. Falk (.7), emails with T. Falk re: same (.2). | 0.90 | 1,242.00 |
| 9/23/2024 | Rogoff, Adam C. | Emails and coordination with T. Falk re chapter 11 plan (0.2). | 0.20 | 371.00 |
| 9/24/2024 | Allard, Nathaniel | Review draft objection to Disclosure Statement (.7), provide comments to same (.4), discuss same with R. Schmidt (.2). | 1.30 | 1,794.00 |
| 9/24/2024 | Schmidt, Robert T. | Review draft DS objection and emails with KL team re same (.5); review recent decisions and precedent re plan issues (.2) and conf with N. Allard re same (.2). | 0.90 | 1,557.00 |
| 9/24/2024 | Rogoff, Adam C. | Review Plan comments (1.7). | 1.70 | 3,153.50 |
| 9/25/2024 | Schmidt, Robert T. | Review Plan comments (.8)and conf with A. Rogoff re same (.1). | 0.90 | 1,557.00 |
| 9/25/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Hamerman, R. Schmidt, and N. Allard re exclusivity and cross-motion and re Debtor's disclosure statement (0.5). | 0.50 | 927.50 |
| 9/25/2024 | Schmidt, Robert T. | Review research re plan objections and alternative strategies (.5). | 0.68 | 1,167.75 |
| 9/25/2024 | Allard, Nathaniel | Review plan process precedent (1.0), correspond with E. Raskin re: same (.2). | 1.20 | 1,656.00 |
| 9/26/2024 | Schmidt, Robert T. | Review draft objection (.4) and research/precedent re issues and strategies (.7); corr with KL team re same (.3). | 1.40 | 2,422.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 18

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/26/2024 | Allard, Nathaniel | Call with Saul Ewing team re: Disclosure Statement objection and related workstreams (.7), review follow-up re: same (.3); review various plan drafts and filed version (1.0), compile items for use in pleadings (1.5), review plan precedent and related provisions (.7), related emails with Saul Ewing (.2). | 4.40 | 6,072.00 |
| 9/27/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re disclosure statement and solicitation procedures (0.3). | 0.30 | 556.50 |
| 9/27/2024 | Rogoff, Adam C. | Review materials re disclosure statement objection and solicitation procedures (0.6). | 0.60 | 1,113.00 |
| 9/27/2024 | Schmidt, Robert T. | Review timeline and emails with KL team re same (.2); review plan provisions and precedent re release issues and Delaware analysis re same (.5); review opinions (.3); review solicitation procedures (.2). | 1.20 | 2,076.00 |
| 9/27/2024 | Rogoff, Adam C. | Emails and coordination with N. Allard re plan; review materials re same (0.4). | 0.40 | 742.00 |
| 9/27/2024 | Allard, Nathaniel | Review draft Disclosure Statement (.5), review issues for Disclosure Statement objection (2.0), review relevant caselaw (1.8), related emails with Saul Ewing (.3). | 4.60 | 6,348.00 |
| 9/28/2024 | Allard, Nathaniel | Review draft Disclosure Statement objection (1.0), provide comments to same (2.0), review related caselaw (1.0). | 4.00 | 5,520.00 |
| 9/29/2024 | Schmidt, Robert T. | Review draft DS objection (.5); review caselaw research (.4). | 0.90 | 1,557.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 19

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/29/2024 | Allard, Nathaniel | Review issues related to Disclosure Statement (1.0), review updated draft DS objection (.5). | 1.50 | 2,070.00 |
| 9/30/2024 | Kane, Wendy | Research re confirmation and obtain transcripts (0.4); emails w/ E. Raskin re same (0.1). | 0.50 | 282.50 |
| 9/30/2024 | Schmidt, Robert T. | Review research re alternative strategy standards and emails same (.5); review distribution analysis and emails same (.3); review draft DS objection and mark-ups same (.5); review prior hearing transcript (.3). | 1.60 | 2,768.00 |
| 9/30/2024 | Allard, Nathaniel | Review further updated DS objection (1.0), related emails with UCC professionals (.5), further correspond with Saul Ewing re: same (.2); review caselaw for plan/DS issues (2.0), correspond with E. Raskin re: cases (.3), review E. Raskin research re: plan issues (1.0) and review related summary chart (.8), review further comments to DS objection (.7), email with E. Daniels re: same (.2). | 6.70 | 9,246.00 |
| 9/30/2024 | Daniels, Elan | Review and revise draft DS objection and email correspondence with KL team regarding same (1.8). | 1.80 | 2,529.00 |
| **Subtotal: 118 Disclosure Statement, Plan, Confirmation, Emergence, Wind Down** | | | **56.20** | **$83,002.27** |
| **119 UCC Retention and Fee Matters** | | | | |
| 9/4/2024 | Kane, Wendy | Corr w/ N. Allard re budget and fee application; review L. Murley email re same (0.1). | 0.10 | $56.50 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 20

