# **EXHIBIT C**

## **Expense Summary**

53349708.1

## EXHIBIT C

### EXPENSE SUMMARY
### SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Bloomberg Law Online Research | Bloomberg Law | $35.45 |
| Pacer Online Research | PACER | $171.10 |
| Telecommunications Charges | LoopUp | $20.55 |
| Transcript Fees | Kathleen M. Rehling, | $83.70 |
| Westlaw Online Research | Westlaw | $1,308.05 |
| **TOTAL** | | **$1,618.85** |

53349708.1