# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 1 | $653.00 | $645.00 |
| Junior Partners | 0 | $552.00 | $0.00 |
| Counsel | 1 | $565.00 | $520.00 |
| Senior Associates | 2 | $409.00 | $430.10 |
| Junior Associates | 2 | $336.00 | $304.36 |
| Paralegal | 0 | $284.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $269.00 | $304.75 |
| **Aggregated:** | | **$504.00** | **$419.86** |

# EXHIBIT B

**TIMEKEEPER SUMMARY**

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from September 1, 2024 through September 30, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lucian B. Murley | 2005 | Partner (2018) | Bankruptcy | $645 | 56.5 | $36,442.50 |
| Allison L. Burdette | 2013 | Counsel (2024) | Litigation | $520 | 3.9 | $2,028.00 |
| Ian McLin | 2017 | Associate (2017) | Litigation | $450 | 0.3 | $135.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430 | 62.0 | $26,660.00 |
| Maxwell Hanamirian | 2024 | Associate (2024) | Bankruptcy | $315 | 29.9 | $9,418.50 |
| Nicholas Smargiassi | 2023 | Associate (2023) | Bankruptcy | $300 | 72.9 | $21,870.00 |
| eDiscovery Consultant - EDC | N/A | Litigation Support | Litigation | $395 | 0.2 | $79.00 |
| eDiscovery Specialist – EDS | N/A | Litigation Support | Litigation | $360 | 4.0 | $1,440.00 |
| Robyn Warren | N/A | Paraprofessional | Bankruptcy | $285 | 12.1 | $3,448.50 |
| **TOTAL** | | | | | **241.8** | **$101,521.50** |

**Blended Hourly Rate: $419.86**

# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from September 1, 2024 through September 30, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | 0.2 | $107.50 |
| Case Administration | 7.8 | $4,194.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date | 0.3 | $193.50 |
| Committee Matters | 9.9 | $5,907.50 |
| Executory Contracts and Unexpired Leases | 0.2 | $129.00 |
| Fee/Employment Applications (Saul Ewing) | 11.8 | $4,087.50 |
| Fee/Employment Applications (Other Professionals) | 14.9 | $6,134.50 |
| Financing and Cash Collateral | 1.5 | $967.50 |
| Plan and Disclosure Statement | 186.3 | $75,641.00 |
| Preparation for and Attendance at Hearings | 8.5 | $3,901.00 |
| UST Reports, Meetings and Issues | 0.4 | $258.00 |
| **TOTAL** | **241.8** | **$101,521.50** |

# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary

## For the Period from September 1, 2024 through September 30, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| E-discovery Processing /Usage | Epiq Relativity | $678.35 |
| Legal Research | Westlaw | $3,079.50 |
| **Total** | | **$3,757.85** |

# EXHIBIT E

**DECLARATION OF LUCIAN B. MURLEY**