# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary

## For the Period from September 1, 2024 through September 30, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| E-discovery Processing /Usage | Epiq Relativity | $678.35 |
| Legal Research | Westlaw | $3,079.50 |
| **Total** | | **$3,757.85** |

53222024.1 11/12/2024



| | |
|---|---|
| Express, Inc. - Official Committee of Un | Invoice Number 4373736 |
| N/A - Committee N/A - Committee | Invoice Date 10/11/24 |
| One Express Drive | Client Number 391459 |
| Columbus, OH 43230 | Matter Number 00001 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 09/19/24 | Westlaw Research - Nicholas Smargiassi | 138.00 |
| 09/19/24 | Westlaw Research - Nicholas Smargiassi | 138.00 |
| 09/19/24 | Westlaw Research - Turner N. Falk | 404.46 |
| 09/27/24 | Westlaw Research - Nicholas Smargiassi | 414.00 |
| 09/25/24 | Westlaw Research - Maxwell Hanamirian | 298.08 |
| 09/26/24 | Westlaw Research - Maxwell Hanamirian | 643.68 |
| 09/27/24 | Westlaw Research - Maxwell Hanamirian | 745.20 |
| 09/29/24 | Westlaw Research - Maxwell Hanamirian | 298.08 |
| | Total Westlaw Legal Research | 3,079.50 |
| | Epiq Relativity eDiscovery Costs | 678.35 |
| | CURRENT EXPENSES | 3,757.85 |
| | TOTAL AMOUNT OF THIS INVOICE | 3,757.85 |

53176930.1 11/01/2024