## **EXHIBIT B**

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Paul Huygens, Principal | $1,420 | 11.9 | $16,898.00 |
| Michael Robinson, Managing Director | $940 | 61.2 | $57,528.00 |
| Kirsten Lee, Senior Associate | $580 | 33.4 | $19,372.00 |
| Kennet Mendez, Associate | $490 | 167.1 | $81,879.00 |
| Andy Zhang, Analyst | $440 | 118.3 | $52,052.00 |
| Mike Zhang, Analyst | $410 | 84.0 | $34,440.00 |
| Jameson Godsey, Analyst | $350 | 108.0 | $37,800.00 |
| Alex Byrne, Analyst | $340 | 16.4 | $5,576.00 |
| Eric Mattson, Matter Manager | $300 | 0.7 | $210.00 |
| Laura Conn, Matter Administrator | $270 | 1.1 | $297.00 |
| **Grand Total** |  | **602.1** | **$306,052.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 350.7 | $172,122.00 |
| Case Administration | 10.7 | $5,243.00 |
| Committee Activities | 30.4 | $25,265.00 |
| Court Filings | 6.0 | $2,250.00 |
| Court Hearings | 1.0 | $1,180.00 |
| Fee/Employment Applications | 8.6 | $4,127.00 |
| Investigation | 193.5 | $94,161.00 |
| Plan and Disclosure Statement | 1.2 | $1,704.00 |
| **Grand Total** | **602.1** | **$306,052.00** |

## EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/1/2024 | Jameson Godsey | Prepared presentation materials for the WHP investigation by researching comparable transactions, integrating detailed information in regard to ABG and their transaction with Meredith Corporation. | Investigation | 2.90 | 350.00 | $1,015.00 |
| 9/1/2024 | Jameson Godsey | Prepared presentation materials for the WHP investigation by researching comparable transactions, integrating detailed information in regard to the Royalty Pharma / Nektar transaction. | Investigation | 2.80 | 350.00 | $980.00 |
| 9/1/2024 | Kennet Mendez | Reviewed and summarized several discovery productions re: ABL refinancing discussions. | Investigation | 2.70 | 490.00 | $1,323.00 |
| 9/1/2024 | Jameson Godsey | Prepared presentation materials for the WHP investigation by researching comparable transactions, integrating an illustrative view of the comparable transaction among Royalty Pharma and Nektar. | Investigation | 2.70 | 350.00 | $945.00 |
| 9/1/2024 | Jameson Godsey | Prepared presentation materials for the WHP investigation by researching comparable transactions, integrating detailed information in regard to investor sentiment surrounding the Royalty Pharma and Nektar transaction. | Investigation | 1.20 | 350.00 | $420.00 |
| 9/2/2024 | Jameson Godsey | Prepared presentation materials for the WHP investigation by researching comparable transactions, integrating detailed information on litigation occurring in the ABG / and Meredith Corporation transaction. | Investigation | 2.90 | 350.00 | $1,015.00 |
| 9/2/2024 | Jameson Godsey | Revised the presentation materials for the WHP investigation by integrating a detailed legal analysis of the Royalty Pharma and Nektar transaction. | Investigation | 2.80 | 350.00 | $980.00 |
| 9/2/2024 | Jameson Godsey | Analyzed the royalty and licensing agreements from our list of comparable transactions to determine which ones occurred pre-bankruptcy. | Business Analysis / Operations | 2.70 | 350.00 | $945.00 |
| 9/2/2024 | Jameson Godsey | Conducted a comprehensive analysis of additional transactions analogous to the WHP/Express deal, specifically focusing on IP transfers exceeding 50% ownership change. | Business Analysis / Operations | 2.60 | 350.00 | $910.00 |
| 9/2/2024 | Kennet Mendez | Outlined and developed template for the Project Wardrobe sources & uses and net cash proceeds visual. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 9/2/2024 | Kennet Mendez | Assisted in developing the benefits and drawback overview for D&O claim advocacy. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/2/2024 | Kennet Mendez | Reviewed and analyzed WE 8.24.24 receipt variances. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/2/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.60 | 490.00 | $294.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/2/2024 | Michael Robinson | Analyzed hearing script draft. | Business Analysis / Operations | 0.20 | 940.00 | $188.00 |
| 9/3/2024 | Kennet Mendez | Finalized draft of preliminary views for potential causes of action. | Investigation | 2.70 | 490.00 | $1,323.00 |
| 9/3/2024 | Kennet Mendez | Discussed ongoing investigation with J. Dong. | Investigation | 0.70 | 490.00 | $343.00 |
| 9/3/2024 | Mike Zhang | Updated cash flow variance presentation with updated weekly information. | Business Analysis / Operations | 2.90 | 410.00 | $1,189.00 |
| 9/3/2024 | Jameson Godsey | Developed an illustrative overview of the deal structuring for the Express and Bonobos transactions. | Business Analysis / Operations | 2.90 | 350.00 | $1,015.00 |
| 9/3/2024 | Michael Robinson | Worked through requests from counsel. | Business Analysis / Operations | 2.80 | 940.00 | $2,632.00 |
| 9/3/2024 | Jameson Godsey | Analyzed the royalty and licensing agreements from the internal list of comparable transactions to determine which ones occurred post-bankruptcy. | Business Analysis / Operations | 2.60 | 350.00 | $910.00 |
| 9/3/2024 | Jameson Godsey | Prepared an illustrative analysis of net cash proceeds and the implied net debt/cash position resulting from the WHP investment. | Business Analysis / Operations | 2.40 | 350.00 | $840.00 |
| 9/3/2024 | Jameson Godsey | Developed a visual representation of Express's stock performance from 2016 to 2022 for analytical review. | Business Analysis / Operations | 2.40 | 350.00 | $840.00 |
| 9/3/2024 | Kennet Mendez | Assisted in developing the pro forma Wardrobe organizational structure. | Business Analysis / Operations | 2.10 | 490.00 | $1,029.00 |
| 9/3/2024 | Kirsten Lee | Reviewed analysis re: WHP and Bonobos transactions. | Business Analysis / Operations | 2.10 | 580.00 | $1,218.00 |
| 9/3/2024 | Kirsten Lee | Provided comments on presentation summarizing transactions. | Business Analysis / Operations | 1.90 | 580.00 | $1,102.00 |
| 9/3/2024 | Mike Zhang | Revised debt capital structure around debt refinancing transactions. | Business Analysis / Operations | 1.90 | 410.00 | $779.00 |
| 9/3/2024 | Kennet Mendez | Assisted in developing the pro forma Black Tie organizational structure. | Business Analysis / Operations | 1.90 | 490.00 | $931.00 |
| 9/3/2024 | Kennet Mendez | Assisted in enhancing the transaction summaries for Wardrobe and Black Tie. | Business Analysis / Operations | 1.80 | 490.00 | $882.00 |
| 9/3/2024 | Jameson Godsey | Conducted a targeted review of publicly available information sources to ascertain the specific royalty rate paid by Vince to ABG. | Business Analysis / Operations | 1.70 | 350.00 | $595.00 |
| 9/3/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.90 | 490.00 | $441.00 |
| 9/3/2024 | Alex Byrne | Analyzed relevant case workstreams and relevant filings. | Business Analysis / Operations | 0.90 | 340.00 | $306.00 |
| 9/3/2024 | Alex Byrne | Summarized dockets for the day of 09/03/2024 | Court Filings | 0.90 | 340.00 | $306.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/3/2024 | Michael Robinson | Update call with counsel. | Business Analysis / Operations | 0.70 | 940.00 | $658.00 |
| 9/3/2024 | Paul Huygens | Reviewed agenda and attended UCC professionals call re: pending hearing and UCC meeting along with investigation status. | Committee Activities | 0.70 | 1,420.00 | $994.00 |
| 9/3/2024 | Paul Huygens | Corresponded among UCC team re: exclusivity and hearing scheduling (0.1). Reviewed objection in comparable case to proposed releases of executive (0.5). | Plan and Disclosure Statement | 0.60 | 1,420.00 | $852.00 |
| 9/3/2024 | Kennet Mendez | Reviewed and analyzed WE 8.24.24 disbursement variances. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 9/3/2024 | Michael Robinson | Update call with M3. | Business Analysis / Operations | 0.40 | 940.00 | $376.00 |
| 9/3/2024 | Paul Huygens | Reviewed KL status conference hearing outline and corresponded re: same. | Business Analysis / Operations | 0.30 | 1,420.00 | $426.00 |
| 9/3/2024 | Paul Huygens | Corresponded among UCC professional team re: M3 updates and status of analysis of WHP transaction and IP comps. | Committee Activities | 0.20 | 1,420.00 | $284.00 |
