**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SIXTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | October 1, 2024 through October 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $215,682.50 (80% $172,546.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,720.37 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the sixth monthly fee application filed in this case.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## PRIOR APPLICATIONS

| Prior Applications: | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed 6/11/2024 DI No. 437 CNO DI No. 585 Filed 7/8/2024 | 4/22/2024-5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |
| Second Monthly Filed 7/23/2024 DI No. 640 CNO DI No. 724 Filed 8/14/2024 | 6/1/2024-6/30/2024 | $140,286.00 | $2,867.24 | $112,228.80 | $2,867.24 | $28,057.20 |
| Third Monthly Filed 8/23/2024 DI No. 742 CNO DI No. 824 Filed 9/17/2024 | 7/1/2024-7/31/2024 | $200,041.50 | $1,041.10 | $160,033.20 | $1,041.10 | $40,008.30 |
| Fourth Monthly Filed 9/18/2024 DI No. 825 CNO DI No. 889 Filed 10/10/2024 | 8/1/2024-8/31/2024 | $249,081.00 | $0.00 | $199,264.80 | $0.00 | $49,816.20 |
| Fifth Monthly Filed 10/30/2024 DI No. 948 CNO DI No. TBD | 9/1/2024-9/30/2024 | $335,889.00 | $339.00 | $268,711.20 | $339.00 | $67,177.80 |

**TIME AND COMPENSATION BREAKDOWN**
**OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 45.70 | $38,845.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 37.70 | $24,505.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $570.00 | 73.60 | $41,952.00 |
| Catherine V. Wigglesworth | Litigation Partner Admitted to Bar 2012 | $570.00 | 44.80 | $25,536.00 |
| Michael P. Bannon | Litigation Associate Admitted to Bar 2022 | $480.00 | 3.00 | $1,440.00 |
| C. Quincy Conrad | Litigation Associate Admitted to Bar 2019 | $475.00 | 62.80 | $29,830.00 |
| Isabella H. Gray | Litigation Associate Admitted to Bar 2021 | $440.00 | 39.70 | $17,468.00 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 4.10 | $1,783.50 |
| Benjamin Fischer | Bankruptcy & Restructuring Associate Admitted to Bar 2024 | $435.00 | 29.40 | $12,789.00 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $415.00 | 12.90 | $5,353.50 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 46.90 | $16,180.50 |
| **TOTALS** | | | **400.60** | **$215,682.50** |
| **BLENDED RATE** | | | | **$538.39** |

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | AL | 0.70 | $455.00 |
| Corporate Governance and Board Matters | CG | 6.10 | $4,533.00 |
| Case Administration | CS | 16.70 | $8,309.00 |
| Employment and Fee Applications | EF | 37.30 | $16,985.00 |
| Litigation:  Contested Matters and Adversary Proceedings | LC | 300.60 | $164,320.00 |
| Plan and Disclosure Statement | PD | 24.20 | $14,089.00 |
| Reporting | RG | 12.40 | $5,301.50 |
| Relief from Stay and Adequate Protection | RS | 2.60 | $1,690.00 |
| **TOTAL** | | **400.60** | **$215,682.50** |

**OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Pacer | $614.90 |
| Special Copy | $92.00 |
| Computerized Research | $1,013.47 |
| **TOTAL** | **$1,720.37** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SIXTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to EXP OldCo Winddown, Inc. *et al.* and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its sixth monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from October 1, 2024 through October 31, 2024. In support hereof, Klehr Harrison respectfully represents as follows:

### I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and

---

[1]    The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.  BACKGROUND

2.        On April 22, 2024, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.        On May 3, 2024, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.        On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order").

5.        On June 4, 2024, this Court entered an *Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6.        Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from October 1, 2024 through October 31, 2024 (the "Compensation Period"), totaling 400.60 hours of professional time.

7.        The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $215,682.50. Klehr Harrison submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

8.      Attached hereto as <u>Exhibit "A"</u> is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

9.      Klehr Harrison also expended costs on behalf of the Debtor in the sum of $1,720.37 during the Compensation Period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page. Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the Compensation Period.

10.     Klehr Harrison accordingly seeks allowance of the sum of $215,682.50 in fees and $1,720.37 in expenses, for a total of $217,402.87.

11.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:  (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $215,682.50 and reimbursement of actual and necessary expenses incurred in the sum of $1,720.37 for the period from October 1, 2024 through October 31, 2024; (b) payment in the total amount of $174,266.37, which represents (i) 80% of the total fees billed ($172,546.00) and (ii) 100% of the expenses incurred ($1,720.37) during the Application Period, as provided under the Interim Compensation Order; and (c) such other relief as this Court deems just and proper.

*[Signature Page to Follow]*

Dated: November 12, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti

**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:    dpacitti@klehr.com
          myurkewicz@klehr.com
          aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:  (215) 568-6603
Email:    mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
          emily.geier@kirkland.com
          nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:    charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

### CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing *Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from October 1, 2024 through October 31, 2024* and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

---

[1]      The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2024              */s/ Domenic E. Pacitti*_____
                                          Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON
HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

November 12, 2024

Laurel Krueger, Chief Legal Officer
Express, Inc., et al.
1 Express Drive
Columbus, OH  43230

| | |
|---|---|
| Invoice #: | 519777 |
| Client #: | 23441 |
| Matter #: | 0001 |

For professional services through October 31, 2024:

**RE:  Express Restructuring**

**PROFESSIONAL SERVICES**

**Assumption and Rejection of Leases and C**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/24 | MWY | Address assumption of additional contracts | .70 | 650.00 | 455.00 |

**Task Total:** **$ 455.00**

**Corporate Governance and Board Matters**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/24 | RMM | Review and analyze proposed slide deck for Board meeting. | .40 | 570.00 | 228.00 |
| 10/18/24 | DEP | Emails with N. Adzima re: board (.20) / review draft board deck (.50) | .70 | 850.00 | 595.00 |
| 10/18/24 | DEP | Prepare for and attend board update | 1.00 | 850.00 | 850.00 |
| 10/18/24 | MWY | Address board meeting materials(.7)/ board meeting(.6) | 1.30 | 650.00 | 845.00 |
| 10/18/24 | RMM | Prepare for and participate in board meeting | 1.00 | 570.00 | 570.00 |
| 10/31/24 | DEP | Email with W. Transier re: board call | .20 | 850.00 | 170.00 |
| 10/31/24 | DEP | Emails with N. Adzima re: board call | .20 | 850.00 | 170.00 |
| 10/31/24 | DEP | Review board deck | .30 | 850.00 | 255.00 |
| 10/31/24 | DEP | Call with N. Adzima re: board call | .20 | 850.00 | 170.00 |
| 10/31/24 | DEP | Attend board call | .80 | 850.00 | 680.00 |

**Task Total:**                                                                          **$ 4,533.00**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/24 | DEP | Case update call with K&E team | .50 | 850.00 | 425.00 |
| 10/04/24 | MKH | Update case calendar re upcoming deadlines | .20 | 345.00 | 69.00 |
| 10/10/24 | MKH | Download Relief from Automatic Stay Motion filed by D. Yohrling and circulate same to counsel | .20 | 345.00 | 69.00 |
| 10/10/24 | MKH | Review case docket and update case calendar re upcoming critical dates and deadlines in case | .30 | 345.00 | 103.50 |
| 10/14/24 | MKH | Draft agenda for October 21, 2024 hearing | 1.40 | 345.00 | 483.00 |
| 10/15/24 | MKH | Email exchanges with D. Pacitti and M. Yurkewicz re October 21, 2024 hearing | .40 | 345.00 | 138.00 |
| 10/15/24 | MKH | Revise agenda for October 21, 2024 hearing | .60 | 345.00 | 207.00 |
| 10/15/24 | MWY | Review and address agenda | .50 | 650.00 | 325.00 |
| 10/16/24 | MKH | Email exchanges with counsel re status of October 21, 2024 hearing | .30 | 345.00 | 103.50 |
| 10/16/24 | MKH | Revise agenda for October 21, 2024 hearing and draft email to counsel attaching same for review | .40 | 345.00 | 138.00 |
| 10/16/24 | MKH | Update case calendar re upcoming objection deadlines | .20 | 345.00 | 69.00 |
| 10/16/24 | MWY | Address hearing and agenda | .60 | 650.00 | 390.00 |
| 10/17/24 | DEP | Review amended agenda | .30 | 850.00 | 255.00 |
| 10/17/24 | MKH | Review revise and prepare Certification of Counsel Regarding Order Approving Stipulation Granting Relief from the Automatic Stay to Permit the Chubb Companies to Cancel a Certain Insurance Policy and Take Certain Actions Related Thereto/Exhibits for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/17/24 | MKH | Revise, prepare and upload proposed order and exhibit re Order Approving Stipulation Granting Relief from the Automatic Stay to Permit the Chubb Companies to Cancel a Certain Insurance Policy and Take Certain Actions Related Thereto with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/17/24 | MKH | Revise and finalize agenda for October 21, 2024 hearing for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/17/24 | MKH | Telephone phone call with D. Pacitti and M. Yurkewicz re October 21, 2024 hearing status | .20 | 345.00 | 69.00 |
| 10/18/24 | MWY | Follow up on agenda and coordinate with court | .60 | 650.00 | 390.00 |
| 10/21/24 | MWY | Follow up on hearing and court coordination | .50 | 650.00 | 325.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/22/24 | MKH | Review case docket; update case calendar re upcoming deadlines | .20 | 345.00 | 69.00 |
| 10/22/24 | MKH | Draft agenda for October 29, 2024 omnibus and fee hearing | .80 | 345.00 | 276.00 |
| 10/22/24 | MWY | Work on hearing potential and coordination with Court | .40 | 650.00 | 260.00 |
| 10/23/24 | MKH | Review revise and prepare Notice of Filing Amended List of Ordinary Course Professionals for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/23/24 | MKH | Email exchanges and calls re OCP issues and revisions to Declarations re same | .50 | 345.00 | 172.50 |
| 10/23/24 | MKH | Review and prepare [Redacted] Declaration of Disinterestedness of Joshua Wolfe in Support of the Ordinary Course Retention of Deloitte Tax LLP as Tax Services Provider for the Debtors for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/23/24 | MKH | Review revise and prepare [SEALED] Declaration of Disinterestedness of Joshua Wolfe in Support of the Ordinary Course Retention of Deloitte Tax LLP as Tax Services Provider for the Debtors for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/23/24 | MWY | Address hearing coordination with court and constituents(1.2)/ follow up on UCC service issues(.2)/ address agenda issues(.4) | 1.80 | 650.00 | 1,170.00 |
| 10/24/24 | MWY | Work on agenda | .60 | 650.00 | 390.00 |
| 10/25/24 | DEP | Emails with Stretto team re: service of pleadings | .50 | 850.00 | 425.00 |
| 10/25/24 | MKH | Revise and finalize agenda for October 29, 2024 hearing for filing and efile same with Bankruptcy Court | .80 | 345.00 | 276.00 |
| 10/25/24 | MKH | Hyperlink agenda for October 29, 2024 hearing and prepare same for delivery to Court | .40 | 345.00 | 138.00 |
| 10/25/24 | MWY | Address agenda and court coordination | .60 | 650.00 | 390.00 |
| 10/31/24 | MWY | Correspondence with UCC on hearing issues(.4)/ correspondence with Court on hearing issues(.2) | .60 | 650.00 | 390.00 |

**Task Total:**                                                                       **$ 8,309.00**

**Employment and Fee Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/24 | DEP | Email exchanges with K&E team re: plan for filing interim fee applications | .30 | 850.00 | 255.00 |
| 10/02/24 | DEP | Review for filing PwC's interim fee application | .20 | 850.00 | 170.00 |
| 10/02/24 | DEP | Finalize Klehr Interim Fee Application | .30 | 850.00 | 255.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/24 | MKH | Revise and finalize First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the period April 22, 2024 to July 31, 2024 for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 10/02/24 | MKH | Draft Notice re First Interim Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the period April 22, 2024 to June 30, 2024 | .50 | 345.00 | 172.50 |
| 10/02/24 | MKH | Review and prepare First Interim Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the period April 22, 2024 to June 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/03/24 | DEP | Call with N. Stratman re: E&Y application and others .30) / review E&Y application for filing (.20) | .50 | 850.00 | 425.00 |
| 10/03/24 | MKH | Draft Notice re First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through and including July 31, 2024 | .50 | 345.00 | 172.50 |
| 10/03/24 | MKH | Review revise and prepare Redacted First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through and including July 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/03/24 | MKH | Review revise and prepare SEALED First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through and including July 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/03/24 | MKH | Email exchanges re filing of sealed and redacted fee applications | .20 | 345.00 | 69.00 |
| 10/04/24 | DEP | Review and finalize interim fee applications for K&E, KPMG and E&Y | 1.00 | 850.00 | 850.00 |
| 10/04/24 | MKH | Draft Notice re First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the period April 22, 2024 to July 31, 2024 | .50 | 345.00 | 172.50 |

23441: Express, Inc., et al.                                              November 12, 2024
0001: Express Restructuring                                               Invoice #: 519777

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 10/04/24 | MKH | Review revise and prepare First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the period April 22, 2024 to July 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/04/24 | MKH | Draft Notice re First Interim Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors for the period April 22, 2024 to July 31, 2024 | .50 | 345.00 | 172.50 |
| 10/04/24 | MKH | Review revise and prepare First Interim Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors for the period April 22, 2024 to July 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/04/24 | MKH | Email exchanges with counsel re interim fee applications, timing of deadlines for filing and hearing scheduled | .50 | 345.00 | 172.50 |
| 10/04/24 | MWY | Address interim fee application procedure and review | .80 | 650.00 | 520.00 |
| 10/09/24 | MKH | Review case docket re objections and review Fourth Monthly Application of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent to the Debtors from August 1, 2024 - August 31, 2024; draft, prepare and efile Certificate of No Objection re same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/09/24 | MKH | Compile interim fee applications filed in case; draft professionals' fee index in preparation for October 29, 2024 fee hearing | 2.50 | 345.00 | 862.50 |
| 10/10/24 | MKH | Review case docket re objections to Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 1, 2024 through August 31, 2024; draft and prepare CNO re same for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/16/24 | DEP | Review for filing the Fourth Monthly Fee Application of Kirkland & Ellis LLP | .20 | 850.00 | 170.00 |
| 10/16/24 | MKH | Review case docket, draft and prepare CNO re Fourth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/16/24 | MKH | Review case docket; draft and prepare CNO re Third Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 Through and Including July 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/16/24 | MKH | Review case docket; draft and prepare CNO re Amended Second Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of July 1, 2024 through July 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/16/24 | MKH | Email exchanges with counsel re KE fourth fee application and revisions to same | .20 | 345.00 | 69.00 |
| 10/16/24 | MKH | Review revise and finalize Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the period August 1, 2024 to August 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/17/24 | MKH | Review case docket; draft and finalize CNO re Combined First Monthly Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from April 22, 2024 through June 30, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/17/24 | MKH | Review revise and finalize Fifth Monthly Application of Moelis & Company LLC for Compensation for Professionals Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors and Debtors in Possession for the period September 1, 2024 to September 30, 2024/Notice for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/17/24 | MKH | Update case calendar re upcoming objection deadlines re fee applications | .20 | 345.00 | 69.00 |
| 10/22/24 | MKH | Finalize interim fee hearing index of all interims, related monthly fee applications and other pleadings for October 29, 2024 hearing for delivery to Court | .80 | 345.00 | 276.00 |
| 10/22/24 | MKH | Review revise and prepare Fifth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses/Notice/Exhibits for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/22/24 | MWY | Address M3 application | .30 | 650.00 | 195.00 |
| 10/23/24 | DEP | Draft COC for First Omnibus Interim Fee Order and Fee Order with Chart (1.00) / emails with professionals re: same (.40) | 1.40 | 850.00 | 1,190.00 |
| 10/23/24 | MKH | Draft first omnibus order for interim fee applications and professional fee chart of all professionals in case | 2.40 | 345.00 | 828.00 |
| 10/23/24 | MKH | Revise agenda for October 26, 2024 hearing and prepare email to counsel attaching same for review | 1.40 | 345.00 | 483.00 |
| 10/23/24 | MWY | Work on OCP amendments and declaration revisions | 1.60 | 650.00 | 1,040.00 |

23441: Express, Inc., et al.                                        November 12, 2024
0001: Express Restructuring                                      Invoice #: 519777

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/24/24 | MKH | Revise professional fee chart for all professionals re first interim fee applications | .80 | 345.00 | 276.00 |
| 10/25/24 | DEP | Work on finalizing COC for first omnibus interim Fee Order and Fee order with Chat (.60) / emails with professionals re: same (.40) | 1.00 | 850.00 | 850.00 |
| 10/25/24 | MKH | Revise and Certification of Counsel re First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses, proposed order and professional fee chart for filing and efile same with Bankruptcy Court | 1.40 | 345.00 | 483.00 |
| 10/25/24 | MKH | Finalize and upload proposed order and professional fee chart re first interim fee application with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/28/24 | MKH | Draft Re-Notice of Interim Fee Applications and prepare email to D. Pacitti attaching same for review | .60 | 345.00 | 207.00 |
| 10/28/24 | MKH | Finalize and prepare Re-Notice of Interim Fee Applications for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/28/24 | MKH | Email exchanges with Court and counsel re interim fee applications and issues relating to same | .50 | 345.00 | 172.50 |
| 10/28/24 | MKH | Draft fee index for interim fee applications re debtors' professionals for November 6, 2024 hearing | 2.30 | 345.00 | 793.50 |
| 10/28/24 | MWY | Follow up on fee order | .20 | 650.00 | 130.00 |
| 10/29/24 | MKH | Draft Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the period September 1, 2024 to September 30, 2024 and prepare email to D. Pacitti attaching same for review | 1.30 | 345.00 | 448.50 |
| 10/29/24 | MKH | Draft Certification of Counsel re Second Omnibus Order re Interim Fee Applications relating to KE, KPMG and EY and draft email to D. Pacitti attaching same for review | .50 | 345.00 | 172.50 |
| 10/29/24 | MKH | Draft Second Omnibus Order re Interim Fee Applications relating to KE, KPMG and EY/professional fee chart re same and prepare email to D. Pacitti attaching same for review | 1.40 | 345.00 | 483.00 |
| 10/30/24 | DEP | Review and revise Fifth Monthly Fee Application of Klehr Harrison | .50 | 850.00 | 425.00 |
| 10/30/24 | MKH | Revise and finalize Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the period September 1, 2024 to September 30, 2024 for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 10/31/24 | DEP | Review and revise COC for Second Omnibus Fee Order and Fee Order and Chart (.50) / emails with K&E team re: same (.30) / emails with M3 team re: same (.20) | 1.00 | 850.00 | 850.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/31/24 | MKH | Revise and finalize Certification of Counsel Regarding Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses/proposed fee order and chart for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 10/31/24 | MKH | Prepare for and upload proposed order and fee chart re Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses with Bankruptcy Court | .20 | 345.00 | 69.00 |

**Task Total:** **$ 16,985.00**

**Litigation: Contested Matters and Advers**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/24 | DEP | Update call with Bill Transier re: update on investigation matters | .60 | 850.00 | 510.00 |
| 10/01/24 | MWY | Call with W Transier R Moore D Pacitti C Wigglesworth on investigation update | .70 | 650.00 | 455.00 |
| 10/01/24 | CO | Review and analyze documents in preparation for upcoming document production. | 2.60 | 415.00 | 1,079.00 |
| 10/01/24 | RMM | Review and analyze document in connection with investigation (3.0)/prepare for and debrief from investigation interviews (1.0)/review and analyze issues with document redactions (2.8) | 6.80 | 570.00 | 3,876.00 |
| 10/01/24 | CVW | Prepare for and attend update call with client (.5)/prepare for and attend call with Kirkland regarding status (.5) | 1.00 | 570.00 | 570.00 |
| 10/01/24 | BF | Review documents in connection with plan | .20 | 435.00 | 87.00 |
| 10/01/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 4.30 | 475.00 | 2,042.50 |
| 10/01/24 | IHG | Review and analyze T Baxter separation agreement | .10 | 440.00 | 44.00 |
| 10/01/24 | IHG | Review and redact privileged communications | 1.80 | 440.00 | 792.00 |
| 10/02/24 | DEP | Update call with R. Moore re: call with committee counsel | .30 | 850.00 | 255.00 |
| 10/02/24 | CO | Review and analyze documents in preparation for upcoming document production. | .50 | 415.00 | 207.50 |
| 10/02/24 | RMM | Review and analyze issues in connection with ongoing investigation (1.0)/review and analyze documents in connection with investigation (1.2) | 2.20 | 570.00 | 1,254.00 |
| 10/02/24 | CVW | Prepare for and attend call with committee regarding redactions (1.0)/prepare for and attend call with B. Fischer regarding redactions (.4)/revise investigation report (1.0) | 2.40 | 570.00 | 1,368.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/24 | BF | Review interview notes, communicate w/ C. Wigglesworth re same | 1.20 | 435.00 | 522.00 |
| 10/03/24 | RMM | Review and analyze documents in connection with ongoing investigation. | 4.50 | 570.00 | 2,565.00 |
| 10/03/24 | CVW | Revise witness interview summaries and correspond with team regarding same (2.0)/revise investigation report and analyze documents in connection with same (4.0) | 6.00 | 570.00 | 3,420.00 |
| 10/03/24 | BF | Review interview notes and draft memoranda re interviews | 3.50 | 435.00 | 1,522.50 |
| 10/03/24 | CQC | Review of notes from September 23, 2024 interview preparation meeting with R. Lefkovitz and preparation of memo re: same | 3.00 | 475.00 | 1,425.00 |
| 10/04/24 | DEP | Review documents for upcoming interviews | 3.50 | 850.00 | 2,975.00 |
| 10/04/24 | CO | Review and analyze documents in preparation for upcoming witness interview (.30) Confer with B. Gray re same (.20) | .50 | 415.00 | 207.50 |
| 10/04/24 | RMM | Review and analyze documents in connection with ongoing investigation. | 2.20 | 570.00 | 1,254.00 |
| 10/04/24 | CVW | Revise investigation report (1.0)/analyze documents in connection with same (1.5)/revise witness interview summaries (1.0) | 3.50 | 570.00 | 1,995.00 |
| 10/04/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 5.00 | 475.00 | 2,375.00 |
| 10/04/24 | IHG | Review and analyze documents for Moelis interview kit | 3.90 | 440.00 | 1,716.00 |
| 10/06/24 | RMM | Review and analyze documents in connection with investigation (1.5)/prepare for Moelis interview (2.0) | 3.50 | 570.00 | 1,995.00 |
| 10/06/24 | BF | Review interview notes and revise memoranda re interviews | 1.10 | 435.00 | 478.50 |
| 10/07/24 | DEP | Review cases for issues raised in investigation | 4.50 | 850.00 | 3,825.00 |
| 10/07/24 | MWY | Address Moelis interview issues | .80 | 650.00 | 520.00 |
| 10/07/24 | CO | Review and analyze documents in preparation for upcoming document production | .30 | 415.00 | 124.50 |
| 10/07/24 | RMM | Prepare for and participate in Moelis preparation interview (3.5)/review relevant documents in connection with investigation (1.5) | 5.00 | 570.00 | 2,850.00 |
| 10/07/24 | CVW | Prepare for and attend preparation for Moelis interview (3.0)/analyze documents in connection with same (.2)/revise summary of witness interview (.3)/analyze redaction issues (.3)/revise investigation report (.4) | 4.20 | 570.00 | 2,394.00 |
| 10/07/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 3.00 | 475.00 | 1,425.00 |
| 10/07/24 | IHG | Redact privileged communications from documents for production | 1.00 | 440.00 | 440.00 |
| 10/08/24 | MWY | Work on investigation and UCC issues | .80 | 650.00 | 520.00 |

23441: Express, Inc., et al.                                    November 12, 2024
0001: Express Restructuring                                      Invoice #: 519777

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/08/24 | CO | Review and analyze documents in preparation for upcoming document production | 1.50 | 415.00 | 622.50 |
| 10/08/24 | RMM | Review and analyze documents in connection with investigation. Prepare for Moelis interview. | 8.10 | 570.00 | 4,617.00 |
| 10/08/24 | CVW | Revise investigation report and analyze documents in connection with same (1.5)/conduct legal research in connection with same (3.0)/analyze witness interview notes and revise same (1.0) | 5.50 | 570.00 | 3,135.00 |
| 10/08/24 | BF | Review case activity; review documents; begin preparing summaries | .80 | 435.00 | 348.00 |
| 10/08/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 1.30 | 475.00 | 617.50 |
| 10/08/24 | IHG | Continue redacting privileged communications from documents for production (2.0)/draft and revise interview memorandum (1.4) | 3.40 | 440.00 | 1,496.00 |
| 10/09/24 | DEP | Review letter from committee re: investigation (.30) / call with R. Moore re: same (.20) | .50 | 850.00 | 425.00 |
| 10/09/24 | DEP | Work on investigation issues and report | 2.10 | 850.00 | 1,785.00 |
| 10/09/24 | MWY | Review and circulate prior declarations for investigation preparation(1.2)/ review Moelis interview materials(.6) | 1.80 | 650.00 | 1,170.00 |
| 10/09/24 | CO | Review and analyze documents in preparation for upcoming document production (1.0)/apply privilege redactions (.9) | 1.90 | 415.00 | 788.50 |
| 10/09/24 | RMM | Review documents in connection with investigation. Prepare for Moelis interview. | 6.20 | 570.00 | 3,534.00 |
| 10/09/24 | CVW | Prepare for and attend team call regarding status; analyze outline for Moelis interview; analyze notes from witness interviews (3.6)/revise investigation report and conduct research in connection with same (2.0) | 5.60 | 570.00 | 3,192.00 |
| 10/09/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 7.00 | 475.00 | 3,325.00 |
| 10/09/24 | IHG | Continue redacting privileged communications from documents for production; draft and revise memorandum re: Archbold interview | 3.30 | 440.00 | 1,452.00 |
| 10/10/24 | MWY | Address UCC issues and response to inquiries(.8)/ address interview(1.5) | 2.30 | 650.00 | 1,495.00 |
| 10/10/24 | CO | Review and analyze documents in preparation for upcoming document production | .30 | 415.00 | 124.50 |
| 10/10/24 | RMM | Prepare for and participate in Moelis interview (3.5)/review and edit investigation report (2.5)/review and analyze strategy regarding Committee correspondence (1.0)/call with disinterested director (.5) | 7.50 | 570.00 | 4,275.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/10/24 | CVW | Prepare for and attend Moelis interview (2.5)/revise investigation report and analyze documents in connection with same (2.5)/discuss redactions with Q. Conrad (.5) | 5.50 | 570.00 | 3,135.00 |
| 10/10/24 | CQC | Appear remotely at Moelis interview with R. Moore and C. Wigglesworth | 1.70 | 475.00 | 807.50 |
| 10/10/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 4.60 | 475.00 | 2,185.00 |
| 10/10/24 | IHG | Participate in Moelis interview | .50 | 440.00 | 220.00 |
| 10/11/24 | DEP | Emails from N. Adzima re: committee request for meeting and response to the request | .40 | 850.00 | 340.00 |
| 10/11/24 | MWY | Work on response to UCC issue(.5)/ review draft investigation report(.8)/ confer w W Transier on investigation issues(.5) | 1.80 | 650.00 | 1,170.00 |
| 10/11/24 | CO | Review and analyze documents in preparation for upcoming document production (2.0)/apply privilege redactions (1.0)/confer with R. Moore re production and ongoing document review (.40) | 3.40 | 415.00 | 1,411.00 |
| 10/11/24 | RMM | Revise and edit investigation report. Calls with case team regarding ongoing issues. | 5.70 | 570.00 | 3,249.00 |
| 10/11/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 5.30 | 475.00 | 2,517.50 |
| 10/11/24 | IHG | Continue redacting privileged communications from documents for production | 5.50 | 440.00 | 2,420.00 |
| 10/11/24 | MPB | Research issues for investigation report | 3.00 | 480.00 | 1,440.00 |
| 10/13/24 | RMM | Revise and edit investigation report. | 2.50 | 570.00 | 1,425.00 |
| 10/13/24 | BF | Research legal issues related to privilege | .40 | 435.00 | 174.00 |
| 10/14/24 | DEP | Call with R. Moore and M. Yurkewicz re: discussion of issues in investigation report | .30 | 850.00 | 255.00 |
| 10/14/24 | DEP | Review and provide revisions to draft investigation report | 2.30 | 850.00 | 1,955.00 |
| 10/14/24 | DEP | Review and revise investigation report | 4.00 | 850.00 | 3,400.00 |
| 10/14/24 | MWY | Work on investigation report(2.5)/ conference with Klehr team on plan issues(1.0)/ call w W Transier on investigation(.5) | 4.00 | 650.00 | 2,600.00 |
| 10/14/24 | CO | Review and analyze documents in preparation for upcoming document production. | .50 | 415.00 | 207.50 |
| 10/14/24 | RMM | Draft and revise investigation report (7.0)/calls with disinterested director and case team regarding investigation conclusions and settlement strategy (.8) | 7.80 | 570.00 | 4,446.00 |
| 10/14/24 | BF | Review documents and research legal issues arising from review of documents related to privilege | 6.10 | 435.00 | 2,653.50 |
| 10/15/24 | DEP | Prepare for and participate in negotiations with Committee counsel regarding possible resolution of disputes over releases. | 5.00 | 850.00 | 4,250.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/15/24 | DEP | Prepare for and attend call with W. Transier, regarding status; | .80 | 850.00 | 680.00 |
| 10/15/24 | MWY | Call with UCC on plan issues(1.2)/ follow up on UCC issues and potential resolution(1.9) | 3.10 | 650.00 | 2,015.00 |
| 10/15/24 | MWY | Call w W Transier on investigation | .70 | 650.00 | 455.00 |
| 10/15/24 | CO | Review and analyze documents in preparation for upcoming document production. | .20 | 415.00 | 83.00 |
| 10/15/24 | RMM | Review documents (4.20)/prepare for and participate in negotiations with Committee counsel regarding possible resolution of disputes over releases (1.2) | 5.40 | 570.00 | 3,078.00 |
| 10/15/24 | CVW | Prepare for and attend call with W. Transier, D. Pacitti, and M. Yurkewicz regarding status (.8)/prepare for and attend call with counsel for Unsecured Creditors Committee regarding status (1.2)/prepare for and attend call with N. Adzima regarding status (.5)/prepare for and attend update call with W. Transier (.8)/analyze documents in connection with same (1.5) | 4.80 | 570.00 | 2,736.00 |
| 10/15/24 | IHG | Continue redacting privileged communications from documents for production | 2.60 | 440.00 | 1,144.00 |
| 10/16/24 | DEP | Emails with R. Moore and C. Wigglesworth re: prep for settlement call with UCC (.50) / review of information and prep for settlement call with UCC (0.80) | 1.30 | 850.00 | 1,105.00 |
| 10/16/24 | DEP | Call with K&E team re: prep for settlement call with UCC | .30 | 850.00 | 255.00 |
| 10/16/24 | DEP | Prepare for and participate in call with disinterested director and counsel regarding possible resolution of ongoing disputes over releases with Committee. | 1.50 | 850.00 | 1,275.00 |
| 10/16/24 | MWY | Call with UCC counsel on resolution(.4)/ work on UCC communications planning(.6) | 1.00 | 650.00 | 650.00 |
| 10/16/24 | RMM | Prepare for and participate in call with disinterested director and counsel regarding possible resolution of ongoing disputes over releases with Committee. | 1.60 | 570.00 | 912.00 |
| 10/16/24 | CVW | Prepare for and attend call with Unsecured Creditors' Committee regarding status | 1.30 | 570.00 | 741.00 |
| 10/16/24 | BF | Review documents in connection with plan and research privilege issues related to same | 3.30 | 435.00 | 1,435.50 |
| 10/17/24 | CVW | Analyze documents in connection with investigation | .80 | 570.00 | 456.00 |
| 10/17/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 1.00 | 475.00 | 475.00 |
| 10/18/24 | CO | Review and analyze documents in preparation for upcoming document production. | .50 | 415.00 | 207.50 |
| 10/18/24 | CVW | Prepare for and attend board meeting | 1.00 | 570.00 | 570.00 |
| 10/18/24 | IHG | Continue redacting privileged communications from documents for production | 3.60 | 440.00 | 1,584.00 |

23441: Express, Inc., et al.                                                                    November 12, 2024
0001: Express Restructuring                                                                    Invoice #: 519777

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/24 | MWY | Address UCC issues on plan | .70 | 650.00 | 455.00 |
| 10/21/24 | RMM | Review and analyze issues in connection with Committee negotiations.  Revise and edit disclosure statement. | 1.20 | 570.00 | 684.00 |
| 10/21/24 | CVW | Revise disclosure statement; correspond with R. Moore regarding board of director topics; correspond with N. Adzima regarding investigation | 2.40 | 570.00 | 1,368.00 |
| 10/22/24 | CO | Review and analyze documents in preparation for upcoming document production. | .70 | 415.00 | 290.50 |
| 10/22/24 | RMM | Review and analyze issues with document productions and redactions. | .30 | 570.00 | 171.00 |
| 10/22/24 | CVW | Analyze status of redactions | .20 | 570.00 | 114.00 |
| 10/22/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 6.00 | 475.00 | 2,850.00 |
| 10/23/24 | CVW | Analyze privilege issues; correspond with I. Gray and C. Conrad regarding same | .60 | 570.00 | 342.00 |
| 10/23/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 3.20 | 475.00 | 1,520.00 |
| 10/23/24 | IHG | Draft and revise memorandum re: Moelis interview | 1.60 | 440.00 | 704.00 |
| 10/23/24 | IHG | Continue redacting privileged communications from documents for production | 3.80 | 440.00 | 1,672.00 |
| 10/24/24 | BF | Review documents in connection with investiation and prepare privilege redactions | 1.50 | 435.00 | 652.50 |
| 10/24/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 3.00 | 475.00 | 1,425.00 |
| 10/25/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 4.00 | 475.00 | 1,900.00 |
| 10/25/24 | IHG | Continue redacting privileged communications from documents for production | 1.70 | 440.00 | 748.00 |
| 10/28/24 | RMM | Analyze issues in connection with resolution of dispute with Committee. | .60 | 570.00 | 342.00 |
| 10/28/24 | BF | Prepare documents for production | 2.00 | 435.00 | 870.00 |
| 10/28/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 2.30 | 475.00 | 1,092.50 |
| 10/30/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 3.00 | 475.00 | 1,425.00 |
| 10/30/24 | IHG | Continue redacting privileged communications from documents for production | 5.10 | 440.00 | 2,244.00 |
| 10/31/24 | RMM | Prepare for and attend board meeting. | 1.10 | 570.00 | 627.00 |
| 10/31/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 5.10 | 475.00 | 2,422.50 |

23441: Express, Inc., et al.
0001: Express Restructuring

November 12, 2024
Invoice #: 519777

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/31/24 | IHG | Continue redacting privileged communications from documents for production | 1.80 | 440.00 | 792.00 |

**Task Total:** **$ 164,320.00**

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/24 | MWY | Address plan strategy | .50 | 650.00 | 325.00 |
| 10/09/24 | BF | Review documents in connection with plan | .50 | 435.00 | 217.50 |
| 10/09/24 | BF | Review documents in connection with plan | 1.10 | 435.00 | 478.50 |
| 10/11/24 | DEP | Update call with K&E team re: plan | .40 | 850.00 | 340.00 |
| 10/13/24 | BF | Review documents in connection with plan documents | 3.40 | 435.00 | 1,479.00 |
| 10/17/24 | DEP | Emails with Gabe Valle at K&E re: confirmation and solicitation timeline | .40 | 850.00 | 340.00 |
| 10/18/24 | BF | Review documents in connection with plan and apply redactions thereto | 4.30 | 435.00 | 1,870.50 |
| 10/21/24 | DEP | Review and comment on DS and timeline (1.20) / emails with K&E team re: same (.30) | 1.50 | 850.00 | 1,275.00 |
| 10/22/24 | DEP | Review UST objection to DS | 1.00 | 850.00 | 850.00 |
| 10/22/24 | MWY | Address UCC resolution and investigation issues | .90 | 650.00 | 585.00 |
| 10/22/24 | AMR | Review Trustee's objection re: disclosure statement | .60 | 435.00 | 261.00 |
| 10/23/24 | DEP | Emails with N. Adzima re: possible adjournment of DS hearing | .40 | 850.00 | 340.00 |
| 10/23/24 | DEP | Call with L. Murley re: possible adjournment of DS hearing | .20 | 850.00 | 170.00 |
| 10/23/24 | AMR | Continue to review Trustee's objection re: disclosure statement | .40 | 435.00 | 174.00 |
| 10/23/24 | AMR | Review Committee objection re: Debtors motion to exclude exclusivity periods/review other related documents re: same | 3.10 | 435.00 | 1,348.50 |
| 10/28/24 | MWY | Review revised plan and DS | .90 | 650.00 | 585.00 |
| 10/30/24 | MWY | Work on confirmation timeline and potential modifications | .50 | 650.00 | 325.00 |
| 10/31/24 | DEP | Review revised disclosure statement | 1.30 | 850.00 | 1,105.00 |
| 10/31/24 | DEP | Review revised plan | 1.00 | 850.00 | 850.00 |
| 10/31/24 | MWY | Review board presentation materials and revised plan(.5)/ board meeting(.7)/ address confirmation scheduling with constituents(.6) | 1.80 | 650.00 | 1,170.00 |

**Task Total:** **$ 14,089.00**

23441: Express, Inc., et al.                                                                November 12, 2024
0001: Express Restructuring                                                                 Invoice #: 519777

**Reporting**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/04/24 | MWY | Address UST reporting and payment issues | .80 | 650.00 | 520.00 |
| 10/24/24 | DEP | Review month ending 10/5 MORs | 1.00 | 850.00 | 850.00 |
| 10/24/24 | MKH | Review compile and prepare Supporting Documentation Regarding Chapter 11 Monthly Operating Reports for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10842 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10841 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10840 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10839 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10838 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10837 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10836 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10835 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10834 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10833 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10832 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |

23441: Express, Inc., et al.
0001: Express Restructuring

November 12, 2024
Invoice #: 519777

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/24/24 | MKH | Review compile and prepare Chapter 11 Monthly Operating Report for Case Number 24-10831 for the Month Ending October 5, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 10/24/24 | MKH | Email exchanges with counsel re reviewing, compile and finalizing of monthly operating reports and supporting documentation of same | .30 | 345.00 | 103.50 |
| 10/24/24 | MWY | Work on operating reports | .90 | 650.00 | 585.00 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10718 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10719 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10720 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10721 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10722 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10723 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10724 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10725 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10726 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10727 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10728 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10729 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/30/24 | MKH | Review and prepare Chapter 11 Post-Confirmation Report for Case Number 23-10730 for the Quarter Ending September 30, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

**Task Total:** **$ 5,301.50**

**Relief from Stay and Adequate Protection**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/08/24 | MWY | Review and address Yorhling stay relief motion | .90 | 650.00 | 585.00 |
| 10/15/24 | MWY | Work on lift stay stipulation and related documents | 1.10 | 650.00 | 715.00 |
| 10/17/24 | MWY | Work on Chubb stipulation | .60 | 650.00 | 390.00 |

**Task Total:** **$ 1,690.00**

**TOTAL PROFESSIONAL SERVICES** **$ 215,682.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 45.70 | 850.00 | 38,845.00 |
| Yurkewicz, Michael W. | Partner | 37.70 | 650.00 | 24,505.00 |
| Moore, Ryan M. | Partner | 73.60 | 570.00 | 41,952.00 |
| Wigglesworth, Catherine V | Partner | 44.80 | 570.00 | 25,536.00 |
| Bannon, Michael P | Associate | 3.00 | 480.00 | 1,440.00 |
| Conrad, C Quincy | Associate | 62.80 | 475.00 | 29,830.00 |
| Gray, Isabella H | Associate | 39.70 | 440.00 | 17,468.00 |
| Radovanovich, Alyssa M | Associate | 4.10 | 435.00 | 1,783.50 |
| Fischer, Benjamin | Associate | 29.40 | 435.00 | 12,789.00 |
| Orrin, Christopher P. | Associate | 12.90 | 415.00 | 5,353.50 |
| Hughes, Melissa K. | Paralegal | 46.90 | 345.00 | 16,180.50 |
| **TOTALS** | | **400.60** | | **$ 215,682.50** |

# EXHIBIT B

23441: Express, Inc., et al.                                      November 12, 2024
0001: Express Restructuring                                       Invoice #: 519777

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Pacer | 614.90 |
| Special Copy | 92.00 |
| Computerized Research | 1,013.47 |

|  | | |
|---|---|---|
| | **TOTAL DISBURSEMENTS** | **$ 1,720.37** |
| | **TOTAL THIS INVOICE** | **$ 217,402.87** |

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

**INVOICE**

Date     10/23/24
Number  WL119691
Page 1

AR@Reliable-co.com
Fed Id # 23-2473700

23441.0001
Approved by Domenic E. Pacitti

**Sold To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE 19801-3062

**Ship To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE 19801-3062

| | | | | |
|---|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | 11168902.1 | |
| Our Order No. | WL119691 | P.O. Date | 10/23/24 | |
| Terms | Net 30 Days | Ordered By | Domenic Pacitti | |
| Due Date | 11/22/24 | Ship Via | Client responsible for shipping | |
| Salesperson | Gene Matthews | | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00082 Bookmarking/Linking | | 46.00 | 1.00 | 46.00 | 46 | EA | 2.00 | 92.00 |

| | |
|---|---|
| Subtotal: | 92.00 |
| Sales Tax: | 0.00 |
| Total: | 92.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 92.00 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

# Cost Report

**Unbilled**

**Express, Inc., et al. / Express Restructuring (23441-0001)**

11/12/2024

| Date | SM/Task | Service Code | Description | Attorney | Orig Qty | Orig Amt | Rev Qty | Rev Amt | Vendor | Voucher | Check No. | Check Date | Check Status | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2024 | E106 | 00023 | Pacer | 0358 | 0.00 | 0.30 | 0.00 | 0.30 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 1171 | 0.00 | 4.30 | 0.00 | 4.30 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 0358 | 0.00 | 73.50 | 0.00 | 73.50 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 0660 | 0.00 | 70.00 | 0.00 | 70.00 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 0859 | 0.00 | 2.60 | 0.00 | 2.60 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 0358 | 0.00 | 430.80 | 0.00 | 430.80 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 0358 | 0.00 | 3.50 | 0.00 | 3.50 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 0358 | 0.00 | 10.90 | 0.00 | 10.90 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 09/30/2024 | E106 | 00023 | Pacer | 1171 | 0.00 | 19.00 | 0.00 | 19.00 | PACER SERVICE CENTER | 1315788 | 999004585 | 11/06/2024 | | 0 | Unbilled |
| Pacer - 4030310-Q32024 | | | | | | | | | | | | | | | |
| 10/23/2024 | E102 | 00016 | Special Copy | 0358 | 0.00 | 92.00 | 0.00 | 92.00 | RELIABLE WILMINGTON | 1315918 | 0 | | | 0 | Unbilled |
| Special Copy, RELIABLE WILMINGTON, 10/23/2024, WL119691 | | | | | | | | | | | | | | | |
| 10/31/2024 | E106 | 00021 | Computerized Research | 1182 | 0.00 | 1,013.47 | 0.00 | 1,013.47 | | 0 | | | | 0 | Unbilled |
| Computerized Research | | | | | | | | | | | | | | | |
| **Report Totals:** | | | | | **0.00** | **1,720.37** | **0.00** | **1,720.37** | | | | | | | |

| Westlaw - October 2024 | |
|---|---|
| Client 23441.0001 | |
| User Name BANNON,MICHAEL (24076855) | |
| Day 10/11/2024 | |
| Totals for Included | 1,013.47 USD |