# Exhibit 1

## Assumed Contracts

| No. | Assumption Counterparty | Debtor Party | Description of Contract[1] | Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|
| 1. | Engie Insight Services Inc. | Express, LLC | Total Energy and Sustainability Master Service Agreement | $44,118.23 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | American Express | Express, LLC | Card Acceptance Agreement | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | Nedap | Express, LLC | !D Cloud Solution – Terms of Subscription, Order Form, and Order Form #2 | $114,208.77 | Phoenix Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.