**Exhibit 1**

**Assumed Contracts**

| No. | Assumption Counterparty | Debtor Party | Description of Contract[1] | Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|
| 1. | American Express Travel Related Services Company, Inc. | Express, Inc. | American Express Card Acceptance Agreement | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | Discover | Express, LLC | Merchant Services Agreement | $0 | Phoenix Retail, LLC | 6/21/2024 |
| 3. | Paypal, Inc. | Express, LLC | Merchant Agreement | $18,675.00 | Phoenix Retail, LLC | 6/21/2024 |
| 4. | ADYEN BV | Express BNBS Fashion, LLC | Merchant Agreement | $36,868.55 | Phoenix BNBS Fashion, LLC | 6/21/2024 |
| 5. | Klarna, Inc. | Express, LLC | Merchant Cooperation Agreement | $0 | Phoenix Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.