## Exhibit 1

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure Amount | Assignee | Assumption Date |
|-----|--------------------------|---------------------------|---------------|------------|----------------------|----------|-----------------|
| 1. | Salesforce, Inc. | Salesforce, Inc. | Salesforce Contract No. 03504118 (including Heroku Order Nos. Q-08520979 and Q-07163705, the Bonobos Master Subscription Agreement (the "MSA"), and all other Orders and agreements executed pursuant to the MSA, as amended by the New Heroku Order Q-08980609) | Heroku services, products and storage (as described in the New Heroku Order Q-08980609) | $0 | Phoenix BNBS Fashion LLC | 6/21/2024 |

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.