## AFFIDAVIT OF PUBLICATION

**IN THE MATTER OF:** { EXP OLDCO WINDDOWN, INC. }

**STATE OF NEW YORK**

    ss:

**COUNTY OF NEW YORK**

I, Jonathan Florez, being duly sworn, hereby certify that (a) I am the Account Planner, US Advertising of FT Publications, Inc. Publisher of the FINANCIAL TIMES, a daily newspaper published worldwide, and of general circulation in the city and county of New York, and (b) that the Notice of which the annexed is a copy was published in THE FINANCIAL TIMES ON THE:

                        13th Day of November 2024.

                  Jonathan Florez, ACCOUNT PLANNER, **ADVERTISING:**

**Signature:** _[signed]_

> JESSICA WONG
> Notary Public - State of New York
> NO. 01WO6203455
> Qualified in Kings County
> My Commission Expires 4/6/2025

**Date:** 11/13/2024        _[signed]_

**AI action** Amazon's Annapurna start-up spends big on custom chips that lessen parent's reliance on market leader Nvidia ● **PAGE 9**

# Companies & Markets

## AstraZeneca sets out $3.5bn plan to expand in US market

● Manufacturing capacity to be boosted
● Move amid compliance crisis in China

**IAN JOHNSTON** — LONDON

AstraZeneca yesterday announced a big expansion in the US just days after Donald Trump's victory in the presidential election, as chief executive Pascal Soriot hailed the prospects for the world's largest economy.

The UK's biggest drugmaker said that it would spend $2bn to bolster its manufacturing capacity in states including Maryland and Texas as well as on the west coast. This would bring its total investment in the US to $3.5bn by the end of 2026, including an existing plan for a research and development centre in Cambridge, Massachusetts.

The US is already its largest market, accounting for 44 per cent of its revenue

> 'I take [the China crisis] very seriously and we are putting in place measures to strengthen compliance'

in the past quarter. AstraZeneca is hoping the investment will help it almost double revenues to $80bn by 2030.

Speaking in New York, Soriot said: "It won't escape anyone's attention the US economy is expected to grow and there's lots of innovation there. We want to be present in this country and be a big contributor to investment in research and development."

AstraZeneca is negotiating with the UK government over a £450mn investment in a vaccine site near Liverpool.

Chief financial officer Aradhana Sarin said yesterday that it was still in talks "to figure out what type of incentives there may be", after the Financial Times reported in August that the Labour government wants to cut state aid for it from £90mn to £40mn.

AstraZeneca's need to have a big presence in the competitive US pharma market comes amid a crisis in China.

It confirmed last week that the head of its China business, Leon Wang, had been detained, and that two former and two current executives were under investigation there over allegations of illegally importing oncology medicines.

Soriot said yesterday: "I personally take this very seriously and we are putting in place measures to strengthen our compliance even more."

Asked about the investigation on a call with reporters, Soriot said that the FTSE 100 group had "not been complacent" but that the issue of "compliance moved outside" of systems that the company had put in place to monitor [employees'] behaviour.

A person familiar with the matter said last week that authorities were investigating the alleged importation of AstraZeneca's cancer drug Imjudo, which has not been approved for sale in China.

AstraZeneca is the largest overseas drugmaker in China, generating almost $6bn of sales there last year.

Its shares have fallen more than 16 per cent since it disclosed last month that Wang was under investigation.

However, the company yesterday upgraded its full-year outlook for the second time in four months.

It now expects "high-teens" percentage growth in revenue and earnings per share, up from a previous forecast of "mid-teens".

It reported third-quarter revenues of $13.6bn, up 21 per cent at constant exchange rates and ahead of analysts' estimates, with the oncology division generating $5.6bn in sales.

In China sales reached $1.7bn, up 15 per cent on the same quarter in 2023.

Sean Conroy, an analyst at Shore Capital, said: "There's no further clarity with China unfortunately. There'll be a focus on that going forward."

## Key win Shell beats activists as appeals court overturns ruling on greenhouse gas emissions



*In the pocket: the Dutch court agreed that an order targeting one company would be ineffective* — Matt Cardy/Getty Images

**KENZA BRYAN AND MALCOLM MOORE** — LONDON

Shell yesterday won an appeal against a landmark order for it to cut greenhouse gas emissions, in a victory for energy companies' ability to ward off attacks by activists in court.

The Hague Court of Appeal yesterday annulled an order made by a district court in 2021 for Shell to slash its emissions by 45 per cent by 2030, relative to 2019 levels.

Shell had framed the case as an attempt by activists to push an essentially political question through the court system without Dutch and EU voters and lawmakers first fully buying into the idea of individual companies being forced to cut emissions at pace.

"There is currently insufficient agreement in climate science on a specific reduction percentage that an individual company such as Shell should adhere to," the Court of Appeal said in a statement on the second day of a global UN climate summit.

It also gave its backing to Shell's argument that any ruling targeting one company would be ineffective as other suppliers would step in to meet demand for fossil fuels. But it said that the energy company had an obligation to "limit its $CO_2$ emissions".

The UN body of scientists, the Intergovernmental Panel on Climate Change, has said a 43 per cent global cut in emissions relative to 2019 by the end of the decade is needed to keep within the boundaries of ideally 1.5C of global warming above pre-industrial levels that was set down in the Paris agreement in 2015.

"This hurts," said Donald Pols, chief executive at Friends of the Earth Netherlands, which filed the case. But "this case has ensured that major polluters are not inviolable and has further fuelled the debate about their responsibility in combating dangerous climate change".

Shell chief executive Wael Sawan said: "We are pleased with the court's decision, which we believe is the right one for the global energy transition."

Friends of the Earth Netherlands did not confirm whether it would appeal against the ruling, but is expected to do so, probably dragging out the matter until at least 2027.

It has three months to launch an appeal to the Dutch Supreme Court, which would then take about 18 months to come to a final decision, according to people familiar with the process, or longer if it refers questions to the European Court of Justice.

While activists around the world have filed a series of copycat legal cases against major polluters, including French energy major Total, cement company Holcim and utility RWE, these have been slow to get off the ground.

## Elliott pushes for Honeywell break-up after building stake

**MARIA HEETER** — NEW YORK

Elliott Management has built a $5bn stake in Honeywell International, placing its largest ever bet as it looks to split the $164bn industrial conglomerate.

The US activist investor, which revealed its position yesterday, wants North Carolina-based Honeywell to split into two businesses: its aerospace division, which supplies aircraft equipment, and automation, which sells tools for warehouses and other plants.

The move shows Elliott's number of concentrated bets; it has drawn on its $69bn in assets to take multibillion-dollar stakes this year, ranging from $2.5bn in chipmaker Texas Instruments and a $2bn stake in Southwest Airlines.

Honeywell's board and management "acknowledge and appreciate the perspectives of all our shareholders," a spokesperson said: "Although Elliott had not made us aware of their views prior to today, we look forward to engaging with the firm to obtain their input."

Honeywell's chief, Vimal Kapur, has signed off on $9bn worth of acquisitions since his appointment last year.

At the same time, he has moved to divest one of Honeywell's largest units, the chemical and materials maker Advanced Materials, saying that the group would continue to simplify its portfolio to focus on "three compelling megatrends": automation, the future of aviation and the energy transition.

Elliott is seeking to speed up that transformation. "The conglomerate structure that once suited Honeywell no longer does," Elliott's Jesse Cohn and Marc Steinberg said in a letter.

Industry analysts said Honeywell was the last remaining holdout among a group of industrial conglomerates that have already broken up, boosting their valuations. A break-up would follow moves to split other leading industrial groups, including GE's spin-off of its power and renewable energy business and 3M's spin-off of its healthcare arm.

"Independent businesses come with focused management teams and boards," said Julian Mitchell, an equity analyst at Barclays. "It's easier for investors to track trends in those businesses and invest in those stocks."

Honeywell's shares were up about 4 per cent after news of Elliott's investment. The stock has lagged behind the wider market, rising 12 per cent since the start of this year while the S&P 500 has risen 26 per cent.

---

### Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: EXP OLDCO WINDDOWN, INC., et al.,[1]

Debtors.

Chapter 11
Case No. 24-10831 (KBO)
(Jointly Administered)

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE JOINT CHAPTER 11 PLAN FILED BY THE DEBTORS, THE DISCLOSURE STATEMENT AND RELATED VOTING AND OBJECTION DEADLINES**

PLEASE TAKE NOTICE THAT on November 6, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 969] (the "Disclosure Statement Order"): (a) approving the Disclosure Statement Relating to the Joint Chapter 11 Plan of Express, OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 955] (as may be amended, supplemented, or otherwise modified from time to time, the "Disclosure Statement"); (b) establishing the Voting Record Date; Voting Deadline; and other related dates in connection with confirmation of the Joint Chapter 11 Plan of Express, OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 953] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan");[2] (c) approving procedures for soliciting, receiving, and tabulating votes on the Plan; and (d) approving the manner and forms of notice and other related documents as they relate to the Debtors.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on December 17, 2024, at 10:30 a.m., prevailing Eastern Time, before the Honorable Karen B. Owens, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Fifth Floor, Courtroom #3, Wilmington, Delaware 19801.

PLEASE BE ADVISED: THE CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE BANKRUPTCY COURT OR THE DEBTORS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE BANKRUPTCY COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

Voting Record Date. The voting record date is July 31, 2024 (the "Voting Record Date"), which is the date for determining which certain Holders of Claims are entitled to vote on the Plan.

Voting Deadline. The deadline for voting on the Plan is December 11, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If you received a Solicitation Package, in order to have your vote counted, you must: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is actually received by the Debtors' claims, noticing and solicitation agent, Stretto, Inc., (the "Solicitation Agent") on or before the Voting Deadline. A failure to follow such instructions may disqualify your vote.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

Objection Deadline. The deadline for filing objections to the Plan is December 11, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Confirmation Objection Deadline"). Any objection to the relief sought at the Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve each objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the below parties in the Confirmation Hearing Notice on or before December 11, 2024 at 4:00 p.m. (prevailing Eastern Time): (i) Co-Counsel to the Debtors: KIRKLAND & ELLIS LLP, Attn: Joshua A. Sussberg, P.C., Attn: Emily E. Geier, P.C., Attn: Nicholas M. Adzima, 601 Lexington Avenue, New York, New York 10022, jsussberg@kirkland.com, emily.geier@kirkland.com, nicholas.adzima@kirkland.com -and- KIRKLAND & ELLIS INTERNATIONAL LLP, Attn: Charles B. Sterrett, 333 West Wolf Point Plaza, Chicago, Illinois 60654, charles.sterrett@kirkland.com, Co-Counsel for the Debtors and Debtors in Possession and KLEHR HARRISON HARVEY BRANZBURG LLP, Attn: Domenic E. Pacitti (DE Bar No. 3989), Attn: Michael W. Yurkewicz (DE Bar No. 4165), Attn: Alyssa M. Radovanovich (DE Bar No. 7101), 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, dpacitti@klehr.com, myurkewicz@klehr.com, aradovanovich@klehr.com; (ii) U.S. Trustee: THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, Attn: John Schanne, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, John.Schanne@usdoj.gov; and (iii) Counsel to the Committee: KRAMER LEVIN NAFTALIS & FRANKEL LLP, Attn: Adam Rogoff, Attn: Robert Schmidt, Attn: Nathaniel Allard, 1177 Avenue of the Americas, New York, New York 10036, arogoff@kramerlevin.com, rschmidt@kramerlevin.com, nallard@kramerlevin.com -and- SAUL EWING LLP, Attn: Luke Murley, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, luke.murley@saul.com, Co-Counsel for the Debtors and Debtors in Possession

Opt-In Deadline. If you are a Holder of a Class 3 General Unsecured Claim and wish to Opt-In to the Third-Party Release granted under the Plan, then you must check the appropriate box in Item 3 of the Ballot, indicating your election by December 11, 2024, at 4:00 p.m., Prevailing Eastern Time (the "Voting Deadline"). If you are a Holder of a Claim that is deemed to reject or deemed to accept the Plan, and you wish to Opt-In to the Third-Party Release granted under the Plan, you must affirmatively Opt-In by returning the Opt-In Form no later than the Voting Deadline, in accordance with the directions therein.

**ARTICLE X OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE X.D. CONTAINS A THIRD-PARTY RELEASE. THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ANYTHING STATED HEREIN, YOU MAY WISH TO CONTACT A LAWYER. IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION REGARDING THE PLAN OR ANYTHING STATED HEREIN, CONTACT THE SOLICITATION AGENT. PLEASE BE ADVISED THAT THE SOLICITATION AGENT CANNOT PROVIDE LEGAL ADVICE.**

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received the materials in electronic format), please feel free to contact the Debtors' Solicitation Agent, by: (a) visiting the Debtors' restructuring website at: https://cases.stretto.com/express/; (b) writing to the Solicitation Agent at Express, Inc., et al., c/o Stretto, 410 Exchange, Suite 100 Irvine, CA 92602; (c) calling the Solicitation Agent at (855) 337-3537 (toll free) or (949) 617-1363 (international); or (d) email ExpressBallotInquiries@stretto.com (with "In re Express, Inc. - Solicitation Inquiry" in the subject line). You may also obtain copies of any pleadings filed with the Bankruptcy Court for free by visiting the Debtors' restructuring website at https://cases.stretto.com/express/ or the Bankruptcy Court's website at http://www.deb.uscourts.gov in accordance with the procedures and fees set forth therein. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan.

Filing the Plan Supplement. The Debtors will file the Plan Supplement (as defined in the Plan) no later than December 4, 2024 and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

**BINDING NATURE OF THE PLAN**

IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.

Dated: November 6, 2024, Wilmington, Delaware. /s/ Domenic E. Pacitti KLEHR HARRISON HARVEY BRANZBURG LLP, Domenic E. Pacitti (DE Bar No. 3989), Michael W. Yurkewicz (DE Bar No. 4165), Alyssa M. Radovanovich (DE Bar No. 7101), 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Telephone: (302) 426-1189, Facsimile: (302) 426-9193, Email: dpacitti@klehr.com, myurkewicz@klehr.com, aradovanovich@klehr.com -and- Morton R. Branzburg (admitted pro hac vice), 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Telephone: (215) 569-3007, Facsimile: (215) 568-6603, Email: mbranzburg@klehr.com, Co-Counsel for the Debtors and Debtors in Possession -and- KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Joshua A. Sussberg, P.C. (admitted pro hac vice), Emily E. Geier, P.C. (admitted pro hac vice), Nicholas M. Adzima (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: joshua.sussberg@kirkland.com, emily.geier@kirkland.com, nicholas.adzima@kirkland.com -and- Charles B. Sterrett (admitted pro hac vice), 333 West Wolf Point Plaza, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, Email: charles.sterrett@kirkland.com, Co-Counsel for the Debtors and Debtors in Possession

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: EXP OldCo Winddown, Inc. (8128); Project Pine Texas OldCo, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Piercing Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] The provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights. If there is any inconsistency between the provisions set forth herein and the Plan, the Plan governs.

---

## Family-run Astonish's cut-price goods clean up in supermarkets



### John Gapper

In the Bradford, England, factory where Astonish makes its discount brand of cleaning and personal-care products, all is calm. Bottles of toilet gel whizz smoothly at 150 units a minute along an automated filling and bagging line, with 20 workers overseeing the German and Japanese equipment. Noise is diffused in the 16-metre-high hangar space.

Astonish's sales have more than doubled since it moved to this £30mn facility two years ago, and the company keeps growing. Bottle caps that were once tapped on by hand are fixed automatically. "I can't have unreliable machines or unreliable people," says Andy Ellams, operations director.

Its founder sold a cleaning paste at shows such as the Ideal Home Exhibition, but it is now a mature business making 90 products, from cleaning fluids to shampoos. The West Yorkshire family firm, which employs 110 people, undercuts rivals to offer its Toilet Fresh gel for £1 a bottle at Poundland.

The company's expansion reflects that of UK discount retailers over three decades. Its products started to be stocked at Home Bargains, Poundland and B&M in the mid-1990s as cheap alternatives to established brands such as Flash and Dettol. They are now infiltrating the mainstream.

Astonish Mould & Mildew Blaster spray, highly recommended by social media "cleanfluencers", can be ordered from online grocer Ocado. Some of the Astonish range was last month stocked for the first time in the "Low Everyday Price" range at Tesco, the UK's biggest supermarket.

"I am 50 years old, I love my work, and what a pleasure to punch so far above our weight in a market dominated by the corporate beasts," says Howard Moss. His father Alan founded Astonish in a shed in Leeds in 1969 but Howard is now sole owner of a business with projected sales of £75mn this financial year — a 29 per cent rise.

The Astonish formula is to replicate the performance of leading brands at a price well below theirs, although slightly above retailers' own brands. A large price gap is key: "We could make a washing-up liquid tomorrow, but not something as good as Fairy for half the price, so we don't," Moss says.

Astonish is not the only challenger brand to be propelled by discounting and online fandom. The Pink Stuff, another paste that became a cleaning portfolio, rose to fame in the pandemic, thanks to the Instagram evangelism of Sophie Hinchcliffe, known as Mrs Hinch.

> The Astonish formula is to replicate the performance of leading brands at a price well below theirs, although slightly above own brands

But while The Pink Stuff's owner, Star Brands, agreed a 2019 management buy-in backed by the private equity group Mobeus, Astonish is almost comically unleveraged by today's standards.

Moss has already repaid a £15mn loan to build and fit out his factory and sits on £137mn of equity. He says that he is content to remain its proprietor, helped by a close-knit management team.

Astonish has another unusual quality: none of its output is tested on animals or contains animal products such as tallow. The emphasis on purity goes back a long way: its original paste was non-toxic and biodegradable and Alan Moss used to show this off at exhibitions by smearing some of it on his lips.

Veganism is as much a commercial decision as an ethical one. "If I'm being honest, my father thought, 'This is an attractive way to market a product so if we can take a stance, let's do it,'" Moss says. But it is genuine; Astonish products are approved by the Vegan Society and Cruelty-Free International.

Astonish complies by developing its products in an on-site laboratory staffed by four chemists. It selects industrial chemicals and fragrances and prides itself on launching items faster than multinationals such as Reckitt Benckiser and Unilever (Astonish also distributes to 20 international markets).

Olivia Young, one of the chemists, says that it will often test and market a new cleaner in six months, while others can take double the time. This speed enabled it to diversify rapidly into personal care and hygiene following the pandemic; products such as hand soaps now account for 30 per cent of sales.

Astonish is a cheap and cheerful operation, making lean manufacturing and management work in its favour. If some of its new products fail, it is robust enough financially not to mind too much, Moss reflects. "This place is built on absolute gratitude but the enjoyment factor is, let's disrupt."

Bradford, once known for its woollen mills, has suffered industrial decline. Such change in the UK economy, writ large, has contributed to the rise of discount retailers. But in one Yorkshire factory, something shines.

john.gapper@ft.com