

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

November 13, 2024

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

11/13/2024, NY/NATL, pg B5

*Larnyce Tabron*

Digitally signed by John McGill
Date: 2024.11.13 14:46:13 -05'00'

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027



# Britain Tries New Tricks to Green Its Grid



BENEDICTE DESRUS FOR THE NEW YORK TIMES
BMW executives said Mexico offered well-educated workers and suppliers.

## In Mexico, Car Factories Brace for Trump's Tariffs

FROM FIRST BUSINESS PAGE

tariffs of 100 percent or higher on cars from Mexico, which would violate a trade agreement his first administration negotiated with Canada and Mexico.

The consequences for the auto industry would be profound, affecting the price in the United States of popular models like Ford Maverick pickups, Chevrolet Equinox sport utility vehicles and several variations of Ram trucks.

Mr. Trump has said tariffs would spur more automotive manufacturing in the United States. BMW executives say that the tariffs would hurt their business but that the plant in San Luis Potosí would still make financial sense for the company, because so many of the cars produced there are sold in other countries.

But the tariffs could severely disrupt suppliers, forcing them to move production between countries, which could lead to job losses and financial turmoil. The BMW factory in San Luis Potosí has 3,700 employees.

"If you torpedo the agreement, you're going to create more unemployed Mexicans, and what are they going to do?" said William Alan Reinsch, a senior adviser at the Center for Strategic and International Studies who specializes

### Threatening a supply chain that benefits the U.S. economy.

in trade issues.

Trade barriers might also be a setback for the already slowing electric vehicle business. Ford produces its battery-powered Mustang Mach-E at a factory near Mexico City. Chevrolet produces electric versions of the Equinox and Blazer near Monterrey.

Even Tesla, which is led by one of Mr. Trump's biggest supporters, Elon Musk, could feel the effects. The company bought land in Monterrey to build a car factory to produce affordable vehicles, though that project is on hold, local officials say.

The BMW complex in San Luis Potosí shows what is at stake for automakers. Last month, construction crews swarmed around freshly erected steel girders, the skeleton of a new building where battery modules will be assembled for the German company's electric vehicles. BMW will produce those cars in San Luis Potosí beginning in 2027 and export them to the United States and elsewhere. The factory currently produces BMW 2 Series and 3 Series sedans.

The city of San Luis Potosí, a sprawling jumble of cinder-block and brick buildings, doesn't exactly scream "high-tech manufacturing hub." Makeshift taquerias crowd the shoulders of the highway that leads to the BMW complex. The road is lined with corrugated metal factory buildings, many of which churn out auto parts. Like many Mexican cities, San Luis Potosí has suffered drug cartel violence.

But BMW executives said Mexico offered a deep pool of well-educated workers and suppliers. "You don't only have skilled workers, but you have very motivated workers," said Ilka Horstmeier, a member of BMW's management board whose responsibilities include labor relations, during an interview in San Luis Potosí.

Mexican suppliers are able to fulfill the demands of BMW's tightly choreographed operation, delivering parts like bumpers, axles or seats just four hours before the parts are installed in cars, said Oliver Haase, a senior vice president who oversees the company's supply network in North America and South America.

Mexican suppliers are held to the same standard as those in Europe, the United States or Asia, Mr. Haase said. If he were led blindfolded into a Mexican parts factory without knowing where in the world he was, "I could not tell you," he said.

The San Luis Potosí plant is highly automated, with armies of orange robots welding body frames together amid showers of sparks. But manual labor still plays a role. On the assembly line, workers in blue uniforms thread bolts by hand to connect front hoods to their hinges.

Trade barriers could disrupt a supply chain that also benefits the U.S. economy. Many of the parts used in BMWs and other Mexican-made cars come from the United States. Batteries for the new BMW electric cars will come from a factory in South Carolina that also supplies the company's plant in Spartanburg, S.C.

Labor representatives in the United States, who have pushed for higher tariffs, complain that Mexico's lack of worker protections is one reason for its appeal. Traditionally, Mexican unions have answered to management and government officials rather than workers.

The first Trump administration pursued policies that many labor experts said had hurt workers and unions. But the administration's officials did push for provisions in the United States-Mexico-Canada trade agreement, known as the U.S.M.C.A., that required Mexico to make it easier for workers to form independent unions.

Mexican labor leaders have used the reform to organize autoworkers at companies like General Motors and Goodyear, which has a large tire factory in San Luis Potosí.

"The law gives us tools to organize for better conditions," Pablo Franco, a lawyer who represents La Liga Sindical Obrera Mexicana, an independent labor group, said in an interview at a hotel in San Luis Potosí where he and other labor representatives were meeting with Goodyear executives.

But Mr. Franco also complained that the government had not done enough to ensure that workers were aware of their rights. Workers at most companies, including BMW, are not represented by independent unions.

The penalty for not complying with provisions of the U.S.M.C.A. is small. BMW and other companies that do not meet all of the terms of the agreement, including those related to unions and where they buy parts from, pay a 2.5 percent tariff to export vehicles to the United States.

Lately Chinese automakers including BYD have been scouting locations in Mexico with an eye toward establishing a presence in Latin America and, eventually, the United States. Many were waiting for the outcome of U.S. elections before deciding whether to build plants in Mexico, local officials say.

In theory, factories in Mexico could give Chinese carmakers an entree to the United States. Punitive tariffs and other restrictions effectively ban cars made in China from the United States. But the Trump administration is unlikely to allow Chinese companies access to the United States so easily.

Mexican officials are courting Chinese investors, but they are also mindful that the United States is Mexico's largest trading partner by far.

The United States, Mexico and Canada are scheduled to review the U.S.M.C.A. in 2026 and decide whether to extend the treaty.

Representatives for Mr. Trump did not respond to a request for comment.

BMW executives said the factory in San Luis Potosí made business sense no matter what officials from the three countries decided. They point out that much of the plant's output goes to Brazil, other Latin American countries and China. The two-door version of the BMW 2 Series coupe sold in Europe is produced in San Luis Potosí. Mexico has free-trade agreements that allow manufacturers to export their products to 50 countries at low or zero tariffs.

"Our decision on where we build plants is a long-term strategic decision made for at least 40 years," Ms. Horstmeier of BMW's management board said. But she added that the company much preferred open borders. "Whenever you put up trade barriers," she said, "you harm yourself."

*Miriam Castillo contributed reporting from Mexico City.*

FROM FIRST BUSINESS PAGE

chief executive. "We wanted to demonstrate to people that wind electricity is cheaper, but only when you use it when it's windy."

It's one of several creative experiments as Britain tries to persuade a wary public that ditching fossil fuels can improve their lives.

Ripple Energy, a London startup, invites people to buy a piece of a wind turbine in exchange for discount energy bills. In the town of Grimsby, a local cooperative invests in small solar projects that reduce bills for charities nearby. In North London, a developer has teamed up with Octopus to sell homes that run entirely on electricity — and whose occupants get free electricity for at least five years.

Britain's 2030 ambition is a test of how quickly a rich country can build a new energy system. It is all the more notable for happening in a country that birthed the Industrial Revolution, ultimately producing the climate crisis that afflicts the world today.

Hitting the target faces many challenges.

There's pressure on the government to enable developers to quickly build things like transmission lines. There's pressure from communities to not spoil the countryside. And there's pressure to overhaul regulations so that communities near the new infrastructure — Scotland for instance, which produces most of the country's offshore wind — can lower electric bills and attract new energy-intensive businesses.

Natural gas still accounts for a third of the electricity mix. Replacing that with renewables in five years is no small feat. One recent analysis concluded that solar and wind projects currently planned would make up less than half of the electricity mix by 2030 without a huge infusion of capital.

### An oil man turns to batteries

Signs of the transition are in plain view. Wind turbines roar like dragons off the Scottish coast. Solar panels line the rooftops of football stadiums. And on an industrial patch of West Yorkshire, where for decades, three enormous power plants burned enormous piles of coal, a former oil worker, Ricky Harker, has been installing giant batteries.

There are 136 batteries in all, each the size of a tractor-trailer and owned by SSE, an energy giant that produces a lot of wind power in the North Sea.

The batteries are designed to harness wind and solar power and store it until its needed in the grid. "It's part of the jigsaw," said Mr. Harker, the project's manager. "Something we can't do without."

Mr. Harker embodies the transition. His grandfather was a coal miner. His father worked in a coal-burning steel plant. Mr. Harker, too, apprenticed there and then worked at an oil refinery, before an explosion killed five co-workers and literally drove him out.

"I've never run so fast in my life," he said. "The next day I spoke to the police, grabbed my bags and left oil and gas."

While the government's emphasis is on accelerating renewables, it has no plans to leave behind oil and gas anytime soon. British homes are mainly heated with gas, and for the foreseeable future, gas will remain in the electricity mix as a reserve. The government has said it would allow already approved North Sea oil and gas projects to proceed, but not issue new permits.

In September, Britain closed its last coal-burning power plant. Its new Labour Party-led government has lifted restrictions on onshore wind projects, created a new entity called Great British Energy to invest 2 billion pounds in renewables and cleared the way for several stalled projects including a 2,000-acre solar farm, Mallard Pass, which local communities complained would destroy farmland.

"If you want to get control over your energy security, and if you want energy independence, the way to do it is with clean energy," Ed Miliband, the energy secretary, said in an interview.

Clean energy isn't always popular. There is opposition to a proposed wind farm near the Bradleys' town, too. Campaigners say it would disturb vast swaths of peatland, which has tremendous value because peat essentially locks away planet-warming carbon dioxide. "It would almost counteract its own benefit," Laura Bradley said.

### The new energy curator

To persuade people of the benefits, Chris Stark, the government's adviser for the 2030 climate target, has been studying magazine advertisements from the 1960s. That was the last time Britain built a new energy system, laying down transmission lines across meadows and moors that the country relies on still.

The old ads are "really clear about why we're doing it, why it's good for the country, why it's good for your kids, and that it's not go-



Laura Bradley with her son, Edison, at their home in Halifax, England, which is increasingly powered by wind.



PHOTOGRAPHS BY ANDREW TESTA FOR THE NEW YORK TIMES

### 'That was a definite draw, the free electricity.'
Fraser Jackson at his home outside London.

ing to be a huge imposition on you," he said. "It's the sort of thing that we'll need to do again."

This month the government plans to outline what will need to be built where. Mr. Stark says that projects already planned are sufficient to meet the 2030 target.

But it will require more than building new things. It will require "a more flexible, smarter energy system," Mr. Stark said.

### The 'zero bills' inventor

A big part of that is tweaking the electricity system from the inside, which is what Greg Jackson of Octopus does, using software to profit from the peaks and troughs of power.

Mr. Jackson's latest invention is the "zero bills" home. Residents pay nothing for light and heat for five years. And yet, Octopus still makes money.

How? The houses usually generate more electricity than they use, storing surplus in batteries. Octopus can sell that energy to the grid when demand and prices are high. (The free electricity doesn't apply to car-charging, which takes a lot of power.)

Fraser Jackson, 71, a zero-bills homeowner in the London suburb of Walthamstow, said he didn't have a clue how it all added up, except that the math worked for him.

On his roof sit solar panels that generate most of his power. On the patio sits an electric heat pump. In his utility closet sits a battery and a computer that shows him, if he cares to know, whether he's drawing power from the grid. It helps that the house is built with thick walls and triple-paned windows.

"That was a definite draw, the free electricity," he said.

There are only a few dozen zero-bills homes so far. Octopus aims to have 100,000 by 2030 by partnering with builders. Buyers get 10 years of free electricity.

"You've now got a highly variable system of electricity — wind, solar — replacing the old world," said Mr. Jackson, the Octopus executive. "But we don't have a pricing system to reflect this."

He is lobbying to change that. Step one, he says: Let sellers like Octopus offer lower prices to people living near new energy sources.

### Persuading Grimsby

Climate change is a hard sell in a place like Grimsby, a former fishing town where jobs are tough to come by, aside from the offshore oil and gas industry.

Which is why Vicky Dunn, an environmentalist, skipped the climate pitch and asked two local secondhand shops, a youth shelter and a hospice if they would like to bring down their electricity bills by putting solar panels on their rooftops.

They did.

Several neighbors were keen to help. They lent Ms. Dunn's group bits of money to invest in the panels. The nonprofits saved on their energy bills, and the investors (many had put in as little as 100 pounds) earned 5 percent interest.

The intangible benefit, Ms. Dunn said, was winning over the community about the low cost of solar. "The energy transition is needed. But you have to take people with you," she said.

The Grimsby cooperative is tiny. Altogether, its panels are able to produce less than 1 megawatt of electricity.

But it is one of dozens investing in renewable projects. One in Wales runs a small hydropower project providing cheap power to homes. Another in Bristol has put solar panels on the rooftops of local businesses, including a bowling alley.

Cooperatives like these currently own nearly 400 megawatts of renewable electricity capacity, enough to power 228,000 homes, according to a national nonprofit that tracks it. They are likely to grow in the coming years, with a cash infusion expected from Great British Energy, the new entity designed to accelerate renewables.

From Ms. Dunn's vantage point, the strength of these local projects is to show what's possible. "It gives people something practical to do with the threat of climate change, instead of worrying," she said. "Or moaning."

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: EXP OLDCO WINDDOWN, INC., et al.,[1] Debtors.
Chapter 11
Case No. 24-10831 (KBO)
(Jointly Administered)

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE JOINT CHAPTER 11 PLAN FILED BY THE DEBTORS, THE DISCLOSURE STATEMENT AND RELATED VOTING AND OBJECTION DEADLINES

PLEASE TAKE NOTICE THAT on November 6, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 969] (the "Disclosure Statement Order"): (a) approving the Disclosure Statement Relating to the Joint Chapter 11 Plan of Express, OldCo Winddown, Inc. and Its Debtor Affiliates (Docket No. 955) [as may be amended, supplemented, or otherwise modified from time to time, the "Disclosure Statement"]; (b) establishing the Voting Record Date, Voting Deadline, and other related dates in connection with confirmation of the Joint Chapter 11 Plan of Express, OldCo Winddown, Inc. and Its Debtor Affiliates (Docket No. 953) (as may be amended, supplemented, or otherwise modified from time to time, the "Plan"); (c) approving procedures for soliciting, receiving, and tabulating votes on the Plan; and (d) approving the manner and forms of notice and other related documents as they relate to the Debtors.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on December 17, 2024, at 10:30 a.m., prevailing Eastern Time, before the Honorable Karen B. Owens, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Fifth Floor, Courtroom #3, Wilmington, Delaware 19801.

PLEASE BE ADVISED: THE CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE BANKRUPTCY COURT OR THE DEBTORS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE BANKRUPTCY COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

CRITICAL INFORMATION REGARDING VOTING ON THE PLAN
Voting Record Date. The voting record date is July 31, 2024 (the "Voting Record Date"), which is the date for determining which certain holders of Claims are entitled to vote on the Plan.
Voting Deadline. The deadline for voting on the Plan is December 11, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you must: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is actually received by the Debtors' claims, noticing and solicitation agent, Stretto, Inc., (the "Solicitation Agent") on or before the Voting Deadline. A failure to follow such instructions may disqualify your vote.

CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN
Objection Deadline. The deadline for filing objections to the Plan is December 11, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Confirmation Objection Deadline"). Any objection to the relief sought at the Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve each objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the notice parties in the Confirmation Hearing Notice on or before December 11, 2024 at 4:00 p.m. (prevailing Eastern Time): (i) Co-Counsel to the Debtors: KIRKLAND & ELLIS LLP, Attn: Joshua A. Sussberg, P.C., Attn: Emily E. Geier, P.C., Attn: Nicholas M. Adzima, 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: joshua.sussberg@kirkland.com, emily.geier@kirkland.com, nicholas.adzima@kirkland.com -and- KIRKLAND & ELLIS LLP, Attn: Charles B. Sterrett, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, Email: charles.sterrett@kirkland.com; Co-Counsel for the Debtors and Debtors in Possession KLEHR HARRISON HARVEY BRANZBURG LLP, Attn: Domenic E. Pacitti (DE Bar No. 3989), Attn: Michael W. Yurkewicz (DE Bar No. 4165), Attn: Alyssa M. Radovanovich (DE Bar No. 7101), 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Telephone: (302) 426-1189, Facsimile: (302) 426-9193, Email: dpacitti@klehr.com, myurkewicz@klehr.com, aradovanovich@klehr.com; (ii) U.S. Trustee: THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, Attn: John Schanne, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, John.Schanne@usdoj.gov; and (iii) Counsel to the Committee: KRAMER LEVIN NAFTALIS & FRANKEL LLP, Attn: Adam Rogoff, Attn: Robert Schmidt, Attn: Nathaniel Allard, 1177 Avenue of the Americas, New York, New York 10036, arogoff@kramerlevin.com, rschmidt@kramerlevin.com, nallard@kramerlevin.com -and- SAUL EWING LLP, Attn: Luke Murley, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, luke.murley@saul.com.

Opt-In Deadline. If you are a Holder of a Class 3 General Unsecured Claim and wish to Opt-In to the Third-Party Release granted under the Plan, you must check the appropriate box in Item 3 of the Ballot, indicating your election by December 11, 2024, at 4:00 p.m., Prevailing Eastern Time (the "Voting Deadline"). If you are a Holder of a Claim that is deemed to reject or deemed to accept the Plan, and wish to Opt-In to the Third-Party Release granted under the Plan, you must affirmatively Opt-In by returning the appropriate Opt-In Form no later than the Voting Deadline, in accordance with the directions therein.

ARTICLE X OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE X.D. CONTAINS A THIRD-PARTY RELEASE.

THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ANYTHING STATED HEREIN, YOU MAY WISH TO CONTACT A LAWYER. IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION REGARDING THE PLAN OR ANYTHING STATED HEREIN, CONTACT THE SOLICITATION AGENT. PLEASE BE ADVISED THAT THE SOLICITATION AGENT CANNOT PROVIDE LEGAL ADVICE.

ADDITIONAL INFORMATION
Obtaining Solicitation Materials. The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received the materials in electronic format), please feel free to contact the Debtors' Solicitation Agent, by: (a) visiting the Debtors' restructuring website at: https://cases.stretto.com/express/; (b) writing to the Solicitation Agent at Express, Inc., et al., c/o Stretto, 410 Exchange, Suite 100 Irvine, CA 92602; (c) calling the Solicitation Agent at (855) 337-3537 (toll free) or (949) 617-1363 (international); or (d) email ExpressBallotInquiries@stretto.com (with "In re Express, LLC, Solicitation Inquiry" in the subject line). You may also obtain copies of any pleadings filed with the Bankruptcy Court for free by visiting the Debtors' restructuring website, https://cases.stretto.com/express/, or the Bankruptcy Court's website at https://www.deb.uscourts.gov in accordance with the procedures and fees set forth therein. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan.

Filing the Plan Supplement. The Debtors will file the Plan Supplement (as defined in the Plan) no later than December 4, 2024 and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

BINDING NATURE OF THE PLAN
IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.

Dated: November 6, 2024, Wilmington, Delaware, /s/ Domenic E. Pacitti KLEHR HARRISON HARVEY BRANZBURG LLP, Domenic E. Pacitti (DE Bar No. 3989), Michael W. Yurkewicz (DE Bar No. 4165), Alyssa M. Radovanovich (DE Bar No. 7101), 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Telephone: (302) 426-1189, Facsimile: (302) 426-9193, Email: dpacitti@klehr.com, myurkewicz@klehr.com, aradovanovich@klehr.com -and- Morton R. Branzburg (admitted pro hac vice), 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Telephone: (215) 569-3007, Facsimile: (215) 568-6603, Email: mbranzburg@klehr.com; Co-Counsel for the Debtors and Debtors in Possession -and- KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Joshua A. Sussberg, P.C. (admitted pro hac vice), Emily E. Geier, P.C. (admitted pro hac vice), Nicholas M. Adzima (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: joshua.sussberg@kirkland.com, emily.geier@kirkland.com, nicholas.adzima@kirkland.com -and- Charles B. Sterrett (admitted pro hac vice), 333 West Wolf Point Plaza, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, Email: charles.sterrett@kirkland.com; Co-Counsel for the Debtors and Debtors in Possession

The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo, LLC (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Topic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Capitalized terms used but not defined herein have the meaning given to such terms in the Plan, Disclosure Statement, or Disclosure Statement Order, as applicable.

The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights. If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.