IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>Jointly Administered<br>**Re: Docket No. 918** |

**CERTIFICATION OF NO OBJECTION TO FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

The undersigned co-counsel to the Official Committee of Unsecured Creditors of Express, Inc., *et al.* hereby certifies that:

1. On October 23, 2024, the *Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP* ("**Kramer Levin**"), *Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024* (the "**Application**") and the *Notice of Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP* [Docket No. 918] were filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on November 13, 2024 (the "**Objection Deadline**").

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

53370246.1 11/14/2024

3.  The Objection Deadline has passed, and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.  Pursuant to the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals; and (II) Granting Related Relief* [D.I. 223], Kramer Levin may be paid 80% of the fees ($206,848.80, which is 80% of the $258,561.00 in total fees requested) and 100% of the expenses ($542.10) requested.

Dated: November 14, 2024

/s/ Lucian B. Murley  
Lucian B. Murley (DE Bar No. 4892)  
**SAUL EWING LLP**  
1201 North Market Street, Suite 2300  
P.O. Box 1266  
Wilmington, DE 19899  
Telephone: (302) 421-6898  
luke.murley@saul.com

-and-

Adam C. Rogoff (admitted *pro hac vice*)  
Robert T. Schmidt admitted (*pro hac vice*)  
Nathaniel Allard (admitted *pro hac vice*)  
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**  
1177 Avenue of the Americas  
New York, NY 10036  
Telephone: (212) 715-9100  
Facsimile: (212) 715-8000  
arogoff@kramerlevin.com  
rschmidt@kramerlevin.com  
nallard@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors*