**EXHIBIT A**

**Summary of Billing by Timekeeper**

**EXHIBIT A**

**SUMMARY OF BILLING BY TIMEKEEPER**

**OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| David E. Blabey | 2005 | Partner Creditors' Rights (Since 2022) | $1,460 | 13.20 | $19,272.00 |
| Natan Hamerman | 2002 | Partner Creditors' Rights (Since 2023) | $1,485 | 91.30 | 135,580.50 |
| Barry Herzog | 1992 | Partner Tax (Since 2002) | $1,760 | 2.90 | 5,104.00 |
| Adam C. Rogoff | 1989 | Partner Creditors' Rights (Since 2009) | $1,855 | 76.70 | 142,278.50 |
| Elan Daniels | 2005 | Counsel Creditors' Rights (Since 2023) | $1,405 | 77.90 | $109,449.50 |
| Robert T. Schmidt | 1990 | Counsel Creditors' Rights (Since 2021) | $1,730 | 40.60 | 70,238.00 |
| Nathaniel Allard | 2013 | Associate Creditors' Rights (Since 2012) | $1,380 | 213.20 | $294,216.00 |
| Mariya Khvatskaya | 2016 | Associate Tax (Since 2016) | $1,380 | 4.00 | 5,520.00 |
| Evan Raskin | 2024 | Associate Creditors' Rights (Since 2023) | $780 | 63.90 | 57,829.50 |
| Megan Wasson | 2017 | Associate Creditors' Rights (Since 2016) | $1,370 | 7.60 | 10,412.00 |
| Marlie Golden | N/A | Paralegal Creditors' Rights (Since 2024) | $555 | 0.70 | $388.50 |
| Wendy Kane | N/A | Paralegal Creditors' Rights (Since 2018) | $565 | 12.20 | 6,893.00 |
| **TOTAL FEES** | | | | **604.20** | **$857,181.50** |

**Blended Rate:  $1,418.70**

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024).