# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary

## For the Period from October 1, 2024 through October 31, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $777.85 |
| Legal Research | Westlaw | $4,482.12 |
| **Total** | | **$5,259.97** |



| | | |
|---|---|---|
| Express, Inc. - Official Committee of Un | Invoice Number | 4384049 |
| N/A - Committee N/A - Committee | Invoice Date | 11/07/24 |
| One Express Drive | Client Number | 391459 |
| Columbus, OH 43230 | Matter Number | 00001 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 10/18/24 | Westlaw Research - Maxwell Hanamirian | 298.08 |
| 10/18/24 | Westlaw Research - Nicholas Smargiassi | 276.00 |
| 10/18/24 | Westlaw Research - Nicholas Smargiassi | 33.00 |
| 10/18/24 | Westlaw Research - Maxwell Hanamirian | 745.20 |
| 10/18/24 | Westlaw Research - Maxwell Hanamirian | 894.24 |
| 10/18/24 | Westlaw Research - Maxwell Hanamirian | 1,341.36 |
| 10/18/24 | Westlaw Research - Maxwell Hanamirian | 447.12 |
| 10/18/24 | Westlaw Research - Maxwell Hanamirian | 149.04 |
| 11/01/24 | Westlaw Research - Maxwell Hanamirian | 298.08 |
| | Total Westlaw Legal Research | 4,482.12 |

| | |
|---|---:|
| Epiq Relativity eDiscovery Costs | 777.85 |
| CURRENT EXPENSES | 5,259.97 |
| TOTAL AMOUNT OF THIS INVOICE | 5,259.97 |

53346407.1 11/11/2024