## **EXHIBIT B**

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Paul Huygens, Principal | $1,420 | 13.5 | $19,170.00 |
| Michael Robinson, Managing Director | $940 | 41.7 | $39,198.00 |
| Bill McMahon, Director | $760 | 2.1 | $1,596.00 |
| Kirsten Lee, Senior Associate | $580 | 11.9 | $6,902.00 |
| Kennet Mendez, Associate | $490 | 133.4 | $65,366.00 |
| Andy Zhang, Analyst | $440 | 216.5 | $95,260.00 |
| **Grand Total** |  | **419.1** | **$227,492.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 193.9 | $97,863.00 |
| Claims Analysis and Objections | 8.4 | $4,116.00 |
| Committee Activities | 41.4 | $36,519.00 |
| Court Filings | 0.9 | $1,278.00 |
| Fee/Employment Applications | 2.1 | $1,029.00 |
| Insurance | 22.2 | $11,445.00 |
| Investigation | 111.7 | $51,383.00 |
| Litigation | 1.9 | $1,861.00 |
| Plan and Disclosure Statement | 36.6 | $21,998.00 |
| **Grand Total** | **419.1** | **$227,492.00** |

## EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/2024 | Kennet Mendez | Outlined and assisted in developing the SLR company overview. | Business Analysis / Operations | 1.6 | 490 | $784.00 |
| 10/1/2024 | Andy Zhang | Reviewed and analyzed the investigation outline provided by counsel in preparation for the current and future workstream (2/2). | Investigation | 0.5 | 440 | $220.00 |
| 10/1/2024 | Kennet Mendez | Researched several loan transactions performed by SLR Credit Solutions since 2019. | Business Analysis / Operations | 1.9 | 490 | $931.00 |
| 10/1/2024 | Kennet Mendez | Reconfigured the incremental availability evolution based on updated October BBC. | Business Analysis / Operations | 1.4 | 490 | $686.00 |
| 10/1/2024 | Kirsten Lee | Call with counsel to discuss case updates. | Business Analysis / Operations | 0.5 | 580 | $290.00 |
| 10/1/2024 | Andy Zhang | Built and updated the Budget Overview Slides (2/2). | Business Analysis / Operations | 0.3 | 440 | $132.00 |
| 10/1/2024 | Andy Zhang | Reviewed and analyzed the latest estate budget from the Debtors, conducted variance analysis in preparation for the UCC slides (1/2). | Business Analysis / Operations | 1.7 | 440 | $748.00 |
| 10/1/2024 | Andy Zhang | Reviewed and analyzed Debtors' productions, spread the latest financials in preparation for the UCC slides (2/2). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/1/2024 | Kennet Mendez | Reviewed and analyzed the October 2023 BBC. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/1/2024 | Michael Robinson | Worked through committee materials. | Committee Activities | 2.7 | 940 | $2,538.00 |
| 10/1/2024 | Andy Zhang | Built and updated the Budget Overview Slides (1/2). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/1/2024 | Kennet Mendez | Outlined and assisted in developing the net proceeds FILO bridge. | Business Analysis / Operations | 0.7 | 490 | $343.00 |
| 10/1/2024 | Andy Zhang | Reviewed and analyzed the investigation outline provided by the counsel in preparation for the current and future workstream (1/2). | Investigation | 1.2 | 440 | $528.00 |
| 10/1/2024 | Kennet Mendez | Outlined and assisted in developing the Christopher & Banks case relevant case study. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/1/2024 | Michael Robinson | Continued working through committee materials. | Committee Activities | 2.9 | 940 | $2,726.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/2024 | Andy Zhang | Reviewed and analyzed the latest estate budget from the Debtors, conducted variance analysis in preparation for the UCC slides (2/2). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/1/2024 | Michael Robinson | Participated in the weekly professionals call. | Committee Activities | 1.2 | 940 | $1,128.00 |
| 10/2/2024 | Andy Zhang | Updated the financials, built and updated exhibits for the comprehensive budget overview slides (1/3). | Business Analysis / Operations | 1.3 | 440 | $572.00 |
| 10/2/2024 | Kennet Mendez | Summarized the key takeaways and changes of the revised estate budget produced by M3 partners. | Business Analysis / Operations | 1.3 | 490 | $637.00 |
| 10/2/2024 | Andy Zhang | Built and updated the Comprehensive Budget Overview slides (3/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/2/2024 | Andy Zhang | Updated the financials, built and updated exhibits for the comprehensive budget overview slides (3/3). | Business Analysis / Operations | 0.3 | 440 | $132.00 |
| 10/2/2024 | Kennet Mendez | Reviewed and analyzed the potential recovery opportunities provided by M3 partners. | Business Analysis / Operations | 1.2 | 490 | $588.00 |
| 10/2/2024 | Andy Zhang | Built and updated the Comprehensive Budget Overview slides (2/3). | Business Analysis / Operations | 0.5 | 440 | $220.00 |
| 10/2/2024 | Kirsten Lee | Call with M3 team to discuss updated budget. | Business Analysis / Operations | 0.5 | 580 | $290.00 |
| 10/2/2024 | Andy Zhang | Reviewed and analyzed various files provided by the Debtors and counsel, including the investment outline re: active workstream (2/2). | Business Analysis / Operations | 1.1 | 440 | $484.00 |
| 10/2/2024 | Kennet Mendez | Reviewed and analyzed the BBCs published from July 2023 - September 2023. | Business Analysis / Operations | 2.1 | 490 | $1,029.00 |
| 10/2/2024 | Kennet Mendez | Reviewed the updated case timing assumptions incorporated in the revised estate budget. | Business Analysis / Operations | 1.0 | 490 | $490.00 |
| 10/2/2024 | Andy Zhang | Reviewed and analyzed various files provided by the Debtors and counsel, including the investment outline re: active workstream (1/2). | Business Analysis / Operations | 0.9 | 440 | $396.00 |
| 10/2/2024 | Andy Zhang | Updated the financials, built and updated exhibits for the Comprehensive budget overview slides (2/3). | Business Analysis / Operations | 1.1 | 440 | $484.00 |
| 10/2/2024 | Michael Robinson | Worked through committee materials. | Committee Activities | 2.6 | 940 | $2,444.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/2/2024 | Kennet Mendez | Analyzed the latest professional fee budget covering the nine-week extension of the case. | Business Analysis / Operations | 1.4 | 490 | $686.00 |
| 10/2/2024 | Andy Zhang | Built and updated the Comprehensive Budget Overview slides (1/3). | Business Analysis / Operations | 2.2 | 440 | $968.00 |
| 10/3/2024 | Andy Zhang | Reviewed and analyzed various files including Debtors' production and the dockets re: investigation & future workstream (2/2). | Investigation | 1.6 | 440 | $704.00 |
| 10/3/2024 | Kennet Mendez | Finalized draft of the investigative presentation for internal distribution. | Investigation | 0.6 | 490 | $294.00 |
| 10/3/2024 | Michael Robinson | Participated in the update call with M3. | Business Analysis / Operations | 0.5 | 940 | $470.00 |
| 10/3/2024 | Kirsten Lee | Participated in the update call with M3. | Business Analysis / Operations | 0.5 | 580 | $290.00 |
| 10/3/2024 | Andy Zhang | Reviewed and analyzed various files including Debtors' production and the dockets re: investigation & future workstream (1/2). | Investigation | 1.8 | 440 | $792.00 |
| 10/3/2024 | Michael Robinson | Worked through committee materials. | Committee Activities | 1.6 | 940 | $1,504.00 |
| 10/3/2024 | Kennet Mendez | Incorporated additional comments received internally to the investigative presentation. | Investigation | 1.4 | 490 | $686.00 |
| 10/3/2024 | Kennet Mendez | Distributed latest draft of the investigative presentation with a detail summary that includes the several edits/additions from the previous version. | Investigation | 0.9 | 490 | $441.00 |
| 10/3/2024 | Andy Zhang | Built and updated the comprehensive budget overview slides (1/3). | Business Analysis / Operations | 2.6 | 440 | $1,144.00 |
| 10/3/2024 | Andy Zhang | Built and updated the comprehensive budget overview slides (3/3). | Business Analysis / Operations | 0.8 | 440 | $352.00 |
| 10/3/2024 | Andy Zhang | Built and updated the comprehensive budget overview slides (2/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/3/2024 | Andy Zhang | Reviewed and analyzed various files including Debtors' production and the dockets re: investigation & future workstream (1/2). | Investigation | 0.6 | 440 | $264.00 |
| 10/4/2024 | Kirsten Lee | Reviewed and provided comments to investigation presentation. | Investigation | 1.6 | 580 | $928.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/4/2024 | Andy Zhang | Updated and finalized the comprehensive budget overview slides for internal review (2/3). | Business Analysis / Operations | 2.7 | 440 | $1,188.00 |
| 10/4/2024 | Andy Zhang | Reviewed and analyzed various files including the latest development of the Debtors' production and the dockets re: investigation & future workstream. | Investigation | 2.1 | 440 | $924.00 |
| 10/4/2024 | Andy Zhang | Updated and finalized the comprehensive budget overview slides for internal review (3/3). | Business Analysis / Operations | 0.6 | 440 | $264.00 |
| 10/4/2024 | Kennet Mendez | Reformatted the process summary and work progress overviews. | Business Analysis / Operations | 0.7 | 490 | $343.00 |
| 10/4/2024 | Michael Robinson | Analyzed the committee presentation. | Committee Activities | 2.7 | 940 | $2,538.00 |
| 10/4/2024 | Kennet Mendez | Led internal walkthrough presentation of preliminary discovery findings. | Business Analysis / Operations | 1.1 | 490 | $539.00 |
| 10/4/2024 | Andy Zhang | Reviewed and updated the most recent investigation deck to address comments (1/2). | Investigation | 1.3 | 440 | $572.00 |
| 10/4/2024 | Paul Huygens | Correspondence amongst UCC professionals re: debtor request for cross motion deadline extension. | Business Analysis / Operations | 0.3 | 1,420.00 | $426.00 |
| 10/4/2024 | Andy Zhang | Meeting with the Province Team re: Investigation Deck Review. | Investigation | 1.2 | 440 | $528.00 |
| 10/4/2024 | Andy Zhang | Updated and finalized the comprehensive budget overview slides for internal review (1/3). | Business Analysis / Operations | 1.3 | 440 | $572.00 |
| 10/4/2024 | Kennet Mendez | Outlined and assisted in developing the revised estate budget post-effective cash bridge. | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/4/2024 | Andy Zhang | Reviewed and updated the most recent investigation deck to address comments (2/2). | Investigation | 1.7 | 440 | $748.00 |
| 10/4/2024 | Kennet Mendez | Outlined and assisted in developing the revised estate budget pre-effective cash bridge. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/4/2024 | Kennet Mendez | Outlined and assisted in developing the weekly budget build up for the revised estate budget. | Business Analysis / Operations | 0.9 | 490 | $441.00 |
| 10/4/2024 | Kennet Mendez | Outlined the revised interest rate expense buildup benchmark. | Business Analysis / Operations | 1.1 | 490 | $539.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/4/2024 | Kennet Mendez | Incorporated comments from the walkthrough session into the latest draft of the investigation deck. | Investigation | 1.2 | 490 | $588.00 |
| 10/4/2024 | Andy Zhang | Created and formatted the meeting memo for internal distribution. | Business Analysis / Operations | 1.1 | 440 | $484.00 |
| 10/4/2024 | Michael Robinson | Internal call to run through committee materials. | Committee Activities | 1.1 | 940 | $1,034.00 |
| 10/6/2024 | Kennet Mendez | Reviewed latest DS insert excerpt regarding investigative pursuits. | Plan and Disclosure Statement | 1.1 | 490 | $539.00 |
| 10/6/2024 | Kennet Mendez | Revisited Moelis' equity valuation analysis based on the LRP in June 2022 for further critique. | Business Analysis / Operations | 1.3 | 490 | $637.00 |
| 10/6/2024 | Kennet Mendez | Reviewed latest comments provided by counsel regarding the preliminary discovery findings presentation. | Business Analysis / Operations | 1.2 | 490 | $588.00 |
| 10/7/2024 | Kennet Mendez | Assisted in developing the SLR borrowers case study write ups. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/7/2024 | Andy Zhang | Built and updated the investigation deck (2/3). | Investigation | 1.8 | 440 | $792.00 |
| 10/7/2024 | Kennet Mendez | Developed comprehensive pros/cons overview of choosing SLR credit solutions over ReStore Capital for the FILO loan. | Business Analysis / Operations | 1.3 | 490 | $637.00 |
| 10/7/2024 | Andy Zhang | Built and updated the investigation deck (3/3). | Investigation | 0.5 | 440 | $220.00 |
| 10/7/2024 | Andy Zhang | Built and updated the investigation deck (1/3). | Investigation | 2.6 | 440 | $1,144.00 |
| 10/7/2024 | Andy Zhang | Researched and analyzed SLR Credit Solutions including historical investments and investment strategy and preference re: Investigation (1/3). | Investigation | 1.9 | 440 | $836.00 |
| 10/7/2024 | Andy Zhang | Researched and analyzed SLR Credit Solutions including historical investments and investment strategy and preference re: Investigation (2/2). | Investigation | 1.7 | 440 | $748.00 |
| 10/7/2024 | Kennet Mendez | Enhanced the Bebe case study to further highlight the workforce reorganization and executive departure strategy BlueStar imposed. | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/7/2024 | Andy Zhang | Call with K. Mendez re: active workstream. | Business Analysis / Operations | 0.4 | 440 | $176.00 |
| 10/7/2024 | Michael Robinson | Worked through the committee materials. | Committee Activities | 1.3 | 940 | $1,222.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/7/2024 | Kennet Mendez | Assisted in developing the share price evolution vs. the WHP proposals submissions. | Business Analysis / Operations | 0.3 | 490 | $147.00 |
| 10/7/2024 | Kennet Mendez | Incorporated the implied BlueStar share price premium analysis to the share price evolution. | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/7/2024 | Kennet Mendez | Revised the equity upside outlook summary regarding the execution and liquidity considerations that were overlooked. | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/7/2024 | Andy Zhang | Built case studies for SLR historical investments re: Investigation. | Investigation | 2.3 | 440 | $1,012.00 |
| 10/7/2024 | Kennet Mendez | Developed an illustrative timeline of key misconduct events by the Debtors and their professionals. | Business Analysis / Operations | 1.1 | 490 | $539.00 |
| 10/7/2024 | Kennet Mendez | Redeveloped the Moelis equity upside analysis for the $3.38 implied share price consideration. | Business Analysis / Operations | 1.3 | 490 | $637.00 |
| 10/7/2024 | Kennet Mendez | Drafted summary aspects pertaining to the claims against the Debtors for the post-sale actions. | Claims Analysis and Objections | 0.8 | 490 | $392.00 |
| 10/7/2024 | Kennet Mendez | Enhanced the BlueStar investment overview segment. | Business Analysis / Operations | 0.9 | 490 | $441.00 |
| 10/7/2024 | Kennet Mendez | Revisited the SLR and ReStore proposals to provide a comparison of notable fees due at closing. | Business Analysis / Operations | 0.7 | 490 | $343.00 |
| 10/7/2024 | Kennet Mendez | Reconfigured the BlueStar vs. WHP proposal comparison to emphasize the breach of duty of loyalty concerns. | Business Analysis / Operations | 0.7 | 490 | $343.00 |
| 10/7/2024 | Kennet Mendez | Implemented several edits from counsel to the preliminary discovery findings presentation. | Business Analysis / Operations | 1.2 | 490 | $588.00 |
| 10/7/2024 | Kennet Mendez | Reconstructed the process summary overview of the executive summary. | Business Analysis / Operations | 0.4 | 490 | $196.00 |
| 10/7/2024 | Kennet Mendez | Revamped the summary of explored D&O claims to include additional issues and theories. | Claims Analysis and Objections | 0.7 | 490 | $343.00 |
| 10/7/2024 | Kennet Mendez | Call with A. Zhang re: workstreams. | Business Analysis / Operations | 0.4 | 490 | $196.00 |
| 10/7/2024 | Kirsten Lee | Call with internal Province team to discuss investigation items. | Investigation | 1.0 | 580 | $580.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/8/2024 | Andy Zhang | Built and updated summary table for all relevant files used in the discovery process (1/2). | Business Analysis / Operations | 2.3 | 440 | $1,012.00 |
| 10/8/2024 | Kennet Mendez | Participated in weekly professionals call with Province, Kramer Levin, and Saul Ewing teams. | Committee Activities | 1.1 | 490 | $539.00 |
| 10/8/2024 | Andy Zhang | Reviewed and analyzed the communications with the Debtors' counsel, including motions and objections; monitored the latest development re: investigation (2/3). | Investigation | 1.9 | 440 | $836.00 |
| 10/8/2024 | Andy Zhang | Reviewed and analyzed files related the investigation conducted by the Debtors' Delaware counsel (1/2). | Investigation | 1.3 | 440 | $572.00 |
| 10/8/2024 | Andy Zhang | Reviewed and analyzed files related the investigation conducted by the Debtors' Delaware counsel (2/2). | Investigation | 0.9 | 440 | $396.00 |
| 10/8/2024 | Andy Zhang | Reviewed and analyzed the communications with the Debtors' counsel, including motions and objections; monitored the latest development re: investigation (1/3). | Investigation | 2.1 | 440 | $924.00 |
| 10/8/2024 | Andy Zhang | Reviewed and analyzed the communications with the Debtors' counsel, including motions and objections; monitored the latest development re: investigation (3/3). | Investigation | 1.3 | 440 | $572.00 |
| 10/8/2024 | Paul Huygens | Reviewed draft UCC DS objection. | Plan and Disclosure Statement | 0.5 | 1,420.00 | $710.00 |
| 10/8/2024 | Kennet Mendez | Call with A. Zhang re: workstreams. | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/8/2024 | Andy Zhang | Call with K. Mendez re: Active workstream. | Business Analysis / Operations | 0.6 | 440 | $264.00 |
| 10/8/2024 | Paul Huygens | Reviewed debtor cross motion to UCC objection to extension of exclusivity. | Court Filings | 0.4 | 1,420.00 | $568.00 |
| 10/8/2024 | Andy Zhang | Built and updated summary table for all relevant files used in the discovery process (2/2). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/8/2024 | Michael Robinson | Worked on committee materials. | Committee Activities | 2.7 | 940 | $2,538.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/8/2024 | Paul Huygens | Reviewed 10/1 Klehr letter and 10/8 committee response letter re: investigation. | Business Analysis / Operations | 0.3 | 1,420.00 | $426.00 |
| 10/8/2024 | Paul Huygens | Participated in zoom with UCC professional teams re: investigations, pleadings and strategy. | Committee Activities | 1.1 | 1,420.00 | $1,562.00 |
| 10/9/2024 | Andy Zhang | Reviewed, analyzed and summarized the new files received from the Debtors' re: Investigation (3/3). | Investigation | 1.7 | 440 | $748.00 |
| 10/9/2024 | Andy Zhang | Reviewed the Investigation Deck and worked on new structures in response to the UCC objection in preparation for the Settlement Deck. | Investigation | 2.6 | 440 | $1,144.00 |
| 10/9/2024 | Kennet Mendez | Outlined and prepared the discovery designation table for counsel. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/9/2024 | Kennet Mendez | Reviewed several new discovery productions re: FILO/ReStore loan transaction. | Business Analysis / Operations | 1.8 | 490 | $882.00 |
| 10/9/2024 | Andy Zhang | Reviewed and analyzed UCC objection on Debtors' Disclosure Statement, built internal memos in preparation for the Settlement Deck. | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/9/2024 | Andy Zhang | Reviewed, analyzed and summarized the new files received from the Debtors' re: Investigation (1/3). | Investigation | 2.8 | 440 | $1,232.00 |
| 10/9/2024 | Andy Zhang | Reviewed, analyzed and summarized the new files received from the Debtors' re: Investigation (2/3). | Investigation | 2.4 | 440 | $1,056.00 |
| 10/9/2024 | Kennet Mendez | Downloaded and transferred several new discovery batch production into the Province Dropbox data room. | Business Analysis / Operations | 1.1 | 490 | $539.00 |
| 10/9/2024 | Michael Robinson | Worked through the investigation presentation. | Investigation | 2.8 | 940 | $2,632.00 |
| 10/10/2024 | Andy Zhang | Reviewed and analyzed various files from data room and counsels of the latest development re: Investigation (1/3). | Investigation | 2.3 | 440 | $1,012.00 |
| 10/10/2024 | Kennet Mendez | Reviewed latest comments to the preliminary findings presentation sent by counsel. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/10/2024 | Kennet Mendez | Call with A. Zhang re: workstreams. | Business Analysis / Operations | 0.5 | 490 | $245.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2024 | Andy Zhang | Call with K. Mendez re: Active workstream. | Business Analysis / Operations | 0.5 | 440 | $220.00 |
| 10/10/2024 | Andy Zhang | Reviewed and analyzed various files from data room and counsels of the latest development re: Investigation (2/3). | Investigation | 1.9 | 440 | $836.00 |
| 10/10/2024 | Kennet Mendez | Reviewed and summarized the objection to UCC cross motion order | Business Analysis / Operations | 0.9 | 490 | $441.00 |
| 10/10/2024 | Andy Zhang | Updated the investigation deck, addressed the comments from counsel (2/3). | Investigation | 1.8 | 440 | $792.00 |
| 10/10/2024 | Kennet Mendez | Reviewed and analyzed the committee's latest objection to the disclosure statement. | Plan and Disclosure Statement | 1.2 | 490 | $588.00 |
| 10/10/2024 | Andy Zhang | Reviewed and analyzed various files from data room and counsels of the latest development, created memo for internal distribution (3/3). | Business Analysis / Operations | 1.9 | 440 | $836.00 |
| 10/10/2024 | Andy Zhang | Updated the investigation deck, addressed the comments from counsel (3/3). | Investigation | 1.3 | 440 | $572.00 |
| 10/10/2024 | Andy Zhang | Updated the investigation deck, addressed the comments from counsel (1/3). | Investigation | 2.4 | 440 | $1,056.00 |
| 10/10/2024 | Michael Robinson | Worked through counsel based requests. | Business Analysis / Operations | 1.6 | 940 | $1,504.00 |
| 10/10/2024 | Kennet Mendez | Discussed latest changes and comments to the preliminary findings presentation with A. Zhang. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/11/2024 | Kennet Mendez | Reviewed several new discovery productions re: Insurance NDA. | Business Analysis / Operations | 1.7 | 490 | $833.00 |
| 10/11/2024 | Kennet Mendez | Reviewed and analyzed the D&O insurance overview summary prepared by Saul Ewing. | Business Analysis / Operations | 1.3 | 490 | $637.00 |
| 10/11/2024 | Andy Zhang | Reviewed and analyzed SLR & Restore term sheet related files re: updating the Investigation deck (3/3). | Investigation | 2.1 | 440 | $924.00 |
| 10/11/2024 | Kennet Mendez | Reviewed several new discovery productions re: WHP transaction (JV IP). | Business Analysis / Operations | 1.9 | 490 | $931.00 |
| 10/11/2024 | Andy Zhang | Reviewed and analyzed SLR & Restore term sheet related files re: updating the Investigation deck (2/3). | Investigation | 1.8 | 440 | $792.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2024 | Michael Robinson | Worked on the committee presentation. | Committee Activities | 1.3 | 940 | $1,222.00 |
| 10/11/2024 | Andy Zhang | Reviewed and analyzed historical Express financials, agreements and BoD meetings re: updating the Investigation deck (1/3). | Investigation | 2.3 | 440 | $1,012.00 |
| 10/11/2024 | Kirsten Lee | Reviewed updated investigation analysis and presentation. | Investigation | 1.9 | 580 | $1,102.00 |
| 10/11/2024 | Kennet Mendez | Reviewed several new discovery productions re: Bonobos transaction. | Business Analysis / Operations | 1.8 | 490 | $882.00 |
| 10/11/2024 | Paul Huygens | Reviewed most recent redline drafts of disclosure statement, DS Order and committee objection to DS. | Plan and Disclosure Statement | 1.0 | 1,420.00 | $1,420.00 |
| 10/12/2024 | Andy Zhang | Analyzed, organized and summarized the new files received from the Debtors' re: Investigation (2/2). | Investigation | 1.9 | 440 | $836.00 |
| 10/12/2024 | Andy Zhang | Reviewed Express historical financials in addressing the comments from the counsel re: Investigation deck. | Business Analysis / Operations | 2.2 | 440 | $968.00 |
| 10/12/2024 | Andy Zhang | Analyzed, organized and summarized the new files received from the Debtors' re: Investigation (1/2). | Investigation | 2.9 | 440 | $1,276.00 |
| 10/13/2024 | Kennet Mendez | Call with A. Zhang re: workstreams. | Business Analysis / Operations | 1.0 | 490 | $490.00 |
| 10/13/2024 | Andy Zhang | Call with K. Mendez re: Active workstream. | Business Analysis / Operations | 1.0 | 440 | $440.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed the preliminary summary of D&O claims related to insider compensation developed by Kramer Levin team. | Claims Analysis and Objections | 0.7 | 490 | $343.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed summary analysis prepared by B. McMahon re: D&O Side A coverage. | Insurance | 0.6 | 490 | $294.00 |
| 10/13/2024 | Andy Zhang | Prepared the summary for historical consumer retail leveraged loan market activity since 2010 in preparation for updating the investigation deck (2/3). | Business Analysis / Operations | 1.7 | 440 | $748.00 |

11

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2024 | Andy Zhang | Prepared the summary for historical consumer retail leveraged loan market activity since 2010 in preparation for updating the investigation deck (3/3). | Business Analysis / Operations | 1.6 | 440 | $704.00 |
| 10/13/2024 | Andy Zhang | Updated the investigation deck, addressed the comments. | Investigation | 1.2 | 440 | $528.00 |
| 10/13/2024 | Andy Zhang | Prepared the summary for historical consumer retail leveraged loan market activity since 2010 in preparation for updating the investigation deck (1/3). | Business Analysis / Operations | 2.6 | 440 | $1,144.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed the preliminary summary of potential causes of action summary developed by Kramer Levin team. | Litigation | 0.9 | 490 | $441.00 |
| 10/13/2024 | Kennet Mendez | Prepared summary and corresponded with B. McMahon re: D&O Side A coverage. | Insurance | 0.8 | 490 | $392.00 |
| 10/13/2024 | Andy Zhang | Updated the FILO Term Loan section of the investigation deck. | Investigation | 2.7 | 440 | $1,188.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed the interview witness summary write-up prepared by Saul Ewing team. | Claims Analysis and Objections | 0.6 | 490 | $294.00 |
| 10/13/2024 | Kennet Mendez | Outlined and developed illustrative D&O tower visualization of Side A coverage for counsel. | Insurance | 1.2 | 490 | $588.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed the preliminary summary of D&O claims related to WHP transaction developed by Kramer Levin team. | Claims Analysis and Objections | 1.1 | 490 | $539.00 |
| 10/13/2024 | Bill McMahon | Emails with multiple attachments from K. Mendez and E. Daniels/Kramer Levin Naftalis & Frankel.  RE: Express - D&O Policies. Complete D&O summary of primary up through 15th excess + Side A only limit. | Insurance | 1.2 | 760 | $912.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed the preliminary summary of D&O claims related to abandonment of Blue Star Proposal developed by Kramer Levin team. | Claims Analysis and Objections | 0.8 | 490 | $392.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and thoroughly summarized the latest AIG upper excess D&O Side A coverage policy. | Insurance | 1.4 | 490 | $686.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed the preliminary summary of D&O claims related to FILO borrowing developed by Kramer Levin team. | Claims Analysis and Objections | 0.6 | 490 | $294.00 |
| 10/13/2024 | Kennet Mendez | Reviewed and analyzed the preliminary summary of D&O claims related to Bonobos Transaction developed by Kramer Levin team. | Claims Analysis and Objections | 0.8 | 490 | $392.00 |
| 10/13/2024 | Kennet Mendez | Engaged and corresponded in several e-mail communications with Kramer Levin and Saul Ewing teams regarding preliminary discovery findings presentations for the UCC. | Committee Activities | 0.7 | 490 | $343.00 |
| 10/14/2024 | Kennet Mendez | Reviewed prepetition payments and grant equivalent cash bonuses for Raanan Lefkovitz (Assistant Secretary). | Business Analysis / Operations | 0.3 | 490 | $147.00 |
| 10/14/2024 | Kennet Mendez | Reviewed prepetition payments and grant equivalent cash bonuses for Stewart Glendinning (CEO). | Business Analysis / Operations | 0.4 | 490 | $196.00 |
| 10/14/2024 | Andy Zhang | Created tracker summarizing various file for internal distribution re: Investigation and preparing for the settlement deck (3/4). | Investigation | 1.8 | 440 | $792.00 |
| 10/14/2024 | Kennet Mendez | Reviewed prepetition payments and grant equivalent cash bonuses for Mark Still (CFO). | Business Analysis / Operations | 0.3 | 490 | $147.00 |
| 10/14/2024 | Kennet Mendez | Reviewed prepetition payments and grant equivalent cash bonuses for Matthew Moellering (Former COO). | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/14/2024 | Kennet Mendez | Engaged and corresponded in several e-mail communications with Kramer Levin and Saul Ewing teams regarding preliminary discovery findings presentations for the UCC. | Committee Activities | 1.1 | 490 | $539.00 |
| 10/14/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (1/3). | Investigation | 2.6 | 440 | $1,144.00 |
| 10/14/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (2/3). | Investigation | 1.9 | 440 | $836.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2024 | Kennet Mendez | Reviewed and provided comments to A. Zhang re: prepetition retention payment summary. | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/14/2024 | Michael Robinson | Worked through counsel based requests. | Business Analysis / Operations | 1.8 | 940 | $1,692.00 |
| 10/14/2024 | Kennet Mendez | Outlined detailed SOFA 4 workstream of prepetition retention payment analysis for A. Zhang. | Business Analysis / Operations | 0.7 | 490 | $343.00 |
| 10/14/2024 | Andy Zhang | Created tracker summarizing various file for internal distribution re: Investigation and preparing for the settlement deck (1/4). | Investigation | 1.8 | 440 | $792.00 |
| 10/14/2024 | Andy Zhang | Created tracker summarizing various file for internal distribution re: Investigation and preparing for the settlement deck (2/4). | Investigation | 0.7 | 440 | $308.00 |
| 10/14/2024 | Kennet Mendez | Reviewed prepetition payments and grant equivalent cash bonuses for Laurel Krueger (CLO) | Business Analysis / Operations | 0.2 | 490 | $98.00 |
| 10/14/2024 | Andy Zhang | Corresponded with K. Mendez re: active workstream. | Business Analysis / Operations | 0.1 | 440 | $44.00 |
| 10/14/2024 | Kennet Mendez | Reviewed the latest draft of the preliminary discovery findings presentation developed by Kramer Levin and Saul Ewing. | Committee Activities | 0.7 | 490 | $343.00 |
| 10/14/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (3/3). | Investigation | 1.7 | 440 | $748.00 |
| 10/14/2024 | Andy Zhang | Created tracker summarizing various file for internal distribution re: Investigation and preparing for the settlement deck (4/4). | Investigation | 1.6 | 440 | $704.00 |
| 10/14/2024 | Kennet Mendez | Outlined additional detailed workstream of prepetition retention payments for A. Zhang for SEC 8-K filings and DEF 14A proxy statement sourcing. | Business Analysis / Operations | 1.2 | 490 | $588.00 |
| 10/14/2024 | Kennet Mendez | Assisted in developing the final prepetition retention payment summary for Counsel. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/14/2024 | Kennet Mendez | Reviewed prepetition payments and grant equivalent cash bonuses for Michael Reese (Former CHRO) | Business Analysis / Operations | 0.4 | 490 | $196.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2024 | Andy Zhang | Conducted analysis based on the Debtors' SOFAs re: prepetition retention payments (1/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/15/2024 | Paul Huygens | Reviewed draft preliminary findings of potential causes of action slide deck. | Litigation | 0.8 | 1,420.00 | $1,136.00 |
| 10/15/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (1/2). | Investigation | 1.2 | 440 | $528.00 |
| 10/15/2024 | Kennet Mendez | Prepared detail write-up analysis of Stewart Glendinning's sign-on contract and compensation package for Kramer Levin team. | Business Analysis / Operations | 1.4 | 490 | $686.00 |
| 10/15/2024 | Andy Zhang | Conducted comp analysis on the Debtors historical compensations based on various files including the Debtors' production and SEC filings re: Investigation (3/3). | Investigation | 1.9 | 440 | $836.00 |
| 10/15/2024 | Andy Zhang | Conducted comp analysis on the Debtors historical compensations based on various files including the Debtors' production and SEC filings re: Investigation (2/3). | Investigation | 2.3 | 440 | $1,012.00 |
| 10/15/2024 | Michael Robinson | Internal weekly call with counsel. | Business Analysis / Operations | 1.0 | 940 | $940.00 |
| 10/15/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (2/2). | Investigation | 1.4 | 440 | $616.00 |
| 10/15/2024 | Kennet Mendez | Participated in the weekly professionals call with Province, Kramer Levin, and Saul Ewing team members. | Committee Activities | 1.0 | 490 | $490.00 |
| 10/15/2024 | Kennet Mendez | Participated in full case professionals call to discuss status update and investigation findings. | Committee Activities | 1.2 | 490 | $588.00 |
| 10/15/2024 | Kirsten Lee | Call with UCC professionals to discuss strategy. | Committee Activities | 1.0 | 580 | $580.00 |
| 10/15/2024 | Andy Zhang | Conducted analysis based on the Debtors' SOFAs re: prepetition retention payments (2/3). | Business Analysis / Operations | 1.9 | 440 | $836.00 |
| 10/15/2024 | Andy Zhang | Conducted comp analysis on the Debtors historical compensations based on various files including the Debtors' production and SEC filings re: Investigation (1/3). | Investigation | 1.8 | 440 | $792.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2024 | Kennet Mendez | Reviewed the detailed agenda ahead of the professionals call with Province, Kramer Levin, and Saul Ewing team members. | Business Analysis / Operations | 0.4 | 490 | $196.00 |
| 10/15/2024 | Michael Robinson | All hands call re: settlement. | Business Analysis / Operations | 1.2 | 940 | $1,128.00 |
| 10/15/2024 | Paul Huygens | Reviewed draft agenda (0.1) and participated in full UCC professionals strategy call, DS and objection redlines (1.1). | Committee Activities | 1.2 | 1,420.00 | $1,704.00 |
| 10/15/2024 | Andy Zhang | Conducted analysis based on the Debtors' SOFAs re: prepetition retention payments (3/3). | Business Analysis / Operations | 0.9 | 440 | $396.00 |
| 10/16/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (2/3). | Investigation | 1.8 | 440 | $792.00 |
| 10/16/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (1/3). | Investigation | 2.1 | 440 | $924.00 |
| 10/16/2024 | Michael Robinson | Participated in the committee call. | Committee Activities | 1.2 | 940 | $1,128.00 |
| 10/16/2024 | Kennet Mendez | Prepared internal summary of D&O claims and path forward for Province team members ahead of the UCC discussion. | Claims Analysis and Objections | 1.4 | 490 | $686.00 |
| 10/16/2024 | Kirsten Lee | Attended part of call with Committee. | Committee Activities | 0.5 | 580 | $290.00 |
| 10/16/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (3/3). | Investigation | 0.6 | 440 | $264.00 |
| 10/16/2024 | Kennet Mendez | Participated in weekly UCC discussion. | Business Analysis / Operations | 1.1 | 490 | $539.00 |
| 10/17/2024 | Andy Zhang | Prepared and updated the tracker summarizing various file for internal distribution re: Investigation (3/3). | Investigation | 1.6 | 440 | $704.00 |
| 10/17/2024 | Kennet Mendez | Reviewed and opined on the comprehensive write up from Kramer Levin re: update on investigation findings following discussions with Bill Transier (Debtors' independent director). | Business Analysis / Operations | 1.1 | 490 | $539.00 |
| 10/17/2024 | Michael Robinson | Analyzed the presentation draft. | Business Analysis / Operations | 1.7 | 940 | $1,598.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/17/2024 | Andy Zhang | Prepared and updated the tracker summarizing various file for internal distribution re: Investigation (2/3). | Investigation | 0.7 | 440 | $308.00 |
| 10/17/2024 | Andy Zhang | Prepared and updated the tracker summarizing various file for internal distribution re: Investigation (1/3). | Investigation | 2.1 | 440 | $924.00 |
| 10/17/2024 | Kennet Mendez | Reviewed and summarized the latest notice of amended OCP lists. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/17/2024 | Kennet Mendez | Implemented several changes to the D&O tower coverage overview as requested by counsel. | Insurance | 1.3 | 490 | $637.00 |
| 10/17/2024 | Kennet Mendez | Reviewed and summarized the latest Chubb settlement (business travel accident policy) from K&E. | Claims Analysis and Objections | 0.9 | 490 | $441.00 |
| 10/17/2024 | Paul Huygens | Corresponded with committee re: plan negotiation update. | Committee Activities | 0.2 | 1,420.00 | $284.00 |
| 10/18/2024 | Andy Zhang | Monitored, reviewed and analyzed various files shared through the communication among counsel, the debtors and the committee re: investigation and other active workstreams (2/2). | Investigation | 1.3 | 440 | $572.00 |
| 10/18/2024 | Kennet Mendez | Reviewed and provided comments on the summary of the revised DS schedules. | Plan and Disclosure Statement | 1.2 | 490 | $588.00 |
| 10/18/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (2/2). | Investigation | 1.6 | 440 | $704.00 |
| 10/18/2024 | Andy Zhang | Reviewed and analyzed the most recent disclosure statement from the Debtors and its redline document compared to the previous version in preparation for the future workstream (2/2). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/18/2024 | Paul Huygens | Reviewed and corresponded with team re: revised draft plan and DS. | Plan and Disclosure Statement | 1.0 | 1,420.00 | $1,420.00 |
| 10/18/2024 | Andy Zhang | Monitored, reviewed and analyzed various files shared through the communication among counsel, the debtors and the committee re: investigation and other active workstream (1/2). | Investigation | 1.9 | 440 | $836.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/2024 | Andy Zhang | Reviewed and analyzed the new files received during the phase 2 discoveries re: Investigation (1/2). | Investigation | 1.5 | 440 | $660.00 |
| 10/18/2024 | Kennet Mendez | Reviewed and provided comments on the summary of the revised Chapter 11 plan. | Plan and Disclosure Statement | 1.3 | 490 | $637.00 |
| 10/18/2024 | Kennet Mendez | Reviewed and engaged in several e-mail correspondences with UCC professionals and committee members re: D&O classification. | Committee Activities | 0.8 | 490 | $392.00 |
| 10/18/2024 | Andy Zhang | Reviewed and analyzed the most recent disclosure statement from the Debtors and its redline document compared to the previous version in preparation for the future workstream (1/2). | Business Analysis / Operations | 2.3 | 440 | $1,012.00 |
| 10/18/2024 | Kennet Mendez | Assisted in finalizing the final summary versions of the revised Chapter 11 plan and associated DS schedules for internal distribution amongst Province team members. | Plan and Disclosure Statement | 1.4 | 490 | $686.00 |
| 10/18/2024 | Kennet Mendez | Outlined summary workstreams for latest redline of the Chapter 11 plan for A. Zhang. | Plan and Disclosure Statement | 0.6 | 490 | $294.00 |
| 10/18/2024 | Kennet Mendez | Outlined summary workstreams for latest redline of the DS schedules for A. Zhang. | Plan and Disclosure Statement | 0.4 | 490 | $196.00 |
| 10/19/2024 | Kennet Mendez | Reviewed and analyzed several discovery productions re: excess layer of Side A D&O coverage. | Insurance | 1.8 | 490 | $882.00 |
| 10/19/2024 | Andy Zhang | Reviewed and analyzed the most recent disclosure statement from the Debtors and its redline document compared to the previous version in preparation for the future workstream (2/3). | Plan and Disclosure Statement | 2.2 | 440 | $968.00 |
| 10/19/2024 | Andy Zhang | Reviewed and analyzed the most recent disclosure statement from the Debtors and its redline document compared to the previous version in preparation for the future workstream (1/3). | Plan and Disclosure Statement | 1.6 | 440 | $704.00 |
| 10/19/2024 | Andy Zhang | Created memo summarizing the languages and terms changed in the disclosure statement for internal distribution (1/2). | Plan and Disclosure Statement | 1.8 | 440 | $792.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|------------|--------|----------|------|-------|--------------|--------|
| 10/19/2024 | Andy Zhang | Created memo summarizing the languages and terms changed in the disclosure statement for internal distribution (2/2). | Plan and Disclosure Statement | 1.7 | 440 | $748.00 |
| 10/19/2024 | Andy Zhang | Reviewed and analyzed the most recent disclosure statement from the Debtors and its redline document compared to the previous version in preparation for the future workstream (3/3). | Plan and Disclosure Statement | 1.7 | 440 | $748.00 |
| 10/19/2024 | Kennet Mendez | Reviewed and analyzed several discovery productions re: Side C D&O coverage. | Insurance | 1.4 | 490 | $686.00 |
| 10/19/2024 | Kennet Mendez | Reviewed and analyzed several discovery productions re: Side B D&O coverage. | Insurance | 1.9 | 490 | $931.00 |
| 10/19/2024 | Kennet Mendez | Reviewed and analyzed several discovery productions re: upper excess layer of Side A D&O coverage. | Insurance | 1.7 | 490 | $833.00 |
| 10/19/2024 | Kennet Mendez | Reviewed and analyzed several discovery productions re: primary layer of Side A D&O coverage. | Insurance | 2.1 | 490 | $1,029.00 |
| 10/21/2024 | Kennet Mendez | Provided updated summary of D&O coverage analysis to B. McMahon for revision and further input. | Insurance | 0.8 | 490 | $392.00 |
| 10/21/2024 | Kennet Mendez | Assisted in finalizing the overview and analysis of proposed settlement considerations for the committee alongside Kramer Levin and Saul Ewing team members. | Business Analysis / Operations | 1.3 | 490 | $637.00 |
| 10/21/2024 | Paul Huygens | Reviewed updated DS and diligence question responses. | Plan and Disclosure Statement | 0.7 | 1,420.00 | $994.00 |
| 10/21/2024 | Kennet Mendez | Reviewed the latest monthly fee statements prepared by Saul Ewing team members. | Fee / Employment Applications | 1.1 | 490 | $539.00 |
| 10/21/2024 | Paul Huygens | Reviewed and corresponded with team re: list of potential targets and proposed release parties. | Litigation | 0.2 | 1,420.00 | $284.00 |
| 10/21/2024 | Andy Zhang | Reviewed, analyzed and organized new files in the data room, created summarization table for internal purpose (2/2). | Business Analysis / Operations | 1.8 | 440 | $792.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2024 | Paul Huygens | Reviewed and corresponded amongst UCC team re: draft overview and analyzed proposed settlement with debtors. | Committee Activities | 0.5 | 1,420.00 | $710.00 |
| 10/21/2024 | Kennet Mendez | Drafted and distributed the underlying analysis of the D&O side coverages for Kramer Levin team members. | Insurance | 0.6 | 490 | $294.00 |
| 10/21/2024 | Andy Zhang | Reviewed and analyzed the updated Disclosure Statement sent by the counsel, updated memo addressing internal questions (3/3). | Plan and Disclosure Statement | 2.3 | 440 | $1,012.00 |
| 10/21/2024 | Andy Zhang | Reviewed, analyzed and organized new files in the data room, created summarization table for internal purpose (1/2). | Business Analysis / Operations | 1.2 | 440 | $528.00 |
| 10/21/2024 | Kennet Mendez | Reviewed and analyzed the comprehensive table of D&O classification prepared by K&E. | Insurance | 0.7 | 490 | $343.00 |
| 10/21/2024 | Kennet Mendez | Drafted response re: double-barrel primary and standalone D&O coverage policies for Kramer Levin team members. | Insurance | 0.8 | 490 | $392.00 |
| 10/21/2024 | Andy Zhang | Reviewed and analyzed the updated Disclosure Statement sent by the counsel, updated memo addressing internal questions (2/3). | Plan and Disclosure Statement | 1.8 | 440 | $792.00 |
| 10/21/2024 | Michael Robinson | Call with P. Huygens re: case updates and active workstreams. | Business Analysis / Operations | 0.2 | 940 | $188.00 |
| 10/21/2024 | Paul Huygens | Case update and workstream call with M. Robinson. | Business Analysis / Operations | 0.2 | 1,420.00 | $284.00 |
| 10/21/2024 | Andy Zhang | Reviewed and analyzed the updated Disclosure Statement sent by the counsel, updated memo addressing internal questions (1/3). | Plan and Disclosure Statement | 2.1 | 440 | $924.00 |
| 10/21/2024 | Kennet Mendez | Reviewed and summarized the latest disclosure statement update from K&E. | Plan and Disclosure Statement | 1.1 | 490 | $539.00 |
| 10/21/2024 | Bill McMahon | Email with multiple attachments from/to K. Mendez.  RE: Express D&O: Province Format - D&O Tower v.2, rewording and SIR, responses to E. Daniels/KRAMER LEVIN. 10-21-24 Counsel Questions Express - DO Policies. | Insurance | 0.9 | 760 | $684.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/2024 | Kennet Mendez | Discussed and performed walk through of latest iteration of the D&O coverage overview with E. Daniels (Kramer Levin). | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/22/2024 | Kennet Mendez | Drafted and distributed the underlying analysis of the 35 followed policies and premium payment for Kramer Levin team members. | Business Analysis / Operations | 1.1 | 490 | $539.00 |
| 10/22/2024 | Michael Robinson | Participated in the committee prep call and the debrief with P. Huygens. | Committee Activities | 0.5 | 940 | $470.00 |
| 10/22/2024 | Andy Zhang | Monitored the email traffic from the Debtors' counsel & the UCC counsel on the latest development, reviewed and analyzed the most recent UCC deck (1/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/22/2024 | Paul Huygens | Reviewed UST objection to plan releases and related correspondence amongst UCC professional team. | Court Filings | 0.5 | 1,420.00 | $710.00 |
| 10/22/2024 | Andy Zhang | Monitored the email traffic from the Debtors' counsel & the UCC counsel on the latest development, reviewed and analyzed the most recent UCC deck (2/3). | Business Analysis / Operations | 1.6 | 440 | $704.00 |
| 10/22/2024 | Paul Huygens | Call with committee and P. Huygens re: debrief. | Committee Activities | 0.5 | 1,420.00 | $710.00 |
| 10/22/2024 | Kirsten Lee | Call with UCC professionals to discuss strategy. | Committee Activities | 1.0 | 580 | $580.00 |
| 10/22/2024 | Kennet Mendez | Reviewed and summarized the US Trustee objection to DS re: opt out scheme and non-consensual releases. | Business Analysis / Operations | 1.4 | 490 | $686.00 |
| 10/22/2024 | Andy Zhang | Monitored the email traffic from the Debtors' counsel & the UCC counsel on the latest development, reviewed and analyzed the most recent UCC deck (3/3). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/22/2024 | Kennet Mendez | Implemented edits and requested formatting changes to illustrative D&O tower overview for Kramer Levin team members. | Insurance | 1.2 | 490 | $588.00 |
| 10/22/2024 | Paul Huygens | Met with UCC professional team re: pending committee meetings, proposed settlement, latest drafts of Plan/DS and pleadings workstreams. | Committee Activities | 0.5 | 1,420.00 | $710.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2024 | Kennet Mendez | Finalized and implemented final edits to the D&O insurance overage for Side A, Side B, and Side C overview. | Insurance | 0.9 | 490 | $441.00 |
| 10/23/2024 | Kennet Mendez | Assisted in the development of the risks of no deal/benefits of reaching a global plan settlement overview. | Business Analysis / Operations | 1.2 | 490 | $588.00 |
| 10/23/2024 | Kirsten Lee | Update call with counsel to debrief on case strategy. | Committee Activities | 0.4 | 580 | $232.00 |
| 10/23/2024 | Kennet Mendez | Participated in weekly UCC discussion. | Business Analysis / Operations | 1.2 | 490 | $588.00 |
| 10/23/2024 | Andy Zhang | Continued summarizing and organizing new files provided by the Debtors, built summary table for internal purpose re: active & future workstream (2/3). | Business Analysis / Operations | 1.2 | 440 | $528.00 |
| 10/23/2024 | Michael Robinson | Debrief call with counsel. | Business Analysis / Operations | 0.4 | 940 | $376.00 |
| 10/23/2024 | Kennet Mendez | Reviewed and commented on the considerations re: scope of estate releases. | Business Analysis / Operations | 1.3 | 490 | $637.00 |
| 10/23/2024 | Paul Huygens | Corresponded amongst UCC team re: plan negotiation/settlement. | Business Analysis / Operations | 0.2 | 1,420.00 | $284.00 |
| 10/23/2024 | Andy Zhang | Monitored, reviewed and analyzed various files shared through the communication among counsel, the debtors and the committee re: active workstream (2/2). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/23/2024 | Andy Zhang | Continued summarizing and organizing new files provided by the Debtors, built summary table for internal purpose re: active & future workstream (3/3). | Business Analysis / Operations | 0.9 | 440 | $396.00 |
| 10/23/2024 | Kennet Mendez | Reviewed and commented on the potential impact of the proposed settlement overview and discussion. | Business Analysis / Operations | 1.4 | 490 | $686.00 |
| 10/23/2024 | Andy Zhang | Monitored, reviewed and analyzed various files shared through the communication among counsel, the debtors and the committee re: active workstream (1/2). | Business Analysis / Operations | 1.6 | 440 | $704.00 |
| 10/23/2024 | Kennet Mendez | Reviewed and commented on the key considerations overview and thoughts for committee members. | Business Analysis / Operations | 1.2 | 490 | $588.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2024 | Andy Zhang | Continued summarizing and organizing new files provided by the Debtors, built summary table for internal purpose re: active & future workstream (1/3). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/23/2024 | Michael Robinson | Prepared for and participated in the committee call. | Committee Activities | 1.2 | 940 | $1,128.00 |
| 10/23/2024 | Kennet Mendez | Prepared annexes of the former and current directors and officers for incorporation into the presentation. | Business Analysis / Operations | 1.6 | 490 | $784.00 |
| 10/23/2024 | Kirsten Lee | Update call with Committee. | Committee Activities | 1.2 | 580 | $696.00 |
| 10/24/2024 | Andy Zhang | Continued summarizing and organizing new files provided by the Debtors, built summary table for internal purpose re: active & future workstream (3/3). | Business Analysis / Operations | 1.6 | 440 | $704.00 |
| 10/24/2024 | Andy Zhang | Continued summarizing and organizing new files provided by the Debtors, built summary table for internal purpose re: active & future workstream (1/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/24/2024 | Andy Zhang | Continued summarizing and organizing new files provided by the Debtors, built summary table for internal purpose re: active & future workstream (2/3). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/24/2024 | Kennet Mendez | Finalized and implemented final edits tot the D&O insurance overage for Side A, Side B, and Side C overview. | Insurance | 0.9 | 490 | $441.00 |
| 10/25/2024 | Andy Zhang | Reviewed and analyzed the most updated version of the Chapter 11 plan shared from the counsel as well as the redline file re: active workstream (3/3). | Plan and Disclosure Statement | 2.1 | 440 | $924.00 |
| 10/25/2024 | Andy Zhang | Monitored the email traffic from the counsels, analyzed the most updated version of the Chapter 11 plan as well as the redline file (1/3). | Business Analysis / Operations | 2.3 | 440 | $1,012.00 |
| 10/25/2024 | Andy Zhang | Reviewed and analyzed the most updated version of the Chapter 11 plan shared from the counsel as well as the redline file re: active workstream (2/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/28/2024 | Kirsten Lee | Call with M3 team to discuss case updates. | Business Analysis / Operations | 0.5 | 580 | $290.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2024 | Michael Robinson | Update call with M3. | Business Analysis / Operations | 0.5 | 940 | $470.00 |
| 10/28/2024 | Andy Zhang | Read through email communications from counsels and the dockets filed by various parties, monitored the most recent development in preparation for the future work stream (3/3). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/28/2024 | Michael Robinson | Analyzed wind down budget considerations. | Business Analysis / Operations | 1.3 | 940 | $1,222.00 |
| 10/28/2024 | Andy Zhang | Read through email communications from counsels and the dockets filed by various parties, monitored the most recent development in preparation for the future work stream (1/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/28/2024 | Andy Zhang | Reviewed the internal meeting note share by the Province team on a call with M3 re: updates on latest development and the future workstream. | Business Analysis / Operations | 1.1 | 440 | $484.00 |
| 10/28/2024 | Andy Zhang | Read through email communications from counsels and the dockets filed by various parties, monitored the most recent development in preparation for the future work stream (2/3). | Business Analysis / Operations | 1.6 | 440 | $704.00 |
| 10/28/2024 | Kennet Mendez | Participated in case update discussion with M3 Partners and Province teams. | Business Analysis / Operations | 0.5 | 490 | $245.00 |
| 10/28/2024 | Kennet Mendez | Developed detailed note summary and follow-up diligence requests following discussion with M3 Partners. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/28/2024 | Kennet Mendez | Scrubbed and sanitized various time entries for the September billing entries. | Fee / Employment Applications | 0.4 | 490 | $196.00 |
| 10/28/2024 | Kennet Mendez | Reviewed and summarized the latest committee plan markup. | Plan and Disclosure Statement | 0.9 | 490 | $441.00 |
| 10/29/2024 | Kirsten Lee | Call with counsel to discuss case updates. | Business Analysis / Operations | 1.3 | 580 | $754.00 |
| 10/29/2024 | Michael Robinson | Participated in the update call with counsel. | Business Analysis / Operations | 1.3 | 940 | $1,222.00 |
| 10/29/2024 | Paul Huygens | Reviewed UCC proposed markup to the Plan vs latest Kirkland draft and related commentary. | Plan and Disclosure Statement | 0.6 | 1,420.00 | $852.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/2024 | Andy Zhang | Reviewed and analyzed the updated Chapter 11 plan and its redline document compared to the previous version from the counsel in preparation for the future workstream (2/3). | Business Analysis / Operations | 1.7 | 440 | $748.00 |
| 10/29/2024 | Paul Huygens | Weekly UCC professionals call re: plan updates and workstreams. | Committee Activities | 1.3 | 1,420.00 | $1,846.00 |
| 10/29/2024 | Andy Zhang | Reviewed and analyzed the updated Chapter 11 plan and its redline document compared to the previous version from the counsel in preparation for the future workstream (3/3). | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/29/2024 | Andy Zhang | Created memo summarizing the languages and terms changed in the disclosure statement for internal distribution. | Business Analysis / Operations | 2.2 | 440 | $968.00 |
| 10/29/2024 | Andy Zhang | Reviewed and analyzed the updated Chapter 11 plan and its redline document compared to the previous version from the counsel in preparation for the future workstream (1/3). | Business Analysis / Operations | 2.1 | 440 | $924.00 |
| 10/29/2024 | Andy Zhang | Updated diligence tracker to reflect latest counsel based requests. | Business Analysis / Operations | 1.1 | 440 | $484.00 |
| 10/29/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 0.8 | 940 | $752.00 |
| 10/29/2024 | Kennet Mendez | Reviewed the critical vendor motion. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/29/2024 | Kennet Mendez | Sent various follow-ups to M3 Partners following the case update discussion that took place a day prior. | Business Analysis / Operations | 0.6 | 490 | $294.00 |
| 10/29/2024 | Kennet Mendez | Reviewed the latest committee markup to the plan that implemented several changes to the definitions and addressed other open items. | Plan and Disclosure Statement | 1.1 | 490 | $539.00 |
| 10/29/2024 | Kennet Mendez | Reviewed and summarized the key 503(b)9 takeaways from the Manchu Times MOU. | Business Analysis / Operations | 1.2 | 490 | $588.00 |
| 10/29/2024 | Kennet Mendez | Continued scrubbing and sanitizing the September time entries. | Fee / Employment Applications | 0.6 | 490 | $294.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/2024 | Kennet Mendez | Reviewed prior estate budgets to aggregate CV dollars paid to date. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/30/2024 | Michael Robinson | Update call with committee member. | Committee Activities | 0.2 | 940 | $188.00 |
| 10/30/2024 | Michael Robinson | Participated in the committee call. | Committee Activities | 1.1 | 940 | $1,034.00 |
| 10/30/2024 | Michael Robinson | Worked through wind down tasks. | Business Analysis / Operations | 2.1 | 940 | $1,974.00 |
| 10/30/2024 | Paul Huygens | Reviewed and corresponded re: draft letter in support of plan. | Plan and Disclosure Statement | 0.3 | 1,420.00 | $426.00 |
| 10/30/2024 | Andy Zhang | Reviewed and analyzed the updated Express Committee Letter from counsel. | Business Analysis / Operations | 1.8 | 440 | $792.00 |
| 10/30/2024 | Michael Robinson | Debrief with counsel. | Business Analysis / Operations | 0.2 | 940 | $188.00 |
| 10/30/2024 | Kennet Mendez | Participated in weekly UCC update discussion. | Committee Activities | 1.1 | 490 | $539.00 |
| 10/30/2024 | Kennet Mendez | Reviewed and developed the latest purchase price build from the Phoenix transaction for Saul Ewing. | Business Analysis / Operations | 0.8 | 490 | $392.00 |
| 10/30/2024 | Kennet Mendez | Reviewed and summarized the material changes incorporated into the UCC letter in support of the latest Chapter 11 Plan. | Plan and Disclosure Statement | 1.3 | 490 | $637.00 |
| 10/31/2024 | Paul Huygens | Reviewed and corresponded re: latest draft of UCC comments to joint plan. | Plan and Disclosure Statement | 0.5 | 1,420.00 | $710.00 |
| 10/31/2024 | Paul Huygens | Reviewed and corresponded re: UST plan objection and draft debtor reply. | Plan and Disclosure Statement | 0.7 | 1,420.00 | $994.00 |
| 10/31/2024 | Kennet Mendez | Reviewed and summarized the latest changes by K&E that were incorporated into the Chapter 11 Plan. | Plan and Disclosure Statement | 1.3 | 490 | $637.00 |
| 10/31/2024 | Kennet Mendez | Reviewed and summarized the Debtors' draft to the UST DS objection filed. | Plan and Disclosure Statement | 1.1 | 490 | $539.00 |