# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

### CERTIFICATION OF ADAM C. ROGOFF

I, Adam C. Rogoff, declare under penalty of perjury that:

1. I am a partner at the firm of Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee").

2. I have read the foregoing *Second Interim Application of Kramer Levin Naftalis & Frankel LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024* (the "Application") and the facts set forth therein are true and correct, to the best of my knowledge, information and belief.

3. I hereby certify that the Application complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and Local Rule 2016-2. I hereby certify that, in accordance with the Interim Compensation Order and in connection with the Application, Kramer Levin made a reasonable effort to comply with the U.S. Trustee Guidelines.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

4.        Pursuant to the U.S. Trustee Guidelines, Kramer Levin responds to the following questions regarding the Application:

| Question | Answer |
| --- | --- |
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Kramer Levin prepared a budget and staffing plan for the period from August 1, 2024 through October 31, 2024 which has been provided to the Committee and is attached as Exhibit E to the Application. Additionally, Kramer Levin provided regular fee estimates to the Debtors and DIP Lenders under the DIP order. For the Compensation Period, Kramer Levin is not seeking fees that exceed the amounts budgeted for that period by 10% or more. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | This Application includes certain time (and fees) relating to preparing, reviewing or revising fee statements to comply with the Local Bankruptcy Rules and U.S. Trustee Guidelines. These fees are reflected in a portion of the amount requested in billing code number 119, UCC Retention and Fee Matters. Such time was necessary in order to comply with applicable guidelines and the Interim Compensation Order and to file monthly fee applications (which is a distinct requirement in bankruptcy matters). |

| Question | Answer |
|---|---|
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | In connection with the preparation of its monthly invoices, Kramer Levin reviewed its monthly invoices at the time that they were filed for privilege and confidentiality. The Application includes fees incurred in conducting that review. These fees are reflected in a portion of the amount requested in billing code number 119, UCC Retention and Fee Matters. |
| If the fee application includes any rate increases since retention? | No |

Dated: November 15, 2024                    /s/ Adam C. Rogoff
                                            Adam C. Rogoff

3