# <u>EXHIBIT B</u>

## Compensation by Project Category

### August 1, 2024 – October 31, 2024

| Task Code | Project Category | Total Hours | Total Fees[1] |
|---|---|---|---|
| 101 | Case Administration | 3.40 | $4,366.00 |
| 102 | Meetings/Communications with UCC Members & Advisors | 211.60 | $318,082.00 |
| 103 | Meetings/Communications with Debtors & Advisors | 24.30 | $37,283.00 |
| 104 | Motions, Adversary Proceedings & Contested Matters | 2.50 | $3,860.00 |
| 108 | Cash Management and DIP Financing | 0.30 | $414.00 |
| 109 | Creditor Communications | 9.10 | $14,668.00 |
| 110 | Bar Date, Claims Administration and Objections | 0.20 | $371.00 |
| 114 | Executory Contracts and Unexpired Leases | 0.40 | $692.00 |
| 115 | SOFAs and Schedules | 0.90 | $1,242.00 |
| 116 | Hearings | 11.80 | $18,226.50 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | 423.20 | $614,874.00 |
| 119 | UCC Retention and Fee Matters | 41.30 | $36,761.50 |
| 120 | Debtor Retention and Fee Matters | 1.00 | $1,767.50 |
| 121 | Tax Matters | 8.70 | $13,108.00 |
| 124 | Vendor and Supplier Matters | 4.30 | $6,774.00 |
| 126 | Committee Investigation and Due Diligence | 344.50 | $485,012.50 |
| | **TOTAL** | **1,087.50** | **$1,557,502.00** |

---

[1] Total compensation reflects a voluntary reduction of $229,218.00.

## Compensation by Timekeeper

### August 1, 2024 – October 31, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation[3] |
|---|---|---|---|---|---|
| Blabey, David E. | 2005 | Partner Creditors' Rights (Since 2022) | $1,460 | 13.2 | $19,272.00 |
| Hamerman, Natan | 2002 | Partner Creditors' Rights (Since 2023) | $1,485 | 133.50 | $198,247.50 |
| Herzog, Barry | 1992 | **Partner** Tax (Since 2002) | $1,760 | 2.90 | $5,104.00 |
| Rogoff, Adam C. | 1989 | **Partner** Creditors' Rights (Since 2009) | $1,855 | 129.60 | $240,408.00 |
| Daniels, Elan | 2005 | **Counsel** Creditors' Rights (Since 2023) | $1,405 | 154.60 | $217,213.00 |
| Schmidt, Robert | 1990 | **Counsel** Creditors' Rights (Since 2021) | $1,730 | 149.70 | $258,981.00 |
| Allard, Nathaniel | 2013 | **Associate** Creditors' Rights (Since 2012) | $1,380 | 356.10 | $491,418.00 |
| Khvatskaya, Mariya | 2016 | **Associate** Tax (Since 2016) | $1,370 | 4.00 | $5,520.00 |
| Raskin, Evan | 2024 | **Associate** Creditors' Rights (Since 2023) | $905 | 93.20 | $84,346.00 |
| | | | $780 | 10.40 | $8,112.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,370 | 7.60 | $10,412.00 |
| Golden, Marlie | N/A. | **Paralegal** Creditors' Rights (Since 2024) | $555 | 0.70 | $388.50 |

---

[2] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024). The rates for certain associates working on this matter increased as of September 1, 2024, in connection with the associates' yearly step-up in seniority, but this annual step-up is not considered a "rate increase" as the billing rate among the applicable associate class does not change.

[3] Total compensation reflects a voluntary reduction of $229,218.00.

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation[3] |
|---|---|---|---|---|---|
| Kane, Wendy | N/A | **Paralegal** Creditors' Rights (Since 2018) | $565 | 32.00 | $18,080.00 |
| **TOTAL** | | | | **1,087.50** | **$1,557,502.00** |

3