# **EXHIBIT C**

## Summary of Expenses

### August 1, 2024 – September 31, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Bloomberg Law Online Research | Bloomberg Law | $114.13 |
| Cab Fares | *See attached chart* | $525.00 |
| Meals/In-House | *See attached chart* | $145.23 |
| Pacer Online Research | Pacer | $488.20 |
| Photocopying | Kramer Levin | $112.30 |
| Telecommunication Charges | Loop Up | $20.55 |
| Transcript Fees | Accredited Court Reporters; Kathleen M. Rehling | $187.10 |
| Westlaw Online Research | Westlaw | $4,655.71 |
| **TOTAL** | | **$6,248.226248.22** |

---

[1] Total expenses reflect a voluntary reduction of $2,096.00.

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 07/2/2024 | Executive Charge | 1 | Office to home 7/2/24 (working late on plan and lender settlement issues) – N. Allard | $75.00 |
| 07/9/2024 | Executive Charge | 1 | Office to home 7/9/24 (working late on plan and lender settlement issues and communications with Committee) – N. Allard | $75.00 |
| 07/23/2024 | Executive Charge | 1 | Office to home 7/23/24 (working late on plan and disclosure statement issues) – N. Allard | $75.00 |
| 10/1/2024 | Executive Charge | 1 | Office to home 10/1/24 (working late on disclosure statement and investigation issues) – N. Allard | $75.00 |
| 10/7/2024 | Executive Charge | 1 | Office to home 10/7/24 (working late on disclosure statement, exclusivity and investigation issues) – N. Allard | $75.00 |
| 10/10/2024 | Executive Charge | 1 | Office to home 10/10/24 (working late on exclusivity issues) – N. Allard | $75.00 |
| 10/14/2024 | Lyft | 1 | Office to home 10/14/24 (working late on presentation materials and investigation issues) – N. Hamerman | $75.00 |
| **TOTAL** | | | | **$525.00** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 10/01/2024 | Connolly's | 1 | Dinner (working late on disclosure statement and investigation issues) – N. Allard | $19.33 |
| 10/07/2024 | Cook Eatery | 1 | Dinner (working late on disclosure statement, exclusivity and investigation issues) – N. Allard | $14.59 |

| Date | Vendor | # | Description | Amount |
|---|---|---|---|---|
| 10/13/2024 | Wu Liang Ye | 1 | Dinner (working late on plan and investigation issues) – E. Raskin | $20.00 |
| 10/14/2024 | Cafe De Novo | 1 | Coffee (working late on disclosure statement, exclusivity and investigation issues) – N. Allard | $7.24 |
| 10/20/2024 | Mitr Thai | 1 | Dinner (working weekend on plan and investigation issues) – E. Raskin | $20.00 |
| 10/21/2024 | Cafe De Novo | 1 | Dinner (working late on Committee presentation and plan and disclosure statement issues) – N. Allard | $7.29 |
| 10/21/2024 | Playa Bowls | 1 | Dinner (working late on Committee presentation and plan and disclosure statement issues) – E. Raskin | $16.78 |
| 10/22/2024 | Hama | 1 | Dinner (working late on Committee presentation and plan and disclosure statement issues) – E. Raskin | $20.00 |
| 10/24/2024 | Cook Eatery | 1 | Dinner (working late on plan issues) – N. Allard | $20.00 |
| **TOTAL** | | | | **$145.23** |