# **EXHIBIT E**

# Budget

### August 1, 2024 – October 31, 2024

| Task Code | Project Category | Hours Budgeted | Fees Budgeted[1] | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 101 | Case Administration | 25 | $32,500 | 3.40 | $4,366.00 |
| 102 | Meetings/Communications with UCC Members and Advisors | 250 | $325,000 | 211.60 | $318,082.00 |
| 103 | Meetings/Communications with Debtors and Advisors | 50 | $65,000 | 24.30 | $37,283.00 |
| 104 | Motions, Adversary Proceedings & Contested Matters | 25 | $32,500 | 2.50 | $3,860.00 |
| 105 | Automatic Stay Matters | 10 | $13,000 | 0 | $0.00 |
| 106 | Business Operations | 20 | $26,000 | 0 | $0.00 |
| 107 | Collateral Review | 0 | $0.00 | 0 | $0.00 |
| 108 | Cash Management and DIP Financing | 0 | $0.00 | 0.30 | $414.00 |
| 109 | Creditor Communications | 25 | $32,500 | 9.10 | $14,668.00 |
| 110 | Bar Date, Claims Administration and Objections | 25 | $32,500 | 0.20 | $371.00 |
| 111 | Sale Issues | 0 | $0.00 | 0 | $0.00 |
| 112 | Corporate, Governance Matters | 10 | $13,000 | 0 | $0.00 |
| 113 | Employee Matters | 10 | $13,000 | 0 | $0.00 |
| 114 | Executory Contracts and Unexpired Leases | 25 | $32,500 | 0.40 | $692.00 |
| 115 | SOFAs and Schedules | 5 | $6,500 | 0.90 | $1,242.00 |
| 116 | Hearings | 25 | $32,500 | 11.80 | $18,226.50 |
| 117 | Insurance and Surety Matters | 10 | $13,000 | 0 | $0.00 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | 500 | $650,000 | 423.20 | $614,874.00 |
| 119 | UCC Retention and Fee Matters | 50 | $65,000 | 41.30 | $36,761.50 |
| 120 | Debtor Retention and Fee Matters | 5 | $6,500 | 1.00 | $1,767.50 |
| 121 | Tax Matters | 20 | $26,000 | 8.70 | $13,108.00 |
| 122 | Non-Working Travel | 0 | $0.00 | 0 | $0.00 |
| 123 | U.S. Trustee Issues | 5 | $6,500 | 0 | $0.00 |
| 124 | Vendor and Supplier Matters | 25 | $32,500 | 4.30 | $6,774.00 |
| 125 | Utilities Matters | 5 | $6,500 | 0 | $0.00 |
| 126 | Investigations | 300 | $390,000 | 344.50 | $485,012.50 |
| 127 | Avoidance Actions | 0 | $0.00 | 0 | $0.00 |
| **Totals** | | **1425.00** | **$1852500.00** | **1,087.50** | **$1,557,502.00** |

---

[1] Calculated using a blended rate of $1,300.

## Staffing Plan

### August 1, 2024 – October 31, 2024

| Category of Timekeeper | Estimated Number of Timekeepers Expected to Work on Matter During the Budget Period | Range of Hourly Rate |
|---|---|---|
| Partner | 4 | $1,400-$2,000 |
| Counsel | 2 | $1,325-$1,915 |
| Special Counsel | 1 | $1,205-$1,550 |
| Associate | 7 | $780-$1,380 |
| Paralegal | 2 | $350-$650 |