# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Business Operations | 9.0 | $4,500.00 | 0.2 | $107.50 |
| Case Administration | 35.0 | $17,500.00 | 13.8 | $6,345.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 9.0 | $4,500.00 | 0.3 | $193.50 |
| Committee Matters | 45.0 | $22,500.00 | 33.0 | $18,910.00 |
| Creditor Inquiries | 9.0 | $4,500.00 | 3.6 | $1,654.50 |
| Executory Contracts and Unexpired Leases | 9.0 | $4,500.00 | 1.1 | $709.50 |
| Fee/Employment Application (Saul Ewing) | 40.0 | $20,000.00 | 18.7 | $6,489.00 |
| Fee/Employment Applications (Other Professionals) | 40.0 | $20,000.00 | 37.9 | $15,443.50 |
| Financing and Cash Collateral | 11.0 | $5,500.00 | 4.4 | $2,838.00 |
| Litigation: Contested Matters and Adversary Proceedings | 9.0 | $4,500.00 | 0.0 | $0.00 |
| Plan and Disclosure Statement | 600.0 | $256,500.00 | 592.5 | $246,957.00 |
| Preparation for and Attendance at Hearing | 45.0 | $22,500.00 | 21.8 | $9,995.50 |
| UST Reports, Meetings and Issues | 9.0 | $4,500.00 | 1.9 | $1,225.50 |
| **TOTAL** | **870.0** | **$391,500.00** | **729.2** | **$310,869.00** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 24-1083 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 15, 2024 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 1 |
| Counsel | 1 |
| Associate | 3 |
| Paraprofessional | 1 |
| Other (Litigation, Support, Clerical) | 2 |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc.., *et al.* |
| Case Number: | 24-1083 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 15, 2024 |
| Interim or Final: | Interim |

2