# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $1,945.10 |
| Legal Research | Westlaw | $8,295.78 |
| Outside Reproduction | Reliable Copy Services – DE | $218.79 |
| **TOTAL** | | **$10,459.67** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 24-1083 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 15, 2024 |
| Interim or Final: | Interim |