UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| EXPRESS, INC., et al., | ) | |
| | ) | Case No. 24-10831-KBO |
| | ) | |
| Debtors. | ) | |
| | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LISTS

**PLEASE TAKE NOTICE** that Brian J. McLaughlin, Esq. hereby withdraws his appearance as counsel for Creditor Simon Property Group, Inc. in the above-captioned case and requests to be removed from all service lists, including all electronic service lists and the ECF notification system, in the above-captioned case.

Dated: November 18, 2024
Wilmington, Delaware

Respectfully submitted,

By: */s/ Brian J. McLaughlin*
Brian J. McLaughlin
DE Bar I.D. 2462
Offit Kurman, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Telephone: (302) 351-0916
Facsimile: (302) 351-0915
Email: Brian.McLaughlin@offitkurman.com

Attorneys for Creditor Simon Property Group, Inc.

**UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| EXPRESS, INC., et al., | ) | |
| | ) | Case No. 24-10831-KBO |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I caused to be electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants in the above-captioned case.

OFFIT KURMAN, P.A.

By: ___/s/ Brian J. McLaughlin___
     Brian J. McLaughlin
     DE Bar I.D. 2462

4891-3967-0260, v. 1