## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on TRC Master Fund LLC, Attn: Terrel Ross at PO Box 633, Woodmere, NY 11598:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 714]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 715]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 845]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 885]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 886]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 892]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 893]**

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 894]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 895]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on KFM247 Ltd at 1219 Military Cutoff Road, Suite CC Box 218, Wilmington, NC 28405:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 714]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on KFM247 Ltd, Attn: Karen Hecht at 15947 Frederick Road, Woodbine, MD 21797:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 715]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 845]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Fourlaps Athletic LLC at 150 SE 2nd Avenue, Suite 1405, Miami, FL 33131:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 885]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Fourlaps LLC at 247 West 37 Street, Suite 1902, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 886]**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on NewTimes Development Limited, Attn: Derek Lui, Ashley Pun, May Kwok at 5th Floor, Block A, Hong Kong Industrial Centre, 489-491 Castle Peak Road, Kowloon, Hong Kong S.A.R.:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 892]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 895]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on NewTimes Development Limited, Attn: Sue Lee, Eunice Kim at Ayazaga Mah. Mimar Sinan Sok., No:21 B/34, Sariyer, Istanbul, 34396, Turkey:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 893]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Newtimes Development Limited at Hong Kong Industrial Building, Phase 1-2, 601-603 Tai Nan West Rd, 5th Floor, Lai Chi Kok, Kowloon, Hong Kong:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(1) [Re: Docket No. 894]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bradford Capital Holdings, LP, c/o Bradford Capital Management, LLC, Attn: Brian Brager at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 768]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 771]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 774]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 794]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 797]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 818]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 833]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 945]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Service Quest, Inc., Attn: Scott Kenneth Allen at 510 Spencer Street, Ste B, Council Grove, KS 66846:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 768]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on David Milosevich Casting and Consulting LLC at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 771]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 774]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 794]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Narvar, Inc. at 3 East Third Ave, Suite 211, San Mateo, CA 94401:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 797]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit D</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 818]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit E</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 833]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Stetts Model Management Inc, Attn: Ashley Stetts at 1133 Broadway, Ste 1609, New York, NY 10010-7922:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 945]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Argo Partners at 12 West 37th Street, Ste 900, New York, NY 10018:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 792]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 868]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on SocialEdge Inc dba CreatorIQ, Attn: John Landrum at 8605 Santa Monica Blvd, PMB 82232, West Hollywood, CA 90069:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 792]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit F</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 868]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cedar Glade LP, Attn: Robert K. Minkoff at 600 Madison Avenue, 17th Floor, New York, NY 10022:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 843]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 968]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1005]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 843]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Single Source Apparel [Greenwood Mills, Inc.], Attn: Jason Kelly at 1800 Calhoun Road, Greenwood, SC 29649:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 968]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bluecore, Inc., c/o Legal Department, Attn: Ross W Fishbein at 222 Broadway, 16th Fl, New York, NY 10038:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1005]**

Dated: November 18, 2024

*Sabrina Tu*
_____
Sabrina G. Tu

State of Colorado           )
                            ) SS.
County of Denver            )

Subscribed and sworn before me this 18th day of November 2024 by Sabrina G. Tu.

*Kerrie Lynne Darby*
_____
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**



**Exhibit A**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| CMT de La Laguna, S.A de C.V. | | 1055 Ote | Calzada Tecnologico | Lerdo, Dgo | | | Mexico |
| CMT de La Laguna, S.A. DE C.V. | c/o ArentFox Schiff LLP | Attn: Mary Joanne Dowd | 1717 K Street NW | Washington | DC | 20006 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: SJKCM-GPTEE-I4FC5-8GHCG

# **Exhibit B**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CFL Distribution Inc | Attn: Benjamin Jiang | 575 Anton Blvd | Ste 610 | Costa Mesa | CA | 92626 | |
| CFL Distribution Inc | Attn: Lynda Wong | Hore de Macau Limitada | Avenida da Praia Grande | Edif Great Will | | 665 | Macau |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Retail Next, Inc. | c/o Daren M. Schlecter | Law Office of Daren M. Schlecter | 10866 Wilshire Blvd Suite 1270 | Los Angeles | CA | 90024 |
| Retail Next | | 60 S Market St | 10th Floor | San Jose | CA | 95113 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Civitas Now LLC | Attn: Rachel Patrick and Jacob Taylor | 22 East Gay Street | Suite 600 | Columbus | OH | 43215-0567 |
| Civitas Now LLC | | 1020 Dennison Ave | Suite 102 | Columbus | OH | 43201 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit E**



# Exhibit E
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| True Inc | PO Box 1517 | | New York | NY | 10021 |
| TRUE, Inc dba TRUE Model Management | 217 East 70th St | #1517 | New York | NY | 10021 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: SJKCM-GPTEE-I4FC5-8GHCG

# **Exhibit F**



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Fortune Footwear Inc. | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | New York | NY | 10013 |
| Fortune Footwear Inc. | c/o Morrison Cohen LLP | Attn: David J. Kozlowski, Dawn R. Sudama | 909 Third Ave 27th Floor | New York | NY | 10022 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit G**



**Exhibit G**

Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Sandy Alexander, Inc. | Attn: Therese Fleming, Chief Financial Officer | 200 Entin Road | Clifton | NJ | 07014 |
| Sandy Alexander, Inc. | c/o Mintz (Attn: Kaitlin Walsh) | 919 Third Avenue | New York | NY | 10022 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1