# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
|  | Objection Deadline: December 10, 2024 at 4:00 p.m. (ET) |
|  | Hearing Date: December 17, 2024 at 10:30 a.m. (ET) |

**COVER SHEETS FOR SECOND INTERIM APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER, FINANCIAL ADVISOR, AND PLACEMENT AGENT TO THE DEBTORS FROM AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

| Name of applicant: | Moelis & Company LLC |
|---|---|
| Authorized to provide professional services to: | Debtors and Debtor in Possession |
| Date of retention order: | May 6, 2024, *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement are sought (the "*Compensation Period*"): | August 1, 2024 through October 31, 2024 |
| Total amount of compensation sought: | $450,000.00 |
| Total amount of expense reimbursement sought: | $7,620.76[2] |
| Total amount of holdback fees sought: | $90,000.00 |
| Total compensation approved by interim order to date: | $1,218,408.00 |
| Total expenses approved by interim order to date: | N/A |
| This is a(n): | Interim Application |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]   Please note that certain vendor invoices may not come in until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC has included such unbilled expenses in subsequent fee applications.

## Summary of Fee Applications for Compensation Period

| Date Filed | Period Covered | Total Compensations & Expenses Incurred For Period Covered | | Total Amount Previously Requested with Monthly Fee Statements | | Total Amount Paid to Date | | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees | Expenses | Fees |
| Sept. 16, 2024 [D.I. 821] | August 1-31, 2024 | $150,000.00 | $2,405.00 | $120,000.00 | $2,405.00 | $120,000.00 | $2,405.00 | $30,000.00 |
| Oct. 17, 2024 [D.I. 910] | September 1-30, 2024 | $150,000.00 | $740.00 | $120,000.00 | $740.00 | $120,000.00 | $740.00 | $30,000.00 |
| Nov. 8, 2024 [D.I. 977] | October 1-31, 2024 | $150,000.00 | $4,475.76 | $120,000.00 | $4,475.76 | N/A | N/A | $30,000.00 |
| **Total** | | **$450,000.00** | **$7,620.76** | **$360,000.00** | **$7,620.76** | **$240,000.00** | **$3,145.00** | **$90,000.00** |

**Prior Applications:**

1. *First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors for the Period from April 22, 2024 Through and Including May 31, 2022* filed June 6, 2024 [D.I. 428]

2. *Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors for the Period from June 1, 2024 Through and Including June 30, 2024* filed July 5, 2024 [D.I. 580]

3. *Third Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors for the Period from July 1, 2024 Through and Including July 31, 2024* filed August 7, 2024 [D.I. 708]

4. *Fourth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors for the Period from August 1, 2024 Through and Including August 31, 2024 filed September 16, 2024* [D.I. 821]

5. *Fifth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors for the Period from September 1, 2024 Through and Including September 30, 2024 filed October 17, 2024* [D.I. 910]

6. *Sixth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors for the Period from October 1, 2024 Through and Including October 31, 2024 filed November 8, 2024* [D.I. 977]

**Summary of Monthly Fee Applications**

| Date Filed/ Docket No. | Period Encompassed | Requested Fees | Requested Expenses | Approved/Paid Fees | Approved/Paid Expenses |
|---|---|---|---|---|---|
| June 6, 2024 [D.I. 428] | April 22, 2024 through May 31, 2024 | $400,000.00 | $15,662.69 | $400,000.00 | $15,662.69 |
| July 5, 2024 [D.I. 580] | June 1, 2024 through June 30, 2024 | $5,542,040.00 | $14,348.52 | $5,542,040.00 | $14,348.52 |
| August 7, 2024 [D.I. 708] | July 1, 2024 through July 31, 2024 | $150,000.00 | $14,296.44 | $150,000.00 | $14,296.44 |
| September 16, 2024 [D.I. 821] | August 1, 2024 through August 31, 2024 | $150,000.00 | $2,405.00 | $120,000.00 | $2,405.00 |
| October 17, 2024 [D.I. 910] | September 1, 2024 through September 30, 2024 | $150,000.00 | $740.00 | $120,000.00 | $740.00 |
| November 8, 2024 [D.I. 977] | October 1, 2024 through October 31, 2024 | $150,000.00 | $4,475.76 | N/A | N/A |

**SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF
AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

| Hours Summary | |
|---|---|
| **Professional** | **Aug 1 - Oct 31** |
| Adam Keil | 5.0 hour(s) |
| Perry Hall | 4.0 hour(s) |
| Andrew Carlson | 11.0 hour(s) |
| John Townsley | 0.5 hour(s) |
| Ishaan Kapoor | 20.0 hour(s) |
| **Total** | **47.0 hour(s)** |

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF
AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024[3]**

| Category | Description | Amount |
|---|---|---|
| Ground Transportation | Late night and weekend transportation | $229.51 |
| Travel Meals | Meals during travel for Express | $198.05 |
| Airfare, Transportation and Fees | Travel for Express-related matters | $840.86 |
| Hotel | Travel-associated lodging | $894.84 |
| Legal Fees | Outside Counsel Legal Fees | $5,457.50 |
| **Total** | | **$7,620.76** |

---

[3] Please note that certain vendor invoices may not come in until after the end of the month for which such service was provided.  Accordingly, Moelis & Company LLC has included such unbilled expenses in subsequent fee applications.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 24-10831 (KBO)<br>) <br>) (Jointly Administered)<br>) <br>) Objection Deadline: December 10, 2024 at 4:00 p.m. (ET)<br>) Hearing Date: December 17, 2024 at 10:30 a.m. (ET) |

**SECOND INTERIM APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER, FINANCIAL ADVISOR, AND PLACEMENT AGENT TO THE DEBTORS FROM AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [D.I. 223] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this second interim application (this "**Application**") for the allowance of compensation for professional services performed by Moelis for the period from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

August 1, 2024, through and including October 31, 2024 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application, Moelis seeks (a) allowance for compensation for services rendered in the amount of $450,000.00 for the Compensation Period, (b) reimbursement of actual and necessary expenses in the amount of $7,620.76[2] incurred during the Compensation Period, and (c) payment in the amount of $90,000.00 representing the 20% holdback of Moelis' fees. In support of this Application, Moelis respectfully represents as follows:

## Background

1.  On April 22, 2024 (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) [D.I. 67]. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 3, 2024, the U.S. Trustee appointed an official committee of unsecured creditors [D.I. 154].

2.  Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the *Declaration of Stewart Glendinning, Chief Executive Officer of Express, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [D.I. 20].

---

[2] Please note that certain vendor invoices may not come in until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC has included such unbilled expenses in subsequent fee applications.

3. On June 5, 2024, the Court entered an order authorizing the Debtors to retain Moelis as investment banker, financial advisor and placement agent, effective as of the Petition Date [D.I. 397] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to the modifications stated in the Retention Order.

**COMPENSATION REQUESTED FOR
SERVICES RENDERED DURING THE COMPENSATION PERIOD**

4. Moelis' requested compensation for the Compensation Period includes $450,000.00 of Monthly Fees (representing three months of Monthly Fees). Moelis' requested compensation for the Compensation Period includes Moelis' Monthly Fee (as defined in the Engagement Letter) of $150,000.00 per month for its efforts from August 1, 2024 to October 31, 2024.

5. During the Compensation Period, Moelis' financial advisor professionals rendered approximately 47.0 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order. As stated in the Debtors' *Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements* [D.I. 263], (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

6. Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. The summary is not intended to be a detailed description

3

of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

    (a)    General Matters.  Moelis conducted general financial advisory, investment banking, and other administrative services, including, but not limited to, services related to these chapter 11 cases generally, calls and other periodic meetings with the Debtors, the Debtors' other professionals, retention and compensation related matters, and communications, administrative functions, and other matters not falling into any of the service categories explicitly listed herein.

    7.    Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**.  Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 have been modified such that Moelis' restructuring professionals are required only to keep summary time records in half-hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to maintain time records; Moelis' restructuring professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedules of hourly rates.

    8.    To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 (as modified by the Moelis Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

### REQUEST FOR REIMBURSEMENT OF EXPENSES
### INCURRED DURING THE COMPENSATION PERIOD

9. Expenses incurred by Moelis for the Compensation Period totaled $7,620.76.[3] A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10. All of the fees and expenses for which allowance is requested by Moelis in this Application are appropriate and necessary and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

### Prior Fee Applications and Payments

11. Prior to the filing of this Application, Moelis filed monthly fee applications (the "**Prior Monthly Fee Applications**") for the months of August 2024 through October 2024, which Prior Monthly Fee Applications are incorporated herein by reference. As of the date hereof, Moelis has received payments in the aggregate amount of $243,145.00 from the Debtors for 80% of fees and 100% of expenses covered by the August and September fee applications in accordance with the interim compensation procedures approved by the Court. Payment on account of the October fee application remains outstanding as of the date hereof.[4]

---

[3] Please note that certain vendor invoices may not come in until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC has included such unbilled expenses in subsequent fee applications.

[4] The objection deadline for the October fee application expires on December 2, 2024.

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that an allowance be made to Moelis for 100% of its fees of $360,000.00 and 100% of its expenses of $7,620.76[5] incurred during the Compensation Period. Moelis also respectfully requests payment by the Debtors of all related unpaid amounts, including the 20% holdback of Moelis' fees during the Compensation Period.

Dated: November 19, 2024

                                    **MOELIS & COMPANY LLC**

                                    By: */s/ Adam B. Keil*
                                    Name:    ADAM B. KEIL
                                    Title:     Managing Director

---

[5] Please note that certain vendor invoices may not come in until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC has included such unbilled expenses in subsequent fee applications.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 24-10831 (KBO) <br> ) <br> ) (Jointly Administered) <br> ) |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL
RULES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN DISTRICT OF DELAWARE BANKRUPTCY CASES**

I, Adam B. Keil, certify that:

1.  I am a Managing Director of Moelis & Company LLC ("**Moelis**"), the investment banker to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing first interim fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2.  I have read the Application and I have reviewed the requirements of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the extent compliance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-2 have been modified such that Moelis restructuring professionals are required only to keep summary time records in half hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedule of hourly rates.  As stated in the Debtors' *Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession Effective as of April 22, 2024, and Modifying Certain Timekeeping Requirements* [D.I. 263], (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; (b) Moelis does not ordinarily keep time records on a "project category" basis; and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees.

Dated: November 19, 2024

/s/ Adam B. Keil  
ADAM B. KEIL  
Managing Director  
Moelis & Company LLC

**EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD**

| Date | Adam Keil<br>Managing Director | Perry Hall<br>Managing Director | Andrew Carlson<br>Vice President | Olivier Backes<br>Associate | John Townsley<br>Associate | Ishaan Kapoor<br>Analyst |
|---|---|---|---|---|---|---|
| 8/1/2024 | -- | -- | -- | -- | -- | -- |
| 8/2/2024 | -- | -- | -- | -- | -- | -- |
| 8/3/2024 | -- | -- | -- | -- | -- | -- |
| 8/4/2024 | -- | -- | -- | -- | -- | -- |
| 8/5/2024 | -- | -- | 1.0 hour(s) | -- | -- | 2.0 hour(s) |
| 8/6/2024 | 0.5 hour(s) | -- | -- | -- | -- | 2.0 hour(s) |
| 8/7/2024 | -- | -- | 0.5 hour(s) | 1.5 hour(s) | -- | 1.0 hour(s) |
| 8/8/2024 | -- | -- | -- | 0.5 hour(s) | -- | -- |
| 8/9/2024 | -- | -- | -- | -- | -- | -- |
| 8/10/2024 | -- | -- | -- | -- | -- | -- |
| 8/11/2024 | -- | -- | -- | -- | -- | -- |
| 8/12/2024 | -- | -- | -- | -- | -- | -- |
| 8/13/2024 | -- | -- | -- | -- | -- | -- |
| 8/14/2024 | -- | -- | 1.0 hour(s) | 2.0 hour(s) | -- | 0.5 hour(s) |
| 8/15/2024 | -- | -- | -- | -- | -- | 1.0 hour(s) |
| 8/16/2024 | -- | -- | -- | -- | -- | -- |
| 8/17/2024 | -- | -- | -- | -- | -- | -- |
| 8/18/2024 | -- | -- | -- | -- | -- | -- |
| 8/19/2024 | 0.5 hour(s) | -- | 1.0 hour(s) | -- | -- | 0.5 hour(s) |
| 8/20/2024 | -- | -- | -- | -- | -- | -- |
| 8/21/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 8/22/2024 | -- | -- | -- | 0.5 hour(s) | -- | -- |
| 8/23/2024 | -- | -- | -- | -- | -- | -- |
| 8/24/2024 | -- | -- | -- | -- | -- | -- |
| 8/25/2024 | -- | -- | -- | -- | -- | -- |
| 8/26/2024 | -- | -- | -- | -- | -- | -- |
| 8/27/2024 | -- | -- | -- | -- | -- | -- |
| 8/28/2024 | -- | -- | -- | 0.5 hour(s) | -- | -- |
| 8/29/2024 | -- | -- | -- | -- | -- | -- |
| 8/30/2024 | -- | -- | -- | -- | -- | 1.0 hour(s) |
| 8/31/2024 | -- | -- | -- | 1.0 hour(s) | -- | 1.0 hour(s) |
| 9/1/2024 | -- | -- | -- | -- | -- | -- |
| 9/2/2024 | -- | -- | -- | -- | -- | -- |
| 9/3/2024 | -- | -- | -- | 0.5 hour(s) | -- | -- |
| 9/4/2024 | -- | -- | -- | -- | -- | -- |
| 9/5/2024 | -- | -- | -- | -- | -- | -- |
| 9/6/2024 | -- | -- | -- | -- | -- | -- |
| 9/7/2024 | -- | -- | -- | -- | -- | -- |
| 9/8/2024 | -- | -- | -- | -- | -- | -- |
| 9/9/2024 | -- | -- | 0.5 hour(s) | -- | -- | 2.0 hour(s) |
| 9/10/2024 | -- | -- | -- | -- | -- | -- |
| 9/11/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 9/12/2024 | -- | -- | 0.5 hour(s) | -- | -- | 1.5 hour(s) |
| 9/13/2024 | -- | -- | -- | -- | -- | -- |
| 9/14/2024 | -- | -- | -- | -- | -- | -- |
| 9/15/2024 | -- | -- | -- | -- | -- | -- |

| Date | Adam Keil<br>Managing Director | Perry Hall<br>Managing Director | Andrew Carlson<br>Vice President | Olivier Backes<br>Associate | John Townsley<br>Associate | Ishaan Kapoor<br>Analyst |
|---|---|---|---|---|---|---|
| 9/16/2024 | -- | -- | 0.5 hour(s) | -- | -- | 0.5 hour(s) |
| 9/17/2024 | -- | -- | -- | -- | -- | -- |
| 9/18/2024 | -- | -- | -- | -- | -- | -- |
| 9/19/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 9/20/2024 | -- | -- | -- | -- | -- | -- |
| 9/21/2024 | -- | -- | -- | -- | -- | -- |
| 9/22/2024 | -- | -- | -- | -- | -- | -- |
| 9/23/2024 | -- | -- | -- | -- | -- | -- |
| 9/24/2024 | -- | -- | -- | -- | -- | -- |
| 9/25/2024 | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | -- | -- | 0.5 hour(s) |
| 9/26/2024 | -- | -- | 0.5 hour(s) | -- | -- | -- |
| 9/27/2024 | -- | -- | -- | -- | -- | -- |
| 9/28/2024 | -- | -- | -- | -- | -- | -- |
| 9/29/2024 | -- | -- | -- | -- | -- | -- |
| 9/30/2024 | -- | -- | -- | -- | -- | -- |
| 10/1/2024 | -- | -- | -- | -- | -- | -- |
| 10/2/2024 | -- | -- | -- | -- | -- | -- |
| 10/3/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 10/4/2024 | -- | -- | -- | -- | -- | -- |
| 10/5/2024 | -- | -- | -- | -- | -- | -- |
| 10/6/2024 | -- | -- | -- | -- | -- | -- |
| 10/7/2024 | 1.5 hour(s) | 1.5 hour(s) | 2.0 hour(s) | -- | -- | 2.0 hour(s) |
| 10/8/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 10/9/2024 | -- | -- | -- | -- | -- | -- |
| 10/10/2024 | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | -- | -- | -- |
| 10/11/2024 | -- | -- | -- | -- | -- | -- |
| 10/12/2024 | -- | -- | -- | -- | -- | -- |
| 10/13/2024 | -- | -- | -- | -- | -- | -- |
| 10/14/2024 | -- | -- | 0.5 hour(s) | -- | -- | 0.5 hour(s) |
| 10/15/2024 | -- | -- | -- | -- | -- | -- |
| 10/16/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 10/17/2024 | -- | -- | -- | -- | -- | -- |
| 10/18/2024 | -- | -- | -- | -- | -- | -- |
| 10/19/2024 | -- | -- | -- | -- | -- | -- |
| 10/20/2024 | -- | -- | -- | -- | -- | -- |
| 10/21/2024 | -- | -- | -- | -- | -- | -- |
| 10/22/2024 | -- | -- | -- | -- | 0.5 hour(s) | -- |
| 10/23/2024 | -- | -- | -- | -- | -- | -- |
| 10/24/2024 | -- | -- | -- | -- | -- | -- |
| 10/25/2024 | -- | -- | 0.5 hour(s) | -- | -- | -- |
| 10/26/2024 | -- | -- | -- | -- | -- | -- |
| 10/27/2024 | -- | -- | -- | -- | -- | -- |
| 10/28/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 10/29/2024 | -- | -- | -- | -- | -- | 0.5 hour(s) |
| 10/30/2024 | -- | -- | -- | -- | -- | -- |
| 10/31/2024 | -- | -- | -- | -- | -- | -- |
| **Total** | **5.0 hour(s)** | **4.0 hour(s)** | **11.0 hour(s)** | **6.5 hour(s)** | **0.5 hour(s)** | **20.0 hour(s)** |

# EXHIBIT B — EXPENSE SUPPLEMENT

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/23/2024 | John Townsley | Travel for Express-related matters | $157.21 |
| 5/14/2024 | Adam Keil | Late night and weekend transportation | 229.51 |
| 5/30/2024 | Adam Keil | Meals during travel for Express | 37.55 |
| 5/30/2024 | Adam Keil | Travel for Express-related matters | 104.00 |
| 5/30/2024 | Adam Keil | Travel-associated lodging | 51.24 |
| 5/30/2024 | Adam Keil | Travel-associated lodging | 313.00 |
| 5/31/2024 | Adam Keil | Meals during travel for Express | 5.05 |
| 5/31/2024 | Adam Keil | Meals during travel for Express | 2.86 |
| 5/31/2024 | Adam Keil | Travel for Express-related matters | 98.00 |
| 5/31/2024 | Adam Keil | Travel for Express-related matters | 204.00 |
| 6/5/2024 | Adam Keil | Travel-associated lodging | 5.86 |
| 6/5/2024 | Adam Keil | Travel-associated lodging | 23.44 |
| 6/5/2024 | Adam Keil | Meals during travel for Express | 68.45 |
| 6/5/2024 | Adam Keil | Travel for Express-related matters | 30.00 |
| 6/5/2024 | Adam Keil | Travel for Express-related matters | 17.03 |
| 6/5/2024 | Adam Keil | Travel-associated lodging | 293.02 |
| 6/6/2024 | Adam Keil | Travel for Express-related matters | 14.00 |
| 6/6/2024 | Adam Keil | Travel for Express-related matters | 77.95 |
| 6/13/2024 | Adam Keil | Travel-associated lodging | 29.28 |
| 6/13/2024 | Adam Keil | Meals during travel for Express | 70.00 |
| 6/13/2024 | Adam Keil | Travel-associated lodging | 179.00 |
| 6/14/2024 | Adam Keil | Meals during travel for Express | 3.17 |
| 6/14/2024 | Adam Keil | Meals during travel for Express | 10.97 |
| 6/14/2024 | Adam Keil | Travel for Express-related matters | 10.00 |
| 6/14/2024 | Adam Keil | Travel for Express-related matters | 50.72 |
| 6/14/2024 | Adam Keil | Travel for Express-related matters | 59.61 |
| 6/14/2024 | Adam Keil | Travel for Express-related matters | 18.34 |
| 9/1/2024 | Pashman Stein Walder Hayden | Outside Counsel Legal Fees | 2,405.00 |
| 9/30/2024 | Pashman Stein Walder Hayden | Outside Counsel Legal Fees | 740.00 |
| 10/31/2024 | Pashman Stein Walder Hayden | Outside Counsel Legal Fees | 2,312.50 |
| **Total** | | | **$7,620.76** |