IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 20, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Combined Second Monthly Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period From July 1, 2024 Through September 30, 2024** (Docket No. 1016)

- **Sixth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period From October 1, 2024 Through October 31, 2024** (Docket No. 1017)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 21, 2024

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado   )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 21st day of November 2024 by Aurelie I. Blanadet.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**

Document Ref: ULBWW-WDQIH-VFCP4-NRGIS



# Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| EXP OldCo Winddown, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradovanovich@klehr.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Office of the United States Trustee for the District of Delaware | Attn: John Schanne | | john.schanne@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com<br>nallard@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Luke Murley | luke.murley@saul.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes and Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com<br>dimitri.karcazes@goldbergkohn.com<br>keith.radner@goldbergkohn.com<br>eva.gadzheva@goldbergkohn.com |
| Wells Fargo Bank, National Association | c/o Richards Layton & Finger | Attn: John H. Knight, Paul N. Heath, Alexander R. Steiger | knight@rlf.com<br>heath@rlf.com<br>steiger@rlf.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: ULBWW-WDQIH-VFCP4-NRGIS

Page 3 of 3