IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 19, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

Dated: November 22, 2024

_____
Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 22nd day of November, 2024 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **Exhibit A**

Case 24-10831-KBO    Doc 1046    Filed 11/22/24    Page 3 of 8



## Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Adabunu,Adele | Address Redacted | | | | |
| Adkisson,Alyssa | Address Redacted | | | | |
| Alexander,Blake Frederick | Address Redacted | | | | |
| Alexander,Janaya | Address Redacted | | | | |
| Alipour,Sara | Address Redacted | | | | |
| Almeida,Abigail | Address Redacted | | | | |
| Almonte,Nicholas | Address Redacted | | | | |
| Al-Sharifi,Ali Ahmed Ali Majid | Address Redacted | | | | |
| Ankoma-Mensah,Paapa Kweku | Address Redacted | | | | |
| Antonious,Carol | Address Redacted | | | | |
| Armstrong,Keira | Address Redacted | | | | |
| Arnoso,Carla | Address Redacted | | | | |
| Bailey,Vanaeya | Address Redacted | | | | |
| Balliet,Brittany | Address Redacted | | | | |
| Banda,Delaney | Address Redacted | | | | |
| Barker,Jaden Doyle | Address Redacted | | | | |
| Beard,Sierra Beard Katelynne Rachelle | Address Redacted | | | | |
| BH Textile Inc | 246 W 38th St | Rm 1103 | New York | NY | 10018-9072 |
| Bloss,Cynthia | Address Redacted | | | | |
| Bloss,Scott | Address Redacted | | | | |
| Boese,Alexa E | Address Redacted | | | | |
| Bongiovanni,Jena | Address Redacted | | | | |
| Brittany Lawson | Address Redacted | | | | |
| Broadus,Janajala | Address Redacted | | | | |
| Brown,Jasmine | Address Redacted | | | | |
| Bucolt,Olivia | Address Redacted | | | | |
| Bustos,Taylor | Address Redacted | | | | |
| Calhoun,Bryant | Address Redacted | | | | |
| Cangas,Natalie Marie | Address Redacted | | | | |
| Cao Y.,Jun H H | Address Redacted | | | | |
| Carlson,Cole | Address Redacted | | | | |
| Carucci,Dominic Salvatore | Address Redacted | | | | |
| Causeway, LLC a/k/a Greater Lakeside Corp. | 885 2nd Ave | Fl 3 | New York | NY | 10017-2251 |
| Cerisier,Carissa | Address Redacted | | | | |
| Chambers,Lashell | Address Redacted | | | | |
| Charron,Alicia | Address Redacted | | | | |
| Colombo Real,Davide | Address Redacted | | | | |
| Cornish,Travis J | Address Redacted | | | | |
| Crossroads Mall Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Cypher,Laura | Address Redacted | | | | |

<3>In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 6</3>



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Daniel Herzog | Address Redacted | | | | |
| Dennis,Caryn A. | Address Redacted | | | | |
| Dennis,Ta'Jah L | Address Redacted | | | | |
| Deyarmin,Cortnee L | Address Redacted | | | | |
| Dhanapal,Karthik | Address Redacted | | | | |
| Diarza Nieves,Letishya M | Address Redacted | | | | |
| Diaz,Jennifer | Address Redacted | | | | |
| Dixon,Brittney | Address Redacted | | | | |
| Elena Gutierrez | Address Redacted | | | | |
| Escobar,John B | Address Redacted | | | | |
| Espaillat,Elijah | Address Redacted | | | | |
| Fernandez,Stella | Address Redacted | | | | |
| Forbes,Rebekah S | Address Redacted | | | | |
| Ford,Kenisha N. | Address Redacted | | | | |
| France,Mitch | Address Redacted | | | | |
| Freeman,Jonah | Address Redacted | | | | |
| Frensley,Natalee G | Address Redacted | | | | |
| Gamez,Veronica Janet | Address Redacted | | | | |
| Garcia,Ana | Address Redacted | | | | |
| Garza,Alina L | Address Redacted | | | | |
| Gasparini,Linda Maria | Address Redacted | | | | |
| Goldschlag,Marielle | Address Redacted | | | | |
| Goodman,Zenobia | Address Redacted | | | | |
| Granados,Faviola | Address Redacted | | | | |
| Grant,Jadah | Address Redacted | | | | |
| Gundawar,Parag Sudhakarrao | Address Redacted | | | | |
| Guy,Char'Le Tyshone | Address Redacted | | | | |
| Guzman,Rosalind | Address Redacted | | | | |
| Hackal,Keri Anne | Address Redacted | | | | |
| Hafer,Nicholas Gregory | Address Redacted | | | | |
| Hairston,Marlena | Address Redacted | | | | |
| Hamdan,Hanin | Address Redacted | | | | |
| Hanson,Craig | Address Redacted | | | | |
| Harvey,Jamara Niedra | Address Redacted | | | | |
| Headley,Nikki | Address Redacted | | | | |
| Hemrajani,Arav | Address Redacted | | | | |
| Hernandez,Brian | Address Redacted | | | | |
| Hernandez,Edilson | Address Redacted | | | | |
| Hiatt,Madison | Address Redacted | | | | |
| Hickmon,Nancy E | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 6



## Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Holdridge,Fallon | Address Redacted | | | | |
| Hooker,Kortlynn | Address Redacted | | | | |
| Infogroup, Cross Country Computer | 1488 Deer Park Ave | | North Babylon | NY | 11703-1208 |
| Isaac,Nicole E | Address Redacted | | | | |
| Jahanshahi,Gilda | Address Redacted | | | | |
| Jai Dior Hawkins | Address Redacted | | | | |
| James Lucariello | Address Redacted | | | | |
| Jimenez Martinez,Lizette | Address Redacted | | | | |
| Johnson,Danaya N | Address Redacted | | | | |
| Jones,Hannah Faith | Address Redacted | | | | |
| Jones,Tori L. | Address Redacted | | | | |
| Joseph,Angelik | Address Redacted | | | | |
| Joseph,Delaney | Address Redacted | | | | |
| Joyce,Stephen Robert | Address Redacted | | | | |
| Kadrmas,Kristopher | Address Redacted | | | | |
| Kang-Innie,Sylvia | Address Redacted | | | | |
| Karavan,Jennifer Tatyana | Address Redacted | | | | |
| Karpan,Alanna | Address Redacted | | | | |
| Katakam,Mounika | Address Redacted | | | | |
| Khwaja,Abdullah | Address Redacted | | | | |
| Knox,Thomas Clifford | Address Redacted | | | | |
| Koppelman,Chrystianna | Address Redacted | | | | |
| Korn,Andrew | Address Redacted | | | | |
| Krockta,Morgan | Address Redacted | | | | |
| Lacava,Jessica | Address Redacted | | | | |
| Lackovic,Alyssa Christine | Address Redacted | | | | |
| Lackovic,Joshua | Address Redacted | | | | |
| Lavista,Brianna Paige | Address Redacted | | | | |
| Leonardo,Taylor | Address Redacted | | | | |
| Light,Kelsey A | Address Redacted | | | | |
| Lindale Mall Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Lobe,Jeffrey | Address Redacted | | | | |
| Loyd,Bella | Address Redacted | | | | |
| Lynch,Taylor | Address Redacted | | | | |
| Maccormack,Michael D | Address Redacted | | | | |
| Machyo,Unathi N. | Address Redacted | | | | |
| Manriquez,Jordan Cayne | Address Redacted | | | | |
| Martinez,Leydis | Address Redacted | | | | |
| Maurer,Michael | Address Redacted | | | | |
| Max Gardner | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 6



## Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Mcdonald,Sadie | Address Redacted | | | | |
| Mcduffie,Reyquan Lavan | Address Redacted | | | | |
| McHarris,Hannah | Address Redacted | | | | |
| Mckinley Mall Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Mcleod,Stephanie | Address Redacted | | | | |
| Mederos,Roxana | Address Redacted | | | | |
| Mendoza,Destiny Guadalupe | Address Redacted | | | | |
| Meyer,Jillian Rachelle | Address Redacted | | | | |
| Miller,Brianna R | Address Redacted | | | | |
| Minaya,Carolina | Address Redacted | | | | |
| Mingo,Sharhonda | Address Redacted | | | | |
| Miranda,Mya | Address Redacted | | | | |
| Montgomery,Jushannie | Address Redacted | | | | |
| Moore,Aryma Mya | Address Redacted | | | | |
| Morgan,Rachel Leigh | Address Redacted | | | | |
| Morris,Almeta | Address Redacted | | | | |
| Morris,Kiana | Address Redacted | | | | |
| Mueller,Brecken | Address Redacted | | | | |
| Muhammad,Maryam | Address Redacted | | | | |
| Nagy,Michael Troy | Address Redacted | | | | |
| Nash,Maia | Address Redacted | | | | |
| Nickens,Zaniah | Address Redacted | | | | |
| Niederer,Kirsten | Address Redacted | | | | |
| Nielsen,Sigrid Kristiane | Address Redacted | | | | |
| North Town Mall Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Northwood Mall Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Oberst,Elena | Address Redacted | | | | |
| Orr,Nanee | Address Redacted | | | | |
| Osouna,India | Address Redacted | | | | |
| Oviedo,Daniel Edgar | Address Redacted | | | | |
| Owens,Michael | Address Redacted | | | | |
| Paige,Nikaya | Address Redacted | | | | |
| Park-Danaher,Amanda M | Address Redacted | | | | |
| Patel,Mihir | Address Redacted | | | | |
| Pesantez-Fermin,Jackie S | Address Redacted | | | | |
| Peyton,Jacqueline | Address Redacted | | | | |
| Postorivo,Angelina | Address Redacted | | | | |
| Pretty,Jahvona | Address Redacted | | | | |
| Puda,Jacqueline G | Address Redacted | | | | |
| Ramos,Thais Rowena | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 4 of 6



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Raspardo,Jessica | Address Redacted | | | | |
| Ravenell,Amanda | Address Redacted | | | | |
| Rivera,Anjelie M | Address Redacted | | | | |
| Roberts,Brea | Address Redacted | | | | |
| Roberts,Christopher | Address Redacted | | | | |
| Robinson Mall Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Roblero,Josephine Jasmine | Address Redacted | | | | |
| Rodimel,Olivia | Address Redacted | | | | |
| Rodriguez,Bryan | Address Redacted | | | | |
| Rodriguez,Camilo | Address Redacted | | | | |
| Roldan,Nichole | Address Redacted | | | | |
| Roldan,Nichole N | Address Redacted | | | | |
| Rolling Oaks Mall Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Rosales,Dameon M | Address Redacted | | | | |
| Rose,Amira | Address Redacted | | | | |
| Salas,Emmily Angelina | Address Redacted | | | | |
| Samaniego,Diego | Address Redacted | | | | |
| Samuel,Nehemie | Address Redacted | | | | |
| Sargent,Samantha Lynn | Address Redacted | | | | |
| Scratch Events, LLC | 315 Meserole St | Ste B7 | Brooklyn | NY | 11206-1765 |
| Shuksta,Taylor Krystyna | Address Redacted | | | | |
| Simon,Christena E | Address Redacted | | | | |
| Smead,Lisa | Address Redacted | | | | |
| Smith,Casey | Address Redacted | | | | |
| Smith,Marvin | Address Redacted | | | | |
| Stylitics, Inc. | 150 W 22nd St | Fl 11 | New York | NY | 10011-9413 |
| Sylvain,Gaelta | Address Redacted | | | | |
| Taiwo,Bisola | Address Redacted | | | | |
| Titus,Casey Belle | Address Redacted | | | | |
| Toaimah,Nahed M | Address Redacted | | | | |
| Todd,Cristina M | Address Redacted | | | | |
| Torres,Beatriz | Address Redacted | | | | |
| Torres,Carlos | Address Redacted | | | | |
| Toto,Cole | Address Redacted | | | | |
| Tracer Labs, Inc. | 722 Broadway | Apt 2 | New York | NY | 10003-0901 |
| Trano,Jadyn | Address Redacted | | | | |
| Trano,Jadyn Alessia | Address Redacted | | | | |
| Triangle Town Center Realty Holding LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Triangle Town Center Realty Holdings LLC | 1350 6th Ave | Rm 1925 | New York | NY | 10019 |
| Troutman,Abney | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 5 of 6



# Exhibit A
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Trujillo,Antony | Address Redacted | | | | |
| Vickery,Jacob | Address Redacted | | | | |
| Vieira,Kaitlyn | Address Redacted | | | | |
| Vilmo,Sierra Rose | Address Redacted | | | | |
| Warder,Amy L | Address Redacted | | | | |
| Warren,Nathaniel G | Address Redacted | | | | |
| Washam,Amber Renee | Address Redacted | | | | |
| Wedderburn,Akiva A | Address Redacted | | | | |
| White,Jaaleah | Address Redacted | | | | |
| Wickel,Samantha Elizabeth | Address Redacted | | | | |
| Wickliff,Spencer | Address Redacted | | | | |
| Williams,Jasmine | Address Redacted | | | | |
| Williams,John | Address Redacted | | | | |
| Williams,John Wayne | Address Redacted | | | | |
| Williams,Lauren Skye | Address Redacted | | | | |
| Williams,Sondra | Address Redacted | | | | |
| Wilson,Ginna E. | Address Redacted | | | | |
| Wondersauce LLC | 41 W 25th St | Fl 6 | New York | NY | 10010-2048 |
| Workman,Warner | Address Redacted | | | | |
| Yang,Audrey | Address Redacted | | | | |
| Young,Wendy M | Address Redacted | | | | |
| Ziebell,Sarah | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 6 of 6