## Exhibit 1

**Assumed Contracts**

| No.[1] | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | Blue Yonder (formerly JDA) | Blue Yonder (formerly JDA) | Schedule 1-A: Initial Software & Maintenance dated June 26, 2009 | IT | $230,732.74 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | Blue Yonder (formerly JDA) | Blue Yonder (formerly JDA) | Schedule 2-A: Additional Software and Maintenance Schedule dated November 28, 2011  Schedule 2-B: Standard Software, Documentation and Additional Terms Schedule, dated November 28, 2011 | IT | | PHOENIX Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty

| No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3. | Blue Yonder (formerly JDA) | Blue Yonder (formerly JDA) | Schedule 3-A: Additional Licensed Software & Maintenance dated March 27, 2015<br><br>Schedule 3-B: Standard Software, Documentation and Additional Terms Schedule, dated March 27, 2015 | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 4. | Blue Yonder (formerly JDA) | Blue Yonder (formerly JDA) | Schedule 4-A: Additional Software and Maintenance Schedule dated December 5, 2018 | IT | | PHOENIX Retail, LLC | 6/21/2024 |
| 5. | Blue Yonder (formerly JDA) | Blue Yonder (formerly JDA) | Amendment to Master Agreement: Maintenance dated March 15, 2023 | IT | | PHOENIX Retail, LLC | 6/21/2024 |