IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 269, 1015 |

**NOTICE OF AMENDED SCHEDULE TO NOTICE OF REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON SCHEDULE 1 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on May 17, 2024 the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors"), approving procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [Docket No. 269] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, the Debtors filed written notice [Docket No. 1015] (the "Original Rejection Notice") on November 19, 2024, notifying you that they had determined, in the exercise of their business judgment, that each

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used and not otherwise defined herein have the meanings given to them in the Motion.

Contract set forth on **Schedule 2** attached to the Original Rejection Notice was to be rejected effective as of the date (the "Rejection Date") set forth in **Schedule 2** of the Original Rejection Notice, or such other date as the Debtors and the counterparty or counterparties to any such Contract agree.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, in the exercise of their business judgment, to remove a certain contract (the "Removed Contract") from **Schedule 2** of the Original Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Original Rejection Notice are incorporated herein by reference and will continue to apply to the contracts listed on **Schedule 1** attached hereto. These contracts listed on **Schedule 1** will be deemed rejected effective as of the Rejection Date, or such other date as the Debtors and the counterparty or counterparties to any such contract agree.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Schedule 2** is a redline to the **Schedule 2** attached to the Original Rejection Notice, reflecting the Removed Contract. The Removed Contract will not be deemed rejected as of the Rejection Date.

Dated: November 26, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Michael W. Yurkewicz* | |
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Michael W. Yurkewicz (DE Bar No. 4165) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | Nicholas M. Adzima (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 601 Lexington Avenue |
| Telephone: (302) 426-1189 | New York, New York 10022 |
| Facsimile: (302) 426-9193 | Telephone: (212) 446-4800 |
| Email: dpacitti@klehr.com | Facsimile: (212) 446-4900 |
|        myurkewicz@klehr.com | Email: joshua.sussberg@kirkland.com |
|        aradvanovich@klehr.com |        emily.geier@kirkland.com |
| | nicholas.adzima@kirkland.com |
| -and- | |
| | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | |
| 1835 Market Street, Suite 1400 | Charles B. Sterrett (admitted *pro hac vice*) |
| Philadelphia, Pennsylvania 19103 | 333 West Wolf Point Plaza |
| Telephone: (215) 569-3007 | Chicago, Illinois 60654 |
| Facsimile: (215) 568-6603 | Telephone: (312) 862-2000 |
| Email: mbranzburg@klehr.com | Facsimile: (312) 862-2200 |
| | Email: charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors* | *Co-Counsel for the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

**Schedule 1**

**Rejected Contracts**

**Contracts to be Rejected**

| Counterparty Name | Counterparty Address | Debtor Counterparty | Contract Description | Contract Details | Rejection Date |
|---|---|---|---|---|---|
| 66Degrees Holdings, LLC [Pandera Systems, LLC] | 66degrees Holdings, LLC 2 International Place Boston, MA 02110 | Express, LLC | Resale Agreement with Commit signed 12/20/21 and Chronicle License Order Form Addendum and Order Form dated September 2023 | Chronicle Licenses and Products from Google Cloud | 7/31/2024 |
| Navex Global, Inc. | 5500 Meadows Road, Suite 500 Lake Oswego, OR 97035 | Express, LLC | First Amendment to Master Services Agreement dated 4/28/17 as amended by First Amendment to Master Services Agreement dated 3/19/24 | Ethics hotline | 11/30/24 |
| Xariable, Inc. d/b/a Loop | PO Box 16250 Columbus, OH 43216 | Express, LLC | Service Agreement effective 7/20/2020 | Subscription license for product returns, refunds, and exchanges for retail stores | 10/14/24 |
| Shopify | Shopify, Inc, 150 Elgin Street, Suite 800, Ottawa, ON, K2P 1L4 | Express, LLC | Customer Agreement effective 6/14/19 | Hosted commerce services | 10/15/2024 |

| Alorica | 5161 California Ave., Suite 100 Irvine CA, 92617 | Express, LLC | Master Services Agreement dated 10/7/24 | Customer Care | 9/21/24 |
|---|---|---|---|---|---|
| Mirakl | 212 Elm Street, Suite 400, Somerville, MA 02144 | Express, LLC | Order Form dated January 31, 2024 | E-commerce Marketplace | 7/2/24 |

2

**Schedule 2**

**Redline to the Original Rejection Notice**

**Contracts to be Rejected**

| Counterparty Name | Counterparty Address | Debtor Counterparty | Contract Description | Contract Details | Rejection Date |
|---|---|---|---|---|---|
| 66Degrees Holdings, LLC [Pandera Systems, LLC] | 66degrees Holdings, LLC 2 International Place Boston, MA 02110 | Express, LLC | Resale Agreement with Commit signed 12/20/21 and Chronicle License Order Form Addendum and Order Form dated September 2023 | Chronicle Licenses and Products from Google Cloud | 7/31/2024 |
| Navex Global, Inc. | 5500 Meadows Road, Suite 500 Lake Oswego, OR 97035 | Express, LLC | First Amendment to Master Services Agreement dated 4/28/17 as amended by First Amendment to Master Services Agreement dated 3/19/24 | Ethics hotline | 11/30/24 |
| Xariable, Inc. d/b/a Loop | PO Box 16250 Columbus, OH 43216 | Express, LLC | Service Agreement effective 7/20/2020 | Subscription license for product returns, refunds, and exchanges for retail stores | 10/14/24 |
| Shopify | Shopify, Inc, 150 Elgin Street, Suite 800, Ottawa, ON, K2P 1L4 | Express, LLC | Customer Agreement effective 6/14/19 | Hosted commerce services | 10/15/2024 |
| ~~Iron Mountain~~ | ~~Iron Mountain Information Management LLC~~ | ~~Express, LLC~~ | ~~Customer Agreement effective 2/1/24~~ | ~~Document storage and shredding~~ | ~~11/15/24~~ |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | ~~1101 Enterprise Drive, 7th Floor Royersford, PA 19468~~ |  |  |  |  |
| Alorica | 5161 California Ave., Suite 100 Irvine CA, 92617 | Express, LLC | Master Services Agreement dated 10/7/24 | Customer Care | 9/21/24 |
| Mirakl | 212 Elm Street, Suite 400, Somerville, MA 02144 | Express, LLC | Order Form dated January 31, 2024 | E-commerce Marketplace | 7/2/24 |

2