**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: December 17, 2024 at 4:00 p.m. (ET) |

**SUMMARY OF THIRD MONTHLY FEE APPLICATION OF KPMG LLP**
**PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO**
**THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED FOR THE PERIOD OF AUGUST 1, 2024 THROUGH OCTOBER 31, 2024**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 21, 2024 *Effective as of* April 22, 2024 |
| Period for which compensation and reimbursement is sought: | August 1, 2024 through October 31, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $31,716.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: ___X___ Monthly _____ Interim _____ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Prior Fee Applications Filed:**

| | | | | Total | | Requested | | |
| Month | Period Covered | Date Filed | Docket Number | Fees (@100%) | Expenses (@100%) | Fees (@80%) | Expenses (@100%) | Total Holdback Fees Requested: (@20%) |
|---|---|---|---|---|---|---|---|---|
| 1 | 4/22/24 - 6/30/24 | 08/09/24 | 710 | $ 20,883.90 | $ - | $16,707.12 | $ - | $ 4,176.78 |
| 2 | 07/01/24 - 07/31/24 | 09/11/24 | 813 | $ 8,936.40 | $ - | $ 7,149.12 | $ - | $ 1,787.28 |
| Total | | | | $ 29,820.30 | $ - | $23,856.24 | $ - | $ 5,964.06 |

*Prior Monthly Fee Statements Filed*

**Prior Interim Fee Applications Filed:**

| | | | | | | | | Prior Interim Fee Applications Filed |
| Interim Period | Docket Number | Date Filed | Period Covered | Total Fees | Total Expenses | Total Requested | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1st | 880 | 10/04/24 | 04/22/24 - 07/31/24 | $ 29,820.30 | $ - | $ 23,856.24 | $ - | $ 5,964.06 |
| Total | | | | $ 29,820.30 | $ - | $ 23,856.24 | $ - | $ 5,964.06 |

**ATTACHMENT B**
**TO FEE APPLICATION**
**COMPENSATION BY PROFESSIONAL**

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Annika Erickson | Associate, Tax | 48.1 | $ 318 | $ 15,295.80 |
| Celeste Campbell | Manager, Bankruptcy | 6.6 | $ 255 | $ 1,683.00 |
| Chloe Boustany | Senior Associate, Tax | 7.7 | $ 426 | $ 3,280.20 |
| Danny Lall | Senior Manager, Tax | 1.0 | $ 756 | $ 756.00 |
| Dave Perry | Senior Manager, Tax | 2.2 | $ 693 | $ 1,524.60 |
| Gregory Ruud | Managing Director, Tax | 1.6 | $ 718 | $ 1,148.80 |
| Jessica Slean | Managing Director, Tax | 7.5 | $ 816 | $ 6,120.00 |
| Teresa Williams | Associate, Bankruptcy | 10.6 | $ 180 | $ 1,908.00 |
| | | | | |
| | | | | |
| **Hours and Fees at Discounted Rates** | | **85.3** | | **$ 31,716.40** |
| | | | | |
| **Total Discounted Fees** | | | | **$ 31,716.40** |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 31,716.40** |
| Less Holdback Adjustment (20%) | | | | $ (6,343.28) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 25,373.12** |
| | | | | |
| **Blended Rate** | | | **$ 371.82** | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Research Credit Services | 64.3 | $ 25,452.00 |
| Retention Services | 0.0 | $ - |
| Fee Application Preparation Services | 17.2 | $ 3,591.00 |
| Tax Examination Assistance Services | 0.0 | $ - |
| Tax Controversy Services | 3.8 | $ 2,673.40 |
| **Total** | **85.3** | **$ 31,716.40** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: December 17, 2024 at 4:00 p.m. (ET)** |

**THIRD MONTHLY FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD OF AUGUST 1, 2024 THROUGH OCTOBER 31, 2024**

KPMG LLP,[2] ("KPMG") as tax compliance and tax consulting service providers to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") files this Third Monthly Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules (the "Local Rules") of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court") and this *Court's Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief, dated May 14, 2024 (*the "Interim Compensation Order") [Docket No. 223]. By

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from August 1, 2024 through and including October 31, 2024 (the "Compensation Period"), in the amount of $31,716.40 (80% of which is $25,373.12) and respectfully represents:

**Background**

1.      On April 22, 2024 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code.  On May 23, 2024, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors (the "Creditors' Committee") [Docket No. 127].  No trustee or examiner has been appointed in this Chapter 11 Case to date.

2.      On June 3, 2024 the Debtors filed an *Application of the Debtors for an Entry of an Order (I), Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d)* (the "Retention Application") [Docket No. 355] and in support of the Retention Application, the Debtors submitted the Declaration of Brian C. Campbell (the "Campbell Declaration").

3.      By this Court's Order, dated June 21, 2024 [Docket No. 501] (the "Retention Order"), the Debtors were authorized to retain KPMG to provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

4.      Pursuant to paragraph 10 of the Retention Application and paragraph 7 of the Retention Order, KPMG may enter into additional engagement letter(s) and may file such engagement letters with the Court.  The Debtors have entered into Additional Agreements with KPMG, pursuant to the terms of the Retention Order, as filed on June 14, 2024 [Docket No. 468].

### Jurisdiction

5.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

### Summary of Application

6.      During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtor and its estate and not on behalf of any committee, creditor, or other person.  By this Application, KPMG requests allowance of monthly compensation of professional fees totaling $31,716.40, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of fees or $25,373.12 and reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket expenses in the amount of $0.00.

### Summary of Services Rendered During the Compensation Period

7.      This Application is KPMG's Third Monthly Fee Application for compensation and expense reimbursement filed in this chapter 11 case.  During the Compensation Period, KPMG provided significant professional services to the Debtor in their efforts to navigate their business through the chapter 11 process.

8.      Set forth below is a summary of the significant professional services that KPMG rendered to the Debtor during the Compensation Period and annexed hereto as **Exhibit A** is a chart depicting KPMG professionals who rendered these services.

**Research Credit Services**

KPMG continued providing Research Credit Services with regard to the FY23 tax year (the "Credit Year") including:

      (a)     Identifying and documenting qualified research activities and related expenditures;

      (b)     Calculating and documenting the base amount, including required adjustments for acquisitions, dispositions, and the consistency rule; and

      (c)     Calculating the federal and state credits for the Credit Year.

**Retention Services**

Services included assisting with the preparation of a supplemental declaration that was filed with the Court.

**Fee Application Preparation**

The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in this case have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the monthly fee applications.

**Tax Controversy Services**

KPMG represented the Debtors in its current non-income tax examinations in Ohio as appropriate and necessary.

Assisted the Debtor in preparing submissions in response to state taxing authority inquiries.

Met with the state taxing authority examination teams as appropriate and necessary.

9.    During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $180 to $816 per hour.  The rates reflected in this Application represent up to a 55% discount from KPMG's standard rates.  Of the aggregate time expended, 9.1 hours were expended by managing directors, 3.2 hours were expended by senior managers, 6.6 hours were expended by managers and 66.4 hours were expended by senior associates and associates.  KPMG's blended hourly rate services provided during the Compensation Period is $371.82.

10.    In addition to Attachment B, a summary of the hours and fees incurred by professional, and category is annexed hereto as **Exhibit A** and **Exhibit B**, respectively, and described in detail in the time records annexed hereto as **Exhibits C1 – C5**.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with this chapter 11 case and such records are maintained in the ordinary course of business.

11.    KPMG charges its fees in this case in accordance with the terms set forth in the Retention Application and the corresponding Campbell Declaration.  The fees applied for herein are based on the usual and customary fees KPMG charges to its clients and are commensurate with the usual and customary rates charged for services performed.

12.    KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtor in this case to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in this chapter 11 case.

13.    The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of this case.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtor's estate, to work efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

14.    During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtor.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of this case; and (b) have been provided in a cost-efficient manner.

15.    Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person, or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

16.    As set forth on **Exhibit D**, annexed hereto, KPMG is not seeking reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

**Conclusion**

WHEREFORE, KPMG respectfully requests that, pursuant to the Interim Compensation Order, KPMG is (i) allowed monthly compensation of professional fees totaling $31,716.40, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of requested

fees or $25,373.12; (ii) allowed reimbursement of expenses billed during the Compensation Period of $0.00; (iii) authorized to be paid its allowed fees and expenses for the Compensation Period; and (iv) granted such other and further relief as the Court may deem proper.

Dated:  November 26, 2024

Respectfully submitted,


*/s/ Brian C. Campbell*

KPMG LLP

Brian C. Campbell
Partner
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, Ohio 43215
(614) 249-1879

**EXHIBIT A**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
August 1, 2024 through October 31, 2024

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Annika Erickson | Associate, Tax | 48.1 | $ | 318 | $ | 15,295.80 |
| Celeste Campbell | Manager, Bankruptcy | 6.6 | $ | 255 | $ | 1,683.00 |
| Chloe Boustany | Senior Associate, Tax | 7.7 | $ | 426 | $ | 3,280.20 |
| Danny Lall | Senior Manager, Tax | 1.0 | $ | 756 | $ | 756.00 |
| Dave Perry | Senior Manager, Tax | 2.2 | $ | 693 | $ | 1,524.60 |
| Gregory Ruud | Managing Director, Tax | 1.6 | $ | 718 | $ | 1,148.80 |
| Jessica Slean | Managing Director, Tax | 7.5 | $ | 816 | $ | 6,120.00 |
| Teresa Williams | Associate, Bankruptcy | 10.6 | $ | 180 | $ | 1,908.00 |
| **Hours and Fees at Discounted Rates** | | **85.3** | | | **$** | **31,716.40** |
| **Total Discounted Fees** | | | | | **$** | **31,716.40** |
| Out of Pocket Expenses | | | | | $ | - |
| **Total Fees & Out of Pocket Expenses** | | | | | **$** | **31,716.40** |
| Less Holdback Adjustment (20%) | | | | | $ | (6,343.28) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$** | **25,373.12** |
| **Blended Hourly Rate** | | | **$** | **371.82** | | |

**EXHIBIT B**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Summary of Hours and Discounted Fees Incurred by Category
August 1, 2024 through October 31, 2024

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Research Credit Services | C1 | 64.3 | $ 25,452.00 |
| Retention Services | C2 | 0.0 | $ - |
| Fee Application Preparation Services | C3 | 17.2 | $ 3,591.00 |
| Tax Examination Assistance Services | C4 | 0.0 | $ - |
| Tax Controversy Services | C5 | 3.8 | $ 2,673.40 |
| **Total** | | **85.3** | **$ 31,716.40** |

**EXHIBIT C1**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Research Credit Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 08/05/24 | (1.5) Continued, as of 08/05/24, to create the Express credit calculation workbook by adding in the employees in qualified departments in order to determine their qualified percentages and wage QREs. | 1.5 | $ 318 | $ 477.00 |
| Annika Erickson | 08/07/24 | (0.9) Prepared a QRE summary tab, credit calculation, disclaimer tab and PY QRE credit details to the Express Credit Calculation Workbook,  (0.1) Emailed workbook to C. Boustany (KPMG) for review. | 1.0 | $ 318 | $ 318.00 |
| Annika Erickson | 08/09/24 | (.1) Email communication to M. Gillespie (Express) detailing the items that are still outstanding, as of 08/09/24. | 0.1 | $ 318 | $ 31.80 |
| Chloe Boustany | 08/09/24 | (.2) Teams call with A. Erickson and C. Boustany (KPMG) to discuss the items for the Express project that are still outstanding, as of 08/09/24. | 0.2 | $ 426 | $ 85.20 |
| Annika Erickson | 08/09/24 | (.2) Teams call with A. Erickson and C. Boustany (KPMG) to discuss the items for the Express project that are still outstanding, as of 08/09/24. | 0.2 | $ 318 | $ 63.60 |
| Annika Erickson | 09/17/24 | (0.2) Meeting with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss the progress and next steps, as of 09/17/24, for the Express project, focusing on calculations and data collection for R&D and 174. | 0.2 | $ 318 | $ 63.60 |
| Danny Lall | 09/17/24 | (0.2) Meeting with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss the progress and next steps, as of 09/17/24, for the Express project, focusing on calculations and data collection for R&D and 174. | 0.2 | $ 756 | 151.20 |
| Jessica Slean | 09/17/24 | (0.2) Meeting with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss the progress and next steps, as of 09/17/24, for the Express project, focusing on calculations and data collection for R&D and 174. | 0.2 | $ 816 | 163.20 |
| Chloe Boustany | 09/17/24 | (0.2) Meeting with J. Slean, D. Lall, C. Boustany and A. Erickson (KPMG) to discuss the progress and next steps, as of 09/17/24, for the Express project, focusing on calculations and data collection for R&D and 174. | 0.2 | $ 426 | 85.20 |
| Annika Erickson | 09/17/24 | (0.5) Reviewed, as of 09/17/24, the PBC documentation in order to determine how the apparel supply and contract research costs were calculated regarding Express. | 0.5 | $ 318 | $ 159.00 |

**EXHIBIT C1**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Research Credit Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Annika Erickson | 09/17/24 | (1.0) Began to create the Section 174 workbook related to Express. | 1.0 | $ 318 | $ 318.00 |
| Chloe Boustany | 09/20/24 | Updates, as of 09/20/24, to the 174 computation including incorporating the book to tax reconciliation in the computations related to Express.. | 0.3 | $ 426 | $ 127.80 |
| Annika Erickson | 09/20/24 | (1.3) Continued, as of 09/20/24, to review the PBC documentation in order to understand how supply costs were calculated and what documents are required from the client. | 1.3 | $ 318 | $ 413.40 |
| Chloe Boustany | 09/20/24 | (3.5) Senior Associate review, as of 09/20/24, of the Express R&D credit calculations prepared by A. Erickson (KPMG) that was based off of PY assumptions which included checking the imports, assumptions as well as PY scoping for reasonableness, concurrently adding in manual inputs to the formulas for certain overrides. | 3.5 | $ 426 | $ 1,491.00 |
| Annika Erickson | 09/23/24 | (.3) Email communication to M. Gillespie (Express) to request information regarding the supply and CR costs for Express. | 0.3 | $ 318 | $ 95.40 |
| Chloe Boustany | 09/23/24 | (0.5) Drafting final review comments for the 2023 R&D credit calculation on behalf of Express.    (0.5) Senior Associate reviewed, as of 09/23/24, the PY supplies calculation and PBC needed to compute for CY for Express. | 1.0 | $ 426 | $ 426.00 |
| Annika Erickson | 09/24/24 | (1.3) Review, as of 09/24/24,the client provided documentation in order to determine how it can be used to calculate supply costs related to Express. | 1.3 | $ 318 | $ 413.40 |
| Annika Erickson | 09/25/24 | (1.5) Continued, as of 09/25/24, review of the client provided documentation in order to determine how it can be used to calculate supply costs and creating draft calculations related to Express. | 1.5 | $ 318 | $ 477.00 |
| Danny Lall | 10/02/24 | (0.1)  Call with A. Erickson and D. Lall (KPMG) to discuss the use of supplies and CR in the RD calculations. | 0.1 | $ 756 | $ 75.60 |
| Annika Erickson | 10/02/24 | (0.1)  Call with A. Erickson and D. Lall (KPMG) to discuss the use of supplies and CR in the RD calculations. | 0.1 | $ 318 | $ 31.80 |
| Annika Erickson | 10/02/24 | (0.1) Email communication to M. Gillespie (Express) to discuss the use of supplies and CR in the RD calculations for Express. | 0.1 | $ 318 | $ 31.80 |

**EXHIBIT C1**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Research Credit Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Annika Erickson | 10/02/24 | (0.3) Drafted email communication to D. Lall (KPMG) summarizing the results and impacts of the Supplies and CR calculations for Express, as of 10/02/24. | 0.3 | $ 318 | $ 95.40 |
| Annika Erickson | 10/02/24 | (.5) Call with C. Boustany and A. Erickson (KPMG) regarding the 174 computation / journal entries for supplies including the contract research in the R&D credit. | 0.5 | $ 318 | $ 159.00 |
| Chloe Boustany | 10/02/24 | (.5) Call with C. Boustany and A. Erickson (KPMG) regarding the 174 computation / journal entries for supplies including the contract research in the R&D credit. | 0.5 | $ 426 | $ 213.00 |
| Annika Erickson | 10/02/24 | (0.4) Reviewed, as of 10/02/24, the PBC documentation in order to determine a valid method of estimating CY supply and CR expenses related to Express. | 0.4 | $ 318 | $ 127.20 |
| Annika Erickson | 10/02/24 | (0.8) Began to prepare the journal entries to be utilized in the RD calculations for Express using Alteryx. | 0.8 | $ 318 | $ 254.40 |
| Annika Erickson | 10/02/24 | (3.5) Began creating the supplies and CR RD calculations using estimates based on the PY expenses and current year journal entries for Express. | 3.5 | $ 318 | $ 1,113.00 |
| Annika Erickson | 10/03/24 | (0.5) Call with A. Erickson and D. Lall (KPMG) to review the RD calculations for Express and provide an explanation of how it was created. | 0.5 | $ 318 | $ 159.00 |
| Danny Lall | 10/03/24 | (0.5) Call with A. Erickson and D. Lall (KPMG) to review the RD calculations for Express and provide an explanation of how it was created. | 0.5 | $ 756 | $ 378.00 |
| Annika Erickson | 10/03/24 | (0.5) Updated, as of 10/03/24, the Supply and Contract Research calculations with new formulas for the Express Contract Research QREs. | 0.5 | $ 318 | $ 159.00 |
| Annika Erickson | 10/04/24 | (.4) Updated, as of 10/04/24, the RD calculation workbook in order to clear out the supplies and contract research costs. | 0.4 | $ 318 | $ 127.20 |
| Jessica Slean | 10/04/24 | Partner review, as of 10/04/24, of 2023 R&D credit calculation prepared by KPMG team on behalf of Express. | 0.5 | $ 816 | $ 408.00 |
| Annika Erickson | 10/04/24 | (0.6) Prepared a summary email to J. Slean (KPMG) of the 174 calculations and results related to Express | 0.6 | $ 318 | $ 190.80 |
| Annika Erickson | 10/07/24 | (.5) Drafting an email response to comments received from J. Slean (KPMG) regarding the Express R&D calculation workbook as well as including additional analysis. | 0.5 | $ 318 | $ 159.00 |

**EXHIBIT C1**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Research Credit Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 10/07/24 | (2.3) Reviewed, as of 10/07/24, the comments from J. Slean (KPMG) regarding the Express R&D calculation workbook, concurrently implemented the updates that was requested. | 2.3 | $ 318 | $ 731.40 |
| Annika Erickson | 10/08/24 | (1.0) Drafted an email to J. Slean (KPMG) with the results of the R&D and 174 calculation workbooks as well as analysis and various analytics regarding Express. | 1.0 | $ 318 | $ 318.00 |
| Annika Erickson | 10/08/24 | (3.0) Began to prepare and update, as of 10/08/24, the 174 calculation workbook for Express. | 3.0 | $ 318 | $ 954.00 |
| Annika Erickson | 10/09/24 | (.5) Reviewed, as of 10/09/24, the comments received from J. Slean (KPMG) regarding the 174 calculations for Express. | 0.5 | $ 318 | $ 159.00 |
| Jessica Slean | 10/09/24 | Partner initial review, as of 10/09/24, of Express Section 174 calculations, providing detailed feedback back to team. | 0.8 | $ 816 | $ 652.80 |
| Annika Erickson | 10/09/24 | (1.0) Reviewed, as of 10/09/24, the PY 174 calculations for Express focusing on the mechanics and how it was calculated. | 1.0 | $ 318 | $ 318.00 |
| Chloe Boustany | 10/09/24 | (1.0) Senior Associate review, as of 10/09/24, of 174 calculations prepared by A. Erickson (KPMG) and updates from partner review comments. | 1.0 | $ 426 | $ 426.00 |
| Annika Erickson | 10/09/24 | (2.0) Updated, as of 10/09/24, the 174 calculations in order to meet the new requirements and clear comments. | 2.0 | $ 318 | $ 636.00 |
| Annika Erickson | 10/09/24 | (3.4) Began to create the 174 calculations utilizing the PY format while updating formulas to account for new trial balance. | 3.4 | $ 318 | $ 1,081.20 |
| Chloe Boustany | 10/10/24 | (1.0) Final senior associate review, as of 10/10/24, of the changes to 174 calculations for Express. | 1.0 | $ 426 | $ 426.00 |
| Annika Erickson | 10/10/24 | (2.0) Continued, as of 10/10/24, to create the 174 calculations utilizing the PY format while determining errors in trial balances and updating formulas. | 2.0 | $ 318 | $ 636.00 |
| Annika Erickson | 10/10/24 | (2.1) Updated, as of 10/10/24, the trial balance formatting in order to zero out by utilizing Alteryx. | 2.1 | $ 318 | $ 667.80 |
| Annika Erickson | 10/10/24 | (3.8) Completed the 174 calculations with summaries, PY analysis, notations as well as insuring that data linked / organized correctly and all information was included. | 3.8 | $ 318 | $ 1,208.40 |
| Annika Erickson | 10/11/24 | (.7) Drafted email to M. Gillespie (Express) with analysis of the results of the Express study. | 0.7 | $ 318 | $ 222.60 |

**EXHIBIT C1**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Research Credit Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 10/11/24 | (.8) Began to update, as of 10/11/24, the R&D and 174 calculation deliverables which included hardcoding the workbooks, removal of notes and confidential wages, protecting the workbooks and checking the format. | 0.8 | $ 318 | $      254.40 |
| Jessica Slean | 10/11/24 | Reviewed, as of 10/11/24, the summarized FY23 R&D results for client deliverable version of the R&D workpapers for Express. | 0.8 | $ 816 | $      652.80 |
| Jessica Slean | 10/11/24 | Final review, as of 10/11/24, of full R&D credit workbook for Express. | 1.4 | $ 816 | $   1,142.40 |
| Jessica Slean | 10/11/24 | Partner final review, as of 10/11/24, of full Express Section 174 calculation workbook. | 1.9 | $ 816 | $   1,550.40 |
| Annika Erickson | 10/14/24 | Uploaded the Express deliverables to the SharePoint folder. | 0.4 | $ 318 | $      127.20 |
| Annika Erickson | 10/14/24 | (.6) Updated, as of 10/14/24, the 174 calculations by implementing updates received from J. Slean (KPMG). | 0.6 | $ 318 | $      190.80 |
| Annika Erickson | 10/14/24 | (.8) Prepared summary email to M. Gillespie (Express) detailing the results of the R&D and 174 calculations along with instructions on how to view / access the deliverables. | 0.8 | $ 318 | $      254.40 |
| Annika Erickson | 10/15/24 | (.5) Prepared a summary email to J. Slean (KPMG) with the results of the 174 calculations after the updates. | 0.5 | $ 318 | $      159.00 |
| Annika Erickson | 10/15/24 | Meeting with A. Erickson and J. Slean (KPMG) to review the fixed asset report provided by Express and develop a plan to identify and quantify relevant data for section 174 calculation and incorporate into section 174 study deliverable. | 0.5 | $ 318 | $      159.00 |
| Jessica Slean | 10/15/24 | Meeting with A. Erickson and J. Slean (KPMG) to review the fixed asset report provided by Express and develop a plan to identify and quantify relevant data for section 174 calculation and incorporate into section 174 study deliverable. | 0.5 | $ 816 | $      408.00 |
| Annika Erickson | 10/15/24 | (3.5) Utilized the depreciation schedule provided by Express to begin creating a calculation to be used to determine the amount of depreciation needed that will be added to the 174 calculations in order to put the 174 calculation on a tax basis, rather than book basis. | 3.5 | $ 318 | $   1,113.00 |
| Annika Erickson | 10/16/24 | (.4) Updated, as of 10/16/24, the 174 calculations for Express based on the review by J. Slean (KPMG). | 0.6 | $ 318 | $      190.80 |

**EXHIBIT C1**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Research Credit Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 10/16/24 | (.5) Prepared email to M. Gillespie (Express) relaying the changes and results of the changes to the 174 calculations. | 0.5 | $ 318 | $ 159.00 |
| Annika Erickson | 10/16/24 | (.5) Uploaded the updated files to the Express SharePoint, as of 10/16/24. | 0.5 | $ 318 | $ 159.00 |
| Jessica Slean | 10/16/24 | Partner review, as of 10/16/24, of the FY22 / FY23 depreciation expense analysis prepared by A. Erickson (KPMG) as well as the incorporation in the Section 174 calculation, concurrently updated based on review. | 0.9 | $ 816 | $ 734.40 |
| Jessica Slean | 10/18/24 | Meeting with J. Slean and A. Erickson (KPMG) to discuss the updates made to the Section 174 calculation, as of 10/18/24. | 0.3 | $ 816 | $ 244.80 |
| Annika Erickson | 10/18/24 | Meeting with J. Slean and A. Erickson (KPMG) to discuss the updates made to the Section 174 calculation, as of 10/18/24. | 0.3 | $ 318 | $ 95.40 |
| Annika Erickson | 10/31/24 | (0.2) Meeting with J. Slean, D. Lall, A. Erickson (KPMG) and M. Gillespie (Express) to discuss what is required in terms of a deliverable and presentation of the R&D study in future years based on changes within the client's organization. | 0.2 | $ 318 | $ 63.60 |
| Danny Lall | 10/31/24 | (0.2) Meeting with J. Slean, D. Lall, A. Erickson (KPMG) and M. Gillespie (Express) to discuss what is required in terms of a deliverable and presentation of the R&D study in future years based on changes within the client's organization. | 0.2 | $ 756 | $ 151.20 |
| Jessica Slean | 10/31/24 | (0.2) Meeting with J. Slean, D. Lall, A. Erickson (KPMG) and M. Gillespie (Express) to discuss what is required in terms of a deliverable and presentation of the R&D study in future years based on changes within the client's organization. | 0.2 | $ 816 | $ 163.20 |
| **Total Research Credit Services** | | | **64.3** | | **$ 25,452.00** |

**EXHIBIT C2**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Retention Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no services provided this period* | | | |
| | | **Total Retention Services** | **0.0** | | **$        -** |

**EXHIBIT C3**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Fee Application Preparation Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Teresa Williams | 08/02/24 | 1.1 Completed Express 1st Monthly Narrative to accompany the 4/22 thru 6/30/24 fee application. | 1.1 | $ 180 | $ 198.00 |
| Celeste Campbell | 08/05/24 | Perform manager review of 1st monthly narrative, concurrently cross-checking all docket references and v2 of exhibits | 1.5 | $ 255 | $ 382.50 |
| Teresa Williams | 08/07/24 | 0.1 Prepared Exhibit E in regards to the 1st Monthly fee application for 4/22 through 6/30/24. | 0.1 | $ 180 | $ 18.00 |
| Teresa Williams | 08/07/24 | 0.5 Began to prepare 2nd Monthly fee application for the month of July. | 0.5 | $ 180 | $ 90.00 |
| Celeste Campbell | 08/08/24 | Perform manager review of finalized 1st monthly fee application, concurrently revising in advance of partner approval. | 0.4 | $ 255 | $ 102.00 |
| Teresa Williams | 08/12/24 | 0.6 Continued, as of 08/12, to prepare exhibit C1 for 2nd monthly fee application for Express. | 0.6 | $ 180 | $ 108.00 |
| Teresa Williams | 08/13/24 | 2.1 Continued, as of 8/13, to prepare Exhibit C1 for Express 2nd monthly fee application for the month of July 2024. | 2.1 | $ 180 | $ 378.00 |
| Teresa Williams | 08/14/24 | 0.1 Prepared Exhibit E for 2nd monthly. | 0.1 | $ 180 | $ 18.00 |
| Teresa Williams | 08/15/24 | 1.0 - Finalized Express fee app and narrative for the 2nd monthly in order to forward for review. | 1.0 | $ 180 | $ 180.00 |
| Celeste Campbell | 08/20/24 | Perform manager review of Express 2nd monthly fee statement exhibits (.9), narrative (.6) and certification (.1), concurrently provide comments. | 1.6 | $ 255 | $ 408.00 |
| Celeste Campbell | 08/30/24 | 0.7 Perform manager review of updated Express 2nd narrative(.4), certification (.1) and finalized exhibits (.2) in advance of submission to partner for approval to file. | 0.7 | $ 255 | $ 178.50 |
| Celeste Campbell | 09/03/24 | 0.2 Perform manager review of Express 2nd monthly final deliverable in order to approve for filing. | 0.2 | $ 255 | $ 51.00 |
| Teresa Williams | 09/10/24 | 0.4 Completed 1st Interim for Express to cover the months of April 2024 through July 2024; and (0.1) sent to C. Campbell (KPMG) for manager review. | 0.5 | $ 180 | $ 90.00 |
| Celeste Campbell | 09/11/24 | 0.3 Perform manager review of Express 1st interim, concurrently provide comments / updates. | 0.3 | $ 255 | $ 76.50 |
| Celeste Campbell | 10/02/24 | 1.4 Perform manager review of Express 1st interim full narrative as required in advance of filing, concurrently provide comments (changed to full narrative at direction of counsel). | 1.4 | $ 255 | $ 357.00 |
| Celeste Campbell | 10/04/24 | 0.1 Perform manager review of Express 1st interim certification, provide comments | 0.1 | $ 255 | $ 25.50 |

**EXHIBIT C3**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Fee Application Preparation Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Celeste Campbell | 10/04/24 | 0.2 Perform 2nd manager review of Exp 1st interim narrative, provide comments | 0.2 | $ 255 | $ 51.00 |
| Celeste Campbell | 10/04/24 | 0.2 Perform manager review of finalized 1st interim final deliverable, in advance of submission to partner for approval. | 0.2 | $ 255 | $ 51.00 |
| Teresa Williams | 10/10/24 | Began to prepare Express 3rd monthly fee application, exhibit C1. | 0.4 | $ 180 | $ 72.00 |
| Teresa Williams | 10/11/24 | Continued, as of 10/11, to prepare Express 3rd monthly fee application, exhibit C1. | 0.7 | $ 180 | $ 126.00 |
| Teresa Williams | 10/16/24 | Began to prepare exhibit C3 of 3rd Monthly fee application. | 0.6 | $ 180 | $ 108.00 |
| Teresa Williams | 10/22/24 | Continued, as of 10/22, to prepare Exhibit C1 of the Express 3rd Monthly fee application. | 0.8 | $ 180 | $ 144.00 |
| Teresa Williams | 10/25/24 | Continued, as of 10/25/24, to prepare exhibit C1 of Express 3rd monthly to cover August thru October utilizing incremental detail.. | 0.9 | $ 180 | $ 162.00 |
| Teresa Williams | 10/28/24 | Continued, as of 10/28/24, to prepare exhibit C1 of Express 3rd monthly to cover August thru October utilizing incremental detail.. | 0.4 | $ 180 | $ 72.00 |
| Teresa Williams | 10/29/24 | Continued, as of 10/29/24, to prepare exhibit C3 of Express 3rd monthly to cover August thru October utilizing incremental detail. | 0.2 | $ 180 | $ 36.00 |
| **Total  Fee Application Preparation Services** | | | **17.2** | | **$ 3,591.00** |

**EXHIBIT C4**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Tax Examination Assistance Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no services provided this period* | | | |
| | | **Total Tax Examination Assistance Services** | **0.0** | | $ - |

**EXHIBIT C5**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Tax Controversy Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Dave Perry | 10/15/24 | (0.1) Prepared the required Ohio Power of Attorney document related to Express. | 0.1 | $ 693 | $ 69.30 |
| Gregory Ruud | 10/15/24 | (0.1) Managing Director review and approval, as of 10/15/24, of the completed Ohio Power of Attorney related to Express that was prepared by D. Perry (KPMG). | 0.1 | $ 718 | $ 71.80 |
| Dave Perry | 10/15/24 | Meeting with D. Perry, G. Ruud (KPMG), M. Gillespie and M. Sodl (Express) to discuss Ohio Direct Pay audit including status, scope, and files provided to auditor, as well as next steps, as of 10/15/24, in order for KPMG to assist with remainder of audit. | 0.9 | $ 693 | $ 623.70 |
| Gregory Ruud | 10/15/24 | Meeting with D. Perry, G. Ruud (KPMG), M. Gillespie and M. Sodl (Express) to discuss Ohio Direct Pay audit including status, scope, and files provided to auditor, as well as next steps, as of 10/15/24, in order for KPMG to assist with remainder of audit. | 0.9 | $ 718 | $ 646.20 |
| Dave Perry | 10/24/24 | 0.3  Prepare for call with Ohio auditor by reviewing estimated tax assessment and data supplied by Express. | 0.3 | $ 693 | $ 207.90 |
| Dave Perry | 10/24/24 | 0.6 - Call with D. Perry, G. Ruud (KPMG), M. Sodl, M. Gillespie (Express) and S. Jonas (Ohio Dept. of Taxation) to discuss audit status, documentation needed by auditor, and audit plan, as of 10/24/24. | 0.6 | $ 693 | $ 415.80 |
| Gregory Ruud | 10/24/24 | 0.6 - Call with D. Perry, G. Ruud (KPMG), M. Sodl, M. Gillespie (Express) and S. Jonas (Ohio Dept. of Taxation) to discuss audit status, documentation needed by auditor, and audit plan, as of 10/24/24. | 0.6 | $ 718 | $ 430.80 |
| Dave Perry | 10/30/24 | Obtained access to the SFTP site from S. Jonas (Ohio Department of Taxation), in order to allow transmission of documentation, regarding Express, during the audit process. | 0.1 | $ 693 | $ 69.30 |
| Dave Perry | 10/30/24 | (0.1)  Downloaded documents from SFTP site, concurrently reviewed for information needed related to Express, as of 10/30/24. | 0.1 | $ 693 | $ 69.30 |
| Dave Perry | 10/30/24 | (0.1)  Email communication to M. Gillespie (Express) regarding change in audit period  and request his initials approving the change in audit period. | 0.1 | $ 693 | $ 69.30 |

**EXHIBIT C5**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Tax Controversy Services
August 1, 2024 through October 31, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Total Tax Controversy Services** | **3.8** | | **$    2,673.40** |

**EXHIBIT D**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Summary of Out of Pocket Expenses
August 1, 2024 through October 31, 2024

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | $ - |

## EXHIBIT E

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF Delaware**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRIAN C. CAMPBELL REGARDING THE**
**THIRD MONTHLY FEE APPLICATION OF KPMG LLP**
**PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO**
**THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED FOR THE PERIOD OF AUGUST 1, 2024 THROUGH OCTOBER 31, 2024**

I, Brian C. Campbell, being duly sworn, deposes and says:

1.      I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.      By Order dated June 21, 2024, KPMG was retained to perform Tax Compliance and Tax Consulting Services for the above captioned debtor and debtor in possession (the "Debtors").   I submit this Declaration in conjunction with KPMG's application, dated November 26, 2024 (the "Application") for KPMG's third monthly fee application for compensation and allowance of expenses for the period August 1, 2024 through October 31, 2024.

3.      I am thoroughly familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

4.      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of November 2024.


*/s/ Brian C. Campbell*
Brian C. Campbell
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, OH 43215
(614) 249 1879