IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 26, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Crescent Bahuman Limited, Attn: CFO at 45A, Off Zafar Ali Road, Gulberg 5, Lahore, Punjab, Pakistan, and via electronic mail on Crescent Bahuman Limited, Attn: CFO at ummul.baneen@ecbl.pk:

- **Cover Letter** (substantially in the form of Exhibit 5 of Docket No. 969)

- **Letter from the Committee** (substantially in the form of Exhibit 8 of Docket No. 969)

- **Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates** (Docket No. 953)

- **Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates** (Docket No. 955)

- **Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief** (Docket No. 969)

- **Solicitation Procedures** (substantially in the form of Exhibit 2 of Docket No. 969)

- **[Customized] Ballot for Voting to Accept or Reject the Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates** (substantially in the form of Exhibit 3 of Docket No. 969)

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

- **Pre-Addressed, Postage Pre-Paid Reply Envelope**

Dated: November 27, 2024

*Sabrina Tu*
Sabrina G. Tu

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 27th day of November 2024 by Sabrina G. Tu.

*Danielle Harnden*
(Notary's official signature)

```
DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04
```