# **EXHIBIT C**

**REDLINED Revised Schedule of Assumed Contracts**

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | OLSHAN PROPERTIES | 505 | $22,830.14 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 2 | OLSHAN PROPERTIES | 2027 | $4,990.34 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 3 | OTB DESTINATION | 1781 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 4 | OUTLET RESOURCE GROUP | 1795 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 5 | PACIFIC RETAIL | 309 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 6 | PARAMOUNT | 1869 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 7 | PREIT | 507 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 8 | PREIT | 80 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 9 | PREIT | 195 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 10 | PREIT | 63 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 11 | PYRAMID | 662 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 12 | PYRAMID | 1941 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 13 | PYRAMID | 693 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

| ~~14~~ | ~~PYRAMID~~ | ~~215~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
|---|---|---|---|---|---|---|
| ~~15~~ | ~~PYRAMID~~ | ~~520~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~16~~ | ~~PYRAMID~~ | ~~138~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~17~~ | ~~RED DEVELOPMENT~~ | ~~1797~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~18~~ | ~~RED LEGACY~~ | ~~1744~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~19~~ | ~~RED MOUNTAIN GROUP~~ | ~~665~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~20~~ | ~~ROBERT L. STARK ENTERPRISES~~ | ~~979~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~21~~ | ~~RPT REALTY~~ | ~~655~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~22~~ | ~~SEGERSTROM~~ | ~~270~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~23~~ | ~~SPINOSO~~ | ~~384~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~24~~ | ~~SPINOSO~~ | ~~1921~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~25~~ | ~~SPINOSO~~ | ~~1895~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~26~~ | ~~SPINOSO~~ | ~~945~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~27~~ | ~~SPINOSO~~ | ~~787~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~28~~ | ~~SPINOSO~~ | ~~628~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~29~~ | ~~SPINOSO~~ | ~~2008~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |

| 30 | SPINOSO | 147 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
|---|---|---|---|---|---|---|
| 31 | STEINER & ASSOCIATES | 955 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 32 | SUTTON | 969 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 33 | SUTTON PROPERTIES | 1789 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 34 | SWIRE PROPERTIES | 2913 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 35 | TANGER | 1832 | $62,807 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 36 | TANGER | 1753 | $34,391 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 37 | TANGER | 1762 | $75,202 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 38 | TANGER | 1746 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 39 | TANGER | 1787 | $53,323 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 40 | TANGER | 1722 | $127,732 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 41 | TANGER | 1769 | $52,851 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 42 | TANGER | 1773 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 43 | TANGER | 1721 | $53,298 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 44 | TANGER | 1733 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 45 | TANGER | 1745 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 46 | TANGER | 1794 | $0 | PHOENIX Retail, | 6/21/2024 | Store Lease |

3

| | | | | LLC | | |
|---|---|---|---|---|---|---|
| 47 | TANGER | 1772 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 48 | TANGER | 1770 | $110,861 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 49 | TANGER | 1793 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 50 | TANGER | 1792 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 51 | TANGER | 1730 | $52,775 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 52 | TANGER | 1843 | $124,986 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 53 | TANGER | 1704 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 54 | TANGER | 1718 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 55 | TANGER | 1701 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 56 | TANGER | 1729 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 57 | TANGER | 1717 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 58 | TANGER | 1713 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 59 | TANGER | 1716 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 60 | TANGER | 1835 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 61 | TANGER | 1749 | $60,745 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 62 | TANGER | 1725 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

4

| 63 | TRCCC | 1801 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 64 | TRIPLE FIVE | 2066 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 65 | TRIPLE FIVE | 68 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 66 | URBAN EDGE | 1825 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 67 | WASHINGTON PRIME | 438 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 68 | WASHINGTON PRIME | 1870 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 69 | WASHINGTON PRIME | 1784 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 70 | WASHINGTON PRIME | 759 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 71 | WASHINGTON PRIME | 1906 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 72 | WASHINGTON PRIME | 1883 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 73 | WASHINGTON PRIME | 1917 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 74 | WASHINGTON PRIME | 1879 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 75 | WASHINGTON PRIME | 2009 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 76 | WASHINGTON PRIME | 3004 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 77 | WELCO | 490 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 78 | WEST ACRES | 465 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 79 | WESTFIELD | 986 | $0 | PHOENIX Retail, | 6/21/2024 | Store Lease |

5

| | | | | LLC | | |
|---|---|---|---|---|---|---|
| 80 | WESTFIELD | 2017 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 81 | WESTFIELD | 414 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 82 | WESTFIELD | 801 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 83 | WESTFIELD | 1632 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 84 | WESTFIELD | 112 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 85 | WESTFIELD | 489 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 86 | WILKOW PROPERTIES | 1864 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 87 | WILMORITE | 1924 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 88 | Brookfield | 1899 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 89 | Brookfield | 620 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 90 | Brookfield | 179 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 91 | Brookfield | 1897 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 92 | Brookfield | 366 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 93 | Brookfield | 1893 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 94 | Brookfield | 1855 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 95 | Brookfield | 484 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract |
|---|---|---|---|---|---|---|
| ~~96~~ | ~~Brookfield~~ | ~~818~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~97~~ | ~~Brookfield~~ | ~~1446~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~98~~ | ~~Brookfield~~ | ~~1894~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~99~~ | ~~Brookfield~~ | ~~611~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~100~~ | ~~Brookfield~~ | ~~187~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| **Count** | **Landlord** | **Store ID** | **Cure Amount** | **Assignee** | **Assumption Date** | **Description of Contract[1]** |
| 1 | W-LD Legends Owner VII, L.L.C. | 1744 | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

7