# EXHIBIT C

**REDLINED Revised Schedule of Assumed Contracts**

| ~~Count~~ | ~~Landlord~~ | ~~Store ID~~ | ~~Cure Amount~~ | ~~Assignee~~ | ~~Assumption Date~~ | ~~Description of Contract[1]~~ |
|---|---|---|---|---|---|---|
| ~~1~~ | ~~Simon~~ | ~~817~~ | ~~$234,374.00~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~2~~ | ~~Simon~~ | ~~656~~ | ~~$108,433.00~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~3~~ | ~~Simon~~ | ~~1798~~ | ~~$74,149.50~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~4~~ | ~~5040~~ | ~~173 Court Street Holdings, LLC~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~5~~ | ~~5007~~ | ~~35 Crosby Street~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~6~~ | ~~5036~~ | ~~53 GREENWICH AVE ASSOC~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~7~~ | ~~5041~~ | ~~Acadia~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~8~~ | ~~5009~~ | ~~ACADIA~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~9~~ | ~~5003~~ | ~~ACADIA~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~10~~ | ~~5008~~ | ~~Amli~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~11~~ | ~~5031~~ | ~~Bedrock~~ | ~~$0~~ | ~~PHOENIX~~ | ~~6/21/2024~~ | ~~Store Lease~~ |

~~[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.~~

| | | | | Retail, LLC | | |
|---|---|---|---|---|---|---|
| ~~12~~ | ~~5048~~ | ~~Blackbox~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~13~~ | ~~5044~~ | ~~BOSTON PROPERTIES~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~14~~ | ~~5033~~ | ~~CBRE~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~15~~ | ~~5006~~ | ~~Eastbanc~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~16~~ | ~~5067~~ | ~~Edens~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~17~~ | ~~5005~~ | ~~FEDERAL REALTY~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~18~~ | ~~5013~~ | ~~FEDERAL REALTY~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~19~~ | ~~5030~~ | ~~H.G. Hill Realty Company~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~20~~ | ~~5073~~ | ~~Highland Villlage LP~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~21~~ | ~~5053~~ | ~~Ice House, LP~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~22~~ | ~~5015~~ | ~~IRVINE~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~23~~ | ~~5011~~ | ~~Jamestown Realty~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~24~~ | ~~5022~~ | ~~JBG Companies~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~25~~ | ~~5052~~ | ~~Kane Realty~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~26~~ | ~~5042~~ | ~~Koplar Properties~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~27~~ | ~~5055~~ | ~~Macerich~~ | ~~$1,000,000 across all~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |

2

| 28 | 5058 | MACERICH | Macerich stores, including Express Macerich stores | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
|---|---|---|---|---|---|---|
| 29 | 5061 | Macerich | | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 30 | 5051 | Mason Retail Group | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 31 | 5029 | MODERN COMMERCIAL | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 32 | 5018 | North American Properties | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 33 | 5027 | NORTHWOOD RETAIL | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 34 | 5037 | Prism | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 35 | 5026 | RFR HOLDING LLC | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 36 | 5035 | Shops at North Creek, LLC | $8,227.85 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 37 | 5004 | Thomas White Investments | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 38 | 5021 | U.S. EQUITIES | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 39 | 5019 | University Village | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 40 | 5028 | WASHINGTON PRIME | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 41 | 5034 | WESTFIELD | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 42 | 5012 | WESTFIELD | $0 | PHOENIX Retail, LLC | 6/21/2024 | Store Lease |
| 43 | 5064 | WS | $0 | PHOENIX | 6/21/2024 | Store Lease |

3

| Count | Store ID | Landlord | Cure Amount | Assignee | Assumption Date | Description of Contract |
|---|---|---|---|---|---|---|
| ~~44~~ | ~~5062~~ | ~~WS Development~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~45~~ | ~~5043~~ | ~~WS Development~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~46~~ | ~~5060~~ | ~~Simon~~ | ~~$2,989.22~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~47~~ | ~~5070~~ | ~~Simon~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~48~~ | ~~5059~~ | ~~Simon~~ | ~~$3,316.50~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~49~~ | ~~5025~~ | ~~Simon~~ | ~~$13,610.50~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~50~~ | ~~5063~~ | ~~Simon~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~51~~ | ~~5046~~ | ~~Brookfield~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~52~~ | ~~5016~~ | ~~Brookfield~~ | ~~$0~~ | ~~PHOENIX Retail, LLC~~ | ~~6/21/2024~~ | ~~Store Lease~~ |
| ~~53~~ | ~~--~~ | ~~Distribution Land Company, LLC~~ | ~~$10,000,000~~ | ~~PHOENIX Retail, LLC~~ | ~~6/22/2024~~ | ~~Corporate HQ and Logistics Facilities~~ |

| Count | Landlord | Store ID | Cure Amount | Assignee | Assumption Date | Description of Contract[1] |
|---|---|---|---|---|---|---|
| 1 | BP Prucenter Acquisition LLC | 5044 | $0 | PHOENIX BNBS Fashion, LLC | 6/21/2024 | Store Lease |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

4