2

**Schedule 1**

**Rejected Contracts**

**Contracts to be Rejected**

| Counterparty Name | Counterparty Address | Debtor Counterparty | Contract Description | Contract Details | Rejection Date |
|---|---|---|---|---|---|
| 66Degrees Holdings, LLC [Pandera Systems, LLC] | 66degrees Holdings, LLC 2 International Place Boston, MA 02110 | Express, LLC | Resale Agreement with Commit signed 12/20/21 and Chronicle License Order Form Addendum and Order Form dated September 2023 | Chronicle Licenses and Products from Google Cloud | 7/31/2024 |
| Navex Global, Inc. | 5500 Meadows Road, Suite 500 Lake Oswego, OR 97035 | Express, LLC | First Amendment to Master Services Agreement dated 4/28/17 as amended by First Amendment to Master Services Agreement dated 3/19/24 | Ethics hotline | 11/30/24 |
| Xariable, Inc. d/b/a Loop | PO Box 16250 Columbus, OH 43216 | Express, LLC | Service Agreement effective 7/20/2020 | Subscription license for product returns, refunds, and exchanges for retail stores | 10/14/24 |
| Shopify | Shopify, Inc 150 Elgin Street, Suite 800, Ottawa, ON, K2P 1L4 | Express, LLC | Customer Agreement effective 6/14/19 | Hosted commerce services | 10/15/2024 |

| Alorica | 5161 California Ave., Suite 100 Irvine CA, 92617 | Express, LLC | Master Services Agreement dated 10/7/24 | Customer Care | 9/21/24 |
| --- | --- | --- | --- | --- | --- |
| Mirakl | 212 Elm Street, Suite 400, Somerville, MA 02144 | Express, LLC | Order Form dated January 31, 2024 | E-commerce Marketplace | 7/2/24 |

2