# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>Jointly Administered<br><br>Hearing Date:  January 23, 2025 at 1:00 pm (ET)<br>Objection Date: December 18, 2024 at 4:00 pm (ET) |

## NOTICE OF HEARING ON MOTION TO COMPEL DEBTORS TO CURE AND ASSUME OR REJECT CONTRACTS, AND/OR ALTERNATIVELY FOR APPROVAL OF AN ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that Lumen Technologies, Inc., including its applicable parents, subsidiaries, and affiliates, including specifically CenturyLink Communications, LLC, (collectively, "Lumen"), have filed their *Motion to Compel Debtors to Cure and Assume or Reject Contracts, and/or Alternatively for Approval of an Administrative Expense Claim* (the "Lumen Motion"), seeking an Order compensating Lumen for cure amounts owed by the Debtors, currently valued at $403,134.02 in pre-petition cash to Lumen, or, alternatively, seeking an Order granting Lumen an Administrative Claim for post-petition amounts owed to Lumen by the Debtors, currently valued at $247,569.42, of which $41,259.79 is past due.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Lumen Motion will be held at a future date and time to be further noticed, before The Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be filed by a future date and time to be further noticed (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware, 19801. At the same time, a copy of any objection must be served upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested and enter a final order without further notice.

(INTENTIONALLY BLANK)

Dated: December 4, 2024                    Respectfully submitted,

**STINSON LLP**

/s/    *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
STINSON LLP
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

 - and-

Edwin H. Caldie (MN Bar No. 0388930)
(pending admission *pro hac vice*)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel. (612) 335-1500
ed.caldie@stinson.com

- and -

Lucas L. Schneider (CO Bar No. 48125)
(pending admission *pro hac vice*)
STINSON LLP
1144 15th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 376-8414
lucas.schneider@stinson.com

*Counsel for Lumen*

CORE/0807628.0246/194487778.1