**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**COVER SHEET FOR FIFTH MONTHLY FEE STATEMENT OF
ERNST & YOUNG LLP AS TAX SERVICES PROVIDER TO THE DEBTORS FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | June 4, 2024 *nunc pro tunc* to April 22, 2024 |
| Period for which compensation and reimbursement is sought: | October 1, 2024 through October 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $15,285.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $12,228.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PRIOR APPLICATIONS**

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 23, 2024; Dkt. No. 636 | April 22, 2024, through May 31, 2024 | $82,528.00 | $0.0 | $82,528.00 | $0.0 |
| July 23, 2024; Dkt No. 638 | June 1, 2024, through June 30, 2024 | $73,260.00 | $0.0 | $73,260.00 | $0.0 |
| September 10, 2024; Dkt No. 809 | July 1, 2024, through July 31, 2024 | $38,361.60 | $0.0 | $38,361.60 | $0.0 |
| November 7, 2024, Dkt No. 973 | August 1, 2024, through September 30, 2024 | $12,228.00 | $0.0 | $12,228.00 | $0.0 |
| Total | | **$206,377.60** | **$0.0** | **$206,377.60** | **$0.0** |

**SUMMARY OF BILLING BY PROFESSIONAL**
**OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

| Last Name | First Name | Rank | Hours | Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Ericson | Molly | Executive Director | 0.5 | $1,350.00 | $675.00 |
| Beckley | Lindsey | Staff | 2.7 | $440.00 | $1,188.00 |
| | | | | | |
| Korman | Bill | Executive Director | 2.0 | $1,350.00 | $2,700.00 |
| Mitchell | Traci | Executive Director | 1.1 | $1,350.00 | $1,485.00 |
| Zippel | Katie | Senior Manager | 1.5 | $1,050.00 | $1,575.00 |
| Gatt | Katie | Senior Manager | 5.2 | $1,050.00 | $5,460.00 |
| Li | Eric | Staff | 1.8 | $440.00 | $792.00 |
| | | | | | |
| Ingram | Connie | Manager | 3.0 | $470.00 | $1,410.00 |
| **Total** | | | **17.8** | | **$15,285.00** |

**Blended Hourly Rate:  $858.71**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

| Time Category | Category Description | Total Hours | Total Fees |
|---|---|---|---|
| Federal Bankruptcy | Federal tax consulting associated with the bankruptcy. | 3.2 | $1,863.00 |
| Indirect Bankruptcy | Indirect tax consulting associated with the bankruptcy. | 11.6 | $12,012.00 |
| Preparation of Fee Application | Prepare fee applications consistent with Court requirements. | 3.0 | $1,410.00 |
| **Total** | | **17.8** | **$15,285.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**FIFTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
AS TAX SERVICES PROVIDER TO THE DEBTORS FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 223] (the "Interim Compensation Order"), Ernst & Young LLP ("EY LLP") hereby files this fifth monthly fee statement (this "Monthly Fee Statement"), for allowance of compensation for professional services performed by EY LLP during the period commencing October 1, 2024 through and including October 31, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

(the "Fee Period").  In support of the Monthly Fee Statement, EY LLP respectfully states as follows:

## Background

1. On April 22, 2024 (the "Petition Date"), the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified, the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On June 4, 2024, the Court entered the *Order (I) Authorizing the Employment and Retention of Ernst & Young LLP As Tax Services Provider Effective as of April 22, 2024, and (II) Granting Related Relief*, [D.I. 392] (the "Retention Order") authorizing the retention and employment of EY LLP as the Debtors' tax services provider, effective as of April 22, 2024.

## Relief Requested

3. By this Monthly Fee Statement and in accordance with the Interim Compensation Order, EY LLP makes this application for (i) allowance of compensation in the amount of $15,285.00 for reasonable and necessary professional services rendered, (ii) payment of compensation in the amount of 80% thereof (in the amount of $12,228.00) and (iii) payment of $0.00 for actual and necessary expenses incurred.

   a. **Compensation Requested**

4. The services performed by EY LLP during the Fee Period included tax services approved pursuant to the Retention Order.  Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by EY LLP with respect to the Chapter 11 Cases during the Fee Period.  This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject

matter of the activity, all time is billed in tenth-hour increments, time entries are presented chronologically in categories, and all meetings are individually identified.

5. The timekeepers who rendered services related to each category are identified in **Exhibit A**, along with the number of hours for each individual, the position of each individual, and a description of the specific tasks performed by each individual. All services for compensation were performed for, or on behalf of, the Debtors.

### b. Expense Reimbursement

6. EY LLP incurred out-of-pocket expenses during the Fee Period in the amount of $0.00.

### Valuation of Services

7. Professionals of EY LLP have expended a total of 17.8 hours in connection with this matter during the Fee Period.

8. The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in **Exhibit A**. The rates charged are EY LLP's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by EY LLP for the Fee Period as tax services provider for the Debtors in the chapter 11 cases is $15,285.00 (80% thereof $12,228.00).

9. EY LLP believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexities of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

**Certificate of Compliance and Waiver**

11. The undersigned representative of EY LLP certifies that she has reviewed the requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies with such rule. To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, EY LLP believes that such deviations are not material and respectfully requests that any such requirements be waived.

**Notice and No Prior Requests**

12. Notice of this Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; and (c) all parties required to be given notice in the Interim Compensation Order. EY LLP submits that no other or further notice is necessary.

13. No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

WHEREFORE, EY LLP respectfully requests that the Bankruptcy Court (i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.

December 4, 2024                                      */s/ Molly Ericson*
                                                      Molly Ericson
                                                      Managing Director
                                                      Ernst & Young LLP

## Exhibit A

## Detailed Time Entries

**FEDERAL BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Lindsey Beckley | Staff | 09 Oct 2024 | Federal Bankruptcy | Preparation of September fee application (9/1/24 - 9/30/24) | 1.2 | $440.00 | $528.00 |
| Molly Ericson | Executive Director | 02 Oct 2024 | Federal Bankruptcy | Reviewing interim fee application and correspondence with C Ingram regarding the same. | 0.5 | $1,350.00 | $675.00 |
| Lindsey Beckley | Staff | 02 Oct 2024 | Federal Bankruptcy | Preparation of First Interim Fee Application (April - July 2024) | 1.5 | $440.00 | $660.00 |
| **Total** | | | | | **3.2** | | **$1,863.00** |

**INDIRECT BANKRUPTCY**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Bill Korman | Executive Director | 29 Oct 2024 | Indirect Bankruptcy | Researched ability of taxpayer to secure refund of New Jersey's corporation business tax. | 0.9 | $1,350.00 | $1,215.00 |
| Traci Mitchell | Executive Director | 28 Oct 2024 | Indirect Bankruptcy | New Jersey corporate business tax refund claim settlement discussion with B Korman, K Gatt | 0.5 | $1,350.00 | $675.00 |
| Bill Korman | Executive Director | 28 Oct 2024 | Indirect Bankruptcy | Researched ability of taxpayer to secure refund of New Jersey's corporation business tax. | 1.1 | $1,350.00 | $1,485.00 |
| Katie Gatt | Senior Manager | 28 Oct 2024 | Indirect Bankruptcy | Express call with T. Mitchell, B. Korman regarding New Jersey Corporate business tax refund claim settlement | 0.5 | $1,050.00 | $525.00 |
| Katie Gatt | Senior Manager | 25 Oct 2024 | Indirect Bankruptcy | Email B. Korman (EY New Jersey state desk) regarding New Jersey amended / returns / refund claims | 0.5 | $1,050.00 | $525.00 |
| Traci Mitchell | Executive Director | 24 Oct 2024 | Indirect Bankruptcy | Discuss with M Gillespie, K Gatt regarding New Jersey pending claims. | 0.6 | $1,350.00 | $810.00 |
| Katie Gatt | Senior Manager | 24 Oct 2024 | Indirect Bankruptcy | Call with T. Mitchell, M. Gillespie (Express) to discuss New Jersey amended returns and refund claims and claims resolution deadline | 0.5 | $1,050.00 | $525.00 |
| Katie Gatt | Senior Manager | 24 Oct 2024 | Indirect Bankruptcy | Review tax claims docket and resolution status | 1.1 | $1,050.00 | $1,155.00 |
| Katie Gatt | Senior Manager | 23 Oct 2024 | Indirect Bankruptcy | Email M. Gillespie regarding New Jersey amended returns / refund claims, review tax claims docket | 1.9 | $1,050.00 | $1,995.00 |
| Katie Zippel | Senior Manager | 23 Oct 2024 | Indirect Bankruptcy | Review and finalize Tennessee refund claim calculations and send email to Express summarizing next steps | 1.5 | $1,050.00 | $1,575.00 |

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Eric Li | Staff | 11 Oct 2024 | Indirect Bankruptcy | Call and Email Louisiana Department of Revenue and Louisiana Bankruptcy department regarding withdrawing claims and objection to chapter 11 bankruptcy. | 0.8 | $440.00 | $352.00 |
| Eric Li | Staff | 02 Oct 2024 | Indirect Bankruptcy | Call and email Josita Augustus from Louisiana regarding inventory tax payment. | 0.3 | $440.00 | $132.00 |
| Eric Li | Staff | 02 Oct 2024 | Indirect Bankruptcy | Call claim department regarding withdraw claims since amount due is cleared on account. | 0.3 | $440.00 | $132.00 |
| Katie Gatt | Senior Manager | 01 Oct 2024 | Indirect Bankruptcy | Review Louisiana notice provided by M. Gillespie and email E. Li regarding the claim withdrawal - Review Louisiana department of revenue email inventory tax credit payment detail for 1/31/21 and email M. Gillespie request return copy. | 0.7 | $1,050.00 | $735.00 |
| Eric Li | Staff | 01 Oct 2024 | Indirect Bankruptcy | Email Louisiana Department of Revenue regarding inventory tax credit and email K. Gatt regarding the same | 0.4 | $440.00 | $176.00 |
| **Total** | | | | | **11.6** | | **$12,012.00** |

**PREPARATION OF FEE APPLICATIONS**

| Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|---|
| Ingram, Connie J. | Manager | 02 Oct 2024 | Preparation of Fee Applications | Prepare First Interim (4-22-24 thru 7-31-24) fee application; forward to partner for approval; forward to debtor's counsel for review and filing. | 3.0 | $470.00 | $1,410.00 |
| **Total** | | | | | **3.0** | | **$1,410.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATION OF MOLLY ERICSON

I, Molly Ericson, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a Managing Director with Ernst & Young LLP ("EY LLP"), and I am duly authorized to make this certification on behalf of EY LLP. EY LLP was retained by EXP OldCo Winddown, Inc. (f/k/a Express, Inc.) and its affiliated debtors in the above-captioned cases (collectively, the "Debtors"). This certification is made in support of the *Fifth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 31, 2024* (the "Monthly Fee Statement") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure the United States Bankruptcy Court for the District of Delaware (the "Rule").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2. I have read the Monthly Fee Statement, and I certify that the Monthly Fee Statement substantially complies with the Rule.


December 4, 2024                                     */s/  Molly Ericson*
                                                                 Molly Ericson
                                                                 Managing Director
                                                                 Ernst & Young LLP