**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Jeffrey Schlerf, hereby certify that on December 4, 2024, I caused a copy of the *Motion to Compel Debtors to Cure and Assume or Reject Contracts, and/or Alternatively for Approval of an Administrative Expense Claim* and its attached notice to be served on the parties listed on the attached service list via First Class Mail, and where applicable due to counsel filing a notice of appearance via CM/ECF, in accordance with the applicable Local Rules and Federal Rules of Bankruptcy Procedure.

**STINSON LLP**

/s/     *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
STINSON LLP
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## Service List

| | | |
|---|---|---|
| 1552 Broadway Retail Owner LLC<br>Attn: Brett Herschenfeld<br>PO Box 417368<br>Boston MA 02241-7368 | 1552 Broadway Retail Owner LLC<br>80 State Street<br>Albany NY 12207 | 31-01 Steinway LLC<br>c/o Ice Miller LLP<br>Attn: John C. Cannizzaro 250 West Street, Suite 700<br>Columbus OH 43215-7509 |
| 31-01 Steinway LLC<br>c/o Ice Miller LLP<br>Attn: Louis T. DeLucia, Alyson M. Fiedler 1500 Broadway, Suite 2900<br>New York NY 10036 | 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al.<br>c/o Ballard Spahr LLP<br>Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi 2029 Century Park East, Suite 1400<br>Los Angeles CA 90067-2915 | 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al.<br>c/o Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick 919 N Market Street, 11th Floor<br>Wilmington DE 19801-3034 |
| Accertify, Inc.<br>c/o Becket & Lee LLP<br>Attn: Christopher Cramer & Shraddha Bharatia PO Box 3002<br>Malvern PA 19355-0702 | Adobe Systems, Inc.<br>Attn: Scott Burns<br>75 Remittance Dr #1025<br>Chicago IL 60675-1025 | Akamai Technologies, Inc.<br>c/o Cohne Kinghorn, P.C.<br>Attn: George Hofman 111 East Broadway 11th Floor<br>Salt Lake City UT 84111 |
| Alabama Office of the Attorney General<br>Attn: Steve Marshall<br>501 Washington Avenue<br>Montgomery AL 36104 | Alaska Office of the Attorney General<br>1031 W 4th Ave Suite 200<br>Anchorage AK 99501 | Alvarez & Marsal<br>Attn: Patricia Hong, Sanjay Srikanth<br>600 Madison Ave 8th Floor<br>New York NY 10022 |

2

AmTrust North America, Inc. on
behalf of Associated Industries
Insurance Company, Inc.
c/o Maurice Wutscher LLP
Attn: Alan C. Hochheiser 23611
Chagrin Blvd Suite 207
Beachwood OH 44122

AP 1519 - 1521 Walnut St., LP,
AP Newbury Street Portfolio #1,
& AP Washington, LLC
c/o Parker Poe Adams &
Bernstein LLP
Attn: Kiah T. Ford IV 620 South
Tryon Street Suite 800
Charlotte NC 28202

Arizona Office of the Attorney
General
c/o Consumer Information and
Complaints
2005 N Central Ave
Phoenix AZ 85004

Arkansas Office of the Attorney
General
323 Center St Suite 200
Little Rock AR 72201

Bath and Body Works Logistics
Services LLC and Distribution
Land Company, LLC
c/o Ashby & Geddes, P.A.
Attn: Michael D. DeBaecke 500
Delaware Avenue, 8th Floor
Wilmington DE 19801

Bath and Body Works Logistics
Services LLC and Distribution
Land Company, LLC
c/o Vorys, Sater, Seymour and
Pease LLP
Attn: Carrie Mae Brosius 200
Public Square, Suite 1400
Cleveland OH 44144

Bath and Body Works Logistics
Services LLC and Distribution
Land Company, LLC
c/o Vorys, Sater, Seymour and
Pease LLP
Attn: Tiffany Strelow Cobb 52
East Gay Street
Columbus OH 43215

BDC Shay Retail LLC and
White Flint Associates, LLC
c/o Whiteford, Taylor & Preston
LLC
Attn: Richard W. Riley 600
North King Street, Suite 300
Wilmington DE 19801

BDC Shay Retail LLC and White
Flint Associates, LLC
c/o Whiteford Taylor & Preston
LLP
Attn: Christopher A Jones 3190
Fairview Park Drive, Suite 800
Falls Church VA 22042

Bellevue Square, LLC and
Bellevue Square Merchants
Association
c/o Illuminate Law Group
Attn: Brian M. Muchinsky 10500
NE 8th Street, Suite 850
Bellevue WA 98004

Bernardo Manufacturing, Ltd.
Attn: Gregg Castelluci, Joshua
Swift
54 Taylor Dr
East Providence RI 02916

Blue Yonder, Inc.
c/o Connolly Gallager LLP
Attn: Jeffrey C. Wisler 1201 N
Market St 20th Floor
Wilmington DE 19801

Blue Yonder, Inc.
c/o Squire Patton Boggs (US)
LLP
Attn: Mark A. Salzberg 2550 M
Street NW
Washington DC 20037

BlueCore Inc
Attn: Liz Madsen
124 Rivington St
New York NY 10002

Brierley & Partners, Inc.
15303 Ventura Blvd #400
Sherman Oaks CA 91403

3

Brierley & Partners, Inc.
Attn: Elizabeth Keller, Sridhar Bollam
PO Box 847439
Dallas TX 75284

Brookfield Retail Properties Inc.
c/o Kelley Drye & Warren LLP
Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele 3 World Trade Center 175 Greenwich Street
New York NY 10007

Brookfield Retail Properties, Inc.
c/o Law Office of Susan E. Kaufman, LLC
Attn: Susan E. Kaufman 919 N Market St Suite 460
Wilmington DE 19801

Broward County, Florida
c/o The Records, Taxes, and Treasury Division
Attn: Scott Andron 115 S Andrews Ave, Rm 423
Ft Lauderdale FL 33301

Broward County, Florida
c/o The Records, Taxes, and Treasury Division
Attn: Scott Andron 115 S Andrews Avenue, Suite A-100
Fort Lauderdale FL 33301

Brownsville Independent School District, City of Mercedes
c/o Perdue, Brandon, Fielder, Collins & Mott LLP
Attn: Hiram Gutierrez 200 S 10th St Ste 110
Mcallen TX 78501-4877

BSS Creative Groupe, Inc.
c/o Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine 919 North Market Street Suite 420
Wilmington DE 19801

California Office of the Attorney General
PO Box 944255
Sacramento CA 94244-2550

Campana 125 LLC
c/o Carmody Torrance Sandak & Hennessey LLP
Attn: Marc J. Kurzman 1055 Washington Blvd. 4th Fl
Stamford CT 06901

Causeway, LLC a/k/a Greater Lakeside Corp.
c/o Leech Tishman Fuscaldo & Lampl
Attn: Lori Schwartz, Nathaniel Myers 1007 N Orange Street, Suite 420
Wilmington DE 19801

Causeway, LLC a/k/a Greater Lakeside Corp.
c/o Leech Tishman Robinsob Brog, PLLC
Attn: Clement Yee 885 2nd Ave Fl 3
New York NY 10017-2251

CFL Distribution Inc
Attn: Lynda Wong
Hore de Macau Limitada
Avenida da Praia Grande
Edif Great Will  665
Macau

Chacon
Attn: Joseph Lavi
8889 West Olympic Blvd #200
Beverly Hlls CA 90211

Chacon
Attn: Sahag Majarian
18250 Ventura Blvd
Tarzana CA 91356

Chacon
Attn: Armond M. Jackson
2 Venture Parkway Ste 240
Irvine CA 92618

Chacon
Attn: Raul Perez
1875 Century Park East Suite 1000
Los Angeles CA 90067

City of El Paso, Bexar County, Ector CAD
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker 112 E Pecan Street, Suite 2200
San Antonio TX 78205

City of Garland, Garland ISD, Plano ISD, Frisco ISD
c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Linda D Reece 1919 S Shiloh Rd Ste 640 LB 40
Garland TX 75042

Collin County Tax
Assessor/Collector
c/o Abernathy, Roeder, Boyd &
Hullett, P.C.
Attn: Paul M. Lopez 1700
Redbud Blvd Ste 300
McKinney TX 75069

Colorado Office of the Attorney
General
Ralph L. Carr Judicial Building
1300 Broadway 10th Floor
Denver CO 80203

Comenity Capital Bank
c/o Burr & Forman LLP
Attn: James H. Haithcock 420 N
20th Street, Suite 3400
Birmingham AL 35203

Comenity Capital Bank
c/o Burr & Forman LLP
Attn: J. Cory Falgowski 222
Delaware Avenue, Suite 1030
Wilmington DE 19801

Commission Junction LLC
Attn: Camelia Gehrke
4140 Solutions Center #774140
Chicago IL 60677-4001

Connecticut Office of the
Attorney General
165 Capitol Avenue
Hartford CT 06106

Crescent Bahuman Limited
Attn: Yousef Arshad Muneer,
Abdullah Zia
45-A Off Zahar Ali Rd Gulberg V
Lahore  54660
Pakistan

Crowley ISD
c/o Linebarger Goggan Blair &
Sampson, LLP
Attn: John Kendrick Turner 2777
N Stemmons Freeway, Suite
1000
Dallas TX 75207

Crowley ISD, City of Grapevine,
Grapevine-Colleyville ISD
c/o Perdue, Brandon, Fielder,
Collins & Mott, LLP
Attn: Elizabeth Banda Calvo 500
E Border St Ste 640
Arlington TX 76010

Cypress-Fairbanks ISD, City of
Houston, Houston ISD, Fort Bend
County, Montgomery County,
Lone Star College System,
Houston Comm Coll System,
Jefferson County, Harris Co ESD
#09, City of Humble, Harris Co
ID #01, Galveston County
c/o Linebarger Goggan Blair &
Sampson, LLP
Attn: Tara L. Grundemeier PO
Box 3064
Houston TX 77253-3064

DDR Urban LP
c/o Stark & Stark, P.C.
Attn: Thomas S. Onder, Joseph
H. Lemkin PO Box 5315
Princeton NJ 08543

Delaware Department of Justice
Attn Bankruptcy Unit
Carvel State Office Building 820
N French St
Wilmington DE 19801

District of Columbia Office of the
Attorney General
441 4th St NW Suite 1100
Washington DC 20001

Domain Northside Retail
Property Owner LP
c/o Pashman Stein Walder
Hayden, P.C.
Attn: Joseph C. Barsalona II 824
North Market Street Suite 800
Wilmington DE 19801

Domain Northside Retail
Property Owner LP
c/o Law Offices of Kevin S.
Neiman, PC
Attn: Kevin Neiman 999 18th
Street Suite 1230 S
Denver CO 80202

E-Teen Company Limited
G. Malamet
Rm 202, 2Fl, Sun Cheong
Industrial Bldg 2-4 Cheung Yee
Street
Lai Chi Kok Kowloon
Hong Kong

EKFH LLC
c/o KLM Equities Inc.
Attn: Zachary Kleinhandler 920
Broadway 17th Fl
New York NY 10010

EKFH, LLC
c/o Rosenberg & Estis, P.C.
Attn: John Giampolo 733 Third
Avenue 17th Floor
New York NY 10022

EKFH, LLC
c/o Joyce, LLC
Attn: Michael J. Joyce 1225 King
Street Suite 800
Wilmington DE 19801

EXP OldCo Winddown, Inc., et
al.
Attn: Laurel Krueger
One Express Drive
Columbus OH 43230

EXP OldCo Winddown, Inc., et
al.
c/o Kirkland & Ellis LLP
Attn: Charles B. Sterrett 333
West Wolf Point Plaza
Chicago IL 60654

6

EXP OldCo Winddown, Inc., et al.
c/o Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg 1835 Market Street, Suite 1400
Philadelphia PA 19103

EXP OldCo Winddown, Inc., et al.
c/o Kirkland & Ellis LLP
Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima
601 Lexington Avenue
New York NY 10022

EXP OldCo Winddown, Inc., et al.
c/o Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich 919 North Market Street, Suite 1000
Wilmington DE 19801

Express, Inc., et al.
c/o Kirkland & Ellis LLP
Attn: Daniel Daines 95 S State St
Salt Lake City UT 84111

Fashion Island Retail LLC
[Fashion Island Shopping Center]
c/o Bewley, Lassleben & Miller, LLP
Attn: Ernie Zachary Park 13215 E Penn St Ste 510
Whittier CA 90602

Federal Realty OP LP and UE Bergen Mall Owner LLC
c/o Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick 919 N Market Street, 11th Floor
Wilmington DE 19801-3034

Florida Office of the Attorney General
The Capitol Pl?01
Tallahassee FL 32399

Fortune Footwear Inc.
Attn: Thomas Paccione
174 Hudson Street 3rd Floor
New York NY 10013

G&L Building Corp.
c/o Cullen and Dykman LLP
Attn: Michelle McMahon One Battery Park Plaza, 34th Fl
New York NY 10004

Georgia Office of the Attorney General
40 Capitol Sq SW
Atlanta GA 30334

GGP Columbia Mall
Attn: Troy Benson
Rouse Fashion Place SDS-12-2780, PO Box 86
Minneapolis MN 55486-2780

Granify (USA) Inc.
c/o Streusand, Landon, Ozburn & Lemmon LLP
Attn: Sabrina L. Streusand 1801 S MoPac Expressway Suite 320
Austin TX 78746

Harris County, Harris County
Flood Control District, Harris
County Port of Houston
Authority, Harris County Hospital
District, and Harris County
Department of Education
Property Tax Division
Attn: Susan Fuertes PO Box 2848
Houston TX 77252

Hawaii Office of the Attorney
General
425 Queen St
Honolulu HI 96813

Hilco Merchant Resources, LLC,
and Gordon Brothers Retail
Partners, LLC
c/o Chipman Brown Cicero &
Cole, LLP
Attn: Mark L. Desgrosseilliers
1313 North Market Street, Suite
5400 Hercules Plaza
Wilmington DE 19801

Humble Independent School
District, Harris County Municipal
Utility District # 358, Harris
County Water Control and
Improvement District # 155,
Spring Branch Independent
School District, City of Houston,
Clear Creek Independent School
District
c/o Perdue, Brandon, Fielder,
Collins & Mott, LLP
Attn: Melissa E. Valdez 1235
North Loop West Suite 600
Houston TX 77008

Idaho Office of the Attorney
General
700 W Jefferson St Suite 210
Boise ID 83720

Illinois Office of the Attorney
General
James R. Thompson Center 100
W Randolph St
Chicago IL 60601

Indiana Office of the Attorney
General
Indiana Government Center South
302 W Washington St 5th Floor
Indianapolis IN 46204

Internal Revenue Service
Attn: Centralized Insolvency
Operation
PO Box 7346
Philadelphia PA 19101-7346

Iowa Office of the Attorney
General
Hoover State Office Building
1305 E Walnut St Room 109
Des Moines IA 50319

Jeffrey M. Kurzon
P.O. Box 454
Peterborough, NH 03458

Jennifer McCall
c/o Lynch Carpenter, LLP
Attn: Gary F Lynch 1133 Penn
Avenue 5th Floor
Pittsburgh PA 15222

Jennifer McCall
c/o Lynch Carpenter, LLP
Attn: Todd D. Carpenter and
Scott Gregory Braden 1234
Camino del Mar
Del Mar CA 92014

Kansas Office of the Attorney
General
Consumer Protection Division
120 SW 10th Ave 2nd Floor
Topeka KS 66612-1597

Kentucky Office of the Attorney
General
Capitol Building 700 Capitol
Ave Suite 118
Frankfort KY 40601

Kern County Treasurer and Tax
Collector Office
Attn: Bankruptcy Division
PO Box 579
Bakersfield CA 93302-0579

Keystone-Florida Property
Holding Corp. and Turnberry
Associates
c/o Law Office of Susan E.
Kaufman, LLC
Attn: Susan E. Kaufman 919 N
Market Street, Suite 460
Wilmington DE 19801

Lever Style Ltd.
Attn: Eddie Chan, William Tan,
Derek Lee, Winnie Man
Wing Tai Centre Room 76, Flat
A 7th Floor 12 Hing Yip Street
Kwun Tong Kowloon
Hong Kong

Li & Fung (Trading) Limited
Attn: Laurence Rudge, Gordon
Chiang
5th Floor, Lifung Tower 888
Cheung Sha Wan Road
Kowloon
Hong Kong

Liberty Mutual Insurance
c/o Whiteford, Taylor & Preston
LLC
Attn: Richard W. Riley 600 N
King St Suite 300
Wilmington DE 19801

Liberty Mutual Insurance
Company
c/o Chiesa Shahinian &
Giantomasi PC
Attn: Scott A. Zuber 105
Eisenhower Pkwy
Roseland NJ 07068

Louisiana Office of the Attorney
General
1885 N Third St
Baton Rouge LA 70802

Lubbock Central Appraisal
District
c/o Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
Attn: Laura J. Monroe PO Box
817
Lubbock TX 79408

Macerich Cerritos LLC
Attn: Doug Healey
PO Box 849445
Los Angeles CA 90084-9445

Macerich Cerritos LLC
401 Wilshire Boulevard Suite
700
Santa Monica CA 90401

Madison County, Alabama
Attn: J. Jeffery Rich
100 Northside Square Suite 700
Huntsville AL 35801

Maine Office of the Attorney
General
Consumer Protection
6 State House Station
Augusta ME 04333

Manatee County Tax Collector
[Ken Burton, Jr., Manatee
County Tax Collector]
Attn: Michelle Leeson
1001 3rd Ave W Suite 240
Bradenton FL 34205-7863

Manchu Times Fashion Limited
c/o Klestadt Winters Jureller
Southard & Stevens, LLP
Attn: Tracy L. Klestadt 200 West
41st Street 17th Floor
New York NY 10036-7023

Manchu Times Fashion Ltd
Attn: Michael Li, Olivia Luk
Park-In Commercial Bldg, Rm
1316 56 Dundas Street
Kowloon
Hong Kong

Maryland Office of the Attorney
General
Consumer Protection Division
200 St. Paul Pl
Baltimore MD 21202

Massachusetts Office of the
Attorney General
1 Ashburton Pl 20th Floor
Boston MA 02108

MGF Sourcing US, LLC as
Collateral Agent
Attn: Daniel Bloch
4200 Regent Street Suite 205
Columbus OH 43219

Michigan Office of the Attorney
General
G. Mennen Williams Building
525 W Ottawa St 7th Floor
Lansing MI 48933

Minnesota Office of the Attorney
General
445 Minnesota St Suite 1400
St. Paul MN 55101

Mississippi Office of the
Attorney General
Walter Sillers Building 550 High
St Suite 1200
Jackson MS 39201

Missouri Office of the Attorney
General
Supreme Court Building 207 W
High St
Jefferson City MO 65101

Montana Office of the Attorney
General
215 N Sanders Justice Building
3rd Floor
Helena MT 59601

Monument Consulting LLC
Attn: Allison Hutchcroft, Chris
Miller
1800 Summit Ave
Richmond VA 23230

Monument Consulting, Inc.
c/o Hogan McDaniel
Attn: Daniel C. Kerrick 1311
Delaware Avenue
Wilmington DE 19806

Motives
Attn: Corey Baggett
499th Avenue 19th Floor
New York NY 10018

Motives International (Hong
Kong) Limited and Motives
International Limited
c/o Morgan Lewis & Bockius
LLP
Attn: John C. Goodchild, III
2222 Market Street
Philadelphia PA 19103

Motives International (Hong
Kong) Limited and Motives
International Limited
c/o Morgan Lewis & Bockius
LLP
Attn: Stephan E. Hornung 101
Park Avenue
New York NY 10178

Motives International (Hong
Kong) Limited and Motives
International Limited
c/o Morgan, Lewis & Bockius
LLP
Attn: Jody C. Barillare 1201 N
Market Street, Suite 2201
Wilmington DE 19801

Nancy C. Millan, Hillsborough
County Tax Collector
Attn: Brian T. Fitzgerald
PO Box 1110
Tampa FL 33601-1110

Nebraska Office of the Attorney
General
2115 State Capitol
Lincoln NE 68509

Nevada Office of the Attorney
General
Old Supreme Court Building 100
N Carson St
Carson City NV 89701

New Hampshire Office of the
Attorney General
NH Department of Justice
33 Capitol St
Concord NH 03301

New Jersey Office of the
Attorney General
Richard J. Hughes Justice
Complex 25 Market St 8th Floor
West Wing
Trenton NJ 08611

New Mexico Office of the
Attorney General
408 Galisteo St Villagra Building
Santa Fe NM 87501

New York Office of the Attorney
General
The Capitol
Albany NY 12224

NewTimes Development Limited
Attn: Sue Lee, Eunice Kim
Ayazaga Mah. Mimar Sinan Sok.
No:21 B/34 Sariyer
Istanbul  34396
Turkey

| | | |
|---|---|---|
| North Carolina Office of the Attorney General 114 W Edenton St Raleigh NC 27603 | North Dakota Office of the Attorney General State Capitol 600 E Boulevard Ave Dept. 125 Bismarck ND 58505 | North Riverside Park Associates LLC c/o Leech Tishman Fuscaldo & Lampl Attn: Lori Schwartz, Nathaniel Myers 1007 N Orange St Suite 420 Wilmington DE 19801 |
| North Riverside Park Associates LLC c/o Leech Tishman Robinson Brog, PLLC Attn: Clement Yee 885 2nd Ave Fl 3 New York NY 10017-2251 US | NorthPark Partners, LP c/o Duane Morris LLP Attn: James H. Billingsley 100 Crescent Court Suite 1200 Dallas TX 75201 | NorthPark Partners, LP c/o Duane Morris LLP Attn: Christopher M. Winter 1201 N. Market Street Suite 501 Wilmington DE 19801 |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco c/o Linebarger Goggan Blair & Sampson, LLP Attn: John Kendrick Turner 2777 N Stemmons Freeway, Suite 1000 Dallas TX 75207 | Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco c/o Linebarger Goggan Blair & Sampson, LLP Attn: John Kendrick Turner 2777 N Stemmons Freeway, Suite 1000 Dallas TX 75207 | NPP Development LLC c/o Hinckley, Allen & Snyder LLP Attn: Jennifer V. Doran 28 State Street Boston MA 02109 |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County c/o Linebarger Goggan Blair & Sampson, LLP Attn: Diane W. Sanders PO Box 17428 Austin TX 78760-7428 | Office of the United States Attorney for the District of Delaware 1313 N Market Street Wilmington DE 19801 | Office of the United States Trustee for the District of Delaware Attn:  John Schanne 844 N King St #2207 Lockbox 35 Wilmington DE 19801 |

11

Official Committee of Unsecured
Creditors
c/o Saul Ewing LLP
Attn: Turner N. Falk Centre
Square West 1500 Market St,
38th Fl
Philadelphia PA 19102-2186

Official Committee of Unsecured
Creditors
c/o Saul Ewing LLP
Attn: Lucian B. Murley &
Nicholas Smargiassi 1201 N
Market St, Suite 2300 PO Box
1266
Wilmington DE 19899

Official Committee of Unsecured
Creditors
c/o Kramer Levin Naftalis &
Frankel LLP
Attn: Adam C. Rogoff, Robert T.
Schmidt, & Nathaniel Allard
1177 Avenue of the Americas
New York NY 10036

Ohio Department of Job and
Family Services
30 E Broad St
Columbus OH 43215

Ohio Department of Taxation
4485 Northland Ridge Blvd
Columbus OH 43229

Ohio Office of the Attorney
General
State Office Tower 30 E Broad St
14th Floor
Columbus OH 43215

OKC Outlets I, LLC, SRE
Ontario, LLC, SRE Hawkeye,
LLC, Corpus Christi Retail
Venture LP
c/o Thompson Hine LLP
Attn: Louis F. Solimine 312
Walnut Street, Suite 2000
Cincinnati OH 45202-4029

Oklahoma Office of the Attorney
General
313 NE 21St St
Oklahoma City OK 73105

Oracle America, Inc. ("Oracle")
c/o Buchalter, A Professional
Corporation
Attn: Shawn M. Christianson 425
Market Street, Suite 2900
San Francisco CA 94105-3493

Oregon Office of the Attorney
General
Consumer Protection
1162 Court St NE
Salem OR 97301-4096

Pacific Buying and Marketing
Service Ltd
Attn: Carol Hong
PBMS Building 538 Bongcheon-
ro Gwanak-gu
Seoul  08789
Korea, Republic of

Pandera Systems, LLC
Attn: Steve Jones
189 S Orange Ave Ste 1250
Orlando FL 32801

Pennsylvania Office of the
Attorney General
Strawberry Square 16th Floor
Harrisburg PA 17120

Plaza Las Americas, Inc. and
Plaza Del Caribe, S.E.
c/o Holland & Knight LLP
Attn: Joaquin J. Alemany 701
Brickell Avenue, Suite 3300
Miami FL 33131

PREIT Services, LLC
c/o Kurtzman | Steady, LLC
Attn: Jeffrey Kurtzman 101 N
Washington Avenue, Suite 4A
Margate NJ 08402

PREP Hillside Real Estate LLC
c/o Benesch, Friedlander, Coplan
& Aronoff LLP
Attn: Kevin M. Capuzzi, Daniel
N. Brogan 1313 N Market Street,
Suite 1201
Wilmington DE 19801

Prince George's County,
Maryland
c/o Meyers, Rodbell &
Rosenbaum, P.A.
Attn: Nicole C. Kenworthy 6801
Kenilworth Ave Ste 400
Riverdale MD 20737-1385

Queens Center SPE, LLC
Attn: Doug Healey
PO Box 849433
Los Angeles CA 90084-9433

Queens Center SPE, LLC
90-15 Queens Boulevard
Elmhurst NY 11373

Radial Commerce Inc.
c/o Morgan Lewis & Bockius
LLP
Attn: Stephan E. Hornung 101
Park Avenue
New York NY 10178

Radial Commerce Inc.
c/o Morgan Lewis Bockius LLP
Attn: John C. Goodchild, III 2222
Market Street
Philadelphia PA 19103

Radial Commerce Inc.
c/o Morgan, Lewis & Bockius
LLP
Attn: Jody C. Barillare 1201 N
Market Street, Suite 2201
Wilmington DE 19801

Radial Inc
Attn: Kat Gibson, Emily Jones
PO Box 204113
Dallas TX 75320-4114

Radial, Inc.
Attn: Emily Busch Jones
935 First Avenue
King of Prussia PA 19406

RED Development, LLC
c/o Singer & Levick, P.C.
Attn: Michelle E. Shriro 16200
Addison Road, Suite 140
Addison TX 75001

ReStore Capital, LLC
Attn: Legal Department
5 Revere Drive Suite 206
Northbrook IL 60062

ReStore Capital, LLC
c/o Ropes & Gray LLP
Attn: Gregg M. Galardi 1211
Avenue of the Americas
New York NY 10036-8704

ReStore Capital, LLC
c/o Chipman, Brown, Cicero &
Cole, LLP
Attn: Mark L. Desgrosseilliers
1313 North Market Street, Suite
5400
Wilmington DE 19801

ReStore, First Eagle, and Gordon
Brothers
c/o Ropes & Gray LLP
Attn: Gregg M. Galardi 1211
Avenue of the Americas
New York NY 10036

ReStore, First Eagle, and Gordon
Brothers
c/o Ropes & Gray LLP
Attn: Stephen L. Iacovo 191
North Wacker Drive, 32nd Floor
Chicago IL 60606-4302

Rhode Island Office of the
Attorney General
Consumer Protection
150 S Main St
Providence RI 02903

Ropa Siete Leguas, Inc / CMT de
La Laguna, S.A. DE C.V.
500 N Mesa St Ste 300
El Paso TX 79901-1224

Ropa Siete Leguas, Inc / CMT de
La Laguna, S.A. DE C.V.
c/o Dana & Pariser Co., L.P.A.
Attn: Alyson C. Tanenbaum 495
East Mound Street
Columbus OH 43215

Roth Bros., Inc. d/b/a Sodexo
c/o Brown McGarry Nimeroff
LLC
Attn: Jami B. Nimeroff 919 N
Market Street, Suite 420
Wilmington DE 19801

RR Donnelley
Attn: Todd Fallon
7810 Solution Center
Chicago IL 60677-7008

Salesforce Inc
415 Mission Street, 3rd Floor
Salesforce Tower
San Francisco CA 94105

Salesforce Inc
Attn: Kevin Ramirez
PO Box 203141
Dallas TX 75320-3141

Securities and Exchange
Commission
100 F Street, NE
Washington DC 20549

Securities and Exchange
Commission
Attn:  Regional Director
New York Regional Office 200
Vesey Street, Suite 400
Brookfield Place
New York NY 10281-1022

Silver Crest Clothing Pvt Ltd -
Unit III
Attn: Gautam Golchha
Plot No. 4E1 & E2 Kiadb
Industrial Area
Attibele KA 562107
India

Simon Capital GP
Attn: Jon Murphy
867925 Reliable Pkwy
Chicago IL 60686-0079

Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis IN 46204

South Carolina Office of the
Attorney General
Rembert C. Dennis Bldg 1000
Assembly St Room 519
Columbia SC 29201

South Dakota Office of the
Attorney General
1302 E Hwy 14 Suite 1
Pierre SD 57501

State of Delaware
Department of Justice
Carvel State Office Building 820
N French Street
Wilmington DE 19801

Tanger Management, LLC
c/o Morris, Nichols, Arsht &
Tunnell LLP
Attn: Curtis S. Miller 1201 N
Market Street, 16th Floor
Wilmington DE 19801

Tanger Properties Limited
Partnership
c/o Tanger Management LLC
Attn: Jennifer P. Himes 3200
Northline Avenue Suite 360
Greensboro NC 27408

Tanger Properties Limited
Partnership
Attn: Justin Stein
PO Box 414225
Boston MA 02241-4225

Tarrant County; Dallas County
c/o Linebarger Goggan Blair &
Sampson, LLP
Attn: John Kendrick Turner 2777
N Stemmons Freeway, Suite 1000
Dallas TX 75207

Tennessee Attorney General's
Office
c/o TN Attorney General's
Office, Bankruptcy Division
Attn: Laura L. McCloud PO Box
20207
Nashville TN 37202-0207

Tennessee Office of the Attorney
General
301 6th Ave N
Nashville TN 37243

Texas Office of the Attorney
General
Attn: Consumer Protection
Division
300 W 15th St
Austin TX 78701

The County of Brazos, Texas;
The County of Denton, Texas;
The County of Hays, Texas;
Central Appraisal District of
Taylor County; The County of
Williamson, Texas
c/o McCreary, Veselka, Bragg,
& Allen, P.C.
Attn: Julie Anne Parsons PO Box
1269
Round Rock TX 78680-1269

The County of Brazos, Texas;
The County of Denton, Texas;
The County of Hays, Texas;
Central Appraisal District of
Taylor County; The County of
Williamson, Texas
c/o McCreary, Veselka, Bragg, &
Allen, P.C.
Attn: Julie Anne Parsons 700
Jeffrey Way, Suite 100
Round Rock TX 78665

The Shops at NorthCreek LLC
c/o Bradford Dempsey Law LLC
Attn: Bradford E. Dempsey 14143
Denver West Parkway, Suite 100
Golden CO 80401

Tote Fashion Sourcing Limited
Attn: Keven Lin
5F-7, No. 1, Fu Hsing North
Road
Taipei  ROC105
Taiwan

Travis County
c/o Travis County Attorney's
Office
Attn: Jason A. Starks PO Box
1748
Austin TX 78767

Urban Crown Limited
Attn: Kevin Moylan
1101 West Tower, Exchange Rd
Ortigas Ctr
Pasig City  1605
Philippines

Utah Office of the Attorney
General
Utah State Capitol Complex 350
N State St Suite 230
Salt Lake City UT 84114

Vermont Office of the Attorney
General
109 State St
Montpelier VT 05609

Virginia Office of the Attorney
General
202 N Ninth St
Richmond VA 23219

Washington Office of the
Attorney General
1125 Washington St SE
Olympia WA 98501

Wells Fargo Bank, N.A.
One Boston Place 18th Floor
Boston MA 02108

Wells Fargo Bank, N.A.; Bank of
America, N.A.; U.S. Bank
National Association; and Fifth
Third Bank, National Association
c/o Goldberg Kohn Ltd.
Attn: Randall Klein, Dimitri G.
Karczes, Keith G. Radner, and
Eva D. Gadzheva 55 E Monroe
Street, Suite 3300
Chicago IL 60603

Wells Fargo Bank, N.A.; Bank of
America, N.A.; U.S. Bank
National Association; and Fifth
Third Bank, National
Association
c/o Richard Layton & Finger
Attn:  John H. Knight, Alexander
R. Steiger, and Paul N. Heath
920 N King Street
Wilmington DE 19801

Wells Fargo Bank, National
Association
c/o Goldberg Kohn Ltd.
Attn: Randall Klein, Dimitri G.
Karcazes, Keith G. Radner, Eva
D. Gadzheva 55 East Monroe
Street Suite 3300
Chicago IL 60603-5792

| | | |
|---|---|---|
| Wells Fargo Bank, National Association<br>Attn: Emily Abrahamson<br>125 High Street 11th Floor<br>Boston MA 02110 | Wells Fargo Retail Finance, LLC, as Collateral Agent<br>One Boston Place 18th Floor<br>Boston MA 02108 | West Virginia Office of the Attorney General<br>Consumer Protection & Anti-Trust Division<br>1900 Kanawha Blvd E State Capitol Complex Bldg 1, Rm E-26<br>Charleston WV 25305 |
| WHP Global<br>c/o Morris, Nicholas, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott 1201 N Market Street, 16th Floor<br>Wilmington DE 19801 | WHP Global<br>c/o Wachtell, Lipton, Rosen & Katz<br>Attn: Joshua A. Feltman, Benjamin S. Arfa 51 West 52nd Street<br>New York NY 10019 | Wisconsin Office of the Attorney General<br>114 E State Capitol<br>Madison WI 53702 |
| WPG Legacy, LLC<br>c/o Frost Brown Todd LLP<br>Attn: Ronald E. Gold, Erin P. Severini 3300 Great American Tower, 301 East Fourth Street<br>Cincinnati OH 45202 | Wyoming Office of the Attorney General<br>Kendrick Building 2320 Capitol Ave<br>Cheyenne WY 82002 | |