**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undesigned hereby enter their appearance in the above-captioned case as counsel for **Silver Spark Apparel Limited** ("Silver Spark") and requests, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon:

| | |
|---|---|
| John J. Kane | Jennifer R. Hoover |
| JaKayla J. DaBera | Juan E. Martinez |
| **KANE RUSSELL COLEMAN LOGAN PC** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| 901 Main Street, Suite 5200 | 1313 North Market Street, Suite 1201 |
| Dallas, Texas 75202 | Wilmington, Delaware 19801 |
| Tel.: (214) 777-4200 | Tel.: (302) 442-7010 |
| Fax: (214) 777-4299 | Fax: (302) 442-7012 |
| Email: jkane@krcl.com | Email: jhoover@beneschlaw.com |
| Email: jdabera@krcl.com | Email: jmartinez@beneschlaw.com |

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices, papers, and pleadings referenced or contemplated in the Bankruptcy Code and Bankruptcy Rules, including, without limitation, any orders, applications, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, and any other documents that in any way affect the debtors, the debtors' property, or Silver Spark, or that otherwise relate to the above-captioned case or to Silver Spark.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim or suit is intended to be nor is it a consent of Silver Spark to the jurisdiction of the Bankruptcy Court, nor shall it be deemed to be a waiver of Silver Spark's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to any other rights, claims, actions, setoffs, and recoupments to which Silver Spark is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments Silver Spark expressly reserves; or (v) to any and all defenses or objections Silver Spark may have to any claims asserted against it in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

[*Signature Page to Follow*]

DATED: December 4, 2024							Respectfully submitted,

									**BENESCH, FRIEDLANDER,**
									  **COPLAN & ARONOFF LLP**

									 /s/ *Juan E. Martinez*
									Jennifer R. Hoover (DE No.5111)
									Juan E. Martinez (DE No. 6863)
									1313 N. Market Street, Suite 1201
									Wilmington, Delaware 19801
									Tel.: (302) 442-7010
									Fax: (302) 442-7012
									Email:  jhoover@beneschlaw.com
									Email:  jmartinez@beneschlaw.com

									-and-

									John J. Kane (*Pro Hac Vice Forthcoming*)
									JaKayla J. DaBera (*Pro Hac Vice Forthcoming*)
									**KANE RUSSELL COLEMAN LOGAN PC**
									901 Main Street, Suite 5200
									Dallas, Texas 75202
									Tel.: (214) 777-4200
									Fax: (214) 777-4299
									Email: jkane@krcl.com
									Email: jdabera@krcl.com

									*Counsel for Silver Spark Apparel Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2024, I caused the foregoing document served by electronic means via the Court's CM/ECF system to all parties registered to receive electronic notice in this case.

                                               */s/ Juan E. Martinez*
                                               Juan E. Martinez (DE No. 6863)