**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN, INC., et al.,[1] | ) Case No. 24-110831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. __** |

**ORDER SUSTAINING
DEBTORS' SECOND OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3007, AND LOCAL RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing the claims set forth on **Schedule 1** attached hereto, all as more fully set forth in the Objection; and upon the [●] Declaration; and the district court having jurisdiction under 28 U.S.C. §§ 157 and 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

53448543.2

1

28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate and no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The No Liability Claims set forth on the attached **Schedule 1** are hereby disallowed and expunged in their entirety.

3. The Debtors' objection to the No Liability Claims addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any claimant subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

4. The Claims Agent is authorized and directed to modify the claims register in accordance with entry of the relief granted in this Order.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other

party in interest's right to subsequently dispute any of the Claims objected to herein on any grounds, or a waiver of the Debtors' or any other party in interest's right to dispute any other Claims which may be asserted against the Debtors on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Objection; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party in interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties in interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens.

6. Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**No Liability Claims**

53448543.2

**EXP OLDCO WINDDOWN, INC., et al**
**Claim Objections - No Liability**

| Claim # | Date Filed | Debtor | Name of Claimant | Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 105 | 5/6/2024 | Project Pine Operations OldCo, LLC | Cherry Hill Center LLC | $124,062.53 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |
| 1379 | 7/10/2024 | Project Pine Operations OldCo, LLC | Forbes/Cohen Properties Limited Partnership | $220,198.40 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |
| 875 | 7/1/2024 | Project Pine Operations OldCo, LLC | Green Hills Mall TRG LLC [The Mall at Green Hills] | $345,012.00 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |
| 1113 | 7/9/2024 | EXP OldCo Winddown, Inc. | Jiangsu Guotai Huasheng Industrial Co., Ltd. (GTHS) | $540,705.10 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |
| 1267 | 7/10/2024 | Project Pine OldCo, LLC | Liberty Mutual Insurance Company | $23,042,255.05 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |
| 364 | 5/29/2024 | Project Pine OldCo, LLC | Liberty Place Retail Associations, L.P. | $223,842.70 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |
| 1371 | 7/10/2024 | Project Pine Operations OldCo, LLC | Queens Center SPE LLC | $906,715.11 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |
| 865 | 7/1/2024 | Project Pine Operations OldCo, LLC | Taubman Cherry Creek Shopping Center, L.L.C | $516,267.33 | Upon review of the Debtors' Books and Records, the Debtors believe there are no amounts owed. |