**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE ATTACHED EXHIBIT TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., et al.,[1] | ) ) ) | Case No. 24-110831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502(B), BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

**PLEASE TAKE NOTICE** that on December 4, 2024, the above-captioned debtors and debtors in possession (the "Debtor") filed the *Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Objection must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, be filed by **January 16, 2025 at 4:00 p.m. (Prevailing Eastern Time)**, and shall be served on (a) the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

-2-

Debtors, One Express Drive, Columbus, Ohio Attn.: Mark Still; (b) counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., and Nicholas M. Adzima; (ii) Kirkland & Ellis LLP, 333 Wolf Point Plaza, Chicago, Illinois, 60654, Attn.: Charles B. Sterrett; and (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn.: Domenic E. Pacitti, Michael W. Yurkewicz, and Alyssa M. Radovanovich; and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn: Morton R. Branzburg; and (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: John Schanne.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider such Objection and any responses related thereto (the "Hearing") will be held on **January 23, 2025, at 1:00 p.m. (Prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor Courtroom #3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT** if you are a claimant and fail to timely file and serve a response, you will be deemed to have concurred with and consented to the Objection and the relief requested therein, and the Debtors will present to the Court, without further notice to you, the proposed order sustaining the objection.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.deb.uscourts.gov, or (ii) from the Debtor's notice and claims agent, Stretto, Inc., at https://cases.stretto.com/express or by calling (855) 337-3537. Note that a PACER password is needed to access documents on the Court's website.

-3-

Dated: December 4, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 426-1189 | Telephone: (212) 446-4800 |
| Facsimile: (302) 426-9193 | Facsimile: (212) 446-4900 |
| Email: dpacitti@klehr.com | Email: joshua.sussberg@kirkland.com |
| myurkewicz@klehr.com | emily.geier@kirkland.com |
| aradovanovich@klehr.com | nicholas.adzima@kirkland.com |

-and-                                                                       -and-

Morton R. Branzburg (admitted *pro hac vice*)              Charles B. Sterrett (admitted *pro hac vice*)
1835 Market Street, Suite 1400                                       333 West Wolf Point Plaza
Philadelphia, Pennsylvania 19103                                    Chicago, Illinois 60654
Telephone: (215) 569-3007                                            Telephone: (312) 862-2000
Facsimile: (215) 568-6603                                              Facsimile: (312) 862-2200
Telephone: mbranzburg@klehr.com                            Email: charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*    *Co-Counsel for the Debtors and Debtors in Possession*