**<u>Exhibit B</u>**

**Kamlani Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN, INC., et al.,[1] | ) Case No. 24-110831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF**
**KUNAL S. KAMLANI IN SUPPORT OF THE**
**DEBTORS' LIMITED OMNIBUS OBJECTION**
**SOLELY TO THE VOTING ASSOCIATED WITH CERTAIN CLAIMS**

I, Kunal S. Kamlani, hereby declare under penalty of perjury:

1.      I am a Senior Managing Director at M3 Advisory Partners, LP ("M3"), financial advisors to the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I submit this declaration (the "Declaration") in support of the relief requested in the *Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claims* (the "Limited Objection"). [2]

2.      In my current position with M3 as an advisor to the Debtors, I am generally familiar with the Debtors' day-to-day operations, financing arrangements, business affairs, Schedules and Statements, and Books and Records. Such documents reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors as of the Petition Date.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]    Capitalized terms used in this Declaration but not defined herein have the meanings given to such terms in the Limited Objection.

1

Except as otherwise stated herein, all facts set forth herein are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, or information received from other members of the Debtors' management, the Debtors' advisors, including my team at M3, or employees of the Debtors.  I have read the Objection filed contemporaneously herewith and to the best of my knowledge, information, and belief, the assertions made in the Objection are accurate.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this Declaration on behalf of the Debtors.

3.       The Debtors and their advisors have reviewed the Proofs of Claim filed in these Chapter 11 cases and have identified six (6) contingent and unliquidated claims (the "Disputed Claims,") filed by six (6) Claimants, in the aggregate amount of $5,500,000, that are subject to this Limited Objection.  The undertaking of the Proofs of Claim review process was intended to ensure that Holders of Claims entitled to vote to accept or reject the Plan are afforded a fair opportunity to do so.  After reviewing the Disputed Claims, the Debtors cannot justify the Disputed Claims voting in the filed amounts because the Debtors do not believe that such amounts accurately represent the potential liability, if any, of the Debtors and their Estates for the Disputed Claims asserted therein.

4.       If the Limited Objection is not sustained, Claimants holding Disputed Claims will have an outsized vote which is not reflective of the claims actually held against the Debtors' estates. I therefore believe the Contingent Claims should be temporarily disallowed solely for the purpose of voting to accept or reject the Plan (and no other purpose).

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: December 4, 2024                    /s/ Kunal S. Kamlani
                                           Kunal S. Kamlani
                                           Senior Managing Director
                                           M3 Partners, LP