**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., et al.,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 24-10831 (KBO)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Edwin H. Caldie of Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402, as counsel to Lumen Technologies, Inc., and its applicable parents, subsidiaries, and affiliates.

Dated:  December 5, 2024

/s/    *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Stinson LLP
1007 N. Orange St., 3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com
*Counsel to Lumen*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota, the State of Illinois, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised December 21, 2023, effective January 1, 2024.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated:  December 5, 2024

/s/    *Edwin H. Caldie*
Edwin H. Caldie
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Email: ed.caldie@stinson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

CORE/0807628.0246/194510923.1