## Exhibit 1

**Rejected Contracts**

**Leases to be Rejected**

| Counterparty Name | Counterparty Address | Contract Description | Lease Address | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|
| BJW Realty LLC | 680 Fifth Avenue, 23rd FL., New York, New York 10019 | Lease Agreement for premises | 111 5th Ave, New York, New York 10003 | Fixtures, shelving, equipment, and personal property remaining on the premises | 3/1/2025 |