**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN, INC., et al.,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. __ |

**ORDER SUSTAINING
DEBTORS' LIMITED OMNIBUS OBJECTION
SOLELY TO THE VOTING ASSOCIATED WITH CERTAIN CLAIMS**

Upon the limited objection (the "Limited Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), temporarily disallowing each of the Disputed Claims solely for the purpose of voting to accept or reject the Plan (and no other purpose), in accordance with the treatment for each Disputed Claim on **Schedule 1** attached hereto, all as more fully set forth in the Limited Objection; and upon the Kamlani Declaration; and the district court having jurisdiction under 28 U.S.C. §§ 157 and 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Limited Objection.

1

having found that venue of this proceeding and the Limited Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Limited Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Limited Objection and opportunity for a hearing on the Limited Objection were appropriate and no other notice need be provided; and this Court having reviewed the Limited Objections and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Limited Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Limited Objection is sustained as set forth herein.

2. Pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 3018, the Disclosure Statement Order, and the Solicitation and Voting Procedures, each Disputed Claim identified on **Schedule 1** hereto is temporarily disallowed solely for the purpose of voting to accept or reject the Plan consistent with the treatment for each Disputed Claim as set forth on **Schedule 1** hereto. All other rights of each Claimant and the Debtors, including related to distribution and classification under the Plan, are hereby reserved.

3. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party in interest's right to subsequently dispute any of the Claims objected to herein on any grounds, or a waiver of the Debtors' or any other party in interest's right to dispute any other

Claims which may be asserted against the Debtors on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Objection; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party in interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties in interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens.

4. Notice of the Limited Objection as provided therein shall be deemed good and sufficient notice of such Objection and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Disputed Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Claim Objections - Litigation**

| Claim # | Date Filed | Debtor | Name of Claimant | Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 1053 | 7/8/2024 | EXP OldCo Winddown, Inc. | Barnes, Deborah | $950,000.00 | Contingent and unliquidated claims pending in litigation/mediation. |
| 566 | 6/14/2024 | Project Pine OldCo, LLC | Dana Al-Husseini v. Express, LLC | $50,000.00 | Contingent and unliquidated claims pending in litigation/mediation. |
| 243 | 5/16/2024 | EXP OldCo Winddown, Inc. | Deborah Yohrling | $3,000,000.00 | Contingent and unliquidated claims pending in litigation/mediation. |
| 1214 | 7/9/2024 | EXP OldCo Winddown, Inc. | Hernandez, Yvonne | $500,000.00 | Contingent and unliquidated claims pending in litigation/mediation. |
| 1152 | 7/9/2024 | Project Pine Operations OldCo, LLC | Letticia Diaz | $1,000,000.00 | Contingent and unliquidated claims pending in litigation/mediation. |
| 1208 | 7/9/2024 | EXP OldCo Winddown, Inc. | Rene Ortado v. Express LLC d/b/a Express Inc | – | Contingent and unliquidated claims pending in litigation/mediation. |