**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SEVENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | November 1, 2024 through November 30, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $59,592.50 (80% $47,674.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $243.90 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the seventh monthly fee application filed in this case.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PRIOR APPLICATIONS**

| Prior Applications: | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees [80%]** | **Expenses [100%]** | **Fee Holdback** |
| First Monthly Filed 6/11/2024 DI No. 437 CNO DI No. 585 Filed 7/8/2024 | 4/22/2024-5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |
| Second Monthly Filed 7/23/2024 DI No. 640 CNO DI No. 724 Filed 8/14/2024 | 6/1/2024-6/30/2024 | $140,286.00 | $2,867.24 | $112,228.80 | $2,867.24 | $28,057.20 |
| Third Monthly Filed 8/23/2024 DI No. 742 CNO DI No. 824 Filed 9/17/2024 | 7/1/2024-7/31/2024 | $200,041.50 | $1,041.10 | $160,033.20 | $1,041.10 | $40,008.30 |
| Fourth Monthly Filed 9/18/2024 DI No. 825 CNO DI No. 889 Filed 10/10/2024 | 8/1/2024-8/31/2024 | $249,081.00 | $0.00 | $199,264.80 | $0.00 | $49,816.20 |
| Fifth Monthly Filed 10/30/2024 DI No. 948 CNO DI No. 1047 | 9/1/2024-9/30/2024 | $335,889.00 | $339.00 | $268,711.20 | $339.00 | $67,177.80 |
| Sixth Monthly Filed 11/12/2024 DI No. 985 CNO DI No. 1083 | 10/1/2024-10/31/2024 | $215,682.50 | $1,720.37 | $172,546.00 | $1,720.37 | $43,136.50 |

**TIME AND COMPENSATION BREAKDOWN**
**NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 23.10 | $19,635.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 23.40 | $15,210.00 |
| C. Quincy Conrad | Litigation Associate Admitted to Bar 2019 | $475.00 | 17.80 | $8,455.00 |
| Isabella H. Gray | Litigation Associate Admitted to Bar 2021 | $440.00 | 4.50 | $1,980.00 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 7.20 | $3,132.00 |
| Benjamin Fischer | Bankruptcy & Restructuring Associate Admitted to Bar 2024 | $435.00 | 1.00 | $435.00 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $415.00 | 2.20 | $913.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 28.50 | $9,832.50 |
| **TOTALS** | | | **107.70** | **$59,592.50** |
| **BLENDED RATE** | | | | **$553.31** |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | AL | 6.60 | $3,253.00 |
| Claims Administration and Objections | CB | 0.30 | $195.00 |
| Corporate Governance and Board Matters | CG | 2.20 | $913.00 |
| Case Administration | CS | 13.30 | $6,813.00 |
| Employment and Fee Applications | EF | 12.90 | $6,030.50 |
| Litigation:  Contested Matters and Adversary Proceedings | LC | 24.10 | $11,965.00 |
| Plan and Disclosure Statement | PD | 42.40 | $27,882.50 |
| Reporting | RG | 5.90 | $2,540.50 |
| **TOTAL** | | **107.70** | **$59,592.50** |

## NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Special Copy | $243.90 |
| **TOTAL** | **$243.90** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SEVENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS**
**FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to EXP OldCo
Winddown, Inc. *et al.* and its debtor affiliates, as debtors and debtors in possession in the above-
captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its seventh monthly
application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United
States Code, 11 U.S.C. §§101 *et seq*, as amended (the "Bankruptcy Code") granting it interim
compensation and reimbursement of expenses for the period from November 1, 2024 through
November 30, 2024. In support hereof, Klehr Harrison respectfully represents as follows:

I.     **JURISDICTION, VENUE AND STATUTORY**
**PREDICATES FOR RELIEF SOUGHT**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This
is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and

---

[1]     The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax
identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project
Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project
Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo,
LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California
OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors'
principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus,
Ohio 43230.

this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory

predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.  <u>BACKGROUND</u>

2.      On April 22, 2024, (the "<u>Petition Date</u>"), the Debtors each filed a voluntary petition

for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the

management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108

of the Bankruptcy Code.

3.      On May 3, 2024, the United States Trustee appointed an Official Committee of

Unsecured Creditors (the "<u>Committee</u>") in these cases.

4.      On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II)

Granting Related Relief* [Docket No. 223] (the "<u>Administrative Order</u>").

5.      On June 4, 2024, this Court entered an *Order Authorizing the Retention and

Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and

Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention

of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the

period from November 1, 2024 through November 30, 2024 (the "<u>Compensation Period</u>"), totaling

107.70 hours of professional time.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of

the Debtors for the Compensation Period is $59,592.50. Klehr Harrison submits that the

professional services it rendered on behalf of the Debtor during this time were reasonable and

necessary.

8.      Attached hereto as <u>Exhibit "A"</u> is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

9.      Klehr Harrison also expended costs on behalf of the Debtor in the sum of $243.90 during the Compensation Period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page. Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the Compensation Period.

10.     Klehr Harrison accordingly seeks allowance of the sum of $59,592.50 in fees and $243.90 in expenses, for a total of $59,836.40.

11.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:  (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $59,592.50 and reimbursement of actual and necessary expenses incurred in the sum of $243.90 for the period from November 1, 2024 through November 30, 2024; (b) payment in the total amount of $47,917.90, which represents (i) 80% of the total fees billed ($47,674.00) and (ii) 100% of the expenses incurred ($243.90) during the Application Period, as provided under the Interim Compensation Order; and (c) such other relief as this Court deems just and proper.

*[Signature Page to Follow]*

Dated: December 6, 2024
Wilmington, Delaware

/s/ Domenic E. Pacitti

**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:     (302) 426-1189
Facsimile:     (302) 426-9193
Email:          dpacitti@klehr.com
                 myurkewicz@klehr.com
                 aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:  (215) 568-6603
Email:       mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                 emily.geier@kirkland.com
                 nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:       charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

**CERTIFICATION OF DOMENIC E. PACITTI**

---

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing *Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from November 1, 2024 through November 30, 2024* and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

---

[1]      The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2024          */s/ Domenic E. Pacitti*
                                      Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

December 6, 2024

Laurel Krueger, Chief Legal Officer
Express, Inc., et al.
1 Express Drive
Columbus, OH  43230

| | |
|---|---|
| Invoice #: | 520820 |
| Client #: | 23441 |
| Matter #: | 0001 |

For professional services through November 30, 2024:

**RE:  Express Restructuring**

**PROFESSIONAL SERVICES**

**Assumption and Rejection of Leases and C**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/24 | MKH | Review revise and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 450/proposed order/exhibit for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/06/24 | MKH | Prepare for and upload proposed order and exhibit re Assumption Notice with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/06/24 | MWY | Address assumption order | 1.20 | 650.00 | 780.00 |
| 11/11/24 | MKH | Review, separate and prepare Certificate of No Objection Regarding Assumption Notice at Docket No. 942/proposed order/exhibit for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 11/11/24 | MKH | Review, separate and prepare Certificate of No Objection Regarding Assumption Notice at Docket No. 831/proposed order/exhibit for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 11/11/24 | MKH | Revise, break apart and upload proposed order and exhibit re Docket No. 831 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/11/24 | MKH | Revise, break apart and upload proposed order and exhibit re Docket No. with 942 Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/11/24 | MWY | Address contract assumption | .40 | 650.00 | 260.00 |
| 11/12/24 | MWY | Address lease assumption orders | .80 | 650.00 | 520.00 |
| 11/18/24 | MKH | Review and prepare Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases/Exhibits for filing and efile same with Bankruptcy Court; confer with D. Pacitti re same | .30 | 345.00 | 103.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/24 | MKH | Review and prepare Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 11/19/24 | MWY | Address rejection notice | .20 | 650.00 | 130.00 |
| 11/25/24 | MKH | Review revise and prepare Certification of Counsel Regarding Assumption Notice at Docket No. 474/proposed order and redline order for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 11/25/24 | MKH | Prepare for and upload proposed order re Assumption Notice at Docket No. 474 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/25/24 | MWY | Address assumption pleadings | .20 | 650.00 | 130.00 |
| 11/26/24 | MKH | Review and prepare Notice of Amended Schedule to Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 11/26/24 | MWY | Address revised assumption notice | .40 | 650.00 | 260.00 |

**Task Total:**                                                                        **$ 3,253.00**

## Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/24 | MWY | Address claim settlement notice | .30 | 650.00 | 195.00 |

**Task Total:**                                                                        **$ 195.00**

## Corporate Governance and Board Matters

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/24 | CO | Review and analyze documents in preparation for upcoming document production. | .60 | 415.00 | 249.00 |
| 11/04/24 | CO | Review and analyze documents in preparation for upcoming document production. | 1.60 | 415.00 | 664.00 |

**Task Total:**                                                                        **$ 913.00**

## Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/24 | MKH | Update case calendar re upcoming critical dates and deadlines | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.                                                    December 6, 2024
0001: Express Restructuring                                                    Invoice #: 520820

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/24 | MWY | Review agenda | .20 | 650.00 | 130.00 |
| 11/02/24 | MKH | Revise and update agenda for November 6, 2024 hearing | 1.20 | 345.00 | 414.00 |
| 11/04/24 | DEP | Call with M. Hughes re: agenda | .10 | 850.00 | 85.00 |
| 11/04/24 | DEP | Emails with K&E team re: hearing issues and agenda | .30 | 850.00 | 255.00 |
| 11/04/24 | MKH | Revise and finalize agenda for November 6, 2024 hearing for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 11/04/24 | MKH | Download filed agenda for November 6, 2024 and coordinate hyperlinking same for delivery to Court | .30 | 345.00 | 103.50 |
| 11/04/24 | MKH | Email exchanges with counsel re finalizing of agenda for November 6, 2024 and relative pleadings re same | .40 | 345.00 | 138.00 |
| 11/04/24 | MKH | Draft amended agenda for November 6, 2024 hearing | .70 | 345.00 | 241.50 |
| 11/04/24 | MWY | Call w L Murley on hearing (.2)/ work on agenda(.8)/ address UCC issues and hearing logistics(.7)/ coordinate with court on hearing(.3)/ work on amended agenda(.2) | 2.20 | 650.00 | 1,430.00 |
| 11/05/24 | MKH | Revise and finalize amended agenda for November 6, 2024 hearing for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 11/05/24 | MKH | Download filed amended agenda for November 6, 2024 hearing and hyperlink same and prepare email attaching same for delivery to Court | .50 | 345.00 | 172.50 |
| 11/05/24 | MKH | Update case calendar re upcoming deadlines | .20 | 345.00 | 69.00 |
| 11/05/24 | MWY | Work on amended agenda(.8)/ address hearing logistics(1.6)/ follow up with Court on hearing(.5) | 2.90 | 650.00 | 1,885.00 |
| 11/06/24 | MKH | Email exchanges with M. Yurkewicz re Certification of Counsel and related exhibits and document issues, revisions of same | .50 | 345.00 | 172.50 |
| 11/07/24 | DEP | Emails with K&E team re: upcoming filings | .20 | 850.00 | 170.00 |
| 11/07/24 | MKH | Draft and finalize Certification of Counsel re Interim Fee and Omnibus Hearing Date/proposed order for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 11/07/24 | MKH | Prepare and upload proposed order re interim fee and omnibus hearing date with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/07/24 | MWY | Correspondence with Court and UCC on interim fee hearing | .60 | 650.00 | 390.00 |
| 11/12/24 | MKH | Update case calendar re upcoming objection deadlines | .20 | 345.00 | 69.00 |
| 11/15/24 | MWY | Investigate docketing issues | .40 | 650.00 | 260.00 |
| 11/19/24 | MKH | Review and prepare Notice of Settlement for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

**Task Total:**                                                             **$ 6,813.00**

23441: Express, Inc., et al.                                                      December 6, 2024
0001: Express Restructuring                                                       Invoice #: 520820

## Employment and Fee Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/07/24 | DEP | Emails with M. Yurkewicz and Saul Ewing team re: interim fee applications | .30 | 850.00 | 255.00 |
| 11/07/24 | MKH | Review revise and prepare Fourth Combined Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for the period August 1, 2024 to September 30, 2024, Notice, Exhibits for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 11/07/24 | MKH | Update case calendar re upcoming objection deadlines for fees | .20 | 345.00 | 69.00 |
| 11/07/24 | MKH | Review case docket and filed application; draft and prepare CNO re Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 1, 2024 through and including August 31, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 11/07/24 | MWY | Address EY application | .30 | 650.00 | 195.00 |
| 11/08/24 | MKH | Review revise and prepare Sixth Monthly Application of Moelis & Company LLC for Compensation for Professionals Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors for the period October 1, 2024 to October 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 11/08/24 | MKH | Review case docket; update case calendar re upcoming objection deadlines | .30 | 345.00 | 103.50 |
| 11/08/24 | MKH | Email exchanges with counsel re filing of fee application and deadline changes to same | .40 | 345.00 | 138.00 |
| 11/08/24 | MKH | Review case docket and fee application; draft and prepare CNO re Fifth Monthly Application of Moelis & Company LLC for September 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 11/08/24 | MWY | Work on Moelis application and revisions | .70 | 650.00 | 455.00 |
| 11/12/24 | DEP | Review and revise Klehr October fee application | .60 | 850.00 | 510.00 |
| 11/12/24 | MKH | Draft Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the period October 1, 2024 to October 31, 2024 and prepare email to D. Pacitti attaching same for review | 1.30 | 345.00 | 448.50 |

23441: Express, Inc., et al.                                                December 6, 2024
0001: Express Restructuring                                                 Invoice #: 520820

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/12/24 | MKH | Finalize and prepare Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses for October 2024, Notice, Charts for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/14/24 | DEP | Emails with K&E team re: interim fee applications | .20 | 850.00 | 170.00 |
| 11/14/24 | DEP | Call with N. Stratmen of K&E team re: interim fee applications | .20 | 850.00 | 170.00 |
| 11/14/24 | MKH | Review fee application and case docket; draft and prepare CNO re Fifth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 11/19/24 | MKH | Draft Notice re Second Interim Application of Moelis & Company LLC for August 1, 2024 through October 31, 2024 | .50 | 345.00 | 172.50 |
| 11/19/24 | MKH | Revise and finalize Second Interim Application of Moelis & Company LLC for August 1, 2024 through October 31, 2024, Notice, Exhibits for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/19/24 | MKH | Email exchanges and calls with counsel re upcoming interim fee hearing, preparations of applications and deadlines re same | .50 | 345.00 | 172.50 |
| 11/19/24 | MKH | Review revise and prepare Combined Second Monthly Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the period July 1, 2024 to September 30, 2024/Notice for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/19/24 | MKH | Review revise and prepare Sixth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the period October 1, 2024 to October 31, 2024/Notice for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 11/19/24 | MKH | Update case calendar re upcoming objection deadlines | .20 | 345.00 | 69.00 |
| 11/19/24 | MWY | Review and address Moelis application | .30 | 650.00 | 195.00 |
| 11/19/24 | MWY | Coordinate interim fee application process | .50 | 650.00 | 325.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10832 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/25/24 | DEP | Review and coordinate for filing the 4th monthly fee application of K&E | .50 | 850.00 | 425.00 |

23441: Express, Inc., et al.                                                        December 6, 2024
0001: Express Restructuring                                                      Invoice #: 520820

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/25/24 | MKH | Review case docket and filed fee application; draft and prepare CNO re Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from September 1, 2024 through September 30, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/25/24 | MKH | Review revise and prepare Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the period September 1, 2024 to September 30, 2024 for filing and efile same with Bankruptcy Court; update case calendar re objection deadline re same | .40 | 345.00 | 138.00 |
| 11/26/24 | MKH | Review revise and prepare Third Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors for August 1, 2024 through October 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/26/24 | MWY | Address KPMG application | .40 | 650.00 | 260.00 |

**Task Total:**                                                        **$ 6,030.50**

**Litigation: Contested Matters and Advers**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 5.00 | 475.00 | 2,375.00 |
| 11/01/24 | IHG | Continue redacting privileged communications from documents for production | 2.10 | 440.00 | 924.00 |
| 11/04/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 5.00 | 475.00 | 2,375.00 |
| 11/05/24 | DEP | Review pleadings and agenda for hearing (.30) / emails with K&E team re: hearing (.20) | .50 | 850.00 | 425.00 |
| 11/05/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 2.00 | 475.00 | 950.00 |
| 11/06/24 | DEP | Meet with N. Adzima and prep for DS hearing (.50) / attend DS hearing (.80) | 1.30 | 850.00 | 1,105.00 |
| 11/06/24 | CQC | Perform review of documents tagged for privilege and apply appropriate redactions in advance of producing documents | 5.80 | 475.00 | 2,755.00 |
| 11/06/24 | IHG | Continue redacting privileged communications from documents for production | 2.40 | 440.00 | 1,056.00 |

**Task Total:**                                                        **$ 11,965.00**

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/24 | DEP | Review and revise draft reply to UST objection to DS (.80) / emails with K&E team re: same and reach out to UST (.20) | 1.00 | 850.00 | 850.00 |
| 11/01/24 | DEP | Call with N. Adzima re: issues for filing of revise Plan and DS and reply to UST objection | .30 | 850.00 | 255.00 |
| 11/01/24 | DEP | Call with M. Yurkewicz re: N. Adzima call and process to address issues for filing of revise Plan and DS and reply to UST objection | .30 | 850.00 | 255.00 |
| 11/01/24 | DEP | Review and revise draft notice of revised proposed DS order (.20) / emails with K&E team re: Same (.20) | .40 | 850.00 | 340.00 |
| 11/01/24 | DEP | Review revised Plan, DS and DS Order | 2.50 | 850.00 | 2,125.00 |
| 11/01/24 | DEP | Calls and emails with N. Adzima re: finalizing plan and DS for filing | .50 | 850.00 | 425.00 |
| 11/01/24 | DEP | Work on finalizing Plan, DS and DS order for filing | 1.00 | 850.00 | 850.00 |
| 11/01/24 | DEP | Continued work on finalizing plan and DS | 2.00 | 850.00 | 1,700.00 |
| 11/01/24 | MKH | Review revise and finalize Debtors' Reply to the U.S. Trustee's Objection to the Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/01/24 | MKH | Email exchanges and telephone calls with counsel re preparation of relevant pleadings re plan and disclosure statement and timing of same | .60 | 345.00 | 207.00 |
| 11/01/24 | MKH | Review and prepare Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/01/24 | MKH | Review and prepare Redline Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 11/01/24 | MKH | Review and prepare Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/01/24 | MKH | Review and prepare Redline Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

23441: Express, Inc., et al.
0001: Express Restructuring

December 6, 2024
Invoice #: 520820

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/24 | MKH | Review revise and finalize compiled Notice of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/01/24 | MWY | Review reply to DS objection(.9)/ address revised DS order(1.1)/ review and address revised plan(.3)/ review and address revised disclosure statement(.3) | 2.60 | 650.00 | 1,690.00 |
| 11/04/24 | DEP | Confer with M. Yurkewicz re: agenda and hearing logistics | .20 | 850.00 | 170.00 |
| 11/04/24 | DEP | Email s with K&E team and M. Yurkewicz re: hearing dates for confirmation | .40 | 850.00 | 340.00 |
| 11/04/24 | DEP | Emails with chambers re: hearing dates available for confirmation | .30 | 850.00 | 255.00 |
| 11/04/24 | DEP | Review liquidation analysis (.30) / emails with K&E team re: same (.20) | .50 | 850.00 | 425.00 |
| 11/04/24 | MKH | Review and prepare Notice of Filing Exhibit to the Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 11/04/24 | MWY | Work on confirmation planning(1.2)/ address DS exhibits(.5) | 1.70 | 650.00 | 1,105.00 |
| 11/04/24 | AMR | Prepare for hearing re: plan and disclosure statement filings, and related documents | 4.60 | 435.00 | 2,001.00 |
| 11/05/24 | DEP | Review revised DS order and notice of revised DS order (.90) / email with K&E team re: same (.10) | 1.00 | 850.00 | 850.00 |
| 11/05/24 | MKH | Review revise and prepare Notice of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/05/24 | MWY | Address revised DS documents | .90 | 650.00 | 585.00 |
| 11/05/24 | AMR | Review revised order re: approving the disclosure statement and solicitation procedures | 2.40 | 435.00 | 1,044.00 |
| 11/06/24 | DEP | Review revised DS order from K&E | .30 | 850.00 | 255.00 |
| 11/06/24 | MKH | Review revise and prepare Certification of Counsel Regarding Disclosure Statement Order/proposed order/redlined proposed order for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 11/06/24 | MKH | Prepare and upload proposed order and exhibit re Disclosure Statement with Bankruptcy Court | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.                                        December 6, 2024
0001: Express Restructuring                                         Invoice #: 520820

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/24 | MWY | Work on hearing preparation(2.6)/ disclosure statement hearing(1.1)/ work on revised DS order(1.6) | 5.30 | 650.00 | 3,445.00 |
| 11/07/24 | BF | Redact documents in connection with plan | 1.00 | 435.00 | 435.00 |
| 11/14/24 | MKH | Review and prepare Proof of Publication of The New York Times for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/14/24 | MKH | Review and prepare Proof of Publication of the Financial Times for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/18/24 | MKH | Review and prepare Notice of Confirmation Hearing for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/18/24 | MKH | Email exchanges with counsel re confirmation hearing, location and filings | .20 | 345.00 | 69.00 |
| 11/18/24 | MWY | Address confirmation hearing noticing | .90 | 650.00 | 585.00 |
| 11/18/24 | AMR | Review notice re: confirmation hearing | .20 | 435.00 | 87.00 |
| 11/21/24 | DEP | Email from R. Schepacarter re: Plan | .10 | 850.00 | 85.00 |
| 11/25/24 | DEP | Review email from R. Schepacarter with revised injunction provision | .40 | 850.00 | 340.00 |
| 11/25/24 | DEP | Review comments of R. Schepacater to Plan (.40) / call with R. Schepacarter and K&E team re: UST plan issues (.60) | 1.00 | 850.00 | 850.00 |
| 11/25/24 | DEP | Emails with K&E team re: claims objections re: voting (.30) / call with N. Adzima re: same (.20) | .50 | 850.00 | 425.00 |
| 11/26/24 | DEP | Emails with K&E team re: declarations in support of plan (.30) / review initial draft of Transier declaration (1.20) | 1.50 | 850.00 | 1,275.00 |
| 11/26/24 | DEP | Review precedent of disinterested director declarations in support of plan | 1.60 | 850.00 | 1,360.00 |
| 11/27/24 | DEP | Review and revise draft objection to claims for voting (.50) / email with K&E team re: same (.10) | .60 | 850.00 | 510.00 |
| 11/27/24 | DEP | Further review and revise Transier declaration (1.30) / emails with K&E team re: same (.20) | 1.50 | 850.00 | 1,275.00 |

**Task Total:**                                                       **$ 27,882.50**

**Reporting**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10831 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10832 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10833 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10834 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10835 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10836 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10837 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10838 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10839 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10840 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10841 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and prepare Chapter 11 Monthly Operating Report for Case Number 24-10842 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/20/24 | MKH | Review and compile Supporting Documentation Relating to Chapter 11 Monthly Operating Reports for Period Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | DEP | Review MORs for month ending 11/02/2024 | 1.00 | 850.00 | 850.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10831 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10833 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

23441: Express, Inc., et al.                                              December 6, 2024
0001: Express Restructuring                                              Invoice #: 520820

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10834 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10835 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10836 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10837 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10838 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10839 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10840 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10841 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 11/21/24 | MKH | Review and prepare fully compiled Chapter 11 Monthly Operating Report for Case Number 24-10842 for the Month Ending November 2, 2024 for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |

**Task Total:**                                                          **$ 2,540.50**

**TOTAL PROFESSIONAL SERVICES**                                          **$ 59,592.50**

23441: Express, Inc., et al.                                                    December 6, 2024
0001: Express Restructuring                                              Invoice #: 520820

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 23.10 | 850.00 | 19,635.00 |
| Yurkewicz, Michael W. | Partner | 23.40 | 650.00 | 15,210.00 |
| Conrad, C Quincy | Associate | 17.80 | 475.00 | 8,455.00 |
| Gray, Isabella H | Associate | 4.50 | 440.00 | 1,980.00 |
| Radovanovich, Alyssa M | Associate | 7.20 | 435.00 | 3,132.00 |
| Fischer, Benjamin | Associate | 1.00 | 435.00 | 435.00 |
| Orrin, Christopher P. | Associate | 2.20 | 415.00 | 913.00 |
| Hughes, Melissa K. | Paralegal | 28.50 | 345.00 | 9,832.50 |
| **TOTALS** | | **107.70** | | **$ 59,592.50** |

EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
| --- | --- |
| Special Copy | 243.90 |

| | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | **$ 243.90** |
| **TOTAL THIS INVOICE** | **$ 59,836.40** |



Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

AR@Reliable-co.com
Fed Id # 23-2473700

# INVOICE

Date    10/29/24
Number WL119831

Page   1

Approved by Domenic E. Pacitti

**Sold To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE 19801-3062

**Ship To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE 19801-3062

| | | | |
|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | 23441-0001 |
| Our Order No. | WL119831 | P.O. Date | 10/29/24 |
| Terms | Net 30 Days | Ordered By | Melissa Hughes |
| Due Date | 11/28/24 | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | |

| Product Code<br>Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00082<br>Bookmarking/Linking | | 21.00 | 1.00 | 21.00 | 21 | EA | 2.00 | 42.00 |

| | |
|---|---|
| Subtotal: | 42.00 |
| Sales Tax: | 0.00 |
| Total: | 42.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **42.00** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880

AR@Reliable-co.com
Fed Id # 23-2473700



E-Discovery &       | Managed Services | Business Document
Litigation Support  | & Consulting     | Services

# INVOICE

**Date    11/11/24**
**Number  WL120119**

**Page  1**

Approved by Domenic Pacitti

| Sold To: | Ship To: |
|---|---|
| Klehr, Harrison, Harvey, | Klehr, Harrison, Harvey, |
| Branzburg LLP | Branzburg LLP |
| 919 Market Street | 919 Market Street |
| 10th Floor | 10th Floor |
| Wilmington, DE  19801-3062 | Wilmington, DE  19801-3062 |

| | | | |
|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | 23441-0001 |
| Our Order No. | WL120119 | P.O. Date | 11/11/24 |
| Terms | Net 30 Days | Ordered By | Melissa Hughes |
| Due Date | 12/11/24 | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00683 Daily Transcript-Original | | 23.00 | 1.00 | 23.00 | 23 | PAGE | 7.30 | 167.90 |

11/6/24

| | |
|---|---|
| Subtotal: | 167.90 |
| Sales Tax: | 0.00 |
| Total: | 167.90 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 167.90 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery &        Managed Services    Business Document
Litigation Support   & Consulting        Services

# INVOICE

Date    11/05/24
Number  WL119994
Page  1

AR@Reliable-co.com
Fed Id # 23-2473700

Approved by Domenic Pacitti

**Sold To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| | | | | |
|---|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | 23441.0001 | |
| Our Order No. | WL119994 | P.O. Date | 11/05/24 | |
| Terms | Net 30 Days | Ordered By | Melissa Hughes | |
| Due Date | 12/05/24 | Ship Via | Client responsible for shipping | |
| Salesperson | Gene Matthews | | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00082 Bookmarking/Linking | | 17.00 | 1.00 | 17.00 | 17 | EA | 2.00 | 34.00 |

| | |
|---|---|
| Subtotal: | 34.00 |
| Sales Tax: | 0.00 |
| Total: | 34.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 34.00 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.