IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of JaKayla J. DaBera of Kane Russell Coleman Logan PC, to represent Silver Spark Apparel Limited, in the above-captioned cases.

Dated: December 6, 2024  
  Wilmington, Delaware

 */s/ Juan E. Martinez*  
Juan E. Martinez (DE #6863)  
Benesch, Friedlander, Coplan & Aronoff LLP  
1313 North Market Street, Suite 1201  
Wilmington, Delaware 19801  
Telephone: (302) 442-7010  
jmartinez@beneschlaw.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 6, 2024  
  Dallas, Texas

 */s/ JaKayla J. DaBera*  
JaKayla J. DaBera, Esq.  
Kane Russell Coleman Logan PC  
901 Main Street, Suite 5200  
Dallas, Texas 75202  
Telephone: (214) 777-4200  
Email:  jdabera@krcl.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

25227725