IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of John J. Kane of Kane Russell Coleman Logan PC, to represent Silver Spark Apparel Limited, in the above-captioned cases.

Dated: December 6, 2024          /s/ Juan E. Martinez
      Wilmington, Delaware          Juan E. Martinez (DE #6863)
                                                    Benesch, Friedlander, Coplan & Aronoff LLP
                                                    1313 North Market Street, Suite 1201
                                                    Wilmington, Delaware 19801
                                                    Telephone: (302) 442-7010
                                                    jmartinez@beneschlaw.com

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 6, 2024          /s/ John J. Kane
      Dallas, Texas          John J. Kane, Esq.
                                                    Kane Russell Coleman Logan PC
                                                    901 Main Street, Suite 5200
                                                    Dallas, Texas 75202
                                                    Telephone: (214) 777-4200
                                                    Email: jkane@krcl.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: December 9th, 2024          KAREN B. OWENS
      Wilmington, Delaware          UNITED STATES BANKRUPTCY JUDGE

25227730