IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of JaKayla J. DaBera of Kane Russell Coleman Logan PC, to represent Silver Spark Apparel Limited, in the above-captioned cases.

Dated: December 6, 2024  　　/s/ Juan E. Martinez
　　　Wilmington, Delaware  　　Juan E. Martinez (DE #6863)
　　　　　　　　　　　　　　　Benesch, Friedlander, Coplan & Aronoff LLP
　　　　　　　　　　　　　　　1313 North Market Street, Suite 1201
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　Telephone: (302) 442-7010
　　　　　　　　　　　　　　　jmartinez@beneschlaw.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 6, 2024  　　/s/ JaKayla J. DaBera
　　　Dallas, Texas  　　　　JaKayla J. DaBera, Esq.
　　　　　　　　　　　　　　Kane Russell Coleman Logan PC
　　　　　　　　　　　　　　901 Main Street, Suite 5200
　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　Telephone: (214) 777-4200
　　　　　　　　　　　　　　Email: jdabera@krcl.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 9th, 2024**　　　　　　**KAREN B. OWENS**
25227725 **Wilmington, Delaware**　　　　**UNITED STATES BANKRUPTCY JUDGE**