## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 3, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

Furthermore, on December 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Non-Voting Status to Holders of Unimpaired Claims Conclusively Deemed to Accept the Plan** (substantially in the form of Exhibit 4A of Docket No. 969)

- **[Customized] Deemed to Accept Opt-In Release Form** (substantially in the form of Exhibit 4C of Docket No. 969)

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

- **Pre-Addressed, Postage Pre-Paid Reply Envelope**

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on December 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Cover Letter** (substantially in the form of Exhibit 5 of Docket No. 969)

- **Letter from the Committee** (substantially in the form of Exhibit 8 of Docket No. 969)

- **Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates** (Docket No. 953)

- **Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCO Winddown, Inc. and Its Debtor Affiliates** (Docket No. 955)

- **Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief** (Docket No. 969)

- **Solicitation Procedures** (substantially in the form of Exhibit 2 of Docket No. 969)

- **[Customized] Ballot for Voting to Accept or Reject the Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates** (substantially in the form of Exhibit 3 of Docket No. 969)

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

- **Pre-Addressed, Postage Pre-Paid Reply Envelope**

Dated: December 10, 2024

_____
Pauline Aragon

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2024 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public · California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# **Exhibit A**



**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Abraham,Kiana | Address Redacted | | | | |
| Abram,Ashanti | Address Redacted | | | | |
| Adams,Mychael | Address Redacted | | | | |
| AdeptSource LLC | 12860 Sophie Falls Ave | | Fairhope | AL | 36532-0059 |
| Adou,Kayleen Mcneil | Address Redacted | | | | |
| Adyen B.V. | 505 Brannan St | | San Francisco | CA | 94107-1610 |
| Agostino,Gabriela | Address Redacted | | | | |
| Ahmad,Ayah | Address Redacted | | | | |
| Ahn,Jisun | Address Redacted | | | | |
| Akinkoye,Semira M | Address Redacted | | | | |
| Aldana,Justyn Mica | Address Redacted | | | | |
| Aldridge,Reigna Pearl | Address Redacted | | | | |
| Alharayzeh,Roaa | Address Redacted | | | | |
| Alim,Hadi | Address Redacted | | | | |
| Allen ISD | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Allen,Harmony Sage | Address Redacted | | | | |
| Allen,Michael | Address Redacted | | | | |
| Allen,Trinity J | Address Redacted | | | | |
| Almalbis,Kaitlin C. | Address Redacted | | | | |
| Alvarez,Keidy | Address Redacted | | | | |
| Anselme,Jhon | Address Redacted | | | | |
| Anwar,Awab | Address Redacted | | | | |
| AP Newbury Street Portfolio #1, LLC | 85 Newbury St | Ste 3 | Boston | MA | 02116-3200 |
| Arellano,Mara | Address Redacted | | | | |
| Armann,Alize | Address Redacted | | | | |
| Armour,Joseph Robert | Address Redacted | | | | |
| Armstrong,Jaiden | Address Redacted | | | | |
| Arriaga,Andres G | Address Redacted | | | | |
| Askew,Beayonka | Address Redacted | | | | |
| Awan,Fatima | Address Redacted | | | | |
| Ayala,Haven Ashley | Address Redacted | | | | |
| Back,Lori | Address Redacted | | | | |
| Baker,Benjamin | Address Redacted | | | | |
| Baker,Kamari | Address Redacted | | | | |
| Baker,Markes | Address Redacted | | | | |
| Balauag,Jirro Ramos | Address Redacted | | | | |
| Ballesteros,Daniela | Address Redacted | | | | |
| Banks,Latish | Address Redacted | | | | |
| Barnes,Alexis C | Address Redacted | | | | |
| Barnes,Kennedy Alexandria | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Barnes,Mariah | Address Redacted | | | | |
| Barnett,Breanna | Address Redacted | | | | |
| Barry,Fatoumata | Address Redacted | | | | |
| Bartkiv,Olesia | Address Redacted | | | | |
| Basnet,Nita | Address Redacted | | | | |
| Baumgardner,Jaimee Andrea | Address Redacted | | | | |
| Bavari,Foad | Address Redacted | | | | |
| Baxter,Tyra | Address Redacted | | | | |
| Bell,Laila | Address Redacted | | | | |
| Bell,Sara | Address Redacted | | | | |
| Benjamin Flynn | Address Redacted | | | | |
| Berdiel,Lydia | Address Redacted | | | | |
| Bisnack,Jaime | Address Redacted | | | | |
| Bitar,Manah | Address Redacted | | | | |
| Blaylock,Montana | Address Redacted | | | | |
| Bloom,Katie | Address Redacted | | | | |
| Bloom,Katie Marie | Address Redacted | | | | |
| Bodin,Jenna Nicole | Address Redacted | | | | |
| Bonilla,Cristian Ariel | Address Redacted | | | | |
| Boone,Erika J | Address Redacted | | | | |
| Boone,Gabriella Degwen | Address Redacted | | | | |
| Bowers,Faith | Address Redacted | | | | |
| Boyd,Megan | Address Redacted | | | | |
| Brahmbhatt,Vaidehi H. | Address Redacted | | | | |
| Branch,Ronyail | Address Redacted | | | | |
| Braxton Berriros | Address Redacted | | | | |
| Brennan,Darian Mary | Address Redacted | | | | |
| Brier,Kai Alexander | Address Redacted | | | | |
| Brooks,Candice | Address Redacted | | | | |
| Brown,Chartaria | Address Redacted | | | | |
| Brown,Dorian Brown | Address Redacted | | | | |
| Brown,Myles | Address Redacted | | | | |
| Brownsville Independent School District | 200 S 10th St | Ste 110 | Mcallen | TX | 78501-4877 |
| Brownsville Independent School District, City of M | 200 S 10th St | Ste 110 | Mcallen | TX | 78501-4877 |
| Bryson,Felicia | Address Redacted | | | | |
| Buchanan,Brandon | Address Redacted | | | | |
| Bullard,DiÃ†Empra | Address Redacted | | | | |
| Bush,Edylyn May | Address Redacted | | | | |
| Calderone,Amanda M | Address Redacted | | | | |
| Caldwell,Kamille D'Nora | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Calvo,Makayla M | Address Redacted | | | | |
| Camara,Mohamed Francis | Address Redacted | | | | |
| Camino,Hailey | Address Redacted | | | | |
| Campbell,Elijah | Address Redacted | | | | |
| Cardo,Kathryn | Address Redacted | | | | |
| Carney,Carson Isaiah | Address Redacted | | | | |
| Carvajal,Abel D | Address Redacted | | | | |
| Carver,John | Address Redacted | | | | |
| Casas,Massiel | Address Redacted | | | | |
| Casimir,Reeanah | Address Redacted | | | | |
| Castro,Sophy | Address Redacted | | | | |
| Cervantes,Ashly | Address Redacted | | | | |
| Chacon Class Action (includes Chacon I, Chacon II, | 1230 Rosecrans Ave | Ste 690 | Manhattan Bch | CA | 90266-2527 |
| Charles Alan Brown Jr | Address Redacted | | | | |
| Charles,Lorvie | Address Redacted | | | | |
| Chaser,Lisa | Address Redacted | | | | |
| Chaser,Lisa Mindy | Address Redacted | | | | |
| Chaudhuri,Elora | Address Redacted | | | | |
| Chidozie,Bemigho Victoria | Address Redacted | | | | |
| Christman,Samantha | Address Redacted | | | | |
| Cimorelli,Michael | Address Redacted | | | | |
| Circle,Cassie | Address Redacted | | | | |
| City Of Allen | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| City Of Frisco | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Clark,Diane | Address Redacted | | | | |
| Cobbs,Cleo | Address Redacted | | | | |
| Cody James LLC | 439 Whigham Rd | | Greensburg | PA | 15601-6233 |
| Coleman,Justin | Address Redacted | | | | |
| Collins,Naajia T | Address Redacted | | | | |
| Collins,Sarah | Address Redacted | | | | |
| Cook,Jessica | Address Redacted | | | | |
| Cook,Steffani Marie | Address Redacted | | | | |
| Cooper,Allison | Address Redacted | | | | |
| Cordova,Collin | Address Redacted | | | | |
| Cordova,Edward | Address Redacted | | | | |
| Cortes,Daniela | Address Redacted | | | | |
| Cortesao,Stephanie | Address Redacted | | | | |
| Covell,Mackenzie A | Address Redacted | | | | |
| Cross Country Computer Corp. | 1488 Deer Park Ave | | North Babylon | NY | 11703-1208 |
| Crouse,Leslie | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Crowley ISD | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Cruz-Jimenez,Alyn | Address Redacted | | | | |
| Cueto-Fresnillo,Giovanni | Address Redacted | | | | |
| Cunningham,Ciara | Address Redacted | | | | |
| Curtis,Roslynn | Address Redacted | | | | |
| Curtiss,Anthony | Address Redacted | | | | |
| Dabari,Kamalakishore | Address Redacted | | | | |
| Dallas County | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Dandrea,Hannah | Address Redacted | | | | |
| Davidson,Kaitlynn | Address Redacted | | | | |
| Davis,Bibek Clay | Address Redacted | | | | |
| Davis,Jennifer Elaine | Address Redacted | | | | |
| Davis,Karli | Address Redacted | | | | |
| Davis,Nicolas | Address Redacted | | | | |
| Davison-Long,Robert Thomas-Lee | Address Redacted | | | | |
| Day,Dylan Wade | Address Redacted | | | | |
| Deason,Aja | Address Redacted | | | | |
| December,Omaya | Address Redacted | | | | |
| Deigan,Jennifer | Address Redacted | | | | |
| Delgado,Christina (Jaxx) | Address Redacted | | | | |
| Delsignore,Anthony | Address Redacted | | | | |
| Derrickson,Sha Toya | Address Redacted | | | | |
| Desilva,Gabriela | Address Redacted | | | | |
| Di Bella,Maria | Address Redacted | | | | |
| Djerekarova,Marina Ognianova | Address Redacted | | | | |
| Dominguez,Alfredo Martin | Address Redacted | | | | |
| Dorvelus,Serena | Address Redacted | | | | |
| Downer,Sheila R | Address Redacted | | | | |
| Drach,Zachary | Address Redacted | | | | |
| Droster,Eireka | Address Redacted | | | | |
| Duarte,Aleyda | Address Redacted | | | | |
| Dubresil,Minlanda | Address Redacted | | | | |
| Dupuis,Jaxen Paul | Address Redacted | | | | |
| Duquet,Kailani Kayla | Address Redacted | | | | |
| Edge Capital Holdings LLC | PO Box 8003 | | Prairie Vlg | KS | 66208-0003 |
| Elamir,Firnas Adil | Address Redacted | | | | |
| Elien,Linda | Address Redacted | | | | |
| Ellis,Craig | Address Redacted | | | | |
| Ellis,Marquel D | Address Redacted | | | | |
| Emily Rutt | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 4 of 18



**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Enright,Shannon | Address Redacted | | | | |
| Espinosa,April | Address Redacted | | | | |
| Espinoza,Tiffany | Address Redacted | | | | |
| Estrada,Marcela Nicole | Address Redacted | | | | |
| Eunice Beck | Address Redacted | | | | |
| Eusse,David Juan | Address Redacted | | | | |
| Evans,Angela Latoya | Address Redacted | | | | |
| Faheem,Abdul Kabeer | Address Redacted | | | | |
| Fajardo,Katalyna | Address Redacted | | | | |
| Familia,Jacqueline | Address Redacted | | | | |
| Faught,Hayden | Address Redacted | | | | |
| Festa,Aurelio James | Address Redacted | | | | |
| Fields,Angela | Address Redacted | | | | |
| Fields,Milan | Address Redacted | | | | |
| Fiscus,Riley | Address Redacted | | | | |
| Fisher,Janet | Address Redacted | | | | |
| Fisher,Ke'Shawn | Address Redacted | | | | |
| Flores,Eleanna Olessia | Address Redacted | | | | |
| Ford,Julia Nicolette | Address Redacted | | | | |
| Found Management Or Luk | 1556 Plumtree Dr | | Encinitas | CA | 92024-4751 |
| Franco,Ximena | Address Redacted | | | | |
| Frasier,Mackenzie M | Address Redacted | | | | |
| Freedland,Celia S | Address Redacted | | | | |
| Freeland,Kayla Renee | Address Redacted | | | | |
| Fuller,Sarah | Address Redacted | | | | |
| Gainza,Andy Armando | Address Redacted | | | | |
| Gangstad,Elizabeth | Address Redacted | | | | |
| Garcia,Angela Priscilla | Address Redacted | | | | |
| Garcia,Eduardo | Address Redacted | | | | |
| Garcia,Giselle | Address Redacted | | | | |
| Garcia,Jeremias | Address Redacted | | | | |
| Garcia,Maria G. | Address Redacted | | | | |
| Garcia,Moises Baldimar | Address Redacted | | | | |
| Garcia,Rosemary | Address Redacted | | | | |
| Garcia,Sheyla | Address Redacted | | | | |
| Garrison,Cierra | Address Redacted | | | | |
| Garza,Bianca Andrianna | Address Redacted | | | | |
| Geisz,Kaitlin | Address Redacted | | | | |
| George,Gregory J | Address Redacted | | | | |
| Geter,Jayden Amari | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Gialamas,Cory Samuel | Address Redacted | | | | |
| Gimre,Sarah Yi | Address Redacted | | | | |
| Gomez,Natalia | Address Redacted | | | | |
| Gomez,Natalie | Address Redacted | | | | |
| Gonsalves,Shanice | Address Redacted | | | | |
| Gonzalez,Jenny | Address Redacted | | | | |
| Goodwin,Brooke Lauren | Address Redacted | | | | |
| Gordon,Alaya | Address Redacted | | | | |
| Gorny,Spencer | Address Redacted | | | | |
| Graham,Hunter Kofel | Address Redacted | | | | |
| Grant,Cristina J. | Address Redacted | | | | |
| Gray,Allie | Address Redacted | | | | |
| Gray,Princess | Address Redacted | | | | |
| Greer,Latifah | Address Redacted | | | | |
| Gregory,Alaysia M | Address Redacted | | | | |
| Grenway,Marley | Address Redacted | | | | |
| Griggs,Kameron | Address Redacted | | | | |
| Guerra,Mirza | Address Redacted | | | | |
| Guijoza,Joaquin | Address Redacted | | | | |
| Gust,Anna | Address Redacted | | | | |
| Gutierrez,Hillary | Address Redacted | | | | |
| Guttierres,Christopher | Address Redacted | | | | |
| Hagood,Craig Jamal | Address Redacted | | | | |
| Haidar,Doha | Address Redacted | | | | |
| Haidari,Homan | Address Redacted | | | | |
| Haidinyak,Alyssah | Address Redacted | | | | |
| Halm-Acquah,Barbara | Address Redacted | | | | |
| Hamida,Anan | Address Redacted | | | | |
| Hamilton,Andrew Thomas | Address Redacted | | | | |
| Hanat,Jessica | Address Redacted | | | | |
| Hankwitz,Shelby | Address Redacted | | | | |
| Hansen,Brandt Pony | Address Redacted | | | | |
| Hardee,Meghan | Address Redacted | | | | |
| Harris,Aliyah Paige | Address Redacted | | | | |
| Harris,Dustin C | Address Redacted | | | | |
| Harrison,Kevonna | Address Redacted | | | | |
| Hastings,Olivia R | Address Redacted | | | | |
| Haug,Daleigh Ann Margret | Address Redacted | | | | |
| Hawkins,Aliyah S | Address Redacted | | | | |
| Hawthorne,Ashanti | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 6 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Hayes,Perre O. | Address Redacted | | | | |
| Heinemann,Ari | Address Redacted | | | | |
| Heinz,Natasha L | Address Redacted | | | | |
| Henderson,Tasc'Yon Samir | Address Redacted | | | | |
| Henry,Jessica | Address Redacted | | | | |
| Henry,Milagros | Address Redacted | | | | |
| Hernandez Lara,Pierina Victoria | Address Redacted | | | | |
| Hervey,Dorine | Address Redacted | | | | |
| Hickey,Alexa | Address Redacted | | | | |
| Hightower,Armani | Address Redacted | | | | |
| Hill,Eve Kathleen | Address Redacted | | | | |
| Hillard,Caleb Michael | Address Redacted | | | | |
| Hillard,Logan J | Address Redacted | | | | |
| Hilton,Ava | Address Redacted | | | | |
| Hix,Amanda Jade | Address Redacted | | | | |
| Hoang,Michelle | Address Redacted | | | | |
| Hodge,Jonmonet Antoinette | Address Redacted | | | | |
| Hodgson,Troy N | Address Redacted | | | | |
| Hoffmann,Katherine | Address Redacted | | | | |
| Hogan,Kenya | Address Redacted | | | | |
| Holbert-Kumar,Vanessa | Address Redacted | | | | |
| Holcomb,Mary L. | Address Redacted | | | | |
| Holloway,Shaunna | Address Redacted | | | | |
| Holmes-Curtis,Audriana | Address Redacted | | | | |
| Holt,Miyanna Miriah | Address Redacted | | | | |
| Hong,Helena | Address Redacted | | | | |
| Hong,Tanisha | Address Redacted | | | | |
| Hope,Madison | Address Redacted | | | | |
| Hoppe,Malynda | Address Redacted | | | | |
| Horn,Sha Raye M | Address Redacted | | | | |
| Horton,Brandon | Address Redacted | | | | |
| Houle,April | Address Redacted | | | | |
| Houle,April D | Address Redacted | | | | |
| House,Latoya | Address Redacted | | | | |
| House,Tory Carl | Address Redacted | | | | |
| Hunter,Michael | Address Redacted | | | | |
| Hussain,Christine | Address Redacted | | | | |
| Hutchinson,Faith Ellen | Address Redacted | | | | |
| Ibarra,Josiah | Address Redacted | | | | |
| Ikram,Muhammad Fawad | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 7 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Impastato,Brandi M | Address Redacted | | | | |
| InstaKey Security Systems LLC | PO Box 270170 | | Littleton | CO | 80127-0003 |
| Inyangotu,Precious E. | Address Redacted | | | | |
| Irving ISD | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Irvins-Austin,Kayla | Address Redacted | | | | |
| Jackson,Correy B | Address Redacted | | | | |
| Jackson,James | Address Redacted | | | | |
| Jackson-Prince,Jeanette | Address Redacted | | | | |
| Jaimez,Laisy | Address Redacted | | | | |
| Jamison,Jaidyn Evola | Address Redacted | | | | |
| Jarvis,Janelle | Address Redacted | | | | |
| Jerome,Mckenzie | Address Redacted | | | | |
| Johnson,Belinda | Address Redacted | | | | |
| Johnson,Brandon | Address Redacted | | | | |
| Johnson,Jatasha | Address Redacted | | | | |
| Johnson,Jaylyn | Address Redacted | | | | |
| Johnson,Madeline | Address Redacted | | | | |
| Johnson,Sandra | Address Redacted | | | | |
| Johnson,Shelby Lynn | Address Redacted | | | | |
| Jones,Destinee | Address Redacted | | | | |
| Jones,Lakeshia | Address Redacted | | | | |
| Jones,Mashunaka | Address Redacted | | | | |
| Jordan,Jazmin | Address Redacted | | | | |
| Joslin,Rain | Address Redacted | | | | |
| Joubert,William | Address Redacted | | | | |
| Juarez,William | Address Redacted | | | | |
| Junkermeier,Megan | Address Redacted | | | | |
| Kang,Jane | Address Redacted | | | | |
| Karistianos,Jennifer | Address Redacted | | | | |
| Kelly,Cody | Address Redacted | | | | |
| Kelly,Jessica Lee | Address Redacted | | | | |
| Kelly,Lamichael | Address Redacted | | | | |
| Kelly,Lauren R. | Address Redacted | | | | |
| Keshireddy,Sham Sunder | Address Redacted | | | | |
| Khalifa,Abdalla | Address Redacted | | | | |
| Khan,Misha | Address Redacted | | | | |
| Kidd,Janylah Miracle | Address Redacted | | | | |
| Kielsmeier,Kylie Jo | Address Redacted | | | | |
| King,Deangelo Isaiah | Address Redacted | | | | |
| Kirkland & Ellis LLP | 333 W Wolf Point Plz | | Chicago | IL | 60654-8878 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 8 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Klymenko,Svitlana | Address Redacted | | | | |
| Knight,Janila Ayonna | Address Redacted | | | | |
| Koirala,Bipin | Address Redacted | | | | |
| Kolb,Milo | Address Redacted | | | | |
| Kosin,James Theodore | Address Redacted | | | | |
| Kreidler,Katherine Ruth | Address Redacted | | | | |
| Kreuch,Haley | Address Redacted | | | | |
| Lang,Nikaia | Address Redacted | | | | |
| Langston,Aaliyah Lynn | Address Redacted | | | | |
| Lara,Alyssandra Shanice | Address Redacted | | | | |
| Lascola,Sharise | Address Redacted | | | | |
| Lasher,Kay M. | Address Redacted | | | | |
| Lauren Larson | Address Redacted | | | | |
| Lawrence,Koryn | Address Redacted | | | | |
| Lawrence,Leonie | Address Redacted | | | | |
| Lawrence,Natasha C | Address Redacted | | | | |
| Leal,Brandon | Address Redacted | | | | |
| Lee,Vincent Michael | Address Redacted | | | | |
| Lehman,Kaydence Suzanne | Address Redacted | | | | |
| Lejeune,Donald Alexander | Address Redacted | | | | |
| Lemke,Kanely | Address Redacted | | | | |
| Lentz,Abigail | Address Redacted | | | | |
| Lerch,Barbara | Address Redacted | | | | |
| Lerch,Barbara E | Address Redacted | | | | |
| Lewis,Charla | Address Redacted | | | | |
| Leyva,Ayleen | Address Redacted | | | | |
| Lezama,Jesaiah | Address Redacted | | | | |
| Li,Lin | Address Redacted | | | | |
| Liang,Xiao Ling | Address Redacted | | | | |
| Lindenfelser,Katherine | Address Redacted | | | | |
| Lipscomb,Veronica | Address Redacted | | | | |
| Little,Aubree | Address Redacted | | | | |
| Livingston,Kassidi | Address Redacted | | | | |
| Lloyd,Shani | Address Redacted | | | | |
| Logistxy Technologies, LLC | 14135 Midway Rd | # G300 | Addison | TX | 75001-3611 |
| Lomax,Jonathan | Address Redacted | | | | |
| Long,Kelsea Paige | Address Redacted | | | | |
| Long,Nia | Address Redacted | | | | |
| Lopez,Anna | Address Redacted | | | | |
| Lopez,Evelyn | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 9 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Lopez-Laguardia,Jennifer | Address Redacted | | | | |
| Lorenzo,Caitlyn | Address Redacted | | | | |
| Lowe,Carson | Address Redacted | | | | |
| Lynch,Tina | Address Redacted | | | | |
| Macek,Sarah | Address Redacted | | | | |
| Machado,Leticia | Address Redacted | | | | |
| Maciel-Davis,Roxanne | Address Redacted | | | | |
| Maddox,Hannah | Address Redacted | | | | |
| Mahbubani,Rosalinda | Address Redacted | | | | |
| Maisch,Emily | Address Redacted | | | | |
| Major,Marshell K | Address Redacted | | | | |
| Maldonado,Arianis Nicole | Address Redacted | | | | |
| Marchluk,Jessica | Address Redacted | | | | |
| Marion,Makayla D | Address Redacted | | | | |
| Marselli,Abigail Anne Rose | Address Redacted | | | | |
| Martinez,Breanna | Address Redacted | | | | |
| Martinez,Miranda R | Address Redacted | | | | |
| Martinez,Vivian | Address Redacted | | | | |
| Massaki,Jireh | Address Redacted | | | | |
| Massari,Krystal Gail | Address Redacted | | | | |
| Mata-Martinez,Arturo | Address Redacted | | | | |
| Matchim,Victoria Rose | Address Redacted | | | | |
| Mather,Summer Nichole | Address Redacted | | | | |
| Matheson,Francesca A | Address Redacted | | | | |
| Matos Jr,Israel | Address Redacted | | | | |
| Mcbride,Iliah | Address Redacted | | | | |
| Mccann,Kacie Ivy | Address Redacted | | | | |
| Mccaulsky,Tyanna Talia | Address Redacted | | | | |
| Mccrea,Sarah | Address Redacted | | | | |
| Mcdermott,Christy Lee | Address Redacted | | | | |
| Mcgee,Chevonne M | Address Redacted | | | | |
| Mcgee,Colby | Address Redacted | | | | |
| Mcneiley,Miranda | Address Redacted | | | | |
| Medlin,Matthew | Address Redacted | | | | |
| Meek,Mayah | Address Redacted | | | | |
| Melaragno,Makayla Christina | Address Redacted | | | | |
| Mele,Stephen Affendi | Address Redacted | | | | |
| Memcevic,Victoria | Address Redacted | | | | |
| Mena,Anna | Address Redacted | | | | |
| Mercado,Ariana | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Meredith,Amanda | Address Redacted | | | | |
| Metzger,Ella B | Address Redacted | | | | |
| Meza,Nyagoa Mading | Address Redacted | | | | |
| Mezeraani,Samira | Address Redacted | | | | |
| Michel,Ketsia D | Address Redacted | | | | |
| Milam,Shelley A | Address Redacted | | | | |
| Milliner,Kamryn Anne | Address Redacted | | | | |
| Mills,Tonia | Address Redacted | | | | |
| Mimay,Michelle | Address Redacted | | | | |
| Minaya,Wardin | Address Redacted | | | | |
| Minhas,Maheep S | Address Redacted | | | | |
| Minjarez,Mia | Address Redacted | | | | |
| Mishal,Mahmoud Alaa | Address Redacted | | | | |
| Mitchell,Cynthia | Address Redacted | | | | |
| Molden,Jamiah Marie | Address Redacted | | | | |
| Mondo,Godwin | Address Redacted | | | | |
| Mondragon,Carlyle | Address Redacted | | | | |
| Monroe,Yentera Meyeta | Address Redacted | | | | |
| Moore,Amaya | Address Redacted | | | | |
| Moore,Chyna Dahl | Address Redacted | | | | |
| Morales,Andrea Nicole | Address Redacted | | | | |
| Moreira,Jennifer | Address Redacted | | | | |
| Moreno,Emely V | Address Redacted | | | | |
| Moreno,Zayra Alexandra | Address Redacted | | | | |
| Morgan,Cherri Lillian | Address Redacted | | | | |
| Morris,Emma N | Address Redacted | | | | |
| Morrison,Christina L | Address Redacted | | | | |
| Mosley,Laquita S | Address Redacted | | | | |
| Mosley,Laurel | Address Redacted | | | | |
| Moten,Cheyenne | Address Redacted | | | | |
| Mull,Kelsey Taylor | Address Redacted | | | | |
| Mullenix,Bouchra Kaissi | Address Redacted | | | | |
| Munoz,Ashley Y | Address Redacted | | | | |
| Murray,Mary Ellen | Address Redacted | | | | |
| Mutafya,Grace | Address Redacted | | | | |
| Natividad,Nayelli | Address Redacted | | | | |
| Nauman,Noah | Address Redacted | | | | |
| Neigel,Jessica K. | Address Redacted | | | | |
| Nelson,Alyssa | Address Redacted | | | | |
| Nelson,Charlesity | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Newborn,Amber | Address Redacted | | | | |
| Newton,Chori | Address Redacted | | | | |
| Next Management Co | 40 Fulton St | Rm 600 | New York | NY | 10038-5091 |
| Next Management Co | 40 Fulton St | Rm 600 | New York | NY | 10038-5091 |
| Next Model Management | 40 Fulton St | Rm 600 | New York | NY | 10038-5091 |
| Norris,Amanda | Address Redacted | | | | |
| Northwest ISD | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Northwest ISD, Allen ISD, City of Allen, Irving IS | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Northwest ISD, Allen ISD, City of Allen, Tarrant C | 3500 Maple Ave | Ste 800 | Dallas | TX | 75219-3906 |
| Nouhou,Bachir | Address Redacted | | | | |
| Okonski,Mikayla A | Address Redacted | | | | |
| Oliphant,Jaden Deuel | Address Redacted | | | | |
| Oliveira,Stephanie | Address Redacted | | | | |
| Oliver,Maliyah | Address Redacted | | | | |
| Olsen,Jasmine M | Address Redacted | | | | |
| Omeara,Kelsey | Address Redacted | | | | |
| Ontiveros,Arlet | Address Redacted | | | | |
| Ontiveros,Emily Gisselle | Address Redacted | | | | |
| Ortega,Keila Beatriz | Address Redacted | | | | |
| Ortiz,Amanda | Address Redacted | | | | |
| Osborne-Levy,Yatzmyne S. | Address Redacted | | | | |
| Osei,Grace J. | Address Redacted | | | | |
| Oseni,Shakira | Address Redacted | | | | |
| Page,Rebecca | Address Redacted | | | | |
| Paguay,Lionel Richard | Address Redacted | | | | |
| Palmeri,Marisa M. | Address Redacted | | | | |
| Panek,Jessica | Address Redacted | | | | |
| Pappas,Jessica Marie | Address Redacted | | | | |
| Paredes Rascon,Jose | Address Redacted | | | | |
| Park,Hyerim | Address Redacted | | | | |
| Parra Cordero,Estiberson | Address Redacted | | | | |
| Pasich LLP | 1230 Rosecrans Ave | Ste 690 | Manhattan Bch | CA | 90266-2527 |
| Patel,Mit | Address Redacted | | | | |
| Patterson,Michael | Address Redacted | | | | |
| Paw,Ta Paw | Address Redacted | | | | |
| Pawlicki,Shayla Mae | Address Redacted | | | | |
| Peddie,Marissa Taylor | Address Redacted | | | | |
| Pelc,Taylor Marie | Address Redacted | | | | |
| Perez,Anthony | Address Redacted | | | | |
| Perez-Martinez,Sara | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 12 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Perry,Shamya | Address Redacted | | | | |
| Perry,Taylor | Address Redacted | | | | |
| Philippon,Arnold | Address Redacted | | | | |
| Philyaw,Harmoney | Address Redacted | | | | |
| Pichardo,Summer | Address Redacted | | | | |
| Pickren,Jenna M | Address Redacted | | | | |
| Pilco Caicedo,Hannah | Address Redacted | | | | |
| Pineiro,Amrik | Address Redacted | | | | |
| Pinger,Gwen | Address Redacted | | | | |
| Plawski,Hannah Marie | Address Redacted | | | | |
| Poche,Courtney | Address Redacted | | | | |
| Polite,Akilah | Address Redacted | | | | |
| Pommrehn,Andrew | Address Redacted | | | | |
| Portillo Serrano,Manuel | Address Redacted | | | | |
| Postufka,Cara | Address Redacted | | | | |
| Pourchot,Carolyn | Address Redacted | | | | |
| Powers,Kaitlyn | Address Redacted | | | | |
| Pringle,Don P | Address Redacted | | | | |
| Prioleau,Dangelo | Address Redacted | | | | |
| Prototype Collective Inc | 6324 Ben Ave | | N Hollywood | CA | 91606-3308 |
| Pruitt,Erin | Address Redacted | | | | |
| Radner,Rochelle Susan | Address Redacted | | | | |
| Ramey,Tania | Address Redacted | | | | |
| Ramirez,Alexia Isabella | Address Redacted | | | | |
| Rana,Khyati B | Address Redacted | | | | |
| Randhawa,Zeeninder | Address Redacted | | | | |
| Ransom,Ellen | Address Redacted | | | | |
| Ratliff,Marrisa Nichole | Address Redacted | | | | |
| Rayam,Shakeia | Address Redacted | | | | |
| Rees,Jordan M. | Address Redacted | | | | |
| Reese,Maiya | Address Redacted | | | | |
| Reese,Maiya R | Address Redacted | | | | |
| Reid,Ashanti D | Address Redacted | | | | |
| Renteria,Denise I | Address Redacted | | | | |
| Reyes,Nahum | Address Redacted | | | | |
| Reyes,Patrick | Address Redacted | | | | |
| Rhoad,Hannah Elizabeth | Address Redacted | | | | |
| Rhodes,Eva Veronica | Address Redacted | | | | |
| Rhodes,Johnathan Daniel | Address Redacted | | | | |
| Rhodes,Monique | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 13 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Richards,Maya | Address Redacted | | | | |
| Richardson,Kathy | Address Redacted | | | | |
| Riley,Daunyae Aaziya | Address Redacted | | | | |
| Rivera Quinones,Aisha | Address Redacted | | | | |
| Rivera,Jessenya | Address Redacted | | | | |
| Rivera,Johanna | Address Redacted | | | | |
| Rivera,Juliana | Address Redacted | | | | |
| Rivera,Mevis O | Address Redacted | | | | |
| Robbins,Austin | Address Redacted | | | | |
| Robert Long | Address Redacted | | | | |
| Roberts,Kylie | Address Redacted | | | | |
| Roberts,Vanessa Marie | Address Redacted | | | | |
| Roberts-Alston,Dayanara | Address Redacted | | | | |
| Robinson Flurry,Tracy Lynn | Address Redacted | | | | |
| Robinson,Shannon | Address Redacted | | | | |
| Rodriguez,Evelyn | Address Redacted | | | | |
| Rodriguez,Gustavo | Address Redacted | | | | |
| Romero,Benjamin | Address Redacted | | | | |
| Romero,Jessica | Address Redacted | | | | |
| Romero,Pamela | Address Redacted | | | | |
| Rosa,Camyle | Address Redacted | | | | |
| Rosado,Ethan Michael | Address Redacted | | | | |
| Rose,Darren Scot | Address Redacted | | | | |
| Rose,Heather M. | Address Redacted | | | | |
| Roy,Arissa | Address Redacted | | | | |
| Ruhl,Peyton | Address Redacted | | | | |
| Russa,Omar | Address Redacted | | | | |
| Russell,Anthony Joel | Address Redacted | | | | |
| Russo,Alexandra | Address Redacted | | | | |
| Salaam,Haya | Address Redacted | | | | |
| Salazar,Elvira A. | Address Redacted | | | | |
| Salazar,Roldan | Address Redacted | | | | |
| Saleh,Sam S | Address Redacted | | | | |
| Sam German,Latrell Efani | Address Redacted | | | | |
| Sanchez,Andrea D | Address Redacted | | | | |
| Sanchez,Elisia | Address Redacted | | | | |
| Sanchez,Joshua A | Address Redacted | | | | |
| Sanchez,Shaylimar | Address Redacted | | | | |
| Sandberg,Dylan L | Address Redacted | | | | |
| Sanders,Johnele | Address Redacted | | | | |



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sanderson,Savannah | Address Redacted | | | | |
| Santiago,Christina | Address Redacted | | | | |
| Saucer,Schley | Address Redacted | | | | |
| Sazegara,Ali | Address Redacted | | | | |
| Scheetz,Brandon | Address Redacted | | | | |
| Schumacher,Jamy | Address Redacted | | | | |
| Schumacher,Kyle Patrick | Address Redacted | | | | |
| Schumacher,Lydia | Address Redacted | | | | |
| Schwengler,Emily | Address Redacted | | | | |
| Scoppa,Madelynn J | Address Redacted | | | | |
| Segovia,Alexander | Address Redacted | | | | |
| Selvaraj Ganesan,Rajavel | Address Redacted | | | | |
| Serrano,Heliette | Address Redacted | | | | |
| Sestrich,Melissa | Address Redacted | | | | |
| Sexton,Christopher | Address Redacted | | | | |
| Sexton,Christopher Liam | Address Redacted | | | | |
| Seymour,Alexa | Address Redacted | | | | |
| Shamily,Shamaya L | Address Redacted | | | | |
| Shankar,Parnika | Address Redacted | | | | |
| Sharp,Pamela D. | Address Redacted | | | | |
| Shelat,Harsh | Address Redacted | | | | |
| Shimek,Daniel | Address Redacted | | | | |
| Shippee,Jason | Address Redacted | | | | |
| Shores,Allison | Address Redacted | | | | |
| Silva,Raymond Anthony | Address Redacted | | | | |
| Simmons,Greta J | Address Redacted | | | | |
| Sires,Samantha | Address Redacted | | | | |
| Skinner,Emily | Address Redacted | | | | |
| Sly,Sonny | Address Redacted | | | | |
| Sly,Wesley Earl | Address Redacted | | | | |
| Small,Adrienne | Address Redacted | | | | |
| Smith,Angelica | Address Redacted | | | | |
| Smith,Parker | Address Redacted | | | | |
| Smith,Timmon | Address Redacted | | | | |
| Smith,Tina | Address Redacted | | | | |
| Smothers,Brookie S | Address Redacted | | | | |
| Snyder,Kayla | Address Redacted | | | | |
| Snyder,Kayla Naomi | Address Redacted | | | | |
| Soares,Victoria Soares | Address Redacted | | | | |
| Sorrento,Haley | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 15 of 18



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Soto,Karoline Marie | Address Redacted | | | | |
| Soto,Maggie | Address Redacted | | | | |
| Spinelli,Krista Bianca | Address Redacted | | | | |
| Spinoso | 10880 Wilshire Blvd | Ste 1280 | Los Angeles | CA | 90024-4127 |
| Spooner,Kevon | Address Redacted | | | | |
| Statement Artists Management Inc | 89 Hudson St | Ste 2 | Hoboken | NJ | 07030-5644 |
| Stefursky,Rachel | Address Redacted | | | | |
| Steinherr,Amanda | Address Redacted | | | | |
| Stepney,Krystal | Address Redacted | | | | |
| Stewart,Jordan | Address Redacted | | | | |
| Stewart,Renee | Address Redacted | | | | |
| Stock,Justin | Address Redacted | | | | |
| Stone,Kaylee E | Address Redacted | | | | |
| Streeter,Teiyona | Address Redacted | | | | |
| Stripling,Trarski | Address Redacted | | | | |
| Styles,Brittany | Address Redacted | | | | |
| Suarez,Celin | Address Redacted | | | | |
| Suleman,Hana | Address Redacted | | | | |
| Sullivan,Jaylon | Address Redacted | | | | |
| Sutton,Lori | Address Redacted | | | | |
| Sutton,Monet | Address Redacted | | | | |
| Switch | 7135 S Decatur Blvd | | Las Vegas | NV | 89118-4376 |
| Szkotnicki,Ella | Address Redacted | | | | |
| Talon,Leah | Address Redacted | | | | |
| Tarrant County | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Tarrant County; Dallas County | 3500 Maple Ave | # 800 | Dallas | TX | 75219-3906 |
| Tate,Kasey Lynn | Address Redacted | | | | |
| Taylor,Sydnee Hope | Address Redacted | | | | |
| Tejada,Marlon Omar | Address Redacted | | | | |
| Tejeda,Wendy Eliana | Address Redacted | | | | |
| Thomas,Graysen | Address Redacted | | | | |
| Thomas,Simone Nicole | Address Redacted | | | | |
| Thompson,Jaida | Address Redacted | | | | |
| Tierno,Emma | Address Redacted | | | | |
| Tinnen,Jordan Omar | Address Redacted | | | | |
| Tontarski,Adam P | Address Redacted | | | | |
| Torosyan,Musheg M | Address Redacted | | | | |
| Torres,Brittani | Address Redacted | | | | |
| Torres,Lysaura | Address Redacted | | | | |
| Tramel,Monica Rene | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 16 of 18



**Exhibit A**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Trudeau,Zowie | Address Redacted | | | | |
| Tucker,Jalyn Rachelle | Address Redacted | | | | |
| Tucker,Joey G | Address Redacted | | | | |
| Tung,David L | Address Redacted | | | | |
| Turner,Cheryl | Address Redacted | | | | |
| Tyndall,Michael S | Address Redacted | | | | |
| UserTesting, Inc. | 2261 Market St | | San Francisco | CA | 94114-1612 |
| Ushe,Kumbirai C | Address Redacted | | | | |
| Vandunk,Arianna | Address Redacted | | | | |
| Vargas,Adriana | Address Redacted | | | | |
| Vasquez,Vilma | Address Redacted | | | | |
| Velez,Yesenia | Address Redacted | | | | |
| Villalba,Christopher | Address Redacted | | | | |
| Villalobos,Isabella | Address Redacted | | | | |
| Vincent,Emma Maree | Address Redacted | | | | |
| Vittitow,Tristin Scott | Address Redacted | | | | |
| Vogelgesang,Deborah | Address Redacted | | | | |
| Walker,Lamara | Address Redacted | | | | |
| Walker,Tracy Jean | Address Redacted | | | | |
| Wallace,Dana | Address Redacted | | | | |
| Wallace,Lauren | Address Redacted | | | | |
| Walsh,Jalyn Monet | Address Redacted | | | | |
| Wanamaker,Courtney | Address Redacted | | | | |
| Warnack,Richard Cole | Address Redacted | | | | |
| Washington,Janiya J | Address Redacted | | | | |
| Watkins,Jessica | Address Redacted | | | | |
| Watson,Erika | Address Redacted | | | | |
| Waxdahl,Erika | Address Redacted | | | | |
| Weedon,Tyesha | Address Redacted | | | | |
| White,Gregory Larue | Address Redacted | | | | |
| Whitfield,Munirah Shadea | Address Redacted | | | | |
| Williams,Alicia | Address Redacted | | | | |
| Williams,Ieisha | Address Redacted | | | | |
| Williams,Kaneisha | Address Redacted | | | | |
| Williams,Taijia Lynn | Address Redacted | | | | |
| Williams,Twanda | Address Redacted | | | | |
| Willis,Charles Evan Lee | Address Redacted | | | | |
| Wilson,Myles | Address Redacted | | | | |
| Wimberly,Martika | Address Redacted | | | | |
| Winfield,Adrienne Marie | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Wood,0Kahri T. | Address Redacted | | | | |
| Wood,Melody Dawn | Address Redacted | | | | |
| Woodruff,Courtlon Evin Ervin | Address Redacted | | | | |
| Woods,Alanna | Address Redacted | | | | |
| W-PT Town Square VII, L.L.C | 814 Commerce Dr | Ste 300 | Oak Brook | IL | 60523-8823 |
| Wright,Rachel Abigail | Address Redacted | | | | |
| Wright,Samia | Address Redacted | | | | |
| Wright,Samia Danyelle | Address Redacted | | | | |
| Wright,Terese | Address Redacted | | | | |
| Wyant,Jonah Thomas | Address Redacted | | | | |
| Wyckhouse,Karissa | Address Redacted | | | | |
| Xiong,Kabao | Address Redacted | | | | |
| Yadav,Archana Kumari | Address Redacted | | | | |
| Yanello,Devyn M | Address Redacted | | | | |
| Young Jr,Howard | Address Redacted | | | | |
| Young,Jonathan T | Address Redacted | | | | |
| Young,Shane Michele | Address Redacted | | | | |
| Zachery,Veronica | Address Redacted | | | | |
| Zaki,Mariam Awanis | Address Redacted | | | | |
| Zeigler,Alexandria | Address Redacted | | | | |
| Ziemba,Zandra Raelene | Address Redacted | | | | |
| Zim American Integrated Shipping Services LLC | 4425 Corporation Ln | | Virginia Bch | VA | 23462-3103 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 18 of 18

# **Exhibit B**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| California Department of Tax and Fee Administration | | 651 Bannon St | Ste 100 | Sacramento | CA | 95811-0356 |
| City of Greenville | Greenville Municipal Crt | 204 Halton Rd | | Greenville | SC | 29607-3578 |
| HAB-BPT Berkheimer Assoc | | 140 S Village Ave | Ste 220 | Exton | PA | 19341-1268 |
| Joe Clark [Joseph I Clark] | | Address Redacted | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Batallure Beauty, LLC | Attn: William Harn | 212 Carnegie Ctr | 101 | Princeton | NJ | 08540-6212 |
| Millcraft Paper Company | Attn: David Hegeman, CFO | 9000 Rio Nero Dr | | Independence | OH | 44131-5502 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1