### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., *et al.*, | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Amy E. Vulpio of White and Williams LLP to represent creditor Google LLC, in the above-captioned cases.

Dated: December 11, 2024

*/s/ Michael Ingrassia*
Michael Ingrassia (No. 7068)
WHITE AND WILLIAMS LLP
600 North King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 467-4503
Email: ingrassiam@whiteandwilliams.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New Jersey and Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: December 11, 2024

*/s/ Amy E. Vulpio*
Amy E. Vulpio, Esq.
WHITE AND WILLIAMS LLP
1650 Market Street, Suite 1800
Pennsylvania, PA 19103
Telephone: (215) 864-7000
Email: vulpioa@whiteandwilliams.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.