## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., *et al.*, | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Michael A. Ingrassia, hereby certify that a true and correct copy of the foregoing *Limited Objection and Reservation of Rights of Google LLC to Notice of Filing of Plan Supplement and Joint Chapter 11 Plan of Exp OldCo Winddown, Inc. and Its Debtor Affiliates* was filed electronically with the Bankruptcy Court on December 11, 2024. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

Dated: December 11, 2024
       Wilmington, Delaware       **WHITE AND WILLIAMS LLP**

                                                  By: */s/ Michael A. Ingrassia*
                                                  Michael A. Ingrassia (No. 7068)
                                                  600 N. King Street, Suite 800
                                                  Wilmington, Delaware 19801
                                                  Tel: (302) 467-4503
                                                  Fax: (302) 467-4550
                                                  Email: ingrassiam@whiteandwilliams.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

32743239v.1