**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*, | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Jack J. Rose of the Law Offices of Jack J. Rose PLLC to represent EKFH LLC in the above-referenced case.

Dated: December 12, 2024

/s/ Stephen B. Gerald
Stephen B. Gerald (Bar No. 5857)
TYDINGS & ROSENBERG LLP
200 Continental Drive, Suite 401
Newark, Delaware 19713
Telephone: (410) 752-9799
Email: sgerald@tydings.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of Connecticut, and the United States District Courts for the Southern and Eastern Districts of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 12, 2024

/s/ Jack J. Rose
Jack J. Rose
LAW OFFICES OF JACK J. ROSE PLLC
P.O. Box 366
Bronxville, New York 10708
Email: jrose@jrlpllc.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

6277092.1