**Exhibit 1**

**Assumed Contracts**

| No.[1] | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | NXGN | NXGN: NGINX | Software for Website/API calls | IT | $38,295.76 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | NXGN | NXGN: Sonar Cloud | Security vulnerability software | IT | $1,192.20 | PHOENIX Retail, LLC | 6/21/2024 |
| 3. | NXGN | NXGN: Big Panda | Software | IT | $8,000.00 | PHOENIX Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty