IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
| | ) | **Related to Docket Nos. 1002, 1003, 1004 and 1011** |

**CERTIFICATION OF COUNSEL REGARDING THIRD OMNIBUS
ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies to the following:

1. The Debtors filed the following interim fee application (the "Debtors' Professional Application") on the date set forth below:

    (a) Second Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors from August 1, 2024 through and including October 31, 2024 [Docket No. 1011; Filed 11/19/2024]

2. The Debtors' Professional Application was served along with a notice with respect thereto, which indicated an objection deadline of no later than December 10, 2024 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11259427.v1

3. On November 15, 2024, the Official Committee of Unsecured Creditors (the "Committee") filed the following interim fee applications (collectively, the "Committee's Professionals' Applications"):

(a) Second Interim Application of Kramer Levin Naftalis & Frankel LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024 [Docket No. 1002; Filed 11/15/2024];

(b) Second Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024 [Docket No. 1003; Filed 11/15/2024]; and

(c) Second Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2024 through October 31, 2024 [Docket No 1004; Filed 11/15/2024]

4. Each of the Committee's Professionals' Applications were served along with a notice with respect thereto, which indicated an objection deadline of December 6, 2024 at 4:00 p.m. prevailing Eastern Time.

5. The Debtors and Committee have not received any responsive pleading relating to the Debtors' Professional Application and Committee's Professionals' Applications. The undersigned has searched the docket in these cases to confirm no responsive pleading appears thereon and the Debtors and Committee have received no other objection or response to the Debtors' Professional Application and Committee's Professionals' Applications.

6. The hearing on the Applications is scheduled for December 17, 2024 at 10:30 a.m. prevailing Eastern Time.

11259427.v1

7.  Attached hereto as **Exhibit A** is the proposed form of *Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses* (the "Proposed Order").

WHEREFORE, the Debtors respectfully request that the Court enter the form of Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: December 12, 2024
Wilmington, Delaware

/s/ *Domenic E. Pacitti*

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 426-1189 | Telephone: (212) 446-4800 |
| Facsimile: (302) 426-9193 | Facsimile: (212) 446-4900 |
| Email: dpacitti@klehr.com | Email: joshua.sussberg@kirkland.com |
| myurkewicz@klehr.com | emily.geier@kirkland.com |
| aradvanovich@klehr.com | nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone: (215) 569-3007 | Telephone: (312) 862-2000 |
| Facsimile: (215) 568-6603 | Facsimile: (312) 862-2200 |
| Email: mbranzburg@klehr.com | Email: charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

11259427.v1