# EXHIBIT A

| Professional and Title | Interim Application Request (Fees) | Interim Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved or Paid (20% Holdback) | Voluntary/ Agreed Reductions | Total Amount Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Moelis & Company LLC** Investment Banker, Financial Advisor, and Placement Agent to the Debtors | | | | | | | |
| Second Interim 8/1/2024-10/31/2024 Docket No. 1011 | $450,000.00 | $7,620.76 | $457,620.76 | $6,136,347.65 | $90,000.00 | N/A | $457,620.76 |
| **DEBTORS' TOTAL:** | **$450,000.00** | **$7,620.76** | **$457,620.76** | **$6,136,347.65** | **$90,000.00** | **N/A** | **$457,620.76** |
| **COMMITTEE'S PROFESSIONALS** | | | | | | | |
| **Kramer Levin Naftalis & Frankel LLP** Co-Counsel to the Official Committee of Unsecured Creditors | | | | | | | |
| Second Interim 8/1/2024-10/31/2024 Docket No. 1002 | $1,557,502.00 | $6,248.22 | $1,563,750.22 | $1,576,949.18 | $311,500.40 | N/A | $1,563,750.22 |
| **Saul Ewing LLP** Co-Counsel to the Official Committee of Unsecured Creditors | | | | | | | |
| Second Interim 8/1/2024-10/31/2024 Docket No. 1003 | $310,869.00 | $10,459.67 | $321,328.67 | $330,672.09 | $62,173.80 | N/A | $321,328.67 |
| **Province, LLC** Financial Advisor to the Official Committee of Unsecured Creditors | | | | | | | |
| Second Interim 8/1/2024-10/31/2024 Docket No. 1004 | $906,676.00 | $0.40 | $906,676.40 | $1,239,104.00 | $181,335.20 | N/A | $906,676.40 |
| **COMMITTEE TOTAL:** | **$2,775,047.00** | **$16,708.29** | **$2,791,755.29** | **$3,146,725.27** | **$555,009.40** | **N/A** | **$2,791,755.29** |
| **GRAND TOTAL:** | **$3,225,047.00** | **$24,329.05** | **$3,249,376.05** | **$9,283,072.92** | **$645,009.40** | | **$3,249,376.05** |

11259459.v1