## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF
## LETICIA SANCHEZ REGARDING
## THE SOLICITATION AND TABULATION OF
## VOTES ON THE JOINT CHAPTER 11 PLAN OF
## EXP OLDCO WINDDOWN, INC. AND ITS DEBTOR AFFILIATES

I, Leticia Sanchez hereby declare under penalty of perjury that the following is true and correct:

1.      I am a Managing Director at Stretto, Inc. ("Stretto"), which has offices located at 410 Exchange, Suite 100, Irvine, California 92602.  I am over the age of eighteen years.  I do not have a direct interest in the chapter 11 cases and should be considered an impartial party.  I am duly authorized to submit this declaration (this "Declaration") on behalf of Stretto.

2.      On April 24, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing Retention and Appointment of Stretto as Claims and Noticing Agent* [Docket No. 80] (the "Stretto Retention Order").  On June 4, 2024, the Court entered the *Order Authorizing Retention and Appointment of Stretto, Inc., as Administrative Advisor Effective as of the Petition Date* [Docket No. 390] authorizing the Debtors to retain Stretto

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

for, among other things, the service of solicitation materials and tabulation of votes cast to accept

or reject the Plan, distributing required notices to parties in interest, and receiving, maintaining,

docketing, and otherwise administering the proofs of claim filed in the Debtors' chapter 11 cases.

3.      Stretto's employees have considerable experience in soliciting and tabulating

votes to accept or reject proposed chapter 11 plans.

4.      I submit this Declaration with respect to the solicitation of votes and the tabulation

of Ballots cast on the *Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor*

*Affiliates* [Docket No. 953], dated November 1, 2024 (as may be amended, supplemented, or

modified from time to time, the "Plan").[2]  Except as otherwise noted, all facts set forth herein are

based on my personal knowledge, knowledge that I acquired from individuals under my

supervision, and my review of relevant documents.  If I were called upon to testify, I could and

would testify competently to the facts set forth herein.

### Background

5.      On November 6, 2024, the Court entered the *Order (I) Approving the Adequacy of*

*the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms*

*of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect*

*Thereto, and (V) Granting Related Relief* [Docket No. 969] (the "Disclosure Statement Order")

establishing, among other things, procedures to solicit votes from and tabulate Ballots submitted

by holders entitled to vote (the "Solicitation and Voting Procedures") on the Plan.

---

[2]   Capitalized terms used but not defined herein have the meanings given to them in the Plan or the Disclosure
Statement Order (defined herein), as applicable.

6.      Stretto adhered to the Solicitation and Voting Procedures outlined in the Solicitation Order and distributed the Ballots to parties entitled to vote on the Plan.  I supervised the solicitation and tabulation performed by Stretto's employees.

7.      Pursuant to the Disclosure Statement Order, and in accordance with the voting and tabulation procedures set forth therein, Stretto worked with the Debtors to solicit votes for the Plan and tabulate Ballots of creditors entitled to vote on the Plan.  The Plan designates Claims in Class 3 (General Unsecured Claims) (the "Voting Class") as Impaired and entitled the Holders of such Claims and Interests to vote on the Plan.  The Disclosure Statement Order established July 31, 2024, as the Voting Record Date for determining which Holders of Claims or Interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan.

8.      Pursuant to and in accordance with the Disclosure Statement Order, Stretto served the Solicitation Packages (including the Ballots) on the Voting Class by November 13, 2024.  An affidavit of service evidencing Stretto's service of the foregoing was filed with the Court on, November 20, 2024 [Docket No. 1032] (the "Affidavit of Service").

9.      In addition to serving the Solicitation Packages on the Voting Class, Stretto timely (a) served opt-in forms on all members of Class 1 (Other Secured Claims), Class 2 (Other Priority Claims), Class 4 (Intercompany Claims), Class 5 (Intercompany Interests), Class 6 (Existing Equity Interests in Express), and Class 7 (Section 510(b) Claims) (collectively, the "Non-Voting Classes"); and (b) served the Confirmation Hearing Notice on parties in interest (the opt-in forms and the Confirmation Hearing Notice, the "Non-Voting Packages").  This service is evidenced by the Affidavit of Service.

10.     Furthermore, free copies of the Disclosure Statement, the Plan, and all other documents filed in these cases are available at https://cases.stretto.com/express/.

11.     The Disclosure Statement Order established December 11, 2024, at 4:00 p.m. (prevailing Eastern Time) as the deadline by which all Ballots were to have been received by Stretto to be counted as a valid vote to accept or reject the Plan (the "Voting Deadline"). I understand that the Debtors agreed to extend the Voting Deadline to December 12, 2024, for 14 members of Class 3, which are reflected on **Exhibit A**.

12.     Stretto received and tabulated the Ballots as follows:

    a.  With respect to hard copy Ballots:

        i.  Each returned Ballot was opened and/or inspected at Stretto's offices; and

        ii.  Ballots were date-stamped upon receipt.

    b.  With respect to Ballots submitted through the online portal:

        i.  Encrypted ballot data, date-stamp, and audit trail were created upon submittal; and

        ii.  Electronic images of Ballots were created using the submitted ballot data.

    c.  All Ballots received were then tabulated by Stretto in accordance with the Solicitation and Voting Procedures approved by the Disclosure Statement Order.

13.     For a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation and Voting Procedures, including the requirement that the Ballot be properly completed, executed by the Holder of the Claim (or such Holder's authorized representative), be submitted by an entity entitled to vote, and received by Stretto on or before the Voting Deadline. Ballots that did not comply with the Solicitation and Voting Procedures were not counted. Except as set forth herein or in the attached exhibits, (a) all Ballots that complied with the Solicitation

and Voting Procedures were tabulated in accordance with the tabulation rules contained therein, which were not modified in any respect, (b) there were no defects or irregularities with any of the Ballots, and (c) no votes were changed or modified after they were cast without the express written consent to do so by the Holder of the Claim (or such Holder's authorized representative) pursuant to the Solicitation Order.

14.     Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis:

| Total Ballots Received | | | |
|---|---|---|---|
| Accept | | Reject | |
| Number (% of Number) | Amount (% of Amount) | Number (% of Number) | Amount (% of Amount) |
| Class 3 – General Unsecured Claims | | | |
| 174 (96%) | $$139,328,027.89 (96%) | 7 (4%) | $5,774,061.28 (4%) |

15.     Stretto examined each valid Ballot to determine which creditors affirmatively opted-in to the Third-Party Release provided in Article X.D of the Plan (the "Third-Party Release").  I understand that pursuant to the Solicitation Order, the deadline to opt-in to the Third-Party Release is December 11, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Opt-In Deadline").  Following the Opt-In Deadline, I provided the Debtors with a report of the parties who validly opted into the Third-Party Release, which I understand the Debtors caused to be filed by the Voting Report deadline of December 13, 2024.  Based on this review, 35% (64 out of 181) of Holders of Claims in the Voting Class who submitted a ballot affirmatively selected the Release Opt-In.

16.     Stretto is in possession of each of the ballots it has received, and copies of the same are available for review during Stretto's normal business hours of 9:00 a.m. to 5:00 p.m. (PT).

17.     I hereby certify that the results of the voting by the Holders of Claims in the Voting Class are as set forth in **<u>Exhibit A</u>** to this Declaration, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed Ballots received by Stretto.

18.     As reflected on **<u>Exhibit B</u>** attached hereto, I hereby certify that there were eight abstaining Ballots submitted to Stretto prior to the Voting Deadline.

19.     I hereby certify that attached hereto as **<u>Exhibit C</u>** is a detailed voting report of all non-tabulated Ballots submitted to Stretto as of the filing of this Declaration.

[*Remainder of page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  December 13, 2024          */s/  Leticia Sanchez*
_____
Leticia Sanchez
Managing Director
Stretto, Inc.

**<u>Exhibit A</u>**

**Tabulation Summary**

**Exhibit A**
Tabulation Summary

| Class 3 Ballots - General Unsecured Claims | | | | | |
|---|---|---|---|---|---|
| | **Count** | **%** | | **Dollars** | **%** |
| Accept: | 174 | 96% | | $139,328,027.89 | 96% |
| Reject: | 7 | 4% | | $5,774,061.28 | 4% |
| Third-Party Release Opt-In: | 64 | 35% | | $44,039,609.13 | 30% |
| Tabulated Ballot Totals: | 181 | | | $145,102,089.17 | |
| Total Eligible Voters | 912 | | | $371,837,911.67 | |
| | | | | | |
| Abstain: | 8 | | | $1,378,545.63 | |
| Unacceptable: | 4 | | | $1,536,302.92 | |

**Exhibit A**
Detailed Report of All Submitted Ballots
(Sorted by Name)

| Class | Date Filed | Ballot No. | Name | Voting Amount | Debtor Name | Question1: Vote on Plan | Opt-In to the Third-Party Release? |
|---|---|---|---|---|---|---|---|
| | | | **Class 3 Ballots - General Unsecured Claims** | | | | |
| Class 3 | 12/04/2024 | 101 | A Peagreen Company Limited | $2,025.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 220 | Acadia West Diversey LLC | $425,015.31 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 202 | Accertify, Inc. | $165,168.42 | EXP OldCo Winddown, Inc. | Reject the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 219 | Allstate Road (Edens), LLC | $247,060.04 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 140 | ARDEN JEWELRY MFG. CO. [AURA ACCESSORIES, LLC D/B/A ARDEN JEWELRY MFG CO.] | $12,401.30 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 183 | Artistic Milliners PVT Ltd | $3,635,631.77 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/19/2024 | 6 | Averus USA, Inc. | $66,804.86 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/19/2024 | 7 | Bag Pack Holdings, Inc | $46,520.10 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/06/2024 | 116 | Bazaarvoice, Inc. as successor-in-interest to Granify, Inc | $961,681.44 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 177 | BIELLA MANIFATTURE- Guabello [BIELLA MANIFATTURE TESSILI SRL-Div. Guabello] | $2,817.84 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 176 | Biella Manifatture- Marlane Div | $318.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 146 | Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | $596,478.46 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/21/2024 | 25 | BIO Counselors At Law, LLC [Bauza Brau Irizarry & Silva] | $4,002.81 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/29/2024 | 72 | Boss Facility Services, Inc. | $17,703.31 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 138 | BRE/Pearlridge LLC [Washington Prime Group Inc., WPG Legacy, LLC] | $321,301.67 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/21/2024 | 20 | Brian Richard Oconnell | $1.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/04/2024 | 102 | Brittney Combs Photography | $12,111.25 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/12/2024 | 224 | Brooklyn Kings Plaza LLC | $765,423.63 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 158 | Brooks Shopping Centers, LLC | $1,396,670.23 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/10/2024 | 159 | Cabral,Leonela | $1.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/06/2024 | 121 | Campana 125 c/o David Adam Realty | $203,200.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 134 | Capitol Records, LLC | $150,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 184 | Capstone Law APC | $1,579,957.41 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/25/2024 | 38 | Central Hudson Gas & Electric Co | $122.51 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/03/2024 | 89 | Century Overseas | $564,316.94 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 185 | Christie Carr | $1,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 218 | Commonwealth Joe LLC | $894.00 | Project Pine Tropic OldCo, LLC | Reject the Plan | Box Unchecked |
| Class 3 | 11/21/2024 | 23 | Compliance Resources Group, Inc. | $416.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/03/2024 | 91 | Cornelisse,Amy | $14,850.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/21/2024 | 24 | Corptactics Audit Group, PSC | $10,500.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/27/2024 | 66 | Crescent Bahuman Limited | $3,679,671.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 59 | Crimson Cup, Inc. | $1,159.75 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/04/2024 | 108 | Crown Wears Pvt Ltd. | $962,256.66 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/19/2024 | 9 | CROWNTV | $1,414.50 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 225 | Danbury Mall, LLC | $875,923.24 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/04/2024 | 104 | DELL/EMC Corporation | $146,329.50 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 157 | E.C. Provini Co., Inc. | $79,939.96 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 152 | Eclipse Creative Services Inc | $54,846.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 171 | EKFH LLC | $1,346,838.08 | EXP OldCo Winddown, Inc. | Reject the Plan | Box Unchecked |
| Class 3 | 12/04/2024 | 106 | Facilities Excellence LLC | $24,383.11 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/02/2024 | 82 | First Sterling Greenwich Corp. | $966,938.02 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 190 | Floreal International Limited | $40,989.95 | Project Pine Tropic OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 222 | Forbes Taubman Orlando, L.L.C. | $166,248.73 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 223 | Forbes/Cohen Properties Limited Partnership | $112,400.75 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/04/2024 | 110 | FREEDOM MODELS FLORIDA INC | $5,430.17 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 154 | Friendbuy, Inc | $58,792.50 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/27/2024 | 68 | G&L Building Corp. | $394,201.91 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 172 | Garment 10 Corporation - Joint Stock company | $7,510,580.31 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 196 | Global Intimates LLC [DBA Leonisa USA] | $51,219.36 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 40 | GMV (Mall) Owner LLC | $838,744.45 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 201 | Google LLC | $3,832,724.66 | Project Pine OldCo, LLC | Reject the Plan | Box Checked |
| Class 3 | 12/09/2024 | 129 | Gregory Johnson | $29,384.60 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 142 | Griscfela Business Consulting, LLC | $24,955.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 178 | Ha Hae Corporation | $3,585,125.02 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/08/2024 | 125 | Hing Shing Looping Manufacturing Co., Ltd. [Hing Shing Looping Manufacturing Co., Ltd] | $1,950,082.99 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/25/2024 | 51 | HLD (HK) Trading Limited | $3,672,851.03 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/05/2024 | 112 | Horizon Enterprise Limited | $360.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 149 | Iljoong Global | $138,147.11 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 186 | Jackson APC | $968,749.88 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/18/2024 | 4 | Jacob Edward Chevalier | $1,200.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 206 | Jasmine Roper [Jasmine Janue] | $1,600.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 187 | Jorge Chacon | $10,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 195 | Jorge Chacon as Class Representative | $4,636,667.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 194 | Jorge Chacon as PAGA | $260,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 215 | KCD, Inc. | $107,625.71 | Project Pine Tropic OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 62 | Kelly Lane | $510.45 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/26/2024 | 61 | Kenilworth Creations Inc | $790,746.75 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 44 | Keter Environmental Services | $142,080.34 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/06/2024 | 117 | KL Primetex, SA | $1,019,508.19 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 37 | Lambert Sheet Metal, Inc. | $92,768.13 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 147 | LANIFICIO FRATELLI TALLIA DI DELFINO | $1,740.10 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 192 | Lavi & Ebrahimian, LLP | $355,208.28 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 193 | Law Offices of Sahag Majarian II | $290,624.96 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 60 | Lehman Daman Construction Services Inc | $4,320.00 | EXP OldCo Winddown, Inc. | Reject the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 150 | Liberty Mutual Insurance Company | $16,298,063.80 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |

**Exhibit A**
Detailed Report of All Submitted Ballots
(Sorted by Name)

| Class | Date Filed | Ballot No. | Name | Voting Amount | Debtor Name | Question1: Vote on Plan | Opt-In to the Third-Party Release? |
|---|---|---|---|---|---|---|---|
| | | | **Class 3 Ballots - General Unsecured Claims** | | | | |
| Class 3 | 12/03/2024 | 92 | M & J - Big Waterfront Town Center I, LLC | $7,519.86 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/12/2024 | 226 | Macerich Deptford, LLC | $1,205,026.76 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 227 | Macerich Lakewood LP | $330,160.96 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 228 | Macerich Oaks LP | $165,653.17 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 221 | Madison Bay Street LLC | $438,297.56 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 204 | Malissa Akay | $561,773.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 34 | Mall at Chestnut Hill, LLC [The Shops at Chestnut Hill] | $33,193.69 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/03/2024 | 93 | Manchu Times Fashion Limited | $12,477,238.52 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/25/2024 | 46 | Mark Bay  [Murat Bayrak] | $14,139.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/20/2024 | 18 | MarketVision Research, Inc. | $69,800.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/20/2024 | 14 | Maryland Plaza South LLC | $4,056.90 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 179 | MARZOTTO LAB S.R.L. | $3,879.82 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 180 | Marzotto Wool Manufacturing | $5,516.60 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/30/2024 | 74 | Michael Batts | $8,167.20 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/20/2024 | 17 | Mississippi Power Company | $806.62 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 160 | Montgomery Mall Owner LLC | $149,423.43 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 216 | Motives International (Hong Kong) Limited | $10,885,076.76 | Project Pine OldCo, LLC | Accept the Plan | Box Checked |
| Class 3 | 12/11/2024 | 217 | Motives International Limited | $2,925,171.58 | Project Pine OldCo, LLC | Accept the Plan | Box Checked |
| Class 3 | 12/05/2024 | 113 | Mr. Grieves Originals | $7,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/29/2024 | 83 | Nagi Sakai Studio, Inc [Felfel Studio] | $19,430.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/21/2024 | 21 | Naqib Wardak [Naqib Ullah Wardak] | $45,289.75 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 139 | NE Gateway Mall Propco, LLC [Washington Prime Group Inc.; WPG Legacy, LLC] | $167,327.65 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 168 | NeuZeit Consulting, LLC | $167,235.28 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 213 | New View Management Group Inc [NV Models & Talent] | $6,618.42 | EXP OldCo Winddown, Inc. | Reject the Plan | Box Unchecked |
| Class 3 | 12/04/2024 | 109 | North Carolina Self-Insurance Security Association | $1.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/27/2024 | 67 | Oatis,Shannon | $5,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/20/2024 | 10 | Olimpias Group S.r.l. | $1,904.54 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 210 | Pacific Buying & Marketing Service, Ltd. | $6,047,318.63 | Project Pine OldCo, LLC | Accept the Plan | Box Checked |
| Class 3 | 12/06/2024 | 119 | Palmer, Leanne C | $9,900.09 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/06/2024 | 120 | Pizzuti GM LLC | $144,353.90 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 163 | Plaza Bonita LLC | $15,690.03 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 135 | Polygram Publishing, Inc. | $300,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/08/2024 | 124 | Pong In Trading Co., Ltd. | $2,146,561.08 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/12/2024 | 229 | PR Gallery I Limited Partnership | $264,772.96 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 203 | Pricetrace LLC [Dealmoon] | $4,753.63 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 173 | PT. Ungaran Sari Garments | $1,089,235.30 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/08/2024 | 123 | Qingdao Baijiachuangqi Trade Co., Ltd | $252,344.40 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/21/2024 | 22 | Qudsia Wardak [Qudsia Ullah Wardak] | $2,256.51 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/12/2024 | 230 | Queens Center SPE LLC | $906,715.11 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 63 | Quest Controls Inc | $59,583.54 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/11/2024 | 188 | Radial, Inc. f/k/a eBay Enterprise, Inc. | $336,310.56 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/11/2024 | 189 | Radial, Inc. f/k/a eBay Enterprise, Inc. | $1,801,488.02 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/04/2024 | 105 | REEP-RTL NPM GA LLC | $456,929.23 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/04/2024 | 107 | Rezod LLC dba Architectural Innovative Finishes | $16,780.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 36 | Ronald M. Tucker [Roosevelt Field] | $233,251.96 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/26/2024 | 64 | Rose Knitting (Asia) Limited | $236,557.15 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 208 | Rosenthal & Rosenthal, Inc. | $858,885.62 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 209 | RR Donnelley & Sons Company | $1,922,796.18 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/02/2024 | 81 | Rune Model Management LLC | $28,140.78 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 58 | SAG-AFTRA Health Plan and SAG-Producers Pension Plan | $153,900.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/20/2024 | 16 | San Diego Hat Company | $32,023.15 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/17/2024 | 2 | Sasha Phipps | $10,139.65 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/10/2024 | 100 | Select Chicago LLC | $15,685.35 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/03/2024 | 100 | Seshin Apparel Co., Ltd. | $3,174,355.62 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 111 | Show & Tell Productions, Inc | $37,158.03 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 174 | Silver Spark Apparel Limited | $3,460,332.71 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/12/2024 | 231 | SM Eastland Mall, LLC | $469,023.67 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 11/25/2024 | 50 | SONG HONG GARMENT JOINT STOCK COMPANY | $1,747,966.85 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 136 | Songs of Universal, Inc. | $1,500,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 151 | Soul Artist Management [Soul, LLC] | $1,800.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 52 | South Asia Enterprises Limited | $673.80 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 53 | South Asia Enterprises Limited | $35,632.90 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 54 | South Asia Enterprises Limited | $15,744.26 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/25/2024 | 43 | South Carolina Department of Revenue | $30.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 199 | SPUS9 FB Paddock Prop, LLC | $13,373.81 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 11/21/2024 | 26 | Standard Printing Company of Canton | $13,722.84 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/06/2024 | 114 | Stilnovo Srl | $49,890.40 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/03/2024 | 94 | Stylmark, Inc. | $16,428.94 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/03/2024 | 90 | Surface Materials Inc | $5,394.60 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/08/2024 | 127 | Talent Textiles Company Limited | $44,146.75 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/08/2024 | 128 | TALENT TEXTILES COMPANY LIMITED | $304,255.86 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/26/2024 | 56 | TargetCW [WMBE Payrolling Inc] | $2,807.03 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 150 | Tarik Fayad | $7,716.80 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/11/2024 | 175 | TCE Corporation | $4,160,181.99 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 182 | The CIT Group/Commercial Services, Inc. | $119,160.70 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/11/2024 | 181 | The Critical Fit Inc. | $6,660.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |

**Exhibit A**
Detailed Report of All Submitted Ballots
(Sorted by Name)

| Class | Date Filed | Ballot No. | Name | Voting Amount | Debtor Name | Question1: Vote on Plan | Opt-In to the Third-Party Release? |
|---|---|---|---|---|---|---|---|
| | | | **Class 3 Ballots - General Unsecured Claims** | | | | |
| Class 3 | 11/26/2024 | 57 | THE PEAK AGENCY INC | $644.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/21/2024 | 19 | The Playlist Generation LLC [Sauce Industries Inc] | $22,406.75 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/19/2024 | 5 | Thorn,Chelsea | $1.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/11/2024 | 200 | TikTok Inc | $227,108.28 | Project Pine OldCo, LLC | Accept the Plan | Box Unchecked |
| Class 3 | 11/25/2024 | 41 | TikTok Inc. | $494,267.32 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/26/2024 | 55 | Timemanagers LLC | $10,027.50 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/06/2024 | 122 | Timothy D Nolan | $2,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 35 | Town Center at Boca Raton Trust | $86,573.05 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/10/2024 | 166 | TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | $55,893.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/10/2024 | 167 | TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | $2,669,812.65 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/12/2024 | 232 | TWC Chandler LLC | $337,862.07 | Project Pine Operations OldCo, LLC | Accept the Plan | Box Checked |
| Class 3 | 12/09/2024 | 130 | UMG Recordings, Inc. | $3,000,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 132 | Universal Music Corp. | $1,500,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 131 | Universal Music-MGB NA LLC | $600,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 133 | Universal Music-Z Tunes LLC | $300,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 169 | US Apparel & Textiles (Pvt.) Ltd | $3,816,133.80 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/06/2024 | 164 | UTC Venture LLC | $892,146.35 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/06/2024 | 118 | Van Hook Service Co., Inc. | $17,254.67 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/25/2024 | 45 | VaynerMedia, LLC | $656,466.19 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/11/2024 | 207 | Victoria's Secret & Co., on behalf of itself and certain affiliates | $143,971.50 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/09/2024 | 145 | Viet Thanh Garment Trading Joint Stock Company | $332,298.80 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 11/21/2024 | 30 | Village of Birch Run | $75.02 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/02/2024 | 88 | Visionworld | $174,371.53 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/30/2024 | 75 | Vitullo,Kelsey | $42,309.24 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/25/2024 | 33 | Warwick Construction, Inc. | $80,024.31 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |
| Class 3 | 12/09/2024 | 143 | WEST-CAMP PRESS, INC. | $421,816.70 | EXP OldCo Winddown, Inc. | Reject the Plan | Box Unchecked |
| Class 3 | 12/10/2024 | 161 | Westfield Topanga Owner LLC | $14,686.10 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/10/2024 | 165 | Westland Garden State Plaza Limited Partnership | $213,114.41 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 12/10/2024 | 162 | Wheaton Plaza Regional Shopping Center, LLC | $15,772.93 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked |
| Class 3 | 11/22/2024 | 28 | Wt Media Inc. | $4,086.29 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked |

**<u>Exhibit B</u>**

**Report of Abstaining Ballots**

**Exhibit B**

Detailed Report of All Abstaining Ballots Not Tabulated
(Sorted by Date Filed)

| Class 3 Ballots - General Unsecured Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Class** | **Date Filed** | **Ballot No.** | **Name** | **Voting Amount** | **Debtor Name** | **Vote on Plan** | **Opt-In to the Third-Party Release?** | **Reason Unacceptable** |
| Class 3 | 12/02/2024 | 80 | Ryan Ransom | $6,000.00 | EXP OldCo Winddown, Inc. | Abstain | Box Unchecked | Abstained Voting on Plan |
| Class 3 | 12/08/2024 | 126 | May Hai Joint Stock Company | $642,622.73 | EXP OldCo Winddown, Inc. | Abstain | Box Unchecked | Abstained Voting on Plan |
| Class 3 | 12/10/2024 | 156 | Pearl Global Industries FZCO | $207,143.33 | EXP OldCo Winddown, Inc. | Abstain | Box Checked | Abstained Voting on Plan |
| Class 3 | 12/10/2024 | 155 | Sangertown Square, L.L.C. | $279,629.66 | EXP OldCo Winddown, Inc. | Abstain | Box Checked | Abstained Voting on Plan |
| Class 3 | 12/11/2024 | 212 | Amazon Capital Services, Inc. | $13,844.26 | EXP OldCo Winddown, Inc. | Abstain | Box Checked | Abstained Voting on Plan |
| Class 3 | 12/11/2024 | 211 | Amazon Web Services, Inc. | $50,569.46 | Project Pine OldCo, LLC | Abstain | Box Checked | Abstained Voting on Plan |
| Class 3 | 12/11/2024 | 197 | FRIT San Jose Town and Country Village, LLC | $76,783.60 | Project Pine California OldCo, LLC | Abstain | Box Checked | Abstained Voting on Plan |
| Class 3 | 12/11/2024 | 198 | Street Retail, Inc. | $101,952.59 | Project Pine Tropic OldCo, LLC | Abstain | Box Checked | Abstained Voting on Plan |

**<u>Exhibit C</u>**

**Report of Non-Tabulated Ballots**

**Exhibit C**
Detailed Report of All Ballots Not Tabulated
(Sorted by Reason Not Tabulated and Date Filed)

| Class | Date Filed | Ballot No. | Name | Voting Amount | Debtor Name | Vote on Plan | Opt-In to the Third-Party Release? | Reason Non-Tabulated |
|---|---|---|---|---|---|---|---|---|
| **Class 3 Ballots - General Unsecured Claims** | | | | | | | | |
| Class 3 | 12/12/2024 | 233 | Gomez,Nicole | $1,302.92 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked | Late Filed |
| Class 3 | 11/19/2024 | 8 | Barnes, Deborah | $950,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked | Not Entitled to Vote - Objection for Voting Purposes Only (DN 1082) |
| Class 3 | 12/09/2024 | 137 | Dana Al-Husseini v. Express, LLC | $50,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked | Not Entitled to Vote - Objection for Voting Purposes Only (DN 1082) |
| Class 3 | 12/09/2024 | 144 | Hernandez, Yvonne | $500,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Checked | Not Entitled to Vote - Objection for Voting Purposes Only (DN 1082) |
| Class 3 | 12/02/2024 | 85 | Ramirez,Aleish | $35,000.00 | EXP OldCo Winddown, Inc. | Accept the Plan | Box Unchecked | Not Signed |