IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 17, 2024 at 10:30 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote 2 participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

CONTESTED MATTERS

1. Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 953; Filed 11/1/2024]

   Related Documents:

   A. Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates [Docket No. 689; Filed 7/31/2024]

   B. Redline Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 954; Filed 11/1/2024]

   C. Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 955; Filed 11/1/2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

D. Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Entered 11/6/24; Docket No. 969]

E. Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines [Docket No. 1008; Filed 11/18/2024]

F. Notice of Filing of Plan Supplement [Docket No. 1077; Filed 12/4/2024]

G. Notice of Filing of First Amended Plan Supplement [Docket No. 1107; Filed 12/10/2024]

H. Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates (Technical Modifications) [Docket No. 1130; Filed 12/13/2024]

I. Redline Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates [Docket No. 1131; Filed 12/13/2024]

J. Declaration of William Transier, Disinterested Director of EXP OldCo Winddown, Inc., in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc., and its Debtor Affiliates [Docket No. 1132; Filed 12/13/2024]

K. Declaration of Kunal S. Kamlani in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc., and its Debtor Affiliates [Docket No. 1133; Filed 12/13/2024]

L. Declaration of Mark Still in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc., and its Debtor Affiliates [Docket No. 1134; Filed 12/13/2024]

M. Declaration of Leticia Sanchez Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates [Docket No. 1135; Filed 12/13/2024]

N. Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates [Docket No. 1136; Filed 12/13/2024]

O. Notice of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates [Docket No. 1137; Filed 12/13/2024]

Response Deadline:   December 11, 2024 at 4:00 p.m.

Responses Received:

    A.    Limited Objection of EKFH LLC to Joint Chapter 11 Plan of Exp Oldco Winddown, Inc. and Its Debtor Affiliates [Docket No. 1111; Filed 12/11/2024]

    B.    Limited Objection and Reservation of Rights of Google LLC to Notice of Filing of Plan Supplement and Joint Chapter 11 Plan of EXP Oldco Winddown, Inc. and Its Debtor Affiliates [Docket No. 1113; Filed 12/11/2024]

Status:   All informal and formal objections to confirmation are resolved by the revisions to the filed chapter 11 plan and the proposed confirmation order. This matter is going forward on an uncontested basis.

Dated:  December 13, 2023
Wilmington, Delaware

/s/ Domenic E. Pacitti

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone:   (302) 426-1189 | Telephone:   (212) 446-4800 |
| Facsimile:   (302) 426-9193 | Facsimile:   (212) 446-4900 |
| Email:   dpacitti@klehr.com | Email:   joshua.sussberg@kirkland.com |
|          myurkewicz@klehr.com |          emily.geier@kirkland.com |
|          aradvanovich@klehr.com |          nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone:   (215) 569-3007 | Telephone:   (312) 862-2000 |
| Facsimile:   (215) 568-6603 | Facsimile:   (312) 862-2200 |
| Email:   mbranzburg@klehr.com | Email:   charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |