Al Pahlavanan
PO BOX 14311
Irvine, CA 92623
apahlavanan@yahoo.com
949-292-6762

RECEIVED
2024 DEC 11  AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

12/01/2024

United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

Case Name: EXP OldCo Winddown, Inc., et al.
Case Number: 24-10831 (KBO)

Subject: Objection to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc.

To the Honorable Judge and Interested Parties,

I, *Al Pahlavanan* [~~Your Name~~], a stockholder and unsecured claimant in the above-referenced case, respectfully submit this objection to the proposed Joint Chapter 11 Plan for EXP OldCo Winddown, Inc. I believe the current plan fails to adequately protect the interests of stockholders and raises significant concerns regarding transparency, fairness, and the overly broad provisions regarding Third-Party Releases. My objections are as follows:

1. **Transparency of Assets and Liabilities**
The disclosure of assets and liabilities appears incomplete or undervalued. I request a more thorough and independent assessment of the debtor's assets to ensure their value is accurately represented and available for distribution to all claimants, including stockholders.

2. **Fairness in Payment Prioritization**
The current plan disproportionately prioritizes secured creditors without sufficient justification, leaving unsecured claimants, including stockholders, with no meaningful recovery. I urge the court to reassess the payment hierarchy and consider a more equitable distribution model.

3. **Overly Broad Third-Party Release Provisions**
I strongly object to the Third-Party Release provisions included in the plan. These provisions unfairly restrict the rights of stockholders to pursue legal claims against non-debtor parties, including directors, officers, and other entities. While I fundamentally object to the scope of these provisions, I have elected to Opt-In to the Third-Party Release in the Proof of Claim form solely to preserve my ability to participate in any distributions under the confirmed plan. This decision is made reluctantly and under protest, as I believe these provisions unfairly favor non-debtor parties at the expense of stockholders.

### 4. Excessive Administrative and Professional Fees
The plan allocates substantial funds to administrative costs and professional fees, reducing the pool of assets available for distribution. I request the court to review and cap these fees to ensure a larger recovery for unsecured claimants.

### 5. Accountability for Mismanagement
Evidence of potential mismanagement by former executives has not been adequately addressed. I request the court to initiate further investigations into whether past actions contributed to the company's insolvency and to hold responsible parties accountable.

### 6. Group Representation for Stockholders
As an individual stockholder, I believe a collective approach to stockholder representation would enhance fairness and equity in the process. I urge the court to consider appointing a stockholder representative to ensure our interests are better protected.

In conclusion, I respectfully request the court to revise the proposed Chapter 11 plan to address these issues and ensure a fairer and more transparent process for all claimants, including stockholders. While I have reluctantly Opted-In to the Third-Party Release provisions, I maintain that these provisions are overly broad and fundamentally unfair. I appreciate the court's attention to these concerns and am prepared to provide further evidence or attend hearings as required.

Sincerely,
**Al Pahlavanan**

249S00097505590S0010

# J.P.Morgan

Statement Period
**June 29 - September 30, 2024**

Account Number
**975-XXXXX**

07678 BDS 079 021 27424 - YYNNNNNNNNNN
**AL PAHLAVANAN**
Po Box 14311
IRVINE CA 92623-4311

## Investment Statement

### Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 1,234.79 | 6.95 |
| **ACCOUNT VALUE** | **$1,234.79** | **$6.95** |

See page 3 for footnotes and more detail.

### Questions?
*For Online Investing Accounts, Call Client Services*

📞 (800) 392 5749    Po Box 1762, Mail Code: IL1-0291
                     Chicago, IL, 60690-1762

www.chase.com    More contact information on page 7



Account Value with Accruals
(October 2022 to September 2024)

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED  • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Page 1 of 18

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

# J.P.Morgan

Statement Period
## June 29 - September 30, 2024
Last Statement: June 28, 2024

Account Number
**975-XXXXX**

AL PAHLAVANAN
Po Box 14311
IRVINE CA 92623-14311

**INDIVIDUAL**

J.P. Morgan Self-Directed Investing

**Account Value With Accruals: $6.95**

## Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $1,234.79 | $16,100.54 |
| Deposits (Cash & Securities) | 0.00 | 0.00 |
| Withdrawals (Cash & Securities) | 0.00 | 0.00 |
| **Net Deposits / Withdrawals** | **$0.00** | **$0.00** |
| Income | 0.00 | 0.00 |
| Fees [1] | 0.00 | 0.00 |
| Change In Investment Value | (1,227.84) | (16,093.59) |
| **ENDING ACCOUNT VALUE** | **$6.95** | **$6.95** |
| Net Accrued Income | 0.00 | 0.00 |
| **Account Value With Accruals** | **$6.95** | **$6.95** |

[1] Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Page 3 of 18

J.P. Morgan Wealth Management is a business of JPMorgan Chase & Co., which offers investment products and services through **J.P. Morgan Securities LLC** (JPMS), a registered broker-dealer and investment adviser, member FINRA and SIPC. Insurance products are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. Certain custody and other services are provided by JPMorgan Chase Bank, N.A. (JPMCB). JPMS, CIA and JPMCB are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

INDIVIDUAL  (Acct # 975-XXXX)                AL PAHLAVANAN                Statement Period: June 29 - September 30, 2024

J.P. Morgan Self-Directed Investing

## Asset Allocation Summary

| Description | Market value Previous Period | Market value This Period | Total Change ($) |
|---|---|---|---|
| Cash & Sweep Funds | 5.03 | 5.03 | 0.00 |
| Equities | 1,229.76 | 1.92 | (1,227.84) |
| TOTAL ACCOUNT VALUE | $1,234.79 | $6.95 | ($1,227.84) |

### Asset Allocation



Equities 27.6%
Cash & Sweep Funds 72.4%

The allocation percentage is derived from net positive market values only.

## Assets and Liabilities Summary

| Description | Previous Period | This Period |
|---|---|---|
| Long Cash and Sweep Funds | 5.03 | 5.03 |
| Long Market Value | 1,229.76 | 1.92 |
| Total Assets | $1,234.79 | $6.95 |
| Total Liabilities | $0.00 | $0.00 |
| TOTAL ACCOUNT VALUE | $1,234.79 | $6.95 |
| Total Account Value with Accruals | $1,234.79 | $6.95 |

## Unrealized Gain / Loss Summary

| Description | This Period |
|---|---|
| Short-Term Net Gain / Loss | $0.00 |
| Long-Term Loss | (20,278.63) |
| Long-Term Net Gain / Loss | ($20,278.63) |
| TOTAL UNREALIZED GAIN / LOSS | ($20,278.63) |

Unrealized Gain / Loss represents Gain / Loss data since the date of acquisition.

Page 4 of 18

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

# J.P.Morgan

INDIVIDUAL  (Acct # 975-XXXX)      AL PAHLAVANAN     Statement Period: June 29 - September 30, 2024

## Holdings

J.P. Morgan Self-Directed Investing

The total cost basis for each security position and the unrealized gain/loss are provided solely for your convenience and may not be used for tax purposes or otherwise relied upon. If you have questions related to the tax treatment of your investments, please consult your tax advisor. Unrealized gain/loss total reflects only those positions for which a cost basis is available or has been provided. J.P. Morgan has not, and cannot, validate the cost basis of positions reported by you or your agent, and are displayed solely for your convenience. Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on transactions pending settlement. These wash sale adjustments, if any, will be reflected on your next statement.

### CASH & SWEEP FUNDS

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| CHASE DEPOSIT SWEEP<br>JPMORGAN CHASE BANK NA EST.<br>30 DAY AVG YIELD 0.01% AMT<br>DEPOSITED FDIC INSURED<br>SUBJECT TO APPLICABLE<br>LIMITS NOT COVERED BY SIPC<br>Symbol: QACDS | | 5.03 | 1 | 5.03 | | | | -- / -- |
| **TOTAL CASH & SWEEP FUNDS** | | | | **$5.03** | | | | -- / -- |

### EQUITIES

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|
| EXPRESS INC<br>COMMON STOCK<br>Symbol: EXPRQ | | 1,923 | 0.001 | 1.92 | 10.55 | 20,280.55 | (20,278.63) | | -- / -- |
| | 24 Aug 2023 | 1,899 | | 1.90 | 10.55 | 20,030.65 | (20,028.75) | LT | |
| | 24 Aug 2023 | 24 | | 0.02 | 10.41 | 249.90 | (249.88) | LT | |
| **TOTAL EQUITIES** | | | | **$1.92** | | **$20,280.55** | **($20,278.63)** | | -- / -- |

See additional footnotes on the last page of the Holdings section.

*Page 5 of 18*

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

INDIVIDUAL (Acct # 975-XXXX)                           AL PAHLAVANAN                           Statement Period: June 29 - September 30, 2024

**J.P. Morgan Self-Directed Investing**

## Holdings (continued)

**Total Account Value : $6.95**

Unless otherwise noted, all positions are held in your cash account.    F - TEFRA Account    G - Good Faith Account    I - Income Account    L - Non Purpose Loan Account
M - Margin Account    R - DVP/RVP Account    S - Short Account

AI Pricing Method:  a – Net Investment    b – Appraised Value    c – The firm did not receive price information compliant with applicable reporting requirements.
A - Average Cost    B - Adjusted for Amortization or Accretion    D - Acquisition Date = Date of Death    E - Adjusted for Option Exercise or Assignment    K - Gifted Security    LT - Long Term
MT - Mixed Term    N - Noncovered    Provide - Please provide this information    ST - Short Term    T - Cost Basis provided by Third Party    W - Adjusted for Wash Sale

Page 6 of 18

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |