IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 6, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on KONE, Inc. Attn: Rafael Ramirez at 4710 Eisenhower Blvd, Ste B1, Tampa, FL 33634-6300, pursuant to USPS forwarding instructions:

- **Cover Letter** (substantially in the form of Exhibit 5 of Docket No. 969)

- **Letter from the Committee** (substantially in the form of Exhibit 8 of Docket No. 969)

- **Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates** (Docket No. 953)

- **Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCO Winddown, Inc. and Its Debtor Affiliates** (Docket No. 955)

- **Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief** (Docket No. 969)

- **Solicitation Procedures** (substantially in the form of Exhibit 2 of Docket No. 969)

- **[Customized] Ballot for Voting to Accept or Reject the Joint Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates** (substantially in the form of Exhibit 3 of Docket No. 969)

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

- **Pre-Addressed, Postage Pre-Paid Reply Envelope**

Furthermore, on or before December 10, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

Dated: December 13, 2024

_____
Keny Contreras

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document |
|---|

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of December, 2024 by Keny Contreras, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Awtry,Morgan Alexandra | Address Redacted | | | |
| Barnes,Zion James | Address Redacted | | | |
| Berg,Amelia K | Address Redacted | | | |
| Birkhead,Kristen Jintana | Address Redacted | | | |
| Bisnack,Jaime | Address Redacted | | | |
| Brandeberry,Melissa Danielle | Address Redacted | | | |
| Carter,Davarion Quran | Address Redacted | | | |
| Chambers,Ashtyn | Address Redacted | | | |
| Counts,Cameron | Address Redacted | | | |
| Duncan,Godfrey Anthony | Address Redacted | | | |
| Faheem,Abdul Kabeer | Address Redacted | | | |
| Flanagan,Shaun | Address Redacted | | | |
| Fortier,Sabrina | Address Redacted | | | |
| Halm-Acquah,Barbara | Address Redacted | | | |
| Harris,Aliyah Paige | Address Redacted | | | |
| Hope,Madison | Address Redacted | | | |
| Ivery,Shannon | Address Redacted | | | |
| Janky,Madison | Address Redacted | | | |
| Johnson,Kristan | Address Redacted | | | |
| Juarez,Cesario | Address Redacted | | | |
| Khomich,Jessica | Address Redacted | | | |
| Majidi Afshar,Koroush | Address Redacted | | | |
| Mishal,Mahmoud Alaa | Address Redacted | | | |
| Norman,Cali | Address Redacted | | | |
| Nouhou,Bachir | Address Redacted | | | |
| Reyes,Nahum | Address Redacted | | | |
| Saleh,Sam S | Address Redacted | | | |
| Sheerid, Inc. | 2117 NW Flanders St | Portland | OR | 97210-3405 |
| Thielen,Brooke | Address Redacted | | | |
| Torres,Beatriz | Address Redacted | | | |
| Wimberly,Martika | Address Redacted | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1