# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § | CHAPTER 11 | |
| EXPRESS, INC., ET AL. § | CASE NO. 24-10831-KBO | |
| Debtor.[1] § | | |
| § | | |

## LOUISIANA DEPARTMENT OF REVENUE'S
## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

PLEASE TAKE NOTICE that the Secretary of the Louisiana Department of Revenue ("LDR"), through undersigned counsel, WITHDRAWS its *Objection to Confirmation of Chapter 11 Plan of Express, Inc. and Its Debtor Affiliates* [Doc. No. 766] based on the agreed provisions in the *Findings of Fact and Conclusions of Law* [Doc. No. 1145 at Section JJ, page 55-56 or .PDF Page 56-58 ] and conditioned upon the Confirmation Order signed by the Court containing the aforesaid language.

Dated: DECEMBER 16, 2024        Respectfully submitted,

        LOUISIANA DEPARTMENT OF REVENUE

        By: /s/ Florence Bonaccorso-Saenz
        FLORENCE BONACCORSO-SAENZ
        Senior Bankruptcy Counsel, Litigation Division
        Division 617 N. Third Street, 7th Floor
        Post Office Box 4064 (ZIP 708214064)
        Baton  Rouge,  Louisiana  70802
        Email: Florence.Saenz@la.gov
        Tel. 225-219-2083
        *Government Counsel, Pursuant to*
        *Local Rule* 9010-1(e)

---

[1] An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, directing joint administration for procedural purposes only of the chapter 11 cases of: Express, Inc., Case No. 24-10831; Express Topco LLC, Case No. 24-10832; Express Holding, LLC, Case No. 24-10833; Express Finance Corp., Case No. 24-10834; Express, LLC, Case No. 24-10835; Express Fashion Investments, LLC, Case No. 24-10836; Express Fashion Logistics, LLC, Case No. 24-10837; Express Fashion Operations, LLC, Case No. 24-10838; Express GC, LLC, Case No. 24-10839; Express BNBS Fashion, LLC, Case No. 24-10840; UW, LLC, Case No. 24-10841; and Express Fashion Digital Services Costa Rica, S.R.L., Case No. 24-10842.

**CERTIFICATE OF SERVICE**

I, Florence Bonaccorso-Saenz, hereby certify that on December 16, 2024, I caused a true and correct copy of the Louisiana Department of Revenue's Objection to Confirmation of Joint Chapter 11 Plan filed by Express Inc. and Its Debtor Affiliates to be served via the Court's CM-ECF system on all parties having registered for electronic notice in the above entitled and numbered case.

/s/ Florence Bonaccorso-Saenz
Florence Bonaccorso-Saenz
Senior Bankruptcy Counsel, Litigation Division
Louisiana Department of Revenue
