UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831(KBO) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee
Contrarian Funds, LLC
411 West Putnam Avenue, Ste. 425
Greenwich, CT 06830

Name and Address where notices and payments to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Suite 425
Greenwich, CT 06830
Attn: Trade Claims Group
Tel.: 203-862-8200
Email: tradeclaimsgroup@contrariancapital.com

Name and Current Address of Transferor
c/o Malik Muhammad Imran
3KM Off Defence Road
Raiwind
Lahore, Punjab 53700
Pakistan
Phone: +92 302 8485769
Email: imranmalik@usgroup.org
**Claim No.:** 818 (see attached Exhibit A)
**Case No.:** 24-10831(KBO)

Date Filed: August 31, 2023

Total Amount of Claim: (see attached Exhibit A)
**Transferred Amount of Claim:** (see attached Exhibit A)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Kit McConnell*
Transferee/Transferee's Agent

Date: December 18, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Claim No./Schedule# | Creditor Name | Priority Status | Amount | Debtor |
|---|---|---|---|---|
| Claim #: 818 | US Apparel & Textiles (Pvt.) Ltd | 503(b)(9) | $696,755306 | Project Pine OldCo, LLC |
| Claim #: 818 | US Apparel & Textiles (Pvt.) Ltd | Unsecured | $3,816,133.80 | Project Pine OldCo, LLC |