# Exhibit A

# EVIDENCE OF TRANSFER OF CLAIM

US Apparel & Textiles (Pvt.) Ltd, its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, L.L.C.** its successors and assigns ("Assignee") all rights, title and interest in in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court District of Delaware (the "Bankruptcy Court"), Case No. 24-10831(KBO) (Jointly Administered), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

| Claim No. | Creditor Name | Amount/Type | Debtor |
|---|---|---|---|
| Claim #: 818 | US Apparel & Textiles (Pvt.) Ltd | $3,816,133.80 General Unsecured Claim | Project Pine OldCo, LLC |
| Claim #: 818 | US Apparel & Textiles (Pvt.) Ltd | $696,755.06 Admin Priority Claim | Project Pine OldCo, LLC |

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 18, 2024.

US APPAREL & TEXTILES (PVT.) LTD

By: _____
Name: Malik Muhammad Imran
Title: MD sBU USA of Apparel Vertical

CONTRARIAN FUNDS, L.L.C.
By: Contrarian Capital Management, L.L.C.,
as Manager

By: _____
Name: Keith McCormack
Title: Managing Director