IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket Nos. 269, 446, 447, 450** |

## CERTIFICATION OF COUNSEL REGARDING
## ASSUMPTION NOTICE AT DOCKET NO. 446, 447, and 450

The undersigned co-counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies the following:

1. On April 22, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.

2. On May 17, 2024, the Court entered the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Procedures Order").

3. Pursuant to the Procedures Order, on June 13, 2024, the Debtors filed the *Notices of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 446, 447, and 450]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

(the "Assumption Notices"). Pursuant to the Procedures Order and the Assumption Notices, objections to the Assumption Notices were to be filed and served no later than June 23, 2024

4. Prior to June 23, 2024, counsel to the landlord with respect to the leases in **Schedule 1** attached to **Exhibit A** (the "Leases") filed the *Limited Objection and Reservation of Rights of AP Union II LLC, Acadia Second City 843-45 West Armitage LLC, Avalon North, LLC, Atherton Mill (E&A), LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings, LLC, Centennial Real Estate Company, LLC, Federal Realty OP LP, Henderson Ave Main Owner LLC, KRE Colonie Owner LLC, Metronational Corporation, Plaza West Covina LP, RREEF America REIT II Corp. HH, Star-West Parkway Mall, LP, The Forbes Company, The Macerich Company, UE Bergen Mall Owner LLC, Wea Palm Desert LLC, and YTC Mall Owner LLC to Debtors' Notices of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 533], and provided informal comments to the Assumption Notices, including the proposed assumption order attached thereto. The Debtors and counsel to the landlords with respect to the Leases came to an agreement regarding language in the proposed order (attached hereto as **Exhibit A**, the ("Proposed Order")) solely with respect to the Leases. Further, the Debtors and counsel agreed to separate the Leases from the Assumption Notices and consolidate the Leases on one schedule.

5. The Proposed Order for the Leases and the schedule of leases related thereto have been revised by the Debtors.

6. A Copy of the revised Proposed Order marked to show changes from the version filed with the Assumption Notices filed at Docket No. 446, 447, and 448 is attached hereto as **Exhibit B**. To avoid confusion, and with the consent of counsel, the Debtors have not attached redlines of the schedules filed with the Assumption Notices filed at Docket Nos. 446, 447 and 450.

7. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated: December 20, 2024
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | Emily E. Geier, P.C. (admitted *pro hac vice*) |
| Alyssa M. Radovanovich (DE Bar No. 7101) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, Suite 1000 | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 426-1189 | Telephone: (212) 446-4800 |
| Facsimile: (302) 426-9193 | Facsimile: (212) 446-4900 |
| Email:  dpacitti@klehr.com | Email:  joshua.sussberg@kirkland.com |
|           myurkewicz@klehr.com |           emily.geier@kirkland.com |
|           aradvanovich@klehr.com |           nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) | Charles B. Sterrett (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 333 West Wolf Point Plaza |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone: (215) 569-3007 | Telephone: (312) 862-2000 |
| Facsimile: (215) 568-6603 | Facsimile: (312) 862-2200 |
| Email:  mbranzburg@klehr.com | Email:  charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |