**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket Nos. 269, 446, 447, 450** |

**ORDER AUTHORIZING THE DEBTORS**
**TO ASSUME CERTAIN UNEXPIRED LEASES**

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 269] (the "Contract Procedures Order") and the *Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief* [Docket No. 471] (the "Sale Order")[2] each entered in the chapter 11 cases of the above-captioned debtors and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Contract Procedures Order.

debtors in possession (collectively, the "Debtors"); and the Debtors having consummated the sales of all or substantially all of the Debtors' assets pursuant to the Sale Order on June 21, 2024 (the "Closing Date"); and it appearing that the *Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* [Docket Nos. 446, 447, and 450] (collectively, the "Assumption Notices") satisfy the requirements set forth in the Contract Procedures Order and the Sale Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Assumption Notices in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Assumption Notices are in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Assumption Notices and opportunity for a hearing on the Assumption Notices were appropriate and no other notice need be provided; and this Court having reviewed the Assumption Notices; and this Court having determined that the legal and factual bases set forth in the Assumption Notices establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

1.      The Contracts set forth in **Exhibit 1** attached hereto are assumed effective as of the Assumption Date and assigned to the Counterparty listed on **Exhibit 1** as set forth herein, as applicable.  The assumption of the Contracts set forth in **Exhibit 1** for the locations set forth on **Exhibit 1** (collectively, the "Leased Premises") are subject to the Debtors' paying the cure

amounts, if any, set forth in **Exhibit 1**, to the Contract Counterparty in a manner consistent with the terms of the Sale Order and any applicable agreement, including the Asset Purchase Agreement and any Agreed Modifications (as such terms are defined in the Sale Order) (a) if the cure amount is undisputed, promptly after the entry of this Order or (b) if the cure amount is disputed, the earlier of (i) the date on which the Debtors and Contract Counterparty agree to a cure amount or (ii) the date specified in a final and non-appealable order entered by this Court following a hearing determining such cure amount scheduled with notice to the objecting Contract Counterparty.  Upon satisfaction of the cure amount, except to the extent expressly set forth in the Asset Purchase Agreement and the Sale Order, each Contract Counterparty is forever barred, estopped, and enjoined from asserting against the Debtors or their successors or assigns any additional cure costs or other interests with respect to its Contract that arose or came due on or before the Assumption Date; *provided*, *however*, that nothing herein shall impair or prejudice the Landlords' right to recover from the Debtors' available insurance coverage with respect to third-party claims asserted in connection with the Debtors' use and occupancy of the Leased Premises on account of events that occurred prior to the Closing Date.

2.    Except as otherwise expressly set forth in the Asset Purchase Agreement and the Sale Order, with regard to Contracts to be assigned, pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, the assignment of any Contract shall (a) be free and clear of (i) all liens (and any liens shall attach to the proceeds of such assignment in the same order and priority subject to all existing defenses, claims, setoffs, and rights) and (ii) any and all claims (as that term is defined in section 101(5) of the Bankruptcy Code), obligations, demands, guaranties of or by the Debtors, debts, rights, contractual commitments, restrictions, interests, and matters of any kind and nature, whether arising prior to or subsequent to the commencement of these chapter 11 cases, and

whether imposed by agreement, understanding, law, equity, or otherwise (including, without limitation, claims, and encumbrances (A) that purport to give to any party a right or option to effect any forfeiture, modification, or termination of the interest of any Debtor or Assignee, as the case may be, in the Contract(s), or (B) in respect of any taxes, and (b) constitute a legal, valid, and effective transfer of such Contracts and vest the applicable Assignee with all rights, titles, and interests to the applicable Contracts.  For the avoidance of doubt, all provisions of the applicable assigned Contract, including any provision limiting assignment, shall be binding on the applicable Assignee.

3.      Subject to and conditioned upon the occurrence of a closing with respect to the assumption and assignment of any Contract, the Debtors are authorized in accordance with sections 365(b) and (f) of the Bankruptcy Code to (a) assume and assign to any Assignees the applicable Contracts, with any applicable Assignee being responsible only for the post-closing liabilities under the applicable Contracts except as otherwise provided for in this Order, the Sale Order, the Asset Purchase Agreement and as set forth in any Agreed Modifications to the Contracts, and (b) execute and deliver to any applicable Assignee such assignment documents as may be reasonably necessary to sell, assign, and transfer such Contract.

4.      The Assignee shall have no liability or obligation with respect to defaults relating to the assigned Contracts arising, accruing, or relating to a period prior to the applicable closing date, except as expressly set forth in the Sale Order, the Asset Purchase Agreement and any Agreed Modifications to the Contracts.

5.      The Debtors are hereby authorized, pursuant to section 363(b) of the Bankruptcy Code, to enter into the Agreed Modifications to any assumed Contracts, if applicable.

6.     Nothing contained in the Assumption Notices or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Assumption Notices or this Order; (e) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

7.     Notice of the Assumption Notices as provided therein shall be deemed good and sufficient notice of such Assumption Notices and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

**Assumed Contracts**

**SCHEDULE 1**

| STORE NO. | CENTER | LOCATION | TENANT ENTITY | ASSIGNEE ENTITY | CURRENT CURE | AGREED OUTSTANDING AMOUNT[1] |
|---|---|---|---|---|---|---|
| AP UNION II LLC | | | | | | |
| 5041 | 1964 Union Street (Bonobos) | San Francisco, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $558.75 | $558.75 |
| ACADIA SECOND CITY 843-45 WEST ARMITAGE LLC | | | | | | |
| 5003 | 835-45 W. Armitage (Bonobos) | Chicago, IL | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $7,851.52 | $0.00 |
| AVALON NORTH, LLC | | | | | | |
| 5018 | Avalon (Bonobos) | Alpharetta, GA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $3,205.82 | $0.00 |
| ATHERTON MILL (E&A), LLC | | | | | | |
| 5067 | Atherton Mill (Bonobos) | Charlotte, NC | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $10,588.46 | $10,588.46 |
| BELDEN MALL LLC | | | | | | |
| 0902 | Belden Village Mall | Canton, OH | Express Fashion Operations, LLC | Phoenix Retail, LLC | $12,856.67 | $0.00 |
| BRIDGEWATER COMMONS MALL II LLC | | | | | | |
| 0555 | Bridgewater Commons | Bridgewater, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $85,322.45 | $0.00 |
| BROWARD MALL LLC | | | | | | |
| 0258 | Broward Mall | Plantation, FL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $28,259.00 | $0 |
| CVM HOLDINGS, LLC | | | | | | |
| 0309 | Crabtree Valley Mall | Raleigh, NC | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |

---

[1]  For the avoidance of doubt, the "Agreed Outstanding Amount" listed herein includes cures that have either been paid by the Debtors or have been agreed upon by the parties, including by virtue of an amendment to the respective Lease.  The parties agree that, upon entry of the Order, they are responsible for paying the amount listed in the "Agreed Outstanding Amount" column.

| | | | | | | |
|---|---|---|---|---|---|---|
| **CENTENNIAL REAL ESTATE COMPANY, LLC** | | | | | | |
| 0318 | Arden Fair | Sacramento, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0106 | Connecticut Post | Milford, CT | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0184 | Dulles Town Center | Dulles, VA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0344 | Fox Valley | Aurora, IL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 2076 | Liberty Center | Liberty Township, OH | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0531 | MainPlace Mall | Santa Ana, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0601 | Mission Valley | San Diego, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 2010 | Vancouver Mall | Vancouver, WA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 1884 | Westland Mall (Express Factory Outlet) | Hialeah, FL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| **FEDERAL REALTY OP LP** | | | | | | |
| 1748 | Assembly Row (Express Factory Outlet) | Somerville, MA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $97,072.61 | $0.00 |
| 5005 | Bethesda Row (Bonobos) | Bethesda, MD | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $15,201.10 | $0.00 |
| 5013 | Santana Row (Bonobos) | San Jose, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $15,386.80 | $0.00 |
| **HENDERSON AVE MAIN OWNER LLC** | | | | | | |
| 5009 | Henderson Avenue (Bonobos) | Dallas, TX | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $4,762.77 | $4,762.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **KRE COLONIE OWNER LLC** | | | | | | |
| 1874 | Colonie Center (Express Factory Outlet) | Albany, NY | Express Fashion Operations, LLC | Phoenix Retail, LLC | $6,247.00 | $0.00 |
| **METRONATIONAL CORPORATION** | | | | | | |
| 0396 | Memorial City Mall | Houston, TX | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| **PLAZA WEST COVINA LP** | | | | | | |
| 0865 | Plaza West Covina | West Covina, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $7,037.58 | $0.00 |
| **RREEF AMERICA REIT II CORP. HH** | | | | | | |
| 0490 | City Place at The Promenade | Edgewater, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $36,844.83 | $0.00 |
| **STAR-WEST PARKWAY MALL, LP** | | | | | | |
| 1852[2] | Parkway Plaza | El Cajon, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $9,442.84 | $0.00 |
| **THE FORBES COMPANY** | | | | | | |
| 0073 | Somerset Collection North | Troy, MI | Express Fashion Operations, LLC | Phoenix Retail, LLC | $95,875.47 | $95,875.47 |
| **THE MACERICH COMPANY** | | | | | | |
| 0864 | Arrowhead Towne Center | Glendale, AZ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 5055 | Broadway Plaza (Bonobos) | Walnut Creek, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | 6,853.34 | $0.00 |
| 5058 | The Village at Corte Madera (Bonobos) | Walnut Creek, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $11,057.19 | $0.00 |

---

[2] This Order supersedes any previous orders that authorized the assumption of store number 1852, solely with respect to that lease.

| 1802 | Fashion Outlets of Chicago (Express Factory Outlets) | Rosemont, IL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 1737 | Fashion Outlets of Niagara Falls USA | Niagara Falls, NY | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0353 | Freehold Raceway Mall | Freehold, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0903 | Fresno Fashion Fair | Fresno, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0735 | Green Acres Mall | Valley Stream, NY | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0568 | Los Cerritos Center | Cerritos, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 1881 | NorthPark Mall (Express Factory Outlet) | Davenport, IA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0499 | Scottsdale Fashion Square | Scottsdale, AZ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 1851 | South Plains Mall (Express Factory Outlet) | Lubbock, TX | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0042 | Stonewood Center | Downey, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 5061 | Twenty Ninth Street (Bonobos) | Boulder, CO | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $7,245.84 | $0.00 |
| 0412 | Tysons Corner Center | McLean, VA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0466 | Vintage Faire Mall | Modesto, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |

| UE BERGEN MALL OWNER LLC | | | | | | |
|---|---|---|---|---|---|---|
| 1825 | Bergen Town Center (Express Factory Outlet) | Paramus, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $193,402.98 | $0.00 |
| WEA PALM DESERT LLC | | | | | | |
| 0564 | The Shops at Palm Desert | Palm Desert, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $17,475.63 | $0.00 |
| YTC MALL OWNER LLC | | | | | | |
| 1889 | Yorktown Center | Lombard, IL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $16,789.70 | $0.00 |

5