## Exhibit 1

## Assumed Contracts

**SCHEDULE 1**

| STORE NO. | CENTER | LOCATION | TENANT ENTITY | ASSIGNEE ENTITY | CURRENT CURE | AGREED OUTSTANDING AMOUNT[1] |
|---|---|---|---|---|---|---|
| **AP UNION II LLC** | | | | | | |
| 5041 | 1964 Union Street (Bonobos) | San Francisco, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $558.75 | $558.75 |
| **ACADIA SECOND CITY 843-45 WEST ARMITAGE LLC** | | | | | | |
| 5003 | 835-45 W. Armitage (Bonobos) | Chicago, IL | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $7,851.52 | $0.00 |
| **AVALON NORTH, LLC** | | | | | | |
| 5018 | Avalon (Bonobos) | Alpharetta, GA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $3,205.82 | $0.00 |
| **ATHERTON MILL (E&A), LLC** | | | | | | |
| 5067 | Atherton Mill (Bonobos) | Charlotte, NC | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $10,588.46 | $10,588.46 |
| **BELDEN MALL LLC** | | | | | | |
| 0902 | Belden Village Mall | Canton, OH | Express Fashion Operations, LLC | Phoenix Retail, LLC | $12,856.67 | $0.00 |
| **BRIDGEWATER COMMONS MALL II LLC** | | | | | | |
| 0555 | Bridgewater Commons | Bridgewater, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $85,322.45 | $0.00 |
| **BROWARD MALL LLC** | | | | | | |
| 0258 | Broward Mall | Plantation, FL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $28,259.00 | $0 |
| **CVM HOLDINGS, LLC** | | | | | | |
| 0309 | Crabtree Valley Mall | Raleigh, NC | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |

---

[1] For the avoidance of doubt, the "Agreed Outstanding Amount" listed herein includes cures that have either been paid by the Debtors or have been agreed upon by the parties, including by virtue of an amendment to the respective Lease. The parties agree that, upon entry of the Order, they are responsible for paying the amount listed in the "Agreed Outstanding Amount" column.

| | | | | | |
|---|---|---|---|---|---|
| **CENTENNIAL REAL ESTATE COMPANY, LLC** | | | | | |
| 0318 | Arden Fair | Sacramento, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0106 | Connecticut Post | Milford, CT | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0184 | Dulles Town Center | Dulles, VA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0344 | Fox Valley | Aurora, IL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 2076 | Liberty Center | Liberty Township, OH | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0531 | MainPlace Mall | Santa Ana, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0601 | Mission Valley | San Diego, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 2010 | Vancouver Mall | Vancouver, WA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 1884 | Westland Mall (Express Factory Outlet) | Hialeah, FL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| **FEDERAL REALTY OP LP** | | | | | |
| 1748 | Assembly Row (Express Factory Outlet) | Somerville, MA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $97,072.61 | $0.00 |
| 5005 | Bethesda Row (Bonobos) | Bethesda, MD | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $15,201.10 | $0.00 |
| 5013 | Santana Row (Bonobos) | San Jose, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $15,386.80 | $0.00 |
| **HENDERSON AVE MAIN OWNER LLC** | | | | | |
| 5009 | Henderson Avenue (Bonobos) | Dallas, TX | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $4,762.77 | $4,762.77 |

2

| | | | | |
|---|---|---|---|---|
| **KRE COLONIE OWNER LLC** | | | | |
| 1874 | Colonie Center (Express Factory Outlet) | Albany, NY | Express Fashion Operations, LLC | Phoenix Retail, LLC | $6,247.00 | $0.00 |
| **METRONATIONAL CORPORATION** | | | | |
| 0396 | Memorial City Mall | Houston, TX | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| **PLAZA WEST COVINA LP** | | | | |
| 0865 | Plaza West Covina | West Covina, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $7,037.58 | $0.00 |
| **RREEF AMERICA REIT II CORP. HH** | | | | |
| 0490 | City Place at The Promenade | Edgewater, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $36,844.83 | $0.00 |
| **STAR-WEST PARKWAY MALL, LP** | | | | |
| 1852[2] | Parkway Plaza | El Cajon, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $9,442.84 | $0.00 |
| **THE FORBES COMPANY** | | | | |
| 0073 | Somerset Collection North | Troy, MI | Express Fashion Operations, LLC | Phoenix Retail, LLC | $95,875.47 | $95,875.47 |
| **THE MACERICH COMPANY** | | | | |
| 0864 | Arrowhead Towne Center | Glendale, AZ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 5055 | Broadway Plaza (Bonobos) | Walnut Creek, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | 6,853.34 | $0.00 |
| 5058 | The Village at Corte Madera (Bonobos) | Walnut Creek, CA | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $11,057.19 | $0.00 |

Order supersedes any previous orders that authorized the assumption of store number 1852, solely with respect to that lease.

3

| | | | | | |
|---|---|---|---|---|---|
| 1802 | Fashion Outlets of Chicago (Express Factory Outlets) | Rosemont, IL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 1737 | Fashion Outlets of Niagara Falls USA | Niagara Falls, NY | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0353 | Freehold Raceway Mall | Freehold, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0903 | Fresno Fashion Fair | Fresno, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0735 | Green Acres Mall | Valley Stream, NY | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0568 | Los Cerritos Center | Cerritos, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 1881 | NorthPark Mall (Express Factory Outlet) | Davenport, IA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0499 | Scottsdale Fashion Square | Scottsdale, AZ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 1851 | South Plains Mall (Express Factory Outlet) | Lubbock, TX | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0042 | Stonewood Center | Downey, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 5061 | Twenty Ninth Street (Bonobos) | Boulder, CO | Express BNBS Fashion, LLC | Phoenix Retail, LLC | $7,245.84 | $0.00 |
| 0412 | Tysons Corner Center | McLean, VA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |
| 0466 | Vintage Faire Mall | Modesto, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **UE BERGEN MALL OWNER LLC** | | | | |
| 1825 | Bergen Town Center (Express Factory Outlet) | Paramus, NJ | Express Fashion Operations, LLC | Phoenix Retail, LLC | $193,402.98 | $0.00 |
| **WEA PALM DESERT LLC** | | | | |
| 0564 | The Shops at Palm Desert | Palm Desert, CA | Express Fashion Operations, LLC | Phoenix Retail, LLC | $17,475.63 | $0.00 |
| **YTC MALL OWNER LLC** | | | | |
| 1889 | Yorktown Center | Lombard, IL | Express Fashion Operations, LLC | Phoenix Retail, LLC | $16,789.70 | $0.00 |

5