# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>Jointly Administered<br><br>**Objection Date:**<br>**December 18, 2024 at 4:00 pm (ET)** |

## CERTIFICATE OF NO OBJECTION
## <u>REGARDING DOCKET NO. 1071</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion to Compel Debtors to Cure and Assume or Reject Contracts, And/Or Alternatively for Approval of an Administrative Expense Claim* [Docket No. 1071] (the "<u>Lumen Motion</u>"), filed on December 4, 2024.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Lumen Motion appears thereon. Pursuant to the Notice of Hearing on the Lumen Motion, objections to the Lumen Motion were to be filed and served no later than December 18, 2024, at 4:00 p.m., prevailing Eastern Time.

The undersigned further certifies that counsel for Lumen made non-material, non-substantive changes, accounting for the past Confirmation Hearing, the fact there was no hearing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

on the Lumen Motion, and referencing docket numbers relating to the Lumen Motion. Those changes are reflected in the redline attached hereto as **Exhibit A**, with a clean version containing those revisions attached hereto as **Exhibit B.**

It is hereby respectfully requested that the Order attached hereto as **Exhibit B** be entered at the earliest convenience of the Court.

Dated: December 20, 2024

Respectfully submitted,

**STINSON LLP**

/s/      *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
STINSON LLP
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

 - and-

Edwin H. Caldie (MN Bar No. 0388930)
(admitted *pro hac vice*)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel. (612) 335-1500
ed.caldie@stinson.com

- and -

Lucas L. Schneider (CO Bar No. 48125)
(admitted *pro hac vice*)
STINSON LLP
1144 15th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 376-8414
lucas.schneider@stinson.com

*Counsel for Lumen*