**Global Notes and Statements of Limitations and Disclaimers
Regarding EXP OldCo Winddown, Inc.; Project Pine TopCo Winddown, LLC; Project Pine Holding OldCo, LLC; Project Pine Finance OldCo Corp.; Project Pine OldCo, LLC; Project Pine Investments OldCo, LLC; Project Pine Logistics OldCo, LLC; Project Pine Operations OldCo, LLC; Project Pine GC OldCo, LLC; Project Pine Tropic OldCo, LLC; Project Pine California OldCo, LLC; and Express Fashion Digital Services Costa Rica, S.R.L. Monthly Operating Reports**

On April 22, 2024 (the "Petition Date") EXP OldCo Winddown, Inc.; Project Pine TopCo Winddown, LLC; Project Pine Holding OldCo, LLC; Project Pine Finance OldCo Corp.; Project Pine OldCo, LLC; Project Pine Investments OldCo, LLC; Project Pine Logistics OldCo, LLC; Project Pine Operations OldCo, LLC; Project Pine GC OldCo, LLC; Project Pine Tropic OldCo, LLC; Project Pine California OldCo, LLC; and Express Fashion Digital Services Costa Rica, S.R.L. (collectively the "Debtors") each filed a voluntary petition for relief (collectively, the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

**General Methodology:** The Debtors are filing the monthly operating reports (each, an "MOR" and, together, the "MORs") solely for the purposes of complying with the monthly reporting requirements of the Debtors' chapter 11 cases. These Global Notes and the information contained herein were solely prepared for and relate to the Debtors' MORs for the period November 3, 2024 through November 30, 2024 ("November 2024 Fiscal Month-End Date"). The financial information contained herein is unaudited, limited in scope, and as such has not been subjected to procedures that would typically be applied to financial statements in accordance with Generally Accepted Accounting Principles ("GAAP") or International Financial Reporting Standards ("IFRS"). The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law. The MOR should not be relied on by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MORs.

**Basis of Presentation:** The Debtors are an omnichannel fashion retail company whose business operates under a multi banner portfolio comprised of Express, UpWest, and Bonobos. The Debtors offer their merchandise through approximately 600 stores throughout the United States and Puerto Rico—located primarily in high traffic shopping malls, lifestyle centers, and outlets—as well as online through their U.S. e-commerce websites. Headquartered in Columbus, Ohio, Express, Inc. is a publicly traded company. For financial reporting purposes, the financial statements are prepared for each of the Debtors on an unaudited, unconsolidated basis.

In the ordinary course of business, the Debtors' financial statements are prepared on an unconsolidated basis. As such, the information provided in the MORs does not purport to represent financial statements prepared in accordance with GAAP or IFRS, nor is it intended to fully reconcile to any financial statements prepared by any of the Debtors. Relying upon an unconsolidated view of each Debtor may be misleading and is being shown only for the purposes of complying with MOR reporting requirements.

In preparing the MOR, the Debtors relied on financial data derived from the books and records available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR. Notwithstanding any such discovery of material new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR. The financial statements presented herein reflect the book values of the Debtor entities, and, as a result, do not reflect the going concern valuation of the Debtors. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**Reporting Period:** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period of November 3, 2024 through and including November 30, 2024. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**Specific Notes:**

1. Part 1a-d:
    a. Cash balance represents cash in the Debtors' bank accounts, net of intercompany transfers and non-accessible cash (e.g., professional fee carveout and adequate assurance utility deposit). Total cash receipts include ABL draws, and total cash disbursements include ABL cash sweeps.
2. Part 2d:
    a. The Company is working to reconcile cash variances between Project Pine Operations OldCo, LLC and Project Pine California OldCo, LLC, resulting in Project Pine Operations OldCo, LLC and Project Pine California OldCo, LLC cash to be negative. On a consolidated basis, the reconciling items net to an immaterial amount.
3. Part 2f:
    a. Negative postpetition liability amounts in Project Pine Operations OldCo, LLC, Project Pine Tropic OldCo, LLC, Project Pine California OldCo, LLC, and Express Fashion Digital Services Costa Rica, S.R.L. are primarily driven by intercompany transactions. Intercompany payables and receivables net to zero for the consolidated entity.
4. Part 2k-m:
    a. The Debtors have made a diligent effort to include all prepetition debt amounts and trade claims; however, the Debtors cannot warrant the absolute accuracy and completeness of the amount(s). The ultimate amount of the Debtors' liabilities is undetermined at this time. The amounts currently classified are preliminary, subject to future adjustments, and may be settled for greater or lesser amounts, depending on court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, or other events. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. Further, the Debtors have not conducted an analysis as to the pre-petition liabilities which may require reclassification to liabilities subject to compromise under GAAP or IFRS.
5. Part 4d-f:
    a. Selling Expenses consist of marketing, store payroll, and other store operations, while General and Administrative Expenses consist of corporate payroll and other G&A expenses.
6. Part 5a:
    a. During the period ending November 30, 2024, $2,229,630 was paid to professionals, in line with the applicable interim compensation procedures as outlined in each professional's applicable retention order.
7. Part 7g:
    a. As approved in the Interim DIP Order [D.I. 24], entered by the Court on April 22, 2024, Project Pine OldCo, LLC received postpetition financing comprising, among other things, (i) a first lien senior secured debtor-in-possession revolving credit facility in an initial aggregate principal amount of up to approximately $161 million and (ii) a second lien senior secured debtor in possession single-draw term facility consisting of (i) single-draw Second Lien New Money Term Loans in the aggregate principal amount of up to approximately $25 million, and (ii) a roll-up of remaining obligations under the Prepetition Second Lien Term Credit Agreement.

Case: In re EXP OldCo Winddown, Inc., et al.    Case 24-10831-KBO    Doc 1175    Filed 12/20/24    Page 3 of 6    Lead Case Number: 24-10831-KBO
Reporting Period: 11/3/2024 - 11/30/2024

**Statement of Cash Receipts and Disbursements**
For the Period from November 3, 2024 to November 30, 2024

| ($ in 000's) | EXP OldCo Winddown, Inc. | Project Pine TopCo Winddown, LLC | Project Pine Holding OldCo, LLC | Project Pine Finance OldCo Corp. | Project Pine OldCo, LLC | Project Pine Investments OldCo, LLC | Project Pine Logistics OldCo, LLC | Project Pine Operations OldCo, LLC | Project Pine GC OldCo, LLC | Project Pine Tropic OldCo, LLC | Project Pine California OldCo, LLC | Express Fashion Digital Services Costa Rica, S.R.L. | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Receipts*** | | | | | | | | | | | | | |
| Express | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,362 | $ - | $ - | $ - | $ - | $ 15,362 |
| UpWest | - | - | - | - | - | - | - | - | - | - | 9 | - | 9 |
| Bonobos | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Refunded Disbursements (Phoenix to Estate) | - | - | - | - | 24 | - | - | - | - | - | - | - | 24 |
| Prefunded Disbursements (Phoenix to Estate) | - | - | - | - | 5,939 | - | - | - | - | 1,427 | - | - | 7,366 |
| Other Receipts | - | - | - | - | 747 | - | - | 3 | - | 312 | 0 | - | 1,062 |
| **Receipts** | **-** | **-** | **-** | **-** | **6,710** | **-** | **-** | **15,364** | **-** | **1,739** | **9** | **-** | **23,822** |
| ***Disbursements*** | | | | | | | | | | | | | |
| *Operating Disbursements* | | | | | | | | | | | | | |
| Merchandise | - | - | - | - | (11) | - | - | - | - | - | - | - | (11) |
| Rent | - | - | - | - | (45) | - | - | - | - | - | - | - | (45) |
| Non-Merchandise | - | - | - | - | (659) | - | - | (364) | - | (1,427) | - | - | (2,451) |
| Payroll | - | - | - | - | (5,735) | - | - | - | - | - | - | - | (5,735) |
| Sales and Use Tax | - | - | - | - | (75) | - | - | - | - | - | - | - | (75) |
| WHP / Bonobos Royalty | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transferred Receipts (Estate to Phoenix) | - | - | - | - | (15,780) | - | - | - | - | (125) | - | - | (15,905) |
| Other | - | - | - | - | (27) | - | - | (0) | - | (0) | (4) | - | (32) |
| **Total Operating Disbursements** | **-** | **-** | **-** | **-** | **(22,332)** | **-** | **-** | **(364)** | **-** | **(1,553)** | **(4)** | **-** | **(24,253)** |
| *Non-Operating Disbursements* | | | | | | | | | | | | | |
| Debtor Professionals | - | - | - | - | (6,457) | - | - | - | - | - | - | - | (6,457) |
| UCC Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lender Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and Duties | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Vendors | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Foreign Vendors | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Priority Reserves | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Shippers / Lienholders / Warehouse Claims | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utility Deposit Line | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KERP | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Store Closing Costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee Related Reserves | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **(6,457)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(6,457)** |
| *Financing Related Cash Flows* | | | | | | | | | | | | | |
| Interest / Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP & Term Loan Repayment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Disbursements** | **-** | **-** | **-** | **-** | **(28,788)** | **-** | **-** | **(364)** | **-** | **(1,553)** | **(4)** | **-** | **(30,709)** |
| **Net Cash Flow** | **-** | **-** | **-** | **-** | **(22,078)** | **-** | **-** | **15,000** | **-** | **186** | **5** | **-** | **(6,887)** |
| Beginning Bank Balance | 215 | - | - | - | (213,243) | - | - | 262,337 | - | (13,576) | 4,387 | - | 40,120 |
| Net Cash Flow | - | - | - | - | (22,078) | - | - | 15,000 | - | 186 | 5 | - | (6,887) |
| Revolver Draw / (Paydown) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Bank Balance**[1][2] | $ 215 | $ - | $ - | $ - | $ (235,321) | $ - | $ - | $ 277,337 | $ - | $ (13,389) | $ 4,391 | $ - | $ 33,233 |

***Notes***
(1) The ending bank balances for the listed legal entities do not represent the actual ending bank balances due to intercompany transfers. Refer to page 4 for the actual ending bank balances for each legal entity.
(2) The consolidated ending bank balance does not include non-accessible cash held in carveout accounts x0699 and x6596. This non-accessible cash represents accrued restructuring professional fees and a reserved amount for adequate assurance utility payments.

**Balance Sheet**
**As of November 30, 2024**

| ($ in 000's) | EXP OldCo Winddown, Inc. | Project Pine TopCo Winddown, LLC | Project Pine Holding OldCo, LLC | Project Pine Finance OldCo Corp. | Project Pine OldCo, LLC | Project Pine Investments OldCo, LLC | Project Pine Logistics OldCo, LLC | Project Pine Operations OldCo, LLC | Project Pine GC OldCo, LLC | Project Pine Tropic OldCo, LLC | Project Pine California OldCo, LLC | Express Fashion Digital Services Costa Rica, S.R.L. | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | | | | |
| Cash and Cash Equivalents | $ - | $ - | $ - | $ - | $ 95,089 | $ - | $ - | $ (31,280) | $ - | $ 4,173 | $ (423) | $ - | $ 67,559 |
| Receivables, net | - | - | - | - | 9,184 | - | - | 2,517 | - | 2,096 | 234 | - | 14,030 |
| Income Tax Receivable | - | - | - | - | 855 | - | - | (241) | - | - | - | - | 614 |
| Inventories | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Royalty | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Minimum Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | 2,330 | - | - | 3,099 | - | 1,250 | - | - | 6,679 |
| **Total Current Assets** | - | - | - | - | 107,458 | - | - | (25,905) | - | 7,518 | (189) | - | 88,882 |
| **Non-Current Assets** | | | | | | | | | | | | | |
| Right of Use Asset | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ROU Asset Accumulated Depr | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property and Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated Depreciation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equity Method Investment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other NonCurrent Assets | - | - | - | - | 195 | - | - | 771 | - | - | 110 | - | 1,075 |
| **Total Non-Current Assets** | - | - | - | - | 195 | - | - | 771 | - | - | 110 | - | 1,075 |
| **Total Assets** | $ - | $ - | $ - | $ - | $ 107,653 | $ - | $ - | $ (25,134) | $ - | $ 7,518 | $ (80) | $ - | $ 89,957 |
| **Prepetition Liabilities** | | | | | | | | | | | | | |
| Accounts Payable | - | - | - | - | 132,129 | - | - | 47,115 | - | 10,135 | 432 | 9 | 189,820 |
| Deferred Revenue | - | - | - | - | 792 | - | - | 520 | - | 0 | - | - | 1,312 |
| Accrued Expenses | - | - | - | - | 22,464 | - | - | 4,840 | - | 4,898 | 70 | - | 32,273 |
| Lease Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Liabilities[1] | 364,521 | (5,784) | - | (0) | 150,675 | - | - | (499,948) | (23,963) | (17,052) | 40,558 | (58) | 8,951 |
| **Total Prepetition Liabilities** | 364,521 | (5,784) | - | (0) | 306,061 | - | - | (447,473) | (23,963) | (2,019) | 41,061 | (49) | 232,355 |
| **Postpetition Liabilities** | | | | | | | | | | | | | |
| Postpetition Payables | 19 | - | - | - | 57,568 | - | - | (50,581) | 671 | (1,823) | (2,614) | (11) | 3,229 |
| Postpetition Taxes | 162 | - | - | - | (441) | - | - | (1,438) | - | 72 | 0 | - | (1,644) |
| Postpetition Debt | - | - | - | - | (874) | - | - | - | - | - | - | - | (874) |
| **Total Postpetition Liabilities** | 180 | - | - | - | 56,253 | - | - | (52,019) | 671 | (1,750) | (2,613) | (11) | 711 |
| **Total Liabilities** | $ 364,702 | $ (5,784) | $ - | $ (0) | $ 362,314 | $ - | $ - | $ (499,492) | $ (23,292) | $ (3,769) | $ 38,448 | $ (60) | $ 233,067 |
| **Stockholders' Equity** | | | | | | | | | | | | | |
| Common Stock | 50 | (0) | (0) | 0 | - | - | - | - | 0 | - | - | - | 50 |
| Additional Paid In Capital | 16,656 | 98,672 | - | - | (290,713) | - | - | 362,697 | 20 | 30,250 | (300) | - | 217,283 |
| Treasury Stock | (260,400) | - | - | - | (0) | - | - | - | - | - | - | - | (260,400) |
| Retained Earnings | (121,007) | (92,888) | 0 | - | 36,051 | - | - | 111,661 | 23,272 | (18,963) | (38,228) | 60 | (100,042) |
| **Total Stockholders' Equity** | (364,702) | 5,784 | - | 0 | (254,661) | - | - | 474,358 | 23,292 | 11,288 | (38,528) | 60 | (143,110) |
| **Total Liabilities and Stockholders' Equity** | $ - | $ - | $ - | $ - | $ 107,653 | $ - | $ - | $ (25,134) | $ - | $ 7,518 | $ (80) | $ - | $ 89,957 |

**Notes:**
(1) Includes Intercompany and Other Liabilities

## Statement of Operations
### For the Period from November 3, 2024 to November 30, 2024

| ($ in 000's) | EXP OldCo Winddown, Inc. | Project Pine TopCo Winddown, LLC | Project Pine Holding OldCo, LLC | Project Pine Finance OldCo Corp. | Project Pine OldCo, LLC | Project Pine Investments OldCo, LLC | Project Pine Logistics OldCo, LLC | Project Pine Operations OldCo, LLC | Project Pine GC OldCo, LLC | Project Pine Tropic OldCo, LLC | Project Pine California OldCo, LLC | Express Fashion Digital Services Costa Rica, S.R.L. | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 9 | $ - | $ 9 |
| Other Revenue | - | - | - | - | 21 | - | - | 511 | - | - | 231 | - | 762 |
| **Revenue** | - | - | - | - | 21 | - | - | 511 | - | - | 240 | - | 772 |
| | | | | | | | | | | | | | |
| Cost of Goods Sold | - | - | - | - | (1) | - | - | 124 | - | 8 | 961 | - | 1,091 |
| **Gross Margin** | - | - | - | - | 22 | - | - | 387 | - | (8) | (721) | - | (319) |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| *Selling Expenses* | | | | | | | | | | | | | |
| Marketing | - | - | - | - | (48) | - | - | - | - | - | - | - | (48) |
| Store Payroll | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Store Operations | - | - | - | - | - | - | - | 180 | - | (1) | 12 | - | 191 |
| **Total Selling Operations** | - | - | - | - | (48) | - | - | 180 | - | (1) | 12 | - | 143 |
| | | | | | | | | | | | | | |
| *General and Administrative Expenses* | | | | | | | | | | | | | |
| Corporate Payroll | - | - | - | - | 152 | - | - | (6) | - | - | - | - | 147 |
| Other G&A | - | - | - | - | 824 | - | - | 7 | - | 125 | (0) | - | 956 |
| **Total General and Administrative Expenses** | - | - | - | - | 976 | - | - | 2 | - | 125 | (0) | - | 1,103 |
| | | | | | | | | | | | | | |
| Depreciation | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | - | - | - | - | 927 | - | - | 182 | - | 124 | 12 | - | 1,246 |
| | | | | | | | | | | | | | |
| Other Operating (Income) / Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Prepetition Debt** | - | - | - | - | (905) | - | - | 205 | - | (132) | (733) | - | (1,565) |
| | | | | | | | | | | | | | |
| *Other (Income) / Expense* | | | | | | | | | | | | | |
| Restructuring Items | - | - | - | - | 2,230 | - | - | (0) | - | - | - | - | 2,230 |
| Interest Expense | - | - | - | - | (95) | - | - | - | - | - | - | - | (95) |
| **Other (Income) / Expense** | - | - | - | - | 2,135 | - | - | (0) | - | - | - | - | 2,135 |
| | | | | | | | | | | | | | |
| **Income Before Taxes** | - | - | - | - | (3,040) | - | - | 205 | - | (132) | (733) | - | (3,700) |
| | | | | | | | | | | | | | |
| Income Tax Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | $ - | $ - | $ - | $ - | $ (3,040) | $ - | $ - | $ 205 | $ - | $ (132) | $ (733) | $ - | $ (3,700) |

**Summary of Bank Accounts**
As of November 30, 2024

### EXP OldCo Winddown, Inc. ($ in 000s)

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 11/30/2024 |
|---|---|---|---|---|
| Securities | EXP OldCo Winddown, Inc. | Wells Fargo | x9955 | $ - |
| **Total** | | | | **$ -** |

### Project Pine OldCo, LLC ($ in 000s)

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 11/30/2024 |
|---|---|---|---|---|
| Deposit | Project Pine OldCo, LLC | Banco Popular | x2711 | $ - |
| Deposit | Project Pine OldCo, LLC | Banco Popular | x2746 | - |
| Disbursement | Project Pine OldCo, LLC | Banco Popular | x2754 | - |
| Disbursement | Project Pine OldCo, LLC | Wells Fargo | x2508 | - |
| Disbursement | Project Pine OldCo, LLC | Wells Fargo | x3125 | - |
| Deposit | Project Pine OldCo, LLC | Wells Fargo | x4120 | 35,460 |
| Professional Fees Carveout | Project Pine OldCo, LLC | Wells Fargo | x4734 | - |
| Disbursement | Project Pine OldCo, LLC | Wells Fargo | x6017 | - |
| Deposit | Project Pine OldCo, LLC | Wells Fargo | x6537 | - |
| Adequate Assurance Utility Deposit | Project Pine OldCo, LLC | Wells Fargo | x6596 | 668 |
| Disbursement | Project Pine OldCo, LLC | Wells Fargo | x6815 | - |
| Disbursement | Project Pine OldCo, LLC | Wells Fargo | x9453 | - |
| FILO Reserve | Project Pine OldCo, LLC | Wells Fargo | x0699 | 27,967 |
| **Total** | | | | **$ 64,094** |

### Project Pine Logistics OldCo, LLC ($ in 000s)

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 11/30/2024 |
|---|---|---|---|---|
| Deposit | Project Pine Logistics OldCo, LLC | Wells Fargo | x9092 | $ - |
| **Total** | | | | **$ -** |

### Project Pine Operations OldCo, LLC ($ in 000s)

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 11/30/2024 |
|---|---|---|---|---|
| Deposit | Project Pine Operations OldCo, LLC | Fifth Third Bank | x0409 | $ - |
| Deposit | Project Pine Operations OldCo, LLC | Fifth Third Bank | x3404 | - |
| Deposit | Project Pine Operations OldCo, LLC | Fifth Third Bank | x6750 | - |
| Deposit | Project Pine Operations OldCo, LLC | Fifth Third Bank | x7594 | - |
| Deposit | Project Pine Operations OldCo, LLC | Wells Fargo | x5171 | 1,694 |
| Deposit | Project Pine Operations OldCo, LLC | Wells Fargo | x6020 | - |
| Deposit | Project Pine Operations OldCo, LLC | Wells Fargo | x6799 | - |
| **Total** | | | | **$ 1,694** |

### Project Pine Tropic OldCo, LLC ($ in 000s)

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 11/30/2024 |
|---|---|---|---|---|
| Deposit | Project Pine Tropic OldCo, LLC | Wells Fargo | x1192 | $ 818 |
| Deposit | Project Pine Tropic OldCo, LLC | Wells Fargo | x1200 | 3,508 |
| Disbursement | Project Pine Tropic OldCo, LLC | Wells Fargo | x1218 | - |
| **Total** | | | | **$ 4,326** |

### Project Pine California OldCo, LLC ($ in 000s)

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 11/30/2024 |
|---|---|---|---|---|
| Deposit | Project Pine California OldCo, LLC | Wells Fargo | x2548 | $ - |
| Disbursement | Project Pine California OldCo, LLC | Wells Fargo | x5013 | - |
| **Total** | | | | **$ -** |

| | | | | |
|---|---|---|---|---|
| **Total Bank Cash** | | | | **$ 70,114** |