## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 17, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors, the Disclosure Statement and Related Voting and Objection Deadlines** (Docket No. 1008)

Dated: December 20, 2024

Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 20th day of December, 2024 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public · California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# Exhibit A



## Exhibit A
Served Via First-Class Mail

| Name | Address |
|---|---|
| Armendariz,Itzel | Address Redacted |
| Barnes,Zion James | Address Redacted |
| Brandeberry,Melissa Danielle | Address Redacted |
| Cordova,Collin | Address Redacted |
| Dicicco,Kasi | Address Redacted |
| Duncan,Godfrey Anthony | Address Redacted |
| Harris,Phillip | Address Redacted |
| Kelley Marginean | Address Redacted |
| Knight,Janila Ayonna | Address Redacted |
| Macrae,Audrey | Address Redacted |
| Matheson,Francesca A | Address Redacted |
| Ratliff,Marrisa Nichole | Address Redacted |
| Rodriguez,Gustavo | Address Redacted |
| Saleh,Sam S | Address Redacted |
| Smith,Dean | Address Redacted |
| Suarez,Celin | Address Redacted |
| Valdez,Ruben J. | Address Redacted |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)