## Exhibit 1

**Assumed Contracts**

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|
| 1. | Salesforce, Inc. | Salesforce, Inc. | Contract name: Salesforce Cloud Services (Core) Contract (Salesforce Contract No. 03782263/Order No. Q-08200361) | $729,972.60 | Phoenix Retail, LLC | 6/21/2024 |
| 2. | Salesforce, Inc. | Salesforce, Inc. | Contract name: Service Cloud Contract No. 03783244 Order Form No. Q-0811659: Sales and Service Cloud CRM platform Services | $178,816.94 | Phoenix BNBS Fashion, LLC | 6/21/2024 |
| 3. | Salesforce, Inc. | Salesforce, Inc. | Contract name: Marketing Cloud Contract No. 03667664, Order Form No. Q-07896973, Marketing Data & Analytics Platform | $483,428.39 | Phoenix BNBS Fashion, LLC | 6/21/2024 |
| 4. | Salesforce, Inc. | Salesforce, Inc. | Contract name: Slack Services Contract No. 03852797 Order Form No. Q-08486702: Slack Business Plus Communication Platform Services | $100,781.26 | Phoenix Retail, LLC | 6/21/2024 |
| 5. | Salesforce, Inc. | Salesforce, Inc. | Contract name: Slack Contract No. 03852797 Order Form No. Q-08486860: Slack Business Plus Communication Platform Services | $23,948.15 | Phoenix BNBS Fashion, LLC | 6/21/2024 |
| 6. | Salesforce, Inc. | Salesforce, Inc. | Contract name: Tableau Contract 0384445783 Order Form No. 08381158: Tableau Data Visualization Services | $9,820.14 | Phoenix Retail, LLC | 6/21/2024 |
| 7. | Salesforce, Inc. | Salesforce, Inc. | Contract name: Employee Services Contract (Contract No. | $31,500.00 | Phoenix Retail, LLC | 6/21/2024 |

---

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty.

1

| No. | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|---|
| | | | 02811517/Order Nos. Q-05191860, Q-05044042, Q-05767672 | | | |

-2-