## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 19, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bradford Capital Holdings, LP, c/o Bradford Capital Management, LLC, Attn: Brian Brager at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1052]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1054]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1108]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1128]**

Furthermore, on December 19, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jebbit, Inc., Attn: Leslee Kaczmarek at PO Box 71215, Chicago, IL 60694-1215:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1052]**

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on December 19, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1054]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Safety Building Cleaning Corp, Attn: Sam Herzfeld at 5 West 37th St, Ste 803, New York, NY 10018:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1108]**

Furthermore, on November 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Conversion Path, Inc., Attn: Tom Bruce at 866 Cambridge Court, Worthington, OH 43085-3475:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1128]**

Dated: December 27, 2024

_____
Sabrina G. Tu

State of Colorado ）
                 ） SS.
County of Denver ）

Subscribed and sworn before me this 27th day of December 2024 by Sabrina G. Tu.

_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**

Document Ref: HTCZZ-QJCAW-T8DRH-NYFE2

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Vector Security, Inc. | Attn: Dave Fuhr and Chuck Thropp | 2000 Ericsson Drive | Warrendale | PA | 15086 |
| Vector Security, Inc. | | PO Box 89462 | Cleveland | OH | 44101-6462 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: HTCZZ-QJCAW-T8DRH-NYFE2