## Exhibit 1

**Assumed Contracts**

| No.[1] | Consolidated Vendor Name | Vendor / Agency / Company | Description[1] | Workstream | Proposed Cure | Assignee | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1. | MetTel | Manhattan Telecommunications Corporation LLC | Master Services Agreement: Wireless Services | IT | $10,209.49 | PHOENIX Retail, LLC | 6/21/2024 |
| 2. | Crane Worldwide Logistics LLC | Crane Worldwide Logistics LLC | Freight Forwarding and Warehouse Services Agreement | IT | $0 | PHOENIX Retail, LLC | 6/21/2024 |

[1] Contracts set forth herein shall include any material amendments or agreed modifications as between the Debtors and/or the Assignee and the Contract Counterparty