**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Sections 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the undersigned counsel enter their appearance as counsel to Tracy L. Klestadt, appointed as plan administrator of EXP OldCo Winddown, Inc., *et al.* (the "**Plan Administrator**") in the *Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates* [Docket No. 1130] and request that all notices given or required to be given in connection with these chapter 11 cases, and all papers served or required to be served in these chapter 11 cases and in any cases consolidated or administered herewith, be given to and served upon the following:

Lucian B. Murley
**Saul Ewing LLP**
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:   (302) 421-6898
Email:         luke.murley@saul.com

Brendan M. Scott
**Klestadt Winters Jureller Southard & Stevens, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:   (212) 679-5359
Facsimile:    (212) 972-2245
Email:         bscott@klestadt.com

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

53588098.1 01/06/2025

Adam C. Rogoff
Robert T. Schmidt
Nathaniel Allard
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 715-9100
Facsimile:      (212) 715-8000
Email:            arogoff@kramerlevin.com
                     rschmidt@kramerlevin.com
                     nallard@kramerlevin.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code this request includes not only the notices and papers referred to in the provisions specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Service of Papers* and any prior or subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed or construed to be a waiver of any substantive or procedural right of the Plan Administrator, including, without limitation: (1) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) the right to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by the United States District Court for the District of Delaware (the "**District Court**"); (3) the right to trial by jury in any case, proceeding, matter, or controversy so

triable; (4) the right to have the reference withdrawn by the District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Plan Administrator is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, consent by the Plan Administrator to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Plan Administrator, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

Dated: January 6, 2025

        **SAUL EWING LLP**

        */s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone:   (302) 421-6898
        Email:   luke.murley@saul.com

        -and-

        Brendan M. Scott
        **KLESTADT WINTERS JURELLER**
        **SOUTHARD & STEVENS, LLP**
        200 West 41st Street, 17th Floor
        New York, NY 10036-7203
        Telephone:   (212) 679-5359
        Facsimile:   (212) 972-2245
        Email:   bscott@klestadt.com

        -and-

        Adam C. Rogoff
        Robert T. Schmidt
        Nathaniel Allard
        **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
        1177 Avenue of the Americas
        New York, NY 10036
        Telephone:   (212) 715-9100
        Facsimile:   (212) 715-8000
        Email:   arogoff@kramerlevin.com
                rschmidt@kramerlevin.com
                nallard@kramerlevin.com

        *Counsel. for the Plan Administrator*