# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Lucian B. Murley, certify that on January 6, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware on those parties registered to receive electronic notices.

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING LLP**
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898

53588098.1 01/06/2025