**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Wind-Down Debtors. | (Jointly Administered) |
| | **Hearing date: March 27, 2025 at 9:30 a.m. ET**<br>**Objections due: January 28, 2025 at 4:00 p.m. ET** |

**SUMMARY OF FINAL FEE APPLICATION**
**OF STRETTO, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD FROM APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

| | |
|---|---|
| Name of applicant: | Stretto, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Date of retention: | Order entered June 4, 2024 effective to April 22, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through December 17, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | $51,571.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n): _____ monthly _____ interim __X__ final application.

The total time expended for fee application preparation is approximately 0.0 hours and the corresponding compensation requested is approximately $0.00.

---

[1]    The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of the Wind-Down Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (6688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of the Wind-Down Debtors' principal place of business and the Wind-Down Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Summary of Prior Applications**

None.

**Compensation by Project Category**

| Project Category | Hours | Fees |
|---|---|---|
| Retention | 4.0 | $934.00 |
| Schedules and Statements | 175.0 | $34,281.00 |
| Solicitation and Tabulation | 70.2 | $16,356.50 |
| **Totals** | **249.2** | **$51,571.50** |

**Compensation by Professional**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Brian Karpuk | Managing Director | $250.00 | 0.7 | $175.00 |
| Jung Woo Song | Managing Director | $250.00 | 6.8 | $1,700.00 |
| Leticia Sanchez | Managing Director / Director | $242.50 / $220.00 | 157.2 | $35,182.50 |
| Jin Sul | Solicitation Associate | $230.00 | 0.4 | $92.00 |
| Ted Toduka | Solicitation Associate | $230.00 | 10.3 | $2,369.00 |
| Aurelie Blanadet | Solicitation Associate / Associate | $230.00 / $110.00 | 25.4 | $2,830.00 |
| Aileen Daversa | Director | $230.00 | 1.8 | $414.00 |
| Nicholas Kennedy | Director | $230.00 | 3.3 | $759.00 |
| Ana Galvan | Senior Associate | $200.00 | 31.1 | $6,220.00 |
| Sabrina Tu | Associate | $150.00 | 12.2 | $1,830.00 |
| **Grand Total** | | | **249.2** | **$51,571.50** |
| **Blended Rate** | | | | **$206.95** |

**Expense Summary**

| Expense Category | Expenses |
|---|---|
| None | $0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Wind-Down Debtors. | (Jointly Administered) |
| | **Hearing date: March 27, 2025 at 9:30 a.m. ET**<br>**Objections due: January 28, 2025 at 4:00 p.m. ET** |

### FINAL FEE APPLICATION
### OF STRETTO, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 22, 2024 THROUGH DECEMBER 17, 2024

By this application (this "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto") hereby seeks reasonable compensation for professional administrative services rendered to the Debtors in the amount of $51,571.50 during the period commencing April 22, 2024 through and including

---

[1]    The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of the Wind-Down Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of the Wind-Down Debtors' principal place of business and the Wind-Down Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

December 17, 2024 (the "<u>Final Fee Period</u>").  In support of this Application, Stretto respectfully

represents as follows:

<b><u>Jurisdiction and Venue</u></b>

1.      The United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") has

jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C.

§ 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Stretto confirms its

consent, pursuant to Bankruptcy Rule 7008 and Local Rule 9013-1(f), to the entry of a final order

by the Court in connection with this Application to the extent that it is later determined that the

Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith

consistent with Article III of the United States Constitution.

3.      The statutory bases for the relief requested herein are sections 330 and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.  A certification pursuant to

Local Rule 2016-2 is attached hereto as **<u>Exhibit A</u>**.

<b><u>Background</u></b>

4.      On April 22, 2024 (the "<u>Petition Date</u>"), each of the above-captioned debtors

(collectively, the "<u>Debtors</u>") filed with the Court a voluntary petition for relief under chapter 11 of

the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases.

5.      On May 14, 2024, the Court entered the Interim Compensation Order, which sets

forth the procedures for interim compensation and reimbursement of expenses for all professionals

retained in these chapter 11 cases.

6.      On December 17, 2024, the Court entered an order [Docket No. 1150] confirming the *Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1150-1] (together with all exhibits thereto, and as may be amended, modified or supplemented, the "Plan").

**Stretto's Retention**

7.      On April 24, 2024, the Court entered an order [Docket No. 80] (the "Notice and Claims Agent Order") authorizing the employment and retention of Stretto as claims and noticing agent to the Debtors effective as of the Petition Date.  On June 4, 2024, the Court entered an order [Docket No. 390] (the "Retention Order") authorizing the employment and retention of Stretto as administrative advisor (in this capacity, the "Administrative Advisor") to the Debtors effective as of the Petition Date.

8.      Under the Retention Order, Stretto is authorized to provide the Debtors with a range of bankruptcy-related administrative services on an as-needed basis pursuant to the Engagement Agreement (as defined in the Retention Order), including, among other things, (a) assisting with the preparation of the Debtors' schedules of assets and liabilities, schedules of executory contracts and unexpired leases and statement of financial affairs; (b) assisting with solicitation, balloting, tabulation and calculation of votes, as well as preparing any appropriate reports required in furtherance of confirmation of any chapter 11 plan; (c) generating an official ballot certification and testifying, if necessary, in support of the ballot tabulation results for any chapter 11 plan(s) in these bankruptcy cases; (d) generating, providing and assisting with claims objections, exhibits, claims reconciliation and related matters; and (e) providing such other claims processing, noticing, solicitation, balloting and administrative services, as may be requested by the Debtors from time to time.

9.     On December 17, 2024 (the "Confirmation Date"), the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates* [Docket No. 1150], pursuant to which the Court approved and confirmed the *Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1143].  On December 31, 2024 (the "Effective Date"), the Debtors filed the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 1190] and the Effective Date of the Plan occurred.  Pursuant to the Plan, the deadline to file final requests for payment of Professional Fee Claims (as defined in the Plan) for services rendered and reimbursement of expenses incurred on or prior to the Confirmation Date is February 14, 2025, which is the first Business Day (as defined in the Plan) that is forty-five (45) days after the Effective Date.

## Relief Requested

10.     By this Application, Stretto requests entry of an order (a) allowing, authorizing, and directing payment by the Debtors of compensation in the amount of $51,571.50 for necessary services rendered, and reimbursement of actual and necessary costs in the amount of $0.00 incurred, by Stretto as Administrative Advisor to the Debtors during the Final Fee Period, (b) granting final allowance of such compensation and cost reimbursement amounts, and (c) granting such other and further relief as the Court deems just and proper.

## Compensation Sought and Paid and its Source

11.     All services for which compensation is sought by Stretto herein were performed for or on behalf of the Debtors.

12.     Except to the extent of any retainer paid to Stretto, Stretto has neither sought nor received any payment or promises for payment from any source during the Final Fee Period in connection with the matters described in this Application.

13.     There is no agreement or understanding between Stretto and any other person, other than affiliates, partners, managers, directors and employees of Stretto, for sharing of the compensation to be received for services rendered to the Debtors in these bankruptcy cases.  The fees sought by this Application do not include any fees or expenses that may be payable by the Debtors for services provided by Stretto under the Notice and Claims Agent Order, which provides separate procedures for the payment of such fees and expenses.  Furthermore, no fees or expenses sought by this Application have been sought to be paid under the Notice and Claims Agent Order.

## Summary of Services Rendered

14.     Stretto maintains computerized records of the time spent by employees in connection with Stretto's role as Administrative Advisor to the Debtors.  A detailed statement of hours spent rendering services to the Debtors in support of the compensation for fees and expenses incurred during the Final Fee Period is attached hereto as **Exhibit B**, which (a) identifies each employee that rendered services in each task category; (b) describes each service such employees performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each employee providing services; and (d) as applicable, lists the particular type of expenses incurred.

## Final Fee Period

15.     Stretto's employees provided 249.2 hours of services as Administrative Advisor to the Debtors during the Final Fee Period with a reasonable value of $51,571.50.

16.     The following is a summary by category of the professional services provided by Stretto during the Final Fee Period.

A.    <u>**Retention**</u> –

Total Fees:    $934.00
Total Hours:    4.0

17.    The services in this category include preparation and review of the motions seeking entry of the Notice and Claims Agent Order and the Retention Order.

B.    <u>**Schedules and Statements**</u> –

Total Fees:    $34,281.00
Total Hours:    175.0

18.    The services in this category include the preparation and filing of the Debtors' schedules of assets and liabilities and statements of financial affairs, which required collecting data, retrieving documents, and regular communication with the Debtors and their other professionals.

C.    <u>**Solicitation and Tabulation**</u> –

Total Fees:    $16,356.50
Total Hours:    70.2

19.    This category includes work related to the tabulation of Plan votes, including but not limited to: (i) reviewing Plan class descriptions and comparing to claim and schedule records for correct grouping of records for service of voting and non-voting solicitation packages; (ii) receiving, reviewing, and tabulating voted ballots submitted in connection with the Plan; and (iii) preparation of draft voting declaration.

<u>**Compensation Should Be Allowed**</u>

20.    The foregoing services rendered by Stretto as Administrative Advisor to the Debtors during the Final Fee Period were reasonable, necessary, and appropriate to the administration of these bankruptcy cases.

21.     Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including
>
> (a)     the time spent on such services;
>
> (b)     the rates charged for such services;
>
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (f)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Stretto submits that the services provided to the Debtors by Stretto during the Final Fee Period were necessary and appropriate given the complexity of these bankruptcy cases, the issues involved, the nature and extent of services provided, and the cost of comparable services outside of bankruptcy.   Accordingly, Stretto respectfully submits that approval of the

compensation and reimbursement of the expenses sought for the Final Fee Period should be approved.

23.     Stretto has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with such requirements.

**<u>Notice</u>**

24.     Stretto will provide notice of this Application in accordance with the Interim Compensation Order.  No prior request for the relief sought by this Application has been made to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Stretto respectfully requests entry of an order (a) allowing, authorizing, and directing payment by the Debtors of compensation in the amount of $51,571.50 for necessary services rendered, and reimbursement of actual and necessary costs in the amount of $0.00 incurred, by Stretto as Administrative Advisor to the Debtors during the Final Fee Period, (b) granting final allowance of such compensation and cost reimbursement amounts, and (c) granting such other and further relief as the Court deems just and proper.

Dated: January 7, 2025
      Irvine, California

**STRETTO, INC.**

/s/  *Brian Karpuk*
Brian Karpuk
410 Exchange, Ste. 100
Irvine, California 92602
Tel:  (714) 479-2027
Email:  brian.karpuk@stretto.com

*Administrative Advisor for the Debtors and Debtors-in-Possession*

**Exhibit A**

## <u>CERTIFICATION</u>

I, Brian Karpuk, pursuant to 28 U.S.C. § 1746, states as follows:

a.      I am a Managing Director of Stretto, Inc.

b.      I am familiar with the work performed by Stretto on behalf of the Debtors.

c.      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

d.      I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated: January 7, 2025
          Irvine, California

                                        */s/  Brian Karpuk*
                                        Brian Karpuk

**Exhibit B**

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 04/24/2024 | Brian Karpuk | Managing Director | Retention | Correspondence re: Stretto retention | 0.2 | $250.00 | $50.00 |
| 04/24/2024 | Brian Karpuk | Managing Director | Retention | Attention to Stretto retention, conflicts | 0.5 | $250.00 | $125.00 |
| 04/24/2024 | Nicholas Kennedy | Director | Retention | Analyze, attend to case management, conflicts matters | 1.6 | $230.00 | $368.00 |
| 04/24/2024 | Nicholas Kennedy | Director | Retention | Analyze, attend to retention issues | 1.4 | $230.00 | $322.00 |
| 05/03/2024 | Nicholas Kennedy | Director | Retention | Analyze, attend to retention issues | 0.3 | $230.00 | $69.00 |
| | **TOTAL** | | | | **4.0** | | **$934.00** |
| 04/22/2024 | Leticia Sanchez | Director | Schedules and Statements | Prepare Schedules, Statements templates | 0.9 | $220.00 | $198.00 |
| 05/01/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, analyze SOFA 12, 27 | 1.0 | $220.00 | $220.00 |
| 05/01/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re SOFA 4, SOFA 21 | 0.1 | $230.00 | $23.00 |
| 05/02/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review, update Schedules for all debtors | 0.3 | $110.00 | $33.00 |
| 05/02/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Create Schedules cover sheet templates | 0.7 | $110.00 | $77.00 |
| 05/02/2024 | Sabrina Tu | Associate | Schedules and Statements | Prepare, upload cover pages for SOFAs | 0.8 | $150.00 | $120.00 |
| 05/03/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 7, 16, 18-19, 21-22, 26a-26d, 28 data provided by M3 | 2.0 | $220.00 | $440.00 |
| 05/05/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 17, 29 provided by M3 | 1.0 | $220.00 | $220.00 |
| 05/06/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 14, 20, 25, 31 updates | 1.3 | $220.00 | $286.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/07/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import SOFA 7, 11, 14, 20, 26A, 26B, 26C, 28, 29, 31 for all debtors | 3.2 | $200.00 | $640.00 |
| 05/07/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate, review SOFA drafts | 2.0 | $220.00 | $440.00 |
| 05/08/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOAL updates from M3 | 0.9 | $220.00 | $198.00 |
| 05/08/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA updates from M3 | 0.8 | $220.00 | $176.00 |
| 05/08/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review latest SOFA data for all debtors | 2.0 | $110.00 | $220.00 |
| 05/08/2024 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with J. Jiang re update on status of open items for the SOFAs, SOALs | 0.3 | $220.00 | $66.00 |
| 05/08/2024 | Sabrina Tu | Associate | Schedules and Statements | Review SOFA 7, 11, 14, 16-17, 20, 25-26, 28-29, 31 drafts for accuracy, completeness | 1.3 | $150.00 | $195.00 |
| 05/08/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import SOFA 7, 11, 14, 20, 26A, 26B, 26C, 28, 29, 31 all debtors cont. | 3.5 | $200.00 | $700.00 |
| 05/08/2024 | Aileen Daversa | Director | Schedules and Statements | Analyze, attention to Schedules drafts | 0.1 | $230.00 | $23.00 |
| 05/08/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOAL updates | 0.8 | $220.00 | $176.00 |
| 05/08/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA updates for SOFA 3-6, 9, 13 | 0.5 | $220.00 | $110.00 |
| 05/08/2024 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with J. Jiang re SOFA updates for SOFA 3-6, 9, 13 | 0.1 | $220.00 | $22.00 |
| 05/09/2024 | Leticia Sanchez | Director | Schedules and Statements | Review completed SOAL data from M3 | 0.9 | $220.00 | $198.00 |
| 05/09/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 1, 2 | 1.3 | $220.00 | $286.00 |
| 05/09/2024 | Leticia Sanchez | Director | Schedules and Statements | Oversee updates first round of SOFA drafts | 2.8 | $220.00 | $616.00 |
| 05/09/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA Drafts for all debtors (2.0); circulate to M3 with open items (.7) | 2.7 | $220.00 | $594.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/09/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review updated SOFA drafts | 1.2 | $110.00 | $132.00 |
| 05/09/2024 | Sabrina Tu | Associate | Schedules and Statements | Review SOFA drafts for accuracy, completeness | 1.1 | $150.00 | $165.00 |
| 05/10/2024 | Leticia Sanchez | Director | Schedules and Statements | Oversee data for SOFA 3-4 (.3); teleconference with M3 on same (.2) | 0.5 | $220.00 | $110.00 |
| 05/10/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, analyze SOAL data | 2.3 | $220.00 | $506.00 |
| 05/10/2024 | Aileen Daversa | Director | Schedules and Statements | Analyze, attend to SOFA 3, 4 | 0.1 | $230.00 | $23.00 |
| 05/11/2024 | Aileen Daversa | Director | Schedules and Statements | Analyze, attend to Schedule AB 77 | 0.1 | $230.00 | $23.00 |
| 05/13/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOAL drafts for all debtors | 1.6 | $220.00 | $352.00 |
| 05/13/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, analyze SOAL updates | 1.3 | $220.00 | $286.00 |
| 05/13/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, analyze SOFA updates | 1.0 | $220.00 | $220.00 |
| 05/13/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review latest Schedules data for all debtors | 0.7 | $110.00 | $77.00 |
| 05/13/2024 | Sabrina Tu | Associate | Schedules and Statements | Review Schedules AB 2, 7, 11, 15, 25, 39, 50, 54-55, 60-61, 63-64, 72, 77 for accuracy, completeness | 0.8 | $150.00 | $120.00 |
| 05/13/2024 | Leticia Sanchez | Director | Schedules and Statements | Strategize re Schedules, Statements next steps | 0.3 | $220.00 | $66.00 |
| 05/14/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updated SOFA drafts | 3.3 | $220.00 | $726.00 |
| 05/14/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules AB | 3.3 | $200.00 | $660.00 |
| 05/14/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Continued review, formatting, importing of Schedules AB | 3.4 | $200.00 | $680.00 |
| 05/14/2024 | Sabrina Tu | Associate | Schedules and Statements | Review SOFA drafts 1-4, 7, 9, 11, 14, 16-17, 20, 25-26, 28-31 for accuracy, completeness | 0.8 | $150.00 | $120.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/14/2024 | Sabrina Tu | Associate | Schedules and Statements | Review Schedules drafts AB 2-4, 7-8, 11, 15, 19, 21-22, 25, 39, 50, 54-55, 60-64, 67, 72-73, 77 for accuracy, completeness | 0.9 | $150.00 | $135.00 |
| 05/14/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review updated Schedules information | 2.1 | $110.00 | $231.00 |
| 05/14/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, update SOALs for all debtors | 1.9 | $220.00 | $418.00 |
| 05/14/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, update Schedules for all debtors | 1.0 | $220.00 | $220.00 |
| 05/14/2024 | Aileen Daversa | Director | Schedules and Statements | Analyze, attend to re AB 77 | 0.1 | $230.00 | $23.00 |
| 05/14/2024 | Leticia Sanchez | Director | Schedules and Statements | Update SOFA drafts per internal review | 2.9 | $220.00 | $638.00 |
| 05/15/2024 | Leticia Sanchez | Director | Schedules and Statements | Oversee formatting of Schedule G | 1.8 | $220.00 | $396.00 |
| 05/15/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, update SOFAs for all debtors | 2.3 | $220.00 | $506.00 |
| 05/15/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules updates | 0.5 | $110.00 | $55.00 |
| 05/15/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review SOFA updates | 0.6 | $110.00 | $66.00 |
| 05/15/2024 | Sabrina Tu | Associate | Schedules and Statements | Review Schedules AB drafts for accuracy, completeness | 0.7 | $150.00 | $105.00 |
| 05/15/2024 | Sabrina Tu | Associate | Schedules and Statements | Update Schedules AB 14, 16, 20, 42, 47-49, 60-65, 71, 73-76 | 0.4 | $150.00 | $60.00 |
| 05/15/2024 | Sabrina Tu | Associate | Schedules and Statements | Review SOFA Drafts for accuracy, completeness | 0.5 | $150.00 | $75.00 |
| 05/15/2024 | Sabrina Tu | Associate | Schedules and Statements | Upload Schedules Cover Sheets | 0.3 | $150.00 | $45.00 |
| 05/15/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate updated SOAL drafts, submit same to M3 for review | 3.4 | $220.00 | $748.00 |
| 05/15/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re Schedules, Statements next steps | 0.4 | $230.00 | $92.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/15/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate updated SOFA forms for all debtors (2.9); submit same to M3 for review (.3) | 3.2 | $220.00 | $704.00 |
| 05/16/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review updated Schedules data | 0.8 | $110.00 | $88.00 |
| 05/16/2024 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule updates from M3 | 2.9 | $220.00 | $638.00 |
| 05/16/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, updated SOAL E | 1.9 | $220.00 | $418.00 |
| 05/16/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updated SOAL G | 1.8 | $220.00 | $396.00 |
| 05/17/2024 | Leticia Sanchez | Director | Schedules and Statements | Correspondence with J. Jiang re Schedule H, F | 0.2 | $220.00 | $44.00 |
| 05/17/2024 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule E, F drafts | 1.0 | $220.00 | $220.00 |
| 05/17/2024 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule G data | 2.3 | $220.00 | $506.00 |
| 05/17/2024 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with M3 re updates to Schedules | 0.5 | $220.00 | $110.00 |
| 05/17/2024 | Leticia Sanchez | Director | Schedules and Statements | Oversee schedule updates to court forms per data from M3 | 1.7 | $220.00 | $374.00 |
| 05/17/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re Schedules, Statements next steps | 0.2 | $230.00 | $46.00 |
| 05/18/2024 | Leticia Sanchez | Director | Schedules and Statements | Analyze, attend to Schedule H | 1.0 | $220.00 | $220.00 |
| 05/18/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updates to SOFA 3 from M3 | 1.3 | $220.00 | $286.00 |
| 05/18/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updates to SOAL G from M3 | 0.4 | $220.00 | $88.00 |
| 05/19/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, update Schedule D Notice Parties | 1.0 | $220.00 | $220.00 |
| 05/19/2024 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with J. Jiang re Schedule D Notice Parties | 0.2 | $220.00 | $44.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/19/2024 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with J. Jiang re Schedule H | 0.2 | $220.00 | $44.00 |
| 05/20/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review SOFA 3 data | 2.3 | $110.00 | $253.00 |
| 05/20/2024 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA updates, update the master tracker to update forms accordingly | 0.9 | $220.00 | $198.00 |
| 05/20/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review SOFA 3 data | 1.3 | $110.00 | $143.00 |
| 05/20/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review SOFA 3 data | 0.4 | $110.00 | $44.00 |
| 05/20/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updated Schedule G data | 1.8 | $220.00 | $396.00 |
| 05/20/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updated Schedule H data | 0.7 | $220.00 | $154.00 |
| 05/20/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review SOFA 3 data | 2.0 | $110.00 | $220.00 |
| 05/20/2024 | Aileen Daversa | Director | Schedules and Statements | Review Schedule H draft | 0.4 | $230.00 | $92.00 |
| 05/20/2024 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule E, F data | 1.2 | $220.00 | $264.00 |
| 05/21/2024 | Leticia Sanchez | Director | Schedules and Statements | Update Schedule D Notice Parties for all the debtors | 0.4 | $220.00 | $88.00 |
| 05/21/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules D, E/F, H data | 0.4 | $110.00 | $44.00 |
| 05/21/2024 | Leticia Sanchez | Director | Schedules and Statements | Review, update Schedule G for all debtors | 3.3 | $220.00 | $726.00 |
| 05/21/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules D, E/F, H data | 1.0 | $110.00 | $110.00 |
| 05/21/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules D, E/F, H data | 0.4 | $110.00 | $44.00 |
| 05/21/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules D, E/F, H data | 1.9 | $110.00 | $209.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/22/2024 | Leticia Sanchez | Director | Schedules and Statements | Review debtors' real estate lease contracts for inclusion in Schedule G | 1.3 | $220.00 | $286.00 |
| 05/22/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate updated SOFA drafts for all debtors | 2.1 | $220.00 | $462.00 |
| 05/23/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updated Schedule G Lease file from M3 | 0.3 | $220.00 | $66.00 |
| 05/28/2024 | Leticia Sanchez | Director | Schedules and Statements | Oversee redaction for Schedule D, E, F, G | 1.3 | $220.00 | $286.00 |
| 05/28/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate, circulate updated Schedule drafts | 1.4 | $220.00 | $308.00 |
| 05/28/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate, circulate updated SOFA drafts | 1.6 | $220.00 | $352.00 |
| 05/28/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updates to Schedules for all debtors | 1.0 | $220.00 | $220.00 |
| 05/28/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updates to SOFAs for all debtors | 1.0 | $220.00 | $220.00 |
| 05/28/2024 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with J. Jiang re status of Schedules, Statements timeline | 0.2 | $220.00 | $44.00 |
| 05/29/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate updated drafts for Statements for all debtors | 3.4 | $220.00 | $748.00 |
| 05/29/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate updated drafts for Schedules for all debtors | 3.9 | $220.00 | $858.00 |
| 05/29/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules D data | 3.0 | $200.00 | $600.00 |
| 05/29/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules E/F data | 3.0 | $200.00 | $600.00 |
| 05/29/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules G data | 3.0 | $200.00 | $600.00 |
| 05/29/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules, SOFAs data | 3.4 | $110.00 | $374.00 |
| 05/29/2024 | Sabrina Tu | Associate | Schedules and Statements | Review Schedules drafts for accuracy, completeness | 1.5 | $150.00 | $225.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/29/2024 | Sabrina Tu | Associate | Schedules and Statements | Generate, download SOFA drafts | 0.2 | $150.00 | $30.00 |
| 05/29/2024 | Sabrina Tu | Associate | Schedules and Statements | Review SOFA drafts for accuracy, completeness | 0.8 | $150.00 | $120.00 |
| 05/29/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updates to Schedules for all debtors | 3.8 | $220.00 | $836.00 |
| 05/29/2024 | Aileen Daversa | Director | Schedules and Statements | Strategize re Schedules, Statements next steps | 0.3 | $230.00 | $69.00 |
| 05/30/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate final Schedule, Statements forms for filing with the court | 2.1 | $220.00 | $462.00 |
| 05/30/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updates to Schedules, update forms accordingly | 3.9 | $220.00 | $858.00 |
| 05/30/2024 | Leticia Sanchez | Director | Schedules and Statements | Review updates to SOFAs, update forms accordingly | 3.3 | $220.00 | $726.00 |
| 05/30/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules, SOFA data for sendoff to counsel | 0.8 | $110.00 | $88.00 |
| 05/30/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules data for all debtors | 0.9 | $110.00 | $99.00 |
| 05/30/2024 | Sabrina Tu | Associate | Schedules and Statements | Upload Global Notes for Schedules | 0.2 | $150.00 | $30.00 |
| 05/30/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules data | 1.0 | $110.00 | $110.00 |
| 05/30/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules D data | 2.9 | $200.00 | $580.00 |
| 05/30/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules E/F data | 2.9 | $200.00 | $580.00 |
| 05/30/2024 | Ana Galvan | Senior Associate | Schedules and Statements | Review, format, import Schedules G, H data | 2.9 | $200.00 | $580.00 |
| 05/30/2024 | Sabrina Tu | Associate | Schedules and Statements | Review Schedules drafts for accuracy, completeness; review amounts re: same | 0.7 | $150.00 | $105.00 |
| 05/30/2024 | Aurelie Blanadet | Associate | Schedules and Statements | Review Schedules, SOFAs data | 0.4 | $110.00 | $44.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/30/2024 | Sabrina Tu | Associate | Schedules and Statements | Review SOFA drafts for accuracy, completeness | 0.6 | $150.00 | $90.00 |
| 05/30/2024 | Sabrina Tu | Associate | Schedules and Statements | Generate, download SOFA, Schedules drafts | 0.6 | $150.00 | $90.00 |
| 05/30/2024 | Leticia Sanchez | Director | Schedules and Statements | Generate updated drafts for Schedules | 3.4 | $220.00 | $748.00 |
| | **TOTAL** | | | | **175.0** | | **$34,281.00** |
| 07/08/2024 | Ted Tokuda | Solicitation Associate | Solicitation and Tabulation | Review, analyze draft of the Solicitation Procedures Motion, solicitation exhibits | 2.9 | $230.00 | $667.00 |
| 07/08/2024 | Jin Sul | Solicitation Associate | Solicitation and Tabulation | Attend to matter re: DS Motion, Solicitation Procedures, Voting Ballot | 0.4 | $230.00 | $92.00 |
| 07/08/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Review DS Motion, Solicitation Procedures, Ballot, Timeline | 3.0 | $220.00 | $660.00 |
| 07/08/2024 | Jung Woo Song | Managing Director | Solicitation and Tabulation | Review, comments to draft of the updated DS motion, exhibits, solicitation timeline | 2.1 | $250.00 | $525.00 |
| 07/09/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Review Solicitation Procedures, submit additional updates to K&E | 0.9 | $220.00 | $198.00 |
| 07/09/2024 | Jung Woo Song | Managing Director | Solicitation and Tabulation | Review updated draft of the DS Motion, exhibits | 0.6 | $250.00 | $150.00 |
| 07/10/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Review updated DS Order, related Exhibits | 2.6 | $220.00 | $572.00 |
| 07/10/2024 | Ted Tokuda | Solicitation Associate | Solicitation and Tabulation | Review updated draft of the Solicitation Procedures Motion, solicitation exhibits | 2.1 | $230.00 | $483.00 |
| 07/11/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Strategize re claim objection exhibits, protocols | 0.5 | $220.00 | $110.00 |
| 07/11/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Strategize re re comments on DS Order for opt-in forms | 0.3 | $220.00 | $66.00 |
| 07/11/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Review Disclosure Statement Order for solicitation procedures on the classification of certain claims under Plan | 1.5 | $220.00 | $330.00 |
| 07/17/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Review updated Solicitation timeline; provide comments to Counsel | 0.4 | $220.00 | $88.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 07/31/2024 | Ted Tokuda | Solicitation Associate | Solicitation and Tabulation | Review, analyze Disclosure Statement motion in connection with solicitation process | 2.7 | $230.00 | $621.00 |
| 08/21/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Generate Voting Amount Spreadsheet | 1.9 | $220.00 | $418.00 |
| 08/21/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Generate Solicitation Overview Summary | 1.2 | $220.00 | $264.00 |
| 08/22/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Update Solicitation Overview, Voting Amount Spreadsheet | 2.0 | $220.00 | $440.00 |
| 08/23/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Update Solicitation Overview, Voting Amount Spreadsheet | 2.3 | $220.00 | $506.00 |
| 08/26/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Update Solicitation Overview, Voting Amount Spreadsheet | 4.0 | $220.00 | $880.00 |
| 08/26/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Continued updates to Solicitation Overview, Voting Amount Spreadsheet | 2.0 | $220.00 | $440.00 |
| 08/27/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Email correspondence with C. Sterrett re status of DS Hearing | 0.2 | $220.00 | $44.00 |
| 08/27/2024 | Leticia Sanchez | Director | Solicitation and Tabulation | Finalize Solicitation Overview, Voting Amount Spreadsheet | 3.0 | $220.00 | $660.00 |
| 10/18/2024 | Jung Woo Song | Managing Director | Solicitation and Tabulation | Review updated drafts of the Disclosure Statement Motion, exhibits in preparation of solicitation for processing, service | 1.4 | $250.00 | $350.00 |
| 10/18/2024 | Ted Tokuda | Solicitation Associate | Solicitation and Tabulation | Review updated drafts of the Disclosure Statement Motion, exhibits in preparation of solicitation | 2.6 | $230.00 | $598.00 |
| 11/05/2024 | Aurelie Blanadet | Solicitation Associate | Solicitation and Tabulation | Review Voting Amount Spreadsheet, Overview in preparation of Solicitation | 0.3 | $230.00 | $69.00 |
| 11/06/2024 | Jung Woo Song | Managing Director | Solicitation and Tabulation | Review updated draft of solicitation materials, prepare to serve non-voting notice, optional opt-in form to equity class | 1.6 | $250.00 | $400.00 |
| 11/06/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Review final forms of the DS Order, Plan, DS in word, pdf format | 1.3 | $242.50 | $315.25 |
| 11/06/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Review DS Hearing audio in anticipation of Solicitation mailing | 0.5 | $242.50 | $121.25 |
| 11/07/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Review Solicitation service lists, approve same | 2.6 | $242.50 | $630.50 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 11/07/2024 | Jung Woo Song | Managing Director | Solicitation and Tabulation | Attend matter re: service of Non-Voting Notice, set up opt-in form for equity class | 1.1 | $250.00 | $275.00 |
| 11/18/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate Tabulation Report | 0.7 | $242.50 | $169.75 |
| 11/20/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate Tabulation Report | 0.7 | $242.50 | $169.75 |
| 11/22/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate Tabulation Report | 0.7 | $242.50 | $169.75 |
| 11/25/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate Tabulation Report | 0.6 | $242.50 | $145.50 |
| 11/27/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate Tabulation Report | 0.9 | $242.50 | $218.25 |
| 11/29/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.0 | $242.50 | $242.50 |
| 12/02/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate updated Tabulation Report | 1.2 | $242.50 | $291.00 |
| 12/04/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate updated Tabulation Report | 0.9 | $242.50 | $218.25 |
| 12/06/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate updated Tabulation Report | 1.1 | $242.50 | $266.75 |
| 12/09/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate draft Voting Declaration | 2.6 | $242.50 | $630.50 |
| 12/09/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.3 | $242.50 | $315.25 |
| 12/09/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate updated Tabulation Report | 1.2 | $242.50 | $291.00 |
| 12/10/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate updated Tabulation Report | 1.6 | $242.50 | $388.00 |
| 12/11/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Finalize Draft of Voting Declaration | 1.6 | $242.50 | $388.00 |
| 12/11/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Review K&E updates to Voting Declaration | 1.1 | $242.50 | $266.75 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 12/12/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate declaration exhibits | 2.5 | $242.50 | $606.25 |
| 12/12/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate updated Voting Declaration draft | 0.9 | $242.50 | $218.25 |
| 12/16/2024 | Leticia Sanchez | Managing Director | Solicitation and Tabulation | Generate Opt-In results for all voting, non-voting parties | 1.6 | $242.50 | $388.00 |
| | **TOTAL** | | | | **70.2** | | **$16,356.50** |
| | **GRAND TOTAL** | | | | **249.2** | | **$51,571.50** |