# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*, | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Korea Trade Insurance Corporation
Name of Transferee
Name and Address where notices to transferee should be sent:

c/o M. Zachary Bluestone, Bluestone, P.C.
1717 K Street, Suite 900
Washington, D.C. 20006

Phone: (240) 744-4677
Last Four Digits of Acct #: N/A

Sung Hwa Trading Co., Ltd.
Name of Transferor
Last known address:

9F Samhomulsan Bldg.,
B dong Nonhyeon-ro 87 Seocho gu,
Seoul, Korea

Phone: Unknown
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):
N/A
Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): 613
Amount of Claim to Transfer: $193,480.63
Date Claim Filed: 6/18/2024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ M. Zachary Bluestone          Date: 8-Jan-2025
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

11849741v.3

## **EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

한국무역보험공사 귀중 ※ 간인(수출자 인감) 요망
To: Korea Trade Insurance Corporation

# 양도증서(수출자용)
# Letter of Assignment

○ 수출자의 상호와 주소(Name and Address of the Exporter)
: (주)성화물산 서울시 서초구 논현로 87, B동 9층 ( SUNGHWA TRADING CO.,LTD 9/F B dong Nonhyeon-ro 87, Seocho gu Seoul, Korea )

○ 수입자의 상호와 주소(Name and Address of the Importer)
: EXPRESS LLC, 1 LIMITED PARKWAY COLUMBUS, OH 43230, U.S.A

○ 매입은행(Negotiating Bank) :

○ 어음금액, 발행인, 발행일 및 만기일(Amount, Drawer, Date of Issue and Maturity of the Draft)

| Amount | Drawer | Date of Issue and Maturity of the Draft |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

○ 양도대금(Amount of Assignment) : U$222,290.23

※ 한국무역보험공사(이하 K-SURE)로 양도된 채권의 세부 목록은 "붙임 1"을 참고하시기 바랍니다.
※ Refer to "Annex 1" for the detailed list of the claims assigned to Korea Trade Insurance Corporation (hereinafter "K-SURE").

○ 추심은행의 상호와 주소(Name and Address of the Collection Bank)
:

위 수출자는 위 수입자와 2023. 11. 6. 자로 수출계약(이하 "수출계약"이라고 합니다.)을 체결하고 수출상품을 선적하였으나 수입자가 수출대금을 지급하지 아니하여 귀 공사로부터 2024.08.27 자에 보험금이 지급되었습니다.

The Exporter made and entered into an export contract(s) with the Importer on November 6th, 2023(hereinafter the "Contract") and shipped the goods in accordance with the terms and conditions of the Contract. However, the Importer did not pay the sale price(s) to the Exporter and as a result, the insurance money was paid by K-SURE, on August 27, 2024.


따라서, 수출자는 다음과 같이 약정합니다.
NOW, THEREFORE, the Exporter hereby undertakes as follows :


### 제1조  채권의 양도(Assignment)

(1) 수출자는 수출계약과 관련하여 수입자에 대하여 가지는 계약대금 청구권, 물품반환청구권, 손해배상청구권, 계약해제권, 부당이득반환청구권, 어음금청구권, 구상권 등 일체의 모든 권리와 권한을 귀 공사에게 양도합니다. 명의상의 수입자 이외에 실제의 수입자가 별도로 있는 경우에는 이 양도증서에서의 "수입자"는 명의상의 수입자뿐만 아니라 실제의 수입자도 포함합니다.
The Exporter irrevocably assigns to K-SURE all claims, credits, demands, authority, powers, privileges, and all rights of whatsoever nature, which the Exporter has against the Importer under or in relation to the Contract, including but not limited to all claims for the sale price(s), all claims for the return of the exported goods, all claims for compensation for loss and damage arising from breach of the Contract, the right to terminate, rescind, repudiate or cancel the contract, the claim based on unjust enrichment, and all claims based upon the draft(s) and all subrogated claims. In the event that there is an actual or beneficial importer other than the above named Importer, the reference to the "Importer" hereunder shall include such an actual or beneficial importer as well as the above named Importer.


(2) 수출계약과 관련하여 신용장이 발행되었거나 선하증권, 운송장, 창고증권, 보증서 등이 발행된 경우에는 그러한 증서의 채무자들에 대한 수출자의 일체의 권리와 권한도 아울러 귀 공사에게 양도합니다. 이러한 경우에는 위 채무자들에 대하여 수입자에 준하는 조치를 취하겠습니다.
In the event that a letter of credit, bill of lading, air or sea waybill, warehouse receipt and/or a letter of guarantee or any other documents of whatsoever nature has or have been issued under or in connection with the Contract, the Exporter irrevocably assigns to K-SURE all claims, credits, demands, authority,

powers, privileges, and all rights of whatsoever nature which the Exporter has against the responsible parties on such documents or transactions. In such a case, the Exporter hereby agrees to take all necessary measures hereunder as if such responsible parties are the Importer hereunder.

## 제2조 양도의 통지(Notification)

수출자는 이 양도증서 작성 후 즉시 수입자에게 이 증서에 따른 채권양도의 사실을 통지하겠으며, 통지는 수입자 및 다른 모든 제3자에게 대항할 수 있는 방법으로 하겠습니다. 수출자는 위와 같은 통지의무를 부담함과 아울러, 귀 공사가 직접 수출자를 대리하여 채권양도에 관한 통지를 수입자에게 하는 권한도 귀 공사에게 부여합니다.

The Exporter hereby agrees to notify the Importer of the fact of assignment hereunder immediately after the signing of this Letter of Assignment in such methods that will make the assignment fully effective and valid with respect to the Importer and any third parties. Without prejudice to the above obligation to notify the Importer of the assignment, the Exporter hereby grants to K-SURE the full power and authority to notify the Importer of the assignment on behalf of the Exporter.

## 제3조 어음 및 증서(Draft and Other Documents)

수출자는 이 양도증서 작성 후 즉시 관련 어음 및 증서를 귀 공사앞으로 배서양도하겠습니다.

Immediately upon signing this Letter of Assignment, the Exporter hereby agrees to endorse and deliver the draft(s) and all other relevant documents to K-SURE.

## 제4조 명의 사용 권한(Right to Use Name)

수출자는 귀 공사가 양수한 채권을 어떠한 방법으로든 행사하거나 관련 소송, 중재 등을 수행함에 있어서 필요한 경우 수출자의 명의를 사용할 수 있는 권한을 귀 공사에게 부여합니다.

The Exporter hereby grants to K-SURE the full power and authority to use the name of the Exporter, as K-SURE deems necessary or appropriate, in order to collect, to bring an action or to arbitrate, or to exercise the above-mentioned assigned rights in any other manner.

제5조  협조의무(Cooperation)

수출자는 귀 공사가 양수한 채권을 어떠한 방법으로든 행사하거나 관련 소송, 중재 등을 수행함에 있어서 최대한의 모든 협조를 다할 것을 약정합니다. 이와 같은 협조는 귀 공사가 요청하는 경우 관련 자료 및 정보 일체를 제공하는 것, 사실관계를 상세히 조사하는 것, 그리고 법정증언을 하는 것을 포함하되 여기에 한정되지는 않는다는 것을 확인합니다.

The Exporter hereby agrees to provide full cooperation to K-SURE in support of K-SURE's efforts to collect, to bring an action or to arbitrate, or to exercise the above-mentioned assigned rights in any other manner including but not limited to providing and producing any relevant documents, materials and information, investigating the detailed facts and circumstances and providing oral testimony, if requested by K-SURE.

날짜(Date) : 2024년 8월 27일 August 27, 2024

수출자(Exporter) 영문명판, 인감 Company name stamp and official corporate seal

SUNGHWA TRADING CO., LTD.
*Namju Kim*
PRESIDENT  N. J. KIM

9/F Samho-mulsan Bldg. B dong Nonhyeon-ro 87, Seocho gu
Seoul, Korea[06775]

<붙임 1>(Annex 1)

| 순번 | Invoice No. | Invoice Date | Due Date | Invoice amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|
| 1 | VSHEX231104 | 2023-11-06 | 2024-02-28 | US$16,432.50 | | US$16,432.50 |
| 2 | VSHEX231103 | 2023-11-06 | 2024-02-28 | US$41,211.93 | | US$41,211.93 |
| 3 | VSHEX231105 | 2023-11-13 | 2024-03-03 | US$1,808.80 | | US$1,808.80 |
| 4 | VSHEX231202 | 2023-12-01 | 2024-03-15 | US$2.80 | | US$2.80 |
| 5 | VSHEX231201 | 2023-12-01 | 2024-03-15 | US$127.54 | | US$127.54 |
| 6 | VSHEX231204 | 2023-12-11 | 2024-04-02 | US$6,000.00 | | US$6,000.00 |
| 7 | VSHEX231203 | 2023-12-11 | 2024-04-02 | US$38,112.00 | | US$38,112.00 |
| 8 | VSHEX231205 | 2023-12-18 | 2024-04-07 | US$31,240.46 | | US$31,240.46 |
| 9 | VSHEX231206 | 2023-12-25 | 2024-04-14 | US$1,944.60 | | US$1,944.60 |
| 10 | VSHEX240101 | 2023-01-08 | 2024-04-28 | US$1,400.00 | | US$1,400.00 |
| 11 | VSHEX240102 | 2021-01-22 | 2024-05-12 | US$24,108.00 | | US$24,108.00 |
| 12 | VSHEX240103 | 2021-01-22 | 2024-05-12 | US$27,449.00 | | US$27,449.00 |
| 13 | VSHEX240201 | 2023-02-01 | 2024-05-16 | US$10.43 | | US$10.43 |
| 14 | VSHEX240104 | 2023-01-29 | 2024-05-27 | US$1,400.00 | | US$1,400.00 |
| 15 | VSHEX240202 | 2023-02-19 | 2024-06-10 | US$2,224.57 | | US$2,224.57 |
| 16 | VSHEX240301 | 2024-03-04 | 2024-06-17 | US$8.00 | | US$8.00 |
| 17 | VSHEX240302 | 2024-03-04 | 2024-06-27 | US$30,580.00 | US$12,232.00 | US$18,348.00 |
| 18 | VSHEX240303 | 2024-03-04 | 2024-06-27 | US$17,436.00 | US$6,974.40 | US$10,461.60 |
| | Total | | | US$241,496.63 | US$19,206.40 | US$222,290.23 |

