IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 8, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Korea Trade Insurance Corporation, c/o M. Zachary Bluestone, P.C., at 1717 K Street, Suite 900, Washington, DC 20006:

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1206]**

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1207]**

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1208]**

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1209]**

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1210]**

Furthermore, on January 8, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1206]**

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on January 8, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on MolaxTrading Limited at 7,8 Floor You One Bldg, 116 Seosomun-Ro, Jung-Gu, Seoul 04513, Korea:

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1207]**

Furthermore, on January 8, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Ha Hae Corporation, Attn: Tae-Yon Kim at 173, Digital-ro, Geumcheon-gu, Seoul 08511, Republic of Korea:

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1208]**

Furthermore, on January 8, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Hansoll Textile Ltd, Attn: Byongun Lee at 268, Songpa-daero, Songpa-gu, Seoul 05719, Republic of Korea:

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1209]**

Furthermore, on January 8, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sung Hwa Trading Co., Ltd, Attn: Sungjoon Jang at 9F Samho-mulsan Bldg, B dong Nonhyeon-ro, 87 Seocho gu, Seoul, Korea:

- **[Customized for Rule 3001(e)(2)] Notice of Partial Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1210]**

Dated: January 9, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado      )
                       ) SS.
County of Denver       )

Subscribed and sworn before me this 9th day of January 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | 707 Wilshire Blvd | Suite 4600 | Los Angeles | CA | 90017 | |
| GG International Manufacturing Co., Ltd. | Attn: James Lee | GG Bldg 192 | Jang Chuing Dan Ro Jung-Gu | Seoul | | | Korea |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# Signature Certificate

Reference number: KZKCJ-S2B4K-HHTWP-BAJBW

| Signer | Timestamp | Signature |
|---|---|---|
| **Aurelie Blanadet**<br>Email: aurelie.blanadet@stretto.com | | |
| Sent: | 09 Jan 2025 23:56:00 UTC | |
| Viewed: | 09 Jan 2025 23:56:03 UTC | *Aurelie Blanadet* |
| Signed: | 09 Jan 2025 23:56:12 UTC | |
| **Recipient Verification:** | | |
| ✓ Email verified | 09 Jan 2025 23:56:03 UTC | IP address: 13.59.247.86 |
| ✓ Personally Known | 09 Jan 2025 23:55:56 UTC | Location: Columbus, United States |
| **Danielle Harnden**<br>Email: danielle.harnden@stretto.com | | |
| Sent: | 09 Jan 2025 23:56:00 UTC | |
| Viewed: | 09 Jan 2025 23:56:15 UTC | *Danielle Harnden* |
| Signed: | 09 Jan 2025 23:56:23 UTC | |
| **Recipient Verification:** | | |
| ✓ Email verified | 09 Jan 2025 23:56:15 UTC | IP address: 76.154.185.159 |
| | | Location: Aurora, United States |

Document notarized online using audio-video communication on:
09 Jan 2025 23:56:23 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

