**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**EIGHTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | December 1, 2024 through December 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $79,581.00 (80% $63,664.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $102.20 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the eighth monthly fee application filed in this case.

---

[1]      The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PRIOR APPLICATIONS**

| Prior Applications: | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed 6/11/2024 DI No. 437 CNO DI No. 585 Filed 7/8/2024 | 4/22/2024-5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |
| Second Monthly Filed 7/23/2024 DI No. 640 CNO DI No. 724 Filed 8/14/2024 | 6/1/2024-6/30/2024 | $140,286.00 | $2,867.24 | $112,228.80 | $2,867.24 | $28,057.20 |
| Third Monthly Filed 8/23/2024 DI No. 742 CNO DI No. 824 Filed 9/17/2024 | 7/1/2024-7/31/2024 | $200,041.50 | $1,041.10 | $160,033.20 | $1,041.10 | $40,008.30 |
| Fourth Monthly Filed 9/18/2024 DI No. 825 CNO DI No. 889 Filed 10/10/2024 | 8/1/2024-8/31/2024 | $249,081.00 | $0.00 | $199,264.80 | $0.00 | $49,816.20 |
| Fifth Monthly Filed 10/30/2024 DI No. 948 CNO DI No. 1047 | 9/1/2024-9/30/2024 | $335,889.00 | $339.00 | $268,711.20 | $339.00 | $67,177.80 |
| Sixth Monthly Filed 11/12/2024 DI No. 985 CNO DI No. 1083 | 10/1/2024-10/31/2024 | $215,682.50 | $1,720.37 | $172,546.00 | $1,720.37 | $43,136.50 |
| Seventh Monthly Filed 12/6/2024 DI No. 1095 CNO DI No. 1183 | 11/1/2024-11/30/2024 | $59,592.50 | $243.90 | $47,674.00 | $243.90 | $11,918.50 |

## TIME AND COMPENSATION BREAKDOWN
## DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 37.90 | $32,215.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 31.30 | $20,345.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $570.00 | 15.40 | $8,778.00 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 14.10 | $6,133.50 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 35.10 | $12,109.50 |
| **TOTALS** | | | **133.80** | **$79,581.00** |
| **BLENDED RATE** | | | | **$594.77** |

11322545.v1

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | AL | 4.00 | $2,095.50 |
| Claims Administration and Objections | CB | 12.30 | $6,69450 |
| Case Administration | CS | 18.80 | $9,427.00 |
| Employment and Fee Applications | EF | 16.20 | $6,329.50 |
| Litigation:  Contested Matters and Adversary Proceedings | LC | 24.00 | $16,088.00 |
| Plan and Disclosure Statement | PD | 58.50 | $38,949.50 |
| **TOTAL** | | **133.80** | **$79,581.00** |

## DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Special Copy | $56.00 |
| Meals | $46.20 |
| **TOTAL** | **$102.20** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## EIGHTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to EXP OldCo Winddown, Inc. *et al.* and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its eighth monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from December 1, 2024 through December 31, 2024.  In support hereof, Klehr Harrison respectfully represents as follows:

### I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and

---

[1]    The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory

predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.  BACKGROUND

2.      On April 22, 2024, (the "Petition Date"), the Debtors each filed a voluntary petition

for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the

management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108

of the Bankruptcy Code.

3.      On May 3, 2024, the United States Trustee appointed an Official Committee of

Unsecured Creditors (the "Committee") in these cases.

4.      On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II)*

*Granting Related Relief* [Docket No. 223] (the "Administrative Order").

5.      On June 4, 2024, this Court entered an *Order Authorizing the Retention and*

*Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and*

*Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention

of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the

period from December 1, 2024 through December 31, 2024 (the "Compensation Period"), totaling

133.80 hours of professional time.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of

the Debtors for the Compensation Period is $79,581.00. Klehr Harrison submits that the

professional services it rendered on behalf of the Debtor during this time were reasonable and

necessary.

8.    Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

9.    Klehr Harrison also expended costs on behalf of the Debtor in the sum of $102.20 during the Compensation Period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the Compensation Period.

10.    Klehr Harrison accordingly seeks allowance of the sum of $79,581.00 in fees and $102.20 in expenses, for a total of $79,683.20.

11.    The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:  (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $79,581.00 and reimbursement of actual and necessary expenses incurred in the sum of $102.20 for the period from December 1, 2024 through December 31, 2024; (b) payment in the total amount of $63,767.00, which represents (i) 80% of the total fees billed ($63,664.80) and (ii) 100% of the expenses incurred ($102.20) during the Application Period, as provided under the Interim Compensation Order; and (c) such other relief as this Court deems just and proper.

*[Signature Page to Follow]*

Dated:  January 13, 2025
Wilmington, Delaware

/s/ Domenic E. Pacitti
_____

**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 426-1189
Facsimile:  (302) 426-9193
Email:    dpacitti@klehr.com
          myurkewicz@klehr.com
          aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:  (215) 568-6603
Email:    mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:    joshua.sussberg@kirkland.com
          emily.geier@kirkland.com
          nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:    charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in*
*Possession*

# EXHIBIT A



**KLEHR HARRISON**
**HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

January 10, 2025

Laurel Krueger, Chief Legal Officer
Express, Inc., et al.
1 Express Drive
Columbus, OH  43230

| | |
|---|---|
| Invoice #: | 522447 |
| Client #: | 23441 |
| Matter #: | 0001 |

For professional services through December 17, 2024:

**RE:  Express Restructuring**

**PROFESSIONAL SERVICES**

**Assumption and Rejection of Leases and C**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/24 | MWY | Work on assumption orders | .80 | 650.00 | 520.00 |
| 12/03/24 | MKH | Review revise and finalize Certification of Counsel Regarding Rejection Notice at Docket No. 1015/proposed order/schedule and redline proposed order for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/03/24 | MKH | Revise and upload proposed order and schedule re Rejection Notice at Docket No. 1015 with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 12/03/24 | MKH | Email exchanges with counsel relating to issues with proposed order re Assumption Notice | .20 | 345.00 | 69.00 |
| 12/03/24 | MWY | Address contract rejections | .30 | 650.00 | 195.00 |
| 12/04/24 | MKH | Review and prepare Certificate of No Objection Regarding Rejection Notice at Docket No. 1009/proposed order for filing and efile same with Bankruptcy Court; upload proposed order re same | .30 | 345.00 | 103.50 |
| 12/04/24 | MWY | Address rejection of contracts | .20 | 650.00 | 130.00 |
| 12/04/24 | AMR | Review Lumen's motion and attachments re: Debtors' assumption of certain contracts or the allowance of an administrative expense claim | .80 | 435.00 | 348.00 |
| 12/11/24 | MWY | Work on assumption documentation | .80 | 650.00 | 520.00 |

**Task Total:**                    **$ 2,092.50**

23441: Express, Inc., et al.
0001: Express Restructuring

January 10, 2025
Invoice #: 522447

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/04/24 | MKH | Review revise and prepare Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/04/24 | MKH | Review revise and prepare Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/04/24 | MKH | Review revise and prepare Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claims for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 12/04/24 | MWY | Work on claims objections | .80 | 650.00 | 520.00 |
| 12/05/24 | DEP | Email exchanges with K&E team re: Debtors' First and Second Omnibus Objection to Claims | .50 | 850.00 | 425.00 |
| 12/05/24 | DEP | Review and prepare for filing the Debtors' Second Omnibus (Substantive) Objection to Claims | 1.00 | 850.00 | 850.00 |
| 12/05/24 | DEP | Review and prepare for filing the Debtors' First Omnibus (Non-Substantive) Objection to Claim | 1.00 | 850.00 | 850.00 |
| 12/05/24 | MKH | Revise and prepare amended Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 12/05/24 | MKH | Review revise and prepare amended Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/05/24 | MKH | Review revise and prepare amended Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claims, Notice and Exhibits for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 12/05/24 | MKH | Email exchanges with counsel re Court request, refiling of omnibus objections and drafting of notice of withdrawal of previously filed documents | .60 | 345.00 | 207.00 |
| 12/05/24 | MKH | Draft and prepare Notice of Withdrawal of Documents Filed in Error re first and second omnibus objections and limited objection for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/05/24 | MWY | Address revised claim objections | 1.30 | 650.00 | 845.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

January 10, 2025
Invoice #: 522447

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/24 | AMR | Review Debtors' objections and withdrawal notice re: disallowance of specific claims | 2.50 | 435.00 | 1,087.50 |
| 12/09/24 | MWY | Address claim objection correspondence | .30 | 650.00 | 195.00 |
| 12/13/24 | MWY | Work on claim withdrawal mechanics | .40 | 650.00 | 260.00 |
| 12/13/24 | AMR | Search Claims Agent website re: withdrawal form for filed claims | .20 | 435.00 | 87.00 |
| 12/14/24 | MWY | Address Arkansas claim withdrawal request | .30 | 650.00 | 195.00 |

**Task Total:**      **$ 6,694.50**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/24 | MKH | Update case calendar re critical upcoming hearing dates and deadlines | .20 | 345.00 | 69.00 |
| 12/03/24 | MWY | Correspondence with chambers on hearings | .20 | 650.00 | 130.00 |
| 12/04/24 | DEP | Review Motion to Compel Debtors to Cure and Assume or Reject Contracts, and/or Alternatively for Approval of an Administrative Claim Filed by Lumen Technologie | 1.20 | 850.00 | 1,020.00 |
| 12/04/24 | DEP | Emails with K&E team re: Motion to Compel Debtors to Cure and Assume or Reject Contracts, and/or Alternatively for Approval of an Administrative Claim Filed by Lumen Technologie | .30 | 850.00 | 255.00 |
| 12/04/24 | MKH | Draft and prepare Certification of Counsel re Omnibus Hearing Date/proposed order for filing and efile same with Bankruptcy Court; upload proposed order re same | .50 | 345.00 | 172.50 |
| 12/04/24 | MKH | Email exchanges and phone call with counsel re pleading issues with Limited Objection and filing of omnibus objections to claims | .60 | 345.00 | 207.00 |
| 12/04/24 | MKH | Update case calendar re upcoming critical dates and deadlines | .20 | 345.00 | 69.00 |
| 12/04/24 | MWY | Address Lumen administrative claim request(.8)/ coordinate with Court on hearing(.3) | 1.10 | 650.00 | 715.00 |
| 12/05/24 | MKH | Update case calendar re upcoming objection deadlines and other critical dates | .20 | 345.00 | 69.00 |
| 12/06/24 | MKH | Update case calendar re upcoming objection deadlines | .20 | 345.00 | 69.00 |
| 12/10/24 | MKH | Draft agenda for December 17, 2024 hearing and prepare email to counsel attaching same | .80 | 345.00 | 276.00 |
| 12/10/24 | MKH | Revise agenda for December 17, 2024 hearing | .30 | 345.00 | 103.50 |
| 12/10/24 | MWY | Review and address agenda | .30 | 650.00 | 195.00 |

23441: Express, Inc., et al.
0001: Express Restructuring

January 10, 2025
Invoice #: 522447

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 12/11/24 | MKH | Update agenda for December 17, 2024 | .70 | 345.00 | 241.50 |
| 12/11/24 | MKH | Update case calendar re upcoming objection deadlines | .20 | 345.00 | 69.00 |
| 12/12/24 | MKH | Update agenda for December 17, 2024 hearing | .80 | 345.00 | 276.00 |
| 12/12/24 | MWY | Work on hearing mechanics | .60 | 650.00 | 390.00 |
| 12/13/24 | DEP | Review and revise agenda for 12/17 confirmation hearing | .40 | 850.00 | 340.00 |
| 12/13/24 | MKH | Update agenda for December 17, 2024 hearing and prepare email to counsel attaching same for review | 1.40 | 345.00 | 483.00 |
| 12/13/24 | MKH | Finalize and prepare Notice of Agenda Scheduled for Hearing for December 17, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 12/13/24 | MKH | Draft amended agenda for December 17, 2024 hearing | .40 | 345.00 | 138.00 |
| 12/13/24 | MWY | Address agenda and hearing(.6)/ correspondence with court on hearing(.2) | .80 | 650.00 | 520.00 |
| 12/15/24 | MWY | Work on agenda | .60 | 650.00 | 390.00 |
| 12/16/24 | DEP | Review and revise Amended Notice of Agenda for 12/17 confirmation hearing | .30 | 850.00 | 255.00 |
| 12/16/24 | MKH | Finalize and prepare amended agenda for December 17, 2024 hearing for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 12/16/24 | MKH | Download filed amended agenda for December 17, 2024 from Bankruptcy Court and hyperlink same for delivery to Court | .80 | 345.00 | 276.00 |
| 12/16/24 | MWY | Work on amended agenda(.5)/ hearing preparation(1.7)/ coordination with court on hearing(.2) | 2.40 | 650.00 | 1,560.00 |
| 12/17/24 | MKH | Assist in preparation of documents and binders for confirmation hearing for December 17, 2024 | 2.10 | 345.00 | 724.50 |

**Task Total:**                                                                        **$ 9,427.00**

**Employment and Fee Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 12/03/24 | MKH | Review case docket; download interim fee applications; draft fee index for all professionals for second interim fee applications and all related documents | 2.60 | 345.00 | 897.00 |
| 12/03/24 | MKH | Review case docket and review Sixth Monthly Application of Moelis & Company LLC for October 2024; draft and finalize CNO re same for filing and efile with Bankruptcy Court | .50 | 345.00 | 172.50 |

23441: Express, Inc., et al.                                                          January 10, 2025
0001: Express Restructuring                                                         Invoice #: 522447

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/03/24 | MKH | Review case docket, review Fourth Combined Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for August 1, 2024 through September 30, 2024; draft and finalize CNO re same for filing and efile with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/04/24 | MKH | Review revise and finalize Fifth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses for the period October 1, 2024 to October 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 12/04/24 | MKH | Review case docket and fee application; draft and prepare Certificate of No Objection re Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from October 1, 2024 through October 31, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |
| 12/04/24 | MWY | Address EY application | .30 | 650.00 | 195.00 |
| 12/05/24 | MKH | Update final fee index for December 17, 2024 fee hearing | .70 | 345.00 | 241.50 |
| 12/06/24 | DEP | Review and revise the Seventh Monthly Fee Application of Klehr Harrison for November | .50 | 850.00 | 425.00 |
| 12/06/24 | MKH | Draft Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the period November 1, 2024 to November 30, 2024 and prepare email to D. Pacitti attaching same for review | 1.30 | 345.00 | 448.50 |
| 12/06/24 | MKH | Finalize and prepare Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the period November 1, 2024 to November 30, 2024 for filing and efile same with Bankruptcy Court | .60 | 345.00 | 207.00 |
| 12/09/24 | MKH | Revise fee index for December 17, 2024 hearing and prepare email to D. Pacitti attaching same | .60 | 345.00 | 207.00 |
| 12/10/24 | MKH | Finalize interim fee index with hyperlinks for December 17, 2024 hearing and prepare email to Judge's Chambers attaching same | .60 | 345.00 | 207.00 |
| 12/11/24 | MKH | Review case docket and fee application; draft and finalize CNO re Combined Second Monthly Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through September 30, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |

23441: Express, Inc., et al.                                January 10, 2025
0001: Express Restructuring                                Invoice #: 522447

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/11/24 | MKH | Review fee application and case docket; draft and finalize CNO re Sixth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 31, 2024 for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/11/24 | MWY | Address Moelis application(.5)/ address M3 application(.6) | 1.10 | 650.00 | 715.00 |
| 12/12/24 | MKH | Draft Certification of Counsel re Third Omnibus Order re Interim Fee Applications | .80 | 345.00 | 276.00 |
| 12/12/24 | MKH | Draft Third Omnibus Order and professional fee chart for interim fee applications | 1.40 | 345.00 | 483.00 |
| 12/12/24 | MKH | Review committee interim fee applications for preparation of fee order and chart | .30 | 345.00 | 103.50 |
| 12/12/24 | MKH | Revise and finalize Certification of Counsel Regarding Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses/proposed order/fee chart for filing and efile same with Bankruptcy Court | .70 | 345.00 | 241.50 |
| 12/12/24 | MKH | Prepare for and upload proposed order and professional fee chart re Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 12/12/24 | MKH | Email exchanges with counsel and Court re upcoming fee hearing, proposed fee order and fee chart | .50 | 345.00 | 172.50 |
| 12/13/24 | MKH | Review and prepare [Redacted] Second Supplemental Declaration of Joshua A. Sussberg in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of April 22, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/13/24 | MKH | Review and prepare SEALED Second Supplemental Declaration of Joshua A. Sussberg in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of April 22, 2024 for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/13/24 | MWY | Address supplemental declaration | .20 | 650.00 | 130.00 |
| 12/17/24 | MKH | Review fee application and case docket; draft and finalize CNO re Fifth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2024 through and including September 30, 2024 for filing and efile same with Bankruptcy Court | .50 | 345.00 | 172.50 |

**Task Total:**                                                        **$ 6,329.50**

**Litigation: Contested Matters and Advers**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/02/24 | RMM | Review and analyze disclosure of disinterested director. | .70 | 570.00 | 399.00 |
| 12/04/24 | RMM | Attention to issues regarding disinterested director disclosures. | .20 | 570.00 | 114.00 |
| 12/12/24 | RMM | Review and analyze disclosure of disinterested director. | .30 | 570.00 | 171.00 |
| 12/13/24 | RMM | Prepare for confirmation hearing. | 1.80 | 570.00 | 1,026.00 |
| 12/14/24 | RMM | Prepare direct examination of W. Transier. | 2.30 | 570.00 | 1,311.00 |
| 12/15/24 | RMM | Prepare direct examination of W. Transier. | 2.00 | 570.00 | 1,140.00 |
| 12/16/24 | DEP | Meet with W. Transier to prep for confirmation hearing | 1.20 | 850.00 | 1,020.00 |
| 12/16/24 | DEP | Prepare for confirmation hearing | 2.40 | 850.00 | 2,040.00 |
| 12/16/24 | RMM | Prepare direct examination outline of W. Transier.  Prepare for confirmation hearing. | 5.10 | 570.00 | 2,907.00 |
| 12/17/24 | DEP | Prepare outline of comments for W. Transier  for confirmation hearing (1.0) / meet with K&E team, advisors and clients in preparation for confirmation hearing (3.0) | 4.00 | 850.00 | 3,400.00 |
| 12/17/24 | DEP | Attend confirmation hearing | 1.00 | 850.00 | 850.00 |
| 12/17/24 | RMM | Prepare for and attend hearing in bankruptcy court. | 3.00 | 570.00 | 1,710.00 |

**Task Total:**                                                        **$ 16,088.00**

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/02/24 | DEP | Call with R. Moore re: transition and logistics to provide trust with document productions (.30) / email exchanges with N. Adzima and R. Moore re; Same (.20) | .50 | 850.00 | 425.00 |
| 12/03/24 | MWY | Review plan revisions | .30 | 650.00 | 195.00 |
| 12/04/24 | DEP | Email exchanges with W. Transier re: declaration and hearing planning | .40 | 850.00 | 340.00 |
| 12/04/24 | DEP | Email exchanges with K&E team re:  Plan Supplement | .60 | 850.00 | 510.00 |
| 12/04/24 | DEP | Review and prepare for filing the Plan Supplement | .90 | 850.00 | 765.00 |
| 12/04/24 | MKH | Email exchanges with counsel re plan documents, timing of filings and preparations of same | .40 | 345.00 | 138.00 |
| 12/04/24 | MKH | Review and prepare Notice of Filing of Plan Supplement for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

23441: Express, Inc., et al.                                                    January 10, 2025
0001: Express Restructuring                                                     Invoice #: 522447

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/04/24 | MWY | Address plan supplement | .60 | 650.00 | 390.00 |
| 12/05/24 | AMR | Review plan supplement re: retained causes of action and plan administration | .80 | 435.00 | 348.00 |
| 12/06/24 | DEP | Call with W. Transier re: review of his declaration and confirmation issues | .50 | 850.00 | 425.00 |
| 12/06/24 | DEP | Call with K&E team re: confirmation issues | .50 | 850.00 | 425.00 |
| 12/06/24 | DEP | Work on declaration and testimony of independent director for plan confirmation | 2.00 | 850.00 | 1,700.00 |
| 12/06/24 | DEP | Emails with K&E team re: Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claim | .40 | 850.00 | 340.00 |
| 12/06/24 | DEP | Review and prepare for filing the Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claim | .60 | 850.00 | 510.00 |
| 12/06/24 | MWY | Call on confirmation hearing w W Transier(.5)/ call with UST on confirmation(.4)/ follow up on confirmation logistics(.6) | 1.50 | 650.00 | 975.00 |
| 12/09/24 | DEP | Review email from J. Kurzon re: third party releases (.20) / email K&E team re: same (.10) / call with N. Adzima re: same (.10) / call with T. Falk of Saul Ewing re: same (.20) | .60 | 850.00 | 510.00 |
| 12/09/24 | DEP | Review email from R. Schepacarter re: exculpation (.20) / call with N. Adzima re: same (.20) | .40 | 850.00 | 340.00 |
| 12/09/24 | MWY | Review and address Kurzon correspondence(2.3)/ review and address confirmation declaration modifications(.7) | 3.00 | 650.00 | 1,950.00 |
| 12/10/24 | MKH | Review and prepare Notice of Filing of First Amended Plan Supplement for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 12/10/24 | MWY | Discussion on plan with Kurzon(.5)/ address plan supplement(.2)/ follow up on Kurzon confirmation issues(.7) | 1.40 | 650.00 | 910.00 |
| 12/10/24 | AMR | Review re: amended plan supplement | .30 | 435.00 | 130.50 |
| 12/11/24 | DEP | Review Objection to Confirmation of Plan Filed by Al Pahlavana (.60) and email with K&E team re: same (.40) | 1.00 | 850.00 | 850.00 |
| 12/11/24 | DEP | Review Limited Objection and Reservation of Rights of Google LLC to Notice of Filing of Plan Supplement | .50 | 850.00 | 425.00 |
| 12/11/24 | DEP | Review Limited Objection to Joint Chapter 11 Plan of EKFH, LLC | .50 | 850.00 | 425.00 |
| 12/11/24 | DEP | Emails with K&E team re: Notice of Filing of First Amended Plan Supplement (.40) / review and prepare for filing the Notice of Filing of First Amended Plan Supplement  (.60) | 1.00 | 850.00 | 850.00 |
| 12/11/24 | AMR | Review limited objections re: Debtors' chapter 11 plan and supplement | .60 | 435.00 | 261.00 |
| 12/12/24 | MWY | Work on Transier declaration(1.2)/ work on confirmation planning(1.3) | 2.50 | 650.00 | 1,625.00 |
| 12/13/24 | DEP | Review and prepare for filing the amended Joint Chapter 11 Plan  and redline of same | 1.50 | 850.00 | 1,275.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/24 | DEP | Review and prepare for filing the Declaration of William Transier in support of confirmation | 1.00 | 850.00 | 850.00 |
| 12/13/24 | DEP | Review and prepare for filing the Declaration of Kanal Kamalani in support of confirmation | 1.00 | 850.00 | 850.00 |
| 12/13/24 | DEP | Review and prepare for filing the Declaration of Mark Still in support of confirmation | 1.00 | 850.00 | 850.00 |
| 12/13/24 | DEP | Review and prepare for filing the Declaration of Leticia Sanchez in support of confirmation | 1.00 | 850.00 | 850.00 |
| 12/13/24 | DEP | Review and prepare for filing the brief in support of confirmation | 2.00 | 850.00 | 1,700.00 |
| 12/13/24 | DEP | Review and prepare for filing the proposed confirmation order | 1.00 | 850.00 | 850.00 |
| 12/13/24 | DEP | Email exchanges with K&E team re: confirmation related pleadings | .60 | 850.00 | 510.00 |
| 12/13/24 | MKH | Email exchanges with counsel re preparation and timing relating to filing of documents for December 17, 2024 hearing | .50 | 345.00 | 172.50 |
| 12/13/24 | MKH | Review and prepare Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates (Technical Modifications) for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/13/24 | MKH | Review and prepare Redline Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates (Technical Modifications) for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/13/24 | MKH | Review and prepare Declaration of William Transier, Disinterested Director of EXP OldCo Winddown, Inc., in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc., and its Debtor Affiliates for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/13/24 | MKH | Review and prepare Declaration of Kunal S. Kamlani in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc., and its Debtor Affiliates for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 12/13/24 | MKH | Review and prepare Declaration of Mark Still in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc., and its Debtor Affiliates for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 12/13/24 | MKH | Review and prepare Declaration of Leticia Sanchez Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 12/13/24 | MKH | Review revise and prepare Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/13/24 | MKH | Review revise and prepare Proposed Findings of Fact and Conclusions of Law/Exhibits for filing and efile same with Bankruptcy Court | .40 | 345.00 | 138.00 |
| 12/13/24 | MWY | Review and address shareholder objection(1.2)/ address hearing logistics and testimony(.6)/ W Transier prep call(.6)/ work on supplemental plan filings(.7) | 3.10 | 650.00 | 2,015.00 |
| 12/13/24 | AMR | Review re: revised Joint Chapter 11 Plan, supporting declarations, memorandum of law, and proposed confirmation order | 4.60 | 435.00 | 2,001.00 |
| 12/13/24 | AMR | Review objection re: confirmation of Joint Chapter 11 Plan | .20 | 435.00 | 87.00 |
| 12/13/24 | AMR | Review agenda re: confirmation hearing | .10 | 435.00 | 43.50 |
| 12/14/24 | MWY | Address supplemental plan filings | .60 | 650.00 | 390.00 |
| 12/16/24 | DEP | Review and revise witness outline (.70) / emails with W. Transier re: witness prep (.20) / call with R. Moore and M. Yurkewicz re: witness pre (.30) / call with N. Adzima re: update on lone objection and witness prep (.30) / email K&E team re: witness prep (.10) | 1.60 | 850.00 | 1,360.00 |
| 12/16/24 | DEP | Review and prepare for filing the amended chapter 11 plan | 1.00 | 850.00 | 850.00 |
| 12/16/24 | DEP | Review and prepare for filing the proposed confirmation order | 1.50 | 850.00 | 1,275.00 |
| 12/16/24 | DEP | Emails with K&E team re: confirmation pleadings | .50 | 850.00 | 425.00 |
| 12/16/24 | MKH | Review and prepare Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates (Technical Modifications) for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/16/24 | MKH | Review and prepare Reline Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates (Technical Modifications) for filing and efile same with Bankruptcy Court | .20 | 345.00 | 69.00 |
| 12/16/24 | MKH | Review and prepare Proposed Findings of Fact and Conclusions of Law/Exhibits A and B for filing and efile same with Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/16/24 | MWY | Address revised plan and confirmation order(.4)/ address witness preparation(1.0) | 1.40 | 650.00 | 910.00 |
| 12/16/24 | AMR | Review re: most revised Joint Chapter 11 Plan and confirmation order | 2.60 | 435.00 | 1,131.00 |
| 12/17/24 | MKH | Review, prepare and upload revised Confirmation Order and Exhibits to Bankruptcy Court | .30 | 345.00 | 103.50 |
| 12/17/24 | MKH | Email exchanges re hearing, confirmation, preparations and finalizing of proposed order | .60 | 345.00 | 207.00 |
| 12/17/24 | MWY | Preparation for confirmation hearing(2.5)/ attend confirmation hearing(1.2)/ follow up on confirmation order(.4) | 4.10 | 650.00 | 2,665.00 |
| 12/17/24 | AMR | Attend hearing re: confirmation of the Joint Chapter 11 Plan | .60 | 435.00 | 261.00 |
| 12/17/24 | AMR | Review final re: Debtors' confirmation order | .80 | 435.00 | 348.00 |

| | | | |
|---|---|---|---|
| **Task Total:** | | | **$ 38,949.50** |
| **TOTAL PROFESSIONAL SERVICES** | | | **$ 79,581.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 37.90 | 850.00 | 32,215.00 |
| Yurkewicz, Michael W. | Partner | 31.30 | 650.00 | 20,345.00 |
| Moore, Ryan M. | Partner | 15.40 | 570.00 | 8,778.00 |
| Radovanovich, Alyssa M | Associate | 14.10 | 435.00 | 6,133.50 |
| Hughes, Melissa K. | Paralegal | 35.10 | 345.00 | 12,109.50 |
| **TOTALS** | | **133.80** | | **$ 79,581.00** |

# EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
| --- | ---: |
| Special Copy | 56.00 |
| Meals | 46.20 |

|  |  |
| --- | ---: |
| **TOTAL DISBURSEMENTS** | **$ 102.20** |
| **TOTAL THIS INVOICE** | **$ 79,683.20** |

23441.0001



**BREW HAHA!**

Brew Haha - Delaware Ave
222 Delaware Ave
Wilmington, DE 19801

---

## Take Out
---

Server: Justin S
Check #19
Ordered:                      12/17/24 7:33 AM

Stephen Arana                          $38.50

Subtotal                               $38.50
Tip                                     $7.70
Total                                  $46.20

Credit Card                             Keyed
Visa                            xxxxxxxx5273
Time                                 7:34 AM

Transaction Type                        Sale
Authorization                       Approved
Approval Code                         059428
Payment ID                       dRfgkNCfmJPW


Powered by Toast

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

AR@Reliable-co.com
Fed Id # 23-2473700



E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

# INVOICE

Date      12/11/24
Number  WL120740
Page 1

**Approved by Domenic Pacitti**

**Sold To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| Customer ID | DEC0597 |
| Our Order No. | WL120740 |
| Terms | Net 30 Days |
| Due Date | 01/10/25 |
| Salesperson | Gene Matthews |

**Ship To:**
Klehr, Harrison, Harvey,
Branzburg LLP
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| Client No./PO No | 23441.0001 |
| P.O. Date | 12/11/24 |
| Ordered By | Melissa Hughes |
| Ship Via | Client responsible for shipping |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00082 Bookmarking/Linking | | 28.00 | 1.00 | 28.00 | 28 | EA | 2.00 | 56.00 |

| | |
|---|---|
| Subtotal: | 56.00 |
| Sales Tax: | 0.00 |
| Total: | 56.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 56.00 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

---

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("<u>Klehr Harrison</u>"), co-counsel to the Debtors and Debtors in Possession in these cases (the "<u>Debtors</u>").

2.      I have read the foregoing *Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from December 1, 2024 through December 31, 2024* and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

---

[1]      The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2025                    */s/ Domenic E. Pacitti*
                                                Domenic E. Pacitti (DE Bar No. 3989)