# MURRAY & SENA, LLC

**VERTICAL TRANSPORTATION PROFESSIONALS**

14 JACKSON AVENUE
SYOSSET, NY 11791
TEL: (516) 226-1900
MSENA@MURRAYANDSENA.COM



2025 JAN 16   PM 12:01

January 3, 2025

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

**Re: Response to Objection to Late Claim**
**Motion to Allow Late Claim in Case of EXP OLDCO WINDDOWN, INC et al – Chapter 11 - Case No. 24-110831 (KBO)**

Dear Honorable Karen B. Owens:

My name is Christine Sena and I am a member of Murray and Sena, LLC, one of the creditors in the above bankruptcy matter. We are writing to respectfully request the Court's consideration of our late-filed proof of claim in this case.

We believe the delay in filing our claim resulted from excusable neglect.

Here is the brief background on this matter:
1. Murray and Sena, LLC is a creditor in this matter, with two outstanding invoices totaling $6,781.00 for services provided to Express.
2. The original bankruptcy notice was sent to our former address at 10 Boulevard Avenue, Greenlawn, New York. We had moved from that location in 2017 and have since updated our address on more than one occasion, most recently on 3/1/2024 to 14 Jackson Avenue, Syosset, New York.
3. Despite corresponding with Express via email for invoices and payments, it appears that Express failed to update their records with our current physical address. As a result, the notice was sent to our former Greenlawn address (from 2017) and we did not receive notice of the bankruptcy filing in a timely manner and we filed our proof of claim after the deadline set by the Court.

We respectfully request that the Court allow our claim as a late-filed claim due to excusable neglect. Our delay was due to circumstances outside of our control. Allowing our claim would not prejudice the debtor or other creditors, nor would it disrupt the administration of the bankruptcy plan.

Attached please find the following documentation which supports our request:
1. Proof of our address changes – see the addresses on both invoices that were emailed to Express for payment.
2. A copy of the proof of claim filed.
3. Evidence of our communications with Express – see both invoice emails with our addresses noted and the W-9 of our current address at 14 Jackson Avenue, Syosset, NY attached to the 4/16/24 email.

We have acted in good faith throughout this process.

Thank you for your time and assistance with this matter. Should you require any additional information, please contact me at 516 226-1900 or at christine.sena@murrayandsena.com .

Thank you,
**MURRAY AND SENA, LLC**

*Christine Sena*
Christine Sena

# EXPRESS

# Express, Inc., et al.

Case Number: 24-10831

District of Delaware

---

**Case Name:** Express, Inc., et al.
**Case No.:** 24-10831
**Claim Filed Date:** 08/08/2024

Thank you for submitting a proof of claim against the case listed above. An email regarding the status of your submission, including a copy of your proof of claim form and attachment(s), if applicable, will be sent to you shortly.

Any field which is displayed ending with an ellipsis (...) has been truncated on the Proof Of Claim form. The system has captured the entire field(s) value as entered.

Since your claim was filed electronically, you do not need to mail in a hard copy of your claim. If you have any additional supporting documentation that you would like to add to your claim, please mail it to the Claims Processing Center along with the copy of your electronically submitted proof of claim form and a letter indicating that the supporting documentation should be added.

Your proof of claim should appear on the case claims register within 2 business days of submission.

Additional supporting documentation can be submitted to the Claims Processing Center at

Privacy - Terms

**Fill in this information to identify the case:**

Debtor    Express, Inc.

United States Bankruptcy Court for the District of    District of Delaware

Case number    24-10831

Official Form 410

# Proof of Claim                                                                                04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   Murray and Sena, LLC

   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   - ☒ No
   - ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Murray and Sena, LLC
   Christine Sena
   14 Jackson Avenue
   Syosset, NY 11791
   USA
   P: 516-226-1900
   E: christine.sena@murrayandsena.com

   Where should payments to the creditor be sent? (if different)

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___

4. **Does this claim amend one already filed?**
   - ☒ No
   - ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                             MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   - ☒ No
   - ☐ Yes. Who made the earlier filing? _____

Official Form 410                        12693080824351339080001                        Page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**
   - [x] No
   - [ ] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

7. **How much is a claim?** 6,781.00    Does this amount include interest or other charges?
   - [x] No
   - [ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   
   Services performed

9. **Is all or part of the claim secured?**
   - [x] No
   - [ ] Yes. The claim is secured by a lien on property
   
   **Nature of property**
   - [ ] Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
   - [ ] Motor vehicle.
   - [ ] Other. Describe: _____
   
   **Basis for perfection:** _____
   
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   **Value of property:** _____
   
   **Amount of the claim that is secured:** _____
   
   **Amount of the claim that is unsecured:** _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   **Amount necessary to cure any default as of the date of the petition:** _____
   
   **Annual Interest Rate (when case was filed)** _____ %
   - [ ] Fixed
   - [ ] Variable

10. **Is this claim based on a lease?**
    - [x] No
    - [ ] Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. **Is this claim subject to a right of setoff?**
    - [x] No
    - [ ] Yes. Identify the property: _____

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | |
|---|---|---|---|
| | A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☑ No | |
| | | ☐ Yes. Check one: | Amount entitled to priority |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | _____ |
| | | *Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. | Is all or part of the claim pursuant to 11 U.S.C § 503(b)(9)? | ☑ No |
|---|---|---|
| | | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time    08/08/2024 at 01:55 pm PT
                           MM / DD / YYYY  HH : MM

/s/Christine Diane Sena
Signature

**Print the name of the person who is completing and signing this claim:**

Name            Christine    Diane        Sena
                First Name   Middle Name  Last Name

Title           Member

Company         Murray and Sena, LLC
                Identify the corporate servicer as the company if the authorized agent is a servicer

Address         14 Jackson Avenue
                Number       Street
                Syosset      NY           11791
                City         State        ZIP Code

Contact phone   5162261900

Email           christine.sena@murrayandsena.com

Proof Of Claim                                                                 Page 3

# Invoice

## Murray and Sena, LLC
2 Whitney Avenue
East Norwich, NY 11732

Phone: (516) 226-1900
Fax:    (516) 226-1899
Email: christine.sena@murrayandsena.com

| Date | Invoice # |
|---|---|
| 2/21/2024 | 10341 |

TAX ID ████5218

**Bill To**
Express
Express Store Facilities
1 Express Drive
Columbus Ohio  43230

| File / Claim No. | Terms | PROJECT |
|---|---|---|
|  | Due on receipt | 3rd Party Witnessing |

| Qty / Hours | Description | Rate | Amount |
|---|---|---|---|
|  | 1552 Broadway, NYC  Device #: 1P47559, 1E20988, 1E20989, 1E20990 and 1E20991 |  |  |
| 4 | 2024 Independent 3rd Party Witnessing of Category 1 Testing for Four (4) Escalators on 2-21-2024 and 2-22-2024 | 1,175.00 | 4,700.00 |
| 1 | 2024 Independent 3rd Party Witnessing of Category 1 Testing for One (1) Elevator on 2-20-2024 | 625.00 | 625.00 |
| 1 | 2024 Independent 3rd Party Witnessing of Category 5 Testing for One (1) Elevator on 2-20-2024 | 800.00 | 800.00 |
| 5 | 2024 NYCDOB Category 1 Filing Fee | 30.00 | 150.00 |
| 1 | 2024 NYCDOB Category 5 Filing Fee | 40.00 | 40.00 |
| 5 | Administrative Fee | 6.00 | 30.00 |

**Total** $6,345.00

# Invoice

## Murray and Sena, LLC

14 Jackson Avenue
Syosset, NY 11791

Phone: (516) 226-1900
Fax:     (516) 226-1899
Email: christine.sena@murrayandsena.com

| Date | Invoice # |
|---|---|
| 4/16/2024 | 10468 |

TAX ID # ●●●●●5218

| Bill To |
|---|
| Express<br>Express Store Facilities<br>1 Express Drive<br>Columbus Ohio  43230 |

| File / Claim No. | Terms | PROJECT |
|---|---|---|
|  | Due on receipt | 3rd Party Witnessing |

| Qty / Hours | Description | Rate | Amount |
|---|---|---|---|
| 1 | 31-01 Steinway Street, Astoria, NY<br>Device #: 4P10533<br><br>2024 Independent 3rd Party Witnessing of Category 1 Testing for One (1) Elevator on 4/16/2024 | 400.00 | 400.00 |
| 1 | 2024 NYCDOB Filing Fee | 30.00 | 30.00 |
| 1 | Adminstratiive Fee | 6.00 | 6.00 |

| | Total | $436.00 |
|---|---|---|

## Witness

| | |
|---|---|
| **From:** | Witness |
| **Sent:** | Friday, February 23, 2024 3:31 PM |
| **To:** | Breese, Timothy; Moellendick, Rayna |
| **Cc:** | Shala, Kumra |
| **Subject:** | 1552 Broadway 2024 Category 1 & 5 Witnessing Invoice **PLEASE REMIT PAYMENT UPON RECEIPT** |
| **Attachments:** | 1552 Broadway 2024 Category 1 and 5 Witnessing Invoice 10341.pdf |

Good day Tim and Rayna,

As noted in our previous email, Murray and Sena, LLC as your Independent 3rd Party Witness, has emailed you and your elevator company the *Proforma* ELV-3 form for the **2024 Category 1 & Category 5 (1P47559)** testing performed by your elevator company for review and upload to the DOB NOW:Safety Website as mandated by the NYCDOB.

Please see our invoice attached which includes the NYCDOB filing fees which you have requested for Murray and Sena, LLC to pay on your behalf. Your prompt payment is appreciated and will avoid processing delays. Please note that the NYCDOB filing fees will be paid by Murray and Sena, LLC electronically in accordance with the NYCDOB instructions- see previous email.

Please **remit** the sum reflected on our attached **Invoice upon receipt** either via Zelle using the email msena@murrayandsena.com or by check payable to Murray and Sena, LLC and mail to:

Murray and Sena, LLC
2 Whitney Avenue
East Norwich, NY 11732


Be well.

Thank you,

Michelle
*Witnessing Department*
Murray and Sena, LLC
**Vertical Transportation Professionals**
2 Whitney Avenue
East Norwich, NY 11732
Phone:516-226-1900
Fax:516-226-1899
https://murrayandsena.com/

[Handwritten annotation: 2 Whitney Avenue was our address prior to 3/1/24]

# Invoice

**Murray and Sena, LLC**
2 Whitney Avenue
East Norwich, NY 11732

Phone: (516) 226-1900
Fax:    (516) 226-1899
Email: christine.sena@murrayandsena.com

| Date | Invoice # |
|---|---|
| 2/21/2024 | 10341 |

TAX ID # 27-0705218

| Bill To |
|---|
| Express<br>Express Store Facilities<br>1 Express Drive<br>Columbus Ohio  43230 |

| File / Claim No. | Terms | PROJECT |
|---|---|---|
|  | Due on receipt | 3rd Party Witnessing |

| Qty / Hours | Description | Rate | Amount |
|---|---|---|---|
|  | 1552 Broadway, NYC<br>Device #: 1P47559, 1E20988, 1E20989, 1E20990 and 1E20991 |  |  |
| 4 | 2024 Independent 3rd Party Witnessing of Category 1 Testing for Four (4) Escalators on 2-21-2024 and 2-22-2024 | 1,175.00 | 4,700.00 |
| 1 | 2024 Independent 3rd Party Witnessing of Category 1 Testing for One (1) Elevator on 2-20-2024 | 625.00 | 625.00 |
| 1 | 2024 Independent 3rd Party Witnessing of Category 5 Testing for One (1) Elevator on 2-20-2024 | 800.00 | 800.00 |
| 5 | 2024 NYCDOB Category 1 Filing Fee | 30.00 | 150.00 |
| 1 | 2024 NYCDOB Category 5 Filing Fee | 40.00 | 40.00 |
| 5 | Administrative Fee | 6.00 | 30.00 |
|  | **Total** |  | **$6,345.00** |

# Witness

| | |
|---|---|
| **From:** | Witness |
| **Sent:** | Wednesday, April 17, 2024 1:38 PM |
| **To:** | Moellendick, Rayna; Breese, Timothy |
| **Subject:** | 31-01 Steinway Street - 2024 Category 1 Witnessing Invoice **PLEASE REMIT PAYMENT UPON RECEIPT**NEW PAYMENT ADDRESS |
| **Attachments:** | 31-01 Steinway Street 2024 Category 1 Witnessing Invoice 10468.pdf; W-9 14 Jackson Avenue Syosset 3-27-24.pdf |

Good day Rayna and Timothy,

As noted in our previous email, Murray and Sena, LLC as your Independent 3rd Party Witness, has emailed you and your elevator company the *Proforma* ELV-3 form for the **2024 Category 1** testing performed by your elevator company for review and upload to the DOB NOW:Safety Website as mandated by the NYCDOB.

Please see our invoice attached which includes the NYCDOB filing fee which you have requested for Murray and Sena, LLC to pay on your behalf. Your prompt payment is appreciated and will avoid processing delays. Please note that the NYCDOB filing fee will be paid by Murray and Sena, LLC electronically in accordance with the NYCDOB instructions- see previous email.

Please **remit** the sum reflected on our attached **Invoice upon receipt** either via Zelle using the email msena@murrayandsena.com or by check payable to Murray and Sena, LLC and mail to:

Murray and Sena, LLC
14 Jackson Avenue
Syosset, NY 11791

An updated W-9 form is attached for your reference.

Have a great day and please do not hesitate to contact us if you have any questions or concerns.

**WE HAVE MOVED AS OF 3/1/24**.
Please send all future correspondence and payments to our new address:
Murray and Sena, LLC
14 Jackson Avenue
Syosset, NY 11791

[handwritten: 14 Jackson Avenue is our current address]

Be well.

Thank you,

Michelle
*Witnessing Department*
Murray and Sena, LLC
**Vertical Transportation Professionals**

1

14 Jackson Avenue
Syosset, NY 11791
Phone:516-226-1900
https://murrayandsena.com/

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately at witness@murrayandsena.com by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links contained herein, from your system.

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

**Print or type.**
**See Specific Instructions on page 3.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Murray and Sena, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.
☐ Individual/sole proprietor or single-member LLC
☐ C Corporation
☐ S Corporation
☐ Partnership
☐ Trust/estate
☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ P
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.
☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.
14 Jackson Avenue
**6** City, state, and ZIP code
Syosset, NY 11791

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see What Name and Number To Give the Requester for guidelines on whose number to enter.

Social security number
☐☐☐-☐☐-☐☐☐☐

or

Employer identification number
2 7 - 0 7 0 5 2 1 8

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ *Sena*    Date ▶ 3/27/24

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

# Invoice

## Murray and Sena, LLC

14 Jackson Avenue
Syosset, NY 11791

Phone: (516) 226-1900
Fax:      (516) 226-1899
Email:   christine.sena@murrayandsena.com

| Date | Invoice # |
|---|---|
| 4/16/2024 | 10468 |

TAX ID # 27-0705218

| Bill To |
|---|
| Express |
| Express Store Facilities |
| 1 Express Drive |
| Columbus Ohio  43230 |

| File / Claim No. | Terms | PROJECT |
|---|---|---|
|  | Due on receipt | 3rd Party Witnessing |

| Qty / Hours | Description | Rate | Amount |
|---|---|---|---|
|  | 31-01 Steinway Street, Astoria, NY<br>Device #: 4P10533 |  |  |
| 1 | 2024 Independent 3rd Party Witnessing of Category 1 Testing for One (1) Elevator on 4/16/2024 | 400.00 | 400.00 |
| 1 | 2024 NYCDOB Filing Fee | 30.00 | 30.00 |
| 1 | Adminstratiive Fee | 6.00 | 6.00 |

**Total** $436.00