**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: February 6, 2025 at 4:00 p.m. (ET)** |

**SUMMARY OF FOURTH MONTHLY FEE APPLICATION OF KPMG LLP**
**PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO**
**THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH DECEMBER 17, 2024**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 21, 2024 *Effective as of* April 22, 2024 |
| Period for which compensation and reimbursement is sought: | November 1, 2024 through December 17, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $10,452.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: ___X___ Monthly _____ Interim _____ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Prior Fee Applications Filed:**

| | Prior Monthly Fee Statements Filed | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Total | | Requested | | |
| Month | Period Covered | Date Filed | Docket Number | Fees (@100%) | Expenses (@100%) | Fees (@80%) | Expenses (@100%) | Total Holdback Fees Requested: (@20%) |
| 1 | 4/22/24 - 6/30/24 | 08/09/24 | 710 | $ 20,883.90 | $   - | $16,707.12 | $   - | $   4,176.78 |
| 2 | 07/01/24 - 07/31/24 | 09/11/24 | 813 | $  8,936.40 | $   - | $ 7,149.12 | $   - | $   1,787.28 |
| 3 | 08/01/24 - 10/31/24 | 11/26/24 | 1057 | $ 31,716.40 | $   - | $25,373.12 | $   - | $   6,343.28 |
| Total | | | | $ 61,536.70 | $   - | $49,229.36 | $   - | $  12,307.34 |

| | Prior Interim Fee Applications Filed | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Interim Period | Docket Number | Date Filed | Period Covered | Total Fees | Total Expenses | Total Requested | Interim Fees Approved | Interim Expenses Approved |
| 1st | 880 | 10/04/24 | 04/22/24 - 07/31/24 | $   29,820.30 | $   - | $   23,856.24 | $   - | $   5,964.06 |
| Total | | | | $   29,820.30 | $   - | $   23,856.24 | $   - | $   5,964.06 |

## ATTACHMENT B
## TO FEE APPLICATION
## COMPENSATION BY PROFESSIONAL

| Professional Person | Position & Department | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Annika Erickson | Associate, Tax | 9.6 | $ 318 | $ 3,052.80 |
| Celeste Campbell | Manager, Bankruptcy | 1.7 | $ 255 | $ 433.50 |
| Chloe Boustany | Senior Associate, Tax | 2.0 | $ 426 | $ 852.00 |
| Danny Lall | Senior Manager, Tax | 5.0 | $ 756 | $ 3,780.00 |
| Dave Perry | Senior Manager, Tax | 0.8 | $ 693 | $ 554.40 |
| Jeremy Burkhardt | Associate, Tax | 2.5 | $ 290 | $ 725.00 |
| Jessica Slean | Managing Director, Tax | 0.3 | $ 816 | $ 244.80 |
| Teresa Williams | Associate, Bankruptcy | 4.5 | $ 180 | $ 810.00 |
| | | | | |
| | | | | |
| **Hours and Fees at Discounted Rates** | | **26.4** | | **$ 10,452.50** |
| | | | | |
| **Total Discounted Fees** | | | | **$ 10,452.50** |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 10,452.50** |
| Less Holdback Adjustment (20%) | | | | $ (2,090.50) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 8,362.00** |
| | | | | |
| **Blended Rate** | | | **$ 395.93** | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Research Credit Services | 16.9 | $ 7,929.60 |
| Retention Services | 0.0 | $ - |
| Fee Application Preparation Services | 6.2 | $ 1,243.50 |
| Tax Examination Assistance Services | 0.0 | $ - |
| Tax Controversy Services | 3.3 | $ 1,279.40 |
| **Total** | **26.4** | **$ 10,452.50** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: February 6, 2025 at 4:00 p.m. (ET)** |

## FOURTH MONTHLY FEE APPLICATION OF KPMG LLP
## PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
## THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION
## FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH DECEMBER 17, 2024

KPMG LLP,[2] ("KPMG") as tax compliance and tax consulting service providers to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") files this Fourth Monthly Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules (the "Local Rules") of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court") and this Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief, dated May 14, 2024 (*the "Interim Compensation Order") [Docket No. 223]. By

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from November 1, 2024 through and including December 17, 2024 (the "Compensation Period"), in the amount of $10,452.50 (80% of which is $8,362.00) and respectfully represents:

### Background

1. On April 22, 2024 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code. On May 23, 2024, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors (the "Creditors' Committee") [Docket No. 127]. No trustee or examiner has been appointed in this Chapter 11 Case to date.

2. On June 3, 2024 the Debtors filed an *Application of the Debtors for an Entry of an Order (I), Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d)* (the "Retention Application") [Docket No. 355] and in support of the Retention Application, the Debtors submitted the Declaration of Brian C. Campbell (the "Campbell Declaration").

3. By this Court's Order, dated June 21, 2024 [Docket No. 501] (the "Retention Order"), the Debtors were authorized to retain KPMG to provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024. The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

4.      Pursuant to paragraph 10 of the Retention Application and paragraph 7 of the Retention Order, KPMG may enter into additional engagement letter(s) and may file such engagement letters with the Court.

5.      The Debtors have entered into Additional Agreements with KPMG, pursuant to the terms of the Retention Order, as filed on June 14, 2024 [Docket No. 468].

## Jurisdiction

6.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Summary of Application

7.      During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtor and its estate and not on behalf of any committee, creditor, or other person.  By this Application, KPMG requests allowance of monthly compensation of professional fees totaling $10,452.50, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of fees or $8,362.00 and reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket expenses in the amount of $0.00.

## Summary of Services Rendered During the Compensation Period

8.      This Application is KPMG's Fourth Monthly Fee Application for compensation and expense reimbursement filed in this chapter 11 case.  During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter 11 process.

9.      Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period and annexed hereto as **Exhibit A** is a chart depicting KPMG professionals who rendered these services.

**Research Credit Services**

KPMG continued providing Research Credit Services to the Debtors with regards to the FY23 tax year (the "Credit Year") including:

(a) Prepared the deliverable package that included the R&D credit computations and workpapers;

(b) Prepared qualitative memo that summarized and explained the applicable current law and technical memo regarding procedures used for the tax credit.

**Fee Application Preparation**

The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in this case have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the monthly and interim fee applications.

**Tax Controversy Services**

KPMG represented the Debtors in its current non-income tax examinations in Ohio as appropriate and necessary.

a) Assisted the Debtors in preparing submissions in response to state taxing authority inquiries.

b) Met with the state taxing authority examination teams as appropriate and necessary.

10. During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $180 to $816 per hour. The rates reflected in this Application represent up to a 55% discount from KPMG's standard rates. Of the aggregate time expended, 0.3 hours were expended by managing directors, 5.8 hours were expended by

senior managers, 1.7 hours were expended by managers and 18.5 hours were expended by senior associates and associates.  KPMG's blended hourly rate services provided during the Compensation Period is $395.93.

11.      In addition to **Attachment B**, a summary of the hours and fees incurred by professional, and category is annexed hereto as **Exhibit A** and **Exhibit B**, respectively, and described in detail in the time records annexed hereto as **Exhibits C1 – C5**.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with this chapter 11 case and such records are maintained in the ordinary course of business.

12.      KPMG charges its fees in this case in accordance with the terms set forth in the Retention Application and the corresponding Campbell Declaration.  The fees applied for herein are based on the usual and customary fees KPMG charges to its clients and are commensurate with the usual and customary rates charged for services performed.

13.      KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in this case to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in this chapter 11 case.

14.      The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of this case.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtor's estate, to work efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

15.     During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of this case; and (b) have been provided in a cost-efficient manner.

16.     Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person, or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

17.     As set forth on **Exhibit D**, annexed hereto, KPMG is not seeking reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

## Conclusion

WHEREFORE, KPMG respectfully requests that, pursuant to the Interim Compensation Order, KPMG is (i) allowed monthly compensation of professional fees totaling $10,452.50, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of requested fees or $8,362.00; (ii) allowed reimbursement of expenses billed during the Compensation Period of $0.00; (iii) authorized to be paid its allowed fees and expenses for the Compensation Period; and (iv) granted such other and further relief as the Court may deem proper.


Dated:  January 16, 2025

Respectfully submitted,


*/s/ Brian C. Campbell*

KPMG LLP

Brian C. Campbell
Partner
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, Ohio 43215
(614) 249-1879

**EXHIBIT A**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
November 1, 2024 through December 17, 2024

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Annika Erickson | Associate, Tax | 9.6 | $ | 318 | $ | 3,052.80 |
| Celeste Campbell | Manager, Bankruptcy | 1.7 | $ | 255 | $ | 433.50 |
| Chloe Boustany | Senior Associate, Tax | 2.0 | $ | 426 | $ | 852.00 |
| Danny Lall | Senior Manager, Tax | 5.0 | $ | 756 | $ | 3,780.00 |
| Dave Perry | Senior Manager, Tax | 0.8 | $ | 693 | $ | 554.40 |
| Jeremy Burkhardt | Associate, Tax | 2.5 | $ | 290 | $ | 725.00 |
| Jessica Slean | Managing Director, Tax | 0.3 | $ | 816 | $ | 244.80 |
| Teresa Williams | Associate, Bankruptcy | 4.5 | $ | 180 | $ | 810.00 |
| **Hours and Fees at Discounted Rates** | | **26.4** | | | **$** | **10,452.50** |
| **Total Discounted Fees** | | | | | **$** | **10,452.50** |
| Out of Pocket Expenses | | | | | $ | - |
| **Total Fees & Out of Pocket Expenses** | | | | | **$** | **10,452.50** |
| Less Holdback Adjustment (20%) | | | | | $ | (2,090.50) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$** | **8,362.00** |
| **Blended Hourly Rate** | | | **$** | **395.93** | | |

**EXHIBIT B**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Summary of Hours and Discounted Fees Incurred by Category
November 1, 2024 through December 17, 2024

| Category | Exhibit | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|---|
| Research Credit Services | C1 | 16.9 | $ | 7,929.60 |
| Retention Services | C2 | 0.0 | $ | - |
| Fee Application Preparation Services | C3 | 6.2 | $ | 1,243.50 |
| Tax Examination Assistance Services | C4 | 0.0 | $ | - |
| Tax Controversy Services | C5 | 3.3 | $ | 1,279.40 |
| **Total** | | **26.4** | **$** | **10,452.50** |

**EXHIBIT C1**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Research Credit Services
November 1, 2024 through December 17, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Annika Erickson | 11/14/24 | (2.3) Prepared the Summary of Current Law Deliverable Memo for Express. | 2.3 | $ 318 | $ 731.40 |
| Annika Erickson | 11/15/24 | (.3) Meeting with A. Erickson and D. Lall (KPMG) to discuss the status of the memo deliverables and the preferred timeline, as of 11/15/24. | 0.3 | $ 318 | $ 95.40 |
| Annika Erickson | 11/18/24 | (.1) Downloaded various documents in preparation for meeting with team to discuss Express. | 0.1 | $ 318 | $ 31.80 |
| Annika Erickson | 11/18/24 | (.2) Meeting with J. Slean, D. Lall, A. Erickson, N. Hess and B. Campbell (KPMG) to discuss the future of the scope of work of the AMCS team, as of 11/18/24. | 0.2 | $ 318 | $ 63.60 |
| Annika Erickson | 11/18/24 | (2.0) Began to prepare the Procedures Technical Deliverable Memo for Express. | 2.0 | $ 318 | $ 636.00 |
| Annika Erickson | 11/20/24 | (3.0) Continued, as of 11/20/24, to prepare the Procedures Technical Deliverable Memo for Express. | 3.0 | $ 318 | $ 954.00 |
| Annika Erickson | 11/22/24 | (0.1) Email communication to C. Boustany (KPMG) regarding her questions related to the tech memos as well as how I prepared them. | 0.1 | $ 318 | $ 31.80 |
| Chloe Boustany | 11/22/24 | (1.0) Senior Associate review, as of 11/22/24, of the Procedures Technical Deliverable Memo for Express that was prepared by A. Erickson (KPMG). | 1.0 | $ 426 | $ 426.00 |
| Chloe Boustany | 11/22/24 | (1.0) Senior Associate review, as of 11/22/24, of the Summary of Current Law deliverable memo for Express that was prepared by A. Erickson (KPMG). | 1.0 | $ 426 | $ 426.00 |
| Jessica Slean | 12/13/24 | Meeting with D. Lall (KPMG) to discuss Express R&D deliverable, including memos and workpaper notes, as of 12/13/24. | 0.3 | $ 816 | $ 244.80 |
| Danny Lall | 12/16/24 | Senior Manager review, as of 12/16/24, of the Express Final Deliverable memo prepared by A. Erickson (KPMG). | 3.0 | $ 756 | $ 2,268.00 |
| Annika Erickson | 12/17/24 | (1.6) Updated, as of 12/17/24, the Express methods memo based on comments received from D. Lall (KPMG). | 1.6 | $ 318 | $ 508.80 |
| Danny Lall | 12/17/24 | Senior Manager review, as of 12/17/24, of the Express Final Deliverable calculations prepared by A. Erickson (KPMG). | 2.0 | $ 756 | $ 1,512.00 |
| **Total Research Credit Services** | | | **16.9** | | **$ 7,929.60** |

**EXHIBIT C2**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Retention Services
November 1, 2024 through December 17, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no services provided this period* | | | |
| | | **Total Retention Services** | **0.0** | | **$       -** |

**EXHIBIT C3**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Fee Application Preparation Services
November 1, 2024 through December 17, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Teresa Williams | 11/06/24 | Continued, as of 11/06/24, to prepare exhibit C1 of 3rd monthly fee app for Express. | 0.6 | $ 180 | $ 108.00 |
| Teresa Williams | 11/08/24 | Continued, as of 11/08/24, to prepare exhibit C5 of 3rd monthly fee app for Express. | 0.3 | $ 180 | $ 54.00 |
| Teresa Williams | 11/08/24 | Continued, as of 11/08/24, to prepare exhibit C1 of 3rd monthly fee app for Express. | 0.7 | $ 180 | $ 126.00 |
| Celeste Campbell | 11/13/24 | 0.9 Perform manager review of Express 3rd monthly fee application as required in advance of filing, concurrently provide comments | 0.9 | $ 255 | $ 229.50 |
| Teresa Williams | 11/22/24 | Emailed D. Perry (KPMG) regarding Summary of Services, concurrently updated the Express 3rd Monthly narrative based on his response. | 0.3 | $ 180 | $ 54.00 |
| Teresa Williams | 11/22/24 | 0.5 Finalized the Express 3rd Monthly deliverable to send to counsel for filing. | 0.5 | $ 180 | $ 90.00 |
| Teresa Williams | 11/22/24 | (0.7) Began to prepare narrative and (0.1) declaration for Express 3rd monthly fee application. | 0.8 | $ 180 | $ 144.00 |
| Celeste Campbell | 11/22/24 | Perform manager review of 3rd monthly narrative (.6) and certification (.2), concurrently provide comments. | 0.8 | $ 255 | $ 204.00 |
| Teresa Williams | 11/25/24 | Began to prepare Exhibit C1 of the Express 4th monthly fee application. | 0.2 | $ 180 | $ 36.00 |
| Teresa Williams | 11/25/24 | Began to prepare Exhibit C5 of the Express 4th monthly fee application. | 0.3 | $ 180 | $ 54.00 |
| Teresa Williams | 11/26/24 | Continued, as of 11/26/24, to prepare Exhibit C5 of the Express 4th monthly fee application. | 0.1 | $ 180 | $ 18.00 |
| Teresa Williams | 11/26/24 | Continued, as of 11/26/24, to prepare Exhibit C1 of the Express 4th monthly fee application. | 0.3 | $ 180 | $ 54.00 |
| Teresa Williams | 12/05/24 | Continued, as of 12/5/24, to prepare Exhibit C1 of 4th monthly fee app for Express. | 0.2 | $ 180 | $ 36.00 |
| Teresa Williams | 12/05/24 | Continued, as of 12/5/24, to prepare Exhibit C5 of 4th monthly fee app for Express. | 0.2 | $ 180 | $ 36.00 |
| | | **Total Fee Application Preparation Services** | **6.2** | | **$ 1,243.50** |

**EXHIBIT C4**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Tax Examination Assistance Services
November 1, 2024 through December 17, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no services provided this period* | | | |
| | | **Total Tax Examination Assistance Services** | **0.0** | | **$        -** |

**EXHIBIT C5**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Tax Controversy Services
November 1, 2024 through December 17, 2024

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jeremy Burkhardt | 11/07/24 | (.1) Reviewed, as of 11/07/24, the Express fixed asset schedule for accuracy and to verify the period covered. | 0.1 | $ 290 | $ 29.00 |
| Jeremy Burkhardt | 11/07/24 | (.1) Reviewed, as of 11/07/24, the Sales & Use tax report to gain an understanding of the State's information and their overall position in regards to Express. | 0.1 | $ 290 | $ 29.00 |
| Jeremy Burkhardt | 11/07/24 | (.3) Analyzed amounts on the Sales & Use tax report to calculations of estimated amounts in the states Fixed Asset and Expense assessments as it relates to Express. | 0.2 | $ 290 | $ 58.00 |
| Jeremy Burkhardt | 11/07/24 | (.2) Reviewed, as of 11/07/24, the single-rate calculation file received from the client for accuracy. | 0.2 | $ 290 | $ 58.00 |
| Jeremy Burkhardt | 11/07/24 | (.2) Reviewed, as of 11/07/24, information collected from previous meetings with the client in order to understand current status of the engagement. | 0.2 | $ 290 | $ 58.00 |
| Jeremy Burkhardt | 11/07/24 | (.2) Prepared a list of items to request, as of 11/7/24, from the client regarding Express. | 0.2 | $ 290 | $ 58.00 |
| Jeremy Burkhardt | 11/07/24 | (.2) Reviewed, as of 11/07/24, the state's assessment along with supporting schedules for expenses and fixed assets in regards to Express. | 0.2 | $ 290 | $ 58.00 |
| Dave Perry | 11/07/24 | (0.3) J. Burkhardt and D. Perry (KPMG) met to examine data files relating to the client provided purchase data for the audit and discuss audit plan, as of 11/07/24. | 0.3 | $ 693 | $ 207.90 |
| Jeremy Burkhardt | 11/07/24 | (0.3) J. Burkhardt and D. Perry (KPMG) met to examine data files relating to the client provided purchase data for the audit and discuss audit plan, as of 11/07/24. | 0.3 | $ 290 | $ 87.00 |
| Jeremy Burkhardt | 11/07/24 | Meeting with J. Burkhardt and D. Perry (KPMG) to review data files relating to the Ohio Department of Taxation's estimated use tax assessment as it relates to Express. | 0.5 | $ 290 | $ 145.00 |
| Dave Perry | 11/07/24 | Meeting with J. Burkhardt and D. Perry (KPMG) to review data files relating to the Ohio Department of Taxation's estimated use tax assessment as it relates to Express. | 0.5 | $ 693 | $ 346.50 |
| Jeremy Burkhardt | 11/07/24 | (0.5) Reviewed, as of 11/07/24, the audit commencement letter concurrently noting required items needed to assemble a list of items to request from the client. | 0.5 | $ 290 | $ 145.00 |
| | | **Total Tax Controversy Services** | **3.3** | | **$ 1,279.40** |

**EXHIBIT D**

**EXP OldCo Winddown, Inc**
**Case No. 24-10831**
Summary of Out of Pocket Expenses
November 1, 2024 through December 17, 2024

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | $ - |

**EXHIBIT E**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRIAN C. CAMPBELL REGARDING THE
FOURTH MONTHLY FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH DECEMBER 17, 2024**

I, Brian C. Campbell, being duly sworn, deposes and says:

1.      I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.      By Order dated June 21, 2024, KPMG was retained to perform Tax Compliance and Tax Consulting Services for the above captioned debtor and debtor in possession (the "Debtors").  I submit this Declaration in conjunction with KPMG's application, dated January 16, 2025 (the "Application") for KPMG's fourth monthly fee application for compensation and allowance of expenses for the period November 1, 2024 through December 17, 2024.

3.      I am thoroughly familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

4.      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January 2025.

*/s/ Brian C. Campbell*
Brian C. Campbell
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, OH 43215
(614) 249 1879