IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 23, 2025 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**CONTINUED MATTERS:**

1.  Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1091; filed: 12/05/24]

    Response Deadline: January 16, 2025 at 4:00 p.m.

    Responses Received:

    A.  Response of Murray & Sena, LLC [Docket No. 1221; filed: 01/15/25] (the "**Claimant**")

    Related Documents: None

    Status: The Plan Administrator will withdraw the objection as to Claimant's claim (claim number 1557) in due course. The Plan Administrator and the Claimant agree that

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

      the hearing of the claim objection is not going forward as to this claim. The remainder of the claim objection is being continued to March 27, 2025 at 9:30 a.m.

2. Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1092; filed: 12/05/24]

    Response Deadline: January 16, 2025 at 4:00 p.m.

    Responses Received: None

    Related Documents: None

    Status: This claim objection is being continued to March 27, 2025 at 9:30 a.m.

3. Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claims [Docket No. 1093; filed: 12/05/24]

    Response Deadline: January 16, 2025 at 4:00 p.m.

    Responses Received: None

    Related Documents: None

    Status: This claim objection is being continued to March 27, 2025 at 9:30 a.m.

Dated: January 17, 2025

        **SAUL EWING LLP**

        */s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone:   (302) 421-6898
        Email:   luke.murley@saul.com

        -and-

        Brendan M. Scott
        **KLESTADT WINTERS JURELLER**
        **SOUTHARD & STEVENS, LLP**
        200 West 41st Street, 17th Floor
        New York, NY 10036-7203
        Telephone:   (212) 679-5359
        Facsimile:   (212) 972-2245
        Email:   bscott@klestadt.com

        -and-

        Adam C. Rogoff
        Robert T. Schmidt
        Nathaniel Allard
        **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
        1177 Avenue of the Americas
        New York, NY 10036
        Telephone:   (212) 715-9100
        Facsimile:   (212) 715-8000
        Email:   arogoff@kramerlevin.com
                rschmidt@kramerlevin.com
                nallard@kramerlevin.com

        *Counsel. for the Plan Administrator*