IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc., et. al | Case No. 24-10835 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **Urban Crown Limited**, holder of the following general unsecured claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

| Schedule/Claim No. | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Schedule #: 2637212 | Urban Crown Limited | $1,900,627.77 | Project Pine OldCo, LLC |
| Claim #: 449 | Urban Crown Limited [Crown Smart Limited 1000006383] | $1,884,433.15 | Project Pine OldCo, LLC |

**Former Address:**

Urban Crown Limited
822 Thomas Street
Key West, FL 33040

**New Address:**
Address for all Notice & Payments/Distributions:
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830
Attn: Trade Claims Group

Thank you,

URBAN CROWN LIMITED

By: _____
Name: Kevin Moylan
Title: President
Date: January 16, 2025

- 7 -