**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket No. ____** |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated January 23, 2025, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 cases:

| **Date & Time** |
|---|
| April 22, 2025 at 9:30 a.m. |
| May 22, 2025 at 9:30 a.m. |

53788192.1 01/23/2025