**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al*., | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

       Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Christopher J. Reilly of Klestadt Winters Jureller Southard & Stevens, LLP to represent Tracy L. Klestadt, Plan Administrator of EXP OldCo Winddown, Inc., *et al*., in this action.

Dated: January 23, 2025

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
**Saul Ewing LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 23, 2025

*/s/ Christopher J. Reilly*
Christopher J. Reilly
**Klestadt Winters Jureller Southard & Stevens, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5339
Facsimile: (212) 972-2245
creilly@klestadt.com

**ORDER GRANTING MOTION**

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.