UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., et al., | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Sheryl P. Giugliano of Ruskin Moscou Faltischek, P.C., to represent Tote Fashion Sourcing Limited and MANE Enterprises, Inc., in the above-captioned cases.

Dated: January 29, 2025
    Wilmington, Delaware

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
**THE ROSNER LAW GROUP, LLC**
824 North Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: 302-777-1111
rosner@teamrosner.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 29, 2025
    Uniondale, New York

*/s/ Sheryl P. Giugliano*
Sheryl P. Giugliano
**RUSKIN MOSCOU FALTISCHEK, P.C.**
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Telephone: 516-663-6600
sgiugliano@rmfpc.com

### ORDER GRANTING MOTION

     IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.