## Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_** |

### ORDER GRANTING MOTION OF ADOBE INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Motion of Adobe Inc. for Allowance of Administrative Expense Claim* (the "Motion")[1]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.  The Motion is GRANTED, as set forth herein.

2.  Adobe shall have an allowed administrative expense claim under 11 U.S.C. § 503(b)(1)(A) in the amount of $151,334.33 (the "Allowed Administrative Expense Claim").

3.  The Debtors, or their successor in interest, shall pay the Allowed Administrative

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

101674026.1

Expense Claim in accordance with the Plan.

4.  This Order shall be binding upon any liquidating trustee, plan administrator, distribution agent and/or any other similar person appointed pursuant to the Plan.

5.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.