## Exhibit B

## Sales Order

Reference Agreement Number: 00854493
Adobe Contract Number: 00891791



# Adobe Sales Order

| Customer | EXPRESS, LLC |
|---|---|
| Deal Registration ID | DR3058293 |
| Currency | USD |

## Adobe Inc.

**Products and Services Pricing Detail:**

---

## Adobe On-demand Services

Except as otherwise specified in this Sales Order, these On-demand Services terminate on the identified License Term End Date. Support Services are described at:
https://helpx.adobe.com/support/programs/support-policies-terms-conditions.html

| Line Number | SKU | SKU Description | Billing Cycle | Quantity | License Metric / Unit of Measure | License Term Start Date | License Term End Date | Unit Price | Total Fees |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 38053546 | ANALYTICS PRIME:OD | Advance \| Quarterly - In | ■ | Million SERVER CALLS Per Month | 1 June 2022 | 31 July 2025 | ■ | 799,425.00 |
| 02 | 38058039 | ADOBE TARGET STANDARD NEW: OD | Advance \| Quarterly - In | ■ | Million PAGE VIEWS Per Year | 1 June 2022 | 31 July 2025 | ■ | 633,349.17 |
| 03 | 38056897 | AEM: CLOUD SERVICE SANDBOX FOR AEM MS | Advance \| Quarterly - In | ■ | Each Per Year | 1 June 2022 | 31 July 2025 | ■ | 0.00 |
| | | | | | | | **Adobe On-demand Services:** | | **1,432,774.17** |

01     **ANALYTICS PRIME:OD:**
Fees associated with Adobe Analytics Prime Primary Server Calls in excess of the Annual Primary Server Call commitment shall be billed @ 82.50 USD CPMM. These fees are billed monthly in arrears as incurred. For a period up to 60 days prior to the Start Date (the "Implementation Period"), but in no event earlier than the Effective Date, Customer is granted a limited license to access the Products and Services for the sole purpose of implementation and testing at no additional cost to Customer, subject to all other terms and conditions of the Agreement. Further, Adobe may provide consulting services, as further described in this Sales Order, for Adobe Analytics during the Implementation Period. In the event that Customer does not have a Secondary Server Call Commitment, any Secondary Server Calls generated by Customer shall be billed at 100% of the Primary Server Call Overusage rate set forth above. Such fees are billed monthly in arrears as incurred.

02     **ADOBE TARGET STANDARD NEW: OD:**
Customer agrees to (i) provide Adobe with a measurement report generated by an analytics tool two months prior to the end of each then-current 12 month period of the License Term, or (ii) upon Adobe's request during a subsequent 12-month period of the License Term, provide to Adobe a measurement report from the previous 12-month period of the License Term, to verify Customer's actual Annual Page View Traffic ("Actual Page View Traffic"). If Customer's Actual Page View Traffic during the then-current 12-month period of the License Term is higher than the estimated Annual Page View Traffic for the then-current 12-month period of the License Term, then Adobe reserves the right to revise and increase the estimated Annual Page View Traffic for the immediately subsequent year(s) of the License Term to match the Actual Page View Traffic, and

Reference Agreement Number: 00854493
Adobe Contract Number: 00891791

increase the annual flat fee for the remainder of the then-current 12-month period of the License Term in proportion to the revised estimated Annual Page View Traffic. Such revisions are limited to once per 12 month period. Customer will not receive any credit, reduction in flat fee, or revision of the estimated Annual Page View Traffic if the Actual Page View Traffic for any 12 month period is below the estimated Annual Page View Traffic for the previous year. For a period up to 60 days prior to the Start Date (the "Implementation Period"), but in no event earlier than the Effective Date, Customer is granted at no additional cost a limited license to access the Products and Services for the sole purpose of implementation and testing.

03      AEM: CLOUD SERVICE SANDBOX FOR AEM MS:
AEM as a Cloud Service Sandbox for Managed Service (Sandbox) may be used to deploy a disposable instance of an AEM as a Cloud Service development environment for non-production use cases only. The AEM as a Cloud Service development environment includes up to 200 gigabytes of storage. Customer may not use a Sandbox to deploy stage or production environments. A Sandbox will be made operational for 90 days after being deployed by Customer and availability will be extended by 30-day increments when the Sandbox is in use. If, at the end of the 90-day operational period or at the end of a 30-day extension period, use logs indicate that a Sandbox has not been used in the last 14 days, the Sandbox may be shut down. If a Sandbox is shut down, Customer may deploy a new Sandbox during the License Term. Sandboxes and the included development environment are not provided under the Minimum Uptime Percentage of AEM Managed Services. Sandboxes are not HIPAA-ready or FedRAMP-ready and must not be used in conjunction with data or processes requiring HIPAA or FedRAMP protections. The dates set forth in the pricing table represent the best estimates of the License Term Start Date and License Term End Date; such dates will be adjusted to be the later of the estimated dates or the actual delivery date of login credentials to access the Products and Services.

Renewal Terms:
Notwithstanding any term herein to the contrary, the Products and Services listed on this Line Number terminate on the License Term End Date.

## Adobe Managed Services

Except as otherwise specified in this Sales Order, these Managed Services terminate on the identified License Term End Date.   Support Services are described at: https://helpx.adobe.com/support/programs/support-policies-terms-conditions.html

| Line Number | SKU | SKU Description | Billing Cycle | Quantity | License Metric / Unit of Measure | License Term Start Date | License Term End Date |
|---|---|---|---|---|---|---|---|
| 04 | 38054737 | AEM ASSETS:MS ENTERPRISE 99.9% - 40TB | Advance \| Quarterly - In | ■ | ■ | 1 June 2022 | 31 July 2025 |
| 05 | 38054704 | AEM SITES:MS ENTERPRISE 99.9% | Advance \| Quarterly - In | ■ | ■ | 1 June 2022 | 31 July 2025 |
| 06 | 38055792 | AEM:MS DEV/QA | Advance \| Quarterly - In | ■ | ■ | 1 June 2022 | 31 July 2025 |
| 07 | 58051770 | AEM:MS INCREASE INSTANCE BY 1 VCPU | Advance \| Quarterly - In | ■ | ■ | 1 June 2022 | 31 July 2025 |
| 08 | 38055768 | SITES:MS MANAGED PROD CAPACITY 99.9 | Advance \| Quarterly - In | ■ | ■ | 1 June 2022 | 31 July 2025 |

|  |  |
|---|---|
| Adobe Managed Services: | 4,317,930.50 |

07      AEM:MS INCREASE INSTANCE BY 1 VCPU:
Notwithstanding the License Term Start Date or to the contrary, Customer will not have access to the twenty two (22) additional AEM:MS INCREASE INSTANCE BY 1 VCPU provided by this line number 05 until the later of the Effective Date of this Sales Order or the License Term Start date.

## Creative Cloud, Document Cloud and Software

Except for perpetual licenses, the License Term of the Products and Services and any applicable Support commences on the later of Products and Services delivery or the identified start date. The end date of the License Term of the Products and Services and any applicable Support is the later of the amount of months comprising the identified License Term or the identified end date. The dates below only represent best estimates of the start and end dates of the License Term. "Support" services for the Products and Services are described at https://helpx.adobe.com/support/programs/support-policies-terms-conditions.html.

| Line Number | SKU | SKU Description | Billing Cycle | Quantity | License Metric / Unit of Measure | License Term Start Date | License Term End Date |
|---|---|---|---|---|---|---|---|
| 09 | 38056873 | AEM:OPT DEV LICENSE FOR MS FULFILLMENT | Advance \| Quarterly - In | ■ | ■ | 1 June 2022 | 31 July 2025 |

CONFIDENTIAL
23 May 2022 7:25:37 AM

Reference Agreement Number: 00854493
**Adobe Contract Number: 00891791**

| | |
|---|---|
| **Creative Cloud, Document Cloud and Software:** | 0.00 |

## Summary of Fees

| | |
|---|---|
| **Total Sales Order Fees:** | 5,750,704.67 |

CONFIDENTIAL
23 May 2022 7:25:37 AM

Reference Agreement Number: 00854493
Adobe Contract Number: 00891791

## Sales Order Terms and Conditions

1. All Products and Services listed on this Sales Order are provided under the following terms:

   1.1 the Adobe Enterprise Licensing Terms consisting of:

   A. the General Terms (2014v3), Exhibit for Managed Services (2014v3), and Exhibit for On-demand Services (2014v3) agreed between the Parties and attached to Adobe Contract Number 00447301.0 (Agreement Number DR1335764) (the "**Existing Agreement**");

   B. the Additional Terms set forth in term 2 of that certain Sales Order agreed to by and between the Parties in Adobe Contract Number 00854493 (DR2651351) with an effective date of 4 June 2021;

   C. the applicable Product Specific Licensing Terms ("PSLTs") available at: http://www.adobe.com/legal/terms/enterprise-licensing.html; and

   1.2 this Sales Order

   (collectively, the "**Agreement**"). If there is any conflict between this Sales Order and the Adobe Enterprise Licensing Terms, the terms of this Sales Order will control, then the PSLTs, then the applicable Exhibit, and then the General Terms.

2. Customer may, upon at least 30 days' written notice to Adobe prior to the second anniversary of the License Term Start Date, 1 June 2024, terminate the Products and Services listed in the Products and Services Pricing Detail section in this Sales Order ("Terminated Products"). If Customer elects to terminate and provides the requisite notice, termination of the Terminated Products will be effective on 1 June 2024 (the "Termination Date"). In the event of termination of the Terminated Products, Customer must (1) cease usage of the Terminated Products as of the Termination Date; and (2) such termination does not affect Customer's obligations to pay for the Products and Services that are not terminated.

   For clarity: (i) no credits or refunds will be provided for any prepaid fees up to the Termination Date; (ii) prior to the Termination Date Customer understands and acknowledges that it will be invoiced in accordance with this Sales Order for the Terminated Products and that Customer will be obligated to pay in accordance with such invoices and (iii) after the Termination Date, this Sales Order may only be terminated in accordance with the Existing Agreement.

3. As of License Term Start Date set forth above, the Parties agree this Sales Order terminates and replaces prior agreement number DR1846140 and DR1890694 ("**Terminated Sales Order(s)**"). Customer understands and acknowledges that prior to the License Term Start Date of this Sales Order, Customer will be invoiced in accordance with the Terminated Sales Order(s) for applicable fees associated with the licensing of the Products and Services under the Terminated Sales Order(s), and that Customer will be obligated to pay in accordance with such invoices. Customer will be entitled to a credit under the Terminated Sales Order(s) for any prepaid and unused licensing fees for the Products and Services licensed under the Terminated Sales Order(s).

5. Customer agrees to purchase the Products and Services set out in the Products and Services Pricing Detail section. The offer described in this Sales Order is contingent upon Customer's execution and return of this Sales Order no later than 25 May 2022 (unless countersigned by Adobe).

6. All fees will be invoiced beginning on the applicable Start Date in accordance with the Billing Cycle, as noted in the Products and Services Pricing Detail section. Payment terms are net 45 days and will be measured from the date of invoice.

7. Purchase Order ("PO") required? Yes → tick: ☐    If a PO is required by Customer, it must be delivered to Adobe on the Effective Date of the Sales Order, or promptly thereafter. If the PO is not received by Adobe on the Effective Date of the Sales Order, or promptly thereafter, or is not required by Customer,

**Reference Agreement Number: 00854493**
**Adobe Contract Number: 00891791**

then the Adobe Contract Number and/or the Deal Registration Number will be referenced on the Adobe invoice. Payment due date(s) will not be extended by any delays in issuing a PO.

CONFIDENTIAL
**23 May 2022 7:25:37 AM**

Reference Agreement Number: 00854493
Adobe Contract Number: 00891791

By signing below, each Party acknowledges that it has carefully read, fully understands, and agrees to the terms of this Agreement. This Agreement becomes effective upon the date of last signature (the "**Effective Date**"). Each of the individuals signing this Agreement represents that they have the authority to bind their respective Party to its terms.

| Adobe Inc. (ADUS) | EXPRESS, LLC |
|---|---|
| 345 Park Avenue, San Jose CA 95110, United States | ONE EXPRESS DRIVE, COLUMBUS, OH 43230-1467 UNITED STATES |
| *Andy Payne* (signature) | *Matthew C Moellering* (signature) Matthew C Moellering (May 31, 2022 14:28 EDT) |
| Authorized Signature | Authorized Signature |
| Andy Payne | Matthew C Moellering |
| Print Name | Print Name |
| Director, WW Order Management | President and COO |
| Title | Title |
| May 27, 2022 | May 31, 2022 |
| Date | Date |

Purchase Order Number :
ECC ID Number: 0001438804

**Instructions for Signed Agreements**

**North America**

| End User: 1438804 | Bill-To: 0001438804 | Ship-To: 1438804 |
|---|---|---|
| EXPRESS, LLC<br>ONE EXPRESS DRIVE<br>COLUMBUS, OH, 43230-1467<br>UNITED STATES | EXPRESS, LLC<br>ONE EXPRESS DRIVE<br>COLUMBUS, OH, 43230-1467<br>UNITED STATES | EXPRESS, LLC<br>ONE EXPRESS DRIVE<br>COLUMBUS, OH, 43230-1467<br>UNITED STATES |
| | Invoicing Contact Name:<br>Contact Email:<br>aduseinv@adobe.com | Customer Admin Name: Allison Sutley<br>Contact Email: asutley@express.com |

# DR3058293 Express LLC 5.23.22 JMP LGL APP

Final Audit Report                          2022-05-31

| | |
|---|---|
| Created: | 2022-05-27 |
| By: | Ravi Raman (rraman@contractor.express.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAO8XwL9ZX0CuI05t3GnsET1pL5_gODFvr |

## "DR3058293 Express LLC 5.23.22 JMP LGL APP" History

- Document created by Ravi Raman (rraman@contractor.express.com)
  2022-05-27 - 3:04:23 PM GMT

- Document emailed to Scott Burns (sburns@adobe.com) for signature
  2022-05-27 - 3:05:35 PM GMT

- Email viewed by Scott Burns (sburns@adobe.com)
  2022-05-27 - 3:05:46 PM GMT

- Document signing delegated to RG Contracts Coordinator (rgcordus@adobe.com) by Scott Burns (sburns@adobe.com)
  2022-05-27 - 3:07:26 PM GMT

- Document emailed to RG Contracts Coordinator (rgcordus@adobe.com) for signature
  2022-05-27 - 3:07:26 PM GMT

- Email viewed by RG Contracts Coordinator (rgcordus@adobe.com)
  2022-05-27 - 3:34:41 PM GMT

- Document signing delegated to Andy Payne (apayne@adobe.com) by RG Contracts Coordinator (rgcordus@adobe.com)
  2022-05-27 - 3:37:29 PM GMT

- Document emailed to Andy Payne (apayne@adobe.com) for signature
  2022-05-27 - 3:37:29 PM GMT

- Email viewed by Andy Payne (apayne@adobe.com)
  2022-05-27 - 3:38:00 PM GMT

- Document e-signed by Andy Payne (apayne@adobe.com)
  Signature Date: 2022-05-27 - 3:38:17 PM GMT - Time Source: server

**Adobe Acrobat Sign**

✉ Document emailed to Greg Fancher (gfancher@express.com) for signature
2022-05-27 - 3:38:18 PM GMT

📄 Email viewed by Greg Fancher (gfancher@express.com)
2022-05-27 - 3:39:12 PM GMT

↪ Ravi Raman (rraman@contractor.express.com) replaced signer Greg Fancher (gfancher@express.com) with Matthew C Moellering (mmoellering@express.com)
2022-05-31 - 6:26:34 PM GMT- IP address: 199.71.223.21

✉ Document emailed to Matthew C Moellering (mmoellering@express.com) for signature
2022-05-31 - 6:26:34 PM GMT

📄 Email viewed by Matthew C Moellering (mmoellering@express.com)
2022-05-31 - 6:27:42 PM GMT- IP address: 98.28.2.101

✍ Document e-signed by Matthew C Moellering (mmoellering@express.com)
Signature Date: 2022-05-31 - 6:28:18 PM GMT - Time Source: server- IP address: 98.28.2.101

✓ Agreement completed.
2022-05-31 - 6:28:18 PM GMT

Adobe Acrobat Sign