## **Exhibit C**

**Invoices**

101674026.1



Adobe Inc.
345 Park Avenue
San Jose CA 95110-2704
United States
Federal Tax ID: 77-0019522

ORIGINAL

**Invoice Information**

| | |
|---|---|
| Invoice Number | 2945493591A |
| Invoice Date | 01-DEC-2024 |
| Payment Terms | Net 45 days |
| Invoice Due Date | 15-JAN-2025 |
| Purchase order# | 107411 |
| Currency | USD |

**Bill To**

EXPRESS, LLC
ONE EXPRESS DRIVE
COLUMBUS OH  43230-1467
United States

**Ship To**

EXPRESS, LLC
ONE EXPRESS DIVE
COLUMBUS OH  43230-1496
United States
Company ID : 84022878

**Sold To**

EXPRESS, LLC
United States
Company ID : 1438804

# INVOICE

## Item Details

Agreement Number:  DR3058293

| SKU | PRODUCT DESCRIPTION | SERVICE TERM | QTY | UOM/METRIC | UNIT PRICE | EXT.PRICE | TAX RATE | TAXES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 38055792FA | AEM:MS DEV/QA | 01-DEC-2024 to 31-Dec-2024 | ■ | | | | | | |
| 38054737FA | AEM ASSETS:MS ENTERPRISE 99.9% - 40TB | 01-DEC-2024 to 31-Dec-2024 | ■ | | | | | | |
| 38055768FA | SITES:MS MANAGED PROD CAPACITY 99.9 | 01-DEC-2024 to 31-Dec-2024 | ■ | | | | | | |
| 38054704FA | AEM SITES:MS ENTERPRISE 99.9% | 01-DEC-2024 to 31-Dec-2024 | ■ | | | | | | |
| 58051770FA | AEM:MS INCREASE INSTANCE BY 1 VCPU | 01-DEC-2024 to 31-Dec-2024 | ■ | | | | | | |

**Payment by Check**

Adobe Inc.
29322 Network Place
Chicago, IL 60673-1293



**Credit Contact**

Maria Nielsen
manielse@adobe.com

Remittance information should be sent to remittance@adobe.com

Page 1 of 2



Adobe Inc.
345 Park Avenue
San Jose CA 95110-2704
United States
Federal Tax ID: 77-0019522

**Invoice Information**

| | |
|---|---|
| Invoice Number | 2945493591A |
| Invoice Date | 01-DEC-2024 |
| Payment Terms | Net 45 days |
| Invoice Due Date | 15-JAN-2025 |
| Purchase order# | 107411 |
| Currency | USD |

## Invoice Total

| | |
|---|---:|
| EXTENDED PRICE (USD) | 113,629.75 |
| TAXES (SEE DETAILS FOR RATES) | 0.00 |
| **GRAND TOTAL DUE (USD)** | **113,629.75** |

Comments:

### Payment by Check
Adobe Inc.
29322 Network Place
Chicago, IL 60673-1293

### Payment By Wire / ACH
Bank: JPM Chase/ Acct#: 100081931
ABA: 021000021/ SWIFT: CHASUS33

### Credit Contact
Maria Nielsen
manielse@adobe.com

Remittance information should be sent to remittance@adobe.com

Thank you for your business!



**Adobe Inc.**
345 Park Avenue
San Jose, CA 95110-2704
United States
Federal Tax ID: 77-0019522

REPRINT

**Invoice Information**

| | |
|---|---|
| Invoice Number | 4300137904A |
| Invoice Date | 01-Dec-2024 |
| Payment Terms | Net 45 days |
| Invoice Due Date | 15-Jan-2025 |
| Purchase Order# | 107411 |
| Currency | USD |

**Bill To**

EXPRESS, LLC
ONE EXPRESS DRIVE
COLUMBUS OH  43230-1467
United States

**Ship To**

EXPRESS, LLC
ONE EXPRESS DRIVE
COLUMBUS OH  43230-1467
United States
Company ID : 1438804

**Sold To**

EXPRESS, LLC
United States
Company ID : 1438804

# Invoice Summary

**Adobe Product(s)**

**Deal Registration ID:  DR3058293**

| PRODUCT DESCRIPTION | EXT. PRICE | TAXES | TOTAL |
|---|---|---|---|
| Adobe Analytics | | | |
| Adobe Target | | | |

# Invoice Total

| | |
|---|---|
| EXTENDED PRICE TOTAL (USD) | 37,704.58 |
| TAXES (SEE DETAILS FOR RATES) | 0.00 |
| **GRAND TOTAL DUE (USD)** | **37,704.58** |

**Payment by Check**

Adobe Inc.
29322 Network Place
Chicago, IL 60673-1293

**Credit Contact**

Maria Nielsen

Email  :  manielse@adobe.com

Remittance information should be sent to remittance@adobe.com



**Adobe Inc.**
345 Park Avenue
San Jose, CA 95110-2704
United States
Federal Tax ID: 77-0019522

**Invoice Information**

| | |
|---|---|
| Invoice Number | 4300137904A |
| Invoice Date | 01-Dec-2024 |
| Payment Terms | Net 45 days |
| Invoice Due Date | 15-Jan-2025 |
| Purchase Order# | 107411 |
| Currency | USD |

# Invoice Details

## Adobe Analytics
**Deal Registration ID:** DR3058293

| SKU | PRODUCT DESCRIPTION | SERVICE TERM | QTY | UOM/METRIC | UNIT PRICE | EXT. PRICE | TAX RATE | TAXES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 38053546 | ANALYTICS PRIME:OD | 01-Dec-2024 to 31-Dec-2024 | | | | | | | |

## Adobe Target
**Deal Registration ID:** DR3058293

| SKU | PRODUCT DESCRIPTION | SERVICE TERM | QTY | UOM/METRIC | UNIT PRICE | EXT. PRICE | TAX RATE | TAXES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 38058039 | ADOBE TARGET STANDARD NEW: OD | 01-Dec-2024 to 31-Dec-2024 | | | | | | | |

# Invoice Total

| | |
|---|---:|
| NON TAXABLE GRAND TOTAL (USD) | 37,704.58 |
| TAXABLE PRICE TOTAL (USD) | 0.00 |
| TOTAL TAX AMOUNT: TAX 7.500% (USD) | 0.00 |
| TAXABLE GRAND TOTAL (USD) | 0.00 |
| **GRAND TOTAL DUE (USD)** | **37,704.58** |

Thank you for your business!