**CERTIFICATE OF SERVICE**

       I hereby certify that on January 29, 2025, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail.

Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
Alyssa M. Radovanovich, Esq.
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N Market St., Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com
       myurkewicz@klehr.com
       aradovanovich@klehr.com

Morton R. Branzburg, Esq.
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market St., Suite 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
Email: joshua.sussberg@kirkland.com
       emily.geier@kirkland.com
       nicholas.adzima@kirkland.com

Charles B. Sterrett, Esq.
KIRKLAND & ELLIS LLP
300 N LaSalle St
Chicago, IL 60654
Email: charles.sterrett@kirkland.com

                                               */s/ Michael V. DiPietro*
                                               Michael V. DiPietro (Del. Bar No. 6781)