## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. ___** |

**ORDER GRANTING KOREA TRADE INSURANCE**
**CORPORATION'S MOTION FOR ALLOWANCE AND**
**IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

Upon the motion (the "Motion")[2] of Korea Trade Insurance Corporation ("Korea Trade") for allowance and payment of its administrative expense claims pursuant to sections 503(b)(1)(A) and 503(b)(9) of the Bankruptcy Code, all as more fully described in the Motion; and the Court having determined that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances, and after due deliberation and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized Terms used but not defined herein have the same meaning as defined in the Motion.

2

2. Korea Trade shall have allowed administrative expense claims in the amount of not less than $2,189,806.29 on account of the Transferred Claims, the allowance and payment of which is authorized pursuant to sections 503(b)(1)(A) and 503(b)(9) of the Bankruptcy Code.

3. The Debtors are authorized and directed to pay Korea Trade the total amount of the allowed administrative expense claims within three (3) business days of the entry of this Order.

4. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.