# EXHIBIT A

| Customer | Name 1 | Reference | Document Number | Document Date | Amount in USD |
|---|---|---|---|---|---|
| 100047825 | EXPRESS | 1002663241 | 4900014081 | 11/21/2024 | $421.58 |
| 100047825 | EXPRESS | 1002670938 | 4900015784 | 12/4/2024 | $195.00 |
| 100047825 | EXPRESS | 1002670939 | 4900015785 | 12/4/2024 | $303.00 |
| 100047825 | EXPRESS | 1002670940 | 4900015786 | 12/4/2024 | $195.00 |
| 100047825 | EXPRESS | 1002670941 | 4900015787 | 12/4/2024 | $1,206.61 |
| 100047825 | EXPRESS | 1002670942 | 4900015788 | 12/4/2024 | $376.00 |
| 100047825 | EXPRESS | 1002670943 | 4900015789 | 12/4/2024 | $376.00 |
| 100047825 | EXPRESS | 1002670944 | 4900015790 | 12/4/2024 | $195.00 |
| 100047825 | EXPRESS | 1002670945 | 4900015791 | 12/4/2024 | $982.11 |
| 100047825 | EXPRESS | 1002670946 | 4900015792 | 12/4/2024 | $569.50 |
| 100047825 | EXPRESS | 1002670947 | 4900015793 | 12/4/2024 | $1,215.96 |
| 100047825 | EXPRESS | 1002670948 | 4900015794 | 12/4/2024 | $195.00 |
| 100047825 | EXPRESS | 1002670949 | 4900015795 | 12/4/2024 | $325.64 |
| 100047825 | EXPRESS | 1002670950 | 4900015796 | 12/4/2024 | $546.96 |
| 100047825 | EXPRESS | 1002671312 | 4900015844 | 12/5/2024 | $543.37 |
| 100047825 | EXPRESS | 1002679774 | 4900016824 | 12/11/2024 | $260.88 |
| 100047825 | EXPRESS | 1002679775 | 4900016825 | 12/11/2024 | $208.65 |
| 100047825 | EXPRESS | 1002679776 | 4900016826 | 12/11/2024 | $414.73 |
| 100047825 | EXPRESS | 1002679777 | 4900016827 | 12/11/2024 | $422.46 |
| 100047825 | EXPRESS | 1002679778 | 4900016828 | 12/11/2024 | $3,285.59 |
| 100047825 | EXPRESS | 1002679779 | 4900016829 | 12/11/2024 | $303.42 |
| 100047825 | EXPRESS | 1002679780 | 4900016830 | 12/11/2024 | $327.62 |
| 100047825 | EXPRESS | 1002679781 | 4900016831 | 12/11/2024 | $328.00 |
| 100047825 | EXPRESS | 1002679782 | 4900016832 | 12/11/2024 | $241.12 |
| 100047825 | EXPRESS | 1002679783 | 4900016833 | 12/11/2024 | $454.68 |
| 100047825 | EXPRESS | 1002679784 | 4900016834 | 12/11/2024 | $204.56 |
| 100047825 | EXPRESS | 1002679785 | 4900016835 | 12/11/2024 | $213.53 |
| 100047825 | EXPRESS | 1002679786 | 4900016836 | 12/11/2024 | $226.73 |
| 100047825 | EXPRESS | 1002679787 | 4900016837 | 12/11/2024 | $1,993.78 |
| 100047825 | EXPRESS | 1002679788 | 4900016838 | 12/11/2024 | $394.82 |
| 100047825 | EXPRESS | 1002683134 | 4900017397 | 12/18/2024 | $252.38 |
| 100047825 | EXPRESS | 1002683135 | 4900017398 | 12/18/2024 | $300.00 |
| 100047825 | EXPRESS | 1002683136 | 4900017399 | 12/18/2024 | $303.42 |
| 100047825 | EXPRESS | 1002683137 | 4900017800 | 12/18/2024 | $195.00 |
| 100047825 | EXPRESS | 1002683138 | 4900017801 | 12/18/2024 | $195.00 |
| 100047825 | EXPRESS | 1002683139 | 4900017802 | 12/18/2024 | $195.00 |
| 100047825 | EXPRESS | 1002683140 | 4900017803 | 12/18/2024 | $195.00 |
| 100047825 | EXPRESS | 1002683141 | 4900017804 | 12/18/2024 | $481.22 |
| 100047825 | EXPRESS | 1002683142 | 4900017805 | 12/18/2024 | $464.20 |
| 100047825 | EXPRESS | 1002683143 | 4900017806 | 12/18/2024 | $195.00 |
| 100047825 | EXPRESS | 1002683232 | 4900017893 | 12/18/2024 | $405.96 |
| 100047825 | EXPRESS | 1002683233 | 4900017894 | 12/18/2024 | $302.11 |
| 100047825 | EXPRESS | 1002683234 | 4900017895 | 12/18/2024 | $1,963.83 |

| 100047825 | EXPRESS | 1002683235 | 4900017896 | 12/18/2024 | $2,094.89 |
|---|---|---|---|---|---|
| 100047825 | EXPRESS | 1002683236 | 4900017897 | 12/18/2024 | $2,273.96 |
| 100047825 | EXPRESS | 1002683237 | 4900017898 | 12/18/2024 | $2,770.94 |
| 100047825 | EXPRESS | 1002683238 | 4900017899 | 12/18/2024 | $1,996.88 |
| 100047825 | EXPRESS | 1002683239 | 4900017900 | 12/18/2024 | $2,238.76 |
| 100047825 | EXPRESS | 1002683240 | 4900017901 | 12/18/2024 | $574.60 |
| 100047825 | EXPRESS | 1002683241 | 4900017902 | 12/18/2024 | $519.19 |
| 100047825 | EXPRESS | 1002683242 | 4900017903 | 12/18/2024 | $2,317.06 |
| 100047825 | EXPRESS | 1002683243 | 4900017904 | 12/18/2024 | $563.99 |
| 100047825 | EXPRESS | 1002683244 | 4900017905 | 12/18/2024 | $5,331.87 |
| 100047825 | EXPRESS | 1002683245 | 4900017906 | 12/18/2024 | $750.00 |
| 100047825 | EXPRESS | 1002683128 | 4900017391 | 12/18/2024 | $223.13 |
| 100047825 | EXPRESS | 1002683129 | 4900017392 | 12/18/2024 | $331.00 |
| 100047825 | EXPRESS | 1002683130 | 4900017393 | 12/18/2024 | $303.42 |
| 100047825 | EXPRESS | 1002683131 | 4900017394 | 12/18/2024 | $303.42 |
| 100047825 | EXPRESS | 1002683132 | 4900017395 | 12/18/2024 | $195.00 |
| 100047825 | EXPRESS | 1002683133 | 4900017396 | 12/18/2024 | $331.47 |
| 100047825 | EXPRESS | 1002681889 | 4900017298 | 12/20/2024 | $407.02 |
| 100047825 | EXPRESS | 1002681890 | 4900017299 | 12/20/2024 | $505.56 |
| 100047825 | EXPRESS | 1002681891 | 4900018200 | 12/20/2024 | $312.28 |
| 100047825 | EXPRESS | 1002681892 | 4900018201 | 12/20/2024 | $333.31 |
| 100047825 | EXPRESS | 1002681893 | 4900018202 | 12/20/2024 | $438.85 |
| 100047825 | EXPRESS | 1002681894 | 4900018203 | 12/20/2024 | $402.27 |
| 100047825 | EXPRESS | 1002681895 | 4900018204 | 12/20/2024 | $272.65 |
| 100047825 | EXPRESS | 1002681896 | 4900018205 | 12/20/2024 | $328.00 |
| 100047825 | EXPRESS | 1002681897 | 4900018206 | 12/20/2024 | $324.66 |
| 100047825 | EXPRESS | 1002681898 | 4900018207 | 12/20/2024 | $211.33 |
| 100047825 | EXPRESS | 1002681899 | 4900018208 | 12/20/2024 | $407.02 |
| 100047825 | EXPRESS | 1002684200 | 4900018209 | 12/20/2024 | $270.63 |
| 100047825 | EXPRESS | 1002684201 | 4900018210 | 12/20/2024 | $303.42 |
| 100047825 | EXPRESS | 1002684202 | 4900018211 | 12/20/2024 | $600.00 |
| 100047825 | EXPRESS | 1002684203 | 4900018212 | 12/20/2024 | $500.00 |
| 100047825 | EXPRESS | 1002684204 | 4900018213 | 12/20/2024 | $407.49 |
| 100047825 | EXPRESS | 1002684205 | 4900018214 | 12/20/2024 | $361.12 |
| 100047825 | EXPRESS | 1002684206 | 4900018215 | 12/20/2024 | $714.58 |
| 100047825 | EXPRESS | 1002684207 | 4900018216 | 12/20/2024 | $218.67 |
| 100047825 | EXPRESS | 1002684208 | 4900018217 | 12/20/2024 | $408.43 |
| 100047825 | EXPRESS | 1002685526 | 4900018413 | 12/23/2024 | $303.42 |
| 100047825 | EXPRESS | 1002685527 | 4900018414 | 12/23/2024 | $262.44 |
| 100047825 | EXPRESS | 1002685528 | 4900018415 | 12/23/2024 | $303.42 |
| 100047825 | EXPRESS | 1002685529 | 4900018416 | 12/23/2024 | $376.38 |
| 100047825 | EXPRESS | 1002685522 | 4900018409 | 12/23/2024 | $251.18 |
| 100047825 | EXPRESS | 1002685523 | 4900018410 | 12/23/2024 | $435.67 |
| 100047825 | EXPRESS | 1002685524 | 4900018411 | 12/23/2024 | $240.59 |

| | | | | | |
|---|---|---|---|---|---|
| 100047825 | EXPRESS | 1002685525 | 4900018412 | 12/23/2024 | $195.00 |
| 100047825 | EXPRESS | 1002678253 | 4900002597 | 12/26/2024 | $195.07 |
| 100047825 | EXPRESS | 1002678254 | 4900002598 | 12/26/2024 | $440.00 |
| 100047825 | EXPRESS | 1002678255 | 4900002599 | 12/26/2024 | $370.08 |
| 100047825 | EXPRESS | 1002678256 | 4900018600 | 12/26/2024 | $578.25 |
| 100047825 | EXPRESS | 1002678257 | 4900018601 | 12/26/2024 | $661.91 |
| 100047825 | EXPRESS | 1002678258 | 4900018602 | 12/26/2024 | $1,584.82 |
| 100047825 | EXPRESS | 1002678259 | 4900018603 | 12/26/2024 | $313.65 |
| 100047825 | EXPRESS | 1002678260 | 4900018604 | 12/26/2024 | $142.91 |
| 100047825 | EXPRESS | 1002678261 | 4900018605 | 12/26/2024 | $717.51 |
| 100047825 | EXPRESS | 1002678262 | 4900018606 | 12/26/2024 | $250.92 |
| 100047825 | EXPRESS | 1002678263 | 4900018607 | 12/26/2024 | $303.42 |
| 100047825 | EXPRESS | 1002678264 | 4900018608 | 12/26/2024 | $383.78 |
| 100047825 | EXPRESS | 1002678265 | 4900018609 | 12/26/2024 | $546.49 |
| 100047825 | EXPRESS | 1002678266 | 4900018610 | 12/26/2024 | $2,330.98 |
| 100047825 | EXPRESS | 1002678267 | 4900018611 | 12/26/2024 | $1,517.83 |
| 100047825 | EXPRESS | 1002678152 | 4900006839 | 12/26/2024 | $195.00 |
| 100047825 | EXPRESS | 1002678153 | 4900006840 | 12/26/2024 | $14,023.49 |
| 100047825 | EXPRESS | 1002678154 | 4900006841 | 12/26/2024 | $331.00 |
| 100047825 | EXPRESS | 1002678155 | 4900006842 | 12/26/2024 | $303.42 |
| 100047825 | EXPRESS | 1002678156 | 4900006843 | 12/26/2024 | $435.00 |
| 100047825 | EXPRESS | 1002678157 | 4900006844 | 12/26/2024 | $303.42 |
| 100047825 | EXPRESS | 1002686821 | 4900018665 | 12/27/2024 | $467.03 |
| 100047825 | EXPRESS | 1002686822 | 4900018666 | 12/27/2024 | $195.00 |
| 100047825 | EXPRESS | 1002687077 | 4900018858 | 12/27/2024 | $3,529.61 |
| 100047825 | EXPRESS | 1002687078 | 4900018859 | 12/27/2024 | $624.99 |
| 100047825 | EXPRESS | 1002687079 | 4900018860 | 12/27/2024 | $2,556.04 |
| 100047825 | EXPRESS | 1002687080 | 4900018861 | 12/27/2024 | $1,863.93 |
| 100047825 | EXPRESS | 1002687081 | 4900018862 | 12/27/2024 | $1,543.65 |
| 100047825 | EXPRESS | 1002687082 | 4900018863 | 12/27/2024 | $3,553.68 |
| 100047825 | EXPRESS | 1002687083 | 4900018864 | 12/27/2024 | $500.00 |
| 100047825 | EXPRESS | 1002687644 | 4900019211 | 12/31/2024 | $3,112.40 |
| 100047825 | EXPRESS | 1002689368 | 4900019191 | 1/3/2025 | $195.00 |
| 100047825 | EXPRESS | 1002691542 | 4900019757 | 1/6/2025 | $407.43 |
| 100047825 | EXPRESS | 1002691543 | 4900019758 | 1/6/2025 | $334.37 |
| 100047825 | EXPRESS | 1002691544 | 4900019759 | 1/6/2025 | $329.97 |
| 100047825 | EXPRESS | 1002691545 | 4900019760 | 1/6/2025 | $535.00 |
| 100047825 | EXPRESS | 1002691546 | 4900019761 | 1/6/2025 | $328.45 |
| 100047825 | EXPRESS | 1002691627 | 4900019808 | 1/6/2025 | $2,737.78 |
| 100047825 | EXPRESS | 1002691628 | 4900019809 | 1/6/2025 | $500.00 |
| 100047825 | EXPRESS | 1002691529 | 4900019744 | 1/6/2025 | $407.43 |
| 100047825 | EXPRESS | 1002691530 | 4900019745 | 1/6/2025 | $409.37 |
| 100047825 | EXPRESS | 1002691531 | 4900019746 | 1/6/2025 | $260.44 |
| 100047825 | EXPRESS | 1002691532 | 4900019747 | 1/6/2025 | $379.16 |

| | | | | | |
|---|---|---|---|---|---|
| 100047825 | EXPRESS | 1002691533 | 4900019748 | 1/6/2025 | $204.55 |
| 100047825 | EXPRESS | 1002691534 | 4900019749 | 1/6/2025 | $328.45 |
| 100047825 | EXPRESS | 1002691535 | 4900019750 | 1/6/2025 | $349.48 |
| 100047825 | EXPRESS | 1002691536 | 4900019751 | 1/6/2025 | $195.00 |
| 100047825 | EXPRESS | 1002691537 | 4900019752 | 1/6/2025 | $537.50 |
| 100047825 | EXPRESS | 1002691538 | 4900019753 | 1/6/2025 | $334.37 |
| 100047825 | EXPRESS | 1002691539 | 4900019754 | 1/6/2025 | $424.95 |
| 100047825 | EXPRESS | 1002691540 | 4900019755 | 1/6/2025 | $497.89 |
| 100047825 | EXPRESS | 1002691541 | 4900019756 | 1/6/2025 | $407.43 |
| 100047825 | EXPRESS | 1002691902 | 4900019929 | 1/7/2025 | $204.56 |
| 100047825 | EXPRESS | 1002691903 | 4900019930 | 1/7/2025 | $435.67 |
| 100047825 | EXPRESS | 1002691904 | 4900019931 | 1/7/2025 | $215.48 |
| 100047825 | EXPRESS | 1002691905 | 4900019932 | 1/7/2025 | $220.00 |
| 100047825 | EXPRESS | 1002699095 | 4900017992 | 1/13/2025 | $416.88 |
| 100047825 | EXPRESS | 1002699096 | 4900017993 | 1/13/2025 | $3,453.77 |
| 100047825 | EXPRESS | 1002699097 | 4900017994 | 1/13/2025 | $262.25 |
| 100047825 | EXPRESS | 1002699098 | 4900017995 | 1/13/2025 | $662.99 |
| 100047825 | EXPRESS | 1002699099 | 4900017996 | 1/13/2025 | $407.90 |
| 100047825 | EXPRESS | 1002699900 | 4900017997 | 1/13/2025 | $303.42 |
| 100047825 | EXPRESS | 1002699901 | 4900017998 | 1/13/2025 | $402.32 |
| 100047825 | EXPRESS | 1002699902 | 4900017999 | 1/13/2025 | $195.00 |
| 100047825 | EXPRESS | 1002699903 | 4900021100 | 1/13/2025 | $303.42 |
| 100047825 | EXPRESS | 1002699904 | 4900021101 | 1/13/2025 | $303.42 |
| 100047825 | EXPRESS | 1002700155 | 4900021265 | 1/13/2025 | $298.45 |
| 100047825 | EXPRESS | 1002700156 | 4900021266 | 1/13/2025 | $5,382.93 |
| 100047825 | EXPRESS | 1002703200 | 4900020555 | 1/16/2025 | $679.63 |
| | | | | **TOTAL:** | **$123,717.78** |