# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Express, Inc., *et al.*[1] | Case No. 24-10831-KBO |
| Debtors. | Jointly Administered |

## ORDER

Upon consideration of the Request of Roth Bros., Inc., d/b/a Sodexo | Roth ("Sodexo") for Allowance and Payment of Administrative Expense Claim ("Request") and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Sodexo is hereby allowed a Chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of **$123,717.78** which Debtors shall pay within five (5) days following the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.