**CERTIFICATE OF SERVICE**

    I, Jami B. Nimeroff, hereby certify that on this 29th day of January, 2025, I caused a true and correct copy of the foregoing to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom. The document is available for viewing and downloading.

    /s/ Jami B. Nimeroff
    Jami B. Nimeroff