**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**REQUEST FOR ALLOWANCE AND PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM OF MANE ENTERPRISES, INC.**

MANE Enterprises, Inc. ("**MANE Enterprises**"), by and through its counsel, Ruskin Moscou Faltischek, P.C., respectfully submits this request (the "**Administrative Request**"), pursuant to sections 503 and 507 of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order, substantially in the form annexed hereto as **Exhibit A**, authorizing the allowance and payment of the administrative claim asserted against Express BNBS Fashion LLC (n/k/a Project Pine Tropic OldCo, LLC) (the "**Debtor**") in chapter 11 Case No. 24-10840 (KBO), jointly administered with the chapter 11 case filed by Express, Inc. (n/k/a EXP OldCo Winddown, Inc.), Case No. 24-10831 (KBO). In support of this Administrative Request, MANE Enterprises respectfully represents as follows:

**JURISDICTION AND VENUE**

---

[1] The debtors in these chapter 11 cases (collectively, the "**Debtors**"), along with the last four digits of the Debtors' federal tax identification numbers, are: EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

{00040658. }

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

**The Bankruptcy Cases**

2.      On April 22, 2024 (the "**Petition Date**"), Express, Inc. and certain of its affiliates, including the Debtor, filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.

3.      On May 20, 2024, the Court entered an Order (ECF Doc. No. 280) establishing, among other things, July 10, 2024 at 11:59 p.m. (ET) as the general bar date for the filing proofs of claim in the Debtor's case.

**The Proof of Claim**

4.      On July 3, 2024, MANE Enterprises timely filed a proof of claim (Claim No. 965) (the "**Proof of Claim**") against the Debtor in the aggregate amount of $295,052.15 for goods delivered to the Debtor, consisting of: (a) in part, an administrative expense claim under Bankruptcy Code § 503(b)(9) in the amount of $61,938.30; and (b) in part, an unsecured claim in the amount of $233,113.85. A true and correct copy of the Proof of Claim is attached hereto as **Exhibit B**.

**MANE Enterprises' Administrative Claim**

5.      MANE Enterprises manufactures certain textile goods (the "**Goods**") and delivers them to the Debtor for future resale.

6. During the twenty (20) day period prior to the Petition Date, MANE Enterprises delivered Goods to the Debtor in the ordinary course of the Debtor's business valued at $61,938.30.

7. Consistent with the Proof of Claim and supporting documents filed in connection therewith, annexed hereto as **Exhibit B**, MANE Enterprises' administrative claim against the Debtor totals $61,938.30.

## RELIEF REQUESTED

8. By this Administrative Request, MANE Enterprises seeks entry of an order, substantially in the form annexed hereto as **Exhibit A**, authorizing the allowance and payment of MANE Enterprises' administrative claim against the Debtor in the total amount of $61,938.30.

## BASIS FOR RELIEF REQUESTED

9. Bankruptcy Code § 503 provides that, after notice and a hearing, creditors are entitled to the allowance of administrative claims, including the value of any goods received by the debtor in the ordinary course within twenty (20) days before commencement of the debtor's bankruptcy case. 11 U.S.C. § 503(b)(9).

10. For the purposes of such claims, "goods" means "all things (including specially manufactured goods) which are movable at the time of identification to the contract for sale." *In re Goody's Family Clothing Inc.*, 401 B.R. 131, 134 (Bankr. D. Del. 2009) (adopting the same definition of "goods" as that set forth in Article 2 of the Uniform Commercial Code). And in the Third Circuit, receipt occurs when the debtor takes physical possession of such goods. *In re World Imports, Ltd.*, 862 F.3d 338, 346 (3d Cir. 2017).

11. Here, MANE Enterprises is entitled to allowance of its administrative claim under Bankruptcy Code § 503(b)(9).

12. During the twenty (20) day period prior to the Petition Date, MANE Enterprises delivered Goods valued at $61,938.30 to the Debtor pursuant to orders placed by the Debtor in the normal course of the Debtor's business.

13. The Debtor received the subject Goods into its physical possession during the applicable twenty (20) day period, as evidenced by the purchase orders, invoices, and proofs of delivery attached hereto as **Exhibit B**.

## CONCLUSION

MANE Enterprises respectfully submits that for the reasons set forth in this Administrative Request, MANE Enterprises is entitled to allowance and payment of its administrative claim against the Debtor, consisting of an administrative expense claim under Bankruptcy Code § 503(b)(9) in the amount of $61,938.30.

[*Remainder of space intentionally left blank*]

**WHEREFORE**, MANE Enterprises respectfully requests this Court enter an order, substantially in the form annexed hereto as **Exhibit A**, allowing its administrative expense claim against the Debtor in the total amount of not less than $61,938.30, together with such other and further relief as this Court deems just and proper.

Dated: January 29, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: /s/ *Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

Sheryl P. Giugliano *(pro hac vice pending)*
**RUSKIN MOSCOU FALTISCHEK, P.C.**
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Telephone: 516-663-6600
sgiugliano@rmfpc.com

*Counsel to MANE Enterprises, Inc.,*