# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF MANE ENTERPRISES, INC.**

Upon the request (the "**Administrative Request**") of MANE Enterprises, Inc. ("**MANE Enterprises**") for allowance and payment of the administrative claim asserted against Express BNBS Fashion LLC (n/k/a Project Pine Tropic OldCo, LLC) (the "**Debtor**") in chapter 11 Case No. 24-10840 (KBO), which is jointly administered with the chapter 11 case filed by Express, Inc. (n/k/a EXP OldCo Winddown, Inc.), Case No. 24-10831 (KBO); and this Court having found that the Administrative Request is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Administrative Request in this district is proper 28 U.S.C. §§ 1408 and 1409; and this Court having found that MANE Enterprises provided adequate and sufficient notice of the Administrative Request under the circumstances and no further notice is need be given; and the Court having determined that the legal and factual bases set forth in the Administrative Request establish sufficient cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT:**

---

[1] The debtors in these chapter 11 cases (collectively, the "**Debtors**"), along with the last four digits of the Debtors' federal tax identification numbers, are: EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Windown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

1. The Administrative Request is **GRANTED** in its entirety.

2. Pursuant to 11 U.S.C. § 503(b)(9), MANE Enterprises is hereby allowed an administrative expense claim against the Debtor in the amount of $61,938.30 (the "**Allowed Administrative Expense Claim**");

3. The Debtor is authorized and directed to remit the Allowed Administrative Expense Claim to MANE Enterprises within three (3) business days of the date of entry of this Order on the docket of the Debtor's bankruptcy case;

4. To the extent the Administrative Request is inconsistent with this Order, the terms of this Order shall govern;

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry;

6. MANE Enterprises is hereby authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Administrative Request; and

7. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.