# EXHIBIT B

## Fill in this information to identify the case:

**Name of Debtor & Case Number:**

- ☐ Express, Inc. (Case No. 24-10831)
- ☐ Express Topco LLC (Case No. 24-10832)
- ☐ Express Holding, LLC (Case No. 24-10833)
- ☐ Express Finance Corp. (Case No. 24-10834)
- ☐ Express, LLC (Case No. 24-10835)
- ☐ Express Fashion Investments, LLC (Case No. 24-10836)

- ☐ Express Fashion Logistics, LLC (Case No. 24-10837)
- ☐ Express Fashion Operations, LLC (Case No. 24-10838)
- ☐ Express GC, LLC (Case No. 24-10839)
- ☐ Express BNBS Fashion, LLC (Case No. 24-10840)
- ☐ UW, LLC (Case No. 24-10841)
- ☐ Express Fashion Digital Services Costa Rica, S.R.L. (Case No. 24-10842)

**United States Bankruptcy Court for the District of Delaware**

Official Form 410

# Proof of Claim

**Date Stamp Copy Returned**

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

MANE Enterprises, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**STRETTO**

JUL 0 3 2024

**RECEIVED**

Where should notices to the creditor be sent?

RMF PC, Attn: S. Giugliano
Name

E. Tower, 15th Flr, 1425 RXR Plaza
Number     Street

Uniondale, NY 11556
City          State          ZIP Code

Contact phone  516-663-6600

Contact email  sgiugliano@rmfpc.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City          State          ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on ____/____/____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____



127030703243000000021

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ See Rider. . Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See Rider.

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Official Form 410            **Proof of Claim**            page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
|---|---|---|
| | ☒ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,3 0* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $1 ,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $  **See Rider.** |

\* Amounts are subject to adjustment on 4/01/2  and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/26/2024
    MM  /  DD  /  YYYY

*Signature:* Will Mawo

Print the name of the person who is completing and signing this claim:

| Name | **Bill** | | **Mountain** |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Chief Executive Officer | | |
| Company | MANE Enterprises, Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 226 Old Kingston Road | | |
| | Number     Street | | |
| | New Paltz, NY 12561 | | |
| | City | State | ZIP Code |
| Contact phone | 203-984-3752 | Email | bill@maneneckwear.com |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

In re:                                    Chapter 11

EXPRESS, INC., *et al.*,[1]                Case No. 24-10831 (KBO)

                                          (Jointly Administered)

                    Debtors.

----------------------------------------------------------------x

## RIDER TO PROOF OF CLAIM OF MANE ENTERPRISES, INC.

1.  Basis for Claim

    a.  This proof of claim (the "**Proof of Claim**") is asserted by MANE Enterprises, Inc. (the "**Claimant**") against Express BNBS Fashion, LLC (the "**Debtor**"), in Chapter 11 Case No. 24-10840 (KBO) (the "**Bankruptcy Case**"), which is jointly administered with the chapter 11 case filed by Express, Inc., Case No. 24-10831(KBO).

    b.  This Proof of Claim arises from amounts owed to Claimant for goods delivered to the Debtor.

2.  Background.

    a.  Claimant delivers certain textile goods (the "**Goods**") to the Debtor for future resale.

    b.  Claimant is owed in the aggregate $295,052.15 for Goods delivered to the Debtor.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

    c.  On April 22, 2024 (the "**Petition Date**"), Express, Inc. and certain of its affiliates, including the Debtor, filed voluntary petitions under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") with the U.S. Bankruptcy Court for the District of Delaware.

3.  Amount of Claim.

    a.  As of the Petition Date, Claimant is owed the amount of $61,938.30 for Goods delivered to the Debtor within twenty (20) days of the Petition Date; and

    b.  As of the Petition Date, Claimant is owed $233,113.85 for Goods delivered to the Debtor prior to April 2, 2024 – *i.e.,* prior to twenty (20) days before the Petition Date.

    c.  Claimant reserves its right to amend this Proof of Claim to assert additional claims it may hold, and to assert a different classification or amount of the Proof of Claim.

4.  Classification of Claim.

    The Proof of Claim is asserted: (a) in part as an administrative expense claim under Bankruptcy Code section 503(b)(9) for Goods delivered within twenty (20) days of the Petition Date; and (b) in part as an unsecured claim. Claimant reserves the right to amend this Proof of Claim to assert a different or additional classification of claims, as well as claims against different or additional debtors.

5.  Credits and Setoffs.

    As of the date of this Proof of Claim, Claimant has not received any payments to reduce the amount set forth herein.

6.  Supporting Documents.

    The documents supporting the Proof of Claim are annexed hereto as Exhibit A.

7. <u>Reservation of Rights</u>.

Claimant reserves the right to amend or supplement this Proof of Claim to reflect any additional claims against the Debtor or any of its debtor affiliates, to specify interest, costs, expenses, or other charges or claims incurred by Claimant and to file additional claims which may be based on the same or additional documents.

8. <u>No Waiver</u>.

This Proof of Claim is filed to protect Claimant from forfeiture of the Proof of Claim.  The filing of this Proof of Claim is not: (a) a waiver or release of Claimant's rights against any person, entity, or property including but not limited to the Debtor or its debtor affiliates in their jointly administered chapter 11 cases; (b) a consent by Claimant to the jurisdiction of the United States Bankruptcy Court for the District of Delaware with respect to the subject matter of the Proof of Claim or any objection or other proceeding commenced in the Debtor's chapter 11 case against or otherwise involving Claimant; (c) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of the United States Bankruptcy Court for the District of Delaware; (d) an election of remedy; (e) a waiver of any rights or claims Claimant has against the Debtor or any of its debtor affiliates in their jointly administered chapter 11 cases or any person or entity with respect to any pending or future litigation or to any matters related to such litigation; or (f) a waiver of past, present, or future defaults or events of default.

*[remaining space intentionally left blank]*

9.  Notices.

    All notices to Claimant should be sent to:

Ruskin Moscou Faltischek, PC
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
Attn: Sheryl P. Giugliano
sgiugliano@rmfpc.com

**BOL NUMBER: NAD1614296**

### STRAIGHT BILL OF LADING_SHORT FORM-ORIGINAL-Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of lading set forth (1) in Uniform Freight Classification in effect on the data hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | DESTINATION: |
|---|---|
| Mongru Menswear<br>1010 44th Avenue Floor 2<br>LONG ISLAND CITY, NY 11101<br>USA | Bonobos c/o Cart.com<br>1000 John Galt Way<br>BURLINGTON, NJ 08016<br>USA |

**RIST** *the* CARRIER *of* CHOICE  **9604302**

| Contact Name:<br>Max | Phone:<br>718-706-0406 | Email: | Contact Name:<br>Marisol Rivera | Phone:<br>609-733-5417 | Email: |
|---|---|---|---|---|---|

**Shipper's Reference(s):** 106018

**PO Number(s):** 106018

| Terminal:<br>CARLSTADT | Terminal Phone:<br>877-747-8585 | Terminal Fax:<br>315-781-2845 | Terminal:<br>CINNAMINSON | Terminal Phone:<br>877-747-8585 | Terminal Fax:<br>315-781-2845 |
|---|---|---|---|---|---|

**Pickup Instructions:** LIFT GATE NEEDED call Max upon arrival - 718-706-0406

**Delivery Instructions:** LIFT GATE NEEDED Contact: Marisol Rivera / Gerard Johnson / Elizabeth Dy 609-733-5417 Marisol.Rivera@cart.com; c-elizabeth.dy@cart.com; gerard.johnson@cart.com

**CARRIER/ROUTE:** RIST Transport (Howards)
**SHIPMENT DATE:** 09/21/2023
Avaliable for pickup between 09:00 and 16:00
**ACCESSORIALS:** LIFT-GATE DELIVERY LIFT-GATE PICKUP
**QUOTE NUMBER:**

**BILL FREIGHT CHARGE(S) TO:**
Logistics Plus
1355 Windward Concourse
Suite 205
Alpharetta, GA 30005

| QUANTITY | DESCRIPTION AND IDENTIFICATION OF ARTICLES | HM (✓) | WEIGHT (lb) | CLASS/RATE |
|---|---|---|---|---|
| **PALLET(S):** 1  **STC #:**<br>(1) 48.00 x 40.00 x 40.00 in. | clothing, retail supply | | 578.00 | 85 |
| **NMFC #:** 49880.08 | | | | |
| | | Total: | 578.00 | |

**General Notes:**

**Critical Notes:**

Original Bill of Lading created by: Tiffany Reiner

Received in Apparent good Order (Except as Noted) The Goods Described Herein.

# pieces _____ Driver_____ Division_____ Date_____

### SHIPPER CERTIFICATION
This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Per _____ Date _____

**PLACE PRO LABEL HERE**

Ronald A Ellis - 29501
Mobay Trucking, LLC
RIST TRANSPORT LTD.

SUBJECT TO SECTION 7: If this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement. *"The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges."*

_____
Shipper/Consignor Signature

If you have any questions, please call ROAR Logistics at 888-292-7627. Any additional accessorials not requested on the original BOL must be authorized prior to service by Logistics Plus @ 866-335-7623 or Any additional accessorials not requested on the original BOL must be authorized prior to service by Logistics Plus @ 866-335-7623 or NADOPS@logisticsplus.net.

If you have any questions or if requested pick up cannot be made for any reason, please call Logistics Plus at 866-335-7623.
*** eShipPlus TMS 4.34.0.1 - 2023-09-21 09:10:25 ***

1 Skid
01/22/23

# Shipment Trace & Tracking Options

You should know the "what, where and when" during each stage of the shipping process. OD offers several tools to track your shipments or display OD tracking information for customers via your systems.

Enter up to 25 Tracking Numbers to review your shipment. Separate each number by a comma or enter one number per line.

For support, please **email** or call customer service at **1-800-235-5569**.

**Track Shipment By**

Search by PRO Number

---

Expand All

---

| Pro # | Status |
|---|---|
| 07907328111 | Delivery Confirmed |

**Estimated Delivery**

Shipment Type
Standard LTL

Origin SVC
BKN

Shipper
JAMAICA, NY 11434

**Destination SVC**
LOU

Consignee
LOUISVILLE, KY
40258

Details



In Transit

Out for Delivery

Delivered

Appointment Scheduled
01-16-2024
09:00 am - 04:00 pm

Pieces
2

Total Weight
756 Pounds

Signature
RAY

PO#

BOL#
706788

Picked Up
01-12-2024 at 11:53 am EST

Arrived Origin SVC
01-12-2024 at 02:28 pm EST

Departed Origin SVC
01-12-2024 at 11:05 pm EST

Arrived Destination SVC
01-16-2024 at 06:44 am EST

Delivery Date
01-16-2024 at 11:19 am EST



### Log in for Advanced Trace Options

Access more ways to track your shipment when you log into odfl.com. Seach by PRO, BOL, PO, LOAD and Pickup numbers.

Track / Trace Shipments →



### Track and Trace with Shipping API Integrations

For domestic or global shipments, customers can utilize OD's Shipping API Integrations to rate, schedule, trace and more from their own systems. Using open standards, OD's Shipping API Integrations are hardware, programming language and OS agnostic.

Download API Guides & WSDLs →

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| INVOICE NO. | 59243 |
|---|---|
| DATE | 4/4/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
RADIAL FULFILLMENT - BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40628

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106720 | NET 30 | JAGRO | 706862 | 11 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | P6253 | Lavender Chevron | 151 | $23.00 | **$3,473.00** |
| BTE11128X | B6251 | Liberty - Daydream Meadow | 101 | $17.71 | **$1,788.71** |
| BTE11128X | G6249 | Bordeta Floral C13 | 187 | $25.31 | **$4,732.97** |
| BTE11128X | B6248 | Lt Solid Blue | 182 | $21.74 | **$3,956.68** |
| BTE11128X | G6247 | Liberty - Dreams Of Summer | 156 | $17.71 | **$2,762.76** |
| BTE11128X | B6270 | Mini Blue Floral Print | 168 | $31.80 | **$5,342.40** |
| BTE11128X | B6271 | Lt. Blue & Ivory Stripe | 148 | $28.21 | **$4,175.08** |
| BTE11128X | B6272 | Mister Pineapple V2 C45 | 134 | $28.77 | **$3,855.18** |
| BTE11128X | P6268 | Pink Seersucker | 85 | $28.26 | **$2,402.10** |
| BTE11128X | P6267 | Purple Floral | 117 | $29.21 | **$3,417.57** |
| BTE11128X | P6269 | Light Blue - Purple Stripe | 85 | $27.84 | **$2,366.40** |

| | TOTAL DUE | $38,272.85 |
|---|---|---|

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 59244 |
| **DATE** | 4/4/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
RADIAL FULFILLMENT - BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40628

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106725 | NET 30 | JAGRO | 706862 | 11 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | P6253 | Lavender Chevron | 65 | $23.00 | **$1,495.00** |
| BTE11128X | B6251 | Liberty - Daydream Meadow | 65 | $17.71 | **$1,151.15** |
| BTE11128X | G6249 | Bordeta Floral C13 | 65 | $25.31 | **$1,645.15** |
| BTE11128X | B6248 | Lt Solid Blue | 65 | $21.74 | **$1,413.10** |
| BTE11128X | G6247 | Liberty - Dreams Of Summer | 65 | $17.71 | **$1,151.15** |
| BTE11128X | B6270 | Mini Blue Floral Print | 65 | $31.80 | **$2,067.00** |
| BTE11128X | B6271 | Lt. Blue & Ivory Stripe | 65 | $28.21 | **$1,833.65** |
| BTE11128X | B6272 | Mister Pineapple V2 C45 | 65 | $28.77 | **$1,870.05** |
| BTE11128X | P6268 | Pink Seersucker | 65 | $28.26 | **$1,836.90** |
| BTE11128X | P6267 | Purple Floral | 65 | $29.21 | **$1,898.65** |
| BTE11128X | P6269 | Light Blue - Purple Stripe | 65 | $27.84 | **$1,809.60** |

| | |
|---|---|
| TOTAL DUE | $18,171.40 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

INVOICE NO.    59245
DATE    4/4/2024

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
RADIAL FULFILLMENT - BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40628

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106724 | NET 30 | JAGRO | 706862 | 3 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11148X | G6275 | GARDEN VIEW POCKET SQUARE | 65 | $12.05 | **$783.25** |
| BTE11148X | B6274 | PARROT PARADISE POCKET SQUARE C37 | 65 | $12.05 | **$783.25** |
| BTE11148X | P6268 | Pink Seersucker | 65 | $13.25 | **$861.25** |

**TOTAL DUE**    **$2,427.75**

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 59246 |
| **DATE** | 4/4/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
RADIAL FULFILLMENT - BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40628

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106722 | NET 30 | JAGRO | 706862 | 3 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11148X | G6275 | GARDEN VIEW POCKET SQUARE | 81 | $12.05 | **$976.05** |
| BTE11148X | B6274 | PARROT PARADISE POCKET SQUARE C37 | 80 | $12.05 | **$964.00** |
| BTE11148X | P6268 | Pink Seersucker | 85 | $13.25 | **$1,126.25** |

| | |
|---|---|
| **TOTAL DUE** | **$3,066.30** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# M.A.N.E. ENTERPRISES INC

## A/R Aging Detail

As of June 25, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|
| 91 or more days past due | | | | | | |
| 03/30/2022 | Credit Memo | 55499 | Bonobos | 03/30/2022 | 899.99 | 899.99 |
| 06/30/2023 | Invoice | 58272 | Bonobos | 07/30/2023 | 1,196.79 | 1,196.79 |
| 09/25/2023 | Invoice | 58445 | Bonobos | 10/25/2023 | 58,511.00 | 58,511.00 |
| 10/05/2023 | Invoice | 58463 | Bonobos | 11/04/2023 | 5,183.99 | 5,183.99 |
| 11/10/2023 | Invoice | 58515 | Bonobos | 12/10/2023 | 20,084.85 | 20,084.85 |
| 01/11/2024 | Invoice | 59044 | Bonobos | 02/10/2024 | 775.72 | 775.72 |
| 01/11/2024 | Invoice | 59042 | Bonobos | 02/10/2024 | 3,614.65 | 3,614.65 |
| 01/11/2024 | Invoice | 59043 | Bonobos | 02/10/2024 | 4,183.47 | 4,183.47 |
| 01/11/2024 | Invoice | 59039 | Bonobos | 02/10/2024 | 4,390.18 | 4,390.18 |
| 01/11/2024 | Invoice | 59036 | Bonobos | 02/10/2024 | 5,713.40 | 5,713.40 |
| 01/11/2024 | Invoice | 59035 | Bonobos | 02/10/2024 | 7,188.34 | 7,188.34 |
| 01/11/2024 | Invoice | 59038 | Bonobos | 02/10/2024 | 9,151.90 | 9,151.90 |
| 01/11/2024 | Invoice | 59041 | Bonobos | 02/10/2024 | 21,687.75 | 21,687.75 |
| 01/11/2024 | Invoice | 59040 | Bonobos | 02/10/2024 | 77,753.94 | 77,753.94 |
| 01/31/2024 | Invoice | 59053 | Bonobos | 03/01/2024 | 4,036.56 | 4,036.56 |
| Total for 91 or more days past due | | | | | $222,572.55 | $222,572.55 |
| 61 - 90 days past due | | | | | | |
| 03/12/2024 | Invoice | 59213 | Bonobos | 04/11/2024 | 4,275.50 | 4,275.50 |
| 03/12/2024 | Invoice | 59212 | Bonobos | 04/11/2024 | 5,631.78 | 5,631.78 |
| 03/18/2024 | Invoice | 59221 | Bonobos | 04/17/2024 | 634.02 | 634.02 |
| Total for 61 - 90 days past due | | | | | $10,541.30 | $10,541.30 |

# INVOICE

## MANE ENTERPRISES
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| INVOICE NO. | 58272 |
| DATE | 6/30/2023 |

**TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

**SHIP TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| FL23 PHOTO, TOP, MARKETING SMPS | NET 30 | UPS | 1Z67V7F10398974159 | 1 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | G5480 | Moon Flower (Green Liberty Floral) | 3 | $17.71 | $53.13 |
| BTE11128X | N5469 | Blue Stripe | 3 | $26.64 | $79.92 |
| BTE11128X | G5475 | Solid Grey | 3 | $24.64 | $73.92 |
| BTE11128X | B5481 | Blue Texture | 3 | $23.91 | $71.73 |
| BTE11128X | N5470 | Florence May (Blue Red Yellow Liberty Floral) | 3 | $17.71 | $53.13 |
| BTE11128X | N5473 | Blue White Stripe | 3 | $21.39 | $64.17 |
| BTE11128X | G5474 | Mint Petra Floral (In House) | 3 | $24.68 | $74.04 |
| BTE11128X | G5472 | Solid Dark Green | 3 | $23.91 | $71.73 |
| BTE11128X | G5479 | Green Foulard | 3 | $25.31 | $75.93 |
| BTE11128X | P5483 | Purple Micro Dots | 3 | $25.56 | $76.68 |
| BTE11128X | B5482 | Tan Liberty Floral | 3 | $17.71 | $53.13 |
| BTE11128X | R5478 | Solid Burgundy | 3 | $22.43 | $67.29 |
| BTE11128X | R5484 | Burgundy Dot | 3 | $29.82 | $89.46 |
| BTE11128X | N5468 | Navy Yellow Floral (In House) | 3 | $24.68 | $74.04 |
| BTE11128X | N5471 | Rainstorm (In House) | 3 | $28.15 | $84.45 |
| BTE11128X | B5477 | Blue Donegal | 3 | $22.34 | $67.02 |
| BTE11128X | B5476 | Charcoal Donegal | 3 | $22.34 | $67.02 |
| | | | 51 | TOTAL DUE | $1,196.79 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 58445 |
| **DATE** | 9/25/2023 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
FB FLURRY - BONOBOS
1000 JOHN GALT WAY
BURLINGTON, NJ 08016

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106018 | NET 30 | RIST TRANSPORT | NAD1614296 | 14 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | O5495 | Devonshire Berry (Orange Liberty Floral) | 226 | $17.71 | **$4,002.46** |
| BTE11128X | G5486 | Green Leopard Floral | 246 | $33.11 | **$8,145.06** |
| BTE11128X | N5494 | Evie Rose (Navy Liberty Floral) | 296 | $17.71 | **$5,242.16** |
| BTE11128X | B5496 | Blue Blue Floral | 302 | $28.59 | **$8,634.18** |
| BTE11128X | B5497 | Blue Silver Stripe | 231 | $26.55 | **$6,133.05** |
| BTE11128X | B5491 | Betsy Shadow (Mod Liberty Floral) | 132 | $17.71 | **$2,337.72** |
| BTE11128X | P5485 | Blue Purple Leopard Dot | 219 | $30.97 | **$6,782.43** |
| BTE11128X | N5488 | Navy Blue Floral (In House) | 270 | $24.68 | **$6,663.60** |
| BTE11128X | N5489 | Tartan | 168 | $24.68 | **$4,146.24** |
| BTE11128X | N5487 | Solid Bright Navy | 283 | $22.70 | **$6,424.10** |
| | | | | **TOTAL DUE** | **$58,511.00** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | | |
|---|---|---|
| INVOICE NO. | | 58463 |
| DATE | | 10/5/2023 |

**TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

**SHIP TO**
FB FLURRY - BONOBOS
1000 JOHN GALT WAY
BURLINGTON, NJ 08016

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106024 | NET 30 | UPS | 1Z67V7F10342658668 | 3 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11148X | O5490 | Orange Floral PS | 127 | $12.05 | **$1,530.35** |
| BTE11148X | G5492 | Green Black Floral PS | 144 | $12.05 | **$1,735.20** |
| BTE11148X | B5493 | Yeti PS | 146 | $13.14 | **$1,918.44** |
| | | | | TOTAL DUE | **$5,183.99** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| INVOICE NO. | 58515 |
| DATE | 11/9/2023 |

**TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

**SHIP TO**
FB FLURRY - BONOBOS
1000 JOHN GALT WAY
BURLINGTON, NJ 08016

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106507 | NET 30 | UPS | 1Z67V7F10340411338 | 4 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11122X | BK524 | BLACK SOLID MOGADOR TIE | 507 | $30.49 | **$15,458.43** |
| BTE11122X | BL867 | CHAMBRAY TIE BLUE | 183 | $15.74 | **$2,880.42** |
| BTE11122X | BLF12 | LINEN SOLID TIE NAVY | 100 | $17.46 | **$1,746.00** |
| | | | | TOTAL DUE | $20,084.85 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| INVOICE NO. | 59044 |
| DATE | 1/12/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| SP24 PHOTO SAMPLES | NET 30 | UPS | 1Z67V7F10340715260, 1Z67V7F10340298024 | 2 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | B6254 | Liberty - Elizabeth | 2 | $17.70 | $35.40 |
| BTE11128X | B6258 | Blue Stripe Floral | 2 | $27.29 | $54.58 |
| BTE11128X | B6260 | Avenida Floal V3 C63 | 2 | $26.59 | $53.18 |
| BTE11128X | B6261 | Multi Blue Floral | 2 | $26.74 | $53.48 |
| BTE11128X | B6262 | Solid Blue Jacquard | 2 | $26.59 | $53.18 |
| BTE11128X | B6266 | Liberty - Mista Valeria | 2 | $17.71 | $35.42 |
| BTE11148X | B6273 | TROPICAL GARDEN POCKET SQAURE C6 | 2 | $12.05 | $24.10 |
| BTE11128X | B6276 | Indigo Jacquard | 2 | $23.94 | $47.88 |
| BTE11128X | G6252 | Knit Tie - Dark Forest (Olive) | 2 | $30.50 | $61.00 |
| BTE11128X | G6264 | Green Diamond Blue | 2 | $22.80 | $45.60 |
| BTE11128X | G6265 | Liberty - Lucky John | 2 | $17.71 | $35.42 |
| BTE11128X | N6255 | Red Navy White Stripe | 2 | $26.19 | $52.38 |
| BTE11128X | N6256 | Silver Navy Stripe | 2 | $25.67 | $51.34 |
| BTE11128X | P6263 | Pink Jacquard | 2 | $25.11 | $50.22 |
| BTE11148X | W6277 | Tipped - White / Blue | 2 | $14.52 | $29.04 |
| BTE11148X | W6278 | Tipped - White / Pink | 2 | $14.52 | $29.04 |
| BTE11148X | W6279 | Tipped - White / Mint | 2 | $14.52 | $29.04 |
| BTE11128X | Y6259 | Liberty - Inky Fields | 2 | $17.71 | $35.42 |
| | | | 36 | TOTAL DUE | $775.72 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES

226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| INVOICE NO. | 59042 |
| DATE | 1/11/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106723 | NET 30 | JAGRO | 706788 | 4 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11148X | B6273 | TROPICAL GARDEN POCKET SQ | 65 | $12.05 | **$783.25** |
| BTE11148X | W6277 | Tipped - White / Blue | 65 | $14.52 | **$943.80** |
| BTE11148X | W6278 | Tipped - White / Pink | 65 | $14.52 | **$943.80** |
| BTE11148X | W6279 | Tipped - White / Mint | 65 | $14.52 | **$943.80** |
| | | | | **TOTAL DUE** | **$3,614.65** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES

226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 59043 |
| **DATE** | 1/11/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106721 | NET 30 | JAGRO | 706788 | 4 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11148X | B6273 | TROPICAL GARDEN POCKET SQ | 111 | $12.05 | **$1,337.55** |
| BTE11148X | W6277 | Tipped - White / Blue | 56 | $14.52 | **$813.12** |
| BTE11148X | W6278 | Tipped - White / Pink | 53 | $14.52 | **$769.56** |
| BTE11148X | W6279 | Tipped - White / Mint | 87 | $14.52 | **$1,263.24** |
| | | | | **TOTAL DUE** | **$4,183.47** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 59039 |
| **DATE** | 1/11/2024 |

**TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

**SHIP TO**
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106508 | NET 30 | JAGRO | 706788 | 1 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11147X | BK524 | BLACK MOGADOR BOW | 227 | $19.34 | **$4,390.18** |
| | | | | **TOTAL DUE** | $4,390.18 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 59036 |
| **DATE** | 1/11/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106510 | NET 30 | JAGRO | 706788 | 1 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11121X | BK163 | SATIN TUXEDO BOWTIE | 770 | $7.42 | **$5,713.40** |
| | | | | TOTAL DUE | $5,713.40 |

Wire Transfer Information:

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**

226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | | | |
|---|---|---|---|
| | | INVOICE NO. | 59035 |
| | | DATE | 1/11/2024 |

**TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

**SHIP TO**
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106509 | NET 30 | JAGRO | 706788 | 2 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11148X | WT001 | Solid Linen Pocket Square | 282 | $10.37 | **$2,924.34** |
| BTE11148X | WT259 | Solid Twill Pocket Square | 400 | $10.66 | **$4,264.00** |
| | | | | TOTAL DUE | **$7,188.34** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | | |
|---|---|---|
| INVOICE NO. | | 59038 |
| DATE | | 1/11/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106507 | NET 30 | JAGRO | 706788 | 3 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11122X | N2662 | Premium Necktie | 285 | $9.20 | **$2,622.00** |
| BTE11122X | BK163 | Satin Tuxedo Necktie | 242 | $9.20 | **$2,226.40** |
| BTE11122X | BLZ87 | Premium Necktie | 150 | $28.69 | **$4,303.50** |
| | | | | **TOTAL DUE** | **$9,151.90** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES

226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | | |
|---|---|---|
| INVOICE NO. | | 59041 |
| DATE | | 1/11/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106726 | NET 30 | JAGRO | 706788 | 14 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | B6254 | ELIZABETH | 65 | $17.70 | $1,150.50 |
| BTE11128X | B6258 | BLUE STRIPE FLORAL | 65 | $27.29 | $1,773.85 |
| BTE11128X | B6260 | AVENIDA FLORAL | 65 | $26.59 | $1,728.35 |
| BTE11128X | B6261 | MULTI BLUE FLORAL | 65 | $26.74 | $1,738.10 |
| BTE11128X | B6262 | SOLID BLUE JACQUARD | 65 | $26.59 | $1,728.35 |
| BTE11128X | B6266 | MIST VALERIA | 65 | $17.71 | $1,151.15 |
| BTE11128X | B6276 | INDIGO JACQUARD | 65 | $23.94 | $1,556.10 |
| BTE11128X | G6252 | KNIT OLIVE | 68 | $30.50 | $2,074.00 |
| BTE11128X | G6264 | GREEN DIAMOND BLUE | 65 | $22.80 | $1,482.00 |
| BTE11128X | G6265 | LUCKY JOHN | 65 | $17.71 | $1,151.15 |
| BTE11128X | N6255 | RED NAVY WHITE STRIPE | 65 | $26.19 | $1,702.35 |
| BTE11128X | N6256 | SILVER NAVY STRIPE | 65 | $25.67 | $1,668.55 |
| BTE11128X | P6263 | PINK JACQUARD | 65 | $25.11 | $1,632.15 |
| BTE11128X | Y6259 | INKY FIELDS | 65 | $17.71 | $1,151.15 |
| | | | | TOTAL DUE | $21,687.75 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | | |
|---|---|---|
| **INVOICE NO.** | 59040 | |
| **DATE** | 1/11/2024 | |

**TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

**SHIP TO**
BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40258

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106717 | NET 30 | JAGRO | 706788 | 17 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | B6254 | ELIZABETH | 175 | $17.70 | $3,097.50 |
| BTE11128X | B6258 | BLUE STRIPE FLORAL | 218 | $27.29 | $5,949.22 |
| BTE11128X | B6260 | AVENIDA FLORAL | 227 | $26.59 | $6,035.93 |
| BTE11128X | B6261 | MULTI BLUE FLORAL | 277 | $26.74 | $7,406.98 |
| BTE11128X | B6262 | SOLID BLUE JACQUARD | 371 | $26.59 | $9,864.89 |
| BTE11128X | B6266 | MIST VALERIA | 392 | $17.71 | $6,942.32 |
| BTE11128X | B6276 | INDIGO JACQUARD | 161 | $23.94 | $3,854.34 |
| BTE11128X | G6252 | KNIT OLIVE | 154 | $30.50 | $4,697.00 |
| BTE11128X | G6264 | GREEN DIAMOND BLUE | 266 | $22.80 | $6,064.80 |
| BTE11128X | G6265 | LUCKY JOHN | 411 | $17.71 | $7,278.81 |
| BTE11128X | N6255 | RED NAVY WHITE STRIPE | 137 | $26.19 | $3,588.03 |
| BTE11128X | N6256 | SILVER NAVY STRIPE | 163 | $25.67 | $4,184.21 |
| BTE11128X | P6263 | PINK JACQUARD | 276 | $25.11 | $6,930.36 |
| BTE11128X | Y6259 | INKY FIELDS | 105 | $17.71 | $1,859.55 |
| | | | | **TOTAL DUE** | **$77,753.94** |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES

226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 59053 |
| **DATE** | 1/31/2024 |

**TO**
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

**SHIP TO**
FB FLURRY - BONOBOS
1000 JOHN GALT WAY
BURLINGTON, NJ 08016

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|-----|---------------|----------|-----------|---------|
| 106721 | NET 30 | ups | 1Z67V7F10341652951 | 1 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|--------------|------------|-------------|----------|-------|-------|
| BTE11148X | W6277 | Tipped - White / Blue | 101 | $14.52 | **$1,466.52** |
| BTE11148X | W6278 | Tipped - White / Pink | 111 | $14.52 | **$1,611.72** |
| BTE11148X | W6279 | Tipped - White / Mint | 66 | $14.52 | **$958.32** |

| | | | | TOTAL DUE | $4,036.56 |
|---|---|---|---|---|---|

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES

226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| INVOICE NO. | 59213 |
| DATE | 3/12/2024 |

**TO**
BONOBOS
111 5TH AVE 4TH FL
NEW YORK, NY 10003

**SHIP TO**
BONOBOS
111 5TH AVE 4TH FL
NEW YORK, NY 10003

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| FL24 SAMPLE FABRIC | NET 30 | UPS | 1z1099050352010201, 1Z1099050353126086 | 2 |

| MILL | ART CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| Stephen Walters | D90259 113  C01 | Navy Foulard | 2 | $74.46 | **$148.92** |
| Classico Seta | STS85443 COL. 14 | Navy Mustard Stripe | 1.09 | $61.00 | **$66.49** |
| Stephen Walters | S43338 103 C01 4648H DIS. 530103 | Navy Heritage Stripe | 1.7 | $52.93 | **$89.98** |
| Canepa | COL 011 | Chocolate Brown Solid | 1.9 | $33.67 | **$63.97** |
| Stephen Walters | D98815 105 C01 ART. IN373 DIS. | Navy Yellow-Blue Stripe | 2.00 | $74.46 | **$148.92** |
| Canepa | 53866o COL 005 ART. 1149 DIS. | Brown Paisley Jacquard | 1.90 | $42.64 | **$81.02** |
| Canepa | 385422 COL 166 ART. 1684E DIS. | Chocolate Purple Stripe | 2.00 | $33.28 | **$66.56** |
| Canepa | 525039 COL 117 ART. 3J448 DIS. | Chocolate Pink Foulard | 2.00 | $35.10 | **$70.20** |
| Canepa | 470730 COL 003 STS75789 100152 | Burgundy Geo Floral | 1.90 | $38.35 | **$72.87** |
| Classico Seta | COL. 402 ART. 4686H DIS. | Navy Tile Jacquard | 1.09 | $67.00 | **$73.03** |
| Canepa | 535269 COL 004 | Burgundy Nep Stripe | 1.00 | $95.16 | **$95.16** |
| Liberty | ART. 03634249B | Lily Jane | 1.00 | $17.10 | **$17.10** |
| Liberty | ART. 03632202A | Tou Touvouette | 1.00 | $17.10 | **$17.10** |
| Liberty | ART. 0363001238 | Lee Manor (red) | 1.00 | $17.10 | **$17.10** |
| Liberty | ART. 03632211A | Elvinton Orchard | 1.00 | $17.10 | **$17.10** |
| Liberty | ART. 03634222A | Marguerite (green) ART. 11342, DIS. | 1.00 | $17.10 | **$17.10** |
| Canepa | 519600 COL 002 | June Bug Geo | 2.00 | $43.55 | **$87.10** |
| Classico Seta | 79072 901 | Olive Glenplaid | 1.09 | $65.00 | **$70.85** |
| Classico Seta | 97626 col. 1 | Green Donegal | 1.86 | $52.00 | **$96.72** |
| Classico Seta | STS103756 COL. 5 | Green-Purple Stripe | 1.09 | $40.00 | **$43.60** |
| Stephen Walters | Z01356 112 C02 | Green Solid Jacquard | 2.30 | $45.23 | **$104.03** |
| Stephen Walters | Z01357 113 C03 | Olive Birdseye | 2.00 | $45.23 | **$90.46** |
| Stephen Walters | Z01355 116 C03 ART. 1S373 DIS. | June Bug  Solid Jacquard | 2.00 | $41.91 | **$83.82** |
| Canepa | 540758 COL 001 | Navy Blue Stripe | 1.80 | $48.10 | **$86.58** |
| Stephen Walters | Z01357 113 C02 | Blue Birdseye Solid | 2.00 | $45.23 | **$90.46** |

| MILL | ART CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| Liberty | 036300123A | Lee Manor (blue) | 1.00 | $17.10 | **$17.10** |
| Liberty | 03634222C | Marguerite (blue) | 1.00 | $17.10 | **$17.10** |
| Stephen Walters | D53725 109 C01 | Navy Blue  Diamond Geo | 2.00 | $74.77 | **$149.54** |
| Stephen Walters | D83469 104 C01 | Navy Blue Dot | 2.00 | $68.31 | **$136.62** |
| Classico Seta | 79072 902 | Navy Glen Plaid | 1.09 | $65.00 | **$70.85** |
| Classico Seta | 97626 col. 8 | Navy Teal Donegal | 1.86 | $52.00 | **$96.72** |
| Classico Seta | 61766 COL. 111 | Navy Solid Geo | 1.20 | $68.00 | **$81.60** |
| Liberty | 03632007A | Feather Meadow (yellow) | 1.00 | $17.10 | **$17.10** |
| Liberty | 03632007B | Feather Meadow (green) | 1.00 | $17.10 | **$17.10** |
| Liberty | 03632007C | Feather Meadow (blue) | 1.00 | $17.10 | **$17.10** |
| BBC | Y69774 VSE135010 VAR 2 | Auburn Floral V6 C29 | 2.19 | $67.25 | **$147.28** |
| BBC | Y69769 VSE070063 VAR 2 | Auburn Floral V6 C33 | 2.19 | $58.25 | **$127.57** |
| BBC | Y69769 VSE070063 VAR 1 | Auburn Floral V6 C34 | 2.19 | $58.25 | **$127.57** |
| BBC | Y69772 VSE090028 VAR 1 | Cerise Floral V4 C15 | 2.19 | $61.25 | **$134.14** |
| Bottinelli | T-40-0508 SS2372-1 | Early Bird V4 C32 | 1.64 | $39.90 | **$65.44** |
| Bottinelli | T-40-0508 SS2370-1 | Enchanted Floral Tie V3 | 1.20 | $39.90 | **$47.88** |
| BBC | Y69773 VSE085040 VAR 2 | Parker Geo V2 C1 | 2.19 | $60.25 | **$131.95** |
| BBC | Y69773 VSE085040 VAR 3 | Parker Geo  V2 C3 | 2.19 | $60.25 | **$131.95** |
| BBC | Y69771 VSE090031 VAR 2 | Ross Bee Floral V2 C10 | 2.19 | $61.25 | **$134.14** |
| BBC | Y69770 VSE070063 VAR 1 | Woof Woof C29 | 2.19 | $59.25 | **$129.76** |
| Bottinelli | T-40-0508 SS2368-1 | Zane Floral V2 C5 | 1.20 | $39.90 | **$47.88** |
| Bottinelli | F-53-4551 SS2374-1 | Blurred Floral Pkt Sauare C14 | 3.00 | $7.80 | **$23.40** |
| Bottinelli | F-H1-0483 SS2375-1 | Dodo Floral Pkt Square C31 | 3.00 | $6.80 | **$20.40** |
| Bottinelli | F-H1-0483 SS2376-1 | Dog Days Pkt Square C1 | 3.00 | $6.80 | **$20.40** |
| Bottinelli | F-40-08/2 SS2371-1 | Enchanted Floral Pkt Square C1 | 3.00 | $7.10 | **$21.30** |
| Bottinelli | F-H1-0483 SS2377-1 | Jacobean Pkt Square C3 | 3.00 | $6.80 | **$20.40** |
| Bottinelli | F-40-08/2 SS2369-1 | Solid Pkt Square C1 | 3.00 | $10.40 | **$31.20** |
| Bottinelli | F-40-08/2 SS2369-2 | Solid Pkt Square C2 | 3.00 | $10.40 | **$31.20** |
| Bottinelli | F-H1-0483 SS2369-3 | Solid Pkt Square C3 | 3.00 | $6.80 | **$20.40** |
| Bottinelli | F-H1-0483 SS2369-4 | Solid Pkt Square C4 | 3.00 | $6.80 | **$20.40** |
| Bottinelli | F-H1-0483 SS2378-1 | Spots Pkt Square | 3.00 | $6.80 | **$20.40** |
| Bottinelli | F-53-4551 SS2367-1 | Zane Floral Pkt Square C14 | 3.00 | $7.80 | **$23.40** |
| Bottinelli | S-53-4551 SS2381-1 | Jacobean V2 C28 | 3.00 | $30.00 | **$90.00** |
| Bottinelli | S-53-4551 SS2381-2 | Jacobean V2 C3 | 3.00 | $30.00 | **$90.00** |

| MILL | ART CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| Bottinelli | S-53-4551 SS2382-1 | Intricate Paisley C14 | 3.00 | $30.00 | $90.00 |
| Bottinelli | S-53-4551 SS2379-1 | Volkmar Plaid C38 | 3.00 | $30.00 | $90.00 |
| | | | | TOTAL DUE | $4,275.50 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

**MANE ENTERPRISES**
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| INVOICE NO. | 59212 |
| DATE | 3/7/2024 |

TO
BONOBOS
45 W 25TH ST
NEW YORK, NY 10010

SHIP TO
RADIAL FULFILLMENT - BONOBOS
7601 TRADE PORT DRIVE
LOUISVILLE, KY 40628

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| 106511 | NET 30 | ups | 1z1099050354972893 | 1 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11121X | BK163 | BLACK | 759 | $7.42 | **$5,631.78** |
| | | | | TOTAL DUE | $5,631.78 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869

# INVOICE

## MANE ENTERPRISES
226 OLD KINGSTON ROAD
NEW PALTZ, NY 12561
bill@maneneckwear.com

| | |
|---|---|
| **INVOICE NO.** | 59221 |
| **DATE** | 3/18/2024 |

**TO**
BONOBOS
111 5TH AVE 4TH FL
NEW YORK, NY 10003

**SHIP TO**
BONOBOS
111 5TH AVE 4TH FL
NEW YORK, NY 10003

| PO# | PAYMENT TERMS | SHIP VIA | TRACKING# | CARTONS |
|---|---|---|---|---|
| SU24 PHOTO, TOP, MARKETING SMPS | NET 30 | UPS | 1z1099050352016330, 1Z67V7F10341174487 | 2 |

| STYLE NUMBER | COLOR CODE | DESCRIPTION | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| BTE11128X | P6253 | Lavender Chevron | 2 | $23.00 | $46.00 |
| BTE11128X | B6251 | Liberty - Daydream Meadow | 2 | $17.71 | $35.42 |
| BTE11128X | G6249 | Bordeta Floral C13 | 2 | $25.31 | $50.62 |
| BTE11128X | B6248 | Lt Solid Blue | 2 | $21.74 | $43.48 |
| BTE11128X | G6247 | Liberty - Dreams Of Summer | 2 | $17.71 | $35.42 |
| BTE11128X | B6270 | Mini Blue Floral Print | 2 | $31.80 | $63.60 |
| BTE11128X | B6271 | Lt. Blue & Ivory Stripe | 2 | $28.21 | $56.42 |
| BTE11128X | B6272 | Mister Pineapple V2 C45 | 2 | $28.77 | $57.54 |
| BTE11128X | P6268 | Pink Seersucker | 2 | $28.36 | $56.72 |
| BTE11128X | P6267 | Purple Floral | 2 | $29.21 | $58.42 |
| BTE11128X | P6269 | Light Blue - Purple Stripe | 2 | $27.84 | $55.68 |
| BTE11148X | G6275 | GARDEN VIEW POCKET SQUARE | 2 | $12.05 | $24.10 |
| BTE11148X | B6274 | PARROT PARADISE POCKET SQUARE C37 | 2 | $12.05 | $24.10 |
| BTE11148X | P6268 | Pink Seersucker | 2 | $13.25 | $26.50 |
| | | | 28 | | |
| | | | | TOTAL DUE | $634.02 |

*Wire Transfer Information:*

Webster Bank

Account Name – MANE Enterprises, Inc.

Swift Code – STETUS33XXX

Routing # - 221970443

Account # - 3852543869



# RUSKINMOSCOUFALTISCHEK P.C.

*Counselors at Law*

Writer's Direct Dial: (516) 663-6638
Writer's Direct Fax: (516) 663-6838
Writer's E-Mail: sgiugliano@rmfpc.com

July 2, 2024

**By Federal Express**
Express, Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Re:  *In re Express Inc., et al.*
     Case No. 24-10831 (KBO), U.S. Bankruptcy Court for District of Delaware
     Proof of Claim of MANE Enterprises, Inc.

Dear Sir/Madam,

This firm is counsel to MANE Enterprises, Inc. (the "Claimant"), creditor to Express BNBS Fashion, LLC (the "Debtor") in Chapter 11 Case No. 24-10840 (KBO), which is jointly administered with the above-referenced Chapter 11 case.

With this letter, the Claimant hereby serves its proof of claim (the "Proof of Claim") against the Debtor. To this end, enclosed is the Claimant's original signed Proof of Claim form and supporting documentation.

This office requests Stretto's acknowledgment of receipt of service of the Proof of Claim. Accordingly, additionally enclosed are (1) a copy of the Claimant's signed Proof of Claim form and (2) a self-addressed stamped envelope. Please return the stamped Proof of Claim in the self-addressed stamped envelope.

Very truly yours,

/s/ *Sheryl P. Giugliano*
SHERYL P. GIUGLIANO
For the Firm

enclosures

30588

ORIGIN ID:RMEA        (516) 663-6600
SHERYL P. GIUGLIANO
RUSKIN MOSCOU FALTISCHEK P.C.
1425 RXR PLAZA
EAST TOWER, 15TH FLOOR
UNIONDALE, NY 11556
UNITED STATES US

SHIP DATE: 02JUL24
ACTWGT: 0.25 LB
CAD: 2536076011/NET4535

BILL SENDER

TO  **EXPRESS, INC., ET AL. CLAIMS**
    **C/O STRETTO**
    **410 EXCHANGE, SUITE 100**

    **IRVINE CA 92602**
    (855) 337-3537          REF: 19910.1
    INV:
    PO:                     DEPT:



FedEx
Express

E

WED - 03 JUL 5:00P
STANDARD OVERNIGHT

TRK#  **7771 7798 1002**
0201

92602

**XW DTHA**          SNA
                CA-US

This envelope is only for...
You can help us get y...
items securely. Need...
Check your FedEx Expre...

R-1  **518**
P-2  **B15**

1
11:00

1002
07:03

C