**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>June 29, 2025 at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>To be determined.) |

**NOTICE OF REQUEST FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM OF SALESFORCE, INC.**

  **PLEASE TAKE NOTICE** that on January 30, 2025, Salesforce, Inc. (the "Salesforce") filed the *Request For Allowance And Payment Of Administrative Expense Claim Of Salesforce, Inc.* (the "Administrative Expense Request").

  **PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Administrative Expense Request must be (i) in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (prevailing Eastern Time) on June 29, 2025,** (the "Objection Deadline") and (ii) served on, so as to be received by, the undersigned counsel to Salesforce on or before the Objection Deadline.

  **PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 **on a date to be determined.**

  **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

| | |
|---|---|
| Dated: January 30, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**WHITE AND WILLIAMS LLP**<br><br>*/s/ Michael A. Ingrassia*<br>Michael A. Ingrassia, Esq. (No. 7068)<br>600 North King Street, Suite 800<br>Wilmington, DE 19801<br>Phone: 302-467-4503<br>Fax:     302-467-4550<br>Email:   ingrassiam@whiteandwilliams.com<br><br>-and-<br><br>**BIALSON, BERGEN & SCHWAB,**<br>**A Professional Corporation**<br>Gaye Nell Heck, Esq.<br>830 Menlo Avenue, Suite 201<br>Menlo Park, CA 94025<br>Telephone: (650) 857-9500<br>Fax: (650) 494-2738<br>E-mail: Gheck@bbslaw.com<br><br>*Attorneys for Creditor Salesforce, Inc.* |