IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**DECLARATION OF KEVIN RAMIREZ IN SUPPORT OF THE
REQUEST FOR ALLOWANCE AND PAYMENT OF
<u>ADMINISTRATIVE EXPENSE CLAIM OF SALESFORCE, INC.</u>**

I, Kevin Ramirez, declare as follows:

1. I am the Manager, Global Bad Debt for Salesforce, Inc. (f/k/a salesforce.com, inc.) ("<u>Salesforce</u>"), and I am authorized to execute this Declaration on behalf of Salesforce. If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.[2]

2. Salesforce is a Delaware corporation, and, among other activities, it provides on-demand customer relationship management and software application services (collectively, the "<u>Salesforce Services</u>") to Salesforce's business customers (individually, a "<u>Salesforce Customer</u>" and, collectively, "<u>Salesforce Customers</u>").

3. This declaration is filed in support of the *Request for Allowance and Payment of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Administrative Expense Request filed concurrently herewith unless indicated otherwise.

*Administrative Expense Claim of Salesforce, Inc.* (the "Administrative Expense Request") filed by Salesforce with respect to certain amounts due and owing, but unpaid, with respect to the post-petition Salesforce Services provided by Salesforce to Express, LLC, Express BNBS Fashion, LLC and related entities (the "Debtors").

## MAINTENANCE OF BUSINESS RECORDS

4. In my official capacity, I have personal knowledge of the method by which Salesforce maintains permanent records of its transactions (individually, a "Transaction" and, collectively, the "Transactions") with its customers and, thereupon, I declare and state that Salesforce maintains permanent records of all Transactions in a computerized accounting system. All amounts due and owing to Salesforce with respect to any Transaction with a Salesforce Customer including, but not limited to, payments related to the Services, taxes, interest owed with respect to any Service or agreement, fees, and other charges (individually, an "Obligation" and, collectively, the "Obligations") are entered in this accounting system at, or near, the time such Obligations are incurred. Likewise, all payments made by a Salesforce Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred. Each such entry is made in the regular course of business by employees of Salesforce who process these payments, receipts, credits, and debits. If necessary, Salesforce can print hard copies of all entries.

5. I have personal knowledge of the manner by which Salesforce maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule, and/or any other document (individually, a "Salesforce Agreement" and, collectively, the "Salesforce

Agreements") with its Customers. As a regular part of its business, Salesforce maintains permanent records of the Salesforce Agreements and these records are compiled at the time, or near the time, that a Salesforce Agreement is received or processed.

## SALESFORCE CONTRACT

6. I have personally reviewed Salesforce's records relating to the Debtors, including the Transactions, the Obligations, and the Salesforce Agreements, and I am personally familiar with the Debtor's account with Salesforce.

7. Prior to the Petition Date, Salesforce and the Debtors entered into those certain Order Forms listed on the Administrative Expense Claim Summary[3] (the "Order Forms"), which are governed by that certain *Master Subscription Agreement* (the "MSA") (the MSA and the Order Forms, collectively, constitute the "Salesforce Contract") as identified on Exhibit "A" attached hereto and incorporated by reference herein[4].

8. Pursuant to the Salesforce Contract: (i) the Debtors ordered certain Salesforce Services and became obligated to pay in full the aggregate amounts due pursuant to this contract with respect to such services; (ii) Salesforce became obligated to provide the Salesforce Services to the Debtors; (iii) Salesforce has provided such services to the Debtors; and (iv) the Debtors accepted and utilized the Salesforce Services provided pursuant to the Salesforce Contract.

9. Pursuant to the terms and conditions of the MSA, each Party to the Salesforce Contract is obligated to maintain the confidentiality of all Confidential Information including,

---

[3] The Administrative Expense Claim Summary is attached hereto as Exhibit A and is incorporated by reference here in as if fully set forth.

[4] Due to the confidentiality provisions of the MSA, a copy of the Salesforce Contract and related invoices (the "Invoices") are not attached to this Declaration. However, subject to appropriate non-disclosure protections, a copy of the Salesforce Contract and the Invoices will be made available to the Debtors in connection with the Administrative Expense Request.

-3-

34363493v.2

without limitation, (i) the Debtor's Data, (ii) Salesforce's Confidential Information (including, without limitation, the Services and Content), (iii) the terms and conditions of MSA and all Order Forms (including pricing), and (iv) business and marketing plans, technology and technical information, product plans and designs, and business processes disclosed by a Party. Pursuant to Salesforce's obligation to maintain the confidentiality of the Confidential Information, a copy of the Salesforce Contract is not attached hereto.[5] However, upon request and subject to adequate procedures protecting the Confidential Information from disclosure in violation of the MSA, Salesforce will make available a copy of the Salesforce Contract to the Debtor or other appropriate representative of the Debtor's estate.

**BANKRUPTCY CASE**

10. Based upon information and belief, I am informed that, on April 22, 2024 (the "Petition Date"): (A) Express, Inc. and the above captioned Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court") and, thereby, commenced their individual cases under chapter 11 (collectively, the "Bankruptcy Cases"). On April 24, 2024, the Court entered the Joint Administration Order[6] directing the joint administration of the Debtors' cases.

11. Based on information and belief, I am informed that, on or about May 17, 2024, the Court entered an order (the "Contract Procedures Order")[7] authorizing the procedures for the assumption, assumption and assignment, and/or transfer of executory contracts and unexpired leases

---

[5] The Capitalized Terms referenced in this paragraph not expressly defined shall have the meaning(s) as set forth in the MSA, respectively.

[6] *See, Order (I) Directing Joint Administration of Chapter 11 Cases And (II) Granting Related Relief* [D.I. 67] (the "Joint Administration Order").

[7] *See, Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [D.I. 269]. (the "Contract Procedures Order").

-4-

34363493v.2

in connection with a sale of the Debtors' assets.

12. Based on information and belief, I am informed that, on or about June 14, 2024, the Court entered an order (the "**Sale Order**")[8] authorizing the sale of certain of the Debtors' assets and the assumption, assumption and assignment, and/or transfer of executory contracts and unexpired leases in connection with a sale of the Debtors' assets.

13. Based on information and belief, I am informed that, on or about December 27, 2024, pursuant to the Sale Procedures Order and the Contract Procedures Order, the Court entered its *Order Authorizing the Debtors to Assume Certain Unexpired Leases* [D.I. 1179] (the "**Assumption Order**"). The Assumption Order identify: (A) certain Contracts that it has designated for assumption and assignment including the following executory contracts to which Salesforce are counterparties (the "**Salesforce Assumed Contracts**"), and (B) the amount of any monetary default (the "**Cure Amount**") that must be cured as a condition of the assumption of these Cure Notice Contracts as follows:

| Consolidated Vendor Name | Vendor/Agency /Company | Description | Proposed Cure Amount | Assignee | Assumption Date |
|---|---|---|---|---|---|
| Salesforce, Inc. | Salesforce, Inc. | Contract name: Salesforce Cloud Services (Core) Contract (Salesforce Contract No. 03782263/Order No. Q-08200361) | $729,972.60 | Phoenix Retail, LLC | 6/21/2024 |
| Salesforce, Inc. | Salesforce, Inc. | Contract name: Service Cloud Contract No. 03783244 Order Form No. Q-0811659: Sales and Service Cloud CRM platform Services | $178,816.94 | Phoenix BNBS Fashion, LLC | 6/21/2024 |
| Salesforce, Inc. | Salesforce, Inc. | Contract name: Marketing Cloud Contract No. 03667664, Order Form No. Q-07896973, Marketing Data & Analytics Platform | $483,428.39 | Phoenix BNBS Fashion, LLC | 6/21/2024 |
| Salesforce, Inc. | Salesforce, Inc. | Contract name: Slack Services Contract No. 03852797 Order Form No. Q-08486702: Slack Business Plus Communication Platform Services | $100,781.26 | Phoenix Retail, LLC | 6/21/2024 |
| Salesforce, Inc. | Salesforce, Inc. | Contract name: Slack Contract No. 3852797 Order Form No. Q-08486860: Slack Business Plus Communication Platform Services | $23,948.15 | Phoenix BNBS Fashion, LLC | 6/21/2024 |

---

[8] *See, Order (I) Approving Asset Purchase Agreement; (II) Authorizing and Approving Sale of Certain Assets of Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Related Relief* [D.I. 471]. (the "**Sale Order**").

34363493v.2

| Salesforce, Inc. | Salesforce, Inc. | Contract name: Tableau Contract 38445783 Order Form No. 08381158: Tableau Data Visualization Services | $9,820.14 | Phoenix Retail, LLC | 6/21/2024 |
|---|---|---|---|---|---|
| Salesforce, Inc. | Salesforce, Inc. | Contract name: Employee Services Contract (Contract No. 02811517/Order Nos. Q-05191860, Q-05044042, Q-05767672) | $31,500.00 | Phoenix Retail, LLC | 6/21/2024 |

14. Based on information and belief, I am informed that, on or about December 17, 2024, the Court entered its Confirmation Order.[9] Pursuant to the Confirmation Order, all the Salesforce Contracts that are not Salesforce Assumed Contracts are rejected as of the date that the Plan[10] becomes effective (the "Salesforce Rejected Contract").

15. Based on information and belief, I am informed that on or about December 31, 2024, the Debtor filed the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [D.I. 1190] (the "Notice of Effective Date"), establishing December 31, 2024 as the date the Debtor's chapter 11 plan went effective (the "Effective Date") and setting the Administrative Claims Bar Date as January 30, 2025 (the "Administrative Claims Bar Date").

## THE ADMINISTRATIVE EXPENSE CLAIM

16. Based upon my review of Salesforce's books and records pertinent to the Debtor's account, I declare and state that, from and after Petition Date, the Debtor knowingly accepted the Salesforce Services provided, and that provision of such services was in the ordinary course of business of the parties.

17. Based upon my review of Salesforce's books and records pertinent to the Debtor's account, I declare and state that, from the commencement of the Salesforce Contract through the

---

[9] *See, Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of Exp Oldco Winddown, Inc. and its Debtor Affiliates* [D.I. 1150] (the "Confirmation Order").

[10] *See, Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliated (Technical Modifications)* [D.I. 1143] (the "Plan").

-6-

34363493v.2

Effective Date, the Debtor has failed to pay all post-petition Fees due and owing pursuant to the Salesforce Rejected Contract and, more specifically, an amount of not less than **US $335,826.92**. Furthermore, from the commencement date of the Salesforce Contract through the date of this Declaration, the Debtor failed to pay the cure amount of the Salesforce Assumed Contracts and all post-petition Fees due and owing pursuant to the Salesforce Assumed Contracts, and, more specifically, an amount of not less than **US $1,502,460.74**. Accordingly, the total amount of the fees due and owing administratively is **US $1,838,287.66,** (the "Administrative Expense Claim")[11] and this amount remains due and owing to Salesforce pursuant to the Salesforce Rejected Contract for services arising on or after the Petition Date and any time prior to the Effective Date and for the Salesforce Assumed Contracts for the cure amount and post-petition services arising on or after the Petition Date and the date of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of January 2025 at San Francisco, California

DocuSigned by:

*kevin Ramirez*

C23C74F9942B40F...

**Kevin Ramirez**

---

[11] See, the Administrative Expense Claim Summary which is attached hereto as Exhibit A and is incorporated by reference here in as if fully set forth.

**EXHIBIT A**

ADMINISTRATIVE EXPENSE CLAIM SUMMARY

Petition Date: 4/22/24

**CONTRACTS REJECTED PER PLAN, EFFECTIVE 12/31/24**

| Contract No. | Salesforce entity | Counterparty | Agreement | Order No. | Date | Term | Services | Auto-renewal | Invoice No. | Date | Due Date | Service Period | Invoice Balance | Pre-filing | Post-filing Accrued | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3672711 | Salesforce. Inc. | Express BNBS Fashion | Bonobos Inc.-SFDC-MSA_ | Q07897808 | 11/1/23 | 11/6/23 to 8/6/24 | Commerce Cloud | No | 27716828 | 7-Nov-23 | 12/7/2023 | 11/6/23 to 8/6/24 | $ 863,106.56 | $ 258,757.60 | $ 335,826.92 | $ 268,522.04 |
| | | | | | | | | | | | | | | | $ 335,826.92 | |

**CONTRACTS ASSUMED AND ASSIGNED PER ORDER [ECF 1179], EFFECTIVE 6/21/24**

| Contract No. | Salesforce entity | Counterparty | Agreement | Order No. | Date | Term | Services | Auto-renewal | Invoice No. | Date | Due Date | Service Period | Invoice Balance | Pre-filing Cure Amount | Post-filing Cure Amount | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03782263 | Salesforce. Inc. | EXPRESS, LLC | EXPRESS, LLC-SFDC-MSA | Q-08200361 | 1/31/24 | 2/1/24 o 1/31/25 | Sales cloud | No | 28621842 | 31-Jan-24 | 3/16/2024 | 21/24 to 7/31/24 | $ 364,986.30 | $ 106,631.95 | $ 202,547.34 | $ 55,807.01 |
| 03782263 | Salesforce. Inc. | EXPRESS, LLC | EXPRESS, LLC-SFDC-MSA | Q-08200361 | 1/31/24 | 2/1/24 o 1/31/25 | Sales cloud | No | 30197499 | 2-Jul-24 | 8/1/2024 | 8/1/24 to 1/31/25 | $ 364,986.30 | | $ 364,986.30 | |
| 03845783 | Salesforce. Inc. | EXPRESS, LLC | EXPRESS, LLC-SFDC-MSA | Q-08381158 | 4/1/24 | 4/4/24 to 4/3/24 | Tableau | Yes | 29265269 | 4-Apr-24 | 5/4/2024 | 4/4/24 to 10/3/24 | $ 4,910.07 | $ 482.96 | $ 4,427.11 | |
| 03845783 | Salesforce. Inc. | EXPRESS, LLC | EXPRESS, LLC-SFDC-MSA | Q-08381158 | 4/1/24 | 4/4/24 to 4/3/24 | Tableau | Yes | 310795649 | 4-Sep-24 | 10/4/2024 | 10/4/24 to 4/3/24 | $ 4,910.07 | | $ 4,910.07 | |
| 03852797 | Salesforce. Inc. | EXPRESS, LLC | EXPRESS, LLC-SFDC-MSA | Q-08486702 | 4/12/24 | 4/14/24 to 4/13/25 | Slack | Yes | 29326354 | 12-Apr-24 | 5/12/2024 | 4/14/24 to 10/13/24 | $ 50,390.63 | $ 2,202.87 | $ 48,187.76 | |
| 03852797 | Salesforce. Inc. | EXPRESS, LLC | EXPRESS, LLC-SFDC-MSA | Q-08486702 | 4/12/24 | 4/14/24 to 4/13/25 | Slack | Yes | 31161293 | 14-Sep-24 | 10/14/2024 | 10/14/24 to 4/13/25 | $ 50,390.63 | | $ 50,390.63 | |
| 03667664 | Salesforce. Inc. | Express BNBS Fashion | Bonobos Inc.-SFDC-MSA_ | Q-07896973 | 11/1/23 | 11/7/23 to 3/6/25 | Marketing Cloud | Yes | 27664786 | 1-Nov-23 | 12/1/2023 | 11/7/23 to 11/6/24 | $ 483,428.41 | $ 59,437.89 | $ 262,847.69 | $ 161,142.83 |
| 03667664 | Salesforce. Inc. | Express BNBS Fashion | Bonobos Inc.-SFDC-MSA_ | Q-07896973 | 11/1/23 | 11/7/23 to 3/6/25 | Marketing Cloud | Yes | 31413005 | 8-Oct-24 | 11/7/24 | 11/7/24 to 3/6/25 | $ 161,142.80 | | $ 161,142.80 | |
| 03783244 | Salesforce. Inc. | Express BNBS Fashion | Bonobos Inc.-SFDC-MSA_ | Q-08116591 | 1/31/24 | 2/1/24 to 1/31/25 | Service Cloud | No | 28623181 | 31-Jan-24 | 3/16/2024 | 2/1/24 to 7/31/24 | $ 192,055.50 | $ 72,236.97 | $ 106,580.25 | $ 13,238.28 |
| 03852367 | Salesforce. Inc. | Express BNBS Fashion | Bonobos Inc.-SFDC-MSA_ | Q-08486860 | 4/12/24 | 4/14/24 to 4/13/25 | Slack | Yes | 31161290 | 14-Sep-24 | 10/14/2024 | 10/14/24 to 4/13/25 | $ 23,948.15 | | $ 23,948.15 | |
| 02811517 | Salesforce. Inc. | Express HR Service - | salesforce-msa-11122021 | Q-05191860 Q-05044042 Q-05767672 Q-05419128 | 12/9/21 11/12/21 5/19/22 2/14/22 | 12/7/21 to 11/11/24 11/1/21 to 10/31/24 6/1/22 to 11/11/24 2/15/22 to 11/11/24 | Employee Services | Yes | 31743233 | 9-Nov-24 | 9-Dec-24 | 11/12/24 to 11/11/25 | $ 31,500.00 | | $ 31,500.00 | |
| | | | | | | | | | | | | | $ 240,992.64 | $ 1,261,468.10 | | |
| | | | | | | | | | | | | **Cure Amount Balance** | $ 1,502,460.74 | | | |

**TOTAL ADMINISTRATIVE EXPENSE CLAIM** $ 1,838,287.66