**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**ORDER GRANTING REQUEST FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF
3CINTERACTIVE, LLC DBA IMIMOBILE US**

Upon consideration of the *Request For Allowance And Payment Of Administrative Expense Claim Of 3CInteractive, LLC dba IMImobile US* (the "Administrative Expense Request") seeking allowance of a **US $29,093.18** administrative expense claim pursuant to 11 U.S.C. §503(b)(1)(A), all as more fully described in the Administrative Expense Request; and the Court having jurisdiction to consider the Administrative Expense Request and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Administrative Expense Request and the requested relief being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Administrative Expense Request having been served, and it appearing that no other or further notice need be provided; and the Court having reviewed the Administrative Expense Request and determined that the legal and factual bases set forth therein establish just cause for the relief granted

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2

herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Administrative Expense Request is GRANTED.

2. 3CInteractive, LLC dba IMImobile US shall have an allowed administrative expense under Bankruptcy Code section 503(b)(a)(1)(A) in the amount of **US $29,093.18** (the "Allowed 3CI Administrative Claim").

3. The Debtor shall pay the Allowed 3CI Administrative Claim as soon as practicable after the entry of this Order.

4. This Order shall be binding upon (i) any liquidating trustee, plan administrator, distribution agent and/or any other person appointed pursuant to any chapter 11 plan confirmed in these cases; (ii) any subchapter V trustee appointed in these cases; and/or (iii) any chapter 7 trustee appointed or elected in these cases.

5. This Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Order.