**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.., *et al.*, [1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Michael A. Ingrassia, Esquire, certify that the Request For Allowance And Payment Of Administrative Expense Claim Of 3CInteractive, LLC dba IMImobile US was served on January 30, 2025 by CM/ECF, upon the parties who have registered for CM/ECF service of notices and pleadings in this case.

WHITE AND WILLIAMS LLP

*/s/ Michael A. Ingrassia*
Michael A. Ingrassia, Esq. (No. 7068)
WHITE AND WILLIAMS LLP
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4503
Facsimile: (302) 654-0245
Email: ingrassiam@whiteandwilliams.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

34359136v.2