| UNITED STATES BANKRUPTCY COURT | REQUEST FOR PAYMENT |
|---|---|
| DISTRICT OF DELAWARE | OF ADMINISTRATIVE |
| 824 Market Street, 3rd Floor | EXPENSE CLAIM |
| Wilmington, DE 19801 | |

Indicate Debtor against which you assert a claim. Indicate only one Debtor per claim form.

Name of Debtor: EXP OldCo Winddown, Inc. fka Express, Inc.

Case Number: 24-10831-KBO

RECEIVED 2025 JAN 30 AM 9:36

This form should only be used to assert an administrative expense claim.

Name of claimant (the person or other entity to whom the debtor owes money or property):
IMPERIAL COUNTY TREASURER-TAX COLLECTOR

Name and address where notices should be sent:
IMPERIAL COUNTY TREASURER-TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243

☐ Check this box if the address differs from the address on the envelope sent to you.

Telephone number: (442) 265-1270     email:

Name and address where payment should be sent (if different from above):

Telephone number:     email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed an administrative claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Administrative Claim: $ *9,717.27    *Plus statutory interest of 18% per annum, penalties and fees continue to accrue until paid in full.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the administrative claim. Attach a statement that itemizes interest or charges.

2. Basis for Administrative Claim: Personal property taxes on Business
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 2 0 0 0
(See instruction #3)
Assessment#850-100-612-000

4. Date Claim Arose: 01/01/2024
(See instruction #4)

5. Credits. The amount of all payments on this claim has been credited for the purpose of making this Administrative Claim Request Form. (See instruction #5)

6. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. (See instruction #6, and the definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:     see attached

7. Signature: (See instruction #7)
Check the appropriate box.

☐ I am the claimant.   ☒ I am the claimant's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent.   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.)   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this administrative claim form is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Flora Oropeza
Title: Deputy Treasurer-Tax Collector
Company: Imperial County Treasurer-Tax Collector
Signature: /s/ Flora Oropeza     Date: 1/23/2025
Address and telephone number (if different from notice address above):

Telephone number:     Email:

COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# TREASURER-TAX COLLECTOR

**SUZANNE C BERMUDEZ**
TREASURER- TAX COLLECTOR



TELEPHONE: (442) 265-1270
FAX: (442) 265-1272

IMPERIAL COUNTY ADMINISTRATION CENTER
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CALIFORNIA 92243-2864

## ATTACHMENT TO ADMINISTRATIVE EXPENSE CLAIM

In re: EXP OldCo Winddown, Inc.
Chapter 11 Case No. 24-10831-KBO
Assessment Number: 850-100-612-000

As of January 23, 2025, the 2024 taxes on the subject business personal property are delinquent. The amount of delinquency is defined below:

The taxes were due and payable on September 3, 2024. The subject delinquency was not paid when due, which resulted in a delinquent penalty of 10% of the amount due, plus a $25.00 cost fee, $20 lien recording fee and statutory interest of 18% per annum.

| ASSESSMENT NUMBER: | 850-100-612-000 |
|---|---|
| 2024 Taxes | $8,559.53 |
| Delinquent Penalty (10%) | $855.95 |
| Cost Fee | $25.00 |
| Interest Penalty (1.5%) | $256.79 |
| Recording Fees | 20.00 |
| Total: | $9,717.27 |

This attachment is being provided in support of our Administrated Expense Claim dated January 23, 2025. Copy of the recorded Certificate of Lien is attached to this Administrative Expense Claim.

| Recording requested by:<br>Suzanne C. Bermudez<br>IMPERIAL COUNTY TAX COLLECTOR<br>Suzanne C. Bermudez, Treasurer-Tax Collector<br>940 W. Main Street #106 El Centro, CA 92243<br>(442) 265-1270<br>When recorded, return to :<br>EXPRESS FASHION OPERATIONS<br>C/O RYAN LLC<br>DBA EXPRESS #604<br>PO BOX 802206<br>DALLAS TX 75380 | Electronically Recorded in Official Records,<br>IMPERIAL COUNTY<br>**CHUCK STOREY**<br>**COUNTY CLERK-RECORDER**<br>**00243 IMPERIAL COUNTY TTC**<br><br>Doc#:  **2024018526**<br><br>* $ R 0 0 0 0 5 8 7 2 1 9 $ * | 11/18/2024<br>11:14 AM<br>AL<br><br>Titles: 1   Pages: 1<br>Fees   NO FEE |
|---|---|---|

## CERTIFICATE OF LIEN
### IMPERIAL COUNTY TAX COLLECTOR

LIEN NO: 36382

**THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN FILED WITH RESPECT TO UNSECURED PROPERTY**

I, Suzanne C. Bermudez, Tax Collector of IMPERIAL County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, do hereby certify that unsecured property taxes have been duly assessed, computed and levied, together with interest and penalties for the year(s) and amount(s) set forth below and are against the person or persons named herein and those persons are liable to IMPERIAL County for said amount(s). In addition, further penalties will accrue on said taxes at the rate prescribed by law.

| ASSESSEE / ADDRESS | YEAR / PARCEL # / TRA / FEE # / DESCRIPTION | Amount |
|---|---|---|
| EXPRESS FASHION OPERATIONS<br>C/O RYAN LLC<br>DBA EXPRESS #604<br>PO BOX 802206<br>DALLAS TX 75380 | 2024 - 2025<br>850-100-612-000<br>004-090<br>054-530-005-000<br>IMPERIAL VALLEY MALL, SUITE #1004 | $9,460.48 |

From and after the time of filing of this certificate of lien for record, the total amount of unpaid tax and penalties required to be paid by the person or persons named above constitutes a lien upon the personal and real property now owned by said persons, or that may subsequently be acquired by them before the date on which this lien expires. This lien has the force, effect, and priority of a judgment lien for a period of ten years from the time of the recording of this instrument, unless sooner released or otherwise discharged.

IMPERIAL

Suzanne C. Bermudez, Treasurer-Tax Collector

Dated:   11/15/2024          BY   _[signature]_

This agency has adopted the use of a facsimile signature as affixed above.

FEE EXEMPT PER
GOV. CODE 27383

1  SUZANNE C. BERMUDEZ, TREASURER-TAX COLLECTOR
   OFFICE OF THE TAX COLLECTOR
2  940 West Main Street, Suite 106
   El Centro, CA 92243
3  Telephone: (442) 265-1270
   Fax: (442) 265-1272
4
   *Creditor: County of Imperial Treasurer-Tax Collector*
5

6              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
7

8  In re:                          )   Case No. 24-10831-KBO
                                   )
9     EXP OldCo Winddown, Inc.     )
      *fka* Express Inc            )   Chapter 11
10                                 )
                       Debtor.     )   PROOF OF SERVICE BY MAIL
11                                 )   BY COUNTY OF IMPERIAL
                                   )   (Jointly Administered)
12 _____

13     TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

14     I am a citizen of the United States and am employed by the County of Imperial. I am over the age of eighteen years old and not a party to the within action; my business address is 940 West Main Street, Suite 106, El Centro, CA 92243.

16     On **January 23, 2025**, I served the within **ADMINISTRATIVE EXPENSE CLAIM** on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Centro, California addressed to those parties on the attached sheet.

19     (X) BY REGULAR MAIL: I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at El Centro, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

22     I, **Suzanne C. Bermudez**, declare under penalty of perjury and the laws of the United States of America that I am employed in the office of the Treasurer-Tax Collector, a creditor in the matter, at whose direction the service was made. **Executed on the 23rd day of January 2025.**

                              IMPERIAL COUNTY TREASURER-TAX COLLECTOR
                              940 West Main Street, Suite 106
                              El Centro, CA 92243


                              BY: _____
                                  Suzanne C. Bermudez
                                  Treasurer-Tax Collector

## MAILING LIST CASE NO. 24-10831-(KBO)
(Jointly Administered)

EXP OLDCO WINDDOWN, INC.
fka EXPRESS, INC
ONE EXPRESS DRIVE
COLUMBUS, OH 43230

DOMENIC E. PACITTI
KLEHR HARRISON HARVEY BRANZBURG LLP
919 MARKET STREET SUITE 1000
WILMINGTON, DE 19801

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK'S OFFICE
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Imperial County Tax Collector
940 W Main St. Ste 106
El Centro, CA 92243

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK'S OFFICE
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801





US POSTAGE AND PITNEY BOWES
ZIP 92243
02 4W
0000377665 JAN 24 2025
$ 002.04°