**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 27, 2025 at 9:30 a.m. ET**<br>**Objections Due: February 19, 2025 at 4:00 p.m. ET** |

**APPLICATION FOR ALLOWANCE AND PAYMENT
OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)(A)**

Johnson Controls Fire Protection, LP ("**JCFP**") requests an Order granting it an administrative expense claim under 11 U.S.C. § 503(b)(1)(A) for pre-effective date services totaling $13,925.83.

**JURISDICTION**

1.  The Court has jurisdiction over this matter and authority to enter a final order under 28 U.S.C. §§ 157(b)(2)(B) and 1334(b), because this is a proceeding for allowance of claims against the estate.

**BACKGROUND**

2.  This case was filed on April 22, 2024.

3.  JCFP provided fire suppression services at the Debtors' location at Ross Park Mall in Pittsburgh, Pennsylvania and equipment installation at the Debtors' location at Simon Town

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Center in Boca Raton, Florida.

4. The Court confirmed the Debtors' plan on December 17, 2024, and the effective date under the plan occurred on December 31, 2024.

5. JCFP has reviewed its records and determined that JCFP provided post-petition goods and services totaling $13,925.83 post-petition, for which JCFP has not been compensated. *See* Declaration of Sumit Tomar.

## ADMINISTRATIVE EXPENSE CLAIM

6. Section 503(b)(1)(A) provides for allowance of administrative expense claims for "the actual, necessary costs and expenses of preserving the estate . . . ." To qualify for an administrative expense claim, the "claimant must typically show there was a '[postpetition] transaction between the claimant and the estate' and the 'expenses yielded a benefit to the estate.'" *Ellis v. Westinghouse Electric Co., LLC*, 11 F.4th 221, 230 (3d Cir. 2021) (quoting *In re Energy Future Holdings Corp.*, 990 F.3d 728, 741 (3d Cir. 2021)).

7. JCFP has made a *prima facie* showing that it is entitled to an administrative expense claim. As explained in the Declaration of Sumit Tomar, filed in support of this Motion, JCFP engaged in post-petition transactions that benefitted the estate. Goods and services for fire suppression were used by the Debtors in their business.

WHEREFORE, JCFP requests the Court to enter an Order granting JCFP an administrative expense claim for $13,925.83.

[SIGNATURES ON NEXT PAGE]

- 3 -

| | |
|---|---|
| Dated: January 30, 2025 | By: */s/ Nicholas Hahn*<br>Nicholas Hahn (WI Bar No. 1085675)<br>GODFREY & KAHN, S.C.<br>100 West Lawrence<br>Appleton, WI 54912-2728<br>Telephone:  920-830-2800<br>Facsimile:   *920-830-3530*<br>*Pro Hac Vice Admission Pending* |
| | By: */s/ Daniel C. Kerrick*<br>Daniel C Kerrick (DE No. 5027)<br>HOGAN MCDANIEL<br>1311 Delaware Ave<br>Wilmington, DE 19806<br>Telephone:   302-656-7599<br>Email: dckerrick@dkhogan.com<br>Attorneys for Johnson Controls<br>Fire Protection, LP |