# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 27, 2025 at 9:30 a.m. ET**<br>**Objections Due: February 19, 2025 at 4:00 p.m. ET** |

## NOTICE OF APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §503(B)(1)(A)

**PLEASE TAKE NOTICE** that on January 30, 2025, Johnson Controls Fire Protection, LP ("**JCFP**"), ("Movant"), filed its *Application For Allowance and Payment of Administrative Claim Pursuant To 11 U.S.C. §503(B)(1)(A)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **February 19, 2025 at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel to the Movants so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable Karen B. Owens at the Bankruptcy Court, 6th Floor, Courtroom 3, on **March 27, 2025 at 9:30 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

| | |
|---|---|
| Dated: January 30, 2025 | By: */s/ Nicholas Hahn* <br> Nicholas Hahn (WI Bar No. 1085675) <br> GODFREY & KAHN, S.C. <br> 100 West Lawrence <br> Appleton, WI 54912-2728 <br> Telephone:  920-830-2800 <br> Facsimile:   *920-830-3530* <br> *Pro Hac Vice Admission Pending* <br><br> By: */s/ Daniel C. Kerrick* <br> Daniel C Kerrick (DE No. 5027) <br> HOGAN MCDANIEL <br> 1311 Delaware Ave <br> Wilmington, DE 19806 <br> Telephone:  302-656-7599 <br> Email: dckerrick@dkhogan.com <br> Attorneys for Johnson Controls <br> Fire Protection, LP |