IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., et. al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**DECLARATION OF SUMIT TOMAR IN SUPPORT OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

Sumit Tomar, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements set forth in this Declaration are based on my personal knowledge.

2. I am a Bankruptcy Specialist at Johnson Controls, Inc. ("JCI"). Johnson Controls Fire Protection, LP ("JCFP") is an affiliate of JCI.

3. Part of my duties as a Bankruptcy Specialist is to work with collectors and account managers to monitor outstanding accounts receivable and invoices and file proofs of claim in bankruptcy cases. In preparing this Declaration, I have reviewed JCFP's records, the account histories of the Debtors in this case, and invoices issued to the Debtors. I am familiar with the processes JCFP uses to create and maintain records of unpaid invoices and accounts receivable. JCFP's regular practice is to keep records of accounts receivable and goods and services provided to customers. Such records are made at or near the time of service by people with knowledge of goods and services provided. Those records are kept in the ordinary course of JCFP's business.

- 2 -

4.      JCFP provided fire suppression services to the Debtors at their Ross Park Mall location in Pittsburgh, Pennsylvania and equipment installation at their location at Simon Town Center in Boca Raton, Florida.

5.      **Exhibit A**, attached to this Declaration, contains unpaid invoices for goods and services provided to the Debtors after they filed bankruptcy. The total amount of unpaid, post-petition invoices for services rendered by JCFP is $13,925.83.

6.      I have reviewed the Debtor's payment history, and these invoices, attached as **Exhibit A**, have not been paid.

[*Signature Page Follows*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2025.

By: *Sumit Tomar*
Sumit Tomar

# Exhibit A

**Johnson Controls**
D-U-N-S 09-4738007
FED. ID 58-2608861

Johnson Controls Fire Protection LP

| INVOICE NO. | INVOICE DATE | CUSTOMER PO |
|---|---|---|
| 41739920 | 06/19/2024 | SIGNED QUOTE |

| TERMS | INVOICE TYPE |
|---|---|
| NET30 | Standard Invoice |

W PALM BEACH
7463 Commercial Cir
SUITE 110-111
FORT PIERCE FL 349510000

BILL TO: 262-024299389
Express
1 Express Dr
Attn Store Facilities
COLUMBUS OH 43230-1496

PROJECT: 262-650555923
Simon - Town Center At Boca Ra
6000 Glades Rd
Ste 200
BOCA RATON FL 33431-7208

## INVOICE SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL P.O. | - | $9,945.00 | INVOICE SUBTOTAL - | $994.50 |
| INVOICED TO DATE | - | $994.50 | LESS RETAINAGE - | $0.00 |
| DUE THIS INVOICE | - | $994.50 | SUBTOTAL - | $994.50 |
| REMAINING TO INVOICE | - | $8,950.50 | SALES TAX - | $0.00 |
| | | | TOTAL INVOICE - | $994.50 |

**PAY THIS AMOUNT ▶ $994.50**

## INVOICE DETAIL

**LABOR PROGRESS**    TCM - EXPRESS DU

**TOTAL LABOR THIS INVOICE:**    $994.50

Comments

---

**REMITTANCE COPY**

PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

**Johnson Controls**

INVOICE AMOUNT
$994.50

BILL TO    262-024299389 Express

SHIP TO    262-024299389 Simon - Town Center At Boca R

REMIT TO    Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320

INVOICE NUMBER    41739920
INVOICE DATE    06/19/2024
CUSTOMER P.O.    SIGNED QUOTE

100009945094173992O

-M999    262  41739920  024299389    06/19/2024 262 41739920 BAAN    BOC



Johnson Controls Fire Protection LP

| INVOICE | INVOICE DATE | CUSTOMER PO |
|---|---|---|
| 41739920 | 06/19/2024 | SIGNED QUOTE |

| TERMS | INVOICE TYPE |
|---|---|
| NET30 | Standard Invoice |

D-U-N-S 09-4738007
FED. ID 58-2608861

W PALM BEACH
7463 Commercial Cir
SUITE 110-111
FORT PIERCE FL 349510000

BILL TO: 262-024299389
Express
1 Express Dr
Attn Store Facilities
COLUMBUS OH 43230-1496

PROJECT: 262-650555923
Simon - Town Center At Boca Ra
6000 Glades Rd
Ste 200
BOCA RATON FL 33431-7208

## SHIPMENT DETAIL SINCE LAST INVOICE

~Tray1~

Johnson Controls Fire Protection LP

| INVOICE NO. | INVOICE DATE | CUSTOMER PO |
|---|---|---|
| 41751629 | 07/31/2024 | SIGNED QUOTE |

| TERMS | INVOICE TYPE |
|---|---|
| NET30 | Standard Invoice |

W PALM BEACH
7463 Commercial Cir
SUITE 110-111
FORT PIERCE FL 349510000

PROJECT: 262-650555923
Simon - Town Center At Boca Ra
6000 Glades Rd
Ste 200
BOCA RATON FL 33431-7208

BILL TO: 262-024299389
Express
1 Express Dr
Attn Store Facilities
COLUMBUS OH 43230-1496

Due to increasing credit card processing costs, we impose a surcharge* on the total transaction amount on credit card transactions of 2.6%, which is not greater than our credit card processing fee. We do not surcharge debit cards. *Due to statutory restrictions, we do not impose a surcharge on customers located in Connecticut, Maine, Massachusetts, New York or Colorado.

**INVOICE SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL P.O. | - | $9,945.00 | INVOICE SUBTOTAL | - | $5,299.00 |
| INVOICED TO DATE | - | $6,293.50 | LESS RETAINAGE | - | $0.00 |
| DUE THIS INVOICE | - | $5,299.00 | SUBTOTAL | - | $5,299.00 |
| REMAINING TO INVOICE | - | $3,651.50 | SALES TAX | - | $0.00 |
| | | | TOTAL INVOICE | - | $5,299.00 |

**PAY THIS AMOUNT** ▶ **$5,299.00**

**INVOICE DETAIL**

**LABOR PROGRESS**        TCM - EXPRESS DU

TOTAL LABOR THIS INVOICE:        $5,299.00

Comments

---

REMITTANCE COPY

PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

INVOICE AMOUNT
$5,299.00

BILL TO
262-024299389 Express

SHIP TO
262-024299389 Simon - Town Center At Boca R

REMIT TO
Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320

INVOICE NUMBER
41751629

INVOICE DATE
07/31/2024

CUSTOMER P.O.
SIGNED QUOTE

To Pay by Electronic Funds Transfer (EFT):
Account Name: JOHNSON CONTROLS FIRE PROTECTION LP
Account Number: ████5680
Account Type: Checking
Bank's Name: BNY Mellon, NA
Address: 500 Ross Street, Pittsburgh, PA 15262-0001
Transit Routing Number: 043000261

5000 529900 3 41751629

-M999        262  41751629  024299389        07/31/2024 262 41751629 BAAN        BOC



D-U-N-S 09-4738007
FED. ID 58-2608861

W PALM BEACH
7463 Commercial Cir
SUITE 110-111
FORT PIERCE FL 349510000

| INVOICE | INVOICE DATE | CUSTOMER PO |
|---|---|---|
| 41751629 | 07/31/2024 | SIGNED QUOTE |

| TERMS | INVOICE TYPE |
|---|---|
| NET30 | Standard Invoice |

BILL TO: 262-024299389
Express
1 Express Dr
Attn Store Facilities
COLUMBUS OH 43230-1496

PROJECT: 262-650555923
Simon - Town Center At Boca Ra
6000 Glades Rd
Ste 200
BOCA RATON FL 33431-7208

**SHIPMENT DETAIL SINCE LAST INVOICE**

**Johnson Controls Fire Protection LP**

~Tray1~

Johnson Controls
D-U-N-S 09-4738007
FED. ID 58-2608861

W PALM BEACH
7463 Commercial Cir
SUITE 110-111
FORT PIERCE FL 349510000

| INVOICE NO. | INVOICE DATE | CUSTOMER PO |
|---|---|---|
| 41756703 | 08/22/2024 | SIGNED QUOTE |

| TERMS | INVOICE TYPE |
|---|---|
| NET30 | Standard Invoice |

PROJECT: 262-650555923
Simon - Town Center At Boca Ra
6000 Glades Rd
Ste 200
BOCA RATON FL 33431-7208

BILL TO: 262-024299389
Express
1 Express Dr
Attn Store Facilities
COLUMBUS OH 43230-1496

Due to increasing credit card processing costs, we impose a surcharge* on the total transaction amount on credit card transactions of 2.6%, which is not greater than our credit card processing fee. We do not surcharge debit cards. *Due to statutory restrictions, we do not impose a surcharge on customers located in Connecticut, Maine, Massachusetts, New York or Colorado.

## INVOICE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| TOTAL P.O. | - | $9,945.00 | INVOICE SUBTOTAL | - | $3,651.50 |
| INVOICED TO DATE | - | $9,945.00 | LESS RETAINAGE | - | $0.00 |
| DUE THIS INVOICE | - | $3,651.50 | SUBTOTAL | - | $3,651.50 |
| REMAINING TO INVOICE | - | $0.00 | SALES TAX | - | $0.00 |
| | | | TOTAL INVOICE | - | $3,651.50 |
| | | | **PAY THIS AMOUNT** ▶ | | **$3,651.50** |

## INVOICE DETAIL

**LABOR PROGRESS**     TCM - EXPRESS DU

**TOTAL LABOR THIS INVOICE:**     $3,651.50

Comments

---

REMITTANCE COPY



PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

INVOICE AMOUNT
**$3,651.50**

BILL TO
262-024299389 Express

SHIP TO
262-024299389 Simon - Town Center At Boca R

REMIT TO
Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320

INVOICE NUMBER
41756703

INVOICE DATE
08/22/2024

CUSTOMER P.O.
SIGNED QUOTE

To Pay by Electronic Funds Transfer (EFT):
Account Name: JOHNSON CONTROLS FIRE PROTECTION LP
Account Number: ████5680
Account Type: Checking
Bank's Name: BNY Mellon, NA
Address: 500 Ross Street, Pittsburgh, PA 15262-0001
Transit Routing Number: 043000261

6000365150541756703

-M999     262 41756703  024299389     08/22/2024 262 41756703 BAAN     BOC

**Johnson Controls**

Johnson Controls Fire Protection LP

D-U-N-S 09-4738007
FED. ID 58-2608861

W PALM BEACH
7463 Commercial Cir
SUITE 110-111
FORT PIERCE FL 349510000

| INVOICE | INVOICE DATE | CUSTOMER PO |
|---|---|---|
| 41756703 | 08/22/2024 | SIGNED QUOTE |

| TERMS | INVOICE TYPE |
|---|---|
| NET30 | Standard Invoice |

BILL TO: 262-024299389
Express
1 Express Dr
Attn Store Facilities
COLUMBUS OH 43230-1496

PROJECT: 262-650555923
Simon - Town Center At Boca Ra
6000 Glades Rd
Ste 200
BOCA RATON FL 33431-7208

## SHIPMENT DETAIL SINCE LAST INVOICE

~M600    262  41756703  024299389



~Tray1~

Send To LOCAL

Johnson Controls Fire Protection LP

D-U-N-S 09-4738007
FED. ID 58-2608861
District # 546
3120 UNIONVILLE RD
CRANBERRY TOWNSHIP,PA 16066-0000
724-741-3400
Billing Questions, Contact =

| INVOICE NO. | INVOICE DATE | PO NUMBER |
|---|---|---|
| 52448437 | 11-11-24 | |

| SERVICE REQUEST # | SERVICE REQ. CREATED | NATIONAL ACCOUNT NUMBER |
|---|---|---|
| 58188958 | 11-09-24 | |

| PAYMENT TERMS |
|---|
| COD |

**Bill To:** 546-47330148
Express
1000 ROSS PARK MALL DR
# F-08A
PITTSBURGH PA 15237-0000

**Ship To:** 546-19319164
Express 162
1000 ROSS PARK MALL DR
Unit H-09
PITTSBURGH PA 15237-3803

**Service Requested By:** luke wettzel

**Requestors Phone Number:**

Due to increasing credit card processing costs, we impose a surcharge* on the total transaction amount on credit card transactions of 2.6%, which is not greater than our credit card processing fee. We do not surcharge debit cards. *Due to statutory restrictions, we do not impose a surcharge on customers located in Connecticut, Maine, Massachusetts, New York or Colorado.

Description of work
Service Call
Fitter arrived on site and Patch two holes in 4 inch main piping.
Service is complete
Thank you for your business!

| | |
|---|---:|
| Labor | $1,033.08 |
| Material | |
| Other | $185.00 |
| Invoice Amount | $1,218.08 |
| Taxes | $0.00 |
| Total Invoice Amount | $1,218.08 |
| Payment Received | $0.00 |

**Total Amount Due** ▶ **$1,218.08**

---



REMITTANCE COPY
PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK

TOTAL AMOUNT DUE
$1,218.08

BILL TO:
Express
546-47330148

SHIP TO:
Express 162
546-19319164

REMIT TO:
Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine IL 60055-0320

INVOICE NUMBER:  52448437
INVOICE DATE:  11-11-24
CUTOMER P.O.:

To Pay by Electronic Funds Transfer (EFT):
Account Name: JOHNSON CONTROLS FIRE PROTECTION LP
Account Number:      5680
Account Type: Checking
Bank's Name: BNY Mellon, NA
Address: 500 Ross Street, Pittsburgh, PA 15262-0001
Transit Routing Number: 043000261

000012180855244843 7



**Johnson Controls**

Billing Questions:

District # 546
3120 UNIONVILLE RD
CRANBERRY TOWNSHIP, PA
16066-0000

Johnson Controls Fire Protection LP

| INVOICE NO. |
|---|
| 52448437 |

| DATE OF INVOICE |
|---|
| 11-11-24 |

## INVOICE SERVICE DETAIL

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 8188958 | 98564343 | 09-NOV-24 | MECHANICAL AND SUPPRESSION REGULAR LABOR | MECH/SUPP RG | 4.1 HR | $1,033.08 |
| 8188958 | | 09-NOV-24 | Safety and Personal Protection Equipment Fee | PPE FEE | 1 EA | $0.00 |
| 8188958 | 98564343 | 11-NOV-24 | TRUCK CHARGE | TRUCK CHARGE | 1 EA | $185.00 |

~Tray2~

-SL-Service-M997       546  52448437  47330148                                                11/11/24,CRMC,52448437,546 ,,,



~Tray1~

Send To LOCAL

Johnson Controls Fire Protection LP

D-U-N-S 09-4738007
FED. ID 58-2608861

District # 101
1399 Vischer Ferry Rd
CLIFTON PARK,NY 12065-6325
518-952-6040
Billing Questions, Contact =

| INVOICE NO. | INVOICE DATE | PO NUMBER |
|---|---|---|
| 52484501 | 11-22-24 | |

| SERVICE REQUEST # | SERVICE REQ. CREATED | NATIONAL ACCOUNT NUMBER |
|---|---|---|
| 58186566 | 11-07-24 | |

| PAYMENT TERMS |
|---|
| COD |

**Bill To:** 101-29615614
Express 662
120 Washington Ave
ALBANY NY 12203-0000

**Ship To:** 101-29615614
Express 662
120 Washington Ave
ALBANY NY 12203-0000

**Service Requested By:** Manager On Duty     **Requestors Phone Number:**

Due to increasing credit card processing costs, we impose a surcharge* on the total transaction amount on credit card transactions of 2.6%, which is not greater than our credit card processing fee. We do not surcharge debit cards. *Due to statutory restrictions, we do not impose a surcharge on customers located in Connecticut, Maine, Massachusetts, New York or Colorado.

Description of work
Service Call
Tech arrived on site and done inspection, it is not covered under contract.
Service is complete
Thank you for your business!

| | |
|---|---:|
| Labor | $2,363.10 |
| Material | |
| Other | $195.00 |
| Invoice Amount | $2,558.10 |
| Taxes | $204.65 |
| Total Invoice Amount | $2,762.75 |
| Payment Received | $0.00 |

**Total Amount Due ▶ $2,762.75**

---



REMITTANCE COPY
PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK

TOTAL AMOUNT DUE
$2,762.75

BILL TO:
Express 662
101-29615614

SHIP TO:
Express 662
101-29615614

REMIT TO:
Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine IL 60055-0320

INVOICE NUMBER:  52484501
INVOICE DATE:  11-22-24
CUTOMER P.O.:

To Pay by Electronic Funds Transfer (EFT):
Account Name: JOHNSON CONTROLS FIRE PROTECTION LP
Account Number:  5680
Account Type: Checking
Bank's Name: BNY Mellon, NA
Address: 500 Ross Street, Pittsburgh, PA 15262-0001
Transit Routing Number: 043000261

9000276275552484501

-SL-Service-M997       101  52484501  29615614                        11/22/24,CRMC,52484501,101 ,,,        BOC



**Billing Questions:**

District #  101
1399 Vischer Ferry Rd
CLIFTON PARK,NY 12065-6325
518-952-6040

Johnson Controls Fire Protection LP

| INVOICE NO. |
|---|
| 52484501 |

| DATE OF INVOICE |
|---|
| 11-22-24 |

## INVOICE SERVICE DETAIL

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 8186566 | | 08-NOV-24 | Safety and Personal Protection Equipment Fee | PPE FEE | 1 EA | $10.00 |
| 8186566 | 98548418 | 19-NOV-24 | ALARM AND DETECTION REGULAR LABOR | HRDW OP RG | 5.2 HR | $1,812.41 |
| 8186566 | 98548439 | 19-NOV-24 | ALARM AND DETECTION REGULAR LABOR | HRDW OP RG | 1.58 HR | $550.69 |
| 8186566 | 98548418 | 21-NOV-24 | TRUCK CHARGE | TRUCK CHARGE | 1 EA | $185.00 |