# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc. et al..,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

## ORDER GRANTING JOHNSON CONTROLS FIRE PROTECTION, LP'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTATIVE CLAIM

Upon the motion (the "Motion") of Johnson Controls Fire Protection, LP ("JCFP"), by their counsel, to allow an administrative expense claims in favor of JCFP in the total amount of $13,925.83, pursuant to 11 U.S.C. § 503(b)(1)(A), and the Court having jurisdiction over this matter under 28 U.S.C. §§ 157(b)(2)(B) and 1334(b), and this being a core proceeding under 28 U.S.C. §§ 157(b)(2)(B) and 1334(b) and the Court finding that notice of the Application was adequate and proper, the Court finds and determines that JCFP is entitled to relief under 11 U.S.C. § 503(b)(1) as against the estate.

Accordingly, it is ORDERED, that

2.   The Motion is granted;

3.   JCFP is granted an allowed administrative claim in the amount of $13,925.83.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.