# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., et al.,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Daniel C. Kerrick, Esq., certify that on January 30, 2025, I caused a true and correct copy of the foregoing pleadings to be served via CM/ECF on all parties who have subscribed for electronic notice in this case.

Dated: January 30, 2025

By: */s/ Daniel C. Kerrick*
Daniel C Kerrick (DE No. 5027)
HOGAN MCDANIEL
1311 Delaware Ave
Wilmington, DE 19806
Telephone:  302-656-7599
Email: dckerrick@dkhogan.com
Attorneys for Johnson Controls
Fire Protection, LP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.