# EXHIBIT B

---

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

☐ Express, Inc. (Case No. 24-10831)
☐ Express Topco LLC (Case No. 24-10832)
☐ Express Holding, LLC (Case No. 24-10833)
☐ Express Finance Corp. (Case No. 24-10834)
☒ Express, LLC (Case No. 24-10835)
☐ Express Fashion Investments, LLC (Case No. 24-10836)

☐ Express Fashion Logistics, LLC (Case No. 24-10837)
☐ Express Fashion Operations, LLC (Case No. 24-10838)
☐ Express GC, LLC (Case No. 24-10839)
☐ Express BNBS Fashion, LLC (Case No. 24-10840)
☐ UW, LLC (Case No. 24-10841)
☐ Express Fashion Digital Services Costa Rica, S.R.L. (Case No. 24-10842)

**United States Bankruptcy Court for the District of Delaware**

---

Official Form 410

**Date Stamp Copy Returned**

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **Tote Fashion Sourcing Limited**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes.  From whom? _____ |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>RMF PC, Attn: S. Giugliano<br>Name<br>E. Tower, 15th Flr, 1425 RXR Plaza<br>Number    Street<br>Uniondale, NY 11556<br>City          State          ZIP Code<br>Contact phone  516-663-6600<br>Contact email  sgiugliano@rmfpc.com | Where should payments to the creditor be sent? (if different)<br><br>Name<br><br>Number    Street<br><br>City          State          ZIP Code<br>Contact phone _____<br>Contact email _____ |
|---|---|---|

**STRETTO**

**JUN 2 6 2024**

**RECEIVED**

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____        Filed on ____ / ____ / ____<br>                                                                              MM   / DD   / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |



**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $ _See Rider._ . **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See Rider.

9. **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. **Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
| | ☒ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,3 0* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $1 ,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ See Rider. |
| | * Amounts are subject to adjustment on 4/01/2  and every 3 years after that for cases begun on or after the date of adjustment. | |

---

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/24/2024
                  MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Keven | | Lin |
| --- | --- | --- | --- |
| | First name | Middle name | Last name |
| Title | Director | | |
| Company | Tote Fashion Sourcing Limited | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | RM 829A, 8F, Rykadan Capital Tower, 135 Hoi Bun Road | | |
| | Number        Street | | |
| | Kwun Tong, LLN, H.K. | | |
| | City | State | ZIP Code |
| Contact phone | 886-935246007 | Email | keven@totefashion.com.tw |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------x

In re:                                                 Chapter 11

EXPRESS, INC., *et al.*,[1]                            Case No. 24-10831 (KBO)

                                                       (Jointly Administered)

                          Debtors.

----------------------------------------------------------------x

### RIDER TO PROOF OF CLAIM OF TOTE FASHION SOURCING LIMITED

1.  Basis for Claim

    a.  This proof of claim (the "**Proof of Claim**") is asserted by Tote Fashion Sourcing limited (the "**Claimant**") against Express, LLC (the "**Debtor**"), in Chapter 11 Case No. 24-10835 (KBO) (the "**Bankruptcy Case**"), which is jointly administered with the chapter 11 case filed by Express, Inc., Case No. 24-10831(KBO).

    b.  This Proof of Claim arises from amounts owed to Claimant for goods delivered to the Debtor.

2.  Background.

    a.  Claimant delivers certain textile goods (the "**Goods**") to the Debtor for future resale.

    b.  Claimant is owed in the aggregate $3,483,118.38 for Goods delivered to the Debtor.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

c. On April 22, 2024 (the "**Petition Date**"), Express, Inc. and certain of its affiliates, including the Debtor, filed voluntary petitions under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") with the U.S. Bankruptcy Court for the District of Delaware.

3. Amount of Claim.

   a. Since the Petition Date, Claimant is owed $287,595.16 for Goods delivered to the Debtor and related fees incurred after the Petition Date.

   b. As of the Petition Date, Claimant is owed the amount of $762,375.71 for Goods delivered to the Debtor within twenty (20) days of the Petition Date; and

   c. As of the Petition Date, Claimant is owed $3,195,523.22 for Goods delivered to the Debtor prior to April 2, 2024 – *i.e.,* prior to twenty (20) days before the Petition Date.

   d. Claimant reserves its right to amend this Proof of Claim to assert additional claims it may hold, and to assert a different classification or amount of the Proof of Claim.

4. Classification of Claim.

   The Proof of Claim is asserted: (a) in part as an administrative expense claim under Bankruptcy Code section 503(b)(1) for Goods delivered to the Debtor after the Petition Date; (b) in part as an administrative expense claim under Bankruptcy Code section 503(b)(9) for Goods delivered within twenty (20) days of the Petition Date; and (c) in part as an unsecured claim. Claimant reserves the right to amend this Proof of Claim to assert a different or additional classification of claims, as well as claims against different or additional debtors.

5. Credits and Setoffs.

2

As of the date of this Proof of Claim, Claimant has not received any payments to reduce the amount set forth herein.

6. Supporting Documents.

The documents supporting the Proof of Claim are annexed hereto as Exhibit A.

7. Reservation of Rights.

Claimant reserves the right to amend or supplement this Proof of Claim to reflect any additional claims against the Debtor or any of its debtor affiliates, to specify interest, costs, expenses, or other charges or claims incurred by Claimant and to file additional claims which may be based on the same or additional documents.

8. No Waiver.

This Proof of Claim is filed to protect Claimant from forfeiture of the Proof of Claim. The filing of this Proof of Claim is not: (a) a waiver or release of Claimant's rights against any person, entity, or property including but not limited to the Debtor or its debtor affiliates in their jointly administered chapter 11 cases; (b) a consent by Claimant to the jurisdiction of the United States Bankruptcy Court for the District of Delaware with respect to the subject matter of the Proof of Claim or any objection or other proceeding commenced in the Debtor's chapter 11 case against or otherwise involving Claimant; (c) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of the United States Bankruptcy Court for the District of Delaware; (d) an election of remedy; (e) a waiver of any rights or claims Claimant has against the Debtor or any of its debtor affiliates in their jointly administered chapter 11 cases or any person or entity with respect to any pending or future litigation or to any matters related to such litigation; or (f) a waiver of past, present, or future defaults or events of default.

3

9.  Notices.

All notices to Claimant should be sent to:

Ruskin Moscou Faltischek, PC
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
Attn: Sheryl P. Giugliano
sgiugliano@rmfpc.com

4

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------

In re:                                      Chapter 11

Express, Inc., et al.,                      Case No. 24-10831 (KBO)

                                            (Joint Administration Requested)

---------------------------------------------------------------------

## PROOF OF CLAIM OF TOTE FASHION SOURCING LIMITED

Address ： RM 829A, 8F,   RYKADAN CAPITAL TOWER,135 HOI BUN ROAD, KWUN TONG,KLN., H.K.

Amount of Claim

owed claim in the amount of **US$3,483,118.38**, as follows:

1> Unpaid payment (delivered the Goods) $3,187,292.61

| ship date | Have not received payment yet | Remark |
|---|---|---|
| 2023/Aug | 1,199,516.43 | |
| 2023/Sep | 186,776.26 | |
| 2023/Oct | 399,543.16 | |
| 2023/Nov | 64,578.74 | pls reference -   Exhibit 1 |
| 2023/Dec | 579,188.31 | |
| 2024/Jan | 214,696.23 | |
| 2024/Feb | 284,455.86 | |
| 2024/Mar | 258,537.62 | |
| **Total** | 3,187,292.61 | |

2> Debit Note $3,544.61

| Date | Amount | Remark |
|---|---|---|
| 2023/10/19 | 2,924.61 | |
| 2023/10/27 | 620.00 | pls reference -   Exhibit 2 |
| 2024/5/13 | 4,686.00 | |
| **Total** | 8,230.61 | |

3> ordered - all materials have been arrived/finished    $287,595.16

| ship date | Amount | Remark |
|---|---|---|
| 2024/Mar | 28,875.00 | |
| 2024/Apr | 225,456.16 | pls reference -   Exhibit 3 |
| 2024/May | 33,264.00 | |
| **Total** | 287,595.16 | |

Supporting Documents

The documents supporting the Claim are as **Exhibit 1**, **Exhibit 2** and **Exhibit 3**

Exhibit 1

 Sourcing Limited

# Invoice

| | Total |
|---|---|
| | **$3,187,292.61** |

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 23EXWHA1275 | 690464 | 01/Aug/23 | 8.19 |
| EXPRESS LLC | 23EXMHA1290 | 690537 | 01/Aug/23 | 12.52 |
| EXPRESS LLC | 23EXWHB1318 | 691938 | 28/Aug/23 | 155.82 |
| EXPRESS LLC | 23EXMHA1263 | 425934 | 08/Aug/23 | 2,283.75 |
| EXPRESS LLC | 23EXWBE1342 | 692768 | 28/Aug/23 | 47,407.50 |
| EXPRESS LLC | 23EXMBE1343 | 692792 | 28/Aug/23 | 7,140.00 |
| EXPRESS LLC | 23EXWBE1344 | 692772 | 28/Aug/23 | 5,512.50 |
| EXPRESS LLC | 23EXWBE1345 | 692775 | 28/Aug/23 | 5,250.00 |
| EXPRESS LLC | 23EXWBE1346 | 692774 | 28/Aug/23 | 25,200.00 |
| EXPRESS LLC | 23EXWBE1347 | 692773 | 28/Aug/23 | 6,930.00 |
| EXPRESS LLC | 23EXWBE1349 | 693074 | 28/Aug/23 | 6,037.51 |
| EXPRESS LLC | 23EXWUW1225 | 688116 | 29/Aug/23 | 63,298.62 |
| EXPRESS LLC | 23EXWUW1226 | 688118 | 29/Aug/23 | 44,304.88 |
| EXPRESS LLC | 23EXWUW1227 | 688120 | 29/Aug/23 | 60,503.70 |
| EXPRESS LLC | 23EXWUW1228 | 688122 | 29/Aug/23 | 79,187.64 |
| EXPRESS LLC | 23EXWUW1230 | 688289 | 29/Aug/23 | 61,291.26 |
| EXPRESS LLC | 23EXWSO1232 | 688557 | 29/Aug/23 | 17,622.36 |
| EXPRESS LLC | 23EXMHA1245 | 689730 | 29/Aug/23 | 103.95 |
| EXPRESS LLC | 23EXMHA1246 | 689732 | 29/Aug/23 | 2,848.23 |
| EXPRESS LLC | 23EXMHA1248 | 689733 | 29/Aug/23 | 112.98 |
| EXPRESS LLC | 23EXMHA1249 | 689735 | 29/Aug/23 | 6,061.38 |
| EXPRESS LLC | 23EXWHA1271 | 690693 | 29/Aug/23 | 98.28 |
| EXPRESS LLC | 23EXWHA1272 | 690695 | 29/Aug/23 | 9,701.06 |
| EXPRESS LLC | 23EXWHA1274 | 690467 | 29/Aug/23 | 8,181.81 |
| EXPRESS LLC | 23EXWHA1276 | 690465 | 29/Aug/23 | 6,953.31 |
| EXPRESS LLC | 23EXMHA1278 | 692521 | 29/Aug/23 | 6,001.00 |
| EXPRESS LLC | 23EXMHA1279 | 692524 | 29/Aug/23 | 81.48 |
| EXPRESS LLC | 23EXMHA1281 | 689761 | 29/Aug/23 | 46,332.40 |
| EXPRESS LLC | 23EXMHA1285 | 689771 | 29/Aug/23 | 11,220.60 |
| EXPRESS LLC | 23EXMHA1289 | 689757 | 29/Aug/23 | 35,270.10 |
| EXPRESS LLC | 23EXMHA1293 | 692349 | 29/Aug/23 | 11,503.07 |
| EXPRESS LLC | 23EXMSC1295 | 692347 | 29/Aug/23 | 8,370.81 |
| EXPRESS LLC | 23EXWAC1297 | 688919 | 29/Aug/23 | 25,068.96 |
| EXPRESS LLC | 23EXWAC1299 | 688927 | 29/Aug/23 | 23,372.00 |
| EXPRESS LLC | 23EXWAC1301 | 688917 | 29/Aug/23 | 21,824.40 |
| EXPRESS LLC | 23EXWAC1303 | 688931 | 29/Aug/23 | 19,085.68 |
| EXPRESS LLC | 23EXWSC1305 | 690560 | 29/Aug/23 | 52,337.88 |

Exhibit 1

 Sourcing Limited

# Invoice

| | Total |
|---|---|
| | **$3,187,292.61** |

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 23EXWSC1307 | 690498 | 29/Aug/23 | 37,890.72 |
| EXPRESS LLC | 23EXWHA1309 | 690562 | 29/Aug/23 | 29,803.94 |
| EXPRESS LLC | 23EXWHA1311 | 690500 | 29/Aug/23 | 19,061.92 |
| EXPRESS LLC | 23EXWHA1313 | 690556 | 29/Aug/23 | 172,164.36 |
| EXPRESS LLC | 23EXWHA1315 | 690487 | 29/Aug/23 | 44,882.47 |
| EXPRESS LLC | 23EXWHA1325 | 690549 | 29/Aug/23 | 49,892.54 |
| EXPRESS LLC | 23EXWHA1327 | 690489 | 29/Aug/23 | 29,963.01 |
| EXPRESS LLC | 23EXMSC1354 | 693757 | 29/Aug/23 | 10,041.94 |
| EXPRESS LLC | 23EXMSC1356 | 693759 | 29/Aug/23 | 14,635.69 |
| EXPRESS LLC | 23EXMSC1358 | 693761 | 29/Aug/23 | 11,879.44 |
| EXPRESS LLC | 23EXMSC1360 | 693763 | 29/Aug/23 | 6,082.55 |
| EXPRESS LLC | 23EXMSC1362 | 693765 | 29/Aug/23 | 5,526.05 |
| EXPRESS LLC | 23EXMSC1364 | 693767 | 29/Aug/23 | 5,526.05 |
| EXPRESS LLC | 23EXMSC1372 | 693777 | 29/Aug/23 | 4,997.37 |
| EXPRESS LLC | 23EXMSC1374 | 693779 | 29/Aug/23 | 4,936.16 |
| EXPRESS LLC | 23EXMSC1377 | 694182 | 29/Aug/23 | 7,195.55 |
| EXPRESS LLC | 23EXWSC1385 | 695319 | 29/Aug/23 | 10,519.11 |
| EXPRESS LLC | 23EXWHA1387 | 695321 | 29/Aug/23 | 7,841.93 |
| EXPRESS LLC | 23EXMHA1283 | 690533 | 05/Sep/23 | 9,273.92 |
| EXPRESS LLC | 23EXMHA1287 | 690536 | 05/Sep/23 | 9,174.23 |
| EXPRESS LLC | 23EXMHA1291 | 690538 | 05/Sep/23 | 13,611.15 |
| EXPRESS LLC | 23EXWHB1317 | 692314 | 08/Sep/23 | 20,418.20 |
| EXPRESS LLC | 23EXWHB1319 | 691939 | 08/Sep/23 | 31,008.18 |
| EXPRESS LLC | 23EXWSO1332 | 691831 | 19/Sep/23 | 9,870.01 |
| EXPRESS LLC | 23EXWSO1339 | 691825 | 19/Sep/23 | 15,592.51 |
| EXPRESS LLC | 23EXMSC1366 | 693771 | 05/Sep/23 | 9,628.50 |
| EXPRESS LLC | 23EXMSC1368 | 693773 | 05/Sep/23 | 6,412.88 |
| EXPRESS LLC | 23EXMSC1370 | 693775 | 05/Sep/23 | 7,561.31 |
| EXPRESS LLC | 23EXMWA1378 | 695094 | 25/Sep/23 | 10,899.00 |
| EXPRESS LLC | 23EXMBE1379 | 695040 | 25/Sep/23 | 17,955.01 |
| EXPRESS LLC | 23EXMBE1380 | 695041 | 25/Sep/23 | 16,275.00 |
| EXPRESS LLC | 23EXMBE1381 | 695092 | 25/Sep/23 | 9,096.36 |
| EXPRESS LLC | 23EXMBE1388 | 696505 | 30/Oct/23 | 8,631.00 |
| EXPRESS LLC | 23EXMBE1389 | 696503 | 30/Oct/23 | 20,034.53 |
| EXPRESS LLC | 23EXWBE1390 | 697054 | 30/Oct/23 | 13,125.00 |
| EXPRESS LLC | 23EXWBE1391 | 697055 | 30/Oct/23 | 9,240.00 |
| EXPRESS LLC | 23EXWBE1392 | 697056 | 30/Oct/23 | 11,025.01 |

Exhibit 1

 Sourcing Limited

# Invoice

| | Total |
|---|---|
| | **$3,187,292.61** |

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 23EXMBE1393 | 697188 | 30/Oct/23 | 8,977.50 |
| EXPRESS LLC | 23EXMBE1394 | 697193 | 30/Oct/23 | 8,137.51 |
| EXPRESS LLC | 23EXWHB1399 | 696283 | 30/Oct/23 | 15,904.88 |
| EXPRESS LLC | 23EXWHB1400 | 696281 | 30/Oct/23 | 156.87 |
| EXPRESS LLC | 23EXWHB1402 | 696296 | 30/Oct/23 | 13,773.38 |
| EXPRESS LLC | 23EXWHB1403 | 696294 | 30/Oct/23 | 100.17 |
| EXPRESS LLC | 23EXWHB1406 | 696419 | 30/Oct/23 | 10,156.13 |
| EXPRESS LLC | 23EXWHB1407 | 696417 | 30/Oct/23 | 100.17 |
| EXPRESS LLC | 23EXWHB1411 | 696280 | 30/Oct/23 | 23,740.50 |
| EXPRESS LLC | 23EXWHB1412 | 696278 | 30/Oct/23 | 143.64 |
| EXPRESS LLC | 23EXWHB1415 | 696447 | 30/Oct/23 | 10,757.04 |
| EXPRESS LLC | 23EXWBE1416 | 698087 | 30/Oct/23 | 13,282.52 |
| EXPRESS LLC | 23EXWBE1417 | 698173 | 30/Oct/23 | 21,680.66 |
| EXPRESS LLC | 23EXWBE1419 | 696497 | 30/Oct/23 | 133.88 |
| EXPRESS LLC | 23EXWBE1420 | 696499 | 30/Oct/23 | 8,260.10 |
| EXPRESS LLC | 23EXWBE1422 | 698731 | 30/Oct/23 | 10,708.12 |
| EXPRESS LLC | 23EXWBE1424 | 698365 | 30/Oct/23 | 22,085.65 |
| EXPRESS LLC | 23EXWBE1425 | 698382 | 30/Oct/23 | 209.47 |
| EXPRESS LLC | 23EXMBE1428 | 698500 | 30/Oct/23 | 29,216.25 |
| EXPRESS LLC | 23EXMBE1429 | 698522 | 30/Oct/23 | 18,957.17 |
| EXPRESS LLC | 23EXMBE1430 | 698497 | 30/Oct/23 | 20,868.75 |
| EXPRESS LLC | 23EXMBE1431 | 697187 | 30/Oct/23 | 7,297.51 |
| EXPRESS LLC | 23EXWBE1432 | 699705 | 30/Oct/23 | 143.33 |
| EXPRESS LLC | 23EXWBE1433 | 699707 | 30/Oct/23 | 15,101.69 |
| EXPRESS LLC | 23EXWBE1435 | 699436 | 30/Oct/23 | 374.86 |
| EXPRESS LLC | 23EXWBE1437 | 699438 | 30/Oct/23 | 52,616.47 |
| EXPRESS LLC | 23EXWBE1438 | 698331 | 30/Oct/23 | 19,090.89 |
| EXPRESS LLC | 23EXWBE1440 | 698835 | 30/Oct/23 | 5,512.51 |
| EXPRESS LLC | 23EXWHB1398 | 696282 | 05/Nov/23 | 61.01 |
| EXPRESS LLC | 23EXWHB1401 | 696295 | 05/Nov/23 | 38.96 |
| EXPRESS LLC | 23EXWHB1405 | 696418 | 01/Nov/23 | 38.96 |
| EXPRESS LLC | 23EXWHB1410 | 696279 | 05/Nov/23 | 55.86 |
| EXPRESS LLC | 23EXWHB1414 | 696446 | 01/Nov/23 | 15.96 |
| EXPRESS LLC | 23EXWBE1418 | 698172 | 01/Nov/23 | 54.35 |
| EXPRESS LLC | 23EXWBE1421 | 696498 | 01/Nov/23 | 40.16 |
| EXPRESS LLC | 23EXWBE1423 | 698732 | 03/Nov/23 | 14.49 |
| EXPRESS LLC | 23EXWBE1426 | 698364 | 01/Nov/23 | 48.88 |

Exhibit 1

 Sourcing Limited

# Invoice

| | Total |
| --- | --- |
| | **$3,187,292.61** |

| | Invoice Number | PO No. | Ship Date | Amount |
| --- | --- | --- | --- | --- |
| EXPRESS LLC | 23EXWBE1427 | 702544 | 06/Nov/23 | 8,426.26 |
| EXPRESS LLC | 23EXWBE1434 | 699706 | 01/Nov/23 | 43.01 |
| EXPRESS LLC | 23EXWBE1436 | 699437 | 01/Nov/23 | 112.48 |
| EXPRESS LLC | 23EXWBE1439 | 698330 | 01/Nov/23 | 19.12 |
| EXPRESS LLC | 23EXMHA1445 | 698846 | 01/Nov/23 | 114.08 |
| EXPRESS LLC | 23EXMHA1446 | 698890 | 01/Nov/23 | 36.60 |
| EXPRESS LLC | 23EXMHA1447 | 698847 | 21/Nov/23 | 4,367.32 |
| EXPRESS LLC | 23EXMHA1448 | 698891 | 21/Nov/23 | 1,270.65 |
| EXPRESS LLC | 23EXMBE1464 | 700166 | 06/Nov/23 | 49,770.02 |
| EXPRESS LLC | 23EXWBE1475 | 702546 | 01/Nov/23 | 50.57 |
| EXPRESS LLC | 23EXWHB1404 | 696529 | 27/Dec/23 | 5,565.00 |
| EXPRESS LLC | 23EXWHB1408 | 696527 | 27/Dec/23 | 100.17 |
| EXPRESS LLC | 23EXWHB1409 | 696528 | 27/Dec/23 | 5,464.83 |
| EXPRESS LLC | 23EXWHB1413 | 696526 | 27/Dec/23 | 7,980.00 |
| EXPRESS LLC | 23EXWHA1441 | 699189 | 01/Dec/23 | 11.87 |
| EXPRESS LLC | 23EXWHA1442 | 699190 | 28/Dec/23 | 8,293.64 |
| EXPRESS LLC | 23EXWHA1443 | 699127 | 01/Dec/23 | 11.87 |
| EXPRESS LLC | 23EXWHA1444 | 699128 | 28/Dec/23 | 7,700.39 |
| EXPRESS LLC | 23EXWHB1455 | 699077 | 15/Dec/23 | 25,252.50 |
| EXPRESS LLC | 23EXWHB1456 | 699072 | 01/Dec/23 | 99.23 |
| EXPRESS LLC | 23EXWHB1458 | 699074 | 01/Dec/23 | 77.18 |
| EXPRESS LLC | 23EXWHB1459 | 699075 | 28/Dec/23 | 32,997.83 |
| EXPRESS LLC | 23EXWHB1460 | 699070 | 01/Dec/23 | 38.96 |
| EXPRESS LLC | 23EXWHB1461 | 699071 | 11/Dec/23 | 12,064.92 |
| EXPRESS LLC | 23EXWHB1462 | 699068 | 01/Dec/23 | 128.63 |
| EXPRESS LLC | 23EXWHB1463 | 699069 | 11/Dec/23 | 19,808.25 |
| EXPRESS LLC | 23EXMBE1465 | 700275 | 27/Dec/23 | 20,868.75 |
| EXPRESS LLC | 23EXMBE1466 | 698836 | 11/Dec/23 | 14,595.01 |
| EXPRESS LLC | 23EXMBE1467 | 698305 | 01/Dec/23 | 102.16 |
| EXPRESS LLC | 23EXMBE1468 | 698306 | 11/Dec/23 | 43,682.84 |
| EXPRESS LLC | 23EXMBE1469 | 698309 | 01/Dec/23 | 52.19 |
| EXPRESS LLC | 23EXMBE1470 | 698310 | 11/Dec/23 | 15,603.32 |
| EXPRESS LLC | 23EXMBE1471 | 698307 | 01/Dec/23 | 14.91 |
| EXPRESS LLC | 23EXMBE1472 | 698308 | 11/Dec/23 | 17,131.60 |
| EXPRESS LLC | 23EXMBE1473 | 700021 | 27/Dec/23 | 16,035.19 |
| EXPRESS LLC | 23EXMBE1474 | 700017 | 27/Dec/23 | 26,695.31 |
| EXPRESS LLC | 23EXWBE1476 | 702547 | 11/Dec/23 | 2,595.29 |

Exhibit 1

 Sourcing Limited

# Invoice

| | Total |
|---|---|
| | **$3,187,292.61** |

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 23EXWBE1477 | 702545 | 11/Dec/23 | 168.53 |
| EXPRESS LLC | 23EXWBE1478 | 698383 | 01/Dec/23 | 38.96 |
| EXPRESS LLC | 23EXWBE1479 | 698384 | 11/Dec/23 | 21,108.06 |
| EXPRESS LLC | 23EXWBE1480 | 698728 | 01/Dec/23 | 11.13 |
| EXPRESS LLC | 23EXWBE1481 | 698724 | 11/Dec/23 | 9,655.28 |
| EXPRESS LLC | 23EXWBE1482 | 702549 | 27/Dec/23 | 5,448.99 |
| EXPRESS LLC | 23EXWBE1483 | 702548 | 27/Dec/23 | 168.53 |
| EXPRESS LLC | 23EXMBE1484 | 698838 | 11/Dec/23 | 20,868.75 |
| EXPRESS LLC | 23EXMBE1485 | 698837 | 11/Dec/23 | 13,466.25 |
| EXPRESS LLC | 23EXMBE1486 | 698839 | 11/Dec/23 | 20,963.04 |
| EXPRESS LLC | 23EXMBE1487 | 698840 | 11/Dec/23 | 9,765.00 |
| EXPRESS LLC | 23EXMBE1488 | 698841 | 11/Dec/23 | 16,695.01 |
| EXPRESS LLC | 23EXMBE1489 | 698843 | 11/Dec/23 | 7,947.66 |
| EXPRESS LLC | 23EXWBE1490 | 698834 | 11/Dec/23 | 5,250.00 |
| EXPRESS LLC | 23EXWBE1491 | 698833 | 11/Dec/23 | 5,302.51 |
| EXPRESS LLC | 23EXMBE1492 | 700767 | 27/Dec/23 | 3,877.02 |
| EXPRESS LLC | 23EXMBE1493 | 700760 | 27/Dec/23 | 18,573.19 |
| EXPRESS LLC | 23EXMBE1494 | 700766 | 27/Dec/23 | 8,137.50 |
| EXPRESS LLC | 23EXWBE1495 | 702550 | 01/Dec/23 | 50.57 |
| EXPRESS LLC | 23EXWUW1496 | 701856 | 01/Dec/23 | 71.20 |
| EXPRESS LLC | 23EXWUW1497 | 701858 | 01/Dec/23 | 61.12 |
| EXPRESS LLC | 23EXWUW1498 | 701864 | 01/Dec/23 | 32.45 |
| EXPRESS LLC | 23EXMHA1499 | 702569 | 01/Dec/23 | 27.78 |
| EXPRESS LLC | 23EXMHA1500 | 702567 | 01/Dec/23 | 28.52 |
| EXPRESS LLC | 23EXWHB1501 | 703269 | 27/Dec/23 | 24,141.81 |
| EXPRESS LLC | 23EXWBE1502 | 703445 | 27/Dec/23 | 22,470.00 |
| EXPRESS LLC | 23EXMHA1503 | 702573 | 01/Dec/23 | 61.00 |
| EXPRESS LLC | 23EXMHA1504 | 702571 | 01/Dec/23 | 31.61 |
| EXPRESS LLC | 23EXWBE1505 | 702566 | 27/Dec/23 | 33,206.25 |
| EXPRESS LLC | 23EXWBE1506 | 702565 | 27/Dec/23 | 28,560.00 |
| EXPRESS LLC | 23EXWHB1507 | 706317 | 25/Dec/23 | 20,028.75 |
| EXPRESS LLC | 24EXMHA1001 | 699866 | 02/Jan/24 | 5,092.50 |
| EXPRESS LLC | 24EXMBE1003 | 700064 | 15/Jan/24 | 13,466.25 |
| EXPRESS LLC | 24EXMBE1004 | 700065 | 15/Jan/24 | 12,206.25 |
| EXPRESS LLC | 24EXMBE1005 | 700063 | 15/Jan/24 | 16,695.01 |
| EXPRESS LLC | 24EXWBE1006 | 700108 | 15/Jan/24 | 6,930.00 |
| EXPRESS LLC | 24EXWBE1011 | 700101 | 01/Jan/24 | 10.50 |

Exhibit 1

 Sourcing Limited

# Invoice

| | Total |
|---|---|
| | **$3,187,292.61** |

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 24EXWBE1012 | 700102 | 15/Jan/24 | 8,914.50 |
| EXPRESS LLC | 24EXWHB1013 | 699941 | 01/Jan/24 | 223.44 |
| EXPRESS LLC | 24EXWHB1014 | 699942 | 15/Jan/24 | 34,146.00 |
| EXPRESS LLC | 24EXWHB1015 | 700252 | 01/Jan/24 | 36.75 |
| EXPRESS LLC | 24EXWHB1016 | 700253 | 15/Jan/24 | 18,338.25 |
| EXPRESS LLC | 24EXWBE1017 | 701719 | 15/Jan/24 | 175.09 |
| EXPRESS LLC | 24EXWBE1018 | 701717 | 15/Jan/24 | 5,862.42 |
| EXPRESS LLC | 24EXWUW1020 | 701857 | 09/Jan/24 | 24,845.32 |
| EXPRESS LLC | 24EXWUW1021 | 701859 | 09/Jan/24 | 22,855.17 |
| EXPRESS LLC | 24EXWUW1023 | 701865 | 09/Jan/24 | 8,749.34 |
| EXPRESS LLC | 24EXMHA 1025 | 702574 | 09/Jan/24 | 11,268.50 |
| EXPRESS LLC | 24EXMHA 1027 | 702572 | 09/Jan/24 | 4,031.90 |
| EXPRESS LLC | 24EXMHA 1028 | 702570 | 09/Jan/24 | 5,528.82 |
| EXPRESS LLC | 24EXMHA 1029 | 702568 | 09/Jan/24 | 6,082.48 |
| EXPRESS LLC | 24EXWBE1030 | 700107 | 15/Jan/24 | 4,725.00 |
| EXPRESS LLC | 24EXWBE1032 | 700094 | 15/Jan/24 | 4,200.00 |
| EXPRESS LLC | 24EXWHB1037 | 702579 | 01/Jan/24 | 91.14 |
| EXPRESS LLC | 24EXWHB1059 | 703583 | 01/Jan/24 | 126.42 |
| EXPRESS LLC | 24EXWHB1061 | 703749 | 01/Jan/24 | 95.18 |
| EXPRESS LLC | 24EXWHB1038 | 702580 | 19/Feb/24 | 23,995.86 |
| EXPRESS LLC | 24EXMBE1044 | 704080 | 19/Feb/24 | 37,563.76 |
| EXPRESS LLC | 24EXMBE1045 | 704078 | 19/Feb/24 | 10,437.01 |
| EXPRESS LLC | 24EXMBE1046 | 704082 | 19/Feb/24 | 7,822.50 |
| EXPRESS LLC | 24EXMBE1047 | 704083 | 19/Feb/24 | 7,811.06 |
| EXPRESS LLC | 24EXMBE1048 | 704081 | 19/Feb/24 | 12,206.26 |
| EXPRESS LLC | 24EXMBE1049 | 704079 | 19/Feb/24 | 27,057.46 |
| EXPRESS LLC | 24EXMBE1050 | 704073 | 19/Feb/24 | 14,595.01 |
| EXPRESS LLC | 24EXMBE1051 | 704074 | 19/Feb/24 | 18,243.76 |
| EXPRESS LLC | 24EXMBE1052 | 704075 | 19/Feb/24 | 3,727.51 |
| EXPRESS LLC | 24EXMBE1053 | 704076 | 19/Feb/24 | 8,347.51 |
| EXPRESS LLC | 24EXMBE1054 | 704077 | 19/Feb/24 | 22,443.75 |
| EXPRESS LLC | 24EXWBE1055 | 704125 | 19/Feb/24 | 4,200.00 |
| EXPRESS LLC | 24EXWBE1056 | 704126 | 19/Feb/24 | 7,875.00 |
| EXPRESS LLC | 24EXWBE1057 | 704124 | 19/Feb/24 | 5,512.51 |
| EXPRESS LLC | 24EXWBE1058 | 704121 | 19/Feb/24 | 5,040.00 |
| EXPRESS LLC | 24EXWHB1060 | 703584 | 19/Feb/24 | 33,284.58 |
| EXPRESS LLC | 24EXWHB1062 | 703750 | 19/Feb/24 | 27,099.82 |

Exhibit 1

 Sourcing Limited

# Invoice

| | Total |
|---|---|
| | **$3,187,292.61** |

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 24EXWBE1077 | 706148 | 19/Feb/24 | 7,192.50 |
| EXPRESS LLC | 24EXWBE1008 | 699923 | 01/Mar/24 | 47.25 |
| EXPRESS LLC | 24EXWSC1039 | 700077 | 01/Mar/24 | 61.37 |
| EXPRESS LLC | 24EXWSC1040 | 700075 | 01/Mar/24 | 61.37 |
| EXPRESS LLC | 24EXWSC1041 | 700073 | 01/Mar/24 | 61.37 |
| EXPRESS LLC | 24EXWHA1101 | 708892 | 04/Mar/24 | 28.67 |
| EXPRESS LLC | 24EXMHA1002 | 698892 | 05/Mar/24 | 15,277.50 |
| EXPRESS LLC | 24EXWHA1102 | 708893 | 05/Mar/24 | 13,075.34 |
| EXPRESS LLC | 24EXWBE1009 | 699922 | 18/Mar/24 | 157.50 |
| EXPRESS LLC | 24EXWBE1010 | 699924 | 18/Mar/24 | 18,170.25 |
| EXPRESS LLC | 24EXWBE1042 | 703962 | 18/Mar/24 | 21,127.42 |
| EXPRESS LLC | 24EXWBE1043 | 704004 | 18/Mar/24 | 168.53 |
| EXPRESS LLC | 24EXMBE1063 | 705137 | 18/Mar/24 | 33,180.01 |
| EXPRESS LLC | 24EXMBE1064 | 705139 | 18/Mar/24 | 8,347.50 |
| EXPRESS LLC | 24EXMBE1065 | 705140 | 18/Mar/24 | 13,466.26 |
| EXPRESS LLC | 24EXMBE1066 | 705132 | 18/Mar/24 | 18,243.74 |
| EXPRESS LLC | 24EXMBE1067 | 705134 | 18/Mar/24 | 14,609.60 |
| EXPRESS LLC | 24EXWBE1068 | 705146 | 18/Mar/24 | 6,037.51 |
| EXPRESS LLC | 24EXWBE1069 | 705145 | 18/Mar/24 | 5,617.50 |
| EXPRESS LLC | 24EXMBE1070 | 705330 | 18/Mar/24 | 17,278.80 |
| EXPRESS LLC | 24EXMBE1071 | 705331 | 18/Mar/24 | 8,137.50 |
| EXPRESS LLC | 24EXMBE1072 | 705333 | 18/Mar/24 | 15,330.01 |
| EXPRESS LLC | 24EXMBE1073 | 705332 | 18/Mar/24 | 21,202.65 |
| EXPRESS LLC | 24EXMBE1074 | 705334 | 18/Mar/24 | 7,041.46 |
| EXPRESS LLC | 24EXWBE1075 | 705697 | 18/Mar/24 | 12,075.00 |
| EXPRESS LLC | 24EXWBE1076 | 705699 | 18/Mar/24 | 9,733.51 |
| | | | | 3,187,292.61 |

Exhibit 2

 Sourcing Limited

# Debit Note

| Total | |
|---|---|
| | **$8,230.61** |

| Date | Description | Amount |
|---|---|---|
| 2023/10/19 | materials fee of cancellation order | 2,924.61 |
| 2023/10/27 | materials fee of cancellation order | 620.00 |
| 2024/5/13 | materials fee of cancellation order | 4,686.00 |
| | | 8,230.61 |

Exhibit 3

 **Sourcing Limited**

# Invoice

| | | Total | | |
|---|---|---|---|---|
| | | | | **$287,595.16** |

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 24EXWUW1022 | 701860 | 02/Apr/24 | 5,092.50 |
| EXPRESS LLC | 24EXWSC1033 | 700078 | 09/Apr/24 | 4,322.38 |
| EXPRESS LLC | 24EXWSC1034 | 700076 | 09/Apr/24 | 28,871.38 |
| EXPRESS LLC | 24EXWSC1035 | 700074 | 09/Apr/24 | 17,473.63 |
| EXPRESS LLC | 24EXWHB1036 | 699073 | 03/Apr/24 | 26,124.53 |
| EXPRESS LLC | 24EXMBE1078 | 706488 | 10/Apr/24 | 8,137.50 |
| EXPRESS LLC | 24EXMBE1079 | 706487 | 10/Apr/24 | 15,025.50 |
| EXPRESS LLC | 24EXMBE1080 | 706483 | 10/Apr/24 | 7,455.00 |
| EXPRESS LLC | 24EXMBE1081 | 706484 | 10/Apr/24 | 15,330.00 |
| EXPRESS LLC | 24EXMBE1082 | 706476 | 10/Apr/24 | 18,243.75 |
| EXPRESS LLC | 24EXMBE1083 | 706479 | 10/Apr/24 | 28,901.25 |
| EXPRESS LLC | 24EXMBE1084 | 706478 | 10/Apr/24 | 13,466.25 |
| EXPRESS LLC | 24EXMBE1085 | 706477 | 10/Apr/24 | 8,347.50 |
| EXPRESS LLC | 24EXWHB1086 | 706653 | 04/Mar/24 | 91.88 |
| EXPRESS LLC | 24EXWHB1087 | 706654 | 25/Mar/24 | 28,783.13 |
| EXPRESS LLC | 24EXWBE1095 | 709265 | 10/Apr/24 | 28,665.00 |
| EXPRESS LLC | 24EXWBE1103 | 709314 | 01/May/24 | 46.78 |
| EXPRESS LLC | 24EXWBE1104 | 709315 | 13/May/24 | 22,822.22 |
| EXPRESS LLC | 24EXWBE1105 | 709310 | 01/May/24 | 10.40 |
| EXPRESS LLC | 24EXWBE1106 | 709311 | 13/May/24 | 10,384.61 |
| | | | | 287,595.16 |

1 of 1

| | Invoice Number | PO No. | Ship Date | Amount |
|---|---|---|---|---|
| EXPRESS LLC | 24EXMHA1001 | 699866 | 02/Jan/24 | 5,092.50 |
| EXPRESS LLC | 24EXMBE1003 | 700064 | 15/Jan/24 | 13,466.25 |
| EXPRESS LLC | 24EXMBE1004 | 700065 | 15/Jan/24 | 12,206.25 |
| EXPRESS LLC | 24EXMBE1005 | 700063 | 15/Jan/24 | 16,695.01 |
| EXPRESS LLC | 24EXWBE1006 | 700108 | 15/Jan/24 | 6,930.00 |
| EXPRESS LLC | 24EXWBE1011 | 700101 | 01/Jan/24 | 10.50 |
| EXPRESS LLC | 24EXWBE1012 | 700102 | 15/Jan/24 | 8,914.50 |
| EXPRESS LLC | 24EXWHB1013 | 699941 | 01/Jan/24 | 223.44 |
| EXPRESS LLC | 24EXWHB1014 | 699942 | 15/Jan/24 | 34,146.00 |
| EXPRESS LLC | 24EXWHB1015 | 700252 | 01/Jan/24 | 36.75 |
| EXPRESS LLC | 24EXWHB1016 | 700253 | 15/Jan/24 | 18,338.25 |
| EXPRESS LLC | 24EXWBE1017 | 701719 | 15/Jan/24 | 175.09 |
| EXPRESS LLC | 24EXWBE1018 | 701717 | 15/Jan/24 | 5,862.42 |
| EXPRESS LLC | 24EXWUW1020 | 701857 | 09/Jan/24 | 24,845.32 |
| EXPRESS LLC | 24EXWUW1021 | 701859 | 09/Jan/24 | 22,855.17 |
| EXPRESS LLC | 24EXWUW1023 | 701865 | 09/Jan/24 | 8,749.34 |
| EXPRESS LLC | 24EXMHA 1025 | 702574 | 09/Jan/24 | 11,268.50 |
| EXPRESS LLC | 24EXMHA 1027 | 702572 | 09/Jan/24 | 4,031.90 |
| EXPRESS LLC | 24EXMHA 1028 | 702570 | 09/Jan/24 | 5,528.82 |
| EXPRESS LLC | 24EXMHA 1029 | 702568 | 09/Jan/24 | 6,082.48 |
| EXPRESS LLC | 24EXWBE1030 | 700107 | 15/Jan/24 | 4,725.00 |
| EXPRESS LLC | 24EXWBE1032 | 700094 | 15/Jan/24 | 4,200.00 |
| EXPRESS LLC | 24EXWHB1037 | 702579 | 01/Jan/24 | 91.14 |
| EXPRESS LLC | 24EXWHB1059 | 703583 | 01/Jan/24 | 126.42 |
| EXPRESS LLC | 24EXWHB1061 | 703749 | 01/Jan/24 | 95.18 |
| EXPRESS LLC | 24EXWHB1038 | 702580 | 19/Feb/24 | 23,995.86 |
| EXPRESS LLC | 24EXMBE1044 | 704080 | 19/Feb/24 | 37,563.76 |
| EXPRESS LLC | 24EXMBE1045 | 704078 | 19/Feb/24 | 10,437.01 |
| EXPRESS LLC | 24EXMBE1046 | 704082 | 19/Feb/24 | 7,822.50 |
| EXPRESS LLC | 24EXMBE1047 | 704083 | 19/Feb/24 | 7,811.06 |
| EXPRESS LLC | 24EXMBE1048 | 704081 | 19/Feb/24 | 12,206.26 |
| EXPRESS LLC | 24EXMBE1049 | 704079 | 19/Feb/24 | 27,057.46 |
| EXPRESS LLC | 24EXMBE1050 | 704073 | 19/Feb/24 | 14,595.01 |
| EXPRESS LLC | 24EXMBE1051 | 704074 | 19/Feb/24 | 18,243.76 |
| EXPRESS LLC | 24EXMBE1052 | 704075 | 19/Feb/24 | 3,727.51 |
| EXPRESS LLC | 24EXMBE1053 | 704076 | 19/Feb/24 | 8,347.51 |
| EXPRESS LLC | 24EXMBE1054 | 704077 | 19/Feb/24 | 22,443.75 |
| EXPRESS LLC | 24EXWBE1055 | 704125 | 19/Feb/24 | 4,200.00 |
| EXPRESS LLC | 24EXWBE1056 | 704126 | 19/Feb/24 | 7,875.00 |
| EXPRESS LLC | 24EXWBE1057 | 704124 | 19/Feb/24 | 5,512.51 |
| EXPRESS LLC | 24EXWBE1058 | 704121 | 19/Feb/24 | 5,040.00 |
| EXPRESS LLC | 24EXWHB1060 | 703584 | 19/Feb/24 | 33,284.58 |
| EXPRESS LLC | 24EXWHB1062 | 703750 | 19/Feb/24 | 27,099.82 |
| EXPRESS LLC | 24EXWBE1077 | 706148 | 19/Feb/24 | 7,192.50 |
| EXPRESS LLC | 24EXWBE1008 | 699923 | 01/Mar/24 | 47.25 |
| EXPRESS LLC | 24EXWSC1039 | 700077 | 01/Mar/24 | 61.37 |
| EXPRESS LLC | 24EXWSC1040 | 700075 | 01/Mar/24 | 61.37 |
| EXPRESS LLC | 24EXWSC1041 | 700073 | 01/Mar/24 | 61.37 |
| EXPRESS LLC | 24EXWHA1101 | 708892 | 04/Mar/24 | 28.67 |
| EXPRESS LLC | 24EXWHA1002 | 698892 | 05/Mar/24 | 15,277.50 |
| EXPRESS LLC | 24EXWHA1102 | 708893 | 05/Mar/24 | 13,075.34 |
| EXPRESS LLC | 24EXWBE1009 | 699922 | 18/Mar/24 | 157.50 |
| EXPRESS LLC | 24EXWBE1010 | 699924 | 18/Mar/24 | 18,170.25 |
| EXPRESS LLC | 24EXWBE1042 | 703962 | 18/Mar/24 | 21,127.42 |
| EXPRESS LLC | 24EXWBE1043 | 704004 | 18/Mar/24 | 168.53 |
| EXPRESS LLC | 24EXMBE1063 | 705137 | 18/Mar/24 | 33,180.01 |
| EXPRESS LLC | 24EXMBE1064 | 705139 | 18/Mar/24 | 8,347.50 |
| EXPRESS LLC | 24EXMBE1065 | 705140 | 18/Mar/24 | 13,466.26 |
| EXPRESS LLC | 24EXMBE1066 | 705132 | 18/Mar/24 | 18,243.74 |
| EXPRESS LLC | 24EXMBE1067 | 705134 | 18/Mar/24 | 14,609.60 |
| EXPRESS LLC | 24EXWBE1068 | 705146 | 18/Mar/24 | 6,037.51 |
| EXPRESS LLC | 24EXWBE1069 | 705145 | 18/Mar/24 | 5,617.50 |
| EXPRESS LLC | 24EXMBE1070 | 705330 | 18/Mar/24 | 17,278.80 |

| EXPRESS LLC | 24EXMBE1071 | 705331 | 18/Mar/24 | 8,137.50 |
|---|---|---|---|---|
| EXPRESS LLC | 24EXMBE1072 | 705333 | 18/Mar/24 | 15,330.01 |
| EXPRESS LLC | 24EXMBE1073 | 705332 | 18/Mar/24 | 21,202.65 |
| EXPRESS LLC | 24EXMBE1074 | 705334 | 18/Mar/24 | 7,041.46 |
| EXPRESS LLC | 24EXWBE1075 | 705697 | 18/Mar/24 | 12,075.00 |
| EXPRESS LLC | 24EXWBE1076 | 705699 | 18/Mar/24 | 9,733.51 |
| | | | | 757,689.71 |

| Date | Amount | Description |
|------|--------|-------------|
| 5/13/2024 | 4,686.00 | materials fee of cancellation order |
| **Total** | 4,686.00 | |



**RUSKINMOSCOUFALTISCHEK** P.C.

*Counselors at Law*

Writer's Direct Dial: (516) 663-6638
Writer's Direct Fax: (516) 663-6838
Writer's E-Mail: sgiugliano@rmfpc.com

June 25, 2024

**By Fedex**

Express, Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

> Re:    *In re Express Inc., et al.*
> Case No. 24-10831 (KBO), U.S. Bankruptcy Court for District of Delaware
> Proof of Claim of Tote Fashion Sourcing Limited

Dear Sir/Madam,

This firm is counsel to Tote Fashion Sourcing Limited (the "Claimant"), creditor to Express, LLC (the "Debtor") in Chapter 11 Case No. 24-10835 (KBO), which is jointly administered with the above-referenced Chapter 11 case.

With this letter, the Claimant hereby serves its proof of claim (the "Proof of Claim") against the Debtor. To this end, enclosed is the Claimant's original signed Proof of Claim form and supporting documentation.

This office requests Stretto's acknowledgment of receipt of service of the Proof of Claim. Accordingly, additionally enclosed are (1) a copy of the Claimant's signed Proof of Claim form and (2) a self-addressed stamped envelope. Please return the stamped Proof of Claim in the self-addressed stamped envelope.

Very truly yours,

/s/ *Sheryl P. Giugliano*
SHERYL P. GIUGLIANO
For the Firm

Enclosures

1030330

ORIGIN ID:RMEA    (516) 663-6600
NICOLAS FLORIO
RUSKIN MOSCOU FALTISCHEK P.C.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556
UNITED STATES US

SHIP DATE: 25JUN24
ACTWGT: 1.00 LB
CAD: 253607601/INET4535
DIMS: 12x10x1 IN

BILL SENDER

TO **EXPRESS, INC., CLAIMS PROCESSING**
**C/O STRETTO**
**410 EXCHANGE, SUITE 100**

**IRVINE CA 92602**
(516) 663-6600
INV:                         REF: 1991500.00001
PO:                          DEPT:




FedEx
Express

WED - 26 JUN 10:30A
PRIORITY OVERNIGHT

TRK#
0201    **7770 5801 0500**

92602

**NW DTHA**        CA-US    **SNA**



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line
2. Place label in shipping pouch and affix it to your shipment

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.