**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**June 29, 2025 at 4:00 p.m. (ET)**<br><br>**Hearing Date:**<br>**To be determined.** |

**MOTION OF GOOGLE LLC FOR ALLOWANCE AND PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

Google LLC ("**Google**"), by and through its counsel, White and Williams LLP, files this *Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* (the "**Motion**") requesting entry of an order substantially in the form attached hereto as **Exhibit A**, and in support thereof states the following:

**BACKGROUND**

1. On April 22, 2024 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for Chapter 11 relief in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. Before and after the Petition Date, Google provided services to and for the benefit of Express, LLC (n/k/a Project Pine OldCo, LLC)("**Express**"), Express BNBS Fashion, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

34225896v.1

-2-

(n/k/a Project Pine Tropic OldCo, LLC)(**"BNBS"**), UW, LLC (n/k/a Project Pine California OldCo, LLC)(**"UW"**), and possibly other Debtors pursuant to one or more Cloud Platform Agreements (collectively, the **"CPA"**), one or more Advertising Services Agreements (collectively, the **"ASA"**), and possibly one or more other contracts (collectively with the CPA and ASA, the **"Contracts"**).

3. Google's Cloud Platform is a suite of data management and other cloud computing services.

4. The Google Ads program, formerly known as AdWords, is an online advertising program that, among other things, allows advertisers to reach potential customers as they search the web or browse websites. The Google Ads program enables advertisers to set a budget for advertising and control their ad traffic and targeting decisions The ASA is a click-to-accept agreement that incorporates Google's Advertising Program Terms (the "**Terms and Conditions**").

5. On December 17, 2024, the Bankruptcy Court confirmed the *Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates* [Docket No. 1130] (the **"Plan"**), which was attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates* [D.I. 1150] (the **"Confirmation Order"**). The Plan became effective in accordance with its terms, and the Effective Date (as that term is defined in the Plan) occurred, on December 31, 2024. *See* D.I. 1190.

34225896v.1

6.      Google has not yet received payment for certain Google Ads services that it provided to the Debtors during the course of their bankruptcy proceedings, as more fully set forth on the account statement and supporting invoices[2] attached as **Exhibit B** hereto.

## DISCUSSION

7.      Google hereby requests the allowance and payment of $1,903,435.34 as an administrative expense pursuant to Section 503(b)(1)(A) of the Bankruptcy Code.

8.      Pursuant to 11 U.S.C. § 503(b), "[a]fter notice and a hearing, there shall be allowed administrative expenses … including … (1) actual, necessary costs and expenses of preserving the estate …." "[A] non-debtor party to an executory contract is entitled to an administrative expense claim equal to any benefit conferred on the estate prior to the assumption or rejection of the contract." *In re Waste Systems Int'l, Inc.*, 280 B.R. 824, 826 (Bankr. D. Del. 2002).

9.      The Google Cloud and Ads services provided by Google constituted actual, necessary costs of preserving the Debtors' bankruptcy estates and conferred a direct and substantial benefit on the Debtors' estates and creditors.  Accordingly, Google is entitled to an administrative claim in the amount of $1,903,435.34.

**WHEREFORE**, Google respectfully requests the entry of an Order:

(a)     Granting Google LLC an administrative expense claim in the amount of $1,903,435.34 pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and

(b)     Granting such other and further relief as is just and proper.

---

[2] Open invoices with only pre-petition balances have been omitted, but are attached to Google's proof of claim.

-4-

| | |
|---|---|
| Dated: January 30, 2025 | **WHITE AND WILLIAMS LLP** |
| | */s/ Michael A. Ingrassia* |
| | Michael A. Ingrassia (No. 7068) |
| | 600 North King Street, Suite 800 |
| | Wilmington, DE 19801 |
| | Phone: 302-467-4503 |
| | Fax:    302-467-4550 |
| | Email:  ingrassiam@whiteandwilliams.com |
| | |
| | - and - |
| | |
| | James C. Vandermark |
| | 1650 Market Street, Suite 1800 |
| | Philadelphia, PA  19103 |
| | Telephone:  (215) 864-8000 |
| | Email: vandermarkj@whiteandwilliams.com |
| | |
| | ***Attorneys for Google LLC*** |

34225896v.1