**<u>Exhibit B</u>**

**Account Statement and Invoices**

**Express, Inc. et al. - Account Statement**
**Chapter 11 Bankruptcy Filing - 04.22.2024**

| Customer | Customer Bill To | Customer External ID | PDF Invoice Number | Invoice Date | Due Date | Currency | Original Amount Local | Open Amount Local | PrePetition Local | PostPetition Local | Entity | Account Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Express, Inc. | Express LLC | 0482-8877-1734 | 5148052107 | 12/31/2024 | 1/30/2025 | USD | 1,595,833.86 | 1,595,833.86 | 0.00 | 1,595,833.86 | Google LLC f/k/a Google Inc. | Google Ads |
| Express, Inc. | Express LLC | 0482-8877-1734 | 4975867967 | 4/30/2024 | 5/30/2024 | USD | 777,584.09 | 615,647.00 | 615,647.00 | 161,937.09 | Google LLC f/k/a Google Inc. | Google Ads |
| Express, Inc. | Express LLC | 0482-8877-1734 | 4951571525 | 3/31/2024 | 4/30/2024 | USD | 600,358.46 | 600,358.46 | 600,358.46 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Express, Inc. | UW, LLC | 1875-6193-6997 | 5015807390 | 6/30/2024 | 7/30/2024 | USD | 28,722.45 | 28,722.45 | 0.00 | 28,722.45 | Google LLC f/k/a Google Inc. | Google Ads |
| Express, Inc. | UW, LLC | 1875-6193-6997 | 4994156630 | 5/31/2024 | 6/30/2024 | USD | 63,287.66 | 63,287.66 | 0.00 | 63,287.66 | Google LLC f/k/a Google Inc. | Google Ads |
| Express, Inc. | UW, LLC | 1875-6193-6997 | 4992532808 | 5/31/2024 | 6/30/2024 | USD | 20,623.43 | 20,623.43 | 0.00 | 20,623.43 | Google LLC f/k/a Google Inc. | Google Ads |
| Express, Inc. | UW, LLC | 1875-6193-6997 | 4973516255 | 4/30/2024 | 5/30/2024 | USD | 107,451.22 | 107,451.22 | 74,420.37 | 33,030.85 | Google LLC f/k/a Google Inc. | Google Ads |
| Express, Inc. | UW, LLC | 1875-6193-6997 | 4949814752 | 3/31/2024 | 4/30/2024 | USD | 106,701.82 | 106,701.82 | 106,701.82 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |

| Total | 3,300,562.99 | 3,138,625.90 | 1,397,127.65 | 1,903,435.34 |
|---|---|---|---|---|



# Invoice

Invoice number: 5148052107

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: ▉▉▉▉

**Bill to**

Chelsea Penzone
Express, LLC
1 Express Drive
Columbus, OH 43230
United States

**Details**

| | |
|---|---|
| Invoice number | 5148052107 |
| Invoice date | Dec 31, 2024 |
| Payment terms | Net 30 |
| Billing ID | 0482-8877-1734 |

**Google Ads**

Total amount due in USD **$1,595,833.86**

**Due Jan 30, 2025**

**Summary for Dec 1, 2024 - Dec 31, 2024**

**Pay in USD:**

| | |
|---|---|
| Amount in USD | $1,595,767.85 |
| Tax (0%) | $0.00 |
| Austria DST Fee * | $0.47 |
| Turkey Regulatory Operating Cost * | $5.33 |
| UK DST Fee * | $2.96 |
| Spain Regulatory Operating Cost * | $1.59 |
| France Regulatory Operating Cost * | $3.87 |
| Italy Regulatory Operating Cost * | $5.00 |
| Canada DST Fee * | $46.79 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $1,595,833.86 |

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, Operating Charges etc.) are applicable to your business when ads are acquired and/or displayed in certain countries. Learn more about fees and charges: https://support.google.com/google-ads/answer/13674500

**To pay by wire transfer or ACH*, send to:**

Account holder name: Google LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA/Bank Routing #: 121000248
Account #: ▉▉▉▉▉

**Bank branch address:**

Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check*, mail to:**

Google LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

**\*Remittance instructions:** To help ensure that your payments are correctly matched and on time, include invoice numbers when making your payment. If you're paying for multiple invoices, email collections@google.com and include your company name, total payment amount, invoice numbers, and respective amounts for each invoice. Send your payments only to the bank account listed on this invoice.

 Invoice

Invoice number: 5148052107

**Summary of costs by account budget**
**Dec 1, 2024 - Dec 31, 2024**

| Account ID | Account | Account budget | Purchase order | Amount($) |
|---|---|---|---|---|
| 490-879-7993 | Express - VM | Q4 FY24 | | 193,381.19 |
| 856-681-7284 | Express Inc | Express, LLC Express, LLC - USD... | | 127,777.95 |
| 375-917-7671 | Express PLA | Express, LLC | | 1,274,608.71 |
| | | | Fees | $66.01 |
| | | | Total in USD | **$1,595,833.86** |

# Google™    Invoice

Invoice number: 5148052107

**Account: Express - VM**
**Account ID: 490-879-7993**
**Account budget: Q4 FY24**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q4FY24_camp:Women's YouTube BAU 15s_start:11.3_end:12.31_geo:National_vmid:4113 | 39089981 | Impressions | 118,652.36 |
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q4FY24_camp:Men's YouTube BAU 15 s_start:11.3_end:12.31_geo:National_vmid:4114 | 25499802 | Impressions | 78,911.33 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Q3 FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q3FY24_camp:Women's YouTube BAU 15s_Non LL_st ... | | | -0.01 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Q3 FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q3FY24_camp:Men's YouTube BAU 15s_start:8.16_en ... | | | -0.03 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Q3 FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q3FY24_camp:Women's YouTube BAU 15s_start:8.16_ ... | | | -0.09 |
| Invalid activity | | | -19.53 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Q3 FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q3FY24_camp:Men's YouTube BAU 15s_start:8.16_en ... | | | -52.85 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Q3 FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q3FY24_camp:Women's YouTube BAU 15s_start:8.16_ ... | | | -73.52 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Q4 FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q4FY24_camp:Men's YouTube BAU 15s_start:11.3_en ... | | | -1,648.46 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Q4 FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q4FY24_camp:Women's YouTube BAU 15s_start:11.3_ ... | | | -2,388.01 |

| | |
|---|---|
| Subtotal in USD | $193,381.19 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$193,381.19** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 3 of 10

 **Invoice**

**Account: Express Inc**
**Account ID: 856-681-7284**
**Account budget: Express, LLC Express, LLC - USD...**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Merkle Brand Retail 2019 | 84104 | Clicks | 46,405.14 |
| PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | 4738611 | Impressions | 27,660.26 |
| Retail NB Text | 27443 | Clicks | 21,696.38 |
| Goo-Discovery-F-Keyword-Retail-94-000-Dresses-Product | 58946 | Clicks | 5,957.36 |
| Goo-App-N-Keyword-Retail-00-000-iOS-US-Product | 7476 | Clicks | 5,358.11 |
| Goo-Discovery-F-Keyword-Retail-00-000-New_Customer-US-Product | 6786 | Clicks | 4,167.02 |
| Goo-Discovery-M-Keyword-Retail-00-000-Lapsed_Customer-US-Product | 3497 | Clicks | 3,848.12 |
| Goo-Discovery-F-Keyword-Retail-00-000-Lapsed_Customer-US-Product | 4431 | Clicks | 3,441.65 |
| Goo-Discovery-M-Keyword-Retail-00-000-New_Customer-US-Product | 2304 | Clicks | 2,740.57 |
| PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | 52315 | Clicks | 2,730.25 |
| Goo-Discovery-M-Keyword-Retail-39-000-Suits-Product | 4292 | Clicks | 1,407.17 |
| Goo-Discovery-F-Keyword-Retail-00-000-New_Customer-US-Product | 318350 | Impressions | 1,006.50 |
| Goo-App-N-Keyword-Retail-00-000-iOS-US-Product | 164388 | Impressions | 721.69 |
| Goo-Discovery-F-Keyword-Retail-00-000-Lapsed_Customer-US-Product | 171133 | Impressions | 587.57 |
| Goo-Discovery-M-Keyword-Retail-00-000-New_Customer-US-Product | 62559 | Impressions | 362.91 |
| Goo-Discovery-F-Keyword-Retail-94-000-Dresses-Product | 20676 | Impressions | 122.64 |
| Goo-Discovery-M-Keyword-Retail-39-000-Suits-Product | 19260 | Impressions | 112.82 |
| Goo-Discovery-M-Keyword-Retail-00-000-Lapsed_Customer-US-Product | 24954 | Impressions | 89.48 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-F-Keyword-Retail-94-000-Dresses-Product | | | -0.05 |
| Invalid activity - Original Invoice #: 5079354146, Original Month of Service: Sep 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | | | -0.06 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-F-Keyword-Retail-00-000-Lapsed_Customer-US-Product | | | -0.11 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-M-Keyword-Retail-39-000-Suits-Product | | | -0.16 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | | | -0.21 |

# Google™  Invoice

Invoice number: 5148052107

**Account: Express Inc**
**Account ID: 856-681-7284**
**Account budget: Express, LLC Express, LLC - USD...**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-M-Keyword-Retail-00-000-New_Customer-US-Product | | | -0.78 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-M-Keyword-Retail-00-000-Lapsed_Customer-US-Product | | | -0.86 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-F-Keyword-Retail-00-000-New_Customer-US-Product | | | -1.50 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | | | -3.22 |
| Invalid activity | | | -4.56 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Retail NB Text | | | -5.67 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Merkle Brand Retail 2019 | | | -40.65 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-App-N-Keyword-Retail-00-000-iOS-US-Product | | | -80.81 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-App-N-Keyword-Retail-00-000-iOS-US-Product | | | -499.05 |

| | |
|---|---|
| Subtotal in USD | $127,777.95 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$127,777.95** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

 **Invoice**

Invoice number: 5148052107

**Account: Express PLA**
**Account ID: 375-917-7671**
**Account budget: Express, LLC**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Merkle Shared 2017.2 | 326023 | Clicks | 253,962.15 |
| Merkle Shared LIA | 373829 | Clicks | 251,665.99 |
| GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | 147164 | Clicks | 86,491.25 |
| GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | 96106 | Clicks | 85,336.43 |
| GOO-PMAX-F-Main-Retail-00-000-Blazers-US-Store | 167939 | Clicks | 77,304.54 |
| GOO-PMAX-F-Main-Retail-00-000-Jeans-US-Store | 90708 | Clicks | 76,964.37 |
| GOO-PMAX-F-Main-Retail-00-000-Tops-US-Store | 87772 | Clicks | 64,418.07 |
| Merkle Shared Shopping Clearance | 70276 | Clicks | 48,275.09 |
| GOO-PMAX-F-Main-Retail-00-000-Tees-US-Store | 55203 | Clicks | 41,418.04 |
| GOO-PMAX-F-Main-Retail-00-000-Bodysuits-US-Store | 55538 | Clicks | 40,528.90 |
| GOO-PMAX-M-Main-Retail-00-000-Jeans-US-Store | 37039 | Clicks | 36,184.81 |
| GOO-PMAX-F-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 166019 | Clicks | 24,591.02 |
| GOO-PMAX-F-Main-Retail-00-000-Rompers_Jumpsuits-US-Store | 42375 | Clicks | 21,860.15 |
| GOO-PMAX-F-Main-Retail-00-000-Blazers-US-Store | 490447 | Impressions | 17,774.32 |
| GOO-PMAX-M-Main-Retail-00-000-Tees-US-Store | 26055 | Clicks | 16,143.02 |
| GOO-PMAX-M-Main-Retail-00-000-Casual_Shirts-US-Store | 11168 | Clicks | 15,385.03 |
| GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | 43154 | Clicks | 12,824.02 |
| GOO-PMAX-M-Main-Retail-00-000-Outerwear-US-Store | 20920 | Clicks | 11,046.59 |
| GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | 268267 | Impressions | 10,498.73 |
| GOO-PMAX-M-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 20377 | Clicks | 9,991.71 |
| GOO-PMAX-M-Main-Retail-00-000-Polos-US-Store | 7936 | Clicks | 9,867.94 |
| GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | 313429 | Impressions | 9,037.78 |
| GOO-PMAX-F-Main-Retail-00-000-Skirts-US-Store | 15519 | Clicks | 7,664.99 |
| GOO-PMAX-F-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 172940 | Impressions | 7,460.09 |
| GOO-PMAX-F-Main-Retail-00-000-Rompers_Jumpsuits-US-Store | 110139 | Impressions | 4,164.82 |
| GOO-PMAX-F-Main-Retail-00-000-Casual_Pants-US-Store | 35390 | Clicks | 3,948.31 |
| GOO-PMAX-F-Main-Retail-00-000-Tanks-US-Store | 18137 | Clicks | 3,906.34 |
| GOO-PMAX-F-Main-Retail-00-000-Bodysuits-US-Store | 114226 | Impressions | 3,894.08 |

 **Invoice**

Invoice number: 5148052107

**Account: Express PLA**
**Account ID: 375-917-7671**
**Account budget: Express, LLC**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| GOO-PMAX-F-Main-Retail-00-000-Camis-US-Store | 9562 | Clicks | 3,847.41 |
| GOO-PMAX-M-Main-Retail-00-000-Casual_Pants-US-Store | 28597 | Clicks | 3,493.98 |
| GOO-PMAX-F-Main-Retail-00-000-Dress_Pants-US-Store | 5974 | Clicks | 3,370.61 |
| GOO-PMAX-F-Main-Retail-00-000-Outerwear-US-Store | 7081 | Clicks | 3,110.92 |
| GOO-PMAX-M-Main-Retail-00-000-Jeans-US-Store | 102134 | Impressions | 2,611.36 |
| GOO-PMAX-F-Main-Retail-00-000-Jeans-US-Store | 75656 | Impressions | 2,119.43 |
| GOO-PMAX-F-Main-Retail-00-000-Tops-US-Store | 70836 | Impressions | 1,788.43 |
| GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | 105431 | Impressions | 1,668.90 |
| GOO-PMAX-M-Main-Retail-00-000-Polos-US-Store | 24186 | Impressions | 660.88 |
| GOO-PMAX-F-Main-Retail-00-000-Tees-US-Store | 37155 | Impressions | 541.61 |
| GOO-PMAX-F-Main-Retail-00-000-Skirts-US-Store | 16226 | Impressions | 424.74 |
| GOO-PMAX-M-Main-Retail-00-000-Outerwear-US-Store | 13012 | Impressions | 241.54 |
| GOO-PMAX-M-Main-Retail-00-000-Tees-US-Store | 14236 | Impressions | 206.52 |
| GOO-PMAX-M-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 3033 | Impressions | 67.99 |
| GOO-PMAX-M-Main-Retail-00-000-Casual_Shirts-US-Store | 3646 | Impressions | 40.03 |
| GOO-PMAX-F-Main-Retail-00-000-Camis-US-Store | 601 | Impressions | 22.50 |
| GOO-PMAX-F-Main-Retail-00-000-Tanks-US-Store | 689 | Impressions | 19.20 |
| GOO-PMAX-F-Main-Retail-00-000-Casual_Pants-US-Store | 1553 | Impressions | 17.40 |
| GOO-PMAX-M-Main-Retail-00-000-Casual_Pants-US-Store | 840 | Impressions | 16.04 |
| GOO-PMAX-F-Main-Retail-00-000-Dress_Pants-US-Store | 185 | Impressions | 2.26 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Tees-US-Store | | | -0.01 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Tees-US-Store | | | -0.03 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Camis-US-Store | | | -0.10 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Casual_Pants-US-Store | | | -0.13 |

**Google™** Invoice

**Account: Express PLA**
**Account ID: 375-917-7671**
**Account budget: Express, LLC**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Camis-US-Store | | | -0.18 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Sweaters_Cardigans-US-Store | | | -0.25 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Tops-US-Store | | | -0.26 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Sweaters_Cardigans-US-Store | | | -0.27 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | | | -0.35 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | | | -1.10 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Rompers_Jumpsuits-US-Store | | | -2.29 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | | | -2.38 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Tanks-US-Store | | | -2.38 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Polos-US-Store | | | -2.74 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Jeans-US-Store | | | -3.16 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Bodysuits-US-Store | | | -3.61 |
| Invalid activity - Original Invoice #: 5105877111, Original Month of Service: Oct 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Blazers-US-Store | | | -3.68 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: Merkle Shared Shopping Clearance | | | -10.32 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Casual_Pants-US-Store | | | -11.20 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Jeans-US-Store | | | -15.60 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Casual_Pants-US-Store | | | -20.30 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Bodysuits-US-Store | | | -21.46 |

 **Invoice**

Invoice number: 5148052107

**Account: Express PLA**
**Account ID: 375-917-7671**
**Account budget: Express, LLC**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Dress_Pants-US-Store | | | -25.16 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Skirts-US-Store | | | -30.42 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Tees-US-Store | | | -33.22 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: Merkle Shared 2017.2 | | | -33.28 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: Merkle Shared LIA | | | -35.55 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Jeans-US-Store | | | -45.15 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | | | -58.16 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Tees-US-Store | | | -86.56 |
| Invalid activity | | | -103.58 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Sweaters_Cardigans-US-Store | | | -126.24 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Tops-US-Store | | | -128.93 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | | | -161.49 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | | | -167.19 |
| Invalid activity - Original Invoice #: 5128238161, Original Month of Service: Nov 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Blazers-US-Store | | | -224.89 |
| Billing correction - Credit due to a temporary issue that occurred on October 12th for your Shopping campaigns. | | | -910.00 |

| | | |
|---|---|---|
| Subtotal in USD | | $1,274,608.71 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$1,274,608.71** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 9 of 10

 Invoice

Invoice number: 5148052107

**Fees**
**Account: Express PLA**
**Account ID: 375-917-7671**
**Dec 1, 2024 - Dec 31, 2024**

| Description | Amount($) |
|---|---|
| Canada DST Fee | 46.79 |
| Turkey Regulatory Operating Cost | 5.33 |
| Italy Regulatory Operating Cost | 5.00 |
| France Regulatory Operating Cost | 3.87 |
| UK DST Fee | 2.96 |
| Spain Regulatory Operating Cost | 1.59 |
| Austria DST Fee | 0.47 |

| | | |
|---|---|---|
| | Subtotal in USD | $66.01 |
| | Tax (0%) | $0.00 |
| | **Total in USD** | **$66.01** |



**Google LLC**

1600 Amphitheatre Pkwy

Mountain View, CA 94043

United States

Federal Tax ID: ▇▇▇▇▇▇

# Invoice

Invoice number: 4975867967

**Bill to**

Chelsea Penzone

Express, LLC

1 Express Drive

Columbus, OH 43230

United States

**Details**

Invoice number .......................... 4975867967

Invoice date ............................... Apr 30, 2024

Payment terms .......................... Net 30

Billing ID .................................... 0482-8877-1734

**Google Ads**

Total amount due in USD    **$777,584.09**

**Due May 30, 2024**

**Summary for Apr 1, 2024 - Apr 30, 2024**

**Pay in USD:**

| | |
|---|---|
| Amount in USD | $777,581.94 |
| Tax (0%) | $0.00 |
| | |
| Austria DST Fee * | $0.06 |
| Turkey Regulatory Operating Cost * | $0.40 |
| UK DST Fee * | $0.30 |
| Spain Regulatory Operating Cost * | $0.12 |
| France Regulatory Operating Cost * | $0.37 |
| Italy Regulatory Operating Cost * | $0.13 |
| India Regulatory Operating Cost * | $0.77 |
| Tax (0%) | $0.00 |
| | |
| Total amount due in USD | $777,584.09 |

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, Operating Charges etc.) are applicable to your business when ads are acquired and/or displayed in certain countries. Learn more about fees and charges: https://support.google.com/google-ads/answer/13674500

**\*Remittance instructions:** To help ensure that your payments are correctly matched and on time, include invoice numbers when making your payment. If you're paying for multiple invoices, email collections@google.com and include your company name, total payment amount, invoice numbers, and respective amounts for each invoice. Send your payments only to the bank account listed on this invoice.

 **Invoice**

Invoice number: 4975867967

**To pay by wire transfer or ACH\*, send to:**

Account holder name: Google LLC

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA/Bank Routing #: 121000248

Account #: ▮▮▮▮▮▮▮

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check\*, mail to:**

Google LLC

P.O. Box 883654

Los Angeles, CA 90088-3654

United States

 **Invoice**

Invoice number: 4975867967

**Summary of costs by account budget**
Apr 1, 2024 - Apr 30, 2024

| Account ID | Account | Account budget | Purchase order | Amount($) |
|---|---|---|---|---|
| 490-879-7993 | Express - VM | Express, LLC - Q1FY24 | | 13,678.72 |
| 490-879-7993 | Express - VM | MMM Apr-May Video Test | | 32,331.95 |
| 856-681-7284 | Express Inc | Express, LLC Express, LLC - USD... | | 101,737.58 |
| 375-917-7671 | Express PLA | Express, LLC | | 629,833.69 |
| | | | Fees | $2.15 |
| | | | Total in USD | **$777,584.09** |

 **Invoice**

Invoice number: 4975867967

**Account: Express - VM**

**Account ID: 490-879-7993**

**Account budget: Express, LLC - Q1FY24**

**Apr 1, 2024 - Apr 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Mens_start:3.18_end:4.8_geo:National_vmid:3086 | 2844705 | Clicks | 11,450.38 |
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Womens_start:3.11_end:4.8_geo:National_vmid:3087 | 247522 | Clicks | 2,243.91 |
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Womens_start:4.16_end:5.25_geo:Local_vmid:3087 | 226 | Impressions | 1.90 |
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Mens_start:4.16_end:5.25_geo:Local_vmid:3086 | 75 | Impressions | 0.61 |
| Invalid activity | | | -0.99 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC - Q1FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Womens_start:3.11 ... | | | -4.58 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC - Q1FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Mens_start:3.18_en ... | | | -12.51 |

| | | |
|---|---|---|
| Subtotal in USD | | $13,678.72 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$13,678.72** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 4 of 12

 **Invoice**

Invoice number: 4975867967

**Account: Express - VM**

**Account ID: 490-879-7993**

**Account budget: MMM Apr-May Video Test**

**Apr 18, 2024 - Apr 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Mens_start:4.16_end:5.25_geo:Local_vmid:3086 | 2082095 | Impressions | 14,929.02 |
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Womens_start:4.16_end:5.25_geo:Local_vmid:3087 | 1949382 | Impressions | 14,848.18 |
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Mens_start:4.16_end:5.27_geo:Local_vmid:3086 | 174593 | Impressions | 1,413.69 |
| plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Womens_start:4.16_end:5.27_geo:Local_vmid:3087 | 169086 | Impressions | 1,413.69 |
| Invalid activity | | | -3.24 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC - Q1FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Womens_start:3.11 ... | | | -57.39 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC - Q1FY24, Campaign Name: plat:YT_mobj:AWA_cobj:Brand Awareness_QTR:Q1FY24_camp:TrueView 15s Mens_start:3.18_en ... | | | -212.00 |

| | | |
|---|---|---|
| Subtotal in USD | | $32,331.95 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$32,331.95** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 5 of 12

 **Invoice**

Invoice number: 4975867967

**Account: Express Inc**
**Account ID: 856-681-7284**
**Account budget: Express, LLC Express, LLC - USD...**
Apr 1, 2024 - Apr 30, 2024

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | 14128599 | Impressions | 41,179.24 |
| Merkle Brand Retail 2019 | 61837 | Clicks | 24,320.00 |
| Retail NB Text | 23788 | Clicks | 14,610.71 |
| Goo-Discovery-F-Keyword-Retail-00-000-New_Customer-US-Product | 28378 | Clicks | 7,296.00 |
| PMax: Goo-Local-N-Geo-Outlet-00-000-National-US-Stores | 991530 | Impressions | 4,690.40 |
| PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | 18093 | Clicks | 4,420.02 |
| Goo-Discovery-F-Keyword-Retail-00-000-Lapsed_Customer-US-Product | 9602 | Clicks | 3,040.00 |
| Goo-Discovery-F-Keyword-Retail-94-000-Dresses-Product | 13884 | Clicks | 1,821.20 |
| PMax: Goo-Local-N-Geo-Outlet-00-000-National-US-Stores | 1940 | Clicks | 307.43 |
| Goo-Discovery-M-Keyword-Retail-39-000-Suits-Product | 65 | Clicks | 30.40 |
| Goo-Discovery-M-Keyword-Retail-00-000-New_Customer-US-Product | 159 | Clicks | 30.39 |
| Goo-Discovery-M-Keyword-Retail-00-000-Lapsed_Customer-US-Product | 45 | Clicks | 29.54 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-Flatiron | | | -0.01 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-Newbury | | | -0.01 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-F-Keyword-Retail-94-000-Dresses-Product | | | -0.01 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-Chestnut-Hill | | | -0.01 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-St-Louis | | | -0.01 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-National-US-Stores | | | -0.02 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-Walnut-Street | | | -0.02 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: PMax: Goo-Local-N-Geo-Retail-00-000-DC | | | -0.03 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Goo-Discovery-F-Keyword-Retail-00-000-Lapsed_Customer-US-Product | | | -0.07 |
| Invalid activity | | | -0.88 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Retail NB Text | | | -2.23 |

 **Invoice**

Invoice number: 4975867967

**Account: Express Inc**

**Account ID: 856-681-7284**

**Account budget: Express, LLC Express, LLC - USD...**

**Apr 1, 2024 - Apr 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC Express, LLC - USD..., Campaign Name: Retail NB Text | | | -34.45 |

|  |  |
|---|---|
| Subtotal in USD | $101,737.58 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$101,737.58** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

 **Invoice**

Invoice number: 4975867967

**Account: Express PLA**
**Account ID: 375-917-7671**
**Account budget: Express, LLC**
Apr 1, 2024 - Apr 30, 2024

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Merkle Shared LIA | 191964 | Clicks | 110,394.22 |
| GOO-PMAX-F-Main-Retail-00-000-Dress_Pants-US-Store | 99040 | Clicks | 58,175.01 |
| GOO-PMAX-F-Main-Retail-00-000-Blazers-US-Store | 84521 | Clicks | 50,633.36 |
| GOO-PMAX-F-Main-Retail-00-000-Jeans-US-Store | 80135 | Clicks | 45,761.50 |
| GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | 122074 | Clicks | 43,148.44 |
| GOO-PMAX-F-Main-Retail-00-000-Tops-US-Store | 84033 | Clicks | 39,868.49 |
| Merkle Shared 2017.2 | 43253 | Clicks | 36,919.82 |
| GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | 128361 | Clicks | 34,307.81 |
| GOO-PMAX-F-Main-Retail-00-000-Bodysuits-US-Store | 45568 | Clicks | 27,132.27 |
| GOO-PMAX-M-Main-Retail-00-000-Jeans-US-Store | 161472 | Clicks | 25,550.89 |
| GOO-PMAX-F-Main-Retail-00-000-Tees-US-Store | 78969 | Clicks | 24,200.72 |
| GOO-PMAX-F-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 78469 | Clicks | 21,755.86 |
| GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | 74249 | Clicks | 17,707.19 |
| GOO-PMAX-F-Main-Retail-00-000-Rompers_Jumpsuits-US-Store | 34096 | Clicks | 14,475.40 |
| GOO-PMAX-M-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 86842 | Clicks | 13,921.09 |
| GOO-PMAX-M-Main-Retail-00-000-Tees-US-Store | 29479 | Clicks | 11,700.97 |
| Merkle Shared Shopping Clearance | 33942 | Clicks | 9,165.32 |
| GOO-PMAX-M-Main-Retail-00-000-Casual_Shirts-US-Store | 20780 | Clicks | 8,203.04 |
| GOO-PMAX-F-Main-Retail-00-000-Skirts-US-Store | 28878 | Clicks | 8,166.97 |
| GOO-PMAX-M-Main-Retail-00-000-Jeans-US-Store | 204779 | Impressions | 7,206.79 |
| GOO-PMAX-M-Main-Retail-00-000-Polos-US-Store | 29219 | Clicks | 3,704.49 |
| GOO-PMAX-F-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 82641 | Impressions | 3,070.50 |
| GOO-PMAX-F-Main-Retail-00-000-Outerwear-US-Store | 11231 | Clicks | 2,995.17 |
| GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | 75664 | Impressions | 2,718.63 |
| GOO-PMAX-F-Main-Retail-00-000-Dress_Pants-US-Store | 64315 | Impressions | 2,535.02 |
| GOO-PMAX-F-Main-Retail-00-000-Blazers-US-Store | 43977 | Impressions | 1,760.83 |
| GOO-PMAX-F-Main-Retail-00-000-Shorts-US-Store | 2600 | Clicks | 1,260.77 |

 **Invoice**

Invoice number: 4975867967

**Account: Express PLA**
**Account ID: 375-917-7671**
**Account budget: Express, LLC**
Apr 1, 2024 - Apr 30, 2024

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| GOO-PMAX-M-Main-Retail-00-000-Shorts-US-Store | 1098 | Clicks | 894.24 |
| GOO-PMAX-F-Main-Retail-00-000-Tops-US-Store | 26970 | Impressions | 836.70 |
| GOO-PMAX-F-Main-Retail-00-000-Bodysuits-US-Store | 18550 | Impressions | 721.36 |
| GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | 12911 | Impressions | 414.56 |
| GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | 9394 | Impressions | 219.32 |
| GOO-PMAX-F-Main-Retail-00-000-Jeans-US-Store | 4431 | Impressions | 144.29 |
| GOO-PMAX-M-Main-Retail-00-000-Tees-US-Store | 4872 | Impressions | 141.97 |
| GOO-PMAX-F-Main-Retail-00-000-Rompers_Jumpsuits-US-Store | 3877 | Impressions | 130.47 |
| GOO-PMAX-F-Main-Retail-00-000-Tees-US-Store | 4160 | Impressions | 73.80 |
| GOO-PMAX-M-Main-Retail-00-000-Casual_Shirts-US-Store | 2268 | Impressions | 60.58 |
| GOO-PMAX-M-Main-Retail-00-000-Polos-US-Store | 1797 | Impressions | 52.97 |
| GOO-PMAX-M-Main-Retail-00-000-Sweaters_Cardigans-US-Store | 1367 | Impressions | 47.13 |
| GOO-PMAX-F-Main-Retail-00-000-Skirts-US-Store | 1784 | Impressions | 42.46 |
| GOO-PMAX-F-Main-Retail-00-000-Outerwear-US-Store | 1292 | Impressions | 25.93 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | | | -0.03 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Skirts-US-Store | | | -0.09 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Sweaters_Cardigans-US-Store | | | -0.09 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | | | -0.12 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Outerwear-US-Store | | | -0.14 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Jeans-US-Store | | | -0.15 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Tees-US-Store | | | -0.15 |
| Invalid activity - Original Invoice #: 4930191025, Original Month of Service: Feb 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | | | -0.21 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: Merkle Shared Shopping Clearance | | | -0.39 |

 **Invoice**

Invoice number: 4975867967

**Account: Express PLA**

**Account ID: 375-917-7671**

**Account budget: Express, LLC**

**Apr 1, 2024 - Apr 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: Merkle Shared 2017.2 | | | -0.40 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Outerwear-US-Store | | | -0.46 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: Merkle Shared LIA | | | -0.64 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Casual_Shirts-US-Store | | | -1.62 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Tees-US-Store | | | -3.68 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Dress_Pants-US-Store | | | -4.82 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Sweaters_Cardigans-US-Store | | | -5.16 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Bodysuits-US-Store | | | -5.57 |
| Invalid activity | | | -7.09 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Jeans-US-Store | | | -7.55 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Blazers-US-Store | | | -9.01 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Rompers_Jumpsuits-US-Store | | | -9.29 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Polos-US-Store | | | -10.23 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Dresses-US-Store | | | -13.55 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Suits-US-Store | | | -17.13 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-F-Main-Retail-00-000-Tops-US-Store | | | -20.21 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Dress_Shirts-US-Store | | | -25.34 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Sweaters_Cardigans-US-Store | | | -26.87 |
| Invalid activity - Original Invoice #: 4951571525, Original Month of Service: Mar 2024, Account Budget Name: Express, LLC, Campaign Name: GOO-PMAX-M-Main-Retail-00-000-Jeans-US-Store | | | -83.81 |

 **Invoice**

Invoice number: 4975867967

**Account: Express PLA**
**Account ID: 375-917-7671**
**Account budget: Express, LLC**
**Apr 1, 2024 - Apr 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Billing correction | | | -158.86 |

| | | |
|---|---|---|
| Subtotal in USD | | $629,833.69 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$629,833.69** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 11 of 12

 **Invoice**

Invoice number: 4975867967

**Fees**
**Account: Express Inc**
**Account ID: 856-681-7284**
**Apr 30, 2024**

| Description | Amount($) |
| --- | --- |
| Turkey Regulatory Operating Cost | 0.33 |
| India Regulatory Operating Cost | 0.27 |
| France Regulatory Operating Cost | 0.17 |
| Spain Regulatory Operating Cost | 0.08 |
| Italy Regulatory Operating Cost | 0.06 |
| Austria DST Fee | 0.01 |

| | |
| --- | --- |
| Subtotal in USD | $0.92 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$0.92** |

**Fees**
**Account: Express PLA**
**Account ID: 375-917-7671**
**Apr 30, 2024**

| Description | Amount($) |
| --- | --- |
| India Regulatory Operating Cost | 0.50 |
| UK DST Fee | 0.30 |
| France Regulatory Operating Cost | 0.20 |
| Turkey Regulatory Operating Cost | 0.07 |
| Italy Regulatory Operating Cost | 0.07 |
| Austria DST Fee | 0.05 |
| Spain Regulatory Operating Cost | 0.04 |

| | |
| --- | --- |
| Subtotal in USD | $1.23 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$1.23** |



**Google LLC**

1600 Amphitheatre Pkwy

Mountain View, CA 94043

United States

Federal Tax ID: ███████

# Invoice

Invoice number: 5015807390

**Bill to**

Luke Oppliger

UW, LLC

1 Express Dr

Columbus, OH 43230

United States

| | |
|---|---|
| **Details** | |
| Invoice number ............................ | 5015807390 |
| Invoice date ................................ | Jun 30, 2024 |
| Payment terms ............................. | Net 30 |
| Billing ID ..................................... | 1875-6193-6997 |
| Account ID ................................... | 447-190-9939 |

**Google Ads**

| | |
|---|---|
| Total amount due in USD | **$28,722.45** |
| | **Due Jul 30, 2024** |

**Summary for Jun 1, 2024 - Jun 30, 2024**

| | |
|---|---|
| **Pay in USD:** | |
| Amount in USD | $28,720.65 |
| Tax (0%) | $0.00 |

| | |
|---|---|
| Austria DST Fee * | $0.07 |
| Turkey Regulatory Operating Cost * | $0.81 |
| UK DST Fee * | $0.18 |
| Spain Regulatory Operating Cost * | $0.09 |
| France Regulatory Operating Cost * | $0.23 |
| Italy Regulatory Operating Cost * | $0.11 |
| India Regulatory Operating Cost * | $0.31 |
| Tax (0%) | $0.00 |

| | |
|---|---|
| Total amount due in USD | $28,722.45 |

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, Operating Charges etc.) are applicable to your business when ads are acquired and/or displayed in certain countries. Learn more about fees and charges: https://support.google.com/google-ads/answer/13674500

**To pay by wire transfer or ACH*, send to:**

Account holder name: Google LLC

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA/Bank Routing #: 121000248

Account #: ███████

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check*, mail to:**

Google LLC

P.O. Box 883654

Los Angeles, CA 90088-3654

United States

**\*Remittance instructions:** To help ensure that your payments are correctly matched and on time, include invoice numbers when making your payment. If you're paying for multiple invoices, email collections@google.com and include your company name, total payment amount,

 **Invoice**

invoice numbers, and respective amounts for each invoice. Send your payments only to the bank account listed on this invoice.

 **Invoice**

Invoice number: 5015807390

**Account: UpWest**
**Account ID: 447-190-9939**
**Account budget: UW, LLC - May 14, 2024**
**Jun 1, 2024 - Jun 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| UpWest - All - Pmax | 21517 | Clicks | 21,360.26 |
| UpWest - NonBrand - Shopping | 3875 | Clicks | 6,050.64 |
| UpWest - Brand - Search | 1820 | Clicks | 559.18 |
| UpWest - Brand - Shopping | 217 | Clicks | 507.77 |
| UpWest - RTG - Display | 245 | Clicks | 257.19 |
| UpWest - All - Pmax | 28 | Impressions | 0.98 |
| Invalid activity | | | -1.77 |
| Invalid activity - Original Invoice #: 4994156630, Original Month of Service: May 2024, Account Budget Name: UW, LLC - May 14, 2024, Campaign Name: UpWest - All - Pmax | | | -13.60 |

| | |
|---|---|
| Subtotal in USD | $28,720.65 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$28,720.65** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 3 of 4

 **Invoice**

Invoice number: 5015807390

**Fees**

**Account: UpWest**

**Account ID: 447-190-9939**

**Jun 30, 2024**

| Description | Amount($) |
| --- | ---: |
| Turkey Regulatory Operating Cost | 0.81 |
| India Regulatory Operating Cost | 0.31 |
| France Regulatory Operating Cost | 0.23 |
| UK DST Fee | 0.18 |
| Italy Regulatory Operating Cost | 0.11 |
| Spain Regulatory Operating Cost | 0.09 |
| Austria DST Fee | 0.07 |

| | |
| --- | ---: |
| Subtotal in USD | $1.80 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$1.80** |



**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: █████████

# Invoice

Invoice number: 4994156630

**Bill to**

Luke Oppliger
UW, LLC
1 Express Dr
Columbus, OH 43230
United States

| **Details** | |
|---|---|
| Invoice number | 4994156630 |
| Invoice date | May 31, 2024 |
| Payment terms | Net 30 |
| Billing ID | 1875-6193-6997 |
| Account ID | 447-190-9939 |

**Google Ads**

Total amount due in USD **$63,287.66**

Due Jun 30, 2024

**Summary for May 14, 2024 - May 31, 2024**

| Pay in USD: | |
|---|---|
| Amount in USD | $63,278.48 |
| Tax (0%) | $0.00 |
| | |
| Austria DST Fee * | $0.61 |
| Turkey Regulatory Operating Cost * | $1.15 |
| UK DST Fee * | $1.99 |
| Spain Regulatory Operating Cost * | $0.98 |
| France Regulatory Operating Cost * | $1.02 |
| Italy Regulatory Operating Cost * | $1.29 |
| India Regulatory Operating Cost * | $2.14 |
| Tax (0%) | $0.00 |
| | |
| Total amount due in USD | $63,287.66 |

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, Operating Charges etc.) are applicable to your business when ads are acquired and/or displayed in certain countries. Learn more about fees and charges: https://support.google.com/google-ads/answer/13674500

**\*Remittance instructions:** To help ensure that your payments are correctly matched and on time, include invoice numbers when making your payment. If you're paying for multiple invoices, email collections@google.com and include your company name, total payment amount, invoice numbers, and respective amounts for each invoice. Send your payments only to the bank account listed on this invoice.

 **Invoice**

Invoice number: 4994156630

**To pay by wire transfer or ACH*, send to:**

Account holder name: Google LLC

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA/Bank Routing #: 121000248

Account #: ███████████

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check*, mail to:**

Google LLC

P.O. Box 883654

Los Angeles, CA 90088-3654

United States

 **Invoice**

Invoice number: 4994156630

**Account: UpWest**
**Account ID: 447-190-9939**
**Account budget: UW, LLC - May 14, 2024**
**May 14, 2024 - May 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| UpWest - All - Pmax | 56835 | Clicks | 44,714.03 |
| UpWest - NonBrand - Shopping | 4497 | Clicks | 16,226.29 |
| UpWest - Brand - Search | 3366 | Clicks | 1,104.72 |
| UpWest - Brand - Shopping | 317 | Clicks | 817.85 |
| UpWest - RTG - Display | 244 | Clicks | 240.71 |
| UpWest - All - Pmax | 29637 | Impressions | 175.05 |
| Invalid activity | | | -0.17 |

| | | |
|---|---|---|
| Subtotal in USD | | $63,278.48 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$63,278.48** |

 **Invoice**

Invoice number: 4994156630

**Fees**
**Account: UpWest**
**Account ID: 447-190-9939**
**May 31, 2024**

| Description | Amount($) |
|---|---|
| India Regulatory Operating Cost | 2.14 |
| UK DST Fee | 1.99 |
| Italy Regulatory Operating Cost | 1.29 |
| Turkey Regulatory Operating Cost | 1.15 |
| France Regulatory Operating Cost | 1.02 |
| Spain Regulatory Operating Cost | 0.98 |
| Austria DST Fee | 0.61 |

| | | |
|---|---|---|
| | Subtotal in USD | $9.18 |
| | Tax (0%) | $0.00 |
| | **Total in USD** | **$9.18** |



**Google LLC**

1600 Amphitheatre Pkwy

Mountain View, CA 94043

United States

# Invoice

Invoice number: 4992532808

Federal Tax ID: ███████

**Bill to**

Luke Oppliger

UW, LLC

1 Express Dr

Columbus, OH 43230

United States

| **Details** | | **Google Ads** | |
|---|---|---|---|
| Invoice number .......................... 4992532808 | | **Total amount due in USD** | **$20,623.43** |
| Invoice date ................................ May 31, 2024 | | | **Due Jun 30, 2024** |
| Payment terms ........................... Net 30 | | | |
| Billing ID ................................... 1875-6193-6997 | | | |

**Summary for May 1, 2024 - May 31, 2024**

| | |
|---|---|
| **Pay in USD:** | |
| Amount in USD | $20,623.06 |
| Tax (0%) | $0.00 |
| | |
| Turkey Regulatory Operating Cost * | $0.10 |
| UK DST Fee * | $0.13 |
| Spain Regulatory Operating Cost * | $0.03 |
| India Regulatory Operating Cost * | $0.11 |
| Tax (0%) | $0.00 |
| | |
| Total amount due in USD | $20,623.43 |

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, Operating Charges etc.) are applicable to your business when ads are acquired and/or displayed in certain countries. Learn more about fees and charges: https://support.google.com/google-ads/answer/13674500

**\*Remittance instructions:** To help ensure that your payments are correctly matched and on time, include invoice numbers when making your payment. If you're paying for multiple invoices, email collections@google.com and include your company name, total payment amount, invoice numbers, and respective amounts for each invoice. Send your payments only to the bank account listed on this invoice.

| **To pay by wire transfer or ACH\*, send to:** | **Bank branch address:** | **To pay by check\*, mail to:** |
|---|---|---|
| Account holder name: Google LLC | Wells Fargo Bank, N.A. | Google LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA/Bank Routing #: 121000248 | USA | United States |
| Account #: ███████ | | |

 **Invoice**

Invoice number: 4992532808

**Summary of costs by account budget**
**May 1, 2024 - May 31, 2024**

| Account ID | Account | Account budget | Purchase order | Amount($) |
|---|---|---|---|---|
| 447-190-9939 | UpWest | UW, LLC | | 5,545.74 |
| 757-167-0309 | UpWest PLA | UW, LLC | | 15,077.32 |
| | | Fees | | $0.37 |
| | | Total in USD | | **$20,623.43** |

 **Invoice**

Invoice number: 4992532808

**Account: UpWest**
**Account ID: 447-190-9939**
**Account budget: UW, LLC**
**May 1, 2024 - May 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| UpWest - All - Pmax | 2135 | Clicks | 4,536.71 |
| UpWest - Brand - Search | 2416 | Clicks | 688.16 |
| UpWest REM | 437 | Clicks | 299.99 |
| UpWest - RTG - Display | 40 | Clicks | 25.09 |
| UpWest - All - Pmax | 267 | Impressions | 3.19 |
| Invalid activity - Original Invoice #: 4949814752, Original Month of Service: Mar 2024, Account Budget Name: UW, LLC, Campaign Name: UpWest REM | | | -2.31 |
| Invalid activity - Original Invoice #: 4973516255, Original Month of Service: Apr 2024, Account Budget Name: UW, LLC, Campaign Name: UpWest REM | | | -5.09 |

| | | |
|---|---|---|
| Subtotal in USD | | $5,545.74 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$5,545.74** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 3 of 5

 **Invoice**

Invoice number: 4992532808

**Account: UpWest PLA**
**Account ID: 757-167-0309**
**Account budget: UW, LLC**
**May 1, 2024 - May 31, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Shopping Budget | 14350 | Clicks | 15,077.38 |
| Invalid activity - Original Invoice #: 4973516255, Original Month of Service: Apr 2024, Account Budget Name: UW, LLC, Campaign Name: Shopping Budget | | | -0.06 |

| | | |
|---|---|---|
| Subtotal in USD | | $15,077.32 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$15,077.32** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

 **Invoice**

Invoice number: 4992532808

**Fees**

**Account: UpWest**

**Account ID: 447-190-9939**

**May 31, 2024**

| Description | Amount($) |
| --- | --- |
| UK DST Fee | 0.13 |
| India Regulatory Operating Cost | 0.11 |
| Turkey Regulatory Operating Cost | 0.10 |
| Spain Regulatory Operating Cost | 0.03 |

| | | |
| --- | --- | --- |
| | Subtotal in USD | $0.37 |
| | Tax (0%) | $0.00 |
| | **Total in USD** | **$0.37** |



**Google LLC**

1600 Amphitheatre Pkwy

Mountain View, CA 94043

United States

Federal Tax ID: ██████

# Invoice

Invoice number: 4973516255

**Bill to**

Luke Oppliger

UW, LLC

1 Express Dr

Columbus, OH 43230

United States

| Details | |
|---|---|
| Invoice number | 4973516255 |
| Invoice date | Apr 30, 2024 |
| Payment terms | Net 30 |
| Billing ID | 1875-6193-6997 |

**Google Ads**

| | |
|---|---|
| Total amount due in USD | **$107,451.22** |
| | **Due May 30, 2024** |

**Summary for Apr 1, 2024 - Apr 30, 2024**

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | $107,451.22 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $107,451.22 |

---

**\*Remittance instructions:** To help ensure that your payments are correctly matched and on time, include invoice numbers when making your payment. If you're paying for multiple invoices, email collections@google.com and include your company name, total payment amount, invoice numbers, and respective amounts for each invoice. Send your payments only to the bank account listed on this invoice.

| **To pay by wire transfer or ACH\*, send to:** | **Bank branch address:** | **To pay by check\*, mail to:** |
|---|---|---|
| Account holder name: Google LLC | Wells Fargo Bank, N.A. | Google LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA/Bank Routing #: 121000248 | USA | United States |
| Account #: ██████ | | |

 **Invoice**

Invoice number: 4973516255

**Summary of costs by account budget**
Apr 1, 2024 - Apr 30, 2024

| Account ID | Account | Account budget | Purchase order | Amount($) |
|---|---|---|---|---|
| 447-190-9939 | UpWest | UW, LLC | | 6,564.95 |
| 757-167-0309 | UpWest PLA | UW, LLC | | 100,886.27 |

| | |
|---|---|
| Total in USD | **$107,451.22** |

 **Invoice**

Invoice number: 4973516255

**Account: UpWest**

**Account ID: 447-190-9939**

**Account budget: UW, LLC**

**Apr 1, 2024 - Apr 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| CP \| LF \| GOO \| TXT \| BR \| Brand Text | 14762 | Clicks | 3,468.54 |
| UpWest REM | 3204 | Clicks | 2,233.36 |
| CP \| UF \| GOO \| DISC \| PRO \| Demand Gen Prospecting | 1422 | Clicks | 869.27 |
| Invalid activity - Original Invoice #: 4927217937, Original Month of Service: Feb 2024, Account Budget Name: UW, LLC, Campaign Name: UpWest REM | | | -1.23 |
| Invalid activity - Original Invoice #: 4949814752, Original Month of Service: Mar 2024, Account Budget Name: UW, LLC, Campaign Name: UpWest REM | | | -4.99 |

| | |
|---|---|
| Subtotal in USD | $6,564.95 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$6,564.95** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com

Page 3 of 4

 **Invoice**

Invoice number: 4973516255

**Account: UpWest PLA**
**Account ID: 757-167-0309**
**Account budget: UW, LLC**
**Apr 1, 2024 - Apr 30, 2024**

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| Shopping Budget | 91300 | Clicks | 100,887.67 |
| Invalid activity - Original Invoice #: 4949814752, Original Month of Service: Mar 2024, Account Budget Name: UW, LLC, Campaign Name: Shopping Budget | | | -0.53 |
| Invalid activity | | | -0.87 |

| | | |
|---|---|---|
| Subtotal in USD | | $100,886.27 |
| Tax (0%) | | $0.00 |
| **Total in USD** | | **$100,886.27** |

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@google.com