**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Michael A. Ingrassia, do hereby certify that a true and correct copy of the foregoing *Motion of Google LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* was served on January 30, 2025 via electronic notification on those parties who receive CM/ECF notices in the above-captioned cases.

Dated: January 30, 2025

**WHITE AND WILLIAMS LLP**

*/s/ Michael A. Ingrassia*
Michael A. Ingrassia (No. 7068)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
Phone: 302-864-6250
Email:  ingrassiam@whiteandwilliams.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

34225896v.1