**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE** |

Oracle America, Inc., successor in interest to PeopleSoft, Inc., Sun MicroSystems, Inc. and NetSuite, Inc. ("Oracle"), a creditor and contract counter-party in the above-captioned Chapter 11 cases, hereby requests allowance and payment of an administrative expense in the amount of $413,741.66, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request"), for post-petition goods and products provided, and services rendered, by Oracle to Exp Oldco Winddown, Inc., et al. ("Debtors").

1.  Oracle is a licensor of computer software and provides software-related products, technical support, maintenance, educational materials, and programs, as well as cloud-based and point of sale services, which Oracle often customizes for the customer's specific needs. Prior to April 22, 2024 (the "Petition Date"), the Debtors and Oracle were parties to several such agreements (the "Oracle Agreements").

2.  The Debtors sought to assume and assign the Oracle Agreements to Phoenix Retail, LLC or its assignee ("Buyer") pursuant to the *Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets; and (VII) Granting Related Relief* [Dkt. No. 41] ("Sale Motion").

- 1 -

3. On June 13, 2024, Oracle filed its Limited Objection and Reservation of Rights [Dkt. No. 53] ("Rights Reservation") with respect to the Sale Motion. At the time of filing the Sale Motion, the Debtors had not identified any contracts to be assumed and assigned.

4. On June 14, 2024, the Court entered an Order [Dkt. No. 471] approving the Sale Motion, pursuant to which the Debtors sold substantially all of their assets to the Buyer and EXPWHP, LLC. In order to resolve Oracle's Rights Reservation, the Order included the following language:

> Notwithstanding anything to the contrary in this Order or any Sale related documents, (a) no agreements ("Oracle Agreements") between Oracle America, Inc., including PeopleSoft, Inc., Sun MicroSystems, Inc. and any of either Oracle's predecessors-in-interest ("Oracle"), on the one hand, and one or more of the Debtors, on the other hand, are hereby being assumed, transferred or assigned as part of the Sale Transaction contemplated by this Order or will be so assumed, transferred or assigned absent agreement between the Purchasers, the Debtors, and Oracle or further order of the Court, and (b) no Oracle Agreements, services, software or licenses will be subject to the transition services agreement to be entered into by the Sellers and the Purchasers absent agreement between Oracle, the Purchaser, and the Debtors or further order of the Court. *Oracle's Reservation of Rights Regarding Debtors' Sale Motion* [Docket No. 453] is preserved in its entirety and all parties' rights with respect thereto are specifically preserved to a later date, if necessary.

(*See*, ¶47 of the Order).

5. After the Order's entry the parties continued in discussions with respect to the scope of the assumption and assignment.

6. Oracle submits this Administrative Request pursuant to the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Dkt. No. 1190] ("Notice"). Pursuant to the Notice, the last day to submit an administrative expense claim is January 30, 2025.

7. Oracle has not received payment on the Invoices ("Invoices") attached hereto as **Exhibit A**. Based on the timing of certain Invoices, Debtors may believe payment is the responsibility of the Buyer. However, as of the date of this Administrative Request, the assignment of certain Oracle Agreements is not complete. Therefore, in an abundance of caution, and in order to preserve Oracle's right to be paid, Oracle files this Administrative Request.

8. Oracle asserts that it has provided tangible value to the Debtors' estate and/or its assignee, because said parties have used Oracle's products and services throughout these Chapter 11 cases.

**WHEREFORE**, Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $413,741.66, and reserves its right to supplement this Administrative Request if additional unpaid administrative amounts accrue.

Dated: January 30, 2025
Wilmington, Delaware

**MARGOLIS EDELSTEIN**

By: /s/ James E. Huggett
James E. Huggett, Esq. (#3956)
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 888-1112
E mail: jhuggett@margolisedelstein.com

Local Counsel for Oracle America, Inc.

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM, P.C.**
23 Green Street, Suite 302
Huntington, NY 11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com

Shawn M. Christianson, Esq.
**BUCHALTER, A Professional Corporation**
A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105
Telephone: (415) 227-0900
schristianson@buchalter.com

Peggy Bruggman, Esq.
Alice Miller, Esq.
**ORACLE AMERICA, INC**.
500 Oracle Parkway
Redwood City CA 94065
Telephone: (650) 506-5200

Attorneys for Oracle America, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**EXP OLDCO WINDDOWN, INC., et al.,**<br><br>                    Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 24-10831 (KBO)**<br>)<br>) **(Jointly Administered)**<br>)<br>) **Hearing Date:**<br>) **Objection Date:**<br>)<br>) **Docket Nos. 41, 471, 1190**<br>) |

## CERTIFICATE OF SERVICE

      I, James E. Huggett, hereby certify that on January 30, 2025, I served a copy of *Oracle America Inc's Request for Allowance and Payment of Chapter 11 Administrative Expenses, along with notice and proposed order* on the parties listed on the attached service list via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail, where available**.**

                                     /s/ James E. Huggett
                                     James E. Huggett (#3956)

**SERVICE LIST**

**BY ECF/EMAIL**

| | |
|---|---|
| Domenic E. Pacitti, Esq.<br>Michael W. Yurkewicz, Esq.<br>Alyssa M. Radovanovich, Esq.<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 N Market St., Suite 1000<br>Wilmington, DE 19801<br>Email: dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradovanovich@klehr.com<br><br>Morton R. Branzburg, Esq.<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 Market St., Suite 1400<br>Philadelphia, PA 19103<br>Email: mbranzburg@klehr.com<br><br>Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Nicholas M. Adzima, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave<br>New York, NY 10022<br>Email: joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com<br><br>Charles B. Sterrett, Esq.<br>KIRKLAND & ELLIS LLP<br>300 N LaSalle St<br>Chicago, IL 60654<br>Email: charles.sterrett@kirkland.com | John Henry Schanne, II, Esq.<br>Richard L. Schepacarter, Esq.<br>OFFICE OF UNITED STATES TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899<br>john.schanne@usdoj.gov<br>richard.schepacarter@usdoj.gov |

# EXHIBIT A

# ORACLE NETSUITE

**Invoice # 1947042**

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 888 803 7414
Tax ID No.: 94-2805249

**Bill To**
Bonobos, Inc.
45 West 25th Street
New York NY 10010-2039
United States

**Ship To**
Bonobos, Inc.
45 West 25th Street
New York NY 10010-2039
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 08 August 2024 | Net 30 | 10 September 2024 | Mcmahon, Katherine |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1089541 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite OneWorld Retail Apparel Commerce Cloud Service (Renewal Only) | NetSuite OneWorld Retail Apparel Commerce Cloud Service includes:<br>** Retail apparel customer experience foundation, reports, KPIs, forms and work-flow.<br>** Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated UPS or FedEx shipping depending on your location<br>** Pick, Pack, Ship<br>** NetSuite Customer Relationship Management<br>** NetSuite OneWorld Included. Customer must provide the # of subs to provision, but subs are "unlimited" within a single country. Additional countries/currencies may be purchased separately<br>** NetSuite Financial Management Cloud Service<br>** NetSuite Inventory Management Cloud Service<br>** NetSuite Demand Planning Cloud Service<br>** NetSuite Grid Order Management Cloud Service<br>** NetSuite Work Orders and Assemblies Cloud Service<br>** One SuiteCloud Plus license. A Web Service subscription to run concurrent Web Service threads with a single log-in. Maximum of ten concurrent threads per user<br>** Three (3) NetSuite SuiteCommerce InStore 1 to 10 Stores Service. NetSuite SuiteCommerce InStore Cloud Service is provided pursuant to the NetSuite SuiteCommerce InStore Cloud Service addendum posted at http://www.netsuite.com/portal/pdf/termsofservicel-scis.pdf<br>** Two Sandbox Environments for NetSuite ERP<br>** Premium Service Tier 2<br>** Customer Center and Partner Center logins<br>** NetSuite Basic Customer Support. Current URL Terms for support are located at www.netsuite.com/supportterms.<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** Includes 1 Learning Cloud Support Pass-single user license pursuant to the Learning Cloud Support Pass terms and conditions found at https://www.netsuite.com/portal/resource/terms-of-service.shtml<br>NetSuite Standard Service Tier:<br>** Maximum of 100GB of File Cabinet Storage, which is included with Standard Ser | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $39,000.00 |
|  | vice Tier.<br>** Maximum 100 Full Licensed Users Provisioned (excluding Employee Center, Partner Center, Advanced Partner Center, Vendor Center and Customer Center)<br>** Maximum 200,000 monthly transaction lines<br>** Maximum of 1 SuiteCloud+ license |  |  |  |  |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 29 Sep 2024 - 28 Dec 2024 | 60 | 7.5 | $17,820.00 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite Procurement Mid-Market Cloud Service | NetSuite Procurement Cloud Service includes:<br>** Helps manage supplier relationships, source-to-pay processes and related procurement spend<br>** Creates requisitions transaction allowing a buyer to spread a requisition's items across multiple vendor POs, and/or consolidate multiple requisitions' items into a single vendor PO.<br>** New purchase contracts enable companies to make purchases with negotiated pricing<br>** Blanket POs allow companies to purchase in large volumes and spread the delivery of the items or expenses over a time horizon using pre-specified schedules.. | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $1,797.00 |
| NetSuite Project Management Mid-Market Cloud Service | Project Management Cloud Service includes:<br>** Estimated Costing<br>** Project Time Tracking<br>** Project Task Management<br>** Utilization & Backlog Reporting | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $1,797.00 |
| NetSuite OneWorld Additional Country/Currency Cloud Service | NetSuite OneWorld Additional Country/Currency includes:<br>** Additional new country/currency combination | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $2,397.00 |
| NetSuite Advanced Electronic Bank Payments Mid-Market Cloud Service | Advanced Electronic Bank Payments capabilities include:<br>**Generate payment files to facilitate the transfer of payments across local and international bank accounts.<br>** Worldwide payment format support<br>**Multi-currency payment processing<br>**Automated payment batch creation<br>**Supports custom payment file templates<br>**SuiteCloud Plus support for multi-queue processing | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $1,497.00 |
| NetSuite Fixed Asset Management Mid-Market Cloud Service | Fixed Asset Management:<br>** Acquire, Depreciate, Dispose and Revalue assets<br>** Depreciation Management<br>** Asset Process Accounting Automation<br>** Real Time Asset Reporting | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $1,797.00 |
| NetSuite SuiteAnalytics Connect Mid-Market Cloud Service | The SuiteAnalytics Connect Cloud Service enables you to access and query your NetSuite data using SQL through the following mainstream database standards: ODBC, JDBC and ADO.NET. The SuiteAnalytics Connect Cloud Service requires separately licensed drivers for ODBC, JDBC and ADO.Net ("SuiteAnalytics Connect Drivers" or "Drivers"), which NetSuite provides to you at no additional cost if you have procured the SuiteAnalytics Connect Cloud Service. Access to SuiteAnalytics Connect Cloud Service is provided pursuant to the Subscription Services Agreement, which you previously accepted when you procured NetSuite's hosted business solution. Your use of the Drivers is governed by the terms and conditions set forth in the SuiteAnalytics Connect Drivers End User License Agreement that can be found at www.netsuite.com/termsofservice. By signing the Estimate/Order Form and/or downloading the Drivers, you agree you have reviewed and agree to such terms. | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $1,497.00 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite No Charge Subsidiary | NetSuite No Charge Subsidiary Includes:<br>** Additional no charge subsidiary for countries and currency combinations already purchased | 29 Dec 2022 - 28 Dec 2024 | 13 | 1.625 | $0.00 |
| NetSuite SuiteCloud Plus Mid-Market Cloud Service | NetSuite SuiteCloud Plus Mid-Market Cloud Service increases:<br>** Account concurrency limits for web services and RESTlets by ten threads.<br>** Number of processors available for scheduled scripts and map/reduce scripts to five.<br>** Subsequent units will increase the number of processors available by an additional five processors.<br>** Number of queues and threads available for CSV import jobs.<br>** Multiple SuiteCloud Plus licenses further increase the above capabilities, depending on the tier of service available in the account. | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $5,997.00 |
| Customer Learning Cloud Support Company Pass - Premium | The Customer Learning Cloud Support Company Pass - Premium provides Go-Live training and ongoing adoption as described in the Training Service Descriptions https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html#training | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $3,600.00 |
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/ | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $7,359.90 |
| NetSuite Enterprise Tier Cloud Service | Enterprise Service Tier<br>**Includes selection of phase during upgrade cycle<br>**Includes 2,000 GB of File Cabinet Storage<br>**Maximum 2,000 Users and 10 million Monthly Transaction Lines<br>**Maximum 6 SuiteCloud+ licenses<br>**Tier Base Concurrency of 20<br>**Includes 1 Sandbox Environment:<br>oReplicates production environment including data and customizations<br>oIsolated environment – changes shielded from live production account<br>o1 production environment replication for each month of term is included<br>oAdministrators may provide Sandbox access to all production users as needed<br>oNetSuite Uptime Guarantee does not apply to Sandbox environments | 29 Sep 2024 - 28 Dec 2024 | 1 | 0.125 | $25,497.00 |

| Item | Description | Coverage Period | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|---|
| NetSuite Sandbox Environment Cloud Service | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br><br>NetSuite uptime guarantee does not apply to Sandbox Environments. | 29 Dec 2022 - 28 Dec 2024 | 1 | 0.125 | $0.00 |
| Subtotal | | | | | $110,055.90 |
| Discount | Discount | | | | ($33,016.77) |
| Subtotal | | | | | $77,039.13 |
| Renewal discount | Additional renewal discount | | | | ($15,932.72) |
| Subtotal | | | | | $61,106.41 |
| NetSuite ACS Architect 30 – (No New Sales or Renewal) | NetSuite ACS Architect provides:<br>** 30 Advanced Customer Support Service hours per month that must be used in that month<br>** NetSuite ACS Architect is further described and provided pursuant to the Advanced Customer Support Service Description - ACS Architect ("ACS SD") found at http://www.netsuite.com/termsofservice. By signing this Estimate/Order Form, you agree to be bound by the ACS SD<br>** Service hours may be extended at the Extended Hourly Rate of $250 USD an hour or in other currencies as calculated using then current exchange rates | 01 Oct 2024 - 31 Dec 2024 | 1 | 0.125 | $24,750.00 |
| Subtotal | | | | | $24,750.00 |
| Discount | Discount | | | | ($3,712.50) |
| Subtotal | | | | | $21,037.50 |

|  |  |
|---|---|
| **Subtotal** | $82,143.91 |
| **Tax Total** | $4,883.14 |
| **Total** | $87,027.05 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

| | |
|---|---|
| **Customer** | 4094105 PHOENIX BNBS Fashion, LLC |
| **Invoice #** | 1947042 |
| **Amount Due** | $87,027.05 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1 888 803 7414