IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Main Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF MOTIVES INTERNATIONAL LIMITED FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**

Upon consideration of the *Administrative Claim and Request for Payment* (the "Motion") filed by Motives International Limited ("Motives"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 38 U.S.C. § 157(b)(2); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

2. Motives shall have an allowed administrative expense claim for goods delivered prepetition under 11 U.S.C. § 503(b)(9) in the amount of $102,557.09.

3. Motives shall have an allowed administrative expense claim for goods delivered postpetition under 11 U.S.C. § 503(b)(1)(A) in the amount of $832,450.40.

4. Motives shall have a total allowed administrative expense claim of $935,007.49 (the "Allowed Net Administrative Expense Claim").

5. The Debtors, or their successor in interest, shall pay the Allowed Net Administrative Expense Claim in accordance with the Plan.

6. This Order shall be binding upon any liquidating trustee, plan administrator, distribution agent and/or any other similar person appointed pursuant to the Plan.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.