## **CERTIFICATE OF SERVICE**

      I, Jody C. Barillare, Esq., certify that on January 30, 2025, I caused a true and correct copy of the foregoing to be served via CM/ECF on all parties who have subscribed for electronic notice in this case.

*/s/ Jody C. Barillare, Esq.*
Jody C. Barillare, Esq.
