# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Main Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

## NOTICE OF HEARING ON MOTION OF MOTIVES INTERNATIONAL (HONG KONG) LIMITED FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

**PLEASE TAKE NOTICE** that on January 30, 2025, Motives International (Hong Kong) Limited ("Motives Hong Kong") filed the *Administrative Claim and Request for Payment* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (this "Court") on or before **February 28, 2025**, at **4:00 p.m**. prevailing Eastern time (the "Objection Deadline") and served on, so as to be received by, the undersigned counsel on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing at which the Court will consider the Motion will be held on **March 27, 2025**, at **9:30 a.m.** prevailing Eastern Time, before the Honorable Karen B. Owens, in the United States District Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

-2-

Dated: Wilmington, Delaware
January 30, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare, Esq.*
Jody C. Barillare, Esq. (#5107)
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: 302-574-3000
jody.barillare@morganlewis.com
   - and -

Stephan E. Hornung*
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: 212-309-6000
stephan.hornung@morganlewis.com
*admitted *pro hac vice*

*Attorneys for Motives International Limited*