# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| **EXP OLDCO WINDDOWN, INC., et al.,** | ) Case No. 24-10831 (KBO) ) |
| | ) (Jointly Administered) ) |
| Debtors. | ) |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc., successor in interest to PeopleSoft, Inc., Sun MicroSystems, Inc. and NetSuite, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM, P.C.**
23 Green Street, Suite 302
Huntington, NY  11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com

Dated: January 30, 2025              **Respectfully Submitted,**
      Huntington, New York

                                  By:       /s/ Mark F. Magnozzi, Esq.
                                       Mark F. Magnozzi, Esq.
                             **THE MAGNOZZI LAW FIRM, P.C.**
                             23 Green Street, Suite 302
                             Huntington, NY 11743
                             Telephone: (631) 923-2858
                             E-mail: mmagnozzi@magnozzilaw.com
                             **Attorneys for Oracle America, Inc.,**
                             **successor in interest to PeopleSoft, Inc., Sun**
                             **MicroSystems, Inc. and NetSuite, Inc.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**EXP OLDCO WINDDOWN, INC., et al.,**<br><br>Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 24-10831 (KBO)**<br>)<br>) **(Jointly Administered)**<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I, Hannah Rice, hereby certify that on January 30, 2025, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

/s/ Hannah Rice
Hannah Rice

**SERVICE LIST**

**BY REGULAR MAIL**

Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
Alyssa M. Radovanovich, Esq.
KLEHR HARRISON HARVEY BRANZBURG LLP
*Counsel for Debtors*
919 N Market St., Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com
myurkewicz@klehr.com
aradovanovich@klehr.com

Morton R. Branzburg, Esq.
KLEHR HARRISON HARVEY BRANZBURG LLP
*Counsel for Debtors*
1835 Market St., Suite 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima, Esq.
KIRKLAND & ELLIS LLP
*Counsel for Debtors*
601 Lexington Ave
New York, NY 10022
Email: joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

Charles B. Sterrett, Esq.
KIRKLAND & ELLIS LLP
*Counsel for Debtors*
300 N LaSalle St
Chicago, IL 60654
Email: charles.sterrett@kirkland.com

John Henry Schanne, II
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
john.schanne@usdoj.gov

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

EXP OldCo Winddown, Inc. et al.
Claims Processing c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602