<u>EXHIBIT B</u>
(Invoice List)

{02086507;v1 }

**ToolsGroup**
**TGLP: TG Holdings, LP : TGHOUSD: ToolsGroup B.V. USD Roll-up : TGHO: ToolsGroup HoldCo B.V. : TGHI: ToolsGroup Intermediate HoldCo B.V. : TGBVUSD: ToolsGroup USD Roll-Up : TGNL: ToolsGroup B.V. : TGON: Onera, Inc.**
**A/R Aging Detail**
**As of February 28, 2025**

| Customer | Transaction | Date | Document / P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|
| **C298 Express** | | | | | | |
| | Invoice | 8/27/2024 | INVTGON-2024050 | 10/11/2024 | 111 | US$45,000.00 |
| | Invoice | 8/27/2024 | INVTGON-2024051 | 10/11/2024 | 111 | US$45,000.00 |
| | Invoice | 11/12/2024 | INVTGON-2024066 | 12/27/2024 | 34 | US$45,000.00 |
| **Total - C298 Express** | | | | | | **US$135,000.00** |