# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-110831 (KBO)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on January 30, 2025, I caused one copy of the *Request for Allowance and Payment of Administrative Claim* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties listed below via electronic mail.

| **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti, Esq.<br>Michael W. Yurkewicz, Esq.<br>Alyssa M. Radovanovich, Esq.<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradovanovich@klehr.com | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Nicholas M. Adzima, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Email: joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com |
| **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-3007<br>Email: mbranzburg@klehr.com | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Charles B. Sterrett, Esq.<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Email: charles.sterrett@kirkland.com |

Dated: January 30, 2025

/s/ *Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)

{02086507;v1 }