# EXHIBIT 1

**CASE NAME:** EXPRESS, INC.     **LOCATION:** Danbury Fair Mall
**CASE NUMBER:** 24-10831

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 4/22/2024 | Pro-rated Fixed CAM (4/22/24 - 4/30/24) | $6,010.15 | $167.95 | $6,178.10 |
| 4/22/2024 | Pro-rated Electricity (4/22/24 - 4/30/24) | $575.87 | $16.09 | $591.96 |
| 4/22/2024 | Pro-rated Property Taxes (4/22/24 - 4/30/24) | $2,956.78 | $82.63 | $3,039.41 |
| 4/22/2024 | Pro-rated Water & Sewer (4/22/24 - 4/30/24) | $17.87 | $0.50 | $18.37 |
| 4/22/2024 | Pro-rated HVAC (4/22/24 - 4/30/24) | $659.27 | $18.42 | $677.69 |
| 4/22/2024 | Pro-rated Base Rent (4/22/24 - 4/30/24) | $7,026.40 | $196.35 | $7,222.75 |
| 5/1/2024 | Fixed CAM | $20,033.83 | $510.45 | $20,544.28 |
| 5/1/2024 | Base Rent | $31,748.90 | $808.94 | $32,557.84 |
| 5/1/2024 | Water & Sewer | $59.57 | $1.52 | $61.09 |
| 5/1/2024 | Electricity | $1,919.56 | $48.91 | $1,968.47 |
| 5/1/2024 | Property Taxes | $9,855.94 | $251.12 | $10,107.06 |
| 5/1/2024 | HVAC | $2,197.56 | $55.99 | $2,253.55 |
| 5/6/2024 | Payment | ($34,066.46) | $0.00 | ($34,066.46) |
| 5/6/2024 | March 2024 Percentage Rent | $6,596.88 | $159.05 | $6,755.93 |
| 5/6/2024 | April 2024 Percentage Rent | $2,309.65 | $55.68 | $2,365.33 |
| 5/20/2024 | Payment | ($8,661.18) | $0.00 | ($8,661.18) |
| 6/1/2024 | Fixed CAM | $20,033.83 | $340.30 | $20,374.13 |
| 6/1/2024 | Base Rent | $31,748.90 | $539.30 | $32,288.20 |
| 6/1/2024 | Water & Sewer | $59.57 | $1.01 | $60.58 |
| 6/1/2024 | Electricity | $1,919.56 | $32.61 | $1,952.17 |
| 6/1/2024 | Property Taxes | $9,855.94 | $167.42 | $10,023.36 |
| 6/1/2024 | HVAC | $2,197.56 | $37.33 | $2,234.89 |
| 6/7/2024 | Payment | ($10,219.94) | $0.00 | ($10,219.94) |
| 6/10/2024 | Payment | ($34,066.46) | $0.00 | ($34,066.46) |
| 8/1/2024 | Payment | ($8,476.02) | $0.00 | ($8,476.02) |
| 12/31/2024 | Payment | ($5,585.18) | $0.00 | ($5,585.18) |

|  |  |
|---:|---:|
| $56,708.35 | $3,491.57 |

**TOTAL POST-PETITION CHARGES:**    **$60,199.92**

1 Interest calculated at 10.% through 08/02/24, the Claims Bar Date.