# EXHIBIT 2

**CASE NAME:** EXPRESS, INC.                                              **LOCATION:** The Mall at Millenia
**CASE NUMBER:** 24-10831

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 4/22/2024 | Pro-rated Minimum Rent (4/22/24 - 4/30/24) | $26,650.00 | $1,255.84 | $27,905.84 |
| 4/22/2024 | Pro-rated CAM (4/22/24 - 4/30/24) | $13,957.94 | $657.74 | $14,615.68 |
| 4/22/2024 | Pro-rated Real Estate Taxes (4/22/24 - 4/30/24) | $3,820.94 | $180.06 | $4,001.00 |
| 4/22/2024 | Pro-rated Florida Tax (4/22/24 - 4/30/24) | $2,221.44 | $0.00 | $2,221.44 |
| 5/1/2024 | May 2024 Rent & Charges | $155,501.08 | $0.00 | $155,501.08 |
| 5/6/2024 | Payment | ($155,091.21) | $0.00 | ($155,091.21) |
| 6/1/2024 | Minimum Rent | $88,833.33 | $0.00 | $88,833.33 |
| 6/1/2024 | CAM | $46,526.46 | $0.00 | $46,526.46 |
| 6/1/2024 | Real Estate Taxes | $12,736.48 | $0.00 | $12,736.48 |
| 6/1/2024 | Florida Tax | $3,702.41 | $0.00 | $3,702.41 |
| 6/7/2024 | Payment | ($45,419.58) | $0.00 | ($45,419.58) |
| 6/10/2024 | Payment | ($151,398.55) | $0.00 | ($151,398.55) |
| 6/17/2024 | Payment | ($1,107.80) | $0.00 | ($1,107.80) |
| 7/1/2024 | July 2024 Rent & Charges | $151,798.68 | $0.00 | $151,798.68 |
| 7/8/2024 | Payment | ($151,398.55) | $0.00 | ($151,398.55) |
| 8/1/2024 | August 2024 Rent & Charges | $151,798.68 | $0.00 | $151,798.68 |
| 8/12/2024 | Payment | ($151,398.55) | $0.00 | ($151,398.55) |
|  |  | $1,733.20 | $2,093.64 |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | **$3,826.84** |

[1] Interest calculated at 10.% through 10/11/24, the Claims Bar Date.