UW, LLC. t/a UpWest #4016  
Santana Row, San Jose, California  
Landlord:  FRIT San Jose Town and Country Village, LLC  
Security Deposit:  None  
Guarantor:  None  
Date: June 26, 2024  
Chapter 11 File Date:  April 22, 2024  
Lease Expiration Date:   March 31, 2025  
Lease Rejection Date:  May 31, 2024  

**EXHIBIT 3**

**Pre-petition**

| Date | Description | Amount |
|---|---|---:|
| 05/01/2023 | Balance of 0523 - Condenser Recovery | 71.77 |
| 05/02/2023 | Balance of ELE 03/01/23-04/01/23 | 41.20 |
| 05/02/2023 | OTH 03/01/23-04/01/23 | 9.95 |
| 05/02/2023 | TSH 03/01/23-04/01/23 | 145.09 |
| 09/21/2023 | September 2023 Late Fees | 400.00 |
| 09/25/2023 | 2022 RE Tax Year End | 351.01 |
| 10/21/2023 | October 2023 Late Fees | 500.00 |
| 12/22/2023 | ELE 09/01/23-10/01/23 | 173.21 |
| 12/22/2023 | HVAC 09/01/23-10/01/23 | 39.96 |
| 12/22/2023 | OTH 09/01/23-10/01/23 | 9.95 |
| 12/22/2023 | SEW 09/01/23-10/01/23 | 4.06 |
| 12/22/2023 | TSH 09/01/23-10/01/23 | 120.00 |
| 02/28/2024 | CYE 2022 YE CAM | 1,804.48 |
| 04/01/2024 | 0424 - Sprinkler Recovery (4/1 - 4/21 - 21 days) | 10.05 |
| 04/01/2024 | 0424 - Condenser Recovery (4/1 - 4/21 - 21 days) | 53.30 |
| 04/01/2024 | 0424 - Minimum Rent Retail (4/1 - 4/21 - 21 days) | 3,283.23 |
| 04/01/2024 | 0424 - RE Tax Estimates (4/1 - 4/21 - 21 days) | 259.60 |
| 04/01/2024 | 0424 - CAM Estimate (4/1 - 4/21 - 21 days) | 868.64 |
| 04/01/2024 | 0424 - Storage Unit #1370 (4/1 - 4/21 - 21 days) | 129.96 |
| 04/02/2024 | ELE 10/01/23-10/31/23 | 90.89 |
| 04/02/2024 | OTH 10/01/23-10/31/23 | 9.95 |
| 04/02/2024 | SEW 10/01/23-10/31/23 | 7.16 |
| 04/02/2024 | TSH 10/01/23-10/31/23 | 121.96 |
| 04/16/2024 | ELE 10/31/23-02/29/24 | 635.08 |
| 04/16/2024 | HVAC 10/31/23-02/29/24 | 112.95 |
| 04/16/2024 | OTH 10/31/23-02/29/24 | 9.95 |
| 04/16/2024 | SEW 10/31/23-02/29/24 | 31.70 |
| 04/16/2024 | TSH 10/31/23-02/29/24 | 491.74 |
| 06/04/2024 | Removal of signage | 2,700.00 |
| 06/11/2024 | Clean out of space | 340.00 |
| 06/18/2024 | 2023 RE TAX YE | 30.87 |
|  | Sub-Total: | 12,857.71 |

**Damages Pursuant to 11 U.S.C. Section 502(b)(6):**

One year of charges:

| Description | Amount |
|---|---:|
| 10 months of Minimum Rent at monthly rate of $4,690.33 | 46,903.30 |
| 10 months of RE Taxes based on monthly rate of $370.86 | 3,708.60 |
| 10 months of CAM based on monthly rate of $1,240.91 | 12,409.10 |
| 10 months of Sprinkler Recovery based on monthly rate of $14.35 | 143.50 |
| 10 months of Condenser Recovery based on monthly rate of $76.14 | 761.40 |
| Sub-Total | 63,925.90 |
| **Total Pre-Petition** | **76,783.61** |

**Post-petition**

| Date | Description | Amount |
|---|---|---:|
| 04/01/2024 | 0424 - Sprinkler Recovery (4/22 - 4/30 - 9 days) | 4.31 |
| 04/01/2024 | 0424 - Condenser Recovery (4/22 - 4/30 - 9 days) | 22.84 |
| 04/01/2024 | 0424 - Minimum Rent Retail (4/22 - 4/30 - 9 days) | 1,407.10 |
| 04/01/2024 | 0424 - RE Tax Estimates (4/22 - 4/30 - 9 days) | 111.26 |
| 04/01/2024 | 0424 - CAM Estimate (4/22 - 4/30 - 9 days) | 372.27 |
| 04/01/2024 | 0424 - Storage Unit #1370 (4/22 - 4/30 - 9 days) | 55.70 |
| 05/01/2024 | 0524 - Condenser Recovery | 76.14 |
| 05/23/2024 | ELE 02/29/24-04/30/24 | 301.78 |
| 05/23/2024 | HVAC 02/29/24-04/30/24 | 54.23 |
| 05/23/2024 | OTH 02/29/24-04/30/24 | 9.95 |
| 05/23/2024 | SEW 02/29/24-04/30/24 | 14.54 |
| 05/23/2024 | TSH 02/29/24-04/30/24 | 250.34 |
| 06/10/2024 | Payment | (1,917.77) |
|  | **Total Post-Petition:** | **762.69** |

| | | |
|---|---|---:|
| **TOTAL CLAIMS:** | | **77,546.29** |