# CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire hereby certify that on this 30th day of January, 2025, I caused a true and correct copy of the *REQUEST OF DANBURY MALL, LLC, FORBES TAUBMAN ORLANDO, L.L.C. AND FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS* to be served electronically upon all parties that have opted in to receive notice via CM/ECF, as well as upon the following parties in the manner indicated:

**Via E-mail and First-Class Mail**
Domenic E. Pacitti
Michael W. Yurkewicz
Alyssa M. Radovanovich
Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
E-mail: dpacitti@klehr.com
E-mail: myurkewicz@klehr.com
E-mail: aradovanovich@klehr.com

-and-

Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
E-mail: mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**Via E-mail and First-Class Mail**
Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022
E-mail: joshua.sussberg@kirkland.com
E-mail: emily.geier@kirkland.com
E-mail: nicholas.adzima@kirkland.com

-and-

Charles B. Sterett
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
E-mail: charles.sterett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

**Via First-Class Mail**
Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

*U.S. Trustee*

Dated: January 30, 2025
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE Bar No. 4716)
BALLARD SPAHR LLP