IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Hearing Date: March 27, 2025 at 9:30 a.m. (ET)** |
|  | **Objection Deadline: February 12, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF SUPPLEMENT TO KOREA TRADE
INSURANCE CORPORATION'S MOTION FOR ALLOWANCE
AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** than on January 29, 2025, Korea Trade Insurance Corporation ("Korea Trade") filed *Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on January 31, 2025, Korea Trade filed the *Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims* (the "Supplement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion and the Supplement, if any, are required to be filed on or before **February 12, 2025, at 4:00 p.m.** (ET) (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion and the Supplement, if any, must be served upon the undersigned counsel for Korea Trade.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion or the Supplement are received, the Motion, the Supplement, and such objections will be considered at a hearing before the Honorable Karen B. Owens at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **March 27, 2025 at 9:30 a.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION AND THE SUPPLEMENT WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: January 31, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ James R. Risener*<br>Aaron H. Stulman (No. 5807)<br>James R. Risener III (No. 7334)<br>Ethan H. Sulik (No. 7270)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:   astulman@potteranderson.com<br>jrisener@potteranderson.com<br>esulik@potteranderson.com<br><br>*Counsel for Korea Trade Insurance Corporation* |

12003206v.1