**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 1239** |
| | ) |
| | ) Hearing Date: March 27, 2025 at 9:30 a.m. (ET) |
| | ) Objection Deadline: February 12, 2025 at 4:00 p.m. (ET) |

**SUPPLEMENT TO KOREA TRADE**
**INSURANCE CORPORATION'S MOTION FOR ALLOWANCE**
**AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

Korea Trade Insurance Corporation ("Korea Trade"), by and through its undersigned counsel, hereby submits this supplement (the "Supplement") to *Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims* (the "Motion")[2] [Docket No. 1239] to correct the amount of Administrative Claims requested.

As set forth in paragraph 13, Korea Trade is the assignee and transferee of the Transferred Molax Claim in the amount of $1,698,198.05. Upon further diligence, Korea Trade has become aware that the Motion incorrectly states that of the Transferred Molax Claim, $598,752.67 is entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code and $1,099,445.38 is entitled to administrative priority under section 503(b)(1)(A) of the Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[2] Capitalized Terms not otherwise defined in this Supplement shall have the meanings ascribed to them in the Motion.

Code. Rather, of the Transferred Molax Claim, **$452,915.85** is appropriately entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code and **$1,147,409.51** is appropriately entitled to administrative priority under section 503(b)(1)(A) of the Bankruptcy Code. Accordingly, the corrected amount of Administrative Claims for which Korea Trade requests allowance and immediate payment is **$2,091,993.60**, consisting of **$944,524.09** of section 503(b)(9) administrative expense claims and **$1,147,409.51** of section 503(b)(1)(A) administrative expense claims. Attached hereto as **Exhibit A** is a revised version of the chart attached to the Motion as Exhibit B.

Wherefore, Korea Trade respectfully requests the Court enter an order, substantially in the form attached to the Motion as Exhibit A, allowing Korea Trade's administrative expense claim in the corrected amount of $2,091,933.60, and directing the immediate payment of the same.

Dated: January 31, 2025　　　　　　　　　Respectfully submitted,
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　*/s/ James R. Risener III*
　　　　　　　　　　　　　　　　　　　　　Aaron H. Stulman (No. 5807)
　　　　　　　　　　　　　　　　　　　　　James R. Risener III (No. 7334)
　　　　　　　　　　　　　　　　　　　　　Ethan H. Sulik (No. 7270)
　　　　　　　　　　　　　　　　　　　　　**POTTER ANDERSON & CORROON LLP**
　　　　　　　　　　　　　　　　　　　　　1313 N. Market Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 984-6000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-1192
　　　　　　　　　　　　　　　　　　　　　Email:　astulman@potteranderson.com
　　　　　　　　　　　　　　　　　　　　　jrisener@potteranderson.com
　　　　　　　　　　　　　　　　　　　　　esulik@potteranderson.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Korea Trade Insurance Corporation*