## EXHIBIT A

### [REVISED] Transferred Claims Summary Chart

| Proof of Claim No. | Original Claimant | Debtor Entity | Transferred GUC Amount | Transferred 503(b)(9) Amount | Transferred 503(b)(1)(A) Amount | Total Transferred Admin Amount | Total Transferred Claim Amount |
|---|---|---|---|---|---|---|---|
| 342 | Ha Hae | Express, LLC | $1,436,346.69 | $0.00 | $0.00 | $0.00 | $1,436,346.69 |
| 613 | Sung Hwa | Express, Inc. | $193,480.63 | $0.00 | $0.00 | $0.00 | $193,480.63 |
| 1117 | Molax | Express, LLC | $97,872.69 | $452,915.85 | $1,147,409.51 | $1,600,325.36 | $1,698,198.05 |
| 1391 | Hansoll | Express, Inc. | $54,940.74 | $6,624.00 | $0.00 | $6,624.00 | $61,564.74 |
| 1615 | GG Int'l | Express, LLC | $1,723,963.92 | $484,984.24 | $0.00 | $484,984.24 | $2,208,948.16 |
| TOTAL | | | $3,506,604.67 | $944,524.09 | $1,147,409.51 | $2,091,933.60 | $5,598,538.27 |