## <u>CERTIFICATE OF SERVICE</u>

I, James R. Risener III, do hereby certify that on January 31, 2025, I caused a copy of the foregoing **Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims** to be served on the parties listed on the attached service list in the manner indicated.

*/s/ James R. Risener III*
James R. Risener III (No. 7334)

**SERVICE LIST**

| | |
|---|---|
| 1552 Broadway Retail Owner LLC<br><br>Attn: Brett Herschenfeld<br><br>PO Box 417368<br><br>Boston, MA 02241-7368<br><br>brett.herschenfeld@slgreen.com<br><br>VIA EMAIL | 1552 Broadway Retail Owner LLC<br><br>80 State Street<br><br>Albany, NY 12207<br><br>VIA FCM |
| 31-01 Steinway LLC<br><br>c/o Ice Miller LLP<br><br>Attn: John C. Cannizzaro 250 West Street, Suite 700<br><br>Columbus, OH 43215-7509<br><br>john.cannizzaro@icemiller.com<br><br>VIA EMAIL | 31-01 Steinway LLC<br><br>c/o Ice Miller LLP<br><br>Attn: Louis T. DeLucia, Alyson M. Fiedler 1500 Broadway, Suite 2900<br><br>New York, NY 10036<br><br>louis.delucia@icemiller.com;<br>alyson.fiedler@icemiller.com<br><br>VIA EMAIL |
| 659 West Diversey, LLC,<br><br>c/o Ballard Spahr LLP<br><br>Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi 2029 Century Park East, Suite 1400<br><br>Los Angeles, CA 90067-2915<br><br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com;<br>shahbazis@ballardspahr.com<br><br>VIA EMAIL | 659 West Diversey, LLC,.<br><br>c/o Ballard Spahr LLP<br><br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick 919 N Market Street, 11th Floor<br><br>Wilmington, DE 19801-3034<br><br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>brannickn@ballardspahr.com<br><br>VIA EMAIL |

| | |
|---|---|
| Accertify, Inc.<br>PO Box 3002<br>Malvern, PA 19355-0702<br>proofofclaim@becket-lee.com; payments@becket-lee.com; cjones@becket-lee.com<br>VIA EMAIL | Adobe Systems, Inc.<br>Attn: Scott Burns<br>75 Remittance Dr #1025<br>Chicago, IL 60675-1025<br>sburns@adobe.com<br>VIA EMAIL |
| Akamai Technologies, Inc.<br>c/o Cohne Kinghorn, P.C.<br>Attn: George Hofman 111 East Broadway<br>Salt Lake City, UT 84111<br>ghofmann@ck.law<br>VIA EMAIL | Alabama Office of the Attorney General<br>Attn: Steve Marshall<br>501 Washington Avenue<br>Montgomery, AL 36104<br>consumerinterest@alabamaag.gov<br>VIA EMAIL |
| Alaska Office of the Attorney General<br>1031 W 4th Ave Suite 200<br>Anchorage, AK 99501<br>attorney.general@alaska.gov<br>VIA EMAIL | Alvarez & Marsal<br>Attn: Patricia Hong, Sanjay Srikanth<br>600 Madison Ave 8th Floor<br>New York, NY 10022<br>phong@alvarezandmarsal.com;<br>Sanjay.Srikanth@alvarezandmarsal.com;<br>bankruptcy.notices@alvarezandmarsal.com<br>VIA EMAIL |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc.<br>c/o Maurice Wutscher LLP<br>Attn: Alan C. Hochheiser 23611 Chagrin Blvd<br>Beachwood, OH 44122<br>ahochheiser@mauricewutscher.com<br>VIA EMAIL | AP 1519 - 1521 Walnut St.,<br>Attn: Kiah T. Ford IV 620 South Tryon Street<br>Charlotte, NC 28202<br>chipford@parkerpoe.com<br>VIA EMAIL |

| | |
|---|---|
| Arizona Office of the Attorney General<br><br>c/o Consumer Information and Complaints<br><br>2005 N Central Ave<br><br>Phoenix, AZ 85004<br><br>consumerinfo@azag.gov<br><br>VIA EMAIL | Arkansas Office of the Attorney General<br><br>323 Center St Suite 200<br><br>Little Rock, AR 72201<br><br>VIA FCM |
| Bath and Body Works Logistics Services LLC<br><br>c/o Ashby & Geddes, P.A.<br><br>Attn: Michael D. DeBaecke 500 Delaware Avenue, 8th Floor<br><br>Wilmington, DE 19801<br><br>mdebaecke@ashbygeddes.com<br><br>VIA EMAIL | Bath and Body Works Logistics Services LLC<br><br>c/o Vorys, Sater, Seymour and Pease LLP<br><br>Attn: Carrie Mae Brosius 200 Public Square, Suite 1400<br><br>Cleveland, OH 44144<br><br>cmbrosius@vorys.com<br><br>VIA EMAIL |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC<br><br>c/o Vorys, Sater, Seymour and Pease LLP<br><br>Attn: Tiffany Strelow Cobb 52 East Gay Street<br><br>Columbus, OH 43215<br><br>tscobb@vorys.com<br><br>VIA EMAIL | BDC Shay Retail LLC and White Flint Associates, LLC<br><br>c/o Whiteford, Taylor & Preston LLC<br><br>Attn: Richard W. Riley 600 North King Street, Suite 300<br><br>Wilmington, DE 19801<br><br>rriley@whitefordlaw.com<br><br>VIA EMAIL |
| BDC Shay Retail LLC and White Flint Associates, LLC<br><br>c/o Whiteford Taylor & Preston LLP<br><br>Attn: Christopher A Jones 3190 Fairview Park Drive, Suite 800<br><br>Falls Church, VA 22042<br><br>cajones@whitefordlaw.com<br><br>VIA EMAIL | Bellevue Square, LLC and Bellevue Square Merchants Association<br><br>c/o Illuminate Law Group<br><br>Attn: Brian M. Muchinsky 10500 NE 8th Street, Suite 850<br><br>Bellevue, WA 98004<br><br>bmuchinsky@illuminatelg.com<br><br>VIA EMAIL |

| | |
|---|---|
| Bernardo Manufacturing, Ltd.<br>Attn: Gregg Castelluci, Joshua Swift<br>54 Taylor Dr<br>East Providence, RI 02916<br>jswift@bernardomfg.com; jswift1243@gmail.com<br>VIA EMAIL | Blue Yonder, Inc.<br>c/o Connolly Gallager LLP<br>Attn: Jeffrey C. Wisler 1201 N Market St<br>Wilmington, DE 19801<br>jwisler@connollygallagher.com<br>VIA EMAIL |
| Blue Yonder, Inc.<br>c/o Squire Patton Boggs (US) LLP<br>Attn: Mark A. Salzberg 2550 M Street NW<br>Washington, DC 20037<br>mark.salzberg@squirepb.com<br>VIA EMAIL | BlueCore Inc<br>Attn: Liz Madsen<br>124 Rivington St<br>New York, NY 10002<br>liz.madsen@bluecore.com<br>VIA EMAIL |
| Brierley & Partners, Inc.<br>15303 Ventura Blvd #400<br>Sherman Oaks, CA 91403<br>VIA FCM | Brierley & Partners, Inc.<br>Attn: Elizabeth Keller, Sridhar Bollam<br>PO Box 847439<br>Dallas, TX 75284<br>elisabeth.keller@capillarytech.com; sridhar.bollam@capillarytech.com<br>VIA EMAIL |
| Brookfield Retail Properties Inc.<br>c/o Kelley Drye & Warren LLP<br>Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele 3 World Trade Center<br>New York, NY 10007<br>jcarr@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com<br>VIA EMAIL | Brookfield Retail Properties, Inc.<br>c/o Law Office of Susan E. Kaufman, LLC<br>Attn: Susan E. Kaufman 919 N Market St<br>Wilmington, DE 19801<br>skaufman@skaufmanlaw.com<br>VIA EMAIL |

| | |
|---|---|
| Broward County, Florida<br><br>c/o The Records, Taxes, and Treasury Division<br><br>Attn: Scott Andron 115 S Andrews Ave, Rm 423<br><br>Ft Lauderdale, FL 33301<br><br>sandron@broward.org<br><br>VIA EMAIL | Broward County, Florida<br><br>c/o The Records, Taxes, and Treasury Division<br><br>Attn: Scott Andron 115 S Andrews Avenue, Suite A-100<br><br>Fort Lauderdale, FL 33301<br><br>sandron@broward.org<br><br>VIA EMAIL |
| Brownsville Independent School District, City of Mercedes<br><br>c/o Perdue, Brandon, Fielder, Collins & Mott LLP<br><br>Attn: Hiram Gutierrez 200 S 10th St<br><br>Mcallen, TX 78501-4877<br><br>edinburgbankruptcy@pbfcm.com<br><br>VIA EMAIL | BSS Creative Groupe, Inc.<br><br>c/o Sullivan Hazeltine Allinson LLC<br><br>Attn: William A. Hazeltine 919 North Market Street<br><br>Wilmington, DE 19801<br><br>whazeltine@sha-llc.com<br><br>VIA EMAIL |
| California Office of the Attorney General<br><br>PO Box 944255<br><br>Sacramento, CA 94244-2550<br><br>bankruptcy@coag.gov<br><br>VIA EMAIL | Campana 125 LLC<br><br>Attn: Marc J. Kurzman 1055 Washington Blvd. 4th Fl<br><br>Stamford, CT 06901<br><br>mkurzman@carmodylaw.com<br><br>VIA EMAIL |
| Causeway, LLC a/k/a Greater Lakeside Corp.<br><br>Attn: Lori Schwartz, Nathaniel Myers 1007 N Orange Street, Suite 420<br><br>Wilmington, DE 19801<br><br>lschwartz@leechtishman.com; nmeyers@leechtishman.com<br><br>VIA EMAIL | Causeway, LLC a/k/a Greater Lakeside Corp.<br><br>c/o Leech Tishman Robinsob Brog, PLLC<br><br>Attn: Clement Yee 885 2nd Ave<br><br>New York, NY 10017-2251<br><br>cyee@leechtishman.com<br><br>VIA EMAIL |

| | |
|---|---|
| CFL Distribution Inc<br>Attn: Lynda Wong<br>Hore de Macau Limitada Avenida da Praia Grande<br>Edif Great Will,  665<br>Lynda_wong@cflhk.com<br>VIA EMAIL | Chacon<br>Attn: Joseph Lavi<br>8889 West Olympic Blvd #200<br>Beverly Hlls, CA 90211<br>VIA FCM |
| Chacon<br>Attn: Sahag Majarian<br>18250 Ventura Blvd<br>Tarzana, CA 91356<br>VIA FCM | Chacon<br>Attn: Armond M. Jackson<br>2 Venture Parkway Ste 240<br>Irvine, CA 92618<br>ajackson@jacksonapc.com<br>VIA EMAIL |
| Chacon<br>Attn: Raul Perez<br>1875 Century Park East Suite 1000<br>Los Angeles, CA 90067<br>raul.perez@capstonelawyers.com<br>VIA EMAIL | City of El Paso, Bexar County, Ector CAD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker 112 E Pecan Street, Suite 2200<br>San Antonio, TX 78205<br>sanantonio.bankruptcy@lgbs.com<br>VIA EMAIL |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD<br>c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Linda D Reece 1919 S Shiloh Rd<br>Garland, TX 75042<br>lreece@pbfcm.com<br>VIA EMAIL | Collin County Tax Assessor/Collector<br>c/o Abernathy, Roeder, Boyd & Hullett, P.C.<br>Attn: Paul M. Lopez 1700 Redbud Blvd<br>McKinney, TX 75069<br>bankruptcy@abernathy-law.com<br>VIA EMAIL |

| | |
|---|---|
| Colorado Office of the Attorney General<br><br>Ralph L. Carr Judicial Building 1300 Broadway<br><br>Denver, CO 80203<br><br>VIA FCM | Comenity Capital Bank<br><br>c/o Burr & Forman LLP<br><br>Attn: James H. Haithcock 420 N 20th Street, Suite 3400<br><br>Birmingham, AL 35203<br><br>jhaithcock@burr.com<br><br>VIA EMAIL |
| Comenity Capital Bank<br><br>c/o Burr & Forman LLP<br><br>Attn: J. Cory Falgowski 222 Delaware Avenue, Suite 1030<br><br>Wilmington, DE 19801<br><br>jfalgowski@burr.com<br><br>VIA EMAIL | Commission Junction LLC<br><br>Attn: Camelia Gehrke<br><br>4140 Solutions Center #774140<br><br>Chicago, IL 60677-4001<br><br>camelia.gehrke@cj.com<br><br>VIA EMAIL |
| Connecticut Office of the Attorney General<br><br>165 Capitol Avenue<br><br>Hartford, CT 06106<br><br>VIA FCM | Crescent Bahuman Limited<br><br>Attn: Yousef Arshad Muneer, Abdullah Zia<br><br>45-A Off Zahar Ali Rd Gulberg V<br><br>Lahore,  54660<br><br>yousafa@ecbl.pk; azia@ecbl.pk<br><br>VIA EMAIL |
| Crowley ISD<br><br>c/o Linebarger Goggan Blair & Sampson, LLP<br><br>Attn: John Kendrick Turner 3500 Maple Ave # 800<br><br>Dallas, TX 75219-3906<br><br>john.turner@lgbs.com<br><br>VIA EMAIL | Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD<br><br>c/o Perdue, Brandon, Fielder, Collins & Mott, LLP<br><br>Attn: Elizabeth Banda Calvo 500 E Border St<br><br>Arlington, TX 76010<br><br>ebcalvo@pbfcm.com<br><br>VIA EMAIL |

| | |
|---|---|
| Cypress-Fairbanks ISD, <br> c/o Linebarger Goggan Blair & Sampson, LLP <br> Attn: Tara L. Grundemeier PO Box 3064 <br> Houston, TX 77253-3064 <br> houston_bankruptcy@lgbs.com <br> VIA EMAIL | DDR Urban LP <br> c/o Stark & Stark, P.C. <br> Attn: Thomas S. Onder, Joseph H. Lemkin PO Box 5315 <br> Princeton, NJ 08543 <br> tonder@stark-stark.com; jlemkin@stark-stark.com <br> VIA EMAIL |
| Delaware Department of Justice <br> Attn Bankruptcy Unit <br> Carvel State Office Building 820 N French St <br> Wilmington, DE 19801 <br> Attorney.General@state.DE.US <br> VIA EMAIL | District of Columbia Office of the Attorney General <br> 441 4th St NW Suite 1100 <br> Washington, DC 20001 <br> VIA FCM |
| Domain Northside Retail Property Owner LP <br> c/o Pashman Stein Walder Hayden, P.C. <br> Attn: Joseph C. Barsalona II 824 North Market Street <br> Wilmington, DE 19801 <br> jbarsalona@pashmanstein.com <br> VIA EMAIL | Domain Northside Retail Property Owner LP <br> c/o Law Offices of Kevin S. Neiman, PC <br> Attn: Kevin Neiman 999 18th Street <br> Denver, CO 80202 <br> kevin@ksnpc.com <br> VIA EMAIL |
| E-Teen Company Limited <br> G. Malamet <br> Rm 202, 2Fl, Sun Cheong Industrial Bldg 2-4 Cheung Yee Street <br> Lai Chi Kok, Kowloon <br> kevin.luk@eteen-hk.com <br> VIA EMAIL | EKFH LLC <br> c/o KLM Equities Inc. <br> Attn: Zachary Kleinhandler 920 Broadway <br> New York, NY 10010 <br> fbasin@klmequities.com <br> VIA EMAIL |

| | |
|---|---|
| EKFH, LLC<br><br>c/o Rosenberg & Estis, P.C.<br><br>Attn: John Giampolo 733 Third Avenue<br><br>New York, NY 10022<br><br>jgiampolo@rosenbergestis.com<br><br>VIA EMAIL | EKFH, LLC<br><br>c/o Joyce, LLC<br><br>Attn: Michael J. Joyce 1225 King Street<br><br>Wilmington, DE 19801<br><br>mjoyce@mjlawoffices.com<br><br>VIA EMAIL |
| EXP OldCo Winddown, Inc., et al.<br><br>Attn: Laurel Krueger<br><br>One Express Drive<br><br>Columbus, OH 43230<br><br>lakrueger@express.com<br><br>VIA EMAIL | EXP OldCo Winddown, Inc., et al.<br><br>c/o Kirkland & Ellis LLP<br><br>Attn: Charles B. Sterrett 333 West Wolf Point Plaza<br><br>Chicago, IL 60654<br><br>charles.sterrett@kirkland.com<br><br>VIA EMAIL |
| EXP OldCo Winddown, Inc., et al.<br><br>c/o Klehr Harrison Harvey Branzburg LLP<br><br>Attn: Morton R. Branzburg 1835 Market Street, Suite 1400<br><br>Philadelphia, PA 19103<br><br>mbranzburg@klehr.com<br><br>VIA EMAIL | EXP OldCo Winddown, Inc., et al.<br><br>c/o Kirkland & Ellis LLP<br><br>Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima 601 Lexington Avenue<br><br>New York, NY 10022<br><br>joshua.sussberg@kirkland.com; emily.geier@kirkland.com; nicholas.adzima@kirkland.com<br><br>VIA EMAIL |
| EXP OldCo Winddown, Inc., et al.<br><br>Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich 919 North Market Street, Suite 1000<br><br>Wilmington, DE 19801<br><br>dpacitti@klehr.com; myurkewicz@klehr.com; aradovanovich@klehr.com<br><br>VIA EMAIL | Express, Inc., et al.<br><br>c/o Kirkland & Ellis LLP<br><br>Attn: Daniel Daines 95 S State St<br><br>Salt Lake City, UT 84111<br><br>daniel.daines@kirkland.com<br><br>VIA EMAIL |

| | |
|---|---|
| Fashion Island Retail LLC [Fashion Island Shopping Center]<br><br>c/o Bewley, Lassleben & Miller, LLP<br><br>Attn: Ernie Zachary Park 13215 E Penn St<br><br>Whittier, CA 90602<br><br>ernie.park@bewleylaw.com<br><br>VIA EMAIL | Federal Realty OP LP and UE Bergen Mall Owner LLC<br><br>c/o Ballard Spahr LLP<br><br>919 N Market Street, 11th Floor<br><br>Wilmington, DE 19801-3034<br><br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>brannickn@ballardspahr.com<br><br>VIA EMAIL |
| Florida Office of the Attorney General<br><br>The Capitol Pl?01<br><br>Tallahassee, FL 32399<br><br>VIA FCM | Fortune Footwear Inc.<br><br>Attn: Thomas Paccione<br><br>174 Hudson Street 3rd Floor<br><br>New York, NY 10013<br><br>tpaccione@fortunefootwear.com<br><br>VIA EMAIL |
| G&L Building Corp.<br><br>c/o Cullen and Dykman LLP<br><br>Attn: Michelle McMahon One Battery Park Plaza, 34th Fl<br><br>New York, NY 10004<br><br>mmcmahon@cullenllp.com<br><br>VIA EMAIL | Georgia Office of the Attorney General<br><br>40 Capitol Sq SW<br><br>Atlanta, GA 30334<br><br>VIA FCM |
| GGP Columbia Mall<br><br>Attn: Troy Benson<br><br>Rouse Fashion Place SDS-12-2780, PO Box 86<br><br>Minneapolis, MN 55486-2780<br><br>Troy.Benson@bpretail.com<br><br>VIA EMAIL | Granify (USA) Inc.<br><br>Attn: Sabrina L. Streusand 1801 S MoPac Expressway<br><br>Austin, TX 78746<br><br>streusand@slollp.com<br><br>VIA EMAIL |

| | |
|---|---|
| Harris County, Harris County Flood<br>Property Tax Division<br>Attn: Susan Fuertes PO Box 2848<br>Houston, TX 77252<br>taxbankruptcy.cao@harriscountytx.gov<br>VIA EMAIL | Hawaii Office of the Attorney General<br>425 Queen St<br>Honolulu, HI 96813<br>hawaiiag@hawaii.gov<br>VIA EMAIL |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC<br>c/o Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers 1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com<br>VIA EMAIL | Humble Independent School District,<br>c/o Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: Melissa E. Valdez 1235 North Loop West<br>Houston, TX 77008<br>mvaldez@pbfcm.com<br>VIA EMAIL |
| Idaho Office of the Attorney General<br>700 W Jefferson St Suite 210<br>Boise, ID 83720<br>VIA FCM | Illinois Office of the Attorney General<br>James R. Thompson Center 100 W Randolph St<br>Chicago, IL 60601<br>VIA FCM |
| Indiana Office of the Attorney General<br>Indiana Government Center South 302 W Washington St<br>Indianapolis, IN 46204<br>VIA FCM | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>VIA FCM |

| | |
|---|---|
| Iowa Office of the Attorney General<br>Hoover State Office Building 1305 E Walnut St<br>Des Moines, IA 50319<br>VIA FCM | Jeffrey M. Kurzon<br>No address on file |
| Jennifer McCall<br>c/o Lynch Carpenter, LLP<br>Attn: Gary F Lynch 1133 Penn Avenue<br>Pittsburgh, PA 15222<br>gary@lcllp.com<br>VIA EMAIL | Jennifer McCall<br>c/o Lynch Carpenter, LLP<br>Attn: Todd D. Carpenter and Scott Gregory Braden 1234 Camino del Mar<br>Del Mar, CA 92014<br>todd@lcllp.com; scott@lcllp.com<br>VIA EMAIL |
| Kansas Office of the Attorney General<br>Consumer Protection Division<br>120 SW 10th Ave 2nd Floor<br>Topeka, KS 66612-1597<br>VIA FCM | Kentucky Office of the Attorney General<br>Capitol Building 700 Capitol Ave<br>Frankfort, KY 40601<br>VIA FCM |
| Kern County Treasurer and Tax Collector Office<br>Attn: Bankruptcy Division<br>PO Box 579<br>Bakersfield, CA 93302-0579<br>bankruptcy@kerncounty.com<br>VIA EMAIL | Keystone-Florida Property Holding Corp. and Turnberry Associates<br>Attn: Susan E. Kaufman 919 N Market Street, Suite 460<br>Wilmington, DE 19801<br>skaufman@skaufmanlaw.com<br>VIA EMAIL |

| | |
|---|---|
| Lever Style Ltd.<br><br>Wing Tai Centre Room 76, Flat A 7th Floor 12 Hing Yip Street<br><br>Kwun Tong, Kowloon<br><br>eddie.chan@leverstyle.com; william.tan@leverstyle.com; derek.lee@leverstyle.com; winnie.man@leverstyle.com<br><br>VIA EMAIL | Li & Fung (Trading) Limited<br><br>Attn: Laurence Rudge, Gordon Chiang<br><br>5th Floor, Lifung Tower 888 Cheung Sha Wan Road<br><br>, Kowloon<br><br>laurencerudge@lifung.com; gordonchiang@lifung.com; legalnotices@lifung.com<br><br>VIA EMAIL |
| Liberty Mutual Insurance<br><br>c/o Whiteford, Taylor & Preston LLC<br><br>Attn: Richard W. Riley 600 N King St<br><br>Wilmington, DE 19801<br><br>rriley@whitefordlaw.com<br><br>VIA EMAIL | Liberty Mutual Insurance Company<br><br>c/o Chiesa Shahinian & Giantomasi PC<br><br>Attn: Scott A. Zuber 105 Eisenhower Pkwy<br><br>Roseland, NJ 07068<br><br>szuber@csglaw.com; tfreedman@csglaw.com<br><br>VIA EMAIL |
| Louisiana Office of the Attorney General<br><br>1885 N Third St<br><br>Baton Rouge, LA 70802<br><br>VIA FCM | Lubbock Central Appraisal District<br><br>c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br><br>Attn: Laura J. Monroe PO Box 817<br><br>Lubbock, TX 79408<br><br>lmonroe@pbfcm.com; lmbkr@pbfcm.com<br><br>VIA EMAIL |
| Macerich Cerritos LLC<br><br>Attn: Doug Healey<br><br>PO Box 849445<br><br>Los Angeles, CA 90084-9445<br><br>Doug.Healey@macerich.com<br><br>VIA EMAIL | Macerich Cerritos LLC<br><br>401 Wilshire Boulevard Suite 700<br><br>Santa Monica, CA 90401<br><br>VIA FCM |

| | |
|---|---|
| Madison County, Alabama<br>Attn: J. Jeffery Rich<br>100 Northside Square Suite 700<br>Huntsville, AL 35801<br>jrich@madisoncountyal.gov<br>VIA EMAIL | Maine Office of the Attorney General<br>Consumer Protection<br>6 State House Station<br>Augusta, ME 04333<br>attorney.general@maine.gov<br>VIA EMAIL |
| Manatee County Tax Collector [Ken Burton, Jr., Manatee County Tax Collector]<br>Attn: Michelle Leeson<br>1001 3rd Ave W Suite 240<br>Bradenton, FL 34205-7863<br>legal@taxcollector.com<br>VIA EMAIL | Manchu Times Fashion Limited<br>c/o Klestadt Winters Jureller Southard & Stevens, LLP<br>Attn: Tracy L. Klestadt 200 West 41st Street<br>New York, NY 10036-7023<br>tklestadt@klestadt.com<br>VIA EMAIL |
| Manchu Times Fashion Ltd<br>Park-In Commercial Bldg, Rm 1316 56 Dundas Street<br>Kowloon,<br>MichaelLi@manchutimesfashion.com;<br>OliviaLuk@manchutimesfashion.com<br>VIA EMAIL | Maryland Office of the Attorney General<br>Consumer Protection Division<br>200 St. Paul Pl<br>Baltimore, MD 21202<br>oag@oag.state.md.us;<br>consumer@oag.state.md.us<br>VIA EMAIL |
| Massachusetts Office of the Attorney General<br>1 Ashburton Pl 20th Floor<br>Boston, MA 02108<br>VIA FCM | MGF Sourcing US, LLC as Collateral Agent<br>Attn: Daniel Bloch<br>4200 Regent Street Suite 205<br>Columbus, OH 43219<br>dbloch@mgfsourcing.com<br>VIA EMAIL |

| | |
|---|---|
| Michigan Office of the Attorney General<br>G. Mennen Williams Building 525 W Ottawa St<br>Lansing, MI 48933<br>miag@michigan.gov<br>VIA EMAIL | Minnesota Office of the Attorney General<br>445 Minnesota St Suite 1400<br>St. Paul, MN 55101<br>VIA FCM |
| Mississippi Office of the Attorney General<br>Walter Sillers Building 550 High St<br>Jackson, MS 39201<br>VIA FCM | Missouri Office of the Attorney General<br>Supreme Court Building 207 W High St<br>Jefferson City, MO 65101<br>attorney.general@ago.mo.gov<br>VIA EMAIL |
| Montana Office of the Attorney General<br>215 N Sanders Justice Building<br>Helena, MT 59601<br>VIA FCM | Monument Consulting LLC<br>Attn: Allison Hutchcroft, Chris Miller<br>1800 Summit Ave<br>Richmond, VA 23230<br>Allison.Hutchcroft@MonumentConsulting.com<br>VIA EMAIL |
| Monument Consulting, Inc.<br>c/o Hogan McDaniel<br>Attn: Daniel C. Kerrick 1311 Delaware Avenue<br>Wilmington, DE 19806<br>dckerrick@dkhogan.com<br>VIA EMAIL | Motives<br>Attn: Corey Baggett<br>499th Avenue 19th Floor<br>New York, NY 10018<br>corey@motivesny.com<br>VIA EMAIL |

| | |
|---|---|
| Motives International (Hong Kong) Limited and Motives International Limited<br><br>c/o Morgan Lewis & Bockius LLP<br><br>Attn: John C. Goodchild, III 2222 Market Street<br><br>Philadelphia, PA 19103<br><br>john.goodchild@morganlewis.com<br><br>VIA EMAIL | Motives International (Hong Kong) Limited and Motives International Limited<br><br>c/o Morgan Lewis & Bockius LLP<br><br>Attn: Stephan E. Hornung 101 Park Avenue<br><br>New York, NY 10178<br><br>stephan.hornung@morganlewis.com<br><br>VIA EMAIL |
| Motives International (Hong Kong) Limited and Motives International Limited<br><br>Attn: Jody C. Barillare 1201 N Market Street, Suite 2201<br><br>Wilmington, DE 19801<br><br>jody.barillare@morganlewis.com<br><br>VIA EMAIL | Nancy C. Millan, Hillsborough County Tax Collector<br><br>PO Box 1110<br><br>Tampa, FL 33601-1110<br><br>fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov<br><br>VIA EMAIL |
| Nebraska Office of the Attorney General<br><br>2115 State Capitol<br><br>Lincoln, NE 68509<br><br>nedoj@nebraska.gov<br><br>VIA EMAIL | Nevada Office of the Attorney General<br><br>Old Supreme Court Building 100 N Carson St<br><br>Carson City, NV 89701<br><br>VIA FCM |
| New Hampshire Office of the Attorney General<br><br>NH Department of Justice<br><br>33 Capitol St<br><br>Concord, NH 03301<br><br>attorneygeneral@doj.nh.gov<br><br>VIA EMAIL | New Jersey Office of the Attorney General<br><br>Richard J. Hughes Justice Complex 25 Market St 8th Floor<br><br>Trenton, NJ 08611<br><br>VIA FCM |

16

| | |
|---|---|
| New Mexico Office of the Attorney General<br><br>408 Galisteo St Villagra Building<br><br>Santa Fe, NM 87501<br><br>VIA FCM | New York Office of the Attorney General<br><br>The Capitol<br><br>Albany, NY 12224<br><br>VIA FCM |
| NewTimes Development Limited<br><br>Attn: Sue Lee, Eunice Kim<br><br>Ayazaga Mah. Mimar Sinan Sok. No:21 B/34<br><br>Istanbul,  34396<br><br>Suelee@newtimesgroup.com;<br>EuniceKim@newtimesgroup.com<br><br>VIA EMAIL | North Carolina Office of the Attorney General<br><br>114 W Edenton St<br><br>Raleigh, NC 27603<br><br>VIA FCM |
| North Dakota Office of the Attorney General<br><br>State Capitol 600 E Boulevard Ave<br><br>Bismarck, ND 58505<br><br>ndag@nd.gov<br><br>VIA EMAIL | North Riverside Park Associates LLC<br><br>Attn: Lori Schwartz, Nathaniel Myers 1007 N Orange St<br><br>Wilmington, DE 19801<br><br>lschwartz@leechtishman.com;<br>nmeyers@leechtishman.com<br><br>VIA EMAIL |
| North Riverside Park Associates LLC<br><br>c/o Leech Tishman Robinson Brog, PLLC<br><br>Attn: Clement Yee 885 2nd Ave<br><br>New York, NY 10017-2251<br><br>cyee@leechtishman.com<br><br>VIA EMAIL | NorthPark Partners, LP<br><br>c/o Duane Morris LLP<br><br>Attn: James H. Billingsley 100 Crescent Court<br><br>Dallas, TX 75201<br><br>jbillingsley@duanemorris.com<br><br>VIA EMAIL |

| | |
|---|---|
| NorthPark Partners, LP<br><br>c/o Duane Morris LLP<br><br>Attn: Christopher M. Winter 1201 N. Market Street<br><br>Wilmington, DE 19801<br><br>cmwinter@duanemorris.com<br><br>VIA EMAIL | Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco<br><br>Attn: John Kendrick Turner 3500 Maple Ave # 800<br><br>Dallas, TX 75219-3906<br><br>dallas.bankruptcy@lgbs.com<br><br>VIA EMAIL |
| Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco<br><br>Attn: John Kendrick Turner 3500 Maple Ave Ste 800<br><br>Dallas, TX 75219-3906<br><br>john.turner@lgbs.com<br><br>VIA EMAIL | NPP Development LLC<br><br>c/o Hinckley, Allen & Snyder LLP<br><br>Attn: Jennifer V. Doran 28 State Street<br><br>Boston, MA 02109<br><br>jdoran@hinckleyallen.com<br><br>VIA EMAIL |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County<br><br>c/o Linebarger Goggan Blair & Sampson, LLP<br><br>Attn: Diane W. Sanders PO Box 17428<br><br>Austin, TX 78760-7428<br><br>austin.bankruptcy@lgbs.com<br><br>VIA EMAIL | Office of the United States Attorney for the District of Delaware<br><br>1313 N Market Street<br><br>Wilmington, DE 19801<br><br>usade.ecfbankruptcy@usdoj.gov<br><br>VIA EMAIL |
| Office of the United States Trustee for the District of Delaware<br><br>844 N King St #2207 Lockbox 35<br><br>Wilmington, DE 19801<br><br>john.schanne@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov<br><br>VIA EMAIL | Official Committee of Unsecured Creditors<br><br>c/o Saul Ewing LLP<br><br>Attn: Turner N. Falk Centre Square West<br><br>Philadelphia, PA 19102-2186<br><br>turner.falk@saul.com<br><br>VIA EMAIL |

| | |
|---|---|
| Official Committee of Unsecured Creditors<br><br>Attn: Lucian B. Murley & Nicholas Smargiassi 1201 N Market St, Suite 2300<br><br>Wilmington, DE 19899<br><br>luke.murley@saul.com; nicholas.smargiassi@saul.com<br><br>VIA EMAIL | Official Committee of Unsecured Creditors<br><br>1177 Avenue of the Americas<br><br>New York, NY 10036<br><br>arogoff@kramerlevin.com;<br>rschmidt@kramerlevin.com;<br>nallard@kramerlevin.com<br><br>VIA EMAIL |
| Ohio Department of Job and Family Services<br><br>30 E Broad St<br><br>Columbus, OH 43215<br><br>VIA FCM | Ohio Department of Taxation<br><br>4485 Northland Ridge Blvd<br><br>Columbus, OH 43229<br><br>VIA FCM |
| Ohio Office of the Attorney General<br><br>State Office Tower 30 E Broad St<br><br>Columbus, OH 43215<br><br>VIA FCM | OKC Outlets I, LLC, SRE<br><br>c/o Thompson Hine LLP<br><br>Attn: Louis F. Solimine 312 Walnut Street, Suite 2000<br><br>Cincinnati, OH 45202-4029<br><br>louis.solimine@thompsonhine.com<br><br>VIA EMAIL |
| Oklahoma Office of the Attorney General<br><br>313 NE 21St St<br><br>Oklahoma City, OK 73105<br><br>consumerprotection@oag.ok.gov<br><br>VIA EMAIL | Oracle America, Inc. ("Oracle")<br><br>Attn: Shawn M. Christianson 425 Market Street, Suite 2900<br><br>San Francisco, CA 94105-3493<br><br>schristianson@buchalter.com;<br>hpohyar@buchalter.com<br><br>VIA EMAIL |

| | |
|---|---|
| Oregon Office of the Attorney General<br>Consumer Protection<br>1162 Court St NE<br>Salem, OR 97301-4096<br>help@oregonconsumer.gov<br>VIA EMAIL | Pacific Buying and Marketing Service Ltd<br>Attn: Carol Hong<br>PBMS Building 538 Bongcheon-ro<br>Seoul,  08789<br>carolhong@pbms.biz<br>VIA EMAIL |
| Pandera Systems, LLC<br>Attn: Steve Jones<br>189 S Orange Ave Ste 1250<br>Orlando, FL 32801<br>steve.jones@66degrees.com<br>VIA EMAIL | Pennsylvania Office of the Attorney General<br>Strawberry Square 16th Floor<br>Harrisburg, PA 17120<br>VIA FCM |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E.<br>Attn: Joaquin J. Alemany 701 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>joaquin.alemany@hklaw.com<br>VIA EMAIL | PREIT Services, LLC<br>c/o Kurtzman | Steady, LLC<br>Attn: Jeffrey Kurtzman 101 N Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>VIA EMAIL |
| PREP Hillside Real Estate LLC<br>Attn: Kevin M. Capuzzi, Daniel N. Brogan 1313 N Market Street, Suite 1201<br>Wilmington, DE 19801<br>kcapuzzi@beneschlaw.com; dbrogan@beneschlaw.com<br>VIA EMAIL | Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. Kenworthy 6801 Kenilworth Ave<br>Riverdale, MD 20737-1385<br>bdept@mrrlaw.net<br>VIA EMAIL |

| | |
|---|---|
| Queens Center SPE, LLC<br>Attn: Doug Healey<br>PO Box 849433<br>Los Angeles, CA 90084-9433<br>Doug.Healey@macerich.com<br>VIA EMAIL | Queens Center SPE, LLC<br>90-15 Queens Boulevard<br>Elmhurst, NY 11373<br>steve.declara@macerich.com<br>VIA EMAIL |
| Radial Commerce Inc.<br>c/o Morgan Lewis & Bockius LLP<br>Attn: Stephan E. Hornung 101 Park Avenue<br>New York, NY 10178<br>stephan.hornung@morganlewis.com<br>VIA EMAIL | Radial Commerce Inc.<br>c/o Morgan Lewis Bockius LLP<br>Attn: John C. Goodchild, III 2222 Market Street<br>Philadelphia, PA 19103<br>john.goodchild@morganlewis.com<br>VIA EMAIL |
| Radial Commerce Inc.<br>c/o Morgan, Lewis & Bockius LLP<br>Attn: Jody C. Barillare 1201 N Market Street, Suite 2201<br>Wilmington, DE 19801<br>jody.barillare@morganlewis.com<br>VIA EMAIL | Radial Inc<br>Attn: Kat Gibson, Emily Jones<br>PO Box 204113<br>Dallas, TX 75320-4114<br>gibsonk@radial.com; ejones@radial.com<br>VIA EMAIL |
| Radial, Inc.<br>Attn: Emily Busch Jones<br>935 First Avenue<br>King of Prussia, PA 19406<br>ejones@radial.com<br>VIA EMAIL | RED Development, LLC<br>c/o Singer & Levick, P.C.<br>Attn: Michelle E. Shriro 16200 Addison Road, Suite 140<br>Addison, TX 75001<br>mshriro@singerlevick.com<br>VIA EMAIL |

| | |
|---|---|
| ReStore Capital, LLC<br>Attn: Legal Department<br>5 Revere Drive Suite 206<br>Northbrook, IL 60062<br>VIA FCM | ReStore Capital, LLC<br>c/o Ropes & Gray LLP<br>Attn: Gregg M. Galardi 1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Gregg.Galardi@ropesgray.com<br>VIA EMAIL |
| ReStore Capital, LLC<br>c/o Chipman, Brown, Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers 1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com<br>VIA EMAIL | ReStore, First Eagle, and Gordon Brothers<br>c/o Ropes & Gray LLP<br>Attn: Gregg M. Galardi 1211 Avenue of the Americas<br>New York, NY 10036<br>VIA FCM |
| ReStore, First Eagle, and Gordon Brothers<br>c/o Ropes & Gray LLP<br>Attn: Stephen L. Iacovo 191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606-4302<br>stephen.iacovo@ropesgray.com<br>VIA EMAIL | Rhode Island Office of the Attorney General<br>Consumer Protection<br>150 S Main St<br>Providence, RI 02903<br>VIA FCM |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V.<br>500 N Mesa St Ste 300<br>El Paso, TX 79901-1224<br>VIA FCM | Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V.<br>Attn: Alyson C. Tanenbaum 495 East Mound Street<br>Columbus, OH 43215<br>atanenbaum@dplawyers.com<br>VIA EMAIL |

| | |
|---|---|
| Roth Bros., Inc. d/b/a Sodexo<br>c/o Brown McGarry Nimeroff LLC<br>Attn: Jami B. Nimeroff 919 N Market Street, Suite 420<br>Wilmington, DE 19801<br>jnimeroff@bmnlawyers.com<br>VIA EMAIL | RR Donnelley<br>Attn: Todd Fallon<br>7810 Solution Center<br>Chicago, IL 60677-7008<br>Todd.fallon@rrd.com<br>VIA EMAIL |
| Salesforce Inc<br>415 Mission Street, 3rd Floor Salesforce Tower<br>San Francisco, CA 94105<br>VIA FCM | Salesforce Inc<br>Attn: Kevin Ramirez<br>PO Box 203141<br>Dallas, TX 75320-3141<br>kramirez@salesforce.com<br>VIA EMAIL |
| Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549<br>VIA FCM | Securities and Exchange Commission<br>Attn:  Regional Director<br>New York Regional Office 200 Vesey Street, Suite 400 Brookfield Place<br>New York, NY 10281-1022<br>VIA FCM |
| Silver Crest Clothing Pvt Ltd - Unit III<br>Attn: Gautam Golchha<br>Plot No. 4E1 & E2 Kiadb Industrial Area<br>Attibele, KA 562107<br>gautam@silvercrest.in<br>VIA EMAIL | Silver Spark Apparel Limited<br>Attn: Jennifer R. Hoover & Juan E. Martinez 1313 North Market Street<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com; jmartinez@beneschlaw.com<br>VIA EMAIL |

| | |
|---|---|
| Silver Spark Apparel Limited<br>c/o Kane Russell Coleman Logan PC<br>Attn: John J. Kane and JaKayla J. DaBera 901 Main Street<br>Dallas, TX 75202<br>jkane@krcl.com; jdabera@krcl.com<br>VIA EMAIL | Simon Capital GP<br>Attn: Jon Murphy<br>867925 Reliable Pkwy<br>Chicago, IL 60686-0079<br>jonmurphy@simon.com<br>VIA EMAIL |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis, IN 46204<br>rtucker@simon.com<br>VIA EMAIL | South Carolina Office of the Attorney General<br>Rembert C. Dennis Bldg 1000 Assembly St<br>Columbia, SC 29201<br>VIA FCM |
| South Dakota Office of the Attorney General<br>1302 E Hwy 14 Suite 1<br>Pierre, SD 57501<br>VIA FCM | State of Delaware<br>Department of Justice<br>Carvel State Office Building 820 N French Street<br>Wilmington, DE 19801<br>attorney.general@state.de.us<br>VIA EMAIL |
| Tanger Management, LLC<br>Attn: Curtis S. Miller 1201 N Market Street, 16th Floor<br>Wilmington, DE 19801<br>cmiller@morrisnichols.com; donna.compton@tanger.com<br>VIA EMAIL | Tanger Properties Limited Partnership<br>c/o Tanger Management LLC<br>Attn: Jennifer P. Himes 3200 Northline Avenue<br>Greensboro, NC 27408<br>jennifer.himes@tanger.com;<br>donna.compton@tanger.com<br>VIA EMAIL |

| | |
|---|---|
| Tanger Properties Limited Partnership<br>Attn: Justin Stein<br>PO Box 414225<br>Boston, MA 02241-4225<br>js@tanger.com<br>VIA EMAIL | Tarrant County; Dallas County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner 3500 Maple Ave # 800<br>Dallas, TX 75219-3906<br>dallas.bankruptcy@lgbs.com<br>VIA EMAIL |
| Tennessee Attorney General's Office<br>c/o TN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L. McCloud PO Box 20207<br>Nashville, TN 37202-0207<br>AGBankDelaware@ag.tn.gov<br>VIA EMAIL | Tennessee Office of the Attorney General<br>301 6th Ave N<br>Nashville, TN 37243<br>VIA FCM |
| Texas Office of the Attorney General<br>Attn: Consumer Protection Division<br>300 W 15th St<br>Austin, TX 78701<br>VIA FCM | The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas<br>c/o McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons PO Box 1269<br>Round Rock, TX 78680-1269<br>jparsons@mvbalaw.com<br>VIA EMAIL |
| The County of Brazos, Texas;<br>c/o McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons 700 Jeffrey Way, Suite 100<br>Round Rock, TX 78665<br>jparsons@mvbalaw.com<br>VIA EMAIL | The Shops at NorthCreek LLC<br>c/o Bradford Dempsey Law LLC<br>Attn: Bradford E. Dempsey 14143 Denver West Parkway, Suite 100<br>Golden, CO 80401<br>brad@dempseycounsel.com<br>VIA EMAIL |

| | |
|---|---|
| Tote Fashion Sourcing Limited<br>Attn: Keven Lin<br>5F-7, No. 1, Fu Hsing North Road<br>Taipei,  ROC105<br>keven@totefashion.com.tw<br>VIA EMAIL | Tracy L. Klestadt, Plan Administrator<br>c/o Kramer Levin Naftalis & Frankel LLP<br>Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard 1177 Avenue of the Americas<br>New York, NY 10036<br>arogoff@kramerlevin.com;<br>rschmidt@kramerlevin.com;<br>nallard@kramerlevin.com<br>VIA EMAIL |
| Tracy L. Klestadt, Plan Administrator<br>c/o Klestadt Winters Jureller Southard & Stevens LLP<br>Attn: Brendan M. Scott 200 West 41st Street<br>New York, NY 10036-7203<br>bscott@klestadt.com<br>VIA EMAIL | Tracy L. Klestadt, Plan Administrator<br>c/o Saul Ewing LLP<br>Attn: Lucian B. Murley 1201 North Market Street, Suite 2300<br>Wilmington, DE 19899<br>luke.murley@saul.com<br>VIA EMAIL |
| Travis County<br>c/o Travis County Attorney's Office<br>Attn: Jason A. Starks PO Box 1748<br>Austin, TX 78767<br>jenny.mccoy@traviscountytx.gov;<br>jason.starks@traviscountytx.gov<br>VIA EMAIL | Urban Crown Limited<br>Attn: Kevin Moylan<br>1101 West Tower, Exchange Rd Ortigas Ctr<br>Pasig City,  1605<br>kevin@crownsmart.com<br>VIA EMAIL |
| Utah Office of the Attorney General<br>Utah State Capitol Complex 350 N State St<br>Salt Lake City, UT 84114<br>uag@utah.gov<br>VIA EMAIL | Vermont Office of the Attorney General<br>109 State St<br>Montpelier, VT 05609<br>ago.info@vermont.gov<br>VIA EMAIL |

| | |
|---|---|
| Virginia Office of the Attorney General<br><br>202 N Ninth St<br><br>Richmond, VA 23219<br><br>VIA FCM | Washington Office of the Attorney General<br><br>1125 Washington St SE<br><br>Olympia, WA 98501<br><br>VIA FCM |
| Wells Fargo Bank, N.A.<br><br>One Boston Place 18th Floor<br><br>Boston, MA 02108<br><br>VIA FCM | Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association<br><br>c/o Goldberg Kohn Ltd.<br><br>Attn: Randall Klein, Dimitri G. Karczes, Keith G. Radner, and Eva D. Gadzheva 55 E Monroe Street, Suite 3300<br><br>Chicago, IL 60603<br><br>VIA FCM |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association<br><br>c/o Richard Layton & Finger<br><br>Attn:  John H. Knight, Alexander R. Steiger, and Paul N. Heath 920 N King Street<br><br>Wilmington, DE 19801<br><br>VIA RCM | Wells Fargo Bank, National Association<br><br>Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva 55 East Monroe Street<br><br>Chicago, IL 60603-5792<br><br>randall.klein@goldbergkohn.com; dimitri.karcazes@goldbergkohn.com; keith.radner@goldbergkohn.com; eva.gadzheva@goldbergkohn.com<br><br>VIA EMAIL |
| Wells Fargo Bank, National Association<br><br>Attn: Emily Abrahamson<br><br>125 High Street 11th Floor<br><br>Boston, MA 02110<br><br>emily.abrahamson@wellsfargo.com<br><br>VIA EMAIL | Wells Fargo Retail Finance, LLC, as Collateral Agent<br><br>One Boston Place 18th Floor<br><br>Boston, MA 02108<br><br>VIA FCM |

| | |
|---|---|
| West Virginia Office of the Attorney General<br><br>Consumer Protection & Anti-Trust Division<br><br>1900 Kanawha Blvd E State Capitol Complex<br><br>Charleston, WV 25305<br><br>consumer@wvago.gov<br><br>VIA EMAIL | WHP Global<br><br>c/o Morris, Nicholas, Arsht & Tunnell LLP<br><br>Attn: Derek C. Abbott 1201 N Market Street, 16th Floor<br><br>Wilmington, DE 19801<br><br>dabbott@morrisnichols.com<br><br>VIA EMAIL |
| WHP Global<br><br>c/o Wachtell, Lipton, Rosen & Katz<br><br>Attn: Joshua A. Feltman, Benjamin S. Arfa 51 West 52nd Street<br><br>New York, NY 10019<br><br>jafeltman@wlrk.com; bsarfa@wlrk.com<br><br>VIA EMAIL | Wisconsin Office of the Attorney General<br><br>114 E State Capitol<br><br>Madison, WI 53702<br><br>VIA FCM |
| WPG Legacy, LLC<br><br>c/o Frost Brown Todd LLP<br><br>Attn: Ronald E. Gold, Erin P. Severini 3300 Great American Tower, 301 East Fourth Street<br><br>Cincinnati, OH 45202<br><br>rgold@fbtlaw.com; eseverini@fbtlaw.com<br><br>VIA EMAIL | Wyoming Office of the Attorney General<br><br>Kendrick Building 2320 Capitol Ave<br><br>Cheyenne, WY 82002<br><br>VIA FCM |