## ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT OF CRESCENT BAHUMAN LTD. (PAKISTAN) LIMITED

RECEIVED
2025 JAN 31 PM 1: 22

Crescent Bahuman Ltd. ("Crescent Bahuman" or "Claimant"), a creditor in the Chapter 11 case (the "Chapter 11 Case") of Project Pine OldCo, LLC (f/k/a Express, LLC) ("Debtor"), hereby submits this Administrative Claim and Request for Payment to and against the Debtor pursuant to 11 U.S.C. §§ 503.

### Background

Crescent Bahuman Ltd. is an apparel manufacturer that, prior to April 22, 2024 (the "Petition Date"), supplied apparel to the Debtor. I hereby submit this request for payment of its administrative claim against Project Pine OldCo, LLC. The Claimant delivered goods valued at **$207,410.33** within the **20-day period preceding** the Debtor's Chapter 11 filing. Accordingly, this amount qualifies as an **administrative expense claim** pursuant to **11 U.S.C. § 503(b)(9)** of the United States Bankruptcy Code (Proof of claim attached hereto as Exhibit A).

### Amount of Section 503(b)(9) Claim Entitled to administrative priority

As of the Petition Date, the Debtor was indebted to Crescent Bahuman Ltd. in the amount of $207,410.33 for goods received by the Debtor within the twenty (20) days preceding the Petition Date (the "503(b)(9) Claim"). See Schedule "1". Pursuant to the Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof, the Claimant timely filed a proof of claim asserting its 503(b)(9) Claim.

### Total Administrative Claim:

$207,410.33

### Payments received and remaining Administrative Claim amount:

The following reflects the payments received as of today, with the remaining balance still outstanding.

| Claim | Amount |
|---|---|
| Total Claim | $207,410.33 |
| Payment Received | $34,934.50 |
| Net 503(b)(9) Claim | $172,475.83 |

**Conclusion:**

The Creditor (Claimant) hereby formally requests payment of the administrative claim, as the claim is based on accurate and verifiable data, duly supported by factual evidence.



*(This space is intentionally left Blank)*

# Exhibit A

| Fill in this information to identify the case: | Data Filed: 08/15/2024<br>Claim No: 1575 |
|---|---|

Debtor    Express, LLC

United States Bankruptcy Court for the District of    District of Delaware

Case number    24-10835

## Official Form 410

## Proof of Claim                                                                 04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| 1. | Who is the current creditor? | Crescent Bahuman Limited |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ☐ No |
|---|---|---|
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | | See Additional/Expanded Creditor Address(es) page:<br><br>Crescent Bahuman Limited<br>CFO<br>45 A, OFF ZAFAR ALI ROAD GULB...<br>LAHORE, PUNJAB<br>PAKISTAN<br>P: +923000407788<br>E: yousafa@ecbl.pk | |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one): |

| 4. | Does this claim amend one already filed? | ☐ No |  |  |
|---|---|---|---|---|
| | | ☑ Yes. Claim number on court claims registry (if known)    116 | Filed on | 05/07/2024<br>MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? |

Official Form 410                                                                  Page 1

1269308152435214688 00001

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

7. How much is a claim?   3,472,260.67   Does this amount include interest or other charges?

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

9. Is all or part of the claim secured?

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property

☐ Real estate.    If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle.

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: _____

Amount of the claim that is secured: _____

Amount of the claim that is unsecured: _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: _____

Annual Interest Rate (when case was filed)    _____ %

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. Is this claim subject to a right of setoff?

☐ No

☐ Yes. Identify the property: _____

Official Form 410                    Proof Of Claim                    Page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|---|
| | | ☐ Yes. Check one: | Amount entitled to priority |
| | A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies. | _____ |
| | | *Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. | Is all or part of the claim pursuant to 11 U.S.C § 503(b)(9)? | ☐ No | |
| | | ☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | |
| | | $ 207,410.33 | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time    08/15/2024 at 04:51 am PT
                           MM / DD / YYYY HH : MM

/s/Yousaf Arshad Munir
Signature

Print the name of the person who is completing and signing this claim

| Name | Yousaf | Arshad | Munir |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Title    CFO

Company    Crescent Bahuman Limited
           Identify the corporate servicer as the company if the authorized agent is a servicer

Address    45 A, Off
           Zafar Ali
           Road
           Gulberg 5

| | Number | Street | |
|---|---|---|---|
| | Lahore | PU | 54660 |
| | City | State | ZIP Code |

Contact phone    923000407788

Email    yousafa@ecbl.pk

**Additional/Expanded Creditor Address(es):**

**Primary Address (Expanded)**
Crescent Bahuman Limited
CFO
45 A, OFF ZAFAR ALI ROAD GULBERG 5
LAHORE, PUNJAB
PAKISTAN
Phone: +923000407788
yousafa@ecbl.pk

Stretto Corporate Restructuring
855.812.6112 inquiries@stretto.com
cases.stretto.com
Proof Of Claim                                                    Page 4

Administrative claim under usc 503 9(b)

| Invoice # | Value $ | BL Dt | ETA @POD | BL # |
|---|---|---|---|---|
| CBL/31908/EXP | 207,410.33 | 1-Mar-24 | 12-Apr-24 | AKI0501097 |

| Manufacturer Name & Address: Crescent Bahuman Limited | 45 A, Off Zafar Ali Road, Gulberg V, Lahore Pakistan | | DA |
|---|---|---|---|
| Commercial Invoice | Ph: 92-42-111 245 245 Fax: 92-42-111 222 245 | | 24012140 |

| Invoice # | CBL/31908/EXP-1 | Dated | 01-MAR-24 | CBL Order # | EXP13287A | | |
|---|---|---|---|---|---|---|---|
| Form E # | KPPE-EF-183840 | Dated | 23-FEB-24 | FCR# | QXS814850 | FCR Date | 01-MAR-24 |
| | | | | HB/L # | AKI0501097 | Dated | 01-MAR-24 |
| MB/L # | | Dated | | Vessel | APL QINGDAO | VOY | 0INGBW1MA |
| | | | | Container # | CAIU4098031 | Seal # | H8779201 |
| | | | | Destination | COLUMBUS, OH, USA | | |
| Shipped in good order and condition as per S.S. | | | | | | Dest. Port | |
| | | | | Export Reg.# | W 168993 Dt 07/03/94 | | |
| | | | | NTN # | 30 06 0710138-4 | | |
| Mode | Sea | Loading Port | Karachi | NTEX # | 042091211113810 | | |

| BILL TO | SHIP TO | Notify Party |
|---|---|---|
| EXPRESS<br>Express, LLC<br>"ATTN: Accounts Payable<br>One Express Drive Columbus, OH 43230"<br>One Express Drive Columbus, OH 43230 | DCI<br>EXPRESS WORLD<br>HEADQUARTER<br>ONE LIMITED PARKWAY<br>COLUMBUS,<br>OH , USA 43230 | RETAIL BROKERAGE SOLUTIONS<br>FOREIGN TRADE ZONE DEPT.,<br>4 LIMITED PARKWAY, COLUMBUS,<br>HO 43230 |

| Customer | | Style | Prod Desc | G.Wt. | N.Wt. | ISD # | Cartons | Season | Unit Price | Qty | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO No | PO Qty | | | | | | | | USD | | USD |
| 702703 | 1,998 | 29300417 DENIM MINI | Skirts Women, n/a | 853 | 770 | | 64 | CL-04 | 10.2 | 1,984 | 20236.80 |

**SHIPPING MARK:**

**HTS CODE:   6104.5200**

| Ttl Ship | | | | 64 | 10.2 | 20236.80 |
|---|---|---|---|---|---|---|
| USD | TWENTY THOUSAND TWO HUNDRED THIRTY-SIX AND CENTS EIGHTY ONLY | | | | | |

CRESCENT BAHUMAN LTD.

**75 Days**

| Payment To: | The Bank of Punjab Main Branch, Egerton Road, Lahore, |
|---|---|
| | ABA: PK34BPUN6010003178800015 |
| | A/C No: 6010003178800015 |
| | Swift Code BPUNPKKA002 |
| | A/C Name: Crescent Bahuman Ltd., Lahore, Pakistan |

| FOB | |
|---|---|
| Certified that the goods are of Pakistan origin | For Crescent Bahuman Ltd Formerly Crescent Greenwood Ltd |

| Manufacturer Name & Address: Crescent Bahuman Limited | | | 45 A, Off Zafar Ali Road, Gulberg V, Lahore Pakistan | | | DA | |
|---|---|---|---|---|---|---|---|
| Commercial Invoice | | | Ph: 92-42-111 245 245 Fax: 92-42-111 222 245 | | | 24012140 | |
| Invoice # | CBL/31908/EXP-2 | Dated 01-MAR-24 | CBL Order # | EXP13243 | | | |
| Form E # | KPPE-EF-183840 | Dated 23-FEB-24 | FCR# | QXS814850 | | FCR Date | 01-MAR-24 |
| | | | HB/L # | AKI0501097 | | Dated | 01-MAR-24 |
| MB/L # | | Dated | Vessel | APL QINGDAO | | VOY | 0INGBW1MA |
| | | | Container # | CAIU4098031 | | Seal # | H8779201 |
| | | | Destination | COLUMBUS, OH, USA | | | |
| Shipped in good order and condition as per S.S. | | | | | | Dest. Port | |
| | | | Export Reg.# | W 168993 Dt 07/03/94 | | | |
| | | | NTN # | 30 06 0710138-4 | | | |
| Mode | Sea | Loading Port  Karachi | MNTEX # | 042091211113810 | | | |
| BILL TO | | SHIP TO | | Notify Party | | | |

EXPRESS
Express, LLC
"ATTN: Accounts Payable
One Express Drive Columbus, OH 43230"
One Express Drive Columbus, OH 43230

DCI
EXPRESS WORLD
HEADQUARTER
ONE LIMITED PARKWAY
COLUMBUS,
OH , USA 43230

RETAIL BROKERAGE SOLUTIONS
FOREIGN TRADE ZONE DEPT.,
4 LIMITED PARKWAY, COLUMBUS,
HO 43230

| Customer | | Style | Prod Desc | G.WI. | N.WI. | ISD # | Cartons | Season | Unit Price | Qty | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO No | PO Qty | | | | | | | | USD | | USD |
| 696051 | 2,000 | 29100862 HR SK  GEO | Jeans Women, 95% Cotton 4% Polyester 1% Bastane | 1144 | 1037 | | 82 | EFO Q3 2023 | 11.5 | 2,071 | 23816.50 |

**SHIPPING MARK:**

HTS CODE:    6204.6290

| Til Ship | | | | | | | | 82 | 11.5 | | 23816.50 |

TWENTY-THREE THOUSAND EIGHT HUNDRED SIXTEEN AND CENTS FIFTY ONLY

CRESCENT BAHUMAN LTD.

75 Days

| Payment To: | The Bank of Punjab Main Branch, Egerton Road, Lahore, |
|---|---|
| | ABA: PK34BPUN6010003178800015 |
| | A/C No: 6010003178800015 |
| | Swift Code BPUNPKKA002 |
| | A/C Name:   Crescent Bahuman Ltd., Lahore, Pakistan |

FOB

Certified that the goods are of Pakistan origin      |  For Crescent Bahuman Ltd Formerly Crescent Greenwood Ltd

| Manufacturer Name & Address: Crescent Bahuman Limited | | 45 A, Off Zafar Ali Road, Gulberg V, Lahore Pakistan | | DA |
|---|---|---|---|---|
| Commercial Invoice | | Ph: 92-42-111 245 245 Fax: 92-42-111 222 245 | | 24012140 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice # | CBL/31908/EXP-3 | Dated | 01-MAR-24 | CBL Order # | EXP13288 | |
| Form E # | KPPS-EF-183840 | Dated | 23-FEB-24 | FCR# | QXS814850 | FCR Date | 01-MAR-24 |
| | | | | HB/L # | AKI0501097 | Dated | 01-MAR-24 |

| MB/L # | | Dated | | Vessel | APL QINGDAO | VOY | 0INGBW1MA |
|---|---|---|---|---|---|---|---|
| | | | | Container # | CAIU4098031 | Seal # | H8779201 |
| | | | | Destination | COLUMBUS, OH, USA | | |
| | | | | | | Dest. Port | |

Shipped in good order and condition as per S.S.

| | | | | Export Reg.# | W 168993 Dt 07/03/94 |
|---|---|---|---|---|---|
| | | | | NTN # | 30 06 0710138-4 |
| Mode | Sea | Loading Port | Karachi | MNTEX # | 042091211113810 |

| BILL TO | SHIP TO | Notify Party |
|---|---|---|
| EXPRESS Express, LLC "ATTN: Accounts Payable One Express Drive Columbus, OH 43230" One Express Drive Columbus, OH 43230 | DCI EXPRESS WORLD HEADQUARTER ONE LIMITED PARKWAY COLUMBUS, OH , USA 43230 | RETAIL BROKERAGE SOLUTIONS FOREIGN TRADE ZONE DEPT., 4 LIMITED PARKWAY, COLUMBUS, HO 43230 |

| Customer | | Style | Prod Desc | G. Wt. | N. Wt. | ISD # | Cartons | Season | Unit Price USD | Qty | Total Price USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO No | PO Qty | | | | | | | | | | |
| 703025 | 3,000 | 22400476 Skinny - P | Jeans Men, 91% Cotton 7% T-400 2% Elastane | 1760 | 1591 | | 130 | CL-04 | 11.95 | 2,980 | 35611.00 |

SHIPPING MARK:

| HTS CODE: | 6203.4200 | | | | | | |
|---|---|---|---|---|---|---|---|
| Ttl Ship | | | | | 130 | 11.95 | 35611.00 |

THIRTY-FIVE THOUSAND SIX HUNDRED ELEVEN ONLY

CRESCENT BAHUMAN LTD.

| 75 Days | |
|---|---|
| Payment To: | The Bank of Punjab Main Branch, Egerton Road, Lahore, |
| | ABA: PK34BPUN6010003178800015 |
| | A/C No: 6010003178800015 |
| | Swift Code BPUNPKKA002 |
| | A/C Name:   Crescent Bahuman Ltd., Lahore, Pakistan |

| FOB | |
|---|---|
| Certified that the goods are of Pakistan origin | For Crescent Bahuman Ltd Formerly Crescent Greenwold |

| Manufacturer Name & Address: Crescent Bahuman Limited | | 45 A, Off Zafar Ali Road, Gulberg V, Lahore Pakistan | | | DA | |
|---|---|---|---|---|---|---|
| **Commercial Invoice** | | Ph: 92-42-111 245 245 Fax: 92-42-111 222 245 | | | **24012140** | |
| Invoice # | CBL/31908/EXP-4 | Dated | 01-MAR-24 | CBL Order # | EXP13290 | |
| Form E# | KPPE-EF-183840 | Dated | 23-FEB-24 | FCR# | QXS814850 | FCR Date | 01-MAR-24 |
| | | | | HB/L # | AKI0501097 | Dated | 01-MAR-24 |

| MB/L # | | Dated | | Vessel | APL QINGDAO | | VOY | 0INGBW1MA |
|---|---|---|---|---|---|---|---|---|
| | | | | Container # | CAIU4098031 | | Seal # | H8779201 |
| | | | | Destination | COLUMBUS, OH, USA | | | |
| **Shipped in good order and condition as per S.S.** | | | | | | Dest. Port | | |
| | | | | Export Reg.# | W 168993 Dt 07/03/94 | | | |
| | | | | NTN # | 30 05 0710138-4 | | | |
| Mode | Sea | Loading Port | Karachi | MNTEX # | 042091211113810 | | | |

| BILL TO | SHIP TO | Notify Party |
|---|---|---|
| EXPRESS<br>Express, LLC<br>"ATTN: Accounts Payable<br>One Express Drive Columbus, OH 43230"<br>One Express Drive Columbus, OH 43230 | DCI<br>EXPRESS WORLD<br>HEADQUARTER<br>ONE LIMITED PARKWAY<br>COLUMBUS,<br>OH, USA 43230 | RETAIL BROKERAGE SOLUTIONS<br>FOREIGN TRADE ZONE DEPT.,<br>4 LIMITED PARKWAY, COLUMBUS,<br>HO 43230 |

| Customer | | Style | Prod Desc | G.Wt. | N.Wt. | ISD # | Cartons | Season | Unit Price USD | Qty | Total Price USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO No | PO Qty | | | | | | | | | | |
| 703024 | 3,000 | 22400451 Skinny - B | Jeans Men, 79% Cotton 19% Polyester 2% Elastane | 1750 | 1581 | | 130 | CL-04 | 11.48 | 3,026 | 34738.48 |

**SHIPPING MARK:**

HTS CODE:   6203.4200

| Til Ship | | | | | 130 | 11.48 | | 34738.48 |
|---|---|---|---|---|---|---|---|---|

**THIRTY-FOUR THOUSAND SEVEN HUNDRED THIRTY-EIGHT AND CENTS FORTY-EIGHT ONLY**

**CRESCENT BAHUMAN LTD.**

| 75 Days | | |
|---|---|---|
| Payment To: | The Bank of Punjab Main Branch, Egerton Road, Lahore, | |
| | ABA: PK34BPUN601000317880015 | |
| | A/C No: 601000317880015 | |
| | Swift Code: BPUNFKKA002 | |
| | A/C Name: Crescent Bahuman Ltd., Lahore, Pakistan | |
| FOB | | |
| Certified that the goods are of Pakistan origin | For Crescent Bahuman Ltd Formerly Crescent Greenwood Ltd | |

| Manufacturer Name & Address: Crescent Bahuman Limited | | 45 A, Off Zafar Ali Road, Gulberg V, Lahore Pakistan | | | DA |
|---|---|---|---|---|---|
| Commercial Invoice | | Ph: 92-42-111 245 245 Fax: 92-42-111 222 245 | | | 24012140 |
| Invoice # | CBL/31908/EXP-5 | Dated | 01-MAR-24 | CBL Order # | EXP13294 | |
| Form E # | KPPE-EF-183640 | Dated | 23-FEB-24 | FCR# | QXS814850 | FCR Date | 01-MAR-24 |
| | | | | HB/L # | AKI0501097 | Dated | 01-MAR-24 |
| MB/L # | | Dated | | Vessel | APL QINGDAO | VOY | 0INGBW1MA |
| | | | | Container # | CAIU4098031 | Seal # | H8779201 |
| | | | | Destination | COLUMBUS, OH, USA | | |
| Shipped in good order and condition as per S.S. | | | | | | Dest. Port | |
| | | | | Export Reg.# | W 168993 Dt 07/03/94 | | |
| | | | | NTN # | 30 06 0710138-4 | | |
| Mode | Sea | Loading Port | Karachi | MNTEX# | 042091211113810 | | |

**BILL TO**
EXPRESS
Express, LLC
"ATTN: Accounts Payable
One Express Drive Columbus, OH 43230"
One Express Drive Columbus, OH 43230

**SHIP TO**
DCI
EXPRESS WORLD
HEADQUARTER
ONE LIMITED PARKWAY
COLUMBUS,
OH , USA 43230

**Notify Party**
RETAIL BROKERAGE SOLUTIONS
FOREIGN TRADE ZONE DEPT.,
4 LIMITED PARKWAY, COLUMBUS,
HO 43230

| Customer | | Style | Prod Desc | G.W. | N.W. | ISD # | Cartons | Season | Unit Price USD | Qty | Total Price USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO No | PO Qty | | | | | | | | | | |
| 703193 | 4,000 | P 22400497 SLIM- FLA | Jeans Men, 95% Cotton 4% Polyester 1% Elastane | 2730 | 2486 | | 188 | AW23 | 12.35 | 4,029 | 49758.15 |

**SHIPPING MARK:**

**HTS CODE:   6203.4200**

| Ttl Ship | | | | | 188 | | 12.35 | | 49758.15 |

**FORTY-NINE THOUSAND SEVEN HUNDRED FIFTY-EIGHT AND CENTS FIFTEEN ONLY**

CRESCENT BAHUMAN LTD.

75 Days

| Payment To: | The Bank of Punjab Main Branch, Egerton Road, Lahore, |
|---|---|
| | ABA: PK34BPUN6010003178800015 |
| | A/C No: 6010003178800015 |
| | Swift Code BPUNPKKA002 |
| | A/C Name:   Crescent Bahuman Ltd., Lahore, Pakistan |

FOB

Certified that the goods are of Pakistan origin | For Crescent Bahuman Ltd Formerly Crescent Greenwood Ltd

| Manufacturer Name & Address: Crescent Bahuman Limited | | | 45 A, Off Zafar All Road, Gulberg V, Lahore Pakistan | | | DA | |
|---|---|---|---|---|---|---|---|
| **Commercial Invoice** | | | Ph: 92-42-11 245 245 Fax: 92-42-111 222 245 | | | 24012140 | |
| Invoice # | CBL/31908/EXP-6 | Dated | 01-MAR-24 | CBL Order # | EXP13295 | | |
| Form E # | KPPE-EF-183840 | Dated | 23-FEB-24 | FCR# | QXS814850 | FCR Date | 01-MAR-24 |
| | | | | HB/L # | AKI0501097 | Dated | 01-MAR-24 |
| MB/L # | | Dated | | Vessel | APL QINGDAO | VOY | 0INGBW1MA |
| | | | | Container # | CAIU4096031 | Seal # | H8779201 |
| | | | | Destination | COLUMBUS, OH, USA | | |
| Shipped in good order and condition as per S.S. | | | | | | Dest. Port | |
| | | | | Export Reg.# | W 168993 Dt 07/03/94 | | |
| | | | | NTN # | 30 06 0710138-4 | | |
| Mode | Sea | Loading Port | Karachi | MNTEX # | 042091211113810 | | |

| BILL TO | SHIP TO | Notify Party |
|---|---|---|
| EXPRESS<br>Express, LLC<br>"ATTN: Accounts Payable<br>One Express Drive Columbus, OH 43230"<br>One Express Drive Columbus, OH 43230 | DCI<br>EXPRESS WORLD<br>HEADQUARTER<br>ONE LIMITED PARKWAY<br>COLUMBUS,<br>OH , USA 43230 | RETAIL BROKERAGE SOLUTIONS<br>FOREIGN TRADE ZONE DEPT.,<br>4 LIMITED PARKWAY, COLUMBUS,<br>HO 43230 |

| Customer | | | | G.Wt. | N.Wt. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO No | PO Qty | Style | Prod Desc | | | ISD # | Cartons | Season | Unit Price USD | Qty | Total Price USD |
| 703026 | 4,000 | 22400496 SKINNY - B | Jeans Men, 79% Cotton 19% Polyester 2% Elastane | 2340 | 2115 | | 173 | CL-04 | 10.7 | 4,042 | 43249.40 |

SHIPPING MARK:

HTS CODE:   6203.4200

| Til Ship | | | | | | | | 173 | | 10.7 | | 43249.40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shipping Mark | | | CBL | | | | | | | Karachi, PAKISTAN | | |

**Total Remittance Due**

**FORTY-THREE THOUSAND TWO HUNDRED FORTY-NINE AND CENTS FORTY ONLY**

**CRESCENT BAHUMAN LTD.**

| 75 Days | |
|---|---|
| Payment To: | The Bank of Punjab Main Branch, Egerton Road, Lahore, |
| | ABA: PK34BPUNS010003178800015 |
| | A/C No: 6010003178800015 |
| | Swift Code:BPUNPKKA002 |
| | A/C Name:   Crescent Bahuman Ltd., Lahore, Pakistan |

FOB

Certified that the goods are of Pakistan origin

For Crescent Bahuman Ltd Formerly Crescent Greenwood Ltd