EXHIBIT A

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**GATEWAY MALL - EXPRESS**
**INTEREST & LATE FEES FROM 4/22/2024 THROUGH 6/30/2024**

Run Date:  7/11/2024

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  5.30%    Or    Late Fee Amount:  0.00    Lease Expiration:  6/30/2024

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | BRT | BASE RENT | 10,000.00 | 7,000.00 | | | | |
| 4/1/2024 | HVC | HVAC INCOME | 2,332.57 | 1,632.80 | | | | |
| 4/1/2024 | WTS | BILLED WATER & SEWER | 34.28 | 24.00 | | | | |
| | | **Apr-24** | | **8,656.79** | **8,656.79** | **0.00** | **458.81** | **9,115.60** |
| 5/21/2024 | BRT | BASE RENT | -1,787.50 | -1,787.50 | | | | |
| 5/23/2024 | PRT | % RENT CO-TENANCY | 1,787.50 | 1,787.50 | | | | |
| | | **May-24** | | **0.00** | **8,656.79** | **0.00** | **0.00** | **9,115.60** |
| 6/1/2024 | BRT | BASE RENT | 10,000.00 | 10,000.00 | | | | |
| 6/10/2024 | UAC | UNAPPLIED CASH | -710.05 | -710.05 | | | | |
| | | **Jun-24** | | **9,289.95** | **17,946.75** | **0.00** | **530.00** | **18,935.56** |
| | | **Total** | | **17,946.75** | | **0.00** | **988.81** | **18,935.56** |

|  |  | COLLECTION WORKOUT FOR LEGAL POST-PETITION<br>PEARLRIDGE CENTER 1 UPTOWN - EXPRESS<br>INTEREST & LATE FEES FROM 4/22/2024 THROUGH 6/30/2024 |  |  |  |  | Run Date: | 7/2/2024 |
|---|---|---|---|---|---|---|---|---|

Lease Information If payment not received when due:
Interest per month:  0.10%    Late Fee Percent:  0.00%    Or    Late Fee Amount: 250.00    Lease Expiration:  1/31/2025

| Date | Income category | | Period<br>Open Amount | Prorated<br>Open Amount | Cumulative<br>Open Amount | Cumulative<br>Interest | Period<br>Late Fee | Balance Due<br>end of Period |
|---|---|---|---|---|---|---|---|---|
| 6/3/2024 | ELE | ELECTRIC | -2,148.22 | | -2,148.22 | | | |
| 6/13/2024 | ELE | ELECTRIC | 6,579.57 | | 3,947.74 | | | |
| 6/24/2024 | ELE | ELECTRIC | 6,331.29 | | 1,477.30 | | | |
| | **Jun-24** | | | | **3,276.82** | | | |
| | | | **Total** | **3,276.82** | | | | |