IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EXP OLDCO WINDDOWN, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-10831 (KBO) <br><br> (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Casandra D. Segura, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 23, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Ronk, Mazie R at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates** (Docket No. 1190)

Dated: January 31, 2025

_____
Casandra D. Segura

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 31st day of January, 2025 by Casandra D. Segura, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.