# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
EXP OldCo Winddown, Inc.

**Case No.:** 24−10831−KBO

**Chapter:** 11

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 1/30/25

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-10831-KBO |
| EXP OldCo Winddown, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Imperial County Treasurer-Tax Collector, Attn: Cindy R. Johnson, 940 West Main Street, Suite 106, El Centro, CA 92243-2864 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 01, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander R. Steiger | on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyson M. Fiedler | on behalf of Creditor 31-01 Steinway LLC alyson.fiedler@icemiller.com john.acquaviva@icemiller.com;john.cannizzaro@icemiller.com;ryan.hibbard@icemiller.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |
| Brad Dempsey | on behalf of Creditor The Shops at NorthCreek LLC brad@dempseycounsel.com |
| Brendan Scott | on behalf of Plan Administrator Tracy L. Klestadt  Plan Administrator bscott@klestadt.com |

District/off: 0311-1  User: admin  Page 2 of 15
Date Rcvd: Jan 30, 2025  Form ID: van439  Total Noticed: 1

| | |
|---|---|
| Brian Michael Muchinsky | on behalf of Creditor Bellevue Square LLC bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com |
| Brian T. FitzGerald | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org |
| Carrie M. Brosius | on behalf of Creditor Bath and Body Works Logistics Services LLC cmbrosius@vorys.com mdwalkuski@vorys.com |
| Carrie M. Brosius | on behalf of Creditor Distribution Land Company LLC cmbrosius@vorys.com, mdwalkuski@vorys.com |
| Christopher M. Winter | on behalf of Creditor NorthPark Partners LP cmwinter@duanemorris.com |
| Clement Yee | on behalf of Interested Party North Riverside Park Associates LLC cyee@leechtishman.com |
| Clement Yee | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. cyee@leechtishman.com |
| Curtis S. Miller | on behalf of Interested Party Tanger Management LLC csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Daniel C. Kerrick | on behalf of Creditor Monument Consulting Inc. dckerrick@dkhogan.com bankruptcy@gmlaw.com |
| Daniel N. Brogan | on behalf of Creditor PREP Hillside Real Estate LLC dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Derek C. Abbott | on behalf of Interested Party WHP Global dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com |
| Diane W. Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor Cameron County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor Nueces County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine TopCo Winddown LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine California OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Operations OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor EXP OldCo Winddown Inc. dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Tropic OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Finance OldCo Corp. dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Logistics OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Holding OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | |

District/off: 0311-1 User: admin Page 3 of 15
Date Rcvd: Jan 30, 2025 Form ID: van439 Total Noticed: 1

| | |
|---|---|
| Domenic E. Pacitti | on behalf of Debtor Project Pine Investments OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine GC OldCo LLC dpacitti@klehr.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Ector CAD don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Drew McGehrin | on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com |
| Dustin Parker Branch | on behalf of Creditor Bridgewater Commons Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Henderson Ave Main Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Allstate Road (EDENS) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor YTC Mall Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Forbes Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Southlake Indiana LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Broward Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Plaza West Covina LP branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor WEA Palm Desert LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CVM Holdings LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Mainplace Shoppingtown LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor 659 West Diversey LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Franklin Park Mall LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Macerich Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Creditor CenterCal Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Vancouver Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Avalon North LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Acadia Gold Coast LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Atherton Mill (E&A) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor AP Union II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Edwin H. Caldie | |
| | on behalf of Creditor Lumen Technologies Inc. ed.caldie@stinson.com, laura.schumm@stinson.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Interested Party WS/CIP II TAMPA OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Creditor Harbor East Parcel B-Retail LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Interested Party W/S/M HINGHAM PROPERTIES LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Interested Party SEAPORT B/C RETAIL OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Emily Margaret Hahn | |
| | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com |
| Erin Powers Severini | |
| | on behalf of Creditor WPG Legacy LLC eseverini@fbtlaw.com |
| Ernie Zachary Park | |
| | on behalf of Creditor Fashion Island Retail LLC ernie.park@bewleylaw.com |
| Ethan H. Sulik | |
| | on behalf of Interested Party Korea Trade Insurance Corporation esulik@potteranderson.com |
| Florence Bonaccorso-Saenz | |
| | on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov |
| Fred B. Ringel | |
| | on behalf of Interested Party North Riverside Park Associates LLC fringel@leechtishman.com |
| Fred B. Ringel | |
| | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. fringel@leechtishman.com |
| Frederick Brian Rosner | |
| | on behalf of Interested Party 173 Court Street Holdings LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | |
| | on behalf of Creditor Campana 125 LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | |
| | on behalf of Interested Party MANE Enterprises Inc. rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | |
| | on behalf of Interested Party Tote Fashion Sourcing Limited rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Garvan F. McDaniel | |

| | |
|---|---|
| | on behalf of Creditor CBL & Associates Management Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com |
| Garvan F. McDaniel | on behalf of Creditor Akamai Technologies Inc gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Gregg M. Galardi | on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Hiram Abif Gutierrez | on behalf of Creditor Brownsville Independent School District City of Mercedes edinburgbankruptcy@pbfcm.com |
| James R. Risener, III | on behalf of Interested Party Korea Trade Insurance Corporation jrisener@potteranderson.com lhuber@potteranderson.com;leastburn@potteranderson.com;bankruptcy@potteranderson.com |
| James S. Carr | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com |
| Jami B. Nimeroff | on behalf of Creditor Roth Bros. Inc., d/b/a Sodexo jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com |
| Jami B. Nimeroff | on behalf of Creditor 31-01 Steinway LLC jnimeroff@brownnimeroff.com cjones@bmnlawyers.com |
| Jason A. Starks | on behalf of Creditor Travis County BKECF@traviscountytx.gov |
| Jeffrey Kurtzman | on behalf of Creditor PREIT Services LLC kurtzman@kurtzmansteady.com |
| Jeffrey C. Wisler | on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com |
| Jeffrey M. Carbino | on behalf of Interested Party North Riverside Park Associates LLC jcarbinolaw@outlook.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. jcarbinolaw@outlook.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Schlerf | on behalf of Creditor Lumen Technologies Inc. jeffrey.schlerf@stinson.com |
| Jennifer R. Hoover | on behalf of Creditor Silver Spark Apparel Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jennifer V. Doran | on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com calirm@haslaw.com |
| Joaquin Jose Alemany | on behalf of Creditor Plaza del Caribe S.E. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM |
| Joaquin Jose Alemany | on behalf of Creditor Plaza las Americas Inc. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM |
| Jody C. Barillare | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| Jody C. Barillare | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| Jody C. Barillare | on behalf of Cred. Comm. Chair Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| Jody C. Barillare | on behalf of Interested Party Radial Commerce Inc. jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| John Henry Knight | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com |
| John Henry Schanne, II | on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov |
| John J. Kane | on behalf of Creditor Silver Spark Apparel Limited jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |

John Jeffery Rich
    on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov

John Kendrick Turner
    on behalf of Creditor City Of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Crowley ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Northwest ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

Jordan L. Williams
    on behalf of Creditor Okta Inc. jordan.williams@blankrome.com

Joseph C. Barsalona II
    on behalf of Creditor Domain Northside Retail Property Owner LP jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph H Lemkin
    on behalf of Creditor DDR Urban LP jlemkin@stark-stark.com

Joshua A Sussberg
    on behalf of Debtor EXP OldCo Winddown  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Juan E Martinez
    on behalf of Creditor Silver Spark Apparel Limited jmartinez@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julie Anne Parsons
    on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
    on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

Karen C. Bifferato
    on behalf of Creditor W-LD Legends Owner VII  L.L.C. kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Creditor BP Prucenter Acquisition LLC kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Creditor TrueSource LLC kbifferato@connollygallagher.com

Kevin M. Capuzzi
    on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
    on behalf of Creditor Stored Value Solutions kmann@crosslaw.com  smacdonald@crosslaw.com

| | |
|---|---|
| Kiah T Ford, IV | on behalf of Creditor AP Newbury Street Portfolio #1  LLC chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP 1519-1521 Walnut St.  LP chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP Washington  LLC chipford@parkerpoe.com |
| Laura J. Monroe | on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com  krobertson@ecf.inforuptcy.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Laurel D. Roglen | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Atherton Mill (E&A)  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor 659 West Diversey  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor WEA Palm Desert  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Parkway Mall  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CenterCal Properties  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Belden Mall LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor YTC Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Allstate Road (EDENS)  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Broward Mall LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza West Covina LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Southlake Indiana LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Bridgewater Commons Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRG Lansing Eastwood  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Avalon North  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Macerich Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CVM Holdings LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza las Americas  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Forbes Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza del Caribe  S.E. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Franklin Park Mall  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Vancouver Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Mainplace Shoppingtown  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 8 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

Laurel D. Roglen
    on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Acadia Gold Coast  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor UE Bergen Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Henderson Ave Main Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor AP Union II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor 659 West Diversey  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Mainplace Shoppingtown  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor MetroNational Corporation heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Broward Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Allstate Road (EDENS)  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor AP Union II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor UE Bergen Mall Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Belden Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Bridgewater Commons Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor WEA Palm Desert  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Plaza West Covina LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor CVM Holdings LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Henderson Ave Main Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor KRE Colonie Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor CenterCal Properties  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Vancouver Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor The Forbes Company heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Acadia Gold Coast  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Star-West Parkway Mall  LP heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Acadia Second City 843-45 West Armitage LLC heilmanl@ballardspahr.com
    friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor RREEF America REIT II Corp. HH heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman

| | |
|---|---|
| | on behalf of Creditor Avalon North LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor YTC Mall Owner LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Star-West Franklin Park Mall LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Atherton Mill (E&A) LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Centennial Real Estate Company LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Southlake Indiana LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Louis F. Solimine | |
| | on behalf of Interested Party SRE Ontario LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | |
| | on behalf of Interested Party SRE Hawkeye LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | |
| | on behalf of Interested Party Corpus Christi Retail Venture LP louis.solimine@thompsonhine.com Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | |
| | on behalf of Interested Party OKC Outlets I LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis T. DeLucia | |
| | on behalf of Creditor 31-01 Steinway LLC louis.delucia@icemiller.com john.acquaviva@icemiller.com |
| Lucian Borders Murley | |
| | on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator luke.murley@saul.com, robyn.warren@saul.com |
| Lucian Borders Murley | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors luke.murley@saul.com robyn.warren@saul.com |
| Marc Justin Kurzman | |
| | on behalf of Creditor Campana 125 LLC Mkurzman@carmodylaw.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Avalon North LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Acadia Gold Coast LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor The Forbes Company vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Vancouver Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Allstate Road (EDENS) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Star-West Franklin Park Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Southlake Indiana LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Bridgewater Commons Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Broward Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor YTC Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Henderson Ave Main Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor WEA Palm Desert LLC vesperm@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 10 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

Margaret A. Vesper
    on behalf of Creditor 659 West Diversey  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Belden Mall LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Atherton Mill (E&A)  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor CVM Holdings LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor AP Union II LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor The Macerich Company vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Star-West Parkway Mall  LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Plaza West Covina LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor CenterCal Properties  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor UE Bergen Mall Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Mainplace Shoppingtown  LLC vesperm@ballardspahr.com

Mark Frankel
    on behalf of Interested Party 173 Court Street Holdings LLC mfrankel@bfklaw.com

Mark A Salzberg
    on behalf of Creditor Blue Yonder  Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Gordon Brothers Retail Partners  LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Hilco Merchant Resources  LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party ReStore Capital  LLC, as Agent to the FILO Lenders desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Melissa E. Valdez
    on behalf of Creditor Humble Independent School District  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael David DeBaecke
    on behalf of Creditor Bath and Body Works Logistics Services LLC mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Creditor Distribution Land Company  LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael Joseph Joyce
    on behalf of Creditor EKFH  LLC mjoyce@mjlawoffices.com

Michael Vincent DiPietro
    on behalf of Creditor Adobe Inc. mdipietro@polsinelli.com  lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine GC OldCo  LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Investments OldCo  LLC myurkewicz@klehr.com

Michael W. Yurkewicz

Case 24-10831-KBO    Doc 1276    Filed 02/01/25    Page 12 of 16

| District/off: 0311-1 | User: admin | Page 11 of 15 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| Michael W. Yurkewicz | on behalf of Debtor Project Pine OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine TopCo Winddown LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor EXP OldCo Winddown Inc. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine California OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Tropic OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Logistics OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Finance OldCo Corp. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Holding OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Operations OldCo LLC myurkewicz@klehr.com |
| Michelle McMahon | on behalf of Creditor Annjoy Imports LLC mmcmahon@cullenllp.com |
| Michelle McMahon | on behalf of Creditor G&L Building Corp. mmcmahon@cullenllp.com |
| Michelle E. Shriro | on behalf of Creditor RED Development LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Morton R. Branzburg | on behalf of Debtor EXP OldCo Winddown Inc. mbranzburg@klehr.com, jtaylor@klehr.com |
| Nicholas Smargiassi | on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Nicholas J. Brannick | on behalf of Creditor The Macerich Company brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Acadia Gold Coast LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor KRE Colonie Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor UE Bergen Mall Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Belden Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor WEA Palm Desert LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Bridgewater Commons Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Star-West Franklin Park Mall LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Federal Realty OP LP brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Broward Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Henderson Ave Main Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Vancouver Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor CenterCal Properties LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 12 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

Nicholas J. Brannick
    on behalf of Creditor Atherton Mill (E&A) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Star-West Parkway Mall LP brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Mainplace Shoppingtown LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor The Forbes Company brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor 659 West Diversey LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor CVM Holdings LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Southlake Indiana LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Plaza West Covina LP brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Allstate Road (EDENS) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor AP Union II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Avalon North LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Randall L. Klein
    on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Reliable Companies
    gmatthews@reliable-co.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Richard W. Riley
    on behalf of Creditor BDC Shay Retail LLC rriley@pashmanstein.com

Richard W. Riley
    on behalf of Creditor White Flint Associates LLC rriley@pashmanstein.com

Robert L. LeHane
    on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert M. Hirsh
    on behalf of Interested Party Lever Style Limited robert.hirsh@nortonrosefulbright.com jrenert@lowenstein.com

Robert T Schmidt
    on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator rschmidt@kramerlevin.com, sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Robert T Schmidt
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Ronald E Gold
    on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Sabrina L. Streusand
    on behalf of Creditor Bazaarvoice Inc., as successor-in-interest for Granify (USA) Inc. streusand@slollp.com, prentice@slollp.com

Sabrina L. Streusand
    on behalf of Creditor EMC Corporation streusand@slollp.com prentice@slollp.com

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org

Scott Alan Zuber
    on behalf of Creditor Liberty Mutual Insurance Company szuber@csglaw.com ecf@csglaw.com

Shannon Dougherty Humiston
    on behalf of Interested Party Lever Style Limited shumiston@mccarter.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 13 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stephan E. Hornung
    on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited stephan.hornung@morganlewis.com

Stephan E. Hornung
    on behalf of Interested Party Radial Commerce Inc. stephan.hornung@morganlewis.com

Stephen B Gerald
    on behalf of Creditor EKFH  LLC sgerald@tydings.com

Susan E. Kaufman
    on behalf of Interested Party Brookfield Retail Properties Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Keystone-Florida Property Holding Corp. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Turnberry Associates skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor WPG Legacy  LLC skaufman@skaufmanlaw.com

Susan R Fuertes
    on behalf of Creditor Harris County  et al susan.fuertes@harriscountytx.gov

Tara L. Grundemeier
    on behalf of Creditor Harris County ID #01 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor c/o Tara L. Grundemeier houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Thomas Onder
    on behalf of Creditor DDR Urban LP tonder@stark-stark.com  ereid@stark-stark.com

Thomas Joseph Francella, Jr.
    on behalf of Creditor Liberty Mutual Insurance Company TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Tiffany Strelow Cobb
    on behalf of Creditor Bath and Body Works Logistics Services LLC tscobb@vorys.com  mdwalkuski@vorys.com

Tiffany Strelow Cobb
    on behalf of Creditor Distribution Land Company  LLC tscobb@vorys.com, mdwalkuski@vorys.com

Tracy Lee Klestadt
    on behalf of Creditor Manchu Times Fashion Ltd. tklestadt@klestadt.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 14 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| Turner Falk | on behalf of Creditor Committee Official Committee of Unsecured Creditors turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | on behalf of Creditor BSS Creative Groupe Inc. whazeltine@sha-llc.com |
| William F. Taylor, Jr | on behalf of Creditor Orange & Rockland Utilities Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Colonial Gas Cape Cod wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Narragansett Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Nstar Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar East Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Dominion Energy South Carolina Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Consolidated Edison Company of New York Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com clano@whitefordlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 15 of 15 |
| Date Rcvd: Jan 30, 2025 | Form ID: van439 | Total Noticed: 1 |

William F. Taylor, Jr
    on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William F. Taylor, Jr
    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com clano@whitefordlaw.com

TOTAL: 351