# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
EXP OldCo Winddown, Inc.

**Case No.:** 24−10831−KBO

**Chapter:** 11

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 1/31/25

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 24-10831-KBO
EXP OldCo Winddown, Inc.  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 15
Date Rcvd: Jan 31, 2025     Form ID: van439     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | Crescent Bahuman Ltd, 45 A Off Zafar Ali Road, Lahore Punjab, Pakistan |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Steiger | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyson M. Fiedler | on behalf of Creditor 31-01 Steinway LLC alyson.fiedler@icemiller.com john.acquaviva@icemiller.com;john.cannizzaro@icemiller.com;ryan.hibbard@icemiller.com |
| Amish R. Doshi | on behalf of Creditor Oracle America Inc. amish@doshilegal.com |
| Brad Dempsey | on behalf of Creditor The Shops at NorthCreek LLC brad@dempseycounsel.com |
| Brendan Scott | on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator bscott@klestadt.com |
| Brian Michael Muchinsky | on behalf of Creditor Bellevue Square LLC bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com |
| Brian T. FitzGerald | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 15 |
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Carrie M. Brosius
    on behalf of Creditor Bath and Body Works Logistics Services LLC cmbrosius@vorys.com mdwalkuski@vorys.com

Carrie M. Brosius
    on behalf of Creditor Distribution Land Company LLC cmbrosius@vorys.com, mdwalkuski@vorys.com

Christopher M. Winter
    on behalf of Creditor NorthPark Partners LP cmwinter@duanemorris.com

Clement Yee
    on behalf of Interested Party North Riverside Park Associates LLC cyee@leechtishman.com

Clement Yee
    on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. cyee@leechtishman.com

Curtis S. Miller
    on behalf of Interested Party Tanger Management LLC csmefiling@mnat.com,
curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel C. Kerrick
    on behalf of Creditor Monument Consulting Inc. dckerrick@dkhogan.com bankruptcy@gmlaw.com

Daniel C. Kerrick
    on behalf of Creditor Johnson Controls Fire Protection LP dckerrick@dkhogan.com bankruptcy@gmlaw.com

Daniel N. Brogan
    on behalf of Creditor PREP Hillside Real Estate LLC dbrogan@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Derek C. Abbott
    on behalf of Interested Party WHP Global dabbott@mnat.com
derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine TopCo Winddown LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine California OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Operations OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor EXP OldCo Winddown Inc. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Tropic OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Finance OldCo Corp. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Logistics OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Holding OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Investments OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti

Case 24-10831-KBO    Doc 1277    Filed 02/02/25    Page 4 of 16

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 15 |
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| Domenic E. Pacitti | on behalf of Debtor Project Pine OldCo LLC dpacitti@klehr.com |
| | on behalf of Debtor Project Pine GC OldCo LLC dpacitti@klehr.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Ector CAD don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Drew McGehrin | on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com |
| Dustin Parker Branch | on behalf of Creditor Bridgewater Commons Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Henderson Ave Main Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Allstate Road (EDENS) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor YTC Mall Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Forbes Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Southlake Indiana LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Broward Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Plaza West Covina LP branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor WEA Palm Desert LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CVM Holdings LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Mainplace Shoppingtown LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor 659 West Diversey LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Franklin Park Mall LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Macerich Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CenterCal Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |

Case 24-10831-KBO    Doc 1277    Filed 02/02/25    Page 5 of 16

| District/off: 0311-1 | User: admin | Page 4 of 15 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

Dustin Parker Branch
    on behalf of Creditor Vancouver Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Avalon North  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Acadia Gold Coast  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Atherton Mill (E&A)  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor AP Union II LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Edwin H. Caldie
    on behalf of Creditor Lumen Technologies  Inc. ed.caldie@stinson.com, laura.schumm@stinson.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party WS/CIP II TAMPA OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Creditor Harbor East Parcel B-Retail  LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party W/S/M HINGHAM PROPERTIES LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party SEAPORT B/C RETAIL OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Emily Margaret Hahn
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Erin Powers Severini
    on behalf of Creditor WPG Legacy  LLC eseverini@fbtlaw.com

Ernie Zachary Park
    on behalf of Creditor Fashion Island Retail LLC ernie.park@bewleylaw.com

Ethan H. Sulik
    on behalf of Interested Party Korea Trade Insurance Corporation esulik@potteranderson.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Fred B. Ringel
    on behalf of Interested Party North Riverside Park Associates LLC fringel@leechtishman.com

Fred B. Ringel
    on behalf of Interested Party Causeway  LLC a/k/a Greater Lakeside Corp. fringel@leechtishman.com

Frederick Brian Rosner
    on behalf of Interested Party 173 Court Street Holdings LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
    on behalf of Creditor Campana 125 LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
    on behalf of Interested Party MANE Enterprises  Inc. rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
    on behalf of Interested Party Tote Fashion Sourcing Limited rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garvan F. McDaniel
    on behalf of Creditor CBL & Associates Management  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel

Case 24-10831-KBO    Doc 1277    Filed 02/02/25    Page 6 of 16

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 15 |
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Akamai Technologies Inc gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Gregg M. Galardi | |
| | on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Gregory A. Taylor | |
| | on behalf of Creditor ToolsGroup Inc. gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Hiram Abif Gutierrez | |
| | on behalf of Creditor Brownsville Independent School District City of Mercedes edinburgbankruptcy@pbfcm.com |
| James R. Risener, III | |
| | on behalf of Interested Party Korea Trade Insurance Corporation jrisener@potteranderson.com lhuber@potteranderson.com;leastburn@potteranderson.com;bankruptcy@potteranderson.com |
| James S. Carr | |
| | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com |
| Jami B. Nimeroff | |
| | on behalf of Creditor Roth Bros. Inc., d/b/a Sodexo jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com |
| Jami B. Nimeroff | |
| | on behalf of Creditor 31-01 Steinway LLC jnimeroff@brownnimeroff.com cjones@bmnlawyers.com |
| Jason A. Starks | |
| | on behalf of Creditor Travis County BKECF@traviscountytx.gov |
| Jeffrey Kurtzman | |
| | on behalf of Creditor PREIT Services LLC kurtzman@kurtzmansteady.com |
| Jeffrey C. Wisler | |
| | on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com |
| Jeffrey M. Carbino | |
| | on behalf of Interested Party North Riverside Park Associates LLC jcarbinolaw@outlook.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | |
| | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. jcarbinolaw@outlook.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Schlerf | |
| | on behalf of Creditor Lumen Technologies Inc. jeffrey.schlerf@stinson.com |
| Jennifer R. Hoover | |
| | on behalf of Creditor Silver Spark Apparel Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jennifer V. Doran | |
| | on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com calirm@haslaw.com |
| Joaquin Jose Alemany | |
| | on behalf of Creditor Plaza del Caribe S.E. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM |
| Joaquin Jose Alemany | |
| | on behalf of Creditor Plaza las Americas Inc. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM |
| Jody C. Barillare | |
| | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| Jody C. Barillare | |
| | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| Jody C. Barillare | |
| | on behalf of Cred. Comm. Chair Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| Jody C. Barillare | |
| | on behalf of Interested Party Radial Commerce Inc. jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| John Henry Knight | |
| | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com |
| John Henry Schanne, II | |
| | on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov |
| John J. Kane | |
| | on behalf of Creditor Silver Spark Apparel Limited jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |

Case 24-10831-KBO    Doc 1277    Filed 02/02/25    Page 7 of 16

| District/off: 0311-1 | User: admin | Page 6 of 15 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

John Jeffery Rich
    on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov

John Kendrick Turner
    on behalf of Creditor City Of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Crowley ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Northwest ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

Jordan L. Williams
    on behalf of Creditor Okta Inc. jordan.williams@blankrome.com

Joseph C. Barsalona II
    on behalf of Creditor Domain Northside Retail Property Owner LP jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph H Lemkin
    on behalf of Creditor DDR Urban LP jlemkin@stark-stark.com

Joshua A Sussberg
    on behalf of Debtor EXP OldCo Winddown  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Juan E Martinez
    on behalf of Creditor Silver Spark Apparel Limited jmartinez@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julie Anne Parsons
    on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
    on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

Karen C. Bifferato
    on behalf of Creditor W-LD Legends Owner VII  L.L.C. kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Creditor BP Prucenter Acquisition LLC kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Creditor TrueSource LLC kbifferato@connollygallagher.com

Kevin M. Capuzzi
    on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
    on behalf of Creditor Stored Value Solutions kmann@crosslaw.com  smacdonald@crosslaw.com

Case 24-10831-KBO    Doc 1277    Filed 02/02/25    Page 8 of 16

| District/off: 0311-1 | User: admin | Page 7 of 15 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| Kiah T Ford, IV | on behalf of Creditor AP Newbury Street Portfolio #1 LLC chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP 1519-1521 Walnut St. LP chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP Washington LLC chipford@parkerpoe.com |
| Laura J. Monroe | on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com krobertson@ecf.inforuptcy.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Laurel D. Roglen | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Atherton Mill (E&A) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor 659 West Diversey LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor WEA Palm Desert LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Parkway Mall LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CenterCal Properties LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Belden Mall LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor YTC Mall Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Allstate Road (EDENS) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Broward Mall LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza West Covina LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Southlake Indiana LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Bridgewater Commons Mall II LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRG Lansing Eastwood LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Avalon North LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Macerich Company roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza las Americas Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CVM Holdings LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Forbes Company roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza del Caribe S.E. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Franklin Park Mall LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Vancouver Mall II LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Mainplace Shoppingtown LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |

| | |
|---|---|
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Gold Coast  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UE Bergen Mall Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Henderson Ave Main Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor AP Union II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor 659 West Diversey  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Mainplace Shoppingtown  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor MetroNational Corporation heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Broward Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Allstate Road (EDENS)  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor AP Union II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor UE Bergen Mall Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Belden Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Bridgewater Commons Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor FRIT San Jose Town and Country Village  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor WEA Palm Desert  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Plaza West Covina LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CVM Holdings LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Henderson Ave Main Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor KRE Colonie Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CenterCal Properties  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Vancouver Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Forbes Company heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Danbury Mall  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Gold Coast  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Parkway Mall  LP heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |

| | |
|---|---|
| Leslie C. Heilman | on behalf of Creditor Acadia Second City 843-45 West Armitage LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor RREEF America REIT II Corp. HH heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Avalon North LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor YTC Mall Owner LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Franklin Park Mall LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Atherton Mill (E&A) LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Centennial Real Estate Company LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Southlake Indiana LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Forbes Taubman Orlando L.L.C. heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Louis F. Solimine | on behalf of Interested Party SRE Ontario LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party SRE Hawkeye LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party Corpus Christi Retail Venture LP louis.solimine@thompsonhine.com Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party OKC Outlets I LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis T. DeLucia | on behalf of Creditor 31-01 Steinway LLC louis.delucia@icemiller.com john.acquaviva@icemiller.com |
| Lucian Borders Murley | on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator luke.murley@saul.com, robyn.warren@saul.com |
| Lucian Borders Murley | on behalf of Creditor Committee Official Committee of Unsecured Creditors luke.murley@saul.com robyn.warren@saul.com |
| Marc Justin Kurzman | on behalf of Creditor Campana 125 LLC Mkurzman@carmodylaw.com |
| Margaret A. Vesper | on behalf of Creditor Avalon North LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Acadia Gold Coast LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor The Forbes Company vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Vancouver Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Allstate Road (EDENS) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Star-West Franklin Park Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Southlake Indiana LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Bridgewater Commons Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Broward Mall LLC vesperm@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 10 of 15 |
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

Margaret A. Vesper
    on behalf of Creditor YTC Mall Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Henderson Ave Main Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor WEA Palm Desert LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor 659 West Diversey LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Belden Mall LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Atherton Mill (E&A) LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor CVM Holdings LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor AP Union II LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor The Macerich Company vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Star-West Parkway Mall LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Plaza West Covina LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor CenterCal Properties LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor UE Bergen Mall Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Mainplace Shoppingtown LLC vesperm@ballardspahr.com

Mark Frankel
    on behalf of Interested Party 173 Court Street Holdings LLC mfrankel@bfklaw.com

Mark A Salzberg
    on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com,
    sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Gordon Brothers Retail Partners LLC desgross@chipmanbrown.com,
    fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com,
    fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders desgross@chipmanbrown.com,
    fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Melissa E. Valdez
    on behalf of Creditor Humble Independent School District et al mvaldez@pbfcm.com,
    mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Ingrassia
    on behalf of Creditor Google LLC ingrassiam@whiteandwilliams.com
    michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael David DeBaecke
    on behalf of Creditor Bath and Body Works Logistics Services LLC mdebaecke@ashbygeddes.com
    kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Creditor Distribution Land Company LLC mdebaecke@ashbygeddes.com,
    kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Case 24-10831-KBO   Doc 1277   Filed 02/02/25   Page 12 of 16

| District/off: 0311-1 | User: admin | Page 11 of 15 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

Michael Joseph Joyce
                        on behalf of Creditor EKFH LLC mjoyce@mjlawoffices.com

Michael Vincent DiPietro
                        on behalf of Creditor Adobe Inc. mdipietro@polsinelli.com lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine GC OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine Investments OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine TopCo Winddown LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor EXP OldCo Winddown Inc. myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine California OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine Tropic OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine Logistics OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine Finance OldCo Corp. myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine Holding OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
                        on behalf of Debtor Project Pine Operations OldCo LLC myurkewicz@klehr.com

Michelle McMahon
                        on behalf of Creditor Annjoy Imports LLC mmcmahon@cullenllp.com

Michelle McMahon
                        on behalf of Creditor G&L Building Corp. mmcmahon@cullenllp.com

Michelle E. Shriro
                        on behalf of Creditor RED Development LLC mshriro@singerlevick.com, scotton@singerlevick.com

Morton R. Branzburg
                        on behalf of Debtor EXP OldCo Winddown Inc. mbranzburg@klehr.com, jtaylor@klehr.com

Nicholas Smargiassi
                        on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com
                        robyn.warren@saul.com;sean.kenny@saul.com

Nicholas J. Brannick
                        on behalf of Creditor The Macerich Company brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
                        on behalf of Creditor Acadia Gold Coast LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
                        on behalf of Creditor KRE Colonie Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
                        on behalf of Creditor UE Bergen Mall Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
                        on behalf of Creditor Belden Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
                        on behalf of Creditor WEA Palm Desert LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
                        on behalf of Creditor Bridgewater Commons Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
                        on behalf of Creditor Star-West Franklin Park Mall LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 12 of 15 |
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Federal Realty OP LP brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Broward Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Henderson Ave Main Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Vancouver Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor CenterCal Properties LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Atherton Mill (E&A) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Star-West Parkway Mall LP brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Mainplace Shoppingtown LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor The Forbes Company brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor 659 West Diversey LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor CVM Holdings LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Southlake Indiana LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Plaza West Covina LP brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Allstate Road (EDENS) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor AP Union II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Avalon North LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Randall L. Klein | |
| | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Richard L. Schepacarter | |
| | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Richard W. Riley | |
| | on behalf of Creditor BDC Shay Retail LLC rriley@pashmanstein.com |
| Richard W. Riley | |
| | on behalf of Creditor White Flint Associates LLC rriley@pashmanstein.com |
| Robert L. LeHane | |
| | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert M. Hirsh | |
| | on behalf of Interested Party Lever Style Limited robert.hirsh@nortonrosefulbright.com jrenert@lowenstein.com |
| Robert T Schmidt | |
| | on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator rschmidt@kramerlevin.com, sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Robert T Schmidt | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Ronald E Gold | |
| | on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com |
| Sabrina L. Streusand | |

Case 24-10831-KBO    Doc 1277    Filed 02/02/25    Page 14 of 16

| District/off: 0311-1 | User: admin | Page 13 of 15 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Bazaarvoice Inc., as successor-in-interest for Granify (USA) Inc. streusand@slollp.com, prentice@slollp.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor EMC Corporation streusand@slollp.com prentice@slollp.com |
| Scott Andron | |
| | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott Alan Zuber | |
| | on behalf of Creditor Liberty Mutual Insurance Company szuber@csglaw.com ecf@csglaw.com |
| Shannon Dougherty Humiston | |
| | on behalf of Interested Party Lever Style Limited shumiston@mccarter.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sheryl P. Giugliano | |
| | on behalf of Interested Party Tote Fashion Sourcing Limited sgiugliano@rmfpc.com samiel@rmfpc.com |
| Sheryl P. Giugliano | |
| | on behalf of Interested Party MANE Enterprises Inc. sgiugliano@rmfpc.com, samiel@rmfpc.com |
| Stephan E. Hornung | |
| | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited stephan.hornung@morganlewis.com |
| Stephan E. Hornung | |
| | on behalf of Interested Party Radial Commerce Inc. stephan.hornung@morganlewis.com |
| Stephen B Gerald | |
| | on behalf of Creditor EKFH LLC sgerald@tydings.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Brookfield Retail Properties Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Keystone-Florida Property Holding Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Turnberry Associates skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Creditor WPG Legacy LLC skaufman@skaufmanlaw.com |
| Susan R Fuertes | |
| | on behalf of Creditor Harris County et al susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | |
| | on behalf of Creditor Harris County ID #01 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor c/o Tara L. Grundemeier houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |

| District/off: 0311-1 | User: admin | Page 14 of 15 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: van439 | Total Noticed: 1 |

|   |   |
|---|---|
| | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Thomas Onder | |
| | on behalf of Creditor DDR Urban LP tonder@stark-stark.com  ereid@stark-stark.com |
| Thomas Joseph Francella, Jr. | |
| | on behalf of Creditor Liberty Mutual Insurance Company TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com |
| Tiffany Strelow Cobb | |
| | on behalf of Creditor Bath and Body Works Logistics Services LLC tscobb@vorys.com  mdwalkuski@vorys.com |
| Tiffany Strelow Cobb | |
| | on behalf of Creditor Distribution Land Company  LLC tscobb@vorys.com, mdwalkuski@vorys.com |
| Tracy Lee Klestadt | |
| | on behalf of Creditor Manchu Times Fashion Ltd. tklestadt@klestadt.com |
| Turner Falk | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors turner.falk@saul.com  tnfalk@recap.email |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | |
| | on behalf of Creditor BSS Creative Groupe  Inc. whazeltine@sha-llc.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Orange & Rockland Utilities  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Colonial Gas Cape Cod wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Narragansett Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Nstar Gas Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor NStar East Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |

District/off: 0311-1 User: admin Page 15 of 15
Date Rcvd: Jan 31, 2025 Form ID: van439 Total Noticed: 1

| | |
|---|---|
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com  clano@whitefordlaw.com |

TOTAL: 359