# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
EXP OldCo Winddown, Inc.

**Case No.:** 24−10831−KBO

**Chapter:** 11

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 2/3/25

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-10831-KBO |
| EXP OldCo Winddown, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 15 |
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Imperial County Treasurer-Tax Collector, Attn: Cindy R. Johnson, 940 West Main Street, Suite 106, El Centro, CA 92243-2864 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 05, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Steiger | on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyson M. Fiedler | on behalf of Creditor 31-01 Steinway LLC alyson.fiedler@icemiller.com john.acquaviva@icemiller.com;john.cannizzaro@icemiller.com;ryan.hibbard@icemiller.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |
| Brad Dempsey | on behalf of Creditor The Shops at NorthCreek LLC brad@dempseycounsel.com |
| Brendan Scott | on behalf of Plan Administrator Tracy L. Klestadt  Plan Administrator bscott@klestadt.com |

District/off: 0311-1 User: admin Page 2 of 15
Date Rcvd: Feb 03, 2025 Form ID: van439 Total Noticed: 1

Brian Michael Muchinsky
    on behalf of Creditor Bellevue Square  LLC bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com

Brian T. FitzGerald
    on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Carrie M. Brosius
    on behalf of Creditor Bath and Body Works Logistics Services LLC cmbrosius@vorys.com  mdwalkuski@vorys.com

Carrie M. Brosius
    on behalf of Creditor Distribution Land Company  LLC cmbrosius@vorys.com, mdwalkuski@vorys.com

Christopher M. Winter
    on behalf of Creditor NorthPark Partners  LP cmwinter@duanemorris.com

Clement Yee
    on behalf of Interested Party North Riverside Park Associates LLC cyee@leechtishman.com

Clement Yee
    on behalf of Interested Party Causeway  LLC a/k/a Greater Lakeside Corp. cyee@leechtishman.com

Curtis S. Miller
    on behalf of Interested Party Tanger Management  LLC csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Daniel C. Kerrick
    on behalf of Creditor Monument Consulting Inc. dckerrick@dkhogan.com  bankruptcy@gmlaw.com

Daniel C. Kerrick
    on behalf of Creditor Johnson Controls Fire Protection LP dckerrick@dkhogan.com  bankruptcy@gmlaw.com

Daniel N. Brogan
    on behalf of Creditor PREP Hillside Real Estate LLC dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Derek C. Abbott
    on behalf of Interested Party WHP Global dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine TopCo Winddown  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine California OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Operations OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor EXP OldCo Winddown  Inc. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Express Fashion Digital Services Costa Rica  S.R.L. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Tropic OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Finance OldCo Corp. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Logistics OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti

District/off: 0311-1      User: admin      Page 3 of 15
Date Rcvd: Feb 03, 2025      Form ID: van439      Total Noticed: 1

| | |
|---|---|
| Domenic E. Pacitti | on behalf of Debtor Project Pine Holding OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Investments OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine GC OldCo LLC dpacitti@klehr.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Ector CAD don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Drew McGehrin | on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com |
| Dustin Parker Branch | on behalf of Creditor Bridgewater Commons Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Henderson Ave Main Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Allstate Road (EDENS) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor YTC Mall Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Forbes Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Southlake Indiana LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Broward Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Plaza West Covina LP branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor WEA Palm Desert LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CVM Holdings LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Mainplace Shoppingtown LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor 659 West Diversey LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Franklin Park Mall LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Macerich Company branchd@ballardspahr.com |

Case 24-10831-KBO    Doc 1281    Filed 02/05/25    Page 5 of 16

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 15 |
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CenterCal Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Vancouver Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Avalon North LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Acadia Gold Coast LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Atherton Mill (E&A) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor AP Union II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Edwin H. Caldie | on behalf of Creditor Lumen Technologies Inc. ed.caldie@stinson.com, laura.schumm@stinson.com |
| Elihu Ezekiel Allinson, III | on behalf of Interested Party WS/CIP II TAMPA OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | on behalf of Creditor Harbor East Parcel B-Retail LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | on behalf of Interested Party W/S/M HINGHAM PROPERTIES LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | on behalf of Interested Party SEAPORT B/C RETAIL OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Emily Margaret Hahn | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com |
| Erin Powers Severini | on behalf of Creditor WPG Legacy LLC eseverini@fbtlaw.com |
| Ernie Zachary Park | on behalf of Creditor Fashion Island Retail LLC ernie.park@bewleylaw.com |
| Ethan H. Sulik | on behalf of Interested Party Korea Trade Insurance Corporation esulik@potteranderson.com |
| Florence Bonaccorso-Saenz | on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov |
| Fred B. Ringel | on behalf of Interested Party North Riverside Park Associates LLC fringel@leechtishman.com |
| Fred B. Ringel | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. fringel@leechtishman.com |
| Frederick Brian Rosner | on behalf of Interested Party 173 Court Street Holdings LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | on behalf of Creditor Campana 125 LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | on behalf of Interested Party MANE Enterprises Inc. rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | on behalf of Interested Party Tote Fashion Sourcing Limited rosner@teamrosner.com |

District/off: 0311-1                  User: admin                  Page 5 of 15
Date Rcvd: Feb 03, 2025         Form ID: van439         Total Noticed: 1

chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garvan F. McDaniel
on behalf of Creditor CBL & Associates Management Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
on behalf of Creditor Akamai Technologies Inc gfmcdaniel@dkhogan.com gdurstein@dkhogan.com

Gregg M. Galardi
on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregory A. Taylor
on behalf of Creditor ToolsGroup Inc. gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Hiram Abif Gutierrez
on behalf of Creditor Brownsville Independent School District City of Mercedes edinburgbankruptcy@pbfcm.com

James R. Risener, III
on behalf of Interested Party Korea Trade Insurance Corporation jrisener@potteranderson.com lhuber@potteranderson.com;leastburn@potteranderson.com;bankruptcy@potteranderson.com

James S. Carr
on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jami B. Nimeroff
on behalf of Creditor Roth Bros. Inc., d/b/a Sodexo jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
on behalf of Creditor 31-01 Steinway LLC jnimeroff@brownnimeroff.com cjones@bmnlawyers.com

Jason A. Starks
on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jeffrey Kurtzman
on behalf of Creditor PREIT Services LLC kurtzman@kurtzmansteady.com

Jeffrey C. Wisler
on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com

Jeffrey M. Carbino
on behalf of Interested Party North Riverside Park Associates LLC jcarbinolaw@outlook.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. jcarbinolaw@outlook.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Schlerf
on behalf of Creditor Lumen Technologies Inc. jeffrey.schlerf@stinson.com

Jennifer R. Hoover
on behalf of Creditor Silver Spark Apparel Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer V. Doran
on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com calirm@haslaw.com

Joaquin Jose Alemany
on behalf of Creditor Plaza del Caribe S.E. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM

Joaquin Jose Alemany
on behalf of Creditor Plaza las Americas Inc. joaquin.alemany@hklaw.com, robert.davis@hklaw.com,HAPI@HKLAW.COM

Jody C. Barillare
on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare
on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare
on behalf of Cred. Comm. Chair Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare
on behalf of Interested Party Radial Commerce Inc. jody.barillare@morganlewis.com lori.gibson@morganlewis.com

John Henry Knight
on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1 User: admin Page 6 of 15
Date Rcvd: Feb 03, 2025 Form ID: van439 Total Noticed: 1

| | |
|---|---|
| John Henry Schanne, II | on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov |
| John J. Kane | on behalf of Creditor Silver Spark Apparel Limited jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| John Jeffery Rich | on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov |
| John Kendrick Turner | on behalf of Creditor City Of Allen john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Crowley ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Allen ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Northwest ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor City of Frisco john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Jordan L. Williams | on behalf of Creditor Okta Inc. jordan.williams@blankrome.com |
| Joseph C. Barsalona II | on behalf of Creditor Domain Northside Retail Property Owner LP jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph H Lemkin | on behalf of Creditor DDR Urban LP jlemkin@stark-stark.com |
| Joshua A Sussberg | on behalf of Debtor EXP OldCo Winddown  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Juan E Martinez | on behalf of Creditor Silver Spark Apparel Limited jmartinez@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Julie Anne Parsons | on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Justin Cory Falgowski | on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com |
| Karen C. Bifferato | on behalf of Creditor W-LD Legends Owner VII  L.L.C. kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor BP Prucenter Acquisition LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor TrueSource LLC kbifferato@connollygallagher.com |
| Kevin M. Capuzzi | |

Case 24-10831-KBO    Doc 1281    Filed 02/05/25    Page 8 of 16

| District/off: 0311-1 | User: admin | Page 7 of 15 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin Scott Mann | on behalf of Creditor Stored Value Solutions kmann@crosslaw.com smacdonald@crosslaw.com |
| Kiah T Ford, IV | on behalf of Creditor AP Newbury Street Portfolio #1 LLC chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP 1519-1521 Walnut St. LP chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP Washington LLC chipford@parkerpoe.com |
| Laura J. Monroe | on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com krobertson@ecf.inforuptcy.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Laurel D. Roglen | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Atherton Mill (E&A) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor 659 West Diversey LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor WEA Palm Desert LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Parkway Mall LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CenterCal Properties LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Belden Mall LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor YTC Mall Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Allstate Road (EDENS) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Broward Mall LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza West Covina LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Southlake Indiana LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Bridgewater Commons Mall II LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRG Lansing Eastwood LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Avalon North LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Macerich Company roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza las Americas Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CVM Holdings LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Forbes Company roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza del Caribe S.E. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Franklin Park Mall LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |

Case 24-10831-KBO    Doc 1281    Filed 02/05/25    Page 9 of 16

| District/off: 0311-1 | User: admin | Page 8 of 15 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| Laurel D. Roglen | on behalf of Creditor Vancouver Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Mainplace Shoppingtown  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Gold Coast  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UE Bergen Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Henderson Ave Main Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor AP Union II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor 659 West Diversey  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Mainplace Shoppingtown  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor MetroNational Corporation heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Broward Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Allstate Road (EDENS)  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor AP Union II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor UE Bergen Mall Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Belden Mall LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Bridgewater Commons Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor FRIT San Jose Town and Country Village  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor WEA Palm Desert  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Plaza West Covina LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CVM Holdings LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Henderson Ave Main Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor KRE Colonie Owner LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor CenterCal Properties  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Vancouver Mall II LLC heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Forbes Company heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Danbury Mall  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |

District/off: 0311-1      User: admin      Page 9 of 15
Date Rcvd: Feb 03, 2025      Form ID: van439      Total Noticed: 1

| Name | Representation |
|---|---|
| Leslie C. Heilman | on behalf of Creditor Acadia Gold Coast LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Parkway Mall LP heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Second City 843-45 West Armitage LLC heilmanl@ballardspahr.com friedmanM@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor RREEF America REIT II Corp. HH heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Avalon North LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor YTC Mall Owner LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Star-West Franklin Park Mall LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Atherton Mill (E&A) LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Centennial Real Estate Company LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Southlake Indiana LLC heilmanl@ballardspahr.com friedmanm@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Forbes Taubman Orlando L.L.C. heilmanl@ballardspahr.com, friedmanm@ballardspahr.com |
| Louis F. Solimine | on behalf of Interested Party SRE Ontario LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party SRE Hawkeye LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party Corpus Christi Retail Venture LP louis.solimine@thompsonhine.com Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis F. Solimine | on behalf of Interested Party OKC Outlets I LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com |
| Louis T. DeLucia | on behalf of Creditor 31-01 Steinway LLC louis.delucia@icemiller.com john.acquaviva@icemiller.com |
| Lucian Borders Murley | on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator luke.murley@saul.com, robyn.warren@saul.com |
| Lucian Borders Murley | on behalf of Creditor Committee Official Committee of Unsecured Creditors luke.murley@saul.com robyn.warren@saul.com |
| Marc Justin Kurzman | on behalf of Creditor Campana 125 LLC Mkurzman@carmodylaw.com |
| Margaret A. Vesper | on behalf of Creditor Avalon North LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Acadia Gold Coast LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor The Forbes Company vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Vancouver Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Allstate Road (EDENS) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Star-West Franklin Park Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Southlake Indiana LLC vesperm@ballardspahr.com |

District/off: 0311-1 User: admin Page 10 of 15
Date Rcvd: Feb 03, 2025 Form ID: van439 Total Noticed: 1

| | |
|---|---|
| Margaret A. Vesper | on behalf of Creditor Bridgewater Commons Mall II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Broward Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor YTC Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Henderson Ave Main Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor WEA Palm Desert LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor 659 West Diversey LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Belden Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Atherton Mill (E&A) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor CVM Holdings LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor AP Union II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor The Macerich Company vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Star-West Parkway Mall LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Plaza West Covina LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor CenterCal Properties LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor UE Bergen Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Mainplace Shoppingtown LLC vesperm@ballardspahr.com |
| Mark Frankel | on behalf of Interested Party 173 Court Street Holdings LLC mfrankel@bfklaw.com |
| Mark A Salzberg | on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party Gordon Brothers Retail Partners LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| Melissa E. Valdez | on behalf of Creditor Humble Independent School District et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Michael Ingrassia | on behalf of Creditor Google LLC ingrassiam@whiteandwilliams.com michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Michael David DeBaecke | |

Case 24-10831-KBO    Doc 1281    Filed 02/05/25    Page 12 of 16

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 11 of 15 |
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Bath and Body Works Logistics Services LLC mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | on behalf of Creditor Distribution Land Company LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael Joseph Joyce | on behalf of Creditor EKFH LLC mjoyce@mjlawoffices.com |
| Michael Vincent DiPietro | on behalf of Creditor Adobe Inc. mdipietro@polsinelli.com lsuprum@polsinelli.com;delawaredocketing@polsinelli.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine GC OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Investments OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine TopCo Winddown LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor EXP OldCo Winddown Inc. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine California OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Tropic OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Logistics OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Finance OldCo Corp. myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Holding OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Debtor Project Pine Operations OldCo LLC myurkewicz@klehr.com |
| Michelle McMahon | on behalf of Creditor Annjoy Imports LLC mmcmahon@cullenllp.com |
| Michelle McMahon | on behalf of Creditor G&L Building Corp. mmcmahon@cullenllp.com |
| Michelle E. Shriro | on behalf of Creditor RED Development LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Morton R. Branzburg | on behalf of Debtor EXP OldCo Winddown Inc. mbranzburg@klehr.com, jtaylor@klehr.com |
| Nicholas Smargiassi | on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Nicholas J. Brannick | on behalf of Creditor The Macerich Company brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Acadia Gold Coast LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor KRE Colonie Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor UE Bergen Mall Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Belden Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor WEA Palm Desert LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |

Case 24-10831-KBO    Doc 1281    Filed 02/05/25    Page 13 of 16

| District/off: 0311-1 | User: admin | Page 12 of 15 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

Nicholas J. Brannick
    on behalf of Creditor Bridgewater Commons Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Star-West Franklin Park Mall  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Federal Realty OP LP brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Broward Mall LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Henderson Ave Main Owner LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Vancouver Mall II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor CenterCal Properties  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Atherton Mill (E&A)  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Star-West Parkway Mall  LP brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Mainplace Shoppingtown  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor The Forbes Company brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor 659 West Diversey  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor CVM Holdings LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Southlake Indiana LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Plaza West Covina LP brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Allstate Road (EDENS)  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor AP Union II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick
    on behalf of Creditor Avalon North  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Randall L. Klein
    on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Reliable Companies
    gmatthews@reliable-co.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Richard W. Riley
    on behalf of Creditor BDC Shay Retail LLC rriley@pashmanstein.com

Richard W. Riley
    on behalf of Creditor White Flint Associates  LLC rriley@pashmanstein.com

Robert L. LeHane
    on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert M. Hirsh
    on behalf of Interested Party Lever Style Limited robert.hirsh@nortonrosefulbright.com jrenert@lowenstein.com

Robert T Schmidt
    on behalf of Plan Administrator Tracy L. Klestadt  Plan Administrator rschmidt@kramerlevin.com, sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Robert T Schmidt
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 13 of 15 |
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

    sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Ronald E Gold
    on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw

Sabrina L. Streusand
    on behalf of Creditor Bazaarvoice Inc., as successor-in-interest for Granify (USA) Inc. streusand@slollp.com, prentice@slollp.com

Sabrina L. Streusand
    on behalf of Creditor EMC Corporation streusand@slollp.com prentice@slollp.com

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org

Scott Alan Zuber
    on behalf of Creditor Liberty Mutual Insurance Company szuber@csglaw.com ecf@csglaw.com

Shannon Dougherty Humiston
    on behalf of Interested Party Lever Style Limited shumiston@mccarter.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sheryl P. Giugliano
    on behalf of Interested Party Tote Fashion Sourcing Limited sgiugliano@rmfpc.com samiel@rmfpc.com

Sheryl P. Giugliano
    on behalf of Interested Party MANE Enterprises Inc. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephan E. Hornung
    on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited stephan.hornung@morganlewis.com

Stephan E. Hornung
    on behalf of Interested Party Radial Commerce Inc. stephan.hornung@morganlewis.com

Stephen B Gerald
    on behalf of Creditor EKFH LLC sgerald@tydings.com

Susan E. Kaufman
    on behalf of Interested Party Brookfield Retail Properties Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Keystone-Florida Property Holding Corp. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Turnberry Associates skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor WPG Legacy LLC skaufman@skaufmanlaw.com

Susan R Fuertes
    on behalf of Creditor Harris County et al susan.fuertes@harriscountytx.gov

Tara L. Grundemeier
    on behalf of Creditor Harris County ID #01 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor c/o Tara L. Grundemeier houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

| District/off: 0311-1 | User: admin | Page 14 of 15 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Thomas Onder | on behalf of Creditor DDR Urban LP tonder@stark-stark.com ereid@stark-stark.com |
| Thomas Joseph Francella, Jr. | on behalf of Creditor Liberty Mutual Insurance Company TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com |
| Tiffany Strelow Cobb | on behalf of Creditor Bath and Body Works Logistics Services LLC tscobb@vorys.com mdwalkuski@vorys.com |
| Tiffany Strelow Cobb | on behalf of Creditor Distribution Land Company LLC tscobb@vorys.com, mdwalkuski@vorys.com |
| Tracy Lee Klestadt | on behalf of Creditor Manchu Times Fashion Ltd. tklestadt@klestadt.com |
| Turner Falk | on behalf of Creditor Committee Official Committee of Unsecured Creditors turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | on behalf of Creditor BSS Creative Groupe Inc. whazeltine@sha-llc.com |
| William F. Taylor, Jr | on behalf of Creditor Orange & Rockland Utilities Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Colonial Gas Cape Cod wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Narragansett Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Nstar Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar East Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |

District/off: 0311-1     User: admin     Page 15 of 15
Date Rcvd: Feb 03, 2025     Form ID: van439     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com  clano@whitefordlaw.com |

TOTAL: 359