**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline:** March 5, 2025 at 4:00 p.m. (ET) |
|  | **Hearing Date:** March 27, 2025 at 9:30 a.m. (ET) |

**FINAL FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 21, 2024, *Effective as of* April 22, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through December 17, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $    71,989.20 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $         0.00 |

This is a: _____Monthly  _____ Interim  ___X___ Final Application

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Prior Applications Filed:**

| Prior Interim Fee Applications Filed | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Interim Period | Docket Number | Date Filed | Period Covered | Total Fees | Total Expenses | Total Requested | Interim Fees Approved | Interim Expenses Approved | Total Approved |
| 1st | 880 | 10/04/24 | 04/22/24 - 07/31/24 | $29,820.30 | $ - | $ 29,820.30 | $29,820.30 | $ - | $29,820.30 |
| | | Total | | $29,820.30 | $ - | $ 29,820.30 | $29,820.30 | $ - | $29,820.30 |

| Monthly Fee Applications Filed | | | | | |
|---|---|---|---|---|---|
| | | Requested | | Approved | |
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 08/09/2024 / D.I. 710 | 04/22/2024 - 06/30/2024 | $ 20,883.90 | $ - | $ 20,883.90 | $ - |
| 09/11/2024 / D.I. 813 | 07/01/2024 - 07/31/2024 | $ 8,936.40 | $ - | $ 8,936.40 | $ - |
| 11/26/2024 / D.I. 1057 | 08/01/2024 - 10/31/2024 | $ 31,716.40 | $ - | $ 25,373.12[1] | $ - |
| 01/16/2025 / D.I. 1222 | 11/01/2024 - 12/17/2024 | $ 10,452.50 | $ - | $ 8,362.00[1] | $ - |
| -Total | | $ 71,989.20 | $ - | $ 63,555.42 | $ - |

[1] Per the direction of counsel, no additional interim fee applications inclusive of these fees were filed subsequent to the first interim.

## ATTACHMENT B

### COMPENSATION BY PROFESSIONAL

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Aaron Vaughan | Managing Director, Washington National Tax | 0.6 | $ 951.00 | $ 570.60 |
| Ana Simunovic | Senior Associate, Bankruptcy | 1.0 | $ 210.00 | $ 210.00 |
| Annika Erickson | Associate, Tax | 84.5 | $ 318.00 | $ 26,871.00 |
| Celeste Campbell | Manager, Bankruptcy | 10.1 | $ 255.00 | $ 2,575.50 |
| Chloe Boustany | Senior Associate, Tax | 24.4 | $ 426.00 | $ 10,394.40 |
| Danny Lall | Senior Manager, Tax | 11.0 | $ 756.00 | $ 8,316.00 |
| Dave Perry | Senior Manager, Tax | 3.0 | $ 693.00 | $ 2,079.00 |
| Grant Rockefeller | Senior Associate, Tax | 2.7 | $ 426.00 | $ 1,150.20 |
| Gregory Ruud | Managing Director, Tax | 1.6 | $ 718.00 | $ 1,148.80 |
| Jessica Slean | Managing Director, Tax | 11.0 | $ 816.00 | $ 8,976.00 |
| Jeremy Burkhardt | Associate, Tax | 2.5 | $ 290.00 | $ 725.00 |
| Shane Vandenberg | Senior Manager, Washington National Tax | 0.7 | $ 801.00 | $ 560.70 |
| Teresa Williams | Associate, Bankruptcy | 23.3 | $ 180.00 | $ 4,194.00 |
| Wendy Shaffer | Associate Director, Bankruptcy | 14.8 | $ 285.00 | $ 4,218.00 |
| **Total Hours and Fees at Discounted Rates** | | **191.2** | | **$ 71,989.20** |
| **Total Discounted Fees** | | | | **$ 71,989.20** |
| Out of Pocket Expenses | | | | |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 71,989.20** |
| **Blended Hourly Rate** | | | $ 376.51 | |

### COMPENSATION BY CATEGORY

| Project Category | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Research Credit Services | 133.6 | $ 55,707.60 |
| Retention Services | 15.5 | $ 4,342.50 |
| Fee Application Preparation Services | 33.7 | $ 6,855.00 |
| Tax Examination Assistance Services | 1.3 | $ 1,131.30 |
| Tax Controversy Services | 7.1 | $ 3,952.80 |
| **Total** | **191.2** | **$ 71,989.20** |

### EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OLDCO WINDDOWN, INC., *et al.*[2] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FINAL FEE APPLICATION OF KPMG LLP
PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO
THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

KPMG LLP[3], ("KPMG") as tax compliance and tax consulting service providers to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") files this Final Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules (the "Local Rules") of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court") and this Court's *Order (I) Establishing Procedures for Interim*

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

[3] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

4

*Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") [Docket No. 223]. By this Application, KPMG seeks final allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from April 22, 2024 through and including December 17, 2024 (the "Compensation Period"), in the amount of $71,989.20. In support of this Application, KPMG respectfully represents as follows:

### Background

1. On April 22, 2024 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code. On May 23, 2024, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors (the "Creditors' Committee") [Docket No. 127]. No trustee or examiner was appointed in this Chapter 11 Case to date.

2. On June 3, 2024 the Debtors filed an *Application of the Debtors for an Entry of an Order (I), Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d)* (the "Retention Application") [Docket No. 355] and in support of the Retention Application, the Debtors submitted the Declaration of Brian C. Campbell (the "Campbell Declaration").

3. By this Court's *Order (I) Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services Effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d)* [Docket No. 501]

5

(the "Retention Order"), the Debtors were authorized to retain KPMG to provide Tax Compliance and Tax Consulting Services effective as of April 22, 2024.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

4. Pursuant to paragraph 10 of the Retention Application and paragraph 7 of the Retention Order, KPMG may enter into additional engagement letter(s) and may file such engagement letters with the Court.  The Debtors entered into Additional Agreements with KPMG, pursuant to the terms of the Retention Order, as filed on June 14, 2024 [Docket No. 468].

5. On December 17, 2024, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of EXP Oldco Winddown, Inc. and Its Debtor Affiliate* [Docket No. 1150]  (the "Confirmation Order"), pursuant to which the Bankruptcy Court approved and confirmed the *Joint Chapter 11 Plan of EXP Oldco Winddown, Inc. and Its Debtor Affiliate (Technical Modifications)* [Docket No. 1143] (the "Plan").

**Jurisdiction**

6. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).  Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Summary of Application**

7. During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and its estate and not on behalf of any committee, creditor, or other person.  By this Application, KPMG requests final allowance of

compensation of professional fees totaling $71,989.20, and reimbursement of one hundred percent (100%) of necessary and actual out-of-pocket expenses in the amount of $0.00.

| Monthly Fee Applications Filed | | | | | |
|---|---|---|---|---|---|
| | | Requested | | Approved | |
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 08/09/2024 / D.I. 710 | 04/22/2024 - 06/30/2024 | $ 20,883.90 | $ - | $ 20,883.90 | $ - |
| 09/11/2024 / D.I. 813 | 07/01/2024 - 07/31/2024 | $ 8,936.40 | $ - | $ 8,936.40 | $ - |
| 11/26/2024 / D.I. 1057 | 08/01/2024 - 10/31/2024 | $ 31,716.40 | $ - | $ 25,373.12[1] | $ - |
| 01/16/2025 / D.I. 1222 | 11/01/2024 - 12/17/2024 | $ 10,452.50 | $ - | $ 8,362.00[1] | $ - |
| -Total | | $ 71,989.20 | $ - | $ 63,555.42 | $ - |

[1] Per the direction of counsel, no additional interim fee applications inclusive of these fees were filed subsequent to the first interim.

**Summary of Services Rendered During the Compensation Period**

7.  This Application is KPMG's Final Fee Application for compensation and expense reimbursement filed in this chapter 11 case. During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter 11 process. Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period and annexed hereto as Attachment B is a chart depicting KPMG professionals who rendered these services.

*[Remainder of page intentionally blank]*

**Tax Consulting Services**

Research Credit Services

KPMG provided Research Credit Services with regards to the FY23 tax year ("Credit Year") including:

a. Identifying and documenting qualified research activities and related expenditures.

b. Calculating and documenting the base amount, including required adjustments for acquisitions, dispositions, and the consistency rule.

c. Calculating the federal and state credits for the Credit Year.

d. Prepared the deliverable package that included the R&D credit computations and workpapers.

e. Prepared qualitative memo that summarized and explained the applicable current law and technical memo regarding procedures used for the tax credit.

**Retention Services**

Services included researching client bankruptcy with regards to retention; the preparation of the KPMG declaration and retention order; discussions and fact finding with Express as well as the Office of General Counsel; discussions and correspondence with Debtors' counsel related to employment application. Assisted with the preparation of a supplemental declaration that was filed with the court.

**Fee Application Preparation**

The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in this case required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, prepare the detailed and summary schedules of

fees and expenses incurred, and draft the schedules included in the monthly fee applications as well as the first interim fee application.

**Tax Examination Assistance Services**

KPMG assisted the Debtors in their dealings with the IRS examination team and met with Debtors' team members as appropriate and necessary.

    a. At the Debtors request, KPMG continued to assist the Debtors in preparing submissions in response to IRS inquiries.

    b. KPMG represented the Debtors in its current non-income tax examinations in Ohio as appropriate and necessary.

    c. Assisted the Debtor in preparing submissions in response to state taxing authority inquiries.

    d. Met with the state taxing authority examination teams as appropriate and necessary.

8. During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $180 to $951 per hour. The rates reflected in this Application represent approximately a 60% discount from KPMG's standard rates. Of the aggregate time expended, 13.2 hours were expended by managing directors, 29.5 hours were expended by senior managers and associate directors, and 10.1 hours were expended by managers, 138.4 hours were expended by senior associates and associates. KPMG's blended hourly rate services provided during the Compensation Period is $376.51.

9. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with this chapter 11 case and such records are maintained in the ordinary course of business.

10. KPMG charges its fees in this case in accordance with the terms set forth in the Retention Application and the corresponding Campbell Declaration. The fees applied for

herein are based on the usual and customary fees KPMG charges to its clients and are commensurate with the usual and customary rates charged for services performed.

11. KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtor in this case to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in this chapter 11 case.

12. The time and labor expended by KPMG during the Compensation Period was commensurate with the size and complexity of this case. In rendering these services, KPMG made every effort to maximize the benefit to the Debtor's estate, to work efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

13. During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtor. KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of this case; and (b) have been provided in a cost-efficient manner.

14. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person, or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

15. As set forth in **Attachment B**, KPMG is not seeking reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

**Conclusion**

WHEREFORE subject to the terms of the Interim Compensation Order, KPMG respectfully requests the Court enter an order, (i) approving and allowing, on a final basis, compensation in the amount of $71,989.20 for professional services performed on behalf of the Debtors during the Compensation Period and reimbursement of $0.00 for actual and necessary expenses incurred during the Compensation Period (ii) authorizing and directing the Debtors to pay KPMG an amount equal to the sum of such allowed compensation and reimbursement; and (iii) granting such other further relief as the Court deems just and proper.

Dated:  February 12, 2025

Respectfully submitted,

*/s/ Brian C. Campbell*

KPMG LLP

Brian C. Campbell
Partner
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, Ohio 43215
(614) 249-1879

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Brian C. Campbell, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2. By the *Order (I) Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Tax Compliance and Tax Consulting Services Effective as of April 22, 2024, and (II) Waiving the Information Requirements of Local Rule 2016-2(d)* [Docket No. 501], KPMG was retained to perform Tax Compliance and Tax Consulting Services for the above captioned debtor and debtor in possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's Final Fee Application, dated January 12, 2025 (the "Application") for KPMG's application requesting final allowance of compensation and expenses for the period April 22, 2024 through December 17, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

3. I am thoroughly familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

4. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February 2025.

*/s/ Brian C. Campbell*
Brian C. Campbell
KPMG LLP
191 West Nationwide Blvd.
Suite 500
Columbus, OH 43215
(614) 249 1879