# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objections Due: March 5, 2025 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: March 27, 2025 at 9:30 a.m. (ET)** |

## NOTICE OF FINAL FEE APPLICATION OF KPMG LLP PROVIDING TAX COMPLIANCE AND TAX CONSULTING SERVICES TO THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 22, 2024 THROUGH DECEMBER 17, 2024

**PLEASE TAKE NOTICE** that on February 12, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Final Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of April 22, 2024 through December 17, 2024* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Application is submitted pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order") dated May 14, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the Bankruptcy Court, on or before **March 5, 2025 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following: (a) the Debtors, One Express Drive, Columbus,

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11376643.v1

Ohio 43230, Attn: Laurel Krueger (lakrueger@express.com); (b) counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Emily E. Geier, P.C. (emily.geier@kirkland.com) and Nicholas M. Adzima (nicholas.adzima@kirkland.com); (ii) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn: Charles B. Sterrett (charles.sterrett@kirkland.com); (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 100, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti (dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com), and Alyssa M. Radovanovich (aradovanovich@klehr.com); and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn: Morton R. Branzburg (mbranzburg@klehr.com); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: John Schanne (john.schanne@usdoj.gov); (d) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Goldberg Kohn Ltd., 55 E. Monroe Street, Suite 3300, Chicago, Illinois 60603, Attn: Randall Klein (randall.klein@goldbergkohn.com), Dimitri G. Karcazes (dimitri.karcazes@goldbergkohn.com), Keith G. Radner (keith.radner@goldbergkohn.com), and Eva D. Gadzheva (eva.gadzheva@goldbergkohn.com) and (ii) Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: John H. Knight (knight@rlf.com), Paul N. Heath (heath@rlf.com), and Alexander R. Steiger (steiger@rlf.com); (e) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Ropes and Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606, Attn: Stephen L. Iacovo (steven.iacovo@ropesgray.com) and (ii) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware, 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); and (f) counsel to the Official Committee of Unsecured Creditors, (i) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com) and (ii) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Luke Murley (luke.murley@saul.com) (each, an "Application Recipient" and collectively, the "Application Recipients").

**PLEASE TAKE FURTHER NOTICE THAT** IF AN OBJECTION IS PROPERLY FILED AND SERVED ON THE NOTICE PARTIES IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801 ON **MARCH 27, 2024 AT 9:30 A.M. PREVAILING EASTERN TIME**. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

11376643.v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 12, 2025
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> Alyssa M. Radovanovich (DE Bar No. 7101) <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 426-1189 <br> Facsimile: (302) 426-9193 <br> Email: dpacitti@klehr.com <br> myurkewicz@klehr.com <br> aradvanovich@klehr.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Emily E. Geier, P.C. (admitted *pro hac vice*) <br> Nicholas M. Adzima (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> Email: joshua.sussberg@kirkland.com <br> emily.geier@kirkland.com <br> nicholas.adzima@kirkland.com |
| -and- | -and- |
| Morton R. Branzburg (admitted *pro hac vice*) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 569-3007 <br> Facsimile: (215) 568-6603 <br> Email: mbranzburg@klehr.com | Charles B. Sterrett (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Email: charles.sterrett@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

11376643.v1