# <u>EXHIBIT C</u>

**MONTHLY COMPENSATION PERIOD**

## Summary of Compensation by Timekeeper

### November 1, 2024 – December 17, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation[1] |
|---|---|---|---|---|---|
| Hamerman, Natan | 2002 | Partner Creditors' Rights (Since 2023) | $1,485 | 18.00 | $26,730.00 |
| Rogoff, Adam C. | 1989 | **Partner** Creditors' Rights (Since 2009) | $1,855 | 61.60 | 114,268.00 |
| Daniels, Elan | 2005 | **Counsel** Creditors' Rights (Since 2023) | $1,405 | 16.90 | $23,744.50 |
| Schmidt, Robert | 1990 | **Counsel** Creditors' Rights (Since 2021) | $1,730 | 59.20 | 102,416.00 |
| Allard, Nathaniel | 2013 | **Associate** Creditors' Rights (Since 2012) | $1,380 | 299.50 | $413,310.00 |
| Khvatskaya, Mariya | 2016 | **Associate** Tax (Since 2016) | $1,370 | 2.00 | 2,760.00 |
| Raskin, Evan | 2024 | **Associate** Creditors' Rights (Since 2023) | $905 | 10.60 | 9,593.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,370 | 2.50 | 3,425.00 |
| Kane, Wendy | N/A | **Paralegal** Creditors' Rights (Since 2018) | $565 | 22.50 | $12,712.50 |
| **TOTAL** | | | | **492.80** | **$708,959.00** |

---

[1] Total compensation during the Monthly Compensation Period reflects a voluntary reduction of $127,309.50 in fees.

**FINAL COMPENSATION PERIOD**

## Summary of Compensation by Timekeeper

### May 6, 2024 – December 17, 2024

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation[2] |
|---|---|---|---|---|---|
| Blabey, David E. | 2005 | Partner<br>Creditors' Rights<br>(Since 2022) | $1,460 | 13.20 | $19,272.00 |
| Fisher, David | 1985 | **Partner**<br>Corporate<br>(Since 2009) | $1,825 | 7.80 | $14,235.00 |
| Hamerman, Natan | 2002 | Partner<br>Creditors' Rights<br>(Since 2023) | $1,485 | 151.50 | $224,977.50 |
| Herzog, Barry | 1992 | **Partner**<br>Tax<br>(Since 2002) | $1,760 | 5.80 | $10,208.00 |
| Rogoff, Adam C. | 1989 | **Partner**<br>Creditors' Rights<br>(Since 2009) | $1,855 | 339.50 | $626,990.00 |
| Daniels, Elan | 2005 | **Counsel**<br>Creditors' Rights<br>(Since 2023) | $1,405 | 205.30 | $288,446.50 |
| Schmidt, Robert | 1990 | **Counsel**<br>Creditors' Rights<br>(Since 2021) | $1,730 | 436.00 | $754,280.00 |
| Allard, Nathaniel | 2013 | **Associate**<br>Creditors' Rights<br>(Since 2012) | $1,380 | 1,010.10 | $1,393,938.00 |
| Bello, Nancy | 2017 | **Associate**<br>Creditors' Rights<br>(Since 2018) | $1,350 | 18.80 | $25,380.00 |
| Citron, Andrew | 2018 | **Associate**<br>Creditors' Rights<br>(Since 2022) | $1,320 | 53.20 | $70,224.00 |
| Khvatskaya, Mariya | 2016 | **Associate**<br>Tax<br>(Since 2016) | $1,380 | 6.00 | $8,280.00 |
| | | | $1,370 | 3.90 | $5,343.00 |

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2024). The rates for certain associates working on this matter increased as of September 1, 2024, in connection with the associates' yearly step-up in seniority, but this annual step-up is not considered a "rate increase" as the billing rate among the applicable associate class does not change.

[2] Total compensation during the Final Compensation Period reflects a voluntary reduction of $494,330.50 in fees.

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation[2] |
|---|---|---|---|---|---|
| Primm, Brian | 2023 | **Associate** Corporate (Since 2022) | $905 | 21.10 | $19,095.50 |
| Raskin, Evan | 2024 | **Associate** Creditors' Rights (Since 2023) | $905 | 103.80 | $93,939.00 |
|  |  |  | $780 | 92.90 | $72,462.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,370 | 10.10 | $13,837.00 |
|  |  |  | $1,350 | 88.70 | $119,745.00 |
| Abramowitz, Nathan | N/A | **Paralegal** Creditors' Rights (Since 2022) | $555 | 10.40 | $5,772.00 |
| Golden, Marlie | N/A. | **Paralegal** Creditors' Rights (Since 2024) | $555 | 0.70 | $388.50 |
| Kane, Wendy | N/A | **Paralegal** Creditors' Rights (Since 2018) | $565 | 129.70 | $73,280.50 |
| **TOTAL** |  |  |  | **2,708.50** | **$3,840,093.50** |