# **<u>EXHIBIT D</u>**

## MONTHLY COMPENSATION PERIOD

## Summary of Expenses

### November 1, 2024 – December 17, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Cab Fares | *See chart below* | $1,275.00 |
| Color Copies | Kramer Levin | $34.40 |
| Meals/In-House | *See chart below* | $167.73 |
| Pacer Online Research | Pacer | $42.90 |
| Photocopying | Kramer Levin | $72.40 |
| **TOTAL** | | **$1,592.43** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 11/1/2024 | Executive Charge | 1 | Office to home 10/21/24 (working late on and disclosure statement issues) – N. Allard | $75.00 |
| 11/1/2024 | Executive Charge | 1 | Office to home 10/23/24 (working late on plan issues) – N. Allard | $75.00 |
| 11/1/2024 | Executive Charge | 1 | Office to home 10/24/24 (working late on plan issues) – N. Allard | $75.00 |
| 11/8/2024 | Executive Charge | 1 | Office to home 10/28/24 (working late on plan issues) – N. Allard | $75.00 |
| 11/8/2024 | Executive Charge | 1 | Office to home 10/29/24 (working late on plan and disclosure statement issues) – N. Allard | $75.00 |
| 11/15/2024 | Executive Charge | 1 | Office to home 10/30/24 (working late on plan and disclosure statement issues) – N. Allard | $75.00 |
| 11/15/2024 | Executive Charge | 1 | Office to home 11/1/24 (working late on plan and disclosure statement issues) – N. Allard | $75.00 |

---

[1] Total expenses during the Monthly Compensation Period reflect a voluntary reduction of $3,875.75.

| 11/15/2024 | Executive Charge | 1 | Office to home 11/6/24 (working late on plan and disclosure statement issues) – N. Allard | $75.00 |
| --- | --- | --- | --- | --- |
| 11/29/2024 | Executive Charge | 1 | Office to home 11/12/24 (working late on plan administrator issues) – N. Allard | $75.00 |
| 11/29/2024 | Executive Charge | 1 | Office to home 11/19/24 (working late on plan supplement issues) – N. Allard | $75.00 |
| 11/29/2024 | Executive Charge | 1 | Office to home 11/20/24 (working late on plan supplement issues) – N. Allard | $75.00 |
| 11/29/2024 | Executive Charge | 1 | Office to home 11/21/24 (working late on plan supplement and confirmation issues) – N. Allard | $75.00 |
| 12/6/2024 | Executive Charge | 1 | Office to home 11/25/24 (working late on plan issues) – N. Allard | $75.00 |
| 12/13/2024 | Executive Charge | 1 | Office to home 12/2/24 (working late on plan supplement and confirmation issues) – N. Allard | $75.00 |
| 12/13/2024 | Executive Charge | 1 | Office to home 12/3/24 (working late on plan supplement issues) – N. Allard | $75.00 |
| 12/13/2024 | Executive Charge | 1 | Office to home 12/4/24 (working late on plan supplement issues) – N. Allard | $75.00 |
| 12/13/2024 | Executive Charge | 1 | Office to home 12/5/24 (working late on confirmation issues) – N. Allard | $75.00 |
| **TOTAL** | | | | **$1,275.00** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Number of People** | **Description** | **Amount** |
| 10/28/2024 | Cook Eatery | 1 | Dinner (working late on plan issues) – N. Allard | $20.00 |
| 10/29/2024 | Café de Novo | 1 | Dinner (working late on plan and disclosure statement issues) – N. Allard | $9.91 |
| 10/30/2024 | Cook Eatery | 1 | Dinner (working late on plan and disclosure statement issues) – N. Allard | $20.00 |
| 11/19/2024 | Cook Eatery | 1 | Dinner (working late on plan and disclosure statement issues) – N. Allard | $20.00 |
| 11/20/2024 | Cook Eatery | 1 | Dinner (working late on plan issues) – N. Allard | $20.00 |
| 11/25/2024 | Little Italy Pizza | 1 | Dinner (working late on plan issues) – N. Allard | $13.28 |
| 12/2/2024 | Little Italy Pizza | 1 | Dinner (working late on plan issues) – N. Allard | $14.86 |
| 12/3/2024 | Dill & Parsley | 1 | Dinner (working late on plan issues) – N. Allard | $13.72 |
| 12/4/2024 | Dill & Parsley | 1 | Dinner (working late on plan issues) – N. Allard | $15.96 |
| 12/10/2024 | Cook Eatery | 1 | Dinner (working late on plan issues) – N. Allard | $20.00 |
| **TOTAL** | | | | **$167.73** |

# FINAL COMPENSATION PERIOD

## Summary of Expenses

### May 6, 2024 – December 17, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Bloomberg Law Online Research | Bloomberg Law | $114.13 |
| Cab Fares | Various (previously provided in monthly fee applications) | $2,475.00 |
| Color Copies | Kramer Levin | $34.40 |
| Lexis Online Research | Lexis | $249.61 |
| Meals/In-House | Various (previously provided in monthly fee applications) | $491.61 |
| Meals /T&E | Various (previously provided in monthly fee applications) | $6.93 |
| Out-of-Town Travel | Various (previously provided in monthly fee applications) | $453.08 |
| Pacer Online Research | Pacer | $557.10 |
| Photocopying | Kramer Levin | $193.20 |
| Research Services | Kramer Levin | $252.00 |
| Telecommunication Charges | Loop Up | $137.80 |
| Transcript Fees | Accredited Court Reporters; Kathleen M. Rehling | $355.85 |
| Westlaw Online Research | Westlaw | $5,836.62 |
| **TOTAL** | | **$11,157.33** |

---

[1] Total expenses during the Final Compensation Period reflect a voluntary reduction of $8,185.57.