# **EXHIBIT F**

# Budget

### November 1, 2024 – December 17, 2024

| Task Code | Project Category | Hours Budgeted | Fees Budgeted[1] | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 101 | Case Administration | 25 | $32,500 | 16.30 | $20,864.00 |
| 102 | Meetings/Communications with UCC Members and Advisors | 100 | $130,000 | 99.40 | $151,150.00 |
| 103 | Meetings/Communications with Debtors and Advisors | 25 | $32,500 | 5.10 | $7,080.00 |
| 104 | Motions, Adversary Proceedings & Contested Matters | 10 | $13,000 | 0 | $0.00 |
| 105 | Automatic Stay Matters | 5 | $6,500 | 0 | $0.00 |
| 106 | Business Operations | 5 | $6,500 | 0 | $0.00 |
| 107 | Collateral Review | 0 | $0 | 0 | $0.00 |
| 108 | Cash Management and DIP Financing | 0 | $0 | 0 | $0.00 |
| 109 | Creditor Communications | 25 | $32,500 | 5.40 | $8,679.50 |
| 110 | Bar Date, Claims Administration and Objections | 50 | $65,000 | 35.40 | $52,612.00 |
| 111 | Sale Issues | 0 | $0 | 0 | $0.00 |
| 112 | Corporate, Governance Matters | 5 | $6,500 | 0 | $0.00 |
| 113 | Employee Matters | 5 | $6,500 | 0 | $0.00 |
| 114 | Executory Contracts and Unexpired Leases | 5 | $6,500 | 0 | $0.00 |
| 115 | SOFAs and Schedules | 0 | $0 | 0 | $0.00 |
| 116 | Hearings | 25 | $32,500 | 22.40 | $33,189.00 |
| 117 | Insurance and Surety Matters | 5 | $6,500 | 0 | $0.00 |
| 118 | Disclosure Statement, Plan, Confirmation, Emergence, Wind Down | 300 | $390,000 | 278.20 | $405,069.00 |
| 119 | UCC Retention and Fee Matters | 25 | $32,500 | 25.80 | $23,691.50 |
| 120 | Debtor Retention and Fee Matters | 5 | $6,500 | 0.70 | $966.00 |
| 121 | Tax Matters | 10 | $13,000 | 4.10 | $5,658.00 |
| 122 | Non-Working Travel | 0 | $0 | 0 | $0.00 |
| 123 | U.S. Trustee Issues | 5 | $6,500 | 0 | $0.00 |
| 124 | Vendor and Supplier Matters | 10 | $13,000 | 0 | $0.00 |
| 125 | Utilities Matters | 0 | $0 | 0 | $0.00 |
| 126 | Investigations | 0 | $0 | 0 | $0.00 |
| 127 | Avoidance Actions | 0 | $0 | 0 | $0.00 |
| **Totals** | | **645.00** | **$838,500.00** | **492.80** | **$708,959.00** |

---

[1] Calculated using a blended rate of $1,300.

## Staffing Plan

### November 1, 2024 – December 17, 2024

| Category of Timekeeper | Estimated Number of Timekeepers Expected to Work on Matter During the Budget Period | Range of Hourly Rate |
|---|---|---|
| Partner | 3 | $1,400-$2,000 |
| Counsel | 2 | $1,325-$1,915 |
| Special Counsel | 1 | $1,205-$1,550 |
| Associate | 5 | $780-$1,380 |
| Paralegal | 2 | $350-$650 |