# EXHIBIT B

**Summary of Expense Reimbursement Requested By Category**

MONTHLY COMPENSATION PERIOD

Summary of Expense Reimbursement Requested By Category

For the Period from November 1, 2024 through December 17, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $700.90 |
| Legal Research | Westlaw | $596.16 |
| **Total** | | **$1297.06** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 23-10020 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | February 14, 2025 |
| Interim or Final: | Combined Seventh Monthly and Final |



| | |
|---|---|
| Express, Inc. - Official Committee of Un | Invoice Number    4390510 |
| N/A - Committee N/A - Committee | Invoice Date       12/10/24 |
| One Express Drive | Client Number       391459 |
| Columbus, OH 43230 | Matter Number        00001 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/01/24 | Westlaw Research - Maxwell Hanamirian | 149.04 |
| 11/20/24 | Westlaw Research - Maxwell Hanamirian | 447.12 |
| | Total Westlaw Legal Research | 596.16 |
| | Epiq Relativity eDiscovery Costs | 376.60 |
| | CURRENT EXPENSES | 972.76 |
| | TOTAL AMOUNT OF THIS INVOICE | 972.76 |

53572301.1 02/04/2025



| | |
|---|---|
| Express, Inc. - Official Committee of Un | Invoice Number  4399478 |
| N/A - Committee N/A - Committee | Invoice Date  01/27/25 |
| One Express Drive | Client Number  391459 |
| Columbus, OH 43230 | Matter Number  00001 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Epiq Relativity eDiscovery Costs | 324.30 |
| CURRENT EXPENSES | 324.30 |
| TOTAL AMOUNT OF THIS INVOICE | 324.30 |

55008885.1 02/04/2025

# FINAL COMPENSATION PERIOD

## Summary of Expense Reimbursement Requested By Category

### For the Period from May 7, 2024 through December 17, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $3,011.00 |
| Filing Fees | Delaware District Court (pro hac motions) | $200.00 |
| Legal Research | Westlaw | $11,719.68 |
| Outside Reproduction | Reliable Copy Services – DE | $218.79 |
| Transcripts | Reliable Copy Services – DE | $603.85 |
| **Total** | | **$15,753.32** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 23-10020 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | February 14, 2025 |
| Interim or Final: | Combined Seventh Monthly and Final |