# EXHIBIT C

**Customary and Comparable Compensation Disclosures**

## MONTHLY COMPENSATION PERIOD

## BILLING DISCLOSURES FOR SAUL EWING LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
| Senior Partners | 0 | $653.00 | $0.00 |
| Junior Partners | 1 | $552.00 | $645.00 |
| Counsel | 0 | $565.00 | $0.00 |
| Senior Associates | 1 | $409.00 | $430.00 |
| Junior Associates | 2 | $336.00 | $307.24 |
| Paralegal / Paraprofessional | 1 | $284.00 | $285.00 |
| Other (Litigation Support, Clerical) | 0 | $269.00 | $0.00 |
| **Aggregated:** | | **$504.00** | **$434.09** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 23-10020 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | February 14, 2025 |
| Interim or Final: | Combined Seventh Monthly and Final |

2

# FINAL COMPENSATION PERIOD

# BILLING DISCLOSURES FOR SAUL EWING LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed<br>*This Application* |
| Senior Partners | 1 | $653.00 | $650.00 |
| Junior Partners | 2 | $552.00 | $638.36 |
| Counsel | 1 | $565.00 | $520.00 |
| Senior Associates | 2 | $409.00 | $430.02 |
| Junior Associates | 2 | $336.00 | $304.06 |
| Paralegal / Paraprofessional | 2 | $284.00 | $283.51 |
| Other (Litigation Support, Clerical) | 4 | $269.00 | $354.56 |
| **Aggregated:** | | **$504.00** | **$452.96** |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 23-10020 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | February 14, 2025 |
| Interim or Final: | Combined Seventh Monthly and Final |