# EXHIBIT F

**Summary Cover Sheet of Fee Application**

| Name of Applicant: | Saul Ewing LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of EXP OldCo Winddown, Inc., *et al*. |
| Monthly Period for which compensation and reimbursement is sought: | *Start:* November 1, 2024<br>*End:* December 17, 2024 |
| Total compensation sought for the monthly period: | $88,553.75 |
| Total expenses sought for the monthly period: | $1,297.06 |
| Final Period for which compensation and reimbursement is sought: | *Start:* May 7, 2024<br>*End:* December 17, 2024 |
| Total compensation sought for the final period: | $726,098.25 |
| Total expenses sought for the final period: | $15,753.32 |
| Petition Date: | April 22, 2024 |
| Retention Date: | May 7, 2024 |
| Date of order approving employment: | June 25, 2024 |
| Total compensation approved by interim order to date: | $637,544.50 |
| Total expenses approved by interim order to date: | $14,456.26 |
| Total allowed compensation paid to date: | $637,544.50 |
| Total allowed expenses paid to date: | $14,456.26 |
| Blended rate in this application for all attorneys: | $463.45 |
| Blended rate in this application for all timekeepers: | $452.96 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.0 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of Professionals Included in this Application: | 14 |
| Number of professionals billing fewer than 15 hours to the case during this period: | 7 |

2

| | |
|---|---|
| If applicable, number of professionals in this application not included in staffing plan approved by client: | 4 |
| If applicable, difference between fees budgeted and compensation sought for this period: | $177,901.75 (under budget) |
| Are rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

| | |
|---|---|
| Case Name: | EXP OldCo Winddown, Inc., *et al.* |
| Case Number: | 23-10020 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | February 14, 2025 |
| Interim or Final: | Combined Seventh Monthly and Final |

2

55003386.2 02/14/2025