# **EXHIBIT B**

**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 17, 2024**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Paul Huygens, Principal | $1,420 | 8.3 | $11,786.00 |
| Michael Robinson, Managing Director | $940 | 24.6 | $23,124.00 |
| Kirsten Lee, Senior Associate | $580 | 29.1 | $16,878.00 |
| Kennet Mendez, Associate | $490 | 62.3 | $30,527.00 |
| Andy Zhang, Analyst | $440 | 4.2 | $1,848.00 |
| Jameson Godsey, Analyst | $350 | 2.6 | $910.00 |
| **Grand Total** |  | **131.1** | **$85,073.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 72.0 | $46,394.00 |
| Claims Analysis and Objections | 22.3 | $12,307.00 |
| Committee Activities | 9.5 | $5,516.00 |
| Court Hearings | 1.2 | $912.00 |
| Fee/Employment Applications | 0.2 | $284.00 |
| Plan and Disclosure Statement | 25.9 | $19,660.00 |
| **Grand Total** | **131.1** | **$85,073.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/2/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 0.70 | 940.00 | $658.00 |
| 12/2/2024 | Andy Zhang | Reviewed and analyzed the updated claim objections schedule, prepared summaries for the team re: active workstream (2/2). | Claims Analysis and Objections | 2.30 | 440.00 | $1,012.00 |
| 12/2/2024 | Andy Zhang | Reviewed and analyzed the updated claim objections schedule, prepared summaries for the team re: active workstream (1/2). | Claims Analysis and Objections | 1.90 | 440.00 | $836.00 |
| 12/2/2024 | Kennet Mendez | Reviewed and engaged in several diligence workstream discussions with the M3 team (Part 2 of 2). | Business Analysis / Operations | 0.90 | 490.00 | $441.00 |
| 12/2/2024 | Kennet Mendez | Developed a template for disallowed UCC claims for additional claims to be disputed for voting purposes. | Claims Analysis and Objections | 0.80 | 490.00 | $392.00 |
| 12/2/2024 | Kennet Mendez | Analyzed and prepared certain UCC claims summary for discussion with Committee member. | Claims Analysis and Objections | 1.10 | 490.00 | $539.00 |
| 12/2/2024 | Kirsten Lee | Reviewed updated confirmation order. | Plan and Disclosure Statement | 2.40 | 580.00 | $1,392.00 |
| 12/2/2024 | Kennet Mendez | Evaluated Costa Rica update concerning transfer of assets to Ultrapark. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 12/2/2024 | Kennet Mendez | Reviewed and engaged in several diligence workstream discussions with the M3 team (Part 1 of 2). | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 12/2/2024 | Kennet Mendez | Assessed Costa Rica update on settlement and tax payment for local assets. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 12/2/2024 | Paul Huygens | Reviewed Chubb plan objection. | Plan and Disclosure Statement | 0.30 | 1,420.00 | $426.00 |
| 12/2/2024 | Kirsten Lee | Reviewed proposed list of objected claims prepared by debtors. | Claims Analysis and Objections | 2.30 | 580.00 | $1,334.00 |
| 12/2/2024 | Jameson Godsey | Cross-referenced a list of insurers, confirming there are no affiliations with Chubbs insurance. | Business Analysis / Operations | 2.60 | 350.00 | $910.00 |
| 12/2/2024 | Kennet Mendez | Assisted in developing and reviewed the draft form of the disallowed UCC claims analysis. | Claims Analysis and Objections | 1.10 | 490.00 | $539.00 |
| 12/2/2024 | Kennet Mendez | Reviewed and analyzed Costa Rica update regarding free trade zone resignation. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 12/3/2024 | Kennet Mendez | Examined Costa Rica update about tax payment for imported (nationalized) assets. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 12/3/2024 | Kirsten Lee | Correspondence with M3 re: draws on surety bonds. | Business Analysis / Operations | 1.10 | 580.00 | $638.00 |
| 12/3/2024 | Paul Huygens | Reviewed and corresponded re: committee WIP list (0.2). Reviewed GUC vote tabulation worksheet (0.2). | Business Analysis / Operations | 0.40 | 1,420.00 | $568.00 |
| 12/3/2024 | Kirsten Lee | Reviewed updated draft of plan. | Plan and Disclosure Statement | 2.60 | 580.00 | $1,508.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/3/2024 | Kennet Mendez | Reviewed Costa Rica update on tax settlement for imported (nationalized) assets. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 12/3/2024 | Michael Robinson | Update call with counsel. | Business Analysis / Operations | 1.00 | 940.00 | $940.00 |
| 12/3/2024 | Kennet Mendez | Studied Costa Rica update on cancellation of permits and registrations. | Business Analysis / Operations | 1.90 | 490.00 | $931.00 |
| 12/3/2024 | Kirsten Lee | Call with Committee professionals to discuss case updates. | Committee Activities | 0.50 | 580.00 | $290.00 |
| 12/3/2024 | Michael Robinson | Worked through wind down related matters. | Business Analysis / Operations | 1.90 | 940.00 | $1,786.00 |
| 12/3/2024 | Kennet Mendez | Analyzed Costa Rica update related to dissolution and liquidation. | Business Analysis / Operations | 1.80 | 490.00 | $882.00 |
| 12/3/2024 | Kennet Mendez | Reviewed UCC professionals e-mail correspondences re: the assignment of the wind-down debtors oversight committee. | Committee Activities | 0.40 | 490.00 | $196.00 |
| 12/3/2024 | Kirsten Lee | Call with UCC professionals. | Committee Activities | 1.00 | 580.00 | $580.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Pioneer Knitwears. | Claims Analysis and Objections | 0.20 | 490.00 | $98.00 |
| 12/4/2024 | Paul Huygens | Reviewed and corresponded re: compiled plan supplement. | Plan and Disclosure Statement | 0.80 | 1,420.00 | $1,136.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Polar Goose. | Claims Analysis and Objections | 0.20 | 490.00 | $98.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for South Asia Knitting. | Claims Analysis and Objections | 0.30 | 490.00 | $147.00 |
| 12/4/2024 | Paul Huygens | Reviewed latest draft claims objections worksheet and proposed exhibits. | Claims Analysis and Objections | 1.10 | 1,420.00 | $1,562.00 |
| 12/4/2024 | Kirsten Lee | Updated wind down budget based on comments from counsel. | Business Analysis / Operations | 2.40 | 580.00 | $1,392.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Seshin Apparel. | Claims Analysis and Objections | 0.20 | 490.00 | $98.00 |
| 12/4/2024 | Kirsten Lee | Reviewed schedules to claims objections. | Claims Analysis and Objections | 1.90 | 580.00 | $1,102.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Garment 10. | Claims Analysis and Objections | 0.20 | 490.00 | $98.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Silver Sparks. | Claims Analysis and Objections | 0.30 | 490.00 | $147.00 |
| 12/4/2024 | Kennet Mendez | Shared the latest D&O Tower insurance visualization with the Kramer Levin team. | Claims Analysis and Objections | 0.30 | 490.00 | $147.00 |
| 12/4/2024 | Kennet Mendez | Drafted a comprehensive report for UCC professionals outlining updates on the Costa Rica dissolution. | Committee Activities | 1.20 | 490.00 | $588.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/4/2024 | Michael Robinson | Worked through wind down related activities. | Business Analysis / Operations | 1.90 | 940.00 | $1,786.00 |
| 12/4/2024 | Kennet Mendez | Prepared a detailed update for UCC professionals summarizing the developments regarding Iron Mountain. | Committee Activities | 1.10 | 490.00 | $539.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Artistic Milliners. | Claims Analysis and Objections | 0.10 | 490.00 | $49.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Qingdao. | Claims Analysis and Objections | 0.10 | 490.00 | $49.00 |
| 12/4/2024 | Kennet Mendez | Developed a UCC claims objection summary for Shahi Exports. | Claims Analysis and Objections | 0.20 | 490.00 | $98.00 |
| 12/5/2024 | Kirsten Lee | Prep with Province team for call with future plan admin. | Plan and Disclosure Statement | 0.50 | 580.00 | $290.00 |
| 12/5/2024 | Kennet Mendez | Reviewed and summarized the Chubb plan language objections and comments for the committee. | Plan and Disclosure Statement | 1.20 | 490.00 | $588.00 |
| 12/5/2024 | Michael Robinson | Worked through wind down related tasks. | Business Analysis / Operations | 2.10 | 940.00 | $1,974.00 |
| 12/5/2024 | Kirsten Lee | Call with Province team to discuss wind down items. | Committee Activities | 0.50 | 580.00 | $290.00 |
| 12/5/2024 | Michael Robinson | Continued working through wind down related items. | Business Analysis / Operations | 2.30 | 940.00 | $2,162.00 |
| 12/5/2024 | Kennet Mendez | Analyzed the tabulation report prepared by K&E. | Plan and Disclosure Statement | 0.70 | 490.00 | $343.00 |
| 12/5/2024 | Kennet Mendez | Analyzed and summarized the redline reports for the first omnibus objection (re: voting) from Saul Ewing. | Claims Analysis and Objections | 0.80 | 490.00 | $392.00 |
| 12/5/2024 | Kennet Mendez | Analyzed and crafted follow-up questions related to Paragraph 117 concerning the rights associated with the Surety bond obligation. | Plan and Disclosure Statement | 1.40 | 490.00 | $686.00 |
| 12/5/2024 | Kennet Mendez | Reviewed and summarized the redline analysis for the limited omnibus objection (re: voting) by Saul Ewing. | Claims Analysis and Objections | 0.90 | 490.00 | $441.00 |
| 12/5/2024 | Kennet Mendez | Analyzed and incorporated the revised monthly fee structure for the plan administrator based on counsel's comments. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 12/5/2024 | Kennet Mendez | Developed follow-up questions regarding Paragraph 116 focusing on the rights and obligations tied to the Surety collateral. | Plan and Disclosure Statement | 1.20 | 490.00 | $588.00 |
| 12/5/2024 | Kennet Mendez | Reviewed the latest committee professionals WIP workstream list for confirmation. | Committee Activities | 0.80 | 490.00 | $392.00 |
| 12/5/2024 | Michael Robinson | Update call with the future plan admin. | Plan and Disclosure Statement | 0.50 | 940.00 | $470.00 |
| 12/5/2024 | Kirsten Lee | Call with future plan admin to discuss post-effective items. | Plan and Disclosure Statement | 0.50 | 580.00 | $290.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/5/2024 | Kirsten Lee | Updated wind down budget and post-effective items. | Business Analysis / Operations | 2.40 | 580.00 | $1,392.00 |
| 12/5/2024 | Kennet Mendez | Reviewed and formulated follow-up questions on Paragraph 115 of the Plan Supplement addressing surety collateral from Wells Fargo and the LMIC surety bond. | Plan and Disclosure Statement | 1.30 | 490.00 | $637.00 |
| 12/5/2024 | Kennet Mendez | Evaluated and compiled insights from the redline reports for the second omnibus objection (re: voting) by Saul Ewing. | Claims Analysis and Objections | 1.10 | 490.00 | $539.00 |
| 12/6/2024 | Paul Huygens | Reviewed and corresponded amongst UCC professional team re: draft Wind Down Transactions Memo. | Plan and Disclosure Statement | 0.30 | 1,420.00 | $426.00 |
| 12/6/2024 | Kennet Mendez | Reviewed and analyzed the comprehensive UCC professionals and committee update note re: oversight committee, plan administrator compensation, and voting deadline considerations. | Committee Activities | 1.10 | 490.00 | $539.00 |
| 12/6/2024 | Kirsten Lee | Reviewed outreach from claimants. | Claims Analysis and Objections | 2.10 | 580.00 | $1,218.00 |
| 12/6/2024 | Kennet Mendez | Enhanced the TSA staffing section of the wind-down and post-effective update summary with material revisions. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 12/6/2024 | Kennet Mendez | Sent additional follow-up requests to M3 and Phoenix regarding the timing and collection of the letters of credit due to the estate. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 12/6/2024 | Kennet Mendez | Finalized updates for the records stored at Iron Mountain in the wind-down and post-effective update summary. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 12/6/2024 | Kennet Mendez | Updated the ongoing dissolution process for Costa Rica in the wind-down and post-effective update summary. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 12/6/2024 | Kennet Mendez | Developed and shared updated diligence request list to M3 regarding the Iron Mountain invoices and potential in-person review requests. | Business Analysis / Operations | 0.70 | 490.00 | $343.00 |
| 12/6/2024 | Kirsten Lee | Reviewed updated draft of Plan from K&E. | Plan and Disclosure Statement | 1.90 | 580.00 | $1,102.00 |
| 12/6/2024 | Michael Robinson | Worked through wind down related activities. | Business Analysis / Operations | 2.80 | 940.00 | $2,632.00 |
| 12/6/2024 | Kennet Mendez | Revised and updated the corporate records storage section of the wind-down and post-effective update summary. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 12/7/2024 | Kennet Mendez | Compiled a wind-down update summary for the Plan Administrator addressing the Debtors' 503(b)(9) analysis. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 12/7/2024 | Kennet Mendez | Created follow-up questions regarding tax obligations in the Costa Rica dissolution process. | Business Analysis / Operations | 0.50 | 490.00 | $245.00 |
| 12/7/2024 | Kennet Mendez | Prepared follow-up questions addressing asset proceeds within the Costa Rica dissolution process. | Business Analysis / Operations | 0.30 | 490.00 | $147.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/7/2024 | Kennet Mendez | Created an update summary for the Plan Administrator focusing on claims objection analysis for the upcoming omnibus hearing. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 12/7/2024 | Kennet Mendez | Provided material updates to the claims section of the wind-down and post-effective update summary. | Claims Analysis and Objections | 0.40 | 490.00 | $196.00 |
| 12/7/2024 | Kennet Mendez | Developed inquiries about administrative timing in the Costa Rica dissolution process. | Business Analysis / Operations | 0.60 | 490.00 | $294.00 |
| 12/7/2024 | Kennet Mendez | Prepared a wind-down update summary for the Plan Administrator detailing the Iron Mountain inventory list. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 12/7/2024 | Kennet Mendez | Developed a wind-down update summary for the Plan Administrator summarizing active bank accounts. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 12/7/2024 | Kennet Mendez | Drafted follow-up questions related to reinstatement costs for the Costa Rica dissolution process. | Business Analysis / Operations | 0.40 | 490.00 | $196.00 |
| 12/7/2024 | Kennet Mendez | Formulated questions regarding the impact on the Plan Administrator during the Costa Rica dissolution process. | Business Analysis / Operations | 0.20 | 490.00 | $98.00 |
| 12/7/2024 | Kennet Mendez | Designed follow-up questions focusing on contingency planning for the Costa Rica dissolution process. | Business Analysis / Operations | 0.30 | 490.00 | $147.00 |
| 12/9/2024 | Kennet Mendez | Completed the review and analysis of the latest Iron Mountain Facilities services agreement (Part 2 of 2). | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 12/9/2024 | Michael Robinson | Worked through wind down related matters. | Business Analysis / Operations | 2.60 | 940.00 | $2,444.00 |
| 12/9/2024 | Paul Huygens | Reviewed KE plan update redline (0.5) and latest drafts of the Company, M3, and DD declarations in support of confirmation (0.7). | Plan and Disclosure Statement | 1.20 | 1,420.00 | $1,704.00 |
| 12/9/2024 | Kennet Mendez | Examined and evaluated the Iron Mountain customer agreement. | Business Analysis / Operations | 1.60 | 490.00 | $784.00 |
| 12/10/2024 | Michael Robinson | Worked through wind down matters. | Business Analysis / Operations | 2.30 | 940.00 | $2,162.00 |
| 12/10/2024 | Paul Huygens | Reviewed draft confirmation brief. | Plan and Disclosure Statement | 1.10 | 1,420.00 | $1,562.00 |
| 12/10/2024 | Kirsten Lee | Call with UCC professionals. | Committee Activities | 0.50 | 580.00 | $290.00 |
| 12/10/2024 | Michael Robinson | Update call with counsel. | Business Analysis / Operations | 1.00 | 940.00 | $940.00 |
| 12/10/2024 | Paul Huygens | Reviewed committee WIP list (0.1) and participated in UCC professionals call re: same and next steps (0.4). | Committee Activities | 0.50 | 1,420.00 | $710.00 |
| 12/11/2024 | Kirsten Lee | Worked through items related to the plan and wind down strategy. | Plan and Disclosure Statement | 2.10 | 580.00 | $1,218.00 |
| 12/11/2024 | Paul Huygens | Reviewed limited plan objections. | Plan and Disclosure Statement | 0.30 | 1,420.00 | $426.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2024 | Kirsten Lee | Reviewed latest draft of confirmation order prepared by K&E. | Plan and Disclosure Statement | 1.90 | 580.00 | $1,102.00 |
| 12/11/2024 | Kennet Mendez | Conducted a detailed review and analysis of the latest Iron Mountain Facilities services agreement (Part 1 of 2). | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 12/11/2024 | Kirsten Lee | Reviewed updated draft of committee presentation. | Committee Activities | 1.90 | 580.00 | $1,102.00 |
| 12/11/2024 | Kennet Mendez | Evaluated and outlined the claims objections for Claims 1495 and 1496 pertaining to HGP TIC, LLC. | Claims Analysis and Objections | 0.90 | 490.00 | $441.00 |
| 12/11/2024 | Kennet Mendez | Reviewed and summarized the claims objection filed for Claim 1533 related to 1552 Broadway Retail Owner, LLC. | Claims Analysis and Objections | 0.70 | 490.00 | $343.00 |
| 12/11/2024 | Kennet Mendez | Analyzed and documented the claims objection associated with Claim 1558 for TrueSource, LLC. | Claims Analysis and Objections | 0.80 | 490.00 | $392.00 |
| 12/11/2024 | Paul Huygens | Reviewed KE further revised confirmation order. | Plan and Disclosure Statement | 0.40 | 1,420.00 | $568.00 |
| 12/12/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 1.70 | 940.00 | $1,598.00 |
| 12/12/2024 | Kennet Mendez | Evaluated and summarized Dentons' response regarding Costa Rican reinstatement costs. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 12/12/2024 | Kennet Mendez | Reviewed and assessed Dentons' response addressing Costa Rican tax obligations. | Business Analysis / Operations | 1.50 | 490.00 | $735.00 |
| 12/12/2024 | Paul Huygens | Reviewed and corresponded re: debtor professional fee requests. | Fee / Employment Applications | 0.20 | 1,420.00 | $284.00 |
| 12/12/2024 | Paul Huygens | Reviewed latest vote tabulation report. | Plan and Disclosure Statement | 0.30 | 1,420.00 | $426.00 |
| 12/12/2024 | Kennet Mendez | Analyzed the feedback from Dentons on Costa Rican administrative timing considerations. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 12/13/2024 | Kennet Mendez | Reviewed and summarized the round two post-filing plan revisions redline markups sent by K&E. | Plan and Disclosure Statement | 1.60 | 490.00 | $784.00 |
| 12/13/2024 | Kennet Mendez | Reviewed and interpreted Dentons' response on contingency planning for the Costa Rican process. | Business Analysis / Operations | 1.40 | 490.00 | $686.00 |
| 12/13/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 0.70 | 940.00 | $658.00 |
| 12/13/2024 | Kennet Mendez | Reviewed and analyzed the latest active bank account summary. | Business Analysis / Operations | 0.80 | 490.00 | $392.00 |
| 12/13/2024 | Paul Huygens | Reviewed Transier declaration and final debtorsbrief in support of confirmation. | Plan and Disclosure Statement | 1.00 | 1,420.00 | $1,420.00 |
| 12/13/2024 | Kennet Mendez | Examined Dentons' insights concerning the impact on the Plan Administrator related to Costa Rica. | Business Analysis / Operations | 1.70 | 490.00 | $833.00 |
| 12/13/2024 | Paul Huygens | Reviewed and corresponded with UCC professional team re: plan objection and opt in language. | Plan and Disclosure Statement | 0.40 | 1,420.00 | $568.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/14/2024 | Kennet Mendez | Finalized the litigation trust funding portion of the proposed budget for the plan administrator's sign-off. | Business Analysis / Operations | 1.20 | 490.00 | $588.00 |
| 12/14/2024 | Kennet Mendez | Finalized the wind down expense portion of the proposed budget for the plan administrator's sign-off. | Business Analysis / Operations | 1.30 | 490.00 | $637.00 |
| 12/16/2024 | Michael Robinson | Worked through wind down related tasks. | Business Analysis / Operations | 1.70 | 940.00 | $1,598.00 |
| 12/17/2024 | Kirsten Lee | Telephonically attended confirmation hearing. | Court Hearings | 0.60 | 580.00 | $348.00 |
| 12/17/2024 | Michael Robinson | Telephonically attended the confirmation hearing. | Court Hearings | 0.60 | 940.00 | $564.00 |
| 12/17/2024 | Michael Robinson | Worked through counsel-based requests. | Business Analysis / Operations | 0.80 | 940.00 | $752.00 |