**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FINAL FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | effective as of the Petition Date, April 22, 2024 |
| Date of Order Approving Retention [Docket No. 388] | June 4, 2024 |
| Period for which compensation and reimbursement is sought: | April 22, 2024 through December 17, 2024 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $1,562,607.00 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $8,892.50 |
| Total Final Fees and Expenses sought: | $1,571,499.50 |
| Total Compensation Approved by Interim Order to Date: | $622,781.00 |

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

| | |
|---|---|
| Total Expenses Approved by Interim Order to Date: | $6,487.03 |
| Total Compensation Paid to Date for this period: | $1,374,641.80 |
| Total Expenses Paid to Date for this period: | $8,790.30 |
| Blended Rate in this Application for all Attorneys: | $612.54 |
| Blended Rate in this Application for all timekeepers: | $580.72 |
| Compensation sought in this Application already paid pursuant to monthly compensation order but not yet allowed: | $1,374,641.80 |
| Expenses sought in this Application already paid pursuant to monthly compensation order but not yet allowed: | $8,790.30 |
| Number of Professionals included in this Application: | 13 |
| Number of Professionals billing fewer than 15 hours to the case during this period: | 2 |
| Are any rates higher than those approved or disclosed at retention? | No |
| This is a(n): | Final Application |

This is the final fee application filed in this case.

## PRIOR APPLICATIONS

| Prior Applications: | | Requested | | Approved | | Fee Holdback |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | |
| First Monthly Filed 6/11/2024 DI No. 437 CNO DI No. 585 Filed 7/8/2024 | 4/22/2024-5/31/2024 | $282,453.50 | $2,578.69 | $225,962.80 | $2,578.69 | $56,490.70 |
| Second Monthly Filed 7/23/2024 DI No. 640 CNO DI No. 724 Filed 8/14/2024 | 6/1/2024-6/30/2024 | $140,286.00 | $2,867.24 | $112,228.80 | $2,867.24 | $28,057.20 |
| Third Monthly Filed 8/23/2024 DI No. 742 CNO DI No. 824 Filed 9/17/2024 | 7/1/2024-7/31/2024 | $200,041.50 | $1,041.10 | $160,033.20 | $1,041.10 | $40,008.30 |
| Fourth Monthly Filed 9/18/2024 DI No. 825 CNO DI No. 889 Filed 10/10/2024 | 8/1/2024-8/31/2024 | $249,081.00 | $0.00 | $199,264.80 | $0.00 | $49,816.20 |
| Fifth Monthly Filed 10/30/2024 DI No. 948 CNO DI No. 1047 | 9/1/2024-9/30/2024 | $335,889.00 | $339.00 | $268,711.20 | $339.00 | $67,177.80 |
| Sixth Monthly Filed 11/12/2024 DI No. 985 CNO DI No. 1083 | 10/1/2024-10/31/2024 | $215,682.50 | $1,720.37 | $172,546.00 | $1,720.37 | $43,136.50 |
| Seventh Monthly Filed 12/6/2024 DI No. 1095 CNO DI No. 1183 | 11/1/2024-11/30/2024 | $59,592.50 | $243.90 | $47,674.00 | $243.90 | $11,918.50 |
| Eighth Monthly Filed 1/13/2025 DI No. 1218 CNO DI No. 1279 | 12/1/2024-12/17/2024 | $79,581.00 | $102.20 | $63,664.80 | $102.20 | $15,916.20 |
| **TOTAL:** | | **$1,562,607.00** | **$8,892.50** | **$1,250,085.60** | **$8,892.50** | **$312,521.40** |

11332385.v1

**TIME AND COMPENSATION BREAKDOWN**
**APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Morton R. Branzburg | Bankruptcy & Restructuring Founding Partner Admitted to Bar 1976 | $925.00 | 21.60 | $19,980.00 |
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $850.00 | 492.60 | $418,710.00 |
| Michael Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $650.00 | 489.70 | $318,305.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $570.00 | 401.90 | $229,083.00 |
| Catherine V. Wigglesworth | Litigation Partner Admitted to Bar 2012 | $570.00 | 294.10 | $167,637.00 |
| Michael P. Bannon | Litigation Associate Admitted to Bar 2022 | $480.00 | 3.00 | $1,440.00 |
| C. Quincy Conrad | Litigation Associate Admitted to Bar 2019 | $475.00 | 196.10 | $93,147.50 |
| Issabella H. Gray | Litigation Associate Admitted to Bar 2021 | $440.00 | 93.50 | $41,140.00 |
| Alyssa M. Radovanovich | Bankruptcy & Restructuring Associate Admitted to Bar 2022 | $435.00 | 61.80 | $26,883.00 |
| Benjamin Fischer | Bankruptcy & Restructuring Associate Admitted to Bar 2024 | $435.00 | 217.30 | $94,525.50 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $415.00 | 98.20 | $40,753.00 |
| Ciera S. Bennett | Litigation Paralegal | $375.00 | 8.60 | $3,225.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $345.00 | 312.40 | $107,778.00 |
| **TOTALS** | | | **2,690.80** | **$1,562,607.00** |
| **BLENDED RATE** | | | | **$580.72** |

11332385.v1

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Asset Disposition | AD | 32.90 | $25,992.50 |
| Assumption and Rejection of Leases and Contracts | AL | 70.90 | $40,738.00 |
| Business Operations | BU | 9.50 | $7,377.00 |
| Claims Administration and Objections | CB | 21.90 | $12,294.00 |
| Corporate Governance and Board Matters | CG | 8.30 | $5,446.00 |
| Case Administration | CS | 368.70 | $208,302.50 |
| Employment and Fee Applications | EF | 185.80 | $95,599.50 |
| Financing and Cash Collateral | FI | 32.10 | $23,258.00 |
| Litigation: Contested Matters and Adversary Proceedings/Investigation | LC | 1577.70 | $900,371.50 |
| Meetings and Communications with Creditors | MC | 7.00 | $4,141.50 |
| Plan and Disclosure Statement | PD | 314.30 | $203,326.00 |
| Reporting | RG | 57.40 | $32,910.50 |
| Relief from Stay and Adequate Protection | RS | 4.30 | $2,850.00 |
| **TOTAL** | | **2,690.80** | **$1,562,607.00** |

11332385.v1

**EXPENSE SUMMARY**
**APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---:|
| Filing Fees-Delaware Bankruptcy Court and District Court | $550.00 |
| Meals | $435.09 |
| Postage | $2.35 |
| Online Research | $2,361.27 |
| Outside Printing – Reliable | $5,518.79 |
| Copying | $25.00 |
| **TOTAL** | **$8,892.50** |

**C-1**
**BUDGET FOR THE PERIOD**
**APRIL 22, 2024 THROUGH DECEMBER 17, 2024**
**KLEHR HARRISON HARVEY BRANZBURG LLP**

| Matter Code | Project Category Description | Hours[2] Budgeted | Actual Hours | Total Compensation Budgeted | Actual Compensation |
|---|---|---|---|---|---|
| Bankruptcy Proceedings | | | | | |
| AD | Asset Disposition | 50 | 32.90 | $25,000 | $25,992.50 |
| AL | Assumption/Rejection of Leases and Contracts | 100 | 70.90 | $50,000 | $40,738.00 |
| CB | Claims Administration and Objections | 50 | 21.90 | $25,000 | $12,294.00 |
| CS | Case Administration | 450 | 368.70 | $250,000 | $208,302.50 |
| EF | Employment & Fee Applications | 200 | 185.80 | $100,000 | $95,599.50 |
| MC | Meetings & Communications with Creditors | 50 | 7.00 | $25,000 | $4,141.50 |
| PD | Plan and Disclosure Statement | 300 | 314.30 | $200,000 | $203,326.00 |
| RS | Relief from Stay and Adequate Protection | 25 | 4.30 | $12,500 | $2,850.00 |
| Operational Issues | | | | | |
| BU | Business Operations | 25 | 9.50 | $12,500 | $7,377.00 |
| CG | Corporate Governance and Board Matters | 0 | 8.30 | $0.00 | $5,446.00 |
| FI | Financing/Cash Collateral | 50 | 32.10 | $25,000 | $23,258.00 |
| RG | Reporting | 50 | 57.40 | $25,000 | $32,910.50 |
| Adversarial Matters | | | | | |
| LC | Litigation/Adversary Proceedings/Contested Matters/Investigation | 1700 | 1577.70 | $1,000,000 | $900,371.50 |
| | **TOTAL** | **3050.00** | **2690.80** | **$1,750,000** | **$1,562,607.00** |

---

[2] Budget reflects period through December 2024

11332385.v1

**C-2**
**STAFFING PLAN FOR THE PERIOD**
**APRIL 22, 2024 THROUGH DECEMBER 17, 2024**
**KLEHR HARRISON HARVEY BRANZBURG LLP**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Number of Timekeepers Actually Worked on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|---|
| Partner | 5 | 5 | $713.00 |
| Counsel | 0 | 0 | N/A |
| Associate | 3 | 6 | $446.67 |
| Paralegal | 2 | 2 | $360.00 |
| **Total** | **10** | **13** | **$535.77** |

**C-3**
**CUSTOMARY AND COMPARABLE**
**COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**
**KLEHR HARRISON HARVEY BRANZBURG LLP**

| Category of Timekeeper | Blended Hourly in comparable practice areas[3] | Blended Hourly Firm-wide[4] | Blended Hourly Rate for this Case |
|---|---|---|---|
| Partner | $687.00 | $602.00 | $718.24 |
| Counsel | $468.00 | $475.00 | N/A |
| Associate | $410.00 | $384.00 | $444.67 |
| Paralegal | $342.00 | $289.00 | $346.64 |
| All Timekeepers | $602.00 | $509.00 | $626.80 |

---

[3] Klehr Harrison's hourly rates for complex bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Klehr Harrison's hourly rates for bankruptcy services are comparable to the rates charged by the firm for other complex corporate, real estate, tax, and litigation matters. This column reflects the blended hourly rates charged by the firm for the services performed for the 6-month period ending June 30, 2024 in comparable practice areas.

[4] This column reflects the blended hourly rates charged by the firm for the services performed for the 6-month period ending June 30, 2024 in all practice areas which include discounted, contingent, or fixed rate practice areas and excludes the Bankruptcy and Restructuring group.

11332385.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FINAL FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM APRIL 22, 2024 THROUGH DECEMBER 17, 2024**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to EXP OldCo Winddown, Inc., and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its final application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it final compensation and reimbursement of expenses for the period from April 22, 2024 through December 17, 2024. In support hereof, Klehr Harrison respectfully represents as follows:

**I.   JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and

---

[1]   The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

11332385.v1

this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II. BACKGROUND

2. On April 22, 2024, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On May 3, 2024, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On May 14, 2024, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Administrative Order").

5. On June 4, 2024, this Court entered an *Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 388] approving the retention of Klehr Harrison as co-counsel to the Debtors effective as of the Petition Date.

6. On November 6, 2024, the Court entered an order [Docket No. 969] (the "Disclosure Statement Order") approving the *Disclosure Statement Relating to the Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates* [Docket No. 955] (the "Disclosure Statement") and approving the solicitation procedures, forms of ballots and notices in connection therewith, and scheduling certain dates with respect confirmation.

7. On December 17, 2024, the Court entered an order [Docket No. 1150] (the "Confirmation Order") confirming the *Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1130] (the "Plan"). The Plan was

11332385.v1

substantially consummated and the Reorganized Debtors emerged from chapter 11 on December 31, 2024 (the "Effective Date").

8. In these chapter 11 cases, Klehr Harrison assisted the Debtors and its co-counsel Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E") in among other things, commencing these cases, obtaining critical operational and financing relief through the approval of numerous "first day" motions, implementing and obtaining approval of the sale of substantially all of the Debtors' assets, obtaining approval of the Disclosure Statement, and obtaining confirmation of the Debtors' Plan.  Further, Klehr Harrison, at the direction of the William Transier the disinterested director appointed by the Debtors' board of directors prior to the Petition Date (the "Disinterested Director"), conducted an investigation of certain historical transactions and actions by the Debtors, their board of directors, and management (the "Investigation").  Based upon the Investigation, and as a result of negotiations with the Committee, a resolution of the Committee's pending objections to the Plan and other relief was ultimately reached and incorporated into the Plan that was confirmed by the Court.

9. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from April 22, 2024 through December 17, 2024 (the "Final Compensation Period"), totaling 2690.80 hours of professional time.

10. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Final Compensation Period is $1,562,607.00.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

11. During the Final Compensation Period, Klehr Harrison represented the Debtors professionally and diligently, advising them on a variety of complex matters and issues, as a result

of which the Debtors took action to maximize the value of their estates for the benefit of all parties in interest.

12. With Klehr Harrison's advice and counsel and in conjunction with co-counsel Kirkland & Ellis LLP, and as lead counsel on the Investigation, the Debtors accomplished, among other things, the following achievements;

    (a) successfully filed for chapter 11 and secured approval of "first day" motions allowing the Debtors to smoothly transition operations into chapter 11;

    (b) obtained approval to use cash collateral and debtor-in-possession financing;

    (c) responded to numerous discovery requests from the Committee;

    (d) assisted in drafting and obtaining Court approval of Sale motions;

    (e) assisted with the work necessary to implement and close the court approved Sale transactions;

    (f) conducted the Investigation;

    (g) negotiated resolution of Committee issues regarding the matters in the Investigation and regarding objections to the Plan;

    (h) assisted in negotiating, drafting, and filing the Plan and related Disclosure Statement;

    (i) obtained a court order approving the adequacy of the Disclosure Statement and a court order confirming the Plan; and

    (j) consummated the transactions contemplated by the Plan and emerged from Chapter 11.

13. Klehr Harrison seeks approval in this Final Application of all fees and expenses incurred during the Final Compensation Period on a final basis.

14. During the Final Compensation Period, Klehr Harrison prepared and filed key first-day pleadings, stabilizing operations, negotiating with key stakeholders on several versions

of a plan and litigation items, and ultimately securing confirmation of the Plan. Furthermore, Klehr Harrison assisted the Debtors in satisfying the conditions precedent to the Effective Date.

15. Klehr Harrison's considerable time and effort during the Final Compensation Period on the Plan and other matters related to the chapter 11 cases positioned the Debtors to maximize value and confirm a plan of liquidation that went effective on December 31, 2024. These efforts allowed the Debtors to preserve their business and numerous jobs, thus maximizing the value of the estate for the benefit of all stakeholders. Klehr Harrison submits that the compensation and expense reimbursement sought herein for the necessary and beneficial professional services Klehr Harrison provided to the Debtors during the Final Compensation Period are reasonable and appropriate, commensurate with the scale, nature, and complexity of these chapter 11 cases, and should be approved.

16. Klehr Harrison has continuously rendered services on behalf of the Debtors for the Final Compensation Period, and by this Final Application, Klehr Harrison requests final allowance of compensation and reimbursement of expenses, for the Final Compensation Period, from April 22, 2024 through December 17, 2024, totaling 2690.80 hours of professional time for fees in the amount of $1,562,607.00 and reimbursement of expenses totaling $8,892.50.

### III. SUMMARY OF LEGAL SERVICES RENDERED

17. Among other things, Klehr Harrison attorneys and paraprofessionals performed the following major categories of services for the Debtors during the Final Compensation Period:

**Case Administration [CS]** This Project Category includes time spent on a variety of tasks that were necessary to ensure the efficient and smooth administration of legal services related to the Debtors' chapter 11 cases. Specifically, Klehr Harrison attorneys and paraprofessionals spent time:

      a.    managing and administering these chapter 11 cases on a daily basis, including tracking critical dates and establishing procedures for case administration and docket monitoring;

      b.    researching Delaware precedent (except where related to a specific billing matter);

      c.    organizing and maintaining document files for these cases;

      d.    preparing and filing revised service lists as required by the Bankruptcy Rules and case management procedures;

      e.    ensuring compliance with the service and notice requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, including coordinating service of pleadings and other related notices with the notice and claims agent retained in these chapter 11 cases;

      f.    ensuring compliance with all of the other applicable requirements of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules and orders or procedures issued by the Court;

      g.    participating in status conferences both internally and with the Debtors, advisors, and counsel with other constituents in the cases;

      h.    filing numerous pleadings in these chapter 11 cases during the Final Compensation Period.  In connection with these filings, Klehr Harrison drafted pleadings, prepared notices of motions, proposed orders, exhibits, and schedules, as applicable, and coordinated with the noticing agent to ensure the delivery of such pleadings to the Court, the U.S. Trustee, and other appropriate parties;

      i.    addressing the U.S. Trustee's comments to first-day motions and orders; and

      j.    monitoring the dockets for these chapter 11 cases to track the filing of pleadings and to remain apprised of critical dates, including those related to such pleadings. For each pleading filed, Klehr Harrison paraprofessionals ensured that the appropriate attorneys and personnel of the Debtors and the Debtors' other advisors remained apprised of the filed documents and relevant objection and response deadlines, hearing dates, and other critical dates.

**Employment & Fee Applications [EF]**  This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals providing services related to the retention of Klehr Harrison and the Debtors' other professionals in these chapter 11 cases and the preparation and filing of fee applications and associated notices for Klehr Harrison and the Debtors' other professionals in these chapter 11 cases.

**Asset Disposition [AD]**  This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals providing services related to (i) negotiating, drafting and seeking approval of the Sale of the Debtors' assets, (ii) addressing the U.S. Trustee's and other

11332385.v1

constituents' comments to the sale, and (iii) coordinating, drafting and implementing the transactions necessary to close the Sale transactions.

**Assumption/Rejection of Leases and Contracts [AL]** This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals providing services related to the assumption and assignment of virtually all of the Debtors' contracts and leases to the purchaser of the Debtors' assets.

**Business Operations [BU]** This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals providing services related to assisting the Debtors in addressing business operational issues throughout the cases.

**Claims Administration and Objections [CB]** This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals providing services related to addressing claims filed in the cases as well as addressing two class action litigation actions that resulted in agreed orders to address payment of these claims through available insurance proceeds.

**Financing and Cash Collateral [FI]** This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals in securing access to the use of cash collateral and obtaining debtor-in-possession financing during these chapter 11 cases. Specifically, Klehr Harrison attorneys and paraprofessionals spent time (i) assisting in preparing and revising the documenting the consensual use of cash collateral and debtor-in-possession financing; and (ii) preparing and/or revising the pleadings necessary to obtain an order of the Court authorizing the Debtors' use of cash collateral and debtor-in-possession financing.

**Litigation: Contested Matters, Adversary Proceedings, and Investigation [LC]** This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals preparing for and attending the hearings throughout these cases. Klehr Harrison was intimately involved in

the preparation of testimony, exhibits and arguments. This Project Category also includes significant time spent by Klehr Harrison attorneys and paraprofessionals conducting the Investigation as directed by the Disinterested Director. The Investigation reviewed and analyzed historical transactions and actions by the Debtors, their board of directors, and management dealings involving the Debtors and its related parties. The Investigation further included transactions and events during the relevant statutory period, dating back up to six years, that could give rise to potential claims and causes of action.

During the Investigation, the Disinterested Director, with the assistance of Klehr Harrison, issued document and information requests to the Debtors, and received and reviewed over 100,000 documents, comprising approximately 658,000 pages from the Debtors, relevant to the Investigation. The Disinterested Director, through counsel, also interviewed several current and former Company employees and board members. The interviews performed during the Investigation lasted more than 50 hours and covered in great detail the range of topics most relevant to the Investigation.

With the benefit of the Disinterested Director's preliminary conclusions with respect to the Investigation, the Debtors engaged in good-faith, arm's length negotiations with the Committee surrounding the terms of a consensual Plan, including the scope of Releases and Exculpations. Those negotiations culminated with the Plan that was confirmed by the Court, that released certain Released Parties, including the Debtor Related Parties, and preserves potential claims against Non-Released Parties. Based upon this settlement the Committee recommended that holders of General Unsecured Claims accept the Plan, which in fact they did.

**Plan and Disclosure Statement [PD]** This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals negotiating, drafting, and filing the Plan and related

Disclosure Statement and obtaining approval of the Disclosure Statement and Plan and negotiating the resolution with the Committee outlined above.

**Reporting [RG]**  This Project Category includes time spent by Klehr Harrison attorneys and paraprofessionals corresponding with the U.S. Trustee with respect to: (i) coordinating efforts, the Debtors and their other professionals to address comments raised by the U.S. Trustee with respect to reporting requirements of the Debtors; (ii) assisting the Debtors in preparation of reporting materials; (iii) attending the Initial Debtor Interview; and (iv) addressing the U.S. Trustee's comments and participating in telephone conferences associated therewith and the initial reporting and other requirements of the U.S. Trustee.

18.     Klehr Harrison also expended costs on behalf of the Debtor in the sum of $8,892.50 during the Final Compensation Period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

19.     Klehr Harrison accordingly seeks allowance of the sum of $1,562,607.00 in fees and $8,892.50 in expenses, for a total of $1,571,499.50.

20.     In support of the Final Application, Klehr Harrison further submits its budget and staffing plan for the Chapter 11 cases; its customary and comparable disclosures and the Certification of Domenic E. Pacitti.  The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Final Application conforms to such requirements.

[*Remainder of Page Intentionally Left Blank*.]

WHEREFORE, Klehr Harrison hereby requests: (i) approval and allowance of full compensation for necessary and valuable professional services rendered to the Debtors in the sum of $1,562,607.00 and reimbursement of actual and necessary expenses incurred in the sum of $8,892.50 for the period from April 22, 2024 through December 17, 2024 (collectively, the "Fee Applications"); (ii) authorization for the Debtors to pay the full amounts requested in the Fee Applications, including the 20% holdback of fees as provided in the Administrative Order; and (iii) such other relief as this Court deems just and proper.

Dated: February 14, 2025
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193
Email:         dpacitti@klehr.com
                   myurkewicz@klehr.com
                   aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile:  (215) 568-6603
Email:        mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         joshua.sussberg@kirkland.com
                   emily.geier@kirkland.com
                   nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.  I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.  I have read the foregoing *Final Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from April 22, 2024 through December 17, 2024* and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2024 are the rates charged to the Debtors in the Application.

8. The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2025    /s/ Domenic E. Pacitti
                                 Domenic E. Pacitti (DE Bar No. 3989)

11332385.v1