IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) Case No. 24-10831 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: March 7, 2025 at 4:00 p.m.** |
| | ) **Hearing Date: March 27, 2025 at 9:30 a.m.** |

**NOTICE OF FIRST AND FINAL APPLICATION OF RCS REAL ESTATE ADVISORS, AS REAL ESTATE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD OF APRIL 26, 2024 THROUGH JULY 17, 2024**

**PLEASE TAKE NOTICE** that on February 14, 2025 the First and Final Application of RCS Real Estate Advisors ("RCS"), as Real Estate Advisor to the Debtors and Debtors in Possession, for Allowance of Compensation for the Period of April 26, 2024, through July 17, 2024 (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Application, if any, are required to be filed on or before **March 7, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the Clerk of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following: (a) the Debtors, Express, Inc.; One Express Drive, Columbus, Ohio 43230, Attn: Laurel Krueger (LaKrueger@express.com); (b) counsel to the Debtors (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Emily E. Geier, P.C. (emily.geier@kirkland.com) and Nicholas M. Adzima (nicholas.adzima@kirkland.com); (ii) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn: Charles B. Sterrett (charles.sterrett@kirkland.com); (iii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 100, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

(dpacitti@klehr.com), Michael W. Yurkewicz (myurkewicz@klehr.com), and Alyssa M. Radovanovich (aradovanovich@klehr.com); and (iv) Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn: Morton R. Branzburg (mbranzburg@klehr.com); (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: John Schanne (John.Schanne@usdoj.gov); (d) counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Goldberg Kohn Ltd., 55 E. Monroe Street, Suite 3300, Chicago, Illinois 60603, Attn: Randall Klein (randall.klein@goldbergkohn.com), Dimitri G. Karcazes (dimitri.karcazes@goldbergkohn.com), Keith G. Radner (keith.radner@goldbergkohn. com), and Eva D. Gadzheva (eva.gadzheva@goldbergkohn.com) and (ii) Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: John H. Knight (knight@rlf.com), Paul N. Heath (heath@rlf.com), and Alexander R. Steiger (steiger@rlf.com); (e) counsel to ReStore Capital, LLC, as administrative agent for certain prepetition and postpetition lenders of the Debtors (i) Ropes and Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, Illinois 60606, Attn: Stephen L. Iacovo (Steven.Iacovo@ropesgray.com) and (ii) Chipman, Brown, Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware, 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); (f) counsel to the Official Committee of Unsecured Creditors, (i) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com), Robert Schmidt (rschmidt@kramerlevin.com), and Nathaniel Allard (nallard@kramerlevin.com) and (ii) Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801, Attn: Luke Murley (luke.murley@saul.com); and (g) counsel to RCS Real Estate Advisors, Rosen & Associates, P.C., P.O. Box 1724, Shelter Island, NY 11965, Attn: John H Drucker (jdrucker@rosenpc.com) and Rosen & Associates, P.C., P.O. Box 7650, Wilmington, DE 19803 Attn: Christine McCabe (cmccabe@rosenpc.com); (collectively, the "Application Recipients"); and (h) those parties requesting notice pursuant to rule 2002 of the Bankruptcy Rules as to be received by no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** IF AN OBJECTION IS PROPERLY FILED AND SERVED ON THE NOTICE PARTIES IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801 ON **MARCH 27, 2025 AT 9:30 A.M. PREVAILING EASTERN TIME**. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 14, 2025
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

Domenic E. Pacitti (DE Bar No. 3989)   Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Michael W. Yurkewicz (DE Bar No. 4165)   Emily E. Geier, P.C. (admitted *pro hac vice*)
Alyssa M. Radovanovich (DE Bar No. 7101)   Nicholas M. Adzima (admitted *pro hac vice*)
919 North Market Street, Suite 1000   601 Lexington Avenue
Wilmington, Delaware 19801   New York, New York 10022
Telephone:   (302) 426-1189   Telephone:   (212) 446-4800
Facsimile:   (302) 426-9193   Facsimile:   (212) 446-4900
Email:   dpacitti@klehr.com   Email:   joshua.sussberg@kirkland.com
   myurkewicz@klehr.com      emily.geier@kirkland.com
   aradvanovich@klehr.com      nicholas.adzima@kirkland.com

-and-   -and-

Morton R. Branzburg (admitted *pro hac vice*)   Charles B. Sterrett (admitted *pro hac vice*)
1835 Market Street, Suite 1400   333 West Wolf Point Plaza
Philadelphia, Pennsylvania 19103   Chicago, Illinois 60654
Telephone: (215) 569-3007   Telephone:   (312) 862-2000
Facsimile:   (215) 568-6603   Facsimile:   (312) 862-2200
Email:   mbranzburg@klehr.com   Email:   charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*   *Co-Counsel for the Debtors and Debtors in Possession*