**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-10831 (KBO)<br>)<br>) (Jointly Administered)<br>)<br>) <u>Objection Deadline</u>:<br>) March 7, 2025 at 4:00 p.m. (ET)<br>) <u>Hearing Date</u>:<br>) March 27, 2025 at 9:30 a.m. (ET) |

**FINAL APPLICATION OF M3 ADVISORY PARTNERS, LP,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM APRIL 22, 2024 THROUGH AND INCLUDING DECEMBER 17, 2024**

| Name of Applicant: | M3 Advisory Partners, LP | |
|---|---|---|
| Applicant's Role in Case: | Financial Advisor to the Debtors | |
| Date Retention Order Signed: | June 5, 2024, effective as of April 22, 2024 [Docket No. 398] | |
| Time Period Covered by this Final Application: | **Beginning of Period** | **End of Period** |
|  | April 22, 2024 | December 17, 2024 |
| **Summary of Total Fees and Expenses Requested:** | | |
| Total Fees Requested in this Final Application: | $8,108,390.70 | |
| Total Expenses Requested in this Final Application: | $111,913.95 | |
| Total Amount of Holdback Fees Sought: | $473,574.66 | |

| This is a(n): ___ Monthly Application __ Interim Application  X  Final Application |
|---|

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Prior Interim Fee Applications Filed:**

| Prior Interim Applications | | Requested | | Approved / Paid to Date | | Outstanding Amount | |
|---|---|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| September 6, 2024 [D.I. 803] | Apr 22, 2024-July 31, 2024 | $5,740,517.40 | $90,334.20 | $5,740,517.40 | $90,334.20 | $0.00 | $0.00 |

**Prior Monthly Applications Filed:**

| Prior Monthly Applications | | Requested | | CNO Filing Date & Docket No. | Paid to Date | | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | | Fees | Expenses | |
| July 3, 2024 [D.I. 579] | Apr 22, 2024-May 31, 2024 | $2,910,940.90 | $58,341.70 | July 25, 2024 [D.I. 648] | $2,910,940.90 | $58,341.70 | $0.00 |
| August 7, 2024 [D.I. 707] | June 1, 2024-June 30, 2024 | $1,712,055.40 | $22,971.25 | August 30, 2024 [D.I. 781] | $1,712,055.40 | $22,971.25 | $0.00 |
| August 30, 2024 [D.I. 786] | July 1, 2024-July 31, 2024 | $1,117,521.10 | $9,021.25 | September 23, 2024 [D.I 841] | $1,117,521.10 | $9,021.25 | $0.00 |
| September 20, 2024 [D.I. 838] | August 1, 2024 – August 31, 2024 | $803,369.40 | $11,738.32 | October 16, 2024 [D.I. 901] | $642,695.52 | $11,738.32 | $160,673.88 |
| October 22, 2024 [D.I. 915] | September 1, 2024 – September 30, 2024 | $606,231.50 | $4,537.22 | November 14, 2024 [D.I. 993] | $484,985.20 | $4,537.22 | $121,246.30 |
| November 19, 2024 [D.I. 1017] | October 1, 2024 – October 31, 2024 | $ 474,706.60 | $1,520.82 | December 11, 2024 [D.I. 1119] | $379,765.28 | $1,520.82 | $94,941.32 |
| December 11, 2024 [D.I. 1117] | November 1, 2024 – November 30, 2024 | $299,383.80 | $80.00 | January 6, 2025 [D.I. 1196] | $239,507.04 | $80.00 | $59,876.76 |
| January 9, 2025 [D.I. 1213] | December 1, 2024 – December 17, 2024 | $184,182.00 | $3,703.39 | January 31, 2025 [D.I. 1275] | $147,345.60 | $3,703.39 | $36,836.40 |
| Total | | $8,108,390.70 | $111,913.95 | | $7,634,816.04 | $111,913.95 | $473,574.66 |

**COMPENSATION AND HOURS BY PROFESSIONAL**

| COMPENSATION AND HOURS BY PROFESSIONAL FOR M3 ADVISORY PARTNERS, LP April 22, 2024 through December 17, 2024 | | | | |
|---|---|---|---|---|
| **PROFESSIONAL** | **POSITION** | **BILLING RATE** | **TOTAL HOUS** | **TOTAL FEES** |
| Mohsin Meghji | Managing Partner | $1,415.00 | 11.9 | $16,838.50 |
| Kunal Kamlani | Senior Managing Director | $1,305.00 | 631.2 | $823,716.00 |
| Lyle Bauck | Managing Director | $1,205.00 | 168.4 | $202,922.00 |
| Reed Bingaman | Managing Director | $1,205.00 | 30.4 | $36,632.00 |
| Ryan Rowan | Senior Director | $1,050.00 | 1207.2 | $1,267,560.00 |
| William Murphy | Senior Director | $1,050.00 | 4.2 | $4,410.00 |
| Aziz Khan | Director | $990.00 | 96.6 | $95,634.00 |
| Nicholas Weber | Director | $990.00 | 503.0 | $497,970.00 |
| Truman Biggs | Vice President | $786.00 | 657.3 | $516,637.80 |
| Andrew Kim | Senior Associate | $680.00 | 201.7 | $137,156.00 |
| Brennan Lytle | Senior Associate | $680.00 | 778.4 | $529,312.00 |
| Cole Thieme | Senior Associate | $680.00 | 1327.3 | $902,564.00 |
| Monique Iannella | Senior Associate | $680.00 | 128.5 | $87,380.00 |
| Spencer Lloyd | Senior Associate | $680.00 | 1425.1 | $969,068.00 |
| Cesare Ancherani | Associate | $575.00 | 382.0 | $219,650.00 |
| Martin Deacon | Associate | $575.00 | 624.0 | $358,800.00 |
| Richard Easterly | Associate | $575.00 | 846.8 | $486,910.00 |
| Sean Duthie | Associate | $575.00 | 332.3 | $191,072.50 |
| Sebastian Gallic | Associate | $575.00 | 22.7 | $13,052.50 |
| Zachary Blondell | Associate | $575.00 | 88.3 | $50,772.50 |
| David Edward | Analyst | $470.00 | 8.4 | $3,948.00 |
| Jessica Castro | Analyst | $470.00 | 336.9 | $158,328.90 |
| Julia Jiang | Analyst | $470.00 | 1144.2 | $537,774.00 |
| Steven Peters | Analyst | $470.00 | 0.6 | $282.00 |
| **Total** | | | **10,957.4** | **$8,108,390.70** |

**Blended Rate:** **$739.99**

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Matter Category | Description | Total Hours | Total Fees Requested |
|---|---|---|---:|---:|
| | **FOR M3 ADVISORY PARTNERS, LP**<br>**April 22, 2024 through December 17, 2024** | | | |
| 1 | Asset Sales | Assist with the sale of Debtors' Assets. | 682.5 | $635,884.40 |
| 2 | Business Operations | Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including, but not limited to, sales receipts, collections and forecasting, treasury management, insurance coverage, vendors discussions, contract labor, store and corporate operations. | 543.0 | $419,572.00 |
| 3 | Claims Analysis | Assist the Debtors with claims planning process, review of claims filed against the Debtors, claim reconciliation, and related work. | 2,220.8 | $1,492,452.80 |
| 4 | Contracts / Executory Contracts | Assist the Debtors with contract analysis and the potential assumption or rejection of contracts. | 245.4 | $155,424.40 |
| 5 | Court Hearing | Prepare for and attend the Debtors' hearings. | 57.4 | $55,862.10 |
| 6 | DIP Financing & Cash Flow | Assist the Debtors with the 13 week cash flow forecast, plan versus actual, DIP reporting requirements, covenant compliance, and other financial analysis. | 4,172.1 | $3,067,104.70 |
| 7 | Due Diligence & Information Requests | Review and prepare due diligence responses for third parties, including analysis and supporting schedules. | 317.2 | $244,680.60 |
| 8 | Fee Application | Prepare the month and interim fee applications in accordance with Court guidelines. | 307.0 | $172,767.70 |
| 9 | General Correspondence With Debtors & Debtors Professionals | Prepare for and participate in the Debtors' regular status meetings with Debtors' other advisors covering Board of Directors' meetings, Executive Management meetings, and correspondence with Debtors' counsel and Investment Banker covering various Chapter 11 topics. | 277.1 | $278,193.20 |
| 10 | General Correspondence With UCC & UCC Advisors | Address information requests from, and attend meetings and calls with counsel and the financial advisor to the Unsecured Creditors Committee. | 116.4 | $105,601.10 |
| 11 | Liquidation Analysis | Assist the Debtors with preparation of the Liquidation Analysis. | 120.3 | $101,910.20 |
| 12 | Monthly Operating Report/UST Report | Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Monthly Operating Report and preparing for other related matters for the US Trustee. | 535.4 | $354,932.70 |
| 13 | Motions / Orders | Prepare analysis and assist the Debtors on various motions filed, and upon entry of Orders to implement required reporting and other activities contemplated by the various filed motions. | 63.4 | $67,468.50 |
| 14 | Plan / Disclosure Statement | Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement. | 111.1 | $101,790.40 |

| | | | | |
|---|---|---|---|---|
| 15 | Preference Analysis | Review and prepare preference analysis related to categorization and description of payments over the 90-day preference period and avoidance actions. | 50.5 | $34,996.20 |
| 16 | Project Management | Participate in meetings to discuss the progress of various workstreams and alignment of milestones across advisors, the Company and other constituents. | 195.6 | $163,046.00 |
| 17 | SOFA / SOALS | Assist the Debtors with the creation and filing of Statements and Schedules with background information and other related matters. | 612.8 | $380,859.30 |
| 18 | Store Closings | Review and prepare store closure reporting and analysis for Going out of Business sales. | 59.6 | $47,055.70 |
| 19 | Vendor Management | Assist the Debtors with vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors on general accounts payable questions. | 269.8 | $228,788.70 |

| Total | | | | |
|---|---|---|---|---|
| | | | 10,957.4 | $8,108,390.70 |

**Blended Rate:** $739.99

**EXPENSES BY CATEGORY**

| EXPENSES BY CATEGORY<br>FOR M3 ADVISORY PARTNERS, LP<br>April 22, 2024 through December 17, 2024 ||
|---|---|
| **Expense Category** | **Amount** |
| Airfare | $41,617.02 |
| Lodging | $38,650.52 |
| Meals | $10,885.89 |
| Transportation | $20,760.52 |
| **Total** | **$111,913.95** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | ) ) ) | Case No. 24-10831 (KBO) |
| Debtors. | ) ) ) ) ) ) ) ) ) | (Jointly Administered)<br><br>**Objection Deadline**:<br>March 7, 2025 at 4:00 p.m. (ET)<br>**Hearing Date**:<br>March 27, 2025 at 9:30 a.m. (ET) |

**FINAL APPLICATION OF M3 ADVISORY PARTNERS, LP,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM APRIL 22, 2024 THROUGH AND INCLUDING DECEMBER 17, 2024**

M3 Advisory Partners, LP ("M3"), as financial advisor to the debtors and debtors in possession (collectively, the "Debtors"), submits its final application (the "Application") for allowance of compensation and reimbursement of expenses for the period of April 22, 2024 through December 17, 2024 (the "Compensation Period").  By this Application, M3 seeks the entry of an order granting final allowance and payment, to the extent not previously paid, of $473,574.66 for the total compensation earned for its services to the Debtors.  M3 respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* dated May 14, 2024 (the "Interim Compensation Order") [Docket No. 223].

**Background**

4. On April 22, 2024 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases have been consolidated for procedural purposes only and are jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 67]. On May 3, 2024, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 154] (the "Committee"). No trustee or examiner has been appointed in these chapter 11 cases.

5. On May 16, 2024, the Debtors filed their *Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial*

2

*Advisor Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Effective as of April 22, 2024* [Docket No. 257] (the "Retention Application"), and on June 5, 2024, the Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Pursuant to Sections 327(A) and 328 of the Bankruptcy Code Effective as of April 22, 2024* [Docket No. 398], authorizing the employment and retention of M3 as financial advisors to the Debtors, effective as of April 22, 2024.

6. On May 14, 2024, the Court entered the Interim Compensation Order [Docket No. 223].

7. A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the *Declaration of Stewart Glendinning, Chief Executive Officer of Express, Inc., in Support of Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") [Docket No. 20].

**Relief Requested**

**Monthly Fee Applications Covered During the Final Period**

8. M3's monthly fee applications (the "Monthly Fee Applications") covered during the Final Period (as defined below) have been filed and served pursuant to the Interim Compensation Order. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided and expenses incurred by M3 during the period covered by such Monthly Fee Applications. Detailed descriptions of the services rendered, and expenses incurred during the Final Period were included in the Monthly Fee Applications and are filed on the Court docket.

9. M3 filed eight (8) Monthly Fee Applications during the final period (the "Final Period") as noted below:

| Prior Monthly Applications | | Requested | | CNO Filing Date & Docket No. | Paid to Date | | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | | Fees | Expenses | |
| July 3, 2024 [D.I. 579] | Apr 22, 2024-May 31, 2024 | $2,910,940.90 | $58,341.70 | July 25, 2024 [D.I. 648] | $2,910,940.90 | $58,341.70 | $0.00 |
| August 7, 2024 [D.I. 707] | June 1, 2024-June 30, 2024 | $1,712,055.40 | $22,971.25 | August 30, 2024 [D.I. 781] | $1,712,055.40 | $22,971.25 | $0.00 |
| August 30, 2024 [D.I. 786] | July 1, 2024-July 31, 2024 | $1,117,521.10 | $9,021.25 | September 23, 2024 [Docket No 841] | $1,117,521.10 | $9,021.25 | $0.00 |
| September 20, 2024 [D.I. 838] | August 1, 2024 – August 31, 2024 | $803,369.40 | $11,738.32 | October 16, 2024 [D.I. 901] | $642,695.52 | $11,738.32 | $160,673.88 |
| October 22, 2024 [D.I. 915] | September 1, 2024 – September 30, 2024 | $606,231.50 | $4,537.22 | November 14, 2024 [D.I. 993] | $484,985.20 | $4,537.22 | $121,246.30 |
| November 19, 2024 [D.I. 1017] | October 1, 2024 – October 31, 2024 | $ 474,706.60 | $1,520.82 | December 11, 2024 [D.I. 1119] | $379,765.28 | $1,520.82 | $94,941.32 |
| December 11, 2024 [D.I. 1117] | November 1, 2024 – November 30, 2024 | $299,383.80 | $80.00 | January 6, 2025 [D.I. 1196] | $239,507.04 | $80.00 | $59,876.76 |
| January 9, 2025 [D.I. 1213] | December 1, 2024 – December 17, 2024 | $184,182.00 | $3,703.39 | January 31, 2025 [D.I. 1275] | $147,345.60 | $3,703.39 | $36,836.40 |
| Total | | $8,108,390.70 | $111,913.95 | | $7,634,816.04 | $111,913.95 | $473,574.66 |

4

10. To date, M3 has been paid $7,746,729.99 in connection with its prior Monthly Fee Applications and Interim Fee Application. Accordingly, M3 is due a total of $473,574.66 for fees earned during the Final Application Period, subject to approval by the Court.

**Summary of Professional Services by Category During the Final Period**

11. M3 classified all services performed for which compensation is sought into separate categories. Summarized below is a description of the services provided by M3 to the Debtors during the Final Period in each significant service area.

12. The following summaries are intended only to highlight key services rendered by M3 during the Final Period in certain project billing categories where M3 has expended a considerable number of hours on behalf of the Debtors and are not meant to be a detailed description of all of the work performed by M3. The primary focus of M3 was centered around the following areas:

**1. Asset Sales**. This category includes assisting with the sale of the Debtors' assets.

**2. Business Operations**. This category includes advising and assisting the Debtors on matters concerning operating the business under chapter 11, including, but not limited to, sales receipts, collections and forecasting, treasury management, insurance coverage, vendor discussions, contract labor, and store and corporate operations.

**3. Claims Analysis**. This category includes assisting the Debtors with the claims planning process, review of claims filed against the Debtors, claim reconciliation, and related work.

**4. Contracts / Executory Contracts**. This category includes assisting the Debtors with contract analysis and the potential assumption or rejection of contracts.

**5. Court Hearings**. This category includes preparing for and attending the Debtors' hearings.

**6. DIP Financing & Cash Flow**. This category includes assisting the Debtors with the 13-week cash flow forecast, plan versus actual, DIP reporting requirements, covenant compliance, and other financial analysis.

**7. Due Diligence & Information Request**. This category includes reviewing and preparing due diligence responses for third parties, including analysis and supporting schedules.

**8. Fee Application**. This category includes preparing the month and interim fee applications in accordance with Court guidelines.

**9. General Correspondence with Debtors & Debtor Professionals**. This category includes preparing for and participating in the Debtors' regular status meeting with the Debtors' other advisors covering Board of Directors' meetings, Executive Management meetings, and correspondence with Debtors' counsel and Investment Banker covering various chapter 11 topics.

**10. General Correspondence with UCC and UCC Advisors**. This category includes addressing information requests from and attending meetings and calls with counsel and the financial advisor to the Unsecured Creditors' Committee.

**11. Liquidation Analysis**. This category includes assisting the Debtors with preparation of the Liquidation Analysis.

**12. Monthly Operating Report / UST Report**. This category includes assisting the Debtors with the preparation of the initial Debtor interview requirements, Monthly Operating Reports, and preparing for other related matters for the U.S. Trustee.

**13. Motions / Orders.** This category includes preparing analyses and assisting the Debtors on various motions filed, and upon entry of orders to implement required reporting and other activities contemplated by the various filed motions.

**14. Plan / Disclosure Statement**. This category includes completing analysis and assisting the Debtors with the Plan of Reorganization and Disclosure Statement.

**15. Preference Analysis.** This category includes reviewing and preparing preference analysis related to categorization and description of payments over the 90-day preference period and avoidance actions.

**16. Project Management**. This category includes participating in meetings to discuss the progress of various workstreams and alignment of milestones across advisors, the Debtors, and other constituents.

**17. SOFA / SOALs**. This category includes assisting the Debtors with the creation and filing of Statements and Schedules with background information and other related matters.

**18. Store Closings**. This category includes reviewing and preparing store closure reporting and analysis for Going Out of Business sales.

**19. Vendor Management**. This category includes assisting the Debtors with vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors on general accounts payable questions.

## Certification

13.    A certification of Kunal S. Kamlani, senior managing director of M3, is attached hereto as **Exhibit A** and made part of this Application.

## Conclusion

WHEREFORE, M3, as Financial Advisor to the Debtors, respectfully requests that the Court enter an order granting final allowance and payment, to the extent not previously paid, of $473,574.66 for the total compensation earned for its services to the Debtors during the Final Application Period, and for such other and further relief as this Court deems proper.

Dated: February 14, 2025                  Respectfully submitted,

**M3 Advisory Partners, LP**

*/s/ Kunal S. Kamlani*
Kunal S. Kamlani
Senior Managing Director
Email:  kkamlani@m3-partners.com

*Financial Advisors to the Debtors and Debtors in Possession*

**Exhibit A**
**Certification of Kunal S. Kamlani**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF KUNAL S. KAMLANI

I, Kunal S. Kamlani, declare under the penalty of perjury as follows:

1.   I am a senior managing director at M3 Advisory Partners, LP ("M3"), financial advisor to EXP OldCo Winddown, Inc. (f/k/a Express, Inc.) and its affiliates (the "Debtors"), in the above-captioned chapter 11 cases.

2.   I have reviewed the *Final Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period April 22, 2024 through and including December 17, 2024* (the "Final Application").

3.   I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware ("Local Rule") and submit that the Final Application substantially complies with such Local Rule.

4.   To the best of my knowledge, information and belief formed after reasonable inquiry, the Final Application complies with the *United States Trustee Guidelines for Reviewing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 17, 2013 (the "UST Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and except as otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by M3 and accepted by M3's clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, M3:

1. Does not make a profit;

2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3. Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to M3 by and paid or to be paid by M3 to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: February 14, 2025                    Respectfully submitted,

**M3 Advisory Partners, LP**

*/s/ Kunal S. Kamlan*
Kunal S. Kamlani
Senior Managing Director
Email:  kkamlani@m3-partners.com

*Financial Advisors to the Debtors and Debtors in Possession*

2