**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>EXP OldCo Winddown, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1238** |

**NOTICE OF WITHDRAWAL OF MOTION OF ADOBE INC.
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that Adobe Inc. hereby withdraws its *Motion of Adobe Inc. for Allowance of Administrative Expense Claim* which was filed with the Court on January 29, 2025 at docket number 1238.

| | |
|---|---|
| Dated: February 26, 2025<br>Wilmington, Delaware | **POLSINELLI PC**<br>*/s/ Michael V. DiPietro*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>mdipietro@polsinelli.com<br><br>-and-<br><br>**PERKINS COIE LLP**<br>Amir Gamliel<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Telephone: (310) 788-3276<br>Facsimile: (310) 843-1246<br>AGamliel@perkinscoie.com<br><br>*Counsel for Adobe Inc.* |

102117642.1