IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF MANE ENTERPRISES, INC. (ECF DOC. NO. 1241)

**PLEASE TAKE NOTICE** that MANE Enterprises, Inc. hereby withdraws the *Request for Allowance and Payment of Administrative Expense Claim of MANE Enterprises, Inc.*, filed with the Court on January 29, 2025 as ECF Doc. No. 1241.

Dated: February 28, 2025
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: /s/ *Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

Sheryl P. Giugliano *(admitted pro hac vice)*
**RUSKIN MOSCOU FALTISCHEK, P.C.**
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Telephone: 516-663-6600
sgiugliano@rmfpc.com

*Counsel to MANE Enterprises, Inc.*

---

[1] The debtors in these chapter 11 cases (collectively, the "**Debtors**"), along with the last four digits of the Debtors' federal tax identification numbers, are: EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Express Finance Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

{00040821. }