BL9924835

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE, WILMINGTON DIVISION

IN RE:  EXP OLDCO WINDDOWN, INC.

Chapter: 11
Bankruptcy No: 24-10831-KBO

## WITHDRAWAL OF CLAIM

Accertify, Inc, by and through its counsel, withdraws its Proof of Claim number 1142 filed on July 9th, 2024, for account number ending in 40 in the amount of $165,168.42.

Respectfully submitted,

By: /s/ Larry Butler

Larry Butler, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702
610-228-2570
proofofclaim@becket-lee.com

DATE:    2/28/2025