IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 1205, 1252, 1284, 1287, 1288, 1293, 1294, 1295, 1296, 1297, 1298, and 1299** |

**CERTIFICATION OF COUNSEL REGARDING FINAL OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The undersigned counsel hereby certifies as follows:

1. After the Effective Date: (a) the Debtors' professionals, Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Klehr Harrison Harvey Branzburg, LLP, Moelis & Company LLC, PricewaterhouseCoopers LLP, KPMG LLP, Ernst & Young LLP, RCS Real Estate Advisors, M3 Advisory Partners, LP, and Stretto, Inc. and (b) the professionals for the official committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, Saul Ewing LLP, and Province, LLC (each an "Applicant" and collectively, the "Applicants") identified on the form of order attached hereto as **Exhibit A** (the "Omnibus Order") filed and served their respective final fee applications (the "Final Applications") pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 223] (the "Interim Compensation Order"), the *Findings of Fact and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

*Conclusions of Law and Order Confirming the Joint Chapter 11 Plan of EXP Oldco Winddown, Inc. and Its Debtor Affiliates* [Docket No. 1150] (the "<u>Confirmation Order</u>"), and the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 1190] (the "<u>Effective Date Notice</u>"). By the Final Applications, the Applicants seek final allowance of fees, including all holdbacks, and expenses for the periods identified on **Exhibit A** to the Omnibus Order.

2. Pursuant to the Final Applications, objections to each of the Final Applications, if any, were to be filed and served no later than March 7, 2025 as set forth in the Notice for each of the Final Applications in accordance with the Interim Compensation Order, the Confirmation Order, and the Effective Date Notice. No objections or responses to the Final Applications have been filed on the docket. Additionally, there are no outstanding objections or informal responses to any of the Final Applications, the monthly fee applications that comprise the Final Applications, or entry of the Omnibus Order.

3. Attached hereto as **Exhibit A** is the proposed *Final Omnibus Order Awarding Final Allowance of Compensation and Reimbursement of Expenses to Professionals* (the "<u>Omnibus Order</u>").

4. A copy of the Omnibus Order has been circulated to and is acceptable to each of the Applicants. A copy of the Omnibus Order has also been circulated to the U.S. Trustee, who does not object to its entry.

[Remainder of Page Intentionally Left Blank.]

WHEREFORE, unless the Court has any questions or concerns regarding the Final Applications, the Applicants respectfully request that the Court enter the Omnibus Order attached hereto as **Exhibit A**, approving the Final Applications at its earliest convenience.

Dated:  March 19, 2025
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193
Email:        dpacitti@klehr.com
              myurkewicz@klehr.com
              aradvanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:   (215) 568-6603
Email:        mbranzburg@klehr.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              nicholas.adzima@kirkland.com

-and-

Charles B. Sterrett (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:        charles.sterrett@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*