# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXP OldCo Winddown, Inc., *et al.*,[1] | ) | Case No. 24-10831 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket Nos. 1205, 1252, 1284, 1287,** |
| | ) | **1288, 1293, 1294, 1295, 1296, 1297, 1298, and 1299** |

**FINAL OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO PROFESSIONALS**

Upon the final fee applications (the "Final Fee Applications") identified on Exhibit A attached hereto and incorporated herein by reference of the professionals identified on Exhibit A (the "Applicants") for final approval and allowance of professional fees and reimbursement of expenses in the above-captioned chapter 11 cases of EXP OldCo Winddown, Inc., Project Pine TopCo Winddown, LLC, Project Pine Holding OldCo, LLC, Project Pine Finance OldCo Corp., Project Pine OldCo, LLC, Project Pine Investments OldCo, LLC,; Project Pine Logistics OldCo, LLC, Project Pine Operations OldCo, LLC, Project Pine GC OldCo, LLC, Project Pine Tropic OldCo, LLC, Project Pine California OldCo, LLC, and Express Fashion Digital Services Costa Rica, S.R.L. (collectively, the "Debtors") in the amounts set forth on **Exhibit A**, the Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these cases, is proper in this District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the requested compensation and expense reimbursement reflected in the Final Fee Applications are reasonable; and (v) upon the record herein, and after due deliberation, good and sufficient cause exists for the relief requested. Accordingly, it is HEREBY ORDERED THAT:

1. Each Applicant's Final Fee Application seeking compensation for reasonable and necessary professional services performed and reimbursement of actual and necessary costs and expenses incurred in connection therewith in the above-captioned chapter 11 cases in the amounts set forth on **Exhibit A** hereto is hereby approved and allowed on a final basis.

2. The Debtors are authorized and directed to pay the Applicants 100 percent of any and all fees and 100 percent of any and all expenses listed on **Exhibit A**, including any holdbacks.

3. Notice of each Final Fee Application, as provided therein, shall be deemed good and sufficient notice of such Final Fee Application, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, or 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Order shall be deemed a separate order with respect to each of the Final Fee Applications. Any stay of this Order pending appeal with respect to one Applicant shall apply only to the particular Applicant that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other Applicant.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## EXHIBIT A

**EXP OldCo Winddown, Inc.,** *et al.*
**Bankruptcy Case No. 24-10831 (KBO)**

| Professional and Title | Final Application Request (Fees) | Final Application Request (Expenses) | Total Amount Requested (Fees & Expenses) | Total Amount Fees Approved to Date by Interim Order | Total Amount Fees Requested Not Yet Approved or Paid by Interim Order | Voluntary/ Agreed Reductions | Total Final Amount (Fees & Expenses) Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Kirkland & Ellis LLP** <br> **Counsel to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1299 | $12,463,828.50 | $138,229.49 | $12,602,057.99 | $8,572,697.50 | $3,891,131.00 | N/A | $12,602,057.99 |
| **Klehr Harrison Harvey Branzburg LLP** <br> **Delaware Counsel to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1296 | $1,562,607.00 | $8,892.50 | $1,571,499.50 | $622,781.00 | $939,826.00 | N/A | $1,571,499.50 |
| **Stretto, Inc.** <br> **Administrative Advisor to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1205 | $51,571.50 | $0.00 | $51,571.50 | $0.00 | $51,571.50 | N/A | $51,571.50 |
| **Moelis & Company LLC** <br> **Investment Banker, Financial Advisor, and Placement Agent to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1252 | $6,725,910.97 | $59,782.91 | $6,785,693.88 | $6,662,040.00 | $63,870.97 | N/A | $6,785,693.88 |
| **PricewaterhouseCoopers LLP** <br> **Audit Services Provider to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1284 | $649,241.00 | $5,657.57 | $654,898.57 | $338,222.50 | $311,018.50 | N/A | $654,898.57 |
| **KPMG LLP** <br> **Providing Tax Compliance and Tax Consulting Services to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/172024 Docket No. 1287 | $71,989.20 | $0.00 | $71,989.20 | $0.00 | $71,989.20 | N/A | $71,989.20 |
| **Ernst & Young LLP** <br> **Tax Services Provider to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1288 | $267,390.00 | $0.00 | $267,390.00 | $0.00 | $267,390.00 | N/A | $267,390.00 |

**EXP OldCo Winddown, Inc.,** *et al.*
**Bankruptcy Case No. 24-10831 (KBO)**

| Professional and Title | Final Application Request (Fees) | Final Application Request (Expenses) | Total Amount Requested (Fees & Expenses) | Total Amount Fees Approved to Date by Interim Order | Total Amount Fees Requested Not Yet Approved or Paid by Interim Order | Voluntary/ Agreed Reductions | Total Final Amount (Fees & Expenses) Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **RCS Real Estate Advisors** **Real Estate Advisor to the Debtors** | | | | | | | |
| First/Final Fee Application 4/26/2024-7/17/2024 Docket No. 1297 | $1,000,000.00 | $0.00 | $1,000,000.00 | $0.00 | $1,000,000.00 | N/A | $1,000,000.00 |
| **M3 Advisory Partners, LP** **Financial Advisor to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1298 | $8,108,390.70 | $111,913.95 | $8,220,304.65 | $7,634,816.04 | $473,574.66 | N/A | $8,220,304.65 |
| **DEBTORS' TOTAL:** | **$30,900,928.87** | **$324,476.42** | **$31,225,405.29** | **$23,830,557.04** | **$7,070,371.83** | **N/A** | **$31,225,405.29** |
| **COMMITTEE'S PROFESSIONALS** | | | | | | | |
| **Kramer Levin Naftalis & Frankel LLP** **Co-Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Fee Application 5/6/2024-12/17/2024 Docket No. 1293 | $3,840,093.50 | $11,157.33 | $3,851,250.83 | $3,131,134.50 | $708,959.00 | N/A | $3,851,250.83 |
| **Saul Ewing LLP** **Co-Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Fee Application 5/7/2024-12/17/2024 Docket No. 1294 | $726,098.25 | $15,753.32 | $741,851.57 | $637,544.50 | $88,553.75 | N/A | $741,851.57 |
| **Province, LLC** **Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Fee Application 5/7/2024-12/17/2024 Docket No. 1295 | $2,396,022.00 | $3.50 | $2,396,025.50 | $2,145,780.00 | $250,242.00 | N/A | $2,396,025.50 |
| **COMMITTEE TOTAL:** | **$6,962,213.75** | **$26,914.15** | **$6,989,127.90** | **$5,914,459.00** | **$1,047,754.75** | **N/A** | **$6,989,127.90** |
| **GRAND TOTAL:** | **$37,863,142.62** | **$351,390.57** | **$38,214,533.19** | **$29,830,557.04** | **$8,118,126.58** | **N/A** | **$38,214,533.19** |