# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1093** |

### NOTICE OF WITHDRAWAL OF DEBTORS' LIMITED OMNIBUS OBJECTION SOLELY TO VOTING ASSOCIATED WITH CERTAIN CLAIMS WITHOUT PREJUDICE

**PLEASE TAKE NOTICE**, that on December 5, 2024, the *Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claims* (the "**Omnibus Objection**") [Docket No. 1093] was filed with the Court. Through the Omnibus Objection, the Debtors requested entry of an order temporarily disallowing each of the Disputed Claims[2] solely for the purpose of voting or reject the Plan (and no other purpose).

**PLEASE TAKE FURTHER NOTICE**, that the undersigned counsel to the Plan Administrator hereby withdraws the Omnibus Objection without prejudice.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2] Capitalized terms not defined herein shall have the definition ascribed to them in the Omnibus Objection.

Dated: March 20, 2025

**SAUL EWING LLP**

<u>*/s/ Lucian B. Murley*</u>
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email: luke.murley@saul.com

-and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com

*Counsel for the Plan Administrator*