**EXHIBIT A**

**EXP OldCo Winddown, Inc.,** *et al.*
**Bankruptcy Case No. 24-10831 (KBO)**

| Professional and Title | Final Application Request (Fees) | Final Application Request (Expenses) | Total Amount Requested (Fees & Expenses) | Total Amount Fees Approved to Date by Interim Order | Total Amount Fees Requested Not Yet Approved or Paid by Interim Order | Voluntary/ Agreed Reductions | Total Final Amount (Fees & Expenses) Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Kirkland & Ellis LLP** <br> **Counsel to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1299 | $12,463,828.50 | $138,229.49 | $12,602,057.99 | $8,572,697.50 | $3,891,131.00 | N/A | $12,602,057.99 |
| **Klehr Harrison Harvey Branzburg LLP** <br> **Delaware Counsel to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1296 | $1,562,607.00 | $8,892.50 | $1,571,499.50 | $622,781.00 | $939,826.00 | N/A | $1,571,499.50 |
| **Stretto, Inc.** <br> **Administrative Advisor to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1205 | $51,571.50 | $0.00 | $51,571.50 | $0.00 | $51,571.50 | N/A | $51,571.50 |
| **Moelis & Company LLC** <br> **Investment Banker, Financial Advisor, and Placement Agent to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1252 | $6,725,910.97 | $59,782.91 | $6,785,693.88 | $6,662,040.00 | $63,870.97 | N/A | $6,785,693.88 |
| **PricewaterhouseCoopers LLP** <br> **Audit Services Provider to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1284 | $649,241.00 | $5,657.57 | $654,898.57 | $338,222.50 | $311,018.50 | N/A | $654,898.57 |
| **KPMG LLP** <br> **Providing Tax Compliance and Tax Consulting Services to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/172024 Docket No. 1287 | $71,989.20 | $0.00 | $71,989.20 | $0.00 | $71,989.20 | N/A | $71,989.20 |
| **Ernst & Young LLP** <br> **Tax Services Provider to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1288 | $267,390.00 | $0.00 | $267,390.00 | $0.00 | $267,390.00 | N/A | $267,390.00 |

**EXP OldCo Winddown, Inc.,** *et al.*
**Bankruptcy Case No. 24-10831 (KBO)**

| Professional and Title | Final Application Request (Fees) | Final Application Request (Expenses) | Total Amount Requested (Fees & Expenses) | Total Amount Fees Approved to Date by Interim Order | Total Amount Fees Requested Not Yet Approved or Paid by Interim Order | Voluntary/ Agreed Reductions | Total Final Amount (Fees & Expenses) Requested After Voluntary/ Agreed Reductions |
|---|---|---|---|---|---|---|---|
| **RCS Real Estate Advisors** **Real Estate Advisor to the Debtors** | | | | | | | |
| First/Final Fee Application 4/26/2024-7/17/2024 Docket No. 1297 | $1,000,000.00 | $0.00 | $1,000,000.00 | $0.00 | $1,000,000.00 | N/A | $1,000,000.00 |
| **M3 Advisory Partners, LP** **Financial Advisor to the Debtors** | | | | | | | |
| Final Fee Application 4/22/2024-12/17/2024 Docket No. 1298 | $8,108,390.70 | $111,913.95 | $8,220,304.65 | $7,634,816.04 | $473,574.66 | N/A | $8,220,304.65 |
| **DEBTORS' TOTAL:** | **$30,900,928.87** | **$324,476.42** | **$31,225,405.29** | **$23,830,557.04** | **$7,070,371.83** | **N/A** | **$31,225,405.29** |
| **COMMITTEE'S PROFESSIONALS** | | | | | | | |
| **Kramer Levin Naftalis & Frankel LLP** **Co-Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Fee Application 5/6/2024-12/17/2024 Docket No. 1293 | $3,840,093.50 | $11,157.33 | $3,851,250.83 | $3,131,134.50 | $708,959.00 | N/A | $3,851,250.83 |
| **Saul Ewing LLP** **Co-Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Fee Application 5/7/2024-12/17/2024 Docket No. 1294 | $726,098.25 | $15,753.32 | $741,851.57 | $637,544.50 | $88,553.75 | N/A | $741,851.57 |
| **Province, LLC** **Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Fee Application 5/7/2024-12/17/2024 Docket No. 1295 | $2,396,022.00 | $3.50 | $2,396,025.50 | $2,145,780.00 | $250,242.00 | N/A | $2,396,025.50 |
| **COMMITTEE TOTAL:** | **$6,962,213.75** | **$26,914.15** | **$6,989,127.90** | **$5,914,459.00** | **$1,047,754.75** | **N/A** | **$6,989,127.90** |
| **GRAND TOTAL:** | **$37,863,142.62** | **$351,390.57** | **$38,214,533.19** | **$29,830,557.04** | **$8,118,126.58** | **N/A** | **$38,214,533.19** |