**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 27, 2025**
**AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE**
**HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

> **AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS**
> **CANCELLED WITH THE COURT'S PERMISSION.**

**WITHDRAWN MATTERS:**

1.   Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claims [Docket No. 1093; filed: 12/05/24]

Response Deadline:  January 16, 2025 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.   Notice of Withdrawal of Debtors' Limited Omnibus Objection Solely to the Voting Associated with Certain Claims [Docket No. 1314; filed: 03/20/25]

Status: This claim objection was withdrawn on March 20, 2025.

---

[1]   The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

2.      Motion of Adobe Inc. for Allowance of Administrative Expense Claim [Docket No. 1238; filed: 01/29/25]

Response Deadline:  February 12, 2025 at 4:00 p.m.

Responses Received: None

Related Documents:

   A.      Notice of Withdrawal of Motion of Adobe Inc. for Allowance of Administrative Expense Claim [Docket No. 1302; filed: 02/26/25]

Status: This motion was withdrawn on February 26, 2025.

**CONTINUED MATTERS:**

3.      Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

Response Deadline:  February 12, 2025 at 4:00 p.m.; extended to March 28, 2025 for the Plan Administrator

Responses Received:  None to date

Related Documents:

   A.      Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

Status: This motion is continued to the April 22, 2025 omnibus hearing.

4.      Application for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) filed by Johnson Controls Fire Protection, LP [Docket No. 1247; filed: 01/30/25]

Response Deadline:  February 19, 2025 at 4:00 p.m.; extended to April 10, 2025 for the Plan Administrator

Responses Received:  None to date

Related Documents:  None to date

Status: This motion is continued to the April 22, 2025 omnibus hearing.

5.      Administrative Claim and Request for Payment of Motives International Limited [Docket No. 1251; filed: 01/30/25]

Response Deadline:  February 28, 2025 at 4:00 p.m.; extended to April 10, 2025 for the Plan Administrator

Responses Received:  None to date

Related Documents:  None to date

Status: This motion is continued to the April 22, 2025 omnibus hearing.

6.      Administrative Claim and Request for Payment of Motives International (Hong Kong) Limited [Docket No. 1253; filed: 01/30/25]

Response Deadline:  February 28, 2025 at 4:00 p.m.; extended to April 10, 2025 for the Plan Administrator

Responses Received:  None to date

Related Documents:  None to date

Status: This motion is continued to the April 22, 2025 omnibus hearing.

7.      Request for Payment of an Administrative Expense filed by ToolsGroup, Inc. (as successor in interest of Onera, Inc.) [Docket No. 1255; filed: 01/30/25]

Response Deadline:  February 28, 2025 at 4:00 p.m.; extended to April 11, 2025 for the Plan Administrator

Responses Received:  None to date

Related Documents:  None to date

Status: This motion is continued to the April 22, 2025 omnibus hearing.

## CLAIM OBJECTIONS:

8.      Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1315; filed: 03/21/25]

Response Deadline:  April 11, 2025 at 4:00 p.m.

Responses Received:

A.      Response of Murray & Sena, LLC [Docket No. 1221; filed: 01/15/25]

Related Documents:

B.      Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1091; filed: 12/05/24]

C.      Declaration of Arthur Almeida in Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1315-3; filed: 03/21/25]

Status: The Debtors' first omnibus claim objection [Docket No. 1091] (the "**Original First Omnibus Claim Objection**") was scheduled for the March 27, 2025 hearing. The omnibus claim objection [Docket No. 1315] corrects the Original First Omnibus Claim Objection, and is noticed to be heard at the April 22, 2025 omnibus hearing.

9.      Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1316; filed: 03/21/25]

Response Deadline:  April 11, 2025 at 4:00 p.m.

Responses Received:  None to date

Related Documents:

A.      Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1092; filed: 12/05/24]

B.      Declaration of Arthur Almeida in Support of Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1316-3; filed: 03/21/25]

Status: The Debtors' first omnibus claim objection [Docket No. 1092] (the "**Original Second Omnibus Claim Objection**") was scheduled for the March 27, 2025 hearing. The omnibus claim objection [Docket No. 1316] corrects the Original Second Omnibus Claim Objection, and is noticed to be heard at the April 22, 2025 omnibus hearing.

**FEE APPLICATIONS:**

10.     Certification of Counsel Regarding Proposed Final Omnibus Order Awarding Final Allowance of Compensation and Reimbursement of Expenses [Docket No. 1313; filed: 03/19/25]

Response Deadline:    See index of the fee applications attached as Exhibit A.

Responses Received:  None

Related Documents:

A.    Final Omnibus Order Awarding Final Allowance of Compensation and Reimbursement of Expenses to Professionals [Docket No. 1317; signed and docketed: 03/24/25]

Status: On March 24, 2025, the Court entered an order approving the final fee applications.


Dated: March 24, 2025

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:      (302) 421-6898
Email:          luke.murley@saul.com

    -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:      (212) 679-5359
Facsimile:      (212) 972-2245
Email:          bscott@klestadt.com

*Counsel for the Plan Administrator*

# EXHIBIT A

## Index of Chapter 11 Professionals' Fee Applications

## DEBTORS' PROFESSIONALS

**I.     KIRKLAND & ELLIS LLP and KIRKLAND & ELLIS INTERNATIONAL LLP
(Counsel to Debtors)**

Second Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from August 1, 2024 Through and Including October 31, 2024, and the (II) Final Fee Period from April 22, 2024 Through and Including December 17, 2024 [Docket No. 1299; filed: 02/14/25]

1.      First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from April 22, 2024 through July 31, 2024 [Docket No. 879; filed: 10/04/24]

      i.      Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 950; signed and docketed: 10/31/24]

      <u>Related Documents</u>:

      A.      First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from April 22, 2024 through May 31, 2024 [Docket No. 578; filed: 07/03/24]

            i.      Certification of No Objection for First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 647; filed: 07/25/24]

      B.      Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 1, 2024 through June 30, 2024 [Docket No. 706; filed: 08/07/24]

            i.      Certification of No Objection for Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 780; filed: 08/29/24]

      C.      Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from July 1, 2024 through July 31, 2024 [Docket No. 785; filed: 08/30/24]

            i.      Certification of No Objection for Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 842; filed: 09/23/24]

2.     Second Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from August 1, 2024 Through and Including October 31, 2024, and the (II) Final Fee Period from April 22, 2024 Through and Including December 17, 2024 [Docket No. 1299; filed: 02/14/25]

Related Documents:

A.     Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 1, 2024 through August 31, 2024 [Docket No. 907; filed: 10/16/24]

i.     Certification of No Objection for Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 976; filed: 11/07/24]

B.     Fifth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2024 through September 30, 2024 [Docket No. 1049; filed: 11/25/24]

i.     Certification of No Objection for Fifth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 1153; filed: 12/17/24]

C.     Sixth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from October 1, 2024 through and including October 31, 2024 [Docket No. 1186; filed: 12/30/24]

i.     Certification of No Objection for Sixth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 1235; filed: 01/28/25]

3.     Seventh Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from November 1, 2024 through and including December 17, 2024 [Docket No. 1292; filed: 02/13/25]

i.     Certification of No Objection for Seventh Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 1309; filed: 03/07/25]

## II.     KLEHR HARRISON HARVEY BRANZBURG LLP (Co-Counsel to Debtors)

Final Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the

Period from April 22, 2024 through December 17, 2024 [Docket No. 1296; filed: 02/14/25]

1.      First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from April 22, 2024 through July 31, 2024 [Docket No. 873; filed: 10/02/24]

      i.      First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 940; signed and docketed: 10/28/24]

      Related Documents:

      A.      First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from April 22, 2024 through May 31, 2024 [Docket No. 437; filed: 06/11/24]

          i.      Certification of No Objection for First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 585; filed: 07/08/24]

      B.      Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from June 1, 2024 through June 30, 2024 [Docket No. 640; filed: 07/23/24]

          i.      Notice of Filing of Exhibit A and B to Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from June 1, 2024 through June 30, 2024 [Docket No. 675; filed: 07/23/24]

          ii.      Certification of No Objection for Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 724; filed: 08/14/24]

      C.      Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from July 1, 2024 through July 31, 2024 [Docket No. 742; filed: 08/23/24]

          i.      Certification of No Objection for Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 824; filed: 09/17/24]

2.      Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the

Debtors for the Period from August 1, 2024 through August 31, 2024 [Docket No. 825; filed: 09/18/24]

    i.      Certification of No Objection for Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 889; filed: 10/10/24]

3.      Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from September 1, 2024 through September 30, 2024 [Docket No. 948; filed: 10/30/24]

    i.      Certification of No Objection for Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1047; filed: 11/25/24]

4.      Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from October 1, 2024 through October 31, 2024 [Docket No. 985; filed: 11/12/24]

    i.      Certification of No Objection for Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1083; filed: 12/04/24]

5.      Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from November 1, 2024 through November 30, 2024 [Docket No. 1095; filed: 12/06/24]

    i.      Certification of No Objection for Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1183; filed: 12/30/24]

6.      Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from December 1, 2024 through December 31, 2024 [Docket No. 1218; filed: 01/13/25]

    i.      Certification of No Objection for Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1279; filed: 02/04/25]

## III.    M3 ADVISORY PARTNERS, LP (Financial Advisors to the Debtors)

Final Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from April 22, 2024 through and Including December 17, 2024 [Docket No. 1298; filed: 02/14/25]

1.      First Interim Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the

Period from April 22, 2024 through July 31, 2024 [Docket No. 803; filed: 09/06/24]

    i.    First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 940; signed and docketed: 10/28/24]

Related Documents:

    A.    First Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from April 22, 2024 through May 31, 2024 [Docket No. 579; filed: 07/031/24]

        i.    Certification of No Objection for First Monthly Application of M3 Advisory Partners, LP [Docket No. 648; filed: 07/25/24]

    B.    Second Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [Docket No. 707; filed: 08/07/24]

        i.    Certification of No Objection for Second Monthly Application of M3 Advisory Partners, LP [Docket No. 781; filed: 08/29/24]

    C.    Third Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [Docket No. 786; filed: 08/30/24]

        i.    Certification of No Objection for Third Monthly Application of M3 Advisory Partners, LP [Docket No. 841; filed: 09/23/24]

2.    Fourth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [Docket No. 838; filed: 09/20/24]

    i.    Certification of No Objection for Fourth Monthly Application of M3 Advisory Partners, LP [Docket No. 901; filed: 10/16/24]

3.    Fifth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [Docket No. 915; filed: 10/22/24]

    i.    Certification of No Objection for Fifth Monthly Application of M3 Advisory Partners, LP [Docket No. 993; filed: 11/14/24]

4.    Sixth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 31, 2024 [Docket No. 1017; filed: 11/19/24]

       i.      Certification of No Objection for Sixth Monthly Application of M3 Advisory Partners, LP [Docket No. 1119; filed: 12/11/24]

5.      Seventh Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through November 30, 2024 [Docket No. 1117; filed: 12/11/24]

       i.      Certification of No Objection for Seventh Monthly Application of M3 Advisory Partners, LP [Docket No. 1196; filed: 01/06/25]

6.      Eighth Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 17, 2024 [Docket No. 1213; filed: 01/09/25]

       i.      Certification of No Objection for Eighth Monthly Application of M3 Advisory Partners, LP [Docket No. 1275; filed: 01/31/25]

## IV.    ERNST & YOUNG LLP (Tax Services Provider to the Debtors)

Final Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through December 17, 2024 [Docket No. 1288 (Under Seal – 1289); filed: 02/12/25]

1.      First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through and Including July 31, 2024 [Docket No. 876; filed: 10/03/24]

       i.      Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 950; signed and docketed: 10/31/24]

      <u>Related Documents</u>:

      A.     First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through May 31, 2024 [Docket No. 636 (Under Seal - 637); filed: 007/23/24]

          i.      Certification of No Objection for First Monthly Fee Statement of Ernst & Young LLP [Docket No. 722; filed: 08/14/24]

      B.     Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period

from June 1, 2024 through June 30, 2024 [Docket No. 638 (Under Seal – 639); filed: 07/23/24]

    i.    Certification of No Objection for Second Monthly Fee Statement of Ernst & Young LLP [Docket No. 723; filed: 08/14/24]

    C.    Third Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through July 31, 2024 Docket No. 809; filed: 09/10/24]

    i.    Certification of No Objection for Third Monthly Fee Statement of Ernst & Young LLP [Docket No. 902; filed: 10/16/24]

2.    Fourth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through September 30, 2024 [Docket No. 973; filed: 11/07/24]

    i.    Certification of No Objection for Fourth Monthly Fee Statement of Ernst & Young LLP [Docket No. 1063; filed: 12/03/24]

3.    Fifth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through October 31, 2024 [Docket No. 1075; filed: 12/04/24]

    i.    Certification of No Objection for Fifth Monthly Fee Statement of Ernst & Young LLP [Docket No. 1182; filed: 12/30/24]

**V.    RCS REAL ESTATE ADVISORS (Real Estate Advisor to the Debtors)**

First and Final Application of RCS Real Estate Advisors, as Real Estate Advisor to the Debtors and Debtors in Possession, for Allowance of Compensation for the Period of April 26, 2024 through July 17, 2024 [Docket No. 1297; filed: 02/14/25]

**VI.     MOELIS & COMPANY LLC (Investment Banker, Financial Advisor, and Placement Agent to the Debtors)**

Eighth Monthly (for the Period December 1, 2024 through December 17, 2024) and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from April 22, 2024 through December 17, 2024 [Docket No. 1252; filed: 01/30/25]

1.     First Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent to the Debtors from April 22, 2024 through July 31, 2024 [Docket No. 738; filed: 08/22/24]

    i.     First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 940; signed and docketed: 10/28/24]

    <u>Related Documents</u>:

    A.     First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from April 22, 2024 through May 31, 2024 [Docket No. 428; filed: 06/06/24]

        i.     Certification of No Objection for First Monthly Application of Moelis & Company LLC [Docket No. 542; filed: 06/28/24]

    B.     Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from June 1, 2024 through June 30, 2024 [Docket No. 580; filed: 07/05/24]

        i.     Certification of No Objection for Second Monthly Application of Moelis & Company LLC [Docket No. 671; filed: 07/30/24]

    C.     Third Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from July 1, 2024 through July 31, 2024 [Docket No. 708; filed: 08/07/24]

        i.     Certification of No Objection for Third Monthly Application of Moelis & Company LLC [Docket No. 782; filed: 08/29/24]

2.    Second Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from August 1, 2024 through October 31, 2024 [Docket No. 1011; filed: 11/19/24]

      i.    Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 1127; signed and docketed: 12/13/24]

      Related Documents:

      A.    Fourth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from August 1, 2024 through August 31, 2024 [Docket No. 821; filed: 09/16/24]

          i.    Certification of No Objection for Fourth Monthly Application of Moelis & Company LLC [Docket No. 884; filed: 10/09/24]

      B.    Fifth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from September 1, 2024 through September 30, 2024 [Docket No. 910; filed: 10/17/24]

          i.    Certification of No Objection for Fifth Monthly Application of Moelis & Company LLC [Docket No. 979; filed: 11/08/24]

      C.    Sixth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from October 1, 2024 through October 31, 2024 [Docket No. 977; filed: 11/08/24]

          i.    Certification of No Objection for Sixth Monthly Application of Moelis & Company LLC [Docket No. 1064; filed: 12/03/24]

3.    Seventh Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker, Financial Advisor, and Placement Agent for the Debtors and Debtors in Possession, from November 1, 2024 through November 30, 2024 [Docket No. 1116; filed: 12/11/24]

      i.    Certification of No Objection for Seventh Monthly Application of Moelis & Company LLC [Docket No. 1195; filed: 01/06/25]

**VII.    PRICEWATERHOUSECOOPERS LLP (Audit Services Provider to the Debtors)**

Combined Third Monthly and Final Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the (I) Combined Third Monthly Period from October 1, 2024 through December 17, 2024 and (II) Final Period from April 22, 2024 through December 17, 2024 [Docket No. 1284; filed: 02/11/25]

1.    First Interim Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from April 22, 2024 through June 30, 2024 [Docket No. 874; filed: 10/02/24]

    i.    First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 940; signed and docketed: 10/28/24]

    Related Documents:

    A.    Combined First Monthly Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from April 22, 2024 through June 30, 2024 [Docket No. 866; filed: 09/25/24]

        i.    Certification of No Objection for Combined First Monthly Application of PricewaterhouseCoopers LLP [Docket No. 911; filed: 10/17/24]

2.    Combined Second Monthly Fee Application of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through September 30, 2024 [Docket No. 1016; filed: 11/19/24]

    i.    Certification of No Objection for Combined Second Monthly Application of PricewaterhouseCoopers LLP [Docket No. 1118; filed: 12/11/24]

**VIII.    KPMG LLP (Tax Consultant to the Debtors)**

Final Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through December 17, 2024 [Docket No. 1287; filed: 02/12/25]

1.    First Interim Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through July 31, 2024 [Docket No. 880; filed: 10/04/24]

i.       Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 950; signed and docketed: 10/31/24]

Related Documents:

A.      First Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 22, 2024 through June 30, 2024 [Docket No. 710; filed: 08/09/24]

     i.      Certification of No Objection for First Monthly Fee Application of KPMG LLP [Docket No. 789; filed: 09/03/24]

B.      Second Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through July 31, 2024 [Docket No. 804; filed: 09/06/24]

     i.      Amended Second Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through July 31, 2024 [Docket No. 813; filed: 09/11/24]

     ii.     Certification of No Objection for Amended Second Monthly Fee Application of KPMG LLP [Docket No. 903; filed: 10/16/24]

2.     Third Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through October 31, 2024 [Docket No. 1057; filed: 11/26/24]

     i.      Certification of No Objection for Third Monthly Fee Application of KPMG LLP [Docket No. 1156; filed: 12/18/24]

3.     Fourth Monthly Fee Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2024 through December 17, 2024 [Docket No. 1222; filed: 01/16/25]

     i.      Certification of No Objection for Fourth Monthly Fee Application of KPMG LLP [Docket No. 1282; filed: 02/07/25]

11

IX.     **STRETTO, INC. (Administrative Agent to the Debtors)**

Final Fee Application of Stretto, Inc., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Agent to the Debtors and Debtors in Possession for the Period from April 22, 2024 through December 17, 2024 [Docket No. 1205; filed: 01/07/25]

# COMMITTEE'S PROFESSIONALS

X.      **KRAMER LEVIN NAFTALIS & FRANKEL LLP (Co-Counsel to the Committee)**

Consolidated Seventh Monthly and Final Fee Application of Kramer Levin Naftalis & Frankel LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for Payment of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from November 1, 2024 through December 17, 2024 and (II) Final Period from May 6, 2024 through December 17, 2024 [Docket No. 1293; filed: 02/14/25]

   i.     Certification of No Objection for Consolidated Seventh Monthly and Final Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 1310; filed: 03/10/25]

      1.     First Interim Application of Kramer Levin Naftalis & Frankel LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 6, 2024 through July 31, 2024 [Docket No. 848; filed: 09/24/24]

         i.     Certification of No Objection for Kramer Levin Naftalis & Frankel LLP [Docket No. 904; filed: 10/16/24]

         ii.    First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 940; signed and docketed: 10/28/24]

         Related Documents:

         A.     First Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 6, 2024 through May 31, 2024 [Docket No. 568; filed: 07/03/24]

            i.     Certification of No Objection for First Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 643; filed: 07/25/24]

B.    Second Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through June 30, 2024 [Docket No. 661; filed: 07/29/24]

      i.    Certification of No Objection for Second Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 730; filed: 08/20/24]

C.    Third Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through July 31, 2024 [Docket No. 744; filed: 08/27/24]

      i.    Certification of No Objection for Third Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 826; filed: 09/18/24]

2.    Second Interim Fee Application of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Payment of Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through October 31, 2024 [Docket No. 1002; filed: 11/15/24]

      i.    Certification of No Objection for Second Interim Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 1103; filed: 12/09/24]

      ii.    Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 1127; signed and docketed: 12/13/24]

<u>Related Documents</u>:

A.    Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through August 31, 2024 [Docket No. 918; filed: 10/23/24]

      i.    Certification of No Objection for Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 996; filed: 11/14/24]

B.    Fifth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Unsecured Creditors,

for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through September 30, 2024 [Docket No. 982; filed: 11/12/24]

    i.    Certification of No Objection for Fifth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 1072; filed: 12/04/24]

C.    Sixth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through October 31, 2024 [Docket No. 999; filed: 11/15/24]

    i.    Certification of No Objection for Sixth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP [Docket No. 1100; filed: 12/09/24]

## XI.    SAUL EWING LLP (Co-Counsel to the Committee)

Combined Seventh Monthly and Final Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Payment of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from November 1, 2024 through December 17, 2024, and (II) Final Period from May 7, 2024 through December 17, 2024 [Docket No. 1294; filed: 02/14/25]

i.    Certification of No Objection for Combined Seventh Monthly and Final Fee Application of Saul Ewing LLP [Docket No. 1311; filed: 03/10/25]

    1.    First Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 7, 2024 through July 31, 2024 [Docket No. 849; filed: 09/24/24]

        i.    Certification of No Objection for First Interim Fee Application of Saul Ewing LLP [Docket No. 905; filed: 10/16/24]

        ii.    First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 940; signed and docketed: 10/28/24]

        Related Documents:

        A.    First Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 7, 2024 through May 31, 2024 [Docket No. 569; filed: 07/03/24]

        i.      Certification of No Objection for First Monthly Fee Application Saul Ewing LLP [Docket No. 644; filed: 07/25/24]

B.      Second Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [Docket No. 662; filed: 07/29/24]

        i.      Certification of No Objection for Second Monthly Fee Application of Saul Ewing LLP [Docket No. 731; filed: 08/20/24]

C.      Third Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [Docket No. 745; filed: 08/27/24]

        i.      Certification of No Objection for Third Monthly Fee Application of Saul Ewing LLP [Docket No. 827; filed: 09/18/24]

2.      Second Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024 [Docket No. 1003; filed: 11/15/24]

        i.      Certification of No Objection for Second Interim Fee Application of Saul Ewing LLP [Docket No. 1104; filed: 12/09/24]

        ii.     Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 1127; signed and docketed: 12/13/24]

<u>Related Documents</u>:

A.      Fourth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [Docket No. 919; filed: 10/23/24]

        i.      Certification of No Objection for Fourth Monthly Fee Application of Saul Ewing LLP [Docket No. 997; filed: 11/14/24]

B.      Fifth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [Docket No. 983; filed: 11/12/24]

    i.      Certification of No Objection for Fifth Monthly Fee Application of Saul Ewing LLP [Docket No. 1073; filed: 12/04/24]

C.      Sixth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 31, 2024 [Docket No. 1000; filed: 11/15/24]

    i.      Certification of No Objection for Sixth Monthly Fee Application of Saul Ewing LLP [Docket No. 1101; filed: 12/09/24]

## XII.   PROVINCE, LLC (Financial Advisor to the Committee)

Combined Eighth Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for the (I) Monthly Period from December 1, 2024 through December 17, 2024, and (II) Final Period from May 7, 2024 through December 17, 2024 [Docket No. 1295; filed: 02/14/25]

  i.      Certification of No Objection for Combined Eighth Monthly and Final Fee Application of Province, LLC [Docket No. 1312; filed: 03/10/25]

    1.      First Interim Application for Compensation and Reimbursement of Expenses of Province, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 7, 2024 through July 31, 2024 [Docket No. 850; filed: 09/24/24]

      i.      Certification of No Objection for First Interim Application of Province, LLC [Docket No. 906; filed: 10/16/24]

      ii.      First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 940; signed and docketed: 10/28/24]

    Related Documents:

    A.      First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official

16

—

Committee of Unsecured Creditors for the Period from May 7, 2024 through May 31, 2024 [Docket No. 570; filed: 07/03/24]

     i.    Certification of No Objection for First Monthly Application of Province, LLC [Docket No. 645; filed: 07/25/24]

B.    Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 1, 2024 through June 30, 2024 [Docket No. 663; filed: 07/29/24]

     i.    Certification of No Objection for Second Monthly Application of Province, LLC [Docket No. 732; filed: 08/20/24]

C.    Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 1, 2024 through July 31, 2024 [Docket No. 746; filed: 08/27/24]

     i.    Certification of No Objection for Third Monthly Application of Province, LLC [Docket No. 828; filed: 09/18/24]

2.    Second Interim Fee Application of Province, LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024 [Docket No. 1004; filed: 11/15/24]

     i.    Certification of No Objection Second Interim Fee Application of Province, LLC [Docket No. 1105; filed: 12/09/24]

     ii.    Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 1127; signed and docketed: 12/13/24]

Related Documents:

A.    Fourth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2024 through August 31, 2024 [Docket No. 920; filed: 10/23/24]

     i.    Certification of No Objection for Fourth Monthly Application of Province, LLC [Docket No. 998; filed: 11/14/24]

17

B.      Fifth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 1, 2024 through September 30, 2024 [Docket No. 984; filed: 11/12/24]

           i.      Certification of No Objection for Fifth Monthly Application of Province, LLC [Docket No. 1074; filed: 12/04/24]

C.      Sixth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 1, 2024 through October 31, 2024 [Docket No. 1001; filed: 11/15/24]

           i.      Certification of No Objection for Sixth Monthly Application of Province, LLC [Docket No. 1102; filed: 12/09/24]

3.      Seventh Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 through November 30, 2024 [Docket No. 1286; filed: 02/12/25]

           i.      Certification of No Objection for Seventh Monthly Application of Province, LLC [Docket No. 1308; filed: 03/06/25]