**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. 1244** |

**NOTICE OF WITHDRAWAL OF REQUEST FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF
3CINTERACTIVE, LLC DBA IMIMOBILE US.**

3CInteractive, LLC dba IMImobile US, by and through its undersigned counsel, hereby withdraws its *Request for Allowance and Payment of Administrative Expense Claim of 3CInteractive, LLC dba IMImobile US* [D.I. 1244] filed on January 30, 2025, with prejudice.

*[Remainder of Page Intentionally Left Blank.]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Dated: March 28, 2025

**WHITE AND WILLIAMS LLP**

*/s/ Michael Ingrassia*
Michael A. Ingrassia (No. 7068)
600 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302-467-4503
Fax:    302-467-4550
Email:  ingrassiam@whiteandwilliams.com

-and-

**BIALSON, BERGEN & SCHWAB,**
**A Professional Corporation**
Gaye Nell Heck, Esq.
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Fax: (650) 494-2738
E-mail: Gheck@bbslaw.com

*Attorneys for Creditor 3CInteractive, LLC dba*
*IMImobile US*