# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                             Chapter 11

EXP OldCo Winddown, Inc., et al.                   Case No. 24-10831

Debtors.

## <u>NOTICE OF CHANGE OF ADDRESS</u>

      **PLEASE TAKE NOTICE** that Mediumplex Studio, LLC DBA Ryan Slack a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address                                     New Address
Mediumplex Studio, LLC DBA Ryan Slack              Mediumplex Studio, LLC DBA Ryan Slack
28 Box St Apt N425                                 re: Hain Capital Holdings, LLC
Brooklyn, NY 11222                                 301 Route 17 North, Suite 816A
                                                   Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

                              Authorized Signatory for**:**

                              **Mediumplex Studio, LLC DBA Ryan Slack**

By: *Sarina Paradhini*

Title: Bookkeeper

Date: 02/28/2025