IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered)<br>**Re: Docket No. 1315**<br>Hearing Date: April 22, 2025 at 9:30 a.m. |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM FOR PLAN ADMINISTRATOR'S CORRECTED FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 FOR HEARING ON APRIL 22, 2025**

PLEASE TAKE NOTICE that on April 7, 2025, counsel for Tracy L. Klestadt, appointed as plan administrator of EXP OldCo Winddown, Inc., *et al*. (the "**Plan Administrator**") for the chapter 11 bankruptcy estates of the above captioned debtors, delivered to Chambers copies of the proofs of claim to which the Debtors has objected, along with all of the attachments to said proofs of claim, that are the subject of the hearing scheduled for April 22, 2025 at 9:30 a.m., relating to the following claim objection:

> **Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** [Docket No. 1315; filed: 03/21/25]

Copies of said proofs of claim may be requested from the undersigned counsel.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

Dated: April 7, 2025

          **SAUL EWING LLP**

          */s/ Lucian B. Murley*
          Lucian B. Murley (DE Bar No. 4892)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE 19899
          Telephone: (302) 421-6898
          Email: luke.murley@saul.com

          -and-

          Brendan M. Scott
          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
          200 West 41st Street, 17th Floor
          New York, NY 10036-7203
          Telephone: (212) 679-5359
          Facsimile: (212) 972-2245
          Email: bscott@klestadt.com

          *Counsel. for the Plan Administrator*