IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES**

I, Lucian B. Murley, counsel to Tracy L. Klestadt, Plan Administrator of EXP OldCo Winddown, Inc., *et al.* (the "**Plan Administrator**"*)*, hereby certify, as follows:

1. Counsel to the Plan Administrator received omnibus hearing dates from Judge Owens's courtroom deputy.

2. Enclosed herewith is a proposed order that states with specificity the times and dates of the omnibus hearings presently scheduled, subject to Court approval.

3. The Plan Administrator respectfully request that the Court enter the Order Scheduling Omnibus Hearing Dates.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

Dated: April 8, 2025

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:   (302) 421-6898
Email:   luke.murley@saul.com

 -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:   (212) 679-5359
Facsimile:   (212) 972-2245
Email:   bscott@klestadt.com

 -and-

Adam C. Rogoff
Robert T. Schmidt
Nathaniel Allard
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 715-9100
Facsimile:   (212) 715-8000
Email:   arogoff@kramerlevin.com
   rschmidt@kramerlevin.com
   nallard@kramerlevin.com

*Counsel for the Plan Administrator*