## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Caden C. Calvanico, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 4, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 1323]**

Dated: April 9, 2025

*Caden Calvanico*
Caden C. Calvanico

State of Colorado    )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 9th day of April 2025 by Caden C. Calvanico.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **Exhibit A**

Document Ref: FF2YI-WURRX-GIKMU-HCHUS



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Hain Capital Investors Master Fund, LTD [as assignee of Mediumplex Studio, LLC DBA Ryan Slack] | Attn: Robert Koltai | 301 Route 17 North | Suite 816A | | Rutherford | NJ | 07070 |
| Mediumplex Studio DBA Ryan Slack | c/o Hain Capital Holdings, LLC | 301 Route 17 North | Suite 816A | | Rutherford | NJ | 07070 |
| Mediumplex Studio LLC | | 28 Box Street #N425 | | | Brooklyn | NY | 11222 |

In re: Oceanwide Plaza, LLC
Case No. 24-11057-DS

Page 1 of 1