# **EXHIBIT A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. _____** |

**ORDER SUSTAINING FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO**
**CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B),**
**BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the Amended Claims, Duplicate Claims, Late-Filed Claims, Equity Interest Claims, and Insufficient Documentation Claims set forth on Schedules 1, 2, 3, 4, and 5 attached hereto, and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1]      The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

**HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The Amended Claims set forth on the attached **Schedule 1** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 1** attached hereto in the column titled "Remaining Claim Number."

3.      The Duplicate Claims set forth on the attached **Schedule 2** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 2** attached hereto in the column titled "Remaining Claim Number."

4.      The Late-Filed Claims set forth on the attached **Schedule 3** are hereby disallowed and expunged in their entirety.

5.      The Equity Interest Claims set forth on the attached **Schedule 4** are hereby disallowed and expunged in their entirety.

6.      The Insufficient Documentation Claims set forth on the attached **Schedule 5** are hereby disallowed and expunged in their entirety.

7.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with terms of this Order.

8.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

9.      The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify,

55106441.4

and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

10.     To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

11.     The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

55106441.4

# Schedule 1

**Amended Claims**

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 230 Clarendon Street, LLC | 1778 | 1509 | $737,464.86 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 3CInteractive, LLC dba IMImobile US | 1803 | 1205 | $1,284,388.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 3CInteractive, LLC dba IMImobile US | 1803 | 1207 | $1,284,388.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 66degrees Holdings, LLC [Pandera Systems, LLC] | 1775 | 1136 | $2,291,650.12 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Allen ISD | 1730 | 187 | $6,260.24 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| AP 1519-1521 Walnut Street, L.P. | 1749 | 1308 | $1,077,675.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Bexar County | 1713 | 4 | $55,297.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Brevard County Tax Collector | 1692 | 61 | $1,138.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Broward County [Broward County Tax Collector] | 1715 | 79 | $8,165.70 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Business Wire, Inc. | 1719 | 76 | $11,250.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Cameron County | 1742 | 166 | $7,069.55 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Charles County, Maryland | 1665 | 458 | $1,599.64 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Choi & Shin's Co., Ltd. | 1000 | 829 | $2,936,345.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Choi & Shin's Co., Ltd. | 1654 | 1000 | $2,936,345.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Allen | 1731 | 20 | $2,306.72 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Frisco | 1732 | 24 | $2,583.16 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Houston | 1771 | 202 | $10,347.58 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Humble | 1763 | 201 | $1,121.95 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of McAllen | 1743 | 168 | $9,655.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| County of Orange Treasurer-Tax Collector | 1756 | 510 | $40,252.29 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Crescent Bahuman Limited | 1575 | 116 | $3,679,671.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Crowley Independent School District [Crowley ISD] | 1733 | 33 | $5,832.31 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Cypress-Fairbanks ISD | 1770 | 200 | $11,460.78 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Dallas County | 1729 | 19 | $9,466.10 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Dallas County | 1734 | 25 | $40,473.31 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Ector CAD | 1714 | 8 | $1,356.48 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Escambia County Tax Collector | 1703 | 43 | $1,187.99 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Forbes Taubman Orlando, L.L.C. | 1682 | 1380 | $319,827.44 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Forbes/Cohen Properties Limited Partnership | 1681 | 1379 | $220,198.40 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fort Bend County | 1769 | 199 | $10,572.30 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fortune Footwear, Inc.* | 1645* | 1079 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fortune Footwear, Inc.* | 1645* | 1084 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fortune Footwear, Inc.* | 1636* | 1087 | $2,092,986.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**

Case Number: 24-10831 (KBO)

Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Fortune Footwear, Inc.* | 1642* | 1135 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Galveston County | 1768 | 198 | $4,368.76 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Garment 10 Corporation - Joint Stock Company | 377 | 365 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Garment 10 Corporation - Joint Stock Company | 950 | 377 | $7,510,580.31 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Garrison, Ellen | 1790 | 782 | $50,000.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| GG International Manufacturing Co., Ltd.** | 1615** | 841 | $6,374,329.78 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| GG International Manufacturing Co., Ltd.** | 1615** | 990 | $6,374,329.78 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Granite Telecommunications, LLC | 1836 | 1798 | $78,947.83 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Granite Telecommunications, LLC | 1845 | 1836 | $154,454.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Harris Co ESD #09 | 1767 | 203 | $278.12 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Harris Co ID #01 | 1766 | 197 | $2,237.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

EXP OLDCO WINDDOWN, INC., et al
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Hidalgo County | 1744 | 167 | $51,043.74 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hillsborough County Tax Collector | 1754 | 1407 | $2,027.43 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hillsborough County Tax Collector | 1753 | 1408 | $998.55 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hillsborough County Tax Collector | 1755 | 1409 | $1,699.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HLD (HK) Trading Limited | 1690 | 1112 | $3,672,851.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HLD (HK) Trading Limited | 1706 | 1690 | $1,028,889.76 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Houston Comm Coll System | 1765 | 196 | $1,438.70 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Houston ISD | 1764 | 195 | $13,544.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Irving ISD | 1735 | 26 | $2,386.94 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Jefferson County | 1762 | 194 | $6,813.45 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| KONE, Inc. | 1801 | 1150 | $107,620.35 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Lone Star College System | 1772 | 193 | $1,632.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Louisiana Department of Revenue | 1711 | 1699 | $25,000.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Lubbock Central Appraisal District | 1717 | 6 | $5,586.56 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Macon-Bibb County Tax Commissioner | 1828 | 139 | $3,659.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| MarketVision Research, Inc. | 1716 | 1363 | $69,800.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Missouri Department Of Revenue | 1577 | 352 | $1,360.93 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Modelama Exports PVT Limited | 1784 | 426 | $1,527,377.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Montgomery County | 1759 | 192 | $7,241.10 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Northwest ISD | 1736 | 27 | $4,186.85 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| NU Technology Inc. | 1712 | 109 | $533,909.50 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Nueces County | 1760 | 165 | $11,953.53 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**

**Case Number: 24-10831 (KBO)**

**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Ohio Department of Taxation | 1673 | 391 | $473.96 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Oregon Department of Revenue | 1844 | 266 | $7,923.39 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Orinoco Studio Inc. | 1841 | 53 | $15,024.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pierce County Finance Dept. | 1847 | 723 | $1,900.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pierce County Finance Dept. | 1848 | 724 | $1,900.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pima County, Arizona | 1659 | 1426 | $5,300.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pima County, Arizona | 1658 | 1488 | $450.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pioneer Knitwears BD Ltd. | 447 | 58 | $948,497.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PR Springfield Town Center LLC | 1646 | 103 | $46,204.97 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Prince George's County, Maryland | 1627 | 408 | $1,371.79 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Qingdao Baijiachuangqi Trade Co., Ltd. | 635 | 144 | $283,856.40 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Qingdao Baijiachuangqi Trade Co., Ltd. | 1724 | 635 | $283,856.40 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Queens Center SPE LLC | 1683 | 1371 | $906,715.11 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Rose Knitting (Asia) Limited | 1723 | 248 | $236,557.15 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| San Bernardino County | 1779 | 430 | $247,133.20 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| San Marcos CISD | 1761 | 169 | $5,746.85 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Seshin Apparel Co., Ltd. | 473 | 472 | $3,629,335.62 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Seshin Apparel Co., Ltd. | 514 | 513 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Shahi Exports Private Limited | 1052 | 547 | $6,161,953.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Silver Spark Apparel Limited | 309 | 305 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Spartanburg County Tax Collector | 1800 | 663 | $2,304.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| SPUS9 FB Paddock PROP, LLC | 1680 | 1364 | $13,373.81 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Tarrant County | 1737 | 28 | $41,250.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Taxing Districts Collected by Potter County [Texas Taxing Authorities] | 1709 | 3 | $7,059.23 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| The County of Hays, Texas | 1747 | 13 | $5,835.73 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Travis County | 1739 | 421 | $14,231.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tulsa County Treasurer | 1721 | 87 | $12,479.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Veritiv Operating Company | 1669 | 913 | $35,733.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

*Indicates Remaining Claim is Argo Partners [as assignee of Fortune Footware, Inc.]

**Total**          $59,645,355.39

**Indicates Remaining Claim is Korea Trade Insurance Corporation [as assignee of GG International Manufacturing Co., Ltd.]

# **Schedule 2**

## **Duplicate Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1634 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1635 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1637 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1638 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1639 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1640 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1641 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1642 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1643 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1644 | $1,793,821.67 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1634 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1645 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Seshin Apparel Co., Ltd. | 890 | 446 | $3,629,335.62 | The claim is a duplicate of another claim. |
| Seshin Apparel Co., Ltd. | 890 | 473 | $3,629,335.62 | The claim is a duplicate of another claim. |
| Seshin Apparel Co., Ltd. | 890 | 514 | $3,629,335.62 | The claim is a duplicate of another claim. |
| South Asia Knitting Factory Ltd. | 1004 | 821 | $364,985.22 | The claim is a duplicate of another claim. |

**Total**      $30,985,030.45

**<u>Schedule 3</u>**

**Late-Filed Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late-Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Albanez, Jessica | 3/31/2025 | 1846 | $5,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Atellio, Inc. | 1/3/2025 | 1773 | $12,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bailey, Chase [Chase Trena Bailey] | 1/13/2025 | 1782 | $1,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bailey, Vanaeya | 1/12/2025 | 1780 | $1,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cunha, Kimberly [Kimberly Mensack] | 12/2/2024 | 1726 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Czarnecki, Morgan | 1/8/2025 | 1777 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Davis, Marchell T. | 2/28/2025 | 1843 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Dyer, Isaac | 12/23/2024 | 1758 | $3,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Express Fashion [Helios HVACR Service Partners]* | 2/6/2025 | 1835 | $152,337.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Express Fashions [Clark, Tobias]* | 1/18/2025 | 1789 | $500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Guilford County Tax Department | 1/6/2025 | 1774 | $3,382.41 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Nasdaq, Inc. | 2/7/2025 | 1840 | $20,297.28 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Nava, Juanita | 10/24/2024 | 1707 | $848.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Oregon Department of Revenue | 12/23/2024 | 1757 | $0.00 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Palm Beach County Tax Collector | 1/17/2025 | 1785 | $119.92 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Palm Beach County Tax Collector | 1/17/2025 | 1786 | $461.44 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late-Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Palm Beach County Tax Collector | 1/17/2025 | 1787 | $986.89 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Palm Beach County Tax Collector | 1/17/2025 | 1788 | $62.09 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Redding, Decarlo L. | 1/22/2025 | 1791 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Vilna, Karlie | 2/1/2025 | 1831 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Waters, Cheo | 2/24/2025 | 1842 | $100.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

|  | **Total** | | $300,995.27 | |

*Indicates claimant filed Express as the current creditor.

# **Schedule 4**

## **Equity Interest Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Equity Interest**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Cornelisse, Amy | 1191 | $2,082.47 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Naqib [Naqib Ullah Wardak] | 763 | $1,967.65 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Naqib [Naqib Ullah Wardak] | 764 | $19,687.80 | The claimant filed the proof of claim on account of an interest, rather than a claim. |

**Total**          $23,737.92

# Schedule 5

## Insufficient Documentation Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Abarca-Rufino, Yazmin | 574 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Abdallah, Severin Emilio | 570 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| AH a minor child (Keele Mitchell parent) | 1132 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Aldama Hernandez, Jasmine | 780 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alexander, Tenya | 716 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alvarez, Auris | 922 | $2,310.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alvarez, Yanci | 1026 | $10,340.47 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alves Cabral, Etelvina Eliane | 692 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Arkansas Department of Finance and Administration | 921 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Artistic Milliners PVT LTD | 207 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Artistic Milliners PVT LTD | 206 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Atellio, Inc. | 1773 | $12,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Atkins, Lamar | 884 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bailey, Chase [Chase Trena Bailey] | 1782 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bailey, Vanaeya | 816 | $746.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bailey, Vanaeya | 1780 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Baker, Shawn | 846 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Banda, Kush | 1524 | $136,093.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bautista, Lexzandra | 710 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bell, April T | 604 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Bjorklund, Taylor Kay | 786 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Blanco, Jaden | 717 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Braham, Virginia Kristine | 671 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Branch, Sidney James | 730 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Brown, Chyanna N. | 711 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cabral, Leonela | 577 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Carson, Quincy Avery-Alice | 589 | $100.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Centers, Stacey Ann | 766 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| CF Corporation | 1228 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Chavarria, Veronica | 980 | $10,340.47 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| China Ting Garment MFG (Group) Limited | 1123 | $157,659.30 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| City of Brea | 1498 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Clark, Joe | 617 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cobalt Fashion PTE. LTD | 981 | $19,783.24 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cook, Nakhiya | 578 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Corptactics Audit Group, PSC | 468 | $10,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cunha, Kimberly [Kimberly Mensack] | 1726 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Czarnecki, Morgan | 1777 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Darnes, Charlotte | 542 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Davis, Michele Valerie | 790 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| De Jesus, Elizabeth J. | 693 | $400.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Diaz Casas, Maria H. | 1195 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Diaz, Nadiyah | 621 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dickerson, Cameron | 551 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dipietro, Marina | 539 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dominion Energy South Carolina | 754 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dorsey-Satchell, Cionna A, | 518 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dyer, Isaac | 1758 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Eames, Mabel J, | 825 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ellwood, Tyler Jr. | 560 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express [Chevalier, Jacob Edward]* | 1216 | $1,200.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express [Kattoula, Alexander]* | 128 | $10,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express Fashions [Clark, Tobias Denond]* | 1789 | $500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express Inc. [Freeman, Jasmine Alexis]* | 318 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Federico, Nicolle | 705 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Felix, Luisa | 685 | $318,498.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ferdinand, Jeanine Patrice | 516 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Fletcher, Jada | 592 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Flores, Michelle Ayleen | 531 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Flores, Perla Gisell | 713 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Florida Department of Revenue | 673 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Freeland, Kayla Renee | 639 | $1,600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Garcia, Adrian | 612 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ghazoul, Marilyn | 883 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Glass, Sierra | 540 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Gonzalez, Matthew | 242 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Gonzalez, Matthew | 553 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Gonzalez-Jorge, Naraly | 632 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Green, Mijaun | 672 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Green-Hudson, Cinnira A. | 781 | $270.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Greer, Stacey | 931 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Guzman, Jonathan Nathaniel | 544 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hales, Noriell | 768 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hamad, Esrraa | 521 | $20,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hambleton, George Nickolas | 546 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Harris, Lauren | 359 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Haverty, Thomas | 93 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hein, John | 1522 | $277,218.90 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hendley, Carletta | 555 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hendrix, Angel Patreece | 252 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Hernandez, Carol | 532 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Higginbotham, Aidan E. | 569 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hines, Tiana | 640 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Holland, Latoya | 885 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Houston, Tanika | 681 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hubert, Sasha Mylana | 1204 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Illinois Security Svc, Inc. | 495 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Jefferson, Shamila Kendra | 563 | $14,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Jiangsu Guotai Huasheng Industrial Co. Ltd. | 1107 | $203,135.20 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Johnson, Kiara | 508 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Johnson, Nikcole | 598 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Jones, Shanelle | 691 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Kennedy, Destiny | 538 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Kennedy, Keshon | 545 | $2,200.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Koonce, Damerious | 699 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lattimore, JaCarry | 1024 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lewis, Jason L. | 579 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Little, Jordan Lacey | 1708 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Low, Steven Alexander | 734 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lugang | 1237 | $90,174.90 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Madhu, Arjun | 767 | $300.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Major, Destiny | 253 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Malco, Claudia | 275 | $250.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| McCain, Tarrell | 148 | $1,738.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mckenney, Crystal | 618 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| McKinney, Jiniah Latrice | 605 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mendez, Jesus | 511 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Merlos, Luis | 928 | $2,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mills, Lori Mignon | 695 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| MJ Corp. | 1118 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| MOLAXTRADING LIMITED | 1121 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mora Guzman, Steicy | 891 | $320.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nabors, Zachary | 606 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nava, Juanita | 1707 | $848.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nebril, Marisa K. | 771 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nelson, Keonna | 519 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nevarez, Ashley | 529 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Oconnell, Brian Richard | 509 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Orta, Korina | 593 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Palazzolo, Amelia Grace | 571 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Paulino, Christian | 558 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Pena, Abigail | 675 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Peyton, Dayshon | 722 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Phillips, Leanna | 1837 | $29,808.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Pipkins, Angela | 1264 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Poellintz, Diane D. | 528 | $30,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Price, Coquice | 607 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Quito, Jose M | 564 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ramirez, Aleish | 1093 | $35,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ramirez, Antonia | 583 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ramos, Katalina Olivia | 1366 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rampath, Shereen Lisa | 831 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Redding, Decarlo L. | 1791 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Reeves, Carla | 523 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Reyes, Itzel | 565 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ribeiro, Ana Sophia | 665 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rios, Jesse | 594 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rivera, Carmen B. | 603 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rodriguez, Isabella | 396 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Salinas, Oowashame F. | 737 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Salomon, Gabrielle | 520 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Sanchez, Zulema Ruby | 666 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Scarlett, Camille | 1027 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| SG International USA | 159 | $1,089.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Sherman, Samuel T. | 791 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Slik, Emily | 536 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Smith, Brenda E. | 682 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Smith, Jaqavious L. | 779 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Spears, Mylee | 1187 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| St Louis County Collector of Revenue | 18 | $1,801.15 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| St Ruis, Erielle Renee | 1388 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Stanton, Meghan | 706 | $9,557.43 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Stevenson, Elizabeth | 160 | $2,571.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tan, Alexander | 848 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1324 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tavares, Claudia | 844 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Taylor, Nicole James | 718 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Teshome, Joshua | 316 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Thorn, Chelsea | 964 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Todriquez, Shania M. [Shania M. Garcia] | 849 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Toney, Cherelle | 738 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Trejo, Anthony | 1138 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Trueblood, Duke | 680 | $600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Unifield Textiles Limited | 808 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Upchurch, Nikala | 715 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Upchurch, Nikala | 810 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Vallecillo, Daniel Humberto | 874 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Vang, Kanong | 684 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Vilna, Karlie | 1831 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Walker, Chanel | 1057 | $9,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Walker, Krista | 714 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Watson, Asia | 927 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Webb, Kelina N. | 642 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wiggins, Ezari Z. | 678 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wilkes, Christian | 49 | $1,790.17 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Williams, Adonis | 645 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Williams, Ali | 497 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Williams, Terradajha Rena | 694 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wilson, Margaret | 278 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wise, Jahnell | 504 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Wojciechowski, Jennifer M. | 580 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wolfe, Daniel | 668 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Woodson-Shelby, Tanisha | 1297 | $25,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wright, Denae | 507 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Zabair Waheed Waheed | 208 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

    *Indicates claimant filed Express as the current creditor.    **Total**    $1,465,243.73