**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

    I, Lucian Murley, Esquire, hereby certify that on April 11, 2025, a copy of the *Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1558 of Truesource LLC Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

                                  **SAUL EWING LLP**

                          By: */s/ Lucian Murley*
                                Lucian Murley (DE Bar No. 4892)
                                1201 N. Market Street, Suite 2300
                                P.O. Box 1266
                                Wilmington, DE 19801-1266
                                (302) 421-6898

Dated: April 11, 2025

55415168.1

**SERVICE LIST**

Karen C. Bifferato, Esquire
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Jiwon Juliana Yhee, Esquire
Masuda Funai
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601
JYhee@MasudaFunai.com

55415168.1