**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian Murley, Esquire, hereby certify that on April 11, 2025, a copy of the *Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 1495 and 1496 of HGP TIC, LLC Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian Murley*
Lucian Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6898

Dated: April 11, 2025

**SERVICE LIST**

Kevin M. Newman, Esquire
Audrey A. Vrooman, Esquire
Barclay Damon LLP
Barclay Damon Tower, 125 East Jefferson Street
Syracuse, NY 13202
KNewman@barclaydamon.com
AVrooman@barclaydamon.com

Scott L. Fleischer, Esquire
Barclay Damon LLP
1720 Avenue of the Americas, Suite 501
New York, NY 10020
SFleischer@barclaydamon.com