# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian Murley, Esquire, hereby certify that on April 11, 2025, a copy of the *Notice of Withdrawal of Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1379 of Forbes/Cohen Properties Limited Partnership Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian Murley*
  Lucian Murley (DE Bar No. 4892)
  1201 N. Market Street, Suite 2300
  P.O. Box 1266
  Wilmington, DE 19801-1266
  (302) 421-6898

Dated: April 11, 2025

**SERVICE LIST**

Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
Donna Carolo, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
branchd@ballardpspahr.com
zarnighiann@ballardspahr.com
carolod@ballardspahr.com

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
heilmanl@ballardpsahr.com
roglenl@ballardspahr.com