# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Lucian Murley, Esquire, hereby certify that on April 11, 2025, a copy of the *Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1503 of the United States Postal Service* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the party on the attached service list.

                        **SAUL EWING LLP**

                  By: */s/ Lucian Murley*
                        Lucian Murley (DE Bar No. 4892)
                        1201 N. Market Street, Suite 2300
                        P.O. Box 1266
                        Wilmington, DE 19801-1266
                        (302) 421-6898

Dated: April 11, 2025

## SERVICE LIST

Dante Pavan, Esquire
U.S. Attorney's Office
1313 Market Street
Wilmington, DE 19801
Dante.Pavan@usdoj.gov