# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Scheduling Omnibus Hearing Dates** (Docket No. 1332)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: April 14, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 14th day of April 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | | 80 State Street | | | Albany | NY | 12207 | |
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | PO Box 417368 | | | Boston | MA | 02241-7368 | |
| Accertify, Inc. | c/o Becket & Lee LLP | Attn: Christopher Cramer & Shraddha Bharatia | PO Box 3002 | | Malvern | PA | 19355-0702 | |
| Adobe Systems, Inc. | Attn: Scott Burns | 75 Remittance Dr | #1025 | | Chicago | IL | 60675-1025 | |
| Alabama Office of the Attorney General | Attn: Steve Marshall | 501 Washington Avenue | | | Montgomery | AL | 36104 | |
| Alaska Office of the Attorney General | | 1031 W 4th Ave | Suite 200 | | Anchorage | AK | 99501 | |
| Arizona Office of the Attorney General | c/o Consumer Information and Complaints | 2005 N Central Ave | | | Phoenix | AZ | 85004 | |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | | Little Rock | AR | 72201 | |
| Bernardo Manufacturing, Ltd. | Attn: Gregg Castelluci, Joshua Swift | 54 Taylor Dr | | | East Providence | RI | 02916 | |
| BlueCore Inc | Attn: Liz Madsen | 124 Rivington St | | | New York | NY | 10002 | |
| Brierley & Partners, Inc. | | 15303 Ventura Blvd | #400 | | Sherman Oaks | CA | 91403 | |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | PO Box 847439 | | | Dallas | TX | 75284 | |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| CFL Distribution Inc | Attn: Lynda Wong | Hore de Macau Limitada | Avenida da Praia Grande | | Edif Great Will | | 665 | Macau |
| Chacon | Attn: Armond M. Jackson | 2 Venture Parkway | Ste 240 | | Irvine | CA | 92618 | |
| Chacon | Attn: Joseph Lavi | 8889 West Olympic Blvd | #200 | | Beverly Hlls | CA | 90211 | |
| Chacon | Attn: Raul Perez | 1875 Century Park East | Suite 1000 | | Los Angeles | CA | 90067 | |
| Chacon | Attn: Sahag Majarian | 18250 Ventura Blvd | | | Tarzana | CA | 91356 | |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 | |
| Commission Junction LLC | Attn: Camelia Gehrke | 4140 Solutions Center | #774140 | | Chicago | IL | 60677-4001 | |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | 45-A Off Zahar Ali Rd | Gulberg 5 | | Lahore | | 54660 | Pakistan |
| Delaware Department of Justice | Attn Bankruptcy Unit | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| District of Columbia Office of the Attorney General | | 441 4th St NW | Suite 1100 | | Washington | DC | 20001 | |
| EKFH LLC | c/o KLM Equities Inc. | Attn: Zachary Kleinhandler | 920 Broadway | 17th Fl | New York | NY | 10010 | |
| E-Teen Company Limited | Attn: Kevin Luk | Room 202, 2/F, Sun Cheong Industrial Bldg | No. 2-4 Cheung Yee Street | | Lai Chi Kok | Kowloon | | Hong Kong |
| Florida Office of the Attorney General | | The Capitol Pl?01 | | | Tallahassee | FL | 32399 | |
| Fortune Footwear Inc. | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | | New York | NY | 10013 | |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 | |
| GGP Columbia Mall | Attn: Troy Benson | Rouse Fashion Place | SDS-12-2780, PO Box 86 | | Minneapolis | MN | 55486-2780 | |
| Hawaii Office of the Attorney General | | 425 Queen St | | | Honolulu | HI | 96813 | |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | | Boise | ID | 83720 | |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | | Chicago | IL | 60601 | |
| Indiana Office of the Attorney General | | Indiana Government Center South | 302 W Washington St | 5th Floor | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St | Room 109 | Des Moines | IA | 50319 | |
| Jeffrey M. Kurzon | | Address Redacted | | | | | | |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | 1133 Penn Avenue | 5th Floor | Pittsburgh | PA | 15222 | |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | 1234 Camino del Mar | | Del Mar | CA | 92014 | |
| Kansas Office of the Attorney General | Consumer Protection Division | 120 SW 10th Ave | 2nd Floor | | Topeka | KS | 66612-1597 | |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Suite 118 | Frankfort | KY | 40601 | |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | Wing Tai Centre Room 76, Flat A 7th Floor | 12 Hing Yip Street | | Kwun Tong | Kowloon | | Hong Kong |
| Li & Fung (Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | 5th Floor, Lifung Tower | 888 Cheung Sha Wan Road | | | Kowloon | | Hong Kong |
| Louisiana Office of the Attorney General | | 1885 N Third St | | | Baton Rouge | LA | 70802 | |
| Macerich Cerritos LLC | | 401 Wilshire Boulevard | Suite 700 | | Santa Monica | CA | 90401 | |
| Macerich Cerritos LLC | Attn: Doug Healey | PO Box 849445 | | | Los Angeles | CA | 90084-9445 | |
| Maine Office of the Attorney General | Consumer Protection | 6 State House Station | | | Augusta | ME | 04333 | |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | Park-In Commercial Bldg, Rm 1316 | 56 Dundas Street | | Kowloon | | | Hong Kong |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Maryland Office of the Attorney General | Consumer Protection Division | 200 St. Paul Pl | | | Baltimore | MD | 21202 | |
| Massachusetts Office of the Attorney General | | 1 Ashburton Pl | 20th Floor | | Boston | MA | 02108 | |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | 4200 Regent Street | Suite 205 | | Columbus | OH | 43219 | |
| Michigan Office of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | 7th Floor | Lansing | MI | 48933 | |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | | St. Paul | MN | 55101 | |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Suite 1200 | Jackson | MS | 39201 | |
| Missouri Office of the Attorney General | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 | |
| Montana Office of the Attorney General | | 215 N Sanders | Justice Building | 3rd Floor | Helena | MT | 59601 | |
| Monument Consulting LLC | Attn: Allison Hutchcroft, Chris Miller | 1800 Summit Ave | | | Richmond | VA | 23230 | |
| Motives | Attn: Corey Baggett | 499th Avenue | 19th Floor | | New York | NY | 10018 | |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 | |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | |
| New Hampshire Office of the Attorney General | NH Department of Justice | 33 Capitol St | | | Concord | NH | 03301 | |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 | |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 | |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | Ayazaga Mah. Mimar Sinan Sok. | No:21 B/34 | Sariyer | Istanbul | | 34396 | Turkey |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | | Raleigh | NC | 27603 | |
| North Dakota Office of the Attorney General | | State Capitol | 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | 844 N King St #2207 Lockbox 35 | | | Wilmington | DE | 19801 | |
| Ohio Department of Job and Family Services | | 30 E Broad St | | | Columbus | OH | 43215 | |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | | Columbus | OH | 43229 | |
| Ohio Office of the Attorney General | | State Office Tower | 30 E Broad St | 14th Floor | Columbus | OH | 43215 | |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | | Oklahoma City | OK | 73105 | |
| Oregon Office of the Attorney General | Consumer Protection | 1162 Court St NE | | | Salem | OR | 97301-4096 | |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | PBMS Building | 538 Bongcheon-ro | Gwanak-gu | Seoul | | 08789 | Korea, Republic of |
| Pandera Systems, LLC | Attn: Steve Jones | 189 S Orange Ave | Ste 1250 | | Orlando | FL | 32801 | |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 | |
| Queens Center SPE, LLC | | 90-15 Queens Boulevard | | | Elmhurst | NY | 11373 | |
| Queens Center SPE, LLC | Attn: Doug Healey | PO Box 849433 | | | Los Angeles | CA | 90084-9433 | |
| Radial Inc | Attn: Kat Gibson, Emily Jones | PO Box 204113 | | | Dallas | TX | 75320-4114 | |
| Radial, Inc. | Attn: Emily Busch Jones | 935 First Avenue | | | King of Prussia | PA | 19406 | |
| ReStore Capital, LLC | Attn: Legal Department | 5 Revere Drive | Suite 206 | | Northbrook | IL | 60062 | |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | 1211 Avenue of the America | | New York | NY | 10036 | |
| Rhode Island Office of the Attorney General | Consumer Protection | 150 S Main St | | | Providence | RI | 02903 | |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | | 500 N Mesa St | Ste 300 | | El Paso | TX | 79901-1224 | |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | 495 East Mound Street | | Columbus | OH | 43215 | |
| RR Donnelley | Attn: Todd Fallon | 7810 Solution Center | | | Chicago | IL | 60677-7008 | |
| Salesforce Inc | | 415 Mission Street, 3rd Floor | Salesforce Tower | | San Francisco | CA | 94105 | |
| Salesforce Inc | Attn: Kevin Ramirez | PO Box 203141 | | | Dallas | TX | 75320-3141 | |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn:  Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | | New York | NY | 10281-1022 | |
| Silver Crest Clothing Pvt Ltd - Unit III | Attn: Gautam Golchha | Plot No. 4E1 & E2 | Kiadb Industrial Area | | Attibele | KA | 562107 | India |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Simon Capital GP | Attn: Jon Murphy | 867925 Reliable Pkwy | | | Chicago | IL | 60686-0079 | |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Room 519 | Columbia | SC | 29201 | |
| South Dakota Office of the Attorney General | | 1302 E Hwy 14 | Suite 1 | | Pierre | SD | 57501 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 | |
| Tanger Properties Limited Partnership | Attn: Justin Stein | PO Box 414225 | | | Boston | MA | 02241-4225 | |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 | |
| Texas Office of the Attorney General | Attn: Consumer Protection Division | 300 W 15th St | | | Austin | TX | 78701 | |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | 5F-7, No. 1, Fu Hsing North Road | | | Taipei | | ROC105 | Taiwan |
| Urban Crown Limited | Attn: Kevin Moylan | 1101 West Tower, Exchange Rd | Ortigas Ctr | | Pasig City | | 1605 | Philippines |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 N State St | Suite 230 | Salt Lake City | UT | 84114 | |
| Vermont Office of the Attorney General | | 109 State St | | | Montpelier | VT | 05609 | |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 | |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 | |
| Wells Fargo Bank, N.A. | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karczes, Keith G. Radner, and Eva D. Gadzheva | 55 E Monroe Street | Suite 3300 | Chicago | IL | 60603 | |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association | c/o Richard Layton & Finger | Attn:  John H. Knight, Alexander R. Steiger, and Paul N. Heath | 920 N King Street | | Wilmington | DE | 19801 | |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | 125 High Street | 11th Floor | | Boston | MA | 02110 | |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | 55 East Monroe Street | Suite 3300 | Chicago | IL | 60603-5792 | |
| Wells Fargo Retail Finance, LLC, as Collateral Agent | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| West Virginia Office of the Attorney General | Consumer Protection & Anti-Trust Division | 1900 Kanawha Blvd E | State Capitol Complex | Bldg 1, Rm E-26 | Charleston | WV | 25305 | |
| Wisconsin Office of the Attorney General | | 114 E State Capitol | | | Madison | WI | 53702 | |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 3

Document Ref: FYTZV-E97VS-VD3NU-NMR28

Page 5 of 13

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | | brett.herschenfeld@slgreen.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | john.cannizzaro@icemiller.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br>shahbazis@ballardspahr.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Adobe Systems, Inc. | Attn: Scott Burns | | sburns@adobe.com |
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | ghofmann@ck.law |
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | | phong@alvarezandmarsal.com<br>sanjay.srikanth@alvarezandmarsal.com<br>bankruptcy.notices@alvarezandmarsal.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Arizona Office of the Attorney General | c/o Consumer Information and Complaints | | consumerinfo@azag.gov |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | cmbrosius@vorys.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | tscobb@vorys.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford Taylor & Preston LLP | Attn: Christopher A Jones | cajones@whitefordlaw.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | bmuchinsky@illuminatelg.com |
| Blue Yonder, Inc. | c/o Connolly Gallager LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| BlueCore Inc | Attn: Liz Madsen | | liz.madsen@bluecore.com |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | | elisabeth.keller@capillarytech.com<br>sridhar.bollam@capillarytech.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 7

Case 24-10831-KBO    Doc 1343    Filed 04/14/25    Page 8 of 13



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | jcarr@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Scott Andron | sandron@broward.org |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | mkurzman@carmodylaw.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com; nmeyers@leechtishman.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| CFL Distribution Inc | Attn: Lynda Wong | | lynda_wong@cflhk.com |
| Chacon | Attn: Armond M. Jackson | | ajackson@jacksonapc.com |
| Chacon | Attn: Raul Perez | | raul.perez@capstonelawyers.com |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D Reece | lreece@pbfcm.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | bankruptcy@abernathy-law.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | jhaithcock@burr.com |
| Commission Junction LLC | Attn: Camelia Gehrke | | camelia.gehrke@cj.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk; azia@ecbl.pk |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com; jlemkin@stark-stark.com |
| Delaware Department of Justice | Attn Bankruptcy Unit | | attorney.general@state.de.us |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, P.C. | ll | jbarsalona@pashmanstein.com |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | jgiampolo@rosenbergestis.com |
| E-Teen Company Limited | Attn: Kevin Luk | | kevin.luk@eteen-hk.com |
| EXP OldCo Winddown, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 7

Document Ref: FYTZV-E97VS-VD3NU-NMR28

Page 8 of 13



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com emily.geier@kirkland.com nicholas.adzima@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com myurkewicz@klehr.com aradovanovich@klehr.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | daniel.daines@kirkland.com |
| Fashion Island Retail LLC [Fashion Island Shopping Center] | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com brannickn@ballardspahr.com |
| Fortune Footwear Inc. | Attn: Thomas Paccione | | tpaccione@fortunefootwear.com |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| GGP Columbia Mall | Attn: Troy Benson | | troy.benson@bpretail.com |
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Jeffrey M. Kurzon | | | Email Redacted |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | gary@lcllp.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | todd@lcllp.com scott@lcllp.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | | eddie.chan@leverstyle.com william.tan@leverstyle.com derek.lee@leverstyle.com winnie.man@leverstyle.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 7

Document Ref: FYTZV-E97VS-VD3NU-NMR28

Page 9 of 13



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Li & Fung (Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | | laurencerudge@lifung.com<br>gordonchiang@lifung.com<br>legalnotices@lifung.com |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com<br>tfreedman@csglaw.com |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmonroe@pbfcm.com<br>lmbkr@pbfcm.com |
| Macerich Cerritos LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | | jrich@madisoncountyal.gov |
| Manatee County Tax Collector [Ken Burton, Jr., Manatee County Tax Collector] | Attn: Michelle Leeson | | legal@taxcollector.com |
| Manchu Times Fashion Limited | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | tklestadt@klestadt.com |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | | michaelli@manchutimesfashion.com<br>olivialuk@manchutimesfashion.com |
| Maryland Office of the Attorney General | Consumer Protection Division | | oag@oag.state.md.us<br>consumer@oag.state.md.us |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | | dbloch@mgfsourcing.com |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Monument Consulting LLC | Attn: Allison Hutchcroft, Chris Miller | | allison.hutchcroft@monumentconsulting.com |
| Monument Consulting, Inc. | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | dckerrick@dkhogan.com |
| Motives | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |
| Nancy C. Millan, Hillsborough County Tax Collector | Attn: Brian T. Fitzgerald | | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | NH Department of Justice | | attorneygeneral@doj.nh.gov |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | | suelee@newtimesgroup.com<br>eunicekim@newtimesgroup.com |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com<br>nmeyers@leechtishman.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | cmwinter@duanemorris.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | jbillingsley@duanemorris.com |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: John Schanne | | john.schanne@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com rschmidt@kramerlevin.com nallard@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | luke.murley@saul.com nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com hpohyar@buchalter.com |
| Oracle America, Inc. | c/o The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi and Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | | carolhong@pbms.biz |
| Pandera Systems, LLC | Attn: Steve Jones | | steve.jones@66degrees.com |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | joaquin.alemany@hklaw.com |
| PREIT Services, LLC | c/o Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | kcapuzzi@beneschlaw.com dbrogan@beneschlaw.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Radial Inc | Attn: Kat Gibson, Emily Jones | | gibsonk@radial.com ejones@radial.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | atanenbaum@dplawyers.com |
| Roth Bros., Inc. d/b/a Sodexo | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com jnimeroff@brownnimeroff.com |
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| Salesforce Inc | Attn: Kevin Ramirez | | kramirez@salesforce.com |
| Silver Crest Clothing Pvt Ltd - Unit III | Attn: Gautam Golchha | | gautam@silvercrest.in |
| Silver Spark Apparel Limited | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover & Juan E. Martinez | jhoover@beneschlaw.com jmartinez@beneschlaw.com |
| Silver Spark Apparel Limited | c/o Kane Russell Coleman Logan PC | Attn: John J. Kane and JaKayla J. DaBera | jkane@krcl.com jdabera@krcl.com |
| Simon Capital GP | Attn: Jon Murphy | | jonmurphy@simon.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | cmiller@morrisnichols.com donna.compton@tanger.com |
| Tanger Properties Limited Partnership | Attn: Justin Stein | | js@tanger.com |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Tennessee Attorney General's Office | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | agbankdelaware@ag.tn.gov |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| The Shops at NorthCreek LLC | c/o Bradford Dempsey Law LLC | Attn: Bradford E. Dempsey | brad@dempseycounsel.com |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | | keven@totefashion.com.tw |
| Tracy L. Klestadt, Plan Administrator | c/o Klestadt Winters Jureller Southard & Stevens LLP | Attn: Brendan M. Scott | bscott@klestadt.com |
| Tracy L. Klestadt, Plan Administrator | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com rschmidt@kramerlevin.com nallard@kramerlevin.com |
| Tracy L. Klestadt, Plan Administrator | c/o Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A. Starks | jenny.mccoy@traviscountytx.gov jason.starks@traviscountytx.gov |
| Urban Crown Limited | Attn: Kevin Moylan | | kevin@crownsmart.com |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | | emily.abrahamson@wellsfargo.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com<br>dimitri.karcazes@goldbergkohn.com<br>keith.radner@goldbergkohn.com<br>eva.gadzheva@goldbergkohn.com |
| WHP Global | c/o Morris, Nicholas, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@morrisnichols.com |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | jafeltman@wlrk.com<br>bsarfa@wlrk.com |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com<br>eseverini@fbtlaw.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 7 of 7

Document Ref: FYTZV-E97VS-VD3NU-NMR28

Page 13 of 13