## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 11, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (Docket No. 1333)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: April 14, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                     )  SS.
County of Denver     )

Subscribed and sworn before me this 14th day of April 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128); Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 230 Clarendon Street, LLC | Attn: Gregory Wing | 12 Trotting Horse Dr | | | Lexington | MA | 02421 | |
| 230 Clarendon Street, LLC | c/o Mirick O'Connell DeMallie & Lougee LLP | Attn: Paul Carey | 100 Front Street | | Worcester | MA | 01608 | |
| 230 Clarendon Street, LLC | c/o Mirick O'Connell DeMallie & Lougee LLP | Attn: Shannah L. Colbert | 1800 West Park Drive | Ste 400 | Westborough | MA | 01581 | |
| 3CInteractive, LLC dba IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab and Gaye Heck | 830 Menlo Ave | Suite 201 | Menlo Park | CA | 94025 | |
| 66degrees Holdings, LLC [Pandera Systems, LLC] | c/o Choate, Hall & Stewart LLP | Attn: Douglas Gooding | Two International Place | | Boston | MA | 02110 | |
| 66degrees Holdings, LLC fka Pandera Systems, LLC | Attn: Aaron Billings | 600 W. Van Buren St. | Suite 603 | | Chicago | IL | 60607 | |
| Abarca-Rufino,Yazmin | | Address Redacted | | | | | | |
| Adrian Garcia | | Address Redacted | | | | | | |
| AH | | Address Redacted | | | | | | |
| Albanez,Jessica | | Address Redacted | | | | | | |
| Aldama Hernandez,Jasmine | | Address Redacted | | | | | | |
| Alexander Tan | | Address Redacted | | | | | | |
| Alexander,Tenya | | Address Redacted | | | | | | |
| Ali Williams | | Address Redacted | | | | | | |
| Allen ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Ave # 800 | | Dallas | TX | 75219-3906 | |
| Alvarez,Auris | | Address Redacted | | | | | | |
| Alvarez,Yanci | | Address Redacted | | | | | | |
| Alves Cabral,Etelvina Eliane | | Address Redacted | | | | | | |
| AP 1519-1521 Walnut Street, L.P. | c/o Asana Partners | 1616 Camden Road, Suite 210 | | | Charlotte | NC | 28203 | |
| AP 1519-1521 Walnut Street, L.P. | c/o Parker Poe Adams & Bernstein LLP | Attn: Chip Ford | 620 South Tryon Street | Suite 800 | Charlotte | NC | 28202 | |
| April T Bell | | Address Redacted | | | | | | |
| Argo Partners [as Assignee of Fortune Footwear Inc] | | 12 West 37th Street | Ste 900 | | New York | NY | 10018 | |
| Arkansas Department of Finance and Administration | c/o Revenue Legal Counsel | Attn: Michelle L Baker | PO Box 1272 | Rm 2380 | Little Rock | AK | 72203 | |
| Arkansas Department of Finance and Administration | c/o Revenue Legal Counsel | PO Box 3493 | | | Little Rock | AK | 72203 | |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | Plot No 4 & 8, Sector 25, Korangi Industrial Area | | | Karachi | Sindh | 74900 | Pakistan |
| Ashley Nevarez | | Address Redacted | | | | | | |
| Asia Watson | | Address Redacted | | | | | | |
| Atellio, Inc | Attn: Jennifer McPherson Gubbins | 1111B S Governors Ave | STE 7498 | | Dover | DE | 19904 | |
| Bailey,Vanaeya | | Address Redacted | | | | | | |
| Baker,Shawn | | Address Redacted | | | | | | |
| Bautista,Lexzandra | | Address Redacted | | | | | | |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan Street | Suite 2200 | | San Antonio | TX | 78205 | |
| Bexar County | Tax Assessor Collector | 233 N Pecos La Trinidad | | | San Antonio | TX | 78207 | |
| Bjorklund,Taylor Kay | | Address Redacted | | | | | | |
| Braham,Virginia Kristine | | Address Redacted | | | | | | |
| Branch, Sidney James | | Address Redacted | | | | | | |
| Brevard County Tax Collector | | PO Box 2500 | | | Titusville | FL | 32781-2500 | |
| Brian Richard Oconnell | | Address Redacted | | | | | | |
| Broward County [Broward County Tax Collector] | Attn: Stacy E. Wulfekuhle | 115 S. Andrews Ave. | Rm. 423 | | Ft. Lauderdale | FL | 33301 | |
| Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave. | A-100 | Ft. Lauderdale | FL | 33301 | |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Scott Andron | 115 S Andrews Ave | Rm 423 | Ft Lauderdale | FL | 33301 | |
| Brown,Chyanna N. | | Address Redacted | | | | | | |
| Business Wire, Inc. | Attn: Suzanne Silva | PO Box 884182 | | | Los Angeles | CA | 90088-4182 | |
| Cabral,Leonela | | Address Redacted | | | | | | |
| Cameron County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Cameron Dickerson | | Address Redacted | | | | | | |
| Carmen B Rivera | | Address Redacted | | | | | | |
| Carol Hernandez | | Address Redacted | | | | | | |
| Carson,Quincy Avery-Alice | | Address Redacted | | | | | | |
| Centers,Stacey Ann | | Address Redacted | | | | | | |
| CF Corporation | Attn: Su Kwan Park | 1208 Dalgubeol-Daero | Dalseo-gu | | Daegu | | 24702 | Republic of Korea |
| Chanel Walker | | Address Redacted | | | | | | |
| Charles County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | 6801 Kenilworth Ave | Ste 400 | | Riverdale Park | MD | 20737 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 7



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Chase Bailey [Chase Trena Bailey] | | Address Redacted | | | | | | |
| Cheo Waters | c/o Lee, Cossell & Feagley, LLP | Attn: Robert Eugene Feagley II | 531 E Market St | | Indianapolis | IN | 46204 | |
| Cherelle Toney | | Address Redacted | | | | | | |
| China Ting Garment MFG (Group) Limited | Attn: Peter Cheung | 55 King Yip Street | 27 floor | | | | | Hong Kong |
| Choi & Shin's Co., Ltd. | Attn: David Nealy | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 | |
| Choi & Shin's Co., Ltd. | Attn: Man Ho Moon | 8, Yangpyeong-Ro 25-Gil, Yeongdeungpo-Gu | | | Seoul | | | Republic of Korea |
| Christian Paulino | | Address Redacted | | | | | | |
| City of Allen | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 3500 Maple Ave Suite 800 | | Dallas | TX | 75219 | |
| City of Brea | Attn: Alicia Lopez | 1 Civic Center Cir | | | Brea | CA | 92821-5792 | |
| City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Ave # 800 | | Dallas | TX | 75219-3906 | |
| City of Houston | | PO Box 4576 | | | Houston | TX | 77210-4576 | |
| City of Houston | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| City of Humble | | PO Box 4576 | | | Houston | TX | 77210-4576 | |
| City of Humble | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| City of McAllen | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| City of Roanoke VA | Attn: Christian Wilkes | PO Box 1451 | | | Roanoke | VA | 24007-1451 | |
| Claudia Malco | | Address Redacted | | | | | | |
| Cobalt Fashion Pte. Ltd. | Attn: Tommy Tam | 3 Kallang Junction.#05-02 | | | | | 339265 | Singapore |
| Coquice Price | | Address Redacted | | | | | | |
| Cornelisse,Amy | | Address Redacted | | | | | | |
| Corptactics Audit Group, PSC | Attn: Antonio Bauza Santos | PO Box 13669 | | | San Juan | PR | 00908 | |
| Corptactics Audit Group, PSC | Attn: Efrain Irazarry | Plaza 273, Suite 900 | 900 Ponce De Leon Avenue | | San Juan | | 917 | Puerto Rico |
| County of Orange Treasurer-Tax Collector | | PO Box 1438 | | | Santa Ana | CA | 92702-1438 | |
| County of Orange Treasurer-Tax Collector | Attn: Armando Azpeitia | PO Box 4515 | | | Santa Ana | CA | 92702-4515 | |
| Crescent Bahuman Limited | Attn: CFO | 45 A | Off Zafar Ali Road | Gulberg 5 | Lahore | Punjab | 54000 | Pakistan |
| Crowley Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | 500 E Border St | Ste 640 | Arlington | TX | 76010 | |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 3500 Maple Ave Suite 800 | | Dallas | TX | 75219 | |
| Crystal Mckenney [Crystal Marie Mckenney] | | Address Redacted | | | | | | |
| Cunha,Kimberly [Kimberly Mensack] | | Address Redacted | | | | | | |
| Cypress-Fairbanks ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Cypress-Fairbanks ISD | Tax Assessor-Collector | 10494 Jones Rd | Suite 106 | | Houston | TX | 77065-4210 | |
| Czarnecki,Morgan | | Address Redacted | | | | | | |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Ave # 800 | | Dallas | TX | 75219-3906 | |
| Damerious Koonce | | Address Redacted | | | | | | |
| Darnes,Charlotte | | Address Redacted | | | | | | |
| Davis,Marchell T. | | Address Redacted | | | | | | |
| De Jesus,Elizabeth J | | Address Redacted | | | | | | |
| Denae Wright | | Address Redacted | | | | | | |
| Destiny Major | | Address Redacted | | | | | | |
| Diaz, Nadiyah | | Address Redacted | | | | | | |
| Dipietro,Marina | | Address Redacted | | | | | | |
| Dominion Energy South Carolina | Attn: Cindy Durst | 220 Operation Way | MC-OSC 1A Bankruptcy | | Cayce | SC | 29033 | |
| Dorsey-Satchell,Cionna A | | Address Redacted | | | | | | |
| Eames, Mabel J | | Address Redacted | | | | | | |
| Ector CAD | | 1301 E 8th St | | | Odessa | TX | 79761-4703 | |
| Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan Street | Suite 2200 | | San Antonio | TX | 78205 | |
| Ector County Appraisal District | | 1301 E 8th Street | | | Odessa | TX | 79761-4703 | |
| Elizabeth Stevenson [Betsy Stevenson] | | Address Redacted | | | | | | |
| Ellwood,Tyler J | | Address Redacted | | | | | | |
| Emily Slik | | Address Redacted | | | | | | |
| Escambia County Tax Collector | Attn: Brian Jackson | PO Box 1312 | | | Pensacola | FL | 32591-1312 | |
| Escambia County Tax Collector | Attn: Sarah Walton | 25 West Cedar St | Ste 550 | | Pensacola | FL | 32502 | |
| Federico,Nicolle | | Address Redacted | | | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 7



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Ferdinand,Jeanine Patrice | | Address Redacted | | | | | | |
| Fletcher,Jada | | Address Redacted | | | | | | |
| Flores,Perla Gisell | | Address Redacted | | | | | | |
| Florida Department of Revenue | Attn: Bankruptcy Unit | PO Box 8045 | | | Tallahassee | FL | 32314-8045 | |
| Florida Department of Revenue | Attn: Frederick R. Rudzik | PO Box 6668 | | | Tallahassee | FL | 32314-6668 | |
| Forbes Taubman Orlando, L.L.C. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | 2029 Century Park East | Suite 1400 | Los Angeles | CA | 90067-2915 | |
| Forbes/Cohen Properties Limited Partnership | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | 2029 Century Park East | Suite 1400 | Los Angeles | CA | 90067-2915 | |
| Fort Bend County | | 1317 Eugene Heimann Cir | | | Richmond | TX | 77469-3623 | |
| Fort Bend County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Fortune Footwear Inc. | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | | New York | NY | 10013 | |
| Fortune Footwear Inc. | c/o Morrison Cohen LLP | Attn: David J. Kozlowski, Dawn R. Sudama | 909 Third Ave | 27th Floor | New York | NY | 10022 | |
| Freeland,Kayla Renee | | Address Redacted | | | | | | |
| Galveston County | | 722 21st St | | | Galveston | TX | 77550 | |
| Galveston County | | PO Box 1169 | | | Galveston | TX | 77553-1169 | |
| Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Garcia, Shania M | | Address Redacted | | | | | | |
| Garment 10 Corporation - Joint Stock company | Attn: Mr Than Duc Viet; Thao Thi Phuong Nguyen | Sai Dong Ward | Long Bien District | | Ha Noi | | 100000 | Viet Nam |
| Garrison,Ellen | | Address Redacted | | | | | | |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 | |
| GG International Manufacturing Co., Ltd. | Attn: James Lee | GG Bldg 192 | Jang Chuing Dan Ro Jung-Gu | | Seoul | | | Korea |
| Ghazoul,Marilyn | | Address Redacted | | | | | | |
| Ghazoul,Marilyn | | Address Redacted | | | | | | |
| Glass,Sierra | | Address Redacted | | | | | | |
| Gonzalez-Jorge,Naraly | | Address Redacted | | | | | | |
| Granite Telecommunications, LLC | | 1 Heritage Drive | | | Quincy | MA | 02171 | |
| Green, Mijaun | | Address Redacted | | | | | | |
| Green-Hudson,Cinnira A | | Address Redacted | | | | | | |
| Guilford County Tax Department | | PO Box 3138 | | | Greensboro | NC | 27402 | |
| Guilford County Tax Department | | PO Box 71072 | | | Charlotte | NC | 28272-1072 | |
| Guilford County Tax Department | Attn: Antonio Martin | 400 W Market St | | | Greensboro | NC | 27401 | |
| Hales, Noriell | | Address Redacted | | | | | | |
| Hamad,Esrraa | | Address Redacted | | | | | | |
| Hambleton,George Nickolas | | Address Redacted | | | | | | |
| Harris Co ESD # 09 | | PO Box 4576 | | | Houston | TX | 77210-4576 | |
| Harris Co ESD # 09 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Harris Co ESD #09 | c/o Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Harris Co ID # 01 | | PO Box 4576 | | | Houston | TX | 77210-4576 | |
| Harris Co ID # 01 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Harris Co ID #01 | c/o Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Harris,Lauren | | Address Redacted | | | | | | |
| Haverty,Thomas | | Address Redacted | | | | | | |
| Helios HVACR Service Partners | Attn: Jessica Martinez | 601 S Lake Destiny Road, Ste 200 | | | Maitland | FL | 32751 | |
| Helios HVACR Service Partners | c/o Alpine Mechanical Services | Attn: Tracey Riemenschneider | 1105 Bethlehem Pike B1 | | Sellersville | PA | 18960 | |
| Hendley,Carletta | | Address Redacted | | | | | | |
| Hendrix,Angel Patreece | | Address Redacted | | | | | | |
| Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Higginbotham,Aidan E. | | Address Redacted | | | | | | |
| Hillsborough County Tax Collector | Attn: Nancy C. Millan | PO Box 30012 | | | Tampa | FL | 33630-3012 | |
| Hines,Tiana | | Address Redacted | | | | | | |
| HLD (HK) Trading Limited | Attn: Steven Chen | Unit 05 | 37/F, Cable TV Tower | 9 Hoi Shing Road | Hong Kong | | | China |
| HLD (HK) Trading Limited | Attn: Steven Chen | Unit 5, 37 Floor | Cable TV Tower, 9 Hoi Shing Road | Tsuen Wan | Hong Kong | | | China |

In re: EXP OldCo Windown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 7



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Holland,Latoya | | Address Redacted | | | | | | |
| Houston Comm Coll System | | PO Box 4576 | | | Houston | TX | 77210-4576 | |
| Houston Comm Coll System | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Houston ISD | | PO Box 4576 | | | Houston | TX | 77210-4576 | |
| Houston ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Houston, Tanika | | Address Redacted | | | | | | |
| Hubert,Sasha Mylana | | Address Redacted | | | | | | |
| Illinois Security Svc,Inc | | 10133 S Western Ave | | | Chicago | IL | 60643 | |
| IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab, Gaye Heck | 830 Menlo Ave | Suite 201 | Menlo Park | CA | 94025 | |
| Irving ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 3500 Maple Ave Suite 800 | | Dallas | TX | 75219 | |
| Isaac Dyer | | Address Redacted | | | | | | |
| Itzel Reyes | | Address Redacted | | | | | | |
| JaCarry Lattimore | | Address Redacted | | | | | | |
| Jacob Edward Chevalier | | Address Redacted | | | | | | |
| Jaden Blanco | | Address Redacted | | | | | | |
| Jahnell Wise | | Address Redacted | | | | | | |
| Jasmine Alexis Freeman | | Address Redacted | | | | | | |
| Jefferson County | | PO Box 2112 | | | Beaumont | TX | 77704 | |
| Jefferson County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Jesse Rios | | Address Redacted | | | | | | |
| Jesus Mendez | | Address Redacted | | | | | | |
| Jiangsu Guotai Huasheng Industrial Co Ltd | Attn: Jing Wang | 22FI, Guotai New Century Plaza | No 33, Middle Renmin Road | | Zhangjiagang | JiangSu | 215600 | China |
| Jiangsu Lugang Science & Technology Co. Ltd | Attn: Lisa Guo | LuYuan Industry Area | Tangqiao Town | | ZhangJiaGang | | | China |
| Jiniah Latrice McKinney | | Address Redacted | | | | | | |
| Joe Clark [Joseph I Clark] | | Address Redacted | | | | | | |
| John Hein | c/o Kane Law Firm | Attn: Brad Kane | 1154 S. Crescent Heights Blvd | | Los Angeles | CA | 90035 | |
| Johnson,Nikcole | | Address Redacted | | | | | | |
| Jonathan Nathaniel Guzman | | Address Redacted | | | | | | |
| Jose M Quito | | Address Redacted | | | | | | |
| Joshua Teshome | | Address Redacted | | | | | | |
| Kattoula,Alexander | | Address Redacted | | | | | | |
| Kennedy, Destiny | | Address Redacted | | | | | | |
| Kennedy,Keshon | | Address Redacted | | | | | | |
| Kiara Johnson | | Address Redacted | | | | | | |
| KONE, Inc. | Attn: Gregory Bromen & Nilan Johnson Lewis | 250 Marquette Ave. S | Ste 800 | | Minneapolis | MN | 55401 | |
| KONE, Inc. | Attn: Rafael Ramirez | 4710 Eisenhower Blvd | Ste B1 | | Tampa | FL | 33634-6300 | |
| KONE, Inc. | Attn: Rafael Ramirez | 5903-C Hampton Oaks Parkway | | | Tampa | FL | 33610 | |
| Korea Trade Insurance Corporation [as assignee of GG International Manufacturing Co., Ltd.] | c/o M. Zachary Bluestone, P.C. | 1717 K Street | Suite 900 | | Washington | DC | 20006 | |
| Korina Orta | | Address Redacted | | | | | | |
| Krista Timika Walker | | Address Redacted | | | | | | |
| Kush Banda | c/o Kane Law Firm | Attn: Brad Kane | 1154 S. Crescent Heights Blvd | | Los Angeles | CA | 90035 | |
| Lamar Atkins | | Address Redacted | | | | | | |
| Lewis,Jason L | | Address Redacted | | | | | | |
| Little,Jordan Lacey | | Address Redacted | | | | | | |
| Lone Star College System | | PO Box 4576 | | | Houston | TX | 77210-4576 | |
| Lone Star College System | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Louisiana Department of Revenue | Bankruptcy Section | PO Box 66658 | | | Baton Rouge | LA | 70896 | |
| Low, Steven Alexander | | Address Redacted | | | | | | |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | |
| Lugang | Attn: Stanley Ma | LuYuan Industry Area | Tangqiao Town | | ZhangJiaGang | | | China |
| Luis Merlos | | Address Redacted | | | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 4 of 7



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Luisa Felix | | Address Redacted | | | | | | |
| Macon-Bibb County Tax Commissioner | Attn: Brenda Pitrowski | 188 3rd St | | | Macon | GA | 31201 | |
| Macon-Bibb County Tax Commissioner | c/o Lisenby & Associates, LLC | Attn: Blake Edwin Lisenby | PO Box 4101 | | Macon | GA | 31201 | |
| Madhu,Arjun | | Address Redacted | | | | | | |
| Margaret Wilson | | Address Redacted | | | | | | |
| Maria H. Diaz Casas | | Address Redacted | | | | | | |
| MarketVision Research, Inc. | c/o Legal Department | Attn: Benjamin De Seingalt | 5151 Pfeiffer Rd | Ste 300 | Cincinnati | OH | 45242 | |
| Matthew Gonzalez | | Address Redacted | | | | | | |
| McCain,Tarrell | | Address Redacted | | | | | | |
| Meghan Stanton | | Address Redacted | | | | | | |
| Michele Valerie Davis | | Address Redacted | | | | | | |
| Michelle Ayleen Flores | | Address Redacted | | | | | | |
| Mills,Lori Mignon | | Address Redacted | | | | | | |
| Missouri Department Of Revenue | Attn: Will E Gray | PO Box 475 | | | Jefferson City | MO | 65105 | |
| MJ Corporation | Attn: Daniel Song | R#A3-027, 550, Misa-Daero | Hanam-Si | | Gyeonggi-Do | | 12925 | Republic of Korea |
| Modelama Exports PVT Limited | c/o Pryor Cashman | Attn: Conrad Chiu | 7 Times Square | | New York | NY | 10036 | |
| Modelama Exports Pvt Ltd | Attn: Shailendra Srivastava | Plot No 105-106, Udyog Vihar | Phase-1, Gurgaon | | Haryana | | 122016 | India |
| MOLAXTRADING LIMITED | | 7,8 Floor Youone Bldg | 116 Seosomun-Ro | Jung-Gu | Seoul | | 04513 | Korea |
| Montgomery County | | 400 N San Jacinto St | | | Conroe | TX | 77301 | |
| Montgomery County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Mora Guzman,Steicy | | Address Redacted | | | | | | |
| Mylee Spears | | Address Redacted | | | | | | |
| Nakhiya Cook | | Address Redacted | | | | | | |
| Naqib Wardak [Naqib Ullah Wardak] | | Address Redacted | | | | | | |
| Nasdaq, Inc. | Joanne Pedone | 805 King Farm Blvd | | | Rockville | MD | 20850 | |
| Nava,Juanita | | Address Redacted | | | | | | |
| Nebril,Marisa K | | Address Redacted | | | | | | |
| Nelson,Keonna | | Address Redacted | | | | | | |
| Nevarez, Ashley | | Address Redacted | | | | | | |
| Nicole James-Taylor | | Address Redacted | | | | | | |
| Northwest ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 3500 Maple Ave Suite 800 | | Dallas | TX | 75219 | |
| NU Technology Inc | | 3721 S Stonebridge Dr | #1403 | | McKinney | TX | 75070 | |
| Nueces County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Ohio Department of Taxation | c/o Attorney General of the State of Ohio | 30 E Broad St | 14th Fl | | Columbus | OH | 43215 | |
| Ohio Department of Taxation | c/o Bankruptcy Division | Attn: Shelly I. Todd | PO Box 530 | | Columbus | OH | 43216 | |
| Oowashame F Salinas | | Address Redacted | | | | | | |
| Oregon Department of Revenue | | 955 Center St NE | | | Salem | OR | 97301-2555 | |
| Oregon Department of Revenue | | PO Box 14725 | | | Salem | OR | 97309-5018 | |
| Orinoco Studio Inc. | Attn: Evan Cisneros | 6140 55th Ave | | | Vero Beach | FL | 32967 | |
| Palazzolo,Amelia Grace | | Address Redacted | | | | | | |
| Palm Beach County Tax Collector | Attn Legal Services | PO Box 3715 | | | West Palm Beach | FL | 33402 | |
| Pena,Abigail | | Address Redacted | | | | | | |
| Peyton,Dayshon | | Address Redacted | | | | | | |
| Phillips,Leanna | | Address Redacted | | | | | | |
| Pierce County Budget & Finance | Attn: Jason Thiessen | 950 Fawcett Ave | Ste 100 | | Tacoma | WA | 98402 | |
| Pierce County Finance Dept | Attn: Jason Thiessen | 950 Fawcett Ave, Ste 100 | | | Tacoma | WA | 98402 | |
| Pima County, Arizona | c/o Pima County Attorney's Office | 32 North Stone Avenue | Suite 2100 | | Tucson | AZ | 85701 | |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | Valuka 34 2240 BD | | | Valuka | Mymenshi ngh | 2240 | Bangladesh |
| Pioneer Knitwears BD Ltd. | Attn: Md. Tauhidur Rahman, Md. Sabuz Mia | AJ Heights. Hossain Market, Badda- 1212. | Bangladesh. | | Dhaka | | 1212 | Bangladesh |
| Pipkins,Angela | | Address Redacted | | | | | | |
| Pipkins,Angela | | Address Redacted | | | | | | |
| Poellintz,Diane D | | Address Redacted | | | | | | |
| PR Springfield Town Center LLC | Attn: Christiana Uy | 2005 Market Street | Suite 1120 | | Philadelphia | PA | 19103 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 5 of 7



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PR Springfield Town Center LLC | Attn: Jeffrey Kurtzman | 101 N Washington Ave | Ste 4A | | Margate | NJ | 08402 | |
| PR Springfield Town Center LLC | c/o Kurtzman Steady LLC | Attn: Jeffrey Kurtzman | 101 N Washington Avenue | | Margate | NJ | 08402 | |
| PR Springfield Town Center LLC | c/o PREIT Services, LLC | Attn: Christian Uy | 2005 Market St | Ste 1000 | Philadelphia | PA | 19103 | |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Ave | Ste 400 | Riverdale | MD | 20737-1385 | |
| Qingdao Baijiachuangqi Trade Co., Ltd | Attn: Xuelu Wang | Haojiashiqiao 23 | Zhuhai Street Agency | Huangdao District | Qingdao | Shandong | 266400 | China |
| Queens Center SPE LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | 2029 Century Park East | Suite 1400 | Los Angeles | CA | 90067-2915 | |
| Ramirez,Aleish | | Address Redacted | | | | | | |
| Ramirez,Antonia | | Address Redacted | | | | | | |
| Ramos,Katalina Olivia | | Address Redacted | | | | | | |
| Rampath,Shereen Lisa | | Address Redacted | | | | | | |
| Redding,Decarlo L. | | Address Redacted | | | | | | |
| Reeves,Carla | | Address Redacted | | | | | | |
| Ribeiro, Ana Sophia | | Address Redacted | | | | | | |
| Ribeiro,Ana Sophia | | Address Redacted | | | | | | |
| Rodriguez,Isabella | | Address Redacted | | | | | | |
| Rose Knitting (Asia) Limited | Attn: Mr. Steve Li | 15/F, Enterprise Square Three | 39 Wang Chiu Road | | Kowloon Bay | Kowloon | | Hong Kong |
| Salomon,Gabrielle | | Address Redacted | | | | | | |
| Samuel T. Sherman | | Address Redacted | | | | | | |
| San Bernardino County | c/o Office of the Tax Collector | 268 West Hospitality Lane | 1st Fl | | San Bernardino | CA | 92415 | |
| San Marcos CISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Scarlett,Camille | | Address Redacted | | | | | | |
| Seshin Apparel Co., Ltd. | | 8 & 9F, 326, Wangsimni-ro, | Seongdong-gu | | Seoul | | 04709 | Korea |
| Severin Emilio Abdallah | | Address Redacted | | | | | | |
| SG International USA | Attn: Eric Seo | 247 W 38th Street | Rm 610 | | New York | NY | 10018 | |
| Shahi Exports Private Limited | Attn: Mr. Ramalingam | N0-37 / 1B , 43/2, 43/3, Arekere Village | Bannergatta Main Road | | Bangalore | Karnataka | 560076 | India |
| Shahi Exports Private Limited | Attn: Mr. Uppili Sarangarajan & B. Parameswaran | Industrial Plot - 1 | Sector -28 | | Faridabad | Haryana | 121008 | India |
| Shamika Kendra Jefferson | | Address Redacted | | | | | | |
| Shanelle Jones | | Address Redacted | | | | | | |
| Silver Spark Apparel Limited | Manoj Mouvery | III Floor, Prestige Star I | Major Sandeep Unnikrishnan Road, Near Bangalore Diary | Yelhanka | Bangalore | Karnataka | 560064 | India |
| Smith, Brenda E. | | Address Redacted | | | | | | |
| Smith, Brenda E. | | Address Redacted | | | | | | |
| Smith, Jaqavious L | | Address Redacted | | | | | | |
| South Asia Knitting Factory Ltd. | Attn: Sharon Cheung, Sunny Yeung, Agnes Fong, Leo Yeung | 17/F, South Asia Building | 108 How Ming Street | Kwun Tong | Kowloon | | | Hong Kong |
| Spartanburg County Tax Collector | Attn: Patricia A. Jamison | 366 N Church St Suite 400 | | | Spartanburg | SC | 29303 | |
| SPUS9 FB Paddock Prop, LLC | | PO Box 7411166 | | | Chicago | IL | 60674-1116 | |
| SPUS9 FB Paddock Prop, LLC | c/o CBRE Investment Management | Attn: Asset Manager | 601 S. Figueroa Street | 49th Floor | Los Angeles | CA | 90017 | |
| SPUS9 FB Paddock PROP, LLC | c/o Daspin & Aument, LLP | Attn: Samantha Thoma | 300 S Wacker Dr | Suite 2200 | Chicago | IL | 60606 | |
| SPUS9 FB Paddock Prop, LLC | c/o Fairbourne Properties, LLC | Attn: Anna Fudala | 200 South Michigan Avenue | Suite 400 | Chicago | IL | 60604 | |
| St Louis County Collector of Revenue | Attn: Karen J Benson | 41 S Central Ave | | | St Louis | MO | 63105 | |
| St Rius,Erielle Renee | | Address Redacted | | | | | | |
| Stacey Greer | | Address Redacted | | | | | | |
| TALI CORP DBA BKR | | 720 Market St | Fl 9 | | San Francisco | CA | 94102 | |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tanisha Woodson-Shelby | | Address Redacted | | | | | | |
| Tarrant County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Ave # 800 | | Dallas | TX | 75219-3906 | |
| Tavares,Claudia | | Address Redacted | | | | | | |
| Taxing Districts Collected by Potter County [Texas Taxing Authorities] | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Blake H. Newton, Alysia Cordova | PO Box 9132 | | Amarillo | TX | 79105-9132 | |
| Terradajha Rena Williams | | Address Redacted | | | | | | |
| The County of Hays, Texas | c/o McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 6 of 7



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| The County of Hays, Texas | Hays County Tax Assessor-Collector | 712 S. Stagecoach Trail, Ste. 1120 | | | San Marcos | TX | 78666-6073 | |
| Thorn,Chelsea | | Address Redacted | | | | | | |
| Tobias Denond Clark | | Address Redacted | | | | | | |
| Todriquez,Shania M [Garcia, Shania M] | | Address Redacted | | | | | | |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A. Starks | PO Box 1748 | | Austin | Texas | 78767 | |
| TRC Master Fund LLC [as Assignee of CMT de La Laguna, S.A. DE C.V.] | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |
| Trejo,Anthony | | Address Redacted | | | | | | |
| Trueblood,Duke | | Address Redacted | | | | | | |
| Tulsa County Treasurer | | 218 W 6th St | 8th Fl | | Tulsa | OK | 74119 | |
| Unifield Textiles Limited | Attn: Gary Yeong | Room H, 8th Floor, Ford Glory Plaza | 37-39 Wing Hong Street | Lai Chi Kok | Kowloon | HK | 215613 | China |
| Upchurch,Nikala | | Address Redacted | | | | | | |
| Vallecillo,Daniel Humberto | | Address Redacted | | | | | | |
| Vallecillo,Daniel Humberto | | Address Redacted | | | | | | |
| Vang,Kanong | | Address Redacted | | | | | | |
| Veritiv Operating Company | Attn: Marianne Nichols | 6120 South Gilmore Rd | | | Fairfield | OH | 45014 | |
| Veronica Chavarria | | Address Redacted | | | | | | |
| Vilna,Karlie | | Address Redacted | | | | | | |
| Webb,Kelina N. | | Address Redacted | | | | | | |
| Wiggins,Ezari Z | | Address Redacted | | | | | | |
| Williams,Adonis | | Address Redacted | | | | | | |
| Wojciechowski,Jennifer M | | Address Redacted | | | | | | |
| Wolfe,Daniel | | Address Redacted | | | | | | |
| Zachary Nabors | | Address Redacted | | | | | | |
| Zulema Ruby Sanchez | | Address Redacted | | | | | | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 7 of 7

# **Exhibit B**

Document Ref: FYTZV-E97VS-VD3NU-NMR28

 STRETTO

**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 230 Clarendon Street, LLC | Attn: Gregory Wing | | 230clarendon@gmail.com |
| 230 Clarendon Street, LLC | c/o Mirick O'Connell DeMallie & Lougee LLP | Attn: Paul Carey | jcoderre@mirickoconnell.com<br>pcarey@mirickoconnell.com |
| 230 Clarendon Street, LLC | c/o Mirick O'Connell DeMallie & Lougee LLP | Attn: Shannah L. Colbert | scolbert@mirickoconnell.com |
| 3CInteractive, LLC dba IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab and Gaye Heck | gheck@bbslaw.com |
| 66degrees Holdings, LLC [Pandera Systems, LLC] | c/o Choate, Hall & Stewart LLP | Attn: Douglas Gooding | dgooding@choate.com |
| 66degrees Holdings, LLC fka Pandera Systems, LLC | Attn: Aaron Billings | | aaron.billings@66degrees.com |
| Abarca-Rufino,Yazmin | | | Email Redacted |
| Adrian Garcia | | | Email Redacted |
| AH | | | Email Redacted |
| Albanez,Jessica | | | Email Redacted |
| Aldama Hernandez,Jasmine | | | Email Redacted |
| Alexander Tan | | | Email Redacted |
| Alexander,Tenya | | | Email Redacted |
| Ali Williams | | | Email Redacted |
| Allen ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com<br>dora.casiano-perez@lgbs.com |
| Alvarez,Auris | | | Email Redacted |
| Alvarez,Yanci | | | Email Redacted |
| Alves Cabral,Etelvina Eliane | | | Email Redacted |
| AP 1519-1521 Walnut Street, L.P. | c/o Asana Partners | | chipford@parkerpoe.com |
| AP 1519-1521 Walnut Street, L.P. | c/o Parker Poe Adams & Bernstein LLP | Attn: Chip Ford | chipford@parkerpoe.com<br>giovanaaraujo@parkerpoe.com |
| April T Bell | | | Email Redacted |
| Arkansas Department of Finance and Administration | c/o Revenue Legal Counsel | Attn: Michelle L Baker | michelle.baker@dfa.arkansas.gov |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | | zubair.waheed@artisticmilliners.com |
| Asia Watson | | | Email Redacted |
| Atellio, Inc | Attn: Jennifer McPherson Gubbins | | jennie@atellio.com |
| Bailey,Vanaeya | | | Email Redacted |
| Baker,Shawn | | | Email Redacted |
| Bautista,Lexzandra | | | Email Redacted |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | | sanantonio.bankruptcy@lgbs.com |
| Bjorklund,Taylor Kay | | | Email Redacted |
| Braham,Virginia Kristine | | | Email Redacted |
| Branch, Sidney James | | | Email Redacted |
| Brevard County Tax Collector | | | alicia.foley@brevardtc.com |
| Brian Richard Oconnell | | | Email Redacted |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 9



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Broward County [Broward County Tax Collector] | Attn: Stacy E. Wulfekuhle | | sandron@broward.org |
| Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn:  Bankruptcy Section | swulfekuhle@broward.org |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Scott Andron | sandron@broward.org |
| Brown,Chyanna N. | | | Email Redacted |
| Business Wire, Inc. | Attn: Suzanne Silva | | suzanne.silva@businesswire.com |
| Cabral,Leonela | | | Email Redacted |
| Cameron County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | austin.bankruptcy@lgbs.com |
| Cameron Dickerson | | | Email Redacted |
| Carmen B Rivera | | | Email Redacted |
| Carol Hernandez | | | Email Redacted |
| Carson,Quincy Avery-Alice | | | Email Redacted |
| Centers,Stacey Ann | | | Email Redacted |
| CF Corporation | Attn: Su Kwan Park | | cfcorp.kr@gmail.com<br>carine.park@cfcorp.co.kr<br>skpark@cfcorp.co.kr<br>cfcorp@naver.com<br>cfcorp@daum.net |
| Chanel Walker | | | Email Redacted |
| Charles County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | | bdept@mrrlaw.net |
| Chase Bailey [Chase Trena Bailey] | | | Email Redacted |
| Cheo Waters | c/o Lee, Cossell & Feagley, LLP | Attn: Robert Eugene Feagley II | bfeagley@nleelaw.com |
| Cherelle Toney | | | Email Redacted |
| China Ting Garment MFG (Group) Limited | Attn: Peter Cheung | | petertcheung@hotmail.com<br>peter@conceptcreator.com.hk |
| Choi & Shin's Co., Ltd. | Attn: David Nealy | | david.nealy@limnexus.com |
| Choi & Shin's Co., Ltd. | Attn: Man Ho Moon | | mh_moon@choishins.com |
| Christian Paulino | | | Email Redacted |
| City of Allen | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | john.turner@lgbs.com |
| City Of Allen | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| City of Brea | Attn: Alicia Lopez | | alicial@cityofbrea.net<br>waterbilling@cityofbrea.net |
| City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | john.turner@lgbs.com |
| City Of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| City of Houston | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| City of Humble | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| City of McAllen | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | austin.bankruptcy@lgbs.com |
| City of Roanoke VA | Attn: Christian Wilkes | | christian.wilkes@roanokeva.gov |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 9



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Claudia Malco | | | Email Redacted |
| COBALT FASHION PTE. LTD. | Attn: Tommy Tam | | tommytam@cobaltknitwear.com |
| Coquice Price | | | Email Redacted |
| Cornelisse,Amy | | | Email Redacted |
| Corptactics Audit Group, PSC | Attn: Antonio Bauza Santos | | antonio.bauza@bioslawpr.com |
| Corptactics Audit Group, PSC | Attn: Efrain Irazarry | | efrain.irizarry@bioslawpr.com |
| County of Orange Treasurer-Tax Collector | Attn: Armando Azpeitia | | orangecountybk@ttc.ocgov.com |
| Crescent Bahuman Limited | Attn: CFO | | yousafa@ecbl.pk |
| Crowley Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | john.turner@lgbs.com |
| Crystal Mckenney [Crystal Marie Mckenney] | | | Email Redacted |
| Cunha,Kimberly [Kimberly Mensack] | | | Email Redacted |
| Cypress-Fairbanks ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Czarnecki,Morgan | | | Email Redacted |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com<br>john.turner@lgbs.com |
| Damerious Koonce | | | Email Redacted |
| Darnes,Charlotte | | | Email Redacted |
| Davis,Marchell T. | | | Email Redacted |
| De Jesus,Elizabeth J | | | Email Redacted |
| Denae Wright | | | Email Redacted |
| Destiny Major | | | Email Redacted |
| Diaz, Nadiyah | | | Email Redacted |
| Dipietro,Marina | | | Email Redacted |
| Dominion Energy South Carolina | Attn: Cindy Durst | | cindy.durst@dominionenergy.com |
| Dorsey-Satchell,Cionna A | | | Email Redacted |
| Eames, Mabel J | | | Email Redacted |
| Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | | sanantonio.bankruptcy@lgbs.com |
| Elizabeth Stevenson [Betsy Stevenson] | | | Email Redacted |
| Ellwood,Tyler J | | | Email Redacted |
| Emily Slik | | | Email Redacted |
| Escambia County Tax Collector | Attn: Brian Jackson | | ectc@escambiataxcollector.com |
| Escambia County Tax Collector | Attn: Sarah Walton | | swalton@philipbates.net |
| Federico,Nicolle | | | Email Redacted |
| Ferdinand,Jeanine Patrice | | | Email Redacted |
| Fletcher,Jada | | | Email Redacted |
| Flores,Perla Gisell | | | Email Redacted |
| Florida Department of Revenue | Attn: Bankruptcy Unit | | fdor_bankruptcy@floridarevenue.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 9



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Florida Department of Revenue | Attn: Frederick R. Rudzik | | fred.rudzik@floridarevenue.com |
| Forbes Taubman Orlando, L.L.C. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Forbes/Cohen Properties Limited Partnership | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Fort Bend County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Fortune Footwear Inc. | Attn: Thomas Paccione | | tpaccione@fortunefootwear.com |
| Fortune Footwear Inc. | c/o Morrison Cohen LLP | Attn: David J. Kozlowski, Dawn R. Sudama | dkozlowski@morrisoncohen.com dsudama@morrisoncohen.com tknox@morrisoncohen.com |
| Freeland,Kayla Renee | | | Email Redacted |
| Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Garcia, Shania M | | | Email Redacted |
| Garment 10 Corporation - Joint Stock company | Attn: Mr Than Duc Viet; Thao Thi Phuong Nguyen | | viet-td@garco10.com.vn thaonp@garco10.com.vn |
| Garrison,Ellen | | | Email Redacted |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | | david.nealy@limnexus.com |
| GG International Manufacturing Co., Ltd. | Attn: James Lee | | jameslee@ggkorea.co.kr |
| Ghazoul,Marilyn | | | Email Redacted |
| Glass,Sierra | | | Email Redacted |
| Gonzalez-Jorge,Naraly | | | Email Redacted |
| Granite Telecommunications, LLC | | | bankruptcy@granitenet.com |
| Green, Mijaun | | | Email Redacted |
| Green-Hudson,Cinnira A | | | Email Redacted |
| Hamad,Esrraa | | | Email Redacted |
| Hambleton,George Nickolas | | | Email Redacted |
| Harris Co ESD # 09 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Harris Co ID # 01 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Harris,Lauren | | | Email Redacted |
| Haverty,Thomas | | | Email Redacted |
| Helios HVACR Service Partners | Attn: Jessica Martinez | | nereyda.perez@heliosservicepartners.com |
| Helios HVACR Service Partners | c/o Alpine Mechanical Services | Attn: Tracey Riemenschneider | nereyda.perez@heliosservicepartners.com |
| Hendley,Carletta | | | Email Redacted |
| Hendrix,Angel Patreece | | | Email Redacted |
| Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | austin.bankruptcy@lgbs.com |
| Higginbotham,Aidan E. | | | Email Redacted |
| Hillsborough County Tax Collector | Attn: Nancy C. Millan | | montesino@hillstax.net |
| Hines,Tiana | | | Email Redacted |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 4 of 9



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| HLD (HK) Trading Limited | Attn: Steven Chen | | steven.chen@czhld.com wendy.chang@czhld.com |
| Holland,Latoya | | | Email Redacted |
| Houston Comm Coll System | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Houston ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Houston, Tanika | | | Email Redacted |
| Hubert,Sasha Mylana | | | Email Redacted |
| Illinois Security Svc,Inc | Attn: Kathleen M Fleming | | ilsecserv@aol.com |
| IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab, Gaye Heck | gheck@bbslaw.com |
| Irving ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | john.turner@lgbs.com |
| Irving ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Isaac Dyer | | | Email Redacted |
| Itzel Reyes | | | Email Redacted |
| JaCarry Lattimore | | | Email Redacted |
| Jacob Edward Chevalier | | | Email Redacted |
| Jaden Blanco | | | Email Redacted |
| Jahnell Wise | | | Email Redacted |
| Jasmine Alexis Freeman | | | Email Redacted |
| Jefferson County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Jesse Rios | | | Email Redacted |
| Jesus Mendez | | | Email Redacted |
| Jiangsu Guotai Huasheng Industrial Co Ltd | Attn: Jing Wang | | jingwang@gths.cn valxu@gths.cn |
| Jiangsu Lugang Science & Technology Co. Ltd | Attn: Lisa Guo | | lisa.guo@lugangwool.com |
| Jiniah Latrice McKinney | | | Email Redacted |
| Joe Clark [Joseph I Clark] | | | Email Redacted |
| John Hein | c/o Kane Law Firm | Attn: Brad Kane | bkane@kanelaw.la rmccardell@gmail.com |
| Johnson,Nikcole | | | Email Redacted |
| Jonathan Nathaniel Guzman | | | Email Redacted |
| Jose M Quito | | | Email Redacted |
| Joshua Teshome | | | Email Redacted |
| Kattoula,Alexander | | | Email Redacted |
| Kennedy, Destiny | | | Email Redacted |
| Kennedy,Keshon | | | Email Redacted |
| Kiara Johnson | | | Email Redacted |
| KONE, Inc. | Attn: Gregory Bromen & Nilan Johnson Lewis | | gbromen@nilanjohnson.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 5 of 9

 STRETTO

**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| KONE, Inc. | Attn: Rafael Ramirez | | rafael.ramirez@kone.com |
| Korina Orta | | | Email Redacted |
| Krista Timika Walker | | | Email Redacted |
| Kush Banda | c/o Kane Law Firm | Attn: Brad Kane | bkane@kanelaw.la |
| Lamar Atkins | | | Email Redacted |
| Lewis,Jason L | | | Email Redacted |
| Little,Jordan Lacey | | | Email Redacted |
| Lone Star College System | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Louisiana Department of Revenue | Bankruptcy Section | | michael.minor@la.gov<br>amy.prather@la.gov |
| Low, Steven Alexander | | | Email Redacted |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | lmonroe@pbfcm.com<br>lmbkr@pbfcm.com |
| Lugang | Attn: Stanley Ma | | stanley.cm.ma@gmail.com<br>stanley.ma@lugangwool.com<br>stanley.cm.ma@lugangwool.com |
| Luis Merlos | | | Email Redacted |
| Luisa Felix | | | Email Redacted |
| Macon-Bibb County Tax Commissioner | Attn: Brenda Pitrowski | | bpitrowski@maconbibb.us<br>abbytolbert@lisenbylaw.com |
| Macon-Bibb County Tax Commissioner | c/o Lisenby & Associates, LLC | Attn: Blake Edwin Lisenby | abbytolbert@lisenbylaw.com |
| Madhu,Arjun | | | Email Redacted |
| Margaret Wilson | | | Email Redacted |
| Maria H. Diaz Casas | | | Email Redacted |
| MarketVision Research, Inc. | c/o Legal Department | Attn: Benjamin De Seingalt | bdeseingalt@marketvisionresearch.com |
| Matthew Gonzalez | | | Email Redacted |
| McCain,Tarrell | | | Email Redacted |
| Meghan Stanton | | | Email Redacted |
| Michele Valerie Davis | | | Email Redacted |
| Michelle Ayleen Flores | | | Email Redacted |
| Mills,Lori Mignon | | | Email Redacted |
| Missouri Department Of Revenue | Attn: Will E Gray | | will.gray@dor.mo.gov |
| MJ Corporation | Attn: Daniel Song | | rouck@mjtex.co.kr |
| Modelama Exports PVT Limited | c/o Pryor Cashman | Attn: Conrad Chiu | cchiu@pryorcashman.com |
| Modelama Exports Pvt Ltd | Attn: Shailendra Srivastava | | shailendra.srivastava@modelama.com |
| Molaxtrading Limited | | | yslee@molaxtrading.com<br>peter@molaxtrading.com |
| Montgomery County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 6 of 9



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Mora Guzman,Steicy | | | Email Redacted |
| Mylee Spears | | | Email Redacted |
| Nakhiya Cook | | | Email Redacted |
| Naqib Wardak [Naqib Ullah Wardak] | | | Email Redacted |
| Nasdaq, Inc. | Joanne Pedone | | joanne.pedone@nasdaq.com |
| Nava,Juanita | | | Email Redacted |
| Nebril,Marisa K | | | Email Redacted |
| Nelson,Keonna | | | Email Redacted |
| Nevarez, Ashley | | | Email Redacted |
| Nicole James-Taylor | | | Email Redacted |
| Northwest ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | john.turner@lgbs.com |
| Northwest ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| NU Technology Inc | | | mvadivel@nulogic.io<br>kannan.s@nulogic.io |
| Nueces County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | austin.bankruptcy@lgbs.com |
| Ohio Department of Taxation | c/o Bankruptcy Division | Attn: Shelly I. Todd | bankruptcydivision@tax.state.oh.us<br>bankruptcydivision@tax.ohio.gov |
| Oowashame F Salinas | | | Email Redacted |
| Oregon Department of Revenue | | | robert.bruders@dor.oregon.gov |
| Orinoco Studio Inc. | Attn: Evan Cisneros | | evan@orinoco-studio.com |
| Palazzolo,Amelia Grace | | | Email Redacted |
| Palm Beach County Tax Collector | Attn Legal Services | | legalservices@pbctax.com |
| Pena,Abigail | | | Email Redacted |
| Peyton,Dayshon | | | Email Redacted |
| Phillips,Leanna | | | Email Redacted |
| Pierce County Budget & Finance | Attn: Jason Thiessen | | jason.thiessen@piercecountywa.gov |
| Pierce County Finance Dept | Attn: Jason Thiessen | | jason.thiessen@piercecountywa.gov |
| Pima County, Arizona | c/o Pima County Attorney's Office | | pcaocvbk@pcao.pima.gov |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | | tauhid@pkbdl.com |
| Pioneer Knitwears BD Ltd. | Attn: Md. Tauhidur Rahman, Md. Sabuz Mia | | tauhid@pkbdl.com<br>sabuz@pkbdl.com |
| Pipkins,Angela | | | Email Redacted |
| Poellintz,Diane D | | | Email Redacted |
| PR Springfield Town Center LLC | c/o Kurtzman Steady LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| PR Springfield Town Center LLC | c/o PREIT Services, LLC | Attn: Christian Uy | uyc@preit.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Qingdao Baijiachuangqi Trade Co., Ltd | Attn: Xuelu Wang | | sara_wang@qdbestrade.com |
| Queens Center SPE LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 7 of 9



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ramirez,Aleish | | | Email Redacted |
| Ramirez,Antonia | | | Email Redacted |
| Ramos,Katalina Olivia | | | Email Redacted |
| Rampath,Shereen Lisa | | | Email Redacted |
| Redding,Decarlo L. | | | Email Redacted |
| Reeves,Carla | | | Email Redacted |
| Ribeiro, Ana Sophia | | | Email Redacted |
| Ribeiro,Ana Sophia | | | Email Redacted |
| Rodriguez,Isabella | | | Email Redacted |
| Rose Knitting (Asia) Limited | Attn: Mr. Steve Li | | fan.lee@roseknit.com<br>steve.li@roseknit.com |
| Salomon,Gabrielle | | | Email Redacted |
| Samuel T. Sherman | | | Email Redacted |
| San Marcos CISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | austin.bankruptcy@lgbs.com |
| Scarlett,Camille | | | Email Redacted |
| Seshin Apparel Co., Ltd. | | | johncha@seshinap.co.kr |
| Severin Emilio Abdallah | | | Email Redacted |
| SG International USA | Attn: Eric Seo | | seo@sg-international.com |
| Shahi Exports Private Limited | Attn: Mr. Ramalingam | | rama@shahi.co.in<br>raghavendra.kaloor@shahi.co.in |
| Shahi Exports Private Limited | Attn: Mr. Uppili Sarangarajan & B. Parameswaran | | uppili.sarangarajan@shahi.co.in<br>bala.parameswaran@shahi.co.in<br>krishna.vardhan@shahi.co.in |
| Shamika Kendra Jefferson | | | Email Redacted |
| Shanelle Jones | | | Email Redacted |
| Silver Spark Apparel Limited | Manoj Mouvery | | manoj.mouvery@raymond.in |
| Smith, Brenda E. | | | Email Redacted |
| Smith, Jaqavious L | | | Email Redacted |
| South Asia Knitting Factory Ltd. | Attn: Sharon Cheung, Sunny Yeung, Agnes Fong, Leo Yeung | | sharoncheung@southasiagroup.com<br>sunny@southasiacanada.ca<br>agnesfong@southasiagroup.com<br>leoyeung@southasiagroup.com |
| Spartanburg County Tax Collector | Attn: Patricia A. Jamison | | pjamison@spartanburgcounty.org |
| SPUS9 FB Paddock PROP, LLC | c/o Daspin & Aument, LLP | Attn: Samantha Thoma | sthoma@daspinaument.com |
| SPUS9 FB Paddock Prop, LLC | c/o Fairbourne Properties, LLC | Attn: Anna Fudala | afudala@fairbourne.com<br>sthoma@daspinaument.com |
| St Louis County Collector of Revenue | Attn: Karen J Benson | | kbenson@stlouiscountymo.gov |
| St Rius,Erielle Renee | | | Email Redacted |

In re: EXP OldCo Winddown, Inc., et al.<br>Case No. 24-10831 (KBO)

Page 8 of 9



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stacey Greer | | | Email Redacted |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com donna.compton@tanger.com |
| Tanisha Woodson-Shelby | | | Email Redacted |
| Tarrant County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com john.turner@lgbs.com |
| Tavares,Claudia | | | Email Redacted |
| Taxing Districts Collected by Potter County [Texas Taxing Authorities] | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Blake H. Newton, Alysia Cordova | amabkr@pbfcm.com bnewton@pbfcm.com acordova@pbfcm.com |
| Terradajha Rena Williams | | | Email Redacted |
| The County of Hays, Texas | c/o McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons | julie.parsons@mvbalaw.com |
| Thorn,Chelsea | | | Email Redacted |
| Tobias Denond Clark | | | Email Redacted |
| Todriquez,Shania M [Garcia, Shania M] | | | Email Redacted |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A. Starks | jenny.mccoy@traviscountytx.gov jason.starks@traviscountytx.gov |
| Trejo,Anthony | | | Email Redacted |
| Trueblood,Duke | | | Email Redacted |
| Tulsa County Treasurer | | | bankruptcy@tulsacounty.org |
| Unifield Textiles Limited | Attn: Gary Yeong | | garyyeong@unifield.com.hk garryyong@unifield.com.hk |
| Upchurch,Nikala | | | Email Redacted |
| Vallecillo,Daniel Humberto | | | Email Redacted |
| Vang,Kanong | | | Email Redacted |
| Veritiv Operating Company | Attn: Marianne Nichols | | marianne.nichols@veritivcorp.com |
| Veronica Chavarria | | | Email Redacted |
| Vilna,Karlie | | | Email Redacted |
| Webb,Kelina N. | | | Email Redacted |
| Wiggins,Ezari Z | | | Email Redacted |
| Williams,Adonis | | | Email Redacted |
| Wojciechowski,Jennifer M | | | Email Redacted |
| Wolfe,Daniel | | | Email Redacted |
| Zachary Nabors | | | Email Redacted |
| Zulema Ruby Sanchez | | | Email Redacted |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 9 of 9