## Schedule 1

**No Liability Claims**

55218569.8

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections – No Liability**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Cherry Hill Center LLC | 5/6/2024 | 105 | $124,062.53 | Upon review of the Debtors' Books and Records, the Plan Administrator believes there are no amounts owed. |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | 7/1/2024 | 875 | $345,012.00 | Upon review of the Debtors' Books and Records, the Plan Administrator believes there are no amounts owed. |
| Jiangsu Guotai Huasheng Industrial Co., Ltd. (GTHS) | 7/9/2024 | 1113 | $540,705.10 | Upon review of the Debtors' Books and Records, the Plan Administrator believes there are no amounts owed. |
| Taubman Cherry Creek Shopping Center, L.L.C [Cherry Creek] | 7/1/2024 | 865 | $516,267.33 | Upon review of the Debtors' Books and Records, the Plan Administrator believes there are no amounts owed. |
| | | **Total** | $1,526,046.96 | |