IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1315 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING PLAN ADMINISTRATOR'S CORRECTED FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On March 21, 2025, the *Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1315] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed by April 11, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Plan Administrator received informal responses to the Objection from HGP TIC, LLC, Pizzuti GM LLC, Truesource LLC, Pierce

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

-2-

County Budget & Finance, the United States Postal Service, Peagreen Company Limited (collectively, the "**Claimants**"), Denver Pavilions OwnerCo, LLC, and SRE Ontario LLC. The Plan Administrator agreed to withdraw the Objection as to Denver Pavilions OwnerCo, LLC's claims on schedule 2 of the original proposed order accompanying the Objection (the "**Original Proposed Order**") and Denver Pavilions OwnerCo, LLC agreed it would not oppose the Objection as it relates to its claims on schedule 1 accompanying the Original Proposed Order. The Plan Administrator and SRE Ontario LLC agreed to the changes to schedule 2 of the Original Proposed Order. The Plan Administrator and Pizzuti GM LLC agreed to continue the Objection only with respect to Pizzuti GM LLC's claims to the omnibus hearing scheduled for May 22, 2025 at 9:30 a.m. (EST). Based upon discussions and information exchanges with the Claimants, the Plan Administrator agreed to remove their claims from the Objection, subject to the Plan Administrator's right to object to such claims on other bases.

4. The Objection Deadline has passed and no other objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5. In resolution of the foregoing, the Plan Administrator submits the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the Original Proposed Order.

6. The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order. Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

[The remainder of this page is intentionally left blank.]

-3-

| | |
|---|---|
| Dated: April 16, 2025 | **SAUL EWING LLP** |
| | By: */s/ Lucian B. Murley* |
| | Lucian B. Murley (DE Bar No. 4892) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 421-6898 |
| | Email:  luke.murley@saul.com |
| | |
| | -and- |
| | |
| | Brendan M. Scott |
| | Christopher Reilly |
| | **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** |
| | 200 West 41st Street, 17th Floor |
| | New York, NY 10036-7203 |
| | Telephone: (212) 679-5359 |
| | Facsimile: (212) 972-2245 |
| | Email:  bscott@klestadt.com |
| | creilly@klestadt.com |
| | |
| | *Counsel for the Plan Administrator* |