# EXHIBIT A

**Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 1315 and ____ |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S CORRECTED FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the Amended Claims, Duplicate Claims, Late-Filed Claims, Equity Interest Claims, and Insufficient Documentation Claims set forth on Schedules 1, 2, 3, 4, and 5 attached hereto, and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

### HEREBY ORDERED THAT:

---

[1]    The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

1.      The Objection is sustained as set forth herein.

2.      The Amended Claims set forth on the attached **Schedule 1** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 1** attached hereto in the column titled "Remaining Claims."

3.      The Duplicate Claims set forth on the attached **Schedule 2** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 2** attached hereto in the column titled "Remaining Claims."

4.      The Late-Filed Claims set forth on the attached **Schedule 3** are hereby disallowed and expunged in their entirety.

5.      The Equity Interest Claims set forth on the attached **Schedule 4** are hereby disallowed and expunged in their entirety.

6.      The Insufficient Documentation Claims set forth on the attached **Schedule 5** are hereby disallowed and expunged in their entirety.

7.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with terms of this Order.

8.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

9.      The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify, and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

55212971.10

10.     To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

11.     The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

# **Schedule 1**

## **Amended Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | 1533 | 1327 | $1,302,815.47 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 1552 Broadway Retail Owner LLC | 1534 | 1335 | $1,302,815.47 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Adobe Inc. | 402 | 399 | $1,255,459.12 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Alorica Inc. | 669 | 648 | $45,326.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Aurus, Inc. | 1182 | 246 | $73,888.49 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Aurus, Inc. | 1461 | 1182 | $98,408.93 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Averus USA, Inc. | 1487 | 146 | $43,301.02 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Banda, Kush | 1524 | 1521 | $275,718.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Batts, Michael | 481 | 91 | $8,167.20 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Bayrak, Murat [Mark Bay] | 543 | 50 | $14,139.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| BJW Realty LLC | 1111 | 1102 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| BOSTON BARRICADE COMPANY INC. [BOSTON RETAIL SOLUTIONS] | 1517 | 157 | $33,221.11 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Brookshire, Melissa | 978 | 977 | $5,533.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Brookshire, Melissa [MelissaBrookshireStyling LLC] | 1025 | 75 | $5,533.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| CF Corporation [Su Kwan Park] | 1390 | 1270 | $175,060.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Chevalier, Jacob | 1216 | 636 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Philadelphia | 1008 | 221 | $32,385.68 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Cord Meyer Development LLC | 1481 | 584 | $60,908.56 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Cord Meyer Development, LLC | 1481 | 1415 | $716,501.24 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Country Club Place JV, L.L.C. [Country Club Plaza] | 749 | 629 | $68,016.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| County of Orange Treasurer-Tax Collector | 510 | 434 | $64,940.37 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Denver Pavilions OwnerCo, LLC | 1490 | 805 | $169,789.94 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| E.C. Provini Co., Inc. | 394 | 393 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| EASTERN HERITAGE | 1101 | 1097 | $2,310,063.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Eastview Mall, LLC | 1018 | 933 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Eclipse Creative | 1171 | 123 | $54,846.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Elmwood Retail Properties, L.L.C. | 1201 | 1148 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Florida Department of Revenue | 673 | 489 | $448.67 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Funk, Michael | 537 | 490 | $10,648.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Gerber Technology LLC [Lectra] | 690 | 120 | $158,785.99 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Get It Productions Inc | 299 | 289 | $56,661.34 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Get It Productions Inc | 925 | 299 | $56,661.34 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Google LLC [Google Inc.] | 1257 | 1186 | $1,347,840.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Ha Hae Corporation | 342 | 304 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hansoll Textile Ltd | 1392 | 219 | $228,118.18 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Harris County, et al. | 479 | 86 | $21,913.91 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| HGP TIC, LLC | 1499 | 1494 | $130,876.23 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hein, John | 1522 | 1520 | $134,594.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HLD (HK) Trading Limited | 1112 | 145 | $4,303,909.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Horizon Enterprise Ltd | 932 | 793 | $180.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HTI CHINA CORP | 1119 | 1096 | $34,650.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Iljoong Global | 143 | 60 | $137,767.97 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| IMImobile US | 1205 | 1207 | $1,284,388.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Jung, Jonghyun [Jay Jung] | 600 | 512 | $1,019,508.19 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Kern County Treasurer Tax Collector | 1184 | 39 | $13,546.96 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| LA CIENEGA PARTNERS LIMITED PARTNERSHIP [BEVERLY CENTER] | 664 | 630 | $158,731.97 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Namogoo Technologies Inc. | 1556 | 1431 | $11,600.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Newtimes Development Limited | 147 | 57 | $2,088,967.32 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Phong Phu International Joint Stock Company | 943 | 469 | $3,889,855.95 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Phong Phu International Joint Stock Company | 1444 | 943 | $1,833,157.10 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PPF RTL Atlantic Town Center LLC | 1013 | 1012 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PR Prince Georges Plaza LLC | 1647 | 102 | $11,211.80 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PT Huddersfield Tex Indo | 1455 | 599 | $574,109.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PT Huddersfield Tex Indo | 1466 | 1455 | $95,442.99 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Retail Services WIS Corporation | 828 | 826 | $7,546.72 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| rewardStyle Inc d/b/a LTK | 1083 | 944 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Roper, Jasmine | 179 | 141 | $1,600.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Saigon 3 Garment Joint Stock Company | 1140 | 1046 | $7,096,616.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Salesforce, Inc. | 1268 | 1245 | $1,656,597.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Silver Crest Clothing Private Limited | 1044 | 743 | $2,335,063.57 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Solomon Page Group LLC | 288 | 290 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Soul Artist Management [Soul, LLC] | 214 | 129 | $3,439.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tarrant County | 187 | 23 | $6,260.24 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 897 | 254 | $8,452.50 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 915 | 255 | $12,495.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 912 | 261 | $15,873.28 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 917 | 262 | $11,578.50 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 898 | 257 | $42,480.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 908 | 258 | $9,852.80 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 919 | 259 | $16,505.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 916 | 260 | $9,600.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 914 | 263 | $47,100.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Tat Fung Textile Co., Ltd. | 910 | 264 | $16,233.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 911 | 265 | $27,865.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| The Weeks Lerman Group | 205 | 162 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tote Fashion Sourcing Limited | 1573 | 777 | $4,245,494.09 | and it remains on the claims register only as a technicality. NOTE: Claim 473 is also subject to objection as a duplicate claim. See Schedule 2 Duplicate |
| Town Center Boca Raton Trust [Town Center at Boca Raton] | 1462 | 655 | $62,312.48 | and it remains on the claims register only as a technicality. NOTE: Claim 514 is also subject to objection as a duplicate claim. See Schedule 2 Duplicate |
| Travis County | 421 | 418 | $14,231.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Unifield Textiles Limited | 861 | 862 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Valencia Town Center Venture, L.P. | 1529 | 1527 | $16,969.64 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Verifone Inc | 466 | 464 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Vinatex International Joint Stock Company | 1459 | 941 | $306,686.30 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Visplay, Inc. | 1108 | 956 | $64,104.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Vitullo, Kelsey | 1473 | 1470 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**

**Case Number: 24-10831 (KBO)**

**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Yohrling, Deborah | 243 | 222 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Ziff Davis, Inc. | 16 | 7 | $80,860.21 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

| | | | | |
|---|---|---|---|---|
| | **Total** | | $41,836,233.30 | |

## Schedule 2

## Duplicate Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | 1534 | 1533 | $25,008,713.37 | The claim is a duplicate of another claim. |
| 2.7 August Apparel [Endless Rose and English Factory] | 735 | 654 | $449,465.66 | The claim is a duplicate of another claim. |
| Abbot Studios Architects + Planners + Designers, LLC [Abbot Studios] | 184 | 823 | $42,245.36 | The claim is a duplicate of another claim. |
| Amazon Web Services, Inc. | 1377 | 1368 | $50,569.46 | The claim is a duplicate of another claim. |
| Carr, Christie | 1332 | 1288 | $10,000.00 | The claim is a duplicate of another claim. |
| CF Corpration [Su Kwan Park] | 1427 | 1390 | $183,803.43 | The claim is a duplicate of another claim. |
| Contract Datascan | 703 | 1477 | $39,094.22 | The claim is a duplicate of another claim. |
| Environmental Democracy Project | 1375 | 1376 | $100,000.00 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1067 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1072 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1073 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1077 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1088 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1089 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1090 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1091 | $2,092,986.04 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Fortune Footwear Inc. | 1087 | 1133 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1134 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1137 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Goody Technologies, Inc. | 1081 | 281 | $7,546.52 | The claim is a duplicate of another claim. |
| Granite Telecommunications, LLC | 957 | 1 | $66,256.86 | The claim is a duplicate of another claim. |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | 616 | 595 | $1,284,899.84 | The claim is a duplicate of another claim. |
| Ha Hae Corporation | 342 | 276 | $3,944,590.57 | The claim is a duplicate of another claim. |
| Hansoll Textile Ltd. | 1391 | 1392 | $228,118.18 | The claim is a duplicate of another claim. |
| Hernandez, Yvonne | 1214 | 1202 | $500,000.00 | The claim is a duplicate of another claim. |
| Indyme Solutions LLC | 967 | 966 | $21,280.78 | The claim is a duplicate of another claim. |
| JACKSON APC | 1294 | 1261 | $968,749.88 | The claim is a duplicate of another claim. |
| Jiangsu Guotai Huasheng Industrila Co.,Ltd. (GTHS) | 1113 | 1129 | $540,705.10 | The claim is a duplicate of another claim. |
| Kaiser Consulting LLC | 702 | 719 | $122,868.50 | The claim is a duplicate of another claim. |
| Kaiser Consulting LLC | 702 | 720 | $122,868.50 | The claim is a duplicate of another claim. |
| Kaiser Consulting LLC | 702 | 721 | $122,868.50 | The claim is a duplicate of another claim. |
| Lavi & Ebrahimian, LLP | 1279 | 1295 | $355,208.28 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Law Offices of Sahag Majarian II | 1275 | 1321 | $290,624.96 | The claim is a duplicate of another claim. |
| Mallari Law Group [Yvonne Hernandez] | 1214 | 1206 | $500,000.00 | The claim is a duplicate of another claim. |
| MAY HAI JOINT STOCK COMPANY | 1042 | 1031 | $642,622.73 | The claim is a duplicate of another claim. |
| Mcguire Sponsel, LLC | 661 | 493 | $7,950.00 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1348 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1353 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1356 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1357 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1359 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1367 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1373 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1374 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1351 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1358 | $2,212,093.78 | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 840 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 850 | Unliquidated | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| North Carolina Self-Insurance Security Association | 853 | 851 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 852 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 854 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 855 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 856 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 857 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 858 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 859 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 860 | Unliquidated | The claim is a duplicate of another claim. |
| Perkins Coie LLP | 1158 | 1157 | $125,377.50 | The claim is a duplicate of another claim. |
| Phipps, Sasha | 830 | 687 | $10,139.65 | The claim is a duplicate of another claim. |
| Phong Phu International Joint Stock Company | 1444 | 1441 | $1,833,157.10 | The claim is a duplicate of another claim. |
| Phong Phu International Joint Stock Company | 1444 | 1442 | $1,833,157.10 | The claim is a duplicate of another claim. |
| Phong Phu International Joint Stock Company | 1444 | 1443 | $1,833,157.10 | The claim is a duplicate of another claim. |
| PREP Hillside Real Estate LLC | 1536 | 1535 | $123,292.07 | The claim is a duplicate of another claim. |
| PT. Ungaran Sari Garments | 142 | 96 | $1,260,219.83 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Ramazon, Mitchell | 677 | 1342 | $1,800.00 | The claim is a duplicate of another claim. |
| Resicom Custom Painting & Maintenance [Resicome Group] | 1162 | 1155 | $841,933.11 | The claim is a duplicate of another claim. |
| Rexel USA, Inc. d/b/a Capitol Light [Capital Light] | 1017 | 955 | $119,245.46 | The claim is a duplicate of another claim. |
| Rexel USA, Inc. d/b/a Capitol Light [Capital Light] | 1017 | 961 | $119,245.46 | The claim is a duplicate of another claim. |
| Rosenthal & Rosenthal, Inc. | 302 | 301 | $858,885.62 | The claim is a duplicate of another claim. |
| San Bernardino County | 430 | 395 | $247,133.20 | The claim is a duplicate of another claim. |
| SERVICE QUEST. INC. | 929 | 346 | $36,283.65 | The claim is a duplicate of another claim. |
| Spotsylvania County | 401 | 411 | $31.10 | The claim is a duplicate of another claim. |
| SRE Hawkeye LLC [Outlets Williamsburg, Iowa] | 1292 | 1301 | $144,959.38 | The claim is a duplicate of another claim. |
| SRE Ontario LLC [Outlets Park City, Utah] | 1322 | 1406 | $242,854.83 | The claim is a duplicate of another claim. |
| Village of Birch Run | 587 | 586 | $75.02 | The claim is a duplicate of another claim. |
| Vinatex International Joint Stock Company | 1459 | 1211 | $306,686.30 | The claim is a duplicate of another claim. |
| Wilson, Margaret | 358 | 280 | $7,560.00 | The claim is a duplicate of another claim. |
| Zelenak, Tricia | 471 | 556 | $5,200.00 | The claim is a duplicate of another claim. |
| ZenGenius, Inc. [ZenGenius] | 659 | 628 | $6,096.30 | The claim is a duplicate of another claim. |
| Zhejiang Tianpai Knitting Co., Ltd. | 1131 | 1002 | $296,425.13 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Zhejiang Tianpai knitting Co.,ltd | 992 | 991 | $233,052.17 | The claim is a duplicate of another claim. |
| Zhejiang Tianpai knitting Co.,ltd | 1131 | 1001 | $296,425.13 | The claim is a duplicate of another claim. |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Total** | $91,537,227.15 |  |  |

**Schedule 3**

**Late-Filed Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| 0-Mile Corp | 10/09/2024 | 1678 | $2,524.70 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Agility Recovery Solutions | 10/09/2024 | 1677 | $13,204.52 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Amanda Theresa Media LLC | 07/17/2024 | 1440 | $2,500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Amplitude, Inc. | 08/01/2024 | 1519 | $29,696.40 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Arriola-Tirado,Valentina | 08/07/2024 | 1554 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Asset Strategies Group LLC | 07/15/2024 | 1429 | $65,616.81 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Asset Strategies Group LLC | 07/15/2024 | 1430 | $4,908.86 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Avaap U.S.A. LLC | 07/18/2024 | 1447 | $5,280.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Banda, Kush | 08/01/2024 | 1521 | $275,718.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bravo, Lizeth M. | 07/23/2024 | 1475 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bridgeforth, Kyle | 07/26/2024 | 1483 | $3,500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Brito, Veronica | 07/12/2024 | 1419 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CARIBBEAN IP | 07/19/2024 | 1457 | $6,070.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Castillo, Francis | 09/12/2024 | 1618 | $15,150.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Castillo, Hector | 09/16/2024 | 1625 | $15,150.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Catlett, William | 08/16/2024 | 1581 | $12,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Changzhou Dongheng Printing & Dyeing Co, Ltd | 10/05/2024 | 1666 | $35,920.25 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cisneros, Oded | 09/02/2024 | 1606 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CIVA Technologies | 07/18/2024 | 1448 | $8,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CIVA Technologies | 07/18/2024 | 1450 | $24,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Colton, David M. | 07/25/2024 | 1482 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Communication Interface Technologies, LLC v. Express | 07/24/2024 | 1476 | $22,503.27 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Computacenter United States Inc. | 09/10/2024 | 1613 | $21,948.06 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Constructor.io [Constructor.io Corporation] | 10/16/2024 | 1691 | $58,608.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Contract Datascan LP | 07/25/2024 | 1477 | $39,094.22 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Control Group Companies, LLC [Controltek USA] | 08/29/2024 | 1602 | $1,831.97 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Cord Meyer Development, LLC | 07/12/2024 | 1415 | $716,502.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CPT Group, Inc. | 07/16/2024 | 1433 | $60,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Crawford, Megan | 08/28/2024 | 1601 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cruz Tolentino,Nayeli Adalgisa | 08/30/2024 | 1605 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cymbio Digital Inc. | 09/02/2024 | 1603 | $1,385.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Dayforce US, Inc. [Ceridian HCM, Inc.] | 08/22/2024 | 1593 | $26,542.35 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| DOCUMENT CONCEPTS INC. -PRINTING | 07/29/2024 | 1497 | $6,378.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Duquesne Light Company | 07/11/2024 | 1403 | $2,147.61 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Edwards, Debora | 08/12/2024 | 1566 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Euler Hermes agent for BIELLA MANIFATTURE TESSILI S.R.L. | 07/17/2024 | 1438 | $3,096.72 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Euler Hermes agent for MANIFATTURA*EMMETEX S.P.A. | 07/17/2024 | 1439 | $3,278.75 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Euler Hermes agent for Marzotto Wool Manufacturing S.R.L. | 07/11/2024 | 1398 | $1,535.54 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Fabscrap, Inc | 09/19/2024 | 1631 | $3,700.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Fashion Square Mall Realty LLC | 07/11/2024 | 1397 | $22,436.43 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Floreal International Limited | 08/26/2024 | 1599 | $37,058.25 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Flying Tex Co., Ltd. | 08/05/2024 | 1553 | $4,760.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Frazier, Tyya | 08/14/2024 | 1574 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Govea, Nevaeh | 07/29/2024 | 1492 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Guard Services USA | 08/07/2024 | 1555 | $76,824.42 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Gumbs,DeShawn Tyree | 08/25/2024 | 1598 | $1,738.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Hamilton, Ashley Simone | 07/29/2024 | 1502 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Hein, John | 08/01/2024 | 1520 | $134,594.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| HELEN WELLS AGENCY LLC | 07/16/2024 | 1434 | $3,940.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Heroes Models Management, Inc. | 07/23/2024 | 1474 | $12,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Horne, Leonard Joseph | 09/19/2024 | 1630 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Intellectual Property Online Ltd [WebTMS] | 08/23/2024 | 1595 | $4,250.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| IWD New York LLC | 08/06/2024 | 1551 | $40,174.89 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Jahanshahi, Gilda | 07/11/2024 | 1401 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Johnson, Desire | 08/15/2024 | 1576 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Joubert, William | 08/23/2024 | 1597 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Keylan, Kirby | 07/12/2024 | 1416 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Kimberly Picardi vs. Liberty Place Retail Management d/b/a The Shops at Liberty Plance and The Arthur Jackson Company vs. Express, LLC | 07/19/2024 | 1456 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Krueger, Sarah | 07/22/2024 | 1468 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Lightserve Corporation | 09/17/2024 | 1626 | $15,458.14 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| LOUIS JOLIET REALTY LLC [LOUIS JOLIET CH LLC; LOUIS JOLIET NASSIM LLC] | 07/11/2024 | 1399 | $81,531.87 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Lucas, Meaghan | 07/22/2024 | 1460 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Luna, Gabriela | 07/16/2024 | 1435 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Madeline Gonzalez v GS Portfolio Holdings, LLC, Willowbrook Mall, Express Clothing Store, ABS Clean Co, John Does | 08/27/2024 | 1600 | $150,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Mitchell, Brionna L | 07/15/2024 | 1428 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Mitchell, Nathaniel | 08/02/2024 | 1546 | $6,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Molina, Maria | 08/03/2024 | 1548 | $2,800.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Montano Ramos, Rose | 07/21/2024 | 1458 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Moody's Analytics, Inc. | 08/01/2024 | 1523 | $50,568.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| MORGAN LI LLC | 07/26/2024 | 1484 | $2,465.81 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Namdar Realty LLC [FMC Stratford Mall Members LLC] | 07/11/2024 | 1402 | $23,410.03 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Namogoo Technologies Inc. | 07/16/2024 | 1431 | $11,600.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Narvar, Inc. | 07/29/2024 | 1491 | $20,636.11 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Nehikhuere, Oghosaikhin Deborah | 07/11/2024 | 1410 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Nikki Martinkovic LLC | 07/27/2024 | 1489 | $1,950.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 07/11/2024 | 1393 | $14,183.09 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Nyangara, Vivian | 09/11/2024 | 1614 | $5,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Ogletree Deakins | 07/11/2024 | 1405 | $192,081.14 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Olivares Santos, Anny | 07/12/2024 | 1412 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Opentext Corporation | 09/10/2024 | 1611 | $3,792.67 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Pani, Dorian | 07/26/2024 | 1486 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Parker-Mckee, Ellieana Maria | 10/08/2024 | 1670 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Pereira, Keyla | 08/15/2024 | 1578 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| PR North Dartmouth LLC | 09/26/2024 | 1648 | $39,544.95 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Premedics Systems LLC | 08/19/2024 | 1584 | $2,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Quoc Huong Wholesale and Distribution Inc. | 08/31/2024 | 1604 | $13.59 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| RAAB AND RAAB, INC. | 08/05/2024 | 1550 | $19,296.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Racktop Systems, Inc | 09/10/2024 | 1612 | $42,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Rodway, Lauren Kay | 08/02/2024 | 1547 | $6,893.99 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| RSM Maintenance, LLC [RSM Facility Solutions] | 09/11/2024 | 1616 | $36,313.65 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| SABA & CO (TMP) LIMITED | 08/20/2024 | 1585 | $1,465.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Santiago, Dalia M. | 07/18/2024 | 1453 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Santiago, Kevin | 07/22/2024 | 1463 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Saunders, Haley | 07/17/2024 | 1445 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| See Creatures Design LTD | 08/01/2024 | 1518 | $1,300.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Sequin, LLC | 09/13/2024 | 1619 | $16,350.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| ServiceChannel.com Inc. | 07/31/2024 | 1511 | $51,775.60 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| ServiceChannel.com, Inc. | 07/31/2024 | 1516 | $19,189.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Sinosky Limited | 08/22/2024 | 1592 | $152,674.70 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Smith, Tonisha | 08/13/2024 | 1572 | $8,683.65 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Smith, Yahmese | 07/15/2024 | 1432 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Southport Graphics | 07/16/2024 | 1436 | $97,582.86 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Stevens, Zachary K. [Zak Stevens] | 08/19/2024 | 1582 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Stylitics, Inc. | 07/17/2024 | 1446 | $285,862.50 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Systems Integration Specialists, Inc. [SIS] | 07/23/2024 | 1471 | $46,967.40 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tan, Lannelle Ann | 07/22/2024 | 1469 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tanger Management, LLC [Tanger Asheville, LLC successor to Asheville Retail Associates, LLC] | 10/14/2024 | 1688 | $116,505.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tanger Management, LLC manager for Tanger Properties Limited Partnership | 10/14/2024 | 1689 | $389,544.14 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tarter, Sabrina | 07/22/2024 | 1467 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tat Fung Textile Co,Ltd | 07/18/2024 | 1452 | $20,792.32 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Thigpen, Jayda | 09/13/2024 | 1620 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Thomas, Gabrielle | 08/09/2024 | 1561 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tianhai Lace Co., Ltd. | 07/18/2024 | 1451 | $40,893.07 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tiger Button Co., Inc. | 07/11/2024 | 1400 | $6,681.91 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Toothman, Kathleen | 09/11/2024 | 1617 | $2,115.38 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Trumbull Mall Realty LLC | 07/11/2024 | 1396 | $28,735.23 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| UGURTEKS TEKSTIL URUNLERI TICARET VE SANAYI A.S. | 07/29/2024 | 1506 | $49,721.30 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Vallejo, Andres | 08/20/2024 | 1586 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Vaughan McLean & Partners LLC [Vaughan Baio & Partners LLC] | 08/01/2024 | 1525 | $2,473.93 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Violette, Victoria | 08/22/2024 | 1594 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Vitullo, Kelsey | 07/22/2024 | 1470 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wells Fargo Vendor Financial Services, LLC | 07/18/2024 | 1454 | $149,367.36 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wepking, Lindsey C | 07/14/2024 | 1422 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| WESTGATE MALL REALTY LLC [WESTGATE CH LLC; WESTGATE NASSIM LLC] | 07/11/2024 | 1404 | $29,984.86 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wheby, Kathy B | 07/31/2024 | 1515 | $670.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| White, Nikisha | 07/18/2024 | 1449 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Yotpo Inc. | 08/16/2024 | 1579 | $3,071.38 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Youngwhitehead, Maya | 07/17/2024 | 1437 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Zaim, Nicole | 08/04/2024 | 1549 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| | | **Total** | $2,294,371.00 | |

# **Schedule 4**

## **Equity Interest Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Equity Interest**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Cornelisse, Amy | 1196 | $30,000.00 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Corrado, John | 837 | $4,944.95 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Demina, Kate | 698 | $5,850.46 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Fancher, Gregory Todd | 752 | $4.84 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Guan, Xin | 756 | $150.00 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Miller, Melanie | 1282 | $75,469.19 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Naqib | 765 | $23,634.30 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Qudsia | 762 | $2,256.51 | The claimant filed the proof of claim on account of an interest, rather than a claim. |

**Total**        $40,950.25

## Schedule 5

## Insufficient Documentation Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Jiangsu Guotai Guosheng Co. Ltd | 1114 | $22,228.38 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Young, Wendy | 1062 | $35,000,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**Total**    $35,022,228.38