IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 15, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Sustaining Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1345)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: April 16, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado         )
                                    ) SS.
County of Denver        )

Subscribed and sworn before me this 16th day of April 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Cherry Hill Center LLC | Attn: Jeffrey Kurtzman | 101 N Washington Ave | Ste 4A | | Margate | NJ | 08402 | |
| Cherry Hill Center LLC | c/o PREIT Services, LLC | Attn: Christian Uy | 2005 Market St | Ste 1000 | Philadelphia | PA | 19103 | |
| Forbes/Cohen Properties Limited Partnership | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | 2029 Century Park East | Suite 1400 | Los Angeles | CA | 90067-2915 | |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | c/o The Taubman Company | Attn: Francesca Lousia | 200 East Long Lake Road | Suite 300 | Bloomfield Hills | MI | 48304-2324 | |
| Jiangsu Guotai Huasheng Industrial Co., Ltd. | Attn: Cathy Lu | 17F Guotai New Century Plaza | Mid Renmin Road | | Zhangjiagang | Jiangsu | 215600 | China |
| Jiangsu Guotai Huasheng Industrial Co., Ltd. (GTHS) | Attn: Amy Gu | 15F Guotai New Century Plaza | Mid Renmin Road | | Zhangjiagang | Jiangsu | 215600 | China |
| Liberty Mutual Insurance Company | Attn: Nina M. Durante | 1001 Fourth Avenue | Suite 3800 | | Seattle | WA | 98154 | |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | 105 Eisenhower Pkwy | | Roseland | NJ | 07068 | |
| Liberty Place Retail Associates, L.P. | c/o Cushman & Wakefield US, Inc. | Attn: Colleen Dunn | 1625 Chestnut Street | 2nd Floor | Philadelphia | PA | 19103 | |
| Liberty Place Retail Associations, L.P. | c/o Faegre Drinker Biddle & Reath LLP | Attn: D Alicia Hickok, David A Ebby | One Logan Square | Suite 200 | Philadelphia | PA | 19103 | |
| Queens Center SPE LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | 2029 Century Park East | Suite 1400 | Los Angeles | CA | 90067-2915 | |
| Taubman Cherry Creek Shopping Center, L.L.C | c/o The Taubman Company LLC | Attn: Francesca A Lousia | 200 East Long Lake Road | PO Box 200 | Bloomfield Hills | MI | 48303-0200 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: PVNBV-PDATF-MZZQB-LUYCW

Page 3 of 5

# Exhibit B



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Cherry Hill Center LLC | Attn: Jeffrey Kurtzman | | kurtzman@kurtzmansteady.com |
| Cherry Hill Center LLC | c/o PREIT Services, LLC | Attn: Christian Uy | uyc@preit.com |
| Forbes/Cohen Properties Limited Partnership | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | c/o The Taubman Company | Attn: Francesca Lousia | mkj@taubman.com mzkjackson@gmail.com |
| Jiangsu Guotai Huasheng Industrial Co., Ltd. | Attn: Cathy Lu | | cathylu@gths.cn |
| Jiangsu Guotai Huasheng Industrial Co., Ltd. (GTHS) | Attn: Amy Gu | | alexzhao@gths.cn amygu@gths.cn |
| Liberty Mutual Insurance Company | Attn: Nina M. Durante | | nina.durante@libertymutual.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com tfreedman@csglaw.com |
| Liberty Place Retail Associates, L.P. | c/o Cushman & Wakefield US, Inc. | Attn: Colleen Dunn | cdunn@shopsatliberty.com |
| Liberty Place Retail Associations, L.P. | c/o Faegre Drinker Biddle & Reath LLP | Attn: D Alicia Hickok, David A Ebby | alicia.hickok@faegredrinker.com david.ebby@faegredrinker.com cathy.greer@faegredrinker.com |
| Queens Center SPE LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Taubman Cherry Creek Shopping Center, L.L.C | c/o The Taubman Company LLC | Attn: Francesca A Lousia | mkj@taubman.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: PVNBV-PDATF-MZZQB-LUYCW

Page 5 of 5