**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 22, 2025 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**RESOLVED MATTERS:**

1. Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1316; filed: 03/21/25]

   Response Deadline: April 11, 2025 at 4:00 p.m.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

Responses Received:

A.  Informal response from Forbes/Cohen Properties Limited Partnership

B.  Informal response from Queens Center SPE LLC

Related Documents:

C.  Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1092; filed: 12/05/24]

D.  Declaration of Arthur Almeida in Support of Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1316-3; filed: 03/21/25]

E.  Notice of Submission of Proofs of Claim [Docket No. 1328; filed: 04/07/25]

F.  Notice of Withdrawal of Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1371 of Queens Center SPE LLC Only [Docket No. 1339; filed: 04/11/25]

G.  Notice of Withdrawal of Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1379 of Forbes/Cohen Properties Limited Partnership Only [Docket No. 1340; filed: 04/11/25]

H.  Order Sustaining Plan Administrator's Corrected Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1345; signed and docketed: 04/15/25]

Status:  On April 15, 2025, the Court entered an order sustaining this claim objection..

2.  Request for Payment of an Administrative Expense filed by ToolsGroup, Inc. (as successor in interest of Onera, Inc.) [Docket No. 1255; filed: 01/30/25]

    Response Deadline:  February 28, 2025 at 4:00 p.m.; extended to April 18, 2025 for the Plan Administrator

    Responses Received:  None to date

Related Documents:  None to date

Status:  This motion is resolved.  The Plan Administrator expects the claimant to withdraw the motion in due course.

**CONTINUED MATTERS:**

3. Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

    Response Deadline:  February 12, 2025 at 4:00 p.m.; extended to April 28, 2025 for the Plan Administrator

    Responses Received:  None to date

    Related Documents:

    A. Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

    Status:  This motion is continued to the May 22, 2025 omnibus hearing.

4. Application for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) filed by Johnson Controls Fire Protection, LP [Docket No. 1247; filed: 01/30/25]

    Response Deadline:  February 19, 2025 at 4:00 p.m.; extended to May 15, 2025 for the Plan Administrator

    Responses Received:  None to date

    Related Documents:  None to date

    Status:  This motion is continued to the May 22, 2025 omnibus hearing.

5. Administrative Claim and Request for Payment of Motives International Limited [Docket No. 1251; filed: 01/30/25]

    Response Deadline:  February 28, 2025 at 4:00 p.m.; extended to May 15, 2025 for the Plan Administrator

    Responses Received:  None to date

    Related Documents:  None to date

    Status:  This motion is continued to the May 22, 2025 omnibus hearing.

6.    Administrative Claim and Request for Payment of Motives International (Hong Kong) Limited [Docket No. 1253; filed: 01/30/25]

    Response Deadline: February 28, 2025 at 4:00 p.m.; extended to May 15, 2025 for the Plan Administrator

    Responses Received: None to date

    Related Documents: None to date

    Status: This motion is continued to the May 22, 2025 omnibus hearing.

## UNCONTESTED MATTER SUBMITTED UNDER CERTIFICATION OF COUNSEL:

7.    Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1315; filed: 03/21/25]

    Response Deadline: April 11, 2025 at 4:00 p.m.

    Responses Received:

    A.    Informal response from HGP TIC, LLC

    B.    Informal response from Pizzuti GM LLC

    C.    Informal response from SRE Ontario LLC

    D.    Informal response from Denver Pavilions OwnerCo, LLC

    E.    Informal response from Pierce County Budget & Finance

    F.    Informal response from United States Postal Service

    G.    Informal response from Peagreen Company Limited

    H.    Informal response from Truesource LLC

    I.    Response of Murray & Sena, LLC [Docket No. 1221; filed: 01/15/25]

    Related Documents:

    J.    Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1091; filed: 12/05/24]

    K.    Declaration of Arthur Almeida in Support of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code

|     |     |
| --- | --- |
|     | Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1315-3; filed: 03/21/25] |
| L.  | Notice of Submission of Proofs of Claim [Docket No. 1327; filed: 04/07/25] |
| M.  | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 723 of Pierce County Budget & Finance Only [Docket No. 1335; filed: 04/11/25] |
| N.  | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1389 of Peagreen Company Limited Only [Docket No. 1336; filed: 04/11/25] |
| O.  | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1558 of Truesource LLC Only [Docket No. 1337; filed: 04/11/25] |
| P.  | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 1495 and 1496 of HGP TIC, LLC Only [Docket No. 1338; filed: 04/11/25] |
| Q.  | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1503 of the United States Postal Service Only [Docket No. 1341; filed: 04/11/25] |
| R.  | Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same [Docket No. 1346; filed: 04/16/25] |

Status: The claim of Murray & Sena, LLC was not included in the corrected claim objection and thus their response is moot. The claim objection has been withdrawn as to Pierce County Budget & Finance, Peagreen Company Limited, Truesource LLC, HGP TIC, LLC, and the United States Postal Service Only. Denver Pavilions OwnerCo, LLC and SRE Ontario LLC have agreed to changes to the schedules attached to the proposed order. The Plan Administrator and Pizzuti GM LLC have settled the claim objection in principle, and have agreed to continue the hearing of

the claim objection as to Pizzuti GM LLC only to the May 22, 2025 omnibus hearing. As to all other claims subject to the claim objection, this matter is uncontested and a certification of counsel has been submitted. This matter is going forward unless otherwise directed by the court.

Dated: April 17, 2025

        **SAUL EWING LLP**

        */s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone:    (302) 421-6898
        Email:    luke.murley@saul.com

        -and-

        Brendan M. Scott
        **KLESTADT WINTERS JURELLER**
        **SOUTHARD & STEVENS, LLP**
        200 West 41st Street, 17th Floor
        New York, NY 10036-7203
        Telephone:    (212) 679-5359
        Facsimile:    (212) 972-2245
        Email:    bscott@klestadt.com

        *Counsel. for the Plan Administrator*