# Schedule 1

## Amended Claims

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | 1533 | 1327 | $1,302,815.47 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 1552 Broadway Retail Owner LLC | 1534 | 1335 | $1,302,815.47 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Adobe Inc. | 402 | 399 | $1,255,459.12 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Alorica Inc. | 669 | 648 | $45,326.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Aurus, Inc. | 1182 | 246 | $73,888.49 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Aurus, Inc. | 1461 | 1182 | $98,408.93 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Averus USA, Inc. | 1487 | 146 | $43,301.02 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Banda, Kush | 1524 | 1521 | $275,718.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Batts, Michael | 481 | 91 | $8,167.20 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Bayrak, Murat [Mark Bay] | 543 | 50 | $14,139.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| BJW Realty LLC | 1111 | 1102 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| BOSTON BARRICADE COMPANY INC. [BOSTON RETAIL SOLUTIONS] | 1517 | 157 | $33,221.11 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Brookshire, Melissa | 978 | 977 | $5,533.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Brookshire, Melissa [MelissaBrookshireStyling LLC] | 1025 | 75 | $5,533.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| CF Corporation [Su Kwan Park] | 1390 | 1270 | $175,060.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Chevalier, Jacob | 1216 | 636 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Philadelphia | 1008 | 221 | $32,385.68 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Cord Meyer Development LLC | 1481 | 584 | $60,908.56 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Cord Meyer Development, LLC | 1481 | 1415 | $716,501.24 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Country Club Place JV, L.L.C. [Country Club Plaza] | 749 | 629 | $68,016.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| County of Orange Treasurer-Tax Collector | 510 | 434 | $64,940.37 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Denver Pavilions OwnerCo, LLC | 1490 | 805 | $169,789.94 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| E.C. Provini Co., Inc. | 394 | 393 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| EASTERN HERITAGE | 1101 | 1097 | $2,310,063.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Eastview Mall, LLC | 1018 | 933 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Eclipse Creative | 1171 | 123 | $54,846.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Elmwood Retail Properties, L.L.C. | 1201 | 1148 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Florida Department of Revenue | 673 | 489 | $448.67 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Funk, Michael | 537 | 490 | $10,648.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Gerber Technology LLC [Lectra] | 690 | 120 | $158,785.99 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Get It Productions Inc | 299 | 289 | $56,661.34 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Get It Productions Inc | 925 | 299 | $56,661.34 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Google LLC [Google Inc.] | 1257 | 1186 | $1,347,840.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Ha Hae Corporation | 342 | 304 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hansoll Textile Ltd | 1392 | 219 | $228,118.18 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Harris County, et al. | 479 | 86 | $21,913.91 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| HGP TIC, LLC | 1499 | 1494 | $130,876.23 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hein, John | 1522 | 1520 | $134,594.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HLD (HK) Trading Limited | 1112 | 145 | $4,303,909.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Horizon Enterprise Ltd | 932 | 793 | $180.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HTI CHINA CORP | 1119 | 1096 | $34,650.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Iljoong Global | 143 | 60 | $137,767.97 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| IMImobile US | 1205 | 1207 | $1,284,388.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Jung, Jonghyun [Jay Jung] | 600 | 512 | $1,019,508.19 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Kern County Treasurer Tax Collector | 1184 | 39 | $13,546.96 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| LA CIENEGA PARTNERS LIMITED PARTNERSHIP [BEVERLY CENTER] | 664 | 630 | $158,731.97 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Namogoo Technologies Inc. | 1556 | 1431 | $11,600.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Newtimes Development Limited | 147 | 57 | $2,088,967.32 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Amended_Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Phong Phu International Joint Stock Company | 943 | 469 | $3,889,855.95 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Phong Phu International Joint Stock Company | 1444 | 943 | $1,833,157.10 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PPF RTL Atlantic Town Center LLC | 1013 | 1012 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PR Prince Georges Plaza LLC | 1647 | 102 | $11,211.80 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PT Huddersfield Tex Indo | 1455 | 599 | $574,109.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PT Huddersfield Tex Indo | 1466 | 1455 | $95,442.99 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Retail Services WIS Corporation | 828 | 826 | $7,546.72 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| rewardStyle Inc d/b/a LTK | 1083 | 944 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Roper, Jasmine | 179 | 141 | $1,600.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Saigon 3 Garment Joint Stock Company | 1140 | 1046 | $7,096,616.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Salesforce, Inc. | 1268 | 1245 | $1,656,597.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Silver Crest Clothing Private Limited | 1044 | 743 | $2,335,063.57 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Solomon Page Group LLC | 288 | 290 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Soul Artist Management [Soul, LLC] | 214 | 129 | $3,439.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tarrant County | 187 | 23 | $6,260.24 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 897 | 254 | $8,452.50 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 915 | 255 | $12,495.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 912 | 261 | $15,873.28 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd | 917 | 262 | $11,578.50 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 898 | 257 | $42,480.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 908 | 258 | $9,852.80 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 919 | 259 | $16,505.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 916 | 260 | $9,600.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 914 | 263 | $47,100.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Tat Fung Textile Co., Ltd. | 910 | 264 | $16,233.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tat Fung Textile Co., Ltd. | 911 | 265 | $27,865.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| The Weeks Lerman Group | 205 | 162 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tote Fashion Sourcing Limited | 1573 | 777 | $4,245,494.09 | and it remains on the claims register only as a technicality. NOTE: Claim 473 is also subject to objection as a duplicate claim. See Schedule 2 Duplicate |
| Town Center Boca Raton Trust [Town Center at Boca Raton] | 1462 | 655 | $62,312.48 | and it remains on the claims register only as a technicality. NOTE: Claim 514 is also subject to objection as a duplicate claim. See Schedule 2 Duplicate |
| Travis County | 421 | 418 | $14,231.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Unifield Textiles Limited | 861 | 862 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Valencia Town Center Venture, L.P. | 1529 | 1527 | $16,969.64 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Verifone Inc | 466 | 464 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Vinatex International Joint Stock Company | 1459 | 941 | $306,686.30 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Visplay, Inc. | 1108 | 956 | $64,104.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Vitullo, Kelsey | 1473 | 1470 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Amended_Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Yohrling, Deborah | 243 | 222 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Ziff Davis, Inc. | 16 | 7 | $80,860.21 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

|  | Total | $41,836,233.30 |