# Schedule 2

# Duplicate Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | 1534 | 1533 | $25,008,713.37 | The claim is a duplicate of another claim. |
| 2.7 August Apparel [Endless Rose and English Factory] | 735 | 654 | $449,465.66 | The claim is a duplicate of another claim. |
| Abbot Studios Architects + Planners + Designers, LLC [Abbot Studios] | 184 | 823 | $42,245.36 | The claim is a duplicate of another claim. |
| Amazon Web Services, Inc. | 1377 | 1368 | $50,569.46 | The claim is a duplicate of another claim. |
| Carr, Christie | 1332 | 1288 | $10,000.00 | The claim is a duplicate of another claim. |
| CF Corpration [Su Kwan Park] | 1427 | 1390 | $183,803.43 | The claim is a duplicate of another claim. |
| Contract Datascan | 703 | 1477 | $39,094.22 | The claim is a duplicate of another claim. |
| Environmental Democracy Project | 1375 | 1376 | $100,000.00 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1067 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1072 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1073 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1077 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1088 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1089 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1090 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1091 | $2,092,986.04 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Fortune Footwear Inc. | 1087 | 1133 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1134 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Fortune Footwear Inc. | 1087 | 1137 | $2,092,986.04 | The claim is a duplicate of another claim. |
| Goody Technologies, Inc. | 1081 | 281 | $7,546.52 | The claim is a duplicate of another claim. |
| Granite Telecommunications, LLC | 957 | 1 | $66,256.86 | The claim is a duplicate of another claim. |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | 616 | 595 | $1,284,899.84 | The claim is a duplicate of another claim. |
| Ha Hae Corporation | 342 | 276 | $3,944,590.57 | The claim is a duplicate of another claim. |
| Hansoll Textile Ltd. | 1391 | 1392 | $228,118.18 | The claim is a duplicate of another claim. |
| Hernandez, Yvonne | 1214 | 1202 | $500,000.00 | The claim is a duplicate of another claim. |
| Indyme Solutions LLC | 967 | 966 | $21,280.78 | The claim is a duplicate of another claim. |
| JACKSON APC | 1294 | 1261 | $968,749.88 | The claim is a duplicate of another claim. |
| Jiangsu Guotai Huasheng Industrila Co.,Ltd. (GTHS) | 1113 | 1129 | $540,705.10 | The claim is a duplicate of another claim. |
| Kaiser Consulting LLC | 702 | 719 | $122,868.50 | The claim is a duplicate of another claim. |
| Kaiser Consulting LLC | 702 | 720 | $122,868.50 | The claim is a duplicate of another claim. |
| Kaiser Consulting LLC | 702 | 721 | $122,868.50 | The claim is a duplicate of another claim. |
| Lavi & Ebrahimian, LLP | 1279 | 1295 | $355,208.28 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Law Offices of Sahag Majarian II | 1275 | 1321 | $290,624.96 | The claim is a duplicate of another claim. |
| Mallari Law Group [Yvonne Hernandez] | 1214 | 1206 | $500,000.00 | The claim is a duplicate of another claim. |
| MAY HAI JOINT STOCK COMPANY | 1042 | 1031 | $642,622.73 | The claim is a duplicate of another claim. |
| Mcguire Sponsel, LLC | 661 | 493 | $7,950.00 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1348 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1353 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1356 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1357 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1359 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1367 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1373 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1374 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1351 | $2,212,093.78 | The claim is a duplicate of another claim. |
| MGF Sourcing US, LLC | 1345 | 1358 | $2,212,093.78 | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 840 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 850 | Unliquidated | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| North Carolina Self-Insurance Security Association | 853 | 851 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 852 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 854 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 855 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 856 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 857 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 858 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 859 | Unliquidated | The claim is a duplicate of another claim. |
| North Carolina Self-Insurance Security Association | 853 | 860 | Unliquidated | The claim is a duplicate of another claim. |
| Perkins Coie LLP | 1158 | 1157 | $125,377.50 | The claim is a duplicate of another claim. |
| Phipps, Sasha | 830 | 687 | $10,139.65 | The claim is a duplicate of another claim. |
| Phong Phu International Joint Stock Company | 1444 | 1441 | $1,833,157.10 | The claim is a duplicate of another claim. |
| Phong Phu International Joint Stock Company | 1444 | 1442 | $1,833,157.10 | The claim is a duplicate of another claim. |
| Phong Phu International Joint Stock Company | 1444 | 1443 | $1,833,157.10 | The claim is a duplicate of another claim. |
| PREP Hillside Real Estate LLC | 1536 | 1535 | $123,292.07 | The claim is a duplicate of another claim. |
| PT. Ungaran Sari Garments | 142 | 96 | $1,260,219.83 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Ramazon, Mitchell | 677 | 1342 | $1,800.00 | The claim is a duplicate of another claim. |
| Resicom Custom Painting & Maintenance [Resicome Group] | 1162 | 1155 | $841,933.11 | The claim is a duplicate of another claim. |
| Rexel USA, Inc. d/b/a Capitol Light [Capital Light] | 1017 | 955 | $119,245.46 | The claim is a duplicate of another claim. |
| Rexel USA, Inc. d/b/a Capitol Light [Capital Light] | 1017 | 961 | $119,245.46 | The claim is a duplicate of another claim. |
| Rosenthal & Rosenthal, Inc. | 302 | 301 | $858,885.62 | The claim is a duplicate of another claim. |
| San Bernardino County | 430 | 395 | $247,133.20 | The claim is a duplicate of another claim. |
| SERVICE QUEST. INC. | 929 | 346 | $36,283.65 | The claim is a duplicate of another claim. |
| Spotsylvania County | 401 | 411 | $31.10 | The claim is a duplicate of another claim. |
| SRE Hawkeye LLC [Outlets Williamsburg, Iowa] | 1292 | 1301 | $144,959.38 | The claim is a duplicate of another claim. |
| SRE Ontario LLC [Outlets Park City, Utah] | 1322 | 1406 | $242,854.83 | The claim is a duplicate of another claim. |
| Village of Birch Run | 587 | 586 | $75.02 | The claim is a duplicate of another claim. |
| Vinatex International Joint Stock Company | 1459 | 1211 | $306,686.30 | The claim is a duplicate of another claim. |
| Wilson, Margaret | 358 | 280 | $7,560.00 | The claim is a duplicate of another claim. |
| Zelenak, Tricia | 471 | 556 | $5,200.00 | The claim is a duplicate of another claim. |
| ZenGenius, Inc. [ZenGenius] | 659 | 628 | $6,096.30 | The claim is a duplicate of another claim. |
| Zhejiang Tianpai Knitting Co., Ltd. | 1131 | 1002 | $296,425.13 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Zhejiang Tianpai knitting Co.,ltd | 992 | 991 | $233,052.17 | The claim is a duplicate of another claim. |
| Zhejiang Tianpai knitting Co.,ltd | 1131 | 1001 | $296,425.13 | The claim is a duplicate of another claim. |

|  |  |
|---|---|
| **Total** | $91,537,227.15 |