# Schedule 3

# Late-Filed Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| 0-Mile Corp | 10/09/2024 | 1678 | $2,524.70 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Agility Recovery Solutions | 10/09/2024 | 1677 | $13,204.52 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Amanda Theresa Media LLC | 07/17/2024 | 1440 | $2,500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Amplitude, Inc. | 08/01/2024 | 1519 | $29,696.40 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Arriola-Tirado, Valentina | 08/07/2024 | 1554 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Asset Strategies Group LLC | 07/15/2024 | 1429 | $65,616.81 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Asset Strategies Group LLC | 07/15/2024 | 1430 | $4,908.86 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Avaap U.S.A. LLC | 07/18/2024 | 1447 | $5,280.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Banda, Kush | 08/01/2024 | 1521 | $275,718.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bravo, Lizeth M. | 07/23/2024 | 1475 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bridgeforth, Kyle | 07/26/2024 | 1483 | $3,500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Brito, Veronica | 07/12/2024 | 1419 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CARIBBEAN IP | 07/19/2024 | 1457 | $6,070.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Castillo, Francis | 09/12/2024 | 1618 | $15,150.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Castillo, Hector | 09/16/2024 | 1625 | $15,150.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Catlett, William | 08/16/2024 | 1581 | $12,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Changzhou Dongheng Printing & Dyeing Co, Ltd | 10/05/2024 | 1666 | $35,920.25 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cisneros, Oded | 09/02/2024 | 1606 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CIVA Technologies | 07/18/2024 | 1448 | $8,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CIVA Technologies | 07/18/2024 | 1450 | $24,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Colton, David M. | 07/25/2024 | 1482 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Communication Interface Technologies, LLC v. Express | 07/24/2024 | 1476 | $22,503.27 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Computacenter United States Inc. | 09/10/2024 | 1613 | $21,948.06 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Constructor.io [Constructor.io Corporation] | 10/16/2024 | 1691 | $58,608.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Contract Datascan LP | 07/25/2024 | 1477 | $39,094.22 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Control Group Companies, LLC [Controltek USA] | 08/29/2024 | 1602 | $1,831.97 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Cord Meyer Development, LLC | 07/12/2024 | 1415 | $716,502.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| CPT Group, Inc. | 07/16/2024 | 1433 | $60,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Crawford, Megan | 08/28/2024 | 1601 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cruz Tolentino, Nayeli Adalgisa | 08/30/2024 | 1605 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cymbio Digital Inc. | 09/02/2024 | 1603 | $1,385.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Dayforce US, Inc. [Ceridian HCM, Inc.] | 08/22/2024 | 1593 | $26,542.35 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| DOCUMENT CONCEPTS INC. -PRINTING | 07/29/2024 | 1497 | $6,378.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Duquesne Light Company | 07/11/2024 | 1403 | $2,147.61 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Edwards, Debora | 08/12/2024 | 1566 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Euler Hermes agent for BIELLA MANIFATTURE TESSILI S.R.L. | 07/17/2024 | 1438 | $3,096.72 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Euler Hermes agent for MANIFATTURA*EMMETEX S.P.A. | 07/17/2024 | 1439 | $3,278.75 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Euler Hermes agent for Marzotto Wool Manufacturing S.R.L. | 07/11/2024 | 1398 | $1,535.54 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Fabscrap, Inc | 09/19/2024 | 1631 | $3,700.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Fashion Square Mall Realty LLC | 07/11/2024 | 1397 | $22,436.43 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Floreal International Limited | 08/26/2024 | 1599 | $37,058.25 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Flying Tex Co., Ltd. | 08/05/2024 | 1553 | $4,760.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Frazier, Tyya | 08/14/2024 | 1574 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Govea, Nevaeh | 07/29/2024 | 1492 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Guard Services USA | 08/07/2024 | 1555 | $76,824.42 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Gumbs,DeShawn Tyree | 08/25/2024 | 1598 | $1,738.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Hamilton, Ashley Simone | 07/29/2024 | 1502 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Hein, John | 08/01/2024 | 1520 | $134,594.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| HELEN WELLS AGENCY LLC | 07/16/2024 | 1434 | $3,940.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Heroes Models Management, Inc. | 07/23/2024 | 1474 | $12,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Horne, Leonard Joseph | 09/19/2024 | 1630 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Intellectual Property Online Ltd [WebTMS] | 08/23/2024 | 1595 | $4,250.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| IWD New York LLC | 08/06/2024 | 1551 | $40,174.89 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Jahanshahi, Gilda | 07/11/2024 | 1401 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Johnson, Desire | 08/15/2024 | 1576 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Joubert, William | 08/23/2024 | 1597 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Keylan, Kirby | 07/12/2024 | 1416 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Kimberly Picardi vs. Liberty Place Retail Management d/b/a The Shops at Liberty Plance and The Arthur Jackson Company vs. Express, LLC | 07/19/2024 | 1456 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Krueger, Sarah | 07/22/2024 | 1468 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Lightserve Corporation | 09/17/2024 | 1626 | $15,458.14 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| LOUIS JOLIET REALTY LLC [LOUIS JOLIET CH LLC; LOUIS JOLIET NASSIM LLC] | 07/11/2024 | 1399 | $81,531.87 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Lucas, Meaghan | 07/22/2024 | 1460 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Luna, Gabriela | 07/16/2024 | 1435 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Madeline Gonzalez v GS Portfolio Holdings, LLC, Willowbrook Mall, Express Clothing Store, ABS Clean Co, John Does | 08/27/2024 | 1600 | $150,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Mitchell, Brionna L | 07/15/2024 | 1428 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Mitchell, Nathaniel | 08/02/2024 | 1546 | $6,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Molina, Maria | 08/03/2024 | 1548 | $2,800.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Montano Ramos, Rose | 07/21/2024 | 1458 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Moody's Analytics, Inc. | 08/01/2024 | 1523 | $50,568.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| MORGAN LI LLC | 07/26/2024 | 1484 | $2,465.81 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Namdar Realty LLC [FMC Stratford Mall Members LLC] | 07/11/2024 | 1402 | $23,410.03 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Namogoo Technologies Inc. | 07/16/2024 | 1431 | $11,600.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Narvar, Inc. | 07/29/2024 | 1491 | $20,636.11 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Nehikhuere, Oghosaikhin Deborah | 07/11/2024 | 1410 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Nikki Martinkovic LLC | 07/27/2024 | 1489 | $1,950.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| NW Arkansas Mall Realty LLC; NW Arkansas Nassim LLC, and NW Arkansas CH LLC | 07/11/2024 | 1393 | $14,183.09 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Nyangara, Vivian | 09/11/2024 | 1614 | $5,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Ogletree Deakins | 07/11/2024 | 1405 | $192,081.14 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Olivares Santos, Anny | 07/12/2024 | 1412 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Opentext Corporation | 09/10/2024 | 1611 | $3,792.67 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Pani, Dorian | 07/26/2024 | 1486 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Parker-Mckee, Ellieana Maria | 10/08/2024 | 1670 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Pereira, Keyla | 08/15/2024 | 1578 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| PR North Dartmouth LLC | 09/26/2024 | 1648 | $39,544.95 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Premedics Systems LLC | 08/19/2024 | 1584 | $2,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Quoc Huong Wholesale and Distribution Inc. | 08/31/2024 | 1604 | $13.59 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| RAAB AND RAAB, INC. | 08/05/2024 | 1550 | $19,296.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Racktop Systems, Inc | 09/10/2024 | 1612 | $42,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Rodway, Lauren Kay | 08/02/2024 | 1547 | $6,893.99 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| RSM Maintenance, LLC [RSM Facility Solutions] | 09/11/2024 | 1616 | $36,313.65 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| SABA & CO (TMP) LIMITED | 08/20/2024 | 1585 | $1,465.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Santiago, Dalia M. | 07/18/2024 | 1453 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Santiago, Kevin | 07/22/2024 | 1463 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Saunders, Haley | 07/17/2024 | 1445 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| See Creatures Design LTD | 08/01/2024 | 1518 | $1,300.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Sequin, LLC | 09/13/2024 | 1619 | $16,350.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| ServiceChannel.com Inc. | 07/31/2024 | 1511 | $51,775.60 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| ServiceChannel.com, Inc. | 07/31/2024 | 1516 | $19,189.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Sinosky Limited | 08/22/2024 | 1592 | $152,674.70 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Smith, Tonisha | 08/13/2024 | 1572 | $8,683.65 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Smith, Yahmese | 07/15/2024 | 1432 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Southport Graphics | 07/16/2024 | 1436 | $97,582.86 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Stevens, Zachary K. [Zak Stevens] | 08/19/2024 | 1582 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Stylitics, Inc. | 07/17/2024 | 1446 | $285,862.50 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Systems Integration Specialists, Inc. [SIS] | 07/23/2024 | 1471 | $46,967.40 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tan, Lannelle Ann | 07/22/2024 | 1469 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tanger Management, LLC [Tanger Asheville, LLC successor to Asheville Retail Associates, LLC] | 10/14/2024 | 1688 | $116,505.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tanger Management, LLC manager for Tanger Properties Limited Partnership | 10/14/2024 | 1689 | $389,544.14 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tarter, Sabrina | 07/22/2024 | 1467 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tat Fung Textile Co,Ltd | 07/18/2024 | 1452 | $20,792.32 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Thigpen, Jayda | 09/13/2024 | 1620 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Thomas, Gabrielle | 08/09/2024 | 1561 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tianhai Lace Co., Ltd. | 07/18/2024 | 1451 | $40,893.07 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Tiger Button Co., Inc. | 07/11/2024 | 1400 | $6,681.91 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Toothman, Kathleen | 09/11/2024 | 1617 | $2,115.38 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Trumbull Mall Realty LLC | 07/11/2024 | 1396 | $28,735.23 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| UGURTEKS TEKSTIL URUNLERI TICARET VE SANAYI A.S. | 07/29/2024 | 1506 | $49,721.30 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Vallejo, Andres | 08/20/2024 | 1586 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Vaughan McLean & Partners LLC [Vaughan Baio & Partners LLC] | 08/01/2024 | 1525 | $2,473.93 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Violette, Victoria | 08/22/2024 | 1594 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Vitullo, Kelsey | 07/22/2024 | 1470 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wells Fargo Vendor Financial Services, LLC | 07/18/2024 | 1454 | $149,367.36 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wepking, Lindsey C | 07/14/2024 | 1422 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| WESTGATE MALL REALTY LLC [WESTGATE CH LLC; WESTGATE NASSIM LLC] | 07/11/2024 | 1404 | $29,984.86 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wheby, Kathy B | 07/31/2024 | 1515 | $670.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| White, Nikisha | 07/18/2024 | 1449 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Yotpo Inc. | 08/16/2024 | 1579 | $3,071.38 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Youngwhitehead, Maya | 07/17/2024 | 1437 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Zaim, Nicole | 08/04/2024 | 1549 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| | | Total | $2,294,371.00 | |