# Schedule 4

# Equity Interest Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Equity Interest**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Cornelisse, Amy | 1196 | $30,000.00 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Corrado, John | 837 | $4,944.95 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Demina, Kate | 698 | $5,850.46 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Fancher, Gregory Todd | 752 | $4.84 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Guan, Xin | 756 | $150.00 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Miller, Melanie | 1282 | $75,469.19 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Naqib | 765 | $23,634.30 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Qudsia | 762 | $2,256.51 | The claimant filed the proof of claim on account of an interest, rather than a claim. |

**Total**  $40,950.25