# Schedule 5

# Insufficient Documentation Claims

55212971.10

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Jiangsu Guotai Guosheng Co. Ltd | 1114 | $22,228.38 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Young, Wendy | 1062 | $35,000,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| | Total | $35,022,228.38 | |