**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Lucian Murley, Esquire, hereby certify that on April 25, 2025, a copy of the *Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 614 and 615 of Pizzuti GM LLC Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the below party.

> Erin Severini, Esquire.
> Frost Brown Todd
> Great America Tower
> 301 East Fourth Street, Suite 3300
> Cincinnati, OH 45202
> eseverini@fbtlaw.com

> **SAUL EWING LLP**
>
> By: */s/ Lucian Murley*
> Lucian Murley (DE Bar No. 4892)
> 1201 N. Market Street, Suite 2300
> P.O. Box 1266
> Wilmington, DE 19899
> (302) 421-6898

Dated: April 25, 2025

55420493.1