IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 23, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the Office of the US Trustee of DE, Attn: John Schanne at 844 N King St #2207 Lockbox 35, Wilmington, DE 19801, and via electronic mail on the Office of the United States Trustee for the District of Delaware, Attn: John Schanne at john.schanne@usdoj.gov and ustpregion03.wl.ecf@usdoj.gov:

- **Post-Confirmation Report re: Case No. 14-10831 for the Quarter Ending: March 31, 2025** (Docket No. 1355)

- **Post-Confirmation Report re: Case No. 24-10832 for the Quarter Ending: March 31, 2025** (Docket No. 1356)

- **Post-Confirmation Report re: Case No. 24-10833 for the Quarter Ending: March 31, 2025** (Docket No. 1357)

- **Post-Confirmation Report re: Case No. 24-10834 for the Quarter Ending: March 31, 2025** (Docket No. 1358)

- **Post-Confirmation Report re: Case No. 24-10835 for the Quarter Ending: March 31, 2025** (Docket No. 1359)

- **Post-Confirmation Report re: Case No. 24-10836 for the Quarter Ending: March 31, 2025** (Docket No. 1360)

- **Post-Confirmation Report re: Case No. 24-10837 for the Quarter Ending: March 31, 2025** (Docket No. 1361)

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

- **Post-Confirmation Report re: Case No. 24-10838 for the Quarter Ending: March 31, 2025** (Docket No. 1362)

- **Post-Confirmation Report re: Case No. 24-10839 for the Quarter Ending: March 31, 2025** (Docket No. 1363)

- **Post-Confirmation Report re: Case No. 24-10840 for the Quarter Ending: March 31, 2025** (Docket No. 1364)

- **Post-Confirmation Report re: Case No. 24-10841 for the Quarter Ending: March 31, 2025** (Docket No. 1365)

- **Post-Confirmation Report re: Case No. 24-10842 for the Quarter Ending: March 31, 2025** (Docket No. 1366)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: April 28, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 28th day of April 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04