# Exhibit 1

**Fully Satisfied Claims**

**Exhibit 1 - Fully Satisfied Claims**

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| 31-01 Steinway LLC | 1290 | $251,893.31 | Administrative General Unsecured | The claim relates to the Debtors' lease of store 969.  The lease of store 969 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 840. |
| Allen ISD | 1730 | $5,589.50 | Secured | The claim was satisfied, effective 12/31/2024 through the issuance of check no. 6163103. |
| Amazon Web Services, Inc. | 1377 | $50,569.46 | General Unsecured | The Debtors' contract with Amazon Web Services, Inc. was assumed and assigned, and the claimant was paid the cure amount as set forth in Exhibit 1 of D.I. 614 of $81,775.86 between two payments on 9/10/2024 for $59,419.34 with payment ref no. 7000029 and on 9/11/2024 for $22,356.52 with payment ref no. 00000795/17. |
| Amperity, Inc. | 321 | $108,971.00 | General Unsecured | The Debtors' contract with Amperity, Inc.. was assumed and assigned, and the claimant was paid the cure amount as set forth in Schedule 2 of D.I. 522 of $108,971.00 on  8/29/2024 with payment no. 055724. |
| Bexar County | 1713 | $39,427.98 | Secured | The claim was satisfied on the effective date 12/31/2024 via check no. 6163126. |
| BRAZORIA COUNTY, ET AL | 1559 | $7,299.28 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163140. |
| Brookfield Square Joint Venture, by CBL & Associates Management, Inc., its managing agent | 323 | $6,666.67 | Administrative General Unsecured | This claim is for store 724. The Debtors' lease for store 724 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 664. |
| Brownsville Independent School District | 131 | $5,769.21 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163101. |
| Cameron County | 1742 | $6,335.65 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163118. |
| CBL/Westmoreland, L.P., by CBL & Associates Management, Inc., its managing agent | 324 | $12,972.28 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 1925.  The lease of store 1925 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| Cherryvale Mall, LLC, by CBL & Associates Management, Inc., its managing agent | 340 | $33,967.48 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 1873.  The lease of store 1873 was assumed and assigned, and the claimant waived the cure amount of $625.50 as set forth in Exhibit 1 of D.I. 631. The landlord was paid the April stub rent on 6/3/24 for $3,640.02 with payment ref no. 6160199. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| City Creek Center Associates LLC [City Creek Center] | 866 | $23,974.17 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 5060, a lease associated with the Taubman Company LLC. The Debtors' lease of store 5060 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 558 of $2,989.22. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| City Creek Center Associates LLC [City Creek Center] | 869 | $107,322.14 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 2013, a lease associated with the Taubman Company LLC. The Debtors' lease of store 2013 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 554 of $30,442.84. The Taubman Company LLC was paid all cure payments for all its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| City of Allen | 1731 | $2,072.85 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163112. |
| City of El Paso | 46 | $17,793.48 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163148. |
| City of Frisco | 1732 | $2,499.11 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163111. |
| City of Garland | 35 | $2,165.92 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163138. |
| City of Grapevine | 32 | $1,614.67 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163097. |
| City of Houston | 202 | $10,347.58 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163149. |
| City of Houston | 435 | $8,878.07 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163150. |
| City of Humble | 201 | $1,121.95 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163115. |
| City of Katy | 634 | $2,224.39 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163146. |
| City of McAllen | 1743 | $8,551.73 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163127. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| City of Mercedes | 132 | $4,291.32 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163110. |
| Clear Creek Independent School District | 437 | $16,278.80 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163124. |
| Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | 339 | $55,693.86 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 777. The lease of store 777 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| COMMERCETOOLS INC. | 845 | $288,750.00 | Administrative | The claim was satisfied on 7/3/2024 for $288,750.00 with payment ref no. 024412. |
| Crowley ISD | 1733 | $4,294.93 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163109. |
| Cypress-Fairbanks ISD | 200 | $11,460.78 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163121. |
| Dallas County | 1729 | $8,105.58 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163134. |
| Dallas County | 1734 | $27,938.77 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163133. |
| Dickinson Independent School District | 1569 | $4,850.30 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163105. |
| Dolphin Mall Associates LLC | 872 | $977,180.43 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 1757, a lease associated with the Taubman Company LLC. The Debtors' lease of store 1757 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 554 of $283,042.35. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| Ector CAD | 1714 | $4,028.70 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163125. |
| Fayette Mall SPE, LLC, by CBL & Associates Management, Inc., its managing agent | 336 | $19,901.39 | Administrative General Unsecured | The claim relates to the Debtors' lease of store 362. The lease of store 362 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| Fort Bend County | 199 | $10,572.30 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163120. |
| Fort Bend County Levee Improvement District #2 | 651 | $565.41 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163119. |
| Fort Bend Independent School District | 650 | $4,474.46 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163106. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| Frisco Independent School District | 38 | $6,755.18 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163100. |
| Galveston County | 198 | $4,368.76 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163098. |
| Galveston County Municipal Utility District #54 | 1570 | $2,223.49 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163099. |
| Garland Independent School District | 34 | $3,307.23 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163139. |
| Grapevine-Colleyville Independent School District | 31 | $5,958.96 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163096. |
| Hamilton Place CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | 312 | $33,075.36 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 929. The lease of store 929 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| Harris Co ESD # 09 | 203 | $278.12 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163117. |
| Harris Co ID # 01 | 197 | $2,237.66 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163093. |
| Harris County Municipal Utility District # 358 | 439 | $4,206.96 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163094. |
| Harris County WCID # 155 | 444 | $758.64 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163095. |
| Harris County, et al. | 479 | $21,913.91 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163092. |
| Hidalgo County | 1744 | $47,230.09 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163128. |
| Houston Comm Coll System | 196 | $1,438.70 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163114. |
| Houston ISD | 195 | $13,544.52 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163151. |
| Humble Independent School District | 438 | $11,192.39 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163130. |
| Imperial Valley Mall II, L.P., by CBL & Associates Management, Inc., its managing agent | 335 | $42,751.84 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 1872. The lease of store 1872 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| Irving ISD | 1735 | $1,886.93 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163144. |
| Jefferson County | 194 | $6,813.45 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163142. |
| Katy Management District # 1 (HFBM4) | 653 | $4,138.40 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163147. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| LA CIENEGA PARTNERS LIMITED PARTNERSHIP [BEVERLY CENTER] | 664 | $158,731.97 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 336, a lease associated with the Taubman Company LLC. The Debtors' lease of store 336 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 554 for $57,670.57. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| LinkedIn Corporation | 1384 | $467,979.27 | Administrative General Unsecured | The Debtors' contract with the LinkedIn Corporation was assumed and assigned, and the claimant was paid the cure as set forth in Schedule 2 of D.I. 556 of $48,697. The Debtors made payments of $36,793.31 on 10/23/2024 with payment ref no. 7001194 and $11,903.72 on 11/5/2024 with payment ref no. 7001690. $51,131.92 was paid on 8/13/2024 with payment ref no. 6162145 and satisfied the entire asserted administrative claim amount. This claim was completely satisfied through the foregoing payments. |
| Lone Star College System | 193 | $1,632.71 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163113. |
| Louisiana Department of Revenue | 1711 | $25,000.00 | Priority | The claim was satisfied on effective date 12/31/2024 via ACH/EFT no. 1-419-054-528. |
| Lubbock Central Appraisal District | 1717 | $3,130.47 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163141. |
| Madison/West Towne, LLC by CBL & Associates Management, Inc., its managing agent | 325 | $8,216.78 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 225. The lease of store 225 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| Miromar Outlet East LLC | 1169 | $41,373.47 | Secured General Unsecured | This claim relates to the Debtors' lease of store 1758. The lease of store 1758 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 552. |
| Miromar Outlet East LLC | 1170 | $482,389.68 | General Unsecured | This claim relates to the Debtors' lease of store 1758. The lease of store 1758 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 552. |
| Montgomery County | 192 | $7,241.10 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163136. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| MSCI 2011-C2 Ingram Park, LLC | 400 | Unliquidated | Administrative | This claim relates to the Debtors' lease of store 945. The lease of store 945 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 553. |
| Northwest ISD | 1736 | $4,321.34 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163108. |
| Nueces County | 165 | $11,953.53 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163122. |
| NXGN, Inc | 48 | $140,340.90 | General Unsecured | The Debtors' contract with NXGN was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 1121 of $140,340.90 on 2/19/2025 with check no. 7004596. |
| Oak Park Mall, LLC, by CBL & Associates Management, Inc., its managing agent | 331 | $19,483.63 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 323. The lease of store 323 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| Parkdale Mall CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | 330 | $21,149.04 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 1856. The lease of store 1856 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 631. |
| Parkway Place SPE, LLC by CBL & Associates Management, Inc., its managing agent | 329 | $14,561.45 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 401. The lease of store 401 was assumed and assigned, and the claimant was paid the cure amount of $144.62 as set forth in Exhibit 1 of D.I. 631. $3,868.44 was paid on 6/3/2024 with payment ref no. 6160269. |
| Plano Independent School District | 36 | $2,714.08 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163107. |
| Plano Independent School District | 37 | $4,357.11 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163107. |
| PR Capital City Limited Partnership | 106 | $2,736.43 | General Unsecured | This claim relates to the Debtors' lease of store 507. The lease of store 507 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 553. |
| PR Viewmont Limited Partnership | 104 | $62,135.43 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 195. The lease of store 195 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 553. |
| San Marcos CISD | 169 | $5,746.85 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163102. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| Short Hill Associates, L.L.C [The Mall at Short Hills] | 868 | $786,908.47 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 886, a lease associated with the Taubman Company LLC. The Debtors' lease of store 886 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 555 of $226,368.58. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| Spring Branch Independent School District | 441 | $8,539.94 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163131. |
| Sunvalley Shopping Center LLC | 893 | $131,139.14 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 369, a lease associated with the Taubman Company LLC. The Debtors' lease of store 369 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 555 of $40,585.83. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| Tampa Westshore Associates Limited Partnership [International Plaza] | 877 | $374,173.73 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 813, a lease associated with the Taubman Company LLC.  The Debtors' lease of store 813 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 555 of $107,764.25. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| Tarrant County | 1737 | $23,858.86 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163123. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| Taubman Auburn Hills Associates Limited Partnership [Great Lakes Crossing Outlets] | 873 | $216,375.38 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 1712, a lease associated with the Taubman Company LLC.  The Debtors' lease of store 1712 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 554 of $61,879.75. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16.  This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| Taxing Districts Collected by Potter County [Texas Taxing Authorities] | 1709 | $2,488.50 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163143. |
| TB Mall at UTC, LLC [The Mall at University Town Center] | 879 | $369,805.45 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 2074, a lease associated with the Taubman Company LLC. The Debtors' lease of store 2074 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 555 of $106,457.22. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16.  This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| The Shops at Summerlin North LP | 1218 | $33.56 | Secured | This claim relates to the Debtors' lease of store 2075.  The lease of 2075 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 552. |
| The Woodlands Metro Center Mud | 442 | $397.77 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163137. |
| The Woodlands Road Utility District # 1 | 443 | $583.30 | Secured | The claim was satisfied on effective date 12/31/2024 via check no. 6163116. |
| Town Center at Boca Raton Trust | 1462 | $86,673.05 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 242.  The lease of store 242 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 555. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| TVO Mall Owner LLC [Twelve Oaks] | 887 | $197,076.82 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 101, a lease associated with the Taubman Company LLC. The Debtors' lease of store 101 was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 555 of $56,607.18. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| WEST FARMS MALL, LLC [WESTFARMS] | 880 | $232,343.51 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 109, a lease associated with the Taubman Company LLC. The Debtors' lease of store 109 was assumed and assigned, and the claimant was paid any cure amount as set forth in Exhibit 1 of D.I. 555 of $66,181.33. The Taubman Company LLC was paid all cure payments for all of its assumed leases in monthly installments as set forth: 10/1/2024 through 12/1/2024 for $162,500.00 each, 1/1/2025 and 2/1/2025 for $248,757.08 each and 3/1/2025 for $294,971.00 for a total cure payment of $1,279,985.16. This claim was satisfied in connection with the foregoing resolution with the Taubman Company LLC. |
| WS/CIP II Tampa Owner LLC | 747 | $8,536.05 | Administrative General Unsecured | This claim relates to the Debtors' lease of store 5062. The lease of store 5062 was assumed and assigned per D.I. 613, and the claimant was paid a cure amount of $8,471.86 on 8/30/2024 and 9/20/2024 with payment ref nos. 794 and 805 respectively. |

Total Satisfied    $6,294,624.27