# Exhibit 2

**Partially Satisfied Claims**

**Exhibit 2 - Partially Satisfied Claims**

| Name of Claimant | Claim Number | Asserted Claim Amount | Paid or Satisfied | Modified Claim Amount | Reason |
|---|---|---|---|---|---|
| 3CInteractive, LLC dba IMImobile US | 1803 | Administrative: $29,093.18<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $665,271.61<br><br>Total Claim Amount: $694,364.79 | Administrative: $29,093.18<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $665,271.61<br><br>Total Claim Amount: $665,271.61 | The administrative portion of the claim was satisfied with check payment ref no. 7005456 on 3/19/2025 for $29,093.18. |
| Amazon Capital Services, Inc. | 1370 | Administrative: $371.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $13,844.26<br><br>Total Claim Amount: $14,215.26 | Administrative: $311.98<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative: $59.02<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $13,844.26<br><br>Total Claim Amount: $13,903.28 | The claim was partially satisfied on effective date 12/31/2024 via check no. 6163090. |
| Charter Ventures Ltd | 637 | Administrative: $79,544.60<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $2,924,350.84<br><br>Total Claim Amount: $3,003,895.44 | Administrative: $79,544.60<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $2,924,350.84<br><br>Total Claim Amount: $2,924,350.84 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| Choi & Shin's Co., Ltd. | 1654 | Administrative: $531,407.60<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,070,789.80<br><br>Total Claim Amount: $3,602,197.40 | Administrative: $531,407.60<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,070,789.80<br><br>Total Claim Amount: $3,070,789.80 | The claim was partially satisfied on 9/25/2024 via wire transfer ref no. 009005 for $63,123.97 and on 12/31/2024 for $468,303.63 via wire transfer ref no. 009073. |
| Contrarian Funds, LLC [as Assignee of US Apparel & Textiles (Pvt.) Ltd] | 818 | Administrative: $696,755.06<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,816,133.80<br><br>Total Claim Amount: $4,512,888.86 | Administrative: $696,755.06<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,816,133.80<br><br>Total Claim Amount: 3,816,133.80 | The claim was partially satisfied on effective date 12/31/2024 via Wells wire ref no. 241231223756. |

| Name of Claimant | Claim Number | Asserted Claim Amount | Paid or Satisfied | Modified Claim Amount | Reason |
|---|---|---|---|---|---|
| Country Club Plaza JV, LLC [Country Club Plaza] | 749 | Administrative: $19,986.90<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $48,029.14<br><br>Total Claim Amount: $68,016.04 | Administrative: $19,986.90<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $48,029.14<br><br>Total Claim Amount: $48,029.14 | The administrative portion of claim was satisfied with check payment ref no. 7001579 on 10/23/24 for $19,986.90. |
| Crown Wears Pvt Ltd. | 429 | Administrative: $121,613.92<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $962,256.66<br><br>Total Claim Amount: $1,083,870.58 | Administrative: $121,613.92<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $962,256.66<br><br>Total Claim Amount: $962,256.66 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| Dawar Footwear Industries | 644 | Administrative: $77,600.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $664,932.45<br><br>Total Claim Amount: $742,532.45 | Administrative: $77,600.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $664,932.45<br><br>Total Claim Amount: $664,932.45 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| Eastern Heritage | 1101 | Administrative: $567,832.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,742,231.00<br><br>Total Claim Amount: $2,310,063.00 | Administrative: $567,832.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,742,231.00<br><br>Total Claim Amount: $1,742,231.00 | Products from this vendor were purchased through Newtimes Development. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. Wire payments totaling $1,269,237.30 were paid on 6/26/2024 with payment ref nos. 008850, 008851, 008852, 008853, 008854, and 008855, which satisfied a number of claims, including this one. |
| Garment 10 Corporation - Joint Stock company | 950 | Administrative: $1,250,301.42<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $7,510,580.31<br><br>Total Claim Amount: $8,760,881.73 | Administrative: $1,250,301.42<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $7,510,580.31<br><br>Total Claim Amount: $7,510,580.31 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |

| Name of Claimant | Claim Number | Asserted Claim Amount | Paid or Satisfied | Modified Claim Amount | Reason |
|---|---|---|---|---|---|
| Laguna Clothing Private Limited | 499 | Administrative: $249,300.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,073,661.86<br><br>Total Claim Amount: $1,322,961.86 | Administrative: $249,300.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,073,661.86<br><br>Total Claim Amount: $1,073,661.86 | Products from this vendor were purchased through Newtimes Development. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. Wire payments totaling $1,269,237.30 were paid on 6/26/2024 with payment ref nos. 008850, 008851, 008852, 008853, 008854, and 008855, which satisfied a number of claims, including this one. |
| Manchu Times Fashion Limited | 960 | Administrative: $894,271.09<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $8,148,208.00<br><br>Total Claim Amount: $9,042,479.09 | Administrative: $894,271.09<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $8,148,208.00<br><br>Total Claim Amount: $8,148,208.00 | The claim was partially satisfied on effective date 12/31/2024 via Wells wire ref no. 241231203552. |
| Matrix Clothing Private Limited | 979 | Administrative: $304,968.74<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,349,030.42<br><br>Total Claim Amount: $3,653,999.16 | Administrative: $304,968.74<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,349,030.42<br><br>Total Claim Amount: $3,349,030.42 | Products from this vendor were purchased through Newtimes Development. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. Wire payments totaling $1,269,237.30 were paid on 6/26/2024 with payment ref nos. 008850, 008851, 008852, 008853, 008854, and 008855, which satisfied a number of claims, including this one. |
| New Tristar Leader Trading Company Ltd | 895 | Administrative: $89,754.39<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $2,231,595.78<br><br>Total Claim Amount: $2,321,350.17 | Administrative: $89,754.39<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $2,231,595.78<br><br>Total Claim Amount: $2,231,595.78 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| Northwoods Mall CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | 332 | Administrative: $1,237.30<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $7,311.42<br><br>Total Claim Amount: $8,548.72 | Administrative: $1,237.30<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $7,311.42<br><br>Total Claim Amount: $7,311.42 | The administrative portion of the claim was satisfied with check payment ref no. 6160386 on 6/4/24 for $1,237.30. |

| Name of Claimant | Claim Number | Asserted Claim Amount | Paid or Satisfied | Modified Claim Amount | Reason |
|---|---|---|---|---|---|
| Orient Fashion Exports (India) Private Limited | 448 | Administrative: $87,974.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,170,030.97<br><br>Total Claim Amount: $1,258,004.97 | Administrative: $87,974.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,170,030.97<br><br>Total Claim Amount: $1,170,030.97 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| Pearl Global Industries FZCO | 700 | Administrative: $260,716.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $195,755.00<br><br>Total Claim Amount: $456,471.00 | Administrative: $260,716.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $195,755.00<br><br>Total Claim Amount: $195,755.00 | Products from this vendor were purchased through MGF Indonesia. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $326,074.44 was paid on 6/26/2024 with payment ref no. 008874 and a wire payment of $406,080.07 was paid on 8/17/2024 with payment ref no. 008943, which satisfied a number of claims, including this one. |
| POM-College Station, LLC, by CBL & Associates Management, Inc., its managing agent | 949 | Administrative: $200.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $104,590.86<br><br>Total Claim Amount: $104,790.86 | Administrative: $200.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $104,590.86<br><br>Total Claim Amount: $104,590.86 | The claim was partially satisfied with a postpetition payment of $200.00 via check no. 7002868 dated 12/4/2024. |
| PR Prince Georges Plaza LLC | 1647 | Administrative: $3,116.62<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $121,528.34<br><br>Total Claim Amount: $124,644.96 | Administrative: $3,116.62<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $121,528.34<br><br>Total Claim Amount: $121,528.34 | The claim was partially satisfied for postpetition payment of $3,116.13 via check no. 6160276 dated 6/3/2024. |
| PR Springfield Town Center LLC | 1646 | Administrative: $13,078.03<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $250,011.54<br><br>Total Claim Amount: $263,089.57 | Administrative: $13,078.03<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $250,011.54<br><br>Total Claim Amount: $250,011.54 | The claim was partially satisfied for postpetition payment of $13,078.64 via check no. 6160182 dated 6/3/2024. |
| PT. Eratex Djaja Tbk. | 59 | Administrative: $25,492.80<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $137,320.21<br><br>Total Claim Amount: $162,813.01 | Administrative: $25,492.80<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $137,320.21<br><br>Total Claim Amount: $137,320.21 | The claim was partially satisfied on effective date 12/31/2024 via Wells wire ref no. 241231203541. |

| Name of Claimant | Claim Number | Asserted Claim Amount | Paid or Satisfied | Modified Claim Amount | Reason |
|---|---|---|---|---|---|
| PT. Mod Indo | 423 | Administrative: $181,391.53<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $624,314.39<br><br>Total Claim Amount: $805,705.92 | Administrative: $181,391.53<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $624,314.39<br><br>Total Claim Amount: $624,314.39 | Products from this vendor were purchased through MGF Indonesia. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $326,074.44 was paid on 6/26/2024 with payment ref no. 008874 and a wire payment of $406,080.07 was paid on 8/17/2024 with payment ref no. 008943, which satisfied a number of claims, including this one. |
| PT. Ungaran Sari Garments | 142 | Administrative: $170,984.53<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,089,235.30<br><br>Total Claim Amount: $1,260,219.83 | Administrative: $170,984.53<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,089,235.30<br><br>Total Claim Amount: $1,089,235.30 | Products from this vendor were purchased through MGF Vietnam. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $2,888,908.18 was paid on 6/26/2024 with payment ref no. 008874 to cover all the MGF Vietnam vendor groups. |
| Qingdao Baijiachuangqi Trade Co., Ltd | 1724 | Administrative: $31,512.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $252,344.40<br><br>Total Claim Amount: $283,856.40 | Administrative: $31,512.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $252,344.40<br><br>Total Claim Amount: $252,344.40 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| RR Donnelley & Sons Company [RR Do | 1145 | Administrative: $83,306.91<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,922,796.18<br><br>Total Claim Amount: $2,006,103.09 | Administrative: $83,306.91<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,922,796.18<br><br>Total Claim Amount: $1,922,796.18 | The claim was partially satisfied on effective date 12/31/2024 via check no. 6163089. |
| Seshin Apparel Co., Ltd | 890 | Administrative: $454,980.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,174,355.62<br><br>Total Claim Amount: $3,629,335.62 | Administrative: $454,980.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $3,174,355.62<br><br>Total Claim Amount: $3,174,355.62 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |

| Name of Claimant | Claim Number | Asserted Claim Amount | Paid or Satisfied | Modified Claim Amount | Reason |
|---|---|---|---|---|---|
| Shahi Exports Private Limited | 1052 | Administrative: $479,600.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $5,689,304.00<br><br>Total Claim Amount: $6,168,904.00 | Administrative: $479,600.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $5,689,304.00<br><br>Total Claim Amount: $5,689,304.00 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| Silver Crest Clothing Private Limited | 1044 | Administrative: $91,755.64<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $2,247,280.31<br><br>Total Claim Amount: $2,339,035.95 | Administrative: $91,755.64<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $2,247,280.31<br><br>Total Claim Amount: $2,247,280.31 | The claim was partially satisfied on effective date 12/31/2024 via Wells wire ref no. 241231203547. |
| Sung Hwa Trading Co., Ltd | 613 | Administrative: $48,016.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $193,480.63<br><br>Total Claim Amount: $241,496.63 | Administrative: $48,016.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $193,480.63<br><br>Total Claim Amount: $193,480.63 | Products from this vendor were purchased through Li & Fung. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $4,920,619.05 was paid on 6/26/2024 with payment ref no. 008867, which satisfied a number of claims, including this one. |
| TCE Corporation | 1199 | Administrative: $344,421.82<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $4,160,181.99<br><br>Total Claim Amount: $4,504,603.81 | Administrative: $344,421.82<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $4,160,181.99<br><br>Total Claim Amount: $4,160,181.99 | The administrative portion of the claim was satisfied under the sale order and asset purchase agreement. $344,421.82 was paid on 8/17/2024 with payment ref nos. 008943 and 008957. |
| Viet Thanh Garment Trading Joint Stock Company | 1098 | Administrative: $350,621.13<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $332,298.80<br><br>Total Claim Amount: $682,919.93 | Administrative: $350,621.13<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $332,298.80<br><br>Total Claim Amount: $332,298.80 | Products from this vendor were purchased through MGF Vietnam. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $2,888,908.18 was paid on 6/26/2024 with payment ref no. 008874, which satisfied a number of claims, including this one. |

| Name of Claimant | Claim Number | Asserted Claim Amount | Paid or Satisfied | Modified Claim Amount | Reason |
|---|---|---|---|---|---|
| Vinatex International Joint Stock Company | 494 | Administrative: $28,880.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $437,144.99<br><br>Total Claim Amount: $466,024.99 | Administrative: $28,880.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $437,144.99<br><br>Total Claim Amount: $437,144.99 | Products from this vendor were purchased through MGF Vietnam. The administrative 503(b)(9) portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $2,888,908.18 was paid on 6/26/2024 with payment ref no. 008874, which satisfied a number of claims, including this one. |

Total Satisfied: $7,540,932.01