# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| EXP OldCo Windown, Inc., *et al* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

<u>NOTICE TO WITHDRAW RESPONSE DOCKET NUMBER 1372, FILED IN ERROR</u>

      Comes now, Claimant John Hein, requesting this Court withdraw his (DOCKET 1372) RESPONSE to FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), Bankruptcy Rules 3001, 3003, 3007, and LOCAL RULE 3007-1, filed on or about April 11, 2025, ("Objection") Docket Number 1372, and would show the Court as follows:

      The Exhibits attached to this Response were filed in error.

      Wherefore Claimant requests this Court enter an Order allowing withdrawal of Docket No. 1372.

      Respectfully submitted,

*/s/ Brad S. Kane*
Brad S. Kane
Kane Law Firm
TNB #24120966
State Bar Number: 151547
1154 S. Crescent Heights Blvd
Los Angeles, California 90035
Telephone (323) 697-9840
Fax (323) 571-3579
Bkane@kanelaw.la

      I Certify that the foregoing Motion to Withdraw its (Docket No. 1372) Response to FOURTH OMNIBUS (NON SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), Bankruptcy Rules 3001, 3003, 3007, and LOCAL RULE 3007-1 has been served on the Attorney's listed below on this 2nd day of May 2025.

*/s/ Brad S. Kane*
Brad S. Kane

SAUL EWING LLP
Lucian B. Murley
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email: luke.murley@saul.com
 -and Brendan M. Scott
Christopher Reilly

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com
 creilly@klestadt.com
Counsel for the Plan Administrator