**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| EXP OldCo Windown, Inc., *et al* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

<u>EXHIBIT A - JOHN HEIN</u>

1. Declaration of John Hein
2. Text Regarding Photo Shoot
3. Agency Payment Receipt
4. Demand Letter
5. Complaint