## DECLARATION OF JOHN HEIN

I, John Hein, hereby declare as follows:

1. I have personal knowledge of the facts stated in this Declaration, except where stated on information and belief, and as such matters, I am informed and believe that they are true.

2. I am a male model in the state of California.

3. Clothing brands employ me to wear their products in still image photos, then use those photos in advertisements to entice potential customers to purchase their wares.

4. On December 13-15, 2023, Bonobos Inc. hired me for a still image shoot to model and the photos were intended for use in marketing its products. The daily wage for this still image shoot was $7,500.00.

5. On December 13, 2023, my client worked from 6:45 am to 5:00 pm (with 1 hour unpaid lunch for a total of 9.25 hours). On December 14, 2023, my client worked from 7:00 am to 5:00 pm (with 1 hour unpaid lunch for a total of 9 hours). On December 15, 2023, my client worked from 6:45 am to 5:00 pm (with 1 hour unpaid lunch for a total of 9.25 hours). When calculating waiting penalties, all compensation earned must be included, such as overtime and the usage fee. Hein worked a total of three and a half (3.50) overtime hours. Hein's overtime rate is equal to $1,406.25, or one and a half times his regular rate of $937.50 (based on daily rate of $7,500.00 per day divided by eight (8) hours). Thus, Hein's total overtime pay is $4,921.88, and his average daily overtime is $1,640.63 based on total overtime divided by three (3) days worked. Hein's total daily rate is equal to his regular daily rate plus his average daily overtime, or $9,140.63. As such, Hein is owed waiting time penalties equal to thirty (30) days at his total daily rate of $9,140.63 per day, or $274,218.90. (The maximum amount of waiting time penalties that can be awarded is 30 days' pay.)

6. Under Labor Code § 201.6 and § 204, Bonobos' payment for my December 13, 2023 still image shoot was legally due no later than December 26, 2023.

7. When my Talent Agency provided my accounting statement, I noticed that I had not been timely paid for the December 13-15, 2023 still image shoot.

8. On March 1, 2024, Bonobos paid me the outstanding balance for my December 13-15, 2023 still image shoot.

9. Since the payment was legally due no later than December 26, 2023, Bonobos paid me sixty-six (66) days late.

10. On April 25, 2024, my counsel sent a demand letter to John Hutchison, President of Bonobos, Inc., explaining the waiting time penalties I am entitled under California law and demanding his payroll records, any documents signed by Hein, and his personnel file ("Employment Records"). A true and correct copy of that demand letter is attached as **Exhibit 1**. The Employment Records would enable me to determine exactly when Defendants paid me and whether or not that payment was timely. Since Bonobos did not provide the requested documents, I am entitled to statutory damages of: (a) $750.00 in statutory damages under Labor Code § 226(f); (b) $750.00 in statutory damages under Labor Code § 1198.5(k); (c) reasonable attorney's fees and cost of suit. Labor Code §§ 226(e)(1), 1198.5(l); and pre-judgment interest.

11. On June 14, 2024, my attorneys filed a complaint in Los Angeles County Superior Court seeking a total a $275,718.90. A true and correct copy is attached as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2025 at Los Angeles, California.

*JH*
John Hein
Plaintiff