

> Shoot date: 12/13-12/15
> Invoiced on: 12/28
> Pay date: 3/6
> Paid by bonobos
> Shot in Palm Springs
> Day rate: $7500x3

Today 11:16 AM

> John, I've been slammed but I will ask Nate to reach out to you to get any documentation you may have so we can started asap.

Delivered