

---------- Forwarded message ---------
**From: Chris Marino** <chrism@newyorkmodels.com>
Date: Tue, May 21, 2024 at 10:36 AM
Subject: RE: Financial Statement
To: John Hein <johnwilliamhein@gmail.com>


Yes, the Bonobos from April was for an Out of Home Usage.  However, please note that Bonobos(Express) filed for bankruptcy protection through Chapter 11 as they try to restructure and raise capital.  Therefore, there is the possibility that they may not pay for the usage.  We are waiting to hear back on that.  We have not received any paperwork to make a claim as a creditor but obviously will submit if they do.  As it's only been about 3 weeks things are still unclear on that front.


Regarding inv 235349, we received payment on March 1st.


Chris Marino

Director of Operations

New York Model Management

(P) 212-937-0437

(F) 212-539-1775

chrism@newyorkmodels.com

**From:** John Hein <johnwilliamhein@gmail.com>
**Sent:** Tuesday, May 21, 2024 1:18 PM
**To:** Chris Marino <chrism@newyorkmodels.com>
**Subject:** Re: Financial Statement

Do you know what the Bonobos job not paid is? I didn't work for them in April. Did they extend usage or something?

And could you tell me the date that Bonobos paid invoice 235349?

Thank you.

On Tue, May 21, 2024 at 10:11 AM Chris Marino <chrism@newyorkmodels.com> wrote:

> Hi John,
>
> See attached.
>
> Chris Marino
>
> Director of Operations
>
> New York Model Management
>
> (P) 212-937-0437
>
> (F) 212-539-1775
>
> chrism@newyorkmodels.com

**From:** John Hein <johnwilliamhein@gmail.com>
**Sent:** Tuesday, May 21, 2024 1:10 PM
**To:** Chris Marino <chrism@newyorkmodels.com>
**Subject:** Financial Statement


Hi, Chris! Could I please get an updated financial statement for this year? Appreciate it.


John Hein