## DECLARATION OF KUSH BANDA

I, Kush Banda, hereby declare as follows:

1. I have personal knowledge of the facts stated in this Declaration, except where stated on information and belief, and as such matters, I am informed and believe that they are true.

2. I am a male model in the state of California.

3. Clothing brands employ me to wear their products in still image photos, then use those photos in advertisements to entice potential customers to purchase their wares.

4. From December 13-15, 2023, Bonobos Inc. employed me for a still image shoot. The photos were intended for use in marketing its products. The daily wage for this still image shoot was $2,500.00 plus an overall usage fee of $1,000.00.

5. On December 13, 2023, I worked from 6:45 am to 5:00 pm (with 1 hour unpaid lunch for a total of 9.25 hours). On December 14, 2023, I worked from 7:00 am to 5:00 pm (with 1 hour unpaid lunch for a total of 9 hours). On December 15, 2023, I worked from 6:45 am to 5:00 pm (with 1 hour unpaid lunch for a total of 9.25 hours). When calculating waiting penalties, all compensation earned must be included, such as overtime and the usage fee. My actual daily rate is my regular daily rate of $2,500.00 per day plus the average daily usage fee of $333.33 (the usage fee of $1,000.00 divided by the three (3) days worked), or $2,833.33. Further, my total overtime pay was $1,859.37, and my average daily overtime is $619.79 based on total overtime divided by three (3) days worked. Thus, my total daily rate is equal to my actual daily rate plus my average daily overtime, or $3,453.12. As such, I am owed waiting time penalties equal to thirty (30) days at his total daily rate of $3,452.12 per day, or $103,593.60. (The maximum amount of waiting time penalties that can be awarded is 30 days' pay.)

6. Under Labor Code § 201.6 and § 204, Defendants' payment for my December 13-15, 2023 still image shoot was legally due no later than December 26, 2023.

7. When my Talent Agency provided my accounting statement, I noticed that my pay for the Bonobos December 13-15, 2023 still image shoot had not been paid timely.

-1-
**DECLARATION OF KUSH BANDA**

8. On February 29, 2024, Bonobos paid me the outstanding balance for my December 13-15, 2023 still image shoot.

9. Since the payment was legally due no later than December 26, 2023, Bonobos paid me sixty-five (65) days late.

10. In early 2024, Defendants exercised their option to pay $1,000 for additional usage rights. To date, Defendants have not paid that amount. The definition of "wages" under California Labor Code section 200 is very broad and includes all amounts for labor performed by employees, regardless of whether the payment is fixed or calculated by time, task, piece, commission basis, or other methods, such as usage fees, if the recipient is an employee. Defendants failed to pay me the $1,000.00 additional usage due in early 2024. As such, Bonobos owes additional waiting time penalties equal to thirty (30) days at his total daily rate of $1,000.00 per day, or $30,000.00.

11. As a result, Bonobos owes me $133,593.60 in waiting time penalties; $1,000 in unpaid wages plus reasonable attorney's fees and costs of suit under Labor Code § 218.5 plus interest from the date the unpaid wages were due under Labor Code § 218.6.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2025 at Los Angeles, California.



Kush Banda
Plaintiff

-2-
**DECLARATION OF KUSH BANDA**