**Nathaniel Grundmann**

| | |
|---|---|
| **From:** | Kush Banda <kushbanda1@gmail.com> |
| **Sent:** | Friday, July 19, 2024 3:01 PM |
| **To:** | Nathaniel Grundmann |
| **Subject:** | Fwd: VISION LA Confirmed With BONOBOS - BONOBOS |
| **Attachments:** | Appointment.ics |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

---------- Forwarded message ---------
From: **Ross Conway** <notify@portfoliopad.com>
Date: Thu, Dec 7, 2023 at 8:41 AM
Subject: VISION LA Confirmed With BONOBOS - BONOBOS
To: <kushbanda1@gmail.com>

Hi Kush! please confirm the meeting location on the 12th. if you want to uber there and send me the receipt this is great.

# VISION

## KUSH BANDA

Tue
12

Dec/12/2023 9:00 AM

Dec/16/2023 5:00 PM

Confirmed

 BONOBOS

1

| Dec |  BONOBOS |
|---|---|

**Client**     BONOBOS
**Product**   BONOBOS

**Notes**     We'd like to officially confirm Kush Banda for our Bonobos Out West stills + motion campaign with photographer Clement Pascal. Please reply-all with the signed talent release to confirm.

CLIENT /
Bonobos

ROLE /
Talent

DATES /
Tue, Dec 12: Drive to Palm Springs + Fitting
Wed, Dec 13 - Fri, Dec 15: Shoot
Sat, Dec 16: Drive to LA

RATE /
Day Rate: $2,500/day + 20% x 3 days
TOTAL: USD 9,000.00

USAGE OPTION ADDITIONS /
1K + AF for OOH
1K + AF for TVC

MEDIA /
Stills
Video

USAGE /
In-Store (windows and print)
Digital & Social (paid, owned, earned)
Direct to Consumer
Territory: North America
Excluding, but option to add: OOH, TVC

DURATION /

6 Months
Archival Usage in Perpetuity

BILLING /
Address the final invoice to Bonobos, but send it + W9 to dev@getitproductions.net, tara@getitproductions.net, and office@getitproductions.net.

Bonobos
45 West 25th Street, 5th Floor
New York, NY 10010
Attn: Christopher Jurgensen
Ref: Spring 24 Out West

SHOOT LOCATIONS /
Escena Golf Club: 1100 Clubhouse View Dr. Palm Springs, CA 92262
The Courts: 286 Palm Canyon Drive, Borrego Springs, CA 92004
Desert Palisades House: 2278 City View Drive, Palm Springs, CA 92264

FITTING /
We will fit him in a conference room at the Ace Hotel on Tuesday, 12/12. Standby for the call sheet for time + place.

HOTEL /
Production will provide lodging in Palm Springs at The Ace Hotel & Swim Club.
701 E Palm Canyon Dr, Palm Springs, CA 92264

Please provide me with his full name for your reservation and be sure to bring his ID for check-in.

TRANSPORTATION /
Production will provide a shuttle from LA to PS for the fitting on Tuesday, 12/12 departing at 8:30 AM.
Please let us know which neighborhood he lives in so we can find a mutually central meeting spot for the shuttle.

The shuttle van will transport him to and from set each day.

Production will transport him back to the meeting spot in LA on the morning of Saturday, 12/16.

| **Additional Notes** | TALENT MEETING PLACE, 12/12
Coffee for Sasquatch |

|  |  |
|---|---|
|  | 7020 Melrose Ave, Los Angeles, CA 90038<br>Arrive at 7:50 AM to depart by 8:00 AM<br>Driver: JB, 608-354-9188<br>Drive to Ace Hotel, Palm Springs, CA. ~2 hr 15 min drive<br><br>Have Kush self-report here and we'll return on 12/16 back to the same place. Feel free to bill back his Ubers if you'd like. |
| **Booker** | Ross Conway |

✓ ACCEPT          ✗ DECLINE

portfoliopad
POWERED BY MAINBOARD