# CHAMPAGNE TROTT MANAGEMENT LLC
## 8631 WASHINGTON BLVD.
## CULVER CITY, CA 90232

### 310-733-4440

**Payment Statement December 20, 2023**

KUSH BANDA
2020 MAINE AVE
LONG BEACH, CA 90806

HAPPY HOLIDAYS!

ACH/DIRECT DEPOSIT #9005255

| Client | Inv# | Job Date | Rate | #Units | Base Fee | Oth Chg | Sub Tot | Commis | Reserve | Taxes | Net Due | Reason for Hold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LUCKY BRAND | 149950 | 10/20/23 | 5000.00 | 1.00dy | 5000.00 | 0.00 | 5000.00 | 1000.00 | 0.00 | 0.00 | 4000.00 | |
| LUCKY BRAND | 149998 | 11/07/23 | 2500.00 | 1.00dy | 2500.00 | 0.00 | 2500.00 | 500.00 | 0.00 | 0.00 | 2000.00 | TIL PD |
| LUCKY BRAND | 150076 | 11/20/23 | 2500.00 | 0.50dys | 1250.00 | 0.00 | 1250.00 | 250.00 | 0.00 | 0.00 | 1000.00 | TIL PD |
| BONOBOS | 150156 | 12/12/23 | 2500.00 | 1.50dys | 3750.00 | 0.00 | 3750.00 | 750.00 | 0.00 | 0.00 | 3000.00 | |
| BONOBOS | 150156 | 12/13/23 | 2500.00 | 1.50dys | 3750.00 | 0.00 | 3750.00 | 750.00 | 0.00 | 0.00 | 3000.00 | TIL PD |
| | | | | **Reported** | | | 16250.00 | 3250.00 | 0.00 | 0.00 | 13000.00 | |
| | | | | **Less Amount on Hold** | | | 7500.00 | 1500.00 | 0.00 | 0.00 | 6000.00 | |
| | | | | **Amount Due** | | | 8750.00 | 1750.00 | 0.00 | 0.00 | 7000.00 | |

| | |
|---|---|
| Gross Amount Due | 8750.00 |
| Less Commission & Tax | 1750.00 |
| Less Reserve Amount | 0.00 |
| Less Prior Advances | 52.50 |
| Balance Due Artist | 6947.50 |

(Please see attached)
(Please find check enclosed)

**CHAMPAGNE TROTT MANAGEMENT LLC**
**8631 WASHINGTON BLVD.**
**CULVER CITY, CA 90232**

*310-733-4440*

KUSH BANDA
2020 MAINE AVE
LONG BEACH, CA 90806

## Advance Account as of December 20, 2023

| Date | Advance | Repayment | Check # | Description | Remark |
|---|---|---|---|---|---|
| 11/20/2023 | 52.50 | 0.00 | | SANTIAGO FRANCO GOSEE SERIES | PHOTOGRAPHER |
| 12/20/2023 | 0.00 | 52.50 | | PAYMENT DEDUCTION FOR PRIOR ADVANCE(S) | PHOTOGRAPHER |
| | 52.50 | 52.50 | | | |