**CHAMPAGNE TROTT MANAGEMENT LLC**
**8631 WASHINGTON BLVD.**
**CULVER CITY, CA 90232**

**310-733-4440**

**Payment Statement February 29, 2024**

KUSH BANDA
2020 MAINE AVE
LONG BEACH, CA 90806

ACH / DIRECT DEPOSIT #90054 45

| Client | Inv# | Job Date | Rate | #Units | Base Fee | Oth Chg | Sub Tot | Commis | Reserve | Taxes | Net Due | Reason for Hold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BONOBOS | 15015 | 12/13/23 | 2500.00 | 1.50dys | 3750.00 | 0.00 | 3750.00 | 750.00 | 0.00 | 0.00 | 3000.00 | |
| DREAM PROJECTS, LLC | 15032 | 01/09/24 | 1500.00 | 1.00dy | 1500.00 | 0.00 | 1500.00 | 300.00 | 0.00 | 0.00 | 1200.00 | TIL PD |
| | | Reported | | | | | 5250.00 | 1050.00 | 0.00 | 0.00 | 4200.00 | |
| | | Less Amount on Hold | | | | | 1500.00 | 300.00 | 0.00 | 0.00 | 1200.00 | |
| | | Amount Due | | | | | 3750.00 | 750.00 | 0.00 | 0.00 | 3000.00 | |

| | |
|---|---|
| Gross Amount Due | 3750.00 |
| Less Commission & Tax | 750.00 |
| Less Reserve Amount | 0.00 |
| Less Prior Advances | 0.00 |
| Balance Due Artist | 3000.00 |

(Please find check enclosed)