# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Express, Inc., *et al.*[1] | Case No. 24-10831-KBO |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF REQUEST OF
### ROTH BROS., INC., d/b/a SODEXO | ROTH'S FOR ALLOWANCE
### AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Roth Bros., Inc., d/b/a Sodexo | Roth ("Sodexo"), by and through its undersigned counsel, hereby withdrawals its *Request for Allowance and Payment of Administrative Expense Claim* filed January 29, 2025 (DI 1240).

Dated: May 6, 2025
   Wilmington, Delaware

**BROWN NIMEROFF LLC**

By: *Jami B. Nimeroff*
  Jami B. Nimeroff (No. 4049)
919 N. Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8142
Facsimile: (302) 351-2744
jnimeroff@brownnimeroff.com

*Attorneys for Roth Bros., Inc., d/b/a Sodexo | Roth*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holdings, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**CERTIFICATE OF SERVICE**

  I, Jami B. Nimeroff, hereby certify that on this 6th day of May, 2025, I caused a true and correct copy of the foregoing to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom. The document is available for viewing and downloading.

                */s/ Jami B. Nimeroff*
                Jami B. Nimeroff