IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1333 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On April 11, 2025, the *Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1333] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed by May 2, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Plan Administrator received an informal response from Nasdaq, Inc. Based upon discussions and information exchanges with Nasdaq, the

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Windown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

-2-

Plan Administrator agreed to remove Nasdaq's claim from the Objection, subject to the Plan Administrator's right to object to the claim on other bases.

4. Prior to the Objection Deadline, the Plan Administrator received an informal response from Shereen Lisa Rampath. The Plan Administrator agreed to extend the Objection Deadline only as to Shereen Lisa Rampath's claim until May 9, 2025 at 4:00 p.m. (prevailing Eastern Time).

5. Prior to the Objection Deadline, the Plan Administrator's counsel received a draft response via electronic mail from Cheo Waters. The response has not yet been filed on the docket, but for purposes of this certification of counsel and reserving all other rights, the Plan Administrator is treating this response as if it were filed on the docket.

6. John Hein [Docket Nos. 1372 and 1377] and Kush Banda [Docket Nos. 1373 and 1378] filed responses to the Objection by the Objection Deadline.

7. The foregoing parties—Nasdaq, Inc., Shereen Lisa Rampath, Cheo Waters, John Hein, and Kush Banda—are hereinafter referred to as the "**Responding Claimants**."

8. Prior to the Objection Deadline, the Plan Administrator's counsel received an informal response from counsel for GG International Manufacturing Co., Ltd. This response was resolved through the addition of language to the proposed order.

9. The Objection Deadline has passed and no other objections or responses were served upon the undersigned counsel or entered on the Court's docket.

10. The Plan Administrator submits the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**").

11. The Responding Claimants' claims have been removed from the exhibits attached to the Revised Order.

12. Additionally, the Objection seeks to disallow as a duplicate claim number 1634 of Argo Partners (as assignee of Fortune Footwear, Inc.) ("**Claim Number 1634**"). After the Objection was filed, the Plan Administrator discovered that the schedules attached to the original proposed order attached to the Objection lists Claim Number 1634 twice. This issue has been corrected in the schedules attached to the Revised Order. The Revised Order disallows Claim Number 1634, but now is only listed once in the schedules attached to the Revised Order.

13. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the original proposed order attached to the Objection.

14. The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order. Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

Dated: May 6, 2025

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email:　　luke.murley@saul.com

-and-

Brendan M. Scott
Christopher Reilly
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:　　bscott@klestadt.com
　　　　　creilly@klestadt.com

*Counsel for the Plan Administrator*