IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Lucian Murley, Esquire, hereby certify that on May 7, 2025, a copy of the *Notice of Withdrawal of Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1300 of Bellevue Square, LLC Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the party on the attached service list.

                                      **SAUL EWING LLP**

                              By: */s/ Lucian Murley*
                                  Lucian Murley (DE Bar No. 4892)
                                  1201 N. Market Street, Suite 2300
                                  P.O. Box 1266
                                  Wilmington, DE 19801-1266
                                  (302) 421-6898

Dated: May 7, 2025

55547002.1

## SERVICE LIST

Brian Muchinsky, Esquire
Rachel Khadivi, Esquire
Natalie Quarnstrom
Illuminate Law Group
10500 NE 8th Street, Suite 850
Bellevue, WA 98004
bmuchinsky@illuminatelg.com
rkhadivi@illuminatelg.com
natalie@illuminatelg.com