# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1247** |

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Johnson Controls Fire Protection LP, by and through undersigned counsel, hereby files this Notice of Withdrawal of its Application for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §503(B)(1)(A) filed on January 30, 2025 [Docket No. 1247]

**PLEASE TAKE FURTHER NOTICE** that D.I. 1247 is hereby withdrawn.

Dated: May 8, 2025

*/s/ Daniel C. Kerrick*
Daniel C. Kerrick (#5027)
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
302-656-7540; 302-656-7599 (f)
dckerrick@dkhogan.com
Attorneys for Johnson Controls
Fire Protection, LP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.