# Schedule 1

**Amended Claims**

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections – Amended & Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 230 Clarendon Street, LLC | 1778 | 1509 | $737,464.86 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 3CInteractive, LLC dba IMImobile US | 1803 | 1205 | $1,284,388.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 3CInteractive, LLC dba IMImobile US | 1803 | 1207 | $1,284,388.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| 66degrees Holdings, LLC [Pandera Systems, LLC] | 1775 | 1136 | $2,291,650.12 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Allen ISD | 1730 | 187 | $6,260.24 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| AP 1519-1521 Walnut Street, L.P. | 1749 | 1308 | $1,077,675.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Bexar County | 1713 | 4 | $55,297.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Brevard County Tax Collector | 1692 | 61 | $1,138.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Broward County [Broward County Tax Collector] | 1715 | 79 | $8,165.70 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Business Wire, Inc. | 1719 | 76 | $11,250.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Cameron County | 1742 | 166 | $7,069.55 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections – Amended & Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Charles County, Maryland | 1665 | 458 | $1,599.64 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Choi & Shin's Co., Ltd. | 1000 | 829 | $2,936,345.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Choi & Shin's Co., Ltd. | 1654 | 1000 | $2,936,345.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Allen | 1731 | 20 | $2,306.72 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Frisco | 1732 | 24 | $2,583.16 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Houston | 1771 | 202 | $10,347.58 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of Humble | 1763 | 201 | $1,121.95 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| City of McAllen | 1743 | 168 | $9,655.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| County of Orange Treasurer-Tax Collector | 1756 | 510 | $40,252.29 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Crescent Bahuman Limited | 1575 | 116 | $3,679,671.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Crowley Independent School District [Crowley ISD] | 1733 | 33 | $5,832.31 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections – Amended & Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Cypress-Fairbanks ISD | 1770 | 200 | $11,460.78 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Dallas County | 1729 | 19 | $9,466.10 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Dallas County | 1734 | 25 | $40,473.31 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Ector CAD | 1714 | 8 | $1,356.48 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Escambia County Tax Collector | 1703 | 43 | $1,187.99 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Forbes Taubman Orlando, L.L.C. | 1682 | 1380 | $319,827.44 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Forbes/Cohen Properties Limited Partnership | 1681 | 1379 | $220,198.40 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fort Bend County | 1769 | 199 | $10,572.30 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fortune Footwear, Inc.* | 1645* | 1079 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fortune Footwear, Inc.* | 1645* | 1084 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Fortune Footwear, Inc.* | 1636* | 1087 | $2,092,986.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections – Amended & Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Fortune Footwear, Inc.* | 1642* | 1135 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Galveston County | 1768 | 198 | $4,368.76 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Garment 10 Corporation – Joint Stock Company | 377 | 365 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Garment 10 Corporation – Joint Stock Company | 950 | 377 | $7,510,580.31 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Garrison, Ellen | 1790 | 782 | $50,000.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| GG International Manufacturing Co., Ltd.** | 1615** | 841 | $6,374,329.78 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| GG International Manufacturing Co., Ltd.** | 1615** | 990 | $6,374,329.78 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Granite Telecommunications, LLC | 1836 | 1798 | $78,947.83 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Granite Telecommunications, LLC | 1845 | 1836 | $154,454.60 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Harris Co ESD #09 | 1767 | 203 | $278.12 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Harris Co ID #01 | 1766 | 197 | $2,237.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: **24-10831 (KBO)**
Claim Objections – Amended & Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Hidalgo County | 1744 | 167 | $51,043.74 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hillsborough County Tax Collector | 1754 | 1407 | $2,027.43 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hillsborough County Tax Collector | 1753 | 1408 | $998.55 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Hillsborough County Tax Collector | 1755 | 1409 | $1,699.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HLD (HK) Trading Limited | 1690 | 1112 | $3,672,851.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| HLD (HK) Trading Limited | 1706 | 1690 | $1,028,889.76 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Houston Comm Coll System | 1765 | 196 | $1,438.70 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Houston ISD | 1764 | 195 | $13,544.52 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Irving ISD | 1735 | 26 | $2,386.94 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Jefferson County | 1762 | 194 | $6,813.45 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| KONE, Inc. | 1801 | 1150 | $107,620.35 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections – Amended & Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Lone Star College System | 1772 | 193 | $1,632.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Louisiana Department of Revenue | 1711 | 1699 | $25,000.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Lubbock Central Appraisal District | 1717 | 6 | $5,586.56 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Macon-Bibb County Tax Commissioner | 1828 | 139 | $3,659.03 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| MarketVision Research, Inc. | 1716 | 1363 | $69,800.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Missouri Department Of Revenue | 1577 | 352 | $1,360.93 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Modelama Exports PVT Limited | 1784 | 426 | $1,527,377.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Montgomery County | 1759 | 192 | $7,241.10 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Northwest ISD | 1736 | 27 | $4,186.85 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| NU Technology Inc. | 1712 | 109 | $533,909.50 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Nueces County | 1760 | 165 | $11,953.53 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections – Amended & Superseded

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Ohio Department of Taxation | 1673 | 391 | $473.96 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Oregon Department of Revenue | 1844 | 266 | $7,923.39 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Orinoco Studio Inc. | 1841 | 53 | $15,024.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pierce County Finance Dept. | 1847 | 723 | $1,900.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pierce County Finance Dept. | 1848 | 724 | $1,900.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pima County, Arizona | 1659 | 1426 | $5,300.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pima County, Arizona | 1658 | 1488 | $450.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Pioneer Knitwears BD Ltd. | 447 | 58 | $948,497.04 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| PR Springfield Town Center LLC | 1646 | 103 | $46,204.97 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Prince George's County, Maryland | 1627 | 408 | $1,371.79 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Qingdao Baijiachuangqi Trade Co., Ltd. | 635 | 144 | $283,856.40 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections – Amended & Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Qingdao Baijiachuangqi Trade Co., Ltd. | 1724 | 635 | $283,856.40 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Queens Center SPE LLC | 1683 | 1371 | $906,715.11 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Rose Knitting (Asia) Limited | 1723 | 248 | $236,557.15 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| San Bernardino County | 1779 | 430 | $247,133.20 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| San Marcos CISD | 1761 | 169 | $5,746.85 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Seshin Apparel Co., Ltd. | 473 | 472 | $3,629,335.62 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Seshin Apparel Co., Ltd. | 514 | 513 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Shahi Exports Private Limited | 1052 | 547 | $6,161,953.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Silver Spark Apparel Limited | 309 | 305 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Spartanburg County Tax Collector | 1800 | 663 | $2,304.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| SPUS9 FB Paddock PROP, LLC | 1680 | 1364 | $13,373.81 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections – Amended & Superseded**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Tarrant County | 1737 | 28 | $41,250.08 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Taxing Districts Collected by Potter County [Texas Taxing Authorities] | 1709 | 3 | $7,059.23 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| The County of Hays, Texas | 1747 | 13 | $5,835.73 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Travis County | 1739 | 421 | $14,231.71 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Tulsa County Treasurer | 1721 | 87 | $12,479.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Veritiv Operating Company | 1669 | 913 | $35,733.98 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

*Indicates Remaining Claim is Argo Partners [as assignee of Fortune Footware, Inc.]

**Indicates Remaining Claim is Korea Trade Insurance Corporation [as assignee of GG International Manufacturing Co., Ltd.]

**Total**        $59,645,355.39