# Schedule 2

**Duplicate Claims**

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Duplicate Claims

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1634 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1635 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1637 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1638 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1639 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1640 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1641 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1642 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1643 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1644 | $1,793,821.67 | The claim is a duplicate of another claim. |

**Claim Objections - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Argo Partners [as Assignee of Fortune Footwear, Inc.] | 1636 | 1645 | $1,793,821.67 | The claim is a duplicate of another claim. |
| Seshin Apparel Co., Ltd. | 890 | 446 | $3,629,335.62 | The claim is a duplicate of another claim. |
| Seshin Apparel Co., Ltd. | 890 | 473 | $3,629,335.62 | The claim is a duplicate of another claim. |
| Seshin Apparel Co., Ltd. | 890 | 514 | $3,629,335.62 | The claim is a duplicate of another claim. |
| South Asia Knitting Factory Ltd. | 1004 | 821 | $364,985.22 | The claim is a duplicate of another claim. |

Total    $30,985,030.45