# Schedule 3

**Late-Filed Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late-Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Albanez, Jessica | 3/31/2025 | 1846 | $5,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Atellio, Inc. | 1/3/2025 | 1773 | $12,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bailey, Chase [Chase Trena Bailey] | 1/13/2025 | 1782 | $1,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Bailey, Vanaeya | 1/12/2025 | 1780 | $1,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Cunha, Kimberly [Kimberly Mensack] | 12/2/2024 | 1726 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Czarnecki, Morgan | 1/8/2025 | 1777 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Davis, Marchell T. | 2/28/2025 | 1843 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Dyer, Isaac | 12/23/2024 | 1758 | $3,000.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Express Fashion [Helios HVACR Service Partners]* | 2/6/2025 | 1835 | $152,337.24 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Express Fashions [Clark, Tobias]* | 1/18/2025 | 1789 | $500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Guilford County Tax Department | 1/6/2025 | 1774 | $3,382.41 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Nava, Juanita | 10/24/2024 | 1707 | $848.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Oregon Department of Revenue | 12/23/2024 | 1757 | $0.00 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Palm Beach County Tax Collector | 1/17/2025 | 1785 | $119.92 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Palm Beach County Tax Collector | 1/17/2025 | 1786 | $461.44 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Palm Beach County Tax Collector | 1/17/2025 | 1787 | $986.89 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Late-Filed**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Palm Beach County Tax Collector | 1/17/2025 | 1788 | $62.09 | Claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| Redding, Decarlo L. | 1/22/2025 | 1791 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Vilna, Karlie | 2/1/2025 | 1831 | $0.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| | | Total | $180,697.99 | |

*Indicates claimant filed Express as the current creditor.