# Schedule 4

**Equity Interest Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Equity Interest**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Cornelisse, Amy | 1191 | $2,082.47 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Naqib [Naqib Ullah Wardak] | 763 | $1,967.65 | The claimant filed the proof of claim on account of an interest, rather than a claim. |
| Wardak, Naqib [Naqib Ullah Wardak] | 764 | $19,687.80 | The claimant filed the proof of claim on account of an interest, rather than a claim. |

**Total**     $23,737.92