# Schedule 5

**Insufficient Documentation Claims**

**EXP OLDCO WINDDOWN, INC., et al**  
Case Number: 24-10831 (KBO)  
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Abarca-Rufino, Yazmin | 574 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Abdallah, Severin Emilio | 570 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| AH a minor child (Keele Mitchell parent) | 1132 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Aldama Hernandez, Jasmine | 780 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alexander, Tenya | 716 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alvarez, Auris | 922 | $2,310.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alvarez, Yanci | 1026 | $10,340.47 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Alves Cabral, Etelvina Eliane | 692 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Arkansas Department of Finance and Administration | 921 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Artistic Milliners PVT LTD | 207 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Artistic Milliners PVT LTD | 206 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Atellio, Inc. | 1773 | $12,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Atkins, Lamar | 884 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bailey, Chase [Chase Trena Bailey] | 1782 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bailey, Vanaeya | 816 | $746.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bailey, Vanaeya | 1780 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Baker, Shawn | 846 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bautista, Lexzandra | 710 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bell, April T | 604 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bjorklund, Taylor Kay | 786 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Blanco, Jaden | 717 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Braham, Virginia Kristine | 671 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Branch, Sidney James | 730 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Brown, Chyanna N. | 711 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cabral, Leonela | 577 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Carson, Quincy Avery-Alice | 589 | $100.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Centers, Stacey Ann | 766 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| CF Corporation | 1228 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Chavarria, Veronica | 980 | $10,340.47 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| China Ting Garment MFG (Group) Limited | 1123 | $157,659.30 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| City of Brea | 1498 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Clark, Joe | 617 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cobalt Fashion PTE. LTD | 981 | $19,783.24 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cook, Nakhiya | 578 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Corptactics Audit Group, PSC | 468 | $10,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Cunha, Kimberly [Kimberly Mensack] | 1726 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Czarnecki, Morgan | 1777 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Darnes, Charlotte | 542 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Davis, Michele Valerie | 790 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| De Jesus, Elizabeth J. | 693 | $400.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - No Supporting Documents

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Diaz Casas, Maria H. | 1195 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Diaz, Nadiyah | 621 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dickerson, Cameron | 551 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dipietro, Marina | 539 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dominion Energy South Carolina | 754 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dorsey-Satchell, Cionna A, | 518 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Dyer, Isaac | 1758 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Eames, Mabel J, | 825 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ellwood, Tyler Jr. | 560 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express [Chevalier, Jacob Edward]* | 1216 | $1,200.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express [Kattoula, Alexander]* | 128 | $10,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express Fashions [Clark, Tobias Denond]* | 1789 | $500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Express Inc. [Freeman, Jasmine Alexis]* | 318 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Federico, Nicolle | 705 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Felix, Luisa | 685 | $318,498.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ferdinand, Jeanine Patrice | 516 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Fletcher, Jada | 592 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Flores, Michelle Ayleen | 531 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Flores, Perla Gisell | 713 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Florida Department of Revenue | 673 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Freeland, Kayla Renee | 639 | $1,600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Garcia, Adrian | 612 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ghazoul, Marilyn | 883 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Glass, Sierra | 540 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Gonzalez, Matthew | 242 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Gonzalez, Matthew | 553 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Gonzalez-Jorge, Naraly | 632 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Green, Mijaun | 672 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Green-Hudson, Cinnira A. | 781 | $270.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Greer, Stacey | 931 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Guzman, Jonathan Nathaniel | 544 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hales, Noriell | 768 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hamad, Esrraa | 521 | $20,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hambleton, George Nickolas | 546 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Harris, Lauren | 359 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Haverty, Thomas | 93 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hendley, Carletta | 555 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hendrix, Angel Patreece | 252 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hernandez, Carol | 532 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Higginbotham, Aidan E. | 569 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Hines, Tiana | 640 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Holland, Latoya | 885 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Houston, Tanika | 681 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Hubert, Sasha Mylana | 1204 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Illinois Security Svc, Inc. | 495 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Jefferson, Shamila Kendra | 563 | $14,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Jiangsu Guotai Huasheng Industrial Co. Ltd. | 1107 | $203,135.20 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Johnson, Kiara | 508 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Johnson, Nikcole | 598 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Jones, Shanelle | 691 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Kennedy, Destiny | 538 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Kennedy, Keshon | 545 | $2,200.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Koonce, Damerious | 699 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lattimore, JaCarry | 1024 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lewis, Jason L. | 579 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Little, Jordan Lacey | 1708 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Low, Steven Alexander | 734 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lugang | 1237 | $90,174.90 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Madhu, Arjun | 767 | $300.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Major, Destiny | 253 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
| --- | --- | --- | --- |
| Malco, Claudia | 275 | $250.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| McCain, Tarrell | 148 | $1,738.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mckenney, Crystal | 618 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| McKinney, Jiniah Latrice | 605 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mendez, Jesus | 511 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Merlos, Luis | 928 | $2,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mills, Lori Mignon | 695 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| MJ Corp. | 1118 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| MOLAXTRADING LIMITED | 1121 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mora Guzman, Steicy | 891 | $320.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nabors, Zachary | 606 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nava, Juanita | 1707 | $848.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nebril, Marisa K. | 771 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nelson, Keonna | 519 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nevarez, Ashley | 529 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Oconnell, Brian Richard | 509 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Orta, Korina | 593 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Palazzolo, Amelia Grace | 571 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Paulino, Christian | 558 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Pena, Abigail | 675 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Peyton, Dayshon | 722 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Phillips, Leanna | 1837 | $29,808.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Pipkins, Angela | 1264 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Poellintz, Diane D. | 528 | $30,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Price, Coquice | 607 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Quito, Jose M | 564 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ramirez, Aleish | 1093 | $35,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ramirez, Antonia | 583 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ramos, Katalina Olivia | 1366 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Redding, Decarlo L. | 1791 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Reeves, Carla | 523 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Reyes, Itzel | 565 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ribeiro, Ana Sophia | 665 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rios, Jesse | 594 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rivera, Carmen B. | 603 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rodriguez, Isabella | 396 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Salinas, Oowashame F. | 737 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Salomon, Gabrielle | 520 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Sanchez, Zulema Ruby | 666 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Scarlett, Camille | 1027 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| SG International USA | 159 | $1,089.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Sherman, Samuel T. | 791 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Slik, Emily | 536 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Smith, Brenda E. | 682 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Smith, Jaqavious L. | 779 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Spears, Mylee | 1187 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| St Louis County Collector of Revenue | 18 | $1,801.15 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| St Ruis, Erielle Renee | 1388 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Stanton, Meghan | 706 | $9,557.43 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Stevenson, Elizabeth | 160 | $2,571.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tan, Alexander | 848 | $3,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1324 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tavares, Claudia | 844 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Taylor, Nicole James | 718 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Teshome, Joshua | 316 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Thorn, Chelsea | 964 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Todriquez, Shania M. [Shania M. Garcia] | 849 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Toney, Cherelle | 738 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Trejo, Anthony | 1138 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Trueblood, Duke | 680 | $600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Unifield Textiles Limited | 808 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Upchurch, Nikala | 715 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Upchurch, Nikala | 810 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Vallecillo, Daniel Humberto | 874 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Vang, Kanong | 684 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Vilna, Karlie | 1831 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Walker, Chanel | 1057 | $9,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Walker, Krista | 714 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Watson, Asia | 927 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Webb, Kelina N. | 642 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wiggins, Ezari Z. | 678 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wilkes, Christian | 49 | $1,790.17 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Williams, Adonis | 645 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Williams, Ali | 497 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Williams, Terradajha Rena | 694 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wilson, Margaret | 278 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wise, Jahnell | 504 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wojciechowski, Jennifer M. | 580 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Wolfe, Daniel | 668 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Woodson-Shelby, Tanisha | 1297 | $25,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - No Supporting Documents**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Wright, Denae | 507 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Zabair Waheed Waheed | 208 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

*Indicates claimant filed Express as the current creditor.    **Total**    $1,051,931.23