**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

  I, Lucian Murley, Esquire, hereby certify that on May 13, 2025, a copy of the *Notice of Withdrawal of Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1524 of Kush Banda Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the party on the attached service list.

  Brad S. Kane, Esquire
  Kane Law Firm
  1154 S. Crescent Heights Blvd
  Los Angeles, California 90035
  Bkane@kanelaw.la

      **SAUL EWING LLP**

    By: */s/ Lucian Murley*
     Lucian Murley (DE Bar No. 4892)
     1201 N. Market Street, Suite 2300
     P.O. Box 1266
     Wilmington, DE 19801-1266
     (302) 421-6898

Dated: May 13, 2025

55575397.1