## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

    I, Lucian Murley, Esquire, hereby certify that on May 14, 2025, a copy of the *Notice of Withdrawal of Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1842 of Cheo Waters Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the party on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian Murley*
Lucian Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6898

Dated: May 14, 2025

55575405.1

## **SERVICE LIST**

Cheo Waters
8413 Stone Ferry Road
Indianapolis, Indiana 46278
cheowaters@signaturestaffs.com

Robert E. Feagley II, Esquire
Lee Cossell & Feagley LLP
531 E. Market Street
Indianapolis, IN 46204
bfeagley@nleelaw.com