# EXHIBIT A

**Proposed Order**

55576419.1 05/16/2025

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 1369 and ___ |

**ORDER GRANTING PLAN ADMINISTRATOR'S MOTION**
**TO EXTEND THE DEADLINE TO OBJECT TO CLAIMS**

Upon the *Plan Administrator's Motion to Extend the Deadline to Object to Claims* (the "Motion");[2] and the Court having reviewed the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief requested therein; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Claim Objection Deadline is hereby extended, through and including December 29, 2025, without prejudice to the right of the Plan Administrator to seek further extensions of time; and it is further

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Motion.

55392745.9

2

ORDERED that the Applicable Landlord Deadline is hereby extended, through and including October 27, 2025, without prejudice to the right of the Plan Administrator to seek further extensions of time; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from and related to the entry of this Order.

55392745.9