IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1333 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION WITH RESPECT TO CLAIM NO. 831 OF SHEREEN LISA RAMPATH ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On April 11, 2025, the *Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1333] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed by May 2, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Response Deadline**").

3. As to the Objection to the claims of all claimants that did not respond by the Response Deadline, the Plan Administrator filed the *Certification of Counsel Regarding*

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Windown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

*(A) Revised Proposed Order Sustaining Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same* [Docket No. 1382] (the "**Certification**") on May 6, 2025. The Court entered the Order [Docket No. 1386] submitted under the Certification on May 8, 2025.

4. Prior to the Response Deadline, the Plan Administrator's counsel received a draft response via electronic mail from Cheo Waters. Additionally, John Hein [Docket Nos. 1372 and 1377] and Kush Banda [Docket Nos. 1373 and 1378] filed responses to the Objection on the docket prior to the Response Deadline. The Plan Administrator has withdrawn the Objection as to the claims for Cheo Waters, John Hein, and Kush Banda [Docket Nos. 1391, 1389, and 1390].

5. Also prior to the Response Deadline, the Plan Administrator received an informal response from Shereen Lisa Rampath, acting pro se. Given that Ms. Rampath was pro se, the Plan Administrator unilaterally agreed to extend the Response Deadline only as to Ms. Rampath's claim until May 9, 2025 at 4:00 p.m. (prevailing Eastern Time). On May 12, 2025, counsel to the Plan Administrator conferred with Ms. Rampath via telephone, who confirmed that she does not intend to pursue her claim and does not oppose its disallowance and expungement through this Objection. This telephone conversation was confirmed in writing.

6. Accordingly, with the Court's prior order [Docket No. 1386] entered as to all claimants that did not respond by the Response Deadline, and with the Objection withdrawn as to all other claims except for Ms. Rampath's, and with Ms. Rampath confirming that she does not oppose the Objection, the Plan Administrator submits the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**") disallowing Ms. Rampath's claim only.

-3-

7. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the revised order that was attached to the Certification and entered by the Court.

8. The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order. Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

Dated: May 16, 2025                               **SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email:   luke.murley@saul.com

-and-

Brendan M. Scott
Christopher Reilly
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:   bscott@klestadt.com
             creilly@klestadt.com

*Counsel for the Plan Administrator*