# EXHIBIT B

**Comparison Version of Revised Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 1333, 1382, 1386 and _____ |

**ORDER SUSTAINING FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION WITH RESPECT TO ~~CLAIMS~~ CLAIM NO. 831 OF SHEREEN LISA RAMPATH ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1333] (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing ~~the Amended Claims, Duplicate Claims, Late-Filed Claims, Equity Interest Claims, and~~ claim no. 831 of Shereen Lisa Rampath (the "Rampath Claim") as an Insufficient Documentation ~~Claims set forth on Schedules 1, 2, 3, 4, and 5 attached hereto,~~ Claim, and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28

---

[1]   The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and upon certification of counsel of the Plan Administrator submitting this form of order; and sufficient cause appearing therefor,

**HEREBY ORDERED THAT:**

1.       The Objection as to the Rampath Claim is sustained as set forth herein.

~~2. The Amended Claims set forth on the attached **Schedule 1** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 1** attached hereto in the column titled "Remaining Claim Number."~~

~~3. The Duplicate Claims set forth on the attached **Schedule 2** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 2** attached hereto in the column titled "Remaining Claim Number."~~

2.       ~~4.~~ The ~~Late-Filed Claims set forth on the attached **Schedule 3** are~~ Rampath Claim is hereby disallowed and expunged in ~~their~~ its entirety as an Insufficient Documentation Claim.

~~5. The Equity Interest Claims set forth on the attached **Schedule 4** are hereby disallowed and expunged in their entirety.~~

~~6. The Insufficient Documentation Claims set forth on the attached **Schedule 5** are hereby disallowed and expunged in their entirety.~~

3.       ~~7.~~ The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with terms of this Order.

~~8. For the avoidance of doubt, pursuant to the *Partial Transfer of Claim Other than for Security* [Docket No. 1206], there was a partial transfer for claim no. 1615.~~

~~9. To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed~~

~~Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.~~

~~10. The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify, and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.~~

4. ~~11.~~ To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

5. ~~12.~~ The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

| Summary report: Litera Compare for Word 11.11.0.158 Document comparison done on 5/16/2025 1:00:29 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://saul.cloudimanage.com/firmdms/55106441/5 - Omnibus Objection - Fourth (non substantive).docx | |
| **Modified DMS:** iw://saul.cloudimanage.com/firmdms/55106441/8 - Omnibus Objection - Fourth (non substantive).docx | |
| **Changes:** | |
| Add | 16 |
| Delete | 24 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 40 |