IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 22, 2025 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**WITHDRAWN MATTER:**

1.  Application for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) filed by Johnson Controls Fire Protection, LP [Docket No. 1247; filed: 01/30/25]

    Response Deadline: February 19, 2025 at 4:00 p.m.; extended to May 15, 2025 for the Plan Administrator

    Responses Received: None

    Related Documents:

    A.  Notice of Withdrawal of Claim [Docket No. 1384; filed: 05/08/25]

    Status: This application was withdrawn on May 8, 2025.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

**RESOLVED MATTER:**

2. Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1315, filed: 03/21/25]

   Response Deadline:  April 11, 2025 at 4:00 p.m.

   Responses Received:

   A. Informal response from HGP TIC, LLC

   B. Informal response from Pizzuti GM LLC

   C. Informal response from SRE Ontario LLC

   D. Informal response from Denver Pavilions OwnerCo, LLC

   E. Informal response from Pierce County Budget & Finance

   F. Informal response from United States Postal Service

   G. Informal response from Peagreen Company Limited

   H. Informal response from Truesource LLC

   I. Response of Murray & Sena, LLC [Docket No. 1221, filed: 01/15/25]

   Related Documents:

   J. Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1091; filed: 12/05/24]

   K. Declaration of Arthur Almeida in Support of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1315-3; filed: 03/21/25]

   L. Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 723 of Pierce County Budget & Finance Only [Docket No. 1335; filed: 04/11/25]

   M. Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with

|   |   |   |
|---|---|---|
|   |   | Respect to Claim No. 1389 of Peagreen Company Limited Only [Docket No. 1336; filed: 04/11/25] |
|   | N. | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1558 of Truesource LLC Only [Docket No. 1337; filed: 04/11/25] |
|   | O. | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 1495 and 1496 of HGP TIC, LLC Only [Docket No. 1338; filed: 04/11/25] |
|   | P. | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim No. 1503 of the United States Postal Service Only [Docket No. 1341; filed: 04/11/25] |
|   | Q. | Order Sustaining Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1350; signed and docketed: 04/17/25] |
|   | R. | Notice of Withdrawal of Plan Administrator's Corrected First Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 614 and 615 of Pizzuti GM LLC Only [Docket No. 1367; filed: 04/25/25] |

Status: The claim of Murray & Sena, LLC was not included in the corrected claim objection and thus their response is moot. The claim objection has been withdrawn as to Pierce County Budget & Finance, Peagreen Company Limited, Truesource LLC, HGP TIC, LLC, the United States Postal Service and Pizzuti GM LLC. As to all other claims subject to the claim objection, on April 17, 2025, the Court entered an order sustaining this claim objection.

3. Plan Administrator's Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1333; filed: 04/11/25]

Response Deadline: May 2, 2025 at 4:00 p.m.; extended until May 9, 2024 at 4:00 p.m. for Shereen Lisa Rampath.

3

Responses Received:

A. Informal response from Nasdaq, Inc.

B. Informal response from Shereen Lisa Rampath

C. Draft response via electronic mail from Cheo Waters

D. Informal response from GG International Manufacturing Co., Ltd.

E. Response of John Hein [Docket No. 1377; filed: 05/02/25]

F. Response of Kush Banda [Docket No. 1378; filed: 05/02/25]

G. Brief in Opposition to Debtors' Objection to Late-Filed Claim of Waters [Not Docketed; received: 05/02/25]

Related Documents:

H. Declaration of Arthur Almeida in Support of Plan Administrator's Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1333-3; filed: 04/11/25]

I. Notice of Withdrawal of Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1840 of Nasdaq, Inc. Only [Docket No. 1374; filed: 05/02/25]

J. Notice of Submission of Proofs of Claim [Docket No. 1385; filed: 05/08/25]

K. Order Sustaining Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1386; signed and docketed: 05/08/25]

L. Notice of Withdrawal of Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1522 of John Hein Only [Docket No. 1389; filed: 05/13/25]

M. Notice of Withdrawal of Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1524 of Kush Banda Only [Docket No. 1390; filed: 05/13/25]

N. Notice of Withdrawal of Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001,

53791967.2 05/20/2025

        3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1842 of Cheo Waters Only [Docket No. 1391; filed: 05/14/25]

    O.    Order Sustaining Fourth Omnibus (Non-Substantive) Objection with Respect to Claim No. 831 of Shereen Lisa Rampath Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 Docket No. 1395; signed and docketed: 05/19/25]

    <u>Status</u>: The claim objection has been withdrawn as to Nasdaq, Inc., John Hein, Kush Banda and Cheo Waters. As to all other claims subject to the claim objection, on May 8, 2025 and May 19, 2025, the Court entered orders sustaining this claim objection.

4.    Plan Administrator's Motion to Extend the Deadline to Object to Claims [Docket No. 1369; filed: 04/30/25]

    <u>Response Deadline</u>: May 14, 2025 at 4:00 p.m.

    <u>Responses Received</u>: None

    <u>Related Documents</u>:

    A.    Certification of No Objection [Docket No. 1392; filed: 05/15/25]

    B.    Order Granting Plan Administrator's Motion to Extend the Deadline to Object to Claims [Docket No. 1394; signed and docketed: 05/19/25]

    <u>Status</u>: On May 19, 2025, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

5.    Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

    <u>Response Deadline</u>: February 12, 2025 at 4:00 p.m.; extended to May 29, 2025 for the Plan Administrator

    <u>Responses Received</u>: None to date

    <u>Related Documents</u>:

    A.    Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

    <u>Status</u>: This motion is continued to the June 13, 2025 omnibus hearing.

6. Administrative Claim and Request for Payment of Motives International Limited [Docket No. 1251; filed: 01/30/25]

   <u>Response Deadline</u>:  February 28, 2025 at 4:00 p.m.; extended to June 6, 2025 for the Plan Administrator

   <u>Responses Received</u>:  None to date

   <u>Related Documents</u>:  None to date

   <u>Status</u>: This motion is continued to the June 13, 2025 omnibus hearing.

7. Administrative Claim and Request for Payment of Motives International (Hong Kong) Limited [Docket No. 1253; filed: 01/30/25]

   <u>Response Deadline</u>:  February 28, 2025 at 4:00 p.m.; extended to June 6, 2025 for the Plan Administrator

   <u>Responses Received</u>:  None to date

   <u>Related Documents</u>:  None to date

   <u>Status</u>: This motion is continued to the June 13, 2025 omnibus hearing.

Dated: May 20, 2025

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:     (302) 421-6898
Email:     luke.murley@saul.com

-and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:     (212) 679-5359
Facsimile:     (212) 972-2245
Email:     bscott@klestadt.com

*Counsel. for the Plan Administrator*