IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 1370** |

**NOTICE OF WITHDRAWAL OF FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1 WITH RESPECT TO CLAIM NO. 1501 OF SANGERTOWN SQUARE, L.L.C. ONLY**

Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors, hereby withdraws the *Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1* [Docket No. 1370] (the "Objection") **only** with respect to Claim No. 1501 of Sangertown Square, L.L.C. (the "Claim"). The Plan Administrator hereby reserves any and all rights to object to the Claim on a substantive basis or on a non-substantive basis different that that set forth in the Objection.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

55612788.1

Dated: May 22, 2025            **SAUL EWING LLP**

By: <u>*/s/ Lucian Murley*</u>
    Lucian B. Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6898
    Email:    luke.murley@saul.com

    -and-

    Brendan M. Scott
    Christopher Reilly
    **KLESTADT WINTERS JURELLER**
    **SOUTHARD & STEVENS, LLP**
    200 West 41st Street, 17th Floor
    New York, NY 10036-7203
    Telephone: (212) 679-5359
    Facsimile: (212) 972-2245
    Email:    bscott@klestadt.com
                creilly@klestadt.com

*Counsel for the Plan Administrator*