**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Lucian Murley, Esquire, hereby certify that on May 22, 2025, a copy of the *Notice of Withdrawal of Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1501 of Sangertown Square, L.L.C. Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the party on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian Murley*
    Lucian Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19801-1266
    (302) 421-6898

Dated: May 22, 2025

55612788.1

## <u>SERVICE LIST</u>

Kevin M. Newman, Esquire
Scott L. Fleischer, Esquire
Barclay Damon LLP
125 East Jefferson Street,
Syracuse, NY 13202
KNewman@barclaydamon.com
SFleischer@barclaydamon.com

55612788.1