# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Caden C. Calvanico, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 16, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Rampath, Shereen Lisa at a redacted address, and via electronic mail on Rampath, Shereen Lisa at a redacted address:

- **Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Fourth Omnibus (Non-Substantive) Objection with Respect to Claim No. 831 of Shereen Lisa Rampath Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same** (Docket No. 1393)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: May 22, 2025

*Caden Calvanico*
Caden C. Calvanico

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 22nd day of May 2025 by Caden C. Calvanico.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.