# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 20, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing Scheduled for May 22, 2025 at 9:30 A.M. (Prevailing Eastern Time) Before the Honorable Karen B. Owens, U.S. Bankruptcy Court Judge** (Docket No. 1396)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: May 23, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 22nd day of May 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| A Peagreen Company Limited | Attn: Izzy Matthews | Peagreen, Hampshire House | 10 Saint Clement St | | Winchester | Hampshire | SO23 9HH | United Kingdom |
| Cheo Waters | | Address Redacted | | | | | | |
| Cheo Waters | c/o Lee, Cossell & Feagley, LLP | Attn: Robert Eugene Feagley II | 531 E Market St | | Indianapolis | IN | 46204 | |
| Denver Pavilions OwnerCo, LLC | c/o Brad Dempsey Law LLC | Attn: Bradford E Dempsey | 14143 Denver West Parkway | Suite 100 | Golden | CO | 80401 | |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 | |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Scott L. Fleischer | 1720 Avenue of the Americas | Suite 501 | New York | NY | 10020 | |
| John Hein | c/o Kane Law Firm | Attn: Brad Kane | 1154 S. Crescent Heights Blvd | | Los Angeles | CA | 90035 | |
| Johnson Controls Fire Protection, LP | c/o Godfrey & Kahn, S.C. | Attn: Nicholas Hahn | 100 West Lawrence | | Appleton | WI | 54912-2728 | |
| Johnson Controls Fire Protection, LP | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | 1311 Delaware Ave | | Wilmington | DE | 19806 | |
| Korea Trade Insurance Corporation | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik | 1313 N Market Street | 6th Floor | Wilmington | DE | 19801 | |
| Kush Banda | c/o Kane Law Firm | Attn: Brad Kane | 1154 S. Crescent Heights Blvd | | Los Angeles | CA | 90035 | |
| Motives International (Hong Kong) Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare and Stephan E. Hornung | 1201 N Market Street | Suite 2201 | Wilmington | DE | 19801 | |
| Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N Market Street | Suite 2201 | Wilmington | DE | 19801 | |
| Murray and Sena, LLC | Attn: Christine Sena | 14 Jackson Avenue | | | Syosset | NY | 11791 | |
| Nasdaq, Inc. | Joanne Pedone | 805 King Farm Blvd | | | Rockville | MD | 20850 | |
| Pierce County Budget & Finance | c/o Joshua R. Drye, Esquire | 930 Tacoma Avenue South | | | Tacoma | WA | 98492 | |
| Pizzuti GM LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold | 301 East Fourth Street | | Cincinnati | OH | 45202 | |
| Rampath,Shereen Lisa | | Address Redacted | | | | | | |
| SRE Ontario LLC [Outlets Park City, Utah] | c/o Thompson Hine LLP | Attn: Louis F. Solimine | 312 Walnut Street | Suite 2000 | Cincinnati | OH | 45202 | |
| Truesource LLC | c/o Connolly Gallager LLP | Attn: Karen C. Bifferato | 1201 North Market Street | 20th Floor | Wilmington | DE | 19801 | |
| Truesource LLC | c/o Masuda Funai | Attn: Jiwon Juliana Yhee | 203 N LaSalle Street | Suite 2500 | Chicago | IL | 60601 | |
| United States Postal Service | c/o Dante Pavan | US Attorney's Office | 1313 Market Street | | Wilmington | DE | 19801 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: IGHNY-YCXJU-FU7MN-EQYBA

Page 3 of 5

# **<u>Exhibit B</u>**

Document Ref: IGHNY-YCXJU-FU7MN-EQYBA

Case 24-10831-KBO    Doc 1400    Filed 05/23/25    Page 5 of 5



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A Peagreen Company Limited | Attn: Izzy Matthews | | admin@peagreen.co.uk<br>izzy@peagreen.co.uk<br>anna@peagreen.co.uk |
| Cheo Waters | | | Email Redacted |
| Cheo Waters | c/o Lee, Cossell & Feagley, LLP | Attn: Robert Eugene Feagley II | bfeagley@nleelaw.com |
| Denver Pavilions OwnerCo, LLC | c/o Brad Dempsey Law LLC | Attn: Bradford E Dempsey | brad@dempseycounsel.com |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | | david.nealy@limnexus.com |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com<br>avrooman@barclaydamon.com |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| John Hein | c/o Kane Law Firm | Attn: Brad Kane | bkane@kanelaw.la<br>rmccardell@gmail.com |
| Johnson Controls Fire Protection, LP | c/o Godfrey & Kahn, S.C. | Attn: Nicholas Hahn | nhahn@gklaw.com |
| Johnson Controls Fire Protection, LP | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | dckerrick@dkhogan.com |
| Korea Trade Insurance Corporation | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik | astulman@potteranderson.com<br>jrisener@potteranderson.com<br>esulik@potteranderson.com |
| Kush Banda | c/o Kane Law Firm | Attn: Brad Kane | bkane@kanelaw.la |
| Motives International (Hong Kong) Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare and Stephan E. Hornung | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |
| Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |
| Murray and Sena, LLC | Attn: Christine Sena | | christine.sena@murrayandsena.com<br>msena@murrayandsena.com |
| Nasdaq, Inc. | Joanne Pedone | | joanne.pedone@nasdaq.com |
| Pierce County Budget & Finance | c/o Joshua R. Drye, Esquire | | josh.drye@piercecountywa.gov |
| Pizzuti GM LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold | rgold@fbtlaw.com<br>eseverini@fbtlaw.com |
| Rampath,Shereen Lisa | | | Email Redacted |
| SRE Ontario LLC [Outlets Park City, Utah] | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Truesource LLC | c/o Connolly Gallager LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Truesource LLC | c/o Masuda Funai | Attn: Jiwon Juliana Yhee | jyhee@masudafunai.com |
| United States Postal Service | c/o Dante Pavan | | dante.pavan@usdoj.gov |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: IGHNY-YCXJU-FU7MN-EQYBA

Page 5 of 5