# EXHIBIT A

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.,*<sup>1</sup><br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>Re:  Docket Nos. 1370 and _____ |

## ORDER SUSTAINING FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1370] (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, modifying the Misclassified Claims, disallowing in part the Overstated Claim, modifying and disallowing in part the Overstated and Misclassified Claim, and disallowing the No Liability Claims set forth on Schedules 1, 2, 3, and 4 attached hereto, and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1]  The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

55469816.6

**HEREBY ORDERED THAT:**

1. The Objection is sustained as set forth herein.

2. The Misclassified Claims set forth on the attached **Schedule 1** are hereby modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Reclassified Claim."

3. The Overstated Claim set forth on the attached **Schedule 2** is hereby disallowed in part to reflect the correct value of the claim (or portions of the claims) as reflected under the heading "Modified Claim Classification Status."

4. The Overstated and Modified Claim set forth on the attached **Schedule 3** is hereby modified to reflect the correct priority status of the claim (or portions of the claim) and disallowed in part to reflect the correct value of the claim (or portion of the claim) as reflected under the heading "Modified Claim Amount and Classification."

5. The No Liability Claims set forth on the attached **Schedule 4** are hereby disallowed and expunged in their entirety.

6. The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with terms of this Order.

7. To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

8. The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify,

55469816.6

and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

9. To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

10. The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

# Schedule 1

**Misclassified Claims**

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections – Schedule 1 Misclassified Claims

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Abbott, Stacy | 81 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$12,164.00<br>$0.00<br><br>$12,164.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$12,164.00<br><br>$12,164.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Alex Antonia LLC | 1200 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$14,080.00<br>$0.00<br><br>$14,080.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$14,080.00<br><br>$14,080.50 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Bradford Capital Holdings, LP [as Assignee of David Milosevich Casting & Consulting LLC] | 66 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$10,000.00<br>$0.00<br><br>$10,000 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br><br>$10,000.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Brookshire, Melissa<br>[Melissa Brookshire Styling LLC] | 978 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$3,552.25<br>$0.00<br><br>$3,552.25 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$3,552.25<br><br>$3,552.25 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Brookshire, Melissa<br>[Melissa Brookshire Styling LLC] | 1025 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$1,981.35<br>$0.00<br><br>$1,981.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,981.35<br><br>$1,981.35 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| BullsEye Telecom Inc. | 1372 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $44,019.57<br>$0.00<br>$0.00<br>$63,831.03<br><br>$107,850.60 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$107,850.60<br><br>$107,850.60 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Business Wire, Inc. | 1719 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $11,250.00<br>$0.00<br>$0.00<br>$0.00<br><br>$11,250.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$11,250.00<br><br>$11,250.00 | The claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Data Center Solutions Inc. | 1109 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $1,174.00<br>$0.00<br>$0.00<br>$4,987.00<br><br>$6,161.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$6,161.00<br><br>$6,161.00 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| David, Van B. [Van B. Tran] | 817 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$10,365.59<br>$0.00<br><br>$10,365.59 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$10,365.59<br><br>$10,365.59 | The claim is for a prepetition class action settlement concerning wages as of August 2022, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| DTA Agency, LLC [DT Model Management] | 407 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$9,961.49<br>$0.00<br><br>$9,961.49 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$9,961.49<br><br>$9,961.49 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| East Brunswick Fire District 1, Bureau of Fire Safety | 488 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$1,000.00<br>$0.00<br><br>$1,000.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,000.00<br><br>$1,000.00 | The claim is for prepetition penalty and inspection fees for services rendered from December 2021 through January 2024. The claim is not entitled to priority status under section 507(a)(8) of the Bankruptcy Code. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Everest Technologies, Inc. | 45 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$15,150.00<br>$7,650.00<br><br>$22,800.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$22,800.00<br><br>$22,800.00 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Faces Pictures Ltd. | 712 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$700.00<br>$0.00<br>$0.00<br><br>$700.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$700.00<br><br>$700.00 | The claim is for prepetition services, which are not entitled to a secured status. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to secured status, and should be reclassified as a general unsecured claim. |
| Ford Models, Inc. | 524 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $5,179.21<br>$0.00<br>$15,150.00<br>$2,396.65<br><br>$22,725.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$22,725.67<br><br>$22,725.67 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code, and which are not goods under section 503(b)(9). The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| France, Michelle Coccia | 182 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$961.54<br>$0.00<br><br>$961.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$961.54<br><br>$961.54 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| France, Michelle Coccia | 250 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$1,923.08<br>$0.00<br><br>$1,923.08 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,923.08<br><br>$1,923.08 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| JK Creative NYC LLC | 41 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$2,200.00<br>$0.00<br><br>$2,200.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$2,200.00<br><br>$2,200.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Kaszubski, Andrew | 541 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$6,400.00<br>$0.00<br><br>$6,400.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$6,400.00<br><br>$6,400.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Lowe, Claire<br>[Claire Coughlin-Lowe] | 68 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$4,494.05<br>$0.00<br><br>$4,494.05 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$4,494.05<br><br>$4,494.05 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority, and should be reclassified as a general unsecured claim. |
| Lu, Sean | 924 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$13,205.92<br>$0.00<br><br>$13,205.92 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$13,205.92<br><br>$13,205.92 | The claim is for a prepetition class action concerning labor meal violations which allegedly occurred prepetition. The claim is not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Nextech | 596 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $270,978.68<br>$0.00<br>$0.00<br>$0.00<br><br>$270,978.68 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$270,978.68<br><br>$270,978.68 | The claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Scott Heidelberg Productions, Inc. | 73 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$5,335.00<br>$0.00<br><br>$5,335.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$5,335.00<br><br>$5,335.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Shrigley, Kaleigh | 133 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$2,401.75<br>$0.00<br><br>$2,401.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$2,401.75<br><br>$2,401.75 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Select Chicago LLC | 1014 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $5,491.00<br>$0.00<br>$0.00<br>$15,685.35<br><br>$21,176.38 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$21,176.38<br><br>$21,176.38 | The claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| State Artist Management LLC | 101 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$480.00<br>$0.00<br><br>$480.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$480.00<br><br>$480.00 | Claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Suellentrop, Kathryn [Kathryn Suellentrop Photography] | 974 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$15,150.00<br>$3,970.63<br><br>$19,120.63 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$19,120.63<br><br>$19,120.63 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| The Rebellion | 742 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$960.00<br>$500.23<br><br>$1,460.23 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,460.23<br><br>$1,460.23 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| TRC Master Fund LLC [as Assignee of KFM247 Ltd] | 652 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $8,086.26<br>$0.00<br>$0.00<br>$174,772.29<br><br>$182,858.55 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$182,858.55<br><br>$182,858.55 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 503(b)(9) the-Bankruptcy Code. As such, that portion of the claim should be reclassified as a non-priority, general unsecured claim. |
| Waxman, Jaime Kay | 55 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$17,124.14<br>$0.00<br><br>$17,124.14 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$17,124.14<br><br>$17,124.14 | The is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Willis, Zachary Nixon | 474 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$4,000.00<br>$0.00<br><br>$4,000.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$4,000.00<br><br>$4,000.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Zelenak, Tricia | 471 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$5,200.00<br>$0.00<br><br>$5,200.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$5,200.00<br><br>$5,200.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |

# Schedule 2

**Overstated Claim**

**INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 2**
**Overstated Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | MODIFIED CLAIM CLASSIFICATION STATUS | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| PREP Hillside Real Estate LLC | 1536 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $4,247.64<br>$0.00<br>$0.00<br>$119,044.43 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $446.49<br>$0.00<br>$0.00<br>$86,827.21 | Modified by agreement of PREP Hillside Real Estate LLC. |
| | | Total Claim Amount | $123,292.07 | Total Claim Amount | $87,273.70 | |

# Schedule 3

**Overstated and Misclassified Claim**

55608308.2 05/28/2025

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections – Schedule 3 Overstated and Misclassified Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM AMOUNT AND CLASSIFICATION | | MODIFIED CLAIM AMOUNT AND CLASSIFICATION | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Vision Models | 753 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $1,000.00<br>$0.00<br>$1,200.00<br>$0.00<br><br>$1,200.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,200.00<br><br>$1,200.00 | The portion of the claim asserted as prepetition goods sold in the amount of $1,000.00 is not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. The invoice attached to the claimant's proof of claim is for modeling fees, not goods sold. This portion of the claim should be reclassified as a non-priority, general unsecured claim.<br><br>The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim.<br><br>The claimant's proof of claim reflects a total claim value of $1,200.00. The claimant asserted a $1,000.00 claim under section 503(b)(9) of the Bankruptcy Code and a $1,200.00 claim under section 507(a)(4) of the Bankruptcy Code. Accordingly, the claim should be reduced and reclassified as a general unsecured claim in the amount of $1,200.00. |

# Schedule 4

**No Liability Claims**

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Schedule 4 No Liability Claims

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| ACS Building Services Inc [ACS Electronic Systems] | 1163 | Administrative: $2,537.84<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $2,537.84 | Pursuant to the Debtors' Books and Records, invoice B136085, dated May 16, 2024, for $2,537.84 is not supported because the Debtors never authorized the work to be completed. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Camara, Mohamed Francis | 798 | Administrative: $2,460.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $2,460.00 | The proof of claim suggests the claimant was the victim of fraud through the purchase of gift cards. The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| DAYEON DND CO LTD | 1050 | Administrative: $523,000.91<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $523,000.91 | The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Gomez, Nichole Rene | 740 | Administrative: $140.50<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,302.92<br><br>Total Claim Amount: $1,443.42 | The amounts asserted in the claimant's proof of claim are not supported in the Debtors' Books and Records. The claimant's proof of claim is for an outstanding balance on an Express credit card. |
| HANA Textile Co. | 1099 | Administrative: $238,583.60<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $238,583.60 | The claimant's proof of claim contains a work order with NFG. However, no invoices, purchase order history, or payment history can be found in the documents available to the Plan Administrator under "Hana Textile" or any of the agent/suppliers listed on the proof of claim and the proof of claim does not list a date or receipt. The Plan Administrator cannot determine the date of "receipt" of the goods provided. |
| Kautz, Hailey | 1156 | Administrative: $2,879.28<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $2,879.28 | The claimant's proof of claim supporting documentation does not support an administrative claim under section 503(b)(9) of the Bankruptcy Code. The supporting documentation attached to the proof of claim only shows a screenshot of a pay stub. The Debtors' Books and Records do not show an amount owed to the claimant. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| King County Treasury [King County Treasury Operations] | 460 | Administrative: <br> Secured: $740.19 <br> Priority Unsecured: <br> General Unsecured: <br><br> Total Claim Amount: $740.19 | The claimant's proof of claim is for property taxes for store #581, which closed on July 23, 2023. Therefore, there was no tax assessment as of January 1, 2024. |
| MJ Corporation | 1122 | Administrative: $38,617.61 <br> Secured: <br> Priority Unsecured: <br> General Unsecured: <br><br> Total Claim Amount: $38,617.61 | The amounts asserted by the claimant in the proof of claim are not supported in the Debtors' Books and Records and there is no history of payments to this claimant. |
| Susie's Custom Design, Inc. | 641 | Administrative: $12,064.34 <br> Secured: <br> Priority Unsecured: <br> General Unsecured: <br><br> Total Claim Amount: $12,064.34 | The amounts asserted in the claimant's proof of claim are not supported in the Debtors' Books and Records and there is no history of payments to this claimant. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Tolman, Trinity Rose | 522 | Administrative: $300.00 <br> Secured: <br> Priority Unsecured: <br> General Unsecured: <br><br> Total Claim Amount: $300.00 | According to the proof of claim, the claimant was a former employee of the Debtors who left in January 2023. Therefore, the claimant is not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. Additionally, the Debtors' Books and Records show no liability to this claimant. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |

Total    $822,627.19