# Schedule 1

**Misclassified Claims**

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections – Schedule 1 Misclassified Claims

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Abbott, Stacy | 81 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$12,164.00<br>$0.00<br><br>$12,164.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$12,164.00<br><br>$12,164.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Alex Antonia LLC | 1200 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$14,080.00<br>$0.00<br><br>$14,080.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$14,080.00<br><br>$14,080.50 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Bradford Capital Holdings, LP [as Assignee of David Milosevich Casting & Consulting LLC] | 66 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$10,000.00<br>$0.00<br><br>$10,000 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br><br>$10,000.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Brookshire, Melissa<br>[Melissa Brookshire Styling LLC] | 978 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$3,552.25<br>$0.00<br><br>$3,552.25 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$3,552.25<br><br>$3,552.25 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Brookshire, Melissa<br>[Melissa Brookshire Styling LLC] | 1025 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$1,981.35<br>$0.00<br><br>$1,981.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,981.35<br><br>$1,981.35 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| BullsEye Telecom Inc. | 1372 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $44,019.57<br>$0.00<br>$0.00<br>$63,831.03<br><br>$107,850.60 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$107,850.60<br><br>$107,850.60 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Business Wire, Inc. | 1719 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $11,250.00<br>$0.00<br>$0.00<br>$0.00<br><br>$11,250.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$11,250.00<br><br>$11,250.00 | The claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Data Center Solutions Inc. | 1109 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $1,174.00<br>$0.00<br>$0.00<br>$4,987.00<br><br>$6,161.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$6,161.00<br><br>$6,161.00 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| David, Van B. [Van B. Tran] | 817 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$10,365.59<br>$0.00<br><br>$10,365.59 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$10,365.59<br><br>$10,365.59 | The claim is for a prepetition class action settlement concerning wages as of August 2022, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| DTA Agency, LLC [DT Model Management] | 407 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$9,961.49<br>$0.00<br><br>$9,961.49 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$9,961.49<br><br>$9,961.49 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| East Brunswick Fire District 1, Bureau of Fire Safety | 488 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$1,000.00<br>$0.00<br><br>$1,000.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,000.00<br><br>$1,000.00 | The claim is for prepetition penalty and inspection fees for services rendered from December 2021 through January 2024. The claim is not entitled to priority status under section 507(a)(8) of the Bankruptcy Code. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Everest Technologies, Inc. | 45 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$15,150.00<br>$7,650.00<br><br>$22,800.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$22,800.00<br><br>$22,800.00 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Faces Pictures Ltd. | 712 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$700.00<br>$0.00<br>$0.00<br><br>$700.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$700.00<br><br>$700.00 | The claim is for prepetition services, which are not entitled to a secured status. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to secured status, and should be reclassified as a general unsecured claim. |
| Ford Models, Inc. | 524 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $5,179.21<br>$0.00<br>$15,150.00<br>$2,396.65<br><br>$22,725.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$22,725.67<br><br>$22,725.67 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code, and which are not goods under section 503(b)(9). The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| France, Michelle Coccia | 182 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$961.54<br>$0.00<br><br>$961.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$961.54<br><br>$961.54 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| France, Michelle Coccia | 250 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$1,923.08<br>$0.00<br><br>$1,923.08 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,923.08<br><br>$1,923.08 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| JK Creative NYC LLC | 41 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$2,200.00<br>$0.00<br><br>$2,200.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$2,200.00<br><br>$2,200.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Kaszubski, Andrew | 541 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$6,400.00<br>$0.00<br><br>$6,400.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$6,400.00<br><br>$6,400.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Lowe, Claire<br>[Claire Coughlin-Lowe] | 68 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$4,494.05<br>$0.00<br><br>$4,494.05 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$4,494.05<br><br>$4,494.05 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority, and should be reclassified as a general unsecured claim. |
| Lu, Sean | 924 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$13,205.92<br>$0.00<br><br>$13,205.92 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$13,205.92<br><br>$13,205.92 | The claim is for a prepetition class action concerning labor meal violations which allegedly occurred prepetition. The claim is not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Nextech | 596 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $270,978.68<br>$0.00<br>$0.00<br>$0.00<br><br>$270,978.68 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$270,978.68<br><br>$270,978.68 | The claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Scott Heidelberg Productions, Inc. | 73 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$5,335.00<br>$0.00<br><br>$5,335.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$5,335.00<br><br>$5,335.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Shrigley, Kaleigh | 133 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$2,401.75<br>$0.00<br><br>$2,401.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$2,401.75<br><br>$2,401.75 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | RECLASSIFIED CLAIM | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Select Chicago LLC | 1014 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $5,491.00<br>$0.00<br>$0.00<br>$15,685.35<br><br>$21,176.38 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$21,176.38<br><br>$21,176.38 | The claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| State Artist Management LLC | 101 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$480.00<br>$0.00<br><br>$480.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$480.00<br><br>$480.00 | Claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Suellentrop, Kathryn [Kathryn Suellentrop Photography] | 974 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$15,150.00<br>$3,970.63<br><br>$19,120.63 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$19,120.63<br><br>$19,120.63 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| The Rebellion | 742 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$960.00<br>$500.23<br><br>$1,460.23 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,460.23<br><br>$1,460.23 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| TRC Master Fund LLC [as Assignee of KFM247 Ltd] | 652 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $8,086.26<br>$0.00<br>$0.00<br>$174,772.29<br><br>$182,858.55 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$182,858.55<br><br>$182,858.55 | The portion of the claim sought to be reclassified is for prepetition services, which are not entitled to priority status under section 503(b)(9) the-Bankruptcy Code. As such, that portion of the claim should be reclassified as a non-priority, general unsecured claim. |
| Waxman, Jaime Kay | 55 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$17,124.14<br>$0.00<br><br>$17,124.14 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$17,124.14<br><br>$17,124.14 | The is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Willis, Zachary Nixon | 474 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$4,000.00<br>$0.00<br><br>$4,000.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$4,000.00<br><br>$4,000.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |
| Zelenak, Tricia | 471 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$5,200.00<br>$0.00<br><br>$5,200.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$5,200.00<br><br>$5,200.00 | The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim. |