# Schedule 2

**Overstated Claim**

**INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 2**
**Overstated Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM CLASSIFICATION STATUS | | MODIFIED CLAIM CLASSIFICATION STATUS | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| PREP Hillside Real Estate LLC | 1536 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $4,247.64<br>$0.00<br>$0.00<br>$119,044.43 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $446.49<br>$0.00<br>$0.00<br>$86,827.21 | Modified by agreement of PREP Hillside Real Estate LLC. |
| | | Total Claim Amount | $123,292.07 | Total Claim Amount | $87,273.70 | |