# Schedule 3

**Overstated and Misclassified Claim**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 3 Overstated and Misclassified Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM AMOUNT AND CLASSIFICATION | | MODIFIED CLAIM AMOUNT AND CLASSIFICATION | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| Vision Models | 753 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $1,000.00<br>$0.00<br>$1,200.00<br>$0.00<br><br>$1,200.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount | $0.00<br>$0.00<br>$0.00<br>$1,200.00<br><br>$1,200.00 | The portion of the claim asserted as prepetition goods sold in the amount of $1,000.00 is not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. The invoice attached to the claimant's proof of claim is for modeling fees, not goods sold. This portion of the claim should be reclassified as a non-priority, general unsecured claim.<br><br>The claim is for prepetition services, which are not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. The claim is not a claim by a current or former employee of the Debtors. As a result, the claim is not entitled to priority status, and should be reclassified as a general unsecured claim.<br><br>The claimant's proof of claim reflects a total claim value of $1,200.00. The claimant asserted a $1,000.00 claim under section 503(b)(9) of the Bankruptcy Code and a $1,200.00 claim under section 507(a)(4) of the Bankruptcy Code. Accordingly, the claim should be reduced and reclassified as a general unsecured claim in the amount of $1,200.00. |