# Schedule 4

**No Liability Claims**

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Schedule 4 No Liability Claims

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| ACS Building Services Inc [ACS Electronic Systems] | 1163 | Administrative: $2,537.84<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $2,537.84 | Pursuant to the Debtors' Books and Records, invoice B136085, dated May 16, 2024, for $2,537.84 is not supported because the Debtors never authorized the work to be completed. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Camara, Mohamed Francis | 798 | Administrative: $2,460.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $2,460.00 | The proof of claim suggests the claimant was the victim of fraud through the purchase of gift cards. The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| DAYEON DND CO LTD | 1050 | Administrative: $523,000.91<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $523,000.91 | The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Gomez, Nichole Rene | 740 | Administrative: $140.50<br>Secured:<br>Priority Unsecured:<br>General Unsecured: $1,302.92<br><br>Total Claim Amount: $1,443.42 | The amounts asserted in the claimant's proof of claim are not supported in the Debtors' Books and Records. The claimant's proof of claim is for an outstanding balance on an Express credit card. |
| HANA Textile Co. | 1099 | Administrative: $238,583.60<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $238,583.60 | The claimant's proof of claim contains a work order with NFG. However, no invoices, purchase order history, or payment history can be found in the documents available to the Plan Administrator under "Hana Textile" or any of the agent/suppliers listed on the proof of claim and the proof of claim does not list a date or receipt. The Plan Administrator cannot determine the date of "receipt" of the goods provided. |
| Kautz, Hailey | 1156 | Administrative: $2,879.28<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $2,879.28 | The claimant's proof of claim supporting documentation does not support an administrative claim under section 503(b)(9) of the Bankruptcy Code. The supporting documentation attached to the proof of claim only shows a screenshot of a pay stub. The Debtors' Books and Records do not show an amount owed to the claimant. |

| NAME OF CLAIMANT | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| King County Treasury [King County Treasury Operations] | 460 | Administrative:<br>Secured:                $740.19<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $740.19 | The claimant's proof of claim is for property taxes for store #581, which closed on July 23, 2023. Therefore, there was no tax assessment as of January 1, 2024. |
| MJ Corporation | 1122 | Administrative: $38,617.61<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: $38,617.61 | The amounts asserted by the claimant in the proof of claim are not supported in the Debtors' Books and Records and there is no history of payments to this claimant. |
| Susie's Custom Design, Inc. | 641 | Administrative:        $12,064.34<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount:  $12,064.34 | The amounts asserted in the claimant's proof of claim are not supported in the Debtors' Books and Records and there is no history of payments to this claimant. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Tolman, Trinity Rose | 522 | Administrative:        $300.00<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount:  $300.00 | According to the proof of claim, the claimant was a former employee of the Debtors who left in January 2023. Therefore, the claimant is not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. Additionally, the Debtors' Books and Records show no liability to this claimant. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |

Total            $822,627.19