# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Caden C. Calvanico, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 28, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same** (Docket No. 1401)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: June 3, 2025

*Caden Calvanico*
Caden C. Calvanico

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 3rd day of June 2025 by Caden C. Calvanico.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ACS Building Services Inc [ACS Electronic Systems] | Attn: Christopher Kramer | 5251 W 116th Place | | Leawood | KS | 66211 | |
| Alex Antonia LLC | Attn: Alexandra Liljebladh | 954 Ponce de Leon Avenue | Suite 205- PMB 10479 | San Juan | PR | 00907 | |
| Alex Antonia LLC | Attn: Sonia E. Colon | American International Plaza | 250 Munoz Rivera Avenue 6th Floor | San Juan | PR | 00918 | |
| Andrew Kaszubski | | Address on File | | | | | |
| Bradford Capital Holdings, LP [as Assignee of David Milosevich Casting & Consulting LLC] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO Box 4353 | Clifton | NJ | 07012 | |
| BullsEye | Attn: Tom Bowers | 9330 LBJ Freeway | Suite 944 | Dallas | TX | 75243 | |
| BullsEye Telecom Inc | Attn: Alex Valencia | 25925 Telegraph Rd | Ste 210 | Southfield | MI | 48033 | |
| Business Wire, Inc. | Attn: Suzanne Silva | PO Box 884182 | | Los Angeles | CA | 90088-4182 | |
| Camara,Mohamed Francis | | Address on File | | | | | |
| Claire Lowe [Claire Coughlin-Lowe] | | Address on File | | | | | |
| Data Center Solutions Inc | Attn: Emily Kimple | PO Box 523 | | Hilliard | OH | 43026 | |
| David,Van B [Van B. Tran] | | Address on File | | | | | |
| DAYEON DND CO LTD | Attn: M.K.CHOI | 3rd FL, A-Dong KG Tower, 21, | Jadongchasijang 1-gil, Seongdong-gu, | SEOUL | SEOUL | 04808 | SOUTH KOREA |
| DTA Agency, LLC [DT Model Management] | | 9255 Sunset Blvd | STE 805 | West Hollywood | CA | 90069 | |
| East Brunswick Fire District 1, Bureau of Fire Safety | Attn: Jaysen Whalen | 680 Old Bridge Turnpike | | East Brunswick | NJ | 08816 | |
| Everest Technologies, Inc. | Attn: Bob Malik | 1105 Schrock Rd | Ste 500 | Columbus | OH | 43229 | |
| Faces Pictures Ltd. | Attn: Susan Kim | 30-06 29th St | Apt 3D | Astoria | NY | 11102 | |
| Ford Models, Inc. | Attn: David Chase | 11 E 26th Street | Fl 14 | New York | NY | 10010 | |
| Gomez,Nicole | | Address on File | | | | | |
| HANA Textile Co. | Attn: SeungHye Shin | Seongju Nong Gong Danji Gil 21 | Seongju Eup | Seongju Gun | Gyungbuk | 40033 | Republic of Korea |
| Jaime Kay Waxman | | Address on File | | | | | |
| JK Creative NYC LLC | Attn: Dana Francks | 16857 Pierre Cir | | Delray Beach | FL | 33446 | |
| Kaleigh Shrigley | | Address on File | | | | | |
| Kathryn Suellentrop [Kathryn Suellentrop Photography] | | Address on File | | | | | |
| Kautz,Hailey | | Address on File | | | | | |
| King County Treasury [King County Treasury Operations] | | 201 S Jackson St, #710 | | Seattle | WA | 98104 | |
| Lu,Sean | | Address on File | | | | | |
| MelissaBrookshireStyling LLC | | Address on File | | | | | |
| Michelle Coccia France | | Address on File | | | | | |
| MJ Corporation | Attn: Daniel Song | R#A3-027, 550, Misa-Daero | Hanam-Si | Gyeonggi-Do | | 12925 | Republic of Korea |
| Nextech | Attn: Misty Bame & Rick Chrysler | 1045 S John Rodes Blvd | | Melbourne | FL | 32904 | |
| PREP Hillside Real Estate LLC | Attn: David A. Meranus, David M. Meranus & Vivian Knight | 5905 E. Galbraith Road | Suite 100 | Cincinnati | OH | 45236 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 2



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Scott Heidelberg Productions, Inc. | | 1055 Perry Street | | Columbus | Ohio | 43201 | |
| Select Chicago LLC | | 400 N Michigan Ave | Suite 700 | Chicago | IL | 60611 | |
| Stacy Abbott | | Address on File | | | | | |
| State Artist Management LLC | Attn: Cynthia Antoinette Jones-Donker | 525 7th Ave | Ste 904 | New York | NY | 10018 | |
| Susie's Custom Design, Inc. | | 1123 N Vine St #12 | | Los Angeles | CA | 90038 | |
| The Rebellion | Attn: Peter Dimitroff | 11012 Ventura Blvd | Ste G | Studio City | CA | 91604 | |
| Tolman,Trinity Rose | | Address on File | | | | | |
| TRC Master Fund LLC [as Assignee of KFM247 Ltd] | Attn: Terrel Ross | PO Box 633 | | Woodmere | NY | 11598 | |
| Tricia Zelenak | | Address on File | | | | | |
| Vision Models | Attn: Aubrey Brown | 8631 Washington Blvd | | Culver City | CA | 90232 | |
| Zachary Nixon Willis | | Address on File | | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 2

Document Ref: VHGQT-MTCUC-MT6XK-NJNE9

Page 4 of 7

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACS Building Services Inc [ACS Electronic Systems] | Attn: Christopher Kramer | | ckramer@acs-1.com |
| Alex Antonia LLC | Attn: Alexandra Liljebladh | | alex@alexantonia.com |
| Alex Antonia LLC | Attn: Sonia E. Colon | | scolon@ferraiuoli.com |
| Andrew Kaszubski | | | Email on File |
| Bradford Capital Holdings, LP [as Assignee of David Milosevich Casting & Consulting LLC] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | bbrager@bradfordcapitalmgmt.com |
| BullsEye | Attn: Tom Bowers | | tom.bowers@lingo.com |
| BullsEye Telecom Inc | Attn: Alex Valencia | | tombowers@lingo.com alex.valencia@lingo.com |
| Business Wire, Inc. | Attn: Suzanne Silva | | suzanne.silva@businesswire.com |
| Claire Lowe [Claire Coughlin-Lowe] | | | Email on File |
| Data Center Solutions Inc | Attn: Emily Kimple | | emily@dcsols.com |
| David,Van B [Van B. Tran] | | | Email on File |
| DAYEON DND CO LTD | Attn: M.K.CHOI | | idayeon@dayeondnd.co.kr |
| DTA Agency, LLC [DT Model Management] | | | matt@jmcilwee.com |
| East Brunswick Fire District 1, Bureau of Fire Safety | Attn: Jaysen Whalen | | jwhalen@ebfmo.org |
| Everest Technologies, Inc. | Attn: Bob Malik | | ap@everesttech.com bmalik@everesttech.com |
| Faces Pictures Ltd. | Attn: Susan Kim | | susan.ellen.kim@gmail.com |
| Ford Models, Inc. | Attn: David Chase | | billing@fordmodels.com dchase@fordmodels.com |
| Gomez,Nicole | | | Email on File |
| HANA Textile Co. | Attn: SeungHye Shin | | hana@hanatextile.com viviana@hanatextile.com |
| Jaime Kay Waxman | | | Email on File |
| JK Creative NYC LLC | Attn: Dana Francks | | dana@jkcreativenyc.com |
| Kaleigh Shrigley | | | Email on File |
| Kathryn Suellentrop [Kathryn Suellentrop Photography] | | | Email on File |
| Kautz,Hailey | | | Email on File |
| King County Treasury [King County Treasury Operations] | | | bankruptcynotice.treasury@kingcounty.gov |
| Lu,Sean | | | Email on File |
| MelissaBrookshireStyling LLC | Attn: Melissa Brookshire | | Email on File |
| Michelle Coccia France | DBA Coccia-France Consulting LLC | | Email on File |
| MJ Corporation | Attn: Daniel Song | | rouck@mjtex.co.kr |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 2



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Nextech | Attn: Misty Bame & Rick Chrysler | | ar@nextechna.com<br>rickchrysler@nextechna.com |
| PREP Hillside Real Estate LLC | Attn: David A. Meranus, David M. Meranus & Vivian Knight | | david.meranus@preppg.com<br>vivian.knight@preppg.com |
| Scott Heidelberg Productions, Inc. | | | scott@scottheidelberg.com |
| Select Chicago LLC | | | accounting.chicago@selectmodel.com |
| Stacy Abbott | | | Email on File |
| State Artist Management LLC | Attn: Cynthia Antoinette Jones-Donker | | accounts@statemgmt.com |
| Susie's Custom Design, Inc. | | | scd_inc@yhaoo.com |
| The Rebellion | Attn: Peter Dimitroff | | peter@scnetwork.com |
| Tolman,Trinity Rose | | | Email on File |
| Tricia Zelenak | | | Email on File |
| Vision Models | Attn: Aubrey Brown | | kerri@visionlosangeles.com |
| Zachary Nixon Willis | | | Email on File |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 2

Document Ref: VHGQT-MTCUC-MT6XK-NJNE9

Page 7 of 7