# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 1255** |

## NOTICE OF WITHDRAWAL OF REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE

**PLEASE TAKE NOTICE** that ToolsGroup, Inc. (as successor in interest of Onera, Inc.) ("ToolsGroup"), by and through its undersigned counsel, and subject to and consistent with that certain *Stipulation Resolving Request for Payment of an Administrative Expense of ToolsGroup, Inc.* dated April 16, 2025 and entered into by Tracy L. Klestadt as Plan Administrator for the Post-Effect Date Debtors and ToolsGroup, hereby withdraws the *Request for Payment of an Administrative Expense* [D.I. 1255] with prejudice.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

| | |
|---|---|
| Dated: June 4, 2025<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (No. 4008)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>Phone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email:  gtaylor@ashbygeddes.com<br><br>-and-<br><br>**RIEMER & BRAUNSTEIN LLP**<br>Alan L. Braunstein (BBO #546042)<br>100 Cambridge Street, 22nd Floor<br>Boston, Massachusetts 02114<br>(617) 880-3516<br>Email:  abraunstein@riemerlaw.com<br><br>*Counsel for ToolsGroup, Inc. (as successor in interest of Onera, Inc.)* |