IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re : Chapter 11
: 
EXP OLDCO WINDDOWN, INC., *et al.*[1] : Case No. 24-10831 (KBO)
: 
: (Jointly Administered)
Debtors. :
: **Related to Docket No. 1256**
---------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF REQUEST OF DANBURY MALL, LLC, FORBES TAUBMAN ORLANDO, L.L.C. AND FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE** that on January 30, 2025, Danbury Mall, LLC, Forbes Taubman Orlando, L.L.C. and FRIT San Jose Town and Country Village, LLC (collectively, the "Landlords"), by and through their undersigned counsel, filed a Motion for Allowance and Payment of Administrative Expense Claims (the "Request") (D.I. 1256).

**PLEASE TAKE FURTHER NOTICE** that Landlords hereby withdraw the Request.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Dated: June 9, 2025
Wilmington, Delaware

/s/ *Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
Margaret A. Vesper (DE No. 6995)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
          roglenl@ballardspahr.com
          vesperm@ballardspahr.com

and

Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: (424) 204-4400
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
          zarnighiann@ballardspahr.com

*Counsel to Danbury Mall, LLC, Forbes Taubman Orlando, L.L.C. and FRIT San Jose Town and Country Village, LLC*