## SCHEDULE A

| **DANBURY MALL, LLC** |
| **Store No.** | **Shopping Center** | **City, State** | **Administrative Claim Amount** | **Exhibit No.** |
| --- | --- | --- | --- | --- |
| 159 | Danbury Fair Mall | Danbury, CT | $60,199.92 | 1 |

| **FORBES TAUBMAN ORLANDO, L.L.C.** |
| **Store No.** | **Shopping Center** | **City, State** | **Administrative Claim Amount** | **Exhibit No.** |
| --- | --- | --- | --- | --- |
| 958 | The Mall at Millenia | Orlando, FL | $3,826.84 | 2 |

| **FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC** |
| **Store No.** | **Shopping Center** | **City, State** | **Administrative Claim Amount** | **Exhibit No.** |
| --- | --- | --- | --- | --- |
| 4016 | Santana Row | San Jose, CA | $762.69 | 3 |