**CERTIFICATE OF SERVICE**

    I, Leslie C. Heilman, Esquire hereby certify that on this 9th day of June, 2025, I caused a true and correct copy of the *NOTICE OF WITHDRAWAL OF REQUEST OF DANBURY MALL, LLC, FORBES TAUBMAN ORLANDO, L.L.C. AND FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS* to be served electronically upon all parties that have opted in to receive notice via CM/ECF.

Dated: June 9, 2025
Wilmington, Delaware

                                              */s/ Leslie C. Heilman*
                                              Leslie C. Heilman (DE Bar No. 4716)
                                              BALLARD SPAHR LLP