IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 13, 2025
AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTERS:**

1. Plan Administrator's Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1370; filed: 04/30/25]

   Response Deadline:  May 21, 2025 at 4:00 p.m.

   Responses Received:

   A. Informal response from Bellevue Square, LLC

   B. Informal response from Sangertown Square, L.L.C.

   C. Informal response from PREP Hillside Real Estate LLC

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

Related Documents:

D. Declaration of Arthur Almeida in Support of Plan Administrator's Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1370-3; filed: 04/30/25]

E. Notice of Withdrawal of Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1300 of Bellevue Square, LLC Only [Docket No. 1383; filed: 05/07/25]

F. Notice of Withdrawal of Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1501 of Sangertown Square, L.L.C. Only [Docket No. 1397; filed: 05/22/25]

G. Notice of Submission of Proofs of Claim [Docket No. 1402; filed: 05/29/25]

H. Order Sustaining Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1403, signed and docketed: 05/29/25]

Status: The claim objection has been withdrawn as to Bellevue Square, LLC and Sangertown Square, L.L.C.  As to all other claims subject to the claim objection, on May 29, 2025, the Court entered an order sustaining this claim objection.

2. Administrative Claim and Request for Payment of Motives International Limited [Docket No. 1251; filed: 01/30/25]

Response Deadline:  February 28, 2025 at 4:00 p.m.; extended to June 6, 2025 for the Plan Administrator

Responses Received:  None

Related Documents:  None

Status:  The motion has been resolved by agreement.  Claimant will be filing a notice withdrawing the motion.

3. Administrative Claim and Request for Payment of Motives International (Hong Kong) Limited [Docket No. 1253; filed: 01/30/25]

Response Deadline:  February 28, 2025 at 4:00 p.m.; extended to June 6, 2025 for the Plan Administrator

Responses Received:  None

<u>Related Documents</u>:  None

<u>Status</u>:  The motion has been resolved by agreement.  Claimant will be filing a notice withdrawing the motion.

**<u>CONTINUED MATTER:</u>**

4. Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

   <u>Response Deadline</u>:  February 12, 2025 at 4:00 p.m.; extended to June 30, 2025 for the Plan Administrator

   <u>Responses Received</u>:  None to date

   <u>Related Documents</u>:

   A. Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

   <u>Status</u>: This motion is continued to the omnibus hearing scheduled for July 11, 2025 at 10:00 a.m.

Dated: June 11, 2025

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:     (302) 421-6898
Email:          luke.murley@saul.com

  -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:     (212) 679-5359
Facsimile:     (212) 972-2245
Email:          bscott@klestadt.com

*Counsel. for the Plan Administrator*