## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Caden C. Calvanico, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 11, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing Scheduled for June 13, 2025 At 1:00 P.M. (Prevailing Eastern Time) Before the Honorable Karen B. Owens, U.S. Bankruptcy Court Judge** (Docket No. 1410)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: June 17, 2025

*Caden Calvanico*
Caden C. Calvanico

State of Colorado    )
                     )  SS.
County of Denver     )

Subscribed and sworn before me this 17th day of June 2025 by Caden C. Calvanico.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# **<u>Exhibit A</u>**

Document Ref: 2I3VV-KZZLF-R6FDK-PFBAU



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Bellevue Square, LLC | | PO Box 908 | | Bellevue | WA | 98009 | |
| Bellevue Square, LLC | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | 10500 NE 8th Street | Suite 850 | Bellevue | WA | 98004 |
| Korea Trade Insurance Corporation | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. | 1313 N Market Street | 6th Floor | Wilmington | DE | 19801 |
| Korea Trade Insurance Corporation [as assignee of GG International Manufacturing Co., Ltd.] | c/o M. Zachary Bluestone, P.C. | 1717 K Street | Suite 900 | Washington | DC | 20006 | |
| Motives International (Hong Kong) Limited and Motives International Limited | Attn: Corey Baggett | 525 Seventh Avenue | Suite 1502 | New York | NY | 10018 | |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | 2222 Market Street | Philadelphia | PA | 19103 | |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | 101 Park Avenue | New York | NY | 10178 | |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N Market Street | Suite 2201 | Wilmington | DE | 19801 |
| MOTIVES INTERNATIONAL LIMITED | | 9/F YORK HOUSE, THE LANDMARK | 15 QUEENS RD CENTRAL | Honk Kong | | | Hong Kong |
| Motives International Limited | Attn: Corey Baggett | 525 Seventh Ave | Ste 1502 | New York | NY | 10018 | |
| Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N Market Street | Suite 2201 | Wilmington | DE | 19801 |
| Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild | 2222 Market Street | Philadelphia | PA | 19103 | |
| Prep Hillside Real Estate LLC | | PO Box 715151 | | Cincinnati | OH | 45271-5151 | |
| PREP Hillside Real Estate LLC | Attn: David A. Meranus, David M. Meranus & Vivian Knight | 5905 E. Galbraith Road | Suite 100 | Cincinnati | OH | 45236 | |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | 1313 N Market Street | Suite 1201 | Wilmington | DE | 19801 |
| Sangertown Square L.L.C. | c/o The Clinton Exchange | 4 Clinton Square | | Syracuse | NY | 13202-1078 | |
| Sangertown Square, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Bellevue Square, LLC | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | natalie@illuminatelg.com |
| Korea Trade Insurance Corporation | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik | astulman@potteranderson.com<br>jrisener@potteranderson.com<br>esulik@potteranderson.com |
| Motives International (Hong Kong) Limited and Motives International Limited | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |
| Motives International Limited | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild | john.goodchild@morganlewis.com |
| Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |
| PREP Hillside Real Estate LLC | Attn: David A. Meranus, David M. Meranus & Vivian Knight | | david.meranus@preppg.com<br>vivian.knight@preppg.com |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | kcapuzzi@beneschlaw.com<br>dbrogan@beneschlaw.com |
| Sangertown Square, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1