## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DISRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*, Debtors. | Case No. 24-10831 (KBO) |
| | (Jointly Administered) |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that 1552 Broadway Retail Owner LLC., holder of the following general unsecured claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule #: 2636021 | 1552 Broadway Retail Owner LLC | $907,870.82 | Project Pine Operations OldCo, LLC | 24-10838 |
| Schedule #: 2636029 | 1552 Broadway Retail Owner LLC | $871,996.77 | Project Pine Operations OldCo, LLC | 24-10838 |
| Claim #: 1534 | 1552 Broadway Retail Owner LLC | $25,008,713.37 | Project Pine Operations OldCo, LLC | 24-10838 |
| Claim #: 1327 | 1552 Broadway Retail Owner LLC | $1,302,815.47 | EXP OldCo Winddown, Inc. | 24-10831 |
| Claim #: 1335 | 1552 Broadway Retail Owner LLC | $1,302,815.47 | Project Pine Operations OldCo, LLC | 24-10838 |
| Claim #: 1533 | 1552 Broadway Retail Owner LLC | $25,008,713.37 | EXP OldCo Winddown, Inc. | 24-10831 |

**Former Address:**
1552 Broadway Retail Owner LLC
c/o SL Green Realty Corp.
Attn: Neil Kessner
One Vanderbilt Avenue
New York, NY 10017

**New Address for all Notices/Payments/Distributions:**
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830
Email: tradeclaimsgroup@contrariancapital.com

Thank you,

1552 Broadway Retail Owner LLC
By: *[signature]*
Name: Andre S. Leurce
Title: Chief Legal Office
Date: June 25, 2025