IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| Express BNBS Fashion, LLC | ) | |
| | ) | |
| | ) | |
| | ) | 24-10840 |
| | ) | 24-10831 |
| Debtor | ) | |

NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No. 24-10840, jointly administered with lead case, Case No. 24-10831. The claim was listed on the claims register as Claim No. 1651. U.S. Customs and Border Protection hereby withdraws in its entirety its claim (#1651) previously filed in this case.

DATE: 06/23/2025

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

STRETTO

JUN 3 0 2025

RECEIVED





8899 E 56th Street
Indianapolis, IN 46249

**U.S. Customs and Border Protection**

06/23/2025

Express, Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Re:   Express BNBS Fashion, LLC
      Case Number: 24-10840 (jointly administered under case No. 24-10831)

Dear Sir/Madam:

Enclosed are our Notice of Withdrawal of Claim for the above referenced bankruptcy cases. Please file the notices.

If you have any questions regarding these cases, please make immediate contact by sending an e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

*Erin Gudaitis*

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

*Enclosures*



**FROM:**

U.S. Customs and Border Protection
Revenue Division, Bankruptcy Team
Attn: Mail Stop 203-JA
8899 E 56th Street
Indianapolis, IN 46249-3300

**TO:**

Express, Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

USPS TRACKING #
9488 8090 0027 6345 3544 05

PRIORITY MAIL
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED