United States Bankruptcy Court

District of Delaware

In re: EXP OldCo Winddown, Inc.                              Chapter 11

Case No. 24-10831

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that NEXT MANAGEMENT LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
NEXT MANAGEMENT LLC
40 Fulton Street
New York NY, 10038

New Address
NEXT MANAGEMENT LLC
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

NEXT MANAGEMENT LLC

By:_____

Name:__Milie Pellet_____

Title:____CFO_____

Date: 7/7/2025