IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) <br> **Re: Docket No. 1416** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated July 9, 2025, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 cases:

| Date & Time |
|---|
| September 11, 2025 at 10:30 a.m. |
| October 1, 2025 at 9:30 a.m. |
| November 18, 2025 at 9:30 a.m. |

Dated: July 10th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

55853905.2 07/09/2025