IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1239 |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
STIPULATION OF PARTIAL RESOLUTION OF REQUEST
FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF
KOREA TRADE INSURANCE CORPORATION**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On January 29, 2025, the Korea Trade Insurance Corporation ("Korea Trade" or "Claimant") filed its *Motion for Allowance and Immediate Payment of Administrative Expense Claims* [Docket No. 1239], which has been assigned Claim number 1806 by the claims agent, Stretto, Inc. ("Claim 1806"), alleging an administrative expense claim in the total amount of $2,189,806.29 and composed of an administrative expense claim in the amount of $1,698,198.05, which was assigned to Claimant by Molaxtrading Limited ("Molax")[2], an administrative expense claim in the amount of $6,624.00, which was assigned to Claimant by

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2] On January 8, 2025, Claimant filed a *Partial Transfer of Claim Other Than for Security*, providing notice of the transfer of a claim by Molax to Claimant. *See* Docket No. 1207.

2

Hansoll Textile Ltd. ("Hansoll")[3] and an administrative expense claim in the amount of $484,984.24, which was assigned to Claimant by GG International Manufacturing Co., Ltd. ("GG International").[4]

2. After an exchange of information and arm's length negotiations between Korea Trade and the Plan Administrator (collectively, the "Parties"), the Parties have determined that it is in their best interests to resolve certain issues in connection with Claim 1806. The Parties have entered into a stipulation (the "Stipulation") memorializing the agreement between the Parties.

3. A proposed form of order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order") and the Stipulation is attached as **Exhibit 1** to the Proposed Order.

[Remainder of page left intentionally blank]

---

[3] On January 8, 2025, Claimant filed a *Partial Transfer of Claim Other Than for Security*, providing notice of the transfer of a claim by Hansoll to. *See* Docket No. 1209.

[4] On January 8, 2025, Claimant filed a *Partial Transfer of Claim Other Than for Security*, providing notice of the transfer of a claim by GG International to Claimant. *See* Docket No. 1206.

55870310.2

**WHEREFORE**, the Plan Administrator respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation and such other and further relief as is just and proper.

Dated: July 14, 2025

        **SAUL EWING LLP**

        */s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6898
        Email:   luke.murley@saul.com

        -and-

        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
        Christopher Reilly
        200 West 41st Street, 17th Floor
        New York, NY 10036-7203
        Telephone: (212) 679-5359
        Facsimile: (212) 972-2245
        Email:   creilly@klestadt.com

        *Counsel for the Plan Administrator*