# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian Murley, Esquire, hereby certify that on July 14, 2025, a copy of the *Certification of Counsel Regarding Order Approving Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the following party.

James R. Risener III, Esquire
Aaron H. Stulman, Esquire
Ethan H. Sulik, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Fl.
Wilmington, DE 19801
jrisener@potteranderson.com
astulman@potteranderson.com
esulik@potteranderson.com

**SAUL EWING LLP**

By: */s/ Lucian Murley*
Lucian Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6898

Dated: July 14, 2025

55870310.2