## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 14, 2025 at 9:30 a.m. (ET)**<br>**Objection Deadline: August 5, 2025 at 4:00 p.m. (ET)** |

### NOTICE OF SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B)
### AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

TO:    The United States Trustee for the District of Delaware, all Claimants listed on Schedules 1–4 to the Proposed Order accompanying the attached objection, and all parties who have previously requested notice pursuant to Bankruptcy Rule 2002.

On July 15, 2025, the *Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1* (the "Objection") was filed with the Court. Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") in the above-captioned chapter 11 cases, by and through his undersigned counsel, seeks to alter your rights by disallowing one or more of your claims.

Responses, if any, to the relief requested in the Objection are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **August 5, 2025 at 4:00 p.m. (ET)** and served upon the undersigned counsel for the Plan Administrator.

In addition, if you have timely filed a written response and wish to oppose the Objection, you or your attorney must attend the hearing on the Objection scheduled to be held on **August 14, 2025 at 9:30 a.m. (ET)** before the Honorable Karen B. Owens, Chief Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

---

[1]    The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 15, 2025

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
      Lucian B. Murley (DE Bar No. 4892)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE 19899
      Telephone: (302) 421-6898
      Email:    luke.murley@saul.com

      -and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:    bscott@klestadt.com
         creilly@klestadt.com

*Counsel for the Plan Administrator*