# **EXHIBIT A**

**Proposed Order**

55770653.3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.,*[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re:  Docket No. _____** |

**ORDER SUSTAINING SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, modifying the Misclassified Claims, disallowing in part the Overstated Claims, modifying and disallowing in part the Overstated and Misclassified Claims, and disallowing the No Liability Claims set forth on Schedules 1, 2, 3, and 4 attached hereto, and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1]  The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

55770653.3

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained as set forth herein.

2. The Misclassified Claims set forth on the attached **Schedule 1** are hereby modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Reclassified Claim."

3. The Overstated Claims set forth on the attached **Schedule 2** are hereby disallowed in part to reflect the correct value of the claims (or portions of the claims) as reflected under the heading "Reclassified Claim."

4. The Overstated and Modified Claims set forth on the attached **Schedule 3** are hereby modified to reflect the correct priority status of the claims (or portions of the claims) and disallowed in part to reflect the correct value of the claims (or portion of the claims) as reflected under the heading "Reclassified Claim."

5. The No Liability Claims set forth on the attached **Schedule 4** are hereby disallowed and expunged in their entirety.

6. The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with terms of this Order.

7. To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

8. The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify,

and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

9. To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

10. The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

# Schedule 1

## Misclassified Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 1 Misclassified Claims**

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| CITY OF WARWICK | 369 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$16,340.18<br>$0<br><br>$16,340.18 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,668.84<br>$8,671.34<br><br>$16,340.18 | A portion of this claim is for unpaid personal property taxes for 2022 and is therefore not entitled to priority status under section 507(a)(8)(b) of the Bankruptcy Code. That portion should be reclassified as general unsecured. |
| Garrison, Ellen | 1790 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$110,400.00<br>$0<br><br>$110,400.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$110,400.00<br><br>$110,400.00 | The claimant's proof of claim form asserts a priority basis for the entire amount under section 507(a)(4) of the Bankruptcy Code. But based on the proof of claim itself, no wages were earned during the 180 day priority period under section 507(a)(4) under the Bankruptcy Code. No other valid basis for priority claim is articulated in the proof of claim. The Debtors' books and records do not support a priority claim for wages or otherwise. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Greenville County Tax Collector Office | 461 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,715.75<br>$0<br><br>$2,715.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,715.75<br><br>$2,715.75 | This claim is for unpaid property taxes for 2013 and is therefore not entitled to priority status under section 507(a)(8)(b) of the Bankruptcy Code. |
| Orinoco Studio Inc. | 1841 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $15,024.00<br>$0<br>$0<br>$0<br><br>$15,024.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$15,024.00<br><br>$15,024.00 | This claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |

## Schedule 2

**Overstated Claims**

55770653.3

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Claim Objections - Schedule 2 Overstated Claims

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | 1159 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$203,144.20<br><br>$203,144.20 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$156,618.70<br><br>$156,618.70 | The Debtor's Books and Records do not support amounts asserted in the claimant's proof of claim. The claimant did not provide supporting materials (e.g., purchase orders, invoices, etc.) in its proof of claim. |
| Batallure Beauty, LLC | 1313 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$650,533.52<br><br>$650,533.52 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$261,600.00<br><br>$261,600.00 | The claimant did not include purchase order or invoice numbers in its proof of claim. The Debtors' Books and Records support the $261,600 amount asserted for goods delivered to the Debtors; however, there are no records that support the remaining $388,933.52 portion of the asserted balance. |
| Bernardo Manufacturing Ltd. | 1078 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,162,339.25<br><br>$2,162,339.25 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,678,754.15<br><br>$1,678,754.15 | Upon a review of the Debtors' Books and Records, a $483,585.10 portion of this proof of claim relates to goods that were not shipped to the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such, the Debtors have no liability for $483,585.10 of this claim. |
| Charter Ventures Ltd | 637 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,924,350.84<br><br>$2,924,350.84 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$991,987.29<br><br>$991,987.29 | Upon review of the Debtors' Books and Records, a $1,779,667.20 portion of this proof of claim relates to goods that were not shipped to the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such, the Debtors have no liability for $1,779,667.20 of this claim.<br><br>Separately, a $152,696.35 portion was paid on 06/26/2024 with payment reference no. 008867. |
| Commission Junction LLC and applicable affiliates | 871 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,791,047.06<br><br>$4,791,047.06 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,731,987.71<br><br>$4,731,987.71 | This claim pertains to amounts accrued under two program agreements which were both terminated prior to the Petition Date. Upon review of the Debtors' Books and Records, the Plan Administrator believes the claim overstates amounts owed by $59,059.35 and should be reduced accordingly. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Contrarian Funds, LLC [as Assignee of US Apparel & Textiles (Pvt.) Ltd] | 818 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,816,133.80<br><br>$3,816,133.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,291,549.88<br><br>$1,291,549.88 | Upon review of the Debtors' Books and Records, a $2,296,970.68 portion of the claimant's claim relates to goods that were not shipped. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such, the Debtors have no liability for $2,296,970.68 of this claim for goods and trim that were never shipped.<br><br>Separately, a $227,613.24 portion of the claimant's claim was paid on 06/26/2024 with payment reference no. 008867. |
| Crown Wears Pvt Ltd. | 429 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$962,256.66<br><br>$962,256.66 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$924,123.49<br><br>$924,123.49 | The claimant's claim should be reduced by $38,133.17 for payment received on 06/26/2024 with payment reference no. 008867. |
| DataSpan Holdings Inc | 1086 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $4,028.84<br>$0<br>$0<br>$66,084.77<br><br>$70,113.61 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $4,028.84<br>$0<br>$0<br>$46,443.79<br><br>$50,472.63 | The Debtors' Books and Records do not support amounts asserted in the general unsecured portion of this claim. The proof of claim does not provide prima facie evidence of the validity and amount of the general unsecured portion of the claim. |
| DDR Urban LP [SITE Centers Corp.] | 1607 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$210,770.34<br><br>$210,770.34 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$180,900.84<br><br>$180,900.84 | The claimant's proof of claim asserted a general unsecured claim of $210,770.34 in connection to a lease. Pursuant to the Debtors' Books and Records, the claim should be reduced to $180,900.84. A $14,214.82 portion for August 2024 rent was satisfied on 8/5/2024 with payment ref. no. 6162055. Pursuant to the rejection order, the lease described in the documentation attached to the claimant's proof of claim was rejected effective 8/31/2024. Therefore, a $14,214,82 portion of the claim for September 2024 should be reduced from the claim's total amount. Finally, a $1,439.86 portion of the claim should be reduced from the total amount because it is not supported by the Debtors' Books and Records. |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | 616 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,284,899.84<br><br>$1,284,899.84 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$256,396.85<br><br>$256,396.85 | The rejection damage amount asserted by the claimant in its proof of claim was calculated for the remaining life of the lease instead of applying the statutory limit pursuant to section 502(b)(6) of the Bankruptcy Code. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| HLD (HK) Trading Limited | 1706 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,092,026.67<br><br>$1,092,026.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$930,891.22<br><br>$930,891.22 | A $63,136.91 portion of this claim relates to raw materials purchased by the claimant for undelivered, unfinished goods that were ordered but subsequently canceled by the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods and raw materials that were not shipped to the Debtors. As such, the Debtors are not liable for the $63,136.91 worth of materials purchased by the creditor.<br><br>Additionally, a $94,842.24 portion of this claim was satisfied by wire payment on 07/20/2024 with payment reference no. 008914. Finally, a separate $3,156.30 portion of this claim was satisfied by a memorandum of understanding. |
| Kenilworth Creations Inc | 454 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$790,746.75<br><br>$790,746.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$496,274.85<br><br>$496,274.85 | Upon a review of the Debtors' Books and Records, a $289,137.75 portion of this proof of claim pertains to goods that were never shipped to the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors or for purchase orders that were canceled. As such, the Debtors have no liability for $289,137.75 in goods that were not shipped to the Debtors. |
| KL Primetex, SA | 600 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,019,508.19<br><br>$1,019,508.19 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$915,681.34<br><br>$915,681.34 | The claimant asserts a general unsecured claim of $1,019,508.19 in its proof of claim. Pursuant to the Debtors' Books and Records, the claimant's claim should be reduced to $915,681.34. A $103,747.37 portion of the claimant's claim was satisfied on 6/26/2024 with payment ref. no. 008867 and a $79.48 portion of the claim was satisfied on 3/15/2024 with payment ref. no. 008663. |
| Millcraft Paper Company | 1005 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$383,914.63<br><br>$383,914.63 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$286,155.20<br><br>$286,155.20 | A $97,759.43 portion of the claimant's claim was satisfied by a commensurate payment on 12/10/2024 with payment reference no. 7002640. |
| MOLAXTRADING LIMITED | 1117 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $598,752.67<br>$0<br>$0<br>$1,372,083.47<br><br>$1,970,836.14 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$272,638.09<br><br>$272,638.09 | The claimant's proof of claim asserts $598,752.67 is entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code and $1,147,409.51 is entitled to administrative priority pursuant to section 503(b)(1)(A) of the Bankruptcy Code. The asserted amount entitled to administrative priority pursuant to section 503(b)(1)(A) of the Bankruptcy Code was erroneously classified as general unsecured in the claimant's proof of claim.<br><br>The entire administrative portion of this claim was transferred to Korea Trade (D.I. 1257). |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| New Tristar Leader Trading Company Ltd | 895 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,231,595.78<br><br>$2,231,595.78 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,287,752.33<br><br>$1,287,752.33 | Upon review of the Debtors' Books and Records, a portion of the claimant's proof of claim pertains to completed goods that were never shipped to the Debtors ($209,964.18), goods that were in progress as of the date the proof of claim was filed but were never shipped to the Debtors ($694,607.22), and purchase orders that were canceled prior to shipment ($39,272.05). The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors or for purchase orders that were canceled. As such, the Debtors have no liability for the aggregate $943,843.45 balance. |
| POLAR GOOSE CLOTHING CO LTD | 736 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,043,199.05<br><br>$3,043,199.05 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,547,683.48<br><br>$1,547,683.48 | The claimant's proof of claim includes $1,495,515.57 of invoices that were previously paid across several payments and payment dates. A detailed list of payment reference numbers can be made available. |
| Shahi Exports Private Limited | 1052 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$5,689,304.00<br><br>$5,689,304.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,217,497.00<br><br>$4,217,497.00 | The claim amount should be reduced to $4,217,497.00 per the Debtors' Books and Records. The Debtors paid a $469,708.46 portion of the claimant's claim on 8/24/2024 with payment ref. no. 008958, a $730,293.55 portion on 8/10/2024 with payment ref. no. 008942, and a $45,696.60 portion on 6/26/2024 with payment ref. no. 008867. A $226,108.39 portion of the claim was assumed by Phoenix. |
| SONG HONG GARMENT JOINT STOCK COMPANY | 515 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,747,966.85<br><br>$1,747,966.85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$726,739.73<br><br>$726,739.73 | Upon a review of the Debtors' Books and Records, a $809,051.18 portion and a separate $9,540.10 portion of this proof of claim relates to goods and trim respectively that were not shipped to the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods and trim that were not shipped to the Debtors. As such, the Debtors have no liability for $818,581.28 of this claim.<br><br>Additionally, an aggregate $202,635.84 was paid against the remaining balance on 06/26/2024 and 08/10/2024. |
| Tal Global Alliances Limited | 1284 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$796,069.52<br><br>$796,069.52 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$374,411.67<br><br>$374,411.67 | Upon a review of the Debtors' Books and Records, a $347,188.83 portion of this proof of claim pertains to raw materials that were not shipped and a $49,374.62 portion of this proof of claim pertains to in-progress goods that were not shipped. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such, the Debtors have no liability for $396,563.45 of this claim.<br><br>Separately, a $25,094.40 portion of the claimant's claim was paid via wire on 09/18/2024 with payment reference no. 008997. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| TIEN TIEN GARMENT JOINT STOCK COMPANY | 1051 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,009,795.09<br><br>$1,009,795.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,048.28<br><br>$2,048.28 | Upon a review of the Debtors' Books and Records, a $74,946.29 portion of the claimant's claim is for raw materials related to unshipped, unfinished goods. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As a result, the Debtors have no liability for $74,946.29 of this claim.<br><br>Separately, the claimant was paid $932,800.52 for asserted amounts attributable to shipped goods. The payment was made on 08/17/2024 with payment reference no. 008943. |
| Viva Knitwear Factory Limited | 240 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$203,863.13<br><br>$203,863.13 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$191,417.85<br><br>$191,417.85 | A $12,445.28 portion of the claimant's claim was satisfied by a commensurate payment on 12/11/2024 with payment reference no. 00000872/5. |

**Schedule 3**

**Overstated and Misclassified Claims**

55770653.3

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 3 Overstated & Misclassified Claims**

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| HGP TIC, LLC | 1495 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $39,641.89<br>$0<br>$0<br>$0<br><br>$39,641.89 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,110.80<br><br>$7,110.80 | This claim is for postpetition rent and other charges. The asserted $39,641.89 claim amount is based on $47,665.06 total charges, net of $8,023.17 payments. The claimant's proof of claim does not reflect an additional $27,425.00 of payments made on 06/04/2024, 07/26/2024, and 09/23/2024, with payment reference nos. 6160500, 6161626, and 7000329, respectively.<br><br>Additionally, the claimant's $47,665.06 value includes $5,106.09 of erroneous charges due to a miscalculation of April rent and the inclusion of utilities charges after the store had been vacated.<br><br>Lastly, the Debtors' Books and Records indicate the net remaining $7,110.80 balance is for unpaid prepetition rent. As a result, the Plan Administrator believes its status should be reclassified to non-priority, general unsecured. |
| Wondersauce, LLC | 1283 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$191,098.48<br>$0<br><br>$191,098.48 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$181,998.55<br><br>$181,998.55 | The claimant asserts a claim for prepetition services and prepetition and postpetition copyright infringement.  However, the total $191,098.48 amount asserted in the claimant's proof of claim and supporting documentation is specifically for prepetition services. Therefore, the claimant's claim is not entitled to priority status under section 507(a)(2) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim.<br><br>Separately, the Debtors' books and records do not support amounts asserted in this claim. Accordingly, the claim should be reduced and reclassified as a general unsecured claim in the amount of $181,998.55. |

## Schedule 4

## No Liability Claims

55770653.3

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 4 No Liability Claims**

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reason for Disallowance |
|---|---|---|---|---|
| Artistic Milliners PVT Ltd | 1143 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,471,720.45<br><br>$3,471,720.45 | The claimant's proof of claim is for raw material goods that were not shipped. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. Furthermore, the documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records and there is no history of payments to this claimant. As such, the Debtors have no liability. |
| Bailey, Kathleen | 770 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$14,850.00<br><br>$30,000.00 | The Debtors' Books and Records do not support a valid claim against the Debtors. The claimant's proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Choi & Shin's Co., Ltd. | 1654 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,070,789.80<br><br>$3,070,789.80 | Upon a review of the Debtors' Books and Records, a $2,052,395.93 portion of this claim was subsumed by claim no. 1174, while the balance pertains to cancelled purchase orders that were not shipped to the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such the Debtors have no liability. |
| DHRUV GLOBALS LIMITED | 1230 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$271,974.00<br><br>$271,974.00 | The claimant's proof of claim is for cancelled purchase orders and unshipped goods. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As a result, the Debtors have no liability. |
| Duckwoo Corporation [WTEX] | 1032 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$583,902.95<br><br>$583,902.95 | The claimant's proof of claim contains data with various factories. However, no invoices, purchase order history, or payment history can be found in the documents available to the Plan Administrator under "Duckwoo Corporation [WTEX]" and the proof of claim does not list a date or receipt. The Plan Administrator cannot determine the date of "receipt" of the goods provided. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reason for Disallowance |
|---|---|---|---|---|
| Freedom Denim Corp | 271 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,395,596.85<br><br>$1,395,596.85 | The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| GG International Manufacturing Co., Ltd. | 1615 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $1,502,921.74<br>$0<br>$0<br>$4,871,408.04<br><br>$6,374,329.78 | Products from this vendor were purchased through Pacific Buying & Marketing Service, Ltd. The administrative section 503(b)(9) of the Bankruptcy Code portion of the claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $1,856,414.31 was paid on 12/31/2024 with payment ref no. 009071 and 009073, which satisfied a number of claims, including this one.<br><br>Additionally, a portion of the general unsecured claim amount of $4,019,001.66 is fully subsumed within claim no. 1174 held by Pacific Marketing & Buying. The balance of the general unsecured claim amount of $852,373.80 is for cancelled purchase orders.<br><br>Accordingly, the Debtors have no liability for this claim. |
| Haimerl, Carol | 573 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$35,750.00<br>$250.00<br><br>$36,000.00 | The claimant is a former employee, and this proof of claim is for lost wages, vacation, and health insurance. The Debtors' Books and Records indicate WARN payments were made to the claimant at the time of release, and the proof of claim does not provide prima facie evidence of the validity and amounts asserted by the claimant. |
| HANGZHOU REALEVER TEXTILES CO.,LTD | 1130 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$975,561.62<br><br>$975,561.62 | The claimant's proof of claim contains data with various factories. However, no invoices, purchase order history, or payment history can be found in the documents available to the Plan Administrator under "Hangzhou Realever Textiles Co., LTD" and the proof of claim does not list a date or receipt. |
| Hansoll Textile Ltd. | 834 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $18,960.50<br>$0<br>$0<br>$0<br><br>$18,960.50 | The claimant's proof of claim included documentation submitted to MGF Sourcing Far East Ltd. The Debtors have no liability to the claimant. |
| HK HONGBO TRADE LIMITED | 601 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $10,618.72<br>$0<br>$0<br>$21.28<br><br>$10,640.00 | The purchase orders included in the claimant's proof of claim were submitted to HK HongBo Trade Limited from LI & Fung Trading Limited. The Debtors have no liability to HK HongBo Trade Limited. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reason for Disallowance |
|---|---|---|---|---|
| Juarez Ruiz, Hellen [Hellen Zaragoza] | 622 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$0<br><br>$0 | The claimant asserted no amount in their proof of claim. The credit card statement provided in the proof of claim does not provide prima facie evidence of the validity or amount of the claim. |
| KongFong Textile Group Co. Ltd. | 1233 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $59,428.85<br>$0<br>$0<br>$0<br><br>$59,428.85 | The purchase orders included in the claimant's proof of claim were submitted to KongFong Textile Group from Tien Tien Garment Joint Stock Company. The Debtors have no liability to KongFong Textile Group Co., Ltd. |
| Marsh USA LLC [Bowring Marsh (Bermuda) Limited] | 1340 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$121,935.00<br><br>$121,935.00 | The Debtors' Books and Records do not support amounts asserted in the claimant's proof of claim. The proof of claim does not provide prima facie evidence of the validity and amount of the general unsecured portion of the claim. |
| Shandong Lanyan Textiles Co., Ltd. | 303 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$273,259.74<br><br>$273,259.74 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Shaoxing Xuyan Textile co;ltd | 985 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$273,403.00<br><br>$273,403.00 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Shaoxing Manzhen Textile Co., Ltd | 942 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$315,979.00<br><br>$315,979.00 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| South Asia Enterprises Limited | 822 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$15,744.26<br><br>$15,744.26 | The Debtors' Books and Records do not support a valid claim against the Debtors. The amount asserted in the claimant's proof of claim is for cancelled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reason for Disallowance |
|---|---|---|---|---|
| South Asia Enterprises Limited | 993 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$35,632.90<br><br>$35,632.90 | The Debtors' Books and Records do not support a valid claim against the Debtors. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Texbank Limited [UnitedTex Enterprise Ltd. Co] | 1223 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $312,972.42<br>$0<br>$0<br>$0<br><br>$312,972.42 | The purchase orders included in the claimant's proof of claim were submitted to Texbank Limited from Tien Tien Garment Joint Stock Company. The Debtors have no liability to Texbank Limited. |
| Texport Overseas Pvt Ltd | 796 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,049,620.00<br><br>$1,049,620.00 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Visionland Co.,Ltd | 1106 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$498,166.52<br><br>$498,166.52 | The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Wells, Jefferson [Experis Finance, ManpowerGroup] | 1796 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $2,205.00<br>$0<br>$0<br>$0<br><br>$2,205.00 | The Debtors' Books and Records do not support amounts asserted in this claim. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| XINGTAI H & J TEXTILES CO., LTD | 306 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$79,153.95<br><br>$79,153.95 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| YOUNGBO WORLDWIDE CO.,LTD | 1115 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$90,901.31<br><br>$90,901.31 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reason for Disallowance |
|---|---|---|---|---|
| Ziff Davis, LLC | 16 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$80,860.21<br><br>$80,860.21 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |

Total Amount:    $19,448,738.11