## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc. *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 15, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (Docket No. 1422)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

Furthermore, on July 15, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Korea Trade Insurance Corporation, c/o Potter Anderson & Corroon LLP, Attn: Aaron H. Stulman, James R. Risener II, and Ethan H. Sulik at 1313 N. Market Street, 6th Floor, Wilmington, DE 19801, and via electronic mail on Korea Trade Insurance Corporation, Attn: Aaron H. Stulman, James R. Risener II, and Ethan H. Sulik at astulman@potteranderson.com, jrisener@potteranderson.com, and esulik@potteranderson.com:

- **Order Approving Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation** (Docket No. 1423)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 18, 2025

*Aurelie Blanadet*
_____
Aurelie I. Blanadet

State of Colorado          )
                          ) SS.
County of Denver          )

Subscribed and sworn before me this 18th day of July 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | c/o Legal Department | Attn: Adam Crickman | 4988 Great America Parkway | Suite 100 | Santa Clara | CA | 95054 | |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | Plot No 4 & 8, Sector 25, Korangi Industrial Area, | | | Karachi | Sindh | 74900 | Pakistan |
| Artistic Milliners Pvt Ltd | c/o RTS Financial Group, LLC | Attn: Aaron Reaney | 302 NE 72nd Drive | Suite 9-329 | Vancouver | WA | 98661 | |
| Bailey,Sarah | | Address on File | | | | | | |
| Batallure Beauty, LLC | Attn: William Harn | 212 Carnegie Ctr | 101 | | Princeton | NJ | 08540-6212 | |
| Batallure Beauty, LLC | c/o Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Michael Weinstein | 711 Third Avenue | | New York | NY | 10017 | |
| Bernardo Manufacturing Ltd. | c/o Cozen O'Connor | Attn: Gregory F. Fischer | 1201 North Market St | Suite 1001 | Wilmington | DE | 19801 | |
| Bernardo Manufacturing, Ltd. | Attn: Gregg Castelluci, Joshua Swift | 54 Taylor Dr | | | East Providence | RI | 02916 | |
| Carol Haimerl | | Address on File | | | | | | |
| Charter Ventures Ltd | Attn: Irene Chan | 6A/F Chiap Luen Industrial Bldg | 30-32 Kung Yip Street | | Kwai Chung | N.T. | | Hong Kong |
| Choi & Shin's Co., Ltd. | Attn: David Nealy | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 | |
| Choi & Shin's Co., Ltd. | Man Ho Moon | 8, Yangpyeong-Ro 25-Gil, Yeongdeungpo-Gu | | | Seoul | | | Korea |
| City of Warwick | Attn: Kyla A Jones | 3275 Post Rd | | | Warwick | RI | 02886 | |
| Commission Junction LLC | | 530 East Montecito Street | | | Santa Barbara | CA | 93103 | |
| Commission Junction LLC and applicable affiliates | c/o Locke Lord LLP | Attn: Hanna J. Redd; Jonathan W. Young | 111 Huntington Ave. | 9th Floor | Boston | MA | 02199 | |
| Contrarian Funds | Attn: Trade Claims Group | 411 West Putnam Avenue | Suite 425 | | Greenwich | CT | 06830 | |
| Contrarian Funds, LLC [as Assignee of US Apparel & Textiles (Pvt.) Ltd] | Attn: Trade Claims Group | 411 West Putnam Avenue | Ste 425 | | Greenwich | CT | 06830 | |
| Crown Wears Pvt Ltd. | Attn: Mustaziul Shovon Islam s/o Mazharul Islam | Zamirdia, Bhaluka | | | Mymensingh | | 2240 | Bangladesh |
| Crown Wears Pvt Ltd. | c/o Pryor Cashman LLP | 7 Times Square | | | New York | NY | 10036 | |
| DataSpan Holdings Inc | Attn: Accounts Receivable | PO Box 671356 | | | Dallas | TX | 75267-1356 | |
| DataSpan Holdings Inc | Attn: Kevin Krautkramer | 13755 Hutton Drive, Suite 300 | | | Farmers Branch | TX | 75234 | |
| DDR Urban LP [SITE Centers Corp.] | Attn: Laura Bunjevac, Executive Vice President-Leasing ,Federal I.D. # 34-1861748 | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 | |
| Dhruv Globals Limited | Attn: Shri Ram Goyal & Sivadasan Nambiar | 14th Milestone, Faridabad | | | Faridabad | Haryana | 121003 | India |
| Duckwoo Corporation [WTEX] | Attn: Jaecheol Lee | 31-32, Gongdan-Ro 4-Gil, Waegwan-Eup, | Chilgok-Gun | | Gyeongsangbuk-do | | | Republic of Korea |
| Freedom Denim | Attn: Jenny Xia | Rm 910, SITC, No 2201 | West Yan'an Road | Changning District, | Shanghai | | | China |
| Freedom Denim Corp | | 515 Greenwich | 501 , 5th floor | | Nyc | NY | 10013 | |
| Freedom Denim Ltd | Attn: Jason Gao/Jenny Xia | Room 1201,12/f | Tai Sang Bank Building | 130-132 Des Voeux Road | Central Hong Kong | | | China |
| Garrison,Ellen | | Address on File | | | | | | |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 | |
| GG International Manufacturing Co., Ltd. | Attn: James Lee | GG Bldg 192 | Jang Chuing Dan Ro Jung-Gu | | Seoul | | | Korea |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | c/o The Taubman Company | Attn: Francesca Lousia | 200 East Long Lake Road | Suite 300 | Bloomfield Hills | MI | 48304-2324 | |
| Greenville County Tax Collector Office | | 301 University Ridge | Suite S-1100 | | Greenville | SC | 29601 | |
| Hangzhou Realever Textiles Co.,Ltd | Attn: Anita Liu and Hunter Wang | Room 1708-1713 | Huachuang Building | No 511 Jianye Road, Binjiang | Hangzhou | Zhejiang | 310052 | China |
| Hansoll Textile Ltd. | Attn: Willie Jeon | Hansoll Textile Bldg | 268, Sonpa-daero | Songpa-gu | Seoul | Korea | 5719 | Korea |
| Hgp Tic, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |
| Hk Hongbo Trade Limited | Attn: Betty | No.26 SongShan Road, ChenWu Village HouJie Town | | | DongGuan | GuangDong Province | 523960 | China |
| Hk Hongbo Trade Limited | | Flat 1602, 16/F, Lucky Centre | No 165-171, Wan Chai Road | | Hong Kong | Hong Kong | | China |
| HLD (HK) Trading Limited | Attn: Steven Chen | Unit 05, 37/F | Cable TV Tower, 9 Hoi Shing Road | | Hong Kong | | | China |
| Jefferson Wells [Experis Finance, ManpowerGroup] | Attn: Daniel G. Hildebrandt | 100 Manpower Place | | | Milwaukee | WI | 53212 | |
| Jefferson Wells [Experis Finance, ManpowerGroup] | c/o Experis US | 29973 Network Place | | | Chicago | IL | 60673-1299 | |
| Juarez Ruiz,Hellen [Hellen Zaragoza] | | Address on File | | | | | | |
| Kenilworth Creations Inc | Attn: Helen Ormond | PO Box 9541 | | | Providence | RI | 02940 | |
| Kenilworth Creations Inc. | Attn: Helen M Ormond | 30 Jefferson Park Rd | Unit A | | Warwick | RI | 02888 | |
| KongFong Textile Group Co. Ltd. | Attn: Olive Pu & Hellen He | Room 708, No. 1555 Lianhua Road | Minhang District | | ShangHai | | 200233 | China |
| Marsh USA LLC [Bowring Marsh (Bermuda) Limited] | Attn: Diana Winn | 12421 Meredith Drive | Ste 300 BK-1 | | Urbandale | IA | 50398 | |
| Marsh USA LLC [Bowring Marsh (Bermuda) Limited] | Attn: Matthew Dunn | 1166 Avenue of the Americas | | | New York | NY | 10036 | |
| Millcraft Paper Company | c/o David Hegeman, CFO | 9000 Rio Nero Dr | | | Independence | OH | 44131-5502 | |
| Molaxtrading Limited | | 7,8 Floor Youone Bldg | 116 Seosomun-Ro | Jung-Gu | Seoul | | 04513 | KOREA |
| New Tristar Leader Trading Company Ltd | Attn: Eleanor Leung and Clara Law | Estrada Da Areia Preta | No 52 Edf Ind | Kwong Yiu, 1 Andar | Macau | | | China |
| New Tristar Leader Trading Company Ltd | Attn: Roy Delbyck | 929 Star House | 3 Salisbury Road | TST, Kowloon | Hong Kong | | | China |
| Orinoco Studio Inc. | Attn: Evan Cisneros | 6140 55th Ave | | | Vero Beach | FL | 32967 | |
| Polar Goose Clothing Co Ltd | Attn: Zhengfa Shen | Zhenxi 88 | | | Huzhou | Zhejiang | 313012 | China |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 2



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Shahi Exports Private Limited | Attn: Mr. Ramalingam | N0-37 / 1B , 43/2, 43/3, Arekere Village | Bannergatta Main Road | | Bangalore | Karnataka | 560076 | India |
| Shahi Exports Private Limited | Attn: Mr. Uppili Sarangarajan & B. Parameswaran | Industrial Plot - 1 | Sector -28 | | Faridabad | Haryana | 121008 | India |
| Shandong Lanyan Textiles Co., Ltd. | Attn: Kelly Liu | 1518 Dongmen Road, Zhoucun | | | Zibo | Shandong | | China |
| Shaoxing Xuyan Textile co;ltd | Attn: Ronnie Zheng and Shuyun Wang | No.13 Caojiang Road Economic Development Zone | | | Shaoxing | Zhejiang | 312000 | China |
| Shaoxing Manzhen Textile Co., Ltd | Attn: Rita & Zequi Hong | Room 1603, Union World, Qianqing, Keqiao | | | Shaoxing | Zhejiang | 312025 | China |
| Song Hong Garment Joint Stock Company | Mr Bui VIet Quang | 105 Nguyen Duc Thuan Street, Quang Trung Ward | | | Nam Dinh City | Nam Dinh | 420000 | Vietnam |
| South Asia Enterprises Limited | Attn: Vincent Chang, Jay Lung | 3/F, South Asia Group Building | 108 How Ming Street | Kwun Tong | Kowloon | | 0000 | Hong Kong |
| Tal Global Alliances Limited | Attn: Regina Cheung | Tal Building 3rd Floor | 49 Austin Road | | Kowloon | | | Hong Kong |
| Texbank Limited | Attn: Mavis Liu | No 28 XingMing Street | Industrial Park, Suzhou | JiangSu | Suzhou | | | China |
| Texbank Limited [UnitedTex Enterprise Ltd. Co] | | Unit C & D, 18/F | Montery Plaza, No 15 | Chong Yip Street, Kwun Tong | Hong Kong | | | China |
| Texport Overseas Pvt Ltd | Attn: Ritesh Soni | No. 86, D-1, Yeshwanthpur Industrial Suburb | 2nd Stage | Yeshwanthpur | Bangalore | Karnataka | 560022 | India |
| Tien Tien Garment Joint Stock Company | Attn: Tran Van Dung | No 234, Section 6 | Ward 9 | My Tho City | Tien Giang Province | | | Viet Nam |
| Visionland Co.,Ltd | Attn: William Kwon | 13F, Jiadu Building, No.719 West Yan'an Road | | | Shanghai | | 200050 | CHINA |
| Viva Knitwear Factory Limited | Attn: Grace Poon, Philip Chu | 5/F Henley Industrial Centre | 9-15 Bute Street | Mongkok | Kowloon | | 999077 | Hong Kong |
| Welldont Int'l Group (H.K) Limited | Attn: Steven Wang | Mnc 2016 Rm1007 10/F Ho Hing | Ctr2-16 Fa Yuen St Mongkok KI Hongkong | | Hong Kong | | | China |
| Wondersauce, LLC | Attn: Robert Figa | 100 W. Big Beaver Rd., Ste. 650 | | | Troy | MI | 48084 | |
| XIngtai H & J Textiles Co., Ltd | Yinghua Street Development Zone | | | | XIngtai | Hebei | 054001 | China |
| Youngbo Worldwide Co.,Ltd | Attn: Kim Seung Young | 5/F~6/F, 245, Neungdong-ro, Gwangjin-gu, | Seoul, Republic of Korea | | Seoul | | 04998 | Republic of Korea |
| Ziff Davis, LLC | Attn: Julianna Orgel-Eaton, Diana Martinez | 115 5th Ave | 14th Floor | | New York | NY | 10011 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 2

Document Ref: XLRRS-67NPT-CFSHJ-EHARQ

Page 5 of 9

# Exhibit B



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | c/o Legal Department | Attn: Adam Crickman | adam.crickman@encora.com |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | | zubair.waheed@artisticmilliners.com |
| Artistic Milliners Pvt Ltd | c/o RTS Financial Group, LLC | Attn: Aaron Reaney | aaronr@rtsfg.com |
| Bailey,Sarah | | | Email on File |
| Batallure Beauty, LLC | c/o Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Michael Weinstein | mweinstein@golenbock.com |
| Bernardo Manufacturing Ltd. | c/o Cozen O'Connor | Attn: Gregory F. Fischer | gfischer@cozen.com |
| Bernardo Manufacturing, Ltd. | Attn: Gregg Castelluci, Joshua Swift | | jswift@bernardomfg.com<br>jswift1243@gmail.com |
| Carol Haimerl | | | Email on File |
| Charter Ventures Ltd | Attn: Irene Chan | | irene@cvlhk.com |
| Choi & Shin's Co., Ltd. | Attn: David Nealy | | david.nealy@limnexus.com |
| Choi & Shin's Co., Ltd. | Man Ho Moon | | mh_moon@choishins.com |
| CIty of Warwick | Attn: Kyla A Jones | | kyla.a.jones@warwickri.gov |
| Commission Junction LLC and applicable affiliates | c/o Locke Lord LLP | Attn: Hanna J. Redd;<br>Jonathan W. Young | hanna.redd@lockelord.com<br>jonathan.young@lockelord.com |
| Contrarian Funds | Attn: Trade Claims Group | | jhjung@klguate.com |
| Contrarian Funds, LLC [as Assignee of US Apparel & Textiles (Pvt.) Ltd] | Attn: Trade Claims Group | | tradeclaimsgroup@contrariancapital.com |
| Crown Wears Pvt Ltd. | Attn: Mustazirul Shovon Islam s/o Mazharul Islam | | uma@sparrow-group.com |
| Crown Wears Pvt Ltd. | c/o Pryor Cashman LLP | | cchiu@pryorcashman.com |
| DataSpan Holdings Inc | Attn: Accounts Receivable | | ardataspan@dataspan.com |
| DataSpan Holdings Inc | Attn: Kevin Krautkramer | | kkrautkramer@dataspan.com<br>tlisk@dataspan.com |
| DDR Urban LP [SITE Centers Corp.] | Attn: Laura Bunjevac, Executive Vice President-Leasing ,Federal I.D. # 34-1861748 | | lbunjevac@sitecenters.com |
| Dhruv Globals Limited | Attn: Shri Ram Goyal & Sivadasan Nambiar | | srgoyal@dhruvglobals.com<br>sivadasan@dhruvglobals.com<br>chetan@dhruvglobals.com |
| Duckwoo Corporation [WTEX] | Attn: Jaecheol Lee | | duckwoo@duckwoo.kr<br>jane@duckwoo.kr |
| Freedom Denim | Attn: Jenny Xia | | jenny@freedomdenim.com |
| Freedom Denim Corp | | | shwaita@freedomdenim.com |
| Freedom Denim Ltd | Attn: Jason Gao/Jenny Xia | | jenny@freedomdenim.com |
| Garrison,Ellen | | | Email on File |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | | david.nealy@limnexus.com |
| GG International Manufacturing Co., Ltd. | Attn: James Lee | | jameslee@ggkorea.co.kr |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | c/o The Taubman Company | Attn: Francesca Lousia | mkj@taubman.com<br>mzkjackson@gmail.com |

In re: EXP Oldco Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 3



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Greenville County Tax Collector Office | | | emccrary@greenvillecounty.org |
| Hangzhou Realever Textiles Co.,Ltd | Attn: Anita Liu and Hunter Wang | | anita@realevertex.com |
| Hansoll Textile Ltd. | Attn: Willie Jeon | | hsexp@hansoll.com |
| Hgp Tic, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com avrooman@barclaydamon.com |
| Hk Hongbo Trade Limited | Attn: Betty | | betty@shengxishoes.com |
| HLD (HK) Trading Limited | Attn: Steven Chen | | steven.chen@czhld.com |
| Jefferson Wells [Experis Finance, ManpowerGroup] | Attn: Daniel G. Hildebrandt | | daniel.hildebrandt@manpowergroup.com |
| Juarez Ruiz,Hellen [Hellen Zaragoza] | | | Email on File |
| Kenilworth Creations Inc. | Attn: Helen M Ormond | | helen@kenilworthcreations.com |
| KongFong Textile Group Co. Ltd. | Attn: Olive Pu & Hellen He | | olivepu@kongfongtex.com hellenhe@kongfongtex.com |
| Marsh USA LLC [Bowring Marsh (Bermuda) Limited] | Attn: Diana Winn | | diana.winn@mmc.com matt.kunze@mmc.com |
| Marsh USA LLC [Bowring Marsh (Bermuda) Limited] | Attn: Matthew Dunn | | matthew.dunn01@mmc.com |
| Millcraft Paper Company | Attn: David Hegeman, CFO | | hegemand@millcraft.com |
| Molaxtrading Limited | | | yslee@molaxtrading.com peter@molaxtrading.com |
| New Tristar Leader Trading Company Ltd | Attn: Eleanor Leung and Clara Law | | clara@newtristar.com roydelbyck@delbycklawoffices.com |
| New Tristar Leader Trading Company Ltd | Attn: Roy Delbyck | | roydelbyck@delbycklawoffices.com |
| Orinoco Studio Inc. | Attn: Evan Cisneros | | evan@orinoco-studio.com |
| Polar Goose Clothing Co Ltd | Attn: Zhengfa Shen | | micky@plgsfs.com |
| Shahi Exports Private Limited | Attn: Mr. Ramalingam | | rama@shahi.co.in raghavendra.kaloor@shahi.co.in |
| Shahi Exports Private Limited | Attn: Mr. Uppili Sarangarajan & B. Parameswaran | | uppili.sarangarajan@shahi.co.in bala.parameswaran@shahi.co.in krishna.vardhan@shahi.co.in |
| Shandong Lanyan Textiles Co., Ltd. | Attn: Kelly Liu | | cuirz@sdlanyan.com kellyliu@sdlanyan.com wenjing.shi@texhong.com |
| Shaoxing Xuyan Textile co;ltd | Attn: Ronnie Zheng and Shuyun Wang | | ronnie@xuyan.cn |
| Shaoxing Manzhen Textile Co., Ltd | Attn: Rita & Zequi Hong | | sales@manzhentex.com |
| Song Hong Garment Joint Stock Company | Mr BUI VIET QUANG | | quang@songhong.vn |
| South Asia Enterprises Limited | Attn: Vincent Chang, Jay Lung | | vincentchang@southasiagroup.com jaylung@southasiagroup.com |
| Tal Global Alliances Limited | Attn: Regina Cheung | | reginacheung@talapparel.com |
| Texbank Limited | Attn: Mavis Liu | | mavis_liu@unitedtex.com |

In re: EXP Oldco Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: XLRRS-67NPT-CFSHJ-EHARQ



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Texbank Limited [UnitedTex Enterprise Ltd. Co] | | | mavis_liu@unitedtex.com |
| Texport Overseas Pvt Ltd | Attn: Ritesh Soni | | ritesh.soni@to-blr.com |
| Tien Tien Garment Joint Stock Company | Attn: Tran Van Dung | | trandung@tientien.com.vn |
| Visionland Co.,Ltd | Attn: William Kwon | | sale3@visionlandinc.com |
| Viva Knitwear Factory Limited | Attn: Grace Poon, Philip Chu | | grace.poon@vivaknit.com philip.chu@vivaknit.com |
| Welldont Int'l Group (H.K) Limited | Attn: Steven Wang | | ronnie@xuyan.cn |
| Wondersauce, LLC | Attn: Robert Figa | | rfiga@dflaw.com |
| XIngtai H & J Textiles Co., Ltd | Yinghua Street Development Zone | | andey@cnbluediamond.com |
| Youngbo Worldwide Co.,Ltd | Attn: KIM SEUNG YOUNG | | exbc@ybtex.com |
| Ziff Davis, LLC | Attn: Julianna Orgel-Eaton, Diana Martinez | | diana.martinez@ziffdavis.com |

In re: EXP Oldco Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 3