# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: EXP OldCo Winddown, Inc.

Debtor(s)

Case No. 24-10831
Lead Case No. 24-10831
☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2025  
Petition Date: 04/22/2024

Plan Confirmed Date: 12/17/2024  
Plan Effective Date: 12/31/2024

This Post-confirmation Report relates to:  ○ Reorganized Debtor  
● Other Authorized Party or Entity: Plan Administrator  
Name of Authorized Party or Entity

/s/ Lucian B. Murley  
Signature of Responsible Party  
07/21/2025  
Date

Lucian B. Murley  
Printed Name of Responsible Party  
Saul Ewing LLP  
1201 N. Market Street, Suite 2300  
Wilmington, DE 19899  
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name EXP OldCo Winddown, Inc.                                    Case No. 24-10831

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $2,564,957 | $4,328,643 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,564,957 | $4,328,643 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $38,214,536 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Kirkland & Ellis LLP | Lead Counsel | $0 | $12,602,058 | $0 | $0 |
| ii | Klehr Harrison Harvey Branzbu | Co-Counsel | $0 | $1,571,500 | $0 | $0 |
| iii | Stretto, Inc | Other | $0 | $51,572 | $0 | $0 |
| iv | Moelis & Company LLC | Financial Professional | $0 | $6,785,694 | $0 | $0 |
| v | PricewaterhouseCoopers LLP | Financial Professional | $0 | $654,899 | $0 | $0 |
| vi | KPMG LLP | Financial Professional | $0 | $71,989 | $0 | $0 |
| vii | Ernst & Young LLP | Financial Professional | $0 | $267,390 | $0 | $0 |
| viii | RCS Real Estate Advisors | Other | $0 | $1,000,000 | $0 | $0 |
| ix | M3 Advisory Partners, LP | Financial Professional | $0 | $8,220,305 | $0 | $0 |
| x | Kramer Levin Naftalis & Frank | Co-Counsel | $0 | $3,851,251 | $0 | $0 |
| xi | Saul Ewing LLP | Co-Counsel | $0 | $741,852 | $0 | $0 |
| xii | Province, LLC | Financial Professional | $0 | $2,396,026 | $0 | $0 |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name EXP OldCo Winddown, Inc.                                                                                                  Case No. 24-10831

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name EXP OldCo Winddown, Inc.                                        Case No. 24-10831

|          |   |   |   |   |   |
|----------|---|---|---|---|---|
| lxxii    |   |   |   |   |   |
| lxxiii   |   |   |   |   |   |
| lxxiv    |   |   |   |   |   |
| lxxv     |   |   |   |   |   |
| lxxvi    |   |   |   |   |   |
| lxxvii   |   |   |   |   |   |
| lxxviii  |   |   |   |   |   |
| lxxix    |   |   |   |   |   |
| lxxx     |   |   |   |   |   |
| lxxxi    |   |   |   |   |   |
| lxxxii   |   |   |   |   |   |
| lxxxiii  |   |   |   |   |   |
| lxxxiv   |   |   |   |   |   |
| lxxxv    |   |   |   |   |   |
| lxxxvi   |   |   |   |   |   |
| lxxxvi   |   |   |   |   |   |
| lxxxvi   |   |   |   |   |   |
| lxxxix   |   |   |   |   |   |
| xc       |   |   |   |   |   |
| xci      |   |   |   |   |   |
| xcii     |   |   |   |   |   |
| xciii    |   |   |   |   |   |
| xciv     |   |   |   |   |   |
| xcv      |   |   |   |   |   |
| xcvi     |   |   |   |   |   |
| xcvii    |   |   |   |   |   |
| xcviii   |   |   |   |   |   |
| xcix     |   |   |   |   |   |
| c        |   |   |   |   |   |
| ci       |   |   |   |   |   |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |

Debtor's Name EXP OldCo Winddown, Inc.                                                                                      Case No. 24-10831

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name EXP OldCo Winddown, Inc.                                                                                   Case No. 24-10831

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name EXP OldCo Winddown, Inc.    Case No. 24-10831

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $5,100,000 | $570,386 | $804,800 | $5,100,000 | 16% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $5,100,000 | $0 | $0 | $5,100,000 | 0% |
| d. General unsecured claims | $182,600,000 | $0 | $0 | $206,700,000 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:    12/31/2027

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

| Debtor's Name EXP OldCo Winddown, Inc. | Case No. 24-10831 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Tracy L. Klestadt | Tracy L. Klestadt |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 07/21/2025 |
| Title | Date |

Debtor's Name EXP OldCo Winddown, Inc.                                          Case No. 24-10831


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                   9

Debtor's Name EXP OldCo Winddown, Inc.                                    Case No. 24-10831


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                         10