**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 1260 |

**NOTICE OF WITHDRAWAL OF THE MOTION OF WPG LEGACY, LLC**
**FOR ALLOWANCE AND IMMEDIATE PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on January 31, 2025, WPG Legacy, LLC ("WPG") by and through their undersigned counsel, filed a Motion for Allowance and Immediate Payment of Administrative Expense Claims (the "Motion") (Docket No. 1260).

**PLEASE TAKE FURTHER NOTICE** that WPG hereby withdraws the Motion.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

|  |  |
|---|---|
| Dated: July 21, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br><br>*/s/ Susan E. Kaufman*<br>Susan E. Kaufman (DSB# 3381)<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>Tel: (302) 472-7420<br>Fax: (302) 792-7420<br>Email: skaufman@skaufmanlaw.com<br><br>-and-<br><br>Ronald E. Gold (OH Bar No. 0061351)<br>Erin P. Severini (OH Bar No. 0091487)<br>FROST BROWN TODD LLP<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>Tel: (513) 651-6800<br>Fax: (513) 651-6981<br>Email: rgold@fbtlaw.com<br>          eseverini@fbtlaw.com<br><br>**Counsel for WPG Legacy, LLC** |