IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC.., *et al.*, | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire, certify that I caused one true and correct copy of *Notice Of Withdrawal Of The Motion Of Wpg Legacy, LLC For Allowance And Immediate Payment Of Administrative Expense Claim* to be sent on July 21, 2025 in the matter indicated to the following:

**Via Email**

Kirkland &Ellis LLP
601 Lexington Avenue
New York, New York 10022
Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Nicholas M. Adzima
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
nicholas.adzima@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois, 60654
Charles B. Sterrett
charles.sterrett@kirkland.com

Klehr Harrison Harvey Branzburg LLP
919 North Market Street
Suite 1000
Wilmington, Delaware 19801
Domenic E. Pacitti,
Michael W. Yurkewicz,
Alyssa M. Radovanovich
dpacitti@klehr.com
myurkewicz@klehr.com
aradovanovich@klehr.com

Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, Pennsylvania 19103
Attn.: Morton R. Branzburg
mbranzburg@klehr.com

| | |
|---|---|
| Date:  July 21, 2025 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC |
| | */s/ Susan E. Kaufman* |
| | Susan E. Kaufman, (DSB# 3381) |
| | 919 North Market Street, Suite 460 |
| | Wilmington, DE 19801 |
| | (302) 472-7420 |
| | (302) 792-7420 Fax |
| | skaufman@skaufmanlaw.com |