## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc. *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### **AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 21, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the Office of the US Trustee of DE, Attn: John Schanne at 844 N King St #2207 Lockbox 35, Wilmington, DE 19801:

- **Post-Confirmation Report for Case Number 24-10831 (EXP OldCo Winddown, Inc.) for the Quarter Ending: 06/30/2025** (Docket No. 1425)

- **Post-Confirmation Report for Case Number 24-10832 (Project Pine TopCo Winddown, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1426)

- **Post-Confirmation Report for Case Number 24-10833 (Project Pine Holding OldCo, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1427)

- **Post-Confirmation Report for Case Number 24-10834 (Project Pine Finance OldCo Corp.) for the Quarter Ending: 06/30/2025** (Docket No. 1428)

- **Post-Confirmation Report for Case Number 24-10835 (Project Pine OldCo, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1429)

- **Post-Confirmation Report for Case Number 24-10836 (Project Pine Investments OldCo, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1430)

- **Post-Confirmation Report for Case Number 24-10837 (Project Pine Logistics OldCo, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1431)

- **Post-Confirmation Report for Case Number 24-10838 (Project Pine Operations OldCo, LLC) for the Quarter Ending: 06/20/2025** (Docket No. 1432)

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

- **Post-Confirmation Report for Case Number 24-10839 (Project Pine GC OldCo, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1433)

- **Post-Confirmation Report for Case Number 24-10840 (Project Pine Tropic OldCo, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1434)

- **Post-Confirmation Report for Case Number 24-10841 (Project Pine California OldCo, LLC) for the Quarter Ending: 06/30/2025** (Docket No. 1435)

- **Post-Confirmation Report for Case Number 24-10842 (Express Fashion Digital Services Costa Rica, S.R.L.) for the Quarter Ending: 06/30/2025** (Docket No. 1436)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 22, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                     ) SS.
County of  Arapahoe  )

Subscribed and sworn before me this 22nd day of July 2025 by Aurelie I. Blanadet.

*Briannica Briggs*
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029