IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EXP OldCo Winddown, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-10831 (KBO) <br><br> (Jointly Administered) |

## WITHDRAWAL OF CLAIM NO. 1796 FILED BY Jefferson Wells [Experis Finance, ManpowerGroup]

I, the undersigned party, am the creditor or an authorized signatory for the below referenced claim. I hereby withdraw the below-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the Debtor referenced below.

Creditor Name: **Jefferson Wells [Experis Finance, ManpowerGroup]**
Date Filed: 01-23-2025
Claim No. 1796
Debtor: EXP OldCo Winddown, Inc.
Case No. 24-10831
Total Amount of Claim Filed: $2205.00

Dated: 07-23-2025

*(signature)*

**Daniel Hildebrandt**
Senior Credit & AR Reporting Analyst
Corporate Credit Department
ManpowerGroup
T: 414-906-6939

daniel.hildebrandt@manpowergroup.com

## DEFINITIONS

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC Oldco, LLC (6092); Project Pine Tropic Oldco, LLC (3861); Project Pine California Oldco, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt

**Proof of Claim:** A form filed with the bankruptcy court clerk where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## INSTRUCTIONS

**Information about the creditor:** Insert the creditor name in the specified fields.

**Information about the claim being withdrawn:** Insert the Date Field, Claim No., Date Filed, Debtor Name, and Debtor Case Number as listed on the claim. Please visit https://cases.stretto.com/Express/claims/ to verify the details for the claim.

**Information about the signatory:** Insert the creditor name or authorized signatory name and contact information in the signatory fields. Sign and date the claim withdrawal forms.

**Submit the Form:** Completed claim withdrawal forms can be sent:

**via to Email:** TeamExpress@stretto.com

**or hard copy to:**

**Express Inc., et al. Claims Processing**
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602