IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| EXP Oldco Windown, Inc., et. al | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **Song Hong Garment Joint Stock Company**, holder of the following claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim # 515 | Song Hong Garment Joint Stock Company | $1,747,966.85 | Project Pine OldCo, LLC | 24-10835 |

**Former Address**:

Song Hong Garment Joint Stock Company
c/o Bui Viet Quang
105 Nguyen Duc Thuan Street
Thong Nhat Ward
Nam Dinh 420000
Vietnam
Email: quang@songhong.vn

**New Address:**
**Address for all Notice & Payments/Distributions:**
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830
Attn: Trade Claims Group
Email: tradeclaimsgroup@contrariancapital.com

Thank you,

By: _____
Name: Bui Viet Quang
Title: CEO
Date: July 23, 2025