## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 22, 2025 at 4:00 p.m. (ET)** |

### PLAN ADMINISTRATOR'S SECOND NOTICE OF SATISFACTION OF CLAIMS

Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby files this notice (the "Notice") identifying certain claims attached hereto on **Exhibit 1** (the "Fully Satisfied Claims") and **Exhibit 2** (the "Partially Satisfied Claims," and together with the Fully Satisfied Claims, the "Satisfied Claims") that were either satisfied in full or partially satisfied subsequent to April 22, 2024 (the "Petition Date"). In support of this Notice, the Plan Administrator respectfully states as follows:

### BACKGROUND

1. On the Petition Date, each of the Debtors filed a voluntary petition for relief under title 11 of the United States Code. These Chapter 11 Cases are being jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

55883785.2

2. On December 17, 2024, the Court entered an order [Docket No. 1150] confirming the *Joint Chapter 11 Plan of Exp OldCo Winddown, Inc. and its Debtor Affiliates* (the "Plan"). Article III.B of the Plan provides for, among other things, payment in full of Other Secured Claims and Other Priority Claims (as defined in the Plan).

3. To date, approximately 1,841 proofs of claim ("Proofs of Claim) have been filed. The Proofs of Claim are recorded on the official claims register (the "Claims Register") maintained by Stretto Inc., the agent retained by the Debtors (and now retained by the Plan Administrator) to assist with claims processing in these Chapter 11 Cases.

4. In the ordinary course of business, the Debtors maintained books and records (the "Books and Records") that reflect, among other things, the nature and amount of the liabilities owed to their creditors as of the Petition Date, as well as the satisfaction and payment of those liabilities after the Petition Date. Pursuant to Article X.I of the Plan, the Debtors provided the Plan Administrator and his professionals with access to the Books and Records to maximize the value of the Retained Causes of Action (as defined in the Plan).

## CLAIMS SATISFIED AFTER THE PETITION DATE

5. Upon review of the Debtor's Books and Records, the Plan Administrator has determined that the Satisfied Claims have been satisfied in full or partially after the Petition Date.

6. In order to maintain the accuracy of the Claims Register, the Plan Administrator intends to designate the Satisfied Claims on the Claims Register as having been satisfied in full or partially. The Plan Administrator is serving this Notice on the parties holding the Satisfied Claims to provide them with the opportunity to object.

55883785.2

**DEADLINE FOR RESPONSES**

7.      By this Notice, the Plan Administrator requests that any party holding a Satisfied Claim disputing the Plan Administrator's determination to file a written response (the "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware so that it is actually received no later than **4:00 p.m. eastern time on August 22, 2025** (the "Response Deadline").  Additionally, the Plan Administrator requests that each Response be served so as to be actually received on or before the Response Deadline by counsel for the Plan Administrator.  In the event a Response is filed, the Plan Administrator will attempt to resolve any issues informally with the filing party.  In the event that the parties are unable to reach a resolution, the Plan Administrator may request that the Court schedule a hearing on the matter.

**RESERVATION OF RIGHTS**

8.      The Plan Administrator expressly reserves its right to amend, modify, or supplement this Notice, and reserves his right to file objections to any claims in this Chapter 11 Case, including, without limitation, objections as to the amounts asserted in each of the Satisfied Claims or any other claims (filed or unfiled) against the Debtors' estates.

**SERVICE**

9.      This Notice will be served on: (a) the United States Trustee; (b) the holders of the Satisfied Claims; and (c) those persons who have requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Plan Administrator respectfully submits that no further notice is necessary.

Dated: July 31, 2025

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email:     luke.murley@saul.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:     bscott@klestadt.com
           creilly@klestadt.com

*Counsel for the Plan Administrator*