# Exhibit 1

**Fully Satisfied Claims**

## Exhibit 1 - Fully Satisfied Claims

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| Akamai Technologies, Inc. | 1011 | $399,033.00 | General Unsecured | The Debtors' contract with Akamai Technologies, Inc. was assumed and assigned, and the claimant was paid the cure amount as set forth in Exhibit 1 of D.I. 614 with payment reference no. 7001709 for $399,033.00 on 11/07/2024. |
| Argo Partners [as Assignee of CreatorIQ] | 819 | $18,529.00 | General Unsecured | The Debtors' contract with CreatorIQ was assumed and assigned, and the claimant was paid the cure amount as set forth Exhibit 1 of D.I. 556 with payment reference no. 024487 for $26,029.00 on 07/26/2024. |
| Artistic Milliners PVT Ltd | 211 | $124,296.00 | General Unsecured | Products from this vendor were purchased through Li & Fung. The entirety of this claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. A wire payment of $104,123.82 was paid on 06/26/2024 with payment ref no. 008867, which satisfied a number of claims including this one. |
| Berkshire PA Holdings LLC [Berkshire Mall LP] | 1281 | $19,941.81 | General Unsecured | This claim relates to the Debtors' lease of store 301. The lease of store 301 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 552. |
| Blackbox LLC | 959 | $4,888.19 | General Unsecured | This claim relates to the Debtors' lease of store 5048. The lease of store 5048 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 558. |
| Blue Yonder, Inc. | 627 | $230,732.74 | General Unsecured | The Debtors' contract with Blue Yonder, Inc. was assumed and assigned, and the claimant was paid the cure amount as set forth on Exhibit 1 of D.I. 1050 with payment ref. no. 7002579 for $230,732.74 on 12/4/2024. |
| CBL SM-Brownsville, LLC, by CBL & Associates Management, Inc., its managing agent | 327 | $0.00 | General Unsecured | This claim relates to the Debtors' lease of store 380. The lease of store 380 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 631. |
| CBL-TRS Friendly Center 2023, LLC, by CBL & Associates Management, Inc., its managing agent | 337 | $0.00 | General Unsecured | This claim relates to the Debtors' lease of store 552. The lease of store 552 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 631. |
| Crescent Bahuman Limited | 1832 | $172,475.83 | Administrative | This claim was satisfied by a $172,475.83 payment on 03/27/2025 with payment reference no. 20250327B6B7261F003653. |
| Cross Creek Mall SPE, L.P., by CBL & Associates Management, Inc., its managing agent | 338 | $0.00 | General Unsecured | This claim relates to the Debtors' lease of store 1910. The lease of store 1910 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 631. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| Domain Northside Retail Property Owner LP | 69 | $0.00 | General Unsecured | The claim relates to the Debtors' lease of store 5027. The lease of store 5027 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 558. |
| Lever Style LTD. | 935 | $1,866,373.00 | Administrative | The Debtors' Books and Records indicate this claim was satisfied by a wire payment of $1,589,181.09 on 07/05/2024 with payment ref no. 00000752/1 and the balance of the asserted claim amount of $277,191.91 was paid on 08/26/2024 with wire payment reference no. 00000785/1. |
| Mall Del Norte, LLC, by CBL & Associates Management, Inc., its managing agent | 333 | $0.00 | General Unsecured | This claim relates to the Debtors' lease of store 678. The lease of store 678 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 631. |
| New Jersey Natural Gas Company | 384 | $150.54 | Administrative | The Debtors' Books and Records indicate this claim was satisfied by electronic payments on 05/16/2024 and 05/29/2024, with payment reference nos. 4593064 and 4622827, respectively. |
| New Jersey Natural Gas Company | 383 | $46.20 | Administrative | The Debtors' Books and Records indicate this claim was satisfied by electronic payments on 05/16/2024 and 05/29/2024, with payment reference nos. 4593064 and 4622827, respectively. |
| Orient Fashion Exports (India) Private Limited | 572 | $10,287.75 | General Unsecured | The Debtor's Books and Records indicate this claim was fully satisfied via wire payment on 10/18/2024 with payment reference no. 00000831/1. |
| Pearland Ground LLC, by CBL & Associates Management, Inc., its managing agent | 328 | $0.00 | General Unsecured | This claim relates to the Debtors' lease of store 1878. The lease of store 1878 was assumed and assigned, and the claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of Docket No. 631. |
| Puget Sound Energy [PSE] | 975 | $264.81 | Administrative | The Debtors' Books and Records indicate this claim was satisfied by electronic payment on 07/02/2024, with payment reference no. 820EFT0001. |
| Rimini Street, Inc. | 951 | $450,417.00 | General Unsecured | The Debtors' contract with Rimini Street was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of D.I. 557 of $200,417.00 on 02/07/2025 with wire reference no. 000608. |
| Tanger Nashville, LLC | 1350 | $86,826.12 | General Unsecured | This claim relates to the Debtors lease of store 1843. The Debtors' lease for store 1843 was assumed and assigned, and the Claimant was paid the cure amount as set forth in Exhibit 1 of D.I. 553 of $124,986.00 on 6/29/2024 with payment ref. no. 6161168. |
| Tanger Properties Limited Partnership | 1355 | $1,986.81 | General Unsecured | This claim related to the Debtors' lease of store 1729. The Debtors' lease for store 1729 was assumed and assigned, and the Claimant did not object to the zero dollar cure amount as set forth in Exhibit 1 of D.I. 553. |
| The Brinell Clothing Inc | 228 | $1,333,451.00 | General Unsecured | This claim was satisfied by multiple payments, across multiple dates. Further payment details may be provided upon request. |

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| | **Total Satisfied** | **$4,719,699.80** | | |