# Exhibit 2

**Partially Satisfied Claims**

55883785.2

**Exhibit 2 - Partially Satisfied Claims**

| Name of Claimant | Claim Number | Asserted Claim Amount | | Paid or Satisfied | | Modified Claim Amount | | Reason |
|---|---|---|---|---|---|---|---|---|
| Crescent Bahuman Limited | 1575 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $207,410.33<br>$0<br>$0<br>$3,264,850.34<br><br>$3,472,260.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $207,410.33<br>$0<br>$0<br>$0<br><br>$207,410.33 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,264,850.34<br><br>$3,264,850.34 | The administrative portion of this claim was subsumed by claim no. 1839.<br><br>As described in claim no. 1839, the claimant acknowledges receipt of $34,934.50 payment. The remaining $172,475.83 balance was satisfied by a wire payment in the same amount on 03/27/2025 with payment reference number 20250327B6B7261F003653. |
| FRIT San Jose Town and Country Village, LLC | 1167 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $762.69<br>$0<br>$0<br>$76,783.60<br><br>$77,546.29 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $762.69<br>$0<br>$0<br>$0<br><br>$762.69 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$76,783.60<br><br>$76,783.60 | The administrative portion of this claim was paid on 05/08/2025 by a payment of $762.69 with a payment reference no. 1018. |
| Hansoll Textile Ltd. | 1391 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $6,624.00<br>$0<br>$0<br>$221,494.18<br><br>$228,118.18 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $6,624.00<br>$0<br>$0<br>$0<br><br>$6,624.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$221,494.18<br><br>$221,494.18 | The administrative portion of this claim was transferred to Korea Trade Insurance Corporation per D.I. 1257. |
| PT. Eratex Djaja Tbk. | 97 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $33,978.75<br>$0<br>$0<br>$61,718.51<br><br>$95,697.26 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $33,978.75<br>$0<br>$0<br>$0<br><br>$33,978.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$61,718.51<br><br>$61,718.51 | The administrative portion of this claim was paid on 09/19/2024, with payment reference no. 00000803/1. |
| Rexel USA, Inc. d/b/a Capitol Light | 1017 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $11,568.56<br>$0<br>$0<br>$107,676.90<br><br>$119,245.46 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $11,568.56<br>$0<br>$0<br>$0<br><br>$11,568.56 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$107,676.90<br><br>$107,676.90 | This administrative portion of this claim was satisfied on 05/08/2025 by a payment of $11,568.56 with a payment reference no. 1021. |

**Total Satisfied:** $260,344.33