## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc. *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Caden C. Calvanico, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 31, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Plan Administrator's Second Notice of Satisfaction of Claims** (Docket No. 1441)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 6, 2025

*Caden Calvanico*
Caden C. Calvanico

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 6th day of August 2025 by Caden C. Calvanico.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | 111 East Broadway | 11th Floor | Salt Lake City | UT | 84111 | |
| Akamai Technologies, Inc. | General Post Office | PO Box 26590 | | | New York | NY | 10087-6590 | |
| Argo Partners [as Assignee of CreatorIQ] | | 12 West 37th Street | Ste 900 | | New York | NY | 10018 | |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | Plot No 4 & 8, Sector 25, Korangi Industrial Area, | | | Karachi | Sindh | 74900 | Pakistan |
| Artistic Milliners Pvt Ltd | c/o RTS Financial Group, LLC | Attn: Aaron Reaney | 302 NE 72nd Drive | Suite 9-329 | Vancouver | WA | 98661 | |
| Berkshire PA Holdings LLC [Berkshire Mall LP] | Attn: Daniel Giannini | PO Box 25078 | | | Tampa | FL | 33622-5078 | |
| Berkshire PA Holdings LLC [Berkshire Mall LP] | c/o Berkshire Mall LP | Attn: Anthony Matinale | 150 Great Neck Rd | Ste 304 | Great Neck | NY | 11021 | |
| Berkshire PA Holdings LLC [Berkshire Mall LP] | c/o Namdar Realty | 150 Great Neck Rd | Ste 304 | | Great Neck | NY | 11021 | |
| Blackbox LLC | Attn: Karen Johnson | 2017 NW Vaughn St | #96038 | | Portland | OR | 97296 | |
| Blue Yonder, Inc. | Attn: Daniel J. Maynard | 15059 N. Scottsdale Rd | Ste 400 | | Scottsdale | AZ | 85254-2666 | |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | 2550 M Street NW | | Washington | DC | 20037 | |
| CBL SM-Brownsville, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| CBL SM-Brownsville, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | 2030 Hamilton Place Blvd | Ste 500 | | Chattanooga | TN | 37421 | |
| CBL-TRS Friendly Center 2023, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| CBL-TRS Friendly Center 2023, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | 2030 Hamilton Place Boulevard | Suite 500 | | Chattanooga | TN | 37421 | |
| Crescent Bahuman Limited | Attn: CFO | 45 A | OFF ZAFAR ALI ROAD | GULBERG 5 | LAHORE | PUNJAB | 54000 | PAKISTAN |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | 45-A Off Zahar Ali Rd | Gulberg 5 | | Lahore | | 54660 | Pakistan |
| Cross Creek Mall SPE, L.P., by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| Cross Creek Mall SPE, L.P., by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | 2030 Hamilton Place Blvd | Ste 500 | | Chattanooga | TN | 37421-6000 | |
| Domain Northside Retail Property Owner LP | Attn: James W. Geskey | 1819 Wazee Street | 2nd Floor | | Denver | CO | 80202 | |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | 999 18th Street | Suite 1230 S | Denver | CO | 80202 | |
| FRIT San Jose Town and Country Village, LLC | c/o Ballard Spahr LLP | Attn:  Leslie C. Heilman | 919 N. Market St. | 11th Floor | Wilmington | DE | 19801 | |
| Hansoll Textile Ltd. | Attn: Byongun Lee | 268, Songpa-daero | Songpa-gu | | Seoul | | 05719 | Korea, Republic of |
| Lever Style LTD. | | 1F, TinWe Masion 6 Liu Fang Road | Bao'an District | | Shenzhen | | | China |
| Lever Style LTD. | Attn: Robert S. Brady | 1000 N. King Street | | | Wilmington | DE | 19801 | |
| Lever Style LTD. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert Brady | 1000 N King St | | Wilmington | DE | 19801 | |
| Mall Del Norte, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| Mall Del Norte, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | 2030 Hamilton Place Blvd | Ste 500 | | Chattanooga | TN | 37421 | |
| New Jersey Natural Gas Company | | 1415 Wckyoff Rd | | | Wall | NJ | 07719 | |
| Orient Fashion Exports (India) Private Limited | Attn: Manish Sachar, Amit Suresh Sethi | E-45/14 | Okhla Industrial Area | Phase-2 | New Delhi | DELHI | 110020 | India |
| Pearland Ground LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| Pearland Ground LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | 2030 Hamilton Place Blvd | Ste 500 | | Chattanooga | TN | 37421 | |
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | AXA Tower 43rd Floor | Jl. Prof Dr. Satrio | KAV. 18 Karet Kuningan Setiabudi | Jakarta Selatan | Jakarta | 12940 | Indonesia |
| Puget Sound Energy [PSE] | c/o Vendor Collections BOT-01O | Attn: Shannon Justesen | P.O. Box 97034 | | Bellevue | WA | 98009-7034 | |
| Rexel USA, Inc. d/b/a Capitol Light | Attn: Chris Story | 500 Technology Court SE | Ste D | | Smyrna | GA | 30082 | |
| Rexel USA, Inc. d/b/a Capitol Light | c/o Ruberto, Israel & Weiner, PC | Attn: Daniel J. Goldberg | 225 State St | 7th Fl | Boston | MA | 02109 | |
| Rimini Street, Inc. | c/o Scott Hoffmann | 1700 S Pavillion Center Dr | Ste 330 | | Las Vegas | NV | 89135 | |
| Tanger Nashville, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| The Brinell Clothing Inc | Attn: Rahul Dewan | F-30/1 Okhla Industrial Area | Phase II | | New Delhi | | 110020 | India |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **Exhibit B**



## Exhibit B
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | ghofmann@ck.law |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | | zubair.waheed@artisticmilliners.com |
| Artistic Milliners Pvt Ltd | c/o RTS Financial Group, LLC | Attn: Aaron Reaney | aaronr@rtsfg.com |
| Berkshire PA Holdings LLC [Berkshire Mall LP] | Attn: Daniel Giannini | | danielg@namdarlle.com |
| Berkshire PA Holdings LLC [Berkshire Mall LP] | c/o Berkshire Mall LP | Attn: Anthony Matinale | anthony@namdarlle.com |
| Blackbox LLC | Attn: Karen Johnson | | karen.johnson@spectrumrea.com |
| Blue Yonder, Inc. | Attn: Daniel J. Maynard | | dan.maynard@blueyonder.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| CBL SM-Brownsville, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| CBL SM-Brownsville, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |
| CBL-TRS Friendly Center 2023, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| CBL-TRS Friendly Center 2023, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk<br>azia@ecbl.pk |
| Cross Creek Mall SPE, L.P., by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| Cross Creek Mall SPE, L.P., by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |
| Domain Northside Retail Property Owner LP | Attn: James W. Geskey | | JGeskey@northwoodinvestors.com |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| FRIT San Jose Town and Country Village, LLC | c/o Ballard Spahr LLP | Attn:  Leslie C. Heilman | heilmanl@ballardspahr.com<br>friedmanm@ballardspahr.com |
| Hansoll Textile Ltd. | Attn: Byongun Lee | | bulee@hansoll.com |
| Lever Style LTD. | Attn: Robert S. Brady | | rbrady@ycst.com |
| Lever Style LTD. | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert Brady | rbrady@ycst.com |
| Mall Del Norte, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| Mall Del Norte, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |
| Orient Fashion Exports (India) Private Limited | Attn: Manish Sachar, Amit Suresh Sethi | | manishsachar@orientfashions.com<br>amitsethi@orientfashions.com |
| Pearland Ground LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| Pearland Ground LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |

In re: EXP Oldco Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | | irianto@eratex.co.id bejoy.balakrishnan@busanagroup.com |
| Puget Sound Energy [PSE] | c/o Vendor Collections BOT-01O | Attn: Shannon Justesen | psevendorcollections@pse.com |
| Rexel USA, Inc. d/b/a Capitol Light | Attn: Chris Story | | chris.story@capitollight.com |
| Rexel USA, Inc. d/b/a Capitol Light | c/o Ruberto, Israel & Weiner, PC | Attn: Daniel J. Goldberg | djg@riw.com |
| Rimini Street, Inc. | c/o Scott Hoffmann | | shoffmann@riministreet.com |
| Tanger Nashville, LLC | Attn: Jennifer P. Himes | | Jennifer.Himes@tanger.com |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com donna.compton@tanger.com |
| The Brinell Clothing Inc | Attn: Rahul Dewan | | kuldeep@brinell.com rd@brinell.com |

In re: EXP Oldco Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: Y5G6M-G4WNA-GEIRT-M87KV