IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered)<br>Re:  Docket No. 1422 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On July 15, 2025, the *Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1422] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed by August 5, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Plan Administrator received informal responses from GG International Manufacturing Co., Ltd., Choi & Shin's Co., Ltd., Commission Junction LLC and applicable affiliates, Batallure Beauty, LLC, Bernardo Manufacturing Ltd., Texport Overseas Pvt. Ltd., and HGP TIC, LLC (collectively, the "**Responding Claimants**").

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

56005688.1

-2-

Based upon discussions and information exchanges with the Responding Claimants, the Plan Administrator and the Responding Claimants have agreed to continue the Objection as to their claims until the September 11, 2025 omnibus hearing at 10:30 a.m. (prevailing Eastern Time).

4. Also prior to the Objection Deadline, the Plan Administrator received an informal response from Crown Wears Pvt Ltd. ("**Crown**"). The Plan Administrator and Crown agreed to make certain modifications to Schedule 2 annexed to the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**") as to Crown's claim.

5. The Objection Deadline has passed and no other objections or responses were served upon the undersigned counsel or entered on the Court's docket.

6. The Responding Claimants' claims have been removed from the exhibits attached to the Revised Order.

7. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the original proposed order attached to the Objection.

8. The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order. Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

-3-

Dated: August 7, 2025                        **SAUL EWING LLP**

By: */s/ Lucian B. Murley*
   Lucian B. Murley (DE Bar No. 4892)
   1201 N. Market Street, Suite 2300
   P.O. Box 1266
   Wilmington, DE 19899
   Telephone: (302) 421-6898
   Email:    luke.murley@saul.com

      -and-

   **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
   Brendan M. Scott
   Christopher Reilly
   200 West 41st Street, 17th Floor
   New York, NY 10036-7203
   Telephone: (212) 679-5359
   Facsimile: (212) 972-2245
   Email:    bscott@klestadt.com
             creilly@klestadt.com

   *Counsel for the Plan Administrator*