# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., et al,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE THAT** Tiffany Strelow Cobb withdraws her appearance as counsel for Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC and requests that the Clerk of this Court, or any claims or noticing agent appointed in these cases, remove Ms. Cobb from the electronic and paper noticing matrix for this case. Ms. Cobb will be leaving the law firm of Vorys, Sater, Seymour and Pease LLP effective August 19, 2025.

Dated: August 8, 2025

Respectfully Submitted,

*/s/ Tiffany Strelow Cobb*
Tiffany Strelow Cobb (OH# 0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8322
Facsimile: (614) 464-8322
E-mail: tscobb@vorys.com

*Counsel for Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC*

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

2

**CERTIFICATE OF SERVICE**

I, Tiffany Strelow Cobb, hereby certify that on August 8, 2025, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* was served through the Court's CM/ECF system to all ECF participants registered in this case at the email address registered with the Court.

*/s/ Tiffany Strelow Cobb*
Tiffany Strelow Cobb