# Schedule 1

**Misclassified Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 1 Misclassified Claims**

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| CITY OF WARWICK | 369 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$16,340.18<br>$0<br>$16,340.18 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$7,668.84<br>$8,671.34<br>$16,340.18 | A portion of this claim is for unpaid personal property taxes for 2022 and is therefore not entitled to priority status under section 507(a)(8)(b) of the Bankruptcy Code. That portion should be reclassified as general unsecured. |
| Garrison, Ellen | 1790 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$110,400.00<br>$0<br>$110,400.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$110,400.00<br>$110,400.00 | The claimant's proof of claim form asserts a priority basis for the entire amount under section 507(a)(4) of the Bankruptcy Code. But based on the proof of claim itself, no wages were earned during the 180 day priority period under section 507(a)(4) under the Bankruptcy Code. No other valid basis for priority claim is articulated in the proof of claim. The Debtors' books and records do not support a priority claim for wages or otherwise. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| Greenville County Tax Collector Office | 461 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$2,715.75<br>$0<br>$2,715.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,715.75<br>$2,715.75 | This claim is for unpaid property taxes for 2013 and is therefore not entitled to priority status under section 507(a)(8)(b) of the Bankruptcy Code. |
| Orinoco Studio Inc. | 1841 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $15,024.00<br>$0<br>$0<br>$0<br>$15,024.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$15,024.00<br>$15,024.00 | This claim is for prepetition services, which are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |