# Schedule 2

**Overstated Claim**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 2 Overstated Claims**

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | 1159 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$203,144.20<br>$203,144.20 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$156,618.70<br>$156,618.70 | The Debtor's Books and Records do not support amounts asserted in the claimant's proof of claim. The claimant did not provide supporting materials (e.g., purchase orders, invoices, etc.) in its proof of claim. |
| Charter Ventures Ltd | 637 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,924,350.84<br>$2,924,350.84 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$991,987.29<br>$991,987.29 | Upon review of the Debtors' Books and Records, a $1,779,667.20 portion of this proof of claim relates to goods that were not shipped to the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such, the Debtors have no liability for $1,779,667.20 of this claim.<br><br>Separately, a $152,696.35 portion was paid on 06/26/2024 with payment reference no. 008867. |
| Contrarian Funds, LLC [as Assignee of US Apparel & Textiles (Pvt.) Ltd] | 818 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,816,133.80<br>$3,816,133.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,291,549.88<br>$1,291,549.88 | Upon review of the Debtors' Books and Records, a $2,296,970.68 portion of the claimant's claim relates to goods that were not shipped. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such, the Debtors have no liability for $2,296,970.68 of this claim for goods and trim that were never shipped.<br><br>Separately, a $227,613.24 portion of the claimant's claim was paid on 06/26/2024 with payment reference no. 008867. |
| Crown Wears Pvt Ltd. | 429 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$962,256.66<br>$962,256.66 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$929,721.16<br>$929,721.16 | The claimant's claim should be reduced by $32,535.50 for payment received on 06/26/2024 with payment reference no. 008867. |
| DataSpan Holdings Inc | 1086 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $4,028.84<br>$0<br>$0<br>$66,084.77<br>$70,113.61 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $4,028.84<br>$0<br>$0<br>$46,443.79<br>$50,472.63 | The Debtors' Books and Records do not support amounts asserted in the general unsecured portion of this claim. The proof of claim does not provide prima facie evidence of the validity and amount of the general unsecured portion of the claim. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| DDR Urban LP [SITE Centers Corp.] | 1607 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$210,770.34<br>$210,770.34 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$180,900.84<br>$180,900.84 | The claimant's proof of claim asserted a general unsecured claim of $210,770.34 in connection to a lease. Pursuant to the Debtors' Books and Records, the claim should be reduced to $180,900.84. A $14,214.82 portion for August 2024 rent was satisfied on 8/5/2024 with payment ref. no. 6162055.  Pursuant to the rejection order, the lease described in the documentation attached to the claimant's proof of claim was rejected effective 8/31/2024. Therefore, a $14,214.82 portion of the claim for September 2024 should be reduced from the claim's total amount. Finally, a $1,439.86 portion of the claim should be reduced from the total amount because it is not supported by the Debtors' Books and Records. |
| Green Hills Mall TRG LLC [The Mall at Green Hills] | 616 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,284,899.84<br>$1,284,899.84 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$256,396.85<br>$256,396.85 | The rejection damage amount asserted by the claimant in its proof of claim was calculated for the remaining life of the lease instead of applying the statutory limit pursuant to section 502(b)(6) of the Bankruptcy Code. |
| HLD (HK) Trading Limited | 1706 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,092,026.67<br>$1,092,026.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$930,891.22<br>$930,891.22 | A $63,136.91 portion of this claim relates to raw materials purchased by the claimant for undelivered, unfinished goods that were ordered but subsequently canceled by the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods and raw materials that were not shipped to the Debtors. As such, the Debtors are not liable for the $63,136.91 worth of materials purchased by the creditor.<br><br>Additionally, a $94,842.24 portion of this claim was satisfied by wire payment on 07/20/2024 with payment reference no. 008914. Finally, a separate $3,156.30 portion of this claim was satisfied by a memorandum of understanding. |
| Kenilworth Creations Inc | 454 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$790,746.75<br>$790,746.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$496,274.85<br>$496,274.85 | Upon a review of the Debtors' Books and Records, a $289,137.75 portion of this proof of claim pertains to goods that were never shipped to the Debtors.  The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors or for purchase orders that were canceled.  As such, the Debtors have no liability for $289,137.75 in goods that were not shipped to the Debtors. |
| KL Primetex, SA | 600 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,019,508.19<br>$1,019,508.19 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$915,681.34<br>$915,681.34 | The claimant asserts a general unsecured claim of $1,019,508.19 in its proof of claim. Pursuant to the Debtors' Books and Records, the claimant's claim should be reduced to $915,681.34.  A $103,747.37 portion of the claimant's claim was satisfied on 6/26/2024 with payment ref. no. 008867 and a $79.48 portion of the claim was satisfied on 3/15/2024 with payment ref. no. 008663. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Millcraft Paper Company | 1005 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$383,914.63<br>$383,914.63 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$286,155.20<br>$286,155.20 | A $97,759.43 portion of the claimant's claim was satisfied by a commensurate payment on 12/10/2024 with payment reference no. 7002640. |
| MOLAXTRADING LIMITED | 1117 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$598,752.67<br>$1,372,083.47<br>$1,970,836.14 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$272,638.09<br>$272,638.09 | The claimant's proof of claim asserts $598,752.67 is entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code and $1,147,409.51 is entitled to administrative priority pursuant to section 503(b)(1)(A) of the Bankruptcy Code. The asserted amount entitled to administrative priority pursuant to section 503(b)(1)(A) of the Bankruptcy Code was erroneously classified as general unsecured in the claimant's proof of claim.<br><br>The entire administrative portion of this claim was transferred to Korea Trade (D.I. 1257). |
| New Tristar Leader Trading Company Ltd | 895 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,231,595.78<br>$2,231,595.78 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,287,752.33<br>$1,287,752.33 | Upon review of the Debtors' Books and Records, a portion of the claimant's proof of claim pertains to completed goods that were never shipped to the Debtors ($209,964.18), goods that were in progress as of the date the proof of claim was filed but were never shipped to the Debtors ($694,607.22), and purchase orders that were canceled prior to shipment ($39,272.05). The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors or for purchase orders that were canceled. As such, the Debtors have no liability for the aggregate $943,843.45 balance. |
| POLAR GOOSE CLOTHING CO LTD | 736 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,043,199.05<br>$3,043,199.05 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,547,683.48<br>$1,547,683.48 | The claimant's proof of claim includes $1,495,515.57 of invoices that were previously paid across several payments and payment dates. A detailed list of payment reference numbers can be made available. |
| Shahi Exports Private Limited | 1052 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$5,689,304.00<br>$5,689,304.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,217,497.00<br>$4,217,497.00 | The claim amount should be reduced to $4,217,497.00 per the Debtors' Books and Records. The Debtors paid a $469,708.46 portion of the claimant's claim on 8/24/2024 with payment ref. no. 008958, a $730,293.55 portion on 8/10/2024 with payment ref. no. 008942, and a 45,696.60 portion on 6/26/2024 with payment ref. no. 008867. A $226,108.39 portion of the claim was assumed by Phoenix. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| SONG HONG GARMENT JOINT STOCK COMPANY | 515 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | <br><br><br>$1,747,966.85<br>$1,747,966.85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$726,739.73<br>$726,739.73 | Upon a review of the Debtors' Books and Records, a $809,051.18 portion and a separate $9,540.10 portion of this proof of claim relates to goods and trim respectively that were not shipped to the Debtors. The proof of claim cites no legal basis to support the Debtors' liability for goods and trim that were not shipped to the Debtors. As such, the Debtors have no liability for $818,581.28 of this claim.<br><br>Additionally, an aggregate $202,635.84 was paid against the remaining balance on 06/26/2024 and 08/10/2024. |
| Tal Global Alliances Limited | 1284 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | <br><br><br>$796,069.52<br>$796,069.52 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$374,411.67<br>$374,411.67 | Upon a review of the Debtors' Books and Records, a $347,188.83 portion of this proof of claim pertains to raw materials that were not shipped and a $49,374.62 portion of this proof of claim pertains to in-progress goods that were not shipped. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As such, the Debtors have no liability for $396,563.45 of this claim.<br><br>Separately, a $25,094.40 portion of the claimant's claim was paid via wire on 09/18/2024 with payment reference no. 008997. |
| TIEN TIEN GARMENT JOINT STOCK COMPANY | 1051 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | <br><br><br>$1,009,795.09<br>$1,009,795.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,048.28<br>$2,048.28 | Upon a review of the Debtors' Books and Records, a $74,946.29 portion of the claimant's claim is for raw materials related to unshipped, unfinished goods. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As a result, the Debtors have no liability for $74,946.29 of this claim.<br><br>Separately, the claimant was paid $932,800.52 for asserted amounts attributable to shipped goods. The payment was made on 08/17/2024 with payment reference no. 008943. |
| Viva Knitwear Factory Limited | 240 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | <br><br><br>$203,863.13<br>$203,863.13 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$191,417.85<br>$191,417.85 | A $12,445.28 portion of the claimant's claim was satisfied by a commensurate payment on 12/11/2024 with payment reference no. 000008272/5. |