# Schedule 3

## Overstated and Misclassified Claim

56005688.1

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Claim Objections - Schedule 3 Overstated &**
**Misclassified Claims**

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Wondersauce, LLC | 1283 | Administrative: | $0 | Administrative: | $0 | The claimant asserts a claim for prepetition services and prepetition and postpetition copyright infringement.  However, the total $191,098.48 amount asserted in the claimant's proof of claim and supporting documentation is specifically for prepetition services. Therefore, the claimant's claim is not entitled to priority status under section 507(a)(2) of the Bankruptcy Code. As such, the claim should be reclassified as a non-priority, general unsecured claim. |
| | | Secured: | $0 | Secured: | $0 | |
| | | Priority Unsecured: | $191,098.48 | Priority Unsecured: | $0 | |
| | | General Unsecured: | $0 | General Unsecured: | $181,998.55 | |
| | | Total Claim Amount: | $191,098.48 | Total Claim Amount: | $181,998.55 | Separately, the Debtors' books and records do not support amounts asserted in this claim. Accordingly, the claim should be reduced and reclassified as a general unsecured claim in the amount of $181,998.55. |