# Schedule 4

## No Liability Claims

EXP OLDCO WINDDOWN, INC., et al
Case Number: 24-10831 (KBO)
Claim Objections – Schedule 4 No Liability Claims

| Name of Claimant | Claim Number | Asserted Claim Classification | Status | Reason for Disallowance |
|---|---|---|---|---|
| Artistic Milliners PVT Ltd | 1143 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,471,720.45<br>$3,471,720.45 | The claimant's proof of claim is for raw material goods that were not shipped. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. Furthermore, the documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records and there is no history of payments to this claimant. As such, the Debtors have no liability. |
| Bailey, Kathleen | 770 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$14,850.00<br>$30,000.00 | The Debtors' Books and Records do not support a valid claim against the Debtors. The claimant's proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| DHRUV GLOBALS LIMITED | 1230 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$271,974.00<br>$271,974.00 | The claimant's proof of claim is for cancelled purchase orders and unshipped goods. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. As a result, the Debtors have no liability. |
| Duckwoo Corporation [WTEX] | 1032 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$583,902.95<br>$583,902.95 | The claimant's proof of claim contains data with various factories. However, no invoices, purchase order history, or payment history can be found in the documents available to the Plan Administrator under "Duckwoo Corporation [WTEX]" and the proof of claim does not list a date or receipt. The Plan Administrator cannot determine the date of "receipt" of the goods provided. |
| Freedom Denim Corp | 271 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,395,596.85<br>$1,395,596.85 | The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Hamerl, Carol | 573 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$35,750.00<br>$250.00<br>$36,000.00 | The claimant is a former employee, and this proof of claim is for lost wages, vacation, and health insurance. The Debtors' Books and Records indicate WARN payments were made to the claimant at the time of release, and the proof of claim does not provide prima facie evidence of the validity and amounts asserted by the claimant. |

| Name of Claimant | Claim Number | Asserted Claim Classification | Status | Reason for Disallowance |
|---|---|---|---|---|
| HANGZHOU REALEVER TEXTILES CO.,LTD | 1130 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$975,561.62<br>$975,561.62 | The claimant's proof of claim contains data with various factories. However, no invoices, purchase order history, or payment history can be found in the documents available to the Plan Administrator under "Hangzhou Realever Textiles Co., LTD" and the proof of claim does not list a date or receipt. |
| Hansoll Textile Ltd. | 834 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $18,960.50<br>$0<br>$0<br>$0<br>$18,960.50 | The claimant's proof of claim included documentation submitted to MGF Sourcing Far East Ltd. The Debtors have no liability to the claimant. |
| HK HONGBO TRADE LIMITED | 601 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $10,618.72<br>$0<br>$0<br>$21.28<br>$10,640.00 | The purchase orders included in the claimant's proof of claim were submitted to HK HongBo Trade Limited from LI & Fung Trading Limited. The Debtors have no liability to HK HongBo Trade Limited. |
| Juarez Ruiz, Hellen [Hellen Zaragoza] | 622 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$0<br>$0 | The claimant asserted no amount in their proof of claim. The credit card statement provided in the proof of claim does not provide prima facie evidence of the validity or amount of the claim. |
| KongFong Textile Group Co. Ltd. | 1233 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $59,428.85<br>$0<br>$0<br>$0<br>$59,428.85 | The purchase orders included in the claimant's proof of claim were submitted to KongFong Textile Group from Tien Tien Garment Joint Stock Company. The Debtors have no liability to KongFong Textile Group Co., Ltd. |
| Marsh USA LLC [Bowring Marsh (Bermuda) Limited] | 1340 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$121,935.00<br>$121,935.00 | The Debtors' Books and Records do not support amounts asserted in the claimant's proof of claim. The proof of claim does not provide prima facie evidence of the validity and amount of the general unsecured portion of the claim. |
| Shandong Lanyan Textiles Co., Ltd. | 303 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$273,259.74<br>$273,259.74 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reason for Disallowance |
|---|---|---|---|---|
| Shaoxing Xuyan Textile co;ltd | 985 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$273,403.00<br>$273,403.00 | There is no history of this claimant or its claim in the Debtors' Books and Records. The  documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Shaoxing Manzhen Textile Co., Ltd | 942 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$315,979.00<br>$315,979.00 | There is no history of this claimant or its claim in the Debtors' Books and Records. The  documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| South Asia Enterprises Limited | 822 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$15,744.26<br>$15,744.26 | The Debtors' Books and Records do not support a valid claim against the Debtors.  The amount asserted in the claimant's proof of claim is for cancelled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors. |
| South Asia Enterprises Limited | 993 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$35,632.90<br>$35,632.90 | The Debtors' Books and Records do not support a valid claim against the Debtors. The  documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Texbank Limited [UnitedTex Enterprise Ltd. Co] | 1223 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$312,972.42<br>$312,972.42 | The purchase orders included in the claimant's proof of claim were submitted to Texbank Limited from Tien Tien Garment Joint Stock Company. The Debtors have no liability to Texbank Limited. |
| Visionland Co.,Ltd | 1106 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$498,166.52<br>$498,166.52 | The Debtors' Books and Records do not support a valid claim against the Debtors. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Wells, Jefferson [Experis Finance, ManpowerGroup] | 1796 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $2,205.00<br>$0<br>$0<br>$0<br>$2,205.00 | The Debtors' Books and Records do not support amounts asserted in this claim. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |

| Name of Claimant | Claim Number | Asserted Claim Classification Status | | Reason for Disallowance |
|---|---|---|---|---|
| XINGTAI H & J TEXTILES CO., LTD | 306 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$79,153.95<br>$79,153.95 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| YOUNGBO WORLDWIDE CO.,LTD | 1115 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$90,901.31<br>$90,901.31 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |
| Ziff Davis, LLC | 16 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$80,860.21<br>$80,860.21 | There is no history of this claimant or its claim in the Debtors' Books and Records. The documentation attached to the claimant's proof of claim does not correspond to any purchase orders in the Debtors' Books and Records. The proof of claim does not provide prima facie evidence of the validity and amount of the claim. |

Total Amount:          $8,953,998.53