IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 14, 2025 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**CONTINUED MATTERS:**

1. Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

   Response Deadline: February 12, 2025 at 4:00 p.m.; extended to August 28, 2025 for the Plan Administrator

   Responses Received: None to date

   Related Documents:

   A. Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

    B.    Order Approving Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation [Docket No. 1423; signed and docketed: 07/15/25]

    Status: This motion is continued to the omnibus hearing scheduled for September 11, 2025 at 10:30 a.m.

2.    Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1422; filed: 07/15/25]

    Response Deadline:  August 5, 2025 at 4:00 p.m.; extended to August 11, 2025 for Texport Overseas Pvt., Ltd.; extended to August 14, 2025 for HGP TIC, LLC; extended to August 18, 2025 for Batallure Beauty, LLC, Bernardo Manufacturing, Ltd., Choi & Shin's Co., Ltd., Crown Wears Pvt Ltd., Commission Junction LLC and applicable affiliates, and GG International Manufacturing Co., Ltd.

    Responses Received:

    A.    Informal response from Batallure Beauty, LLC

    B.    Informal response from Bernardo Manufacturing, Ltd.

    C.    Informal response from Choi & Shin's Co., Ltd.

    D.    Informal response from Commission Junction LLC and applicable affiliates

    E.    Informal response from Crown Wears Pvt Ltd.

    F.    Informal response from GG International Manufacturing Co., Ltd.

    G.    Informal response from HGP TIC, LLC

    H.    Informal response from Texport Overseas Pvt., Ltd.

    Related Documents:

    I.    Declaration of Arthur Almeida in Support of Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1422-3; filed: 07/15/25]

    J.    Withdrawal of Claim No. 1796 Filed by Jefferson Wells [Experis Finance, ManpowerGroup] [Docket No. 1439; filed: 07/23/25]

    K.    Notice of Submission of Proofs of Claims [Docket No. 1442; filed: 08/06/25]

    L.    Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections

|   |   |
|---|---|
|   | 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1, and (B) No Objection to Same [Docket No. 1444; filed: 08/07/25] |
| M. | Order Sustaining Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1446; signed and docketed: 08/11/25] |
| Status: | The Plan Administrator and Batallure Beauty, LLC, Bernardo Manufacturing, Ltd., Choi & Shin's Co., Ltd., Commission Junction LLC and applicable affiliates, GG International Manufacturing Co., Ltd., HGP TIC, LLC and Texport Overseas Pvt., Ltd. (the "**Responding Objectors**") have agreed to continue the hearing of the claim objection as to the Responding Objectors only to the September 11, 2025 omnibus hearing.  On August 11, 2025, the Court entered an order sustaining the claim objection as to all other claims subject to the claim objection. |

Dated: August 12, 2025

        **SAUL EWING LLP**

        */s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone:    (302) 421-6898
        Email:    luke.murley@saul.com

        -and-

        Brendan M. Scott
        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
        200 West 41st Street, 17th Floor
        New York, NY 10036-7203
        Telephone:    (212) 679-5359
        Facsimile:    (212) 972-2245
        Email:    bscott@klestadt.com

        *Counsel. for the Plan Administrator*