IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF CLAIM NO. 126 FILED BY
## TENNESSEE DEPARTMENT OF REVENUE

I, the undersigned party, am the creditor or an authorized signatory for the below referenced claim. I hereby withdraw the below-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the Debtor referenced below.

Creditor Name: Tennessee Department of Revenue
Date Filed: May 7, 2024
Claim No. 126
Debtor: EXP OldCo Winddown, Inc.
Case No. 24-10831 KBO
Total Amount of Claim Filed: $61,089.00

Dated: 8/11/25

Laura L. McCloud, BPR #16206
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
ph: (615) 532-8933
fax: (615) 741-3334
Email: laura.mccloud@ag.tn.gov
Attorney for the TDOR

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt

**Proof of Claim:** A form filed with the bankruptcy court clerk where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## INSTRUCTIONS

**Information about the creditor:** Insert the creditor name in the specified fields.

**Information about the claim being withdrawn:** Insert the Date Field, Claim No., Date Filed, Debtor Name, and Debtor Case Number as listed on the claim. Please visit https://cases.stretto.com/Express/claims/ to verify the details for the claim.

**Information about the signatory:** Insert the creditor name or authorized signatory name and contact information in the signatory fields. Sign and date the claim withdrawal forms.

**Submit the Form:** Completed claim withdrawal forms can be sent:

### via to Email: TeamExpress@stretto.com

### or hard copy to:

### Express Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602