B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
# District of Delaware

In re: EXP OLDCO WINDDOWN, INC., et al.,
        Debtor

Chapter 11
Case No. 24-10831 (KBO)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferee:** | **Name of Transferor:** |
| China Pacific Property Insurance Co. LTD. | Lever Style LTD. |
| **Name and Address where notices to transferee should be sent:** | Claim No. 935<br>Amount of Claim: $1,866,373.00<br><br>Date Claim Filed: 7/3/24 |
| China Pacific Property Insurance Co. LTD.<br>c/o Adam L. Rosen PLLC<br>121 Main Street<br>Box 1021<br>Northport, New York 11768 | Lever Style LTD.<br>Room 76, Flat A, 7/F.<br>Wing Tai Centre, 12 Hing Yip Street<br>Kwun Tong, Kowloon, Hong Kong<br>Attn: derek Lee<br>fin_dept@leverstyle.com |
| Last Four Digits of Acct #: None<br>Phone: (516) 407-3756 | Last Four Digits of Acct #: None<br>Phone: 86(755)29807870 ext 877 |

Name and Address where transferee payments
should be sent (if different from above):
Not applicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Adam L. Rosen*                               Date: August 13, 2025
    ADAM L. ROSEN PLLC
Attorney for China Pacific Property Insurance Co. LTD.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.