United States Bankruptcy Court
District of Delaware

In re: EXP OldCo Winddown, Inc.  Chapter 11

Case No. 24-10831

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Directions Research, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Directions Research, Inc.
401 E. Court St.
Cincinnati OH, 45202

New Address
Directions Research, Inc.
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

Directions Research, Inc.

By: _____

Name: MATT STENGER

Title: SVP, FINANCE + ACCOUNTING

Date: 8-19-2025