IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 24-10831 |
| EXP OldCo Winddown, Inc., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC** | **SONG HONG GARMENT JOINT STOCK COMPANY** |
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | **Address:** |
| CONTRARIAN FUNDS, LLC | c/o Contrarian Funds, LLC |
| 411 WEST PUTNAM AVE., SUITE 425 | 411 West Putnam Ave., Suite 425 |
| GREENWICH, CT 06830 | Greenwich, CT 06830 |
| Attn: Trade Claims Group | Email: tradeclaimsgroup@contrariancapital.com |
| Phone:  203-862-8259 | |
| Fax:      203-485-5910 | |
| Email: tradeclaimsgroup@contrariancapital.com | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim # 515 | Song Hong Garment Joint Stock Company | $1,747,966.85 | Project Pine OldCo, LLC | 24-10835 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:      _/s/ Keith McCormack_            Date: July 23, 2025
          Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**Song Hong Garment Joint Stock Company**, its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, L.L.C.** its successors and assigns ("Assignee") all rights, title and interest in in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court District of Delaware (the "Bankruptcy Court"), Case No. 24-10831(KBO) (Jointly Administered), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim # 515 | Song Hong Garment Joint Stock Company | $1,747,966.85 | Project Pine OldCo, LLC | 24-10835 |

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 23, 2025.

SONG HONG GARMENT JOINT STOCK COMPANY

By: _____
Name: Bui Viet Quang
Title: CEO

CONTRARIAN FUNDS, L.L.C.
By: Contrarian Capital Management, L.L.C., as Manager

By: _____
Name: Keith McCormack
Title: Managing Director

- 6 -