IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered)<br>**Re: Docket No. 1422**<br>Hearing Date: September 11, 2025 at 10:30 a.m. |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM FOR
SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 FOR HEARING
ON SEPTEMBER 11, 2025**

PLEASE TAKE NOTICE that on August 27, 2025, counsel for Tracy L. Klestadt, appointed as plan administrator of EXP OldCo Winddown, Inc., *et al*. (the "**Plan Administrator**") for the chapter 11 bankruptcy estates of the above captioned debtors, delivered to Chambers electronic copies of the proofs of claim to which the Plan Administrator has objected, that are the subject of the hearing scheduled for September 11, 2025 at 10:30 a.m., relating to the following claim objection:

> **Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** [Docket No. 1422; filed: 07/15/25]

Copies of said proofs of claim may be requested from the undersigned counsel.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

Dated: August 27, 2025

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:    (302) 421-6898
Email:    luke.murley@saul.com

 -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:    (212) 679-5359
Facsimile:    (212) 972-2245
Email:    bscott@klestadt.com

*Counsel. for the Plan Administrator*