# EXHIBIT A

**Declaration of Arthur Almeida**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF**
**ARTHUR ALMEIDA IN SUPPORT OF THE**
**PLAN ADMINISTRATOR'S OBJECTION TO THE MOTION OF KOREA TRADE**
**INSURANCE CORPORATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**

I, ARTHUR ALMEIDA, hereby declare under penalty of perjury:

1.      I am a Senior Trust Associate at Province, LLC ("Province"), financial advisors to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors (the "Debtors").  I submit this declaration (the "Declaration") in support of the *Plan Administrator's Objection to the Motion of Korea Trade Insurance Corporation For Payment of Administrative Expenses* (the "Objection").[2]

2.      In my current position with Province as a financial advisor to the Plan Administrator, I am generally familiar with the Debtors' business affairs, schedules and statements, and books and records (the "Books and Records").  Such documents reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors as of the Petition Date.  Except as otherwise stated herein, all facts set forth herein are based upon my personal

---

[1]      The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

[2]      Capitalized terms used in this Declaration but not defined herein have the meanings given to such terms in the Objection.

knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, or information received from other members of the Debtors' management, the Debtors' advisors, or employees of the Debtors.    I have read the Objection filed contemporaneously herewith and to the best of my knowledge, information, and belief, the assertions made in the Objection are accurate.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this Declaration on behalf of the Plan Administrator.

3.    After my review of the Debtors' Books and Records, the $661,114.61 remaining claim was partially satisfied on or about the dates set forth below through wire transfers aggregating $524,463.93, which payments were made in full or partial satisfaction of the specific invoices identified and highlighted below:

| Invoice No. | Amount | Corresponding Purchase Orders From Molax / Korea Trade Invoices | Date Paid |
|---|---|---|---|
| 10606820 | $936.00 | 708160 | 9/13/2024 |
| 10606821 | $98,794.80 | 708159 | 9/13/2024 |
| 10606822 | $36,091.48 | 706949 | 9/13/2024 |
| 10606823 | $16,117.70 | 707751 | 9/13/2024 |
| 10606824 | $1,673.40 | 707932 | 9/13/2024 |
| 10606825 | $144,993.37 | 707934 | 9/13/2024 |
| 10608307 | $60.96 | 709569 | 9/13/2024 |
| 10608308 | $34.32 | 709995 | 9/13/2024 |
| 10608476 | $10,132.14 | 709570 | 9/13/2024 |
| 10608478 | $22,921.00 | 709566 | 9/13/2024 |
| 10608480 | $17,320.00 | 709164 | 9/13/2024 |
| 10608481 | $30,030.00 | 708054 | 9/13/2024 |
| 10608482 | $30,713.76 | 708953 | 9/13/2024 |
| 10608483 | $42,555.00 | 708186 | 9/13/2024 |
| 10608484 | $11,250.00 | 706985 | 9/13/2024 |
| 10608485 | $25,200.00 | 706989 | 9/13/2024 |
| 10608486 | $28,350.00 | 706775 | 9/13/2024 |
| 10608487 | $7,290.00 | 706446 | 9/13/2024 |
| **Total** | **$524,463.93** | | |

4.      Based on the Debtors' Books and Records, the above-referenced payments were remitted to MGF Korea, Molax's historic buying and sourcing agent, which was the entity consistently and customarily paid by the Debtors in the ordinary course of their prior business dealings with Molax.

5.      Based on the above, I respectfully submit that Korea Trade's asserted Administrative Claim should be reduced by $524,463.93, with only $141,650.68 allowable as an administrative expense claim..

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: August 28, 2025                              */s/ Arthur Almeida*
                                                                    Arthur Almeida
                                                                    Senior Trust Associate
                                                                    Province, LLC