IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc. *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 28, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Korea Trade Insurance Corporation, c/o Potter Anderson & Corroon LLP, Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik at 1313 N Market Street, 6th Floor, Wilmington, DE 19801 and via electronic mail on Korea Trade Insurance Corporation, c/o Potter Anderson & Corroon LLP, Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik at astulman@potteranderson.com, jrisener@potteranderson.com, and esulik@potteranderson.com:

- **Plan Administrator's Objection to Motion of Korea Trade Insurance Corporation for Payment of Administrative Expenses** (Docket No. 1468)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 29, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                     ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 29th day of August 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).