IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP Oldco Winddown, Inc. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 8, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Commission Junction LLC and applicable affiliates, c/o Troutman Pepper Locke, Attn: Hanna Redd & Jonathan Young at 111 Huntington Avenue, 9th Floor, Boston, MA 02199-7613, and via electronic mail on Commission Junction LLC and applicable affiliates at hanna.redd@troutman.com and jonathan.young@troutman.com:

- **Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Sixth Omnibus (Substantive) Objection in Part With Respect to Claim No. 871 of Commission Junction LLC Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same** (Docket No. 1470)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: September 9, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                     ) SS.
County of Arapahoe`  )

Subscribed and sworn before me this 9th day of September 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).