**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 1, 2025 at 9:30 a.m. (ET)** |
| | **Objection Deadline: September 24, 2025 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 10, 2025, Tracy L. Klestadt, in his capacity as plan administrator (the "Plan Administrator") for the above captioned debtors, filed the *Plan Administrator's Motion for Issuance of Final Decree and Order Closing Certain Chapter 11 Cases* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **September 24, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE THAT** only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held on **October 1, 2025 at 9:30 a.m. (ET)** before the Honorable Karen B. Owens, Chief Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

| | |
|---|---|
| Dated: September 10, 2025 | **SAUL EWING LLP** |

By: */s/ Lucian B. Murley*
    Lucian B. Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6898
    Email:    luke.murley@saul.com

    -and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:    bscott@klestadt.com
               creilly@klestadt.com

*Counsel for the Plan Administrator*