# EXHIBIT A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EXP OldCo Winddown, Inc., <br>                                  Debtor. <br> Tax I.D. No. 26-2828128 | Chapter 11 <br><br> Case No. 24-10831 (KBO) <br><br> **Re: Docket No. __** |
| In re: <br><br> Project Pine TopCo Winddown, LLC, <br>                                  Debtor. <br> Tax I.D. No. 26-2828079 | Chapter 11 <br><br> Case No. 24-10832 (KBO) |
| In re: <br><br> Project Pine Holding OldCo, LLC, <br>                                  Debtor. <br> Tax I.D. No. 35-2298454 | Chapter 11 <br><br> Case No. 24-10833 (KBO) |
| In re: <br><br> Project Pine Finance OldCo Corp., <br>                                  Debtor. <br> Tax I.D. No. 27-1817713 | Chapter 11 <br><br> Case No. 24-10834 (KBO) |
| In re: <br><br> Project Pine OldCo, LLC, <br>                                  Debtor. <br> Tax I.D. No. 54-2170160 | Chapter 11 <br><br> Case No. 24-10835 (KBO) |
| In re: <br><br> Project Pine Investments OldCo, LLC, <br>                                  Debtor. <br> Tax I.D. No. 92-1607622 | Chapter 11 <br><br> Case No. 24-10836 (KBO) |
| In re: <br><br> Project Pine Logistics OldCo, LLC, <br>                                  Debtor. <br> Tax I.D. No. 46-0570481 | Chapter 11 <br><br> Case No. 24-10837 (KBO) |

| | |
|---|---|
| In re: <br> Project Pine Operations OldCo, LLC, <br>                          Debtor. <br> Tax I.D. No. 45-5573400 | Chapter 11 <br> Case No. 24-10838 (KBO) |
| In re: <br> Project Pine GC OldCo, LLC, <br>                          Debtor. <br> Tax I.D. No. 31-1816092 | Chapter 11 <br> Case No. 24-10839 (KBO) |
| In re: <br> Project Pine Tropic OldCo, LLC, <br>                          Debtor. <br> Tax I.D. No. 92-3453861 | Chapter 11 <br> Case No. 24-10840 (KBO) |
| In re: <br> Project Pine California OldCo, LLC, <br>                          Debtor. <br> Tax I.D. No. 32-0608688 | Chapter 11 <br> Case No. 24-10841 (KBO) |
| In re: <br> Express Fashion Digital Services Costa Rica, S.R.L., <br>                          Debtor. <br> Tax I.D. No. 98-1667382 | Chapter 11 <br> Case No. 24-10842 (KBO) |

**FINAL DECREE AND ORDER CLOSING CERTAIN OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the Plan Administrator for entry of a final decree (this "Final Decree"), pursuant to sections 350 and 1101 of Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the Closed Cases; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The following chapter 11 cases (the "<u>Closed Cases</u>") of the Debtors are hereby CLOSED, effective as of the entry of this Order, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1:

| Debtor Name | Case Number |
|---|---|
| Project Pine TopCo Winddown, LLC | 24-10832 |
| Project Pine Holding OldCo, LLC | 24-10833 |
| Project Pine Finance OldCo Corp. | 24-10834 |
| Project Pine OldCo, LLC | 24-10835 |
| Project Pine Investments OldCo, LLC | 24-10836 |
| Project Pine Logistics OldCo, LLC | 24-10837 |
| Project Pine Operations OldCo, LLC | 24-10838 |
| Project Pine GC OldCo, LLC | 24-10839 |
| Project Pine Tropic OldCo, LLC | 24-10840 |
| Project Pine California OldCo, LLC | 24-10841 |
| Express Fashion Digital Services Costa Rica, S.R.L. | 24-10842 |

3. All further reporting concerning the administration of the assets and liabilities of the Debtors shall occur only in the Remaining Case. A copy of this Order shall be docketed in the bankruptcy cases of each of the Debtors, which are as follows:

| Debtor Name | Case Number |
|---|---|
| EXP OldCo Winddown, Inc. | 24-10831 |
| Project Pine TopCo Winddown, LLC | 24-10832 |
| Project Pine Holding OldCo, LLC | 24-10833 |
| Project Pine Finance OldCo Corp. | 24-10834 |
| Project Pine OldCo, LLC | 24-10835 |
| Project Pine Investments OldCo, LLC | 24-10836 |
| Project Pine Logistics OldCo, LLC | 24-10837 |
| Project Pine Operations OldCo, LLC | 24-10838 |
| Project Pine GC OldCo, LLC | 24-10839 |
| Project Pine Tropic OldCo, LLC | 24-10840 |
| Project Pine California OldCo, LLC | 24-10841 |
| Express Fashion Digital Services Costa Rica, S.R.L. | 24-10842 |

4. All matters, whether or not they pertain to the Remaining Case, including any claim objections with respect to claims against the Debtors, shall be filed, administered, and adjudicated in the Remaining Case without the need to reopen any of the Closed Cases. Any objections to claims against, or interests in, the Debtors may be filed, administered, and adjudicated in the Remaining Case. The Plan Administrator is authorized to resolve or to object to claims filed against any of the Debtors in the Remaining Case.

5. The Wind-Down Debtors and Plan Administrator retain all rights, including but not limited to the right to prosecute claims held by the Debtors as set forth in the Plan and the Confirmation Order, as applicable.

6. The final report required under Local Rule 3022-1(a) shall be included as part of a consolidated report for all of the Debtors and filed in connection with the closure of the Remaining Case.

7. This Court retains jurisdiction to hear and determine any manner or disputes arising in or related to the Closed Cases or the Remaining Case, including without limitation any matters or disputes relating to the effect of the discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order, the enforcement of terms and conditions of the Plan or any orders

entered in the Closed Cases or the Remaining Case, and the consideration of any proper requests to reopen the Closed Cases under section 350(b) of the Bankruptcy Code.

8. Following the entry of this Order, the caption for the Remaining Case, Case. No. 24-10831, will read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

9. The Plan Administrator is authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

10. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.