IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 9, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Commission Junction LLC and applicable affiliates, c/o Troutman Pepper Locke, Attn: Hanna Redd & Jonathan Young at 111 Huntington Avenue, 9th Floor, Boston, MA 02199-7613, and via electronic mail on Commission Junction LLC and applicable affiliates at hanna.redd@troutman.com and jonathan.young@troutman.com:

- **Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 871 of Commission Junction LLC Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1471)

- **Notice of Agenda for Hearing Scheduled for September 11, 2025 at 10:30 a.m. (Prevailing Eastern Time) Before the Honorable Karen B. Owens, U.S. Bankruptcy Court Judge** (Docket No. 1472)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

Furthermore, on September 9, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing Scheduled for September 11, 2025 at 10:30 a.m. (Prevailing Eastern Time) Before the Honorable Karen B. Owens, U.S. Bankruptcy Court Judge** (Docket No. 1472)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 11, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado    )
                     ) SS.
County of Arapahoe`  )

Subscribed and sworn before me this 11th day of September 2025 by Aurelie I. Blanadet.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Choi & Shin's Co., Ltd. | Attn: David Nealy & Sung Jin Hwang | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Scott L. Fleischer | 1720 Avenue of the Americas | Suite 501 | New York | NY | 10020 |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Scott Fleischer | 1270 Avenue of the Americas | Suite 2310 | New York | NY | 10020 |
| Korea Trade Insurance Corporation | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik | 1313 N Market Street | 6th Floor | Wilmington | DE | 19801 |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: PXKNN-RUUDE-XKKSH-NSUTP

Page 4 of 6

# **Exhibit B**



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Choi & Shin's Co., Ltd. | Attn: David Nealy & Sung Jin Hwang | | david.nealy@limnexus.com<br>sungjin@limnexus.com |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy | | david.nealy@limnexus.com |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com<br>avrooman@barclaydamon.com |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Korea Trade Insurance Corporation | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik | astulman@potteranderson.com<br>jrisener@potteranderson.com<br>esulik@potteranderson.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1