**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) <br> Re:  Docket No. 1422 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION WITH RESPECT TO CLAIM NO. 1495 OF HGP TIC, LLC ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On July 15, 2025, the *Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1422] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed by August 5, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. As to the Objection to the claims of all claimants that did not respond by the Objection Deadline, the Plan Administrator filed the *Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Sixth Omnibus (Substantive) Objection to Claims*

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

-2-

*Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same* [Docket No. 1444] (the "**Certification**"). The Court entered the Order [Docket No. 1446] submitted under the Certification on August 11, 2025.

4. Prior to the Response Deadline, the Plan Administrator's counsel received an informal response from HGP TIC, LLC ("**HGP**"). The Plan Administrator and HGP conferred and extended HGP's objection deadline to September 12, 2025 (the "**Objection Deadline**"). HGP has not filed a formal response on the Court's docket and the Objection Deadline has passed.

5. Accordingly, with the Court's prior order [Docket No. 1446] entered as to all claimants that did not respond by the Objection Deadline, the Plan Administrator submits the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**") reducing and reclassifying HGP's claim only. The Plan Administrator has confirmed that HGP consents to entry of the Revised Order.

6. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the revised order that was attached to the Certification and entered by the Court.

7. The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order. Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

56308398.2

-3-

| | |
|---|---|
| Dated: September 19, 2025 | **SAUL EWING LLP** |
| | By: */s/ Lucian B. Murley* |
| |     Lucian B. Murley (DE Bar No. 4892) |
| |     1201 N. Market Street, Suite 2300 |
| |     P.O. Box 1266 |
| |     Wilmington, DE 19899 |
| |     Telephone: (302) 421-6898 |
| |     Email:    luke.murley@saul.com |
| |     -and- |
| | **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** |
| | Brendan M. Scott |
| | Christopher Reilly |
| | 200 West 41st Street, 17th Floor |
| | New York, NY 10036-7203 |
| | Telephone: (212) 679-5359 |
| | Facsimile: (212) 972-2245 |
| | Email:    bscott@klestadt.com |
| |               creilly@klestadt.com |
| | *Counsel for the Plan Administrator* |