# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown., *et al.*, [1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1249** |

## NOTICE OF WITHDRAWAL OF MOTION OF GOOGLE LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503

Google LLC, by and through its undersigned counsel, hereby withdraws its *Motion of Google LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* [D.I. 1249] filed on January 30, 2025, with prejudice.

Dated: September 25, 2025
       Wilmington, Delaware

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*/s/ Michael A. Ingrassia*
Michael A. Ingrassia, Esq. (No. 7068)
600 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302-467-4503
Fax:    302-467-4550
Email:   ingrassiam@whiteandwilliams.com

*Counsel to Google LLC.*

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

50815364v.1