**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Michael A. Ingrassia, Esquire, certify that the *Notice of Withdrawal of Motion of Google LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* was served on September 25, 2025 by CM/ECF, upon the parties who have registered for CM/ECF service of notices and pleadings in this case.

                      WHITE AND WILLIAMS LLP

                      */s/ Michael A. Ingrassia*
                      Michael A. Ingrassia, Esq. (No. 7068)
                      WHITE AND WILLIAMS LLP
                      600 N. King Street, Suite 800
                      Wilmington, DE  19801-3722
                      Telephone:  (302) 467-4503
                      Facsimile:  (302) 654-0245
                      Email: ingrassiam@whiteandwilliams.com

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

50815364v.1