IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered)<br>**Re: Docket No. 1488** |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR OCTOBER 1, 2025 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE</u>**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**<u>CONTINUED MATTER</u>:**

1.  Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

    <u>Response Deadline</u>: February 12, 2025 at 4:00 p.m.; extended to August 28, 2025 for the Plan Administrator

    <u>Responses Received</u>:

    A.  Plan Administrator's Objection to Motion of Korea Trade Insurance Corporation for Payment of Administrative Expenses [Docket No. 1468; filed: 08/28/25]

    <u>Related Documents</u>:

    B.  Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230

C. Order Approving Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation [Docket No. 1423; signed and docketed: 07/15/25]

Status: The parties have agreed to continue this matter to the November 18, 2025 omnibus hearing.

**UNCONTESTED MATTER SUBMITTED UNDER CERTIFICATION OF COUNSEL / CERTIFICATION OF NO OBJECTION:**

2. Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1422; filed: 07/15/25]

   Response Deadline: August 5, 2025 at 4:00 p.m.; extended to August 29, 2025 for Commission Junction LLC and applicable affiliates; extended to September 11, 2025 for Bernardo Manufacturing, Ltd.; extended to September 12, 2025 for HGP TIC, LLC; extended to October 8, 2025 for Choi & Shin's Co., Ltd., and GG International Manufacturing Co., Ltd.

   Responses Received:

   A. Informal response from Batallure Beauty, LLC

   B. Informal response from Bernardo Manufacturing, Ltd.

   C. Informal response from Choi & Shin's Co., Ltd.

   D. Informal response from Commission Junction LLC and applicable affiliates

   E. Informal response from Crown Wears Pvt Ltd.

   F. Informal response from GG International Manufacturing Co., Ltd.

   G. Informal response from HGP TIC, LLC

   H. Informal response from Texport Overseas Pvt., Ltd.

   Related Documents:

   I. Declaration of Arthur Almeida in Support of Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1422-3; filed: 07/15/25]

   J. Withdrawal of Claim No. 1796 Filed by Jefferson Wells [Experis Finance, ManpowerGroup] [Docket No. 1439; filed: 07/23/25]

K.      Order Sustaining Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1446; signed and docketed: 08/11/25]

L.      Notice of Withdrawal of Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1313 of Batallure Beauty, LLC Only [Docket No. 1455; filed: 08/20/25]

M.      Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 796 of Texport Overseas Pvt Ltd Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1462; signed and docketed: 08/25/25]

N.      Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 871 of Commission Junction LLC Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1471; signed and docketed: 09/09/25]

O.      Notice of Submission of Proofs of Claims [Docket No. 1477; filed: 09/17/25]

P.      Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 1495 of HGP TIC, LLC Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1483; signed and docketed: 09/22/25]

Q.      Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 1078 of Bernardo Manufacturing Ltd. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same [Docket No. 1487; filed: 09/26/25]

R.      **Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 1078 of Bernardo Manufacturing Ltd. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same [Docket No. 1490; signed and docketed: 09/29/25]**

Status:     The Plan Administrator and Choi & Shin's Co., Ltd. and GG International Manufacturing Co., Ltd. (the "**Responding Objectors**") have agreed to continue the hearing of the claim objection as to the Responding Objectors only to the November 18, 2025 omnibus hearing. **On September 29, 2025, The Court entered an order resolving the claim of Bernardo Manufacturing, Ltd.** As to all other claims subject to the claim objection, the Court has entered orders sustaining the claim objection.

3.  Plan Administrator's Motion for Issuance of Final Decree and Order Closing Certain Chapter 11 Cases [Docket No. 1474; filed: 09/10/25]

    <u>Response Deadline</u>:  September 24, 2025

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

    A.  Certification of No Objection [Docket No. 1485; filed: 09/25/25]

    **B.  Final Decree and Order Closing Certain of the Chapter 11 Cases [Docket No. 1489; signed and docketed: 09/29/25]**

    <u>Status</u>:  **On September 29, 2025, the Court entered an order approving this motion.**

Dated: September 29, 2025

**SAUL EWING LLP**

<u>/s/ Lucian B. Murley</u>
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:     (302) 421-6898
Email:              luke.murley@saul.com

   -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:     (212) 679-5359
Facsimile:      (212) 972-2245
Email:              bscott@klestadt.com

*Counsel. for the Plan Administrator*

56385636.1 09/29/2025