IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket No.** ____ |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated October 1, 2025, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 cases:

| **Date & Time** |
|---|
| December 17, 2025 at 10:30 a.m. |
| January 22, 2026 at 9:30 a.m. |
| February 19, 2026 at 9:30 a.m. |