## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 7, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (Docket No. 1500)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on October 7, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (Docket No. 1501)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 8, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado     )
                      ) SS.
County of Arapahoe    )

Subscribed and sworn before me this 8th day of October 2025 by Aurelie I. Blanadet.

*Danielle Harnden*

(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 3CInteractive, LLC dba IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab and Gaye Heck | 830 Menlo Ave | Suite 201 | Menlo Park | CA | 94025 | |
| Aparicio, Ashley | | Address on File | | | | | | |
| Bayside MarketPlace LLC | c/o Goldberg Weprin Finkel Goldstein LLC | Attn: J Ted Donovan | 125 Park Avenue | 12th Floor | New York | NY | 10017 | |
| BJW Realty LLC | c/o Patterson Belknap Webb & Tyler LLP | Attn: Daniel A. Lowenthal and Kimberly A. Black | 1133 Avenue of the Americas | | New York | NY | 10036 | |
| Brandi Reese | | Address on File | | | | | | |
| Bryan Thomas | | Address on File | | | | | | |
| Bubs NY Corp | Attn: Brian Atwood | 15 Hudson Yards | Apt 64E | | New York | NY | 10001 | |
| Business Wire, Inc. | | 101 California Street, 20th Floor | | | San Francisco | CA | 94111 | |
| Business Wire, Inc. | Attn: Suzanne Silva | PO Box 884182 | | | Los Angeles | CA | 90088-4182 | |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | 45-A Off Zahar Ali Rd | Gulberg 5 | | Lahore | | 54660 | Pakistan |
| Drake,Enjoli | | Address on File | | | | | | |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 5753 East Santa Canyon Road | Suite 210 | Anaheim | CA | 92807 | |
| Engler,Cindi Marie | | Address on File | | | | | | |
| H.W. Textiles Co., Limited | Attn: Wai Ting Stephen Tung | Room A6, 31/F., TML Tower | No. 3 Hoi Shing Road, Tsuen Wan | | New Territories | | | Hong Kong |
| HTI China Corp | Attn: Yeti | Room 701, Baohui Business Building | 139 Wendu Road, Keqiao District | | Shaoxing | Zhejiang | 312030 | China |
| James Schisler [Jamie Schisler] | | Address on File | | | | | | |
| Janae Rogers | | Address on File | | | | | | |
| Karla Barbosa | | Address on File | | | | | | |
| Lombardo,Jackie | | Address on File | | | | | | |
| Love,Oasis Malka | | Address on File | | | | | | |
| Mcduffee,Emma Sophia | | Address on File | | | | | | |
| Mejia,Jakelin | | Address on File | | | | | | |
| Mid-South Outlet Shops, LLC [Tanger Management, LLC] | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Missouri Department Of Revenue | Attn: Will E Gray | PO Box 475 | | | Jefferson City | MO | 65105 | |
| Patrick Grajeda | | Address on File | | | | | | |
| Pelczar Productions LLC [Heidi Pelczar] | | 105 Henry St | 12A | | New York | NY | 10002 | |
| Polar Goose Clothing Co Ltd | Attn: Zhengfa Shen | Zhenxi 88 | | | Huzhou | Zhejiang | 313012 | China |
| Raphael,Tasha | | Address on File | | | | | | |
| Ricoh-USA, Inc. | | 3920 Arkwright Rd | Ste 400 | | Macon | GA | 31210 | |
| Ricoh-USA, Inc. | | PO Box 532530 | | | Atlanta | GA | 30353-2530 | |
| San Bernardino County | c/o Office of the Tax Collector | 268 West Hospitality Lane | 1st Fl | | San Bernardino | CA | 92415 | |
| Sandex Trading Co., Ltd [Sandex Enterprises Ltd] | Attn: Ms. Suki Kwok | Unit 307 3/F | Primoknit Industrial Building | 7-9 Kung Yip Street | Kwai Chung | Hong Kong | | China |
| Santos,Diana | | Address on File | | | | | | |
| Saragosa, Natalia | | Address on File | | | | | | |
| Scharn, Nicholas | | Address on File | | | | | | |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | 227 W Jefferson Blvd | 2nd Fl | County City Bldg | South Bend | IN | 46601 | |
| Talent Textiles Company Limited | Attn: Susanna Tang & Yuk Ha Tang | 701 7/F, Wing Ming Industrial Centre | 15 Cheung Yue Street | Lai Chi Kok | Kowloon | | | Hong Kong |
| Tanger Daytona, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tanger Outlets Deer Park, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tat Fung Textile Co., Ltd. | Attn: Ernst Cheng, Nicole Ao, Pauline Ting | Unit 02-05, 12/F | Kwun Tong View, No. 410 | Kwun Tong Road | Kowloon | HK | | China |
| Tim Mccumber | | Address on File | | | | | | |
| Timothy D Nolan | | Address on File | | | | | | |
| TyQuanna L Charles | | Address on File | | | | | | |
| USPS | Attn: Sean Knepper | 475 L'Enfant Plaza SW | | | Washington | DC | 20260-8746 | |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | Attn: Bankruptcy | 800 S Victoria Ave | | | Ventura | CA | 93009-1290 | |
| Visionworld | Attn: Yoonseok Jang | 2F, 430, Gwangnaru-Ro | Gwangjin-Gu | | Seoul | SE | 05022 | South Korea |
| Visplay, Inc. | c/o Cubework | 175 Cesanek Road | | | Northampton | PA | 18067 | |
| Wilmes, Julie L | | Address on File | | | | | | |
| Winnitex (Vietnam) Limited | Attn: Mandy Chung and Bik Yin Chung | Unit 3607A, Cable TV Tower | 9 Hoi Shing Road, | Tsuen Wan, N.T. | Hong Kong | | | China |
| Wisconsin Department of Revenue | Attn: Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | |
| Zamrock,Tawni R | | Address on File | | | | | | |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 3CInteractive, LLC dba IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab and Gaye Heck | gheck@bbslaw.com |
| Aparicio, Ashley | | | Email on File |
| Bayside MarketPlace LLC | c/o Goldberg Weprin Finkel Goldstein LLC | Attn: J Ted Donovan | tdonovan@gwfglaw.com |
| BJW Realty LLC | c/o Patterson Belknap Webb & Tyler LLP | Attn: Daniel A. Lowenthal and Kimberly A. Black | dalowenthal@pbwt.com kblack@pbwt.com |
| Brandi Reese | | | Email on File |
| Bryan Thomas | | | Email on File |
| Bubs NY Corp | Attn: Brian Atwood | | aston20133@me.com |
| Business Wire, Inc. | Attn: Suzanne Silva | | suzanne.silva@businesswire.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk azia@ecbl.pk |
| Drake,Enjoli | | | Email on File |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | dreddlaw@sbcglobal.net |
| Engler,Cindi Marie | | | Email on File |
| H.W. Textiles Co., Limited | Attn: Wai Ting Stephen Tung | | stung@hwtextiles.com.hk |
| HTI CHINA CORP | Attn: Yeti | | yeti@htichina.com |
| James Schisler [Jamie Schisler] | | | Email on File |
| Janae Rogers | | | Email on File |
| Karla Barbosa | | | Email on File |
| Lombardo,Jackie | | | Email on File |
| Love,Oasis Malka | | | Email on File |
| Mcduffee,Emma Sophia | | | Email on File |
| Mejia,Jakelin | | | Email on File |
| Mid-South Outlet Shops, LLC [Tanger Management, LLC] | Attn: Jennifer P. Himes | | jennifer.himes@tanger.com |
| Missouri Department Of Revenue | Attn: Will E Gray | | will.gray@dor.mo.gov |
| Patrick Grajeda | | | Email on File |
| Pelczar Productions LLC [Heidi Pelczar] | | | heidipelczar@gmail.com |
| Polar Goose Clothing Co Ltd | Attn: Zhengfa Shen | | micky@plgsfs.com |
| Raphael,Tasha | | | Email on File |
| Ricoh-USA, Inc. | | | oraclebankruptcyteam@ricoh-usa.com |
| Sandex Trading Co., Ltd [Sandex Enterprises Ltd] | Attn: Ms. Suki Kwok | | suki@sandex.com.hk |
| Santos,Rayna | | | Email on File |
| Saragosa, Natalia | | | Email on File |
| Scharn, Nicholas | | | Email on File |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | | sjctreasurer@sjcindiana.gov |
| Talent Textiles Company Limited | Attn: Susanna Tang & Yuk Ha Tang | | susannatang@talent-textiles.com.hk |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tanger Daytona, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com |
| Tanger Outlets Deer Park, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com<br>donna.compton@tanger.com |
| Tat Fung Textile Co., Ltd. | Attn: Ernst Cheng, Nicole Ao, Pauline Ting | | ernst.cheng@tatfung-tex.com<br>nicole.ao@panther-textiles.com<br>pauline.ting@tatfung-tex.com |
| Tim Mccumber | | | Email on File |
| Timothy D Nolan | | | Email on File |
| Ty'Quanna L Charles | | | Email on File |
| USPS | Attn: Sean Knepper | | sean.e.knepper@usps.gov<br>jkonold@express.com |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | Attn: Bankruptcy | | mary.barnes@ventura.org |
| Visionworld | Attn: Yoonseok Jang | | sale@visionworld.biz |
| Visplay, Inc. | c/o Cubework | | andreas.dold@visplay.com |
| Wilmes, Julie L | | | Email on File |
| Winnitex (Vietnam) Limited | Attn: Mandy Chung and Bik Yin Chung | | mandy.chung@winnitex.com |
| Wisconsin Department of Revenue | Attn: Special Procedures Unit | | dorbankruptcyspecialist@wisconsin.gov |
| Zamrock,Tawni R | | | Email on File |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 2 of 2

Document Ref: 27FRL-9J9TY-T7KFN-SEEDD

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Capitol Records, LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| Capitol Records, LLC | c/o Universal Music Group | Attn: Jessica Stiefler | 2220 Colorado Avenue | | Santa Monica | CA | 90404 | |
| Century Overseas | Attn: Rajneesh Gandhi | 37, DLF Industrial Area | | | Kirti Nagar | NCT Delhi | 110015 | India |
| Dooley Media | Attn: Matthew Dooley | 2872 Wasson Road | | | Cincinnati | OH | 45209 | |
| Eastern Heritage | Attn: Mr Rakesh Saigal and Meenakshi Sarna | B-143 | Sector-63 | | Noida | Uttar Pardesh | 201301 | India |
| Erin Ersenkal | | Address on File | | | | | | |
| E-Teen Company Limited | Attn: Kevin Luk | Room 202, 2/F, Sun Cheong Industrial Bldg | No. 2-4 Cheung Yee Street | | Lai Chi Kok | Kowloon | | Hong Kong |
| Garment 10 Corporation - Joint Stock company | Attn: Mr Than Duc Viet; Thao Thi Phuong Nguyen | Sai Dong Ward | Long Bien District | | Ha Noi | | 100000 | Viet Nam |
| Globant, LLC | Attn: Dimple Sehgal | 251 Park Ave S | 11th floor | | New York | NY | 10010 | |
| Halli Bostic | | Address on File | | | | | | |
| Hangzhou Sanjin Textiles Development Co, Ltd | Attn: Lie Juan Tong and Lusa Lv | Room 2403 Building 1 | Taigu Square | Xiaoshan District | Hangzhou Zheijang | | 311200 | China |
| Hing Shing Looping Manufacturing Co Ltd [Hing Shing Looping Manufacturing Co., Ltd.] | Attn: Scarlett Cheung | 12 Hing Yip Street | Flat B 10F Wing Tai Centre | | Kwun Tong | | | Hong Kong |
| Hing Shing Looping Manufacturing Co., Ltd. [Hing Shing Looping Manufacturing Co., Ltd] | c/o Felicello Law P.C. | Attn: Michael J Maloney | 366 Madison Ave | 3rd Fl | New York | NY | 10017 | |
| Iljoong Global | Attn: S.Y. Lee, Diane, Khan | 2F, Yaksan B/D, 14-10 | Teheran Ro 78Gill | | Seoul | Gangnam-Gu | 06194 | South Korea |
| Jiangsu Excellent Textile Co.,Ltd | Attn: Ben Tao | 18F, Tongxin Plaza, No.22 Mid Zhongxin Rd | | | Zhangjiagang | Jiangsu | 215600 | China |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | 34 Grace Drive | | | Powell | OH | 43065 | |
| Lincolnwood Town Center, LLC | | 3333 W Touhy Ave | | | Lincolnwood | IL | 60712 | |
| Lincolnwood Town Center, LLC | c/o Alston & Bird LLP | Attn: Stephen Blank | 90 Park Avenue | | New York | NY | 10016 | |
| Lincolnwood Town Center, LLC | c/o Torchlight Investors | Attn: Jorge Rodriguez | 280 Park Avenue | | New York | NY | 10017 | |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | 2030 Hamilton Place Blvd | Ste 500 | | Chattanooga | TN | 37421-6000 | |
| Malissa Akay | | Address on File | | | | | | |
| Malissa Akay | | Address on File | | | | | | |
| Matrix Clothing Private Limited | Attn: Dhirendra K Srivastava, Vikash Gupta | Village Mohammadpur | Khandsa Road | | Gurgaon | Haryana | 122001 | India |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | 216 Tran Thanh Ngo Street | Kien An District | | Hai Phong | | 180000 | Viet Nam |
| Modelama Exports PVT Limited | c/o Pryor Cashman | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| Modelama Exports Pvt Ltd | Attn: Shailendra Srivastava | Plot No 105-106, Udyog Vihar | Phase-1, Gurgaon | | Haryana | | 122016 | India |
| Phong Phu International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu St | Tang Nhon Phu B Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Vietnam |
| Polygram Publishing, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| Polygram Publishing, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | 2220 Colorado Avenue | | Santa Monica | CA | 90404 | |
| Saigon 3 Garment Joint Stock Company | Attn: Jessica Stiefler | 47 Street No. 17, Quarter 3 | Hiep Binh Phuoc Ward | Thu Duc City | Ho Chi Minh | | 70000 | Vietnam |
| Silvestri California | Attn: Mitchell Bernstein & Tatyana Kotsuba | 151 W 25th Street | | | New York | NY | 10001 | |
| Songs of Universal, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| Songs of Universal, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | 2220 Colorado Avenue | | Santa Monica | CA | 90404 | |
| The Travelers Indemnity Company and those certain of its property casualty insurance affiliates | Attn: Julie A Peryga | One Tower Square | 0000-10MN | | Hartford | CT | 06183 | |
| TRC Master Fund LLC [as Assignee of CMT de La Laguna, S.A. DE C.V.] | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |
| UMG Recordings, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| UMG Recordings, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | 2220 Colorado Avenue | | Santa Monica | CA | 90404 | |
| Universal Music Corp. | Attn: Jessica Stiefler | 2220 Colorado Avenue | | | Santa Monica | CA | 90404 | |
| Universal Music Corp. | c/o Friedman & Springwater LLP | Attn: Ellen A Friedman | 350 Sansome St | Suite 800 | San Francisco | CA | 94104 | |
| Universal Music-MGB NA LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| Universal Music-MGB NA LLC | c/o Universal Music Group | Attn: Jessica Stiefler | 2220 Colorado Avenue | | Santa Monica | CA | 90404 | |
| Universal Music-Z Tunes LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| Universal Music-Z Tunes LLC | c/o Universal Music Group | Attn: Jessica Stiefler | 2220 Colorado Avenue | | Santa Monica | CA | 90404 | |
| Vaughan Staros | | Address on File | | | | | | |
| Velocity Apparelz for Readymade Garments E.S.C. | Attn: Theresia Jantina Van Schaik, Moustafa Abdelazim Mohamed | Public Free Zone | | | Ismailia | Ismailia | | Egypt |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | Lot B3-B4, Giao Long Industrial Zone | An Phuoc Village | Chau Thanh District | Ben Tre Province | | 930000 | Viet Nam |
| Viet Thanh Garment Trading Joint Stock Company | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott Lee | 633 West 5th Street | Suite 4000 | Los Angeles | CA | 90071 | |
| Wheatley,Nicholas | | Address on File | | | | | | |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | No.2858 Xicheng Road | Chengxi Industrial area | | Yiwu | Zhejiang | 322000 | China |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: 27FRL-9J9TY-T7KFN-SEEDD

Page 9 of 12

# **Exhibit D**

Document Ref: 27FRL-9J9TY-T7KFN-SEEDD



**Exhibit D**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Capitol Records, LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| Capitol Records, LLC | c/o Universal Music Group | Attn: Jessica Stiefler | jessica.stiefler@umusic.com |
| Century Overseas | Attn: Rajneesh Gandhi | | gsgiri@century-overseas.com |
| Dooley Media | Attn: Matthew Dooley | | matthew@dooleysocial.studio |
| Eastern Heritage | Attn: Mr Rakesh Saigal and Meenakshi Sarna | | uday@easternheritage.in<br>rakesh@easternheritage.in<br>meenakshi@easternheritage.in<br>kcnayak@easternheritage.com<br>account@easternheritage.com |
| Erin Ersenkal | | | Email on File |
| E-Teen Company Limited | Attn: Kevin Luk | | kevin.luk@eteen-hk.com |
| Garment 10 Corporation - Joint Stock company | Attn: Mr Than Duc Viet; Thao Thi Phuong Nguyen | | viet-td@garco10.com.vn<br>thaonp@garco10.com.vn |
| Globant, LLC | Attn: Dimple Sehgal | | dimple.sehgal@globant.com |
| Halli Bostic | | | Email on File |
| Hangzhou Sanjin Textiles Development Co, Ltd | Attn: Lie Juan Tong and Lusa Lv | | lusa@sanjintex.com<br>neccy@sanjintex.com |
| Hing Shing Looping Manufacturing Co Ltd [Hing Shing Looping Manufacturing Co., Ltd.] | Attn: Scarlett Cheung | | scarlett.cheung@hingshing.com |
| Hing Shing Looping Manufacturing Co., Ltd. [Hing Shing Looping Manufacturing Co., Ltd] | c/o Felicello Law P.C. | Attn: Michael J Maloney | mmaloney@felicellolaw.com |
| Iljoong Global | Attn: S.Y. Lee, Diane, Khan | | diane@iljoongtex.com<br>sylee@iljoongtex.com<br>khan@iljoongtex.com |
| Jiangsu Excellent Textile Co.,Ltd | Attn: Ben Tao | | ben@all-excellent.com |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | | dkaiser@kaiserconsulting.com |
| Lincolnwood Town Center, LLC | | | jrodriguez@torchlight.com |
| Lincolnwood Town Center, LLC | c/o Alston & Bird LLP | Attn: Stephen Blank | stephen.blank@alston.com |
| Lincolnwood Town Center, LLC | c/o Torchlight Investors | Attn: Jorge Rodriguez | jrodriquez@torchlight.com |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |
| Malissa Akay | | | Email on File |
| Matrix Clothing Private Limited | Attn: Dhirendra K Srivastava, Vikash Gupta | | ravi.bhargava@matrixclothing.in<br>dk.srivastava@matrixclothing.in<br>vikash.gupta@matrixclothing.in |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Page 1 of 2



**Exhibit D**
Served Via Electonic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | | hienpt@mayhai.com<br>0911821688.mh@gmail.com |
| Modelama Exports PVT Limited | c/o Pryor Cashman | Attn: Jake Starr | jstarr@pryorcashman.com |
| Modelama Exports Pvt Ltd | Attn: Shailendra Srivastava | | shailendra.srivastava@modelama.com |
| Phong Phu International Joint Stock Company | Attn: Hung Vu Dang | | dvhung@ppj-international.com<br>ptthu@ppj-international.com |
| Polygram Publishing, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| Polygram Publishing, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | jessica.stiefler@umusic.com |
| Saigon 3 Garment Joint Stock Company | | | tttbinh@saigon3.com.vn<br>nqviet@saigon3.com.vn<br>hongnhan74@gmail.com<br>tthnhan@saigon3.com.vn |
| Silvestri California | Attn: Mitchell Bernstein & Tatyana Kotsuba | | tatyanak@bernsteindisplay.com |
| Songs of Universal, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| Songs of Universal, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | jessica.stiefler@umusic.com |
| The Travelers Indemnity Company and those certain of its property casualty insurance affiliates | Attn: Julie A Peryga | | jperyga@travelers.com |
| UMG Recordings, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| UMG Recordings, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | jessica.stiefler@umusic.com |
| Universal Music Corp. | Attn: Jessica Stiefler | | jessica.stiefler@umusic.com |
| Universal Music Corp. | c/o Friedman & Springwater LLP | Attn: Ellen A Friedman | efriedman@friedmanspring.com |
| Universal Music-MGB NA LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| Universal Music-MGB NA LLC | c/o Universal Music Group | Attn: Jessica Stiefler | jessica.stiefler@umusic.com |
| Universal Music-Z Tunes LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| Universal Music-Z Tunes LLC | c/o Universal Music Group | Attn: Jessica Stiefler | jessica.stiefler@umusic.com |
| Vaughan Staros | | | Email on File |
| Velocity Apparelz for Readymade Garments E.S.C. | Attn: Theresia Jantina Van Schaik, Moustafa Abdelazim Mohamed | | evanschaik@vogue-intl.com<br>mabdelalim@vogue-intl.com |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | | dotuan@vietthanhgarment.vn<br>vynguyen@vietthanhgarment.vn |
| Viet Thanh Garment Trading Joint Stock Company | Smith LLP | Attn: Scott Lee | scott.lee@lewisbrisbois.com |
| Wheatley,Nicholas | | | Email on File |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | | amy_chui@tianpaichina.cn<br>sabrina.miao@newpaichina.com |

In re: Express, Inc. et al.
Case No. 24-10831 (KBO)

Document Ref: 27FRL-9J9TY-T7KFN-SEEDD