United States Bankruptcy Court

District of Delaware

In re: EXP OldCo Winddown, Inc.                                    Chapter 11

                                                                                    Case No. 24-10831

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that RESICOM CUSTOM PAINTING & MAINTENANCE, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
RESICOM CUSTOM PAINTING & MAINTENANCE
7135 Janes Ave
Woodridge, IL 60517

New Address
RESICOM CUSTOM PAINTING & MAINTENANCE
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

RESICOM CUSTOM PAINTING & MAINTENANCE

By:_____

Name:__Elizabeth Diaz_____

Title:__Executive Director_____

Date:__9/29/25_____