**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., | Case No. 24-10831 (KBO) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    I, Lucian Murley, Esquire, hereby certify that on October 22, 2025, a copy of the *Notice of Withdrawal of Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 417 of Hing Shing Looping Co. Ltd. Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the below party.

Michael James Maloney, Esquire
Felicello Law P.C.
366 Madison Avenue, FL3
New York, NY 10017
mmaloney@felicellolaw.com

**SAUL EWING LLP**

By: */s/ Lucian Murley*
Lucian Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6898

Dated: October 22, 2025