# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
EXP OldCo Winddown, Inc.

Case No.: 24−10831−KBO

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 1506

Dear :Cheo Waters.

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 199.00 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On ,10/15/2025 you filed a document in the above−captioned case that requires a filing fee of $ 199.00 be paid to the Court.

Notes: "Motion for Relief from Stay" By Cheo Waters.

**Please remit funds to the Court at the following address by no later than 10/24/2025.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

Stephen L Grant, Clerk of Court

Date: 10/20/25       By: Shaheed R. Austin Jr., Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

In re:                                                                                           Case No. 24-10831-KBO
EXP OldCo Winddown, Inc.                                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                         User: admin                              Page 1 of 17
Date Rcvd: Oct 20, 2025                      Form ID: van441                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Cheo Waters, 8413 Stone Ferry Road, Indianapolis, IN 46278-1095 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025                          Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Steiger | on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |
| Alyson M. Fiedler | on behalf of Creditor 31-01 Steinway LLC alyson.fiedler@icemiller.com john.acquaviva@icemiller.com;john.cannizzaro@icemiller.com;ryan.hibbard@icemiller.com |
| Brad Dempsey | on behalf of Creditor The Shops at NorthCreek LLC brad@dempseycounsel.com |
| Brad Kane | on behalf of Creditor John Hein bkane@kanelaw.la |
| Brad Kane | on behalf of Creditor Kush Banda bkane@kanelaw.la |

District/off: 0311-1          User: admin          Page 2 of 17
Date Rcvd: Oct 20, 2025          Form ID: van441          Total Noticed: 1

Brendan Scott
    on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator bscott@klestadt.com

Brian Michael Muchinsky
    on behalf of Creditor Bellevue Square LLC bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com

Brian Thomas FitzGerald
    on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hcfl.gov stroupj@hcfl.gov;leema@hcfl.gov

Carrie M. Brosius
    on behalf of Creditor Bath and Body Works Logistics Services LLC cmbrosius@vorys.com mdwalkuski@vorys.com

Carrie M. Brosius
    on behalf of Creditor Distribution Land Company LLC cmbrosius@vorys.com, mdwalkuski@vorys.com

Christopher M. Winter
    on behalf of Creditor NorthPark Partners LP cmwinter@duanemorris.com

Clement Yee
    on behalf of Interested Party North Riverside Park Associates LLC cyee@leechtishman.com

Clement Yee
    on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. cyee@leechtishman.com

Curtis S. Miller
    on behalf of Interested Party Tanger Management LLC csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel C. Kerrick
    on behalf of Creditor Monument Consulting Inc. dckerrick@dkhogan.com kerry@dkhogan.com

Daniel C. Kerrick
    on behalf of Creditor Johnson Controls Fire Protection LP dckerrick@dkhogan.com kerry@dkhogan.com

Daniel N. Brogan
    on behalf of Creditor PREP Hillside Real Estate LLC dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Derek C. Abbott
    on behalf of Interested Party WHP Global dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine TopCo Winddown LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine California OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Operations OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor EXP OldCo Winddown Inc. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Tropic OldCo LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Finance OldCo Corp. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Logistics OldCo LLC dpacitti@klehr.com

| | |
|---|---|
| Domenic E. Pacitti | on behalf of Debtor Project Pine Holding OldCo  LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Investments OldCo  LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine OldCo  LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine GC OldCo  LLC dpacitti@klehr.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Ector CAD don.stecker@lgbs.com |
| Douglas Schneller | on behalf of Creditor Song Hong Garment Joint Stock Company douglas.schneller@rimonlaw.com  docketing@rimonlaw.com |
| Douglas Schneller | on behalf of Creditor 1552 Broadway Retail Owner LLC douglas.schneller@rimonlaw.com  docketing@rimonlaw.com |
| Drew McGehrin | on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com  drew-mcgehrin-5282@ecf.pacerpro.com |
| Dustin Parker Branch | on behalf of Creditor Bridgewater Commons Mall II LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Henderson Ave Main Owner LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Allstate Road (EDENS)  LLC branchd@ballardspahr.com,  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor YTC Mall Owner LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Forbes Company branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Parkway Mall  LP branchd@ballardspahr.com,  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Southlake Indiana LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Plaza West Covina LP branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Broward Mall LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor WEA Palm Desert  LLC branchd@ballardspahr.com,  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CVM Holdings LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Mainplace Shoppingtown  LLC branchd@ballardspahr.com,  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Macerich Company branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 17 |
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

Dustin Parker Branch
    on behalf of Creditor 659 West Diversey  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Star-West Franklin Park Mall  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Acadia Gold Coast  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor CenterCal Properties  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Vancouver Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Avalon North  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor Atherton Mill (E&A)  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
    on behalf of Creditor AP Union II LLC branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Edwin H. Caldie
    on behalf of Creditor Lumen Technologies  Inc. ed.caldie@stinson.com, laura.schumm@stinson.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party SEAPORT B/C RETAIL OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party WS/CIP II TAMPA OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Creditor Harbor East Parcel B-Retail  LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
    on behalf of Interested Party W/S/M HINGHAM PROPERTIES LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth Banda Calvo
    on behalf of Interested Party Crowley ISD  City of Grapevine, Grapevine-Colleyville ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Emily Margaret Hahn
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Erin Powers Severini
    on behalf of Creditor WPG Legacy  LLC eseverini@fbtlaw.com

Ernie Zachary Park
    on behalf of Creditor Fashion Island Retail LLC ernie.park@bewleylaw.com

Ethan H. Sulik
    on behalf of Interested Party Korea Trade Insurance Corporation esulik@potteranderson.com  kmccloskey@potteranderson.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Fred B. Ringel
    on behalf of Interested Party North Riverside Park Associates LLC fringel@leechtishman.com

Fred B. Ringel
    on behalf of Interested Party Causeway  LLC a/k/a Greater Lakeside Corp. fringel@leechtishman.com

Frederick Brian Rosner
    on behalf of Interested Party 173 Court Street Holdings LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
    on behalf of Creditor Campana 125 LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
    on behalf of Interested Party MANE Enterprises Inc. rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
    on behalf of Interested Party Tote Fashion Sourcing Limited rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garvan F. McDaniel
    on behalf of Creditor CBL & Associates Management Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
    on behalf of Creditor Akamai Technologies Inc gfmcdaniel@dkhogan.com gdurstein@dkhogan.com

Gregg M. Galardi
    on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregory A. Taylor
    on behalf of Creditor ToolsGroup Inc. gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Hiram Abif Gutierrez
    on behalf of Creditor Brownsville Independent School District City of Mercedes edinburgbankruptcy@pbfcm.com

James R. Risener, III
    on behalf of Interested Party Korea Trade Insurance Corporation jrisener@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com

James S. Carr
    on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jami B. Nimeroff
    on behalf of Creditor Roth Bros. Inc., d/b/a Sodexo jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
    on behalf of Creditor 31-01 Steinway LLC jnimeroff@brownnimeroff.com cjones@bmnlawyers.com

Jason A. Starks
    on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jeffrey Kurtzman
    on behalf of Creditor PREIT Services LLC kurtzman@kurtzmansteady.com

Jeffrey C. Wisler
    on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com

Jeffrey M. Carbino
    on behalf of Interested Party North Riverside Park Associates LLC jeffrey.carbino@pierferd.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
    on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. jeffrey.carbino@pierferd.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Schlerf
    on behalf of Creditor Lumen Technologies Inc. jeffrey.schlerf@stinson.com, lauren.langner@stinson.com

Jennifer R. Hoover
    on behalf of Creditor Silver Spark Apparel Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer V. Doran
    on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com calirm@haslaw.com

Joaquin Jose Alemany
    on behalf of Creditor Plaza del Caribe S.E. joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joaquin Jose Alemany
    on behalf of Creditor Plaza las Americas Inc. joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Jody C. Barillare
    on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare
    on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Case 24-10831-KBO    Doc 1512    Filed 10/22/25    Page 7 of 18

| District/off: 0311-1 | User: admin | Page 6 of 17 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

Jody C. Barillare
    on behalf of Cred. Comm. Chair Motives International Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare
    on behalf of Interested Party Radial Commerce Inc. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

John Henry Knight
    on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

John Henry Schanne, II
    on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov

John J. Kane
    on behalf of Creditor Silver Spark Apparel Limited jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com

John Jeffery Rich
    on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov

John Kendrick Turner
    on behalf of Creditor City Of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Crowley ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Northwest ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

Jordan L. Williams
    on behalf of Creditor Okta Inc. jordan.williams@blankrome.com

Joseph C. Barsalona II
    on behalf of Creditor Domain Northside Retail Property Owner LP jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph H Lemkin
    on behalf of Creditor DDR Urban LP jlemkin@stark-stark.com

Joshua A Sussberg
    on behalf of Debtor EXP OldCo Winddown  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Juan E Martinez
    on behalf of Creditor Silver Spark Apparel Limited jmartinez@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julie Anne Parsons
    on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
    on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

District/off: 0311-1                           User: admin                                Page 7 of 17
Date Rcvd: Oct 20, 2025                        Form ID: van441                            Total Noticed: 1

| | |
|---|---|
| Karen C. Bifferato | on behalf of Creditor W-LD Legends Owner VII L.L.C. kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor BP Prucenter Acquisition LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor TrueSource LLC kbifferato@connollygallagher.com |
| Kevin M. Capuzzi | on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin Scott Mann | on behalf of Creditor Stored Value Solutions kmann@crosslaw.com smacdonald@crosslaw.com,cgreen@crosslaw.com |
| Kiah T Ford, IV | on behalf of Creditor AP Newbury Street Portfolio #1 LLC chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP 1519-1521 Walnut St. LP chipford@parkerpoe.com |
| Kiah T Ford, IV | on behalf of Creditor AP Washington LLC chipford@parkerpoe.com |
| Laura J. Monroe | on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com krobertson@ecf.inforuptcy.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Laurel D. Roglen | on behalf of Creditor Henderson Ave Main Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor AP Union II LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Atherton Mill (E&A) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor 659 West Diversey LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor WEA Palm Desert LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Parkway Mall LP roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor YTC Mall Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CenterCal Properties LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Belden Mall LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Allstate Road (EDENS) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Broward Mall LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza West Covina LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Southlake Indiana LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Bridgewater Commons Mall II LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRG Lansing Eastwood LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Avalon North LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |

Case 24-10831-KBO    Doc 1512    Filed 10/22/25    Page 9 of 18

| District/off: 0311-1 | User: admin | Page 8 of 17 |
| --- | --- | --- |
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
| --- | --- |
| Laurel D. Roglen | on behalf of Creditor Plaza las Americas Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Macerich Company roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CVM Holdings LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Forbes Company roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza del Caribe S.E. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Franklin Park Mall LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Vancouver Mall II LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Mainplace Shoppingtown LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Gold Coast LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UE Bergen Mall Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Forbes Taubman Orlando L.L.C. HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Macerich Company HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor 659 West Diversey LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Mainplace Shoppingtown LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor MetroNational Corporation HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Broward Mall LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Allstate Road (EDENS) LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor AP Union II LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor UE Bergen Mall Owner LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Belden Mall LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Bridgewater Commons Mall II LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor FRIT San Jose Town and Country Village LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor WEA Palm Desert LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 9 of 17 |
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

Leslie C. Heilman
    on behalf of Creditor Plaza West Covina LP HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor CVM Holdings LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Henderson Ave Main Owner LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor KRE Colonie Owner LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor CenterCal Properties  LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Vancouver Mall II LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor The Forbes Company HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Danbury Mall  LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Acadia Gold Coast  LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Star-West Parkway Mall  LP HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor RREEF America REIT II Corp. HH HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Acadia Second City 843-45 West Armitage LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Avalon North  LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor YTC Mall Owner LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Star-West Franklin Park Mall  LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Atherton Mill (E&A)  LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Centennial Real Estate Company LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Southlake Indiana LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Louis F. Solimine
    on behalf of Interested Party SRE Ontario  LLC louis.solimine@thompsonhine.com,
    Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis F. Solimine
    on behalf of Interested Party SRE Hawkeye  LLC louis.solimine@thompsonhine.com,
    Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

District/off: 0311-1          User: admin          Page 10 of 17
Date Rcvd: Oct 20, 2025          Form ID: van441          Total Noticed: 1

Louis F. Solimine
on behalf of Interested Party Corpus Christi Retail Venture LP louis.solimine@thompsonhine.com Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis F. Solimine
on behalf of Interested Party OKC Outlets I LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis T. DeLucia
on behalf of Creditor 31-01 Steinway LLC louis.delucia@icemiller.com john.acquaviva@icemiller.com

Lucas Schneider
on behalf of Creditor Lumen Technologies Inc. lucas.schneider@stinson.com

Lucian Borders Murley
on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor Committee Official Committee of Unsecured Creditors luke.murley@saul.com robyn.warren@saul.com

Marc Justin Kurzman
on behalf of Creditor Campana 125 LLC Mkurzman@carmodylaw.com

Margaret A. Vesper
on behalf of Creditor UE Bergen Mall Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Mainplace Shoppingtown LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Avalon North LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Acadia Gold Coast LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor The Forbes Company vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Vancouver Mall II LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Allstate Road (EDENS) LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Star-West Franklin Park Mall LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Southlake Indiana LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Bridgewater Commons Mall II LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Broward Mall LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor YTC Mall Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Henderson Ave Main Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor WEA Palm Desert LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor 659 West Diversey LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Belden Mall LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Atherton Mill (E&A) LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor CVM Holdings LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Case 24-10831-KBO    Doc 1512    Filed 10/22/25    Page 12 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 11 of 17 |
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

Margaret A. Vesper
    on behalf of Creditor AP Union II LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor The Macerich Company vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Star-West Parkway Mall LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Plaza West Covina LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor CenterCal Properties LLC vesperm@ballardspahr.com

Mark Frankel
    on behalf of Interested Party 173 Court Street Holdings LLC mfrankel@bfklaw.com

Mark Magnozzi
    on behalf of Interested Party Oracle America Inc as successor in interest to PeopleSoft Inc, Sun MicroSystems Inc & Netsuite Inc mmagnozzi@magnozzilaw.com

Mark A Salzberg
    on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Gordon Brothers Retail Partners LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Melissa E. Valdez
    on behalf of Creditor Humble Independent School District et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Ingrassia
    on behalf of Creditor Google LLC ingrassiam@whiteandwilliams.com michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael David DeBaecke
    on behalf of Creditor Bath and Body Works Logistics Services LLC mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Creditor Distribution Land Company LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael Joseph Joyce
    on behalf of Creditor EKFH LLC mjoyce@mjlawoffices.com

Michael Vincent DiPietro
    on behalf of Creditor Adobe Inc. mdipietro@polsinelli.com lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine GC OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Investments OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine TopCo Winddown LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor EXP OldCo Winddown Inc. myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine California OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Debtor Project Pine Tropic OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 12 of 17 |
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

on behalf of Debtor Express Fashion Digital Services Costa Rica S.R.L. myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Debtor Project Pine Logistics OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Debtor Project Pine Finance OldCo Corp. myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Debtor Project Pine Holding OldCo LLC myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Debtor Project Pine Operations OldCo LLC myurkewicz@klehr.com

Michelle McMahon

on behalf of Creditor Annjoy Imports LLC mmcmahon@cullenllp.com

Michelle McMahon

on behalf of Creditor G&L Building Corp. mmcmahon@cullenllp.com

Michelle E. Shriro

on behalf of Creditor RED Development LLC mshriro@singerlevick.com, scotton@singerlevick.com

Morton R. Branzburg

on behalf of Debtor EXP OldCo Winddown Inc. mbranzburg@klehr.com, jtaylor@klehr.com

Nahal Zarnighian

on behalf of Creditor 659 West Diversey LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor AP Union II LLC zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Star-West Franklin Park Mall LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor CVM Holdings LLC zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Atherton Mill (E&A) LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Star-West Parkway Mall LP zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor The Forbes Company zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Broward Mall LLC zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Henderson Ave Main Owner LLC zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Vancouver Mall II LLC zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor The Macerich Company zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Allstate Road (EDENS) LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor YTC Mall Owner LLC zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor CenterCal Properties LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Plaza West Covina LP zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Mainplace Shoppingtown LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Avalon North LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Acadia Gold Coast LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor WEA Palm Desert LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Case 24-10831-KBO    Doc 1512    Filed 10/22/25    Page 14 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 13 of 17 |
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Nahal Zarnighian | on behalf of Creditor Bridgewater Commons Mall II LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Southlake Indiana LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Belden Mall LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor KRE Colonie Owner LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nicholas Smargiassi | on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Nicholas J. Brannick | on behalf of Creditor The Macerich Company brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Acadia Gold Coast  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor KRE Colonie Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor UE Bergen Mall Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Belden Mall LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor WEA Palm Desert  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Bridgewater Commons Mall II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Star-West Franklin Park Mall  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Federal Realty OP LP brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Broward Mall LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Henderson Ave Main Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Vancouver Mall II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor The Forbes Company brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor CenterCal Properties  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Atherton Mill (E&A)  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Star-West Parkway Mall  LP brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Mainplace Shoppingtown  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor 659 West Diversey  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor CVM Holdings LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Southlake Indiana LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Plaza West Covina LP brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Allstate Road (EDENS)  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |

Case 24-10831-KBO    Doc 1512    Filed 10/22/25    Page 15 of 18

| District/off: 0311-1 | User: admin | Page 14 of 17 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor AP Union II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Avalon North  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Randall L. Klein | |
| | on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Richard L. Schepacarter | |
| | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Richard W. Riley | |
| | on behalf of Creditor BDC Shay Retail LLC rriley@pashmanstein.com  gkarnick@pashmanstein.com |
| Richard W. Riley | |
| | on behalf of Creditor White Flint Associates  LLC rriley@pashmanstein.com, gkarnick@pashmanstein.com |
| Robert L. LeHane | |
| | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert M. Hirsh | |
| | on behalf of Interested Party Lever Style Limited robert.hirsh@nortonrosefulbright.com  jrenert@lowenstein.com |
| Robert T Schmidt | |
| | on behalf of Plan Administrator Tracy L. Klestadt  Plan Administrator rschmidt@kramerlevin.com, sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Robert T Schmidt | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Ronald E Gold | |
| | on behalf of Creditor WPG Legacy  LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor Bazaarvoice  Inc., as successor-in-interest for Granify (USA) Inc. streusand@slollp.com, prentice@slollp.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor EMC Corporation streusand@slollp.com  prentice@slollp.com |
| Scott Alan Zuber | |
| | on behalf of Creditor Liberty Mutual Insurance Company szuber@csglaw.com  ecf@csglaw.com |
| Shannon Dougherty Humiston | |
| | on behalf of Interested Party Lever Style Limited shumiston@burr.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sheryl P. Giugliano | |
| | on behalf of Interested Party Tote Fashion Sourcing Limited sgiugliano@rmfpc.com  samiel@rmfpc.com |
| Sheryl P. Giugliano | |
| | on behalf of Interested Party MANE Enterprises  Inc. sgiugliano@rmfpc.com, samiel@rmfpc.com |
| Stephan E. Hornung | |
| | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited stephan.hornung@morganlewis.com |
| Stephan E. Hornung | |
| | on behalf of Interested Party Radial Commerce Inc. stephan.hornung@morganlewis.com |
| Stephen B Gerald | |
| | on behalf of Creditor EKFH  LLC sgerald@tydings.com |
| Susan E. Kaufman | |
| | on behalf of Creditor WPG Legacy  LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Brookfield Retail Properties Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Keystone-Florida Property Holding Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Turnberry Associates skaufman@skaufmanlaw.com |

District/off: 0311-1 User: admin Page 15 of 17
Date Rcvd: Oct 20, 2025 Form ID: van441 Total Noticed: 1

| | |
|---|---|
| Susan R Fuertes | on behalf of Creditor Harris County et al susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Harris County ID #01 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor c/o Tara L. Grundemeier houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Thomas Onder | on behalf of Creditor DDR Urban LP tonder@stark-stark.com ereid@stark-stark.com |
| Thomas Joseph Francella, Jr. | on behalf of Creditor Liberty Mutual Insurance Company TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com |
| Tracy Lee Klestadt | on behalf of Creditor Manchu Times Fashion Ltd. tklestadt@klestadt.com |
| Turner Falk | on behalf of Creditor Committee Official Committee of Unsecured Creditors turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | on behalf of Creditor BSS Creative Groupe Inc. whazeltine@sha-llc.com |
| William F. Taylor, Jr | on behalf of Creditor Orange & Rockland Utilities Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Colonial Gas Cape Cod wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |

|  |  |
|---|---|
|  | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Narragansett Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor NStar East Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Nstar Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
|  | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |

District/off: 0311-1     User: admin     Page 17 of 17
Date Rcvd: Oct 20, 2025     Form ID: van441     Total Noticed: 1

William F. Taylor, Jr
    on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

TOTAL: 385