UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re: EXP OLDCO WINDDOWN, INC., Debtor.

Case No. 24-10831 (KBO)

Chapter 11

MOTION TO OPPOSE OF

GARMENT 10 CORPORATION – JOINT STOCK COMPANY

TO EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

PURSUANT TO BANKRUPTCY CODE SECTIONS 502(b) AND 503(b),

BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

(DOC. NO. 1501)

GARMENT 10 CORPORATION – JOINT STOCK COMPANY, a creditor in the above-captioned case of EXP OldCo Winddown, Inc., Case No. 24-10831 (KBO), respectfully submits this Motion in opposition to the Eighth Omnibus (Substantive) Objection to Claims (Doc. No. 1501) filed pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1.

## I. BACKGROUND

Pursuant to Proof of Claim No. 950, filed by GARMENT 10 CORPORATION- JOINT STOCK COMPANY on July 3, 2024, and duly accepted by the Court, GARMENT 10 CORPORATION- JOINT STOCK COMPANY asserts a valid claim in the amount of USD

212,237.68 for goods sold and delivered to the Debtor. The Plan Administrator's Schedule 2 – Overstated Claims erroneously classifies GARMENT 10 CORPORATION- JOINT STOCK COMPANY's Claim No. 950 as overstated, alleging that the Debtor's records do not substantiate the invoiced amount.

## II. GROUNDS FOR OPPOSITION

GARMENT 10 CORPORATION- JOINT STOCK COMPANY respectfully contends that such characterization is factually and legally unfounded, as the documentation provided in Claim No. 950 comprehensively substantiates the claim amount. Specifically, GARMENT 10 CORPORATION- JOINT STOCK COMPANY provided complete evidence of the delivery and corresponding invoices covering four purchase orders (PO 705970, 703032, 703029, 703028), which were exported and shipped via air freight to the Debtor. Supporting evidence is contained in pages 695–703 and 742–745 of Claim No. 950, and resubmitted herein as Exhibit 1.

## III. RELIEF REQUESTED

WHEREFORE, GARMENT 10 CORPORATION- JOINT STOCK COMPANY respectfully requests that this Honorable Court:

1. Overrule the Plan Administrator's objection as to the alleged "overstated" amount of USD 212,237.68 with respect to GARMENT 10 CORPORATION- JOINT STOCK COMPANY's Claim No. 950;

2. Recognize and allow the claim of GARMENT 10 CORPORATION- JOINT STOCK COMPANY in full as a valid and properly documented claim; and

3. Grant permission for a duly authorized representative of GARMENT 10 CORPORATION- JOINT STOCK COMPANY to attend the hearing scheduled for November 18, 2025, via remote appearance, to present oral argument and supporting evidence in this matter.

Respectfully submitted,

GARMENT 10 CORPORATION – JOINT STOCK COMPANY

Add: 765A Nguyen Van Linh Street, Phuc Loi Ward, Ha Noi, Viet Nam

Tel: (+84-24) 3827 6923 | Fax: (+84-24) 3827 6925

Tax Code: 0100101308

Dated: October 22, 2025

By: _____

Than Duc Viet

General Director

**<u>Exhibit 1</u>**

**Import and export documents proving**

# GARMENT 10 CORPORATION - JOINT STOCK COMPANY

SAI DONG WARD, LONG BIEN DISTRICT, HANOI, VIETNAM.
TELEPHONE: 84-4-8276923 / 8276932   FAX 84-48750664

## COMMERCIAL INVOICE

| INVOICE NO:   499/LF/24-S2 | DATE:   8-Mar-2024 |
|---|---|

| SHIPPER'S NAME AND ADDRESS: | MANUFACTURER'S NAME AND FULL ADDRESS: |
|---|---|
| GARMENT 10 CORPORATION. - JOINT STOCK COMPANY | GARMENT 10 CORPORATION. - JOINT STOCK COMPANY |
| SAI DONG WARD, LONG BIEN DISTRICT , | SAI DONG WARD, LONG BIEN DISTRICT , |
| HANOI, VIETNAM | HANOI, VIETNAM |
| | MID CODE: VNGAR10HAN |

| CONSIGNEE: | APPLICANT: |
|---|---|
| EXPRESS LLC, | LI AND FUNG (TRADING) LTD. |
| ONE LIMITED PARKWAY, | 3/F, HK SPINNERS INDUSTRIAL BLDG., |
| COLUMBUS, OH 43230, USA | PHASE I N II 800 CHEUNG SHA WAN RD, |
| | KOWLOON, HONG KONG |

| FOR ACCOUNT & RISK OF MESSRS: | SHIP TO: |
|---|---|
| EXPRESS LLC, | CMH RECEIVING AND HIGHBAY |
| ONE LIMITED PARKWAY, | ONE EXPRESS DRIVE |
| COLUMBUS, OH 43230, USA | NA |
| LI & FUNG ( TRADING ) LIMITED AS BUYING AGENT FOR AND ON | COLUMBUS |
| BEHALF OF EXPRESS  LLC | US |

| NOTIFY PARTY: | |
|---|---|
| RETAIL BROKERAGE SOLUTIONS | SHIP MODE:   AIR |
| FOREIGN TRADE ZONE DEPT | FROM:      HA NOI,  VIETNAM |
| 2 LIMITED PARKWAY | SHIP DATE:    8-Mar-2024 |
| COLUMBUS, OH 43230, USA | |
| ATTN: JASON MARTIN | |

| | | | | Quantity (PCS) | Unit-price (USD/PC) | Amount (USD) |
|---|---|---|---|---|---|---|
| **WEARING APPARELS** | | | SHIPMENT TERMS: FCA VIETNAM | | | |
| P/M NO. | P.O.NO | STYLE NO. | NO OF CTNS | | COLOR | |
| MEN'S WOVEN 97% COTTON, 3% SPANDEX SHIRT EXTENDS TO BETWEEN THE WAIST AND MID-THIGH LONG SLEEVES | | | | | | |
| FULL NECK OPENING DOES NOT CONTAIN TWO OR MORE COLORS IN THE WARP AND / OR FILL | | | | | | |
| 23-VEXPL-0971 | 703032 | 2008957 | 335 | 11,929 | 10.00 | 119,290.00 |
| 23-VEXPL-0967 | 703029 | 2008958 | 49 | 1,705 | 10.00 | 17,050.00 |
| 23-VEXPL-0966 | 703028 | 2008959 | 38 | 1,210 | 10.00 | 12,100.00 |
| | | **TOTAL** | **422** | **14,844** | | **148,440.00** |

COUNTRY OF ORIGIN: VIETNAM
THE FABRIC IS PIECE-DYED.
THE GARMENT IF NOT RESISTANT.
THE GARMENT IS NOT COATED.
THE GARMENT IS NOT WATER-RESISTANT.
THE GOODS ARE PRE-TICKETED
INVOICE EXCLUSIVE OF BUYING COMMISSION PAID TO LI & FUNG (TRADING) LTD
TOTAL AMOUNT IN WORDS: US DOLLAR ONE HUNDRED FORTY EIGHT THOUSAND FOUR HUNDRED FORTY ONLY.
" MERCHANDISE IS SHIPPED IN ACCORDANCE WITH APPLICANTS PURCHASE ORDER AND THAT MERCHANDISE IS MARKED
AND LABELED IN ACCORDANCE WITH UNITED STATES CUSTOMS AND FEDERAL TRADE COMMISSION REGULATIONS"
THE MERCHANDISE MEETS THE REQUIREMENTS OF NORMAL,
NON-FLAMMABILITY CS191-53 OF U.S. FLAMMABILITY FABRIC ACT.
WE HEREBY CERTIFY  THERE IS  NO WOOD PACKING METERIAL
IN THE SHIPMENT

| | | | SHIPPING MARKS: | | | |
|---|---|---|---|---|---|---|
| | | | Ship to | | Prepack/Multi  Yes  No | |
| NET WEIGHT | | KGS | EXM | | Carton no. | |
| TOTAL : GROSS WEIGHT. | | 4345.50 KGS | One Limited Parkway | | Size        Total | |
| TOTAL # OF CTNS: | | 422  CTNS | Columbus, Ohio 43230 | | Quantity | |
| | | | PO | | | |
| | | | Size        Style | | | |
| | | | Color      Department | | | |
| | | | Carton Qty(units) | | | |
| | | | Pre-Ticketed  Yes  No | | | |

GARMENT 10 CORPORATION JOINT STOCK COMPANY

P P MANAGER

## LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

| BUSINESS UNIT: | Express Men's |
|---|---|

| BUSINESS UNITS PO# 703032 | DEPT.# 20 | CLASS # 603 006037974 | BUSINESS UNITS STYLE # 2008957 | MADE IN (ORIGIN) VIET NAM | | SHIP TO: CMH RECEIVING AND HIGHBAY - CHAIN |
|---|---|---|---|---|---|---|

PRODUCT DESCRIPTION
Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves full neck opening does not

SUPPLIER NAME/ADDRESS
Garment 10 Corporation-Joint Stock Company
Sai dong ward, Long bien district, Hanoi, Vietnam

SUPPLIER PHONE/ E-MAIL ADDRESS
84-4-8276923
thaonp@garco10.com.vn

SHIP TO:
CMH RECEIVING AND HIGHBAY - CHAIN
EXPRESS WORLD HEADQUARTERS
ONE LIMITED PARKWAY
COLUMBUS
US

| SUPPLIER PO # 703032 | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME 90095 / LI & FUNG/GARCO 10 JSC |
|---|---|---|---|---|

| MODE OF TRANSPORT AIR | CARRIER/FLIGHT/VESSEL | FCR or BOL#/ HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE 3/7/2024 0:00 | ETA DATE | FREIGHT COLLECT |
|---|---|---|---|---|---|

| PRE-TICKET YES | PRE-PACK/BUNDLE: NO | CARTON TYPE | HANGER NO | ORDER TYPE DESCRIPTION: Bulk-Regular | Carton Measurement | L 53.5 | W 40 | H 38 | CTN UOM CM |
|---|---|---|---|---|---|---|---|---|---|

| ORDER SHIPPED COMPLETE | STD CTN QTY 36 | TOTAL PIECES 11,816 | TOTAL # OF CTNS 330 | GROSS WEIGHT 3,371.78 | NET WEIGHT 2,777.78 | NET/NET WEIGHT 2,777.28 | UOM - NET/ GROSS WT KG | DIM WEIGHT 4,472.60 |
|---|---|---|---|---|---|---|---|---|

| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | XS | S | M | L | XL | XXL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### CARTON SERIES SUMMARY DETAILS

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS | S | M | L | XL | XXL | |
| 1 | 21 | TRUE WHITE | 00001 | | 2008957 | 703032 | 36 | | | | | | 756 |
| 22 | 61 | TRUE WHITE | 00001 | | 2008957 | 703032 | | 36 | | | | | 1,440 |
| 62 | 115 | TRUE WHITE | 00001 | | 2008957 | 703032 | | | 36 | | | | 1,944 |
| 116 | 163 | TRUE WHITE | 00001 | | 2008957 | 703032 | | | | 36 | | | 1,728 |
| 164 | 191 | TRUE WHITE | 00001 | | 2008957 | 703032 | | | | | 36 | | 1,008 |
| 192 | 192 | TRUE WHITE | 00001 | | 2008957 | 703032 | 17 | | | | | | 17 |
| 193 | 193 | TRUE WHITE | 00001 | | 2008957 | 703032 | | 19 | | | | | 19 |
| 194 | 194 | TRUE WHITE | 00001 | | 2008957 | 703032 | | 5 | | 14 | 4 | 3 | 26 |
| 195 | 208 | JET BLACK | 01056 | | 2008957 | 703032 | 36 | | | | | | 504 |
| 209 | 238 | JET BLACK | 01056 | | 2008957 | 703032 | | 36 | | | | | 1,080 |
| 239 | 276 | JET BLACK | 01056 | | 2008957 | 703032 | | | 36 | | | | 1,368 |
| 277 | 308 | JET BLACK | 01056 | | 2008957 | 703032 | | | | 36 | | | 1,152 |
| 309 | 327 | JET BLACK | 01056 | | 2008957 | 703032 | | | | | 36 | | 684 |
| 328 | 328 | JET BLACK | 01056 | | 2008957 | 703032 | 30 | | | | | | 30 |
| 329 | 329 | JET BLACK | 01056 | | 2008957 | 703032 | | | | | 23 | | 23 |
| 330 | 330 | JET BLACK | 01056 | | 2008957 | 703032 | | 4 | 20 | 6 | | 7 | 37 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS | S | M | L | XL | XXL | |
| | 194 | TRUE WHITE | 00001 | | 2008957 | 703032 | 773 | 1,445 | 1,963 | 1,742 | 1,012 | 3 | 6,938 |
| | 136 | JET BLACK | 01056 | | 2008957 | 703032 | 534 | 1,084 | 1,388 | 1,158 | 707 | 7 | 4,878 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

COMMENTS/NOTES:

Packing List Version 5 8/15/2001

LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

| BUSINESS UNIT: | Express Men's |
|---|---|

| BUSINESS UNIT'S PO# | DEPT. # | CLASS # | BUSINESS UNIT'S STYLE # | MADE IN (ORIGIN) | SHIP TO: |
|---|---|---|---|---|---|
| 703032 | 20 | 603 006037974 | 2008957 | VIET NAM | CMH RECEIVING AND HIGHBAY - CHAIN EXPRESS WORLD HEADQUARTERS ONE LIMITED PARKWAY COLUMBUS US |

| PRODUCT DESCRIPTION | SUPPLIER NAME/ADDRESS | SUPPLIER PHONE/ E-MAIL ADDRESS | |
|---|---|---|---|
| Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves full neck opening does not | Garment 10 Corporation-Joint Stock Company Sai dong ward, Long bien district, Hanoi, Vietnam | 84-4-8276923 thaonp@garco10.com.vn | |
| SUPPLIER PO # | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME |
| 703032 | | | | 90095 / LI & FUNG/GARCO 10 JSC |

| MODE OF TRANSPORT | CARRIER/FLIGHT/VESSEL | FCR or BOL#/ HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE | ETA DATE | FREIGHT |
|---|---|---|---|---|---|
| AIR | | | 3/7/2024 0:00 | | COLLECT |

| PRE-TICKET | PRE-PACK/BUNDLE: | CARTON TYPE | HANGER | ORDER TYPE DESCRIPTION: | Carton Measurement | L | W | H | CTN UOM |
|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | NO | Bulk-Tall | | 53.5 | 40 | 38 | CM |

| ORDER SHIPPED | STD CTN QTY | TOTAL PIECES | TOTAL # OF CTNS | GROSS WEIGHT | NET WEIGHT | NET/NET WEIGHT | UOM - NET/ GROSS WT | DIM WEIGHT |
|---|---|---|---|---|---|---|---|---|
| COMPLETE | | 113 | 5 | 37.59 | 28.59 | 28.09 | KG | 67.77 |

| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |

**CARTON SERIES SUMMARY DETAILS**

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| 331 | 331 | TRUE WHITE | 00001 | | 2008957 | 703032 | | | 19 | | | | 19 |
| 332 | 332 | TRUE WHITE | 00001 | | 2008957 | 703032 | | | | 22 | | | 22 |
| 333 | 333 | TRUE WHITE | 00001 | | 2008957 | 703032 | | | | | 13 | 8 | 21 |
| 334 | 334 | JET BLACK | 01056 | | 2008957 | 703032 | | | | 20 | | | 20 |
| 335 | 335 | JET BLACK | 01056 | | 2008957 | 703032 | | | 13 | | 12 | 6 | 31 |

**TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE**

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| | 3 | TRUE WHITE | 00001 | | 2008957 | 703032 | | | 19 | 22 | 13 | 8 | 62 |
| | 2 | JET BLACK | 01056 | | 2008957 | 703032 | | | 13 | 20 | 12 | 6 | 51 |

| COMMENTS/NOTES: |
|---|
| |

Page ___2___ of ___2___

## LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

| BUSINESS UNIT: | Express Men's |
|---|---|

| BUSINESS UNIT'S PO# | DEPT.# | CLASS # | BUSINESS UNIT'S STYLE # | MADE IN (ORIGIN) | SHIP TO: |
|---|---|---|---|---|---|
| 703029 | 20 | 603 006037975 | 2008958 | VIET NAM | CMH RECEIVING AND HIGHBAY - CHAIN EXPRESS WORLD HEADQUARTERS ONE LIMITED PARKWAY COLUMBUS US |

| PRODUCT DESCRIPTION | SUPPLIER NAME/ADDRESS | SUPPLIER PHONE/ E-MAIL ADDRESS |
|---|---|---|
| Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves full neck opening does not | Garment 10 Corporation-Joint Stock Company Sai dong ward, Long bien district, Hanoi, Vietnam | 84-4-8276923 thaonp@garco10.com.vn |

| SUPPLIER PO # | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME |
|---|---|---|---|---|
| 703029 | | | | 90095 / LI & FUNG/GARCO 10 JSC |

| MODE OF TRANSPORT | CARRIER/FLIGHT/VESSEL | FCR or BOL#/ HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE | | FREIGHT |
|---|---|---|---|---|---|
| AIR | | | 3/7/2024 0:00 | | COLLECT |

| PRE-TICKET | PRE-PACK/BUNDLE: | CARTON TYPE | HANGER | ORDER TYPE DESCRIPTION: | Carton Measurement | L | W | H | CTN UOM |
|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | NO | Bulk-Regular | | 53.5 | 40 | 38 | CM |

| ORDER SHIPPED | STD CTN QTY | TOTAL PIECES | TOTAL # OF CTNS | GROSS WEIGHT | NET WEIGHT | NET/NET WEIGHT | UOM - NET/ GROSS WT | DIM WEIGHT |
|---|---|---|---|---|---|---|---|---|
| COMPLETE | 36 | 1,491 | 42 | 423.15 | 347.55 | 347.05 | KG | 569.24 |

| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | XS | S | M | L | XL | XXL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |

### CARTON SERIES SUMMARY DETAILS

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS | S | M | L | XL | XXL | |
| 1 | 2 | TRUE WHITE | 00001 | | 2008958 | 703029 | 36 | | | | | | 72 |
| 3 | 7 | TRUE WHITE | 00001 | | 2008958 | 703029 | | 36 | | | | | 180 |
| 8 | 16 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | 36 | | | | 324 |
| 17 | 22 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | | 36 | | | 216 |
| 23 | 24 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | | | 36 | | 72 |
| 25 | 25 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | 28 | | | | 28 |
| 26 | 26 | TRUE WHITE | 00001 | | 2008958 | 703029 | 10 | 12 | | 4 | 3 | 7 | 36 |
| 27 | 28 | JET BLACK | 01056 | | 2008958 | 703029 | 36 | | | | | | 72 |
| 29 | 30 | JET BLACK | 01056 | | 2008958 | 703029 | | 36 | | | | | 72 |
| 31 | 35 | JET BLACK | 01056 | | 2008958 | 703029 | | | 36 | | | | 180 |
| 36 | 38 | JET BLACK | 01056 | | 2008958 | 703029 | | | | 36 | | | 108 |
| 39 | 39 | JET BLACK | 01056 | | 2008958 | 703029 | | | | | 30 | | 30 |
| 40 | 40 | JET BLACK | 01056 | | 2008958 | 703029 | | 29 | | | | | 29 |
| 41 | 41 | JET BLACK | 01056 | | 2008958 | 703029 | | | | 32 | | | 32 |
| 42 | 42 | JET BLACK | 01056 | | 2008958 | 703029 | 10 | | 26 | | | 4 | 40 |

### TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS | S | M | L | XL | XXL | |
| | 26 | TRUE WHITE | 00001 | | 2008958 | 703029 | 82 | 192 | 352 | 220 | 75 | 7 | 928 |
| | 16 | JET BLACK | 01056 | | 2008958 | 703029 | 82 | 101 | 206 | 140 | 30 | 4 | 563 |

| COMMENTS/NOTES: |
|---|
| |

## LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

| BUSINESS UNIT: | Express Men's |
|---|---|

| BUSINESS UNIT'S PO# | DEPT. # | CLASS # | BUSINESS UNIT'S STYLE # | MADE IN (ORIGIN) | SHIP TO: |
|---|---|---|---|---|---|
| 703029 | 20 | 603 006037975 | 2008958 | VIET NAM | CMH RECEIVING AND HIGHBAY - CHAIN |

| PRODUCT DESCRIPTION | SUPPLIER NAME/ADDRESS | SUPPLIER PHONE/ E-MAIL ADDRESS | EXPRESS WORLD HEADQUARTERS |
|---|---|---|---|
| Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves full neck opening does not | Garment 10 Corporation-Joint Stock Company Sai dong ward, Long bien district, Hanoi, Vietnam | 84-4-8276923 theone@garco10.com.vn | ONE LIMITED PARKWAY COLUMBUS US |

| SUPPLIER PO # | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME | |
|---|---|---|---|---|---|
| 703029 | | | | 90095 / LI & FUNG/GARCO 10 JSC | |

| MODE OF TRANSPORT | CARRIER/FLIGHT/VESSEL | FCR or BOL#/ HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE | ETA DATE | FREIGHT |
|---|---|---|---|---|---|
| AIR | | | 3/7/2024 0:00 | | COLLECT |

| PRE-TICKET | PRE-PACK/BUNDLE: | CARTON TYPE | HANGER | ORDER TYPE DESCRIPTION | Carton Measurement | L | W | H | CTN UOM |
|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | NO | Bulk-Tall | | 53.5 | 40 | 38 | CM |

| ORDER SHIPPED | STD CTN QTY | TOTAL PIECES | TOTAL # OF CTNS | GROSS WEIGHT | NET WEIGHT | NET/NET WEIGHT | UOM - NET / GROSS WT | DIM WEIGHT |
|---|---|---|---|---|---|---|---|---|
| COMPLETE | 36 | 214 | 7 | 66.20 | 53.60 | 53.10 | KG | 94.87 |

| | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |

### CARTON SERIES SUMMARY DETAILS

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| 43 | 43 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | 36 | | | | 36 |
| 44 | 44 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | | 36 | | | 36 |
| 45 | 45 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | | | 26 | | 26 |
| 46 | 46 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | 6 | 14 | | 9 | 29 |
| 47 | 47 | JET BLACK | 01056 | | 2008958 | 703029 | | | 27 | | | | 27 |
| 48 | 48 | JET BLACK | 01056 | | 2008958 | 703029 | | | | 36 | | | 36 |
| 49 | 49 | JET BLACK | 01056 | | 2008958 | 703029 | | | | | 16 | 8 | 24 |

### TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| | 4 | TRUE WHITE | 00001 | | 2008958 | 703029 | | | 42 | 50 | 26 | 9 | 127 |
| | 3 | JET BLACK | 01056 | | 2008958 | 703029 | | | 27 | 36 | 16 | 8 | 87 |

| COMMENTS/NOTES: |
|---|
| |

Packing List Version 5 8/15/2001

## LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

**BUSINESS UNIT:**  Express Men's

| BUSINESS UNITS PO# | DEPT.# | CLASS # | BUSINESS UNIT'S STYLE # | MADE IN (ORIGIN) | |
|---|---|---|---|---|---|
| 703028 | 20 | 603 006032681 | 2008959 | VIET NAM | SHIP TO: CMH RECEIVING AND HIGHBAY - CHAIN EXPRESS WORLD HEADQUARTERS ONE LIMITED PARKWAY COLUMBUS US |

| PRODUCT DESCRIPTION | SUPPLIER NAME/ADDRESS | SUPPLIER PHONE/ E-MAIL ADDRESS | |
|---|---|---|---|
| Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves full neck opening does not | Garment 10 Corporation-Joint Stock Company Sai dong ward, Long bien district, Hanoi, Vietnam | 84-4-8276923  thaong@garco10.com.vn | |

| SUPPLIER PO # | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME |
|---|---|---|---|---|
| 703028 | | | | 90095 / LI & FUNG/GARCO 10 JSC |

| MODE OF TRANSPORT | CARRIER/FLIGHT/VESSEL | FCR or BOL# / HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE | ETA DATE | FREIGHT |
|---|---|---|---|---|---|
| AIR | | | 3/7/2024 0:00 | | COLLECT |

| PRE-TICKET | PRE-PACK/BUNDLE: | CARTON TYPE | HANGER | ORDER TYPE DESCRIPTION: | Carton Measurement | L | W | H | CTN UOM |
|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | Bulk-Regular | | 53.5 | 40 | 38 | CM |

| ORDER SHIPPED | STD CTN QTY | TOTAL PIECES | TOTAL # OF CTNS | GROSS WEIGHT | NET WEIGHT | NET/NET WEIGHT | UOM - NET/ GROSS WT | DIM WEIGHT |
|---|---|---|---|---|---|---|---|---|
| COMPLETE | 36 | 1,061 | 32 | 317.67 | 260.07 | 259.57 | KG | 433.71 |

| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | XS | S | M | L | XL | XXL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |

### CARTON SERIES SUMMARY DETAILS

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS | S | M | L | XL | XXL | |
| 1 | 1 | TRUE WHITE | 00001 | | 2008959 | 703028 | 18 | | | | | | 18 |
| 2 | 2 | TRUE WHITE | 00001 | | 2008959 | 703028 | | 36 | | | | | 36 |
| 3 | 7 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | 36 | | | | 180 |
| 8 | 12 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | | 36 | | | 180 |
| 13 | 14 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | | | 36 | | 72 |
| 15 | 15 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | | | | 24 | 24 |
| 16 | 16 | TRUE WHITE | 00001 | | 2008959 | 703028 | | 27 | | | | | 27 |
| 17 | 17 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | | | 35 | | 35 |
| 18 | 18 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | 16 | 16 | | | 32 |
| 19 | 21 | JET BLACK | 01056 | | 2008959 | 703028 | | 36 | | | | | 108 |
| 22 | 23 | JET BLACK | 01056 | | 2008959 | 703028 | | | 36 | | | | 72 |
| 24 | 25 | JET BLACK | 01056 | | 2008959 | 703028 | | | | 36 | | | 72 |
| 26 | 26 | JET BLACK | 01056 | | 2008959 | 703028 | | | | | 37 | | 37 |
| 27 | 29 | JET BLACK | 01056 | | 2008959 | 703028 | | | | | | 36 | 108 |
| 30 | 30 | JET BLACK | 01056 | | 2008959 | 703028 | | 19 | | | | | 19 |
| 31 | 31 | JET BLACK | 01056 | | 2008959 | 703028 | | | | 17 | | | 17 |
| 32 | 32 | JET BLACK | 01056 | | 2008959 | 703028 | 9 | | 6 | | | 9 | 24 |

### TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS | S | M | L | XL | XXL | |
| | 18 | TRUE WHITE | 00001 | | 2008959 | 703028 | 18 | 63 | 196 | 196 | 107 | 24 | 604 |
| | 14 | JET BLACK | 01056 | | 2008959 | 703028 | 9 | 127 | 78 | 89 | 37 | 117 | 457 |

**COMMENTS/NOTES:**

Packing List Version 5 8/15/2001

# LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

| BUSINESS UNIT: | Express Men's |
|---|---|

| BUSINESS UNIT'S PO# 703028 | DEPT. # 20 | CLASS # 603 006032681 | BUSINESS UNIT'S STYLE # 2008959 | MADE IN (ORIGIN) VIET NAM | | SHIP TO: CMH RECEIVING AND HIGHBAY - CHAIN EXPRESS WORLD HEADQUARTERS ONE LIMITED PARKWAY COLUMBUS US |
|---|---|---|---|---|---|---|
| PRODUCT DESCRIPTION Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves full neck opening does not | SUPPLIER NAME/ADDRESS Garment 10 Corporation-Joint Stock Company Sai dong ward, Long bien district, Hanoi, Vietnam | | SUPPLIER PHONE/ E-MAIL ADDRESS 84-4-8276923 thaonp@garco10.com.vn | | | |
| SUPPLIER PO # 703028 | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME 90095 / LI & FUNG/GARCO 10 JSC | | |

| MODE OF TRANSPORT AIR | CARRIER/FLIGHT/VESSEL | FCR or BOL#/ HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE 3/7/2024 0:00 | ETA DATE | FREIGHT COLLECT | | |
|---|---|---|---|---|---|---|---|
| PRE-TICKET YES | PRE-PACK/BUNDLE: NO | CARTON TYPE | HANGER NO | ORDER TYPE DESCRIPTION Bulk-Tall | Carton Measurement | L 53.5 | W 40 | H 38 | CTN UOM CM |
| ORDER SHIPPED COMPLETE | STD CTN QTY 36 | TOTAL PIECES 149 | TOTAL # OF CTNS 6 | GROSS WEIGHT 49.20 | NET WEIGHT 38.40 | NET/NET WEIGHT 37.90 | UOM - NET/ GROSS WT KG | DIM WEIGHT 81.32 |

| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |
| | | | | | | | | | | |

## CARTON SERIES SUMMARY DETAILS

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| 33 | 33 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | 24 | | | | 24 |
| 34 | 34 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | | 26 | | | 26 |
| 35 | 35 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | | | 35 | | 35 |
| 36 | 36 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | | | | 21 | 21 |
| 37 | 37 | JET BLACK | 01056 | | 2008959 | 703028 | | | | 14 | | | 14 |
| 38 | 38 | JET BLACK | 01056 | | 2008959 | 703028 | | | 10 | | 12 | 7 | 29 |

## TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| | 4 | TRUE WHITE | 00001 | | 2008959 | 703028 | | | 24 | 26 | 35 | 21 | 106 |
| | 2 | JET BLACK | 01056 | | 2008959 | 703028 | | | 10 | 14 | 12 | 7 | 43 |

COMMENTS/NOTES:

Packing List Version 5 8/15/2001

176 HAN 82028870                                                    HAWB No: 12424051537

| Shipper's Name and Address | Shipper's Account Number | |
|---|---|---|
| | GAR10JHAN | **HOUSE AIR WAYBILL** |
| GARMENT 10 CORPORATION - JOINT STOCK COMPANY SAI DONG WARD LONG BIEN DISTRICT HA NOI 100000 VN TE +842438276923 VAT: 0100101308 VAT : 0100101308 | | **Expolanka Freight (Viet Nam) Ltd** |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| EXPRESS LLC 1 LIMITED PKWY COLUMBUS OH 43230 US | EXPRESCMH |

If the carriage involves on ultimate destination or stop in a country other than the country of departure, the Warsaw convention may be applicable and the convention governs and in most cases limits the liability of carriers in respect of loss or damage to cargo. Agreed stopping places are those places (other than the places of departure and destination) shown under requested routing and/or those places shown in carriers metables as scheduled stopping places for the route. Address of first carrier is the airport of departure. SEE CONDITIONS REVERSE HERE OF.

| Notify Party | Accounting Information |
|---|---|
| ALSO NOTIFY: RETAIL BROKERAGE SOLUTIONS INC., FOREIGN TRADE ZONE DEPT,2 LIMITED PKWY COLUMBUS OH 43230 US | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| HANOI | C12400917939 | FREIGHT COLLECT |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWC | EK | | LCK | EK | | | VND | CP | X | X | NVD | NCV |

| Airport of Destination | Requested Flight/Date | | Amount of insurance | INSURANCE - If Carrier offers Insurance, and such Insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "amount of insurance". |
|---|---|---|---|---|
| RICKENBACKER | EK9223/08 | EK9989/11 | XXX | |

Handling Information

SCI

| No. Of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 422 | 4345.5 9,580.09 | K L | Q | 6073.5 13,389.64 | | | Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves HS CODE: 6205202067 MORE DETAIL AS ATTACHED FILE COUNTRY CODE: VN |
| | | | SHIPPING MARK: SAME AS COMMERCIAL INVOICE CARGO RECEIVED: MAR.7.2024 DOCUMENT RECEIVED: MAR.7.2024 (INV: 14,844 PCS; P/L: 14,844 PCS) 54*41*39/ 422 | | | | |
| 422 | 4345.5 | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | EXPOLANKA FREIGHT (VIETNAM) LTD |
| | Tax | | CHU NGOC HA As Agent For The Carrier |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | |
| | | | YEN PHO |
| Total Prepaid | Total Collect | | Signature of Shipper or his Agent |
| Currency Conversion Rates | CC. Charges in Dest. Currency | | 07-Mar-24        HANOI CITY   EXPOLANKA FREIGHT (VIETNAM) LTD |
| | | | Executed on (date)      at (place)      Signature of Issuing Carrier or its Agent |
| For Carrier's use only at Destination | Charges at Destination | Total Collect Charges | 176-82028870 |

**Laser HAWB**

ATTACH FILE 12424051537

| VPO# | Style No. | DIV | Quantity (Pieces) | No. of Pkgs (Ctns) | DESCRIPTION OF GOODS |
|---|---|---|---|---|---|
| 703032 | 2008957 | EXP | 11,929 | 335 | Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves |
| 703029 | 2008958 | EXP | 1,705 | 49 | Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves |
| 703028 | 2008959 | EXP | 1,210 | 38 | Men's woven 97% cotton, 3% spandex shirt extends to between the waist and mid-thigh long sleeves |



EXPOLANKA FREIGHT (VIETNAM) LTD
CHU NGOC HA
As Agent For The Carrier



# GARMENT 10 CORPORATION - JOINT STOCK COMPANY
### SAI DONG WARD, LONG BIEN DISTRICT, HANOI, VIETNAM.
### TELEPHONE: 84-4-8276923 / 8276932   FAX 84-48750664

## COMMERCIAL INVOICE

| INVOICE NO: 578/LF/24-S2 | DATE: 22-Mar-2024 |
|---|---|

| | |
|---|---|
| **SHIPPER'S NAME AND ADDRESS:**<br>GARMENT 10 CORPORATION. - JOINT STOCK COMPANY<br>SAI DONG WARD, LONG BIEN DISTRICT ,<br>HANOI, VIETNAM | **MANUFACTURER'S NAME AND FULL ADDRESS:**<br>GARMENT 10 CORPORATION. - JOINT STOCK COMPANY<br>SAI DONG WARD, LONG BIEN DISTRICT ,<br>HANOI, VIETNAM<br>MID CODE: VNGAR10HAN |
| **CONSIGNEE:**<br>EXPRESS LLC,<br>ONE LIMITED PARKWAY,<br>COLUMBUS, OH 43230, USA | **APPLICANT:**<br>LI AND FUNG (TRADING) LTD.<br>3/F, HK SPINNERS INDUSTRIAL BLDG.,<br>PHASE I N II 800 CHEUNG SHA WAN RD,<br>KOWLOON, HONG KONG |
| **FOR ACCOUNT & RISK OF MESSRS:**<br>EXPRESS LLC,<br>ONE LIMITED PARKWAY,<br>COLUMBUS, OH 43230, USA<br>LI & FUNG ( TRADING ) LIMITED AS BUYING AGENT FOR AND ON<br>BEHALF OF EXPRESS  LLC | **SHIP TO:**<br>CMH RECEIVING AND HIGHBAY<br>ONE EXPRESS DRIVE<br>NA<br>COLUMBUS<br>US |
| **NOTIFY PARTY:**<br>RETAIL BROKERAGE SOLUTIONS<br>FOREIGN TRADE ZONE DEPT<br>2 LIMITED PARKWAY<br>COLUMBUS, OH 43230, USA<br>ATTN: JASON MARTIN | **SHIP MODE:**   AIR<br>**FROM:**   HA NOI,  VIETNAM<br>**SHIP DATE:**   22-Mar-2024 |

|  | Quantity (PCS) | Unit-price (USD/PC) | Amount (USD) |
|---|---|---|---|
| **WEARING APPARELS**   SHIPMENT TERMS: FCA VIETNAM | | | |
| P/M NO.   P.O.NO   STYLE NO.   NO OF CTNS   COLOR | | | |
| MEN'S WOVEN 55% LINEN, 45% COTTON SHIRT EXTENDS TO BETWEEN THE WAIST AND MID-THIGH SHORT SLEEVES FULL NECK OPENING | | | |
| 23-VEXPL-1266   705970   2009378   223 | 6,206 | 10.28 | 63,797.68 |
| **TOTAL**   223 | 6,206 | | 63,797.68 |

COUNTRY OF ORIGIN: VIETNAM
THE FABRIC IS PIECE-DYED.
THE GARMENT IF NOT RESISTANT.
THE GARMENT IS NOT COATED.
THE GARMENT IS NOT WATER-RESISTANT.
THE GOODS ARE PRE-TICKETED

INVOICE EXCLUSIVE OF BUYING COMMISSION PAID TO LI & FUNG (TRADING) LTD
TOTAL AMOUNT IN WORDS: US DOLLAR SIXTY THREE THOUSAND SEVEN HUNDRED NINETY SEVEN AND CENTS SIXTY EIGHT ONLY.
" MERCHANDISE IS SHIPPED IN ACCORDANCE WITH APPLICANTS PURCHASE ORDER AND THAT MERCHANDISE IS MARKED
AND LABELED IN ACCORDANCE WITH UNITED STATES CUSTOMS AND FEDERAL TRADE COMMISSION REGULATIONS"
THE MERCHANDISE MEETS THE REQUIREMENTS OF NORMAL,
NON-FLAMMABILITY CS191-53 OF U.S. FLAMMABILITY FABRIC ACT.
WE HEREBY CERTIFY  THERE IS  NO WOOD PACKING METERIAL
IN THE SHIPMENT

| | | | SHIPPING MARKS: | | |
|---|---|---|---|---|---|
| NET WEIGHT | | KGS | Ship to | Prepack/Multi  Yes  No | |
| TOTAL : GROSS WEIGHT. | 1973.00 | KGS | EXM | Carton no. | |
| TOTAL # OF CTNS. | 223 | CTNS | One Limited Parkway | Size      Total | |
| | | | Columbus, Ohio 43230 | Quantity | |
| | | | PO | | |
| | | | Size      Style | | |
| | | | Color      Department | | |
| | | | Carton Qty(units) | | |
| | | | Pre-Ticketed   Yes   No | | |

GARMENT 10 CORPORATION JOINT STOCK COMPANY

P P MANAGER

## LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

| BUSINESS UNIT: | Express Men's |
|---|---|

| BUSINESS UNIT'S PO# **705970** | DEPT.# **20** | CLASS # **169 001690344** | BUSINESS UNIT'S STYLE # **2009378** | MADE IN (ORIGIN) **VIET NAM** | SHIP TO: CMH RECEIVING AND HIGHBAY - CHAIN EXPRESS WORLD HEADQUARTERS ONE LIMITED PARKWAY COLUMBUS US |
|---|---|---|---|---|---|

| PRODUCT DESCRIPTION Men's woven 55% linen, 45% cotton shirt extends to between the waist and mid-thigh short sleeves full neck opening | SUPPLIER NAME/ADDRESS Garment 10 Corporation-Joint Stock Company Sai dong ward, Long bien district, Hanoi, Vietnam | SUPPLIER PHONE/ E-MAIL ADDRESS 84-4-8276923 thaonp@garco10.com.vn | | |
|---|---|---|

| SUPPLIER PO # **705970** | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME 90095 / LI & FUNG/GARCO 10 JSC |
|---|---|---|---|---|

| MODE OF TRANSPORT **AIR** | CARRIER/FLIGHT/VESSEL | FCR or BOL#/ HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE **3/21/2024 0:00** | ETA DATE | FREIGHT **COLLECT** |
|---|---|---|---|---|---|

| PRE-TICKET **YES** | PRE-PACK/BUNDLE: **NO** | CARTON TYPE | HANGER **NO** | ORDER TYPE DESCRIPTION: **Bulk-Regular** | Carton Measurement | L **59** | W **43** | H **26** | CTN UOM **CM** |
|---|---|---|---|---|---|---|---|---|---|

| ORDER SHIPPED **COMPLETE** | STD CTN QTY **28** | TOTAL PIECES **6,111** | TOTAL # OF CTNS **219** | GROSS WEIGHT **1,945.87** | NET WEIGHT **1,551.67** | NET/NET WEIGHT **1,551.17** | UOM - NET / GROSS WT **KG** | DIM WEIGHT **2,407.61** |
|---|---|---|---|---|---|---|---|---|

| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | XS | S | M | L | XL | XXL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |

### CARTON SERIES SUMMARY DETAILS

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS | S | M | L | XL | XXL | |
| 1 | 26 | SWAN | 00121 | | 2009378 | 705970 | 28 | | | | | | 728 |
| 27 | 69 | SWAN | 00121 | | 2009378 | 705970 | | 28 | | | | | 1,204 |
| 70 | 123 | SWAN | 00121 | | 2009378 | 705970 | | | 28 | | | | 1,512 |
| 124 | 174 | SWAN | 00121 | | 2009378 | 705970 | | | | 28 | | | 1,428 |
| 175 | 214 | SWAN | 00121 | | 2009378 | 705970 | | | | | 28 | | 1,120 |
| 215 | 215 | SWAN | 00121 | | 2009378 | 705970 | | | | | | 28 | 28 |
| 216 | 216 | SWAN | 00121 | | 2009378 | 705970 | | 23 | | | | | 23 |
| 217 | 217 | SWAN | 00121 | | 2009378 | 705970 | | | 20 | | | | 20 |
| 218 | 218 | SWAN | 00121 | | 2009378 | 705970 | | | | 20 | | | 20 |
| 219 | 219 | SWAN | 00121 | | 2009378 | 705970 | 9 | | | 15 | | 4 | 28 |

### TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS | S | M | L | XL | XXL | |
| | 219 | SWAN | 00121 | | 2009378 | 705970 | 737 | 1,227 | 1,532 | 1,443 | 1,140 | 32 | 6,111 |

COMMENTS/NOTES:

Packing List Version 5 8/15/2001

LIMITED BRANDS INC. APPAREL PACKING LIST (FORM A)

| BUSINESS UNIT: | Express Men's |
|---|---|

| BUSINESS UNIT'S PO# | DEPT.# | CLASS # | BUSINESS UNIT'S STYLE # | MADE IN (ORIGIN) | | SHIP TO: |
|---|---|---|---|---|---|---|
| 705970 | 20 | 169 001690344 | 2009378 | VIET NAM | | CMH RECEIVING AND HIGHBAY - CHAIN EXPRESS WORLD HEADQUARTERS ONE LIMITED PARKWAY COLUMBUS US |

PRODUCT DESCRIPTION: Men's woven 55% linen, 45% cotton shirt extends to between the waist and mid-thigh short sleeves full neck opening

SUPPLIER NAME/ADDRESS: Garment 10 Corporation-Joint Stock Company Sai dong ward, Long bien district, Hanoi, Vietnam

SUPPLIER PHONE/ E-MAIL ADDRESS: 84-4-8276923 thaonp@garco10.com.vn

| SUPPLIER PO # | SUPPLIER FAX # | SUPPLIER INVOICE # | SUPPLIER INVOICE DATE | FACTORY # / FACTORY NAME |
|---|---|---|---|---|
| 705970 | | | | 90095 / LI & FUNG/GARCO 10 JSC |

| MODE OF TRANSPORT | CARRIER/FLIGHT/VESSEL | FCR or BOL#/ HAWB or MAWB/ TRAILER and/or PRO/TRACKING # | SHIP DATE | | ETA DATE | FREIGHT |
|---|---|---|---|---|---|---|
| AIR | | | 3/21/2024 0:00 | | | COLLECT |

| PRE-TICKET | PRE-PACK/BUNDLE: | CARTON TYPE | HANGER | ORDER TYPE DESCRIPTION: | Carton Measurement | L | W | H | CTN UOM |
|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | NO | Bulk-Tall | | 59 | 43 | 26 | CM |

| ORDER SHIPPED | STD CTN QTY | TOTAL PIECES | TOTAL # OF CTNS | GROSS WEIGHT | NET WEIGHT | NET/NET WEIGHT | UOM - NET/ GROSS WT | DIM WEIGHT |
|---|---|---|---|---|---|---|---|---|
| COMPLETE | 28 | 95 | 4 | 33.76 | 26.56 | 26.06 | KG | 43.97 |

| PRE-PACK/ BUNDLED DETAILS OF SIZE AND QTY COMBINATION/RATIO | COMBO ID CODE | GARMENT/ACCESSORY SIZES OF THE PRE-PACK BREAK/BUNDLE | | | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | | | |
| Prepack/ Bundle Size Break/Ratio Quantity | | | | | | | | | | |

**CARTON SERIES SUMMARY DETAILS**

| CARTON NUMBERS | | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE AND TOTAL OF EACH SIZE IN EACH CARTON | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM # | TO # | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| 220 | 220 | SWAN | 00121 | | 2009378 | 705970 | | | 20 | | | | 20 |
| 221 | 221 | SWAN | 00121 | | 2009378 | 705970 | | | | 28 | | | 28 |
| 222 | 222 | SWAN | 00121 | | 2009378 | 705970 | | | | | 23 | | 23 |
| 223 | 223 | SWAN | 00121 | | 2009378 | 705970 | | | | 7 | | 17 | 24 |

**TOTAL SUMMARY BY COLOR (SHADE), COMBO ID, STYLE #, PO NUMBER, & SIZE**

| # of Pallets | # of Cartons | COLOR (SHADE) | COLOR CODE | COMBO ID CODE | STYLE # | PO NUMBER | SIZE SUMMARY | | | | | | TOTAL PIECES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | XS TALL | S TALL | M TALL | L TALL | XL TALL | XXL TALL | |
| | 4 | SWAN | 00121 | | 2009378 | 705970 | | | 20 | 35 | 23 | 17 | 95 |

COMMENTS/NOTES:

Packing List Version 5 8/15/2001

176|HAN|82029006

HAWB No: 12424063681

| Shipper's Name and Address | Shipper's Account Number |
| --- | --- |
| | GAR10JHAN |

GARMENT 10 CORPORATION - JOINT STOCK COMPANY
SAI DONG WARD
LONG BIEN DISTRICT
HA NOI  100000 VN
TE +842438276923 VAT: 0100101308 VAT : 0100101308

**HOUSE AIR WAYBILL**

**Expolanka Freight (Viet Nam) Ltd**

efl

If the carriage involves an ultimate destination or stop in a country other than the country of departure, the Warsaw convention may be applicable and the convention governs and in most cases limits the liability of carriers in respect of loss or damage to cargo. Agreed stopping places are those places (other than the places of departure and destination) shown under requested routing and/or those places shown in carriers metables as scheduled stopping places for the route. Address of first carrier is the airport of departure. SEE **CONDITIONS REVERSE HERE OF.**

| Consignee's Name and Address | Consignee's Account Number |
| --- | --- |
| | EXPRESCMH |

EXPRESS LLC
1 LIMITED PKWY

COLUMBUS OH 43230 US

Notify Party

ALSO NOTIFY: RETAIL BROKERAGE SOLUTIONS INC.,
FOREIGN TRADE ZONE DEPT,2 LIMITED PKWY
COLUMBUS OH 43230 US

Accounting Information

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
| --- | --- | --- |
| HANOI | C12400924212 | FREIGHT COLLECT |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DWC | EK | | LCK | EK | | | VND | CP | X | X | NVD | NCV |

| Airport of Destination | Requested Flight/Date | | Amount of insurance | INSURANCE - If Carrier offers Insurance, and such Insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "amount of insurance". |
| --- | --- | --- | --- | --- |
| RICKENBACKER | EK9223/22 | EK9989/25 | XXX | |

Handling Information

SCI

| No. Of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 223 | 1973.0 | K | Q | 2649.5 | | | Men's woven 55% linen, 45% cotton shirt extends to between the waist and mid-thigh short sleeves PO no. 705970 Style No.  2009378 DIV EXP Quantity (Pieces) 6,206 No. of Pkgs (Ctns) 223 COUNTRY CODE: VN No Dimensions Available |
| | 4,349.68 | L | | 5,841.09 | | | |
| | SHIPPING MARK: SAME AS COMMERCIAL INVOICE CARGO RECEIVED: MAR.21.2024 DOCUMENT RECEIVED: MAR.21.2024 (INV: 6206 PCS; P/L: 6206 PCS) 60*44*27/ 223 | | | | | | |
| 223 | 1973.0 | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
| --- | --- | --- | --- |
| | Valuation Charge | | EXPOLANKA FREIGHT (VIETNAM) LTD CHU NGOC HA As Agent For The Carrier |
| | Tax | | |
| Total Other Charges Due Agent | | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| Total Other Charges Due Carrier | | | |
| | | | YEN PHO |
| Total Prepaid | Total Collect | | Signature of Shipper or his Agent |
| Currency Conversion Rates | CC. Charges in Dest. Currency | | 21-Mar-24          HANOI CITY     EXPOLANKA FREIGHT (VIETNAM) LTD |
| | Charges at Destination | | Executed on (date)          at (place)          Signature of Issuing Carrier or its Agent |
| For Carrier's use only at Destination | | Total Collect Charges | 176-82029006 |

**Laser HAWB**

TRANSLATION

| HANOI CITY DEPARTMENT OF FINANCE | SOCIALIST REPUBLIC OF VIETNAM |
|---|---|
| **BUSINESS REGISTRATION AND** | **Independence - Freedom - Happiness** |
| **ENTERPRISE FINANCE OFFICE** | |

## CERTIFICATE OF BUSINESS REGISTRATION
## FOR JOINT STOCK COMPANY

**Business Registration No.: 0100101308**

*The first registration dated December 15th, 2004*

*The 19th registration for changes dated August 19th, 2025*

**1. Company Name**

Company name in Vietnamese: TỔNG CÔNG TY MAY 10 - CÔNG TY CỔ PHẦN

Company name in foreign language: GARMENT 10 CORPORATION – JOINT STOCK COMPANY

Abbreviated company name: GARCO 10., JSC

**2. Registered Office Address**

*No. 765A, Nguyen Van Linh Street, Phuc Loi Ward, Hanoi City, Vietnam*

Phone: *024.38276923*                    Fax: *024.38276925*

Email: *ctmay10@garco10.com.vn*          Website: *www.garco10.com.vn*

**3. Charter Capital:** VND 317,510,000,000

*In words: Three hundred and seventeen billion five hundred and ten million Vietnamese dong*

Par value shares: VND 10,000

Total number of shares: 31,751,000

**4. Legal Representative of the Company**

* Full name: THAN DUC VIET                 Gender: *Male*

Date of birth: *November 25th, 1974*       Nationality: *Vietnamese*

Personal Identification No.: *027074000041*

Title: General Director

Contact Address: *No. 30, Alley 95/81, Vu Xuan Thieu Street, Phuc Loi Ward, Hanoi City, Vietnam*



**PP. HEAD OF THE DIVISION**
**DEPUTY HEAD**
*(Signed and sealed)*
**Le Hong Hanh**

Tôi, Nguyễn Thị Mai Hiên, Căn cước số: 001300010089 do Bộ Công An cấp ngày 18/08/2025, cam đoan đã dịch chính xác nội dung của giấy tờ/văn bản này từ **tiếng Việt sang tiếng Anh**

I, Nguyen Thi Mai Hien, ID Card No. 001300010089 issued on 18/08/2025 by Ministry of Public Security, commit that I exactly translated the content of this document from **Vietnamese to English**

Ngày 09 tháng 09 năm 2025
September 9th, 2025
**Người dịch**
**Translator**


**Nguyễn Thị Mai Hiên**
**Nguyen Thi Mai Hien**

Ngày 09 tháng 09 năm 2025 (Ngày mùng chín, tháng chín, năm hai nghìn không trăm hai mươi lăm)

On September 9th, 2025 (On the ninth of September, Two thousand and twenty-five)

Tại Văn phòng Công chứng Nguyễn Huệ, địa chỉ tại số 165 Giảng Võ, phường Ô Chợ Dừa, thành phố Hà Nội.

At Nguyen Hue Notary Office – Address at: No 165 Giang Vo, O Cho Dua Ward, Hanoi City.

Tôi, CÔNG CHỨNG VIÊN     là Công chứng viên, Văn phòng Công chứng Nguyễn Huệ, thành phố Hà Nội.

I, *Trần Thị Huyền* Public Notary of the Nguyen Hue Notary Office in Hanoi city.

### CHỨNG THỰC
### CERTIFY THAT

- Bà Nguyễn Thị Mai Hiên, là người đã ký vào bản dịch này.
- Mrs Nguyen Thi Mai Hien is the person who signed this translation

**Số chứng thực:**     **49250**        **Quyển số: 01 /2025 - SCT/CKND**
**Notarization No:**     **49250**        **Book No: 01/2025 – SCT/CKND**

Ngày 09 tháng 09 năm 2025
September 9th, 2025
**CÔNG CHỨNG VIÊN**
**Public Notary**


CÔNG CHỨNG VIÊN
*Trần Thị Huyền*

SỞ TÀI CHÍNH THÀNH PHỐ HÀ NỘI
**PHÒNG ĐĂNG KÝ KINH DOANH VÀ
TÀI CHÍNH DOANH NGHIỆP**

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**
Độc lập - Tự do - Hạnh phúc

# GIẤY CHỨNG NHẬN ĐĂNG KÝ DOANH NGHIỆP
## CÔNG TY CỔ PHẦN

**Mã số doanh nghiệp: 0100101308**

*Đăng ký lần đầu: ngày 15 tháng 12 năm 2004*
*Đăng ký thay đổi lần thứ: 19, ngày 19 tháng 08 năm 2025*

**1. Tên công ty**

Tên công ty viết bằng tiếng Việt: TỔNG CÔNG TY MAY 10 -  CÔNG TY CỔ PHẦN

Tên công ty viết bằng tiếng nước ngoài: GARMENT 10 CORPORATION - JOINT STOCK COMPANY

Tên công ty viết tắt: GARCO 10., JSC

**2. Địa chỉ trụ sở chính**

*765A Nguyễn Văn Linh, Phường Phúc Lợi, Thành phố Hà Nội, Việt Nam*

Điện thoại: *024.38276923*                          Số Fax: *024.38276925*

Thư điện tử: *ctmay10@garco10.com.vn*          Website: *www.garco10.com.vn*

**3. Vốn điều lệ: 317.510.000.000 đồng.**

*Bằng chữ: Ba trăm mười bảy tỷ năm trăm mười triệu  đồng*

Mệnh giá cổ phần:  10.000 đồng

Tổng số cổ phần:    31.751.000

**4. Người đại diện theo pháp luật của công ty**

**\*  Họ, chữ đệm và tên: THÂN ĐỨC VIỆT**                          Giới tính: *Nam*

Ngày, tháng, năm sinh: *25/11/1974*          *Quốc tịch: Việt Nam*

Số định danh cá nhân: *027074000041*

Chức danh:    Tổng giám đốc

Địa chỉ liên lạc: *Số 30, ngách 95/81 Vũ Xuân Thiều, Phường Phúc Lợi, Thành phố Hà Nội, Việt Nam*

**KT.TRƯỞNG PHÒNG
PHÓ TRƯỞNG PHÒNG**

*Hồng Hạnh*

**dhl.com**



EXPRESS WORLDWIDE

2026-10-26 DCYS 4.0 / *12-1403*

19801 WILMINGTON, UNITED STATES

## US-PHL



Ref Code MOTION TO OPPOSE, GAR

Date:
2026-

**Content Description**
Documents, general business

WAYBILL 33 4996 1005



(2L)US19801+42000000

(J) JD01 4600 0123 1592 457

**NJOX**
9
3349961005
PCS:1

EDD:
COMM

EXPRESS WORLDWIDE  **DOX**

2025-10-25 MYDHL+ 1.0 / *30-0821*

From : GARCO 10 JSC
GARMENT 10 JOINT STOCK COMPANY
PHUC LOI, HA NOI

HA NOI LONG BIEN-SAI DONG WARD
Vietnam

To : United States Bankruptcy Court for the District of Delaware   Conta
Chief Ju

**Chief Judge K.B. Owens**
**824 North Market Street**
**Wilmington, Delaware 19801**

**19801 WILMINGTON  Delaware**
**United States of America**

## US-PHL-NJS



Day

Ref: MOTION TO OPPOSE, GARCO10
JSC

Pce/Shpt Weight
**0.5 kg**

Contents: Documents
general business

WAYBILL 33 4996 1005



(2L)US19801+42000000



(J) JD01 4600 0123 1592 4577


RECYCLED
Made from
recycled material
FSC® 0174026


BLE