# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Related to Docket No. 1506** |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION RESOLVING CHEO WATERS' MOTION FOR PARTIAL RELIEF FROM AUTOMATIC STAY

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtor (the "Debtor") in the above-captioned chapter 11 case, hereby certifies as follows:

1. On October 15, 2025, Cheo Waters filed his *Motion for Partial Relief from Automatic Stay* [Docket No. 1506] (the "Motion") in order to proceed with a complaint filed postpetition in Indiana state court relating to an alleged prepetition personal injury at one of the Debtor's stores. Mr. Waters is represented by counsel, but filed the Motion pro se, reportedly because counsel was not able to secure electronic filing privileges with the Court. Mr. Waters also filed proof of claim number 1842 ("Claim 1842") asserting claims relating to the same alleged injury. The Plan Administrator contends that the complaint was filed in violation of the automatic stay and the plan injunction.

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

2.  After an exchange of information and arm's length negotiations between Mr. Waters and the Plan Administrator (collectively, the "Parties"), the Parties have determined that it is in their best interests to resolve the Motion and all disputes over Claim 1842. The Parties have entered into a stipulation (the "Stipulation") memorializing the agreement between the Parties.

3.  The undersigned acknowledges that a movant typically files a certification of counsel resolving a motion. However, the undersigned is filing this certification as a courtesy for counsel for Mr. Waters, who reports that he is unable to obtain filing privileges.

4.  A proposed form of order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order") and the Stipulation is attached as **Exhibit 1** to the Proposed Order.

**WHEREFORE**, the Plan Administrator respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation and such other and further relief as is just and proper.

Dated: October 29, 2025

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email:     luke.murley@saul.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:     bscott@klestadt.com
           creilly@klestadt.com

*Counsel for the Plan Administrator*