## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., | Case No. 24-10831 (KBO) |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Lucian Murley, Esquire, hereby certify that on October 29, 2025, a copy of the *Certification of Counsel Regarding Order Approving Stipulation Resolving Cheo Waters' Motion for Partial Relief from Automatic Stay* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the following party.

Robert E. Feagley II, Esquire
Lee, Cossell & Feagley, LLP
531 E. Market St.
Indianapolis, IN 46204
bfeagley@nleelaw.com

**SAUL EWING LLP**

By: */s/ Lucian Murley*
Lucian Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6898

Dated: October 29, 2025

56619797.1