IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| EXP Oldco Windown, Inc., *et. al* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

| Claim No. | Creditor Name | Priority Status | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Claim #: 918 | Alvarez & Marsal Consumer and Retail Group, LLC | Unsecured | $6,414,680.00 | EXP OldCo Winddown, Inc. | 24-10831 |
| Schedule # 2636086 | Alvarez & Marsal | Unsecured | $0.00 | Project Pine OldCo, LLC | 24-10835 |

PLEASE TAKE NOTICE that Alvarez & Marsal Consumer and Retail Group, LLC, holder of the following claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtor and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address:**
Alvarez & Marsal Consumer and Retail Group, LLC
600 Madison Ave, 8th Floor
New York, NY 10022
Attn:

**New Address:**
**Address for all Notice & Payments/Distributions:**
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830
Attn: Trade Claims Group

Thank you,

ALVAREZ & MARSAL CONSUMER AND RETAIL GROUP, LLC

By: *Adam Baer* (Signed by)
Name: Adam Baer
Title: Head of Finance
Date: October 28, 2025

- 7 -