# EXHIBIT A
## Objection Schedules

**REDACTED TO INCLUDE ONLY PAGES PERTINENT TO UNIVERSAL MUSIC GROUP CLAIMS**

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Eighth Omnibus Objection - Schedule 2 - Overstated Claims

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| TRC Master Fund LLC [as Assignee of CMT de La Laguna, S.A. DE C.V.] | 1038 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$830,549.54<br><br>$830,549.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$699,349.04<br><br>$699,349.04 | A $131,200.50 portion of this claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. As a result, the Debtors have no liability for this amount. |
| UMG Recordings, Inc. | 1192 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,000,000.00<br><br>$3,000,000.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$350,000.00<br><br>$350,000.00 | Prior to the Petition Date, the claimant agreed to settle this claim against the Debtors. The claim should be reduced to $350,000 to reflect the settlement amount. |
| Velocity Apparelz for Readymade Garments E.S.C. | 172 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,386,056.00<br><br>$1,386,056.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$266,571.95<br><br>$266,571.95 | A portion of this claim was satisfied by a $302,753.30 payment on 4/12/2024, with payment reference no. 00000728/2.<br><br>A separate $816,730.75 portion of this claim is for unshipped goods & raw materials ($779,622.00) and demurrage charges ($37,108.75). The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods, raw materials, and demurrage charges. As a result, the Debtors have no liability for these amounts. |
| Viet Thanh Garment Trading Joint Stock Company | 1098 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$332,298.80<br><br>$332,298.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$20,364.37<br><br>$20,364.37 | A $311,934.43 portion of this claim is for unshipped raw materials for canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods and raw materials. As a result, the Debtors have no liability for this amount. |

1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Eighth Omnibus Objection - Schedule 4 - No Liability Claims

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reason for Disallowance |
|---|---|---|---|---|
| Capitol Records, LLC | 1236 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$150,000.00<br><br>$150,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |
| Iusa Iv [Hangzhou Sanjin Textiles Development Co, Ltd] | 1116 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$386,019.82<br><br>$386,019.82 | This claim is for fabrics purchased and shipped to various vendors. The Debtors' Books and Records do not support a valid claim against the Debtors. The claimant's proof of claim does not provide prima facie evidence of the validity and the amount of the claim. |
| Iljoong Global | 115 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$138,147.11<br>$0<br>$0<br><br>$138,147.11 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| Iljoong Global | 143 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$95,612.24<br>$0<br>$0<br><br>$95,612.24 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| JIANGSU EXCELLENT TEXTILE CO.,LTD | 836 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$69,951.55<br><br>$69,951.55 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| Polygram Publishing, Inc. | 1219 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$300,000.00<br><br>$300,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Eighth Omnibus Objection - Schedule 4 - No Liability Claims

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reason for Disallowance |
|---|---|---|---|---|
| Songs of Universal, Inc. | 1190 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,500,000.00<br><br>$1,500,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |
| Universal Music Corp. | 1193 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,500,000.00<br><br>$1,500,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |
| Universal Music-MGB NA LLC | 1249 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$600,000.00<br><br>$600,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |
| Universal Music-Z Tunes LLC | 1239 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$300,000.00<br><br>$300,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |