# **EXHIBIT B**
# **Excerpt from Debtor's Statement of Financial Affairs**

**REDACTED TO INCLUDE ONLY PAGES PERTINENT TO
UNIVERSAL MUSIC GROUP CLAIMS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRESS, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR
EXPRESS BNBS FASHION, LLC (CASE NO. 24-10840)**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification numbers, are Express, Inc. (8128), Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

# Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** FASHION ISLAND RETAIL LLC, a Delaware limited liability company vs. EXPRESS BNBS FASHION, LLC  **Case number** 30202401394787CUUDCJC | Pending Litigation | **Name** Superior Court of the State of California, Count of Orange  **Street** 700 W Civic Center Dr  **City** Santa Ana   **State** CA   **Zip** 92701 | ☒ Pending ☐ On appeal ☐ Concluded |
| **7.2** **Name** Jason Sandru vs. Bonobos, Inc.  **Case number** N/A | Demand Letter | **Name**  **Street**  **City** o   **State**    **Zip** | ☒ Pending ☐ On appeal ☐ Concluded |
| **7.3** **Name** John Hein vs. Bonobos, Inc.  **Case number** N/A | Demand Letter | **Name**  **Street**  **City**   **State**    **Zip** | ☒ Pending ☐ On appeal ☐ Concluded |
| **7.4** **Name** Justin Rose vs. Bonobos, Inc.  **Case number** N/A | Contract dispute - prelitigation | **Name** N/A  **Street** N/A  **City**   **State**    **Zip** | ☒ Pending ☐ On appeal ☐ Concluded |
| **7.5** **Name** Lamar Braithwaite vs. Bonobos  **Case number** N/A | Attorney communication/Demand | **Name**  **Street**  **City**   **State**    **Zip** | ☒ Pending ☐ On appeal ☐ Concluded |
| **7.6** **Name** OFFICE OF THE COUNTY ATTORNEY vs. BONOBOS, INC  **Case number** Account # F14953921 38 | Demand Letter - Property Tax | **Name** Montgomery County, Maryland, Office of the County Attorney  **Street** 101 Monroe St, 3rd Floor  **City** Rockville   **State** MD   **Zip** 20850 | ☒ Pending ☐ On appeal ☐ Concluded |

| 7.7 | | | |
|---|---|---|---|
| **Name** Universal Music Group vs. Bonobos | Cease & Desist/Demand Letter | **Name** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** N/A | | Street | |
| | | City   State   Zip | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address<br><br>Street<br><br>City   State   Zip | Case title<br><br>Case number<br><br>Date of order or assignment | Court name and address<br>Name<br><br>Street<br><br>City   State   Zip |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name<br><br>Street<br><br>City   State   Zip<br><br>**Recipient's relationship to debtor** | | | |

## Part 5: Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

Debtor Express BNBS Fashion, LLC
Name
Case number (if known) 24-10840
Case 24-10840-KBO  Doc 1532  Filed 05/30/25  Page 44 of 44