IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELA WARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**DECLARATION OF JESSICA STIEFLER IN SUPPORT OF RESPONSE TO PLAN ADMINISTRATOR'S EIGHTH OMNIBUS (SUSBSTANTIVE) OBJECTION TO CLAIMS BY UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC., UNIVERSAL MUSIC-Z TUNES LLC, A DIVISION OF SONGS OF UNIVERSAL INC., UNIVERSAL MUSIC-MGB NA LLC, POLYGRAM PUBLISHING, INC, CAPITOL RECORDS, LLC AND UMG RECORDINGS, INC.**

I, Jessica Stiefler, declare as follows:

1. I am the Senior Director of Business and Legal Affairs at Universal Music Group, and I am authorized to execute this declaration on behalf of Universal Music Corp., Songs of Universal, Inc., Universal Music-Z Tunes LLC, a division of Songs of Universal Inc., Universal Music-MGB NA LLC, PolyGram Publishing, Inc, Capitol Records, LLC and UMG Recordings, Inc. (collectively referenced herein as "Universal Music Group").

2. If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

3. My business address is: Universal Music Group, 2220 Colorado Avenue, Santa Monica, CA 90404.

4. This declaration is submitted in support of Universal Music Group's Response to Plan Administrator's Eighth Omnibus (Substantive) Objection to Claims that classified all of Universal Music Group's claims either as "overstated" claims or "no liability" claims.

5. Universal Music Group owns or controls the exclusive rights, including copyrights, to certain master recordings and musical compositions. Universal Music Group is engaged in the business of acquiring, administering, licensing, exploiting, and otherwise monetizing its catalog of copyrighted master recordings and musical compositions, including by issuing synchronization licenses granting third parties the right to use and embody Universal Music Group's copyrighted works in audiovisual content such as films, television shows, and commercial advertisements.

6. On October 30, 2023, I sent certain debtors, including Express BNBS Fashion, LLC now named Project Pine Tropic OldCo, LLC (the "Debtor") a cease and desist letter (the "Cease and Desist Letter") to demand that Debtor remove certain audiovisual social media posts that used the Universal Music Group's owned or controlled sounds recordings and compositions ("Universal Music Group Repertoire") without authorization or a license, thereby infringing on Universal Music Group's exclusive rights under copyright. The Cease and Desist Letter also demanded payment for the unauthorized use and exploitation of the Universal Music Group Repertoire without a license.

7. Universal Music Group and Debtor entered into settlement discussions following transmittal of the Cease and Desist Letter.

8. Debtor's counsel, Marc Avsec, and I exchanged several emails in an effort to negotiate a settlement agreement between Universal Music Group and Debtor (the "Negotiation Emails"). A true and correct copy of certain Negotiation Emails are attached hereto as **Exhibit A**.

9. As set forth in the Negotiation Emails and to further the settlement negotiations, on April 16, 2024, Mr. Avsec and I exchanged emails regarding certain changes made by Debtor to the language of Section 3.2 of the draft settlement agreement, related to the scope of the claims to be released. On the evening of April 16, 2024, I sent Mr. Avsec a revised draft of the settlement agreement attempting to clarify and limit Debtor's changes, which were not acceptable to Universal Music Group. [Negotiation Emails at pp. 1, 4.]

10. Mr. Avsec responded on the morning of April 17, 2024, stating "I will review your clarification and share with our client today, and hopefully we can move towards signature." [Negotiation Emails at p. 1.]

11. In a separate email, seven minutes later, Mr. Avsec stated "If my client is OK with your addition in 3.2 (I am fine with it), I will then circulate signature copies in PDF." [Negotiation Emails at p. 4.]

12. Mr. Avsec did not send further correspondence regarding his client's position as to the requested revision to the scope of the release of claims or the settlement agreement.

13. Mr. Avsec did not circulate execution copies of the settlement agreement for signature.

14. The draft settlement agreement was never signed by Universal Music Group. Universal Music Group also never received a version of the settlement agreement with Debtor's signature.

15. Universal Music Group and Debtor never reached a final settlement agreement.

3

16. On April 30, 2024, Mr. Avsec emailed me a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings (the "Bankruptcy Notice") which was titled, "Dispute Between Universal Music Group and Bonobos, Inc., Now Doing Business as Express BNBS Fashion, LLC." The email enclosing the Bankruptcy Notice forwarded a note from counsel to Debtor requesting that Mr. Avsec serve the Bankruptcy Notice on Universal Music Group's counsel. A true and correct copy of the Bankruptcy Notice, with the attachments removed, is attached hereto as **Exhibit B.**

17. The Debtor listed the Cease and Desist Letter as a pending matter on the Express BNBS Fashion, LLC debtor's schedules and statement of financial affairs [Docket No. 6].

18. Prior to the petition date and as of the date of this declaration, Universal Music Group has not received any payment from Debtor for its illegal, unauthorized use and exploitation of the Universal Music Group Repertoire.

I declare under penalty of perjury of the laws of California and the United States of America that the foregoing is true and correct.

Executed this 30 day of October, 2025 at Santa Monica, California.

Jessica Stiefler
Declarant