# **EXHIBIT A**
# Negotiation Emails

| | |
|---|---|
| **From:** | Avsec, Mark |
| **To:** | Stiefler, Jessica |
| **Cc:** | Mowad, Lidia |
| **Subject:** | RE: Draft Settlement Agreement b/w Bonobos and UMG |
| **Date:** | Wednesday, April 17, 2024 5:53:34 AM |

Hi, Jessica: For sure, you are correct – the intent was not to absolve future infringements.

I will review your clarification and share with our client today, and hopefully we can move towards signature.

Best,

Mark

Mark E. Avsec

Partner and Vice Chair, Intellectual Property Group

Benesch, Friedlander, Coplan & Aronoff LLP

127 Public Square, Suite 4900 | Cleveland, Ohio 44114

Direct: 216.363.4151

mavsec@beneschlaw.com | www.beneschlaw.com

**From:** Stiefler, Jessica
**Sent:** Tuesday, April 16, 2024 8:43 PM
**To:** Avsec, Mark
**Cc:** Mowad, Lidia
**Subject:** RE: Draft Settlement Agreement b/w Bonobos and UMG

Mark – my concern is that this appears to contemplate a release of claims for videos created *after* the effective date of this agreement, which is not the intent of this provision. I just added a clarification to the end of your 3.2 that the release does not cover future infringements, which I don't think you think it did, but just out of an abundance of caution.

Provided this addition is okay with you're client, I think we're ready to execute and wrap this up.

Thanks,

----

Jessica Stiefler

Director, Business and Legal Affairs

Universal Music Group

2220 Colorado Avenue

Santa Monica, CA 90404

(310) 865-5767

Jessica.Stiefler@umusic.com

**From:** Avsec, Mark <mavsec@Beneschlaw.com>
**Sent:** Tuesday, April 16, 2024 4:49 AM
**To:** Stiefler, Jessica <Jessica.Stiefler@umusic.com>
**Cc:** Mowad, Lidia <LMowad@beneschlaw.com>
**Subject:** RE: Draft Settlement Agreement b/w Bonobos and UMG

> Hi, Jessica: If we still need to talk I am available prior to 11:00 am Pacific.
> To try to answer your question – Your Section 3.2 contemplates an inadvertent failure on Bonobos' part to remove a Video that was accidentally left up. We appreciate that – and then, once noticed by UMG, Bonobos must remove that

inadvertently "left up" video within 10 business days. We agree to that and, again, thanks for contemplating that scenario.

The provision we added at the end of Section 3.2 is intended to make clear that the released claims would include the subsequent removal of this inadvertently remaining video too (the one that had been inadvertently left up) – so long as it was indeed an inadvertent omission by Bonobos in good faith, i.e., Bonobos did not breach the rep/warranty in Section 3.1.

Does that make sense?

Best, Mark

Mark E. Avsec
Partner and Vice Chair, Intellectual Property Group
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900 | Cleveland, Ohio 44114
Direct: 216.363.4151
mavsec@beneschlaw.com | www.beneschlaw.com

**From:** Stiefler, Jessica <Jessica.Stiefler@umusic.com>
**Sent:** Monday, April 15, 2024 12:36 PM
**To:** Avsec, Mark <mavsec@Beneschlaw.com>
**Cc:** Mowad, Lidia <LMowad@beneschlaw.com>
**Subject:** RE: Draft Settlement Agreement b/w Bonobos and UMG

Thanks, Mark. Can we hop on the phone to discuss the change in 3.2?

----

Jessica Stiefler
Director, Business and Legal Affairs
Universal Music Group
2220 Colorado Avenue
Santa Monica, CA 90404
(310) 865-5767
Jessica.Stiefler@umusic.com

**From:** Avsec, Mark <mavsec@Beneschlaw.com>
**Sent:** Monday, April 15, 2024 7:33 AM
**To:** Stiefler, Jessica <Jessica.Stiefler@umusic.com>
**Cc:** Mowad, Lidia <LMowad@beneschlaw.com>
**Subject:** Draft Settlement Agreement b/w Bonobos and UMG

Hi, Jessica:

I hope you had a nice weekend.

Here are comments to the Settlement Agreement.

The PDF shows our suggested changes, clearly marked.

The Word doc is a new clean version of the document.

Best,

Mark

Mark E. Avsec
Partner and Vice Chair, Intellectual Property Group
Benesch, Friedlander, Coplan & Aronoff LLP

127 Public Square, Suite 4900 | Cleveland, Ohio 44114
Direct: 216.363.4151
mavsec@beneschlaw.com | www.beneschlaw.com

| | |
|---|---|
| **From:** | Avsec, Mark |
| **To:** | Stiefler, Jessica |
| **Subject:** | RE: Draft Settlement Agreement b/w Bonobos and UMG |
| **Date:** | Wednesday, April 17, 2024 6:00:22 AM |

Jessica, I will tell you one more typo – in the signature block, it's supposed to be BNBS Fashion, LLC... I'll just make that correction (same one I made in the preamble when I sent our comments back to you). If my client is OK with your addition in 3.2 (I am fine with it), I will then circulate signature copies in a PDF.

Best, Mark

**From:** Stiefler, Jessica
**Sent:** Tuesday, April 16, 2024 8:43 PM
**To:** Avsec, Mark
**Cc:** Mowad, Lidia
**Subject:** RE: Draft Settlement Agreement b/w Bonobos and UMG

Mark – my concern is that this appears to contemplate a release of claims for videos created *after* the effective date of this agreement, which is not the intent of this provision. I just added a clarification to the end of your 3.2 that the release does not cover future infringements, which I don't think you think it did, but just out of an abundance of caution.

Provided this addition is okay with you're client, I think we're ready to execute and wrap this up.

Thanks,

----

Jessica Stiefler

Director, Business and Legal Affairs

Universal Music Group

2220 Colorado Avenue

Santa Monica, CA 90404

(310) 865-5767

Jessica.Stiefler@umusic.com

**From:** Avsec, Mark <mavsec@Beneschlaw.com>
**Sent:** Tuesday, April 16, 2024 4:49 AM
**To:** Stiefler, Jessica <Jessica.Stiefler@umusic.com>
**Cc:** Mowad, Lidia <LMowad@beneschlaw.com>
**Subject:** RE: Draft Settlement Agreement b/w Bonobos and UMG

> Hi, Jessica: If we still need to talk I am available prior to 11:00 am Pacific.
> To try to answer your question – Your Section 3.2 contemplates an inadvertent failure on Bonobos' part to remove a Video that was accidentally left up. We appreciate that – and then, once noticed by UMG, Bonobos must remove that inadvertently "left up" video within 10 business days. We agree to that and, again, thanks for contemplating that scenario.
> The provision we added at the end of Section 3.2 is intended to make clear that the released claims would include the subsequent removal of this inadvertently remaining video too (the one that had been inadvertently left up) – so long as it was indeed an inadvertent omission by Bonobos in good faith, i.e., Bonobos did not breach the rep/warranty in Section 3.1.

>Does that make sense?
>Best, Mark

Mark E. Avsec
Partner and Vice Chair, Intellectual Property Group
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900 | Cleveland, Ohio 44114
Direct: 216.363.4151
mavsec@beneschlaw.com | www.beneschlaw.com

**From:** Stiefler, Jessica <Jessica.Stiefler@umusic.com>
**Sent:** Monday, April 15, 2024 12:36 PM
**To:** Avsec, Mark <mavsec@Beneschlaw.com>
**Cc:** Mowad, Lidia <LMowad@beneschlaw.com>
**Subject:** RE: Draft Settlement Agreement b/w Bonobos and UMG

Thanks, Mark. Can we hop on the phone to discuss the change in 3.2?
----
Jessica Stiefler
Director, Business and Legal Affairs
Universal Music Group
2220 Colorado Avenue
Santa Monica, CA 90404
(310) 865-5767
Jessica.Stiefler@umusic.com

**From:** Avsec, Mark <mavsec@Beneschlaw.com>
**Sent:** Monday, April 15, 2024 7:33 AM
**To:** Stiefler, Jessica <Jessica.Stiefler@umusic.com>
**Cc:** Mowad, Lidia <LMowad@beneschlaw.com>
**Subject:** Draft Settlement Agreement b/w Bonobos and UMG

Hi, Jessica:

I hope you had a nice weekend.
Here are comments to the Settlement Agreement.
The PDF shows our suggested changes, clearly marked.
The Word doc is a new clean version of the document.
Best,
Mark

Mark E. Avsec
Partner and Vice Chair, Intellectual Property Group
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900 | Cleveland, Ohio 44114
Direct: 216.363.4151
mavsec@beneschlaw.com | www.beneschlaw.com