# **EXHIBIT B**
## **Bankruptcy Notice**

**DISPUTE BETWEEN UNIVERSAL MUSIC GROUP AND BONOBOS, INC., NOW DOING BUSINESS AS EXPRESS BNBS FASHION, LLC**

**NOTICE OF SUGGESTION OF BANKRUPTCY FOR *EXPRESS, INC.* AND CERTAIN OF ITS AFFILIATES AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that on April 22, 2024, Express, Inc., and certain of its affiliates (collectively, the "Debtors")[1] filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").  A copy of the voluntary petition of the lead Debtor, Express, Inc., is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' chapter 11 cases are pending before the Honorable Judge Karen B. Owens and are being jointly administered under the lead case *In re Express, Inc.*, Case No. 24-10831 (KBO).  A copy of the order entered on April 23, 2024 directing joint administration of these chapter 11 cases is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions "operates as a stay, applicable to all entities, of—"

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Express, Inc. (8128); Express Topco LLC (8079); Express Holding, LLC (8454); Express Finance Corp. (7713); Express, LLC (0160); Express Fashion Investments, LLC (7622); Express Fashion Logistics, LLC (0481); Express Fashion Operations, LLC (3400); Express GC, LLC (6092); Express BNBS Fashion, LLC (3861); UW, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.

estate or of property from the estate or to exercise control over property of the estate . . . .

11 U.S.C. § 362(a)(1)–(3).[2]  No order has been entered in the chapter 11 cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.  Any party wishing to take action against the Debtors should contact the Debtors' counsel before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtors reserve and retain all rights to seek relief in the Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the chapter 11 cases may be obtained free of charge by:  (i) reviewing, free of charge, the docket of the Debtors' chapter 11 cases on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Express or by calling (855) 337-3537 (Toll-free from US / Canada) or (949) 617-1363 (International); (ii) visiting the Court's website at https://www.deb.uscourts.gov/claims-information (PACER login and password required) in accordance with the procedures and fees set forth therein; or (iii) contacting any of the following proposed co-counsel to the Debtors, (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg P.C., Emily E. Geier, P.C., and Nicholas Adzima, and Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois, 60654, Attn.: Charles B.

---

[2]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

Sterrett; and (b) proposed co-counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn.: Domenic E. Pacitti; Michael W. Yurkewicz; Alyssa M. Radovanovich, and Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Attn.: Morton R. Branzburg.

*[Remainder of page intentionally left blank]*

Dated: April 30, 2024

*/s/ Mark E. Avsec*
Mark E. Avsec
Benesch, Friedlander, Coplan & Aronoff LLP
**Counsel for Express, Inc.**
127 Public Square
Suite 4900
Cleveland, Ohio 44114
Telephone:    216.363.4151
Facsimile:    216.363.4588

## CERTIFICATE OF SERVICE

I, Mark E. Avsec, certify that on the 30th day of April, 2024, I caused to be served, via overnight mail a true and correct copy of the foregoing *Notice of Suggestion of Bankruptcy for Express, Inc. and Certain of its Affiliates and Automatic Stay of Proceedings,* on the parties listed below.

Dated: April 30, 2024

/*s*/ Mark E. Avsec
Mark E. Avsec
Benesch, Friedlander, Coplan & Aronoff LLP
**Counsel for Express, Inc.**
127 Public Square
Suite 4900
Cleveland, Ohio 44114
Telephone:   216.363.4151
Facsimile:   216.363.4588

**Parties receiving service:**

Universal Music Group
Attention:  Jessica Stiefler
Director, Business and Legal Affairs
2220 Colorado Avenue
Santa Monica, California 90404
Telephone:  310.865.5767
E-mail:  Jessica.Stiefler@umusic.com

24367505 v1