**AMENDED CERTIFICATE OF SERVICE [RE: D.I. 1532]**

      The undersigned certifies that, on October 30, 2025, the ***Response to Plan Administrator's Eighth Omnibus (Substantive) Objection to Claims by Universal Music Corp., Songs of Universal, Inc., Universal Music-Z Tunes LLC, a Division of Songs of Universal Inc., Universal Music-MGB NA LLC, Polygram Publishing, Inc., Capitol Records, LLC and UMG Recordings, Inc.*** [D.I. 1532] was served (i) via electronic mail on counsel for the Plan Administrator and (ii) via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice.

                                                                       */s/ Gregory T. Donilon*
                                                                        Gregory T. Donilon (No. 4244)