**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| EXP OldCo Winddown, Inc., *et al.*, | Case No. 24-10831 (KBO) |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Ruth Stoner Muzzin of Friedman & Springwater LLP, to represent Capitol Records, LLC, PolyGram Publishing, Inc., Songs of Universal, Inc., UMG Recordings, Inc., Universal Music Corp., Universal Music – MGB NA LLC, and Universal Music – Z Tunes LLC, in this action.

Dated:  October 30, 2025
       Wilmington, Delaware

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
**STEVENS & LEE, PC**
919 North Market Street, Suite 1300
Wilmington, DE, 19801
Email: gregory.donilon@stevenslee.com
Telephone: (302) 425-3311

[Certification of Counsel and Order Granting Motion to Follow on Next Page]

1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: October 30, 2025
      San Francisco, California

          /s/_____*Ruth Stoner Muzzin*_____
          Ruth Stoner Muzzin (CA State Bar #276394)
          **FRIEDMAN & SPRINGWATER LLP**
          350 Sansome Street, Suite 800
          San Francisco, California 94104
          Email: rmuzzin@friedmanspring.com
          Telephone: (415) 834-3800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.