IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Related to Docket Nos. 1506 and 1528** |

ORDER APPROVING STIPULATION RESOLVING
CHEO WATERS' MOTION FOR PARTIAL RELIEF FROM AUTOMATIC STAY

Upon consideration of the *Stipulation Resolving Motion for Partial Relief from Automatic Stay* (the "Stipulation"),[2] a copy of which is attached to this order (the "Order") as **Exhibit 1**, as agreed to by and among Cheo Waters and Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator" and collectively with Mr. Waters, the "Parties"), and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Stipulation is approved, and all terms and provisions of the Stipulation are incorporated fully herein.

2. Claim 1842 is hereby (i) deemed to be allowed as a general unsecured claim in the amount of $8,408.72 (the "Allowed Claim"), (ii) which amount shall not be subject to further objection by the Plan Administrator, and (iii) partially disallowed in the amount of $91,591.28.

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] Capitalized terms used but not defined herein shall have the definitions ascribed to them in the Stipulation.

56619797.1

3. Within seven days of the entry of this Order, Mr. Waters shall dismiss the State Court Action with prejudice. To the extent that Mr. Waters fails to dismiss the State Court Action as required by this Order, the Plan Administrator's rights are fully reserved, including but not limited to the right to seek damages and sanctions for violation of the automatic stay.

4. The Claims Agent is authorized to update the Claims Register to reflect the relief granted in this Order.

5. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the terms and provisions of the Stipulation.

6. This Court retains jurisdiction to hear and determine all matters arising from and related to the entry of this Order.

Dated: October 30th, 2025  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE