IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>                        Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>Re: Docket No. 1500 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtor in the above-captioned chapter 11 case, hereby certifies as follows:

1. On October 7, 2025, the *Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1500] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed by October 28, 2025, at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Plan Administrator received an informal response from USPS. After conferring and exchanging information with USPS, the Plan

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Administrator agreed to remove USPS's claim from the Objection, subject to the Plan Administrator's right to object to the claim on other bases.

4. Prior to the Objection Deadline, the Plan Administrator received an informal response from Tanger Management, LLC, Tanger Daytona, LLC, Tanger Outlets Deer Park, LLC, and Tanger Properties Limited Partnership (collectively, "**Tanger**"). After conferring and exchanging information, Tanger confirmed that it had no objection to entry of an order approving the Objection.

5. Prior to the Objection Deadline, the Plan Administrator received an informal response from Ventura County Tax Collector ("**Ventura**"). After the Plan Administrator and Ventura conferred, the Plan Administrator agreed to extend the Objection Deadline as to Ventura's claim to November 11, 2025.

6. Prior to the Objection Deadline, the Plan Administrator received an informal response from BJW Realty LLC ("**BJW**"). The Plan Administrator and BJW conferred and the Plan Administrator agreed to extend the Objection Deadline as to BJW's claim to December 1, 2025 and continue the hearing as to BJW's claim to December 18, 2025.

7. The Objection Deadline has passed and no other objections or responses were served upon the undersigned counsel or entered on the Court's docket.

8. In resolution of the foregoing, the Plan Administrator submits the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**"). The claims for USPS, Ventura, and BJW have been removed from the exhibits attached to the Revised Order.

9. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the original proposed order attached to the Objection.

-3-

10.  The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order.  Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

Dated: October 31, 2025

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email:     luke.murley@saul.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:     bscott@klestadt.com
           creilly@klestadt.com

*Counsel for the Plan Administrator*