# EXHIBIT A

**Revised Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket Nos. 1500 and ____** |

**ORDER SUSTAINING SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1500] (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the Amended Claims, Duplicate Claims, Late-Filed Claims, Overstated Claims, and Insufficient Documentation Claims set forth on Schedules 1, 2, 3, 4, and 5 attached hereto, and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The Amended Claims set forth on the attached **Schedule 1** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 1** attached hereto in the column titled "Remaining Claim Number."

3.      The Duplicate Claims set forth on the attached **Schedule 2** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Schedule 2** attached hereto in the column titled "Remaining Claim Number."

4.      The Late-Filed Claims set forth on the attached **Schedule 3** are hereby disallowed and expunged in their entirety.

5.      The Overstated Claim set forth on the attached **Schedule 4** is hereby disallowed in part to reflect the correct value of the claim (or portions of the claim) as reflected under the heading "Reclassified Claim."

6.      The Insufficient Documentation Claims set forth on the attached **Schedule 5** are hereby disallowed and expunged in their entirety.

7.      The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

8.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

9.      The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify,

and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

10.     To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

11.     The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

56380462.8

**Schedule 1**

**Amended Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 1 - Amended & Superseded Claims**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 3CInteractive, LLC dba IMImobile US | 1849 | 1803 | $665,271.61 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Missouri Department Of Revenue | 1860 | 1577 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| St Joseph County Treasurer | 1855 | 1010 | $7,792.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Visplay, Inc | 1861 | 424 | $82,280.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Wisconsin Department of Revenue | 1858 | 1667 | $6,053.85 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Wisconsin Department of Revenue | 1859 | 1668 | $106,487.33 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |

**Schedule 2**

**Duplicate Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 2 - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Crescent Bahuman Limited | 1832 | 1839 | $207,410.33 | The claim is a duplicate of another claim. |
| Pelczar Productions LLC [Pelczar, Heidi] | 1021 | 1339 | $47,821.88 | The claim is a duplicate of another claim. |
| POLAR GOOSE CLOTHING CO LTD | 736 | 667 | $2,119,233.46 | The claim is a duplicate of another claim. |
| San Bernardino County | 1779 | 1793 | $5,934.86 | The claim is a duplicate of another claim. |

# Schedule 3

## Late-Filed Claims

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 3 - Late-Filed Claims**

| Name of Claimant | Date Filed | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Business Wire, Inc. | 4/2/2025 | 1850 | $22,500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Love, Oasis Malka | 4/21/2025 | 1852 | $4,750.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Raphael, Tasha | 4/10/2025 | 1851 | $443.17 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wilmes, Julie L | 8/10/2025 | 1857 | $10,200.09 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |

**Schedule 4**

**Overstated Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 4 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Bubs Ny Corp | 484 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$67,579.20<br><br>$67,579.20 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$52,579.20<br><br>$52,579.20 | The Debtor's Books and Records do not support the full amount asserted in the claimant's proof of claim. The claimant did not provide supporting materials (e.g., purchase orders, invoices, etc.) in its proof of claim. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*

**Schedule 5**

**Insufficient Documentation Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Aparicio, Ashley | 1854 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Barbosa, Karla | 501 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bayside MarketPlace LLC | 1387 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Charles, Ty'Quanna L | 535 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Drake, Enjoli | 517 | $600.00 | The claimant's supporting documentation is insufficient for support the validity and amount of the claim. |
| Engler, Cindi Marie | 813 | $336.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Grajeda, Patrick | 503 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| H.W. Textiles Co., Limited | 1045 | $385,504.46 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| HTI CHINA CORP | 1119 | $34,650.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lombardo, Jackie | 758 | $25,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mccumber, Tim | 505 | $3,356.24 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mcduffee, Emma Sophia | 588 | $200.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mejia, Jakelin | 1128 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mid-South Outlet Shops, LLC [Tanger Management, LLC] | 1349 | $54,975.42 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nolan, Timothy D | 557 | $2,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Reese, Brandi | 686 | $5,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ricoh-USA, Inc. | 1748 | $281,637.09 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rogers, Janae | 567 | $918.90 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Romero, Eloy | 1317 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Sandex Trading Co., Ltd [Sandex Enterprises Ltd] | 1103 | $69,471.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Santos, Rayna | 1417 | $250.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Saragosa, Natalia | 1028 | $9,450.08 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Scharn, Nicholas | 1029 | $1,034.47 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Schisler, James [Jamie Schisler] | 1420 | $408,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 994 | $8,262.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 997 | $7,329.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 998 | $23,657.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 999 | $2,880.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 996 | $3,817.80 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1235 | $17,451.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1243 | $6,217.20 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1246 | $22,750.44 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1247 | $31,496.64 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1248 | $4,068.90 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1250 | $35,038.98 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1252 | $4,395.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1253 | $3,920.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1255 | $13,862.34 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1256 | $25,344.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1258 | $4,371.84 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1259 | $4,220.37 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1260 | $17,270.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| TALENT TEXTILES COMPANY LIMITED | 1262 | $24,600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1263 | $15,146.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1265 | $19,619.68 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1266 | $6,671.87 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Daytona, LLC | 1334 | $73,528.44 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Outlets Deer Park, LLC | 1337 | $114,987.84 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1325 | $30,881.62 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1326 | $67,011.21 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1344 | $99,911.25 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 247 | $447,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 256 | $22,511.25 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 291 | $419.70 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 292 | $486.30 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 897 | $8,452.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 898 | $42,480.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 899 | $68,814.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 900 | $17,250.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 902 | $447,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 908 | $9,852.80 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 909 | $16,505.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 910 | $16,233.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Tat Fung Textile Co., Ltd. | 911 | $27,865.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 912 | $15,873.28 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 914 | $47,100.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 915 | $12,495.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 916 | $9,600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 917 | $11,578.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 919 | $16,505.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 945 | $5,261.25 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Thomas, Bryan | 683 | $11,650.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Visionworld | 976 | $174,371.53 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Winnitex (Vietnam) Limited | 985 | $655,641.22 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Zamrock, Tawni R | 1411 | $3,939.42 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |