**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket No. 1501** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED
ORDER SUSTAINING EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND
503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND
LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator

(the "**Plan Administrator**") for the above-captioned debtor in the above-captioned chapter 11

case, hereby certifies as follows:

1.      On October 7, 2025, the *Eighth Omnibus (Substantive) Objection to Claims*

*Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and*

*3007, and Local Rule 3007-1* [Docket No. 1501] (the "**Objection**") was filed with the Court.

2.      Pursuant to the notice of the Objection, responses to the Objection were to be filed

by October 28, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      Prior to the Objection Deadline, the Plan Administrator received an informal

response from Hing Shing Looping Co. Ltd. ("**Hing Shing**").  After conferring and exchanging

---

[1]    The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

information with Hing Shing, the Plan Administrator agreed to remove Hing Shing's claim from the Objection.

4.      Prior to the Objection Deadline, the Plan Administrator received an informal response from Lincolnwood Town Center, LLC ("**Lincolnwood**").  After the Plan Administrator and Lincolnwood conferred and exchanged information, Lincolnwood confirmed that it does not oppose the Objection.

5.      Prior to the Objection Deadline, the Plan Administrator's counsel received an informal response from Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent ("**Madison**").  The Plan Administrator agreed to make certain modifications to Schedule 2 annexed to the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**") as to Madison's claim.

6.      Prior to the Objection Deadline, the Plan Administrator's counsel received a draft response via electronic mail from Velocity Apparelz for Readymade Garments E.S.C ("**Velocity**").  This response has not yet been filed on the docket, but for purposes of this certification of counsel and reserving all other rights, the Plan Administrator is treating this response as if it were filed on the docket.

7.      Prior to the Objection Deadline, the Plan Administrator received an informal response from Capitol Records, LLC, Polygram Publishing, Inc., UMG Recordings, Inc., Songs of Universal, Inc., Universal Music Corp., Universal Music-MGB NA LLC, and Universal Music-Z Tunes LLC (collectively, "**Universal Music Group**").  After the Plan Administrator and Universal Music Group conferred, the Plan Administrator agreed to extend the Objection Deadline as to Universal Music Group's claims to October 30, 2025.   On October 30, 2025, Universal Music Group filed a formal response to the Objection on the docket [D.I. 1532].

8. Prior to the Objection Deadline, the Plan Administrator received an informal response from Modelama Exports PVT Limited ("**Modelama**"). After the Plan Administrator and Modelama conferred and exchanged information, the Plan Administrator agreed to extend the Objection Deadline as to Modelama's claims to December 1, 2025.

9. Prior to the Objection Deadline, Erin Ersenkal ("**Ersenkal**") [D.I. 1526] and Garment 10 Corporation – Joint Stock Company ("**Garment**") [D.I. 1527] filed formal responses to the Objection on the docket.

10. The Objection Deadline has passed and no other objections or responses were served upon the undersigned counsel or entered on the Court's docket.

11. In resolution of the foregoing, the Plan Administrator submits the attached Revised Order. The claims for Hing Shing, Velocity, Universal Music Group, Modelama, Ersenkal, and Garment have been removed from the exhibits attached to the Revised Order.

12. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the original proposed order attached to the Objection.

[*Remainder of page left intentionally blank*]

13.    The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order.   Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

Dated: October 31, 2025

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email:      luke.murley@saul.com

-and-

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:      bscott@klestadt.com
                  creilly@klestadt.com

*Counsel for the Plan Administrator*

56633709.4