# EXHIBIT B

**Comparison Version of Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket No. ~~——~~1501** |

## ORDER SUSTAINING EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1501] (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, modifying the Misclassified Claims, disallowing in part the Overstated Claims, modifying and disallowing in part the Overstated and Misclassified Claim, and disallowing the No Liability Claims set forth on Schedules 1, 2, 3, and 4 attached hereto, and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and

---

[1]   The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The Misclassified Claims set forth on the attached **Schedule 1** are hereby modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Reclassified Claim."

3.      The Overstated Claims set forth on the attached **Schedule 2** are hereby disallowed in part to reflect the correct value of the claims (or portions of the claims) as reflected under the heading "Reclassified Claim."

4.      The Overstated and Modified Claim set forth on the attached **Schedule 3** is hereby modified to reflect the correct priority status of the claim (or portions of the claim) and disallowed in part to reflect the correct value of the claim (or portion of the claim) as reflected under the heading "Reclassified Claim."

5.      The No Liability Claims set forth on the attached **Schedule 4** are hereby disallowed and expunged in their entirety.

6.      The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

7.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

8.      The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify, and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

9.      To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

10.      The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

**Schedule 1**

**Misclassified Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 1 - Misclassified Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Akay, Malissa | 886 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$561,773.00<br><br>$576,923.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$576,923.00<br><br>$576,923.00 | This claim is for the remaining payments owed on account of a severance agreement. Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| Bostic, Halli | 1418 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,500.00<br>$0<br><br>$1,500.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,500.00<br><br>$1,500.00 | This claim is for services performed prepetition. The claimant is not a former employee and therefore does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| Dooley Media | 229 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$63,750.00<br><br>$78,900.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$78,900.00<br><br>$78,900.00 | This claim is for services performed prepetition. The claimant is not a former employee and therefore does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| ~~Ersenkal, Erin~~ | ~~88~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$15,150.00~~<br>~~$21,630.00~~<br><br>~~$36,780.00~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$9,000.00~~<br>~~$0~~<br>~~$0~~<br>~~$27,780.00~~<br><br>~~$36,780.00~~ | ~~This claim is for services performed between March 25 and April 30, 2024. The claimant is not a former employee and therefore does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. However, the post-petition portion of services performed qualify for administrative status.~~ |
| Kaiser Consulting LLC | 702 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$122,868.50<br>$0<br><br>$122,868.50 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$122,868.50<br><br>$122,868.50 | This claim is for services performed prepetition. The claimant is not a former employee and therefore does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. The claim does not specify any other basis for priority status. |
| Wheatley, Nicholas | 1015 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$159,634.62<br><br>$174,784.62 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$174,784.62<br><br>$174,784.62 | This claim is for the remaining payments owed on account of a severance agreement. Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*

**Schedule 2**

**Overstated Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Century Overseas | 40 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$564,316.94<br><br>$564,316.94 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$51,101.62<br><br>$51,101.62 | A $443,479.38 portion of this claim was satisfied via wire payments on 12/10/2024 ($86,748.00), 01/02/2025 ($166,537.22), 01/24/2025 ($148,064.16), and 03/12/2025 ($42,130.00), with payment reference nos. 000323, 000433, 000519, and 000787, respectively.<br><br>A separate $69,735.94 portion of this claim pertains to canceled invoices ($33,435.00), missing invoices ($28,385.54), and invoices where the quantity received differed from the quantity billed ($7,915.40). The proof of claim cites no legal basis to support the Debtors' liability for purchase orders that were canceled. As a result, the Debtors have no liability for these amounts. |
| Eastern Heritage | 1101 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,742,231.00<br><br>$1,742,231.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$173,063.32<br>$173,063.32<br><br>$173,063.32 | A $843,014.01 portion of this claim was satisfied by the following payments: $51,185.22 on 8/24/2024 (ref. no. 008963), $290,690.31 on 12/9/2024 (00309), $387,365.00 on 1/22/2025 (000508), $56,947.44 on 2/7/2025 (000612), and $56,825.96 on 2/26/2025 (000704).<br><br>A separate $379,835.62 portion of this claim pertains to canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for purchase orders that were canceled. As a result, the Debtors have no liability for this amount.<br><br>A separate $47,807.51 portion of this claim relates to purchase orders that were assumed by the Purchaser. As a result, the Debtors have no liability for this amount.<br><br>A separate $298,510.81 portion of this claim pertains to debit notes issued by a non-Debtor, third party. As a result, the Debtors have no liability for this amount. |
| E-Teen Company Limited | 445 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$267,583.41<br><br>$267,583.41 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$225,435.60<br><br>$225,435.60 | A $42,147.81 portion of this claim pertains to canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for purchase orders that were canceled. As a result, the Debtors have no liability for the portion of the claim attributable to canceled purchase orders, and the proof of claim should be reduced accordingly. |
| ~~Garment 10 Corporation - Joint Stock Company~~ | ~~950~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$7,510,580.31~~<br><br>~~$7,510,580.31~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$5,957,958.31~~<br><br>~~$5,957,958.31~~ | ~~A $1,340,384.32 portion of this claim pertains to unshipped goods ($1,230,242.32), raw materials ($95,417.06), an outstanding debit note ($437.50), and trim liability ($14,287.44). The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors or for raw materials and trim liability. As such, the claim is overstated by $1,340,384.32.~~<br><br>~~The Debtors' Books and Records do not support $212,237.68 of the remaining $6,170,195.99 portion attributable to prepetition goods. As a result, the claim is overstated by $212,237.68.~~ |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Globant, LLC | 282 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$335,340.00<br><br>$335,340.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$99,552.00<br><br>$99,552.00 | The Debtors' Books and Records do not support the asserted $335,340 amount, and the claimant's proof of claim only includes supporting materials for $106,080 of the asserted total.<br><br>A $6,528 payment was made against invoice 200875 on May 30, 2024 with payment reference no. 024338. As a result, the claim should be reduced to $99,552. |
| ~~Hing Shing Looping Manufacturing Co., Ltd.~~ | ~~417~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$1,950,082.99~~<br><br>~~$1,950,082.99~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$675,043.89~~<br><br>~~$675,043.89~~ | ~~A $1,116,104.04 portion of this claim was satisfied by the following payments: $106,991.37 on 9/25/2024 (ref. no. 009004), $429,364.31 on 10/18/2024 (000107), $578,258.17 on 10/21/2024 (000113), and $1,490.19 on 12/26/2024 (000394).~~<br><br>~~A separate portion of this claim pertains to canceled purchase orders ($84,800.00), missing purchase orders ($41,803.41), or purchase orders invoiced to non-Debtor third parties ($32,331.65). As a result, the Debtors have no liability for the $158,935.06 aggregate.~~ |
| Lincolnwood Town Center, LLC | 1303 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$146,526.40<br><br>$146,526.40 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$31,349.52<br><br>$31,349.52 | This claim is for lease rejection damages for store 498. The claimant did not provide supporting materials for its damages calculation; however, the Debtors' Books and Records indicate a $31,349.52 liability is held by the Debtors. |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | 953 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$29,707.54<br><br>$29,707.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$23,206.50 ~~$17,498.96~~<br><br>$23,206.50 ~~$17,498.96~~ | ~~The claimant asserts a general unsecured claim of $29,707.54 for damages resulting from the rejection of a lease agreement. The asserted amount reflects rent for the greater of 1 year or 15% of the remaining lease term.~~<br><br>~~The lease was rejected on 6/30/2024 (D.I. 564). The lease would otherwise have terminated on 1/31/2025 according to its own terms. The valid "rent reserved by the lease" under section 502(b)(6) is the remaining 7 month term of the lease, so the claim should be reduced to $17,498.96 to reflect rent accruing during this time period.~~<br><br>Modified by agreement of Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Matrix Clothing Private Limited | 979 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,349,030.42<br><br>$3,349,030.42 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,269,941.26<br><br>$1,269,941.26 | A portion of this claim pertains to unshipped goods ($782,579.67) and raw materials for canceled purchase orders ($1,102,488.89). The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors or for raw materials. As a result, the Debtors have no liability for the aggregate $1,885,068.56 amount.<br><br>A separate $182,302.86 portion was satisfied by a $176,452.05 and $5,850.81 payment on 3/22/2024, with payment reference nos. 008687 and 008683, respectively.<br><br>Lastly, the Debtors' Books and Records do not support the $11,717.74 balance owed on account of a debit note. |
| May Hai Joint Stock Company | 1042 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$642,622.73<br><br>$642,622.73 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$145,712.57<br><br>$145,712.57 | A $80,059.14 portion of this claim is for unshipped raw materials. The proof of claim cites no legal basis to support the Debtors' liability for unshipped raw materials. As a result, the Debtors have no liability for this amount.<br><br>A separate $416,851.02 portion was paid via wire transfer on 8/17/24, with payment reference no. 008943. |
| ~~Modelama Exports PVT Limited~~ | ~~428~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$1,621,650.00~~<br><br>~~$1,621,650.00~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$404.91~~<br><br>~~$404.91~~ | ~~A $1,483,435.95 portion of this claim relates to purchase orders that were assumed by the Purchaser. As a result, the Debtors have no liability for this amount.~~<br><br>~~A separate $137,809.14 portion pertains to canceled purchase orders. As a result, the Debtors have no liability for this amount.~~ |
| ~~Modelama Exports PVT Limited~~ | ~~1784~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$950,253.71~~<br><br>~~$950,253.71~~ | ~~Administrative:~~<br>~~Secured:~~<br>~~Priority Unsecured:~~<br>~~General Unsecured:~~<br><br>~~Total Claim Amount:~~ | ~~$0~~<br>~~$0~~<br>~~$0~~<br>~~$900,549.98~~<br><br>~~$900,549.98~~ | ~~A $49,703.73 portion of this claim relates to purchase orders that were assumed by the Purchaser. As a result, the Debtors have no liability for this amount.~~ |
| Phong Phu International Joint Stock Company | 1444 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,833,157.10<br><br>$1,833,157.10 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,082,503.17<br><br>$1,082,503.17 | A $300,044.88 portion of this claim was satisfied via wire transfer on 8/17/2024, with payment reference no. 008943.<br><br>A separate $450,609.05 portion pertains to unshipped goods and raw materials. The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods and raw materials. As a result, the Debtors have no liability for this amount. |
| Saigon 3 Garment Joint Stock Company | 1140 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,096,616.08<br><br>$7,096,616.08 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,069,670.58<br><br>$2,069,670.58 | A $3,494,705.65 portion of this claim was satisfied by several wire payments across separate dates. A detailed list of payments, dates, and reference numbers can be provided upon request.<br><br>A separate $1,532,239.85 portion of this claim pertains to canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for canceled purchase orders. As a result, the Debtors have no liability for this amount. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Silvestri California | 1059 | Administrative: $0<br>Secured: $0<br>Priority Unsecured: $0<br>General Unsecured: $237,671.85<br><br>Total Claim Amount: $237,671.85 | Administrative: $0<br>Secured: $0<br>Priority Unsecured: $0<br>General Unsecured: $45,423.85<br><br>Total Claim Amount: $45,423.85 | A $192,248 portion of this claim is for unshipped goods. The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods. As a result, the Debtors have no liability for this amount. |
| TRC Master Fund LLC [as Assignee of CMT de La Laguna, S.A. DE C.V.] | 1038 | Administrative: $0<br>Secured: $0<br>Priority Unsecured: $0<br>General Unsecured: $830,549.54<br><br>Total Claim Amount: $830,549.54 | Administrative: $0<br>Secured: $0<br>Priority Unsecured: $0<br>General Unsecured: $699,349.04<br><br>Total Claim Amount: $699,349.04 | A $131,200.50 portion of this claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. As a result, the Debtors have no liability for this amount. |
| ~~UMG Recordings, Inc.~~ | ~~1192~~ | ~~Administrative: $0~~<br>~~Secured: $0~~<br>~~Priority Unsecured: $0~~<br>~~General Unsecured: $3,000,000.00~~<br><br>~~Total Claim Amount: $3,000,000.00~~ | ~~Administrative: $0~~<br>~~Secured: $0~~<br>~~Priority Unsecured: $0~~<br>~~General Unsecured: $350,000.00~~<br><br>~~Total Claim Amount: $350,000.00~~ | ~~Prior to the Petition Date, the claimant agreed to settle this claim against the Debtors. The claim should be reduced to $350,000 to reflect the settlement amount.~~ |
| ~~Velocity Apparelz for Readymade Garments E.S.C.~~ | ~~172~~ | ~~Administrative: $0~~<br>~~Secured: $0~~<br>~~Priority Unsecured: $0~~<br>~~General Unsecured: $1,386,056.00~~<br><br>~~Total Claim Amount: $1,386,056.00~~ | ~~Administrative: $0~~<br>~~Secured: $0~~<br>~~Priority Unsecured: $0~~<br>~~General Unsecured: $266,571.95~~<br><br>~~Total Claim Amount: $266,571.95~~ | ~~A portion of this claim was satisfied by a $302,753.30 payment on 4/12/2024, with payment reference no. 00000728/2.~~<br>~~A separate $816,730.75 portion of this claim is for unshipped goods & raw materials ($779,622.00) and demurrage charges ($37,108.75). The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods, raw materials, and demurrage charges. As a result, the Debtors have no liability for these amounts.~~ |
| Viet Thanh Garment Trading Joint Stock Company | 1098 | Administrative: $0<br>Secured: $0<br>Priority Unsecured: $0<br>General Unsecured: $332,298.80<br><br>Total Claim Amount: $332,298.80 | Administrative: $0<br>Secured: $0<br>Priority Unsecured: $0<br>General Unsecured: $20,364.37<br><br>Total Claim Amount: $20,364.37 | A $311,934.43 portion of this claim is for unshipped raw materials for canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods and raw materials. As a result, the Debtors have no liability for this amount. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*

**Schedule 3**

**Overstated and Misclassified Claims**

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Eighth Omnibus Objection - Schedule 3 - Overstated & Misclassified Claim

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Staros, Vaughan [Joseph Vaughan Staros-Malinowski] | 784 | Administrative: | $0 | Administrative: | $0 | This claim is for the remaining payments owed on account of a severance agreement. Five installment payments, altogether totaling $52,235.60, were made by the Debtors; check numbers and dates can be made available upon request. The total claim amount should be reduced to $20,894.24 to reflect the remaining balance of the $73,129.84 total. |
| | | Secured: | $0 | Secured: | $0 | |
| | | Priority Unsecured: | $15,150.00 | Priority Unsecured: | $0 | |
| | | General Unsecured: | $10,967.80 | General Unsecured: | $20,894.24 | |
| | | Total Claim Amount: | $26,117.80 | Total Claim Amount: | $20,894.24 | Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |

1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.

**Schedule 4**

**No Liability Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 4 - No Liability Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reason for Disallowance |
|---|---|---|---|---|
| Capitol Records, LLC | 1236 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$150,000.00<br><br>$150,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |
| Iusa Iv [Hangzhou Sanjin Textiles Development Co, Ltd] | 1116 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$386,019.82<br><br>$386,019.82 | This claim is for fabrics purchased and shipped to various vendors. The Debtors' Books and Records do not support a valid claim against the Debtors. The claimant's proof of claim does not provide prima facie evidence of the validity and the amount of the claim. |
| Iljoong Global | 115 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$138,147.11<br>$0<br>$0<br><br>$138,147.11 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| Iljoong Global | 143 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$95,612.24<br>$0<br>$0<br><br>$95,612.24 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| JIANGSU EXCELLENT TEXTILE CO.,LTD | 836 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$69,951.55<br><br>$69,951.55 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| Polygram Publishing, Inc. | 1219 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$300,000.00<br><br>$300,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc.  This claim has been resolved pursuant to the settlement agreement.  As a result the Debtors have no liability. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 4 - No Liability Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reason for Disallowance |
|---|---|---|---|---|
| Songs of Universal, Inc. | 1190 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,500,000.00<br><br>$1,500,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc. This claim has been resolved pursuant to the settlement agreement. As a result the Debtors have no liability. |
| Universal Music Corp. | 1193 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,500,000.00<br><br>$1,500,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc. This claim has been resolved pursuant to the settlement agreement. As a result the Debtors have no liability. |
| Universal Music-MGB NA LLC | 1249 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$600,000.00<br><br>$600,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc. This claim has been resolved pursuant to the settlement agreement. As a result the Debtors have no liability. |
| Universal Music-Z Tunes LLC | 1239 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$300,000.00<br><br>$300,000.00 | Upon review of the Debtors' Books and Records, prior to the Petition Date, the claimant agreed to settle this claim against the Debtors for a payment of $350,000 to UMG Recordings Inc. This claim has been resolved pursuant to the settlement agreement. As a result the Debtors have no liability. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 4 - No Liability Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reason for Disallowance |
|---|---|---|---|---|
| Zhejiang Tianpai Knitting Co., Ltd. | 1131 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $296,425.13<br>$0<br>$0<br>$0<br><br>$296,425.13 | A $246,805.94 portion of this claim was satisfied by the following payments: $145,470.14 on 8/17/2024 (ref. no. 008943), $44,685.54 on 10/6/2024 (009032), $48,738.02 on 11/20/2024 (000229), and $7,912.24 on 12/6/2024 (000306).<br><br>The balance of the asserted amount of this claim relates to purchase orders that were assumed by the Purchaser. As a result, the Debtors have no liability for the entirety of this claim. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*