**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | Re: Docket No. 1422<br>Hearing Date: November 18, 2025 at 9:30 a.m. |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM FOR
SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 FOR HEARING
<u>ON NOVEMBER 18, 2025</u>**

PLEASE TAKE NOTICE that on October 31, 2025, counsel for Tracy L. Klestadt, appointed as plan administrator of EXP OldCo Winddown, Inc. (the "**Plan Administrator**") for the chapter 11 bankruptcy estates of the above captioned debtors, delivered to Chambers electronic copies of the proofs of claim to which the Plan Administrator has objected, that are the subject of the hearing scheduled for November 18, 2025 at 9:30 a.m., relating to the following claim objection:

> **Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** [Docket No. 1422; filed: 07/15/25]

Copies of said proofs of claim may be requested from the undersigned counsel.

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Dated: October 31, 2025

        **SAUL EWING LLP**

        */s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone:    (302) 421-6898
        Email:    luke.murley@saul.com

        -and-

        Brendan M. Scott
        **KLESTADT WINTERS JURELLER**
        **SOUTHARD & STEVENS, LLP**
        200 West 41st Street, 17th Floor
        New York, NY 10036-7203
        Telephone:    (212) 679-5359
        Facsimile:    (212) 972-2245
        Email:    bscott@klestadt.com

        *Counsel. for the Plan Administrator*