**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re:  Docket No. 1507** |

**CERTIFICATION OF NO OBJECTION TO PLAN ADMINISTRATOR'S**
**SECOND MOTION TO EXTEND THE DEADLINE TO OBJECT TO CLAIMS**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtor in the above-captioned chapter 11 case, hereby certifies as follows:

1.      On October 16, 2025, the *Plan Administrator's Second Motion to Extend the Deadline to Object to Claims* [Docket No. 1507] (the "**Motion**") was filed with the Court.

2.      Pursuant to the notice accompanying the Motion, responses to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before October 30, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Accordingly, the Motion may be granted.

---

[1]    The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

**WHEREFORE,** the undersigned counsel respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: October 31, 2025

      **SAUL EWING LLP**

      By: */s/ Lucian B. Murley*
          Lucian B. Murley (DE Bar No. 4892)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE 19899
          Telephone: (302) 421-6898
          Email:    luke.murley@saul.com

          -and-

      **KLESTADT WINTERS JURELLER**
      **SOUTHARD & STEVENS, LLP**
      Brendan M. Scott
      Christopher Reilly
      200 West 41st Street, 17th Floor
      New York, NY 10036-7203
      Telephone: (212) 679-5359
      Facsimile: (212) 972-2245
      Email:    bscott@klestadt.com
               creilly@klestadt.com

      *Counsel for the Plan Administrator*