**Schedule 1**

**Amended Claims**

56628542.3

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Seventh Omnibus Objection - Schedule 1 - Amended & Superseded Claims

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| 3CInteractive, LLC dba IMImobile US | 1849 | 1803 | $665,271.61 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Missouri Department Of Revenue | 1860 | 1577 | $0.00 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| St Joseph County Treasurer | 1855 | 1010 | $7,792.66 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Visplay, Inc | 1861 | 424 | $82,280.90 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Wisconsin Department of Revenue | 1858 | 1667 | $6,053.85 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |
| Wisconsin Department of Revenue | 1859 | 1668 | $106,487.33 | The claim has been amended and/or superseded by a subsequent claim and it remains on the claims register only as a technicality. |