**Schedule 2**

**Duplicate Claims**

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 2 - Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Claim Amount of Duplicate Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Crescent Bahuman Limited | 1832 | 1839 | $207,410.33 | The claim is a duplicate of another claim. |
| Pelczar Productions LLC [Pelczar, Heidi] | 1021 | 1339 | $47,821.88 | The claim is a duplicate of another claim. |
| POLAR GOOSE CLOTHING CO LTD | 736 | 667 | $2,119,233.46 | The claim is a duplicate of another claim. |
| San Bernardino County | 1779 | 1793 | $5,934.86 | The claim is a duplicate of another claim. |