# Schedule 3

# Late-Filed Claims

56628542.3

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 3 - Late-Filed Claims**

| Name of Claimant | Date Filed | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Business Wire, Inc. | 4/2/2025 | 1850 | $22,500.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Love, Oasis Malka | 4/21/2025 | 1852 | $4,750.00 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Raphael, Tasha | 4/10/2025 | 1851 | $443.17 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |
| Wilmes, Julie L | 8/10/2025 | 1857 | $10,200.09 | Claim was filed after the Applicable General Bar Date of July 10, 2024. |