**Schedule 4**

**Overstated Claims**

56628542.3

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Seventh Omnibus Objection - Schedule 4 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Bubs Ny Corp | 484 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$67,579.20<br><br>$67,579.20 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$32,579.20<br><br>$32,579.20 | The Debtor's Books and Records do not support the full amount asserted in the claimant's proof of claim. The claimant did not provide supporting materials (e.g., purchase orders, invoices, etc.) in its proof of claim. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*