**Schedule 5**

**Insufficient Documentation Claims**

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
**Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Aparicio, Ashley | 1854 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Barbosa, Karla | 501 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Bayside MarketPlace LLC | 1387 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Charles, Ty'Quanna L | 535 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Drake, Enjoli | 517 | $600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Engler, Cindi Marie | 813 | $336.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Grajeda, Patrick | 500 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| H.W. Textiles Co., Limited | 1045 | $385,504.46 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| HTI CHINA CORP | 1119 | $34,650.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Lombardo, Jackie | 758 | $25,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mccumber, Tim | 505 | $3,356.24 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mcduffee, Emma Sophia | 588 | $200.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mejia, Jakelin | 1128 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Mid-South Outlet Shops, LLC [Tanger Management, LLC] | 1349 | $54,975.42 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Nolan, Timothy D | 557 | $2,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Reese, Brandi | 686 | $5,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Ricoh-USA, Inc. | 1748 | $281,637.09 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Rogers, Janae | 567 | $918.90 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Romero, Eloy | 1317 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Sandex Trading Co., Ltd [Sandex Enterprises Ltd] | 1103 | $69,471.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Santos, Rayna | 1417 | $250.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
**Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Saragosa, Natalia | 1028 | $9,450.08 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Scharn, Nicholas | 1029 | $1,034.47 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Schisler, James [Jamie Schisler] | 1420 | $408,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 994 | $8,262.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 997 | $7,329.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 998 | $23,657.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 999 | $2,880.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 996 | $3,817.80 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1235 | $17,451.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1243 | $6,217.20 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1246 | $22,750.44 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1247 | $31,496.64 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1248 | $4,068.90 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1250 | $35,038.98 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1252 | $4,395.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1253 | $3,920.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1255 | $13,862.34 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1256 | $25,344.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1258 | $4,371.84 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1259 | $4,220.37 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1260 | $17,270.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| TALENT TEXTILES COMPANY LIMITED | 1262 | $24,600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1263 | $15,146.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1265 | $19,619.68 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| TALENT TEXTILES COMPANY LIMITED | 1266 | $6,671.87 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Daytona, LLC | 1334 | $73,528.44 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Outlets Deer Park, LLC | 1337 | $114,987.84 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1325 | $30,881.62 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1326 | $67,011.21 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tanger Properties Limited Partnership | 1344 | $99,911.25 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 247 | $447,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 256 | $22,511.25 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 291 | $419.70 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 292 | $486.30 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 897 | $8,452.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 898 | $42,480.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 899 | $68,814.40 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 900 | $17,250.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 902 | $447,500.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 908 | $9,852.80 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 909 | $16,505.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 910 | $16,233.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
**Seventh Omnibus Objection - Schedule 5 - No Supporting Documents Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Tat Fung Textile Co., Ltd. | 911 | $27,865.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 912 | $15,873.28 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 914 | $47,100.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 915 | $12,495.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 916 | $9,600.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 917 | $11,578.50 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 919 | $16,505.60 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Tat Fung Textile Co., Ltd. | 945 | $5,261.25 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Thomas, Bryan | 683 | $11,650.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Visionworld | 976 | $174,371.53 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Winnitex (Vietnam) Limited | 986 | $655,641.22 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |
| Zamrock, Tawni R | 1411 | $3,939.42 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim. |