# Schedule 1

# Misclassified Claims

56633709.4

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Eighth Omnibus Objection - Schedule 1 - Misclassified Claims

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Akay, Malissa | 886 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$561,773.00<br><br>$576,923.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$576,923.00<br><br>$576,923.00 | This claim is for the remaining payments owed on account of a severance agreement. Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| Bostic, Halli | 1418 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,500.00<br>$0<br><br>$1,500.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,500.00<br><br>$1,500.00 | This claim is for services performed prepetition. The claimant is not a former employee and therefore does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| Dooley Media | 229 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$63,750.00<br><br>$78,900.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$78,900.00<br><br>$78,900.00 | This claim is for services performed prepetition. The claimant is not a former employee and therefore does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| Kaiser Consulting LLC | 702 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$122,868.50<br>$0<br><br>$122,868.50 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$122,868.50<br><br>$122,868.50 | This claim is for services performed prepetition. The claimant is not a former employee and therefore does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. The claim does not specify any other basis for priority status. |
| Wheatley, Nicholas | 1015 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$159,634.62<br><br>$174,784.62 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$174,784.62<br><br>$174,784.62 | This claim is for the remaining payments owed on account of a severance agreement. Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*