**Schedule 2**

**Overstated Claims**

56633709.4

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Eighth Omnibus Objection - Schedule 2 - Overstated Claims

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Century Overseas | 40 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$564,316.94<br><br>$564,316.94 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$51,101.62<br><br>$51,101.62 | A $443,479.38 portion of this claim was satisfied via wire payments on 12/10/2024 ($86,748.00), 01/02/2025 ($166,537.22), 01/24/2025 ($148,064.16), and 03/12/2025 ($42,130.00), with payment reference nos. 000323, 000433, 000519, and 000787, respectively.<br><br>A separate $69,735.94 portion of this claim pertains to canceled invoices ($33,435.00), missing invoices ($28,385.54), and invoices where the quantity received differed from the quantity billed ($7,915.40). The proof of claim cites no legal basis to support the Debtors' liability for purchase orders that were canceled. As a result, the Debtors have no liability for these amounts. |
| Eastern Heritage | 1101 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,742,231.00<br><br>$1,742,231.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$173,063.32<br><br>$173,063.32 | A $843,014.01 portion of this claim was satisfied by the following payments: $51,185.22 on 8/24/2024 (ref. no. 008963), $290,690.31 on 12/9/2024 (00309), $387,365.08 on 1/22/2025 (000508), $56,947.44 on 2/7/2025 (000612), and $56,825.96 on 2/26/2025 (000704).<br><br>A separate $379,835.62 portion of this claim pertains to canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for purchase orders that were canceled. As a result, the Debtors have no liability for this amount.<br><br>A separate $47,807.51 portion of this claim relates to purchase orders that were assumed by the Purchaser. As a result, the Debtors have no liability for this amount.<br><br>A separate $298,510.81 portion of this claim pertains to debit notes issued by a non-Debtor, third party. As a result, the Debtors have no liability for this amount. |
| E-Teen Company Limited | 445 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$267,583.41<br><br>$267,583.41 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$225,435.60<br><br>$225,435.60 | A $42,147.81 portion of this claim pertains to canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for purchase orders that were canceled. As a result, the Debtors have no liability for the portion of the claim attributable to canceled purchase orders, and the proof of claim should be reduced accordingly. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
Eighth Omnibus Objection - Schedule 2 - Overstated Claims

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Globant, LLC | 282 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$335,340.00<br><br>$335,340.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$99,552.00<br><br>$99,552.00 | The Debtors' Books and Records do not support the asserted $335,340 amount, and the claimant's proof of claim only includes supporting materials for $106,080 of the asserted total.<br><br>A $6,528 payment was made against invoice 200875 on May 30, 2024 with payment reference no. 024338. As a result, the claim should be reduced to $99,552. |
| Lincolnwood Town Center, LLC | 1303 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$146,526.40<br><br>$146,526.40 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$31,349.52<br><br>$31,349.52 | This claim is for lease rejection damages for store 498. The claimant did not provide supporting materials for its damages calculation; however, the Debtors' Books and Records indicate a $31,349.52 liability is held by the Debtors. |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | 953 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$29,707.54<br><br>$29,707.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$23,206.50<br><br>$23,206.50 | Modified by agreement of Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent. |

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
Eighth Omnibus Objection - Schedule 2 - Overstated Claims

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Matrix Clothing Private Limited | 979 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,349,030.42<br><br>$3,349,030.42 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,269,941.26<br><br>$1,269,941.26 | A portion of this claim pertains to unshipped goods ($782,579.67) and raw materials for canceled purchase orders ($1,102,488.89). The proof of claim cites no legal basis to support the Debtors' liability for goods that were not shipped to the Debtors or for raw materials. As a result, the Debtors have no liability for the aggregate $1,885,068.56 amount.<br><br>A separate $182,302.86 portion was satisfied by a $176,452.05 and $5,850.81 payment on 3/22/2024, with payment reference nos. 008687 and 008683, respectively.<br><br>Lastly, the Debtors' Books and Records do not support the $11,717.74 balance owed on account of a debit note. |
| May Hai Joint Stock Company | 1042 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$642,622.73<br><br>$642,622.73 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$145,712.57<br><br>$145,712.57 | A $80,059.14 portion of this claim is for unshipped raw materials. The proof of claim cites no legal basis to support the Debtors' liability for unshipped raw materials. As a result, the Debtors have no liability for this amount.<br><br>A separate $416,851.02 portion was paid via wire transfer on 8/17/24, with payment reference no. 008943. |
| Phong Phu International Joint Stock Company | 1444 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,833,157.10<br><br>$1,833,157.10 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,082,503.17<br><br>$1,082,503.17 | A $300,044.88 portion of this claim was satisfied via wire transfer on 8/17/2024, with payment reference no. 008943.<br><br>A separate $450,609.05 portion of this claim pertains to unshipped goods and raw materials. The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods and raw materials. As a result, the Debtors have no liability for this amount. |
| Saigon 3 Garment Joint Stock Company | 1140 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,096,616.08<br><br>$7,096,616.08 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,069,670.58<br><br>$2,069,670.58 | A $3,494,705.65 portion of this claim was satisfied by several wire payments across separate dates. A detailed list of payments, dates, and reference numbers can be provided upon request.<br><br>A separate $1,532,239.85 portion of this claim pertains to canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for canceled purchase orders. As a result, the Debtors have no liability for this amount. |

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Silvestri California | 1059 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$237,671.85<br><br>$237,671.85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$45,423.85<br><br>$45,423.85 | A $192,248 portion of this claim is for unshipped goods. The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods. As a result, the Debtors have no liability for this amount. |
| TRC Master Fund LLC [as Assignee of CMT de La Laguna, S.A. DE C.V.] | 1038 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$830,549.54<br><br>$830,549.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$699,349.04<br><br>$699,349.04 | A $131,200.50 portion of this claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. As a result, the Debtors have no liability for this amount. |
| Viet Thanh Garment Trading Joint Stock Company | 1098 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$332,298.80<br><br>$332,298.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$20,364.37<br><br>$20,364.37 | A $311,934.43 portion of this claim is for unshipped raw materials for canceled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for unshipped goods and raw materials. As a result, the Debtors have no liability for this amount. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*