**Schedule 3**

**Overstated and Misclassified Claim**

56633709.4

**EXP OLDCO WINDDOWN, INC.**
**Case Number: 24-10831 (KBO)**
**Eighth Omnibus Objection - Schedule 3 - Overstated & Misclassified Claim**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Staros, Vaughan [Joseph Vaughan Staros-Malinowski] | 784 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$10,967.80<br><br>$26,117.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$20,894.24<br><br>$20,894.24 | This claim is for the remaining payments owed on account of a severance agreement. Five installment payments, altogether totaling $52,235.60, were made by the Debtors; check numbers and dates can be made available upon request. The total claim amount should be reduced to $20,894.24 to reflect the remaining balance of the $73,129.84 total.<br><br>Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |

*1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.*