**Schedule 4**

**No Liability Claims**

**EXP OLDCO WINDDOWN, INC.**
Case Number: 24-10831 (KBO)
**Eighth Omnibus Objection - Schedule 4 - No Liability Claims**

| Name of Claimant | Claim Number | Current Claim Classification Status[1] | | Reason for Disallowance |
|---|---|---|---|---|
| Iusa Iv [Hangzhou Sanjin Textiles Development Co, Ltd] | 1116 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$386,019.82<br><br>$386,019.82 | This claim is for fabrics purchased and shipped to various vendors. The Debtors' Books and Records do not support a valid claim against the Debtors. The claimant's proof of claim does not provide prima facie evidence of the validity and the amount of the claim. |
| Iljoong Global | 115 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$138,147.11<br>$0<br>$0<br><br>$138,147.11 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| Iljoong Global | 143 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$95,612.24<br>$0<br>$0<br><br>$95,612.24 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| JIANGSU EXCELLENT TEXTILE CO.,LTD | 836 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$69,951.55<br><br>$69,951.55 | This claim is for raw materials. The proof of claim cites no legal basis to support the Debtors' liability for raw materials. The Debtors' Books and Records do not support the asserted liability.  As a result, the Debtors have no liability. |
| Zhejiang Tianpai Knitting Co., Ltd. | 1131 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $296,425.13<br>$0<br>$0<br>$0<br><br>$296,425.13 | A $246,805.94 portion of this claim was satisfied by the following payments: $145,470.14 on 8/17/2024 (ref. no. 008943), $44,685.54 on 10/6/2024 (009032), $48,738.02 on 11/20/2024 (000229), and $7,912.24 on 12/6/2024 (000306).<br><br>The balance of the asserted amount of this claim relates to purchase orders that were assumed by the Purchaser. As a result, the Debtors have no liability for the entirety of this claim. |

1.) Current claim status reflects the current status of the claim, after any applicable previously filed objections or notices of satisfaction.