## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter: 11 |
| | ) |
| EXP OldCo Winddown, Inc., | ) Case No.: Case No. 24-10831 (KBO): 01 |
| | ) |
| Debtors | ) |
| | ) |
| | ) Re. Docket : 1501 |
| | ) |
| | ) Obj. Deadline: October 28,2025 , 4:00 p.m. (ET) |
| | ) Hearing Date: November 18,2025 9:30 p.m. (ET) |

## Response and Objection by Velocity Apparelz For Ready-Made Garment to Plan Administrator's Motion Allegation of Overstated Claim No.172

**COMES NOW** Velocity Apparelz for readymade garment E.S.C ("Velocity" or the "Claimant"), by and through its undersigned representative, and respectfully submits this Response to the Plan Administrator's Classification Motion, wherein it is alleged that Velocity's claim is overstated and should be reduced to USD 266,571.95. In support thereof, Velocity states as follows:

### Background

1.1. Velocity duly filed Proof of Claim No.172, which encompasses pre-petition amounts owed by the debtor under its private-label apparel manufacturing program, together with related purchase orders and raw materials allocated to that program.

1.2. The claim was based upon verified commercial records, invoices, and balance confirmations issued by the debtor prior to the petition date.

1.3. On March 12, 2024, the debtor provided Velocity with a written balance confirmation reflecting an outstanding amount of USD 874,770.13 **(Annex A).** This confirmation represents debtor' official recognition of its pre-petition indebtedness.

### Payment of USD 302,753.30

2.1. The Plan Administrator's motion acknowledges that a payment of USD 302,753.30 was made to Velocity on April 12, 2024, (prior petition date) under payment reference 00000728/2.

2.2. Velocity clarifies that this payment represents a partial settlement of the confirmed balance of USD 874,770.13 as of March 12, 2024.

1

2.3. The said payment dated April 12, 2024 did not relate to any new or post-petition liabilities, but rather satisfied a portion of the pre-petition debt due under the debtor manufacturing program.

## Treatment of Raw Materials and Unshipped Goods

3.1. The Plan Administrator contends that a separate amount of USD 816,730.75 (covering raw materials, unshipped goods, and demurrage charges) lacks legal basis and should therefore be disallowed.

3.2. Velocity clarifies that, subsequent to the petition filing and following the transfer of Bonobos' operating assets from Express to Phoenix (the acquiring entity), a commercial settlement " with discounts" was reached on March 13, 2025, between Phoenix and Velocity ,covering these specific items.

3.3. Under this settlement, Phoenix accepted and paid for the raw materials and unshipped goods as part of its operational continuity agreement. Supporting documentation—including email correspondence, settlement invoice, and proof of payment by Phoenix BNBS Fashion — is attached as (**Annex C**).

3.4. Consequently, Velocity acknowledges that this component has been fully settled post-petition by Phoenix BNBS, and may be withdrawn from Claim No. 172 solely to avoid duplication.

## Verified Pre-Petition Balance Remaining Due

4.1. After reconciliation of all verified records and settlements, the claim balance is derived as follows:

- (a) the partial payment of USD 302,753.30, received from the debtor on April 12, 2024, prior to the petition date, representing a partial settlement of the confirmed balance of USD 874,770.13 ; and
- (b) the subsequent commercial settlement concluded with Phoenix BNBS Fashion, on March 13, 2025, covering raw materials and unshipped goods that were transferred and paid post-petition.

4.2. This figure is fully consistent with the debtor Liabilities Sheet filed in the Bankruptcy Court records, which independently reflects a payable of USD 572,032 to Velocity (**attached as Annex B**).

4.3. The Plan Administrator's proposed reduction of the claim to USD 266,571.95 is therefore unsupported by the evidentiary record and fails to reconcile with the Debtor's own balance confirmation, payment history, and liability statements.

4.4. Velocity's reconciliation is based on contemporaneous records, pre-petition confirmations, and post-petition settlements, all evidencing transparent and good-faith commercial conduct in accordance with established international trade practices.

**WHEREFORE**, for the foregoing reasons, Velocity respectfully requests that this Honorable Court:

(a) Reject the Plan Administrator's proposed reduction of Claim No. 172 to USD 266,571.95;

(b) Acknowledge that the remaining valid pre-petition liability due to Velocity amounts to USD 572,032, consistent with the Debtor's own records and filings; and

(c) Grant such further relief as the Court deems just and proper.

Date: October 27, 2025

For : Velocity Apparelz  For Ready Made Garment

Head of Legal

Moustafa Abdelazim Mohamed
mabdelalim@vogue-intl.com
Mob: +201282671717
Egypt, Ismailia ,  Public Free zone

3

**Annex A:**

Debtor Balance Confirmation dated March 12, 2024 (USD 874,770.13)

**Annex B**

Debtor Liabilities Sheet reflecting payable to Velocity (USD 572,032)

## Annex C:

Phoenix BNBS settlement documentation — emails, invoice, and payment proof (dated March 13, 2025)

| | | | | | |
|---|---|---|---|---|---|
| 13-03-2025 | 13-03-2025 | SWF IS2503139604 PHOENIX BNBS FASHION, LLC | Credit | USD 108,571.38 | USD 118,383.07 |

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above objection be served by mail on:

Counsel of the plan Administrator

SUAL EWING LLP
Luke.murley@saul.com

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
bscott@klestadt.com
creilly@klestadt.com

Date: October 27, 2025

**For: Velocity Apparelz For Ready Made Garment**

Head of Legal

Moustafa Abdelazim Mohamed
mabdelalim@vogue-intl.com
Mob: +201282671717
Egypt, Ismailia , Public Free zone

7

*ANNEX : A*

# ✔ELOCITY APPARELZ FOR READYMADE GARMENTS E.S.C.

12th March 2024

Express BNBS Fashion LLC

Dear Sir,

For audit purposes, kindly confirm the balance of USD 874,770.13 due by you as of 12-Mar-24, as shown by our books, is correct. The details of the balance are as under:

| CI date | Invoice NO | Value | Due date |
|---------|-----------|-------|----------|
| 7-Dec-23 | VA/BONOBOS/13/2023 | 542,945.49 | 6-Jan-24 |
| 1-Feb-24 | VA/BONOBOS/1/2024 | 263,222.90 | 2-Mar-24 |
| 6-Mar-24 | VA/BONOBOS/2/2024/1 | 39,530.40 | 5-Apr-24 |
| | VA/BONOBOS/2/2024/2 | 5,713.00 | |
| | VA/BONOBOS/2/2024/3 | 9,041.76 | |
| | VA/BONOBOS/2/2024/4 | 6,678.50 | |
| | VA/BONOBOS/2/2024/5 | 2,926.56 | |
| | VA/BONOBOS/2/2024/6 | 1,885.00 | |
| | VA/BONOBOS/2/2024/7 | 1,441.44 | |
| | VA/BONOBOS/2/2024/8 | 1,385.08 | |
| | | $ 874,770.13 | |

If the amount shown is in agreement with your books, kindly strike out the paragraph marked (B) below. If the amount shown is not in agreement with your books, kindly furnish the details in the proforma given in the paragraph marked (B) below and strike out paragraph (A). In either case, kindly sign at the place provided below and return this entire letter to the email

If we do not receive your confirmation within seven days, we would treat the above balance as a confirmed balance.

Yours Faithfully,
For **Velocity Apparelz for Readymade Garments ESC.**

**Assistant manager finance**

(A) We confirm that the above-stated amount is correct.

OR

(B) We state that the above-stated amount is not correct as per our records. The details of the balance as at X[date] as per our records are as below:

Invoice Number | Date | Order Reference | Amount

Net Amount due from us (USD) 874,770.13            |

Yours faithfully,
For Express BNBS Fashion LLC

(Signature of debtor with company seal) *Laura Weiss*

**PUBLIC FREE ZONE, ISMAILIA, EGYPT**
**PHNOE: 002 064 348103/5      FAX: 002 064 3481909**

*Annex B*

Debtor   Express BNBS Fashion, LLC
Name

Case number *(if known)* 24-10840

**3.232**

VANTAGE APPAREL, PO BOX 60, 100 VANTAGE DRIVE, AVENEL, NJ, 7001

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $543.68
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Non Merch Payable

Is the claim subject to offset?
☑ No

☐ Yes

**3.233**

VELOCITY APPARELEZ COMPANY E.S.C, PUBLIC FREE ZONE, ISMAILIA, EGYPT, EGYPT

Date or dates debt was incurred

As of the petition filing date, the claim is:                                 $572,032.83
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Merch Payable

Is the claim subject to offset?
☑ No

☐ Yes

**3.234**

VERITIV OPERATING COMPANY, 7472 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693

Date or dates debt was incurred

As of the petition filing date, the claim is:                                 $35,733.98
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Non Merch Payable

Is the claim subject to offset?
☑ No

☐ Yes

**3.235**

VISION MODELS, 8631 WASHINGTON BLVD, CULVER CITY, CA, 90232

Date or dates debt was incurred

As of the petition filing date, the claim is:                                   $1,200.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Non Merch Payable

Is the claim subject to offset?
☑ No

☐ Yes

Annex: C

mabdelalim@vogue-intl.com

**From:** Ajitesh BHATIA <abhatia@bonobos.com>
**Sent:** Tuesday, 11 March 2025 4:14 PM
**To:** Erica van Schaik
**Cc:** Siddharth Sinha; mabdelalim; afattah; Danielle Abigador; Jennifer Lesser; Aparna Tewari; Himanshu Lodha; Farwa Farhan; Nourhan Ezzat; Abhay Kumar; Kumaravel Nadar
**Subject:** Re: Status of pending shipments

Hi Erica

Invoice and payment details received- we will get back to you shortly.

Thanks, Ajitesh

On Tue, Mar 11, 2025 at 8:18 AM Erica van Schaik <evanschaik@vogue-intl.com> wrote:

Dear Ajitesh,

Thank you.

Pls find attached the invoice to make the payment. To keep it simple we request you to pay to the same accounts as previous payments. I have attached the bank letter as well

Pls share the payment proof once transacted.

1

With best regards,

Erica van Schaik

General Manager



**Vogue International Agencies FZE,**

**Velocity Apparelz Companies**

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

**From:** Ajitesh BHATIA <abhatia@bonobos.com>
**Sent:** Tuesday, 11 March 2025 12:47 AM
**To:** Erica van Schaik <evanschaik@vogue-intl.com>
**Cc:** Siddharth Sinha <siddharth@vogue-intl.com>; mabdelalim <mabdelalim@vogue-intl.com>; afattah <afattah@eg.vogue-intl.com>; Danielle Abigador <dabigador@bonobos.com>; Jennifer Lesser <jlesser@bonobos.com>; Aparna Tewari <atewari@express.com>; Himanshu Lodha <hlodha@vogue-intl.com>; Farwa Farhan <ffarhan@eg.vogue-intl.com>; Nourhan Ezzat <accounts12@eg.vogue-intl.com>; Abhay Kumar <akumar@vogue-intl.com>; Kumaravel Nadar <knadar@vogue-intl.com>
**Subject:** Re: Status of pending shipments

2

Hi Erica

I would need the invoice ASAP so that it can be paid. Also please reconfirm where the payment needs to be made to.

We've had some confusion about it last time and we need to ensure that we have the correct PAY TO information for the accounts team.

Thanks, Ajitesh

On Mon, Mar 10, 2025 at 3:22 PM Erica van Schaik <evanschaik@vogue-intl.com> wrote:

Dear Ajitesh,

Noted.

I will issue the invoice tomorrow for the points mentioned in your mail, total worth of 108,571.38 $.

All goods are ready for inspection or to be moved. Pls let me know the next steps on this. Currently New Times is in touch with me for the hand-tag and the Bossa fabric (PFD).

3

Once we receive the payment we will get the goods released immeadiately.

We also confirm to waive off the remaining liability, worth of $28,383.86 (difference between total liability claim of $136,955.24 and the accepted amount of 108,571.38), upon receipt of the payment.

With best regards,

Erica van Schaik

General Manager

**Vogue International Agencies FZE,**

**Velocity Apparelz Companies**

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

4

**From:** Ajitesh BHATIA <abhatia@bonobos.com>
**Sent:** Monday, 10 March 2025 8:24 PM
**To:** Erica van Schaik <evanschaik@vogue-intl.com>
**Cc:** Siddharth Sinha <siddharth@vogue-intl.com>; mabdelalim <mabdelalim@vogue-intl.com>; afattah <afattah@eg.vogue-intl.com>; Danielle Abigador <dabigador@bonobos.com>; Jennifer Lesser <jlesser@bonobos.com>; Aparna Tewari <atewari@express.com>; Himanshu Lodha <hlodha@vogue-intl.com>; Farwa Farhan <ffarhan@eg.vogue-intl.com>; Nourhan Ezzat <accounts12@eg.vogue-intl.com>; Abhay Kumar <akumar@vogue-intl.com>; Kumaravel Nadar <knadar@vogue-intl.com>
**Subject:** Re: Status of pending shipments

HI Erica

Please note the below.

1.  We are going to accept this below liability

-   $48,319.- $ as per your mail on 3/7
-   21,333.38 $ for balance goods related to SP25 order (located at Velocity premisses)
-   Zippers (12,270$) & thread (26,649$)– upon verification

2.  Please send us **an Invoice for this ( pt#1)** and we will have it paid from our internal accounting team at the earliest. I have discussed with the team here and confirmation for it.

3.  We will have it inspected and moved to the other suppliers as deemed fit.

4. PLease do not hold the shipment that is in transit. I am confirming that the payment for this liability ( *as advised above in point 1*) will be released at the earliest.

5. Please confirm that there is NO other liability and all accounts are clear about this.

Please confirm clear so we can proceed as you send us your invoice.

Ajitesh

On Mon, Mar 10, 2025 at 1:25 AM Erica van Schaik <evanschaik@vogue-intl.com> wrote:

Dear Ajitesh,

In addition to the below mail, pls see attached the requested Intertek report and invoice as requested.

Pls confirm you are willing to settle the liability as following:

- 48,319.- $ as per your mail on 3/7
- 21,333.38 $ for balance goods related to SP25 order (located at Velocity premisses)

6

- Zippers (12,270$) & thread (26,649$)– upon verification

With best regards,

Erica van Schaik

General Manager



Vogue International Agencies FZE,

Velocity Apparelz Companies

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

7

**From:** Erica van Schaik <evanschaik@vogue-intl.com>
**Sent:** Saturday, 8 March 2025 8:46 PM
**To:** 'Ajitesh BHATIA' <abhatia@bonobos.com>
**Cc:** 'Siddharth Sinha' <siddharth@vogue-intl.com>; 'mabdelalim' <mabdelalim@vogue-intl.com>; 'afattah' <afattah@eg.vogue-intl.com>; 'Danielle Abigador' <dabigador@bonobos.com>; 'Jennifer Lesser' <jlesser@bonobos.com>; 'Aparna Tewari' <atewari@express.com>; 'Himanshu Lodha' <hlodha@vogue-intl.com>; 'Farwa Farhan' <ffarhan@eg.vogue-intl.com>; 'Nourhan Ezzat' <accounts12@eg.vogue-intl.com>; 'Abhay Kumar' <akumar@vogue-intl.com>; 'Kumaravel Nadar'

<knadar@vogue-intl.com>
**Subject: RE: Status of pending shipments**

Dear Ajitesh,

Please see below in red for easy reference.

With best regards,

Erica van Schaik

General Manager



**Vogue International Agencies FZE,**

**Velocity Apparelz Companies**

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly

8

prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

**From:** Ajitesh BHATIA <abhatia@bonobos.com>
**Sent:** Saturday, 8 March 2025 4:49 AM
**To:** Erica van Schaik <evanschaik@vogue-intl.com>
**Cc:** Siddharth Sinha <siddharth@vogue-intl.com>; mabdelalim <mabdelalim@vogue-intl.com>; afattah <afattah@eg.vogue-intl.com>; Danielle Abigador <dabigador@bonobos.com>; Jennifer Lesser <jlesser@bonobos.com>; Aparna Tewari <atewari@express.com>; Himanshu Lodha <hlodha@vogue-intl.com>; Farwa Farhan <farhan@eg.vogue-intl.com>; Nourhan Ezzat <accounts12@eg.vogue-intl.com>; Abhay Kumar <akumar@vogue-intl.com>; Kumaravel Nadar <knadar@vogue-intl.com>
**Subject:** Re: Status of pending shipments

hi Erica

## 1. regarding liabilities

Please note that we have combed through this liability document once again and worked very hard with Merch teams to use some of these fabrics as most of them were already discontinued ( as advised in prev emails on 2/13).

We are willing to accept the attached liability. ( **Approx $48K)** subject to inspection for condition and accuracy of quantity advised. If you can accept this, we are willing to start arranging for an inspection and moving these fabric and trims once inspected and verified. noted

PLease note:

9

We could possibly take **zippers** as well but we are not sure of the condition and actual quantity/lengths advised. If we can inspect these and confirm the quality ( and if these are our nominated ones- we can potentially accept these)

The zipper make YKK (nominated!), size and quantities are given in the zipper tab in excel. Below screenshot.

Please confirm to take this liability – goods are ready for inspection.

| Material | Material Description | Vendor Code | Vendor Name | Color | Size | Unit | Qty | Value USD | Photo |
|---|---|---|---|---|---|---|---|---|---|
| 40070513 | YKK #3 RC TRC-59 | 100015? | YKK | 30 | 18.5 | PCS | 102 | 62.99 | |
|  |  |  |  |  | 11.5 | PCS | 1062 | 584.29 |  |
|  |  |  |  |  | 13 | PCS | 117 | 64.49 |  |
|  |  |  |  |  | 13.5 | PCS | 50 | 27.99 |  |
|  |  |  |  |  | 14 | PCS | 99 | 5?.? |  |
|  |  |  |  |  | 14.5 | PCS | 30 | 1?.1? |  |
|  |  |  |  | 135 | 15 | PCS | 100 | 4?.? |  |
|  |  |  |  |  | 15.5 | PCS | 2595 | 1498.9 |  |
|  |  |  |  |  | 16 | PCS | 500 | 245.96 |  |
|  |  |  |  |  | 16.5 | PCS | 4256 | 247?.43 |  |
|  |  |  |  |  | 17.5 | PCS | 2400 | 1264.02 |  |
|  |  |  |  | 550 | 13.5 | PCS | 30 | 14? |  |
|  |  |  |  |  | 14 | PCS | 13 | 6.5? |  |
|  |  |  |  |  | 15.5 | PCS | 514 | 251.92 |  |
|  |  |  |  |  | 16.5 | PCS | 565 | 2?6.91 |  |
|  |  |  |  | 552 | 13 | PCS | 1850 | 906.? |  |
|  |  |  |  |  | 14 | PCS | 4450 | 2180.99 |  |
|  |  |  |  |  | 15.5 | PCS | 3680 | 1?9.1 |  |
|  |  |  |  |  | 16.5 | PCS | 970 | 4?.41 |  |
|  |  |  |  |  | 17 | PCS | 100 | 49.01 |  |
| **Grand Total** |  |  |  |  |  |  | **23,343** | **12,270.51** |  |

**Threads-** they are not our nominated thread and we cant use these.

The thread is a mix of your nominated supplier (coats) and Israeli suppliers (approved by Bonobos for decades to your product to comply with duty-free obligation to the USA).

The thread is ready for inspection.

Premium 4 way fabric- in color black and white: this has been discontinued since 2023. We cannot use it.

Anything that was cancelled for Sp25 ( due to delays in starting production), we have claimed as follows

- any fabric at the mill (orta) we have confirmed to accept.

- any accessories we have already accepted.

- the pocketing is confirmed by the mill as NOT a liability.

We would require Bonobos to take the full liability for SP25 PO's already at our premisses at the time of cancelation, listed below:

- Orta fabric 8301A-34 – worth 4295.20 $ (accepted as per Ajitesh mail 3/9)
- Thread worth of 4995.51 $
- Zipper worth of 4539.21 $
- Polybags worth 10,994 $ - polybags orders for SP25 and future orders – brand new and can be easily taken over by your new vendor
- 2D tag worth 247.79 $
- Intertek testing reimbursement worth 556.87 $ (I will share the invoice and test result as requested)

All goods are ready for inspection.

2. Which goods are you placing on hold? Please can you advise from your email below.

The last sea-container shipped to you is at risk as committed deadlines for payment are passed. Pls finalize this at earliest to avoid further impacts.

3. Once. you can advise confirmation on pt#1 above, I can arrange for inspection and next steps asap.

As per my comments in red. Pls recheck on zipper and thread. In addition, the SP25 liability of goods in-house at Velocity, should be taken.

Thanks, Ajitesh

11

On Wed, Mar 5, 2025 at 12:44 AM Erica van Schaik <evanschaik@vogue-intl.com> wrote:

Dear Ajitesh,

There is no outstanding liability out of Velocity's premisses. The excel sheets refer to the same. We would prefer your confirmation on OUTSTANDING LIABILITIES AT VELOCITY – totalling to **$136,955.60** ($25,628.58 + $111,327.-) by Thursday 3/6.

Reminding again that we are 3 weeks overdue as per the committed and agreed deadline. The bank is following up and again placing hold on moving goods. Please take this up with top priority.

With best regards,

Erica van Schaik

General Manager



**Vogue International Agencies FZE,**

**Velocity Apparelz Companies**

12

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

**From:** Ajitesh BHATIA <abhatia@bonobos.com>
**Sent:** Wednesday, 5 March 2025 2:05 AM
**To:** Erica van Schaik <evanschaik@vogue-intl.com>
**Cc:** Siddarth Sinha <siddharth@vogue-intl.com>; mabdelalim <mabdelalim@vogue-intl.com>; afattah <afattah@eg.vogue-intl.com>; Danielle Abigador <dabigador@bonobos.com>; Jennifer Lesser <jlesser@bonobos.com>; Aparna Tewari <atewari@express.com>; Himanshu Lodha <hlodha@vogue-intl.com>; Farwa Farhan <ffarhan@eg.vogue-intl.com>; Nourhan Ezzat <accounts12@eg.vogue-intl.com>; Abhay Kumar <akumar@vogue-intl.com>; Kumaravel Nadar <knadar@vogue-intl.com>
**Subject:** Re: Status of pending shipments

Hi Erica

We are combing through the excel files you have shared with us and we will have an update for you by the end of the week and clear next steps.

Thanks, Ajitesh

On Tue, Mar 4, 2025 at 5:36 AM Erica van Schaik <evanschaik@vogue-intl.com> wrote:

Dear Ajitesh,

Your mail speaks about liability SP25 OUTSIDE OF VELOCITY'S PREMISSES whereas my data clearly ONLY refers to liability for goods that are AT VELOCITY'S PREMISSES – worth of $ 25,628.58.

These goods are already at Velocity and have been paid in full by us. Please don't confuse.

To be clear, following liability pending for your confirmation:

- **SP25 PO's $ 25,628.58 AT VELOCITY PREMISSES**
- **NOS $111,327.- AT VELOCITY PREMISSES**

Please refer back at earliest.

With best regards,

Erica van Schaik

General Manager

14



Vogue International Agencies FZE,

Velocity Apparelz Companies

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

**From:** Ajitesh BHATIA <abhatia@bonobos.com>
**Sent:** Tuesday, 4 March 2025 2:59 AM
**To:** Erica van Schaik <evanschaik@vogue-intl.com>
**Cc:** Siddharth Sinha <siddharth@vogue-intl.com>; mabdelalim <mabdelalim@vogue-intl.com>; afattah <afattah@eg.vogue-intl.com>; Danielle Abigador <dabigador@bonobos.com>; Jennifer Lesser <jlesser@bonobos.com>; Aparna Tewari <atewari@express.com>; Himanshu Lodha <hlodha@vogue-intl.com>; Farwa Farhan <farhan@eg.vogue-intl.com>; Nourhan Ezzat <accounts12@eg.vogue-intl.com>; Abhay Kumar <akumar@vogue-intl.com>; Kumaravel Nadar <knadar@vogue-intl.com>
**Subject:** Re: Status of pending shipments

hi Erica

Please note comments below

**Sp25:**

- anything at the mill ( orta) we have confirmed to accept. The fabric that is with you is from 2023. But we are trying to see if Merch is interesting to use, so we can inspect it.

- any accessories we have already accepted.

- the pocketing is confirmed by the mill as NOT a liability.

As mentioned in my email below ( 2/28), we are going over your list again and will get back to you at the earliest. I need sometime as we have some internal deadlines that have come up and the entire team is focussed on that.

Your concern is of importance to us as well and I will try my best to get this reviewed at the earliest. Appreciate your patience here.

Thanks, Ajitesh

On Mon, Mar 3, 2025 at 1:57 AM Erica van Schaik <evanschaik@vogue-intl.com> wrote:

Dear Ajitesh,

We really require a status update.

You state some of the items are old, yet most of the items are related to 2024 production and a few items only to 2023. That said, there was a hold in production for 6 months during Bonobos chapter 11 which further increased the age of the goods.

The raw material, located in house, for SP25 PO which is cancelled stands on **$ 25,628.58**, yet to be accepted. This liability should be a no-brainer as all PO details and full break up of material is given against the SP25 cancelled PO's. pls advise why this liability is not accepted yet in spite of order cancelation?

Further, the NOS item stand on a total of **$111,327** of brand liability of which you have accepted only $ 3,920 until date (two items). We need your confirmation on the remaining items asap. Majority is fabric which, together with all other liability items are ready for verification for months now.

With best regards,

Erica van Schaik

General Manager



**Vogue International Agencies FZE,**

**Velocity Apparelz Companies**

17

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

**From:** Ajitesh BHATIA <abhatia@bonobos.com>
**Sent:** Friday, 28 February 2025 3:29 AM
**To:** Erica van Schaik <evanschaik@vogue-intl.com>
**Cc:** Siddharth Sinha <siddharth@vogue-intl.com>; mabdelalim <mabdelalim@vogue-intl.com>; afattah <afattah@eg.vogue-intl.com>; Danielle Abigador <dabigador@bonobos.com>; Jennifer Lesser <jlesser@bonobos.com>; Aparna Tewari <atewari@express.com>; Himanshu Lodha <hlodha@vogue-intl.com>; Farwa Farhan <ffarhan@eg.vogue-intl.com>; Nourhan Ezzat <accounts12@eg.vogue-intl.com>; Abhay Kumar <akumar@vogue-intl.com>; Kumaravel Nadar <knadar@vogue-intl.com>
**Subject:** Re: Status of pending shipments

hi Erica

I spoke with @Siddharth Sinha  and explained our situation to him. A lot of this is extremely old and without POs and guidance from the current team here. My team is working hard to try and see what we can do to help with this liability that you are holding.

For now- yes we have reached out to Newtimes to move forward with some of the liabilities, I will ask them to pull full quantities of the items that we have identified as " ok to accept"

Appreciate your patience and understanding here. We are going over this one more time and will keep you posted.

18

Thanks, Ajitesh

On Thu, Feb 27, 2025 at 1:25 AM Erica van Schaik <evanschaik@vogue-intl.com> wrote:

Dear Ajitesh,

We look forward to your information on the below. When will the inspections take place and when can we move the goods?

The committed deadline to finalize Bonobos liabilities related to 1) cancelled SP25 orders and 2) NOS raw material has passed by two weeks now.

Please finalize these matters at earliest.

Till date, only two small trim items have been confirmed, representing just 3% of the total liability.

On a separate note, New Times reached out asking to arrange only partial quantity of the crocking hangtag. We would need them or you to take the full quantity. Could you pls instruct them accordingly?

19

With best regards,

Erica van Schaik

General Manager



Vogue International Agencies FZE,

Velocity Apparelz Companies

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

**From:** Erica van Schaik <evanschaik@vogue-intl.com>
**Sent:** Friday, 21 February 2025 4:21 PM
**To:** 'Siddharth Sinha' <siddharth@vogue-intl.com>; 'Ajitesh Bhatia' <abhatia@bonobos.com>
**Cc:** 'mabdelalim' <mabdelalim@vogue-intl.com>; 'afattah' <afattah@eg.vogue-intl.com>; 'Danielle Abigador' <dabigador@bonobos.com>; 'Jennifer Lesser' <jlesser@bonobos.com>; 'Aparna Tewari' <atewari@express.com>; 'Himanshu Lodha' <hlodha@vogue-intl.com>; 'Farwa Farhan' <ffarhan@eg.vogue-intl.com>; 'Nourhan Ezzat' <accounts12@eg.vogue-intl.com>; 'Abhay Kumar' <akumar@vogue-intl.com>; 'Kumaravel Nadar' <knadar@vogue-intl.com>
**Subject:** RE: Status of pending shipments

20

Dear Ajitesh,

Further to Mr. Sidharth's mail below, I have updated details and pictures in the attached sheet.

Pls see your comments in blue for the first two sheets and additional sheets added with info required.

I must say that some comments from Bonóbos in the excel sheet are surprising. You are rejecting liability of trims with vendor code with the reason that you cannot use them. Neither can we. When an order is cancelled, the lability should be taken.

Another questionable reason for rejection is that a fabric has been in our stock for more than a year. We cannot be kept responsible for the delay in order placement due to Bonobos Chapter 11 procedure. However, when the order was placed, we have allocated this fabric in addition to more fabric from the mill.

Yet another surprising remark refers to the need to see 'cancelled orders' against NOS trims which have been explained in various mails that we had qualities in stock at all times to run your orders.

Please refer the sheets in detail and refer back with the confirmations.

Emphasizing again that all goods are ready for your inspection.

With best regards,

21

Erica van Schaik

General Manager



**Vogue International Agencies FZE,**

**Velocity Apparelz Companies**

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. You are expected to check this e-mail and any attachment for viruses and conduct your own security measures. Vogue International Agencies FZE accepts no responsibility for any loss or damage arising from the receipt or use of this e-mail.

**From:** Siddharth Sinha <siddharth@vogue-intl.com>
**Sent:** Wednesday, 19 February 2025 3:39 PM
**To:** 'Ajitesh Bhatia' <abhatia@bonobos.com>
**Cc:** Erica van Schaik <evanschaik@vogue-intl.com>; mabdelalim <mabdelalim@vogue-intl.com>; afattah <afattah@eg.vogue-intl.com>; Danielle Abigador <dabigador@bonobos.com>; Jennifer Lesser <jlesser@bonobos.com>; Aparna Tewari <atewari@express.com>; Himanshu Lodha <hlodha@vogue-intl.com>; Farwa Farhan <ffarhan@eg.vogue-intl.com>; Nourhan Ezzat <accounts12@eg.vogue-intl.com>; Abhay Kumar <akumar@vogue-intl.com>; Kumaravel Nadar <knadar@vogue-intl.com>
**Subject:** Re: Status of pending shipments

Hi Ajitesh,

I would like to jump in here as the agreement was made between Liz & myself.

We developed a system to meet your deliveries on time. It is an exhaustive SOP given the complications of size fit & wash. One of the ways to do this was to hold a small stock in the plant. I have discussed this with Liz & she had agreed to it. This is how we maintained our deliveries.

You have decided to cut us off the supply chain from a week to the next. This is not normal. Normaly any brand gives at least a seasons notice in which we would have depleted the stock. It may also be noted that the decision to discontinue us was for no fault of ours.

We did not report this as liability as it was a part of our Bonobos production SOP & did not appear as stock.

Ajitesh, we as a company & even me personally have suffered huge losses on your decisions, in comparison all we have done is follow your instructions & do as you instructed. I will not go into the details but we both know this to be true. I request you not to take this damaging stance once again. Pls pick up the items we have purchased for your businesses against payment in a principled spirit of parting ways amiability.