**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: EXP Oldco Winddown, Inc.,[1] Debtor. | Chapter 11 Case No. 24-10831 (KBO) |
|---|---|

**AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 2, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Order Sustaining Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (Docket No. 1550)

Furthermore, on November 3, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Order Sustaining Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (Docket No. 1550)

Furthermore, on November 3, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order Sustaining Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1552)

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on November 3, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit E**:

- **Order Granting Plan Administrator's Second Motion to Extend the Deadline to Object to Claims** (Docket No. 1554)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 4, 2025

Aurelie Blanadet
Aurelie I. Blanadet

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 4th day of November 2025 by Aurelie I. Blanadet.

Danielle Harnden
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A

# Exhibit A

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 3CInteractive, LLC dba IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab and Gaye Heck | gheck@bbslaw.com |
| Aparicio, Ashley | | | Email on File |
| Bayside MarketPlace LLC | c/o Goldberg Weprin Finkel Goldstein LLC | Attn: J Ted Donovan | tdonovan@gwfglaw.com |
| Brandi Reese | | | Email on File |
| Bryan Thomas | | | Email on File |
| Bubs NY Corp | Attn: Brian Atwood | | aston20133@me.com |
| Business Wire, Inc. | Attn: Suzanne Silva | | suzanne.silva@businesswire.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk<br>azia@ecbl.pk |
| Drake,Enjoli | | | Email on File |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | dreddlaw@sbcglobal.net |
| Engler,Cindi Marie | | | Email on File |
| H.W. Textiles Co., Limited | Attn: Wai Ting Stephen Tung | | stung@hwtextiles.com.hk |
| HTI CHINA CORP | Attn: Yeti | | yeti@htichina.com |
| James Schisler [Jamie Schisler] | | | Email on File |
| Janae Rogers | | | Email on File |
| Karla Barbosa | | | Email on File |
| Lombardo,Jackie | | | Email on File |
| Love,Oasis Malka | | | Email on File |
| Mcduffee,Emma Sophia | | | Email on File |
| Mejia,Jakelin | | | Email on File |
| Mid-South Outlet Shops, LLC [Tanger Management, LLC] | Attn: Jennifer P. Himes | | jennifer.himes@tanger.com |
| Missouri Department Of Revenue | Attn: Will E Gray | | will.gray@dor.mo.gov |
| Patrick Grajeda | | | Email on File |
| Pelczar Productions LLC [Heidi Pelczar] | | | heidipelczar@gmail.com |
| Polar Goose Clothing Co Ltd | Attn: Zhengfa Shen | | micky@plgsfs.com |
| Raphael,Tasha | | | Email on File |
| Ricoh-USA, Inc. | | | oraclebankruptcyteam@ricoh-usa.com |
| Sandex Trading Co., Ltd [Sandex Enterprises Ltd] | Attn: Ms. Suki Kwok | | suki@sandex.com.hk |
| Santos,Rayna | | | Email on File |
| Saragosa, Natalia | | | Email on File |
| Scharn, Nicholas | | | Email on File |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | | sjctreasurer@sjcindiana.gov |
| Talent Textiles Company Limited | Attn: Susanna Tang & Yuk Ha Tang | | susannatang@talent-textiles.com.hk |
| Tanger Daytona, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com |
| Tanger Outlets Deer Park, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com |



# Exhibit A

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com<br>donna.compton@tanger.com |
| Tat Fung Textile Co., Ltd. | Attn: Ernst Cheng, Nicole Ao, Pauline Ting | | ernst.cheng@tatfung-tex.com<br>nicole.ao@panther-textiles.com<br>pauline.ting@tatfung-tex.com |
| Tim Mccumber | | | Email on File |
| Timothy D Nolan | | | Email on File |
| Ty'Quanna L Charles | | | Email on File |
| Visionworld | Attn: Yoonseok Jang | | sale@visionworld.biz |
| Visplay, Inc. | c/o Cubework | | andreas.dold@visplay.com |
| Wilmes, Julie L | | | Email on File |
| Winnitex (Vietnam) Limited | Attn: Mandy Chung and Bik Yin Chung | | mandy.chung@winnitex.com |
| Wisconsin Department of Revenue | Attn: Special Procedures Unit | | dorbankruptcyspecialist@wisconsin.gov |
| Zamrock,Tawni R | | | Email on File |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 2

Document Ref: MN9GM-4GVEX-EAUQM-TDAZ9

Page 5 of 19

# Exhibit B

Document Ref: MN9GM-4GVEX-EAUQM-TDAZ9

Page 6 of 19



# Exhibit B

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 3CInteractive, LLC dba IMImobile US | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab and Gaye Heck | 830 Menlo Ave | Suite 201 | Menlo Park | CA | 94025 | |
| Aparicio, Ashley | | Address on File | | | | | | |
| Bayside MarketPlace LLC | c/o Goldberg Weprin Finkel Goldstein LLC | Attn: J Ted Donovan | 125 Park Avenue | 12th Floor | New York | NY | 10017 | |
| Brandi Reese | | Address on File | | | | | | |
| Bryan Thomas | | Address on File | | | | | | |
| Bubs NY Corp | Attn: Brian Atwood | 15 Hudson Yards | Apt 64E | | New York | NY | 10001 | |
| Business Wire, Inc. | | 101 California Street, 20th Floor | | | San Francisco | CA | 94111 | |
| Business Wire, Inc. | Attn: Suzanne Silva | PO Box 884182 | | | Los Angeles | CA | 90088-4182 | |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | 45-A Off Zahar Ali Rd | Gulberg 5 | | Lahore | | 54660 | Pakistan |
| Drake,Enjoli | | Address on File | | | | | | |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 155 N Riverview Dr | | Anaheim | CA | 92808-1225 | |
| Engler,Cindi Marie | | Address on File | | | | | | |
| H.W. Textiles Co., Limited | Attn: Wai Ting Stephen Tung | Room A6, 31/F., TML Tower | No. 3 Hoi Shing Road, Tsuen Wan | | New Territories | | | Hong Kong |
| Hti China Corp | Attn: Yeti | Room 701, Baohui Business Building | 139 Wendu Road, Keqiao District | | Shaoxing | Zhejiang | 312030 | China |
| James Schisler [Jamie Schisler] | | Address on File | | | | | | |
| Janae Rogers | | Address on File | | | | | | |
| Karla Barbosa | | Address on File | | | | | | |
| Lombardo,Jackie | | Address on File | | | | | | |
| Love,Oasis Malka | | Address on File | | | | | | |
| Mcduffee,Emma Sophia | | Address on File | | | | | | |
| Mejia,Jakelin | | Address on File | | | | | | |
| Mid-South Outlet Shops, LLC [Tanger Management, LLC] | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Missouri Department Of Revenue | Attn: Will E Gray | PO Box 475 | | | Jefferson City | MO | 65105 | |
| Patrick Grajeda | | Address on File | | | | | | |
| Pelczar Productions LLC [Heidi Pelczar] | | 105 Henry St | 12A | | New York | NY | 10002 | |
| Polar Goose Clothing Co Ltd | Attn: Zhengfa Shen | Zhenxi 88 | | | Huzhou | Zhejiang | 313012 | China |
| Raphael,Tasha | | Address on File | | | | | | |
| Ricoh-USA, Inc. | | 3920 Arkwright Rd | Ste 400 | | Macon | GA | 31210 | |
| Ricoh-USA, Inc. | | PO Box 532530 | | | Atlanta | GA | 30353-2530 | |
| San Bernardino County | c/o Office of the Tax Collector | 268 West Hospitality Lane | 1st Fl | | San Bernardino | CA | 92415 | |
| Sandex Trading Co., Ltd [Sandex Enterprises Ltd] | Attn: Ms. Suki Kwok | Unit 307 3/F | Primoknit Industrial Building | 7-9 Kung Yip Street | Kwai Chung | Hong Kong | | China |
| Santos,Rayna | | Address on File | | | | | | |
| Saragosa, Natalia | | Address on File | | | | | | |
| Scharn, Nicholas | | Address on File | | | | | | |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | 227 W Jefferson Blvd | 2nd Fl | County City Bldg | South Bend | IN | 46601 | |
| Talent Textiles Company Limited | Attn: Susanna Tang & Yuk Ha Tang | 701 7/F, Wing Ming Industrial Centre | 15 Cheung Yue Street | Lai Chi Kok | Kowloon | | | Hong Kong |
| Tanger Daytona, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tanger Outlets Deer Park, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tat Fung Textile Co., Ltd. | Attn: Ernst Cheng, Nicole Ao, Pauline Ting | Unit 02-05, 12/F | Kwun Tong View, No. 410 | Kwun Tong Road | Kowloon | HK | | China |
| Tim Mccumber | | Address on File | | | | | | |
| Timothy D Nolan | | Address on File | | | | | | |
| Ty'Quanna L Charles | | Address on File | | | | | | |
| Visionworld | Attn: Yoonseok Jang | 2F, 430, Gwangnaru-Ro | Gwangjin-Gu | | Seoul | SE | 05022 | South Korea |
| Visplay, Inc. | c/o Cubework | 175 Cesanek Road | | | Northampton | PA | 18067 | |
| Wilmes, Julie L | | Address on File | | | | | | |
| Winnitex (Vietnam) Limited | Attn: Mandy Chung and Bik Yin Chung | Unit 3607A, Cable TV Tower | 9 Hoi Shing Road | Tsuen Wan, N.T. | Hong Kong | | | China |
| Wisconsin Department of Revenue | Attn: Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | |
| Zamrock,Tawni R | | Address on File | | | | | | |

# Exhibit C



# Exhibit C

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Century Overseas | Attn: Rajneesh Gandhi | 37, DLF Industrial Area | | | Kirti Nagar | NCT Delhi | 110015 | India |
| Dooley Media | Attn: Matthew Dooley | 2872 Wasson Road | | | Cincinnati | OH | 45209 | |
| Eastern Heritage | Attn: Mr Rakesh Saigal and Meenakshi Sarna | B-143 | Sector-63 | | Noida | Uttar Pardesh | 201301 | India |
| E-Teen Company Limited | Attn: Kevin Luk | Room 202, 2/F, Sun Cheong Industrial Bldg | No. 2-4 Cheung Yee Street | | Lai Chi Kok | Kowloon | | Hong Kong |
| Globant, LLC | Attn: Dimple Sehgal | 251 Park Ave S | 11th floor | | New York | NY | 10010 | |
| Halli Bostic | | Address on File | | | | | | |
| Hangzhou Sanjin Textiles Development Co, Ltd | Attn: Lie Juan Tong and Lusa Lv | Room 2403 Building 1 | Taigu Square | Xiaoshan District | Hangzhou Zheijiang | | 311200 | China |
| Hing Shing Looping Manufacturing Co Ltd [Hing Shing Looping Manufactoring Co., Ltd.] | Attn: Scarlett Cheung | 12 Hing Yip Street | Flat B 10F Wing Tai Centre | | Kwun Tong | | | Hong Kong |
| Iljoong Global | Attn: S.Y. Lee, Diane, Khan | 2F, Yaksan B/D, 14-10 | Teheran Ro 78Gill | | Seoul | Gangnam-Gu | 06194 | South Korea |
| Jiangsu Excellent Textile Co.,Ltd | Attn: BEN TAO | 18F, Tongxin Plaza, No.22 Mid Zhongxin Rd | | | Zhangjiagang | Jiangsu | 215600 | China |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | 34 Grace Drive | | | Powell | OH | 43065 | |
| Lincolnwood Town Center, LLC | c/o Alston & Bird LLP | Attn: Stephen Blank | 90 Park Avenue | | New York | NY | 10016 | |
| Lincolnwood Town Center, LLC | c/o Torchlight Investors | Attn: Jorge Rodriguez | 280 Park Avenue | | New York | NY | 10017 | |
| Lincolnwood Town Center, LLC | | 3333 W Touhy Ave | | | Lincolnwood | IL | 60712 | |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | 736 Georgia Ave | Ste 300 | | Chattanooga | TN | 37402 | |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | 2030 Hamilton Place Blvd | Ste 500 | | Chattanooga | TN | 37421-6000 | |
| Malissa Akay | | Address on File | | | | | | |
| Malissa Akay | | Address on File | | | | | | |
| Matrix Clothing Private Limited | Attn: Dhirendra K Srivastava, Vikash Gupta | Village Mohammadpur | Khandsa Road | | Gurgaon | Haryana | 122001 | India |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | 216 Tran Thanh Ngo Street | Kien An District | | Hai Phong | | 180000 | Viet Nam |
| Modelama Exports Pvt Ltd | Attn: Shailendra Srivastava | Plot No 105-106, Udyog Vihar | Phase-1, Gurgaon | | Haryana | | 122016 | India |
| Phong Phu International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu St | Tang Nhon Phu B Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Vietnam |
| Saigon 3 Garment Joint Stock Company | | 47 Street No. 17, Quarter 3 | Hiep Binh Phuoc Ward | Thu Duc City | Ho Chi Minh | | 70000 | Vietnam |
| Silvestri California | Attn: Mitchell Bernstein & Tatyana Kotsuba | 151 W 25th Street | | | New York | NY | 10001 | |
| TRC Master Fund LLC [as Assignee of CMT de La Laguna, S.A. DE C.V.] | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |
| UMG Recordings, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | 2220 Colorado Avenue | | Santa Monica | CA | 90404 | |
| Vaughan Staros | | Address on File | | | | | | |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | Lot B3-B4, Giao Long Industrial Zone | An Phuoc Village | Chau Thanh District | Ben Tre Province | | 930000 | Viet Nam |
| Viet Thanh Garment Trading Joint Stock Company | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott Lee | 633 West 5th Street | Suite 4000 | Los Angeles | CA | 90071 | |
| Wheatley,Nicholas | | Address on File | | | | | | |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | No.2858 Xicheng Road | Chengxi Industrial area | | Yiwu | Zhejiang | 322000 | China |

# Exhibit D



# Exhibit D

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Century Overseas | Attn: Rajneesh Gandhi | | gsgiri@century-overseas.com |
| Dooley Media | Attn: Matthew Dooley | | matthew@dooleysocial.studio |
| Eastern Heritage | Attn: Mr Rakesh Saigal and Meenakshi Sarna | | uday@easternheritage.in<br>rakesh@easternheritage.in<br>meenakshi@easternheritage.in<br>kcnayak@easternheritage.com<br>account@easternheritage.com |
| E-Teen Company Limited | Attn: Kevin Luk | | kevin.luk@eteen-hk.com |
| Globant, LLC | Attn: Dimple Sehgal | | dimple.sehgal@globant.com |
| Halli Bostic | | | Email on File |
| Hangzhou Sanjin Textiles Development Co, Ltd | Attn: Lie Juan Tong and Lusa Lv | | lusa@sanjintex.com<br>neccy@sanjintex.com |
| Hing Shing Looping Manufacturing Co Ltd [Hing Shing Looping Manufactoring Co., Ltd.] | Attn: Scarlett Cheung | | scarlett.cheung@hingshing.com |
| Iljoong Global | Attn: S.Y. Lee, Diane, Khan | | diane@iljoongtex.com<br>sylee@iljoongtex.com<br>khan@iljoongtex.com |
| Jiangsu Excellent Textile Co.,Ltd | Attn: BEN TAO | | ben@all-excellent.com |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | | dkaiser@kaiserconsulting.com |
| Lincolnwood Town Center, LLC | | | jrodriguez@torchlight.com |
| Lincolnwood Town Center, LLC | c/o Alston & Bird LLP | Attn: Stephen Blank | stephen.blank@alston.com |
| Lincolnwood Town Center, LLC | c/o Torchlight Investors | Attn: Jorge Rodriguez | jrodriquez@torchlight.com |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Caleb Holzaepfel | | caleb.holzaepfel@huschblackwell.com |
| Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent | Attn: Gary Roddy | | gary.roddy@cblproperties.com |
| Malissa Akay | Attn: Myron Terlecky | | Email on File |
| Matrix Clothing Private Limited | Attn: Dhirendra K Srivastava, Vikash Gupta | | ravi.bhargava@matrixclothing.in<br>dk.srivastava@matrixclothing.in<br>vikash.gupta@matrixclothing.in |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | | hienpt@mayhai.com<br>0911821688.mh@gmail.com |
| Modelama Exports Pvt Ltd | Attn: Shailendra Srivastava | | shailendra.srivastava@modelama.com |



# Exhibit D

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Phong Phu International Joint Stock Company | Attn: Hung Vu Dang | | dvhung@ppj-international.com<br>ptthu@ppj-international.com |
| Saigon 3 Garment Joint Stock Company | | | tttbinh@saigon3.com.vn<br>nqviet@saigon3.com.vn<br>hongnhan74@gmail.com<br>tthnhan@saigon3.com.vn |
| Silvestri California | Attn: Mitchell Bernstein & Tatyana Kotsuba | | tatyanak@bernsteindisplay.com |
| UMG Recordings, Inc. | c/o Universal Music Group | Attn: Jessica Stiefler | jessica.stiefler@umusic.com |
| Vaughan Staros | | | Email on File |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | | dotuan@vietthanhgarment.vn<br>vynguyen@vietthanhgarment.vn |
| Viet Thanh Garment Trading Joint Stock Company | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott Lee | scott.lee@lewisbrisbois.com |
| Wheatley,Nicholas | | | Email on File |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | | amy_chui@tianpaichina.cn<br>sabrina.miao@newpaichina.com |

# Exhibit E



# Exhibit E

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | | brett.herschenfeld@slgreen.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | john.cannizzaro@icemiller.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | louis.delucia@icemiller.com alyson.fiedler@icemiller.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com zarnighiann@ballardspahr.com shahbazis@ballardspahr.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com brannickn@ballardspahr.com |
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | ghofmann@ck.law |
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | | phong@alvarezandmarsal.com sanjay.srikanth@alvarezandmarsal.com bankruptcy.notices@alvarezandmarsal.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Arizona Office of the Attorney General | c/o Consumer Information and Complaints | | consumerinfo@azag.gov |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | cmbrosius@vorys.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford Taylor & Preston LLP | Attn: Christopher A Jones | cajones@whitefordlaw.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | bmuchinsky@illuminatelg.com |
| Blue Yonder, Inc. | c/o Connolly Gallager LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| BlueCore Inc | Attn: Liz Madsen | | liz.madsen@bluecore.com |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | | elisabeth.keller@capillarytech.com sridhar.bollam@capillarytech.com |
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | jcarr@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com kdwbankruptcydepartment@kelleydrye.com |



# Exhibit E

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Bankruptcy Section | sandron@broward.org |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | mkurzman@carmodylaw.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com<br>nmeyers@leechtishman.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| CFL Distribution Inc | Attn: Lynda Wong | | lynda_wong@cflhk.com |
| Chacon | Attn: Armond M. Jackson | | ajackson@jacksonapc.com |
| Chacon | Attn: Raul Perez | | raul.perez@capstonelawyers.com |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D Reece | lreece@pbfcm.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | bankruptcy@abernathy-law.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | jhaithcock@burr.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk<br>azia@ecbl.pk |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Delaware Department of Justice | Attn Bankruptcy Unit | | attorney.general@state.de.us |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | jgiampolo@rosenbergestis.com |
| E-Teen Company Limited | Attn: Kevin Luk | | kevin.luk@eteen-hk.com |
| EXP OldCo Winddown, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradovanovich@klehr.com |



## Exhibit E
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | daniel.daines@kirkland.com |
| Fashion Island Retail LLC [Fashion Island Shopping Center] | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com brannickn@ballardspahr.com |
| Fortune Footwear Inc. | Attn: Thomas Paccione | | tpaccione@fortunefootwear.com |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| GGP Columbia Mall | Attn: Troy Benson | | troy.benson@bpretail.com |
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Jeffrey M. Kurzon | | | Email on File |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | gary@lcllp.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | todd@lcllp.com scott@lcllp.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | | eddie.chan@leverstyle.com william.tan@leverstyle.com derek.lee@leverstyle.com winnie.man@leverstyle.com |
| Li & Fung (Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | | laurencerudge@lifung.com gordonchiang@lifung.com legalnotices@lifung.com |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com tfreedman@csglaw.com |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmonroe@pbfcm.com lmbkr@pbfcm.com |



# Exhibit E

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Macerich Cerritos LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | | jrich@madisoncountyal.gov |
| Manatee County Tax Collector [Ken Burton, Jr., Manatee County Tax Collector] | Attn: Michelle Leeson | | legal@taxcollector.com |
| Manchu Times Fashion Limited | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | tklestadt@klestadt.com |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | | michaelli@manchutimesfashion.com<br>olivialuk@manchutimesfashion.com |
| Maryland Office of the Attorney General | Consumer Protection Division | | oag@oag.state.md.us<br>consumer@oag.state.md.us |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | | dbloch@mgfsourcing.com |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Monument Consulting LLC | Attn: Allison Hutchcroft, Chris Miller | | allison.hutchcroft@monumentconsulting.com |
| Monument Consulting, Inc. | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | dckerrick@dkhogan.com |
| Motives | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |
| Nancy C. Millan, Hillsborough County Tax Collector | Attn: Brian T. Fitzgerald | | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | NH Department of Justice | | attorneygeneral@doj.nh.gov |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | | suelee@newtimesgroup.com<br>eunicekim@newtimesgroup.com |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com<br>nmeyers@leechtishman.com |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | cmwinter@duanemorris.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | jbillingsley@duanemorris.com |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: John Schanne | | john.schanne@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com<br>nallard@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | luke.murley@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com<br>hpohyar@buchalter.com |
| Oracle America, Inc. | c/o The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi and Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | | carolhong@pbms.biz |
| Pandera Systems, LLC | Attn: Steve Jones | | steve.jones@66degrees.com |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | joaquin.alemany@hklaw.com |
| PREIT Services, LLC | c/o Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | kcapuzzi@beneschlaw.com<br>dbrogan@beneschlaw.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Radial Inc | Attn: Kat Gibson, Emily Jones | | gibsonk@radial.com<br>ejones@radial.com |
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | atanenbaum@dplawyers.com |
| Roth Bros., Inc. d/b/a Sodexo | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com<br>jnimeroff@brownnimeroff.com |
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| Salesforce Inc | Attn: Kevin Ramirez | | kramirez@salesforce.com |
| Silver Crest Clothing Pvt Ltd - Unit III | Attn: Gautam Golchha | | gautam@silvercrest.in |
| Silver Spark Apparel Limited | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover & Juan E. Martinez | jhoover@beneschlaw.com<br>jmartinez@beneschlaw.com |



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Silver Spark Apparel Limited | c/o Kane Russell Coleman Logan PC | Attn: John J. Kane and JaKayla J. DaBera | jkane@krcl.com<br>jdabera@krcl.com |
| Simon Capital GP | Attn: Jon Murphy | | jonmurphy@simon.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | cmiller@morrisnichols.com<br>donna.compton@tanger.com |
| Tanger Properties Limited Partnership | Attn: Justin Stein | | js@tanger.com |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Tennessee Attorney General's Office | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | agbankdelaware@ag.tn.gov |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| The Shops at NorthCreek LLC | c/o Bradford Dempsey Law LLC | Attn: Bradford E. Dempsey | brad@dempseycounsel.com |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | | keven@totefashion.com.tw |
| Tracy L. Klestadt, Plan Administrator | c/o Klestadt Winters Jureller Southard & Stevens LLP | Attn: Brendan M. Scott | bscott@klestadt.com |
| Tracy L. Klestadt, Plan Administrator | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com<br>nallard@kramerlevin.com |
| Tracy L. Klestadt, Plan Administrator | c/o Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A. Starks | jenny.mccoy@traviscountytx.gov<br>jason.starks@traviscountytx.gov |
| Urban Crown Limited | Attn: Kevin Moylan | | kevin@crownsmart.com |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | | emily.j.abrahamson@wellsfargo.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com<br>dimitri.karcazes@goldbergkohn.com<br>keith.radner@goldbergkohn.com<br>eva.gadzheva@goldbergkohn.com |
| WHP Global | c/o Morris, Nicholas, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@morrisnichols.com |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | jafeltman@wlrk.com<br>bsarfa@wlrk.com |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com<br>eseverini@fbtlaw.com |