IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

## CERTIFICATE OF SERVICE

I, Lucian Murley, Esquire, hereby certify that on November 5, 2025, a copy of the *Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1854 of Ventura County Tax Collector Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the below party.

David Edsall Jr.
Assistant County Counsel
County of Ventura
800 South Victoria Avenue, L/C #1830
Ventura, CA 93009
David.Edsall@venturacounty.gov

**SAUL EWING LLP**

By: */s/ Lucian Murley*
    Lucian Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19801-1266
    (302) 421-6898

Dated: November 5, 2025

56673710.1