# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

In Re:  
EXP OldCo Winddown, Inc.

Case No.: 24−10831−KBO

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 1506

Dear Cheo Waters :

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 199.00 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 10/15/25, you filed a document in the above−captioned case that requires a filing fee of $ 199.00 be paid to the Court.

Notes: SECOND REQUEST − Motion for Relief from Stay requires a $199 filing fee to be paid to the Court.

**Please remit funds to the Court at the following address by no later than 11/17/25.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

Stephen L Grant, Clerk of Court

Date: 11/3/25                                       By: Kimberly Ross, Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-10831-KBO |
| EXP OldCo Winddown, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 17 |
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Cheo Waters, 8413 Stone Ferry Road, Indianapolis, IN 46278-1095 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Steiger | on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |
| Alyson M. Fiedler | on behalf of Creditor 31-01 Steinway LLC alyson.fiedler@icemiller.com john.acquaviva@icemiller.com;john.cannizzaro@icemiller.com;ryan.hibbard@icemiller.com |
| Brad Dempsey | on behalf of Creditor The Shops at NorthCreek LLC brad@dempseycounsel.com |
| Brad Kane | on behalf of Creditor John Hein bkane@kanelaw.la |
| Brad Kane | on behalf of Creditor Kush Banda bkane@kanelaw.la |

District/off: 0311-1 User: admin Page 2 of 17
Date Rcvd: Nov 03, 2025 Form ID: van441 Total Noticed: 1

Brendan Scott
    on behalf of Plan Administrator Tracy L. Klestadt  Plan Administrator bscott@klestadt.com

Brian Michael Muchinsky
    on behalf of Creditor Bellevue Square  LLC bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com;support@illuminatelg.com

Brian Thomas FitzGerald
    on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hcfl.gov  stroupj@hcfl.gov;leema@hcfl.gov

Carrie M. Brosius
    on behalf of Creditor Distribution Land Company  LLC cmbrosius@vorys.com, mdwalkuski@vorys.com

Carrie M. Brosius
    on behalf of Creditor Bath and Body Works Logistics Services LLC cmbrosius@vorys.com  mdwalkuski@vorys.com

Christopher M. Winter
    on behalf of Creditor NorthPark Partners  LP cmwinter@duanemorris.com

Clement Yee
    on behalf of Interested Party North Riverside Park Associates LLC cyee@leechtishman.com

Clement Yee
    on behalf of Interested Party Causeway  LLC a/k/a Greater Lakeside Corp. cyee@leechtishman.com

Curtis S. Miller
    on behalf of Interested Party Tanger Management  LLC csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel C. Kerrick
    on behalf of Creditor Monument Consulting Inc. dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel C. Kerrick
    on behalf of Creditor Johnson Controls Fire Protection LP dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel N. Brogan
    on behalf of Creditor PREP Hillside Real Estate LLC dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Derek C. Abbott
    on behalf of Interested Party WHP Global dabbott@mnat.com derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine TopCo Winddown  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine California OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Operations OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor EXP OldCo Winddown  Inc. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Express Fashion Digital Services Costa Rica  S.R.L. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Tropic OldCo  LLC dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Finance OldCo Corp. dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Debtor Project Pine Logistics OldCo  LLC dpacitti@klehr.com

Case 24-10831-KBO    Doc 1558    Filed 11/05/25    Page 4 of 18

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 17 |
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Domenic E. Pacitti | on behalf of Debtor Project Pine Holding OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine Investments OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine OldCo LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Debtor Project Pine GC OldCo LLC dpacitti@klehr.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor Ector CAD don.stecker@lgbs.com |
| Douglas Schneller | on behalf of Creditor Song Hong Garment Joint Stock Company douglas.schneller@rimonlaw.com docketing@rimonlaw.com |
| Douglas Schneller | on behalf of Creditor 1552 Broadway Retail Owner LLC douglas.schneller@rimonlaw.com docketing@rimonlaw.com |
| Douglas Schneller | on behalf of Creditor Alvarez & Marsal Consumer and Retail Group LLC douglas.schneller@rimonlaw.com, docketing@rimonlaw.com |
| Drew McGehrin | on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com drew-mcgehrin-5282@ecf.pacerpro.com |
| Dustin Parker Branch | on behalf of Creditor Bridgewater Commons Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Henderson Ave Main Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Allstate Road (EDENS) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor YTC Mall Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor The Forbes Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Star-West Parkway Mall LP branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Southlake Indiana LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Broward Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Plaza West Covina LP branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor WEA Palm Desert LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor CVM Holdings LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Mainplace Shoppingtown LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 17 |
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

Dustin Parker Branch
  on behalf of Creditor 659 West Diversey LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor Star-West Franklin Park Mall LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor The Macerich Company branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor CenterCal Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor Vancouver Mall II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor Avalon North LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor Acadia Gold Coast LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor Atherton Mill (E&A) LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch
  on behalf of Creditor AP Union II LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Edwin H. Caldie
  on behalf of Creditor Lumen Technologies Inc. ed.caldie@stinson.com, laura.schumm@stinson.com

Elihu Ezekiel Allinson, III
  on behalf of Interested Party SEAPORT B/C RETAIL OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
  on behalf of Interested Party WS/CIP II TAMPA OWNER LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
  on behalf of Creditor Harbor East Parcel B-Retail LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
  on behalf of Interested Party W/S/M HINGHAM PROPERTIES LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth Banda Calvo
  on behalf of Interested Party Crowley ISD City of Grapevine, Grapevine-Colleyville ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Ellen A. Friedman
  on behalf of Interested Party Polygram Publishing Inc efriedman@friedmanspring.com khollander@friedmanspring.com

Ellen A. Friedman
  on behalf of Interested Party Songs of Universal Inc efriedman@friedmanspring.com khollander@friedmanspring.com

Ellen A. Friedman
  on behalf of Interested Party UMG Recordings Inc efriedman@friedmanspring.com khollander@friedmanspring.com

Ellen A. Friedman
  on behalf of Interested Party Universal Music - MGB NA LLC efriedman@friedmanspring.com khollander@friedmanspring.com

Ellen A. Friedman
  on behalf of Interested Party Universal Music Corp. efriedman@friedmanspring.com khollander@friedmanspring.com

Ellen A. Friedman
  on behalf of Interested Party Universal Music Z Tunes LLC efriedman@friedmanspring.com khollander@friedmanspring.com

Ellen A. Friedman
  on behalf of Interested Party Capitol Records LLC efriedman@friedmanspring.com khollander@friedmanspring.com

Case 24-10831-KBO   Doc 1558   Filed 11/05/25   Page 6 of 18

| District/off: 0311-1 | User: admin | Page 5 of 17 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Emily Margaret Hahn | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com |
| Erin Powers Severini | on behalf of Creditor WPG Legacy LLC eseverini@fbtlaw.com |
| Ernie Zachary Park | on behalf of Creditor Fashion Island Retail LLC ernie.park@bewleylaw.com |
| Ethan H. Sulik | on behalf of Interested Party Korea Trade Insurance Corporation esulik@potteranderson.com kmccloskey@potteranderson.com |
| Florence Bonaccorso-Saenz | on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov |
| Fred B. Ringel | on behalf of Interested Party North Riverside Park Associates LLC fringel@leechtishman.com |
| Fred B. Ringel | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. fringel@leechtishman.com |
| Frederick Brian Rosner | on behalf of Interested Party 173 Court Street Holdings LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | on behalf of Creditor Campana 125 LLC rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | on behalf of Interested Party MANE Enterprises Inc. rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Frederick Brian Rosner | on behalf of Interested Party Tote Fashion Sourcing Limited rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com |
| Garvan F. McDaniel | on behalf of Creditor CBL & Associates Management Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com |
| Garvan F. McDaniel | on behalf of Creditor Akamai Technologies Inc gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Gregg M. Galardi | on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Gregory A. Taylor | on behalf of Creditor ToolsGroup Inc. gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Gregory Thomas Donilon | on behalf of Creditor Universal Music Group gregory.donilon@stevenslee.com rita.christopher@stevenslee.com |
| Hiram Abif Gutierrez | on behalf of Creditor Brownsville Independent School District City of Mercedes edinburgbankruptcy@pbfcm.com |
| James R. Risener, III | on behalf of Interested Party Korea Trade Insurance Corporation jrisener@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com |
| James S. Carr | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com |
| Jami B. Nimeroff | on behalf of Creditor Roth Bros. Inc., d/b/a Sodexo jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com |
| Jami B. Nimeroff | on behalf of Creditor 31-01 Steinway LLC jnimeroff@brownnimeroff.com cjones@bmnlawyers.com |
| Jason A. Starks | on behalf of Creditor Travis County BKECF@traviscountytx.gov |
| Jeffrey Kurtzman | on behalf of Creditor PREIT Services LLC kurtzman@kurtzmansteady.com |
| Jeffrey C. Wisler | on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com |
| Jeffrey M. Carbino | on behalf of Interested Party North Riverside Park Associates LLC jeffrey.carbino@pierferd.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |

Case 24-10831-KBO    Doc 1558    Filed 11/05/25    Page 7 of 18

| District/off: 0311-1 | User: admin | Page 6 of 17 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Jeffrey M. Carbino | on behalf of Interested Party Causeway LLC a/k/a Greater Lakeside Corp. jeffrey.carbino@pierferd.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Schlerf | on behalf of Creditor Lumen Technologies Inc. jeffrey.schlerf@stinson.com, lauren.langner@stinson.com |
| Jennifer R. Hoover | on behalf of Creditor Silver Spark Apparel Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jennifer V. Doran | on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com  calirm@haslaw.com |
| Joaquin Jose Alemany | on behalf of Creditor Plaza del Caribe  S.E. joaquin.alemany@hklaw.com, HAPI@HKLAW.COM |
| Joaquin Jose Alemany | on behalf of Creditor Plaza las Americas  Inc. joaquin.alemany@hklaw.com, HAPI@HKLAW.COM |
| Jody C. Barillare | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| Jody C. Barillare | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited jody.barillare@morganlewis.com lori.gibson@morganlewis.com |
| Jody C. Barillare | on behalf of Cred. Comm. Chair Motives International Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| Jody C. Barillare | on behalf of Interested Party Radial Commerce Inc. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com |
| John Henry Knight | on behalf of Interested Party Wells Fargo Bank  National Association, as First Lien ABL Agent knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |
| John Henry Schanne, II | on behalf of U.S. Trustee U.S. Trustee john.schanne@usdoj.gov |
| John J. Kane | on behalf of Creditor Silver Spark Apparel Limited jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com |
| John Jeffery Rich | on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov |
| John Kendrick Turner | on behalf of Creditor City Of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor Crowley ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor Northwest ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| Jordan L. Williams | on behalf of Creditor Okta Inc. jordan.williams@blankrome.com |
| Joseph C. Barsalona II | on behalf of Creditor Domain Northside Retail Property Owner LP jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph H Lemkin | on behalf of Creditor DDR Urban LP jlemkin@stark-stark.com |
| Joshua A Sussberg | on behalf of Debtor EXP OldCo Winddown  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 7 of 17 |
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

Juan E Martinez
  on behalf of Creditor Silver Spark Apparel Limited jmartinez@beneschlaw.com
  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julie Anne Parsons
  on behalf of Creditor The County of Williamson Texas jparsons@mvbalaw.com,
  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
  on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com,
  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
  on behalf of Creditor The County of Brazos Texas jparsons@mvbalaw.com,
  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
  on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com
  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
  on behalf of Creditor The County of Hays Texas jparsons@mvbalaw.com,
  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
  on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

Karen C. Bifferato
  on behalf of Creditor TrueSource LLC kbifferato@connollygallagher.com

Karen C. Bifferato
  on behalf of Creditor W-LD Legends Owner VII L.L.C. kbifferato@connollygallagher.com

Karen C. Bifferato
  on behalf of Creditor BP Prucenter Acquisition LLC kbifferato@connollygallagher.com

Kevin M. Capuzzi
  on behalf of Creditor PREP Hillside Real Estate LLC kcapuzzi@beneschlaw.com
  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
  on behalf of Creditor Stored Value Solutions kmann@crosslaw.com smacdonald@crosslaw.com,cgreen@crosslaw.com

Kiah T Ford, IV
  on behalf of Creditor AP Newbury Street Portfolio #1 LLC chipford@parkerpoe.com

Kiah T Ford, IV
  on behalf of Creditor AP 1519-1521 Walnut St. LP chipford@parkerpoe.com

Kiah T Ford, IV
  on behalf of Creditor AP Washington LLC chipford@parkerpoe.com

Laura J. Monroe
  on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com krobertson@ecf.inforuptcy.com

Laura L. McCloud
  on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen
  on behalf of Creditor Henderson Ave Main Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
  on behalf of Creditor AP Union II LLC roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
  on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
  on behalf of Creditor Atherton Mill (E&A) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
  on behalf of Creditor 659 West Diversey LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
  on behalf of Creditor WEA Palm Desert LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
  on behalf of Creditor Star-West Parkway Mall LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
  on behalf of Creditor CenterCal Properties LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

District/off: 0311-1          User: admin          Page 8 of 17
Date Rcvd: Nov 03, 2025          Form ID: van441          Total Noticed: 1

| Name | Details |
|---|---|
| | on behalf of Creditor Belden Mall LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Allstate Road (EDENS) LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor YTC Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Broward Mall LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza West Covina LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Southlake Indiana LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Bridgewater Commons Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRG Lansing Eastwood LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Avalon North LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Macerich Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CVM Holdings LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza las Americas Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor The Forbes Company roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Plaza del Caribe S.E. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Star-West Franklin Park Mall LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Mainplace Shoppingtown LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Vancouver Mall II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Gold Coast LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor UE Bergen Mall Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Forbes Taubman Orlando L.L.C. HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Macerich Company HeilmanL@ballardspahr.com  friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor 659 West Diversey LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Mainplace Shoppingtown LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor MetroNational Corporation HeilmanL@ballardspahr.com  friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Broward Mall LLC HeilmanL@ballardspahr.com  friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 9 of 17 |
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

Leslie C. Heilman
    on behalf of Creditor Allstate Road (EDENS) LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor AP Union II LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor UE Bergen Mall Owner LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Belden Mall LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Bridgewater Commons Mall II LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor FRIT San Jose Town and Country Village LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor WEA Palm Desert LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Plaza West Covina LP HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor CVM Holdings LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Henderson Ave Main Owner LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor KRE Colonie Owner LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor CenterCal Properties LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Vancouver Mall II LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor The Forbes Company HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Danbury Mall LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Acadia Gold Coast LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Star-West Parkway Mall LP HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Acadia Second City 843-45 West Armitage LLC HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor RREEF America REIT II Corp. HH HeilmanL@ballardspahr.com
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Avalon North LLC HeilmanL@ballardspahr.com,
    friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

| District/off: 0311-1 | User: admin | Page 10 of 17 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

Leslie C. Heilman
    on behalf of Creditor YTC Mall Owner LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Star-West Franklin Park Mall  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Atherton Mill (E&A)  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Centennial Real Estate Company LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Southlake Indiana LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Louis F. Solimine
    on behalf of Interested Party SRE Ontario  LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis F. Solimine
    on behalf of Interested Party SRE Hawkeye  LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis F. Solimine
    on behalf of Interested Party Corpus Christi Retail Venture LP louis.solimine@thompsonhine.com Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis F. Solimine
    on behalf of Interested Party OKC Outlets  I LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis T. DeLucia
    on behalf of Creditor 31-01 Steinway LLC louis.delucia@icemiller.com john.acquaviva@icemiller.com

Lucas Schneider
    on behalf of Creditor Lumen Technologies  Inc. lucas.schneider@stinson.com

Lucian Borders Murley
    on behalf of Plan Administrator Tracy L. Klestadt  Plan Administrator luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
    on behalf of Creditor Committee Official Committee of Unsecured Creditors luke.murley@saul.com  robyn.warren@saul.com

Marc Justin Kurzman
    on behalf of Creditor Campana 125 LLC Mkurzman@carmodylaw.com

Margaret A. Vesper
    on behalf of Creditor UE Bergen Mall Owner LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Mainplace Shoppingtown  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Avalon North  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Acadia Gold Coast  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor The Forbes Company vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Vancouver Mall II LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Allstate Road (EDENS)  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Star-West Franklin Park Mall  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Southlake Indiana LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Bridgewater Commons Mall II LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Broward Mall LLC vesperm@ballardspahr.com

Case 24-10831-KBO    Doc 1558    Filed 11/05/25    Page 12 of 18

| District/off: 0311-1 | User: admin | Page 11 of 17 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Margaret A. Vesper | on behalf of Creditor YTC Mall Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Henderson Ave Main Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor WEA Palm Desert LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor 659 West Diversey LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Belden Mall LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Atherton Mill (E&A) LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor CVM Holdings LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor AP Union II LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor The Macerich Company vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Star-West Parkway Mall LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor Plaza West Covina LP vesperm@ballardspahr.com |
| Margaret A. Vesper | on behalf of Creditor CenterCal Properties LLC vesperm@ballardspahr.com |
| Mark Frankel | on behalf of Interested Party 173 Court Street Holdings LLC mfrankel@bfklaw.com |
| Mark Magnozzi | on behalf of Interested Party Oracle America Inc as successor in interest to PeopleSoft Inc, Sun MicroSystems Inc & Netsuite Inc mmagnozzi@magnozzilaw.com |
| Mark A Salzberg | on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party Gordon Brothers Retail Partners LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |
| Mark L. Desgrosseilliers | on behalf of Interested Party ReStore Capital LLC, as Agent to the FILO Lenders desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |
| Melissa E. Valdez | on behalf of Creditor Humble Independent School District et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Michael Ingrassia | on behalf of Creditor Google LLC ingrassiam@whiteandwilliams.com michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Michael David DeBaecke | on behalf of Creditor Bath and Body Works Logistics Services LLC mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | on behalf of Creditor Distribution Land Company LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael Joseph Joyce | |

District/off: 0311-1 User: admin Page 12 of 17
Date Rcvd: Nov 03, 2025 Form ID: van441 Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor EKFH LLC mjoyce@mjlawoffices.com |
| Michael Vincent DiPietro | |
| | on behalf of Creditor Adobe Inc. mdipietro@polsinelli.com  lsuprum@polsinelli.com;delawaredocketing@polsinelli.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine GC OldCo LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine Investments OldCo  LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine OldCo  LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine TopCo Winddown  LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor EXP OldCo Winddown  Inc. myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine California OldCo  LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine Tropic OldCo  LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Express Fashion Digital Services Costa Rica  S.R.L. myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine Logistics OldCo  LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine Finance OldCo Corp. myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine Holding OldCo  LLC myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Debtor Project Pine Operations OldCo  LLC myurkewicz@klehr.com |
| Michelle McMahon | |
| | on behalf of Creditor Annjoy Imports LLC mmcmahon@cullenllp.com |
| Michelle McMahon | |
| | on behalf of Creditor G&L Building Corp. mmcmahon@cullenllp.com |
| Michelle E. Shriro | |
| | on behalf of Creditor RED Development  LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Morton R. Branzburg | |
| | on behalf of Debtor EXP OldCo Winddown  Inc. mbranzburg@klehr.com, jtaylor@klehr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor KRE Colonie Owner LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor 659 West Diversey  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor AP Union II LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor Star-West Franklin Park Mall  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor CVM Holdings LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor Atherton Mill (E&A)  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor Star-West Parkway Mall  LP zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor The Forbes Company zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor Broward Mall LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | |
| | on behalf of Creditor Henderson Ave Main Owner LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 13 of 17 |
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Nahal Zarnighian | on behalf of Creditor Vancouver Mall II LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor The Macerich Company zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Allstate Road (EDENS)  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor YTC Mall Owner LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor CenterCal Properties  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Plaza West Covina LP zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Mainplace Shoppingtown  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Avalon North  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Acadia Gold Coast  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor WEA Palm Desert  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Bridgewater Commons Mall II LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Southlake Indiana LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nahal Zarnighian | on behalf of Creditor Belden Mall LLC zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com |
| Nicholas Smargiassi | on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.smargiassi@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Nicholas J. Brannick | on behalf of Creditor Avalon North  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor The Macerich Company brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Acadia Gold Coast  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor KRE Colonie Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor UE Bergen Mall Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Belden Mall LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor WEA Palm Desert  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Bridgewater Commons Mall II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Star-West Franklin Park Mall  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Federal Realty OP LP brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Broward Mall LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Henderson Ave Main Owner LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | on behalf of Creditor Vancouver Mall II LLC brannickn@ballardspahr.com  friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |

Case 24-10831-KBO    Doc 1558    Filed 11/05/25    Page 15 of 18

| District/off: 0311-1 | User: admin | Page 14 of 17 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor CenterCal Properties LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Atherton Mill (E&A) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Star-West Parkway Mall LP brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Mainplace Shoppingtown LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor The Forbes Company brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor 659 West Diversey LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor CVM Holdings LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Southlake Indiana LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Plaza West Covina LP brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Allstate Road (EDENS) LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor AP Union II LLC brannickn@ballardspahr.com friedmanm@ballardspahr.com |
| Randall L. Klein | |
| | on behalf of Interested Party Wells Fargo Bank National Association, as First Lien ABL Agent randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Richard L. Schepacarter | |
| | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Richard W. Riley | |
| | on behalf of Creditor BDC Shay Retail LLC rriley@pashmanstein.com gkarnick@pashmanstein.com |
| Richard W. Riley | |
| | on behalf of Creditor White Flint Associates LLC rriley@pashmanstein.com, gkarnick@pashmanstein.com |
| Robert L. LeHane | |
| | on behalf of Creditor Brookfield Retail Properties Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert M. Hirsh | |
| | on behalf of Interested Party Lever Style Limited robert.hirsh@nortonrosefulbright.com jrenert@lowenstein.com |
| Robert T Schmidt | |
| | on behalf of Plan Administrator Tracy L. Klestadt Plan Administrator rschmidt@kramerlevin.com, sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Robert T Schmidt | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com sblank@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com |
| Ronald E Gold | |
| | on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor Bazaarvoice Inc., as successor-in-interest for Granify (USA) Inc. streusand@slollp.com, prentice@slollp.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor EMC Corporation streusand@slollp.com prentice@slollp.com |
| Scott Alan Zuber | |
| | on behalf of Creditor Liberty Mutual Insurance Company szuber@csglaw.com ecf@csglaw.com |
| Shannon Dougherty Humiston | |
| | on behalf of Interested Party Lever Style Limited shumiston@burr.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |

Case 24-10831-KBO    Doc 1558    Filed 11/05/25    Page 16 of 18

| District/off: 0311-1 | User: admin | Page 15 of 17 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

| | |
|---|---|
| Sheryl P. Giugliano | on behalf of Interested Party Tote Fashion Sourcing Limited sgiugliano@rmfpc.com samiel@rmfpc.com |
| Sheryl P. Giugliano | on behalf of Interested Party MANE Enterprises  Inc. sgiugliano@rmfpc.com, samiel@rmfpc.com |
| Stephan E. Hornung | on behalf of Cred. Comm. Chair Motives International (Hong Kong) Limited and Motives International Limited stephan.hornung@morganlewis.com |
| Stephan E. Hornung | on behalf of Interested Party Radial Commerce Inc. stephan.hornung@morganlewis.com |
| Stephen B Gerald | on behalf of Creditor EKFH  LLC sgerald@tydings.com |
| Susan E. Kaufman | on behalf of Creditor WPG Legacy  LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Brookfield Retail Properties Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Keystone-Florida Property Holding Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Turnberry Associates skaufman@skaufmanlaw.com |
| Susan R Fuertes | on behalf of Creditor Harris County  et al susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Harris County ID #01 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor c/o Tara L. Grundemeier houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Thomas Onder | on behalf of Creditor DDR Urban LP tonder@stark-stark.com ereid@stark-stark.com |
| Thomas Joseph Francella, Jr. | on behalf of Creditor Liberty Mutual Insurance Company TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com |
| Tracy Lee Klestadt | on behalf of Creditor Manchu Times Fashion Ltd. tklestadt@klestadt.com |
| Turner Falk | on behalf of Creditor Committee Official Committee of Unsecured Creditors turner.falk@saul.com  tnfalk@recap.email |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 16 of 17 |
| Date Rcvd: Nov 03, 2025 | Form ID: van441 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William A. Hazeltine
    on behalf of Creditor BSS Creative Groupe Inc. whazeltine@sha-llc.com

William F. Taylor, Jr
    on behalf of Creditor Orange & Rockland Utilities Inc. wtaylor@whitefordlaw.com,
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Colonial Gas Cape Cod wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Narragansett Electric Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Nstar Gas Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor NStar East Electric Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Dominion Energy South Carolina Inc. wtaylor@whitefordlaw.com,
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
    on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com
    clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

|  |  |
|---|---|
| | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Consolidated Edison Company of New York Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |

TOTAL: 394