IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 18, 2025 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE</u>**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**<u>RESOLVED MATTERS</u>:**

1. Motion for Partial Relief from Automatic Stay filed by Cheo Waters [Docket No. 1506; [filed: 10/15/25]

    <u>Response Deadline</u>:  November 11, 2025 at 4:00 p.m.

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

    A. Order Approving Stipulation Resolving Cheo Waters' Motion for Partial Relief from Automatic Stay [Docket No. 1539; signed and filed: 10/30/25]

    <u>Status</u>: On October 30, 2025, the Court entered an order resolving this motion.

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

2. Plan Administrator's Second Motion to Extend the Deadline to Object to Claims [Docket No. 1507; filed: 10/16/25]

   Response Deadline:  October 30, 2025 at 4:00 p.m.

   Responses Received:  None

   Documents:

   A. Order Granting Plan Administrator's Second Motion to Extend the Deadline to Object to Claims [Docket No. 1554; signed and docketed: 11/03/25]

   Status: On November 3, 2025, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

3. Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

   Response Deadline:  February 12, 2025 at 4:00 p.m.; extended to August 28, 2025 for the Plan Administrator

   Responses Received:

   A. Plan Administrator's Objection to Motion of Korea Trade Insurance Corporation for Payment of Administrative Expenses [Docket No. 1468; filed: 08/28/25]

   Related Documents:

   B. Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

   C. Order Approving Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation [Docket No. 1423; signed and docketed: 07/15/25]

   Status: The Plan Administrator and Korea Trade Insurance Corporation have agreed to continue the hearing on the motion only to the December 17, 2025 omnibus hearing.

4. Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1422; filed: 07/15/25]

   Response Deadline:  August 5, 2025 at 4:00 p.m.; extended to November 14, 2025 for Choi & Shin's Co., Ltd., and GG International Manufacturing Co., Ltd.

Responses Received:

A. Informal response from Batallure Beauty, LLC

B. Informal response from Bernardo Manufacturing, Ltd.

C. Informal response from Choi & Shin's Co., Ltd.

D. Informal response from Commission Junction LLC and applicable affiliates

E. Informal response from Crown Wears Pvt Ltd.

F. Informal response from GG International Manufacturing Co., Ltd.

G. Informal response from HGP TIC, LLC

H. Informal response from Texport Overseas Pvt., Ltd.

Related Documents:

I. Declaration of Arthur Almeida in Support of Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1422-3; filed: 07/15/25]

J. Withdrawal of Claim No. 1796 Filed by Jefferson Wells [Experis Finance, ManpowerGroup] [Docket No. 1439; filed: 07/23/25]

K. Order Sustaining Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1446; signed and docketed: 08/11/25]

L. Notice of Withdrawal of Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1313 of Batallure Beauty, LLC Only [Docket No. 1455; filed: 08/20/25]

M. Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 796 of Texport Overseas Pvt Ltd Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1462; signed and docketed: 08/25/25]

N. Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 871 of Commission Junction LLC Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1471; signed and docketed: 09/09/25]

O.     Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 1495 of HGP TIC, LLC Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1483; signed and docketed: 09/22/25]

P.     Order Sustaining Sixth Omnibus (Substantive) Objection in Part with Respect to Claim No. 1078 of Bernardo Manufacturing Ltd. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1490; signed and docketed: 09/29/25]

Q.     Notice of Submission of Proofs of Claim [Docket No. 1545; filed: 10/31/25]

Status: The Plan Administrator and Choi & Shin's Co., Ltd. and GG International Manufacturing Co., Ltd. (the "**Responding Objectors**") have agreed to continue the hearing of the claim objection as to the Responding Objectors only to the December 17, 2025 omnibus hearing. As to all other claims subject to the claim objection, the Court has entered orders sustaining the claim objection.

5. Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500; filed: 10/07/25]

Response Deadline: October 28, 2025 at 4:00 p.m.; extended to November 11, 2025 for County of Ventura Treasurer – Tax Collector; extended to December 1, 2025 for BJW Realty LLC

Responses Received:

A.     Informal response from USPS

B.     Informal response from Tanger Management, LLC, Tanger Daytona, LLC, Tanger Outlets Deer Park, LLC, and Tanger Properties Limited Partnership

C.     Informal response from Ventura County Tax Collector

D.     Informal response from BJW Realty LLC

Related Documents:

E.     Declaration of Arthur Almeida in Support of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500-3; filed: 10/07/25]

    F.      Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1503 of USPS Only [Docket No. 1509; filed: 10/20/25]

    G.      Notice of Submission of Proofs of Claim [Docket No. 1546; filed: 10/31/25]

    H.      Order Sustaining Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 1550; signed and docketed: 10/31/25]

    I.      Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1854 of Ventura County Tax Collector Only [Docket No. 1557; filed: 11/05/25]

Status: The Plan Administrator and BJW Realty LLC have agreed to continue the hearing of the claim objection only to the December 17, 2025 omnibus hearing. On October 31, 2025, the Court entered an order sustaining the claim objection as to all other claims subject to the claim objection.

6. Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1501; filed: 10/07/25]

Response Deadline: October 28, 2025 at 4:00 p.m.; extended to October 30, 2025 for Universal Music Corp., Songs of Universal, Inc., Universal Music-Z Tunes LLC, a division of Songs of Universal Inc., Universal Music-MGB NA LLC, PolyGram Publishing, Inc., Capitol Records, LLC and UMG Recordings, Inc. (collectively, "**Universal Music**"); extended to December 1, 2025 for Modelama Exports PVT Limited

Responses Received:

    A.      Informal response from Hing Shing Loopingn Co. Ltd.

    B.      Informal response from Lincolnwood Town Center, LLC

    C.      Informal response from Madison/East Towne, LLC, by CBL & Associates Management, Inc., its managing agent

    D.      Informal response from Modelama Exports PVT Limited

    E.      Response of Erin Ersenkal [Docket No. 1526; filed: 10/28/25]

    F.      Opposition of Garment 10 Corporation – Joint Stock Company [Docket No. 1527; filed: 10/28/25]

G.     Response of Universal Music Corp., Songs of Universal, Inc., Universal Music-Z Tunes LLC, a division of Songs of Universal Inc., Universal Music-MGB NA LLC, PolyGram Publishing, Inc., Capitol Records, LLC and UMG Recordings, Inc. [Docket No. 1532; filed: 10/30/25]

H.     Declaration of Jessica Stiefler in Support of Response of Universal Music Corp., Songs of Universal, Inc., Universal Music-Z Tunes LLC, a division of Songs of Universal Inc., Universal Music-MGB NA LLC, PolyGram Publishing, Inc., Capitol Records, LLC and UMG Recordings, Inc. [Docket No. 1533; filed: 10/30/25]

I.     Response and Objection by Velocity Apparelz for Readymade Garments E.S.C [Docket No. 1555; filed: 11/03/25 and received via e-mail: 10/27/25]

Related Documents:

J.     Declaration of Arthur Almeida in Support of Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1501-3; filed: 10/07/25]

K.     Notice of Withdrawal of Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 417 of Hing Shing Looping Co. Ltd. Only [Docket No. 1511; filed: 10/22/25]

L.     Notice of Submission of Proofs of Claim [Docket No. 1547; filed: 10/31/25]

M.     Order Sustaining Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1552; signed and docketed: 11/03/25]

Status: The Plan Administrator and Modelama Exports PVT Limited, Garment 10 Corporation – Joint Stock Company, Velocity Apparelz for Readymade Garments E.S.C, and Erin Ersenkal have agreed to continue the hearing of the claim objection only to the December 17, 2025 omnibus hearing. The Plan Administrator and Universal Music have agreed to continue the hearing of the claim objection to the January 22, 2026 omnibus hearing. On November 3, 2025, the Court entered an order sustaining the claim objection as to all other claims subject to the claim objection.

Dated: November 14, 2025

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:	(302) 421-6898
Email:	luke.murley@saul.com

  -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:	(212) 679-5359
Facsimile:	(212) 972-2245
Email:	bscott@klestadt.com

*Counsel. for the Plan Administrator*