**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket Nos. 1501 and 1527** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION IN PART WITH RESPECT TO CLAIM NO. 950 OF GARMENT 10 CORPORATION – JOINT STOCK COMPANY ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtor in the above-captioned chapter 11 case, hereby certifies as follows:

1.      On October 7, 2025, the *Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1501] (the "**Objection**") was filed with the Court.

2.      Pursuant to the notice of the Objection, responses to the Objection were to be filed by October 28, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1]     The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

3.      As to the Objection to the claims of all claimants that did not respond by the Objection Deadline, the Plan Administrator filed the *Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same* [D.I. 1544] (the "**Certification**"). The Court entered the Order [D.I. 1552] submitted under the Certification on November 3, 2025.

4.      Prior to the Response Deadline, Garment 10 Corporation – Joint Stock Company ("**Garment**") filed a formal response to the Objection on the docket [D.I. 1527].  The Plan Administrator and Garment agreed to disallow in part and reduce Garment's claim.

5.      Accordingly, with the Court's prior order [D.I. 1552] entered as to all claimants that did not respond by the Objection Deadline, the Plan Administrator submits the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**") disallowing in part and reducing Garment's claim only.

6.      Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the proposed order submitted with the Objection.

7.      The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order.  Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

Dated: November 19, 2025

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*

    Lucian B. Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6898
    Email:    luke.murley@saul.com

      -and-

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:    bscott@klestadt.com
        creilly@klestadt.com

*Counsel for the Plan Administrator*