## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 20, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Garment 10 Corporation – Joint Stock Company, Attn: Mr. Than Duc Viet; Thao Thi Phuong Nguyen at viet-td@garco10.com.vn and thaonp@garco10.com.vn:

- **Order Sustaining Eighth Omnibus (Substantive) Objection in Part With Respect to Claim No. 950 of Garment 10 Corporation – Joint Stock Company Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1563)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: November 24, 2025

_Aurelie Blanadet_
Aurelie I. Blanadet

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 24th day of November 2025 by Aurelie I. Blanadet.

_Briannica Briggs_
(Notary's official signature)

| |
|---|
| BRIANNICA BRIGGS |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20254000467 |
| MY COMMISSION EXPIRES JAN. 07, 2029 |

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.