United States Bankruptcy Court

District of Delaware

In re: EXP OldCo Winddown, Inc.                                             Chapter 11

Case No. 24-10831

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that Enginepoint Marketing Ltd, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Enginepoint Marketing Ltd
7613 Kinney Road
Mount Vernon OH, 43050

Additional Former Address
Enginepoint Marketing Ltd.
752 N. State St. 253
Westerville, OH 43082

New Address
Enginepoint Marketing Ltd
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

Enginepoint Marketing Ltd

By: *Mark Scholl*

Name: Mark Scholl

Title: Owner

Date: Dec 03 2025 13:34 EST