**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | Re: Docket Nos. 1501, 1526, and 1570 |

**ORDER SUSTAINING EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION IN PART WITH RESPECT TO CLAIM NO. 88 OF ERIN ERSENKAL ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1501] (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, reclassifying claim no. 88 of Erin Ersenkal (the "Ersenkal Claim"), and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and upon certification of counsel of the Plan Administrator submitting this form of order; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

56382254.11

2

1.      The Objection as to the Ersenkal Claim is sustained in part as set forth herein.

2.      The Ersenkal Claim is reclassified as an administrative expense in the amount of $12,000.00, and a general unsecured claim of $24,780.00.

3.      The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

4.      The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in the Objection or on the exhibit attached hereto on any ground, and to amend, modify, and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

5.      To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

6.      The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: December 11th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

56382254.11