IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 24-10831 |
| EXP OldCo Winddown, Inc., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC** | **VAYNERMEDIA, LLC** |
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | **Address:** |
| CONTRARIAN FUNDS, LLC | c/o Contrarian Funds, LLC |
| 411 WEST PUTNAM AVE., SUITE 425 | 411 West Putnam Ave., Suite 425 |
| GREENWICH, CT 06830 | Greenwich, CT 06830 |
| Attn: Trade Claims Group | Email: tradeclaimsgroup@contrariancapital.com |
| Phone:  203-862-8259 | |
| Fax:     203-485-5910 | |
| Email: tradeclaimsgroup@contrariancapital.com | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim # 232 | VaynerMedia, LLC | $656,466.19 | Project Pine OldCo, LLC | **24-10835** |
| Schedule # 2637239 | VaynerMedia, LLC | $0.00 | Project Pine OldCo, LLC | **24-10835** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Keith McCormack*_____        Date: December 12, 2025
            Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**VaynerMedia, LLC,** its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, LLC** its successors and assigns ("Assignee") all rights, title and interest in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case No. 24-10831 (KBO))) (jointly administered), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 232 | VaynerMedia, LLC | $656,466.19 | Project Pine OldCo, LLC | 24-10835 (KBO) |
| Schedule No. 2637239 | VaynerMedia, LLC | $0.00 | Project Pine OldCo, LLC | 24-10835 (KBO) |

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 12, 2025.

VAYNERMEDIA, LLC, INC,

By: *Marc Yudkin* (DocuSigned)
Name: Marc Yudkin
Title: COO and GC

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as Manager

By: *Keith McCormack* (DocuSigned)
Name: Keith McCormack
Title: Managing Director

6