## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 11, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Erin Ersenkal at a redacted email address:

- **Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Eighth Omnibus (Substantive) Objection in Part with Respect to Claim No. 88 of Erin Ersenkal Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same** (Docket No. 1570)

- **Order Sustaining Eighth Omnibus (Substantive) Objection in Part with Respect to Claim No. 88 of Erin Ersenkal Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1572)

Furthermore, on December 11, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Velocity Apparelz for Readymade Garments E.S.C., Attn: Theresia Jantina Van Schaik, Moustafa Abdelazim Mohamed at evanschaik@vogue-intl.com and mabdelalim@vogue-intl.com:

- **Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Eighth Omnibus (Substantive) Objection in Part with Respect to Claim No. 172 of Velocity Apparelz for Readymade Garments E.S.C. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same** (Docket No. 1571)

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

- **Order Sustaining Eighth Omnibus (Substantive) Objection in Part with Respect to Claim No. 172 of Velocity Apparelz for Readymade Garments E.S.C. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1573)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 15, 2025

*Aurelie Blanadet*
Aurelie I. Blanadet

State of Colorado  )
                   ) SS.
County of Arapahoe )

Subscribed and sworn before me this 15th day of December 2025 by Aurelie I. Blanadet.

*Briannica Briggs*
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029