IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Lucian Murley, Esquire, hereby certify that on December 16, 2025, a copy of the *Notice of Withdrawal of Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1784 of Modelama Exports PVT Limited Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the below party.

      Jake Starr, Esquire
      Ronald S. Beacher, Esquire
      Pryor Cashman LLP
      7 times Square,
      New York, NY 10036-6569
      JStarr@pryorcashman.com
      RBeacher@pryorcashman.com

**SAUL EWING LLP**

By: */s/ Lucian Murley*
    Lucian Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19801-1266
    (302) 421-6898

Dated: December 16, 2025