**United States Bankruptcy Court**

**District of Delaware**

In re: EXP OldCo Winddown, Inc.                                   Chapter 11

                                                                  Case No. 24-10831

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that Shadow Public Relations, Inc, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Shadow Public Relations, Inc
414 West 14th Street 3rd Floor
New York, NY 10014

New Address
Shadow Public Relations, Inc
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

Shadow Public Relations, Inc

By: _[signature]_

Name: Brad Zeifman

Title: Principal

Date: Dec 17 2025 12:40 EST