# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.* | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian Murley, Esquire, hereby certify that on January 14, 2026, a copy of the *Notice of Withdrawal of Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 428 of Modelama Exports PVT Limited Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the below party.

Jake Starr, Esquire
Ronald S. Beacher, Esquire
Pryor Cashman LLP
7 times Square,
New York, NY 10036-6569
JStarr@pryorcashman.com
RBeacher@pryorcashman.com

**SAUL EWING LLP**

By: */s/ Lucian Murley*
Lucian Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6898

Dated: January 14, 2026

57006101.1