Change of Address
UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:
EXP OldCo Winddown, Inc., et al.
Case No. 24-10831                                        )
                                                         )    Chapter 11 Proceeding
                    Debtor.                              )
                                                         )
_____                  )

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Modelama Exports PVT Limited, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**

Modelama Exports PVT Limited
Plot No 105-106, Udyog Vihar
Phase-1, Gurgaon-122016
Haryana-India
&
Modelama Exports PVT Limited
c/o Pryor Cashman
Attn: Conrad Chiu
7 Times Square
New York, NY 10036


**New Address**.
Modelama Exports PVT Limited
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY  11598
516-255-1801

Modelama Exports PVT Limited

Name: Sailendra Srivastava
Signature: *Sailendra Srivastava*
Date: 1/12/2026