IN THE U.S. Bankruptcy Court
District of Delaware

In re:
EXP OldCo Winddown, Inc.
et al.,

Chapter 11

Case Number: 24-10831

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>Modelama Exports PVT Limited</u>
Name of Transferor

Court Claim # (if known): 1784
Amount of Claim: $950,253.71
Date Claim Filed: 1/15/2025

Phone: (212) 421-4100
Last four digits of Acct.#   N/A

Name and Current Address of Transferor:

Modelama Exports PVT Limited
c/o Pryor Cashman
Attn: Conrad Chiu
7 Times Square
New York, NY 10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: January 15, 2026

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A to Assignment of Claim

# EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court ("Bankruptcy Court")
          District of Delaware
          Attention: Clerk

AND TO:   Project Pine OldCo, LLC
              Case No.24-10835 (the "Debtor")
             (Jointly Administered under EXP OldCo Winddown, Inc., et al. Case Number 24-10831)

Claim #1784 (the "Claim")

**Modelama Exports PVT Limited** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with the Claim in the amount of **USD$950,253.71**, against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 DAY OF JAN_____, 2026

ASSIGNOR: Modelama Exports PVT Limited.
Signed by:
*Sailendra Srivastava*
(Signature) C9EE4AD...
Sailendra Srivastava
(Print Name)

GM Finance & Accounts
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)



## Claim Summary

**Creditor Name**  Modelama Exports PVT Limited
**Debtor Name**  Project Pine OldCo, LLC
**Debtor Case No.**  24-10835
**Claim No.**  1784
**Date Filed**  01/15/2025
**Schedule No.**

### Schedule Amount

**General Unsecured**
**Priority**  $0.00
**Secured**  $0.00
**Admin Priority**  $0.00

### Filed Claim Amount

**General Unsecured**  $950,253.71
**Priority**  $0.00
**Secured**  $0.00
**Admin Priority**  $0.00

### Current Claim Amount

**General Unsecured**  $950,253.71
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Notice Parties

**Modelama Exports Pvt Ltd**
Attn: Shailendra Srivastava
Plot No 105-106, Udyog Vihar
Phase-1, Gurgaon