Unites States Bankruptcy Court
District of Delaware
-------------------------------------------------------------X

In re:

EXP Oldco Winddown, Inc.  et al.,

                                      Case No. 24-10831

Debtor(s)                                  Chapter 11

-------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM(S)

PLEASE TAKE NOTICE that the transfer of claim(s) from

Modelama Exports PVT Limited
c/o Pryor Cashman
Attn: Conrad Chiu
7 Times Square
New York, NY 10036

**Docket # 1596**                                          Filed January 15, 2026
Transfer/Assignment of Claim. Transfer Agreement 3001 (e) 2 Transferors: Modelama Exports PVT Limited (Claim No. 1784, Amount $1,621,650.00) To TRC Master Fund LLC. Filed by TR Capital Management, LLC. (Ross, Terrel)

is HEREBY WITHDRAWN BY

      TRC Master Fund LLC
      PO Box 633
      Woodmere, NY 11598

**This transfer of claim is survived by Docket Entry:**
Document Number:     1597
Docket Text:
Transfer/Assignment of Claim. Transfer Agreement 3001 (e) 2 Transferors: Modelama Exports PVT Limited (Claim No. 1784, Amount $950,253.71) To TRC Master Fund LLC. Filed by TR Capital Management, LLC. (Ross, Terrel)

DATED:  January 15, 2026                                                                By:  ___/s/ Terrel Ross____
                                                                                                    TRC Master Fund LLC
                                                                                                                       516-653-2471