**Change of Address**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re:
EXP OldCo Winddown, Inc., et al.       )
  Case No. 24-10831                              )
                                                       )    Chapter 11 Proceeding
                    Debtor.          )
_____)

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that LiftLab Analytics, Inc., a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**

LiftLab Analytics, Inc.
1111 Broadway, 5th Floor
Oakland, CA 94607

**New Address**.

LiftLab Analytics, Inc.
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY  11598
516-255-1801


LiftLab Analytics, Inc.

Name:   Jonas Hedberg
Signature: *Jonas Hedberg* (Signed by: A7CCE53786D7472)
Date:   1/19/2026