**IN THE U.S. Bankruptcy Court**
**District of Delaware**

In re:  )
EXP OldCo Winddown, Inc.  )   Chapter 11
et al.,  )
  )   Case Number: 24-10831
  )
  )

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

LiftLab Analytics, Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:

Schedule # (if known): 2636644
Amount of claim: N/A
Date Claim Filed: N/A
Schedule Amount: $144,600.00

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (415)793-3914
Last four digits of Acct.#   N/A

Name and Current Address of Transferor:

Phone: 516-255-1801
Last four digits of Acct#:   N/A

LiftLab Analytics, Inc.
1111 Broadway, 5th Floor
Oakland, CA 94607

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: January 20, 2026

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: D431013E-4420-4A7B-9075-3A66333A48A2

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
        District of Delaware
        Attention: Clerk

AND TO:  . Project Pine OldCo, LLC, 24-10835
           Case No. 24-10835 (the "Debtor")
           (Jointly Administered under EXP OldCo Winddown, Inc., et al. Case Number 24-10831)

Claim # N/A

**LiftLab Analytics, Inc.** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$144,600.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __19th__ DAY OF __January__, 2026

**ASSIGNOR: LiftLab Analytics, Inc.**

_Jonas Hedberg_ (Signed by Docusign)
(Signature)

Jonas Hedberg
(Print Name)

Head of Finance
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)



# Claim Summary

**Creditor Name**  LiftLab Analytics Inc.
**Debtor Name**  Project Pine OldCo, LLC
**Debtor Case No.**  24-10835
**Claim No.**
**Date Filed**
**Schedule No.**  2636644

## Schedule Amount

**General Unsecured**  $144,600.00
**Priority**  $0.00
**Secured**  $0.00
**Admin Priority**  $0.00

## Filed Claim Amount

**General Unsecured**
**Priority**  $0.00
**Secured**  $0.00
**Admin Priority**  $0.00

## Current Claim Amount

**General Unsecured**  $0.00
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Copyright © 2026 Stretto, All rights reserved.
410 Exchange, Ste 100
Irvine, CA 92602

Debtor Express, LLC
Name

Case 24-10831-KBO    Doc 1610    Filed 01/20/26    Page 4 of 4
Case number (if known) 24-10835
Case 24-10835-KBO    Doc 8    Filed 05/30/24    Page 465 of 571

**3.199**

LIFTLAB ANALYTICS INC, 1111 BROADWAY 5TH FLOOR, OAKLAND, CA, 94607

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $144,600.00
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

LINEA PELLE, 7107 VALJEAN AVENUE, VAN NUYS, CA, 91406

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $151,052.80
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

LINKEDIN CORPORATION, 2029 STIERLIN COURT, MOUNTAIN VIEW, CA, 94043

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $48,697.03
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Misc Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.202**

LISEP, LLC DBA TECHR2, PO BOX 247, REYNOLDSBURG, OH, 43068

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,770.44
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Merch Payable

**Is the claim subject to offset?**
☑ No
☐ Yes