**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>Re: Docket No. 1422 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER SUSTAINING SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION IN PART WITH RESPECT TO CLAIM NO. 1654 OF CHOI & SHIN'S CO., LTD. ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On July 15, 2025, the *Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1422] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed by August 5, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57127113.1

3. As to the Objection to the claims of all claimants that did not respond by the Objection Deadline, the Plan Administrator filed the *Certification of Counsel Regarding (A) Revised Proposed Order Sustaining Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same* [Docket No. 1444] (the "**Certification**"). The Court entered the Order [Docket No. 1446] submitted under the Certification on August 11, 2025.

4. Prior to the Objection Deadline, the Plan Administrator's counsel received an informal response from Choi & Shin's Co., Ltd. ("**C&S**"). The Plan Administrator and C&S agreed to reduce C&S's claim, and allow C&S's claim in the reduced amount.

5. Accordingly, with the Court's prior order [Docket No. 1446] entered as to all claimants that did not respond by the Objection Deadline, the Plan Administrator submits the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**") reducing C&S's claim only.

6. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the proposed order submitted with the Objection.

7. The undersigned counsel is available to respond to any questions the Court may have regarding the Revised Order. Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

57127113.1

-3-

Dated: February 2, 2026

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
    Lucian B. Murley (DE Bar No. 4892)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6898
    Email:    luke.murley@saul.com

    -and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:    bscott@klestadt.com
          creilly@klestadt.com

*Counsel for the Plan Administrator*