# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket No.** _____ |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated February 3, 2026, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 case:

| **Date & Time** |
|---|
| March 27, 2026 at 1:00 p.m. |
| April 22, 2026 at 9:30 a.m. |
| May 29, 2026 at 10:00 a.m. |

57185135.1 02/03/2026