## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winndown, Inc., [1] | Case No. 24-10831 (KBO) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 5, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Agenda for Hearing Scheduled for February 19, 2026 at 9:30 A.M. (Prevailing Eastern Time) Before the Honorable Karen B. Owens, U.S. Bankruptcy Court Judge** (Docket No. 1627)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: February 6, 2026

_____
Aurelie I. Blanadet

State of Colorado          )
                           ) SS.
County of  Arapahoe  )

Subscribed and sworn before me this 6th day of February 2026 by Aurelie I. Blanadet.

_____
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winndown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winndown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winndown, Inc.

# **<u>Exhibit A</u>**

Document Ref: RN7RW-9OIZX-RCJS3-XPKKC



# Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| BJW Realty LLC | c/o Patterson Belknap Webb & Tyler LLP | Attn: Daniel A. Lowenthal and Kimberly A. Black | dalowenthal@pbwt.com kblack@pbwt.com |
| Choi & Shin's Co., Ltd | c/o Lim Nexus LTD | Attn: Sung Jin Hwang | sungjin.hwang@limnexus.com |
| GG International Manufacturing Co., Ltd. | c/o Troutman Pepper Locke | Attn: Jed Donaldson | jed.donaldson@troutman.com |
| Korea Trade Insurance Corporation | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, James R. Risener III, and Ethan H. Sulik | astulman@potteranderson.com jrisener@potteranderson.com esulik@potteranderson.com |
| Modelama Exports PVT Limited | c/o Pryor Cashman | Attn: Jake Starr | jstarr@pryorcashman.com |
| Universal Music Corp., Songs of Universal, Inc., Universal Music-Z Tunes LLC, a division of Songs of Universal Inc., Universal Music-MGB NA LLC, PolyGram Publishing, Inc., Capitol Records, LLC and UMG Recordings, Inc. | c/o Stevens & Lee, P.C. and Friedman & Springwater LLP | Attn: Gregory T. Donilon, Ellen A. Springwater, Ruth Stoner Muzzin, and Jorian Heal | gregory.donilon@stevenslee.com efriedman@friedmanspring.com rmuzzin@friedmanspring.com jheal@friedmanspring.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: RN7RW-9OIZX-RCJS3-XPKKC