## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF CLAIM NO. 903 FILED BY THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION

I, the undersigned party, am the creditor or an authorized signatory for the below referenced claim. I hereby withdraw the below-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the Debtor referenced below.

Creditor Name: Arkansas Department of Finance and Administration
Date Filed: 7/2/24
Claim No.  903
Debtor: Express Fashion Operations, LLC
Case No. 24-10838
Total Amount of Claim Filed: $1614.42

Dated: February 27, 2026

/s/ Michelle L. Baker
Michelle L. Baker
Arkansas Department of Finance
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203
(501) 682-7030
Michelle.baker@dfa.arkansas.gov

---

[1]  The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.