IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN, INC., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF CLAIM NO. 1629 FILED BY ALABAMA DEPARTMENT OF REVENUE

I, the undersigned party, am the creditor or an authorized signatory for the below referenced claim. I hereby withdraw the below-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the Debtor referenced below.

Creditor Name: ALABAMA DEPARTMENT OF REVENUE
Date Filed: 9/3/24
Claim No. 1629
Debtor: EXP OLDCO WINDDOWN, INC
Case No. 24-10831
Total Amount of Claim Filed: 130.28

Dated: February 26, 2026

*/s/Andrew Gidiere*
Andrew Gidiere
ASB-1208J25Q
Assistant Counsel
Alabama Department of Revenue
Post Office Box 320001
Montgomery, AL 36132-0001
Tel: (334)242-9690
Fax: (334)242-9782
Andrew.Gidiere@revenue.alabama.gov
Attorney for the State of Alabama

---

[1] The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is One Express Drive, Columbus, Ohio 43230.