# EXHIBIT A

**Proposed GG Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket Nos. 1422, 1446 and ___** |

**ORDER SUSTAINING SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION IN PART
WITH RESPECT TO CLAIM NO. 1615 OF GG INTERNATIONAL MANUFACTURING
CO., LTD. ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND
503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Sixth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1422] (the "Objection"),[2] by which the Plan Administrator requested the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing claim no. 1615 of GG International Manufacturing Co., Ltd. ("Claim 1615"); and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and

---

[1]     The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

upon the certification of counsel of the Plan Administrator submitting this form of order; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection as to Claim 1615 is sustained, in part, as set forth herein.

2.      Claim 1615 is deemed an allowed claim in the total amount of $4,345,380.82, $1,017,937.50 of which is an allowed administrative expense claim (the "Allowed GG Admin Claim") that was already satisfied and thus no further amounts are owed, and $3,327,443.32 of which is allowed general unsecured claim, which shall be treated and paid in accordance with the Plan.

3.      Nothing in this Order shall affect or modify the prior payments received by GG on account of the Allowed GG Admin Claim.

4.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with terms of this Order.

5.      The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

55770653.16