**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>**Related to Docket No. 1251** |

**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE CLAIM AND
REQUEST FOR PAYMENT OF MOTIVES INTERNATIONAL LIMITED**

**PLEASE TAKE NOTICE** that in accordance with that certain *Stipulation Resolving All Claims Held by Motives International Limited and Motives International (Hong Kong) Limited*, dated June 5, 2025, between and among Tracy L. Klestadt, as Plan Administrator for the Post-Effective Date Debtors, Motives International Limited, and Motives International (Hong Kong) Limited, Motives International Limited hereby withdraws its *Administrative Claim and Request for Payment of Motives International Limited* filed on January 30, 2025 [D.I. 1251], identified on the Claims Register as Claim 1821.

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128).  The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025.  All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Dated: Wilmington, Delaware
     March 24, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*
Jody C. Barillare, Esq. (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: 302-574-3000
jody.barillare@morganlewis.com

– and –

Stephan E. Hornung
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178-0060
Tel: 212-309-6000
stephan.hornung@morganlewis.com

*Attorneys for Motives International Limited*

## **CERTIFICATE OF SERVICE**

I, Jody C. Barillare, Esq., certify that on March 24, 2026, I caused a true and correct copy of the foregoing to be served via CM/ECF on all parties who have subscribed for electronic notice in this case.

/s/ Jody C. Barillare
Jody C. Barillare, Esq.