## IN THE U.S. Bankruptcy Court
### District of Delaware

In re:  )
EXP OldCo Winddown, Inc.  )   Chapter 11
et al.,  )
  )   Case Number: 24-10831
  )
  )

### <u>PARTIAL</u> TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>Motives International (Hong Kong) Limited</u>
Name of Transferor

Claim # (if known): 1369
**Allowed General Unsecured Claim Amount being transferred**: $13,976,193.80
Date Claim Filed: 07/10/2024

Phone: (212) 265-2245
Last four digits of Acct.#   <u>N/A</u>

Name and Current Address of Transferor:

Motives International (Hong Kong) Limited
525 Seventh Ave., Ste. 1502
New York, NY 10018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                          Date: March 25, 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 2110928B-9C87-461A-9BA8-A1A9958D7E25

## EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit A to Assignment of Claim</u>

TO:     United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
           District of Delaware
           Attention: Clerk


AND TO:  Project Pine OldCo, LLC,
           Case No. 24-10835 (the "Debtor")
           (Jointly Administered under EXP OldCo Winddown, Inc., et al., Case Number 24-10831)


<u>Claim #1369</u>

**Motives International (Hong Kong) Limited,** its successors and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:


TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its general unsecured Claim Allowed in the amount of USD$13,976,193.80 ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___25th___ DAY OF ___MARCH_____, 2026


**ASSIGNOR: Motives International (Hong Kong) Limited**

Signed by:

_Le Thuc Dung_
(Signature)

Le Thuc Dung
(Print Name)

Director
(Title)


**ASSIGNEE: TRC MASTER FUND LLC**

_[signature]_
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Creditor | Claim No. | Date Filed | Amount | Debtor | |
|---|---|---|---|---|---|
| Motives International (Hong Kong) Limited | 1369 | 07/10/2024 | $14,480,750.25 | Project Pine OldCo, LLC | ⊖ |

## Creditor Detail for Motives International (Hong Kong) Limited , Claim No. 1369

| Creditor | Debtor | Schedule No. | Claim No. 1369 | |
|---|---|---|---|---|
| Motives International (Hong Kong) Limited | Project Pine OldCo, LLC | | Date Filed 07/10/2024 | PDF |

| Schedule Amount | | Filed Claim Amount | | Current Claim Amount | | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | General Unsecured | $10,885,076.76 | General Unsecured | $13,976,193.80 | Allowed |
| Priority | | Priority | | Priority | | |
| Secured | | Secured | | Secured | | |
| Admin Priority | | Admin Priority 503(b)(9) | $712,127.12 | Admin Priority | $504,556.45 | |
| TOTAL | | TOTAL | $11,597,203.88 | TOTAL | $14,480,750.25 | |