**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Potter Anderson & Corroon LLP hereby withdraws its appearance as counsel to Korea Trade Insurance Corporation ("Korea Trade") in the above-captioned case, and Ice Miller LLP hereby enters its appearance as successor counsel to Korea Trade in the above-captioned case.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

4937-4910-7870.1

2

Dated: April 9, 2026
   Wilmington, Delaware

                    Respectfully submitted,

| */s/ Brett M. Haywood* | */s/ Aaron H. Stulman* |
|---|---|
| Brett M. Haywood (No. 6166) | Aaron H. Stulman (No. 5807) |
| James R. Risener III (No. 7334) | Maria Kotsiras (No. 6840) |
| Ethan H. Sulik (No. 7270) | **ICE MILLER LLP** |
| **POTTER ANDERSON & CORROON LLP** | 500 Delaware Avenue |
| 1313 N. Market Street, 6th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 313-0600 |
| Telephone: (302) 984-6000 | Email:  aaron.stulman@icemiller.com |
| Facsimile:  (302) 658-1192 |     maria.kotsiras@icemiller.com |
| Email:  bhaywood@potteranderson.com | |
|    jrisener@potteranderson.com | |
|    esulik@potteranderson.com | |
| | |
| *Withdrawing Counsel for Korea Trade Insurance Corporation* | *Successor Counsel for Korea Trade Insurance Corporation* |

2