IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| EXP Oldco Windown, Inc., et. al | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Laguna Clothing Private Limited, holder of the following general unsecured claim (the "Claim") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 499 | Laguna Clothing Private Limited | $1,073,661.86 | Project Pine OldCo, LLC | 24-10835 |

Former Address:

Laguna Clothing Private Limited

No 30, 1st Main, 9th Cross, JP Nagar
3rd Phase
Bengaluru Ka 560078
India

New Address:
Address for all Notice & Payments/Distributions:
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830
Attn: Trade Claims Group

Thank you,

By: _____
Name: V Ramesh
Title: Chief Financial Officer
Date:

7