Docusign Envelope ID: 2110928B-9C87-461A-9BA8-A1A9958D7E25

**Change of Address**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re:

    EXP OldCo Winddown, Inc., et al.

      Case No. 24-10831         )

                        )       Chapter 11 Proceeding

            Debtor.      )

                        )

_____ )

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Motives International (Hong Kong) Limited, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its (general unsecured claim in the amount of $13,976,193.80 (Claim No. 1369), as listed on the Debtors' claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**

Motives International (Hong Kong) Limited
25A United Centre, 95 Queensway, Admiralty, Hong Kong
C/O: Motives International LLC 525 Seventh Ave., Ste. 1502 New York, NY 10018

**New Address**

Motives International (Hong Kong) Limited
25A United Centre, 95 Queensway, Admiralty, Hong Kong

c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY  11598
516-255-1801

Motives International (Hong Kong) Limited

Name: Le Thuc Dung

Signature: Le Thuc Dung

Date: 3/24/2026