**IN THE U.S. Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re:<br>EXP OldCo Winddown, Inc.<br>et al., | )<br>)<br>)   Chapter 11<br>)<br>)   Case Number: 24-10831<br>)<br>)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee
should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone:  516-255-1801
Last four digits of Acct#:  N/A

Name and address where transferee payments
should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

GG International Manufacturing Co., Ltd.
Name of Transferor

Claim # (if known): 1615
Filed Claim Amount: $6,374,329.78
Allowed Claim Amount: $3,327,443.32
Date Claim Filed: 09/10/2024

Phone: (213) 955-9500
Last four digits of Acct.#   N/A

Name and Current Address of Transferor:

GG International Manufacturing Co., Ltd.
Attn: David Nealy
707 Wilshire Blvd Suite 4600
Los Angeles, CA 90017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                    Date: April 15, 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO:  Project Pine OldCo, LLC, Case No. 24-10835 (the "Debtor")
(Jointly Administered under EXP OldCo Winddown, Inc., et al., Case Number 24-10831)

Claim #1615

**GG International Manufacturing Co., Ltd.,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in filed in the amount of **USD$6,374,329.78 and allowed in the amount of USD$3,327,443.32** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __14__ DAY OF ___April___, 2026

ASSIGNOR: GG International Manufacturing Co., Ltd.

_____
(Signature)

JIHWA LEE
_____
(Print Name)

SALES EVP
_____
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
_____
(Print Name)

Managing Member
_____
(Title)

# Creditor Detail for GG International Manufacturing Co., Ltd. , Claim No. 1615

| Creditor | Debtor | Schedule No. | Claim No. 1615 |
|---|---|---|---|
| GG International Manufacturing Co., Ltd. | Project Pine OldCo, LLC | | Date Filed 09/10/2024 |

Case 24-10831-KBO   Doc 1658   Filed 04/15/26   Page 3 of 3

| Schedule Amount | | Filed Claim Amount | | Current Claim Amount | | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | General Unsecured | $4,871,408.04 | General Unsecured | $3,327,443.32 | Allowed |
| Priority | | Priority | | Priority | | |
| Secured | | Secured | | Secured | | |
| Admin Priority | | Admin Priority 503(b)(9) | $1,502,921.74 | Admin Priority | | |
| **TOTAL** | | **TOTAL** | $6,374,329.78 | **TOTAL** | $3,327,443.32 | |