**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.*,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

## NOTICE OF CHANGE OF DELAWARE ADDRESS OF BALLARD SPAHR LLP

**PLEASE TAKE NOTICE** that effective March 16, 2026, the mailing address for the Delaware office of Ballard Spahr LLP ("Ballard Spahr"), counsel for 659 West Diversey, LLC, AP Union II LLC, Acadia Gold Coast, LLC, Acadia Second City 843-45 West Armitage LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, Centennial Real Estate Company LLC, CVM Holdings LLC, CenterCal Properties, LLC, Danbury Mall, LLC, Federal Realty OP LP, FRIT San Jose Town and Country Village, LLC, Forbes Taubman Orlando, L.L.C., Henderson Ave Main Owner LLC, KRE Colonie Owner LLC, KRG Lansing Eastwood, LLC, Mainplace Shoppingtown, LLC, MetroNational Corporation, Plaza del Caribe, S.E., Plaza las Americas, Inc., Plaza West Covina LP, RREEF America REIT II Corp. HH, Southlake Indiana LLC, Star-West Franklin Park Mall, LLC, Star-West Parkway Mall, LP, The Forbes Company, The Macerich Company, UE Bergen Mall Owner LLC, Vancouver Mall II LLC, WEA Palm Desert, LLC, and YTC Mall Owner LLC (collectively, the "Creditors"), has changed to:

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

**BALLARD SPAHR LLP**
**222 Delaware Avenue, 10th Floor**
**Wilmington, DE 19801-3034**

**PLEASE TAKE FURTHER NOTICE** that counsel's telephone, facsimile numbers, and email addresses will remain the same.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Ballard Spahr's new Delaware office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Ballard Spahr's Delaware office are to be directed to the new address.

Dated:  April 15, 2026
Wilmington, Delaware

Respectfully submitted,

/s/ Margaret A. Vesper
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
Nicholas J. Brannick (DE No. 5721)
Margaret A. Vesper (DE No. 6995)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
         roglenl@ballardspahr.com
         brannickn@ballardspahr.com
         vesperm@ballardspahr.com

*Attorneys for Creditors*