## <u>CERTIFICATE OF SERVICE</u>

I, Margaret A. Vesper, hereby certify that on April 15, 2026, I caused a true and correct copy of the foregoing ***Notice of Change of Delaware Address of Ballard Spahr LLP*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: April 15, 2026
Wilmington, Delaware

*/s/ Margaret A. Vesper*
Margaret A. Vesper (DE No. 6995)
BALLARD SPAHR LLP
