# EXHIBIT A

## Proposed Order

57303176.5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket No. \_\_\_\_** |

**ORDER SUSTAINING NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Ninth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, modifying the Misclassified Claims, disallowing in part the Overstated Claims, modifying and disallowing in part the Overstated and Misclassified Claims, and disallowing the No Liability Claims set forth on Schedules 1, 2, 3, 4, 5, and 6 attached hereto; and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1]    The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

57303176.5

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The Misclassified Claims set forth on the attached **Schedule 1** are hereby modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Reclassified Claim."

3.      The Overstated Claims set forth on the attached **Schedule 2** are hereby disallowed in part to reflect the correct value of the claims (or portions of the claims) as reflected under the heading "Modified Claim Amount."

4.      The Overstated and Modified Claims set forth on the attached **Schedule 3** are hereby modified to reflect the correct priority status of the claim (or portions of the claim) and disallowed in part to reflect the correct value of the claim (or portion of the claim) as reflected under the heading "Modified Claim Status."

5.      The No Liability Claims set forth on the attached **Schedule 4** are hereby disallowed and expunged in their entirety.

6.      The Fully Unliquidated Claims set forth on the attached **Schedule 5** are hereby disallowed in their entirety.

7.      The Partially Unliquidated Claims are hereby fixed and allowed to the extent set forth in the column entitled "Modified Claim Status" on the attached **Schedule 6**.

8.      The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

9.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim,

57303176.5

and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

10. The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify, and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

11. To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

12. The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

57303176.5

## Schedule 1

## Misclassified Claims

57303176.5

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 1 - Misclassified Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| 9stitches [Brittany Lawson] | 220 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,928.35<br>$275.00<br><br>$3,203.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,203.35<br><br>$3,203.35 | This claim is for services performed, and the claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| Baxter, Tim | 1022 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$556,003.85<br><br>$571,153.85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$571,153.85<br><br>$571,153.85 | This claim is for the unpaid portion of a severance owed pursuant to a pre-petition severance agreement.  Because the employee was terminated more than 180 days before the Petition Date, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| Bermudez, Jeffrey | 1362 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,470.00<br>$0<br><br>$10,470.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,470.00<br><br>$10,470.00 | This claim is for services performed, and the claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| Brock, Lydia | 134 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,883.60<br>$0<br><br>$4,883.60 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,883.60<br><br>$4,883.60 | This claim is for services performed, and the claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| City of New York Office of Administrative Trials & Hearings (OATH) [Environmental Control Board (ECB)] | 1552 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,945.09<br>$0<br>$0<br><br>$1,945.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,945.09<br><br>$1,945.09 | This claim is for unpaid penalties. The Debtors no longer own the properties securing the claim and thus there is no collateral that can give rise to secured status, nor any other basis reflected to support such status. As a result, the claim should be reclassified to general unsecured status. |

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Dappered LLC | 235 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,800.00<br>$0<br><br>$7,800.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,800.00<br><br>$7,800.00 | This claim is for commissions earned under a service agreement with the claimant, a corporate entity, and does not qualify for priority under section 507(a)(4) of the Bankruptcy Code. |
| Daniel Barron Cuadro [Effortless Gent, Barron Cuadro] | 21 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$529.09<br>$0<br><br>$529.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$529.09<br><br>$529.09 | This claim is for "affiliate earned revenue." No basis for priority under section 507(a)(4) is set forth in the claim or supported by the Debtors' records. |
| Dolan, Mike [Dolan, Michael] | 470 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$23,311.60<br><br>$38,461.60 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$38,461.60<br><br>$38,461.60 | This claim is for the remaining payments owed on account of a severance agreement. Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4). |
| Legg, Jessica [Jessica Singh] | 1016 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,240.00<br>$0<br><br>$10,240.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,240.00<br><br>$10,240.00 | This claim relates to alleged outstanding amounts owed in connection with a pre-petition settlement of a pre-petition class action suit related to unpaid wages accrued between 2014 and 2022. This is not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. |
| MagicLinks Inc | 726 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$21,703.67<br>$0<br><br>$21,703.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$21,703.67<br><br>$21,703.67 | This claim is for commissions earned under a service agreement with the claimant, a corporate entity, and does not qualify for priority under section 507(a)(4) of the Bankruptcy Code. |
| Municipality of Carolina | 1676 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,710.48<br>$0<br><br>$7,710.48 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$652.08<br>$7,058.40<br><br>$7,710.48 | A $7,058.40 portion of this claim pertains to 2013-20 sales tax. As a result, such amount is not entitled to priority status under section 507(a)(8)(E)(i) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| New York City Department of Finance | 1504 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$528,143.59<br>$0<br><br>$528,143.59 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$249,157.33<br>$278,986.26<br><br>$528,143.59 | A $276,486.26 portion of this claim pertains to 2018-20 taxes, and a separate $2,500 portion pertains to penalties associated with 2021-22 taxes. This aggregate $278,986.26 amount is not entitled to priority under section 507(a)(8) of the Bankruptcy Code and should be recharacterized to general unsecured status. |
| PSEG Long Island | 286 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$31,094.01<br>$0<br>$0<br><br>$31,094.01 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$31,094.01<br><br>$31,094.01 | Neither the Debtors' Books and Records nor the supporting materials attached to the claimant's proof of claim support this claim's asserted secured status. As a result, the asserted amount should be reclassified as a general unsecured claim. |
| Riverside County Treasurer-Tax Collector | 382 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,691.83<br>$0<br><br>$4,691.83 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,691.83<br><br>$4,691.83 | This claim is for property taxes for the 1983 fiscal year. As such, to the extent the claim is not otherwise disallowed in its entirety as a "no liability" claim, there is no basis for priority under section 507(a)(8) of the Bankruptcy Code and such claim should be reclassified as a general unsecured claim. |
| Riverside County Treasurer-Tax Collector | 386 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$12,127.59<br>$0<br>$0<br><br>$12,127.59 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$12,127.59<br><br>$12,127.59 | There is no collateral supporting the alleged secured claim. As such, to the extent the claim is not otherwise disallowed in its entirety as a "no liability" claim, such claim should be reclassified as a general unsecured claim. |
| Spartanburg County Tax Collector | 1800 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,304.98<br>$0<br><br>$2,304.98 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,304.98<br><br>$2,304.98 | This claim appears to be for 2013 real property taxes. To the extent not disallowed in its entirety as a "no liability" claim, there is no basis for priority under section 507(a)(8) of the Bankruptcy Code and such claim should be reclassified as a general unsecured claim. |
| State Artist Management LLC | 100 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,400.00<br>$0<br><br>$2,400.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,400.00<br><br>$2,400.00 | Claim is by an entity for services performed and does not qualify for priority under 507(a)(4) of the Bankruptcy Code. |

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| State Artist Management LLC | 111 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,350.00<br>$0<br><br>$7,350.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,350.00<br><br>$7,350.00 | Claim is by an entity for services performed and does not qualify for priority under 507(a)(4) of the Bankruptcy Code. |
| State of New Jersey Division of Taxation | 1621 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$724.34<br>$4,343.11<br><br>$5,067.45 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$5,067.45<br><br>$5,067.45 | The asserted $724.34 priority amount is for 2015 sales taxes. As a result, this portion does not qualify for priority status under section 507(a)(8) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| Wilson, Margaret | 358 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,560.00<br>$0<br><br>$7,560.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,560.00<br><br>$7,560.00 | The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| WorkGenius Inc [JBCHoldings] | 368 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$8,050.00<br>$0<br><br>$8,050.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$8,050.00<br><br>$8,050.00 | Claim is by an entity for services performed and does not qualify for priority under 507(a)(4) of the Bankruptcy Code. |

## Schedule 2

## Overstated Claims

57303176.5

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | 98 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$596,478.46<br><br>$596,478.46 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$341,237.74<br><br>$341,237.74 | A $241,014.94 portion of this claim was satisfied by a $116,984.94 wire payment on 6/26/2024 (ref. no. 008850), and a $124,030.00 wire payment on 8/24/2024 (ref. no. 008961). A separate $14,225.78 portion of this claim relates to a cancelled purchase order, and the claim reflects no basis to recover such amount from the Debtors. |
| Dhruv Globals Limited | 51 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $1,166,543.27<br>$0<br>$0<br>$1,101,173.27<br><br>$2,267,716.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$826,393.24<br><br>$826,393.24 | The $1,166,543.27 administrative portion of this claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. As a result, the Debtors have no liability for the administrative portion of the claim.<br><br>The Debtors' Books and Records do not support $274,780.03 of the asserted general unsecured amount. As a result, the general unsecured portion of this claim should be reduced to $826,393.24. |
| KDM Signs Inc | 482 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$54,734.78<br><br>$54,734.78 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$38,987.33<br><br>$38,987.33 | The $15,747.45 portion of this claim was satisfied through payments made on 9/24/2024 (ref. no. 000062) and 10/18/2024 (ref. no. 000163). As a result, the Debtors' liability should be reduced by $15,747.45. |
| Mall 1 - Bay Plaza, LLC | 1679 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,326,047.47<br><br>$1,326,047.47 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,149,999.06<br><br>$1,149,999.06 | The claim is for lease rejection damages and unpaid pre-petition rent. The Debtors' Books and Records do not support the amounts asserted in the proof of claim. The claim lacks supporting documentation or calculations, and multiple attempts to contact the claimant were made and unanswered. As a result, the claim should be reduced to $1,149,999.06 to align with the Debtors' Books and Records. |
| Pearl Global Industries FZCO | 700 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$195,755.00<br><br>$195,755.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$17,435.00<br><br>$17,435.00 | A $178,322.00 portion of this claim is for invoices that have been assumed and assigned to the buyer pursuant to the sale order [D.I. 471]. As a result, the Debtors have no liability for this amount. |

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Pioneer Knitwears BD Ltd. [Pioneer] | 447 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$948,497.04<br><br>$948,497.04 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$64,192.56<br><br>$64,192.56 | A $799,733.50 portion of this claim was paid across 4 dates: (i) $136,494.89 on 6/26/2024 (ref. no. 008867), (ii) $252,169.14 on 7/7/2024 (ref. no. 008912), (iii) $37,607.28 on 8/10/2024 (ref. no. 008942), and (iv) $373,462.19 on 8/24/2024 (ref. no. 008958).<br><br>A separate $84,570.98 portion of this claim was assumed by the buyer pursuant to the sale order [D.I. 471]. As a result, the claim should be reduced to $64,192.56 |
| PT. Mod Indo | 423 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$624,314.39<br><br>$624,314.39 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$128,364.28<br><br>$128,364.28 | A $495,950.11 portion of this claim was assumed by the buyer pursuant to the sale order [D.I. 471]. As a result, the claim should be reduced to $128,364.28. |
| Silver Crest Clothing Private Limited | 1044 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,247,280.31<br><br>$2,247,280.31 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,998,966.09<br><br>$1,998,966.09 | A $244,341.84 portion of this claim was satisfied by a $244,341.84 wire payment on 9/18/2024 with reference no. 008996.<br><br>A separate $3,972.38 portion of this claim pertains to trim liability from cancelled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for trim that was not shipped to the Debtors. As a result, the claim has been modified to exclude this amount. |
| UTC Venture LLC | 1066 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$892,146.35<br><br>$892,146.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$787,612.94<br><br>$787,612.94 | This claim is for lease rejection damages and pre-petition charges. The lease was rejected on 6/30/2024 pursuant to Docket No. 564.  When the lease was rejected, 7.1 months were remaining on the lease term. The claimant incorrectly calculated estimated rejection damages as of 5/31/2024.   As a result, the claim has been modified to reflect this adjustment. |
| Vinatex International Joint Stock Company | 494 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$437,144.99<br><br>$437,144.99 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$148,578.99<br><br>$148,578.99 | A $246,490.00 portion of this claim was assumed by the buyer pursuant to the sale order [D.I. 471]. As a result, the Debtors have no liability for this amount.<br><br>A separate $42,076.00 portion of this claim is not supported by the Debtors' Books and Records or documentation included in the proof of claim. The claim should be reduced to $148,578.99 |
| Vinatex International Joint Stock Company | 1459 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$306,686.30<br><br>$306,686.30 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$340.08<br><br>$340.08 | A $145,912.36 portion of this claim was satisfied by payment on 8/22/2024 with reference no. PF50102189.<br><br>A separate $160,433.86 portion of this claim pertains to unshipped unfinished goods and provides no legal basis for the Debtors' alleged liability for such goods.  The claim has thus been modified to exclude such amounts. |

## Schedule 3

### Overstated and Misclassified Claims

57303176.5

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 3 - Overstated and Misclassified Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Status | | Reason for Modification |
|---|---|---|---|---|---|---|
| Fayad, Tarik | 135 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$12,480.00<br>$7,716.80<br><br>$20,196.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$12,480.00<br><br>$12,480.00 | The filed proof of claim asserts a total claim amount of $20,196.80; however, the claimant's supporting documents only support $18,116.80 of the total asserted amount.<br><br>This claim is for pre-petition services. The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim.<br><br>A $5,636.80 portion of this claim is for post-petition interest on alleged pre-petition services and should be disallowed pursuant to section 502(b) of the Bankruptcy Code. |
| Gwinnett County Tax Commissioner's Office [Gwinnett County] | 1674 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$26,800.97<br>$0<br><br>$26,800.97 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,590.32<br>$10,236.97<br><br>$17,827.29 | This claim pertains to 2022–24 property taxes and relates to the Debtors' lease of store 86, located at 3333 Buford Dr SP #1013, Burford, GA 30519-4913.<br><br>A $10,236.97 portion of this claim pertains to 2022 property taxes and does not qualify for priority status under section 507(a)(8) of the Bankruptcy Code.<br><br>A separate $8,973.68 portion of this claim is for 2024 property taxes. The lease for store 86 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 555. As a result, the Debtors have no liability for this amount. |
| Parfenov, Alina | 78 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$2,407.15<br><br>$17,557.15 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$16,896.70<br><br>$16,896.70 | The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim.<br><br>A $660.45 portion of this claim is for postpetition services and was paid on 6/13/2024 by a $660.45 check with reference no. 6160920. |
| Saito, Satoru | 245 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,516.64<br>$0<br><br>$10,516.64 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,800.00<br><br>$4,800.00 | The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim.<br><br>The Debtors' Books and Records do not support a $5,600.00 portion of the asserted amount. A separate $116.64 portion was satisfied on 2/29/2024, as those expenses were included in the $17,600.00 check (reference no. 0715/29) paid to the claimant. |

## Schedule 4

## No Liability Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 4 - No Liability Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Arizona Department of Revenue | 119 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$20,000.00<br>$0<br><br>$20,000.00 | The claimant's proof of claim is based on estimated income taxes due for the fiscal year ending on January 31, 2024.  The tax filings for Debtor EXP OldCo Windown, Inc. (f/k/a Express, Inc.), which is the debtor against which the claim is asserted, show a net loss for that fiscal period and no taxes due.  Therefore, the Debtors have no liability for this claim. |
| CF Corporation [Su Kwan Park] | 1427 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$183,803.43<br><br>$183,803.43 | The claim is for goods ordered from a non-Debtor third party. Neither the supporting materials attached to the claimant's proof of claim nor the Debtors' Books and Records support the amounts asserted by the claimant. As a result, the Debtors have no liability for this claim. |
| Continental Collection (HK) Ltd | 1049 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$11,582.29<br><br>$11,582.29 | The supporting materials attached to the proof of claim are for Seshin Apparel Co., Ltd., a non-Debtor entity. The Debtors' Books and Records do not support the asserted liability. As a result, the Debtors have no liability. |
| Disney Advertising Sales LLC | 1383 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$22,721.50<br><br>$22,721.50 | The claim is not supported by the Debtors' Books and Records, which show no liability to this claimant. |
| FG Corporation Ltd. | 1039 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$13,128.34<br><br>$13,128.34 | Claim documentation consists of an invoice between the claimant and a non-debtor third party.  The Debtors' Books and Records do not reflect any amounts owed to this claimant. |

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Hansoll Textile Ltd. | 1391 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$221,494.18<br><br>$221,494.18 | $54,940.74 of this claim was transferred to Korea Trade and is accounted for in Korea Trade's claim no. 1806.  The remaining $166,553.44 balance was paid on 8/22/2024 with payment reference no. PF50102195.  As a result, the Debtors have no liability to the claimant for this amount. |
| Jiatai Textile Technology Co., Ltd. [Fujian Suifu Textile Co., Ltd.] | 940 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$81,477.60<br><br>$81,477.60 | Claim documentation does not reflect an obligation of the Debtors, and the Debtors' Books and Records do not reflect any amounts owed to this claimant.  As a result, the Debtors have no liability. |
| Pearl Global Industries FZCO | 1139 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$11,388.33<br><br>$11,388.33 | The claim is for raw materials ordered by the claimant in connection with cancelled purchase orders and offers no legal basis to impose liability on the Debtors for such amounts. The Debtors' records do not reflect any such liability. |
| Riverside County Treasurer-Tax Collector | 382 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,691.83<br>$0<br><br>$4,691.83 | This claim is for property taxes for the 1983 fiscal year. The Debtors did not exist at the time the liability was incurred. As a result, the Debtors have no liability. To the extent not disallowed in its entirety, this claim is also subject to objection as a Misclassified Claim, as set forth on Schedule 1. |
| Riverside County Treasurer-Tax Collector | 386 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$12,127.59<br>$0<br>$0<br><br>$12,127.59 | The Debtors' Books and Records do not support the asserted liability. As a result, the Debtors have no liability. To the extent not disallowed in its entirety, this claim is also subject to objection as a Misclassified Claim, as set forth on Schedule 1. |
| San Diego Hat Company | 178 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$32,023.15<br><br>$32,023.15 | The Debtors' Books and Records do not support the asserted liability. As a result, the Debtors have no liability. |

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Spartanburg County Tax Collector | 1800 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,304.98<br>$0<br><br>$2,304.98 | This claim appears to be for 2013 real property taxes. The Debtors' Books and Records do not support the asserted amounts in the claim. As a result, the Debtors have no liability. To the extent not disallowed in its entirety, this claim is also subject to objection as a Misclassified Claim, as set forth on Schedule 1. |
| Unifield Textiles Limited | 838 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$210,305.81<br><br>$210,305.81 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |
| Unifield Textiles Limited | 843 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$14,070.65<br><br>$14,070.65 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |
| Unifield Textiles Limited [Unifield Textiles(Shenzhen) Limited] | 847 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$24,597.49<br><br>$24,597.49 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |
| Unifield Textiles Limited [Unifield Textiles(Shenzhen) Limited] | 861 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$13,591.12<br><br>$13,591.12 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Zhejiang Tianpai Knitting Co., Ltd. | 992 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $233,052.17<br>$0<br>$0<br>$0<br><br>$233,052.17 | The purchase orders provided in support of this claim were all either (i) paid for by the Debtors or (ii) assumed & assigned to the Purchaser.  These same purchase orders were also included in claim 1131, which was previously expunged on the same grounds per Court order entered on November 3, 2025 [D.I. 1552].  As a result, the Debtors have no liability for this claim. |
| Zhejiang Tianpai Knitting Co., Ltd. | 995 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | The purchase orders provided in support of this claim were all either (i) paid for by the Debtors or (ii) assumed & assigned to the Purchaser.  These same purchase orders were also included in claim 1131, which was previously expunged on the same grounds per Court order entered on November 3, 2025 [D.I. 1552].  As a result, the Debtors have no liability for this claim. |

## Schedule 5

## Fully Unliquidated Claims

57303176.5

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 5 - Fully Unliquidated Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Comenity Bank | 920 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is asserted as an unliquidated claim for potential chargebacks, refunds and other amounts that may arise under Private Label Credit Card Program Agreement; however, such agreement was assumed and assigned to the Purchaser with a $0.00 cure amount, as reflected in the *Order Authorizing the Debtors to Assume Certain Unexpired Leases* [D.I. 557]. Accordingly, this claim should be disallowed. |
| Missouri Department of Revenue | 1860 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is asserted as an unliquidated unsecured claim for sales taxes for March 2024; however, claim documentation indicates that no tax amounts are owed and, following outreach to claimant, no supporting documentation has been provided.  Debtors' records also reflect no obligations owed to this claimant.  Accordingly, this claim should be disallowed. |
| New Jersey Unclaimed Property Administration | 85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is an unliquidated claim asserted under unclaimed property law for certain abandoned and/or unclaimed assets specified therein.  The confirmed plan [D.I. 1150] provides that any unclaimed property or interests in property will revert automatically to the Wind-Down Debtors without the need for further Bankruptcy Court Order (and notwithstanding any applicable federal or state escheat, abandoned or unclaimed property laws to the contrary).  Accordingly, no such amounts are owed on account of this claim. |
| North Carolina Self-Insurance Security Association | 853 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is asserted as an unliquidated and contingent claim for any unpaid worker's compensation obligations for a self-insurance period ending in 2007.  The claim has never been amended and/or supplemented, and the Debtors' records do not reflect any such obligations so as to serve as a basis for any recovery.  Accordingly, this claim should be disallowed. |

## Schedule 6

### Partially Unliquidated Claims

57303176.5

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 6 - Partially Unliquidated Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Status | | Reason for Modification |
|---|---|---|---|---|---|---|
| HGP TIC, LLC | 1496 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$202.37<br><br>$202.37 | This claim was filed in the liquidated amount of $202.37 on account of pre-petition lease obligations, but the attachment to the claim states that the claim also includes unliquidated setoff and indemnification claims. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the filed amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the filed amount of $202.37. |
| HGP TIC, LLC | 1499 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$131,319.45<br><br>$131,319.45 | This claim was filed in the liquidated amount of $131,319.45 on account of lease rejection damages, but the attachment to the claim states that the claim also includes other unliquidated amounts. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the liquidated amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the  amount of $131,319.45. |
| Lehman Daman Construction Services Inc. | 537 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,648.00<br><br>$10,648.00 | Proof of claim form reflects an unliquidated claim amount but invoices attached to claim reflect a claim amount of $10,648.00, which is not disputed. |
| Sangertown Square, L.L.C. | 1500 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$13,719.84<br><br>$13,719.84 | This claim was filed in the liquidated amount of $13,719.84 on account of pre-petition lease obligations, but the attachment to the claim states that the claim also includes unliquidated attorney fees and indemnification claims. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the filed amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the filed amount of $13,719.84. |
| Sangertown Square, L.L.C. | 1505 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$265,909.82<br><br>$265,909.82 | This claim was filed in the liquidated amount of $265,909.82 on account of lease rejection damages, but the attachment to the claim states that the claim also includes other unliquidated amounts. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the liquidated amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the amount of $265,909.82. |