**EXHIBIT B**

**Almeida Declaration**

57303176.5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**DECLARATION OF ARTHUR ALMEIDA IN SUPPORT OF
NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B)
AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

I, Arthur Almeida, hereby submit this declaration (the "Declaration") under penalty of perjury:

1.      I am a Vice President at Province LLC ("Province"), which acts as financial adviser to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtor (the "Debtor") and certain of its affiliates (collectively, the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case").

2.      I have reviewed and am familiar with the contents of the *Ninth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection").[2] I submit this Declaration in support of the Objection.

---

[1]   The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]   Capitalized terms used in this Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

57303176.5

3.      Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, formed after a review of the Debtors' Books and Records and applicable Proofs of Claim filed against the Debtors' estates by myself or others at Province under my supervision. I am over eighteen (18) years of age, and I am authorized to submit the Declaration on behalf of the Plan Administrator and Province. If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge, except as otherwise stated above.

4.      To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, the claims identified on Schedules 1, 2 and 3 are claims for which the Plan Administrator has reviewed the Debtors' Books and Records and determined that the claims as filed require modification and/or disallowance in part, to reflect the proper classification or amount, with supporting detail contained in the "Reason for Modification" columns of Schedules 1, 2 and 3 annexed to the Proposed Order.

5.      To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, the claims identified on Schedule 4 to the Proposed Order are No Liability Claims for which the Debtors are not liable based on the supporting documentation attached thereto and a reasonable review of the Debtors' Books and Records.

6.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, the claims identified on Schedule 5 to the Proposed Order fail to indicate any amount due and owing by the Debtors and/or have attached insufficient information and documentation to determine each claim's value, and have not been supplemented by the relevant claimants.  Moreover, based on a reasonable review, the Debtors' Books and Records do not reflect any liquidated amount owed to the claimants.

57303176.5

7.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, the claims identified on Schedule 6 to the Proposed Order assert, in addition to certain liquidated amounts, liabilities allegedly due and owing by the Debtors that are undetermined in amount.   Such claimants have not attached sufficient information or documentation to support any additional liability by the Debtors, and the Debtors' Books and Records do not reflect any additional liquidated amount owed to the claimants.  If the relief sought is granted, the Partially Unliquidated Claims will be reduced to, or fixed at, the dollar values listed under the column titled "Modified Amount" on Schedule 6.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Executed on April 16, 2026

By: */s/ Arthur Almeida*
       Arthur Almeida
       Province LLC

3

57303176.5