**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Hearing Date: May 29, 2026 at 10:00 a.m. (ET)**<br>**Obj. Deadline: May 7, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS**

TO:   The United States Trustee for the District of Delaware, all Claimants listed on Schedules 1–3 to the Proposed Order accompanying the attached objection, and all parties who have previously requested notice pursuant to Bankruptcy Rule 2002.

On April 16, 2026, the *Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1* (the "Objection") was filed with the Court. Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") in the above-captioned chapter 11 case, by and through his undersigned counsel, seeks to alter your rights by disallowing one or more of your claims.

Responses, if any, to the relief requested in the Objection are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **May 7, 2026 at 4:00 p.m. (ET)** and served upon the undersigned counsel for the Plan Administrator.

In addition, if you have timely filed a written response and wish to oppose the Objection, you or your attorney must attend the hearing on the Objection scheduled to be held on **May 29, 2026 at 10:00 a.m. (ET)** before the Honorable Karen B. Owens, Chief Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

---

[1]   The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57303482.2

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 16, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email:     monique.disabatino@saul.com

-and-

Maxwell M. Hanamirian
1735 Market Street, 34th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7756
Email:     maxwell.hanamirian@saul.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott (admitted *pro hac vice*)
Christopher Reilly (admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:     bscott@klestadt.com
           creilly@klestadt.com

*Counsel for the Plan Administrator*

2

57303482.2