**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.,*[1] | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket No. 1650** |

**CERTIFICATION OF NO OBJECTION TO PLAN ADMINISTRATOR'S**
**THIRD MOTION TO EXTEND THE DEADLINE TO OBJECT TO CLAIMS**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1.      On April 2, 2026, the *Plan Administrator's Third Motion to Extend the Deadline to Object to Claims* [Docket No. 1650] (the "**Motion**") was filed with the Court.

2.      Pursuant to the notice accompanying the Motion, responses to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before April 15, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Accordingly, the Motion may be granted.

---

[1]   The Debtors in in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

57682697.1 04/16/2026

**WHEREFORE,** the undersigned counsel respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: April 16, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6806
    Email:    monique.disabatino@saul.com

    -and-

    Maxwell M. Hanamirian
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    Telephone: (215) 972-7756
    Email:    maxwell.hanamirian@saul.com

    -and-

    **KLESTADT WINTERS JURELLER**
    **SOUTHARD & STEVENS, LLP**
    Brendan M. Scott (Admitted *pro hac vice*)
    Christopher Reilly (Admitted *pro hac vice*)
    200 West 41st Street, 17th Floor
    New York, NY 10036-7203
    Telephone: (212) 679-5359
    Facsimile: (212) 972-2245
    Email:    bscott@klestadt.com
            creilly@klestadt.com

    *Counsel for the Plan Administrator*

57682697.1 04/16/2026