**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | Re: Docket Nos. 1650 and 1663 |

**ORDER GRANTING PLAN ADMINISTRATOR'S THIRD MOTION
TO EXTEND THE DEADLINE TO OBJECT TO CLAIMS**

Upon the *Plan Administrator's Third Motion to Extend the Deadline to Object to Claims* (the "Motion");[2] and the Court having reviewed the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief requested therein; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED as set forth herein.

---

[1]    The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]    All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Motion.

57401179.5

2.      The Claim Objection Deadline is hereby extended, through and including December 28, 2026, without prejudice to the right of the Plan Administrator to seek further extensions of such deadline.

3.      The Applicable Landlord Deadline is hereby extended, through and including October 26, 2026, without prejudice to the right of the Plan Administrator to seek further extensions of such deadline.

4.      This Court retains jurisdiction to hear and determine all matters arising from and related to the entry of this Order.

Dated: April 17th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

2

57401179.5