**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc., [1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 16, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Ninth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1661)

Furthermore, on April 16, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1662)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on April 16, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit E**:

- **Certification of No Objection to Plan Administrator's Third Motion to Extend the Deadline to Object to Claims** (Docket No. 1663)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: April 17, 2026

_Aurelie Blanadet_
Aurelie I. Blanadet

State of Colorado      )
                       )  SS.
County of Arapahoe   )

Subscribed and sworn before me this 17th day of April 2026 by Aurelie I. Blanadet.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A

Document Ref: SZIUO-ZW7W4-EPZQ3-HC8QY



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 9stitches | Attn: Brittany Lawson | 1301 Studer Ave | | | Columbus | OH | 43206 | |
| Alina Parfenov | | Address on File | | | | | | |
| Arizona Department of Revenue | Attn: Lorraine Averitt | 1600 W Monroe St | 7th Fl | | Phoenix | AZ | 85007-2650 | |
| Arizona Department of Revenue | c/o Office of the Arizona Attorney General - BCE | Attn: Tax, Bankruptcy and Collection Sct | 2005 N Central Ave | Suite 100 | Phoenix | AZ | 85004 | |
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | Attn: Kemal Sahin | Ayazaga Mah | Mimar Sinan Sk No:21 | B/34 Sariyer | Istanbul | | 34396 | Turkey |
| CF Corporation | Attn: Su Kwan Park | 1208 Dalgubeol-Daero | Dalseo-gu | | Daegu | | 24702 | Republic of Korea |
| Hearings (OATH) [Environmental Control Board (ECB)] | Attn: Diana C. Haines | 66 John St | 11 Fl | | New York | NY | 10038 | |
| Comenity Bank | c/o Bread Financial | Attn: Michael Galeano | 3095 Loyalty Circle | | Columbus | OH | 43219 | |
| Comenity Bank | c/o Burr & Forman LLP | Attn: James Haithcock | 420 N. 20th St | Ste 3400 | Birmingham | AL | 35203 | |
| Continental Collection (HK) Ltd | Attn: Auto Tsang, May Lee | B02, 4/F Sing Mei Ind. Bldg | 29-37 Kwai Wing Road | | Kwai Chung | | | Hong Kong |
| Daniel Barron Cuadro [Effortless Gent, Barron Cuadro] | | Address on File | | | | | | |
| Dappered LLC | Attn: Sarah Weber | 4417 W Freemont St | | | Boise | ID | 83706 | |
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | 14th Milestone | Delhi-Mathura Road | | Faridabad | Haryana | 121003 | India |
| Disney Advertising Sales LLC | | P.O. Box 5092 | | | New York | NY | 10087-5092 | |
| Disney Advertising Sales LLC | Gigi Taloma | 500 South Buena Vista Street | | | Burbank | CA | 91521-8940 | |
| FG Corporation Ltd. | Attn: Jessica Zhao, Tony Lee | Room 855, No.120 | Hong Jing R/D | | Shanghai | | 201103 | China |
| Fujian Suifu Textile Co., Ltd. | Attn: Marco Leung | No. 2 zone | Jitang Industrial Park | | Nanping-Shaowu City | Fujian | | China |
| Gwinnett County Tax Commissioner's Office [Gwinnett County] | Attn: Sharon Stowe | PO Box 372 | | | Lawrenceville | GA | 30046 | |
| Hansoll Textile Ltd. | Attn: Byongun Lee | 268, Songpa-daero | Songpa-gu | | Seoul | | 05719 | Korea, Republic of |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |
| Jeffrey Bermudez | | Address on File | | | | | | |
| Jiatai Textile Technology Co., Ltd. | Attn: Marco Leung | 15th Floor, Building A3, | Zhujiang International Textile City, Yijing Road, | Haizhu District | Guangzhou City | Guangdong | | China |
| KDM | Attn: Chris Eldridge | 10450 N Medallion Drive | | | Cincinnati | OH | 45241 | |
| KDM Signs Inc | Attn: Amber Whitney | 10450 N Medallion Drive | | | Cincinnati | OH | 45241 | |
| Legg,Jessica [Jessica Singh] | | Address on File | | | | | | |
| Lehman Daman Construction Services Inc | Attn: Michael Funk | 975 Eastwind Drive | Ste 130 | | Westerville | OH | 43081 | |
| Lydia Brock | | Address on File | | | | | | |
| Magic Links, Inc | Attn: Brian Nickerson | 1264 Bienveneda Ave | | | Pacific Plsds | CA | 90272-2317 | |
| Mall 1 - Bay Plaza, LLC | c/o Prestige Prop & Develop | Attn: Charles Farmer | 546 Fifth Ave | 15th Flr | New York | NY | 10036 | |
| Mall 1 - Bay Plaza, LLC | c/o Ruskin Moscou Faltischek, PC | Attn: M Amato | 1425 RXR Plaza | | Uniondale | NY | 11556 | |
| Margaret Wilson | | Address on File | | | | | | |
| Mike Dolan | | Address on File | | | | | | |
| Missouri Department Of Revenue | Attn: Will E Gray | PO Box 475 | | | Jefferson City | MO | 65105 | |
| Missouri Department Of Revenue | Attn: Will E Gray | 505 N Taylor Ave | PO Box 475 | | California | MO | 65018 | |
| Municipality of Carolina | | PO Box 8 | | | Carolina | | 00984 | Puerto Rico |
| Municipality of Carolina | Attn: Juan Manuel Aponte | PO Box 1545 | | | Cabo Rojo | | 00623 | Puerto Rico |
| New Jersey Unclaimed Property Administration | Attn: Heather Graham | PO Box 214 | | | Trenton | NJ | 08625 | |
| New York City Department of Finance | Attn: Catherine Leung | 375 Pearl Street | 27th Floor | | New York | NY | 10038 | |
| North Carolina Self-Insurance Security Association | Attn: Kevin F. Walsh | PO Box 12442 | | | Raleigh | NC | 27605 | |
| North Carolina Self-Insurance Security Association | c/o Stuart Law Firm, PLLC | 1033 Wade Avenue | Suite 202 | | Raleigh | NC | 27605 | |
| Pearl Global Industries FZCO | Attn: Vaneet Arya and Sumit Lath | Office 331, Third Floor | 5 West A | Dubai Airport Freezone | | | | Dubai |
| Pearl Global Industries FZCO | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | Valuka 34 2240 BD | | | Valuka | Mymensingh | 2240 | Bangladesh |
| PSEG Long Island | Attn: Jill Ciaramitaro | 15 Park Dr | | | Melville | NY | 11747 | |
| PT. Mod Indo | Attn: Mohinder Dudani | Kawasan Pergudangan Bumi Wahyu | Jl Raya Candi Rejo no. 9 | RT-10, RW-01 | Semarang Jawa Tengah | | 50553 | Indonesia |
| PT. Mod Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| Riverside County Treasurer-Tax Collector | | 4080 Lemon St | 4th Fl | | Riverside | CA | 92501 | |
| San Diego Hat Company | Attn: Linda Leal | PO Box 131390 | | | Carlsbad | CA | 92013 | |
| Sangertown Square, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 2

Document Ref: SZIUO-ZW7W4-EPZQ3-HC8QY

Page 4 of 19



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Satoru Saito | | Address on File | | | | | | |
| Silver Crest Clothing Private Limited | Attn: Bikash Sharma | Plot No. 4E1 & 4E2 | Kiadb Industria Area | Attibele, Anekal Taluk | Bengaluru | Karnataka | 562107 | India |
| Spartanburg County Tax Collector | Attn: Patricia A. Jamison | 366 N Church St Suite 400 | | | Spartanburg | SC | 29303 | |
| State Artist Management LLC | Attn: Cynthia Antoinette Jones-Donker | 525 7th Ave | Ste 904 | | New York | NY | 10018 | |
| State of New Jersey Division of Taxation | Attn: Christine Ditta | PO Box 245 | | | Trenton | NJ | 08695 | |
| Tarik Fayad | | Address on File | | | | | | |
| Tarik Fayad | | Address on File | | | | | | |
| Tim Baxter | | Address on File | | | | | | |
| Unifield Textiles Limited | Attn: Gary Yeong | Room H, 8th Floor | Ford Glory Plaza | 37-39 Wing Hong Street, Lai Chi Kok | Kowloon | HK | 215613 | China |
| Unifield Textiles Limited [Unifield Textiles (Shenzhen) Limited] | Attn: Gary Yeong | 5/F., Building 6, Jinhuafa Industrial Park, | Qingquan Road, LongHua district, | ShenZhen, GuangDong. China. | Shenzhen | Guangdong | 518109 | China |
| Unifield Textiles Limited [Unifield Textiles(Shenzhen) Limited] | Attn: Gary Yeong | Room H, 8th Floor, Ford Glory Plaza | 37-39 Wing Hong Street, Lai Chi Kok | Kowloon | Hong Kong | | | China |
| UTC Venture LLC | Attn: Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | | New Haven | CT | 06511 | |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu St | Tang Nhon Phu Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Vietnam |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu | Tang Nhon Phu B Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Viet Nam |
| WorkGenius Inc | Attn: Keith Geller | 108 West 39th Street | 7th floor | | New York | NY | 10018 | |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | No.2858 Xicheng Road | Chengxi Industrial area | | Yiwu | Zhejiang | 322000 | China |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

# <u>Exhibit B</u>

Document Ref: SZIUO-ZW7W4-EPZQ3-HC8QY



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 9stitches | Attn: Brittany Lawson | | onestitchntime@gmail.com |
| Alina Parfenov | | | Email on File |
| Arizona Department of Revenue | Attn: Lorraine Averitt | | laveritt@azdor.gov |
| Arizona Department of Revenue | c/o Office of the Arizona Attorney General - BCE | Attn: Tax, Bankruptcy and Collection Sct | bankruptcyunit@azag.gov |
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | Attn: Kemal Sahin | | hukuk@sahinlerholding.com.tr |
| CF Corporation | Attn: Su Kwan Park | | cfcorp.kr@gmail.com carine.park@cfcorp.co.kr skpark@cfcorp.co.kr cfcorp@naver.com cfcorp@daum.net |
| City of New York Office of Administrative Trials & Hearings (OATH) [Environmental Control Board (ECB)] | Attn: Diana C. Haines | | dhaines@oath.nyc.gov |
| Comenity Bank | c/o Bread Financial | Attn: Michael Galeano | michael.galeano@breadfinancial.com |
| Comenity Bank | c/o Burr & Forman LLP | Attn: James Haithcock | jhaithcock@burr.com |
| Continental Collection (HK) Ltd | Attn: Auto Tsang, May Lee | | autotsang@continentalhk.com.hk |
| Daniel Barron Cuadro [Effortless Gent, Barron Cuadro] | | | Email on File |
| Dappered LLC | Attn: Sarah Weber | | sarah@dappered.com |
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | | srgoyal@dhruvglobals.com sivadasan@dhruvglobals.com chetan@dhruvglobals.com |
| Disney Advertising Sales LLC | Gigi Taloma | | gigi.taloma@disney.com |
| FG Corporation Ltd. | Attn: Jessica Zhao, Tony Lee | | jessica@fg-tex.com tony@fg-tex.com |
| Fujian Suifu Textile Co., Ltd. | Attn: Marco Leung | | marco@nesengroup.com |
| Gwinnett County Tax Commissioner's Office [Gwinnett County] | Attn: Sharon Stowe | | taxcommissionere-bankruptcy@gwinnettcounty.com |
| Hansoll Textile Ltd. | Attn: Byongun Lee | | bulee@hansoll.com |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com avrooman@barclaydamon.com |
| Jeffrey Bermudez | | | Email on File |
| Jiatai Textile Technology Co., Ltd. | Attn: Marco Leung | | marco@nesengroup.com |
| KDM | Attn: Chris Eldridge | | c.eldridge@kdmpop.com |
| KDM Signs Inc | Attn: Amber Whitney | | a.whitney@kdmpop.com |
| Lehman Daman Construction Services Inc | Attn: Michael Funk | | mfunk@lehmandaman.com |
| Lydia Brock | | | Email on File |
| Magic Links, Inc | Attn: Brian Nickerson | | brian@magiclinks.com |
| Mall 1 - Bay Plaza, LLC | c/o Prestige Prop & Develop | Attn: Charles Farmer | cfarmer@prestige-nyc.com |
| Mall 1 - Bay Plaza, LLC | c/o Ruskin Moscou Faltischek, PC | Attn: M Amato | mamato@rmfpc.com |
| Margaret Wilson | | | Email on File |
| Mike Dolan | | | Email on File |
| Missouri Department Of Revenue | Attn: Will E Gray | | willgray95@yahoo.com |
| Missouri Department Of Revenue | Attn: Will E Gray | | will.gray@dor.mo.gov |
| Municipality of Carolina | | | lavega@carolina.pr.gov |
| Municipality of Carolina | Attn: Juan Manuel Aponte | | juanmaaponte@yahoo.com |
| New Jersey Unclaimed Property Administration | Attn: Heather Graham | | upabankruptcy@treas.nj.gov |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| New York City Department of Finance | Attn: Catherine Leung | | leungc@finance.nyc.gov |
| North Carolina Self-Insurance Security Association | c/o Stuart Law Firm, PLLC | | wpiner@stuartlawfirm.com tdew@stuartlawfirm.com |
| Pearl Global Industries FZCO | Attn: Vaneet Arya and Sumit Lath | | vaneet.arya@ptpinnacle.com sumit.lath@pearlglobal.com |
| Pearl Global Industries FZCO | c/o Pryor Cashman LLP | Attn: Jake Starr | jstarr@pryorcashman.com |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | | tauhid@pkbdl.com |
| PSEG Long Island | Attn: Jill Ciaramitaro | | pseglongislandbankruptcy@pseg.com |
| PT. Mod Indo | Attn: Mohinder Dudani | | mdudani@modindo.com |
| PT. Mod Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | jstarr@pryorcashman.com |
| Riverside County Treasurer-Tax Collector | | | rcttcbankruptcy@rivco.org |
| San Diego Hat Company | Attn: Linda Leal | | linda.leal@sandiegohat.com |
| Sangertown Square, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com |
| Satoru Saito | | | Email on File |
| Silver Crest Clothing Private Limited | Attn: Bikash Sharma | | bikash@silvercrest.in |
| Spartanburg County Tax Collector | Attn: Patricia A. Jamison | | pjamison@spartanburgcounty.org |
| State Artist Management LLC | Attn: Cynthia Antoinette Jones-Donker | | accounts@statemgmt.com |
| State of New Jersey Division of Taxation | Attn: Christine Ditta | | christine.ditta@treas.nj.gov |
| Tarik Fayad | | | Email on File |
| Tarik Fayad | | | Email on File |
| Tim Baxter | | | Email on File |
| Unifield Textiles Limited | Attn: Gary Yeong | | garyyeong@unifield.com.hk garryyong@unifield.com.hk |
| Unifield Textiles Limited [Unifield Textiles (Shenzhen) Limited] | Attn: Gary Yeong | | jasonhuang@unifield.com.hk |
| Unifield Textiles Limited [Unifield Textiles(Shenzhen) Limited] | Attn: Gary Yeong | | jasonhuang@unifield.com.hk garyyeong@unifield.com.hk |
| UTC Venture LLC | Attn: Niclas A. Ferland | | nferland@barclaydamon.com |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | | dvhung@gmail.com dvhung@ppj-international.com |
| WorkGenius Inc | Attn: Keith Geller | | keith@jbc.team |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | | amy_chui@tianpaichina.cn sabrina.miao@newpaichina.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: SZIUO-ZW7W4-EPZQ3-HC8QY

# <u>Exhibit C</u>



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alight Solutions LLC | Attn: Chief Counsel & Bridget Adaska | 320 South Canal Street 50th Fl | Suite 5000 | | Chicago | Illinois | 60606 | |
| Aparicio, Ashley | | Address on File | | | | | | |
| Arnaiz,Sofia C. | | Address on File | | | | | | |
| Avalos Molina,Stephanie | | Address on File | | | | | | |
| Bevier,Destiney G | | Address on File | | | | | | |
| Colarusso,Emma | | Address on File | | | | | | |
| Darren Graham | | Address on File | | | | | | |
| Denise Renteria | | Address on File | | | | | | |
| Dona Ana County Treasurer | Attn: Eric L. Rodriguez | 845 N Motel Blvd | | | Las Cruces | NM | 88007 | |
| Dylan Ruben Ochoa Cardozo | | Address on File | | | | | | |
| Hangzhou Shangxiang Textile Co. Ltd. | Attn: Jessie Chen | Kanshan Industrial Zone | Xiaoshan District | | Hangzhou | Zhejiang | 311243 | China |
| Horizon Enterprise Limited | Attn: Viola Wan; Yim Mei Wan | G/F 39 Shek Kip Mei St | | | Shamshuipo, Kowloon | | | Hong Kong |
| Illinois Department of Revenue | c/o Bankruptcy Section | Attn: Christopher Fuiten | PO Box 19035 | | Springfield | IL | 62794 | |
| Jiangsu Progress Textile Technology Co., Ltd | Attn: Myra Lu | No 109 East Changhong Road | Mahang Town, Wujin District | | Changzhou | Jiangsu | 213161 | China |
| Jiangsu Xinfang Import & Export Co.,LTD | Attn: Johnson Gu | No.211 Haiba Road,Daxin Town, | Zhangjiagang,Jiangsu,China | | Zhangjiagang | Jiangsu | 215636 | China |
| Ruting Yan | | Address on File | | | | | | |
| San Diego County Treasurer-Tax Collector | Attn: BK Desk | 1600 Pacific Highway | Rm 162 | | San Diego | CA | 92101 | |
| Solomon Page Group LLC | Attn: Raquel Ocasio | PO Box 713201 | | | Chicago | IL | 60677 | |
| Solomon Page Group LLC | Attn: Raquel Ocasio | 260 Madison Ave | 4th Floor | | New York | NY | 10016 | |
| Texfriend Korea [TFK (Texfriend KOREA )] | Attn: Daebok Lee | R#503, 193 Wiryegwangjang-Ro, Songpa-Gu | | | Seoul | | 05849 | Korea |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | Attn: Lyn Beasore | 4 Limited Parkway | | | Reynoldsburg | OH | 43068 | |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Kari B. Coniglio | 200 Public Square | Suite 1400 | Cleveland | OH | 44114-2327 | |
| Visplay Inc | c/o Cubework | Attn: Andreas Dold | 175 Cesanek Road | | Northampton | PA | 18067 | |
| Wt Media Inc. | c/o Wt Media srl | via Morimondo 26 | | | Milano | | 20143 | Italy |
| Wt Media Inc. | c/o Funaro & Co. | Attn: Giuseppe Trombetta | Empire State Building | 350 5th Ave | New York | NY | 10118 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# Exhibit D



### Exhibit D
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alight Solutions LLC | Attn: Chief Counsel & Bridget Adaska | | bridget.adaska@alight.com |
| Aparicio, Ashley | | | Email on File |
| Arnaiz,Sofia C. | | | Email on File |
| Avalos Molina,Stephanie | | | Email on File |
| Bevier,Destiney G | | | Email on File |
| Colarusso,Emma | | | Email on File |
| Darren Graham | | | Email on File |
| Denise Renteria | | | Email on File |
| Dona Ana County Treasurer | Attn: Eric L. Rodriguez | | christopherhu@donaanacounty.org ericrod@donaanacounty.org |
| Dylan Ruben Ochoa Cardozo | | | Email on File |
| Hangzhou Shangxiang Textile Co. Ltd. | Attn: Jessie Chen | | jessie@hzsbtex.com |
| Horizon Enterprise Limited | Attn: Viola Wan; Yim Mei Wan | | martin@hkhorizon.com |
| Illinois Department of Revenue | c/o Bankruptcy Section | Attn: Christopher Fuiten | rev.bankruptcy@illinois.gov christopher.fuiten@illinois.gov |
| Jiangsu Progress Textile Technology Co., Ltd | Attn: Myra Lu | | myra@wedytextile.com |
| Jiangsu Xinfang Import & Export Co.,LTD | Attn: Johnson Gu | | johnson@xinfang.com |
| Ruting Yan | | | Email on File |
| San Diego County Treasurer-Tax Collector | Attn: BK Desk | | edward.king@sdcounty.ca.gov |
| Solomon Page Group LLC | Attn: Raquel Ocasio | | rocasio@solomonpage.com |
| Solomon Page Group LLC | Attn: Raquel Ocasio | | accountsreceivable@solomonpage.com |
| Texfriend Korea [TFK (Texfriend KOREA )] | Attn: Daebok Lee | | monica@texfriend.co.kr |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | Attn: Lyn Beasore | | lbeasore@victoria.com |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Kari B. Coniglio | kbconiglio@vorys.com |
| Visplay Inc | c/o Cubework | Attn: Andreas Dold | andreas.dold@visplay.com |
| Wt Media Inc. | c/o Wt Media srl | | office@wtmedia.us |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

# <u>Exhibit E</u>



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | | brett.herschenfeld@slgreen.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | john.cannizzaro@icemiller.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br>shahbazis@ballardspahr.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | ghofmann@ck.law |
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | | phong@alvarezandmarsal.com<br>sanjay.srikanth@alvarezandmarsal.com<br>bankruptcy.notices@alvarezandmarsal.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Arizona Office of the Attorney General | c/o Consumer Information and Complaints | | consumerinfo@azag.gov |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | cmbrosius@vorys.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford Taylor & Preston LLP | Attn: Christopher A Jones | cajones@whitefordlaw.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | bmuchinsky@illuminatelg.com |
| Blue Yonder, Inc. | c/o Connolly Gallager LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| BlueCore Inc | Attn: Liz Madsen | | liz.madsen@bluecore.com |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | | elisabeth.keller@capillarytech.com<br>sridhar.bollam@capillarytech.com |
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | jcarr@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Bankruptcy Section | sandron@broward.org |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | mkurzman@carmodylaw.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com<br>nmeyers@leechtishman.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| CFL Distribution Inc | Attn: Lynda Wong | | lynda_wong@cflhk.com |
| Chacon | Attn: Armond M. Jackson | | ajackson@jacksonapc.com |
| Chacon | Attn: Raul Perez | | raul.perez@capstonelawyers.com |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D Reece | lreece@pbfcm.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | bankruptcy@abernathy-law.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | jhaithcock@burr.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk<br>azia@ecbl.pk |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Delaware Department of Justice | Attn Bankruptcy Unit | | attorney.general@state.de.us |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | jgiampolo@rosenbergestis.com |
| E-Teen Company Limited | Attn: Kevin Luk | | kevin.luk@eteen-hk.com |
| EXP OldCo Winddown, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>nicholas.adzima@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com<br>myurkewicz@klehr.com<br>aradovanovich@klehr.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | daniel.daines@kirkland.com |
| Fashion Island Retail LLC [Fashion Island Shopping Center] | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| GGP Columbia Mall | Attn: Troy Benson | | troy.benson@bpretail.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 2 of 6

Document Ref: SZIUO-ZW7W4-EPZQ3-HC8QY



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Jeffrey M. Kurzon | | | Email on File |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | gary@lcllp.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | todd@lcllp.com<br>scott@lcllp.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Korea Trade Insurance Corporation | c/o Ice Miller LLP | Attn: Aaron H. Stulman & Maria Kotsiras | aaron.stulman@icemiller.com<br>maria.kotsiras@icemiller.com |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | | eddie.chan@leverstyle.com<br>william.tan@leverstyle.com<br>derek.lee@leverstyle.com<br>winnie.man@leverstyle.com |
| Li & Fung (Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | | laurencerudge@lifung.com<br>gordonchiang@lifung.com<br>legalnotices@lifung.com |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com<br>tfreedman@csglaw.com |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmonroe@pbfcm.com<br>lmbkr@pbfcm.com |
| Macerich Cerritos LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | | jrich@madisoncountyal.gov |
| Manatee County Tax Collector [Ken Burton, Jr., Manatee County Tax Collector] | Attn: Michelle Leeson | | legal@taxcollector.com |
| Manchu Times Fashion Limited | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | tklestadt@klestadt.com |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | | michaelli@manchutimesfashion.com<br>olivialuk@manchutimesfashion.com |
| Maryland Office of the Attorney General | Consumer Protection Division | | oag@oag.state.md.us<br>consumer@oag.state.md.us |
| Matthew Moellering | c/o Skadden, Slate, Meagher & Flom LLP | Attn: Joseph O. Larkin, Stephen Della Penna | joseph.larkin@skadden.com<br>stephen.dellapenna@skadden.com |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | | dbloch@mgfsourcing.com |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 3 of 6

Document Ref: SZIUO-ZW7W4-EPZQ3-HC8QY



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Monument Consulting LLC | Attn: Allison Hutchcroft, Chris Miller | | allison.hutchcroft@monumentconsulting.com |
| Monument Consulting, Inc. | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | dckerrick@dkhogan.com |
| Motives | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |
| Nancy C. Millan, Hillsborough County Tax Collector | Attn: Brian T. Fitzgerald | | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | NH Department of Justice | | attorneygeneral@doj.nh.gov |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | | suelee@newtimesgroup.com<br>eunicekim@newtimesgroup.com |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com<br>nmeyers@leechtishman.com |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | cmwinter@duanemorris.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | jbillingsley@duanemorris.com |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  John Schanne | | john.schanne@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | luke.murley@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com<br>hpohyar@buchalter.com |
| Oracle America, Inc. | c/o The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi and Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | | carolhong@pbms.biz |
| Pandera Systems, LLC | Attn: Steve Jones | | steve.jones@66degrees.com |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | joaquin.alemany@hklaw.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 4 of 6



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| PREIT Services, LLC | c/o Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | kcapuzzi@beneschlaw.com dbrogan@beneschlaw.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Radial Inc | Attn: Kat Gibson, Emily Jones | | gibsonk@radial.com ejones@radial.com |
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | atanenbaum@dplawyers.com |
| Roth Bros., Inc. d/b/a Sodexo | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com jnimeroff@brownnimeroff.com |
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| Salesforce Inc | Attn: Kevin Ramirez | | kramirez@salesforce.com |
| Silver Crest Clothing Pvt Ltd - Unit III | Attn: Gautam Golchha | | gautam@silvercrest.in |
| Silver Spark Apparel Limited | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover & Juan E. Martinez | jhoover@beneschlaw.com jmartinez@beneschlaw.com |
| Silver Spark Apparel Limited | c/o Kane Russell Coleman Logan PC | Attn: John J. Kane and JaKayla J. DaBera | jkane@krcl.com jdabera@krcl.com |
| Simon Capital GP | Attn: Jon Murphy | | jonmurphy@simon.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | cmiller@morrisnichols.com donna.compton@tanger.com |
| Tanger Properties Limited Partnership | Attn: Justin Stein | | js@tanger.com |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Tennessee Attorney General's Office | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | agbankdelaware@ag.tn.gov |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| The Shops at NorthCreek LLC | c/o Bradford Dempsey Law LLC | Attn: Bradford E. Dempsey | brad@dempseycounsel.com |
| Timothy Baxter | c/o Cooley LLP | Attn: Patrick Gibbs | pgibbs@cooley.com |
| Timothy Baxter | c/o Cooley LLP | Attn: Sarah M. Lightdale & Brian M. French | slightdale@cooley.com bfrench@cooley.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: SZIUO-ZW7W4-EPZQ3-HC8QY



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Timothy Baxter | c/o Young Conaway Stargatt & Taylor LLP | Attn: Sean M. Beach, Kevin A. Guerke, Renae P. Pagano & Katherine Majewski | sbeach@ycst.com kguerke@ycst.com rpagano@ycst.com kmajewski@ycst.com |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | | keven@totefashion.com.tw |
| Tracy L. Klestadt, Plan Administrator | c/o Klestadt Winters Jureller Southard & Stevens LLP | Attn: Brendan M. Scott | bscott@klestadt.com |
| Tracy L. Klestadt, Plan Administrator | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com rschmidt@kramerlevin.com |
| Tracy L. Klestadt, Plan Administrator | c/o Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A. Starks | jenny.mccoy@traviscountytx.gov jason.starks@traviscountytx.gov |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | | emily.j.abrahamson@wellsfargo.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com dimitri.karcazes@goldbergkohn.com keith.radner@goldbergkohn.com eva.gadzheva@goldbergkohn.com |
| WHP Global | c/o Morris, Nicholas, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@morrisnichols.com |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | jafeltman@wlrk.com bsarfa@wlrk.com |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com eseverini@fbtlaw.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 6 of 6