N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 22, 2026
AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE KAREN  B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS
CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER:**

1.    Plan Administrator's Third Motion to Extend the Deadline to Object to Claims [Docket No. 1650; filed: 04/02/26]

Response Deadline:  April 15, 2026 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Order Granting Plan Administrator's Third Motion to Extend the Deadline to Object to Claims [Docket No. 1664; signed and docketed: 04/17/26]

Status: On April 17, 2026, the Court entered an order approving this motion..

---

[1]    The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

**ADJOURNED MATTERS:**

2.   Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

Response Deadline:  February 12, 2025 at 4:00 p.m.; extended to August 28, 2025 for the Plan Administrator

Responses Received:

A.   Plan Administrator's Objection to Motion of Korea Trade Insurance Corporation for Payment of Administrative Expenses [Docket No. 1468; filed: 08/28/25]

Related Documents:

B.   Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

C.   Order Approving Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation [Docket No. 1423; signed and docketed: 07/15/25]

Status: The Plan Administrator and Korea Trade Insurance Corporation have agreed to continue the hearing on the motion to the May 29, 2026 omnibus hearing.

3.   Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500; filed: 10/07/25]

Response Deadline:  October 28, 2025 at 4:00 p.m.; extended to November 11, 2025 for County of Ventura Treasurer – Tax Collector; extended to May 8, 2026 for BJW Realty LLC ("**BJW Realty**")

Responses Received:

A.   Informal response from USPS

B.   Informal response from Tanger Management, LLC, Tanger Daytona, LLC, Tanger Outlets Deer Park, LLC, and Tanger Properties Limited Partnership

C.   Informal response from Ventura County Tax Collector

D.   Informal response from BJW Realty

Related Documents:

E.   Declaration of Arthur Almeida in Support of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500-3; filed: 10/07/25]

F.   Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1503 of USPS Only [Docket No. 1509; filed: 10/20/25]

G.   Order Sustaining Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 1550; signed and docketed: 10/31/25]

H.   Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1854 of Ventura County Tax Collector Only [Docket No. 1557; filed: 11/05/25]

Status: The Plan Administrator and BJW Realty have agreed to continue the hearing of the claim objection as to BJW Realty to the May 29, 2026 omnibus hearing.  On October 31, 2025, the Court entered an order sustaining the claim objection as to all other claims subject to the claim objection.

Dated: April 20, 2026

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:     (302) 421-6800
Email:        monique.disabatino@saul.com

  -and-

Lucian B.Murley (DE Bar No. 4892)
**AKERMAN LLP**
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone:     (302) 596-9205
Email:        luke.murley@akerman.com

  -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:     (212) 679-5359
Facsimile:     (212) 972-2245
Email:        bscott@klestadt.com

*Counsel. for the Plan Administrator*

4

57245409.1 04/20/2026