**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

### CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES

I, Monique B. DiSabatino, counsel to Tracy L. Klestadt, Plan Administrator of EXP OldCo Winddown, Inc. (the "**Plan Administrator**"*)*, hereby certify, as follows:

1.      Counsel to the Plan Administrator received omnibus hearing dates from Judge Owens's courtroom deputy.

2.      Enclosed herewith is a proposed order that states with specificity the times and dates of the omnibus hearings presently scheduled, subject to Court approval.

3.      The Plan Administrator respectfully request that the Court enter the Order Scheduling Omnibus Hearing Dates.

---

[1]      The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57751433.1 04/24/2026

Dated: April 24, 2026

                **SAUL EWING LLP**

                */s/ Monique B. DiSabatino*
                Monique B. DiSabatino (DE Bar No. 6027)
                1201 N. Market Street, Suite 2300
                P.O. Box 1266
                Wilmington, DE 19899
                Telephone:     (302) 421-6800
                Email:         monique.disabatino@saul.com

                 -and-

                Brendan M. Scott
                **KLESTADT WINTERS JURELLER**
                **SOUTHARD & STEVENS, LLP**
                200 West 41st Street, 17th Floor
                New York, NY 10036-7203
                Telephone:     (212) 679-5359
                Facsimile:      (212) 972-2245
                Email:         bscott@klestadt.com

                *Counsel. for the Plan Administrator*