**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., | Case No. 24-10831 (KBO) |
| Debtor. | **Re:  Docket No. 1671** |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated April 24, 2026, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 case:

| Date & Time |
|---|
| June 16, 2026 at 1:00 p.m. |
| July 16, 2026 at 9:30 a.m. |
| August 20, 2026 at 9:30 a.m. |

**Dated: April 24th, 2026
Wilmington, Delaware**

*Ka B. O*
**KAREN B. OWENS
CHIEF JUDGE**

57751433.2 04/24/2026