**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | (Jointly Administered) |
| | **Re: Docket No. 1662** |

**CERTIFICATION OF COUNSEL REGARDING TENTH**
**OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO**
**BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY**
**RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1.     On April 16, 2026, the *Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1662] (the "**Objection**") was filed with the Court, attached to which as Exhibit A is a proposed order sustaining the Objection (the "**Proposed Order**").

2.     Pursuant to the notice accompanying the Objection, responses to the Objection were required to have been filed with the Court and served on the undersigned so as to be received

---

[1]     The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

on or before May 7, 2026 at 4:00 p.m. (ET), which deadline was extended for Victoria's Secret & Co. ("**Victoria's Secret**") to May 15, 2026 at 4:00 p.m. (ET) (together, the "**Objection Deadline**").

3.      Prior to the Objection Deadline, the Plan Administrator received an informal response to the Objection from Victoria's Secret, which the parties are working to resolve.  No other formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      The Plan Administrator has removed the claim of Victoria Secret from the Proposed Order while the parties work to resolve its concerns and will submit a separate order to address such party's claim at a later date.

5.      With respect to the balance of the claims to the Objection, attached hereto as **Exhibit "1"** is the revised Proposed Order and its accompanying schedules (the "**Revised Order**"), which removes the Victoria Secret claim from the relevant schedule.

6.      Attached hereto as **Exhibit "2"** is a redline of relevant schedule to the Proposed Order, reflecting the removal of the Victoria Secret claim.

*[Remainder of page left intentionally blank]*

57834920.2 05/08/2026

7.     The undersigned counsel is available to respond to any questions that Court may have regarding the Revised Order.  Otherwise, the undersigned counsel respectfully requests that the Court signed the Revised Order and direct that it be docketed.

Dated: May 8, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*

Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email:      monique.disabatino@saul.com

-and-

Maxwell M. Hanamirian
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7756
Email:      maxwell.hanamirian@saul.com

-and-

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:      bscott@klestadt.com
                creilly@klestadt.com

*Counsel for the Plan Administrator*

3

57834920.2 05/08/2026