## Schedule 1

**Misclassified Claims**

57303176.7

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Schedule 1 - Misclassified Claims

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| 9stitches [Brittany Lawson] | 220 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,928.35<br>$275.00<br><br>$3,203.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,203.35<br><br>$3,203.35 | This claim is for services performed, and the claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| Baxter, Tim | 1022 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$556,003.85<br><br>$571,153.85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$571,153.85<br><br>$571,153.85 | This claim is for the unpaid portion of a severance owed pursuant to a pre-petition severance agreement.  Because the employee was terminated more than 180 days before the Petition Date, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. |
| Bermudez, Jeffrey | 1362 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,470.00<br>$0<br><br>$10,470.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,470.00<br><br>$10,470.00 | This claim is for services performed, and the claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| Brock, Lydia | 134 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,883.60<br>$0<br><br>$4,883.60 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,883.60<br><br>$4,883.60 | This claim is for services performed, and the claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| City of New York Office of Administrative Trials & Hearings (OATH) [Environmental Control Board (ECB)] | 1552 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,945.09<br>$0<br>$0<br><br>$1,945.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,945.09<br><br>$1,945.09 | This claim is for unpaid penalties. The Debtors no longer own the properties securing the claim and thus there is no collateral that can give rise to secured status, nor any other basis reflected to support such status. As a result, the claim should be reclassified to general unsecured status. |

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Dappered LLC | 235 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,800.00<br>$0<br><br>$7,800.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,800.00<br><br>$7,800.00 | This claim is for commissions earned under a service agreement with the claimant, a corporate entity, and does not qualify for priority under section 507(a)(4) of the Bankruptcy Code. |
| Daniel Barron Cuadro [Effortless Gent, Barron Cuadro] | 21 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$529.09<br>$0<br><br>$529.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$529.09<br><br>$529.09 | This claim is for "affiliate earned revenue."  No basis for priority under section 507(a)(4) is set forth in the claim or supported by the Debtors' records. |
| Dolan, Mike [Dolan, Michael] | 470 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$23,311.60<br><br>$38,461.60 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$38,461.60<br><br>$38,461.60 | This claim is for the remaining payments owed on account of a severance agreement. Partial payments made to-date exceed the $15,150 limit, so these amounts do not qualify for priority status under section 507(a)(4). |
| Legg, Jessica [Jessica Singh] | 1016 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,240.00<br>$0<br><br>$10,240.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,240.00<br><br>$10,240.00 | This claim relates to alleged outstanding amounts owed in connection with a pre-petition settlement of a pre-petition class action suit related to unpaid wages accrued between 2014 and 2022. This is not entitled to priority status under section 507(a)(4) of the Bankruptcy Code. |
| MagicLinks Inc | 726 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$21,703.67<br>$0<br><br>$21,703.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$21,703.67<br><br>$21,703.67 | This claim is for commissions earned under a service agreement with the claimant, a corporate entity, and does not qualify for priority under section 507(a)(4) of the Bankruptcy Code. |
| Municipality of Carolina | 1676 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,710.48<br>$0<br><br>$7,710.48 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$652.08<br>$7,058.40<br><br>$7,710.48 | A $7,058.40 portion of this claim pertains to 2013-20 sales tax. As a result, such amount is not entitled to priority status under section 507(a)(8)(E)(i) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| New York City Department of Finance | 1504 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$528,143.59<br>$0<br><br>$528,143.59 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$249,157.33<br>$278,986.26<br><br>$528,143.59 | A $276,486.26 portion of this claim pertains to 2018-20 taxes, and a separate $2,500 portion pertains to penalties associated with 2021-22 taxes. This aggregate $278,986.26 amount is not entitled to priority under section 507(a)(8) of the Bankruptcy Code and should be recharacterized to general unsecured status. |
| PSEG Long Island | 286 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$31,094.01<br>$0<br>$0<br><br>$31,094.01 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$31,094.01<br><br>$31,094.01 | Neither the Debtors' Books and Records nor the supporting materials attached to the claimant's proof of claim support this claim's asserted secured status. As a result, the asserted amount should be reclassified as a general unsecured claim. |
| Riverside County Treasurer-Tax Collector | 382 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,691.83<br>$0<br><br>$4,691.83 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,691.83<br><br>$4,691.83 | This claim is for property taxes for the 1983 fiscal year. As such, to the extent the claim is not otherwise disallowed in its entirety as a "no liability" claim, there is no basis for priority under section 507(a)(8) of the Bankruptcy Code and such claim should be reclassified as a general unsecured claim. |
| Riverside County Treasurer-Tax Collector | 386 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$12,127.59<br>$0<br>$0<br><br>$12,127.59 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$12,127.59<br><br>$12,127.59 | There is no collateral supporting the alleged secured claim. As such, to the extent the claim is not otherwise disallowed in its entirety as a "no liability" claim, such claim should be reclassified as a general unsecured claim. |
| Spartanburg County Tax Collector | 1800 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,304.98<br>$0<br><br>$2,304.98 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,304.98<br><br>$2,304.98 | This claim appears to be for 2013 real property taxes. To the extent not disallowed in its entirety as a "no liability" claim, there is no basis for priority under section 507(a)(8) of the Bankruptcy Code and such claim should be reclassified as a general unsecured claim. |
| State Artist Management LLC | 100 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,400.00<br>$0<br><br>$2,400.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,400.00<br><br>$2,400.00 | Claim is by an entity for services performed and does not qualify for priority under 507(a)(4) of the Bankruptcy Code. |

| Name of Claimant | Claim Number | Current Claim Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| State Artist Management LLC | 111 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,350.00<br>$0<br><br>$7,350.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,350.00<br><br>$7,350.00 | Claim is by an entity for services performed and does not qualify for priority under 507(a)(4) of the Bankruptcy Code. |
| State of New Jersey Division of Taxation | 1621 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$724.34<br>$4,343.11<br><br>$5,067.45 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$5,067.45<br><br>$5,067.45 | The asserted $724.34 priority amount is for 2015 sales taxes. As a result, this portion does not qualify for priority status under section 507(a)(8) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| Wilson, Margaret | 358 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,560.00<br>$0<br><br>$7,560.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,560.00<br><br>$7,560.00 | The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim. |
| WorkGenius Inc [JBCHoldings] | 368 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$8,050.00<br>$0<br><br>$8,050.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$8,050.00<br><br>$8,050.00 | Claim is by an entity for services performed and does not qualify for priority under 507(a)(4) of the Bankruptcy Code. |