## Schedule 2

**Overstated Claims**

57303176.7

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
Schedule 2 - Overstated Claims

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | 98 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$596,478.46<br><br>$596,478.46 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$341,237.74<br><br>$341,237.74 | A $241,014.94 portion of this claim was satisfied by a $116,984.94 wire payment on 6/26/2024 (ref. no. 008850), and a $124,030.00 wire payment on 8/24/2024 (ref. no. 008961). A separate $14,225.78 portion of this claim relates to a cancelled purchase order, and the claim reflects no basis to recover such amount from the Debtors. |
| Dhruv Globals Limited | 51 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $1,166,543.27<br>$0<br>$0<br>$1,101,173.27<br><br>$2,267,716.54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$826,393.24<br><br>$826,393.24 | The $1,166,543.27 administrative portion of this claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding. As a result, the Debtors have no liability for the administrative portion of the claim.<br><br>The Debtors' Books and Records do not support $274,780.03 of the asserted general unsecured amount. As a result, the general unsecured portion of this claim should be reduced to $826,393.24. |
| KDM Signs Inc | 482 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$54,734.78<br><br>$54,734.78 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$38,987.33<br><br>$38,987.33 | The $15,747.45 portion of this claim was satisfied through payments made on 9/24/2024 (ref. no. 000062) and 10/18/2024 (ref. no. 000163). As a result, the Debtors' liability should be reduced by $15,747.45. |
| Mall 1 - Bay Plaza, LLC | 1679 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,326,047.47<br><br>$1,326,047.47 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,149,999.06<br><br>$1,149,999.06 | The claim is for lease rejection damages and unpaid pre-petition rent. The Debtors' Books and Records do not support the amounts asserted in the proof of claim. The claim lacks supporting documentation or calculations, and multiple attempts to contact the claimant were made and unanswered. As a result, the claim should be reduced to $1,149,999.06 to align with the Debtors' Books and Records. |
| Pearl Global Industries FZCO | 700 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$195,755.00<br><br>$195,755.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$17,435.00<br><br>$17,435.00 | A $178,322.00 portion of this claim is for invoices that have been assumed and assigned to the buyer pursuant to the sale order [D.I. 471]. As a result, the Debtors have no liability for this amount. |

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Pioneer Knitwears BD Ltd. [Pioneer] | 447 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$948,497.04<br><br>$948,497.04 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$64,192.56<br><br>$64,192.56 | A $799,733.50 portion of this claim was paid across 4 dates: (i) $136,494.89 on 6/26/2024 (ref. no. 008867), (ii) $252,169.14 on 7/7/2024 (ref. no. 008912), (iii) $37,607.28 on 8/10/2024 (ref. no. 008942), and (iv) $373,462.19 on 8/24/2024 (ref. no. 008958).<br><br>A separate $84,570.98 portion of this claim was assumed by the buyer pursuant to the sale order [D.I. 471]. As a result, the claim should be reduced to $64,192.56 |
| PT. Mod Indo | 423 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$624,314.39<br><br>$624,314.39 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$128,364.28<br><br>$128,364.28 | A $495,950.11 portion of this claim was assumed by the buyer pursuant to the sale order [D.I. 471]. As a result, the claim should be reduced to $128,364.28. |
| Silver Crest Clothing Private Limited | 1044 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,247,280.31<br><br>$2,247,280.31 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,998,966.09<br><br>$1,998,966.09 | A $244,341.84 portion of this claim was satisfied by a $244,341.84 wire payment on 9/18/2024 with reference no. 008996.<br><br>A separate $3,972.38 portion of this claim pertains to trim liability from cancelled purchase orders. The proof of claim cites no legal basis to support the Debtors' liability for trim that was not shipped to the Debtors. As a result, the claim has been modified to exclude this amount. |
| UTC Venture LLC | 1066 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$892,146.35<br><br>$892,146.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$787,612.94<br><br>$787,612.94 | This claim is for lease rejection damages and pre-petition charges. The lease was rejected on 6/30/2024 pursuant to Docket No. 564. When the lease was rejected, 7.1 months were remaining on the lease term. The claimant incorrectly calculated estimated rejection damages as of 5/31/2024. As a result, the claim has been modified to reflect this adjustment. |
| Vinatex International Joint Stock Company | 494 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$437,144.99<br><br>$437,144.99 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$148,578.99<br><br>$148,578.99 | A $246,490.00 portion of this claim was assumed by the buyer pursuant to the sale order [D.I. 471]. As a result, the Debtors have no liability for this amount.<br><br>A separate $42,076.00 portion of this claim is not supported by the Debtors' Books and Records or documentation included in the proof of claim. The claim should be reduced to $148,578.99 |
| Vinatex International Joint Stock Company | 1459 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$306,686.30<br><br>$306,686.30 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$340.08<br><br>$340.08 | A $145,912.36 portion of this claim was satisfied by payment on 8/22/2024 with reference no. PF50102189.<br><br>A separate $160,433.86 portion of this claim pertains to unshipped unfinished goods and provides no legal basis for the Debtors' alleged liability for such goods. The claim has thus been modified to exclude such amounts. |