**Schedule 3**

**Overstated and Misclassified Claims**

57303176.7

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 3 - Overstated and Misclassified Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Status | | Reason for Modification |
|---|---|---|---|---|---|---|
| Fayad, Tarik | 135 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$12,480.00<br>$7,716.80<br><br>$20,196.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$12,480.00<br><br>$12,480.00 | The filed proof of claim asserts a total claim amount of $20,196.80; however, the claimant's supporting documents only support $18,116.80 of the total asserted amount.<br><br>This claim is for pre-petition services. The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim.<br><br>A $5,636.80 portion of this claim is for post-petition interest on alleged pre-petition services and should be disallowed pursuant to section 502(b) of the Bankruptcy Code. |
| Gwinnett County Tax Commissioner's Office [Gwinnett County] | 1674 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$26,800.97<br>$0<br><br>$26,800.97 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,590.32<br>$10,236.97<br><br>$17,827.29 | This claim pertains to 2022–24 property taxes and relates to the Debtors' lease of store 86, located at 3333 Buford Dr SP #1013, Burford, GA 30519-4913.<br><br>A $10,236.97 portion of this claim pertains to 2022 property taxes and does not qualify for priority status under section 507(a)(8) of the Bankruptcy Code.<br><br>A separate $8,973.68 portion of this claim is for 2024 property taxes. The lease for store 86 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 555. As a result, the Debtors have no liability for this amount. |
| Parfenov, Alina | 78 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$15,150.00<br>$2,407.15<br><br>$17,557.15 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$16,896.70<br><br>$16,896.70 | The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim.<br><br>A $660.45 portion of this claim is for postpetition services and was paid on 6/13/2024 by a $660.45 check with reference no. 6160920. |
| Saito, Satoru | 245 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,516.64<br>$0<br><br>$10,516.64 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,800.00<br><br>$4,800.00 | The claimant was not an employee of the Debtors. As a result, this claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified as a general unsecured claim.<br><br>The Debtors' Books and Records do not support a $5,600.00 portion of the asserted amount. A separate $116.64 portion was satisfied on 2/29/2024, as those expenses were included in the $17,600.00 check (reference no. 0715/29) paid to the claimant. |