## Schedule 4

**No Liability Claims**

57303176.7

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 4 - No Liability Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Arizona Department of Revenue | 119 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$20,000.00<br>$0<br><br>$20,000.00 | The claimant's proof of claim is based on estimated income taxes due for the fiscal year ending on January 31, 2024.  The tax filings for Debtor EXP OldCo Winddown, Inc. (f/k/a Express, Inc.), which is the debtor against which the claim is asserted, show a net loss for that fiscal period and no taxes due.  Therefore, the Debtors have no liability for this claim. |
| CF Corporation [Su Kwan Park] | 1427 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$183,803.43<br><br>$183,803.43 | The claim is for goods ordered from a non-Debtor third party. Neither the supporting materials attached to the claimant's proof of claim nor the Debtors' Books and Records support the amounts asserted by the claimant. As a result, the Debtors have no liability for this claim. |
| Continental Collection (HK) Ltd | 1049 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$11,582.29<br><br>$11,582.29 | The supporting materials attached to the proof of claim are for Seshin Apparel Co., Ltd., a non-Debtor entity. The Debtors' Books and Records do not support the asserted liability. As a result, the Debtors have no liability. |
| Disney Advertising Sales LLC | 1383 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$22,721.50<br><br>$22,721.50 | The claim is not supported by the Debtors' Books and Records, which show no liability to this claimant. |
| FG Corporation Ltd. | 1039 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$13,128.34<br><br>$13,128.34 | Claim documentation consists of an invoice between the claimant and a non-debtor third party.  The Debtors' Books and Records do not reflect any amounts owed to this claimant. |

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Hansoll Textile Ltd. | 1391 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$221,494.18<br><br>$221,494.18 | $54,940.74 of this claim was transferred to Korea Trade and is accounted for in Korea Trade's claim no. 1806.  The remaining $166,553.44 balance was paid on 8/22/2024 with payment reference no. PF50102195.  As a result, the Debtors have no liability to the claimant for this amount. |
| Jiatai Textile Technology Co., Ltd. [Fujian Suifu Textile Co., Ltd.] | 940 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$81,477.60<br><br>$81,477.60 | Claim documentation does not reflect an obligation of the Debtors, and the Debtors' Books and Records do not reflect any amounts owed to this claimant.  As a result, the Debtors have no liability. |
| Pearl Global Industries FZCO | 1139 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$11,388.33<br><br>$11,388.33 | The claim is for raw materials ordered by the claimant in connection with cancelled purchase orders and offers no legal basis to impose liability on the Debtors for such amounts. The Debtors' records do not reflect any such liability. |
| Riverside County Treasurer-Tax Collector | 382 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,691.83<br>$0<br><br>$4,691.83 | This claim is for property taxes for the 1983 fiscal year. The Debtors did not exist at the time the liability was incurred. As a result, the Debtors have no liability. To the extent not disallowed in its entirety, this claim is also subject to objection as a Misclassified Claim, as set forth on Schedule 1. |
| Riverside County Treasurer-Tax Collector | 386 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$12,127.59<br>$0<br>$0<br><br>$12,127.59 | The Debtors' Books and Records do not support the asserted liability. As a result, the Debtors have no liability. To the extent not disallowed in its entirety, this claim is also subject to objection as a Misclassified Claim, as set forth on Schedule 1. |
| San Diego Hat Company | 178 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$32,023.15<br><br>$32,023.15 | The Debtors' Books and Records do not support the asserted liability. As a result, the Debtors have no liability. |

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Spartanburg County Tax Collector | 1800 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,304.98<br>$0<br><br>$2,304.98 | This claim appears to be for 2013 real property taxes. The Debtors' Books and Records do not support the asserted amounts in the claim. As a result, the Debtors have no liability. To the extent not disallowed in its entirety, this claim is also subject to objection as a Misclassified Claim, as set forth on Schedule 1. |
| Unifield Textiles Limited | 838 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$210,305.81<br><br>$210,305.81 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |
| Unifield Textiles Limited | 843 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$14,070.65<br><br>$14,070.65 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |
| Unifield Textiles Limited [Unifield Textiles(Shenzhen) Limited] | 847 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$24,597.49<br><br>$24,597.49 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |
| Unifield Textiles Limited [Unifield Textiles(Shenzhen) Limited] | 861 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$13,591.12<br><br>$13,591.12 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. The Debtors' Books and Records do not support the amounts asserted in this claim. As a result, the Debtors have no liability. |

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Zhejiang Tianpai Knitting Co., Ltd. | 992 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $233,052.17<br>$0<br>$0<br>$0<br><br>$233,052.17 | The purchase orders provided in support of this claim were all either (i) paid for by the Debtors or (ii) assumed & assigned to the Purchaser.  These same purchase orders were also included in claim 1131, which was previously expunged on the same grounds per Court order entered on November 3, 2025 [D.I. 1552].  As a result, the Debtors have no liability for this claim. |
| Zhejiang Tianpai Knitting Co., Ltd. | 995 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | The purchase orders provided in support of this claim were all either (i) paid for by the Debtors or (ii) assumed & assigned to the Purchaser.  These same purchase orders were also included in claim 1131, which was previously expunged on the same grounds per Court order entered on November 3, 2025 [D.I. 1552].  As a result, the Debtors have no liability for this claim. |