## Schedule 5

## Fully Unliquidated Claims

57303176.7

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 5 - Fully Unliquidated Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Reason for Disallowance |
|---|---|---|---|---|
| Comenity Bank | 920 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is asserted as an unliquidated claim for potential chargebacks, refunds and other amounts that may arise under Private Label Credit Card Program Agreement; however, such agreement was assumed and assigned to the Purchaser with a $0.00 cure amount, as reflected in the *Order Authorizing the Debtors to Assume Certain Unexpired Leases* [D.I. 557]. Accordingly, this claim should be disallowed. |
| Missouri Department of Revenue | 1860 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is asserted as an unliquidated unsecured claim for sales taxes for March 2024; however, claim documentation indicates that no tax amounts are owed and, following outreach to claimant, no supporting documentation has been provided.  Debtors' records also reflect no obligations owed to this claimant.  Accordingly, this claim should be disallowed. |
| New Jersey Unclaimed Property Administration | 85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is an unliquidated claim asserted under unclaimed property law for certain abandoned and/or unclaimed assets specified therein.  The confirmed plan [D.I. 1150] provides that any unclaimed property or interests in property will revert automatically to the Wind-Down Debtors without the need for further Bankruptcy Court Order (and notwithstanding any applicable federal or state escheat, abandoned or unclaimed property laws to the contrary). Accordingly, no such amounts are owed on account of this claim. |
| North Carolina Self-Insurance Security Association | 853 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Claim is asserted as an unliquidated and contingent claim for any unpaid worker's compensation obligations for a self-insurance period ending in 2007.  The claim has never been amended and/or supplemented, and the Debtors' records do not reflect any such obligations so as to serve as a basis for any recovery.  Accordingly, this claim should be disallowed. |