**Schedule 6**

**Partially Unliquidated Claims**

57303176.7

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 6 - Partially Unliquidated Claims**

| Name of Claimant | Claim Number | Current Claim Status | | Modified Claim Status | | Reason for Modification |
|---|---|---|---|---|---|---|
| HGP TIC, LLC | 1496 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$202.37<br><br>$202.37 | This claim was filed in the liquidated amount of $202.37 on account of pre-petition lease obligations, but the attachment to the claim states that the claim also includes unliquidated setoff and indemnification claims. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the filed amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the filed amount of $202.37. |
| HGP TIC, LLC | 1499 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$131,319.45<br><br>$131,319.45 | This claim was filed in the liquidated amount of $131,319.45 on account of lease rejection damages, but the attachment to the claim states that the claim also includes other unliquidated amounts. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the liquidated amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the  amount of $131,319.45. |
| Lehman Daman Construction Services Inc. | 537 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,648.00<br><br>$10,648.00 | Proof of claim form reflects an unliquidated claim amount but invoices attached to claim reflect a claim amount of $10,648.00, which is not disputed. |
| Sangertown Square, L.L.C. | 1500 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$13,719.84<br><br>$13,719.84 | This claim was filed in the liquidated amount of $13,719.84 on account of pre-petition lease obligations, but the attachment to the claim states that the claim also includes unliquidated attorney fees and indemnification claims. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the filed amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the filed amount of $13,719.84. |
| Sangertown Square, L.L.C. | 1505 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>Unliquidated<br><br>Unliquidated | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$265,909.82<br><br>$265,909.82 | This claim was filed in the liquidated amount of $265,909.82 on account of lease rejection damages, but the attachment to the claim states that the claim also includes other unliquidated amounts. The creditor has not supplemented the claim, nor does the claim include information to support an amount in excess of the liquidated amount. As a result, the unliquidated portion of this claim should be disallowed, and the claim should be allowed in the amount of $265,909.82. |