## Schedule 1

**Amended Claim**

57303482.3

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 1 - Amended Claims**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Illinois Department of Revenue | 1862 | 1198 | $25,370.32 | The claim has been amended and/or superseded by a subsequent claim, and it remains on the claims register only as a technicality. |