## Schedule 2

## Late-Filed Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 2 - Late-Filed Claims**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Dona Ana County Treasurer | 12/3/2024 | 1728 | $917.63 | This claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| San Diego County Treasurer-Tax Collector | 12/2/2024 | 1727 | $26,025.45 | This claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |
| San Diego County Treasurer-Tax Collector | 12/4/2024 | 1738 | $26,025.45 | This claim was filed after the Applicable Governmental Bar Date of October 22, 2024. |