## Schedule 3

**Insufficient Documentation Claims**

57303482.3

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 3 - Insufficient Documentation Claims**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Alight Solutions LLC | 1346 | $6,212.78 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Arnaiz,Sofia C. | 1061 | $100.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Aparicio, Ashley | 1854 | $0.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Avalos Molina, Stephanie | 611 | $72.82 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Bevier, Destiney G | 835 | $1,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Colarusso, Emma | 638 | $34.17 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Graham, Darren | 559 | $6,000.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Hangzhou Shangxiang Textile Co. Ltd. | 1048 | $175,550.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Horizon Enterprise Ltd | 799 | $180.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| JIANGSU PROGRESS TEXTILE TECHNOLOGY CO., LTD | 1386 | $42,366.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Jiangsu Xinfang Import & Export Co.,LTD | 1124 | $223,204.86 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Ochoa Cardozo, Dylan Ruben | 787 | $100.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Renteria, Denise | 591 | $60.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Solomon Page Group LLC | 288 | $8,775.59 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Texfriend Korea [TFK (Texfriend KOREA )] | 1043 | $60,236.86 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Visplay Inc | 1861 | $14,567.14 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 3 - Insufficient Documentation Claims**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Wt Media Inc. | 283 | $4,086.29 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |
| Yan, Ruting | 562 | $200.00 | The claimant's supporting documentation is insufficient to support the validity and amount of the claim and there is no basis in the Debtors' Books and Records supporting the claim. |