**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket No. 1662**<br>**Hearing Date: May 29, 2026 at 10:00 a.m.** |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM FOR TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 FOR HEARING ON MAY 29, 2026**

PLEASE TAKE NOTICE that on May 11, 2026, counsel for Tracy L. Klestadt, appointed as plan administrator of EXP OldCo Winddown, Inc. (the "**Plan Administrator**") for the chapter 11 bankruptcy estates of the above captioned debtors, delivered to Chambers electronic copies of the proofs of claim to which the Plan Administrator has objected, that are the subject of the hearing scheduled for May 29, 2026 at 10:00 a.m., relating to the following claim objection:

> **Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** [Docket No. 1662; filed: 04/16/26]

Copies of said proofs of claim may be requested from the undersigned counsel.

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57738822.1 05/11/2026

Dated: May 11, 2026

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*

Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:      (302) 421-6800
Email:          monique.disabatino@saul.com

  -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:      (212) 679-5359
Facsimile:      (212) 972-2245
Email:          bscott@klestadt.com

*Counsel. for the Plan Administrator*

57738822.1 05/11/2026