**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc., [1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 8, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of No Objection to Ninth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-14**(Docket No. 1674)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on May 8, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Certification of Counsel Regarding Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1675)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 11, 2026

_Aurelie Blanadet_
_____
Aurelie I. Blanadet

State of Colorado          )
                          )  SS.
County of Denver          )

Subscribed and sworn before me this 11th day of May 2026 by Aurelie I. Blanadet.

_Danielle Harnden_
_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 9stitches | Attn: Brittany Lawson | 1301 Studer Ave | | | Columbus | OH | 43206 | |
| Alina Parfenov | | Address on File | | | | | | |
| Arizona Department of Revenue | Attn: Lorraine Averitt | 1600 W Monroe St | 7th Fl | | Phoenix | AZ | 85007-2650 | |
| Arizona Department of Revenue | c/o Office of the Arizona Attorney General - BCE | Attn: Tax, Bankruptcy and Collection Sct | 2005 N Central Ave | Suite 100 | Phoenix | AZ | 85004 | |
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | Attn: Kemal Sahin | Ayazaga Mah | Mimar Sinan Sk No:21 | B/34 Sariyer | Istanbul | | 34396 | Turkey |
| CF Corporation | Attn: Su Kwan Park | 1208 Dalgubeol-Daero | Dalseo-gu | | Daegu | | 24702 | Republic of Korea |
| Hearings (OATH) [Environmental Control Board (ECB)] | Attn: Diana C. Haines | 66 John St | 11 Fl | | New York | NY | 10038 | |
| Comenity Bank | c/o Bread Financial | Attn: Michael Galeano | 3095 Loyalty Circle | | Columbus | OH | 43219 | |
| Comenity Bank | c/o Burr & Forman LLP | Attn: James Haithcock | 420 N. 20th St | Ste 3400 | Birmingham | AL | 35203 | |
| Continental Collection (HK) Ltd | Attn: Auto Tsang, May Lee | Bldg | 29-37 Kwai Wing Road | | Kwai Chung | | | Hong Kong |
| Daniel Barron Cuadro [Effortless Gent, Barron Cuadro] | | Address on File | | | | | | |
| Dappered LLC | Attn: Sarah Weber | 4417 W Freemont St | | | Boise | ID | 83706 | |
| Dhruv Globals Limited | Sivadasan Nambiar, and Chetan Gupta | 14th Milestone | Delhi-Mathura Road | | Faridabad | Haryana | 121003 | India |
| Disney Advertising Sales LLC | | P.O. Box 5092 | | | New York | NY | 10087-5092 | |
| Disney Advertising Sales LLC | Gigi Taloma | Street | | | Burbank | CA | 91521-8940 | |
| FG Corporation Ltd. | Attn: Jessica Zhao, Tony Lee | Room 855, No.120 | Hong Jing R/D | | Shanghai | | 201103 | China |
| Fujian Suifu Textile Co., Ltd. | Attn: Marco Leung | No. 2 zone | Jitang Industrial Park | | Nanping-Shaowu City | Fujian | | China |
| Gwinnett County Tax Commissioner's Office [Gwinnett County] | Attn: Sharon Stowe | PO Box 372 | | | Lawrenceville | GA | 30046 | |
| Hansoll Textile Ltd. | Attn: Byongun Lee | 268, Songpa-daero | Songpa-gu | | Seoul | | 05719 | Korea, Republic of |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |
| Jeffrey Bermudez | | Address on File | | | | | | |
| Jiatai Textile Technology Co., Ltd. | Attn: Marco Leung | 15th Floor, Building A3, | Textile City, Yijing Road, | Haizhu District | Guangzhou City | Guangdong | | China |
| KDM | Attn: Chris Eldridge | 10450 N Medallion Drive | | | Cincinnati | OH | 45241 | |
| KDM Signs Inc | Attn: Amber Whitney | 10450 N Medallion Drive | | | Cincinnati | OH | 45241 | |
| Legg,Jessica [Jessica Singh] | | Address on File | | | | | | |
| Lehman Daman Construction Services Inc | Attn: Michael Funk | 975 Eastwind Drive | Ste 130 | | Westerville | OH | 43081 | |
| Lydia Brock | | Address on File | | | | | | |
| Magic Links, Inc | Attn: Brian Nickerson | PMB 2047 | 2801 Ocean Park Blvd | | Santa Monica | CA | 90405-2905 | |
| Mall 1 - Bay Plaza, LLC | c/o Prestige Prop & Develop | Attn: Charles Farmer | 546 Fifth Ave | 15th Flr | New York | NY | 10036 | |
| Mall 1 - Bay Plaza, LLC | c/o Ruskin Moscou Faltischek, PC | Attn: M Amato | 1425 RXR Plaza | | Uniondale | NY | 11556 | |
| Margaret Wilson | | Address on File | | | | | | |
| Mike Dolan | | Address on File | | | | | | |
| Missouri Department Of Revenue | Attn: Will E Gray | 505 N Taylor Ave | PO Box 475 | | California | MO | 65018 | |
| Missouri Department Of Revenue | Attn: Will E Gray | PO Box 475 | | | Jefferson City | MO | 65105 | |
| Municipality of Carolina | | PO Box 8 | | | Carolina | | 00984 | Puerto Rico |
| Municipality of Carolina | Attn: Juan Manuel Aponte | PO Box 1545 | | | Cabo Rojo | | 00623 | Puerto Rico |
| New Jersey Unclaimed Property Administration | Attn: Heather Graham | PO Box 214 | | | Trenton | NJ | 08625 | |
| New York City Department of Finance | Attn: Catherine Leung | 375 Pearl Street | 27th Floor | | New York | NY | 10038 | |
| North Carolina Self-Insurance Security Association | Attn: Kevin F. Walsh | PO Box 12442 | | | Raleigh | NC | 27605 | |
| North Carolina Self-Insurance Security Association | c/o Stuart Law Firm, PLLC | 1033 Wade Avenue | Suite 202 | | Raleigh | NC | 27605 | |
| Pearl Global Industries FZCO | Attn: Vaneet Arya and Sumit Lath | Office 331, Third Floor | 5 West A | Dubai Airport Freezone | | | | Dubai |
| Pearl Global Industries FZCO | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | Valuka 34 2240 BD | | | Valuka | Mymenshingh | 2240 | Bangladesh |
| PSEG Long Island | Attn: Jill Ciaramitaro | 15 Park Dr | | | Melville | NY | 11747 | |
| PT. Mod Indo | Attn: Mohinder Dudani | Kawasan Pergudangan Bumi Wahyu | Jl Raya Candi Rejo no. 9 | RT-10, RW-01 | Pringapus-Kabupaten Semarang Jawa Tengah | | 50553 | Indonesia |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PT. Mod Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| Riverside County Treasurer-Tax Collector | | 4080 Lemon St | 4th Fl | | Riverside | CA | 92501 | |
| San Diego Hat Company | Attn: Linda Leal | PO Box 131390 | | | Carlsbad | CA | 92013 | |
| Sangertown Square, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |
| Satoru Saito | | Address on File | | | | | | |
| Silver Crest Clothing Private Limited | Attn: Bikash Sharma | Plot No. 4E1 & 4E2 | Kiadb Industria Area | Attibele, Anekal Taluk | Bengaluru | Karnataka | 562107 | India |
| Spartanburg County Tax Collector | Attn: Patricia A. Jamison | 366 N Church St Suite 400 | | | Spartanburg | SC | 29303 | |
| State Artist Management LLC | Attn: Cynthia Antoinette Jones-Donker | 525 7th Ave | Ste 904 | | New York | NY | 10018 | |
| State of New Jersey Division of Taxation | Attn: Christine Ditta | PO Box 245 | | | Trenton | NJ | 08695 | |
| Tarik Fayad | | Address on File | | | | | | |
| Tarik Fayad | | Address on File | | | | | | |
| Tim Baxter | | Address on File | | | | | | |
| Unifield Textiles Limited | Attn: Gary Yeong | Room H, 8th Floor | Ford Glory Plaza | 37-39 Wing Hong Street, Lai Chi Kok | Kowloon | HK | 215613 | China |
| Unifield Textiles Limited [Unifield Textiles (Shenzhen) Limited] | Attn: Gary Yeong | 5/F., Building 6, Jinhuafa Industrial Park, | Qingquan Road, LongHua district, | ShenZhen, GuangDong. China. | Shenzhen | Guangdong | 518109 | China |
| Unifield Textiles Limited [Unifield Textiles(Shenzhen) Limited] | Attn: Gary Yeong | Room H, 8th Floor, Ford Glory Plaza | 37-39 Wing Hong Street, Lai Chi Kok | Kowloon | Hong Kong | | | China |
| UTC Venture LLC | Attn: Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | | New Haven | CT | 06511 | |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu | Tang Nhon Phu B Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Viet Nam |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu St | Tang Nhon Phu Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Vietnam |
| WorkGenius Inc | Attn: Keith Geller | 108 West 39th Street | 7th floor | | New York | NY | 10018 | |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | No.2858 Xicheng Road | Chengxi Industrial area | | Yiwu | Zhejiang | 322000 | China |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: JHZCL-KABEL-Q3MAD-93AHH

# <u>Exhibit B</u>



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 9stitches | Attn: Brittany Lawson | | onestitchntime@gmail.com |
| Alina Parfenov | | | Email on File |
| Arizona Department of Revenue | Attn: Lorraine Averitt | | laveritt@azdor.gov |
| Arizona Department of Revenue | c/o Office of the Arizona Attorney General - BCE | Attn: Tax, Bankruptcy and Collection Sct | bankruptcyunit@azag.gov |
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | Attn: Kemal Sahin | | hukuk@sahinlerholding.com.tr |
| CF Corporation | Attn: Su Kwan Park | | cfcorp.kr@gmail.com<br>carine.park@cfcorp.co.kr<br>skpark@cfcorp.co.kr<br>cfcorp@naver.com<br>cfcorp@daum.net |
| City of New York Office of Administrative Trials & Hearings (OATH) [Environmental Control Board (ECB)] | Attn: Diana C. Haines | | dhaines@oath.nyc.gov |
| Comenity Bank | c/o Bread Financial | Attn: Michael Galeano | michael.galeano@breadfinancial.com |
| Comenity Bank | c/o Burr & Forman LLP | Attn: James Haithcock | jhaithcock@burr.com |
| Continental Collection (HK) Ltd | Attn: Auto Tsang, May Lee | | autotsang@continentalhk.com.hk |
| Daniel Barron Cuadro [Effortless Gent, Barron Cuadro] | | | Email on File |
| Dappered LLC | Attn: Sarah Weber | | sarah@dappered.com |
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | | srgoyal@dhruvglobals.com<br>sivadasan@dhruvglobals.com<br>chetan@dhruvglobals.com |
| Disney Advertising Sales LLC | | | gigi.taloma@disney.com |
| Disney Advertising Sales LLC | Gigi Taloma | | gigi.taloma@disney.com |
| FG Corporation Ltd. | Attn: Jessica Zhao, Tony Lee | | jessica@fg-tex.com<br>tony@fg-tex.com |
| Fujian Suifu Textile Co., Ltd. | Attn: Marco Leung | | marco@nesengroup.com |
| Gwinnett County Tax Commissioner's Office [Gwinnett County] | Attn: Sharon Stowe | | taxcommissionere-bankruptcy@gwinnettcounty.com |
| Hansoll Textile Ltd. | Attn: Byongun Lee | | bulee@hansoll.com |
| HGP TIC, LLC | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com<br>avrooman@barclaydamon.com |
| Jeffrey Bermudez | | | Email on File |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
| --- | --- | --- | --- |
| Jiatai Textile Technology Co., Ltd. | Attn: Marco Leung | | marco@nesengroup.com |
| KDM | Attn: Chris Eldridge | | c.eldridge@kdmpop.com |
| KDM Signs Inc | Attn: Amber Whitney | | a.whitney@kdmpop.com |
| Lehman Daman Construction Services Inc | Attn: Michael Funk | | mfunk@lehmandaman.com |
| Lydia Brock | | | Email on File |
| Magic Links, Inc | Attn: Brian Nickerson | | brian@magiclinks.com |
| Mall 1 - Bay Plaza, LLC | c/o Prestige Prop & Develop | Attn: Charles Farmer | cfarmer@prestige-nyc.com |
| Mall 1 - Bay Plaza, LLC | c/o Ruskin Moscou Faltischek, PC | Attn: M Amato | mamato@rmfpc.com |
| Margaret Wilson | | | Email on File |
| Mike Dolan | | | Email on File |
| Missouri Department Of Revenue | Attn: Will E Gray | | willgray95@yahoo.com |
| Missouri Department Of Revenue | Attn: Will E Gray | | will.gray@dor.mo.gov |
| Municipality of Carolina | | | lavega@carolina.pr.gov |
| Municipality of Carolina | Attn: Juan Manuel Aponte | | juanmaaponte@yahoo.com |
| New Jersey Unclaimed Property Administration | Attn: Heather Graham | | upabankruptcy@treas.nj.gov |
| New York City Department of Finance | Attn: Catherine Leung | | leungc@finance.nyc.gov |
| North Carolina Self-Insurance Security Association | c/o Stuart Law Firm, PLLC | | wpiner@stuartlawfirm.com<br>tdew@stuartlawfirm.com |
| Pearl Global Industries FZCO | Attn: Vaneet Arya and Sumit Lath | | vaneet.arya@ptpinnacle.com<br>sumit.lath@pearlglobal.com |
| Pearl Global Industries FZCO | c/o Pryor Cashman LLP | Attn: Jake Starr | jstarr@pryorcashman.com |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | | tauhid@pkbdl.com |
| PSEG Long Island | Attn: Jill Ciaramitaro | | pseglongislandbankruptcy@pseg.com |
| PT. Mod Indo | Attn: Mohinder Dudani | | mdudani@modindo.com |
| PT. Mod Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | jstarr@pryorcashman.com |
| Riverside County Treasurer-Tax Collector | | | rcttcbankruptcy@rivco.org |
| San Diego Hat Company | Attn: Linda Leal | | linda.leal@sandiegohat.com |
| Sangertown Square, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M Newman | knewman@barclaydamon.com |
| Satoru Saito | | | Email on File |
| Silver Crest Clothing Private Limited | Attn: Bikash Sharma | | bikash@silvercrest.in |
| Spartanburg County Tax Collector | Attn: Patricia A. Jamison | | pjamison@spartanburgcounty.org |
| State Artist Management LLC | Attn: Cynthia Antoinette Jones-Donker | | accounts@statemgmt.com |
| State of New Jersey Division of Taxation | Attn: Christine Ditta | | christine.ditta@treas.nj.gov |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: JHZCL-KABEL-Q3MAD-93AHH



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tarik Fayad | | | Email on File |
| Tarik Fayad | | | Email on File |
| Tim Baxter | | | Email on File |
| Unifield Textiles Limited | Attn: Gary Yeong | | garyyeong@unifield.com.hk<br>garryyong@unifield.com.hk |
| Unifield Textiles Limited [Unifield Textiles (Shenzhen) Limited] | Attn: Gary Yeong | | jasonhuang@unifield.com.hk<br>garyyeong@unifield.com.hk |
| UTC Venture LLC | Attn: Niclas A. Ferland | | nferland@barclaydamon.com |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | | dvhung@gmail.com<br>dvhung@ppj-international.com |
| WorkGenius Inc | Attn: Keith Geller | | keith@jbc.team |
| Zhejiang Tianpai Knitting Co., Ltd. | Attn: Amy Chui, Sabrina Miao | | amy_chui@tianpaichina.cn<br>sabrina.miao@newpaichina.com |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

# Exhibit C

Document Ref: JHZCL-KABEL-Q3MAD-93AHH



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Alight Solutions LLC | Attn: Chief Counsel & Bridget Adaska | 320 South Canal Street 50th Fl | Suite 5000 | | Chicago | Illinois | 60606 | |
| Aparicio, Ashley | | Address on File | | | | | | |
| Arnaiz,Sofia C. | | Address on File | | | | | | |
| Avalos Molina,Stephanie | | Address on File | | | | | | |
| Bevier,Destiney G | | Address on File | | | | | | |
| Colarusso,Emma | | Address on File | | | | | | |
| Darren Graham | | Address on File | | | | | | |
| Denise Renteria | | Address on File | | | | | | |
| Dona Ana County Treasurer | Attn: Eric L. Rodriguez | 845 N Motel Blvd | | | Las Cruces | NM | 88007 | |
| Dylan Ruben Ochoa Cardozo | | Address on File | | | | | | |
| Hangzhou Shangxiang Textile Co. Ltd. | Attn: Jessie Chen | Kanshan Industrial Zone | Xiaoshan District | | Hangzhou | Zhejiang | 311243 | China |
| Horizon Enterprise Limited | Attn: Viola Wan; Yim Mei Wan | G/F 39 Shek Kip Mei St | | | Shamshuipo, Kowloon | | | Hong Kong |
| Illinois Department of Revenue | c/o Bankruptcy Section | Attn: Christopher Fuiten | PO Box 19035 | | Springfield | IL | 62794 | |
| Jiangsu Progress Textile Technology Co., Ltd | Attn: Myra Lu | No 109 East Changhong Road | Mahang Town, Wujin District | | Chanzghou | Jiangsu | 213161 | China |
| Jiangsu Xinfang Import & Export Co.,LTD | Attn: Johnson Gu | No.211 Haiba Road,Daxin Town, | Zhangjiagang,Jiangsu,China | | Zhangjiagang | Jiangsu | 215636 | China |
| Ruting Yan | | Address on File | | | | | | |
| San Diego County Treasurer-Tax Collector | Attn: BK Desk | 1600 Pacific Highway | Rm 162 | | San Diego | CA | 92101 | |
| Solomon Page Group LLC | Attn: Raquel Ocasio | 260 Madison Ave | 4th Floor | | New York | NY | 10016 | |
| Solomon Page Group LLC | Attn: Raquel Ocasio | PO Box 713201 | | | Chicago | IL | 60677 | |
| Texfriend Korea [TFK (Texfriend KOREA )] | Attn: Daebok Lee | R#503, 193 Wiryegwangjang-Ro, Songpa-Gu | | | Seoul | | 05849 | Korea |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | Attn: Lyn Beasore | 4 Limited Parkway | | | Reynoldsburg | OH | 43068 | |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Kari B. Coniglio | 200 Public Square | Suite 1400 | Cleveland | OH | 44114-2327 | |
| Visplay Inc | c/o Cubework | Attn: Andreas Dold | 175 Cesanek Road | | Northampton | PA | 18067 | |
| Wt Media Inc. | c/o Wt Media srl | via Morimondo 26 | | | Milano | | 20143 | Italy |
| Wt Media Inc. | c/o Funaro & Co. | Attn: Giuseppe Trombetta | Empire State Building | 350 5th Ave | New York | NY | 10118 | |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1

Document Ref: JHZCL-KABEL-Q3MAD-93AHH

# <u>Exhibit D</u>

Document Ref: JHZCL-KABEL-Q3MAD-93AHH

 **STRETTO**

## Exhibit D
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alight Solutions LLC | Attn: Chief Counsel & Bridget Adaska | | bridget.adaska@alight.com |
| Aparicio, Ashley | | | Email on File |
| Arnaiz,Sofia C. | | | Email on File |
| Avalos Molina,Stephanie | | | Email on File |
| Bevier,Destiney G | | | Email on File |
| Colarusso,Emma | | | Email on File |
| Darren Graham | | | Email on File |
| Denise Renteria | | | Email on File |
| Dona Ana County Treasurer | Attn: Eric L. Rodriguez | | christopherhu@donaanacounty.org<br>ericrod@donaanacounty.org |
| Dylan Ruben Ochoa Cardozo | | | Email on File |
| Hangzhou Shangxiang Textile Co. Ltd. | Attn: Jessie Chen | | jessie@hzsbtex.com |
| Horizon Enterprise Limited | Attn: Viola Wan; Yim Mei Wan | | martin@hkhorizon.com |
| Illinois Department of Revenue | c/o Bankruptcy Section | Attn: Christopher Fuiten | rev.bankruptcy@illinois.gov<br>christopher.fuiten@illinois.gov |
| Jiangsu Progress Textile Technology Co., Ltd | Attn: Myra Lu | | myra@wedytextile.com |
| Jiangsu Xinfang Import & Export Co.,LTD | Attn: Johnson Gu | | johnson@xinfang.com |
| Ruting Yan | | | Email on File |
| San Diego County Treasurer-Tax Collector | Attn: BK Desk | | edward.king@sdcounty.ca.gov |
| Solomon Page Group LLC | Attn: Raquel Ocasio | | rocasio@solomonpage.com |
| Solomon Page Group LLC | Attn: Raquel Ocasio | | accountsreceivable@solomonpage.com |
| Texfriend Korea [TFK (Texfriend KOREA )] | Attn: Daebok Lee | | monica@texfriend.co.kr |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | Attn: Lyn Beasore | | lbeasore@victoria.com |
| Victoria's Secret & Co., on behalf of itself and certain affiliates | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Kari B. Coniglio | mdwalkuski@vorys.com<br>kbconiglio@vorys.com |
| Visplay Inc | c/o Cubework | Attn: Andreas Dold | andreas.dold@visplay.com |
| Wt Media Inc. | c/o Wt Media srl | | office@wtmedia.us |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Document Ref: JHZCL-KABEL-Q3MAD-93AHH