**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | (Jointly Administered) |
| | **Re:  Docket No. 1662** |

**CERTIFICATION OF COUNSEL REGARDING (A) PROPOSED
ORDER SUSTAINING TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
WITH RESPECT TO CLAIM NO. 1239 OF VICTORIA'S SECRET & CO.
ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B)
AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND
LOCAL RULE 3007-1 AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator

(the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11

cases, hereby certifies as follows:

1.      On April 16, 2026, the *Tenth Omnibus (Non-Substantive) Objection to Claims*

*Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and*

*3007, and Local Rule 3007-1* [Docket No. 1662] (the "**Objection**") was filed with the Court,

attached to which as Exhibit A is a proposed order sustaining the Objection (the "**Proposed**

**Order**").

---

[1]     The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

2.     Pursuant to the notice accompanying the Objection, responses to the Objection were required to be filed by May 7, 2026 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for Victoria's Secret & Co. ("**Victoria's Secret**") to May 15, 2026 at 4:00 p.m. (prevailing Eastern Time) (together, the "**Objection Deadline**").

3.     Prior to the Objection Deadline, the Plan Administrator received an informal response from Victoria's Secret. No other responses were received prior to the Objection Deadline.

4.     With respect to all claims in the Objection other than the claim filed by Victoria's Secret ("**Claim 1239**"), the Plan Administrator filed the *Certification of Counsel Regarding Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1675] (the "**Certification**"), pursuant to which the Plan Administrator submitted an order sustaining the Objection with respect to such claims.  On May 11, 2026, the Court entered the Proposed Order sustaining the Objection with respect to such claims [Docket No. 1678].

5.     Following review of its records, counsel to Victoria's Secret advised that it could not locate any records supporting a claim against the Debtors and, as such, would not oppose the relief sought in the Objection as to such claim.

6.     Accordingly, attached hereto as **Exhibit A**, is a proposed order that seeks disallowance of Claim 1239, consistent with the relief sought in the Objection.

[*Remainder of page left intentionally blank*]

2

7.     The undersigned counsel is available to respond to any questions that Court may have regarding the proposed order.  Otherwise, the undersigned respectfully requests that the Court sign the order and direct that it be docketed.

Dated: May 15, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email:    monique.disabatino@saul.com

-and-

Maxwell M. Hanamirian
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7756
Email:    maxwell.hanamirian@saul.com

-and-

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:    bscott@klestadt.com
            creilly@klestadt.com

*Counsel for the Plan Administrator*

3