# EXHIBIT B

**Blackline – Amended Proposed Order**

57879986.3 05/19/2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket Nos. 1662, 1678 ~~and~~, 1683, 1684 and ___** |

**AMENDED ORDER SUSTAINING TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION WITH RESPECT TO CLAIM NO. ~~1239~~1229 OF VICTORIA'S SECRET & CO. ONLY PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing, *inter alia*, claim no. ~~1239~~1229 of Victoria's Secret & Co. (the "Claim ~~1239~~1229") as an Insufficient Documentation Claim; and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

57303482.5

2

Objection having been given under the circumstances; and upon certification of counsel of the Plan Administrator submitting this form of order; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection as to Claim ~~1239~~1229 is sustained as set forth herein.

2.      Claim ~~1239~~1229 is hereby disallowed and expunged in its entirety as an Insufficient Documentation Claim.

3.      The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

4.      The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

57303482.5

| Summary report: | |
|---|---|
| ra Compare for Word 11.14.0.42 Document comparison done on 5/19/2026 10:19:15 AM | |
| **name:** Default Style | |
| **gent Table Comparison:** Active | |
| **al DMS:** iw://saul.cloudimanage.com/firmdms/57303482/4 - Express - Tenth Omnibus Non substantive Objection.docx | |
| **ied DMS:** iw://saul.cloudimanage.com/firmdms/57303482/5 - Express - Tenth Omnibus Non substantive Objection.docx | |
| **ges:** | |
| | |
| From | |
| To | |
| Insert | |
| Delete | |
| moves to | |
| moves from | |
| lded Graphics (Visio, ChemDraw, Images etc.) | |
| lded Excel | |
| t changes | |
| **Changes:** | |