Docusign Envelope ID: 79D0E2FB-36AA-8189-804E-36931625B3E5

**Change of Address**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re:

EXP OldCo Winddown, Inc., et al.          )

Case No. 24-10831                  )

                                  )    Chapter 11 Proceeding

               Debtor.          )

                                    )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that PT. Mod Indo, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
PT. Mod Indo
Kawasan Pergudangan Bumi Wahyu
Jl Raya Candi Rejo no.9, RT-10, RW-01
Pringapus-Kabupaten Semarang
Jawa Tengah, 50553
Indonesia
&
PT. Mod Indo
c/o Pryor Cashman LLP
Attn: Conrad Chiu
7 Times Square
New York, NY 10036

**New Address**.
PT. Mod Indo
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY  11598
516-255-1801

PT. Mod Indo

Name: _MOHINDER DUDANI_
           ┌─Signed by:
Signature: _MOHINDER DUDAN_
Date: _5/17/2026_ 71B550D840E...