**IN THE U.S. Bankruptcy Court**
**District of Delaware**

|  |  |
|---|---|
| In re: <br> EXP OldCo Winddown, Inc. <br> et al., | ) ) ) ) ) ) ) ) ) |

Chapter 11

Case Number: 24-10831

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

PT. Mod Indo
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 423
Filed Claim Amount: $805,705.92
Allowed Amount of Claim: $128,364.28
Date Claim Filed: 6/6/2024

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (212) 421-4100
Last four digits of Acct.#   N/A

Name and Current Address of Transferor:

Phone:  516-255-1801
Last four digits of Acct#:   N/A

PT. Mod Indo
c/o Pryor Cashman
Attn: Conrad Chiu
7 Times Square
New York, NY 10036

Name and address where transferee payments should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross
Transferee/Transferee's Agent

Date: May 26 , 2026

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 79D0E2FB-36AA-8189-804E-36931625B3E5

Exhibit A to Assignment of Claim

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court ("Bankruptcy Court")
         District of Delaware
         Attention: Clerk


AND TO:  Project Pine OldCo, LLC
         Case No. 24-10835 (the "Debtor")
         (Jointly Administered under EXP OldCo Winddown, Inc., et al. Case No. 24-10831)


Claim #423 (the "Claim")

**PT. Mod Indo** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with the Claim in the amount of **USD$128,364.28**, against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____15_____ DAY OF _____May_____, 2026

ASSIGNOR: PT. Mod Indo

_MOHINDER DUDAN_____
(Signature)

MOHINDER DUDANI
_____
(Print Name)

President Director
_____
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_____
(Print Name)

Managing Member_____
(Title)

## STRETTO

## Claim Summary

**Creditor Name**  PT. Mod Indo
**Debtor Name**  Project Pine OldCo, LLC
**Debtor Case No.**  24-10835
**Claim No.**  423
**Date Filed**  06/06/2024
**Schedule No.**

## Schedule Amount

**General Unsecured**
**Admin Priority**
**Priority**  $0.00
**Secured**  $0.00

## Filed Claim Amount

**General Unsecured**  $624,314.39
**Admin Priority**  $181,391.53
**Priority**  $0.00
**Secured**  $0.00

## Current Claim Amount

**General Unsecured**  $128,364.28
**Admin Priority**
**Priority**
**Secured**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Notice Parties

## PT. Mod Indo