**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 29, 2026
AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

> **AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS
> CANCELLED WITH THE COURT'S PERMISSION.**

**ADJOURNED MATTER:**

1.  Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500; filed: 10/07/25]

    Response Deadline:  October 28, 2025 at 4:00 p.m.; extended to November 11, 2025 for County of Ventura Treasurer – Tax Collector; extended to June 2, 2026 for BJW Realty LLC ("**BJW Realty**")

    Responses Received:

    A.    Informal response from USPS

---

[1]    The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57245430.1 05/26/2026

B.      Informal response from Tanger Management, LLC, Tanger Daytona, LLC, Tanger Outlets Deer Park, LLC, and Tanger Properties Limited Partnership

C.      Informal response from Ventura County Tax Collector

D.      Informal response from BJW Realty

Related Documents:

E.      Declaration of Arthur Almeida in Support of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500-3; filed: 10/07/25]

F.      Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1503 of USPS Only [Docket No. 1509; filed: 10/20/25]

G.      Order Sustaining Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 1550; signed and docketed: 10/31/25]

H.      Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1854 of Ventura County Tax Collector Only [Docket No. 1557; filed: 11/05/25]

Status: The Plan Administrator and BJW Realty have finalized a stipulation resolving the Plan Administrator's objection to the claim and BJW Realty's response thereto, which the parties intend to submit for approval under certification of counsel.  In the meantime, the parties have agreed to continue the hearing on the claim objection to the June 16, 2026 omnibus hearing.  On October 31, 2025, the Court entered an order sustaining the claim objection as to all other claims subject to the claim objection.

## RESOLVED MATTERS:

2.      Korea Trade Insurance Corporation's ("**Korea Trade**") Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1239; filed: 01/29/25]

Response Deadline:  February 12, 2025 at 4:00 p.m.; extended to August 28, 2025 for the Plan Administrator

2

Responses Received:

A.    Plan Administrator's Objection to Motion of Korea Trade Insurance Corporation for Payment of Administrative Expenses [Docket No. 1468; filed: 08/28/25]

Related Documents:

B.    Notice of Supplement to Korea Trade Insurance Corporation's Motion for Allowance and Immediate Payment of Administrative Expense Claims [Docket No. 1257; filed: 01/31/25]

C.    Order Approving Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation [Docket No. 1423; signed and docketed: 07/15/25]

Status: The Plan Administrator and Korea Trade have resolved Korea Trade's administrative expense motion, subject to documentation.

3.    Ninth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1661; filed: 04/16/26]

Response Deadline:  May 7, 2026 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Declaration of Arthur Almeida in Support of Ninth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1661-3; filed: 04/16/26]

B.    Certification of No Objection [Docket No. 1675; filed: 05/08/26]

C.    Order Sustaining Ninth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1677; signed and docketed: 05/11/26]

D.    Notice of Submission of Proofs of Claim [Docket No. 1679; filed: 05/11/26]

Status: On May 11, 2026, the Court entered an order sustaining the claim objection.

4.    Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1662; filed: 04/16/26]

Response Deadline:  May 7, 2026 at 4:00 p.m.; extended for Victoria's Secret & Co. ("**Victoria's Secret**") to May 15, 2026 at 4:00 p.m.

<u>Responses Received</u>:

A.      Informal comments from Victoria's Secret

<u>Related Documents</u>:

B.      Declaration of Arthur Almeida in Support of Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1662-3; filed: 04/16/26]

C.      Certification of Counsel Regarding Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1675; filed: 05/08/26]

D.      Order Sustaining Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1678; signed and docketed: 05/11/26]

E.      Notice of Submission of Proofs of Claim [Docket No. 1680; filed: 05/11/26]

F.      Certification of Counsel Regarding (A) Proposed Order Sustaining Tenth Omnibus (Non-Substantive) Objection with Respect to Claim No. 1239 of Victoria's Secret & Co. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 and (B) No Objection to Same [Docket No. 1683; filed: 05/15/26]

G.      Order Sustaining Tenth Omnibus (Non-Substantive) Objection with Respect to Claim No. 1239 of Victoria's Secret & Co. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1684; signed and docketed: 05/18/26]

H.      Certification of Counsel Regarding (A) Amended Proposed Order Sustaining Tenth Omnibus (Non-Substantive) Objection with Respect to Claim No. 1229 of Victoria's Secret & Co. Only and (B) No Objection to Same [Docket No. 1686; filed: 05/19/26]

I.      Amended Order Sustaining Tenth Omnibus (Non-Substantive) Objection with Respect to Claim No. 1239 of Victoria's Secret & Co. Only Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1687; signed and docketed: 05/20/26]

<u>Status</u>: On May 11, 2026, the Court entered an order sustaining the claim objection as to all claims subject to the claim objection except for the claim of Victoria's Secret. On May 20, 2026, the Court entered an amended order sustaining the claim of Victoria's Secret.

4

Dated: May 26, 2026

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:        (302) 421-6800
Email:              monique.disabatino@saul.com


  -and-


Lucian B.Murley (DE Bar No. 4892)
**AKERMAN LLP**
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone:        (302) 596-9205
Email:              luke.murley@akerman.com


  -and-


Brendan M. Scott
**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:        (212) 679-5359
Facsimile:        (212) 972-2245
Email:              bscott@klestadt.com

*Counsel. for the Plan Administrator*

5