**United States Bankruptcy Court**

**District of Delaware**

In re: EXP OldCo Winddown, Inc.                              Chapter 11

Case No. 24-10831

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

        PLEASE TAKE NOTICE that MAGICLINKS INC, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
MAGICLINKS INC
1264 Bienveneda Ave
Pacific Palisades CA, 90272

New Address
MAGICLINKS INC
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

MAGICLINKS INC

By:_Brian Nickerson_

Name:_Brian Nickerson_____

Title:_CEO_____

Date:_May 27 2026 14:59 EDT____