**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket Nos. 1500, 1543, and 1550** |

**CERTIFICATION OF COUNSEL REGARDING (I) PROPOSED**
**ORDER (A) SUSTAINING, IN PART, SEVENTH OMNIBUS**
**(NON-SUBSTANTIVE) OBJECTION WITH RESPECT TO CLAIM NO.**
**1853 OF BJW REALTY LLC, AND (B) APPROVING STIPULATION**
**RESOLVING CLAIM NO. 1853 OF BJW REALTY LLC,**
**AND (II) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator

(the "**Plan Administrator**") for the above-captioned debtor in the above-captioned chapter 11

case, hereby certifies as follows:

1. On October 7, 2025, the *Seventh Omnibus (Non-Substantive) Objection to Claims*

*Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and*

*3007, and Local Rule 3007-1* [Docket No. 1500] (the "**Objection**") was filed with the Court.

2. Pursuant to the notice of the Objection, responses to the Objection were to be filed

by October 28, 2025, at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57919088.2

-2-

BJW Realty LLC ("**BJW**") to June 2, 2026 at 4:00 p.m. (prevailing Eastern Time) (together, the "**Objection Deadline**").

3.    Prior to the Objection Deadline, the Plan Administrator received informal responses from, *inter alia*, BJW.

4.    On October 31, 2025, the Court entered an order [Docket No. 1550] sustaining the Objection with respect to all claims in the Objection except for BJW's claim (the "**BJW Claim**") and certain claims for which the Plan Administrator agreed to withdraw its objection (as described in the certification of counsel located at Docket No. 1557).

5.    Thereafter, after conferring and exchanging information with BJW, the Plan Administrator and BJW entered into a stipulation (the "**Stipulation**") that resolves the Objection and BJW's response thereto.

6.    Attached hereto as **Exhibit A** is a proposed order (the "**Proposed Order**") that sustains the Objection to the BJW Claim, in part, on the terms set forth in the Stipulation (which is in turn attached to the Proposed Order as Exhibit 1).

7.    The undersigned has confirmed that the Proposed Order is acceptable to counsel to BJW.

[*Remainder of page left intentionally blank*]

-2-

57919088.2

8.      The undersigned counsel is available to respond to any questions the Court may have regarding the Proposed Order.  Otherwise, the undersigned respectfully requests that the Court sign the order and direct that it be docketed.

Dated: June 11, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email:      monique.disabatino@saul.com

-and-

Maxwell M. Hanamirian
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7756
Email:      maxwell.hanamirian@saul.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email:      bscott@klestadt.com
                creilly@klestadt.com

*Counsel for the Plan Administrator*

57919088.2