# EXHIBIT A

**Proposed Order – BJW Claim No. 1853 Only**

57919088.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket Nos. 1500, 1543, 1550, and ___** |

**ORDER (A) SUSTAINING, IN PART, SEVENTH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION WITH RESPECT TO CLAIM NO.
1853 OF BJW REALTY LLC, AND (B) APPROVING STIPULATION
RESOLVING CLAIM NO. 1853 OF BJW REALTY LLC**

Upon consideration of the *Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1500] (the "**Objection**"),[2] by which the Plan Administrator requested the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, reducing claim no. 1853 of BJW Realty LLC ("**Claim 1853**"); and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and upon the certification of counsel of the Plan Administrator submitting this form of order; and sufficient cause appearing therefor,

---

[1]   The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

56380462.9

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained, in part, as set forth herein.

2.      The stipulation attached hereto as **Exhibit 1** (the "**Stipulation**") is hereby approved.

3.      In accordance with the Stipulation, Claim 1853 shall be reduced and allowed as a general unsecured claim against Debtor Exp OldCo. Winddown, Inc. in the amount of $4,863,504.98, and shall not be subject to any further objections, reductions, disallowance, or avoidance actions.

4.      The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

5.      The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

**EXHIBIT 1**

**Stipulation**

56380462.9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN, INC. et al.,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**STIPULATION RESOLVING PLAN ADMINISTRATOR'S OBJECTION TO
CLAIM NO. 1853 FILED BY BJW REALTY LLC**

Tracy L. Klestadt (the "Plan Administrator"), in his capacity as the court-appointed Plan Administrator for Post-Effective Date EXP OldCo Winddown, Inc., et al., the debtors in the above referenced jointly administrated Chapter 11 cases, by and through his undersigned attorneys, and BJW Realty LLC (the "Claimant", and collectively with the Plan Administrator, the "Parties"), by and through its undersigned attorneys, enter into this stipulation (the "Stipulation") and agree as follows:

**WHEREAS,** on the Petition Date of April 22, 2024, the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

**WHEREAS,** on December 17, 2024, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming The Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates* [Docket No. 1150] (the "Confirmation Order"), approving, among other things, the terms of the *Joint Chapter 11 Plan of EXP OldCo Winddown, Inc. and its Debtor Affiliates* [Docket No. 1130] (as amended, modified, or supplemented from time to time, the "Plan"); and

**WHEREAS,** the Effective Date of the Plan occurred on December 31, 2024. *See Notice of (I) Entry of Confirmation Order, (ii) Occurrence of Effective Date, and (iii) Related Bar Dates* [Docket No. 1190]; and

**WHEREAS,** the Plan and Plan Supplement [Docket No. 1077], as amended, provided for the appointment of Tracy L. Klestadt as the Plan Administrator as of the Effective Date; and

---

[1] The Debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are EXP OldCo Winddown, Inc. (8128), Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382).

**WHEREAS**, the Plan provides that the Plan Administrator shall have authority to review, reconcile, compromise, settle, object, or prosecute Claims or Interests of any kind without further approval of the Bankruptcy Court; and

**WHEREAS**, the official claim register (the "Claim Register") in the Debtors' bankruptcy case is maintained by Stretto, Inc., which has been retained by the Plan Administrator as his Claims Agent (the "Claims Agent"); and

**WHEREAS**, on April 29, 2025, Claimant filed claim no. 1853 ("Claim 1853") against Exp OldCo.. Winddown, Inc., alleging that it holds a general unsecured claim in the amount of $5,480,891.88, arising from alleged damages incurred pursuant to the rejection of a lease; and

**WHEREAS**, on October 7, 2025, the Plan Administrator filed the *Seventh Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 1500] (the "7th Omnibus Objection"), wherein he sought to reduce the amount of Claim 1853 to $4,588,326.88.

**WHEREAS**, in an effort to avoid litigation costs, the Plan Administrator and Claimant wish to resolve any and all disputes related to Claim 1853; and

**NOW THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the date this Stipulation is fully executed (the "Effective Date"), the Plan Administrator and Claimant stipulate as follows:

1.     The foregoing recitals are hereby incorporated by reference into this Stipulation.

2.     Claim 1853 is hereby deemed to be reduced and allowed as a general unsecured claim against Exp OldCo. Winddown, Inc. in the amount of $4,863,504.98 and shall not be subject to any further objections, reductions, disallowance, or avoidance actions.

3.     The Claim Register shall be deemed modified in accordance with the terms of this Stipulation and the Plan Administrator, through the Claims Agent, may take such actions as necessary to modify the Claim Register accordingly without an order of the Bankruptcy Court.

4.     This Stipulation shall be binding upon the Parties and their respective successors and assigns from the date of its execution.

5.     Each of the Parties shall execute and deliver any and all additional papers, documents, and other assurances, and shall perform any and all acts reasonably necessary or appropriate in conjunction with the performance of their obligations under this Stipulation.

6.     The Parties represent and warrant that the signatories to this Stipulation are authorized to execute this Stipulation, that each has full power and authority to enter into this Stipulation and that this Stipulation constitutes a valid, binding agreement in accordance with its terms.

7.     This Stipulation may be executed by facsimile or electronically and in counterparts, all of which taken together shall constitute one and the same instrument.  All executed copies are duplicate originals equally admissible in evidence in the event an action to interpret or enforce this Stipulation is hereafter brought.  Facsimile or scanned signatures shall be acceptable as original signatures in executing this Stipulation.

8.     This Stipulation constitutes the full agreement of the Parties with respect to its subject matter and supersedes all prior agreements, conversations, negotiations, and understandings with respect thereto.  This Stipulation shall not be altered, amended, modified, or otherwise changed in any respect except by a writing duly executed by authorized representatives of each of the Parties.

9.     Nothing in this Stipulation shall be deemed an admission of any kind by any party nor shall this Stipulation be admissible for any purpose in any litigation or proceeding, except in a litigation or proceeding to enforce the terms of this Stipulation.

10.    The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Stipulation.

Dated: New York, New York
May 19, 2026

AGREED AND STIPULATED TO:

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS LLP**

By: *Christopher Reilly*

Brendan M. Scott
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000

*Attorneys for Tracy L. Klestadt as Plan*
*Administrator for the Post-Effective*
*Date Debtors*

AGREED AND STIPULATED TO:

**PATTERSON BELKNAP WEBB &**
**TYLER LLP**

By:

Daniel A. Lowenthal
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2720

*Counsel to BJW Realty LLC*

4