**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket Nos. 1500, 1543, 1550, and 1700** |

**ORDER (A) SUSTAINING, IN PART, SEVENTH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION WITH RESPECT TO CLAIM NO.
1853 OF BJW REALTY LLC, AND (B) APPROVING STIPULATION
RESOLVING CLAIM NO. 1853 OF BJW REALTY LLC**

Upon consideration of the *Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1500] (the "**Objection**"),[2] by which the Plan Administrator requested the entry of an order pursuant to sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, reducing claim no. 1853 of BJW Realty LLC ("**Claim 1853**"); and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and upon the certification of counsel of the Plan Administrator submitting this form of order; and sufficient cause appearing therefor,

---

[1]  The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

56380462.9

**IT IS HEREBY ORDERED THAT:**

1.        The Objection is sustained, in part, as set forth herein.

2.        The stipulation attached hereto as **Exhibit 1** (the "**Stipulation**") is hereby approved.

3.        In accordance with the Stipulation, Claim 1853 shall be reduced and allowed as a general unsecured claim against Debtor Exp OldCo. Winddown, Inc. in the amount of $4,863,504.98, and shall not be subject to any further objections, reductions, disallowance, or avoidance actions.

4.        The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

5.        The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: June 11th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

2

56380462.9