**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 16, 2026**
**AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE**
**HONORABLE KAREN  B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

---

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS**
**CANCELLED WITH THE COURT'S PERMISSION.**

---

**RESOLVED MATTER:**

1.    Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500; filed: 10/07/25]

Response Deadline:  October 28, 2025 at 4:00 p.m.; extended to November 11, 2025 for County of Ventura Treasurer – Tax Collector; extended to June 2, 2026 for BJW Realty LLC ("**BJW Realty**")

Responses Received:

A.    Informal response from USPS

---

[1]    The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

B.   Informal response from Tanger Management, LLC, Tanger Daytona, LLC, Tanger Outlets Deer Park, LLC, and Tanger Properties Limited Partnership

C.   Informal response from Ventura County Tax Collector

D.   Informal response from BJW Realty

Related Documents:

E.   Declaration of Arthur Almeida in Support of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1500-3; filed: 10/07/25]

F.   Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1503 of USPS Only [Docket No. 1509; filed: 10/20/25]

G.   Order Sustaining Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 1550; signed and docketed: 10/31/25]

H.   Notice of Withdrawal of Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1854 of Ventura County Tax Collector Only [Docket No. 1557; filed: 11/05/25]

I.   Certification of Counsel Regarding (I) Proposed Order (A) Sustaining, in Part, Seventh Omnibus (Non-Substantive) Objection with Respect to Claim No. 1853 of BJW Realty LLC, and (B) Approving Stipulation Resolving Claim No. 1853 of BJW Realty LLC, and (II) No Objection to Same [Docket No. 1700; filed: 06/11/26]

J.   Order (A) Sustaining, in Part, Seventh Omnibus (Non-Substantive) Objection with Respect to Claim No. 1853 of BJW Realty LLC, and (B) Approving Stipulation Resolving Claim No. 1853 of BJW Realty LLC [Docket No. 1700; signed and docketed: 06/11/26]

Status: On June 11, 2026, the Court entered an order resolving the claim of BJW Realty. On October 31, 2025, the Court entered an order sustaining the claim objection as to all other claims subject to the claim objection.

Dated: June 12, 2026

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:      (302) 421-6800
Email:      monique.disabatino@saul.com


-and-


Lucian B.Murley (DE Bar No. 4892)
**AKERMAN LLP**
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone:      (302) 596-9205
Email:      luke.murley@akerman.com


-and-


Brendan M. Scott
**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:      (212) 679-5359
Facsimile:      (212) 972-2245
Email:      bscott@klestadt.com

*Counsel. for the Plan Administrator*

3