

HACH &ROSE
Attorneys at Law

June 26, 2026

RECEIVED

2026 JUL -7 P 12: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**VIA US MAIL**

Hon. Karen B. Owens
United States Bankruptcy Court
District of Delaware
844 North King Street, Unit 18
Wilmington, DE 19801-3570

> **Re:    *Creditor Deborah Yohrling v. Debtor, Express, Inc.***
> **Case No.: 24-10831**

Dear Judge Owens,

We represent the Creditor in the above-referenced matter and write in an effort to gather information regarding the status of this case before the Court.

As a matter of background, Deborah Yohrling was a customer in an Express store in the Short Hills Mall in Short Hills, NJ. While she was exiting the dressing room, she was caused to trip on tape/marking that were affixed to the floor. As a result, Ms. Yohrling suffered severe personal injuries requiring her to have surgery.

On May 16, 2024, our office filed a Proof of Claim form registering Ms. Yohrling as a claimant in the above-named bankruptcy.

On September 10, 2024, our office filed a motion to lift the stay in claimant's personal injury case. Unfortunately, this was denied by the Court.

Since that filing, our office has not received any notifications from the Court providing a status on the claim. Our client is facing severe financial hardship as a result of her accident, not to mention continued pain and discomfort from her injury.

Accordingly, Plaintiff submits this letter to respectfully request that the Court please reconsider Ms. Yohrling's motion to lift the stay in her case, or provide a tangible status update. Thank you.

Respectfully Submitted,

John A. Blyth

112 Madison Avenue, 10th Floor, New York, NY 10016
Telephone 212.779.0057 Facsimile 212.779.0028
www.unionlawfirm.com  info@hachroselaw.com