## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before July 7, 2026, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit A**:

- **Form W-9 Request Letter**

- **Form W-9 Request for Taxpayer Identification Number and Certification with Instructions**

Dated: July 10, 2026

Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 2026 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2554272
My Comm. Expires May 3, 2030

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

# <u>Exhibit A</u>



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alvarez & Marsal Consumer and Retail Group, LLC | Attn: Patricia Hong, Katie Heimann, Liz Carrington | 100 Park Ave | Fl 4 | New York | NY | 10017-5576 |
| DataSpan Holdings Inc | Attn: Kevin Krautkramer | 3006 Skyway Cir S | | Irving | TX | 75038-4205 |
| Ford Models, Inc. | Attn: David Chase | PO Box 1811 | | New York | NY | 10156-1811 |
| Gregory Johnson | | Address on File | | | | |
| Lambert Sheet Metal, Inc. | Sandra M. Adam | 1625 W Mound St | | Columbus | OH | 43223-1809 |
| Perkins Coie LLP | Attn: Troy Costello, Client Accounting | 1301 2nd Ave | Ste 4200 | Seattle | WA | 98101-3804 |
| Quantum Metric, Inc. | Attn: Vandy Johnson & Glenn Trattner | 16055 Old Forest Pt | Ste 103 | Monument | CO | 80132-8670 |
| Ryan, LLC | Attn: Jeff S. Miller | 8101 Windrose Ave | Ste 2000 | Plano | TX | 75024-0481 |
| Seaman Paper Company of Massachusetts Inc | Hollie Richard | 9 Leominster Connector | | Leominster | MA | 01453-3791 |
| Wells Fargo Vendor Financial Services, LLC | Attn: Bankruptcy Dept | PO Box 659713 | | San Antonio | TX | 78265-9713 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)