**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., | Case No. 24-10831 (KBO) |
| Debtor. | **Re:  Docket No. 1715** |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates* dated July 13, 2026, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 case:

| **Date & Time** |
|---|
| September 15, 2026 at 2:00 p.m. |
| October 15, 2026 at 9:30 a.m. |
| November 19, 2026 at 9:30 a.m. |
| December 17, 2026 at 9:30 a.m. |

**Dated: July 14th, 2026
Wilmington, Delaware**

**KAREN B. OWENS
CHIEF JUDGE**

58243357.2 07/13/2026