**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDOWN, INC, *et al*.,<br><br>Debtors. | Chapter 11<br>Case No.  24-10831 (KBO)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

     **PLEASE TAKE NOTICE** that China Pacific Property Insurance Co. LTD, a creditor of the above-captioned debtors, and the assignee of Proof of Claim No. 17, have changed its address and request that all further notices and distributions in these cases be served upon and delivered to the following address:

     **NEW ADDRESS:**

China Pacific Property Insurance Co. LTD
c/o Adam L. Rosen PLLC
834B Fort Salonga Road
Box 1021
Northport, New York 11768
adam.rosen@ALRcounsel.com

Dated:  July 16, 2026          CHINA PACIFIC PROPERTY INSURANCE CO. LTD
                          By Its Attorney,

                          ADAM L. ROSEN PLLC

                          By: /s/ *Adam L. Rosen*

                          Adam L. Rosen
                          834B Fort Salonga Road
                          Box 1021
                          Northport, New York 11768