## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc., [1] | Case No. 24-10831 (KBO) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 21, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the Office of the United States Trustee for the District of Delaware, Attn: John Schanne at 844 N King St #2207 Lockbox 35, Wilmington, DE 19801, and via electronic mail on the Office of the United States Trustee for the District of Delaware, Attn: John Schanne at john.schanne@usdoj.gov and ustpregion03.wl.ecf@usdoj.gov:

- **Chapter 11 Post-Confirmation Report for the Quarter Ending: 06/30/2026** (Docket No. 1720)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: July 22, 2026

_Aurelie Blanadet_
Aurelie I. Blanadet

State of Colorado     )
                      ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 22nd day of July 2026 by Aurelie I. Blanadet.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.