**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before July 20, 2026, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit A**:

- **Form W-9 Request Letter**

- **Form W-9 Request for Taxpayer Identification Number and Certification with Instructions**

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on July 21, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Rexel USA, Inc. d/b/a Capitol Light, Attn: Chris Story at 5429 Lyndon B Johnson Fwy, Ste 450, Dallas, TX 75240-2623, pursuant to USPS forwarding instructions:

- **Form W-9 Request Letter**

- **Form W-9 Request for Taxpayer Identification Number and Certification with Instructions**

Dated: July 27, 2026

_____
Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of July, 2026 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public · California
Orange County
Commission # 2554272
My Comm. Expires May 3, 2030

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Bubs NY Corp | Attn: Brian Atwood | 550 W 18th St | Apt 6E | | New York | NY | 10011-3254 |
| Capstone Law APC | c/o Dundon Advisers LLC | Attn: April Kimm | 565 5th Ave | Fl 16 | New York | NY | 10017-2485 |
| Intralinks, Inc. | | 500 Totten Pond Rd | Ste 200 | | Waltham | MA | 02451-1924 |
| Jackson APC | c/o Dundon Advisers LLC | Attn: April Kimm | 565 5th Ave | Fl 16 | New York | NY | 10017-2485 |

In re: EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 (KBO)

Page 1 of 1