**United States Bankruptcy Court**

**District of Delaware**

In re: EXP OldCo Winddown, Inc.                              **Chapter 11**


                                                          **Case No. 24-10831**


**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**


   **PLEASE TAKE NOTICE** that Stilnovo Srl, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.


**Former Address**
**Stilnovo Srl**
**Via a. Volta 13/15**
**San Miniato , 56028**
**Italy**

**New Address**
**Stilnovo Srl**
**c/o Bradford Capital Holdings, LP**
**PO Box 4353**
**Clifton, NJ 07012**

**I declare that the foregoing is true and correct.**


**Authorized Signatory for:**

**Stilnovo Srl**

**By:** _Bianca Cavallini_

**Name:** Bianca Cavallini

**Title:** Legal Representative

**Date:** Jul 30 2026 05:34 EDT