**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtors. | **Objection Deadline: August 28, 2026 at 4:00 p.m. (ET)** |

**PLAN ADMINISTRATOR'S THIRD NOTICE OF SATISFACTION OF CLAIMS**

Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtors (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby files this notice (the "Notice") identifying certain claims attached hereto on **Exhibit 1** (the "Fully Satisfied Claims") and **Exhibit 2** (the "Partially Satisfied Claims," and together with the Fully Satisfied Claims, the "Satisfied Claims"), which were either satisfied in full or in part subsequent to April 22, 2024 (the "Petition Date").  In support of this Notice, the Plan Administrator respectfully states as follows:

**BACKGROUND**

1.      On the Petition Date, each of the Debtors filed a voluntary petition for relief under title 11 of the United States Code.  These Chapter 11 Cases are being jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57303674.4

2.      On June 14, 2024, the Court entered an order [D.I. 471] (the "Sale Order") authorizing the Debtors to sell substantially all of their assets to the Purchaser (as defined in the Sale Order).  The Sale Order also contemplated the assumption and assignment of certain contracts and leases and the satisfaction of related cure amounts (if any), as set forth in subsequent assumption and assignment notices filed by the Debtors and orders entered by the Court.  The sale to the Purchaser closed on June 21, 2024 [D.I. 535].

3.      On December 17, 2024, the Court entered an order [Docket No. 1150] confirming the *Joint Chapter 11 Plan of Exp OldCo Winddown, Inc. and its Debtor Affiliates* (the "Plan").

4.      To date, approximately 1,841 proofs of claim ("Proofs of Claim") have been filed. The Proofs of Claim are recorded on the official claims register (the "Claims Register") maintained by Stretto Inc., the agent retained by the Debtors (and now retained by the Plan Administrator) to assist with claims processing in these Chapter 11 Cases.

5.      In the ordinary course of business, the Debtors maintained books and records (the "Books and Records") that reflect, among other things, the nature and amount of the liabilities owed to their creditors as of the Petition Date, as well as the satisfaction and payment of those liabilities after the Petition Date.  Pursuant to Article X.I of the Plan, the Debtors provided the Plan Administrator and his professionals with access to the Books and Records to maximize the value of the Retained Causes of Action (as defined in the Plan).

## CLAIMS SATISFIED AFTER THE PETITION DATE

6.      Upon review of the Debtor's Books and Records, the Plan Administrator has determined that the Satisfied Claims have been satisfied in full or in part after the Petition Date.

7.      In order to maintain the accuracy of the Claims Register, the Plan Administrator intends to designate the Satisfied Claims on the Claims Register as having been satisfied in full or

57303674.4

in part, as reflected in the exhibits attached hereto.  The Plan Administrator is serving this Notice on the parties holding the Satisfied Claims to provide them with the opportunity to object to the extent there is any dispute as to the satisfaction of the claims.

## DEADLINE FOR RESPONSES

8.     By this Notice, the Plan Administrator requests that any party disputing the Plan Administrator's determination that a claim has been satisfied (in whole or in part) file a written response (the "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware so that it is actually received no later than **4:00 p.m. (ET) on August 28, 2026** (the "Response Deadline").  Additionally, the Plan Administrator requests that each Response be served so as to be actually received on or before the Response Deadline by the undersigned counsel for the Plan Administrator.  In the event a Response is filed, the Plan Administrator will attempt to resolve any issues informally with the filing party.  In the event that the parties are unable to reach a resolution, the Plan Administrator may request that the Court schedule a hearing on the matter.

## RESERVATION OF RIGHTS

9.     The Plan Administrator expressly reserves its right to amend, modify, or supplement this Notice, and reserves his right to file objections to any claims in this Chapter 11 Case, including, without limitation, objections as to the amounts asserted in each of the Satisfied Claims or any other claims (filed or unfiled) against the Debtors' estates.

## SERVICE

10.    This Notice will be served on: (a) the United States Trustee; (b) the holders of the Satisfied Claims; and (c) those persons who have requested notice pursuant to Bankruptcy Rule

3

57303674.4

2002.  In light of the nature of the relief requested, the Plan Administrator respectfully submits that no further notice is necessary.


Dated: August 7, 2026                                **SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6806
    Email:    monique.disabatino@saul.com

    -and-

    Maxwell M. Hanamirian
    1735 Market Street, Suite 3400
    Philadelphia, PA 19103-7504
    Telephone: (215)-972-7756
    Email:    maxwell.hanamirian@saul.com

    -and-

    **KLESTADT WINTERS JURELLER**
    **SOUTHARD & STEVENS, LLP**
    Brendan M. Scott (Admitted *pro hac vice*)
    Christopher Reilly (Admitted *pro hac vice*)
    200 West 41st Street, 17th Floor
    New York, NY 10036-7203
    Telephone: (212) 679-5359
    Facsimile: (212) 972-2245
    Email:    bscott@klestadt.com
             creilly@klestadt.com

    *Counsel for the Plan Administrator*

4