# Exhibit 1

**Fully Satisfied Claims**

57303674.4

**Exhibit 1 - Fully Satisfied Claims**

| Name of Claimant | Claim Number | Total Claim Amount | Priority Status | Reason |
|---|---|---|---|---|
| Aurus, Inc. | 1461 | $180,592.49 | General Unsecured | This claim has been satisfied pursuant to an executed agreement with Aurus, Inc.. As such, the Debtors have no liability for the claim. |
| Bamboo Rose LLC | 486 | $151,563.77 | General Unsecured | The Debtors' contract with Bamboo Rose LLC was assumed and assigned, and the claimant was paid the cure as set forth in Exhibit 1 of Docket No. 522 of $151,564 on April 8, 2025 by check, with payment reference no. 7006240. |
| Concur Technologies, Inc. [SAP Concur] | 89 | $22,122.56 | General Unsecured | This claim was assumed, as set forth on Exhibit 1 of Docket No. 556, and the cure was paid 9/10/2024 for $22,122.56 payment ref no. 7000020. |
| Creative Circle, LLC | 171 | $14,906.27 | General Unsecured | This claim was satisfied by a $14,906.27 payment on 05/10/2024 with payment reference no. 00000731/5. |
| Euler Hermes N.A - Agent for BNWHP, LLC | 1751 | $1,136.74 | General Unsecured | This claim was satisfied by a $1,136.74 payment on November 13, 2023 with payment reference number 00000683/16. |
| Fashion Island Retail LLC [Fashion Island Shopping Center] | 725 | $36,200.65 | General Unsecured | This claim relates to the Debtors' lease of store 5015. The lease of store 5015 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 558. The claimant was paid the $14,802.77 cure payment on August 23, 2024 with payment reference number 00000784/1. |
| Fashion Outlets at Foxwoods, LLC [Tanger Management, LLC] | 1343 | $47,776.03 | General Unsecured | This claim relates to the Debtors' lease of store 1721.  The lease of store 1721 was assumed and assigned, and the claimant was paid a cure amount as set forth in Exhibit 1 of D.I. 553. |
| PPF AMLI 421 West 3rd Street, L.P. | 643 | $111,172.70 | General Unsecured | This claim relates to the Debtors' lease of store 5008.  The lease of store 5008 was assumed and assigned, and the claimant was paid the cure amount of $1,922.70 as set forth in Exhibit 1 of D.I. 558. The landlord was paid the cure amount and other charges on 8/30/24 for $11,660.63 with payment ref no. 00000792/10. |
| rewardStyle Inc d/b/a LTK [LTK] | 1083 | $1,699,494.30 | General Unsecured | Pursuant to Docket No. 557, a cure payment of $80,000.00 was paid on 11/12/2024 (ref. no. 000227). |