# Exhibit 2

**Partially Satisfied Claims**

57303674.4

**Exhibit 2 - Partially Satisfied Claims**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Paid or Satisfied | | Modified Claim Amount | | Reason |
|---|---|---|---|---|---|---|---|---|
| Ha Hae Corporation | 342 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $359,465.55<br>$0<br>$0<br>$2,148,778.33<br><br>$2,508,243.88 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $359,465.55<br>$0<br>$0<br>$0<br><br>$359,465.55 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,148,778.33<br><br>$2,148,778.33 | Products from this vendor were purchased through Newtimes Development Limited. The administrative 503(b)(9) portion of this claim was satisfied by the buyer pursuant to the sale order and asset purchase agreement, memorialized in a signed memorandum of understanding.<br><br>Pursuant to Docket No. 1208, a $1,436,346.69 portion of the general unsecured claim was transferred to Korea Trade. The general unsecured amount has been adjusted to reflect this transfer. |
| KONE, Inc. | 1801 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$127,677.95<br><br>$127,677.95 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $0<br>$0<br>$0<br>$18,937.27<br><br>$18,937.27 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$108,740.68<br><br>$108,740.68 | An $18,937.27 portion of this claim was satisfied by the following payments: (i) $593.69 on 7/11/2024 (ref. no. 6161084), (ii) $666.87 on 7/18/2024 (ref. no. 6161386), (iii) $416.95 on 7/26/2024 (ref. no. 6161487), (iv) $9,422.37 on 11/4/2024 (ref. no. 6163048), (v) $321.31 on 12/16/2024 (ref. no. 7002697), (vi) $1,119.98 on 12/26/2024 (ref. no. 7003036), (vii) $699.07 on 1/2/2025 (ref. no. 7003526), and (viii) $5,697.03 on 3/5/2025 (ref. no. 7005295). |
| MICROSTRATEGY SERVICES CORPORATION [MicroStrategy] | 1307 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$374,006.01<br><br>$374,006.01 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $0<br>$0<br>$0<br>$187,003.00<br><br>$187,003.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$187,003.01<br><br>$187,003.01 | The claim was partially satisfied postpetition with a payment of invoice no. 24100819 on 3/6/2025 (check ref. no. 7005369). |
| Nueces County | 1760 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$12,277.52<br>$0<br>$0<br><br>$12,277.52 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $0<br>$11,953.53<br>$0<br>$0<br><br>$11,953.53 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$323.99<br>$0<br>$0<br><br>$323.99 | The claim was partially satisfied with a postpetition payment of $11,953.53 on 12/31/2024, with payment reference no. 6163122. |
| RCG Global Services, Inc. | 1041 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$357,794.00<br><br>$357,794.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $0<br>$0<br>$0<br>$153,024.00<br><br>$153,024.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$204,770.00<br><br>$204,770.00 | This claim was partially satisfied by a $121,872.00 payment on August 18, 2024, and a $31,152.00 payment on September 16, 2024, with payment reference numbers 00000777/3 and 00000799/1, respectively. |
| Refrigeration Sales Company LLC | 483 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$93,356.24<br><br>$93,356.24 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $0<br>$0<br>$0<br>$2,904.65<br><br>$2,904.65 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$90,451.59<br><br>$90,451.59 | The claim was partially satisfied postpetition with a payment of $2,904.65 on 7/22/2024 with reference no. 6161442. |
| Small Cap Consumer Research LLC | 42 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$25,000.00<br><br>$25,000.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $0<br>$0<br>$0<br>$16,666.67<br><br>$16,666.67 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$8,333.33<br><br>$8,333.33 | The claim lists several invoices and payments received by the Debtors. The claim excludes an aggregate $16,666.67 of payments made for invoice nos. 1287, 1347, 1368, and 1414. |
| The Playlist Generation LLC [Sauce Industries Inc] | 113 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$22,406.75<br><br>$22,406.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Satisfied: | $0<br>$0<br>$0<br>$3,143.95<br><br>$3,143.95 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$19,262.80<br><br>$19,262.80 | This claim was partially satisfied by a postpetition payment of $3,143.95 on 7/30/2024, with payment reference no. 00000765/3. |