# EXHIBIT A

## Proposed Order

58404843.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket No. \_\_\_\_** |

**ORDER SUSTAINING ELEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B),
BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Eleventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the Amended Claims, Late-Filed Claims and Insufficient Documentation Claims set forth on **Exhibits 1**, **2**, **3** and **4** attached hereto; and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

58404843.2

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The Amended Claims set forth on the attached **Exhibit 1** are hereby disallowed and expunged in their entirety; *provided, however,* that this Order will not affect the Proofs of Claim identified on **Exhibit 1** attached hereto in the column titled "Remaining Claim Number."

3.      The Late-Filed Claims set forth on the attached **Exhibit 2** are hereby disallowed and expunged in their entirety.

4.      The Equity Interest Claim set forth on the attached **Exhibit 3** is hereby disallowed and expunged in its entirety.

5.      The Insufficient Documentation Claims set forth on the attached **Exhibit 4** are hereby disallowed and expunged in their entirety.

6.      The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

7.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

8.      The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify, and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

9.      To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

2

58404843.2

3

10.     The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

58404843.2

## Exhibit 1

**Amended Claims**

58404843.2

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 1 - Amended Claims**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Google LLC | 1241 | 1183 | $312,956.76 | Claim documentation shows that this claim has been amended and/or superseded by the Remaining Claim, and it remains on the claims register only as a technicality. |
| U.S. Customs and Border Protection | 1872 | 1675 | $3,432,275.98 | This claim has been amended and/or superseded by a subsequent claim, and it remains on the claims register only as a technicality. |

## Exhibit 2

**Late-Filed Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 2 - Late-Filed Claims**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Love, Oasis Malka | 4/16/2026 | 1870 | $4,750.00 | This claim was filed after the applicable Bar Date of July 10, 2024.  This claim seeks to amend claim 1852, which was likewise previously expunged as a late-filed claim pursuant to Schedule 3 of Docket No. 1550.  This claim is also subject to objection as an insufficient documentation claim, as set forth on Exhibit 4 herein. |
| Manacmul, Noah Christian | 2/14/2026 | 1866 | $2,880.00 | This claim was filed after the applicable Bar Date of July 10, 2024. |
| Maynard, Matthew | 2/17/2026 | 1867 | $1,300.00 | This claim was filed after the applicable Bar Date of July 10, 2024. |

## **Exhibit 3**

## **Equity Interest Claim**

58404843.2

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 3 - Equity Interests**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Lionheart, Robin | 1871 | – | This is a claim based on Equity Interests.  Per the plan, holders of Equity Interests shall receive no recovery on account of such Interests. Accordingly, the Debtors have no liability for this claim. |

**Exhibit 4**

**Insufficient Documentation Claims**

58404843.2

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 4 - Insufficient Documentation Claims**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Barnes, Deborah | 1053 | $950,000.00 | Claim does not attach any proof of Debtors' alleged liability for this claim, let alone support for the asserted claim amount.  The claim has never been amended and/or supplemented, claimant has not responded to outreach requesting additional support, and the Debtors' records do not reflect any such obligations to this claimant so as to serve as a basis for any recovery. |
| Love, Oasis Malka | 1870 | $4,750.00 | No documentation is attached to the claim and no basis for the claim is reflected in the Debtors' book and records.  Claim is also subject to objection as a late-filed claim. |
| Oatis,Shannon | 576 | $5,000.00 | No documentation is attached to the claim and no basis for the claim is reflected in the Debtors' book and records.  Claim is also subject to objection as a late-filed claim. |