**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 20, 2026
AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE KAREN  B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE SCHEDULED FOR THIS HEARING, THIS
HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

Dated: August 12, 2026

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:      (302) 421-6800
Email:            monique.disabatino@saul.com

-and-

---

[1]     The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

57767039.1 08/12/2026

Lucian B.Murley (DE Bar No. 4892)
**AKERMAN LLP**
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone:      (302) 596-9205
Email:          luke.murley@akerman.com

  -and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone:      (212) 679-5359
Facsimile:      (212) 972-2245
Email:          bscott@klestadt.com

*Counsel. for the Plan Administrator*

57767039.1 08/12/2026