Docusign Envelope ID: CA31712D-F7F7-864F-8252-D10E58D9351C

**Change of Address**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re:
EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 )
) Chapter 11 Proceeding
Debtor. )
______________________________________ )

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Revtrax, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Revtrax
545 Washington Blvd, 8th Floor
Jersey City, NJ 07310

**New Address**.
Revtrax
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY 11598
516-255-1801

Revtrax
Name: Anne Tortelli
Signature: Signed by: Anne Tortelli 0831F594CDC8488...
Date: 8/13/2026