**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP Oldco Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 17, 2026, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Orinoco Studio Inc. at 5601 Highway A1A, Apt S101, Indn Riv Shrs, FL 32963-1044:

- **1st Reminder Form W-9 Request Letter**

[SPACE LEFT INTENTIONALLY BLANK]

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on or before August 18, 2026, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit A**:

- **1st Reminder to Submit Before Deadline Form W-9 Request Letter**
- **Form W-9 Request for Taxpayer Identification Number and Certification with Instructions**

Dated: August 20, 2026

Pauline Aragon

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 20th day of August, 2026 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ________________

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2551045
My Comm. Expires Apr 20, 2030

# **Exhibit A**

STRETTO

# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | c/o Legal Department | Attn: Adam Crickman | 2755 Great America Way | Ste 175 | Santa Clara | CA | 95054-1172 |
| City Creek Center Associates LLC | c/o The Taubman Company LLC | Attn: Francesca A. Lousia | PO Box 7033 | | Indianapolis | IN | 46207-7033 |
| Daniel Barron Cuadro [Effortless Gent, Barron Cuadro] | | Address on File | | | | | |
| Muse Management, Inc. | Attn: Shakira Bethel | 150 Broadway | Fl 3 | | New York | NY | 10038-4374 |
| Robin Lionheart | | Address on File | | | | | |