**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Monique B. DiSabatino, Esquire, hereby certify that on August 21, 2026, a copy of the *Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1712 of NU Technology Inc. Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the below party.

Mani Vadivel, CEO
NU Technology, Inc.
3721 S Stonebridge Dr, #1403
McKinney, TX 75070,
mvadivel@nulogic.io

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6806

Dated: August 21, 2026