IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| Project Pine OldCo, LLC f/k/a Express, LLC. | ) | |
| | ) | |
| | ) | 24-10835 |
| | ) | 24-10831 |
| Debtor | ) | |

NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No. 24-10835, jointly administered with lead case, Case No. 24-10831. The claim was listed on the claims register as Claim No. 1872. U.S. Customs and Border Protection hereby withdraws in its entirety its claim (#1872) previously filed in this case.

DATE: AUG 10 2026

Jessica Vandemark
Section Chief
Department of Homeland Security, Revenue Division
Office of Finance/ Revenue Protection Branch

STRETTO
AUG 2 1 2026
RECEIVED

12697082126800000000098

8899 E 56th Street
Indianapolis, IN 46249
U.S. Customs and
Border Protection

AUG 10 2026

Express, Inc., et al. Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Re: Project Pine OldCo, LLC f/k/a Express, LLC
Case Number: 24-10835 (jointly administered under case no 24-10831)

Dear Sir/Madam:

Enclosed are our Notice of Withdrawal of Claim for the above referenced bankruptcy cases. Please file the notices.

If you have any questions regarding these cases, please make immediate contact by sending an e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

Jessica Vandemark
Section Chief
Department of Homeland Security, Revenue Division
Office of Finance/ Revenue Protection Branch

*Enclosures*