**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **EXP OLDCO WINDDOWN, INC.**[1] | § | **Case No. 24-10831 (KBO)** |
| | § | |
| **Debtor** | § | **(Jointly Administered)** |

**AMENDED REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

The County of Brazos, Texas The County of Denton, Texas The County of Hays, Texas Central Appraisal District of Taylor County The County of Williamson, Texas hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013.

Said creditor requests that such notice be given electronically to:

Jessica L. Cousineau
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

and that all notices to Julie Anne Parsons be terminated.

Dated: August 28, 2026

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of October [•], 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email:
jessica.cousineau@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the above on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau