**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before August 21, 2026, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **1st Reminder to Submit Before Deadline Form W-9 Request Letter**

Furthermore, on or before August 23, 2026, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit B**:

- **1st Reminder to Submit Before Deadline Form W-9 Request Letter**
- **Form W-9 Request for Taxpayer Identification Number and Certification with Instructions**

Furthermore, on or before August 24, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **1st Reminder to Submit Before Deadline Form W-9 Request Letter**
- **Form W-9 Request for Taxpayer Identification Number and Certification with Instructions**

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on August 24, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Aurus, Inc., Attn: Punam Mutha at 932 Washington St, Norwood, MA 02062-3412, pursuant to USPS forwarding instructions:

- **Plan Administrator's Third Notice of Satisfaction of Claims** (Docket No. 1727)

Dated: August 28, 2026

Pauline Aragon

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of August, 2026 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ______________________

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2551085
My Comm. Expires Apr 20, 2030

# Exhibit A

STRETTO

# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Elite Model Management LLC | Attn: David Senuto | 37 E 18th St | Fl 6 | | New York | NY | 10003-2001 |
| Manchu Times Fashion Limited | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | 286 Madison Ave | Ste 1100 | New York | NY | 10017-6368 |

# **Exhibit B**

STRETTO

# Exhibit B

Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Greene,Christopher | | Address on File | | | |
| Infor (US), LLC | Attn: April Tabaka | 244 Perimeter Center Pkwy NE | Atlanta | GA | 30346-1402 |

# **Exhibit C**

STRETTO

# Exhibit C

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Sterling | Attn: Christian Cuthbert | 11800 Exit S Pkwy | Ste 120 | Fishers | IN | 46037-7989 |
| Wagy,Mylijah S | | Address on File | | | | |