# Exhibit 1

## Amended Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 1 - Amended Claims**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Expunged | Claim Amount of Amended Claim to be Expunged | Reason for Disallowance |
|---|---|---|---|---|
| Google LLC | 1241 | 1183 | $312,956.76 | Claim documentation shows that this claim has been amended and/or superseded by the Remaining Claim, and it remains on the claims register only as a technicality. |
| U.S. Customs and Border Protection | 1872 | 1675 | $3,432,275.98 | This claim has been amended and/or superseded by a subsequent claim, and it remains on the claims register only as a technicality. |