# Exhibit 2

## Late-Filed Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 2 - Late-Filed Claims**

| Name of Claimant | Date Filed | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Love, Oasis Malka | 4/16/2026 | 1870 | $4,750.00 | This claim was filed after the applicable Bar Date of July 10, 2024. This claim seeks to amend claim 1852, which was likewise previously expunged as a late-filed claim pursuant to Schedule 3 of Docket No. 1550. This claim is also subject to objection as an insufficient documentation claim, as set forth on Exhibit 4 herein. |
| Manacmul, Noah Christian | 2/14/2026 | 1866 | $2,880.00 | This claim was filed after the applicable Bar Date of July 10, 2024. |
| Maynard, Matthew | 2/17/2026 | 1867 | $1,300.00 | This claim was filed after the applicable Bar Date of July 10, 2024. |