# Exhibit 3

## Equity Interest Claim

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 3 - Equity Interests**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Lionheart, Robin | 1871 | – | This is a claim based on Equity Interests. Per the plan, holders of Equity Interests shall receive no recovery on account of such Interests. Accordingly, the Debtors have no liability for this claim. |