# Exhibit 4

## Insufficient Documentation Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Exhibit 4 - Insufficient Documentation Claims**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Barnes, Deborah | 1053 | $950,000.00 | Claim does not attach any proof of Debtors' alleged liability for this claim, let alone support for the asserted claim amount. The claim has never been amended and/or supplemented, claimant has not responded to outreach requesting additional support, and the Debtors' records do not reflect any such obligations to this claimant so as to serve as a basis for any recovery. |
| Love, Oasis Malka | 1870 | $4,750.00 | No documentation is attached to the claim and no basis for the claim is reflected in the Debtors' book and records. Claim is also subject to objection as a late-filed claim. |
| Oatis,Shannon | 576 | $5,000.00 | No documentation is attached to the claim and no basis for the claim is reflected in the Debtors' book and records. Claim is also subject to objection as a late-filed claim. |