**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 31, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of No Objection to Eleventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1749)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: September 1, 2026

Aurelie Blanadet
Aurelie I. Blanadet

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 1st day of September 2026 by Aurelie I. Blanadet.

Danielle Harnden
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

# Exhibit A

STRETTO

# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Barnes, Deborah | c/o Ashton & Price, LLP | Attn: Sergey Dzhedzhera | 8243 Greenback Lane | Fair Oaks | CA | 95628 |
| Google LLC | c/o White and Williams LLP | Attn: Amy E. Vulpio and James C. Vandermark | 1650 Market St Suite 1800 | Philadelphia | PA | 19103 |
| Matthew Maynard | | Address on File | | | | |
| Noah Christian Manacmul | | Address on File | | | | |
| Oasis Malka Love | | Address on File | | | | |
| Oatis,Shannon | | Address on File | | | | |
| Robin Lionheart | | Address on File | | | | |
| U.S. Customs and Border Protection | c/o Revenue Division, Bankruptcy Team | Attn: Mail Stop 203-Ja, John Peak | 8899 E 56th St | Indianapolis | IN | 46249 |

# **Exhibit B**

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Barnes, Deborah | c/o Ashton & Price, LLP | Attn: Sergey Dzhedzhera | sergey@ashtonandprice.com |
| Google LLC | c/o White and Williams LLP | Attn: Amy E. Vulpio and James C. Vandermark | vulpioa@whiteandwilliams.com vandermarkj@whiteandwilliams.com |
| Matthew Maynard | | | Email on File |
| Noah Christian Manacmul | | | Email on File |
| Oasis Malka Love | | | Email on File |
| Oatis,Shannon | | | Email on File |
| Robin Lionheart | | | Email on File |
| U.S. Customs and Border Protection | c/o Revenue Division, Bankruptcy Team | Attn: Mail Stop 203-Ja, John Peak | bankruptcyteam@cbp.dhs.gov |