Docusign Envelope ID: 25FA501D-7567-8797-8089-C9A35E8E4440

**Change of Address**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re:
EXP OldCo Winddown, Inc., et al.
Case No. 24-10831 )
) Chapter 11 Proceeding
Debtor. )
_______________________________________________)

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Crescent Bahuman Limited, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Rizwan Shafi

## Former Address

Crescent Bahuman Limited
45 A, Off Zafar Ali Road
Lahore PU 54660
Punjab, Pakistan

## New Address

Crescent Bahuman Limited
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY 11598
516-255-1801

Crescent Bahuman Limited

Name: Rizwan Shafi
Signature: Signed by: Rizwan Shafi
...8071B645C...
Date: 9/3/2026