**IN THE U.S. Bankruptcy Court**
**District of Delaware**

| | | |
|---|---|---|
| In re:<br>EXP OldCo Winddown, Inc.<br>et al., | ) | Chapter 11<br><br>Case Number: 24-10831 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Crescent Bahuman Limited
Name of Transferor

Court Claim # (if known): 1575
Amount of Claim: $3,472,260.67
Date Claim Filed: 08/15/2024

Phone: +923000407788
Last four digits of Acct.# N/A

Name and Current Address of Transferor:

Crescent Bahuman Limited
45 A, OFF ZAFAR ALI ROAD GULB...
LAHORE, PUNJAB
PAKISTAN

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: September 3, 2026

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 25FA501D-7567-8797-8089-C9A35E8E4440

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Project Pine OldCo, LLC, 24-10835
Case No. 24-10835 (the "Debtor")
(Jointly Administered under EXP OldCo Winddown, Inc., et al. Case Number 24-10831)

Claim #1575

**Crescent Bahuman Limited,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in filed in the amount of **USD$3,472,260.67** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 03 DAY OF 09, 2026

**ASSIGNOR: Crescent Bahuman Limited**

Signed by:
Rizwan Shafi
42C30C8071B645C...
(Signature)

Rizwan Shafi
(Print Name)

Chief Executive Officer
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

STRETTO

## Claim Summary

**Creditor Name** Crescent Bahuman Limited
**Debtor Name** Project Pine OldCo, LLC
**Debtor Case No.** 24-10835
**Claim No.** 1575
**Date Filed** 08/15/2024
**Schedule No.**

### Schedule Amount

**General Unsecured**
**Admin Priority**
**Priority** $0.00
**Secured** $0.00

### Filed Claim Amount

**General Unsecured** $3,264,850.34
**Admin Priority** $207,410.33
**Priority** $0.00
**Secured** $0.00

### Current Claim Amount

**General Unsecured** $3,264,850.34
**Admin Priority**
**Priority**
**Secured**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim History

### Claim Objection History