**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED
2026 SEP -1 A 8:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
**EXP OldCo Winddown, Inc.,**[1]
Debtor.

Chapter 11
**Case No. 24-10831 (KBO)**

Re: Docket No. 1728

**RESPONSE OF CREDITOR OASIS MALKA LOVE TO THE ELEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS AS TO CLAIM NO. 1870**

Rev. Jeanine Reneé Brown, legally known as Oasis Malka Love, a creditor in the above-captioned chapter 11 case (the "Creditor"), by and through this written Response, hereby responds to the Eleventh Omnibus (Non-Substantive) Objection to Claims [Docket No. 1728] (the "Objection") filed by Tracy L. Klestadt, in his capacity as Plan Administrator (the "Plan Administrator"), insofar as the Objection seeks to disallow and expunge Claim No. 1870 in the amount of $4,750.00 (the "Claim") as both a purported Late-Filed Claim (Exhibit 2) and a purported Insufficient Documentation Claim (Exhibit 4). In support of this Response, the Creditor respectfully states as follows:

**I. Timeliness of the Underlying Claim**

1. The Creditor states, under penalty of perjury, that the claim underlying Claim No. 1870 was originally submitted in a timely manner, prior to the applicable Claims Bar Date of July 10, 2024. Claim No. 1870, filed April 16, 2026, was submitted as an amendment intended to preserve and restate the Creditor's original, timely-asserted claim — not to assert a new, untimely claim. The Creditor requests that the Plan Administrator and the Court treat Claim No. 1870 as relating back to the date of the Creditor's original submission for purposes of the Claims Bar Date.

**II. Sufficiency of Documentation**

2. The Creditor further states, under penalty of perjury, that supporting documentation substantiating the Claim was previously submitted to the Claims Agent and/or the Plan Administrator's advisors in response to a prior objection to this Claim. The basis for the Claim arises from the Creditor's employment with the Debtor in the capacity of General Manager. The Creditor stands ready to resubmit or supplement this documentation upon request by the Plan Administrator or the Court.

**III. Relief Requested**

3. For the reasons set forth above, the Creditor respectfully requests that the Court (a) overrule the Objection as to Claim No. 1870, (b) allow Claim No. 1870 in the amount of $4,750.00, and (c) grant such other and further relief as is just and proper.

**Declaration**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 27, 2026

Respectfully submitted,

/s/ Oasis Malka Love
Rev. Jeanine Reneé Brown, legally known as Oasis Malka Love
Creditor, Pro Se
P.O. Box 1617
Ann Arbor, Michigan 48106
General Delivery
271 Cadman Plaza E, Ste. 2
Brooklyn, New York 11201-9997
12iwillalways@proton.me
734-746-8021