**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,, *et al.*, | Case No. 24-10831 (KBOL) |
| Debtor. | |
| ____________________________________/ | **Re: ECF 1733** |

**MIAMI-DADE COUNTY TAX COLLECTOR'S OPPOSITION TO**
**TWELFTH OMNIBUS OBJECTION TO TAX CLAIM**

The Miami-Dade County Tax Collector, through undersigned counsel, opposes the objection (the "Objection") to the Tax Collector's Claim No. 1834, filed on behalf of the above-captioned chapter 11 debtor (the "Debtor") pursuant to Fed. R. Bankr. P. 3007, and in support respectfully represents:

The Debtor seeks to disallow the Tax Collector's tax claim that secures ad valorem taxes on tangible personal property for tax years 2024 and 2025 on grounds that they sold the property and claim to have no liability. But raising this type of argument against property tax has a time limit. The time limit expired for both years. Sec. 194.171, Florida Statutes.

This objection to the Tax Claim is barred.

For the forgoing reasons, the Tax Collector respectfully urges this Court to overrule the Debtor's Objection and allow the Claim in its entirety.

Respectfully submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney

By: *__/s/ Ileana Cruz__*
Ileana Cruz, Assistant County Attorney
Florida Bar No. 419140
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Telephone: (305) 375-5296

E-Mail: cao.bkc@miamidade.gov
Direct E-Mail: ileanac@miamidade.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **4th day of September 2026** a true and correct copy of this document was served electronically via the CM/ECF system upon the parties registered to receive electronic service of documents in this case as of this date.