**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **CASE NO. 24-10831** |
| | § | |
| **EXP OLDCO WINDDOWN, INC.** | § | |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR(S).** | § | |

**TRAVIS COUNTY'S AMENDED RESPONSE TO TWELFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001,3003, AND 3007, AND LOCAL RULE 3007-1**
**[Docket #1733]**

**COMES NOW,** Celia Israel, Travis County Tax Assessor-Collector for and on behalf of itself and the other local government entities for which it collects taxes (collectively, "Travis County"), appearing through Delia Garza, Travis County Attorney, files this Response to Plan Administrator's Twelfth Omnibus (Substantive) Objection to Claims, dated August 14, 2026 [Docket No. 1733] (the "Objection"), and respectfully states:

1. Travis County, a secured creditor for the ad valorem taxes assessed against the Debtor, filed its amended proof of claim on December 9, 2024 for $18,560.85, claim no. 1739 for the 2024 ad valorem taxes on the Debtor's business personal property located in Austin, Travis County, Texas as of January 1, 2024 (the "Claim"). Travis County has a statutory tax lien on the Debtor's personal property

located in Travis County beginning on January 1 of each year. The lien on personal property is a lien *in solido* and attaches to all inventory, furniture, equipment, and other personal property that the property owner owned on January 1 or subsequently acquires. TEX. TAX CODE § 32.01.

2. The Objection states that the Debtors have no liability for the property taxes because the leases of the properties were assumed and assigned effective June 1, 2024, and seeks to modify the claim as Priority Unsecured and reduce the amount owed to $8,149.55. However, the Claim is for ad valorem taxes on personal property owned on January 1, 2024. *See* TEX. TAX CODE §§ 11.01, 23.01(a). The assignment of the leases is not relevant to the Claim.

3. Additionally, there is no provision in Texas Tax law for prorating the amount of tax due based on a change in ownership mid-year. TEX. TAX CODE § 32.07(a) provides "…property taxes are the personal obligation of the person who owns or acquires the property on January 1 of the year for which the tax is imposed… A person is not relieved of the obligation because he no longer owns the property." Regardless of the assumption and assignment to another entity, the full 2024 tax liability remains the responsibility of the Debtor.

4. Furthermore, this Court is without jurisdiction to redetermine the Claim. 11 U.S.C § 505(a)(2)(C) provides that the Court may not determine "the amount or legality of any amount arising in connection with an ad valorem tax on real or personal

property of the estate, if the applicable period for contesting or redetermining that amount under nonbankruptcy law has expired." The deadlines to contest the 2024 taxes under Texas state law expired years ago. *See* TEX TAX CODE § 41.41.

WHEREFORE, PREMISES CONSIDERED, Travis County prays that the Plan Administrator's Objection and Request to Modify the claim be denied, that Travis County's claim be allowed, and for such further relief to which Travis County may be entitled.

**Respectfully submitted,**

**DELIA GARZA**
**Travis County Attorney**
P.O. Box 1748
Austin, Texas 78767
(512) 854-9092 Telephone
(512) 854-4808 Telecopier

By: */s/ Jason A. Starks*
**JASON A. STARKS**
Texas Bar No. 24046903
jason.starks@traviscountytx.gov

## CERTIFICATE OF SERVICE

I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing pleading has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **8th** day of **September, 2026** and/ or mailed by United States First Class Mail to any party listed below that is not registered.

*/s/ Jason A. Starks*
JASON A. STARKS

**DEBTOR**
EXP OldCo Winddown, Inc.
One Express Drive
Columbus, OH 43230

**DEBTOR'S ATTORNEYS**
Nicholas M. Adzima
Kirkland & Ellis, LLP
601 Lexington Ave.
New York, NY 10022
(Via Electronic Service)

**U.S. TRUSTEE**
U.S. Trustee's Office
J. Caleb Boggs Federal Bldg.
844 King Street, Ste. 2207
Wilmington, DE 19801
(Via Electronic Service)