**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Pauline Aragon , depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 28, 2026, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit A**:

- **1st Reminder to Submit Before Deadline Form W-9 Request Letter**
- **Form W-9 Request for Taxpayer Identification Number and Certification with Instructions**

[SPACE INTENTIONALLY LEFT BLANK]

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on September 1, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Pierce County Finance Dept, Attn: Jason Thiessen at 1501 Market St, Ste 120, Tacoma, WA 98402-3333, pursuant to USPS forwarding instructions:

- **Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, 3007, and Local Rule 3007-1** (Docket No. 1733)

Dated: September 8, 2026

Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of September, 2026 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2551085
My Comm. Expires Apr 20, 2030

# **Exhibit A**

STRETTO

# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Christie Carr | c/o Dundon Advisers LLC | 565 5th Ave | Fl 16 | New York | NY | 10017-2485 |
| Jorge Chacon | c/o Dundon Advisers LLC | 565 5th Ave | Fl 16 | New York | NY | 10017-2485 |