**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Monique B. DiSabatino, Esquire, hereby certify that on September 9, 2026, a copy of the *Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 1665 of Charles County, Maryland, 1627 of Prince George's County, Maryland and 1653 of Arlington County Treasurer Only* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the below parties.

Prince George's County, Maryland
Charles County, Maryland
c/o M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737
Email: Emeyers@mrrlaw.net

Treasurer of Arlington County
c/o Christopher J. Sadowski
Deputy Treasurer for Litigation
2100 Clarendon Blvd., Suite 201
Arlington, VA 22201
Email: csadowski@arlingtonva.us

**SAUL EWING LLP**

By: /s/ Monique B. DiSabatino
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6806

Dated: September 9, 2026