**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1733, 1743, 1750, 1759, 1761, 1762, 1766** |

**CERTIFICATION OF COUNSEL REGARDING (A) TWELFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On August 14, 2026, the *Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1733] (the "**Objection**") was filed with the Court, attached to which as Exhibit A is a proposed order sustaining the Objection (the "**Proposed Order**").

2. Pursuant to the notice accompanying the Objection [D.I. 1733], responses to the Objection were required to have been filed with the Court and served on the undersigned so as to

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

be received on or before September 4, 2026 at 4:00 p.m. (ET), which deadline was extended to: (i) September 9, 2026 at 4:00 p.m. (ET) for PT Huddersfield Tex Indo and PT Mod Indo (together, the "**PT Entities**"), Prince George's County, Maryland and Charles County, Maryland (together, the "**Maryland Counties**"), and Dana Al-Husseini; (ii) September 16, 2026 at 4:00 p.m. (ET) for Pierce County Finance Department ("**Pierce County**"); (iii) September 18, 2026 at 4:00 p.m. (ET) for TRC Master Fund LLC, as Assignee of Newtimes Development Limited ("**TRC Newtimes**"); and (iv) October 8, 2026 at 4:00 p.m. (ET) for Google LLC ("**Google**") (collectively, the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Plan Administrator received informal responses to the Objection from NU Technology Inc. ("**NU Technology**"), Brevard County Tax Collector ("**Brevard County**"), Sixta Checo ("**Checo**"), TRC Newtimes, Google, the PT Entities, Bazaarvoice, Inc. as Successor-in-Interest to Granify, Inc. ("**Bazaarvoice**"), the Maryland Counties and Pierce County.

4. In addition, prior to the Objection Deadline, formal responses to the Objection were filed by the Travis County Tax Assessor-Collector ("**Travis County**") [D.I. 1759], the Arlington County Treasurer ("**Arlington County**") [D.I. 1761], and the Miami-Dade County Tax Collector ("**Miami-Dade County**") [D.I. 1762].

5. <u>Withdrawn Objections</u>. Following discussions with the relevant parties, the Plan Administrator agreed to withdraw the Objection as to the claims of NU Technology, Bazaarvoice, the Maryland Counties and Arlington County, as set forth in the notices of withdrawal filed on August 21, 2026, September 1, 2026 and September 9, 2026, respectively [D.I. 1743, 1750, 1766]. Such parties have therefore been removed from the relevant exhibits accompanying the Proposed Order attached hereto.

6. Continued Matters. The Plan Administrator and Google, Brevard County, Miami-Dade County Pierce County and Travis County have further agreed to continue such matters to the next scheduled omnibus hearing while the parties continue to discuss the responses to the Objection. Such parties have therefore been removed from the relevant exhibits accompanying the Proposed Order attached hereto.

7. Resolved by Separate Stipulation. Following discussions with counsel to Checo, the Plan Administrator and Checo agreed to a resolution of the Checo claim, which is set forth in a separate stipulation. Accordingly, the Checo claim has been removed from the relevant exhibit accompanying the Proposed Order attached hereto.

8. Resolved by Revised Order. In resolution of the informal responses of the PT Entities and TRC Newtimes, the Plan Administrator has made certain changes to the relevant exhibits to the Proposed Order attached hereto, which reflect agreed modifications to such parties' claims. The undersigned has confirmed that these revisions are acceptable to counsel to the PT Entities and TRC Newtimes.

9. With respect to the balance of the claims included in the Objection (for which there were no objections), as well as the claims of the PT Entities and TRC Newtimes, attached hereto as **Exhibit "1"** is the Proposed Order and its accompanying exhibits, which have been modified in the manner described above to reflect (i) the agreed modifications to the PT Entities and TRC Newtimes claims, and (ii) the removal of the Checo, Google, Brevard County, Miami-Dade County, Pierce County, Travis County, Nu Technology, Bazaarvoice, the Maryland Counties and Arlington County claims.[2]

[2] No changes have been made to the form of Proposed Order accompanying the Objection. Rather, the changes are limited to its accompanying exhibits, as described herein.

10. In particular, attached hereto as **Exhibit "2"** is a redline of the relevant "Overstated Claims" exhibit, reflecting the agreed changes made to TRC Newtimes' claim and the PT Entities' claims, and the removal of the NU Technology claim.

11. Attached hereto as **Exhibit "3"** is a redline of the relevant "Overstated and Misclassified Claims" exhibit, reflecting the removal of the Arlington County, Brevard County, Travis County, and Miami-Dade County claims.

12. Attached hereto as **Exhibit "4"** is a redline of the relevant "No Liability Claims" exhibit, reflecting the removal of the Google claims, the Bazaarvoice claim, the PT Entities' claims, the Maryland Counties' claims, and the Pierce County claim.

13. Attached hereto as **Exhibit "5"** is a redline of the relevant "Fully Unliquidated Claims" exhibit, reflecting the removal of Sixta Checo's claim.

[remainder of page left intentionally blank]

14. The undersigned counsel is available to respond to any questions that Court may have regarding the Proposed Order and the revised exhibits. Otherwise, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: September 10, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email: monique.disabatino@saul.com

-and-

Maxwell M. Hanamirian
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7756
Email: maxwell.hanamirian@saul.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com
creilly@klestadt.com

*Counsel for the Plan Administrator*