# EXHIBIT 1

## Proposed Order with Revised Exhibits

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>**Re: Docket Nos. 1733 and __** |

**ORDER SUSTAINING TWELFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] by which the Plan Administrator requests the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, modifying the Misclassified Claims, disallowing in part the Overstated Claims, modifying and disallowing in part the Overstated and Misclassified Claims, and disallowing the No Liability Claims set forth on Schedules 1, 2, 3, 4, and 5 attached hereto; and upon consideration of the Almeida Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained as set forth herein.

2. The Misclassified Claims set forth on the attached **Schedule 1** are hereby modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Reclassified Claim."

3. The Overstated Claims set forth on the attached **Schedule 2** are hereby disallowed in part to reflect the correct value of the claims (or portions of the claims) as reflected under the heading "Modified Claim Amount."

4. The Overstated and Modified Claims set forth on the attached **Schedule 3** are hereby modified to reflect the correct priority status of the claim (or portions of the claim) and disallowed in part to reflect the correct value of the claim (or portion of the claim) as reflected under the heading "Modified Claim."

5. The No Liability Claims set forth on the attached **Schedule 4** are hereby disallowed in their entirety.

6. The Fully Unliquidated Claims set forth on the attached **Schedule 5** are hereby disallowed in their entirety.

7. The Claims Agent is authorized and directed to modify the Claims Register for the Chapter 11 Case in accordance with terms of this Order.

8. To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Plan Administrator is unable to resolve the response, each such Disputed Claim, and the Objection by the Plan Administrator to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

9. The Plan Administrator's right to object in the future to any of the Proofs of Claim listed in this Objection or on the exhibit attached hereto on any ground, and to amend, modify, and/or supplement this Objection, including to object to amended or newly filed claims, is fully reserved.

10. To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

11. The Court retains jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

# **Schedule 1**

## **Misclassified Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 1 - Misclassified**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Clark County Treasurer | 52 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$571.02<br>$0<br>$0<br><br>$571.02 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$571.02<br>$0<br><br>$571.02 | This property tax claim relates to the Debtors' lease of store 2010, located at 8700 N.E. Vancouver Mall Drive, SP# 219 , Vancouver, WA 98662-6750. The lease of store 2010 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 1161. The Debtors no longer own the collateral securing this liability and thus there is no basis for secured status. |
| Richland County Treasury | 1864 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,119.46<br>$0<br><br>$2,119.46 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,119.46<br><br>$2,119.46 | This property tax claim is for the year 2016. As such, this claim is not entitled to priority status under Section 507(a)(8) of the Bankruptcy Code. |
| Washington County Tax Collector | 1596 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $3,652.06<br>$0<br>$0<br>$0<br><br>$3,652.06 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$3,652.06<br>$0<br><br>$3,652.06 | This claim is for 2023 property taxes and thus is not entitled to administrative priority status under the Bankruptcy Code. |

# <u>Schedule 2</u>

## Overstated Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Cabarrus County Tax Collector | 1802 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,855.58<br>$0<br><br>$1,855.58 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$876.25<br>$0<br><br>$876.25 | This property tax claim relates to the Debtors' lease of store 1756, located at 8111 Concord Mills Blvd., SP#638 , Concord, NC 28027-6496. The lease of store 1756 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| Chatham County Tax Commissioner | 1610 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$11,326.41<br>$0<br><br>$11,326.41 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,769.99<br>$0<br><br>$7,769.99 | A $6,738.48 portion of this property tax claim relates to the Debtors' lease of store 1718, located at 200 Tanger Outlet Blvd., SP#521 , Pooler, GA 31322-3500. The lease of store 1718 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| City and County of San Francisco | 1609 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$99,757.91<br>$0<br><br>$99,757.91 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$22,305.29<br>$0<br><br>$22,305.29 | Per discussions with the claimant, the claimant confirmed that only $22,305.29 of the asserted liability remains outstanding. As a result, the claim should be reduced accordingly. |
| City of Bangor | 1657 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,183.61<br>$0<br><br>$2,183.61 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,180.90<br>$0<br><br>$1,180.90 | The Debtors closed the relevant store and vacated the property in April 2023. A $1,002.71 portion of this claim is for taxes which were assessed after the Debtors had already vacated the property. As a result, the Debtors are not liable for this amount. |
| City of Virginia Beach [City Treasurer] | 1650 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$6,765.66<br>$80.00<br><br>$6,845.66 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$3,194.90<br>$80.00<br><br>$3,274.90 | This property tax claim relates to the Debtors' lease of store 194, located at 701 Lynnhaven Parkway, Virginia Beach, VA 23452-7299. The lease of store 194 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| City of Woodstock | 1741 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,104.15<br>$0<br><br>$1,104.15 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$521.40<br>$0<br><br>$521.40 | This property tax claim relates to the Debtors' lease of store 1808, located at 915 Ridgewalk Parkway, SP C-390 , Woodstock, GA 30188-0117. The lease of store 1808 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 552. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Contrarian Funds, LLC [as Assignee of Laguna Clothing Private Limited] | 499 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,073,661.86<br><br>$1,073,661.86 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$632,243.76<br><br>$632,243.76 | A $249,300.00 portion of this claim was satisfied, as reflected in the First Notice of Satisfied Claims [D.I. 1371]. A $441,418.10 portion of this claim is for unshipped goods ($171,256.17) and trim fabrics ($270,161.93). The claimant's proof of claim provides no legal basis for the liability of unshipped or unfinished goods and the Debtors have no liability for such amounts. The claim has thus been modified to exclude such amounts. |
| Crescent Bahuman Limited | 1575 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,264,850.34<br><br>$3,264,850.34 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,434,954.92<br><br>$1,434,954.92 | The claimant's proof of claim only included supporting materials for the asserted administrative amount, which has since been paid and satisfied as reflected in the Plan Administrator's Second Notice of Satisfaction [D.I. 1441]. No support is provided for the balance of the asserted claim, and the Debtors' books and records do not support such amount. As a result, the claim has been reduced to align with the Debtors' Books and Records. |
| Henry County Tax Commissioner | 1705 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$6,098.94<br><br>$6,098.94 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,880.06<br><br>$2,880.06 | This property tax claim relates to the Debtors' lease of store 1793, located at 1000 Tanger Drive, SP#614, Locust Grove, GA 30248-7208. The lease of store 1793 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| Madison County Tax Collector | 923 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,205.44<br>$0<br><br>$1,205.44 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$871.88<br>$0<br><br>$871.88 | This property tax claim relates to the Debtors' lease of store 401, located at 2801 Memorial Parkway SW, Space #106 , Huntsville, AL 35801-6519. The lease of store 401 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 631. The asserted tax liability is for the period between October 1, 2023 and September 30, 2024. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| Merkle Inc. | 1172 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$370,757.31<br><br>$370,757.31 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$322,628.87<br><br>$322,628.87 | A $48,128.44 portion of this claim was satisfied by ACH on July 3, 2024 with payment reference number x73952. The claim has thus been adjusted accordingly. |
| Oklahoma County Treasurer | 156 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$24,299.09<br>$0<br><br>$24,299.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$11,474.57<br>$0<br><br>$11,474.57 | This property tax claim relates to the Debtors' leases of (i) store 238, located at 1901 Northwest Expressway, SP #2200A , Oklahoma City, OK 73118-1607, and (ii) store 1795, located at 7628 West Reno Ave., SP#H820 , Oklahoma City, OK 73127-9730. The leases were assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket Nos. 555 and 553, respectively. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, the remaining $7,317.65 balance of this claim was paid on 12/19/2025 by a $7,317.65 check with reference no. 1085. |
| Prince William County Government | 1628 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,110.57<br>$0<br><br>$2,110.57 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$996.66<br>$0<br><br>$996.66 | This property tax claim relates to the Debtors' lease of store 1707, located at 2700 Potomac Mills Circle, SP#235, Woodbridge, VA 22192-4625. The lease of store 1707 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| PT Huddersfield Tex Indo | 1466 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$95,442.99<br><br>$95,442.99 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$35,000.00<br><br>$35,000.00 | Claim amount has been modified per agreement with the claimant. |
| PT. Mod Indo | 419 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$938,840.03<br><br>$938,840.03 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$21,294.39<br><br>$21,294.39 | Claim amount has been modified per agreement with the claimant. |
| PT. Ungaran Sari Garments | 142 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,089,235.30<br><br>$1,089,235.30 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$609,133.99<br><br>$609,133.99 | The $170,984.53 portion of this claim was satisfied, as reflected in the First Notice of Satisfied Claims [D.I. 1371]. A $480,101.31 portion of the remaining claim is for unshipped goods ($338,117.28) and raw materials ($141,984.03). The claimant's proof of claim provides no legal basis for the liability of unshipped or unfinished goods. The claim has been modified to exclude such amounts. |
| Rambo Fixture Company | 1034 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$107,458.93<br><br>$107,458.93 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$77,160.73<br><br>$77,160.73 | A $30,298.20 portion of this claim was satisfied by ACH payment on August 30, 2024 with payment reference number x73553. The claim has been adjusted accordingly. |
| Sarasota Tax Collector | 1580 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,604.51<br>$0<br><br>$1,604.51 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$757.69<br>$0<br><br>$757.69 | This property tax claim relates to the Debtors' lease of store 2074, located at 140 University Town Center Drive, SP#121, Sarasota FL. The lease for store 2074 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. |
| TCE Corporation | 1199 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,160,181.99<br><br>$4,160,181.99 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$976,511.98<br><br>$976,511.98 | The $344,421.82 administrative portion of this claim has been satisfied, as reflected in the First Notice of Satisfied Claims [D.I. 1371]. A $3,183,670.01 portion of the remaining claim is for unshipped goods and raw materials. The claim provides no legal basis for the liability of unshipped goods or raw materials. As a result, the Debtors have no liability for these amounts. |
| TRC Master Fund LLC [as Assignee of Fourlaps Athletic LLC] | 230 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$110,346.08<br><br>$110,346.08 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$48,127.20<br><br>$48,127.20 | The claimant's proof of claim asserts a $110,346.08 liability, yet the attached supporting materials provide documentation for $163,708.64 invoices. Of the invoices listed, $115,581.44 was paid across several dates. As a result, the claim should be reduced to $48,127.20. |
| TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | 147 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $0<br>$0<br>$0<br>$2,669,812.65 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $0<br>$0<br>$0<br>$1,650,000.00 | Claim amount has been modified per agreement with the claimant. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| | | Total Claim Amount: | $2,669,812.65 | Total Claim Amount: | $1,650,000.00 | |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Tulsa County Treasurer | 1721 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,507.00<br>$0<br><br>$4,507.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,128.31<br>$0<br><br>$2,128.31 | This property tax claim relates to the Debtors' lease of store 656, located at 7021 S Memorial Drive, SP#O113A , Tulsa OK 74133-2025. The lease of store 656 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 558. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. |

# Schedule 3

## Overstated and Misclassified Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 3 - Overstated & Misclassified**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Adams County Treasurer and Public Trustee | 360 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$4,135.65<br>$0<br>$0<br><br>$4,135.65 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,952.95<br>$0<br><br>$1,952.95 | This property tax claim relates to the Debtors' lease of store 1837, located at 13801 Grant St, Unit 300, Thornton, CO 80023-6621. The lease of store 1837 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Alachua County Tax Collector [John Power] | 1693 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,646.49<br>$0<br>$0<br><br>$1,646.49 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$777.51<br>$0<br><br>$777.51 | This property tax claim relates to the Debtors' lease of store 1928, located at 6335 W Newberry Rd, Gainsville, FL 32605-4338. The lease of store 1928 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Arapahoe County Treasurer | 1560 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $1,778.48<br>$0<br>$0<br>$0<br><br>$1,778.48 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$839.84<br>$0<br><br>$839.84 | This personal property tax claim relates to the Debtors' lease of store 438, located at 14200 E Almeda Ave., SP #328 , Aurora, CO 80012-2511. The lease of store 438 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 612. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. As a result of the assumption and assignment of the lease, there is no basis for secured status. The claimant asserts that this claim is entitled to 503(b)(9) status; however, property taxes such as these are not entitled to administrative priority under Section 503(b)(9) of the Bankruptcy Code. |
| Baldwin County Revenue Commission [Teddy J. Faust, Jr.] | 457 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$837.68<br>$0<br>$0<br><br>$837.68 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$605.88<br>$0<br><br>$605.88 | This property tax claim from Baldwin County Revenue Commission relates to the Debtors' lease of store 1769, located at 2601 S. McKenzie Street, SP#454-456, Foley, AL 36535-3488. The lease of store 1769 was assumed and assigned per D.I. 553 effective as of June 21, 2024, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Broward County [Broward County Tax Collector] | 1715 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$7,120.13<br>$0<br>$0<br><br>$7,120.13 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$3,362.28<br>$0<br><br>$3,362.28 | This property tax claim relates to the Debtors' leases of stores 258 (8000 W Broward), 611 (11401 Pines), 739 (9059 W Atlantic), 784 (2414 E Sunrise), and 1711 (12801 W Sunrise). The leases for each of these stores were assumed and assigned effective as of June 21, 2024, as set forth in the Exhibit(s) attached to the following: Docket No. 446 (store 258), Docket No. 609 (store 611), Docket No. 554 (store 739), Docket No. 446 (store 784), and Docket No. 555 (store 1711). The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| City of Memphis | 1591 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,136.93<br>$0<br>$0<br><br>$1,136.93 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$536.88<br>$0<br><br>$536.88 | This claim is for property taxes for the period January 1, 2024 - December 31, 2024 and relates to the Debtors' lease of store 99, located at 2760 N Germantown Pkwy, # 148 , Bartlett, TN 38133-8153. The lease of store 99 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been modified accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| County of Henrico, Virginia | 1514 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$5,233.11<br>$0<br>$0<br><br>$5,233.11 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,471.19<br>$0<br><br>$2,471.19 | This property tax claim relates to the Debtors' lease of store 525, located at 11800 West Broad Street, Suite 2052, Richmond VA 23223. The lease of store 525 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| County of Loudoun | 789 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$3,654.56<br>$0<br>$0<br><br>$3,654.56 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,725.76<br>$0<br><br>$1,725.76 | This personal property tax claim relates to the Debtors' lease of store 1790, located at 241 FORT EVANS RD. NE, SP#753, LEESBURG, VA 20176-4042. The lease of store 1790 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status since the Debtors no longer maintain any personal property at the location. |
| Dawson County Tax Commissioner | 1725 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $2,746.07<br>$0<br>$0<br>$0<br><br>$2,746.07 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,296.76<br>$0<br><br>$1,296.76 | This personal property tax claim relates to the Debtors' lease of store 1822, located at 800 GA-400, SP# 1045 , Dawsonville, GA 30534-8098. The lease of store 1822 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Douglas County Treasurer | 1794 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,742.74<br>$0<br>$0<br><br>$2,742.74 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,295.18<br>$0<br><br>$1,295.18 | This property tax claim relates to the Debtors' lease of store 75, located at 8401 PARK MEADOWS CENTER DR, SP #2360 , LITTLETON, CO 80124-5067. The lease of store 75 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Douglas County Treasurer | 1792 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,692.61<br>$93.57<br>$0<br><br>$2,786.18 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$780.57<br>$0<br><br>$780.57 | A portion ($1,652.98) of this property tax claim relates to the Debtors' lease of store 1752, located at 5050 Factory Shops Blvd., SP#845, Castle Rock, CO 80108-1987. The lease of store 1752 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 552. The Debtors have no liability for post-assignment property tax liabilities for 2024.<br><br>The remaining $1,133.20 balance of the claim is for 2023 property taxes, and this was paid on 12/19/2025 by a $1,133.20 (check with reference no. 1095). The claim amount has been adjusted accordingly. |
| Escambia County Tax Collector | 1703 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,283.33<br>$0<br>$0<br><br>$1,283.33 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$606.02<br>$0<br><br>$606.02 | This personal property tax claim relates to the Debtors' lease of store 563, located at 5100 North 9th Ave., SP #K1011 , Pensacola, FL 32504-8735. The lease of store 563 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Fulton County Tax Commissioner | 1700 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$22,864.83<br>$0<br>$0<br><br>$22,864.83 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$6,206.73<br>$0<br><br>$6,206.73 | This property tax claim relates to the Debtors' leases of stores 59, 559, 985, and 5011. An $11,947.12 portion of this claim pertains to leases for stores 59 and 5011, which were assumed and assigned, as set forth in Exhibit 1 of Docket Nos. 555 and 558, respectively. The lease of store 563 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. The remaining $10,917.71 portion of this claim pertains was paid on 12/19/2025 by a $10,917.71 check with reference no. 1096. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Hillsborough County Tax Collector | 1754 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$4,177.80<br>$0<br>$0<br><br>$4,177.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,972.85<br>$0<br><br>$1,972.85 | This property tax claim relates to the Debtors' lease of store 813, located at 2223 North Westshore Blvd Space #125, Tampa, FL 33607-1411. The lease of store 813 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 555. The lease of store 563 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Los Angeles County Treasurer and Tax Collector | 465 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,897.07<br>$65,549.37<br>$7,352.56<br><br>$75,799.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,897.07<br><br>$2,897.07 | The secured portion of this claim is for property taxes between 2020 - 2022. The Debtors no longer own the collateral underpinning the asserted status, and these amounts fall outside the 1-year eligibility period for priority status under Section 507(a) of the Bankruptcy Code. As a result, these amounts should be reclassified to general unsecured status.<br><br>The priority portion of this claim is for estimated property taxes for the period July 1, 2024 - June 30, 2025. Neither the supporting materials attached to the claimant's proof of claim nor the Debtors' Books and Records support the amounts asserted in this claim. As a result, the Debtors have no liability for these amounts.<br><br>The asserted general unsecured portion of this claim is for property taxes during the 1993 and 1994 fiscal years. The Debtors did not exist at the time the liability was incurred. As a result, the Debtors have no liability for these amounts. |
| Macon-Bibb County Tax Commissioner | 1828 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $3,664.75<br>$0<br>$0<br>$0<br><br>$3,664.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,730.58<br>$0<br><br>$1,730.58 | This property tax claim relates to the Debtors' lease of store 2020, located at 5080 Riverside Drive, Macon, GA 31210-1100. The lease of store 2020 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, the claim is not based on good provided to the Debtors and does not otherwise meet the requirements for section 503(b)(9) status. |
| Montgomery County | 1759 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$7,802.43<br>$0<br>$0<br><br>$7,802.43 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$3,684.48<br>$0<br><br>$3,684.48 | This property tax claim relates to the Debtors' lease of store 680, located at 1201 Lake Woodlands Drive, #2062, Spring, TX 77380-5000. The lease of store 680 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Office of Doris Maloy, Tax Collector - Leon County | 392 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,969.47<br>$0<br>$0<br><br>$2,969.47 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,402.25<br>$0<br><br>$1,402.25 | This property tax claim relates to the Debtors' lease of store 1855, located at 1500 Apalachee Pkwy, Tallahassee FL 32301-4004. The lease of store 1855 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Pima County, Arizona | 1658 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$283.44<br>$0<br>$0<br><br>$283.44 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$133.85<br>$0<br><br>$133.85 | This property tax claim relates to the Debtors' lease of store 515, located at 4500 N. Oracle Rd., SP #423 , Tucson, AZ 85705-1662. The lease of store 515 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Pima County, Arizona | 1659 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,156.35<br>$0<br>$0<br><br>$1,156.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$546.05<br>$0<br><br>$546.05 | This claim is for 2024 property taxes related to the Debtors' lease of store 1777, located at 6401 W. Marana Center Blvd, SP# 600 , Marana, AZ 85742-8550. The lease of store 1777 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Pitt County Tax Collector | 1020 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,563.43<br>$0<br>$0<br><br>$2,563.43 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,333.50<br>$0<br><br>$1,333.50 | This claim is for 2024 property taxes related to the Debtors' lease of store 98, located at 714 E Greenville Blvd., SP #G11 , Greenville, NC 27858-5104. The lease of store 98 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| | | | | | | for secured status. |
| Pulaski County Treasurer | 1698 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $8,460.55<br>$0<br>$0<br>$0<br><br>$8,460.55 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$6,503.41<br>$0<br><br>$6,503.41 | This property tax claim relates to the Debtors' lease of store 1761, located at 11201 Bass Pro Parkway, SP#W103, Little Rock, AR 72209-3080. The lease of store 1761 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 552. A $3,708.25 portion of this claim is for the 2024 tax year and has been adjusted to reflect the fact that the Debtors have no liability for post-assignment property tax liabilities. The remaining portion of this claim is for pre-petition property taxes and is therefore not entitled to administrative expense status under the Bankruptcy Code. |
| San Marcos CISD | 1761 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,436.77<br>$0<br>$0<br><br>$2,436.77 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,150.70<br>$0<br><br>$1,150.70 | This property tax claim relates to the Debtors' lease of store 1716, located at 3939 S Interstate 35, San Marcos, TX 78666. The lease of store 1716 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Seminole County Tax Collector | 1863 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,003.85<br>$0<br>$0<br><br>$2,003.85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$851.30<br>$201.09<br><br>$1,052.39 | This property tax claim relates to the Debtors' lease of store 587, located at 451 East Altamonte Drive, SP# 11, Altamonte Springs, FL 32701-4613. The lease of store 587 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment liabilities, so this amount has been reduced accordingly. The Debtors no longer own the asserted collateral, and thus the claim does not qualify for secured status. Moreover, the $201.09 portion of this claim attributable to penalties is not eligible for priority status. |
| Shelby County Trustee | 1590 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,206.16<br>$0<br>$0<br><br>$1,206.16 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$569.58<br>$0<br><br>$569.58 | This property tax claim relates to the Debtors' lease of store 99, located at 2760 N Germantown Parkway, # 148 , Bartlett, TN 38133-8153. The lease of store 99 was assumed and assigned effective as of June 21, 2204, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| St Joseph County Treasurer | 1855 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,225.44<br>$0<br><br>$10,225.44 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,336.76<br>$249.98<br><br>$7,586.74 | A $4,999.64 portion of this claim is for 2024 property taxes related to the Debtors' lease of store 358, located at 6501 N. Grape Rd., SP #250, Mishawaka, IN 46545-1007. The lease of store 358 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities, and thus this portion of the claim has been adjusted accordingly. The remaining portion of the claim is for 2023 property taxes and associated penalties, with the latter not entitled to priority status. |

**<u>Schedule 4</u>**

**No Liability Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 4 - No Liability**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Al-Husseini, Dana | 566 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$50,000.00<br><br>$50,000.00 | This is a workers' compensation claim that is already treated and addressed through the Debtors' workers' compensation insurance plan. No additional recovery against the Debtors' estates is warranted or appropriate. Claim also appears to be a cross-debtor duplicate of Claim 1023, which is asserted in the same amount and appears to be premised on the same alleged liability. |
| Al-Husseini, Dana | 1023 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$50,000.00<br><br>$50,000.00 | This is a workers' compensation claim that is already treated and addressed through the Debtors' workers' compensation insurance plan. No additional recovery against the Debtors' estates is warranted or appropriate. |
| Algonquin I LLC [Algonquin Commons, LLC] | 1315 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$6,317.21<br><br>$6,317.21 | This claim relates to the Debtors' Lease of Store 665. The lease of store 665 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 553. As such, the Debtors have no liability for the Claim. |
| BP Prucenter Acquisition LLC | 1293 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$17,979.77<br>$0<br>$0<br><br>$17,979.77 | The Debtors' contract with BP Prucenter Acquisition LLC was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 1067. As such, the Debtors have no liability for the Claim. |
| County of Orange Treasurer-Tax Collector | 1756 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$27,049.33<br>$379.00<br><br>$27,428.33 | This property tax claim relates to the Debtors' leases of California stores 298 (1065 Brea Mall), 964 (2700 Crown Valley), 531 (2800 N. Main Street), and 270 (3333 Bristol Street), all of which were assumed and assigned to the Purchaser effective as of June 21, 2024 [D.I. 553, 554, 555 and 1161]. This claim is for property taxes for the period July 1, 2024 - June 30, 2025 for which the Debtors have no liability. |
| County of Santa Clara Department of Tax & Collections | 1649 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$14,961.55<br>$0<br><br>$14,961.55 | This property tax claim relates to the Debtors' leases of (i) store 1751, located at 681 Leavesley Road, SP# C120 , Gilroy, CA 95, (ii) store 1708, located at 494 Great Mall Dr., SP#493 & 494 , Milpitas, CA 95035-8028, and (iii) store 1632, located at 2855 Stevens Creek Blvd., SP# 1073 , Santa Clara, CA 95050-6709. Each lease was assumed and assigned to the Purchaser effective as of June 21, 2024, as set forth in Exhibit 1 of Docket Nos. 553 and 554. Because this claim relates to a tax year beginning July 1, 2024, the Debtors have no liability for this claim. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | 452 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$31,430.23<br><br>$31,430.23 | This claim relates to the Debtors' lease of store 1752. The lease of store 1752 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | 453 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$23,200.83<br><br>$23,200.83 | This claim relates to the Debtors' lease of store 1786. The lease of store 1786 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |
| Elmwood Retail Properties, L.L.C. | 1201 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$14,945.53<br><br>$14,945.53 | This claim relates to the Debtors' lease of store 3000. The lease of store 3000 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Environmental Democracy Project (UpWest and Express) | 1375 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$100,000.00<br><br>$100,000.00 | The Debtors' records do not reflect liability for the underlying alleged cause of action, let alone any recovery of attorneys' fees for same. |
| Fresno County Tax Collector [County of Fresno Tax Collector] | 1632 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$5,874.84<br>$0<br><br>$5,874.84 | This property tax claim relates to the Debtors' lease of store 903, located at 645 Shaw Ave., SP# E11 , Fresno, CA 93710-7709, which was assumed and assigned to the Purchaser, as set forth in Exhibit 1 of Docket No. 1161. This claim is for property taxes in the period July 1, 2024 - June 30, 2025. The Debtors have no liability for post-assignment tax liabilities and thus have no liability for this claim. |
| Harbor East Parcel B-Retail, LLC | 1354 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,732.71<br><br>$10,732.71 | This claim relates to the Debtors' lease of store 5051. The lease of store 5051 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 670. As such, the Debtors have no liability for the Claim. |
| Imperial County Treasurer-Tax Collector | 1816 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $9,717.27<br>$0<br>$0<br>$0<br><br>$9,717.27 | This property tax claim relates to the Debtors' lease of store 1872, located at 3451 South Dogwood Road, SPACE #1064 , El Centro, CA 92243-9158, which was assumed and assigned to the Purchaser effective as of June 21, 2024, as set forth in Exhibit 1 of Docket No. 631. This claim is for priority taxes between July 1, 2024 and June 30, 2025. The Debtors have no liability for post-assignment tax liabilities and thus have no liability for this claim. |
| Kern County Treasurer Tax Collector | 1184 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,989.93<br>$0<br><br>$7,989.93 | This property tax claim relates to the Debtors' leases of (i) store 163, located at 2701 Ming Ave., SP# 188 , Bakersfield, CA 93304-4415, and (ii) store 1801, located at 5701 Outlets at Tejon Parkway, SP# 400 , Arvin, CA 93203-2459. Both leases were assumed and assigned to the Purchaser, effective June 21, 2024, as set forth in Exhibit 1 of Dockets 609 and 553, respectively. This claim asserts tax liability for the period July 1, 2024 through June 30, 2025. The Debtors have no liability for post-assignment tax liabilities, and thus have no liability for this claim. |
| Keysight Technologies, Inc. | 548 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$63,666.00<br><br>$63,666.00 | The Debtors' contract with Keysight Technologies was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 556. As such, the Debtors have no liability for the Claim. |
| Hope Star Overseas Limited | 1019 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,428.91<br><br>$4,428.91 | The Debtors' Books and Records do not support the asserted liability, and the supporting materials attached to the proof of claim indicate the liability underpinning this claim is with a separate third party. As a result, the Debtors have no liability for this claim. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| | | | | |
| M & J - Big Waterfront Town Center I, LLC | 833 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,519.86<br><br>$7,519.86 | The Debtors' Lease for Store 1864 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 553. As such, the Debtors have no liability for the Claim. |
| New Relic, Inc. | 620 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$18,273.23<br><br>$18,273.23 | The Debtors' contract was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 596. As such, the Debtors have no liability for the Claim. |
| Paez, Carlos | 631 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$100,000.00<br><br>$100,000.00 | This is a workers' compensation claim that is already treated and covered under the Debtors' workers' compensation insurance plan. No additional recovery against the Debtors' estates is warranted or appropriate. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Palm Beach Mall Holdings, LLC [Tanger Management, LLC] | 1352 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$103,503.74<br><br>$103,503.74 | The claim relates to the Debtors' lease of store 1701. The lease of store 1701 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 553. As such, the Debtors have no liability for the Claim. |
| Placer County Tax Collector | 475 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,948.30<br>$0<br>$0<br><br>$1,948.30 | This claim relates to the Debtors' lease of store 414. The lease of store 414 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 612. As such, the Debtors have no liability for the Claim. |
| PPF RTL Rosedale Shopping Center, LLC | 962 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$17,169.72<br><br>$17,169.72 | This claim relates to the Debtors' lease of store 58. The lease of store 58 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |
| Saba Software, Inc. [Cornerstone OnDemand, Inc.] | 284 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$0<br><br>$0 | The Debtors' contract with Saba Software Inc. was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 556. As such, the Debtors have no liability for the claim. |
| Single Source Apparel [Greenwood Mills, Inc.] | 54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$829,680.54<br><br>$829,680.54 | A $464,356.16 portion of this claim was transferred to Cedar Glade as reflected in the notice of transfer set forth at Docket No. 968. A $90,922.52 portion of the remaining claim was paid by check (ref. no. 44) on September 19, 2024. The remaining portion of the claim is for fabric & sundry liabilities. The claim provides no legal basis for the liability of unshipped raw materials, and the claim should be reduced accordingly. |
| Sonoma Cnty Tax Collector | 1269 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$3,986.61<br>$0<br>$0<br><br>$3,986.61 | This property tax claim relates to the Debtors' lease of (i) store 963, located at 571 Santa Rosa Plaza, Santa Rosa, CA 95401-6397, and (ii) store 1805, located at 2200 Petaluma Blvd. N, SP#440, Petaluma, CA 94952-1994. Both leases were assumed and assigned to the Purchaser effective as of June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The claim is for property taxes for the period July 1, 2024 - June 30, 2025. The Debtors have no liability for post-assignment property taxes, and thus have no liability for this claim. |
| Stone, Matt | 549 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$622.00<br><br>$622.00 | The Debtors' Books & Records do not support the asserted liability, and the claim documentation does not demonstrate any obligation of the Debtors to the claimant. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| | | | | |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Tennessee Department of Revenue | 1810 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,665.00<br>$0<br><br>$10,665.00 | The claimant's proof of claim amount is an estimated business tax for the 2025 period. The Debtors no longer maintained business operations for this time period and thus have no liability for this claim. |
| Tennessee Department of Revenue | 1814 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$500.00<br>$0<br><br>$500.00 | The claimant's proof of claim amount is an estimated business tax for the period ending 01/31/2025. Debtor Project Pine California OldCo, LLC (f/k/a UW, LLC) ceased operations in late spring 2024. As a result, the Debtors have no liability for this claim. |
| Tri Thien Trading & Producing Company Limited | 1120 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,284.80<br><br>$7,284.80 | This claim relates to cancelled purchase orders, for which there is no basis for recovery from the Debtors, nor is any such basis provided. |
| UserTesting Technologies, Inc. | 526 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$77,185.42<br><br>$77,185.42 | The Debtors' contract with User Testing Inc. was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 589. As such, the Debtors have no liability for this claim |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | 1856 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,574.38<br>$0<br><br>$2,574.38 | A $1,732.44 portion of this property tax claim is for the period July 1, 2024 and June 30, 2025 and is related to the Debtors' lease of store 1803, located at 950 Camarillo Center Drive, Camarillo, CA 93010-7759. The lease for store 1803 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment property taxes. As a result, the Debtors have no liability for this amount.<br><br>The remaining $841.94 balance of this claim was paid on 12/19/2025 by an $841.94 check with reference no. 1093. Thus, the Debtors have no further liabilities in connection with this claim. |
| Visionworld | 1865 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$94,755.78<br><br>$94,755.78 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. Thus, neither the claim, nor the Debtors' Books and Records, support any liability of the Debtors for these amounts. |

# Schedule 5

## Fully Unliquidated Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 5 - Fully Unliquidated Claims**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Eloy Romero vs. Express Fashion Operations, LLC; Tim Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | 1316 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$175,000.00<br><br>Unliquidated | This is a litigation claim and thus the asserted claim amount is actually unliquidated and disputed. Following outreach to claimant's bankruptcy counsel, no support for the claim was provided and the Plan Administrator was advised that claimant may no longer be pursuing this claim. The claim has never been amended and/or supplemented, and no support for the claim is reflected in the Debtors' books and records. Accordingly, this claim should be disallowed. |
| Romero, Eloy | 1302 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>Unliquidated<br>Unliquidated<br><br>Unliquidated | This is an unliquidated claim for which no documentation is attached. Following outreach to claimant's bankruptcy counsel, no additional support for the claim was provided and the Plan Administrator was advised that claimant may no longer be pursuing this claim. The claim has never been amended and/or supplemented, and no support for the claim is reflected in the Debtors' books and records. Accordingly, this claim should be disallowed |