**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 15, 2026 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**RESOLVED MATTER:**

1. Eleventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1728; filed: 08/07/26]

   Response Deadline: August 28, 2026 at 4:00 p.m.

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Responses Received:

A. Response of Oasis Malka Love [Docket No. 1760; filed: 09/01/26]

Related Documents:

B. Declaration of Arthur Almeida in Support of Eleventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1728-3; filed: 08/07/26]

C. Notice of Submission of Proofs of Claim [Docket No. 1747; filed: 08/31/26]

D. Certification of No Objection [Docket No. 1749; filed: 08/31/26]

E. Order Sustaining Eleventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1751; signed and docketed: 09/01/26]

Status: On September 1, 2026, the Court entered an order sustaining this claim objection. The response filed by Ms. Love was filed following entry of this order. Notwithstanding, counsel to the Plan Administrator reached out to Ms. Love to address the issues set forth in her response, offer additional clarity regarding the grounds for objection and share a copy of the Court's order. Counsel to the Plan Administrator has not received any further questions from Ms. Love in response to this outreach and believes such issue is resolved (but has offered to address any further questions that may arise).

**CERTIFICATION OF COUNSEL MATTER:**

2. Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1733; filed: 08/14/26]

Response Deadline: September 4, 2026 at 4:00 p.m.; extended to September 9, 2026 for PT Huddersfield Tex Indo, PT. Mod Indo, Prince George's County, Maryland, Charles County, Maryland and Dana Al-Husseini; extended to September 16, 2026 for Pierce County Finance Department ("**Pierce County**"); extended to September 18, 2026 for TRC Master Fund LLC, as Assignee of Newtimes Development Limited ("**TRC Newtimes**") and extended to October 8, 2026 for Google LLC ("**Google**").

Responses Received:

A. Response of Travis County [Docket No. 1759; filed: 09/04/26]

i. Amended Response of Travis County [Docket No. 1764; filed: 09/08/26]

B. Response of Arlington County Treasurer [Docket No. 1761; filed: 09/04/26]

C. Opposition of Miami-Dade County Tax Collector ("**Miami-Dade County**") [Docket No. 1762; filed: 09/04/26]

D. Informal response from NU Technology Inc. ("**NU Technology**")

E. Informal response from Brevard County Tax Collector ("**Brevard County**")

F. Informal response from Sixta Checo

G. Informal response from TRC Newtimes

H. Informal response from Google

I. Informal response from PT Huddersfield Tex Indo

J. Informal response from PT. Mod Indo

K. Informal response from Bazaarvoice, Inc. as Successor-in-Interest to Granify, Inc. ("**Bazaarvoice**")

L. Informal response from Prince George's County, Maryland

M. Informal response from Charles County, Maryland (together with Prince George's County, Maryland, the "**Maryland Counties**")

N. Informal response from Pierce County

Related Documents:

O. Declaration of Arthur Almeida in Support of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1733-3; filed: 08/14/26]

P. Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1712 of NU Technology Inc. Only [Docket No. 1743; filed: 08/21/26]

Q. Notice of Submission of Proofs of Claim [Docket No. 1748; filed: 08/31/26]

R. Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1314 of Bazaarvoice, Inc. as successor-in-interest to Granify, Inc. Only [Docket No. 1750; filed: 09/01/26]

S. Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 1665 of Charles County, Maryland, 1627 of Prince George's County, Maryland and 1653 of Arlington County Treasurer Only [Docket No. 1766; filed: 09/09/26]

T. Certification of Counsel Regarding (A) Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(B), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same [Docket No. 1767; filed: 09/10/26]

Status: The Plan Administrator and Google, Brevard County, Miami-Dade County, Pierce County and Travis County have agreed to continue the hearing on the claim objection as to such parties' claims to the October 15, 2026 omnibus hearing. The Plan Administrator further withdrew the objection as to the claims of NU Technology, Bazaarvoice and the Maryland Counties, as reflected in the notices of withdrawal filed at Docket Nos. 1743, 1314, 1766. A certification of counsel was filed with respect to all other remaining claims included in the objection. Accordingly, no hearing is needed unless the court has any questions.

Dated: September 11, 2026

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: monique.disabatino@saul.com

-and-

Lucian B.Murley (DE Bar No. 4892)
**AKERMAN LLP**
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9205
Email: luke.murley@akerman.com

-and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com

*Counsel. for the Plan Administrator*