# **Schedule 1**

## **Misclassified Claims**

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 1 - Misclassified**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Clark County Treasurer | 52 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$571.02<br>$0<br>$0<br><br>$571.02 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$571.02<br>$0<br><br>$571.02 | This property tax claim relates to the Debtors' lease of store 2010, located at 8700 N.E. Vancouver Mall Drive, SP# 219 , Vancouver, WA 98662-6750. The lease of store 2010 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 1161. The Debtors no longer own the collateral securing this liability and thus there is no basis for secured status. |
| Richland County Treasury | 1864 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,119.46<br>$0<br><br>$2,119.46 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,119.46<br><br>$2,119.46 | This property tax claim is for the year 2016. As such, this claim is not entitled to priority status under Section 507(a)(8) of the Bankruptcy Code. |
| Washington County Tax Collector | 1596 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $3,652.06<br>$0<br>$0<br>$0<br><br>$3,652.06 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$3,652.06<br>$0<br><br>$3,652.06 | This claim is for 2023 property taxes and thus is not entitled to administrative priority status under the Bankruptcy Code. |