# Schedule 2

## Overstated Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 2 - Overstated Claims**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Cabarrus County Tax Collector | 1802 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,855.58<br>$0<br><br>$1,855.58 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$876.25<br>$0<br><br>$876.25 | This property tax claim relates to the Debtors' lease of store 1756, located at 8111 Concord Mills Blvd., SP#638 , Concord, NC 28027-6496. The lease of store 1756 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| Chatham County Tax Commissioner | 1610 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$11,326.41<br>$0<br><br>$11,326.41 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,769.99<br>$0<br><br>$7,769.99 | A $6,738.48 portion of this property tax claim relates to the Debtors' lease of store 1718, located at 200 Tanger Outlet Blvd., SP#521 , Pooler, GA 31322-3500. The lease of store 1718 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| City and County of San Francisco | 1609 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$99,757.91<br>$0<br><br>$99,757.91 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$22,305.29<br>$0<br><br>$22,305.29 | Per discussions with the claimant, the claimant confirmed that only $22,305.29 of the asserted liability remains outstanding. As a result, the claim should be reduced accordingly. |
| City of Bangor | 1657 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,183.61<br>$0<br><br>$2,183.61 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,180.90<br>$0<br><br>$1,180.90 | The Debtors closed the relevant store and vacated the property in April 2023. A $1,002.71 portion of this claim is for taxes which were assessed after the Debtors had already vacated the property. As a result, the Debtors are not liable for this amount. |
| City of Virginia Beach [City Treasurer] | 1650 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$6,765.66<br>$80.00<br><br>$6,845.66 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$3,194.90<br>$80.00<br><br>$3,274.90 | This property tax claim relates to the Debtors' lease of store 194, located at 701 Lynnhaven Parkway, Virginia Beach, VA 23452-7299. The lease of store 194 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| City of Woodstock | 1741 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,104.15<br>$0<br><br>$1,104.15 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$521.40<br>$0<br><br>$521.40 | This property tax claim relates to the Debtors' lease of store 1808, located at 915 Ridgewalk Parkway, SP C-390 , Woodstock, GA 30188-0117. The lease of store 1808 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 552. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Contrarian Funds, LLC [as Assignee of Laguna Clothing Private Limited] | 499 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,073,661.86<br><br>$1,073,661.86 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$632,243.76<br><br>$632,243.76 | A $249,300.00 portion of this claim was satisfied, as reflected in the First Notice of Satisfied Claims [D.I. 1371]. A $441,418.10 portion of this claim is for unshipped goods ($171,256.17) and trim fabrics ($270,161.93). The claimant's proof of claim provides no legal basis for the liability of unshipped or unfinished goods and the Debtors have no liability for such amounts. The claim has thus been modified to exclude such amounts. |
| Crescent Bahuman Limited | 1575 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$3,264,850.34<br><br>$3,264,850.34 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,434,954.92<br><br>$1,434,954.92 | The claimant's proof of claim only included supporting materials for the asserted administrative amount, which has since been paid and satisfied as reflected in the Plan Administrator's Second Notice of Satisfaction [D.I. 1441]. No support is provided for the balance of the asserted claim, and the Debtors' books and records do not support such amount. As a result, the claim has been reduced to align with the Debtors' Books and Records. |
| Henry County Tax Commissioner | 1705 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$6,098.94<br><br>$6,098.94 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,880.06<br><br>$2,880.06 | This property tax claim relates to the Debtors' lease of store 1793, located at 1000 Tanger Drive, SP#614, Locust Grove, GA 30248-7208. The lease of store 1793 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| Madison County Tax Collector | 923 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,205.44<br>$0<br><br>$1,205.44 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$871.88<br>$0<br><br>$871.88 | This property tax claim relates to the Debtors' lease of store 401, located at 2801 Memorial Parkway SW, Space #106 , Huntsville, AL 35801-6519. The lease of store 401 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 631. The asserted tax liability is for the period between October 1, 2023 and September 30, 2024. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. |
| Merkle Inc. | 1172 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$370,757.31<br><br>$370,757.31 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$322,628.87<br><br>$322,628.87 | A $48,128.44 portion of this claim was satisfied by ACH on July 3, 2024 with payment reference number x73952. The claim has thus been adjusted accordingly. |
| Oklahoma County Treasurer | 156 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$24,299.09<br>$0<br><br>$24,299.09 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$11,474.57<br>$0<br><br>$11,474.57 | This property tax claim relates to the Debtors' leases of (i) store 238, located at 1901 Northwest Expressway, SP #2200A , Oklahoma City, OK 73118-1607, and (ii) store 1795, located at 7628 West Reno Ave., SP#H820 , Oklahoma City, OK 73127-9730. The leases were assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket Nos. 555 and 553, respectively. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, the remaining $7,317.65 balance of this claim was paid on 12/19/2025 by a $7,317.65 check with reference no. 1085. |
| Prince William County Government | 1628 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,110.57<br>$0<br><br>$2,110.57 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$996.66<br>$0<br><br>$996.66 | This property tax claim relates to the Debtors' lease of store 1707, located at 2700 Potomac Mills Circle, SP#235, Woodbridge, VA 22192-4625. The lease of store 1707 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| PT Huddersfield Tex Indo | 1466 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$95,442.99<br><br>$95,442.99 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$35,000.00<br><br>$35,000.00 | Claim amount has been modified per agreement with the claimant. |
| PT. Mod Indo | 419 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$938,840.03<br><br>$938,840.03 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$21,294.39<br><br>$21,294.39 | Claim amount has been modified per agreement with the claimant. |
| PT. Ungaran Sari Garments | 142 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$1,089,235.30<br><br>$1,089,235.30 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$609,133.99<br><br>$609,133.99 | The $170,984.53 portion of this claim was satisfied, as reflected in the First Notice of Satisfied Claims [D.I. 1371]. A $480,101.31 portion of the remaining claim is for unshipped goods ($338,117.28) and raw materials ($141,984.03). The claimant's proof of claim provides no legal basis for the liability of unshipped or unfinished goods. The claim has been modified to exclude such amounts. |
| Rambo Fixture Company | 1034 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$107,458.93<br><br>$107,458.93 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$77,160.73<br><br>$77,160.73 | A $30,298.20 portion of this claim was satisfied by ACH payment on August 30, 2024 with payment reference number x73553. The claim has been adjusted accordingly. |
| Sarasota Tax Collector | 1580 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,604.51<br>$0<br><br>$1,604.51 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$757.69<br>$0<br><br>$757.69 | This property tax claim relates to the Debtors' lease of store 2074, located at 140 University Town Center Drive, SP#121, Sarasota FL. The lease for store 2074 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. |
| TCE Corporation | 1199 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,160,181.99<br><br>$4,160,181.99 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$976,511.98<br><br>$976,511.98 | The $344,421.82 administrative portion of this claim has been satisfied, as reflected in the First Notice of Satisfied Claims [D.I. 1371]. A $3,183,670.01 portion of the remaining claim is for unshipped goods and raw materials. The claim provides no legal basis for the liability of unshipped goods or raw materials. As a result, the Debtors have no liability for these amounts. |
| TRC Master Fund LLC [as Assignee of Fourlaps Athletic LLC] | 230 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$110,346.08<br><br>$110,346.08 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$48,127.20<br><br>$48,127.20 | The claimant's proof of claim asserts a $110,346.08 liability, yet the attached supporting materials provide documentation for $163,708.64 invoices. Of the invoices listed, $115,581.44 was paid across several dates. As a result, the claim should be reduced to $48,127.20. |
| TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | 147 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $0<br>$0<br>$0<br>$2,669,812.65 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured: | $0<br>$0<br>$0<br>$1,650,000.00 | Claim amount has been modified per agreement with the claimant. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| | | Total Claim Amount: | $2,669,812.65 | Total Claim Amount: | $1,650,000.00 | |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|
| Tulsa County Treasurer | 1721 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$4,507.00<br>$0<br><br>$4,507.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,128.31<br>$0<br><br>$2,128.31 | This property tax claim relates to the Debtors' lease of store 656, located at 7021 S Memorial Drive, SP#O113A , Tulsa OK 74133-2025. The lease of store 656 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 558. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. |