# Schedule 3

## Overstated and Misclassified Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 3 - Overstated & Misclassified**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Adams County Treasurer and Public Trustee | 360 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$4,135.65<br>$0<br>$0<br><br>$4,135.65 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,952.95<br>$0<br><br>$1,952.95 | This property tax claim relates to the Debtors' lease of store 1837, located at 13801 Grant St, Unit 300, Thornton, CO 80023-6621. The lease of store 1837 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Alachua County Tax Collector [John Power] | 1693 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,646.49<br>$0<br>$0<br><br>$1,646.49 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$777.51<br>$0<br><br>$777.51 | This property tax claim relates to the Debtors' lease of store 1928, located at 6335 W Newberry Rd, Gainsville, FL 32605-4338. The lease of store 1928 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Arapahoe County Treasurer | 1560 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $1,778.48<br>$0<br>$0<br>$0<br><br>$1,778.48 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$839.84<br>$0<br><br>$839.84 | This personal property tax claim relates to the Debtors' lease of store 438, located at 14200 E Almeda Ave., SP #328 , Aurora, CO 80012-2511. The lease of store 438 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 612. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. As a result of the assumption and assignment of the lease, there is no basis for secured status. The claimant asserts that this claim is entitled to 503(b)(9) status; however, property taxes such as these are not entitled to administrative priority under Section 503(b)(9) of the Bankruptcy Code. |
| Baldwin County Revenue Commission [Teddy J. Faust, Jr.] | 457 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$837.68<br>$0<br>$0<br><br>$837.68 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$605.88<br>$0<br><br>$605.88 | This property tax claim from Baldwin County Revenue Commission relates to the Debtors' lease of store 1769, located at 2601 S. McKenzie Street, SP#454-456, Foley, AL 36535-3488. The lease of store 1769 was assumed and assigned per D.I. 553 effective as of June 21, 2024, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Broward County [Broward County Tax Collector] | 1715 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$7,120.13<br>$0<br>$0<br><br>$7,120.13 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$3,362.28<br>$0<br><br>$3,362.28 | This property tax claim relates to the Debtors' leases of stores 258 (8000 W Broward), 611 (11401 Pines), 739 (9059 W Atlantic), 784 (2414 E Sunrise), and 1711 (12801 W Sunrise). The leases for each of these stores were assumed and assigned effective as of June 21, 2024, as set forth in the Exhibit(s) attached to the following: Docket No. 446 (store 258), Docket No. 609 (store 611), Docket No. 554 (store 739), Docket No. 446 (store 784), and Docket No. 555 (store 1711). The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| City of Memphis | 1591 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,136.93<br>$0<br>$0<br><br>$1,136.93 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$536.88<br>$0<br><br>$536.88 | This claim is for property taxes for the period January 1, 2024 - December 31, 2024 and relates to the Debtors' lease of store 99, located at 2760 N Germantown Pkwy, # 148 , Bartlett, TN 38133-8153. The lease of store 99 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been modified accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| County of Henrico, Virginia | 1514 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$5,233.11<br>$0<br>$0<br><br>$5,233.11 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,471.19<br>$0<br><br>$2,471.19 | This property tax claim relates to the Debtors' lease of store 525, located at 11800 West Broad Street, Suite 2052, Richmond VA 23223. The lease of store 525 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| County of Loudoun | 789 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$3,654.56<br>$0<br>$0<br><br>$3,654.56 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,725.76<br>$0<br><br>$1,725.76 | This personal property tax claim relates to the Debtors' lease of store 1790, located at 241 FORT EVANS RD. NE, SP#753, LEESBURG, VA 20176-4042. The lease of store 1790 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status since the Debtors no longer maintain any personal property at the location. |
| Dawson County Tax Commissioner | 1725 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $2,746.07<br>$0<br>$0<br>$0<br><br>$2,746.07 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,296.76<br>$0<br><br>$1,296.76 | This personal property tax claim relates to the Debtors' lease of store 1822, located at 800 GA-400, SP# 1045 , Dawsonville, GA 30534-8098. The lease of store 1822 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Douglas County Treasurer | 1794 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,742.74<br>$0<br>$0<br><br>$2,742.74 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,295.18<br>$0<br><br>$1,295.18 | This property tax claim relates to the Debtors' lease of store 75, located at 8401 PARK MEADOWS CENTER DR, SP #2360 , LITTLETON, CO 80124-5067. The lease of store 75 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Douglas County Treasurer | 1792 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,692.61<br>$93.57<br>$0<br><br>$2,786.18 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$780.57<br>$0<br><br>$780.57 | A portion ($1,652.98) of this property tax claim relates to the Debtors' lease of store 1752, located at 5050 Factory Shops Blvd., SP#845, Castle Rock, CO 80108-1987. The lease of store 1752 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 552. The Debtors have no liability for post-assignment property tax liabilities for 2024.<br><br>The remaining $1,133.20 balance of the claim is for 2023 property taxes, and this was paid on 12/19/2025 by a $1,133.20 (check with reference no. 1095). The claim amount has been adjusted accordingly. |
| Escambia County Tax Collector | 1703 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,283.33<br>$0<br>$0<br><br>$1,283.33 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$606.02<br>$0<br><br>$606.02 | This personal property tax claim relates to the Debtors' lease of store 563, located at 5100 North 9th Ave., SP #K1011 , Pensacola, FL 32504-8735. The lease of store 563 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Fulton County Tax Commissioner | 1700 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$22,864.83<br>$0<br>$0<br><br>$22,864.83 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$6,206.73<br>$0<br><br>$6,206.73 | This property tax claim relates to the Debtors' leases of stores 59, 559, 985, and 5011. An $11,947.12 portion of this claim pertains to leases for stores 59 and 5011, which were assumed and assigned, as set forth in Exhibit 1 of Docket Nos. 555 and 558, respectively. The lease of store 563 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. The remaining $10,917.71 portion of this claim pertains was paid on 12/19/2025 by a $10,917.71 check with reference no. 1096. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| Hillsborough County Tax Collector | 1754 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$4,177.80<br>$0<br>$0<br>$4,177.80 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$1,972.85<br>$0<br>$1,972.85 | This property tax claim relates to the Debtors' lease of store 813, located at 2223 North Westshore Blvd Space #125, Tampa, FL 33607-1411. The lease of store 813 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 555. The lease of store 563 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Los Angeles County Treasurer and Tax Collector | 465 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$2,897.07<br>$65,549.37<br>$7,352.56<br>$75,799.00 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$0<br>$2,897.07<br>$2,897.07 | The secured portion of this claim is for property taxes between 2020 - 2022. The Debtors no longer own the collateral underpinning the asserted status, and these amounts fall outside the 1-year eligibility period for priority status under Section 507(a) of the Bankruptcy Code. As a result, these amounts should be reclassified to general unsecured status.<br><br>The priority portion of this claim is for estimated property taxes for the period July 1, 2024 - June 30, 2025. Neither the supporting materials attached to the claimant's proof of claim nor the Debtors' Books and Records support the amounts asserted in this claim. As a result, the Debtors have no liability for these amounts.<br><br>The asserted general unsecured portion of this claim is for property taxes during the 1993 and 1994 fiscal years. The Debtors did not exist at the time the liability was incurred. As a result, the Debtors have no liability for these amounts. |
| Macon-Bibb County Tax Commissioner | 1828 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $3,664.75<br>$0<br>$0<br>$0<br>$3,664.75 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$1,730.58<br>$0<br>$1,730.58 | This property tax claim relates to the Debtors' lease of store 2020, located at 5080 Riverside Drive, Macon, GA 31210-1100. The lease of store 2020 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment taxes, and thus the claim has been adjusted accordingly. Moreover, the claim is not based on good provided to the Debtors and does not otherwise meet the requirements for section 503(b)(9) status. |
| Montgomery County | 1759 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$7,802.43<br>$0<br>$0<br>$7,802.43 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$3,684.48<br>$0<br>$3,684.48 | This property tax claim relates to the Debtors' lease of store 680, located at 1201 Lake Woodlands Drive, #2062, Spring, TX 77380-5000. The lease of store 680 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Office of Doris Maloy, Tax Collector - Leon County | 392 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$2,969.47<br>$0<br>$0<br>$2,969.47 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$1,402.25<br>$0<br>$1,402.25 | This property tax claim relates to the Debtors' lease of store 1855, located at 1500 Apalachee Pkwy, Tallahassee FL 32301-4004. The lease of store 1855 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Pima County, Arizona | 1658 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$283.44<br>$0<br>$0<br>$283.44 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$133.85<br>$0<br>$133.85 | This property tax claim relates to the Debtors' lease of store 515, located at 4500 N. Oracle Rd., SP #423 , Tucson, AZ 85705-1662. The lease of store 515 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Pima County, Arizona | 1659 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$1,156.35<br>$0<br>$0<br>$1,156.35 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$546.05<br>$0<br>$546.05 | This claim is for 2024 property taxes related to the Debtors' lease of store 1777, located at 6401 W. Marana Center Blvd, SP# 600 , Marana, AZ 85742-8550. The lease of store 1777 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Pitt County Tax Collector | 1020 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$2,563.43<br>$0<br>$0<br>$2,563.43 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br>Total Claim Amount: | $0<br>$0<br>$1,333.50<br>$0<br>$1,333.50 | This claim is for 2024 property taxes related to the Debtors' lease of store 98, located at 714 E Greenville Blvd., SP #G11 , Greenville, NC 27858-5104. The lease of store 98 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reclassified Claim | | Reason for Modification |
|---|---|---|---|---|---|---|
| | | | | | | for secured status. |
| Pulaski County Treasurer | 1698 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $8,460.55<br>$0<br>$0<br>$0<br><br>$8,460.55 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$6,503.41<br>$0<br><br>$6,503.41 | This property tax claim relates to the Debtors' lease of store 1761, located at 11201 Bass Pro Parkway, SP#W103, Little Rock, AR 72209-3080. The lease of store 1761 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 552. A $3,708.25 portion of this claim is for the 2024 tax year and has been adjusted to reflect the fact that the Debtors have no liability for post-assignment property tax liabilities. The remaining portion of this claim is for pre-petition property taxes and is therefore not entitled to administrative expense status under the Bankruptcy Code. |
| San Marcos CISD | 1761 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,436.77<br>$0<br>$0<br><br>$2,436.77 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$1,150.70<br>$0<br><br>$1,150.70 | This property tax claim relates to the Debtors' lease of store 1716, located at 3939 S Interstate 35, San Marcos, TX 78666. The lease of store 1716 was assumed and assigned, as set forth in Exhibit 1 of Docket No. 553. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| Seminole County Tax Collector | 1863 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$2,003.85<br>$0<br>$0<br><br>$2,003.85 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$851.30<br>$201.09<br><br>$1,052.39 | This property tax claim relates to the Debtors' lease of store 587, located at 451 East Altamonte Drive, SP# 11, Altamonte Springs, FL 32701-4613. The lease of store 587 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 609. The Debtors have no liability for post-assignment liabilities, so this amount has been reduced accordingly. The Debtors no longer own the asserted collateral, and thus the claim does not qualify for secured status. Moreover, the $201.09 portion of this claim attributable to penalties is not eligible for priority status. |
| Shelby County Trustee | 1590 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,206.16<br>$0<br>$0<br><br>$1,206.16 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$569.58<br>$0<br><br>$569.58 | This property tax claim relates to the Debtors' lease of store 99, located at 2760 N Germantown Parkway, # 148 , Bartlett, TN 38133-8153. The lease of store 99 was assumed and assigned effective as of June 21, 2204, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities, and thus the claim has been adjusted accordingly. Moreover, as a result of the assumption and assignment of the lease, there is no basis for secured status. |
| St Joseph County Treasurer | 1855 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,225.44<br>$0<br><br>$10,225.44 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,336.76<br>$249.98<br><br>$7,586.74 | A $4,999.64 portion of this claim is for 2024 property taxes related to the Debtors' lease of store 358, located at 6501 N. Grape Rd., SP #250, Mishawaka, IN 46545-1007. The lease of store 358 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The Debtors have no liability for post-assignment property tax liabilities, and thus this portion of the claim has been adjusted accordingly. The remaining portion of the claim is for 2023 property taxes and associated penalties, with the latter not entitled to priority status. |