# Schedule 4

## No Liability Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 4 - No Liability**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Al-Husseini, Dana | 566 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$50,000.00<br><br>$50,000.00 | This is a workers' compensation claim that is already treated and addressed through the Debtors' workers' compensation insurance plan. No additional recovery against the Debtors' estates is warranted or appropriate. Claim also appears to be a cross-debtor duplicate of Claim 1023, which is asserted in the same amount and appears to be premised on the same alleged liability. |
| Al-Husseini, Dana | 1023 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$50,000.00<br><br>$50,000.00 | This is a workers' compensation claim that is already treated and addressed through the Debtors' workers' compensation insurance plan. No additional recovery against the Debtors' estates is warranted or appropriate. |
| Algonquin I LLC [Algonquin Commons, LLC] | 1315 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$6,317.21<br><br>$6,317.21 | This claim relates to the Debtors' Lease of Store 665. The lease of store 665 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 553. As such, the Debtors have no liability for the Claim. |
| BP Prucenter Acquisition LLC | 1293 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$17,979.77<br>$0<br>$0<br><br>$17,979.77 | The Debtors' contract with BP Prucenter Acquisition LLC was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 1067. As such, the Debtors have no liability for the Claim. |
| County of Orange Treasurer-Tax Collector | 1756 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$27,049.33<br>$379.00<br><br>$27,428.33 | This property tax claim relates to the Debtors' leases of California stores 298 (1065 Brea Mall), 964 (2700 Crown Valley), 531 (2800 N. Main Street), and 270 (3333 Bristol Street), all of which were assumed and assigned to the Purchaser effective as of June 21, 2024 [D.I. 553, 554, 555 and 1161]. This claim is for property taxes for the period July 1, 2024 - June 30, 2025 for which the Debtors have no liability. |
| County of Santa Clara Department of Tax & Collections | 1649 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$14,961.55<br>$0<br><br>$14,961.55 | This property tax claim relates to the Debtors' leases of (i) store 1751, located at 681 Leavesley Road, SP# C120 , Gilroy, CA 95, (ii) store 1708, located at 494 Great Mall Dr., SP#493 & 494 , Milpitas, CA 95035-8028, and (iii) store 1632, located at 2855 Stevens Creek Blvd., SP# 1073 , Santa Clara, CA 95050-6709. Each lease was assumed and assigned to the Purchaser effective as of June 21, 2024, as set forth in Exhibit 1 of Docket Nos. 553 and 554. Because this claim relates to a tax year beginning July 1, 2024, the Debtors have no liability for this claim. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | 452 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$31,430.23<br><br>$31,430.23 | This claim relates to the Debtors' lease of store 1752. The lease of store 1752 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | 453 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$23,200.83<br><br>$23,200.83 | This claim relates to the Debtors' lease of store 1786. The lease of store 1786 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |
| Elmwood Retail Properties, L.L.C. | 1201 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$14,945.53<br><br>$14,945.53 | This claim relates to the Debtors' lease of store 3000. The lease of store 3000 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Environmental Democracy Project (UpWest and Express) | 1375 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$100,000.00<br><br>$100,000.00 | The Debtors' records do not reflect liability for the underlying alleged cause of action, let alone any recovery of attorneys' fees for same. |
| Fresno County Tax Collector [County of Fresno Tax Collector] | 1632 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$5,874.84<br>$0<br><br>$5,874.84 | This property tax claim relates to the Debtors' lease of store 903, located at 645 Shaw Ave., SP# E11 , Fresno, CA 93710-7709, which was assumed and assigned to the Purchaser, as set forth in Exhibit 1 of Docket No. 1161. This claim is for property taxes in the period July 1, 2024 - June 30, 2025. The Debtors have no liability for post-assignment tax liabilities and thus have no liability for this claim. |
| Harbor East Parcel B-Retail, LLC | 1354 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$10,732.71<br><br>$10,732.71 | This claim relates to the Debtors' lease of store 5051. The lease of store 5051 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 670. As such, the Debtors have no liability for the Claim. |
| Imperial County Treasurer-Tax Collector | 1816 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $9,717.27<br>$0<br>$0<br>$0<br><br>$9,717.27 | This property tax claim relates to the Debtors' lease of store 1872, located at 3451 South Dogwood Road, SPACE #1064 , El Centro, CA 92243-9158, which was assumed and assigned to the Purchaser effective as of June 21, 2024, as set forth in Exhibit 1 of Docket No. 631. This claim is for priority taxes between July 1, 2024 and June 30, 2025. The Debtors have no liability for post-assignment tax liabilities and thus have no liability for this claim. |
| Kern County Treasurer Tax Collector | 1184 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$7,989.93<br>$0<br><br>$7,989.93 | This property tax claim relates to the Debtors' leases of (i) store 163, located at 2701 Ming Ave., SP# 188 , Bakersfield, CA 93304-4415, and (ii) store 1801, located at 5701 Outlets at Tejon Parkway, SP# 400 , Arvin, CA 93203-2459. Both leases were assumed and assigned to the Purchaser, effective June 21, 2024, as set forth in Exhibit 1 of Dockets 609 and 553, respectively. This claim asserts tax liability for the period July 1, 2024 through June 30, 2025. The Debtors have no liability for post-assignment tax liabilities, and thus have no liability for this claim. |
| Keysight Technologies, Inc. | 548 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$63,666.00<br><br>$63,666.00 | The Debtors' contract with Keysight Technologies was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 556. As such, the Debtors have no liability for the Claim. |
| Hope Star Overseas Limited | 1019 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$4,428.91<br><br>$4,428.91 | The Debtors' Books and Records do not support the asserted liability, and the supporting materials attached to the proof of claim indicate the liability underpinning this claim is with a separate third party. As a result, the Debtors have no liability for this claim. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| | | | | |
| M & J - Big Waterfront Town Center I, LLC | 833 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,519.86<br><br>$7,519.86 | The Debtors' Lease for Store 1864 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 553. As such, the Debtors have no liability for the Claim. |
| New Relic, Inc. | 620 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$18,273.23<br><br>$18,273.23 | The Debtors' contract was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 596. As such, the Debtors have no liability for the Claim. |
| Paez, Carlos | 631 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$100,000.00<br><br>$100,000.00 | This is a workers' compensation claim that is already treated and covered under the Debtors' workers' compensation insurance plan. No additional recovery against the Debtors' estates is warranted or appropriate. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Palm Beach Mall Holdings, LLC [Tanger Management, LLC] | 1352 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$103,503.74<br><br>$103,503.74 | The claim relates to the Debtors' lease of store 1701. The lease of store 1701 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 553. As such, the Debtors have no liability for the Claim. |
| Placer County Tax Collector | 475 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$1,948.30<br>$0<br>$0<br><br>$1,948.30 | This claim relates to the Debtors' lease of store 414. The lease of store 414 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 612. As such, the Debtors have no liability for the Claim. |
| PPF RTL Rosedale Shopping Center, LLC | 962 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$17,169.72<br><br>$17,169.72 | This claim relates to the Debtors' lease of store 58. The lease of store 58 was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 552. As such, the Debtors have no liability for the Claim. |
| Saba Software, Inc. [Cornerstone OnDemand, Inc.] | 284 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$0<br><br>$0 | The Debtors' contract with Saba Software Inc. was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 556. As such, the Debtors have no liability for the claim. |
| Single Source Apparel [Greenwood Mills, Inc.] | 54 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$829,680.54<br><br>$829,680.54 | A $464,356.16 portion of this claim was transferred to Cedar Glade as reflected in the notice of transfer set forth at Docket No. 968. A $90,922.52 portion of the remaining claim was paid by check (ref. no. 44) on September 19, 2024. The remaining portion of the claim is for fabric & sundry liabilities. The claim provides no legal basis for the liability of unshipped raw materials, and the claim should be reduced accordingly. |
| Sonoma Cnty Tax Collector | 1269 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$3,986.61<br>$0<br>$0<br><br>$3,986.61 | This property tax claim relates to the Debtors' lease of (i) store 963, located at 571 Santa Rosa Plaza, Santa Rosa, CA 95401-6397, and (ii) store 1805, located at 2200 Petaluma Blvd. N, SP#440, Petaluma, CA 94952-1994. Both leases were assumed and assigned to the Purchaser effective as of June 21, 2024, as set forth in Exhibit 1 of Docket No. 555. The claim is for property taxes for the period July 1, 2024 - June 30, 2025. The Debtors have no liability for post-assignment property taxes, and thus have no liability for this claim. |
| Stone, Matt | 549 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$622.00<br><br>$622.00 | The Debtors' Books & Records do not support the asserted liability, and the claim documentation does not demonstrate any obligation of the Debtors to the claimant. |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| | | | | |

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Tennessee Department of Revenue | 1810 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$10,665.00<br>$0<br><br>$10,665.00 | The claimant's proof of claim amount is an estimated business tax for the 2025 period. The Debtors no longer maintained business operations for this time period and thus have no liability for this claim. |
| Tennessee Department of Revenue | 1814 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$500.00<br>$0<br><br>$500.00 | The claimant's proof of claim amount is an estimated business tax for the period ending 01/31/2025. Debtor Project Pine California OldCo, LLC (f/k/a UW, LLC) ceased operations in late spring 2024. As a result, the Debtors have no liability for this claim. |
| Tri Thien Trading & Producing Company Limited | 1120 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$7,284.80<br><br>$7,284.80 | This claim relates to cancelled purchase orders, for which there is no basis for recovery from the Debtors, nor is any such basis provided. |
| UserTesting Technologies, Inc. | 526 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$77,185.42<br><br>$77,185.42 | The Debtors' contract with User Testing Inc. was assumed and assigned with a $0.00 cure amount, as set forth in Exhibit 1 of D.I. 589. As such, the Debtors have no liability for this claim |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | 1856 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$2,574.38<br>$0<br><br>$2,574.38 | A $1,732.44 portion of this property tax claim is for the period July 1, 2024 and June 30, 2025 and is related to the Debtors' lease of store 1803, located at 950 Camarillo Center Drive, Camarillo, CA 93010-7759. The lease for store 1803 was assumed and assigned effective June 21, 2024, as set forth in Exhibit 1 of Docket No. 554. The Debtors have no liability for post-assignment property taxes. As a result, the Debtors have no liability for this amount.<br><br>The remaining $841.94 balance of this claim was paid on 12/19/2025 by an $841.94 check with reference no. 1093. Thus, the Debtors have no further liabilities in connection with this claim. |
| Visionworld | 1865 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$94,755.78<br><br>$94,755.78 | The supporting materials attached to the proof of claim show invoices between the claimant and a non-debtor, third party. Thus, neither the claim, nor the Debtors' Books and Records, support any liability of the Debtors for these amounts. |