# Schedule 5

## Fully Unliquidated Claims

**EXP OLDCO WINDDOWN, INC., et al**
**Case Number: 24-10831 (KBO)**
**Schedule 5 - Fully Unliquidated Claims**

| Name of Claimant | Claim Number | Current Claim Satisfaction Status | | Reason for Disallowance |
|---|---|---|---|---|
| Eloy Romero vs. Express Fashion Operations, LLC; Tim Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | 1316 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>$0<br>$175,000.00<br><br>Unliquidated | This is a litigation claim and thus the asserted claim amount is actually unliquidated and disputed. Following outreach to claimant's bankruptcy counsel, no support for the claim was provided and the Plan Administrator was advised that claimant may no longer be pursuing this claim. The claim has never been amended and/or supplemented, and no support for the claim is reflected in the Debtors' books and records. Accordingly, this claim should be disallowed. |
| Romero, Eloy | 1302 | Administrative:<br>Secured:<br>Priority Unsecured:<br>General Unsecured:<br><br>Total Claim Amount: | $0<br>$0<br>Unliquidated<br>Unliquidated<br><br>Unliquidated | This is an unliquidated claim for which no documentation is attached. Following outreach to claimant's bankruptcy counsel, no additional support for the claim was provided and the Plan Administrator was advised that claimant may no longer be pursuing this claim. The claim has never been amended and/or supplemented, and no support for the claim is reflected in the Debtors' books and records. Accordingly, this claim should be disallowed |