**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP Oldco Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 10, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of Counsel Regarding (A) Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) No Objection to Same** (Docket No. 1767)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: September 11, 2026

Aurelie Blanadet
Aurelie I. Blanadet

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 11th day of September 2026 by Aurelie I. Blanadet.

Briannica Briggs
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

# Exhibit A

STRETTO

## Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Adams County Treasurer and Public Trustee | | 4430 S. Adams County Parkway | Suite W1000 | 5th Fl | Brighton | CO | 80601 | |
| Algonquin I LLC [Algonquin Commons, LLC] | c/o Ervin Cohen & Jessup, LLP | Attn: Byron Moldo, James Christopher Robichaud | 9401 Wilshire Blvd | 12th Fl | Beverly Hills | CA | 90212 | |
| Al-Husseini,Dana | | Address on File | | | | | | |
| Arapahoe County Treasurer | Bankruptcy Division | 5334 S Prince St | | | Littleton | CO | 80120-1136 | |
| Baldwin County Revenue Commission | Attn: Teddy J Faust, Jr. | PO Box 1549 | | | Bay Minette | AL | 36507-1549 | |
| BP Prucenter Acquisition LLC | c/o Boston Properties Inc | 800 Boylston St | Ste 1900 | | Boston | MA | 02199 | |
| BP Prucenter Acquisition LLC | c/o Goulston & Storrs PC | Attn: Vanessa Moody | One Post Office Square | 25th Fl | Boston | MA | 02109 | |
| Broward County [Broward County Tax Collector] | Attn: Stacy E. Wulfekuhle | 115 S. Andrews Ave. | Rm. 423 | | Ft. Lauderdale | FL | 33301 | |
| Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave. | A-100 | Ft. Lauderdale | FL | 33301 | |
| Cabarrus County Tax Collector | | PO Box 580347 | | | Charlotte | NC | 28258-0347 | |
| Cabarrus County Tax Collector | | PO Box 707 | | | Concord | NC | 28026 | |
| CARLOS PAEZ | c/o The Morris Law Group | Attn: Geoff Morris | 2900 Bristol Street | #G-108 | Costa Mesa | CA | 92626 | |
| Cedar Glade LP [as Assignee of Single Source Apparel, Inc.] | Attn: Robert K. Minkoff | 600 Madison Avenue | 17th Floor | | New York | NY | 10022 | |
| Chatham County Tax Commissioner | | PO Box 8324 | | | Savannah | GA | 31412 | |
| City and County of San Francisco | | 1 Dr Carlton B Goodlett Place | | | San Francisco | CA | 94102 | |
| City of Bangor | Attn: Legal Dept, Treasury Office | 73 Harlow Street | | | Bangor | ME | 04401 | |
| City of Memphis | Attn: Barbara Blocker | PO Box 185 | | | Memphis | TN | 38101 | |
| City of Virginia Beach | c/o City Treasurer - Bankruptcy Dept | Attn: Aimee Knapp Sullivan | 2401 Courthouse Dr, Bldg 1 | Room 2098 | Virginia Beach | VA | 23456 | |
| City of Woodstock | | 12453 Highway 92 | | | Woodstock | GA | 30188 | |
| Clark County Treasurer | Attn: Benjamin S Seaman | PO Box 5000 | | | Vancouver | WA | 98666 | |
| Contrarian Funds, LLC [as assignee of Laguna Clothing Private Limited] | Attn: Trade Claims Group | 411 West Putnam Avenue | Suite 425 | | Greenwich | CT | 06830 | |
| County of Henrico, Virginia | c/o Office of the County Attorney | Attn: Sara L. Maynard | PO Box 90775 | | Henrico | VA | 23273 | |
| County of Loudoun | Attn: Belkys Escobar, Deputy County Attorney | 1 Harrison Street SE | | | Leesburg | VA | 20175 | |
| County of Orange Treasurer-Tax Collector | | PO Box 1438 | | | Santa Ana | CA | 92702-1438 | |
| County of Orange Treasurer-Tax Collector | Attn: Armando Azpeitia | PO Box 4515 | | | Santa Ana | CA | 92702-4515 | |
| County of Santa Clara Department of Tax & Collections | Attn: Melissa Waters | 110 W Tasman Dr | | | San Jose | CA | 95134 | |
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | Attn: Tracy Swan | 4100 MacArthur Blvd. | Suite 100 | | Newport Beach | CA | 92660 | |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | Attn: Tracy Swan | 4100 MacArthur Blvd. | Suite 100 | | Newport Beach | CA | 92660 | |
| Crescent Bahuman Limited | Attn: CFO | 45 A | Off Zafar Ali Road | Gulberg 5 | Lahore | Punjab | 54000 | Pakistan |
| Dana Al-Husseini v. Express, LLC | | Address on File | | | | | | |
| Dana Al-Husseini v. Express, LLC | c/o Express | Attn: Dana Jamil Al-Husseini | 1 Express Dr | | Columbus | OH | 43230 | |
| Dawson County Tax Commissioner | Attn: Sarah Griggs | 25 Justice Way | Ste 1222 | | Dawsonville | GA | 30534-3454 | |
| Douglas County Treasurer | Attn: David Gill | 100 Third St | Ste 120 | | Castle Rock | CO | 80104 | |
| Elmwood Retail Properties, L.L.C. | c/o Lauricella Land Company, L.L.C. | Attn: Louis Lauricella, Kurt Hamlen | 1200 South Clearview Parkway | Suite 1166 | New Orleans | LA | 70123 | |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 155 N Riverview Dr | | Anaheim | CA | 92808-1225 | |
| Eloy Romero vs. Express Fashion Operations, LLC; Tim Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 5753 East Santa Ana Canyon Road | Suite 210 | Anaheim Hills | CA | 92807 | |
| Environmental Democracy Project (UpWest and Express) | c/o Lexington Law Group | Attn: Jacob Janzen, Patrick Carey | 503 Divisadero Street | | San Francisco | CA | 94117 | |
| Escambia County Tax Collector | Attn: Brian Jackson | PO Box 1312 | | | Pensacola | FL | 32591-1312 | |
| Escambia County Tax Collector | Attn: Sarah Walton | 25 West Cedar St | Ste 550 | | Pensacola | FL | 32502 | |
| Fresno County Tax Collector [County of Fresno Tax Collector] | | PO Box 1192 | | | Fresno | CA | 93715 | |
| Fresno County Taxvicki Crow, Fresno Cnty | | 2281 Tulare St | Rm 105 | PO Box 1192 | Fresno | CA | 93715-1192 | |
| Fulton County Tax Commissioner | Attn: Angela D. Harris | 141 Pryor St | Ste 1106 | | Atlanta | GA | 30303 | |
| Harbor East Parcel B-Retail, LLC | c/o Gallagher Evelius & Jones LLP | Attn: David G. Sommer | 218 N. Charles St. | Suite 400 | Baltimore | MD | 21201 | |
| Henry County Tax Commissioner | Attn: Michael C Harris | 140 Henry Pkwy | | | McDonough | GA | 30253-6696 | |
| Hillsborough County Tax Collector | Attn: Nancy C. Millan | PO Box 30012 | | | Tampa | FL | 33630-3012 | |

STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Hope Star Overseas Limited | | 5/F, Kam Sang Building | 257 Des Voeux Road Central | | Hong Kong | | | China |
| Imperial County Treasurer-Tax Collector | Attn: Suzanne C. Bermudez | 940 West Main Street | Suite 106 | | El Centro | CA | 92243 | |
| John Power, Alachua County Tax Collector | c/o Alachua Co. Attorney's Office | Attn: Bob Swain, Matt Geiger | 12 SE 1st Street | 2nd Floor | Gainesville | FL | 32601 | |
| Kern County Treasurer Tax Collector | Attn: Janeth Pardo | PO Box 579 | | | Bakersfield | CA | 93302 | |
| Keysight Technologies, Inc. | | 32837 Collections Center Drive | | | Chicago | IL | 60693-0328 | |
| Keysight Technologies, Inc. | Attn: Credit | 1400 Fountaingrove Pkwy | | | Santa Rosa | CA | 95403 | |
| Los Angeles County Treasurer and Tax Collector | Attn: Bankruptcy Unit | PO Box 54110 | | | Los Angeles | CA | 90054 | |
| M & J - Big Waterfront Town Center I, LLC | c/o M&J Wilkow | Attn: David S. Eisen | 20 S. Clark Street | Suite 3000 | Chicago | IL | 60603 | |
| M & J - Big Waterfront Town Center I, LLC | c/o Neal, Gerber & Eisenberg LLP | Attn: Robert Radasevich | Two N. LaSalle Street | Suite 1700 | Chicago | IL | 60602 | |
| Macon-Bibb County Tax Commissioner | Attn: Brenda Pitrowski | 188 3rd St | | | Macon | GA | 31201 | |
| Macon-Bibb County Tax Commissioner | c/o Lisenby & Associates, LLC | Attn: Blake Edwin Lisenby | PO Box 4101 | | Macon | GA | 31201 | |
| Madison County Tax Collector | Attn: Valeria D Miles | 1918 North Memorial Pkwy | | | Huntsville | AL | 35801 | |
| Merkle Inc. | Attn: Saul Ehrenpreis | 7001 Columbia Gateway Drive | | | Columbia | MD | 21046 | |
| Merkle Inc. | c/o Husch Blackwell LLP | Attn: Buffey E. Klein | 1900 N. Pearl St | Ste 1800 | Dallas | TX | 75201 | |
| Montgomery County | | 400 N San Jacinto St | | | Conroe | TX | 77301 | |
| Montgomery County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| New Relic, Inc. | | PO Box 101812 | | | Pasadena | CA | 91189-1812 | |
| New Relic, Inc. | c/o Legal | Attn: Crystal Le | 188 Spear St | Suite 1000 | San Francisco | CA | 94105 | |
| Office of Doris Maloy, Tax Collector - Leon County | Tax Department | PO Box 1835 | | | Tallahassee | FL | 32302 | |
| Oklahoma County Treasurer | | 320 Robert S Kerr | Rm 307 | | Oklahoma City | OK | 73102 | |
| Palm Beach Mall Holdings, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Pima County, Arizona | c/o Pima County Attorney's Office | 32 North Stone Avenue | Suite 2100 | | Tucson | AZ | 85701 | |
| Pitt County Tax Collector | Attn: Rebecca Rogers | 111 S Washington Street | PO Box 875 | | Greenville | NC | 27835-0875 | |
| Placer County Tax Collector | Attn: Laura Heckman | 2976 Richardson Dr | | | Auburn | CA | 95603 | |
| PPF RTL Rosedale Shopping Center, LLC | Attn: Jill McCallion | 1595 Highway 36 West | | | Roseville | MN | 55438 | |
| PPF RTL Rosedale Shopping Center, LLC | Attn: Monica Clark | c/o Dorsey & Whitney LLP | 50 South Sixth St | Ste 1500 | Minneapolis | MN | 55402 | |
| Prince William County Government | County Attorney's Office | Attn: D. Reigle (MC485) | 1 County Complex Court | | Prince William | VA | 22192 | |
| Prince William County Government | Tax Administration | Attn: Ms. R Raheem (MC415) | PO Box 2467 | | Prince William | VA | 22195 | |
| PT Huddersfield Tex Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| PT. Mod Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | 235, Jl. P Diponegoro, Genuk, Ungaran Barat, | | | Kab. Semarang | Jawa Tengah | 50512 | Indonesia |
| Pulaski County Treasurer | | PO Box 430 | | | Little Rock | AR | 72203 | |
| Rambo Fixture Company | James Rambo | 5257 Butts Road | | | Powell | Oh | 40365 | |
| Richland County Treasury | Attn: Ashley Forrest-Smith | PO Box 11947 | | | Columbia | SC | 29211 | |
| Saba Software, Inc. | Attn: John Tryon Burke | 1601 Cloverfield Blvd | Ste 600 S | | Santa Monica | CA | 90404 | |
| San Marcos CISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Sarasota Tax Collector | | 101 S Washington Blvd | | | Sarasota | FL | 34236 | |
| Seminole County Tax Collector | Attn: Ray Valdes, Jessica Day | PO Box 630 | | | Sanford | FL | 32772-0630 | |
| Shelby County Trustee | Attn: Barbara Blocker | PO Box 2751 | | | Memphis | TN | 38101-2751 | |
| Single Source Apparel [Greenwood Mills, Inc.] | Attn: Jason Kelly | 1800 Calhoun Road | | | Greenwood | SC | 29649 | |
| Sonoma Cnty Tax Collector | Attn: Heather Arnold | 585 Fiscal Drive | Room 100 | | Santa Rosa | CA | 95403 | |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | 227 W Jefferson Blvd | 2nd Fl, County City Bldg | | South Bend | IN | 46601 | |
| Stone,Matt | | 5445 Preston Oaks Rd | Apt 1033 | | Dallas | TX | 75254 | |
| TCE Corporation | Attn: Jeon Seop Lim | 5F, Baekyoung Nonheyon Center | Hakdong-Ro, Gangnamgu | | Seoul | Gangnamgu | 06053 | Korea |
| Tennessee Department of Revenue | Attn: Jaleesa Johnson | 500 Deaderick Street | | | Nashville | TN | 37242 | |
| Tennessee Department of Revenue | c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | |
| Tennessee Department of Revenue | C/O Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | PO Box 190665 | | | Nashville | TN | 37219-0665 | |
| TRC Master Fund LLC [as Assignee of Fourlaps Athletic LLC] | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |

STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |
| Treasurer, County of Loudoun | c/o Collections | Attn: Nina Long | PO Box 347 | | Leesburg | VA | 20178-0347 | |
| Tri Thien Trading & Producing Company Limited | Attn: Hue, Vu Thi | 307 Nguyen Thi Lang street, Hamlet 01 | Phuoc Vinh An Commune | Cu Chi District | Ho Chi Minh City | | 700000 | Vietnam |
| Tulsa County Treasurer | | 218 W 6th St | 8th Fl | | Tulsa | OK | 74119 | |
| UserTesting Technologies, Inc. | | PO BOX 103643 | | | Pasadena | CA | 91189 | |
| UserTesting Technologies, Inc. | Attn: Lajoy Knight | 1484 Pollard Road | #271 | | Los Gatos | CA | 95032 | |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | Attn: Bankruptcy | 800 S Victoria Ave | | | Ventura | CA | 93009-1290 | |
| Visionworld | Attn: Yoonseok Jang | 2F, 430, Gwangnaru-Ro | Gwangjin-Gu | | Seoul | SE | 05022 | South Korea |
| Washington County Tax Collector | Attn: Tax Enforcement | 280 N College Ave | Suite 202 | | Fayetteville | AR | 72701 | |

# Exhibit B

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Adams County Treasurer and Public Trustee | | | mvanhorn@adcogov.org |
| Algonquin I LLC [Algonquin Commons, LLC] | c/o Ervin Cohen & Jessup, LLP | Attn: Byron Moldo, James Christopher Robichaud | bmoldo@ecjlaw.com jrobichaud@ecjlaw.com |
| Al-Husseini,Dana | | | Email on File |
| Arapahoe County Treasurer | Bankruptcy Division | | lluebke@arapahoegov.com |
| Baldwin County Revenue Commission | Attn: Teddy J Faust, Jr. | | eearls@baldwincountyal.gov |
| BP Prucenter Acquisition LLC | c/o Goulston & Storrs PC | Attn: Vanessa Moody | vmoody@goulstonstorrs.com |
| Broward County [Broward County Tax Collector] | Attn: Stacy E. Wulfekuhle | | sandron@broward.org |
| Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | swulfekuhle@broward.org |
| Cabarrus County Tax Collector | | | allopez@cabarruscounty.us |
| Carlos Paez | c/o The Morris Law Group | Attn: Geoff Morris | gabby@themorrislawgroup.com geoff@themorrislawgroup.com |
| Chatham County Tax Commissioner | | | tcharrel@chathamcounty.org |
| City and County of San Francisco | | | brittany.reger@sfgov.org |
| City of Bangor | Attn: Legal Dept, Treasury Office | | legal@bangormaine.gov treasury@bangormaine.gov |
| City of Memphis | Attn: Barbara Blocker | | bblocker@shelbycountytrustee.com |
| City of Virginia Beach | c/o City Treasurer - Bankruptcy Dept | Attn: Aimee Knapp Sullivan | aksulliv@vbgov.com jhursey@vbgov.com |
| City of Woodstock | | | awalderich@woodstockga.gov |
| Clark County Treasurer | Attn: Benjamin S Seaman | | taxrequests@clark.wa.gov |
| Contrarian Funds, LLC [as assignee of Laguna Clothing Private Limited] | Attn: Trade Claims Group | | tradeclaimsgroup@contrariancapital.com |
| County of Henrico, Virginia | c/o Office of the County Attorney | Attn: Sara L. Maynard | bankruptcy@henrico.us |
| County of Loudoun | Attn: Belkys Escobar, Deputy County Attorney | | bankrupt@loudoun.gov |
| County of Orange Treasurer-Tax Collector | Attn: Armando Azpeitia | | orangecountybk@ttc.ocgov.com |
| County of Santa Clara Department of Tax & Collections | Attn: Melissa Waters | | dtac-collections-unsecured-unit@fin.sccgov.org |
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | Attn: Tracy Swan | | tswan@craigrealtygroup.com |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | Attn: Tracy Swan | | tswan@craigrealtygroup.com |
| Crescent Bahuman Limited | Attn: CFO | | yousafa@ecbl.pk |
| Dana Al-Husseini v. Express, LLC | | | Email on File |
| Dawson County Tax Commissioner | Attn: Sarah Griggs | | sgriggs@dawsoncountyga.gov |
| Douglas County Treasurer | Attn: David Gill | | ggibson@douglas.co.us |
| Elmwood Retail Properties, L.L.C. | c/o Lauricella Land Company, L.L.C. | Attn: Louis Lauricella, Kurt Hamlen | khamlen@lauricellaland.com |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | dreddlaw@sbcglobal.net |
| Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | dreddlaw@sbcglobal.net |
| Environmental Democracy Project (UpWest and Express) | c/o Lexington Law Group | Attn: Jacob Janzen, Patrick Carey | jjanzen@lexlawgroup.com pcarey@lexlawgroup.com |

STRETTO

## Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Escambia County Tax Collector | Attn: Brian Jackson | | ectc@escambiataxcollector.com |
| Escambia County Tax Collector | Attn: Sarah Walton | | swalton@philipbates.net |
| Fresno County Tax Collector [County of Fresno Tax Collector] | | | slonh@fresnocountyca.gov |
| Fresno County Taxvicki Crow, Fresno Cnty | | | sloh@fresnocountyca.gov |
| Fulton County Tax Commissioner | Attn: Angela D. Harris | | angela.harris@fultoncountyga.gov |
| Harbor East Parcel B-Retail, LLC | c/o Gallagher Evelius & Jones LLP | Attn: David G. Sommer | dsommer@gejlaw.com<br>ceyler@gejlaw.com |
| Henry County Tax Commissioner | Attn: Michael C Harris | | bbrown@co.henry.ga.us |
| Hillsborough County Tax Collector | Attn: Nancy C. Millan | | montesino@hillstax.net |
| Hope Star Overseas Limited | | | cindycai@h-star.net |
| John Power, Alachua County Tax Collector | c/o Alachua Co. Attorney's Office | Attn: Bob Swain, Matt Geiger | kniederloh@alachuacounty.us<br>mgeiger@alachuacollector.com |
| Kern County Treasurer Tax Collector | Attn: Janeth Pardo | | bankruptcy@kerncounty.com |
| Keysight Technologies, Inc. | Attn: Credit | | jacob.seitz@keysight.com |
| Los Angeles County Treasurer and Tax Collector | Attn: Bankruptcy Unit | | bankruptcy@ttc.laocunty.gov |
| M & J - Big Waterfront Town Center I, LLC | c/o M&J Wilkow | Attn: David S. Eisen | deisen@wilkow.com |
| M & J - Big Waterfront Town Center I, LLC | c/o Neal, Gerber & Eisenberg LLP | Attn: Robert Radasevich | rradasevich@nge.com |
| Macon-Bibb County Tax Commissioner | Attn: Brenda Pitrowski | | bpitrowski@maconbibb.us<br>abbytolbert@lisenbylaw.com |
| Macon-Bibb County Tax Commissioner | c/o Lisenby & Associates, LLC | Attn: Blake Edwin Lisenby | abbytolbert@lisenbylaw.com |
| Madison County Tax Collector | Attn: Valeria D Miles | | vmiles@madisoncountyal.gov |
| Merkle Inc. | Attn: Saul Ehrenpreis | | sehrenpreis@merkleinc.com |
| Merkle Inc. | c/o Husch Blackwell LLP | Attn: Buffey E. Klein | buffey.klein@huschblackwell.com |
| Montgomery County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| New Relic, Inc. | | | ar@newrellic.com |
| New Relic, Inc. | c/o Legal | Attn: Crystal Le | ar@newrelic.com |
| Office of Doris Maloy, Tax Collector - Leon County | Tax Department | | stanleyk@leoncountyfl.gov |
| Oklahoma County Treasurer | | | tammy.jones@oklahomacounty.org |
| Palm Beach Mall Holdings, LLC | Attn: Jennifer P. Himes | | jennifer.himes@tanger.com |
| Pima County, Arizona | c/o Pima County Attorney's Office | | pcaocvbk@pcao.pima.gov |
| Pitt County Tax Collector | Attn: Rebecca Rogers | | rebecca.rogers@pittcountync.gov |
| Placer County Tax Collector | Attn: Laura Heckman | | lheckman@placer.ca.gov |
| PPF RTL Rosedale Shopping Center, LLC | Attn: Jill McCallion | | jill.mccallion@jll.com |
| PPF RTL Rosedale Shopping Center, LLC | Attn: Monica Clark | c/o Dorsey & Whitney LLP | clark.monica@dorsey.com |
| Prince William County Government | County Attorney's Office | Attn: D. Reigle (MC485) | dreigle@pwcgov.org |
| Prince William County Government | Tax Administration | Attn: Ms. R Raheem (MC415) | rraheem@pwcgov.org |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | | bejoy.balakrishnan@busanagroup.com |
| Pulaski County Treasurer | | | l.alexander@pulaskicountytreasurer.net |
| Rambo Fixture Company | James Rambo | | jim@rambofixture.com |

STRETTO

## Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Richland County Treasury | Attn: Ashley Forrest-Smith | | forrestsmitha@rcgov.us |
| Saba Software, Inc. | Attn: John Tryon Burke | | jburke@csod.com<br>collections@finance.csod.com |
| San Marcos CISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | austin.bankruptcy@lgbs.com |
| Sarasota Tax Collector | | | lferris@sarasotataxcollector.com |
| Seminole County Tax Collector | Attn: Ray Valdes, Jessica Day | | bankruptcy@seminolecounty.tax |
| Shelby County Trustee | Attn: Barbara Blocker | | bblocker@shelbycountytrustee.com |
| Single Source Apparel [Greenwood Mills, Inc.] | Attn: Jason Kelly | | jkelley@gmiholding.com |
| Sonoma Cnty Tax Collector | Attn: Heather Arnold | | centralcollections@sonoma-county.org |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | | sjctreasurer@sjcindiana.gov |
| Stone,Matt | | | Email on File |
| TCE Corporation | Attn: Jeon Seop Lim | | jameslim@tcedenim.com |
| Tennessee Department of Revenue | Attn: Jaleesa Johnson | | jaleesa.johnson@tn.gov |
| Tennessee Department of Revenue | c/o Attorney General | | tdor.bankruptcy@tn.gov |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | | tdor.bankuptcy@tn.gov |
| TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | Attn: Terrel Ross | | ephraim@trcmllc.com |
| Treasurer, County of Loudoun | c/o Collections | Attn: Nina Long | bankrupt@loudoun.gov |
| Tri Thien Trading & Producing Company Limited | Attn: Hue, Vu Thi | | sale1@trithien.com |
| Tulsa County Treasurer | | | bankruptcy@tulsacounty.org |
| UserTesting Technologies, Inc. | | | legal@usertesting.com |
| UserTesting Technologies, Inc. | Attn: Lajoy Knight | | arteam@usertesting.com<br>legal@usertesting.com |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | Attn: Bankruptcy | | mary.barnes@ventura.org |
| Visionworld | Attn: Yoonseok Jang | | sale@visionworld.biz |
| Washington County Tax Collector | Attn: Tax Enforcement | | te@washingtoncountyar.gov |