**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP Oldco Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

**AFFIDAVIT OF SERVICE**

I, Andrew K,. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 11, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Sustaining Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (Docket No. 1769)

- **Notice of Amended Agenda for Hearing Scheduled for September 15, 2026 at 2:00 P.M. (Prevailing Eastern Time) Before the Honorable Karen B. Owens, U.S. Bankruptcy Court Judge** (Docket No. 1770)

[THIS SPACE INTENTIONALLY LEFT BLANK]

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Furthermore, on September 11, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Amended Agenda for Hearing Scheduled for September 15, 2026 at 2:00 P.M. (Prevailing Eastern Time) Before the Honorable Karen B. Owens, U.S. Bankruptcy Court Judge** (Docket No. 1770)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 15, 2026

Andrew K. Fitzpatrick

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 15th day of September, 2026, by Andrew K. Fitzpatrick, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ______________________

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2554272
My Comm. Expires May 3, 2030

# **Exhibit A**

STRETTO

# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Adams County Treasurer and Public Trustee | | 4430 S. Adams County Parkway | Suite W1000 | 5th Fl | Brighton | CO | 80601 | |
| Algonquin I LLC [Algonquin Commons, LLC] | c/o Ervin Cohen & Jessup, LLP | Attn: Byron Moldo, James Christopher Robichaud | 9401 Wilshire Blvd | 12th Fl | Beverly Hills | CA | 90212 | |
| Al-Husseini,Dana | | Address on File | | | | | | |
| Arapahoe County Treasurer | Bankruptcy Division | 5334 S Prince St | | | Littleton | CO | 80120-1136 | |
| Baldwin County Revenue Commission | Attn: Teddy J Faust, Jr. | PO Box 1549 | | | Bay Minette | AL | 36507-1549 | |
| BP Prucenter Acquisition LLC | c/o Boston Properties Inc | 800 Boylston St | Ste 1900 | | Boston | MA | 02199 | |
| BP Prucenter Acquisition LLC | c/o Goulston & Storrs PC | Attn: Vanessa Moody | One Post Office Square | 25th Fl | Boston | MA | 02109 | |
| Broward County [Broward County Tax Collector] | Attn: Stacy E. Wulfekuhle | 115 S. Andrews Ave. | Rm. 423 | | Ft. Lauderdale | FL | 33301 | |
| Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave. | A-100 | Ft. Lauderdale | FL | 33301 | |
| Cabarrus County Tax Collector | | PO Box 580347 | | | Charlotte | NC | 28258-0347 | |
| Cabarrus County Tax Collector | | PO Box 707 | | | Concord | NC | 28026 | |
| Carlos Paez | c/o The Morris Law Group | Attn: Geoff Morris | 2900 Bristol Street | #G-108 | Costa Mesa | CA | 92626 | |
| Cedar Glade LP [as Assignee of Single Source Apparel, Inc.] | Attn: Robert K. Minkoff | 600 Madison Avenue | 17th Floor | | New York | NY | 10022 | |
| Chatham County Tax Commissioner | | PO Box 8324 | | | Savannah | GA | 31412 | |
| City and County of San Francisco | | 1 Dr Carlton B Goodlett Place | | | San Francisco | CA | 94102 | |
| City of Bangor | Attn: Legal Dept, Treasury Office | 73 Harlow Street | | | Bangor | ME | 04401 | |
| City of Memphis | Attn: Barbara Blocker | PO Box 185 | | | Memphis | TN | 38101 | |
| City of Virginia Beach | c/o City Treasurer - Bankruptcy Dept | Attn: Aimee Knapp Sullivan | 2401 Courthouse Dr, Bldg 1 | Room 2098 | Virginia Beach | VA | 23456 | |
| City of Woodstock | | 12453 Highway 92 | | | Woodstock | GA | 30188 | |
| Clark County Treasurer | Attn: Benjamin S Seaman | PO Box 5000 | | | Vancouver | WA | 98666 | |
| Contrarian Funds, LLC [as assignee of Laguna Clothing Private Limited] | Attn: Trade Claims Group | 411 West Putnam Avenue | Suite 425 | | Greenwich | CT | 06830 | |
| County of Henrico, Virginia | c/o Office of the County Attorney | Attn: Sara L. Maynard | PO Box 90775 | | Henrico | VA | 23273 | |
| County of Loudoun | Attn: Belkys Escobar, Deputy County Attorney | 1 Harrison Street SE | | | Leesburg | VA | 20175 | |
| County of Orange Treasurer-Tax Collector | | PO Box 1438 | | | Santa Ana | CA | 92702-1438 | |
| County of Orange Treasurer-Tax Collector | Attn: Armando Azpeitia | PO Box 4515 | | | Santa Ana | CA | 92702-4515 | |
| County of Santa Clara Department of Tax & Collections | Attn: Melissa Waters | 110 W Tasman Dr | | | San Jose | CA | 95134 | |
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | Attn: Tracy Swan | 4100 MacArthur Blvd. | Suite 100 | | Newport Beach | CA | 92660 | |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | Attn: Tracy Swan | 4100 MacArthur Blvd. | Suite 100 | | Newport Beach | CA | 92660 | |
| Crescent Bahuman Limited | Attn: CFO | 45 A | Off Zafar Ali Road | Gulberg 5 | Lahore | Punjab | 54000 | Pakistan |
| Dana Al-Husseini v. Express, LLC | | Address on File | | | | | | |
| Dana Al-Husseini v. Express, LLC | c/o Express | Attn: Dana Jamil Al-Husseini | 1 Express Dr | | Columbus | OH | 43230 | |
| Dawson County Tax Commissioner | Attn: Sarah Griggs | 25 Justice Way | Ste 1222 | | Dawsonville | GA | 30534-3454 | |
| Douglas County Treasurer | Attn: David Gill | 100 Third St | Ste 120 | | Castle Rock | CO | 80104 | |
| Elmwood Retail Properties, L.L.C. | c/o Lauricella Land Company, L.L.C. | Attn: Louis Lauricella, Kurt Hamlen | 1200 South Clearview Parkway | Suite 1166 | New Orleans | LA | 70123 | |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 155 N Riverview Dr | | Anaheim | CA | 92808-1225 | |
| Eloy Romero vs. Express Fashion Operations, LLC; Tim Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 5753 East Santa Ana Canyon Road | Suite 210 | Anaheim Hills | CA | 92807 | |
| Environmental Democracy Project (UpWest and Express) | c/o Lexington Law Group | Attn: Jacob Janzen, Patrick Carey | 503 Divisadero Street | | San Francisco | CA | 94117 | |
| Escambia County Tax Collector | Attn: Brian Jackson | PO Box 1312 | | | Pensacola | FL | 32591-1312 | |
| Escambia County Tax Collector | Attn: Sarah Walton | 25 West Cedar St | Ste 550 | | Pensacola | FL | 32502 | |
| Fresno County Tax Collector [County of Fresno Tax Collector] | | PO Box 1192 | | | Fresno | CA | 93715 | |
| Fresno County Taxvicki Crow, Fresno Cnty | | 2281 Tulare St | Rm 105 | PO Box 1192 | Fresno | CA | 93715-1192 | |
| Fulton County Tax Commissioner | Attn: Angela D. Harris | 141 Pryor St | Ste 1106 | | Atlanta | GA | 30303 | |
| Harbor East Parcel B-Retail, LLC | c/o Gallagher Evelius & Jones LLP | Attn: David G. Sommer | 218 N. Charles St., Suite 400 | | Baltimore | MD | 21201 | |
| Henry County Tax Commissioner | Attn: Michael C Harris | 140 Henry Pkwy | | | McDonough | GA | 30253-6696 | |
| Hillsborough County Tax Collector | Attn: Nancy C. Millan | PO Box 30012 | | | Tampa | FL | 33630-3012 | |
| Hope Star Overseas Limited | | 5/F, Kam Sang Building | 257 Des Voeux Road Central | | Hong Kong | | | China |
| Imperial County Treasurer-Tax Collector | Attn: Suzanne C. Bermudez | 940 West Main Street | Suite 106 | | El Centro | CA | 92243 | |
| John Power, Alachua County Tax Collector | c/o Alachua Co. Attorney's Office | Attn: Bob Swain, Matt Geiger | 12 SE 1st Street | 2nd Floor | Gainesville | FL | 32601 | |
| Kern County Treasurer Tax Collector | Attn: Janeth Pardo | PO Box 579 | | | Bakersfield | CA | 93302 | |
| Keysight Technologies, Inc. | | 32837 Collections Center Drive | | | Chicago | IL | 60693-0328 | |
| Keysight Technologies, Inc. | Attn: Credit | 1400 Fountaingrove Pkwy | | | Santa Rosa | CA | 95403 | |
| Los Angeles County Treasurer and Tax Collector | Attn: Bankruptcy Unit | PO Box 54110 | | | Los Angeles | CA | 90054 | |

STRETTO

## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| M & J - Big Waterfront Town Center I, LLC | c/o M&J Wilkow | Attn: David S. Eisen | 20 S. Clark Street, Suite 3000 | | Chicago | IL | 60603 | |
| M & J - Big Waterfront Town Center I, LLC | c/o Neal, Gerber & Eisenberg LLP | Attn: Robert Radasevich | Two N. LaSalle Street, Suite 1700 | | Chicago | IL | 60602 | |
| Macon-Bibb County Tax Commissioner | Attn: Brenda Pitrowski | 188 3rd St | | | Macon | GA | 31201 | |
| Macon-Bibb County Tax Commissioner | c/o Lisenby & Associates, LLC | Attn: Blake Edwin Lisenby | PO Box 4101 | | Macon | GA | 31201 | |
| Madison County Tax Collector | Attn: Valeria D Miles | 1918 North Memorial Pkwy | | | Huntsville | AL | 35801 | |
| Merkle Inc. | Attn: Saul Ehrenpreis | 7001 Columbia Gateway Drive | | | Columbia | MD | 21046 | |
| Merkle Inc. | c/o Husch Blackwell LLP | Attn: Buffey E. Klein | 1900 N. Pearl St | Ste 1800 | Dallas | TX | 75201 | |
| Montgomery County | | 400 N San Jacinto St | | | Conroe | TX | 77301 | |
| Montgomery County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| New Relic, Inc. | | PO Box 101812 | | | Pasadena | CA | 91189-1812 | |
| New Relic, Inc. | c/o Legal | Attn: Crystal Le | 188 Spear St | Suite 1000 | San Francisco | CA | 94105 | |
| Office of Doris Maloy, Tax Collector - Leon County | Tax Department | PO Box 1835 | | | Tallahassee | FL | 32302 | |
| Oklahoma County Treasurer | | 320 Robert S Kerr | Rm 307 | | Oklahoma City | OK | 73102 | |
| Palm Beach Mall Holdings, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Pima County, Arizona | c/o Pima County Attorney's Office | 32 North Stone Avenue | Suite 2100 | | Tucson | AZ | 85701 | |
| Pitt County Tax Collector | Attn: Rebecca Rogers | 111 S Washington Street | PO Box 875 | | Greenville | NC | 27835-0875 | |
| Placer County Tax Collector | Attn: Laura Heckman | 2976 Richardson Dr | | | Auburn | CA | 95603 | |
| PPF RTL Rosedale Shopping Center, LLC | Attn: Jill McCallion | 1595 Highway 36 West | | | Roseville | MN | 55438 | |
| PPF RTL Rosedale Shopping Center, LLC | Attn: Monica Clark | c/o Dorsey & Whitney LLP | 50 South Sixth St | Ste 1500 | Minneapolis | MN | 55402 | |
| Prince William County Government | County Attorney's Office | Attn: D. Reigle (MC485) | 1 County Complex Court | | Prince William | VA | 22192 | |
| Prince William County Government | Tax Administration | Attn: Ms. R Raheem (MC415) | PO Box 2467 | | Prince William | VA | 22195 | |
| PT Huddersfield Tex Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| PT. Mod Indo | c/o Pryor Cashman LLP | Attn: Jake Starr | 7 Times Square | | New York | NY | 10036 | |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | 235, Jl. P Diponegoro, Genuk, Ungaran Barat, | | | Kab. Semarang | Jawa Tengah | 50512 | Indonesia |
| Pulaski County Treasurer | | PO Box 430 | | | Little Rock | AR | 72203 | |
| Rambo Fixture Company | James Rambo | 5257 Butts Road | | | Powell | Oh | 40365 | |
| Richland County Treasury | Attn: Ashley Forrest-Smith | PO Box 11947 | | | Columbia | SC | 29211 | |
| Saba Software, Inc. | Attn: John Tryon Burke | 1601 Cloverfield Blvd | Ste 600 S | | Santa Monica | CA | 90404 | |
| San Marcos CISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Sarasota Tax Collector | | 101 S Washington Blvd | | | Sarasota | FL | 34236 | |
| Seminole County Tax Collector | Attn: Ray Valdes, Jessica Day | PO Box 630 | | | Sanford | FL | 32772-0630 | |
| Shelby County Trustee | Attn: Barbara Blocker | PO Box 2751 | | | Memphis | TN | 38101-2751 | |
| Single Source Apparel [Greenwood Mills, Inc.] | Attn: Jason Kelly | 1800 Calhoun Road | | | Greenwood | SC | 29649 | |
| Sonoma Cnty Tax Collector | Attn: Heather Arnold | 585 Fiscal Drive | Room 100 | | Santa Rosa | CA | 95403 | |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | 227 W Jefferson Blvd | 2nd Fl | County City Bldg | South Bend | IN | 46601 | |
| Stone,Matt | | Address on File | | | | | | |
| TCE Corporation | Attn: Jeon Seop Lim | 5F, Baekyoung Nonheyon Center | Hakdong-Ro, Gangnamgu | | Seoul | Gangnamgu | 06053 | Korea |
| Tennessee Department of Revenue | Attn: Jaleesa Johnson | 500 Deaderick Street | | | Nashville | TN | 37242 | |
| Tennessee Department of Revenue | c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | PO Box 190665 | | | Nashville | TN | 37219-0665 | |
| TRC Master Fund LLC [as Assignee of Fourlaps Athletic LLC] | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |
| TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | Attn: Terrel Ross | PO Box 633 | | | Woodmere | NY | 11598 | |
| Treasurer, County of Loudoun | c/o Collections | Attn: Nina Long | PO Box 347 | | Leesburg | VA | 20178-0347 | |
| Tri Thien Trading & Producing Company Limited | Attn: Hue, Vu Thi | 307 Nguyen Thi Lang street, Hamlet 01 | Phuoc Vinh An Commune | Cu Chi District | Ho Chi Minh City | | 700000 | Vietnam |
| Tulsa County Treasurer | | 218 W 6th St | 8th Fl | | Tulsa | OK | 74119 | |
| UserTesting Technologies, Inc. | | PO BOX 103643 | | | Pasadena | CA | 91189 | |
| UserTesting Technologies, Inc. | Attn: Lajoy Knight | 1484 Pollard Road | #271 | | Los Gatos | CA | 95032 | |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | Attn: Bankruptcy | 800 S Victoria Ave | | | Ventura | CA | 93009-1290 | |
| Visionworld | Attn: Yoonseok Jang | 2F, 430, Gwangnaru-Ro | Gwangjin-Gu | | Seoul | SE | 05022 | South Korea |
| Washington County Tax Collector | Attn: Tax Enforcement | 280 N College Ave | Suite 202 | | Fayetteville | AR | 72701 | |

# <u>Exhibit B</u>

STRETTO

## Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Adams County Treasurer and Public Trustee | | | mvanhorn@adcogov.org |
| Algonquin I LLC [Algonquin Commons, LLC] | c/o Ervin Cohen & Jessup, LLP | Attn: Byron Moldo, James Christopher Robichaud | bmoldo@ecjlaw.com<br>jrobichaud@ecjlaw.com |
| Al-Husseini,Dana | | | Email on File |
| Arapahoe County Treasurer | Bankruptcy Division | | lluebke@arapahoegov.com |
| Baldwin County Revenue Commission | Attn: Teddy J Faust, Jr. | | eearls@baldwincountyal.gov |
| BP Prucenter Acquisition LLC | c/o Goulston & Storrs PC | Attn: Vanessa Moody | vmoody@goulstonstorrs.com |
| Broward County [Broward County Tax Collector] | Attn: Stacy E. Wulfekuhle | | sandron@broward.org |
| Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | swulfekuhle@broward.org |
| Cabarrus County Tax Collector | | | allopez@cabarruscounty.us |
| Carlos Paez | c/o The Morris Law Group | Attn: Geoff Morris | gabby@themorrislawgroup.com<br>geoff@themorrislawgroup.com |
| Chatham County Tax Commissioner | | | tcharrel@chathamcounty.org |
| City and County of San Francisco | | | brittany.reger@sfgov.org |
| City of Bangor | Attn: Legal Dept, Treasury Office | | legal@bangormaine.gov<br>treasury@bangormaine.gov |
| City of Memphis | Attn: Barbara Blocker | | bblocker@shelbycountytrustee.com |
| City of Virginia Beach | c/o City Treasurer - Bankruptcy Dept | Attn: Aimee Knapp Sullivan | aksulliv@vbgov.com<br>jhursey@vbgov.com |
| City of Woodstock | | | awalderich@woodstockga.gov |
| Clark County Treasurer | Attn: Benjamin S Seaman | | taxrequests@clark.wa.gov |
| Contrarian Funds, LLC [as assignee of Laguna Clothing Private Limited] | Attn: Trade Claims Group | | tradeclaimsgroup@contrariancapital.com |
| County of Henrico, Virginia | c/o Office of the County Attorney | Attn: Sara L. Maynard | bankruptcy@henrico.us |
| County of Loudoun | Attn: Belkys Escobar, Deputy County Attorney | | bankrupt@loudoun.gov |
| County of Orange Treasurer-Tax Collector | Attn: Armando Azpeitia | | orangecountybk@ttc.ocgov.com |
| County of Santa Clara Department of Tax & Collections | Attn: Melissa Waters | | dtac-collections-unsecured-unit@fin.sccgov.org |
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | Attn: Tracy Swan | | tswan@craigrealtygroup.com |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | Attn: Tracy Swan | | tswan@craigrealtygroup.com |
| Crescent Bahuman Limited | Attn: CFO | | yousafa@ecbl.pk |
| Dana Al-Husseini v. Express, LLC | | | Email on File |
| Dawson County Tax Commissioner | Attn: Sarah Griggs | | sgriggs@dawsoncountyga.gov |
| Douglas County Treasurer | Attn: David Gill | | ggibson@douglas.co.us |
| Elmwood Retail Properties, L.L.C. | c/o Lauricella Land Company, L.L.C. | Attn: Louis Lauricella, Kurt Hamlen | khamlen@lauricellaland.com |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Eloy Romero vs. Express Fashion Operations, LLC; Tim Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | dreddlaw@sbcglobal.net |
| Environmental Democracy Project (UpWest and Express) | c/o Lexington Law Group | Attn: Jacob Janzen, Patrick Carey | jjanzen@lexlawgroup.com<br>pcarey@lexlawgroup.com |
| Escambia County Tax Collector | Attn: Brian Jackson | | ectc@escambiataxcollector.com |
| Escambia County Tax Collector | Attn: Sarah Walton | | swalton@philipbates.net |
| Fresno County Tax Collector [County of Fresno Tax Collector] | | | slonh@fresnocountyca.gov |
| Fresno County Taxvicki Crow, Fresno Cnty | | | sloh@fresnocountyca.gov |
| Fulton County Tax Commissioner | Attn: Angela D. Harris | | angela.harris@fultoncountyga.gov |
| Harbor East Parcel B-Retail, LLC | c/o Gallagher Evelius & Jones LLP | Attn: David G. Sommer | dsommer@gejlaw.com<br>ceyler@gejlaw.com |
| Henry County Tax Commissioner | Attn: Michael C Harris | | bbrown@co.henry.ga.us |
| Hillsborough County Tax Collector | Attn: Nancy C. Millan | | montesino@hillstax.net |
| Hope Star Overseas Limited | | | cindycai@h-star.net |
| John Power, Alachua County Tax Collector | c/o Alachua Co. Attorney's Office | Attn: Bob Swain, Matt Geiger | kniederloh@alachuacounty.us<br>mgeiger@alachuacollector.com |
| Kern County Treasurer Tax Collector | Attn: Janeth Pardo | | bankruptcy@kerncounty.com |
| Keysight Technologies, Inc. | Attn: Credit | | jacob.seitz@keysight.com |
| Los Angeles County Treasurer and Tax Collector | Attn: Bankruptcy Unit | | bankruptcy@ttc.laocunty.gov |
| M & J - Big Waterfront Town Center I, LLC | c/o M&J Wilkow | Attn: David S. Eisen | deisen@wilkow.com |
| M & J - Big Waterfront Town Center I, LLC | c/o Neal, Gerber & Eisenberg LLP | Attn: Robert Radasevich | rradasevich@nge.com |
| Macon-Bibb County Tax Commissioner | Attn: Brenda Pitrowski | | bpitrowski@maconbibb.us<br>abbytolbert@lisenbylaw.com |
| Madison County Tax Collector | Attn: Valeria D Miles | | vmiles@madisoncountyal.gov |
| Merkle Inc. | Attn: Saul Ehrenpreis | | sehrenpreis@merkleinc.com |
| Merkle Inc. | c/o Husch Blackwell LLP | Attn: Buffey E. Klein | buffey.klein@huschblackwell.com |
| Montgomery County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| New Relic, Inc. | c/o Legal | Attn: Crystal Le | ar@newrelic.com |
| Office of Doris Maloy, Tax Collector - Leon County | Tax Department | | stanleyk@leoncountyfl.gov |
| Oklahoma County Treasurer | | | tammy.jones@oklahomacounty.org |
| Palm Beach Mall Holdings, LLC | Attn: Jennifer P. Himes | | jennifer.himes@tanger.com |
| Pima County, Arizona | c/o Pima County Attorney's Office | | pcaocvbk@pcao.pima.gov |
| Pitt County Tax Collector | Attn: Rebecca Rogers | | rebecca.rogers@pittcountync.gov |
| Placer County Tax Collector | Attn: Laura Heckman | | lheckman@placer.ca.gov |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| PPF RTL Rosedale Shopping Center, LLC | Attn: Jill McCallion | | jill.mccallion@jll.com |
| PPF RTL Rosedale Shopping Center, LLC | Attn: Monica Clark | c/o Dorsey & Whitney LLP | clark.monica@dorsey.com |
| Prince William County Government | County Attorney's Office | Attn: D. Reigle (MC485) | dreigle@pwcgov.org |
| Prince William County Government | Tax Administration | Attn: Ms. R Raheem (MC415) | rraheem@pwcgov.org |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | | bejoy.balakrishnan@busanagroup.com |
| Pulaski County Treasurer | | | l.alexander@pulaskicountytreasurer.net |
| Rambo Fixture Company | James Rambo | | jim@rambofixture.com |
| Richland County Treasury | Attn: Ashley Forrest-Smith | | forrestsmitha@rcgov.us |
| Saba Software, Inc. | Attn: John Tryon Burke | | jburke@csod.com<br>collections@finance.csod.com |
| San Marcos CISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders | austin.bankruptcy@lgbs.com |
| Sarasota Tax Collector | | | lferris@sarasotataxcollector.com |
| Seminole County Tax Collector | Attn: Ray Valdes, Jessica Day | | bankruptcy@seminolecounty.tax |
| Shelby County Trustee | Attn: Barbara Blocker | | bblocker@shelbycountytrustee.com |
| Single Source Apparel [Greenwood Mills, Inc.] | Attn: Jason Kelly | | jkelley@gmiholding.com |
| Sonoma Cnty Tax Collector | Attn: Heather Arnold | | centralcollections@sonoma-county.org |
| St Joseph County Treasurer | Attn: Tim A Swager and Mary Beth Wisniewski | | sjctreasurer@sjcindiana.gov |
| Stone,Matt | | | Email on File |
| TCE Corporation | Attn: Jeon Seop Lim | | jameslim@tcedenim.com |
| Tennessee Department of Revenue | Attn: Jaleesa Johnson | | jaleesa.johnson@tn.gov |
| Tennessee Department of Revenue | c/o Attorney General | | tdor.bankruptcy@tn.gov |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | | tdor.bankuptcy@tn.gov |
| TRC Master Fund LLC [as Assignee of NewTimes Development Limited] | Attn: Terrel Ross | | ephraim@trcmllc.com |
| Treasurer, County of Loudoun | c/o Collections | Attn: Nina Long | bankrupt@loudoun.gov |
| Tri Thien Trading & Producing Company Limited | Attn: Hue, Vu Thi | | sale1@trithien.com |
| Tulsa County Treasurer | | | bankruptcy@tulsacounty.org |
| UserTesting Technologies, Inc. | Attn: Lajoy Knight | | arteam@usertesting.com<br>legal@usertesting.com |
| Ventura County Tax Collector [County of Ventura Treasurer - Tax Collector] | Attn: Bankruptcy | | mary.barnes@ventura.org |
| Visionworld | Attn: Yoonseok Jang | | sale@visionworld.biz |
| Washington County Tax Collector | Attn: Tax Enforcement | | te@washingtoncountyar.gov |

# **Exhibit C**

STRETTO

## Exhibit C

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1552 Broadway Retail Owner LLC | | 80 State Street | | | Albany | NY | 12207 | |
| Accertify, Inc. | c/o Becket & Lee LLP | Attn: Christopher Cramer & Shraddha Bharatia | PO Box 3002 | | Malvern | PA | 19355-0702 | |
| Adobe Systems, Inc. | Attn: Scott Burns | 75 Remittance Dr | #1025 | | Chicago | IL | 60675-1025 | |
| Alabama Office of the Attorney General | Attn: Steve Marshall | 501 Washington Avenue | | | Montgomery | AL | 36104 | |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | | Little Rock | AR | 72201 | |
| Barnes, Deborah | c/o Ashton & Price, LLP | Attn: Sergey Dzhedzhera | 8243 Greenback Lane | | Fair Oaks | CA | 95628 | |
| Bernardo Manufacturing, Ltd. | Attn: Gregg Castelluci, Joshua Swift | 54 Taylor Dr | | | East Providence | RI | 02916 | |
| Brierley & Partners, Inc. | | 15303 Ventura Blvd | #400 | | Sherman Oaks | CA | 91403 | |
| Chacon | Attn: Joseph Lavi | 8889 West Olympic Blvd | #200 | | Beverly Hlls | CA | 90211 | |
| Chacon | Attn: Sahag Majarian | 18250 Ventura Blvd | | | Tarzana | CA | 91356 | |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 | |
| Commission Junction LLC | Attn: Camelia Gehrke | 4140 Solutions Center | #774140 | | Chicago | IL | 60677-4001 | |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| District of Columbia Office of the Attorney General | | 441 4th St NW | Suite 1100 | | Washington | DC | 20001 | |
| EKFH LLC | c/o KLM Equities Inc. | Attn: Zachary Kleinhandler | 920 Broadway | 17th Fl | New York | NY | 10010 | |
| Florida Office of the Attorney General | | The Capitol Pl?01 | | | Tallahassee | FL | 32399 | |
| Fortune Footwear Inc. | Attn: Thomas Paccione | 174 Hudson Street | 3rd Floor | | New York | NY | 10013 | |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 | |
| Google LLC | c/o White and Williams LLP | Attn: Amy E. Vulpio and James C. Vandermark | 1650 Market St | Suite 1800 | Philadelphia | PA | 19103 | |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | | Boise | ID | 83720 | |
| Illinois Office of the Attorney General | | 100 W Randolph St | James R. Thompson Center | | Chicago | IL | 60601 | |
| Indiana Office of the Attorney General | | Indiana Government Center South | 302 W Washington St | 5th Floor | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St | Room 109 | Des Moines | IA | 50319 | |
| Kansas Office of the Attorney General | Consumer Protection Division | 120 SW 10th Ave | 2nd Floor | | Topeka | KS | 66612-1597 | |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Suite 118 | Frankfort | KY | 40601 | |
| Louisiana Office of the Attorney General | | 1885 N Third St | | | Baton Rouge | LA | 70802 | |
| Macerich Cerritos LLC | | 401 Wilshire Boulevard | Suite 700 | | Santa Monica | CA | 90401 | |
| Maine Office of the Attorney General | Consumer Protection | 6 State House Station | | | Augusta | ME | 04333 | |
| Massachusetts Office of the Attorney General | | 1 Ashburton Pl | 20th Floor | | Boston | MA | 02108 | |
| Matthew Maynard | | Address on File | | | | | | |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | | St. Paul | MN | 55101 | |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Suite 1200 | Jackson | MS | 39201 | |
| Montana Office of the Attorney General | | 215 N Sanders | Justice Building | 3rd Floor | Helena | MT | 59601 | |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 | |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 | |
| Noah Christian Manacmul | | Address on File | | | | | | |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | | Raleigh | NC | 27603 | |
| Oasis Malka Love | | Address on File | | | | | | |
| Oatis,Shannon | | Address on File | | | | | | |
| Ohio Department of Job and Family Services | | 30 E Broad St | | | Columbus | OH | 43215 | |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | | Columbus | OH | 43229 | |
| Ohio Office of the Attorney General | | State Office Tower | 30 E Broad St | 14th Floor | Columbus | OH | 43215 | |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | | Oklahoma City | OK | 73105 | |
| Oregon Office of the Attorney General | Consumer Protection | 1162 Court St NE | | | Salem | OR | 97301-4096 | |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 | |
| Radial, Inc. | Attn: Emily Busch Jones | 935 First Avenue | | | King of Prussia | PA | 19406 | |
| ReStore Capital, LLC | Attn: Legal Department | 5 Revere Drive | Suite 206 | | Northbrook | IL | 60062 | |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | 1211 Avenue of the Americas | | New York | NY | 10036 | |
| Rhode Island Office of the Attorney General | Consumer Protection | 150 S Main St | | | Providence | RI | 02903 | |
| Robin Lionheart | | Address on File | | | | | | |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | | 500 N Mesa St | Ste 300 | | El Paso | TX | 79901-1224 | |
| Salesforce Inc | | 415 Mission Street, 3rd Floor | Salesforce Tower | | San Francisco | CA | 94105 | |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 | |

STRETTO

## Exhibit C

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | | New York | NY | 10281-1022 | |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Room 519 | Columbia | SC | 29201 | |
| South Dakota Office of the Attorney General | | 1302 E Hwy 14 | Suite 1 | | Pierre | SD | 57501 | |
| Tanger Properties Limited Partnership | c/o Tanger Management LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 | |
| Texas Office of the Attorney General | Attn: Consumer Protection Division | 300 W 15th St | | | Austin | TX | 78701 | |
| U.S. Customs and Border Protection | c/o Revenue Division, Bankruptcy Team | Attn: Mail Stop 203-Ja, John Peak | 8899 E 56th St | | Indianapolis | IN | 46249 | |
| Urban Crown Limited | Attn: Kevin Moylan | 1101 West Tower, Exchange Rd | Ortigas Ctr | | Pasig City | | 1605 | Philippines |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 | |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 | |
| Wells Fargo Bank, N.A. | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karczes, Keith G. Radner, and Eva D. Gadzheva | 55 E Monroe Street, Suite 3300 | | Chicago | IL | 60603 | |
| Wells Fargo Bank, N.A.; Bank of America, N.A.; U.S. Bank National Association; and Fifth Third Bank, National Association | c/o Richard Layton & Finger | Attn: John H. Knight, Alexander R. Steiger, and Paul N. Heath | 920 N King Street | | Wilmington | DE | 19801 | |
| Wells Fargo Retail Finance, LLC, as Collateral Agent | | One Boston Place | 18th Floor | | Boston | MA | 02108 | |
| West Virginia Office of the Attorney General | Consumer Protection & Anti-Trust Division | 1900 Kanawha Blvd E | State Capitol Complex | Bldg 1, Rm E-26 | Charleston | WV | 25305 | |
| Wisconsin Office of the Attorney General | | 114 E State Capitol | | | Madison | WI | 53702 | |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 | |

# **Exhibit D**

STRETTO

# Exhibit D

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1552 Broadway Retail Owner LLC | Attn: Brett Herschenfeld | | brett.herschenfeld@slgreen.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: John C. Cannizzaro | john.cannizzaro@icemiller.com |
| 31-01 Steinway LLC | c/o Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | louis.delucia@icemiller.com alyson.fiedler@icemiller.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Nahal Zarnighian, Sara Shahbazi | branchd@ballardspahr.com zarnighiann@ballardspahr.com shahbazis@ballardspahr.com |
| 659 West Diversey, LLC, Acadia Gold Coast, LLC, AP Union II LLC, Allstate Road (EDENS), LLC, Atherton Mill (E&A), LLC, Avalon North, LLC, Belden Mall LLC, Bridgewater Commons Mall II LLC, Broward Mall LLC, CVM Holdings LLC, CenterCal Properties, LLC et al. | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com brannickn@ballardspahr.com |
| Akamai Technologies, Inc. | c/o Cohne Kinghorn, P.C. | Attn: George Hofman | ghofmann@ck.law |
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alvarez & Marsal | Attn: Patricia Hong, Sanjay Srikanth | | phong@alvarezandmarsal.com sanjay.srikanth@alvarezandmarsal.com bankruptcy.notices@alvarezandmarsal.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| AP 1519 - 1521 Walnut St., LP, AP Newbury Street Portfolio #1, & AP Washington, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Arizona Office of the Attorney General | c/o Consumer Information and Complaints | | consumerinfo@azag.gov |
| Barnes, Deborah | c/o Ashton & Price, LLP | Attn: Sergey Dzhedzhera | sergey@ashtonandprice.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | mdebaecke@ashbygeddes.com |
| Bath and Body Works Logistics Services LLC and Distribution Land Company, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Carrie Mae Brosius | cmbrosius@vorys.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford Taylor & Preston LLP | Attn: Christopher A Jones | cajones@whitefordlaw.com |
| BDC Shay Retail LLC and White Flint Associates, LLC | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Bellevue Square, LLC and Bellevue Square Merchants Association | c/o Illuminate Law Group | Attn: Brian M. Muchinsky | bmuchinsky@illuminatelg.com |
| Blue Yonder, Inc. | c/o Connolly Gallager LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| BlueCore Inc | Attn: Liz Madsen | | liz.madsen@bluecore.com |
| Brierley & Partners, Inc. | Attn: Elizabeth Keller, Sridhar Bollam | | elisabeth.keller@capillarytech.com sridhar.bollam@capillarytech.com |

STRETTO

# Exhibit D

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Brookfield Retail Properties Inc. | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Robert L. LeHane, & Jennifer D. Raviele | jcarr@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| Brookfield Retail Properties, Inc. | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Broward County, Florida | c/o The Records, Taxes, and Treasury Division | Attn: Bankruptcy Section | sandron@broward.org |
| Brownsville Independent School District, City of Mercedes | c/o Perdue, Brandon, Fielder, Collins & Mott LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| BSS Creative Groupe, Inc. | c/o Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Campana 125 LLC | c/o Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | mkurzman@carmodylaw.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com<br>nmeyers@leechtishman.com |
| Causeway, LLC a/k/a Greater Lakeside Corp. | c/o Leech Tishman Robinsob Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| CFL Distribution Inc | Attn: Lynda Wong | | lynda_wong@cflhk.com |
| Chacon | Attn: Armond M. Jackson | | ajackson@jacksonapc.com |
| Chacon | Attn: Raul Perez | | raul.perez@capstonelawyers.com |
| City of El Paso, Bexar County, Ector CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| City of Garland, Garland ISD, Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D Reece | lreece@pbfcm.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez | bankruptcy@abernathy-law.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock | jhaithcock@burr.com |
| Crescent Bahuman Limited | Attn: Yousef Arshad Muneer, Abdullah Zia | | yousafa@ecbl.pk<br>azia@ecbl.pk |
| Crowley ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Cypress-Fairbanks ISD, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris Co ESD #09, City of Humble, Harris Co ID #01, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| DDR Urban LP | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Delaware Department of Justice | Attn Bankruptcy Unit | | attorney.general@state.de.us |
| Domain Northside Retail Property Owner LP | c/o Law Offices of Kevin S. Neiman, PC | Attn: Kevin Neiman | kevin@ksnpc.com |
| Domain Northside Retail Property Owner LP | c/o Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| EKFH, LLC | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| EKFH, LLC | c/o Rosenberg & Estis, P.C. | Attn: John Giampolo | jgiampolo@rosenbergestis.com |

STRETTO

# Exhibit D
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| E-Teen Company Limited | Attn: Kevin Luk | | kevin.luk@eteen-hk.com |
| EXP OldCo Winddown, Inc., et al. | Attn: Laurel Krueger | | lakrueger@express.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Charles B. Sterrett | charles.sterrett@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Emily E. Grier, Nicholas M. Adzima | joshua.sussberg@kirkland.com emily.geier@kirkland.com nicholas.adzima@kirkland.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Alyssa M. Radovanovich | dpacitti@klehr.com myurkewicz@klehr.com aradovanovich@klehr.com |
| EXP OldCo Winddown, Inc., et al. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Express, Inc., et al. | c/o Kirkland & Ellis LLP | Attn: Daniel Daines | daniel.daines@kirkland.com |
| Fashion Island Retail LLC [Fashion Island Shopping Center] | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Federal Realty OP LP and UE Bergen Mall Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com brannickn@ballardspahr.com |
| G&L Building Corp. | c/o Cullen and Dykman LLP | Attn: Michelle McMahon | mmcmahon@cullenllp.com |
| GGP Columbia Mall | Attn: Troy Benson | | troy.benson@bpretail.com |
| Google LLC | c/o White and Williams LLP | Attn: Amy E. Vulpio and James C. Vandermark | vulpioa@whiteandwilliams.com vandermarkj@whiteandwilliams.com |
| Granify (USA) Inc. | c/o Streusand, Landon, Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Property Tax Division | Attn: Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Humble Independent School District, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Jeffrey M. Kurzon | | | jeff@kurzon.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Gary F Lynch | gary@lcllp.com |
| Jennifer McCall | c/o Lynch Carpenter, LLP | Attn: Todd D. Carpenter and Scott Gregory Braden | todd@lcllp.com scott@lcllp.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com |
| Keystone-Florida Property Holding Corp. and Turnberry Associates | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |

STRETTO

# Exhibit D

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Korea Trade Insurance Corporation | c/o Ice Miller LLP | Attn: Aaron H. Stulman & Maria Kotsiras | aaron.stulman@icemiller.com<br>maria.kotsiras@icemiller.com |
| Lever Style Ltd. | Attn: Eddie Chan, William Tan, Derek Lee, Winnie Man | | eddie.chan@leverstyle.com<br>william.tan@leverstyle.com<br>derek.lee@leverstyle.com<br>winnie.man@leverstyle.com |
| Li & Fung (Trading) Limited | Attn: Laurence Rudge, Gordon Chiang | | laurencerudge@lifung.com<br>gordonchiang@lifung.com<br>legalnotices@lifung.com |
| Liberty Mutual Insurance | c/o Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| Liberty Mutual Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | szuber@csglaw.com<br>tfreedman@csglaw.com |
| Lubbock Central Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmonroe@pbfcm.com<br>lmbkr@pbfcm.com |
| Macerich Cerritos LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | | jrich@madisoncountyal.gov |
| Manatee County Tax Collector [Ken Burton, Jr., Manatee County Tax Collector] | Attn: Michelle Leeson | | legal@taxcollector.com |
| Manchu Times Fashion Limited | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt | tklestadt@klestadt.com |
| Manchu Times Fashion Ltd | Attn: Michael Li, Olivia Luk | | michaelli@manchutimesfashion.com<br>olivialuk@manchutimesfashion.com |
| Maryland Office of the Attorney General | Consumer Protection Division | | oag@oag.state.md.us<br>consumer@oag.state.md.us |
| Matthew Maynard | | | mattmaynard.films@gmail.com |
| Matthew Moellering | c/o Skadden, Slate, Meagher & Flom LLP | Attn: Joseph O. Larkin, Stephen Della Penna | joseph.larkin@skadden.com<br>stephen.dellapenna@skadden.com |
| MGF Sourcing US, LLC as Collateral Agent | Attn: Daniel Bloch | | dbloch@mgfsourcing.com |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Monument Consulting LLC | Attn: Allison Hutchcroft, Chris Miller | | allison.hutchcroft@monumentconsulting.com |
| Monument Consulting, Inc. | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | dckerrick@dkhogan.com |
| Motives | Attn: Corey Baggett | | corey@motivesny.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Motives International (Hong Kong) Limited and Motives International Limited | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com<br>stephan.hornung@morganlewis.com |

STRETTO

# Exhibit D

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Nancy C. Millan, Hillsborough County Tax Collector | Attn: Brian T. Fitzgerald | | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | NH Department of Justice | | attorneygeneral@doj.nh.gov |
| NewTimes Development Limited | Attn: Sue Lee, Eunice Kim | | suelee@newtimesgroup.com<br>eunicekim@newtimesgroup.com |
| Noah Christian Manacmul | | | manacmuln@gmail.com |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| North Riverside Park Associates LLC | c/o Leech Tishman Fuscaldo & Lampl | Attn: Lori Schwartz, Nathaniel Myers | lschwartz@leechtishman.com<br>nmeyers@leechtishman.com |
| North Riverside Park Associates LLC | c/o Leech Tishman Robinson Brog, PLLC | Attn: Clement Yee | cyee@leechtishman.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: Christopher M. Winter | cmwinter@duanemorris.com |
| NorthPark Partners, LP | c/o Duane Morris LLP | Attn: James H. Billingsley | jbillingsley@duanemorris.com |
| Northwest ISD, Allen ISD, City of Allen, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Northwest ISD, Allen ISD, City of Allen, Tarrant County, Dallas County, Irving ISD, City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com |
| NPP Development LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Nueces County, Cameron County, City of McAllen, San Marcos CISD, Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Oasis Malka Love | | | 12iwillalways@proton.me |
| Oatis,Shannon | | | shnot@aol.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: John Schanne | | john.schanne@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com<br>rschmidt@kramerlevin.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Lucian B. Murley & Nicholas Smargiassi | luke.murley@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| OKC Outlets I, LLC, SRE Ontario, LLC, SRE Hawkeye, LLC, Corpus Christi Retail Venture LP | c/o Thompson Hine LLP | Attn: Louis F. Solimine | louis.solimine@thompsonhine.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com<br>hpohyar@buchalter.com |
| Oracle America, Inc. | c/o The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi and Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| Pacific Buying and Marketing Service Ltd | Attn: Carol Hong | | carolhong@pbms.biz |
| Pandera Systems, LLC | Attn: Steve Jones | | steve.jones@66degrees.com |
| Plaza Las Americas, Inc. and Plaza Del Caribe, S.E. | c/o Holland & Knight LLP | Attn: Joaquin J. Alemany | joaquin.alemany@hklaw.com |

STRETTO

# Exhibit D

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| PREIT Services, LLC | c/o Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| PREP Hillside Real Estate LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Daniel N. Brogan | kcapuzzi@beneschlaw.com dbrogan@beneschlaw.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Queens Center SPE, LLC | | | steve.declara@macerich.com |
| Queens Center SPE, LLC | Attn: Doug Healey | | doug.healey@macerich.com |
| Radial Commerce Inc. | c/o Morgan Lewis & Bockius LLP | Attn: Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan Lewis Bockius LLP | Attn: John C. Goodchild, III | john.goodchild@morganlewis.com |
| Radial Commerce Inc. | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Radial Inc | Attn: Kat Gibson, Emily Jones | | gibsonk@radial.com ejones@radial.com |
| RED Development, LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| ReStore Capital, LLC | c/o Chipman, Brown, Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| ReStore Capital, LLC | c/o Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com |
| ReStore, First Eagle, and Gordon Brothers | c/o Ropes & Gray LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| ROBIN LIONHEART | | | express.fin@robinlionheart.com |
| Ropa Siete Leguas, Inc / CMT de La Laguna, S.A. DE C.V. | c/o Dana & Pariser Co., L.P.A. | Attn: Alyson C. Tanenbaum | atanenbaum@dplawyers.com |
| Roth Bros., Inc. d/b/a Sodexo | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com jnimeroff@brownnimeroff.com |
| RR Donnelley | Attn: Todd Fallon | | todd.fallon@rrd.com |
| Salesforce Inc | Attn: Kevin Ramirez | | kramirez@salesforce.com |
| Silver Crest Clothing Pvt Ltd - Unit III | Attn: Gautam Golchha | | gautam@silvercrest.in |
| Silver Spark Apparel Limited | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover & Juan E. Martinez | jhoover@beneschlaw.com jmartinez@beneschlaw.com |
| Silver Spark Apparel Limited | c/o Kane Russell Coleman Logan PC | Attn: John J. Kane and JaKayla J. DaBera | jkane@krcl.com jdabera@krcl.com |
| Simon Capital GP | Attn: Jon Murphy | | jonmurphy@simon.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Tanger Management, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | cmiller@morrisnichols.com donna.compton@tanger.com |
| Tanger Properties Limited Partnership | Attn: Justin Stein | | js@tanger.com |
| Tarrant County; Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Tennessee Attorney General's Office | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | agbankdelaware@ag.tn.gov |
| The County of Brazos, Texas; The County of Denton, Texas; The County of Hays, Texas; Central Appraisal District of Taylor County; The County of Williamson, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Jessica L. Cousineau | jessica.cousineau@mvbalaw.com |
| The Shops at NorthCreek LLC | c/o Bradford Dempsey Law LLC | Attn: Bradford E. Dempsey | brad@dempseycounsel.com |

STRETTO

**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Timothy Baxter | c/o Cooley LLP | Attn: Patrick Gibbs | pgibbs@cooley.com |
| Timothy Baxter | c/o Cooley LLP | Attn: Sarah M. Lightdale & Brian M. French | slightdale@cooley.com bfrench@cooley.com |
| Timothy Baxter | c/o Young Conaway Stargatt & Taylor LLP | Attn: Sean M. Beach, Kevin A. Guerke, Renae P. Pagano & Katherine Majewski | sbeach@ycst.com kguerke@ycst.com rpagano@ycst.com kmajewski@ycst.com |
| Tote Fashion Sourcing Limited | Attn: Keven Lin | | keven@totefashion.com.tw |
| Tracy L. Klestadt, Plan Administrator | c/o Klestadt Winters Jureller Southard & Stevens LLP | Attn: Brendan M. Scott | bscott@klestadt.com |
| Tracy L. Klestadt, Plan Administrator | c/o Kramer Levin Naftalis & Frankel LLP | Attn: Adam C. Rogoff, Robert T. Schmidt, & Nathaniel Allard | arogoff@kramerlevin.com rschmidt@kramerlevin.com |
| Tracy L. Klestadt, Plan Administrator | c/o Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A. Starks | jenny.mccoy@traviscountytx.gov jason.starks@traviscountytx.gov |
| U.S. Customs and Border Protection | c/o Revenue Division, Bankruptcy Team | Attn: Mail Stop 203-Ja, John Peak | bankruptcyteam@cbp.dhs.gov |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Wells Fargo Bank, National Association | Attn: Emily Abrahamson | | emily.j.abrahamson@wellsfargo.com |
| Wells Fargo Bank, National Association | c/o Goldberg Kohn Ltd. | Attn: Randall Klein, Dimitri G. Karcazes, Keith G. Radner, Eva D. Gadzheva | randall.klein@goldbergkohn.com dimitri.karcazes@goldbergkohn.com keith.radner@goldbergkohn.com eva.gadzheva@goldbergkohn.com |
| WHP Global | c/o Morris, Nicholas, Arsht & Tunnell LLP | Attn: Derek C. Abbott | dabbott@morrisnichols.com |
| WHP Global | c/o Wachtell, Lipton, Rosen & Katz | Attn: Joshua A. Feltman, Benjamin S. Arfa | jafeltman@wlrk.com bsarfa@wlrk.com |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini | rgold@fbtlaw.com eseverini@fbtlaw.com |