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/4/2024 | Allard, Nathaniel | Review information for UCC professionals fee applications (.2), related correspondence with Saul Ewing and W. Kane (.2). | 0.40 | 552.00 |
| 9/5/2024 | Kane, Wendy | Draft first interim fee application (1.6). | 1.60 | 904.00 |
| 9/5/2024 | Allard, Nathaniel | Correspond with W. Kane re: UCC fee applications (.3). | 0.30 | 414.00 |
| 9/6/2024 | Raskin, Evan | Correspond with W. Kane and N. Allard re interim fee application (0.1); edit same (0.4). | 0.50 | 452.50 |
| 9/6/2024 | Kane, Wendy | Revise interim fee application and exhibits with updated fee and expense amounts (1.2); email E. Raskin re same (0.1). | 1.30 | 734.50 |
| 9/6/2024 | Allard, Nathaniel | Correspond with E. Raskin, W. Kane re fee application (.2). | 0.20 | 276.00 |
| 9/7/2024 | Raskin, Evan | Edit fee application (0.4). | 0.40 | 362.00 |
| 9/9/2024 | Schmidt, Robert T. | Review portions of fee application draft (.3). | 0.30 | 519.00 |
| 9/9/2024 | Raskin, Evan | Draft matter descriptions for fee application (3.3); correspond with N. Allard and W. Kane re edits and next steps re fee application (0.2). | 3.50 | 3,167.50 |
| 9/9/2024 | Kane, Wendy | Revise budget and certification; corr w/ N. Allard and E. Raskin re same (0.4); prepare notice for fee application (0.4). | 0.80 | 452.00 |
| 9/9/2024 | Allard, Nathaniel | Review draft first interim fee application of Kramer Levin (.8), provide comments to same (.5), correspond with W. Kane, E. Raskin re: same (.3). | 1.60 | 2,208.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 21

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/10/2024 | Schmidt, Robert T. | Review portions of fee application and review schedule (.3). | 0.30 | 519.00 |
| 9/10/2024 | Kane, Wendy | Prepare redline of fee application; email A. Rogoff re same; email N. Smargiassi re same (0.2). | 0.20 | 113.00 |
| 9/10/2024 | Allard, Nathaniel | Correspond with W. Kane re Kramer fee application and review same (.5). | 0.50 | 690.00 |
| 9/11/2024 | Rogoff, Adam C. | Review fee app; emails with W. Kane re same (0.4). | 0.40 | 742.00 |
| 9/11/2024 | Allard, Nathaniel | Correspond with UCC professionals re: fee applications (.2). | 0.20 | 276.00 |
| 9/11/2024 | Kane, Wendy | Review August fee statement for compliance with UST guidelines and local rules (1.4); emails w/ A. Rogoff re interim fee application (0.1). | 1.50 | 847.50 |
| 9/11/2024 | Kane, Wendy | Review interim compensation order and email N. Allard re notice parties (0.1). | 0.10 | 56.50 |
| 9/12/2024 | Allard, Nathaniel | Emails with UCC professionals re: fee applications, review of same (.4). | 0.40 | 552.00 |
| 9/12/2024 | Kane, Wendy | Revise interim fee application and emails w/ N. Allard and Saul Ewing re same (0.2); review August fee statement for compliance with UST guidelines and local rules (1.4). | 1.60 | 904.00 |
| 9/13/2024 | Allard, Nathaniel | Review UCC professionals fee applications (.2), emails with UCC professionals re: fee estimates (.2). | 0.40 | 552.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 22

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/16/2024 | Allard, Nathaniel | Correspond with W. Kane, N. Smargiassi re: UCC fee applications (.5). | 0.50 | 690.00 |
| 9/16/2024 | Kane, Wendy | Corr with N. Allard and Saul Ewing re expense language in fee application (0.1). | 0.10 | 56.50 |
| 9/17/2024 | Allard, Nathaniel | Correspond with W. Kane re: Kramer Levin fee statements (.3). | 0.30 | 414.00 |
| 9/17/2024 | Kane, Wendy | Review August fee statement for compliance with UST guidelines and local rules (1.7). | 1.70 | 960.50 |
| 9/18/2024 | Kane, Wendy | Further review August fee statement for compliance with UST guidelines and local rules (0.3); email N. Allard re same (0.1). | 0.40 | 226.00 |
| 9/18/2024 | Allard, Nathaniel | Review KL monthly fee statements (.3), emails re: same with W. Kane (.1), review Province fee statements (.2), emails re: payment of invoices (.1). | 0.70 | 966.00 |
| 9/19/2024 | Schmidt, Robert T. | Review fee applications for Committee professionals (.4). | 0.40 | 692.00 |
| 9/19/2024 | Kane, Wendy | Prepare fee statement cover sheet and exhibits (0.6); corr w/ A. Rogoff and F. Arias re same (0.1). | 0.70 | 395.50 |
| 9/20/2024 | Kane, Wendy | Finalize August fee statement and email N. Allard re same (0.3). | 0.30 | 169.50 |
| 9/20/2024 | Allard, Nathaniel | Review KL August fee statement (.2). | 0.20 | 276.00 |
| 9/24/2024 | Allard, Nathaniel | Emails with Saul Ewing re filing fee applications, review final versions of same (.5). | 0.50 | 690.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 23

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/26/2024 | Kane, Wendy | Revise August fee statement and email N. Allard re same (0.2). | 0.20 | 113.00 |
| **Subtotal: 119 UCC Retention and Fee Matters** | | | **22.60** | **$20,999.00** |
| **120 Debtor Retention and Fee Matters** | | | | |
| 9/25/2024 | Rogoff, Adam C. | Review and revise letter to Kirkland regarding Debtors' professionals' fees; coordinate with L. Murley re same (0.3). | 0.30 | $556.50 |
| **Subtotal: 120 Debtor Retention and Fee Matters** | | | **0.30** | **$556.50** |
| **124 Vendor and Supplier Matters** | | | | |
| 9/6/2024 | Schmidt, Robert T. | Call and emails with supplier counsel (.4); review research and precedent re same (.5). | 0.90 | $1,557.00 |
| 9/9/2024 | Schmidt, Robert T. | Call with supplier counsel re Phoenix issues (.4). | 0.40 | 692.00 |
| 9/17/2024 | Schmidt, Robert T. | Call with supplier counsel re plan timing and issues (.4). | 0.40 | 692.00 |
| 9/23/2024 | Schmidt, Robert T. | Review vendor motion (.2); emails with A. Rogoff, N. Allard re same (.2); review underlying documents (.3). | 0.70 | 1,211.00 |
| 9/23/2024 | Allard, Nathaniel | Review vendor issues and related emails from vendor counsel (.4), review APA re: vendor issues (.3), related emails with R. Schmidt (.4). | 1.10 | 1,518.00 |
| **Subtotal: 124 Vendor and Supplier Matters** | | | **3.50** | **$5,670.00** |
| **126 Investigations** | | | | |
| 9/3/2024 | Allard, Nathaniel | Review emails from UCC professionals re: investigation issues and related topics (.5). | 0.50 | $690.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 24

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/3/2024 | Daniels, Elan | Review document productions (1.8); email correspondence with Saul Ewing, Province regarding same (.4); email correspondence with A. Rogoff and N. Allard re same (.3). | 2.50 | 3,512.50 |
| 9/4/2024 | Schmidt, Robert T. | Corr with KL team re investigation issues (.5); review materials re same and research reports/articles (.8). | 1.30 | 2,249.00 |
| 9/4/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re investigation status (0.3). | 0.30 | 556.50 |
| 9/4/2024 | Allard, Nathaniel | Correspond with E. Daniels re: investigation (.2), correspond with R. Schmidt re: same (.2). | 0.40 | 552.00 |
| 9/5/2024 | Schmidt, Robert T. | Emails with E. Daniels, N. Allard re investigation issues (.4). | 0.40 | 692.00 |
| 9/5/2024 | Daniels, Elan | Email correspondence with Saul Ewing, KL teams regarding interview preparation (.3). | 0.30 | 421.50 |
| 9/6/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re investigation status (.3); review materials re same (.3). | 0.60 | 1,113.00 |
| 9/6/2024 | Allard, Nathaniel | Emails with E. Daniels, Saul Ewing re: investigation (.5), review of related items (.3). | 0.80 | 1,104.00 |
| 9/6/2024 | Daniels, Elan | Email correspondence with KL and Saul Ewing teams regarding discovery, investigation (.3). | 0.30 | 421.50 |
| 9/9/2024 | Schmidt, Robert T. | Review multiple emails re doc production deficiencies and review draft letter re same (.4); corr with KL team re same (.2). | 0.60 | 1,038.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 25

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/9/2024 | Allard, Nathaniel | Review emails from UCC professionals re: investigation (.4), review draft letter (.3), related emails with E. Daniels and Saul Ewing (.2). | 0.90 | 1,242.00 |
| 9/9/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status (0.4). | 0.40 | 742.00 |
| 9/9/2024 | Daniels, Elan | Email correspondence with N. Allard regarding discovery letter (.3). | 0.30 | 421.50 |
| 9/10/2024 | Allard, Nathaniel | Review and comment on updated draft letter to Debtors re: productions to date (.6), correspond with E. Daniels, T. Falk re: same (.3). | 0.90 | 1,242.00 |
| 9/10/2024 | Schmidt, Robert T. | Review revised letter re discovery defects and multiple emails with KL and Saul Ewing teams re same (.3). | 0.40 | 692.00 |
| 9/10/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status; review draft letter to Klehr (0.4). | 0.40 | 742.00 |
| 9/10/2024 | Daniels, Elan | Review/revise discovery letter (1.1); email correspondence with KL and Saul Ewing teams regarding same (.4). | 1.50 | 2,107.50 |
| 9/11/2024 | Rogoff, Adam C. | Follow up emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status (0.2). | 0.20 | 371.00 |
| 9/11/2024 | Allard, Nathaniel | Call with R. Moore, C. Wigglesworth, E. Daniels, T. Falk re: investigation (.9), call with E. Daniels re same (.2), related emails with E. Daniels, T. Falk (.1), emails with UCC professionals re: same (.2). | 1.40 | 1,932.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 26

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/11/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status; review letter to Klehr; emails with T. Falk re same (0.5). | 0.50 | 927.50 |
| 9/11/2024 | Daniels, Elan | Attend call with Klehr, Saul Ewing teams regarding discovery (.9); call with N. Allard regarding same (.2); email correspondence with KL team regarding same (.1). | 1.20 | 1,686.00 |
| 9/11/2024 | Daniels, Elan | Review SEC filings and email correspondence with Saul Ewing, Province regarding same (.3). | 0.30 | 421.50 |
| 9/12/2024 | Schmidt, Robert T. | Emails with E. Daniels re investigation (.2); review emails from Saul Ewing team re investigation interviews and correspondence re doc production deficiencies (.4). | 0.60 | 1,038.00 |
| 9/13/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status; review letter from Klehr (0.4). | 0.40 | 742.00 |
| 9/13/2024 | Daniels, Elan | Email correspondence with Province, Saul Ewing regarding investigation, next steps (.4). | 0.40 | 562.00 |
| 9/16/2024 | Allard, Nathaniel | Review Debtors letter response re investigation (.3), review related issues (.2). | 0.50 | 690.00 |
| 9/16/2024 | Schmidt, Robert T. | Review correspondence to/from Klehr re doc production defects and related issues (.4); emails with KL team re discovery and interview schedule (.2). | 0.60 | 1,038.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 27

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/16/2024 | Daniels, Elan | Email correspondence with Province, Saul Ewing regarding same investigation (1.8); email correspondence with KL, Saul Ewing team regarding discovery, redaction issues (.7). | 2.50 | 3,512.50 |
| 9/16/2024 | Rogoff, Adam C. | Review R. Moore letter re Debtor investigation (0.4). | 0.40 | 742.00 |
| 9/17/2024 | Rogoff, Adam C. | Meetings and coordination with E. Daniels, N. Hamerman re R. Moore letter re Debtor investigation (0.5); emails with E. Daniels, N. Hamerman, R. Schmidt, T. Falk and L. Murley re same (0.4). | 0.90 | 1,669.50 |
| 9/17/2024 | Allard, Nathaniel | Review emails among UCC professionals re: Debtors' letter (.3), review potential response and related emails with UCC professionals (.4), correspond with N. Hamerman re: case and investigation (.3). | 1.00 | 1,380.00 |
| 9/17/2024 | Hamerman, Natan | Meet with A. Rogoff re: investigation (0.2); review documents re: discovery (1.1); meet with E. Daniels re same (0.3); review document re: claims (0.9). | 2.50 | 3,712.50 |
| 9/17/2024 | Daniels, Elan | Email correspondence with UCC professionals regarding investigation, discovery next steps (1.6); call with K. Mendez regarding investigation (.3); meet with A. Rogoff re same (.3); review discovery docs (.9); meeting with N. Hamerman regarding same (.3). | 3.40 | 4,777.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 28

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/17/2024 | Schmidt, Robert T. | Review correspondence to/from Klehr and Saul Ewing re plan related doc production and related issues (.4); multiple emails with KL team and Saul Ewing re same (.2); confs withN. Hamerman, and KL teamDebtor investigation (.5) and follow-up emails re same (.3). | 1.40 | 2,422.00 |
| 9/18/2024 | Schmidt, Robert T. | Review correspondence to/from Klehr re doc production defects and emails same (.4). | 0.40 | 692.00 |
| 9/18/2024 | Daniels, Elan | Review board materials and email correspondence with Province regarding same (.5). | 0.50 | 702.50 |
| 9/18/2024 | Hamerman, Natan | Confer with KL team regarding investigation (0.4); review documents (1.4). | 1.80 | 2,673.00 |
| 9/18/2024 | Schmidt, Robert T. | Review emails re Debtor interview schedule and review notes re same (.5). | 0.50 | 865.00 |
| 9/18/2024 | Allard, Nathaniel | Review email from N. Hamerman re: investigation and documents produced (.1), review prior emails and documents for providing background on same (.5). | 0.60 | 828.00 |
| 9/19/2024 | Schmidt, Robert T. | Review E. Daniels analysis and emails re same (.3); further review Province deck and related materials (.4). | 0.70 | 1,211.00 |
| 9/19/2024 | Schmidt, Robert T. | Review E. Daniels and Saul Ewing emails re investigation (.3). | 0.30 | 519.00 |
| 9/19/2024 | Hamerman, Natan | Review documents (1.7); corr with KL team re: same (0.2). | 1.90 | 2,821.50 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 29

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/19/2024 | Allard, Nathaniel | Correspond with E. Daniels, N. Hamerman re: investigation and documents produced (.5), emails among UCC professionals re: status and upcoming interviews, documents produced (.4), coordinate sharing documents and emails with N. Hamerman (.5). | 1.40 | 1,932.00 |
| 9/19/2024 | Daniels, Elan | Email correspondence with KL, Saul Ewing regarding discovery, investigation issues (1.6). | 1.60 | 2,248.00 |
| 9/20/2024 | Allard, Nathaniel | Review numerous emails regarding status of Debtors investigation, upcoming interviews and strategy (1.0). | 1.00 | 1,380.00 |
| 9/20/2024 | Schmidt, Robert T. | Multiple emails KL, Saul Ewing and Province teams re claim diligence and debtor investigation and related issues (.6); review analysis and materials re same (.3). | 0.90 | 1,557.00 |
| 9/20/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status (0.4). | 0.40 | 742.00 |
| 9/21/2024 | Daniels, Elan | Review M3 interview outline/materials (.5) and email correspondence with UCC professionals regarding preparation for the same (.4); review BBC and email correspondence with Province team regarding same (.7). | 1.60 | 2,248.00 |
| 9/21/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status (0.7). | 0.70 | 1,298.50 |
| 9/22/2024 | Hamerman, Natan | Corr with KL team re: investigation, next steps and doc review (0.3); call with A. Rogoff re same (0.5). | 0.80 | 1,188.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 30

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/22/2024 | Schmidt, Robert T. | Review multiple emails re Debtor investigation and related matters (.5). | 0.50 | 865.00 |
| 9/22/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status (0.4); call with N. Hamerman re same (0.5). | 0.90 | 1,669.50 |
| 9/22/2024 | Allard, Nathaniel | Emails with UCC professionals re: upcoming interviews and related issues for Debtors' investigation (.5). | 0.50 | 690.00 |
| 9/23/2024 | Schmidt, Robert T. | Multiple emails with KL and Saul Ewing teams re investigation, M3 interview and related issues (.5); call with A. Rogoff re strategy (.4). | 0.90 | 1,557.00 |
| 9/23/2024 | Allard, Nathaniel | Emails with N. Hamerman, E. Daniels re: investigation (.5), review emails from UCC professionals re: interviews, production and related topics (.8), review emails from Klehr Harrison re: production and investigation (.2), further emails with A. Rogoff, N. Hamerman, E. Daniels re: investigation (.5.). | 2.00 | 2,760.00 |
| 9/23/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Hamerman, T. Falk and L. Murley re Debtors' investigation status (0.8); call with R. Schmidt re same (0.4). | 1.20 | 2,226.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 31

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/23/2024 | Hamerman, Natan | Corr with UCC professional team re: investigation process (1.2); call with E. Daniels re same (0.4); corr with Klehr re: status (0.3); review investigation related documents (1.3); corr with KL team re: status (0.2); draft letter to adversary (2.0); corr with KL team re: same (0.4); post interview debrief with E. Daniels and Saul Ewing (0.3). | 6.10 | 9,058.50 |
| 9/23/2024 | Schmidt, Robert T. | Review correspondence from Klehr Harrison re interview process (.1); review proposed draft response and emails KL and Saul Ewing teams re same (.4). | 0.50 | 865.00 |
| 9/23/2024 | Daniels, Elan | Email correspondence with KL, Saul Ewing team regarding interviews, discovery (.9); call with Saul Ewing, N. Hamerman regarding interview (.3); call with N. Hamerman regarding next steps (.4); review interview notes and revise draft correspondence regarding discovery issues (1.3). | 2.90 | 4,074.50 |
| 9/24/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, T. Falk and L. Murley re Debtors' investigation status (1.1). | 1.10 | 2,040.50 |
| 9/24/2024 | Raskin, Evan | Confer with N. Hamerman re research assignment re key issues (0.3); conduct research on key issues (1.0). | 1.30 | 1,176.50 |
| 9/24/2024 | Hamerman, Natan | Corr with KL re: strategy (0.8); edit, draft letter to Debtors (1.7); edit draft email to Debtors (0.9); numerous emails with KL and Saul Ewing re: interview process (1.2); corr with KL team re: letter to Debtors (0.5); confer with E. Raskin re: research (0.3). | 5.40 | 8,019.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 32

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/24/2024 | Daniels, Elan | Conference with N. Hamerman regarding investigation and discovery (.2); email correspondence with Province regarding same (.3); call with Province regarding transactions (.9); review discovery materials and email correspondence with KL, Province and Saul Ewing teams regarding same (.7). | 2.10 | 2,950.50 |
| 9/24/2024 | Allard, Nathaniel | Review letter response to Klehr and related comments (.3), emails among UCC professionals re: investigation (.8), further emails with N. Hamerman, E. Daniels, A. Rogoff re: response to Klehr and review of same (.5). | 1.60 | 2,208.00 |
| 9/25/2024 | Rogoff, Adam C. | Review and revise email/letter to Kleher re Debtors' investigation status (0.3); coordinate with N. Hamerman and E. Daniels re same (0.3). | 0.60 | 1,113.00 |
| 9/25/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Hamerman, T. Falk and L. Murley re Debtors' investigation status (0.9). | 0.90 | 1,669.50 |
| 9/25/2024 | Rogoff, Adam C. | Call and coordination with E. Daniels, N. Hamerman, R. Schmidt, and N. Allard re Debtors' investigation status (0.7). | 0.70 | 1,298.50 |
| 9/25/2024 | Allard, Nathaniel | Review draft letters to Klehr and Kirkand (.5), provide comments to same (.2), related emails among UCC professionals re: same (.8), and review updated versions of same (.4). | 1.90 | 2,622.00 |
| 9/25/2024 | Schmidt, Robert T. | Review interview notes and emails with KL and Saul Ewing teams re same (.2); call with A. Rogoff re same (.2). | 0.22 | 389.25 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 33

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/25/2024 | Daniels, Elan | Email correspondence with KL team regarding investigation and discovery (.8); call with A. Rogoff re same (.4). | 1.20 | 1,686.00 |
| 9/25/2024 | Raskin, Evan | Conduct research on key issues (2.3); draft memo to N. Hamerman re same (1.6) | 3.90 | 3,529.50 |
| 9/25/2024 | Hamerman, Natan | Draft letter (1.6); attend Mark Still interview (1.7); corr with KL team re: strategic issues and narrative (1.1); call with A. Rogoff re same (.3); draft email to Klehr (0.4); review redaction issues and docs (1.9); corr with KL and Saul Ewing teams re: same (0.4); corr with KL team re: discovery issues (0.5). | 7.90 | 11,731.50 |
| 9/25/2024 | Rogoff, Adam C. | Review Still interview email and coordinate with N. Hamerman re same (0.4). | 0.40 | 742.00 |
| 9/26/2024 | Hamerman, Natan | Corr with KL team re: calls with adversary (0.3); participate in same (0.3); regroup re: same (0.3); continue with interview prep (0.4); review notes (0.4); calls with E. Daniels re: next steps and discovery (0.8); draft reduction letter (0.5); review charter (0.3); corr with UCC profs re: same (0.6); review redacted documents (1.5). | 5.40 | 8,019.00 |
| 9/26/2024 | Daniels, Elan | Email correspondence with KL team regarding case law research (.4); review discovery and email correspondence with KL, Saul Ewing teams regarding same (2); calls with N. Hamerman regarding discovery (.8); email correspondence with N. Allard regarding timeline issues (.6). | 3.80 | 5,339.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 34

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/26/2024 | Allard, Nathaniel | Numerous emails with UCC professionals re: investigation (.8), review draft letter re: redactions in production (.2). | 1.00 | 1,380.00 |
| 9/26/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, N. Hamerman, T. Falk and L. Murley re Debtors' investigation status (0.7); call with R. Schmidt re same (0.2). | 0.90 | 1,669.50 |
| 9/26/2024 | Rogoff, Adam C. | Emails and coordination with N. Hamerman re Committee discovery requests (0.2). | 0.20 | 371.00 |
| 9/26/2024 | Rogoff, Adam C. | Review Glendinning interview email and coordinate with T. Falk re same (0.4). | 0.40 | 742.00 |
| 9/26/2024 | Raskin, Evan | Research re precedent on key issues (3.8); draft email memo to N. Hamerman summarizing research findings (1.6). | 5.40 | 4,887.00 |
| 9/27/2024 | Hamerman, Natan | Corr with UCC professionals re redaction letter (0.5); review docs re: same (0.5); calls with E. Daniels re: status (0.7); review E. Daniels narrative (0.4). | 2.10 | 3,118.50 |
| 9/27/2024 | Raskin, Evan | Conduct legal research on key issues (2.3); update precedent memo re key issues (0.5). | 2.80 | 2,534.00 |
| 9/27/2024 | Schmidt, Robert T. | Review interview notes re Archibald and prior witnesses (.4); review emails re D&O insurance issues (.2); review correspondence re document production redactions and related issues (.2); review emails re interview schedule and issues (.1). | 0.90 | 1,557.00 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 35

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/27/2024 | Rogoff, Adam C. | Emails and coordination with E. Daniels, R. Schmidt and N. Hamerman regarding insurance coverage (0.2). | 0.20 | 371.00 |
| 9/27/2024 | Allard, Nathaniel | Compile case timeline (2.5), related emails with E. Daniels, A. Rogoff (.5), further review same (.3). | 3.30 | 4,554.00 |
| 9/27/2024 | Daniels, Elan | Calls with N. Hamerman regarding investigation (.9); review timeline and email correspondence with N. Hamerman and N. Allard regarding same (.5); email correspondence with Saul Ewing regarding discovery matters (.4); review discovery and prepare investigation narrative (4.5). | 6.30 | 8,851.50 |
| 9/30/2024 | Raskin, Evan | Draft memo to internal KL team re key issues (1.0); update tracker of precedent memo re key issues (5.3); correspond with N. Allard re next steps for research (0.1); correspond with N. Hamerman and E. Daniels re research assignment (0.1). | 6.50 | 5,882.50 |
| 9/30/2024 | Schmidt, Robert T. | Meeting w/ N. Allard and N. Hamerman re: case litigation issues (.2); review WIP and summary emails re same (.6); attend portion of call w/ Saul Ewing re: same (.2); review interview summaries and emails same (.5). | 1.50 | 2,595.00 |
| 9/30/2024 | Rogoff, Adam C. | Email and coordinate with T. Falk and N. Hamerman re redactions (0.1). | 0.10 | 185.50 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 36

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/30/2024 | Allard, Nathaniel | Review draft memo re: potential claims (.8), emails with N. Hamerman, E. Daniels re same (.2), review reports on interviews by Debtors (.3), correspond with T. Falk re: investigation items (.2). | 1.50 | 2,070.00 |
| 9/30/2024 | Daniels, Elan | Call with N. Hamerman regarding discovery, next steps (.4); review discovery and prepare narrative regarding investigation theories (4.5); email correspondence with Saul Ewing regarding discovery, interviews and next steps (.3). | 5.20 | 7,306.00 |
| 9/30/2024 | Schmidt, Robert T. | Review interview notes (.2); review correspondence (.1). | 0.30 | 519.00 |
| 9/30/2024 | Allard, Nathaniel | Meet w/ R. Schmidt and N. Hamerman re: investigation update (.2), call with Saul Ewing and KL teams re: case open items and pleadings (.5). | 0.70 | 966.00 |
| 9/30/2024 | Hamerman, Natan | Emails re: redaction response (0.4); meet with R. Schmidt and N. Allard re investigation issues (0.2); call with Saul Ewing and KL teams re: theories (0.5); review E. Daniels memo re: theories (0.7); corr re E. Raskin re: research (0.2); corr with KL team re: research issues (0.7); strategize re: next steps (1.1); emails with Debtors (0.2); call with E. Daniels re: theories (0.4). | 4.40 | 6,534.00 |
| 9/30/2024 | Rogoff, Adam C. | Review Mangum interview email and coordinate with T. Falk and E. Daniels re same (0.5). | 0.50 | 927.50 |
| **Subtotal: 126 Investigations** | | | **144.23** | **$205,388.25** |



October 23, 2024
Invoice #: 928055
076884-00002
Page 37

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| **TOTAL** | | | **307.80** | **$441,759.49** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 9/4/2024 | Kane, Wendy | LoopUp LLC - Telecommunication Charges | $20.55 |
| **TOTAL** | | | **$20.55** |

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 9/12/2024 | Raskin, Evan | Westlaw Online Research Raskin, Evan - Transaction - Display Document : MULTI-SEARCH DOCKETS DETAIL | $64.69 |
| 9/25/2024 | Raskin, Evan | Westlaw Online Research Raskin, Evan - Transaction - Search : MULTI-SEARCH TRANSACTIONAL SEARCHES | 811.59 |
| 9/26/2024 | Raskin, Evan | Westlaw Online Research Raskin, Evan - Transaction - Search : MULTI-SEARCH TRANSACTIONAL SEARCHES | 367.08 |
| 9/30/2024 | Raskin, Evan | Westlaw Online Research Raskin, Evan - Transaction - Display Document : MULTI-SEARCH DOCKETS DETAIL | 64.69 |
| **TOTAL** | | | **$1,308.05** |

**Pacer Online Research**



October 23, 2024
Invoice #: 928055
076884-00002
Page 38

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/25/2024 | Lynam, Amanda J. | Pacer Online Research Lynam, Amanda | $10.80 |
| 9/27/2024 | Lynam, Amanda J. | Pacer Online Research Lynam, Amanda | 17.40 |
| 9/29/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 5.30 |
| 9/30/2024 | Kane, Wendy | Pacer Online Research Kane, Wendy | 3.00 |
| 9/30/2024 | Lynam, Amanda J. | Pacer Online Research Lynam, Amanda | 23.80 |
| 9/30/2024 | Raskin, Evan | Pacer Online Research Raskin, Evan | 110.80 |
| TOTAL | | | $171.10 |

**Bloomberg Law Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/27/2024 | Lynam, Amanda J. | Bloomberg Law Online Research Lynam, Amanda | $35.45 |
| TOTAL | | | $35.45 |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/30/2024 | Kane, Wendy | Kathleen M Rehling - Transcript Fees Vendor: Kathleen M Rehling, Description: Ebix Hearing Transcript, Transaction Date: 09/30/24, Invoice Number: 10850, Timekeeper: Wendy Kane | $83.70 |



October 23, 2024
Invoice #: 928055
076884-00002
Page 39

| TOTAL | $83.70 |
|---|---|
| TOTAL | $1,618.85 |