| 9/4/2024 | Jameson Godsey | Conducted research for the WHP/Express investigation on guaranteed minimum royalty payments, referencing comparable terms from the Forever 21 transaction. | Investigation | 2.90 | 350.00 | $1,015.00 |
| 9/4/2024 | Kennet Mendez | Prepared detailed summary of discovery production findings for internal distribution. | Investigation | 2.80 | 490.00 | $1,372.00 |
| 9/4/2024 | Michael Robinson | Analyzed the investigation presentation. | Investigation | 2.60 | 940.00 | $2,444.00 |
| 9/4/2024 | Jameson Godsey | Conducted research for the WHP/Express investigation on guaranteed minimum royalty payments, referencing comparable terms from the Brooks Brothers transaction. | Investigation | 1.90 | 350.00 | $665.00 |
| 9/4/2024 | Jameson Godsey | Conducted research for the WHP/Express investigation on guaranteed minimum royalty payments, referencing comparable terms from the Aéropostale transaction. | Investigation | 1.70 | 350.00 | $595.00 |
| 9/4/2024 | Kennet Mendez | Reviewed and analyzed the several search terms proposed by Klehr Harrison re: ongoing interviews. | Business Analysis / Operations | 2.40 | 490.00 | $1,176.00 |
| 9/4/2024 | Alex Byrne | Analyzed documents regarding contract assumption and rejection tracker. | Business Analysis / Operations | 1.80 | 340.00 | $612.00 |
| 9/4/2024 | Kennet Mendez | Assisted in developing the share pricing evolution benchmark for the Bluestar implied share price target. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 9/4/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 1.60 | 940.00 | $1,504.00 |
| 9/4/2024 | Kennet Mendez | Assisted in developing the Project Victor vs. Project Black Tie considerations. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 9/4/2024 | Paul Huygens | Reviewed draft transaction summary slide deck with comparable IP licensing (1.0). Reviewed KL commentary and questions re: same (0.3). | Business Analysis / Operations | 1.30 | 1,420.00 | $1,846.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/4/2024 | Kennet Mendez | Incorporated WE 8.24.24 CF Actuals into the recovery model. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 9/4/2024 | Alex Byrne | Analyzed professional fee statements. | Business Analysis / Operations | 0.90 | 340.00 | $306.00 |
| 9/4/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.60 | 490.00 | $294.00 |
| 9/4/2024 | Michael Robinson | Participated in the status conference hearing. | Court Hearings | 0.50 | 940.00 | $470.00 |
| 9/4/2024 | Michael Robinson | Participated in the committee call. | Committee Activities | 0.50 | 940.00 | $470.00 |
| 9/4/2024 | Paul Huygens | Participated in status hearing re: plan and DS. | Court Hearings | 0.50 | 1,420.00 | $710.00 |
| 9/4/2024 | Michael Robinson | Analyzed company provided information. | Business Analysis / Operations | 0.30 | 940.00 | $282.00 |
| 9/5/2024 | Mike Zhang | Went through board presentations around the time of the September 2023 refinancing for investigation workstreams (Part 1). | Investigation | 3.00 | 410.00 | $1,230.00 |
| 9/5/2024 | Mike Zhang | Went through board presentations around the time of the September 2023 refinancing for investigation workstreams (Part 2). | Investigation | 0.60 | 410.00 | $246.00 |
| 9/5/2024 | Kennet Mendez | Developed and outlined the Bluestar proposal value proposition. | Business Analysis / Operations | 2.80 | 490.00 | $1,372.00 |
| 9/5/2024 | Kennet Mendez | Developed and outlined the Bluestar vs. Wardrobe transaction and proposal timelines. | Business Analysis / Operations | 2.70 | 490.00 | $1,323.00 |
| 9/5/2024 | Jameson Godsey | Prepared a standardized presentation outlining the comparative analysis of advantages and disadvantages pertaining to the WHP/Express transaction. | Business Analysis / Operations | 2.60 | 350.00 | $910.00 |
| 9/5/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 2.40 | 940.00 | $2,256.00 |
| 9/5/2024 | Kirsten Lee | Drafted comments and updates to liquidity analysis. | Business Analysis / Operations | 2.30 | 580.00 | $1,334.00 |
| 9/5/2024 | Alex Byrne | Analyzed Monthly Operating Reports. | Business Analysis / Operations | 2.10 | 340.00 | $714.00 |
| 9/5/2024 | Kennet Mendez | Assisted in developing the Project Victor vs. Project Wardrobe considerations. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 9/5/2024 | Kirsten Lee | Reviewed liquidity analysis prepared at the request of counsel. | Business Analysis / Operations | 1.20 | 580.00 | $696.00 |
| 9/5/2024 | Alex Byrne | Analyzed Monthly Operating Reports. | Business Analysis / Operations | 0.90 | 340.00 | $306.00 |
| 9/5/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.80 | 490.00 | $392.00 |
| 9/6/2024 | Kennet Mendez | Reviewed and thoroughly summarized the Sep-23 FILO TL discovery production. | Investigation | 2.90 | 490.00 | $1,421.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/6/2024 | Kennet Mendez | Call with M. Zhang re: investigation workstreams. | Investigation | 0.40 | 490.00 | $196.00 |
| 9/6/2024 | Mike Zhang | Call with K. Mendez regarding investigation workstreams. | Investigation | 0.40 | 410.00 | $164.00 |
| 9/6/2024 | Mike Zhang | Went through board presentations to understand liquidity needs around September 2023 FILO financing (Part 2). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/6/2024 | Mike Zhang | Went through board presentations to understand liquidity needs around September 2023 FILO financing (Part 1). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/6/2024 | Jameson Godsey | Conducted a thorough review of Express' board presentations from June to July 2022, documenting key findings. | Business Analysis / Operations | 2.90 | 350.00 | $1,015.00 |
| 9/6/2024 | Kennet Mendez | Developed and prepared restriction and incremental constraints arising from Sep-23 FILO TL. | Business Analysis / Operations | 2.80 | 490.00 | $1,372.00 |
| 9/6/2024 | Jameson Godsey | Conducted a thorough review of Board presentations from October to November 2022, documenting key findings. | Business Analysis / Operations | 2.70 | 350.00 | $945.00 |
| 9/6/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 2.70 | 940.00 | $2,538.00 |
| 9/6/2024 | Jameson Godsey | Conducted a thorough review of Board presentations from August to September 2022, documenting key findings. | Business Analysis / Operations | 2.60 | 350.00 | $910.00 |
| 9/6/2024 | Jameson Godsey | Developed a slide providing a high-level comparison of the Vince and Bonobos transactions, highlighting favorable terms for key criteria. | Business Analysis / Operations | 2.50 | 350.00 | $875.00 |
| 9/6/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.90 | 490.00 | $441.00 |
| 9/6/2024 | Alex Byrne | Summarized filings for the day of 09/06/2024. | Court Filings | 0.70 | 340.00 | $238.00 |
| 9/6/2024 | Mike Zhang | Went through board presentations to understand liquidity needs around September 2023 FILO financing (Part 3). | Business Analysis / Operations | 0.20 | 410.00 | $82.00 |
| 9/7/2024 | Jameson Godsey | Created presentation slides incorporating the analysis of proxy cash positions for the Vince and Phoenix transactions, accompanied by detailed commentary on the findings. | Business Analysis / Operations | 2.60 | 350.00 | $910.00 |
| 9/7/2024 | Mike Zhang | Went through additional board presentations to understand liquidity needs around September 2023 refinancing (Part 3). | Business Analysis / Operations | 0.20 | 410.00 | $82.00 |
| 9/7/2024 | Mike Zhang | Went through additional board presentations to understand liquidity needs around September 2023 refinancing (Part 1). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/7/2024 | Mike Zhang | Went through additional board presentations to understand liquidity needs around September 2023 refinancing (Part 2). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/7/2024 | Jameson Godsey | Conducted an analysis of the Vince and Phoenix transactions, comparing their proxy cash positions post-transaction. | Business Analysis / Operations | 2.90 | 350.00 | $1,015.00 |
| 9/7/2024 | Jameson Godsey | Conducted an analysis of the Vince and Bonobos transactions, comparing their proxy cash positions post-transaction. | Business Analysis / Operations | 2.80 | 350.00 | $980.00 |
| 9/7/2024 | Jameson Godsey | Created presentation slides incorporating the analysis of proxy cash positions for the Vince and Bonobos transactions, accompanied by detailed commentary on the findings. | Business Analysis / Operations | 2.70 | 350.00 | $945.00 |
| 9/8/2024 | Jameson Godsey | Revised the slides containing the proxy cash analysis to ensure better alignment with the overall presentation deck. | Business Analysis / Operations | 2.80 | 350.00 | $980.00 |
| 9/8/2024 | Mike Zhang | Drafted presentation on liquidity needs around September 2023 refinancing (Part 2). | Business Analysis / Operations | 2.90 | 410.00 | $1,189.00 |
| 9/8/2024 | Mike Zhang | Drafted presentation on liquidity needs around September 2023 refinancing (Part 1). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/9/2024 | Michael Robinson | Analyzed investigation work product. | Investigation | 2.30 | 940.00 | $2,162.00 |
| 9/9/2024 | Kennet Mendez | Provided further guidance and comments to the FILO discovery pool exercise. | Investigation | 0.90 | 490.00 | $441.00 |
| 9/9/2024 | Kennet Mendez | Reviewed and analyzed M. Zhang's FILO discovery evidence pool. | Investigation | 0.70 | 490.00 | $343.00 |
| 9/9/2024 | Paul Huygens | Reviewed letter to debtors of discovery deficiencies. | Investigation | 0.40 | 1,420.00 | $568.00 |
| 9/9/2024 | Mike Zhang | Revised presentation on liquidity needs around September 2023 refinancing according to feedback (Part 2). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/9/2024 | Mike Zhang | Revised presentation on liquidity needs around September 2023 refinancing according to feedback (Part 1). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/9/2024 | Jameson Godsey | Conducted a comprehensive review of the upside equity analysis prepared by Moelis, identifying and summarizing key findings for further consideration. | Business Analysis / Operations | 2.90 | 350.00 | $1,015.00 |
| 9/9/2024 | Jameson Godsey | Developed slides comparing Moelis' upside equity analysis with equity research reports, highlighting differences in market sentiment. | Business Analysis / Operations | 2.80 | 350.00 | $980.00 |
| 9/9/2024 | Jameson Godsey | Developed detailed presentation slides based on Moelis' upside equity analysis, incorporating key insights and findings into a presentable format. | Business Analysis / Operations | 2.70 | 350.00 | $945.00 |
| 9/9/2024 | Jameson Godsey | Reviewed equity research reports to evaluate valuation assumptions for the WHP/Express transaction and conducted a comparative analysis with Moelis' findings. | Business Analysis / Operations | 2.60 | 350.00 | $910.00 |
| 9/9/2024 | Andy Zhang | Updated the weekly budget to actual variance report (3/3). | Business Analysis / Operations | 2.10 | 440.00 | $924.00 |
| 9/9/2024 | Andy Zhang | Updated the weekly budget to actual variance report (2/3). | Business Analysis / Operations | 1.60 | 440.00 | $704.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/9/2024 | Andy Zhang | Updated the weekly budget to actual variance report (1/3). | Business Analysis / Operations | 1.30 | 440.00 | $572.00 |
| 9/9/2024 | Kennet Mendez | Reviewed and analyzed the deficiency letter re: informal document requests prepared by Saul Ewing. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/9/2024 | Kennet Mendez | Outlined and assisted in developing the liquidity needs summary overview. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/9/2024 | Kennet Mendez | Outlined and assisted in developing the key findings in board material summary. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 9/9/2024 | Kennet Mendez | Outlined and assisted in developing the FILO liquidity critique overview and summary. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/9/2024 | Michael Robinson | Analyzed variance detail. | Business Analysis / Operations | 0.80 | 940.00 | $752.00 |
| 9/9/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.80 | 490.00 | $392.00 |
| 9/9/2024 | Mike Zhang | Revised presentation on liquidity needs around September 2023 refinancing according to feedback (Part 3). | Business Analysis / Operations | 0.60 | 410.00 | $246.00 |
| 9/9/2024 | Alex Byrne | Summarized dockets for the day of 09/09/2024. | Court Filings | 0.40 | 340.00 | $136.00 |
| 9/9/2024 | Kirsten Lee | Call with M3 to discuss case updates. | Business Analysis / Operations | 0.40 | 580.00 | $232.00 |
| 9/9/2024 | Michael Robinson | Update call with M3. | Business Analysis / Operations | 0.40 | 940.00 | $376.00 |
| 9/10/2024 | Mike Zhang | Analyzed diligence materials to search for borrowing base certificate related information (Part 2/2). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/10/2024 | Mike Zhang | Analyzed diligence materials to search for borrowing base certificate related information (Part 1/2). | Business Analysis / Operations | 2.80 | 410.00 | $1,148.00 |
| 9/10/2024 | Paul Huygens | Reviewed latest draft and redline of discovery deficiencies letter. | Investigation | 0.20 | 1,420.00 | $284.00 |
| 9/10/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 2.80 | 940.00 | $2,632.00 |
| 9/10/2024 | Andy Zhang | Built and updated weekly financial update report (2/5). | Business Analysis / Operations | 2.10 | 440.00 | $924.00 |
| 9/10/2024 | Andy Zhang | Built and updated weekly financial update report (5/5). | Business Analysis / Operations | 1.80 | 440.00 | $792.00 |
| 9/10/2024 | Andy Zhang | Built weekly financial update report (1/5). | Business Analysis / Operations | 1.60 | 440.00 | $704.00 |
| 9/10/2024 | Kennet Mendez | Outlined and assisted in developing the WE 8.31 budget to variance report. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 9/10/2024 | Kennet Mendez | Outlined and assisted in developing the trailing eight-weeks 31 budget to variance report. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/10/2024 | Kennet Mendez | Analyzed and incorporated the operating disbursements for WE 8.31 into the recovery model. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/10/2024 | Kennet Mendez | Analyzed and incorporated the cash operating receipts for WE 8.31 into the recovery model. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/10/2024 | Andy Zhang | Built and updated weekly financial update report (3/5). | Business Analysis / Operations | 1.10 | 440.00 | $484.00 |
| 9/10/2024 | Andy Zhang | Built and updated weekly financial update report (4/5). | Business Analysis / Operations | 0.90 | 440.00 | $396.00 |
| 9/10/2024 | Kennet Mendez | Analyzed and incorporated the restructuring and CH. 11 items for WE 8.31 into the recovery model. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/10/2024 | Kennet Mendez | Summarized the comparison report of redlines re: the deficiency letter for KHHB. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 9/10/2024 | Kennet Mendez | Reviewed and provided comments to the final weekly financial report prepared by A. Zhang. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 9/10/2024 | Paul Huygens | Participated in weekly UCC professional teams strategy and update meeting. | Committee Activities | 0.60 | 1,420.00 | $852.00 |
| 9/10/2024 | Alex Byrne | Summarized dockets for the day of 09/10/2024. | Court Filings | 0.60 | 340.00 | $204.00 |
| 9/10/2024 | Kirsten Lee | Call with counsel to discuss case and status updates. | Business Analysis / Operations | 0.60 | 580.00 | $348.00 |
| 9/10/2024 | Michael Robinson | Update call with counsel. | Business Analysis / Operations | 0.60 | 940.00 | $564.00 |
| 9/10/2024 | Mike Zhang | Went through diligence materials to search for borrowing base certificate related information (Part 3). | Business Analysis / Operations | 0.10 | 410.00 | $41.00 |
| 9/11/2024 | Mike Zhang | Revised investigation presentation based on information in the Express Bonobos transaction agreements (Part 1/2). | Investigation | 3.00 | 410.00 | $1,230.00 |
| 9/11/2024 | Mike Zhang | Revised investigation presentation based on information in the Express Bonobos transaction agreements (Part 2/2). | Investigation | 0.30 | 410.00 | $123.00 |
| 9/11/2024 | Kennet Mendez | Enhanced and reformatted the FILO Issuance and Key Board Meeting Findings section of the investigation deck. | Investigation | 1.60 | 490.00 | $784.00 |
| 9/11/2024 | Kennet Mendez | Reviewed and summarized the final discovery deficiency letter prepared by Kramer Levin and Saul Ewing. | Investigation | 1.40 | 490.00 | $686.00 |
| 9/11/2024 | Michael Robinson | Worked through investigation analysis. | Investigation | 1.30 | 940.00 | $1,222.00 |
| 9/11/2024 | Kennet Mendez | Enhanced and reconfigured the BlueStar proposal section of the investigation deck. | Investigation | 1.20 | 490.00 | $588.00 |
| 9/11/2024 | Paul Huygens | Corresponded amongst UCC professional team re: discovery and redaction issues, and depositions/dates. | Investigation | 0.50 | 1,420.00 | $710.00 |
| 9/11/2024 | Michael Robinson | Worked through committee materials. | Committee Activities | 2.90 | 940.00 | $2,726.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/11/2024 | Andy Zhang | Reviewed and verified the fee applications filed. | Court Filings | 2.10 | 440.00 | $924.00 |
| 9/11/2024 | Mike Zhang | Added additional information regarding September 2023 financing to presentation. | Business Analysis / Operations | 1.80 | 410.00 | $738.00 |
| 9/11/2024 | Andy Zhang | Reviewed and analyzed debtors' productions and court filings in preparation for the future workstream (2/2). | Business Analysis / Operations | 1.30 | 440.00 | $572.00 |
| 9/11/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 1.20 | 490.00 | $588.00 |
| 9/11/2024 | Andy Zhang | Reviewed and analyzed debtors' productions and court filings in preparation for the future workstream (1/2). | Business Analysis / Operations | 1.10 | 440.00 | $484.00 |
| 9/11/2024 | Mike Zhang | Went through board materials and searched for topics mentioned by counsel regarding liquidity concerns around September 2023. | Business Analysis / Operations | 1.10 | 410.00 | $451.00 |
| 9/11/2024 | Kennet Mendez | Analyzed latest FILO findings shared by Kramer Levin. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 9/11/2024 | Kennet Mendez | Cross-referenced First Interim Fee Application against previously filed monthly fee applications. | Fee / Employment Applications | 0.80 | 490.00 | $392.00 |
| 9/11/2024 | Alex Byrne | Summarized dockets for the day of 09/11/2024. | Court Filings | 0.70 | 340.00 | $238.00 |
| 9/11/2024 | Mike Zhang | Looked for Express Bonobos transaction related agreements. | Business Analysis / Operations | 0.10 | 410.00 | $41.00 |
| 9/12/2024 | Kennet Mendez | Prepared and developed advocacy overview for potential causes of action for the WHP transaction. | Investigation | 1.70 | 490.00 | $833.00 |
| 9/12/2024 | Kennet Mendez | Prepared and developed advocacy overview for potential causes of action for the Bonobos transaction. | Investigation | 1.40 | 490.00 | $686.00 |
| 9/12/2024 | Kennet Mendez | Prepared and developed advocacy overview for potential causes of action for the BlueStar Proposal negligence. | Investigation | 1.30 | 490.00 | $637.00 |
| 9/12/2024 | Kennet Mendez | Prepared and developed advocacy overview for potential causes of action for the FILO issuance. | Investigation | 1.20 | 490.00 | $588.00 |
| 9/12/2024 | Kennet Mendez | Reviewed and analyzed the IP JV agreement and final purchase agreement for the Express, WHP, and Bonobos acquisitions. | Business Analysis / Operations | 2.10 | 490.00 | $1,029.00 |
| 9/12/2024 | Kennet Mendez | Reconfigured and enhanced the Bonobos and Express pro forma structure overview. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/12/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 1.10 | 490.00 | $539.00 |
| 9/12/2024 | Alex Byrne | Summarized dockets for the day of 09/12/2024. | Court Filings | 0.60 | 340.00 | $204.00 |
| 9/13/2024 | Andy Zhang | Reviewed and updated the deck re: investigation (2/3). | Investigation | 1.80 | 440.00 | $792.00 |
| 9/13/2024 | Andy Zhang | Reviewed and updated the deck re: investigation (1/3). | Investigation | 1.50 | 440.00 | $660.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/13/2024 | Andy Zhang | Reviewed and updated the deck re: investigation (3/3). | Investigation | 0.80 | 440.00 | $352.00 |
| 9/13/2024 | Mike Zhang | Revised investigation slides according to comments. | Investigation | 0.20 | 410.00 | $82.00 |
| 9/13/2024 | Kirsten Lee | Reviewed board materials for information on Bonobos and WHP transactions. | Business Analysis / Operations | 2.90 | 580.00 | $1,682.00 |
| 9/13/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 2.30 | 940.00 | $2,162.00 |
| 9/13/2024 | Kennet Mendez | Reconfigured and enhanced the incremental availability evolution for the FILO Term Loan. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 9/13/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.90 | 490.00 | $441.00 |
| 9/13/2024 | Paul Huygens | Correspondence amongst UCC professional team re: liquidity analysis re: the FILO financing. | Business Analysis / Operations | 0.30 | 1,420.00 | $426.00 |
| 9/14/2024 | Kirsten Lee | Reviewed and updated presentation on historical transactions. | Business Analysis / Operations | 2.70 | 580.00 | $1,566.00 |
| 9/14/2024 | Kirsten Lee | Reviewed analysis re: historical transactions. | Business Analysis / Operations | 2.40 | 580.00 | $1,392.00 |
| 9/14/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 1.00 | 490.00 | $490.00 |
| 9/16/2024 | Mike Zhang | Summarized statistics on redacted information in board materials (Part 1/2). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/16/2024 | Mike Zhang | Summarized statistics on redacted information in board materials (Part 2/2). | Business Analysis / Operations | 0.40 | 410.00 | $164.00 |
| 9/16/2024 | Kirsten Lee | Audited and updated discovery analysis presentation. | Investigation | 2.70 | 580.00 | $1,566.00 |
| 9/16/2024 | Kennet Mendez | Prepared several sources and snippets for counsel re: Province's preliminary discovery findings. | Investigation | 2.10 | 490.00 | $1,029.00 |
| 9/16/2024 | Kennet Mendez | Worked and implemented final edits to the preliminary discovery findings presentation. | Investigation | 1.60 | 490.00 | $784.00 |
| 9/16/2024 | Paul Huygens | Reviewed and corresponded with team re: preliminary discovery findings slide deck (1.1).  Call with M. Robinson re: same (0.1). | Investigation | 1.20 | 1,420.00 | $1,704.00 |
| 9/16/2024 | Paul Huygens | Reviewed Klehr letter in response to committee discovery deficiency letter, and specific redacted production. | Investigation | 0.40 | 1,420.00 | $568.00 |
| 9/16/2024 | Michael Robinson | Analyzed the presentation for counsel. | Business Analysis / Operations | 2.80 | 940.00 | $2,632.00 |
| 9/16/2024 | Alex Byrne | Reviewed company's insurance motion for relevant D&O information. | Business Analysis / Operations | 1.70 | 340.00 | $578.00 |
| 9/16/2024 | Kennet Mendez | Reviewed and incorporated several suggestive edits sent b Kramer Levin to the findings presentation. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/16/2024 | Kirsten Lee | Facilitated drafts of Province interim fee app; reviewed draft; coordinated with counsel. | Fee / Employment Applications | 1.30 | 580.00 | $754.00 |
| 9/16/2024 | Kennet Mendez | Reviewed and analyzed several borrowing base certificates uploaded to the shared data room. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/16/2024 | Andy Zhang | Built and updated UCC slides (3/3). | Committee Activities | 1.20 | 440.00 | $528.00 |
| 9/16/2024 | Andy Zhang | Built and updated UCC slides (1/3). | Committee Activities | 1.10 | 440.00 | $484.00 |
| 9/16/2024 | Mike Zhang | Created and revised slide on redacted information in board materials. | Business Analysis / Operations | 1.00 | 410.00 | $410.00 |
| 9/16/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.80 | 490.00 | $392.00 |
| 9/16/2024 | Andy Zhang | Built and updated UCC slides (2/3). | Committee Activities | 0.80 | 440.00 | $352.00 |
| 9/16/2024 | Mike Zhang | Added snippets of redacted information pages of board materials to Excel support. | Business Analysis / Operations | 0.60 | 410.00 | $246.00 |
| 9/16/2024 | Michael Robinson | Update call with M3. | Business Analysis / Operations | 0.30 | 940.00 | $282.00 |
| 9/17/2024 | Andy Zhang | Reviewed and analyzed related files re: Investigation. | Investigation | 1.60 | 440.00 | $704.00 |
| 9/17/2024 | Paul Huygens | Corresponded re: discovery disputes, strategy, and agenda (0.2) then participated in weekly professionals call re same and findings to date (0.6). | Investigation | 0.80 | 1,420.00 | $1,136.00 |
| 9/17/2024 | Kennet Mendez | Discussed several discovery concepts on the phone with E. Daniels from Kramer Levin. | Investigation | 0.70 | 490.00 | $343.00 |
| 9/17/2024 | Mike Zhang | Investigated matters related to D&O tail policy. | Investigation | 0.30 | 410.00 | $123.00 |
| 9/17/2024 | Paul Huygens | Corresponded amongst UCC team re: potential responses to Klehr discovery letter. | Investigation | 0.20 | 1,420.00 | $284.00 |
| 9/17/2024 | Michael Robinson | Outlined committee presentation. | Committee Activities | 2.70 | 940.00 | $2,538.00 |
| 9/17/2024 | Alex Byrne | Reviewed company's insurance motion for relevant D&O information. | Business Analysis / Operations | 2.10 | 340.00 | $714.00 |
| 9/17/2024 | Andy Zhang | Built and updated the weekly UCC deck (2/4). | Committee Activities | 2.10 | 440.00 | $924.00 |
| 9/17/2024 | Kennet Mendez | Outlined and assisted in developing the WE 9.07 budget to variance report. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 9/17/2024 | Andy Zhang | Reviewed and analyzed Debtors' productions re: updating weekly financial update. | Business Analysis / Operations | 1.50 | 440.00 | $660.00 |
| 9/17/2024 | Kennet Mendez | Outlined and assisted in developing the trailing nine-weeks 31 budget to variance report. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 9/17/2024 | Andy Zhang | Built and updated the weekly UCC deck (3/4). | Committee Activities | 1.30 | 440.00 | $572.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/17/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 1.30 | 940.00 | $1,222.00 |
| 9/17/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 1.20 | 490.00 | $588.00 |
| 9/17/2024 | Kennet Mendez | Analyzed and incorporated the operating disbursements for WE 9.07 into the recovery model. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/17/2024 | Kennet Mendez | Reviewed and corresponded to several e-mails re: UCC response to deficiency letter rebuttal. | Committee Activities | 1.10 | 490.00 | $539.00 |
| 9/17/2024 | Andy Zhang | Built the weekly UCC deck (1/4). | Committee Activities | 1.10 | 440.00 | $484.00 |
| 9/17/2024 | Mike Zhang | Finished sourcing redacted pages and added notes to explain the redacted information. | Business Analysis / Operations | 1.10 | 410.00 | $451.00 |
| 9/17/2024 | Kennet Mendez | Analyzed and incorporated the restructuring and CH. 11 items for WE 9.07 into the recovery model. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 9/17/2024 | Kennet Mendez | Analyzed and incorporated the cash operating receipts for WE 9.07 into the recovery model. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/17/2024 | Andy Zhang | Built and updated weekly financial and diligence update report (4/4). | Business Analysis / Operations | 0.90 | 440.00 | $396.00 |
| 9/17/2024 | Kennet Mendez | Reviewed and summarized the key aspects to the letter from R. Moore to L. Murley. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 9/17/2024 | Kirsten Lee | Update call with Kramer Levin and Saul Ewing teams. | Business Analysis / Operations | 0.50 | 580.00 | $290.00 |
| 9/17/2024 | Michael Robinson | Update call with counsel. | Business Analysis / Operations | 0.50 | 940.00 | $470.00 |
| 9/18/2024 | Kirsten Lee | Analyzed various Company liquidity analysis at the request of counsel. | Business Analysis / Operations | 2.60 | 580.00 | $1,508.00 |
| 9/18/2024 | Kennet Mendez | Outlined and provided template to the redaction and privilege tracker overview. | Investigation | 1.70 | 490.00 | $833.00 |
| 9/18/2024 | Kennet Mendez | Reviewed several e-mail correspondences re: Letter response to KHHB on the UCC's RoR re: investigation. | Investigation | 1.20 | 490.00 | $588.00 |
| 9/18/2024 | Kennet Mendez | Reviewed the D&O tail policy per counsels request. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 9/18/2024 | Andy Zhang | Reviewed Debtors' production, Built and updated weekly financial and diligence update report (1/3). | Business Analysis / Operations | 1.50 | 440.00 | $660.00 |
| 9/18/2024 | Andy Zhang | Reviewed Debtors' production, Built and updated weekly financial and diligence update report (3/3). | Business Analysis / Operations | 1.30 | 440.00 | $572.00 |
| 9/18/2024 | Kennet Mendez | Outlined and developed status completion and requisite items overview. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/18/2024 | Andy Zhang | Reviewed Debtors' production, Built and updated weekly financial and diligence update report (2/3). | Business Analysis / Operations | 1.20 | 440.00 | $528.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/18/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 1.20 | 940.00 | $1,128.00 |
| 9/18/2024 | Kennet Mendez | Assisted in developing the Bonobos lease rejection portfolio summary following its acquisition. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/18/2024 | Michael Robinson | Analyzed variance details. | Business Analysis / Operations | 0.70 | 940.00 | $658.00 |
| 9/18/2024 | Kennet Mendez | Updated daily workstream tracker and distributed internal summary update to the Province team. | Case Administration | 0.70 | 490.00 | $343.00 |
| 9/18/2024 | Mike Zhang | Searched diligence items for Bonobos lease portfolio related information. | Business Analysis / Operations | 0.50 | 410.00 | $205.00 |
| 9/18/2024 | Michael Robinson | Corresponded with counsel. | Business Analysis / Operations | 0.30 | 940.00 | $282.00 |
| 9/18/2024 | Eric Mattson | Drafted cover sheet to interim fee app (0.2). Corresponded with K. Lee re: same (0.1). | Fee / Employment Applications | 0.30 | 300.00 | $90.00 |
| 9/18/2024 | Paul Huygens | Reviewed corresponded re: name change. | Business Analysis / Operations | 0.10 | 1,420.00 | $142.00 |
| 9/19/2024 | Andy Zhang | Reviewed and analyzed related files re: Investigation (2/2). | Investigation | 1.60 | 440.00 | $704.00 |
| 9/19/2024 | Andy Zhang | Reviewed and analyzed related files re: Investigation (1/2). | Investigation | 1.80 | 440.00 | $792.00 |
| 9/19/2024 | Alex Byrne | Analyzed contract assumptions and rejections since (08.01.2024). | Business Analysis / Operations | 2.10 | 340.00 | $714.00 |
| 9/20/2024 | Mike Zhang | Gathered information for content in Investigation slides (Part 1/2). | Investigation | 3.00 | 410.00 | $1,230.00 |
| 9/20/2024 | Mike Zhang | Gathered information for content in Investigation slides (Part 2/2). | Investigation | 0.20 | 410.00 | $82.00 |
| 9/20/2024 | Andy Zhang | Reviewed and analyzed related files & email communications re: Investigation (1/2). | Investigation | 2.40 | 440.00 | $1,056.00 |
| 9/20/2024 | Andy Zhang | Reviewed and analyzed related files & email communications re: Investigation (2/2). | Investigation | 1.80 | 440.00 | $792.00 |
| 9/20/2024 | Kennet Mendez | Call with M. Zhang re: investigation workstreams. | Investigation | 0.70 | 490.00 | $343.00 |
| 9/20/2024 | Mike Zhang | Call with K. Mendez regarding investigation workstreams. | Investigation | 0.70 | 410.00 | $287.00 |
| 9/20/2024 | Michael Robinson | Analyzed the committee materials. | Committee Activities | 1.90 | 940.00 | $1,786.00 |
| 9/20/2024 | Kennet Mendez | Analyzed additional BBC certificates provided by the Debtors. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 9/20/2024 | Kennet Mendez | Developed and outlined Bonobos lease portfolio overview. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/20/2024 | Kennet Mendez | Developed and outlined FILO bridge template. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/20/2024 | Kennet Mendez | Developed and outlined incremental liquidity bridge template. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/20/2024 | Kennet Mendez | Summarized FILO disbursement letter flow of funds for internal use. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/20/2024 | Kennet Mendez | Provided additional comments to the Bonobos lease portfolio. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 9/20/2024 | Kennet Mendez | Summarized term loan BBC certificate for internal use. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 9/21/2024 | Paul Huygens | Corresponded amongst UCC professional team re: M3 interview prep (0.1). Reviewed October BB analysis (0.2). Reviewed and corresponded re: incremental liquidity before/after transaction (0.3). | Investigation | 0.60 | 1,420.00 | $852.00 |
| 9/21/2024 | Kennet Mendez | Audited several time entries for processing. | Fee / Employment Applications | 2.80 | 490.00 | $1,372.00 |
| 9/21/2024 | Kennet Mendez | Reviewed and analyzed the Liquidity Path Forward presentation from M3. | Business Analysis / Operations | 2.10 | 490.00 | $1,029.00 |
| 9/21/2024 | Kennet Mendez | Reviewed and analyzed the production material re: M3 interview. | Business Analysis / Operations | 1.80 | 490.00 | $882.00 |
| 9/21/2024 | Kennet Mendez | Reviewed and analyzed the initial 26-week liquidity forecast prepared by M3. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 9/22/2024 | Mike Zhang | Developed investigation slides. | Investigation | 1.00 | 410.00 | $410.00 |
| 9/22/2024 | Mike Zhang | Searched for reserve and lease rejection related information in diligence items. | Business Analysis / Operations | 1.10 | 410.00 | $451.00 |
| 9/23/2024 | Andy Zhang | Reviewed and analyzed Debtors' productions, email communication, dockets, and other relevant files re: Investigation (3/3). | Investigation | 2.40 | 440.00 | $1,056.00 |
| 9/23/2024 | Andy Zhang | Reviewed and analyzed Debtors' productions, email communication, dockets, and other relevant files re: Investigation (1/3). | Investigation | 2.20 | 440.00 | $968.00 |
| 9/23/2024 | Andy Zhang | Reviewed and analyzed Debtors' productions, email communication, dockets, and other relevant files re: Investigation (2/3). | Investigation | 1.90 | 440.00 | $836.00 |
| 9/23/2024 | Kennet Mendez | Reviewed discovery production to map out timing and dates of key activities relating the potential causes of actions. | Investigation | 1.60 | 490.00 | $784.00 |
| 9/23/2024 | Kennet Mendez | Outlined and developed the tiered potential of causes of action matrix. | Investigation | 1.30 | 490.00 | $637.00 |
| 9/23/2024 | Kennet Mendez | Annotated both investigative timelines for the executive summary. | Investigation | 1.20 | 490.00 | $588.00 |
| 9/23/2024 | Mike Zhang | Addressed counsel comments on the investigation slides. | Investigation | 1.20 | 410.00 | $492.00 |
| 9/23/2024 | Mike Zhang | Cross referenced calculations and logic provided by counsel and revised investigation slides. | Investigation | 1.10 | 410.00 | $451.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/23/2024 | Kirsten Lee | Observed M3 investigation interview. | Investigation | 1.00 | 580.00 | $580.00 |
| 9/23/2024 | Kennet Mendez | Developed an illustrative timeline of the key activities pertaining to the potential causes of action. | Investigation | 0.90 | 490.00 | $441.00 |
| 9/23/2024 | Mike Zhang | Call with K. Mendez regarding investigation workstreams. | Investigation | 0.70 | 410.00 | $287.00 |
| 9/23/2024 | Kennet Mendez | Call with M. Zhang re: investigation workstreams. | Investigation | 0.70 | 490.00 | $343.00 |
| 9/23/2024 | Kirsten Lee | Call with KL and SE teams to discuss investigation interviews. | Investigation | 0.30 | 580.00 | $174.00 |
| 9/23/2024 | Kirsten Lee | Analyzed historical liquidity and borrowing base availability. | Business Analysis / Operations | 2.60 | 580.00 | $1,508.00 |
| 9/23/2024 | Andy Zhang | Created and updated exhibits in excel re: UCC slides. | Business Analysis / Operations | 2.30 | 440.00 | $1,012.00 |
| 9/23/2024 | Kirsten Lee | Reviewed and updated Province team time entries. | Fee / Employment Applications | 1.90 | 580.00 | $1,102.00 |
| 9/23/2024 | Michael Robinson | Analyzed the revised budget and compare to prior iterations. | Business Analysis / Operations | 1.80 | 940.00 | $1,692.00 |
| 9/23/2024 | Andy Zhang | Reviewed and analyzed Debtors' production in preparation for the UCC slides update. | Business Analysis / Operations | 1.30 | 440.00 | $572.00 |
| 9/23/2024 | Kennet Mendez | Researched precedent cases of breach of duty of loyalty. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/23/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 1.10 | 940.00 | $1,034.00 |
| 9/23/2024 | Kennet Mendez | Developed an illustrative timeline of management departures. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 9/23/2024 | Kennet Mendez | Call with A. Zhang re: active workstream. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 9/23/2024 | Andy Zhang | Call with K. Mendez re: Active Workstream. | Business Analysis / Operations | 0.40 | 440.00 | $176.00 |
| 9/24/2024 | Michael Robinson | Worked through investigation presentation. | Investigation | 2.70 | 940.00 | $2,538.00 |
| 9/24/2024 | Andy Zhang | Reviewed and analyzed various related files from the Docket, counsel, and the Debtors re: investigation (2/3). | Investigation | 2.10 | 440.00 | $924.00 |
| 9/24/2024 | Andy Zhang | Reviewed and analyzed various related files from the Docket, counsel, and the Debtors re: investigation (1/3). | Investigation | 1.60 | 440.00 | $704.00 |
| 9/24/2024 | Andy Zhang | Reviewed and analyzed Debtors' production, recreated some of the analysis re: Investigation (1/2). | Investigation | 1.40 | 440.00 | $616.00 |
| 9/24/2024 | Andy Zhang | Reviewed and analyzed various related files from the Docket, counsel, and the Debtors re: investigation (3/3). | Investigation | 1.40 | 440.00 | $616.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/24/2024 | Paul Huygens | Corresponded re: agenda for UCC professional weekly strategy meeting and participate in same. | Committee Activities | 1.40 | 1,420.00 | $1,988.00 |
| 9/24/2024 | Kennet Mendez | Reviewed discovery production summary provided by counsel related to the prepetition payments to insiders. | Investigation | 0.80 | 490.00 | $392.00 |
| 9/24/2024 | Michael Robinson | Participated in investigation call with counsel. | Investigation | 0.80 | 940.00 | $752.00 |
| 9/24/2024 | Andy Zhang | Reviewed and analyzed Debtors' production, recreated some of the analysis re: Investigation (2/2). | Investigation | 0.80 | 440.00 | $352.00 |
| 9/24/2024 | Kirsten Lee | Call with UCC counsel to discuss case updates. | Committee Activities | 1.40 | 580.00 | $812.00 |
| 9/24/2024 | Kennet Mendez | Outlined and developed the summary of work performed overview. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 9/24/2024 | Michael Robinson | Participated in the update call with committee advisors. | Committee Activities | 1.40 | 940.00 | $1,316.00 |
| 9/24/2024 | Kennet Mendez | Outlined the Bonobos lease portfolio overview and related exhibits. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/24/2024 | Michael Robinson | Worked through budget analysis. | Business Analysis / Operations | 1.20 | 940.00 | $1,128.00 |
| 9/24/2024 | Andy Zhang | Created and audited memo for internal distribution. | Business Analysis / Operations | 1.20 | 440.00 | $528.00 |
| 9/24/2024 | Kennet Mendez | Produced numerous certainty/uncertainty graphics based on the research performed to date. | Business Analysis / Operations | 1.10 | 490.00 | $539.00 |
| 9/24/2024 | Kennet Mendez | Reviewed Bonobos' rent/lease analysis to assume the P&L impact of the assumed leases. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/24/2024 | Kennet Mendez | Revamped the Bonobos lease portfolio overview. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 9/24/2024 | Paul Huygens | Reviewed and corresponded with team re: draft UCC objection to disclosure statement. | Plan and Disclosure Statement | 0.60 | 1,420.00 | $852.00 |
| 9/24/2024 | Paul Huygens | Reviewed M3 9/23 updated estate budget and variance to 7/28 budget. | Business Analysis / Operations | 0.50 | 1,420.00 | $710.00 |
| 9/25/2024 | Mike Zhang | Researched leveraged loan market historical trends using Capital IQ screening and Debtwire screening functions (Part 1/2). | Business Analysis / Operations | 1.80 | 410.00 | $738.00 |
| 9/25/2024 | Mike Zhang | Researched leveraged loan market historical trends using Capital IQ screening and Debtwire screening functions (Part 2/2). | Business Analysis / Operations | 0.70 | 410.00 | $287.00 |
| 9/25/2024 | Andy Zhang | Reviewed and analyzed various public sources; conducted research on one of the key parties in preparation for the investigation summary deck. (1/2) | Investigation | 2.10 | 440.00 | $924.00 |
| 9/25/2024 | Andy Zhang | Reviewed and analyzed Debtors' production related to proposals from WHP and Bluestar regarding the Investigation (2/3). | Investigation | 1.80 | 440.00 | $792.00 |
| 9/25/2024 | Kennet Mendez | Reviewed legacy discovery production related to the BlueStar proposals. | Investigation | 1.80 | 490.00 | $882.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/25/2024 | Andy Zhang | Built and updated UCC slides re: Investigation (2/3). | Investigation | 1.70 | 440.00 | $748.00 |
| 9/25/2024 | Andy Zhang | Reviewed and analyzed Debtors' production related to proposals from WHP and Bluestar regarding the Investigation (1/3). | Investigation | 1.50 | 440.00 | $660.00 |
| 9/25/2024 | Andy Zhang | Built and updated UCC slides re: Investigation (1/3). | Investigation | 1.40 | 440.00 | $616.00 |
| 9/25/2024 | Andy Zhang | Built and updated UCC slides re: Investigation (3/3). | Investigation | 1.30 | 440.00 | $572.00 |
| 9/25/2024 | Andy Zhang | Reviewed and analyzed Debtors' production related to proposals from WHP and Bluestar regarding the Investigation (3/3). | Investigation | 0.90 | 440.00 | $396.00 |
| 9/25/2024 | Andy Zhang | Reviewed and analyzed various public sources; conducted research on one of the key parties in preparation for the investigation summary deck (2/2). | Investigation | 0.90 | 440.00 | $396.00 |
| 9/25/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 2.10 | 940.00 | $1,974.00 |
| 9/25/2024 | Kennet Mendez | Reviewed and researched several news run related to BlueStar alliance. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 9/25/2024 | Kennet Mendez | Outlined and assisted in developing the historical share pricing overview against BlueStar bids. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 9/25/2024 | Kennet Mendez | Outlined and assisted in developing the BlueStar overview. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/25/2024 | Michael Robinson | Prepared and participated in the board call. | Business Analysis / Operations | 0.70 | 940.00 | $658.00 |
| 9/25/2024 | Paul Huygens | Reviewed draft committee letter to debtors requesting support for proposed professional fee spend. | Committee Activities | 0.20 | 1,420.00 | $284.00 |
| 9/26/2024 | Mike Zhang | Researched leveraged loan market activities in the past (Part 1/2). | Business Analysis / Operations | 3.00 | 410.00 | $1,230.00 |
| 9/26/2024 | Mike Zhang | Researched leveraged loan market activities in the past (Part 2/2). | Business Analysis / Operations | 0.90 | 410.00 | $369.00 |
| 9/26/2024 | Andy Zhang | Built and updated slides re: Investigation (1/5). | Investigation | 2.20 | 440.00 | $968.00 |
| 9/26/2024 | Kennet Mendez | Researched and reviewed several new discovery production materials related to the BlueStar proposals. | Investigation | 2.10 | 490.00 | $1,029.00 |
| 9/26/2024 | Kennet Mendez | Researched and reviewed several new discovery production materials related to the WHP proposals. | Investigation | 1.90 | 490.00 | $931.00 |
| 9/26/2024 | Andy Zhang | Built and updated slides re: Investigation (2/5). | Investigation | 1.70 | 440.00 | $748.00 |
| 9/26/2024 | Andy Zhang | Built and updated slides re: Investigation (3/5). | Investigation | 1.50 | 440.00 | $660.00 |
| 9/26/2024 | Andy Zhang | Built and updated slides re: Investigation (4/5). | Investigation | 1.10 | 440.00 | $484.00 |
| 9/26/2024 | Andy Zhang | Built and updated slides re: Investigation (5/5). | Investigation | 0.60 | 440.00 | $264.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/26/2024 | Paul Huygens | Reviewed letter to Klehr re: investigation and interview deficiencies. | Investigation | 0.30 | 1,420.00 | $426.00 |
| 9/26/2024 | Kennet Mendez | Call with M. Zhang re: investigation workstreams. | Investigation | 0.30 | 490.00 | $147.00 |
| 9/26/2024 | Mike Zhang | Call with K. Mendez regarding Express investigation workstreams. | Investigation | 0.30 | 410.00 | $123.00 |
| 9/26/2024 | Mike Zhang | Examined ReStore and SLR term sheets and developed analysis and presentation on debt amortization schedules. | Business Analysis / Operations | 2.90 | 410.00 | $1,189.00 |
| 9/26/2024 | Michael Robinson | Worked through committee materials. | Committee Activities | 2.70 | 940.00 | $2,538.00 |
| 9/26/2024 | Andy Zhang | Researched Restore Capital and SLR Credit Solutions through publications, interviews, and court filings in preparation for the Investment Deck (1/3). | Business Analysis / Operations | 2.30 | 440.00 | $1,012.00 |
| 9/26/2024 | Mike Zhang | Developed presentation on historical loan market activity trends around September 2023 FILO transaction. | Business Analysis / Operations | 2.10 | 410.00 | $861.00 |
| 9/26/2024 | Andy Zhang | Researched Restore Capital and SLR Credit Solutions through publications, interviews, and court filings in preparation for the Investment Deck (2/3). | Business Analysis / Operations | 1.90 | 440.00 | $836.00 |
| 9/26/2024 | Kennet Mendez | Outlined and assisted in developing the revised final BlueStar proposal vs. first iteration of the WHP proposal comparison. | Business Analysis / Operations | 1.50 | 490.00 | $735.00 |
| 9/26/2024 | Andy Zhang | Researched Restore Capital and SLR Credit Solutions through publications, interviews, and court filings in preparation for the Investment Deck (3/3). | Business Analysis / Operations | 1.40 | 440.00 | $616.00 |
| 9/26/2024 | Laura Conn | Drafted 4th Monthly (August) Fee Application and sent to E. Mattson for review. | Fee / Employment Applications | 1.10 | 270.00 | $297.00 |
| 9/26/2024 | Eric Mattson | Reviewed and revised August fee app. | Fee / Employment Applications | 0.40 | 300.00 | $120.00 |
| 9/27/2024 | Andy Zhang | Built and updated slides re: Investigation (2/4). | Investigation | 2.30 | 440.00 | $1,012.00 |
| 9/27/2024 | Andy Zhang | Built and updated slides re: Investigation (1/4). | Investigation | 2.30 | 440.00 | $1,012.00 |
| 9/27/2024 | Mike Zhang | Worked on investigation workstreams. | Investigation | 2.20 | 410.00 | $902.00 |
| 9/27/2024 | Andy Zhang | Built and updated slides re: Investigation (4/4). | Investigation | 2.10 | 440.00 | $924.00 |
| 9/27/2024 | Andy Zhang | Built and updated slides re: Investigation (3/4). | Investigation | 1.90 | 440.00 | $836.00 |
| 9/27/2024 | Michael Robinson | Worked through committee materials. | Committee Activities | 2.90 | 940.00 | $2,726.00 |
| 9/27/2024 | Jameson Godsey | Developed a share price analysis for Express, incorporating a timeline aligned with BlueStar's bids for a comprehensive comparison. | Business Analysis / Operations | 2.10 | 350.00 | $735.00 |
| 9/27/2024 | Kennet Mendez | Researched several news runs related to the BlueStar and Bebe acquisition. | Business Analysis / Operations | 1.90 | 490.00 | $931.00 |
| 9/27/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 1.80 | 940.00 | $1,692.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/27/2024 | Jameson Godsey | Performed an in-depth analysis of brands within BlueStar's portfolio, focusing on acquisition strategies and BlueStar's management approach for each specific brand. | Business Analysis / Operations | 1.40 | 350.00 | $490.00 |
| 9/27/2024 | Kennet Mendez | Reperformed Moelis' equity upside analysis stress testing the WHP assumptions. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/27/2024 | Kennet Mendez | Developed summary critique of Moelis' upside analysis of the WHP proposal for BlueStar. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 9/27/2024 | Kennet Mendez | Outlined the execution risk and bottom-line liquidity outcomes for the upside equity analysis. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 9/28/2024 | Mike Zhang | Worked on investigation workstreams (Part 1/2). | Investigation | 3.00 | 410.00 | $1,230.00 |
| 9/28/2024 | Mike Zhang | Worked on investigation workstreams (Part 2/2). | Investigation | 1.10 | 410.00 | $451.00 |
| 9/28/2024 | Andy Zhang | Researched and analyzed files including debtors' production and public information, updated slides re: investigation (1/2). | Investigation | 2.80 | 440.00 | $1,232.00 |
| 9/28/2024 | Jameson Godsey | Researched materials in Discovery to identify points of comparison for transactions related to BlueStar Alliance as part of the WHP investigation. | Investigation | 2.80 | 350.00 | $980.00 |
| 9/28/2024 | Jameson Godsey | Conducted in-depth research for the WHP investigation, focusing on BlueStar Alliance and analyzing comparable transactions they have completed. | Investigation | 2.70 | 350.00 | $945.00 |
| 9/28/2024 | Jameson Godsey | Developed a comprehensive company overview of BlueStar Alliance for the investigation presentation. | Investigation | 2.50 | 350.00 | $875.00 |
| 9/28/2024 | Andy Zhang | Researched and analyzed files including debtors' production and public information, updated slides re: investigation (2/2). | Investigation | 1.90 | 440.00 | $836.00 |
| 9/28/2024 | Kennet Mendez | Reviewed the Debtwire report related to the Bebe acquisition. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 9/28/2024 | Kennet Mendez | Revised the BlueStar turnaround summary for the Bebe case study. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/28/2024 | Kennet Mendez | Outlined and assisted in developing the overview of the Bebe case study. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/28/2024 | Jameson Godsey | Developed a slide directly comparing the transaction terms of WHP to those of the proposed BlueStar Alliance offer. | Business Analysis / Operations | 1.10 | 350.00 | $385.00 |
| 9/28/2024 | Kennet Mendez | Assisted in developing the outline of the Bebe situation for the BlueStar takeover. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/28/2024 | Kennet Mendez | Revamped the Bebe performance pre- and post- transaction performance outlook. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 9/29/2024 | Mike Zhang | Worked on investigation workstreams. | Investigation | 2.90 | 410.00 | $1,189.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/29/2024 | Andy Zhang | Researched and analyzed Restore's historical investments; built case study for the investigation deck (1/3). | Investigation | 2.60 | 440.00 | $1,144.00 |
| 9/29/2024 | Andy Zhang | Researched and analyzed Restore's historical investments; built case study for the investigation deck (3/3). | Investigation | 1.80 | 440.00 | $792.00 |
| 9/29/2024 | Andy Zhang | Researched and analyzed Restore's historical investments; built case study for the investigation deck (2/3). | Investigation | 1.30 | 440.00 | $572.00 |
| 9/29/2024 | Jameson Godsey | Developed a case study overview slide detailing a company overview of Bebe Stores, Inc. and the transaction terms related to their JV with BlueStar. | Business Analysis / Operations | 2.90 | 350.00 | $1,015.00 |
| 9/29/2024 | Jameson Godsey | Created an illustrative view of the transaction structure of the Bebe Stores, Inc. and BlueStar JV agreement. | Business Analysis / Operations | 2.80 | 350.00 | $980.00 |
| 9/29/2024 | Jameson Godsey | Added commentary to the share price analysis to narrate the evolution of the share price in relation to the multiple BlueStar offers. | Business Analysis / Operations | 2.70 | 350.00 | $945.00 |
| 9/29/2024 | Kennet Mendez | Aggregated several leveraged loan market data using CapIQ, ReOrg Intel, and Debtwire ION analytics. | Business Analysis / Operations | 2.30 | 490.00 | $1,127.00 |
| 9/29/2024 | Kennet Mendez | Assisted in developing a quarterly evolution of the leveraged loan retail market. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 9/29/2024 | Kennet Mendez | Revised the observation findings regarding the weak market performance of the retail leveraged loan market in Q3 2023. | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 9/29/2024 | Kennet Mendez | Revamped the summary observations related to the refinancing activity pertaining the Q3 2023 issuances. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 9/29/2024 | Kennet Mendez | Word smithed the street sentiment outlook for the Bebe case study. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 9/30/2024 | Kirsten Lee | Reviewed and prepared comments on initial investigation presentation. | Investigation | 2.60 | 580.00 | $1,508.00 |
| 9/30/2024 | Andy Zhang | Built and updated ReStore's historical term loan comp set re: Investigation (1/3). | Investigation | 2.20 | 440.00 | $968.00 |
| 9/30/2024 | Andy Zhang | Reviewed and analyzed relevant files including Debtors productions, dockets, and board minutes in the data room re: investigation (1/2). | Investigation | 1.90 | 440.00 | $836.00 |
| 9/30/2024 | Andy Zhang | Built and updated ReStore's historical term loan comp set re: Investigation (2/3). | Investigation | 1.80 | 440.00 | $792.00 |
| 9/30/2024 | Andy Zhang | Built and updated ReStore's historical term loan comp set re: Investigation (3/3). | Investigation | 1.30 | 440.00 | $572.00 |
| 9/30/2024 | Mike Zhang | Updated investigation presentation. | Investigation | 1.10 | 410.00 | $451.00 |
| 9/30/2024 | Andy Zhang | Reviewed and analyzed relevant files including Debtors productions, dockets, and board minutes in the data room re: investigation (2/2). | Investigation | 0.30 | 440.00 | $132.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/30/2024 | Jameson Godsey | Prepared a concise transaction background and timeline for the Bebe Stores, Inc. / BlueStar deal, highlighting key events and milestones leading to the transaction. | Business Analysis / Operations | 2.90 | 350.00 | $1,015.00 |
| 9/30/2024 | Jameson Godsey | Conducted a share price analysis of Bebe Stores, Inc. and evaluated market sentiment surrounding the deal and BlueStar's initiatives at the company. | Business Analysis / Operations | 2.80 | 350.00 | $980.00 |
| 9/30/2024 | Jameson Godsey | Developed a slide with an illustrative view of Moelis' implied equity value analysis with pro-forma valuations established for the post-WHP transaction. | Business Analysis / Operations | 2.40 | 350.00 | $840.00 |
| 9/30/2024 | Andy Zhang | Reviewed and analyzed Debtors' productions, spread the latest financials in preparation for the UCC slides (1/2). | Business Analysis / Operations | 2.40 | 440.00 | $1,056.00 |
| 9/30/2024 | Michael Robinson | Analyzed the draft committee materials. | Committee Activities | 2.20 | 940.00 | $2,068.00 |
| 9/30/2024 | Kennet Mendez | Outlined and assisted in developing the SLR vs ReStore proposed interest rate benchmark analysis. | Business Analysis / Operations | 1.90 | 490.00 | $931.00 |
| 9/30/2024 | Andy Zhang | Updated the case study slides to address comments. | Business Analysis / Operations | 1.80 | 440.00 | $792.00 |
| 9/30/2024 | Jameson Godsey | Reviewed and incorporated financial commentary into slide illustrating Moelis' implied equity value analysis for the WHP transaction. | Business Analysis / Operations | 1.70 | 350.00 | $595.00 |
| 9/30/2024 | Kennet Mendez | Researched several loan transactions performed by ReStore Capital since 2019. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 9/30/2024 | Kennet Mendez | Outlined and assisted in developing the ReStore capital corporate and business overview segments. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 9/30/2024 | Kennet Mendez | Outlined and assisted in developing loan transaction mini case studies for ReStore capital. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |