**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1733, 1767, 1769** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED SUPPLEMENTAL ORDER SUSTAINING TWELFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1, AS TO CLAIM 1692 OF BREVARD COUNTY TAX COLLECTOR ONLY**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On August 14, 2026, the *Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1733] (the "**Objection**") was filed with the Court, attached to which as Exhibit A is a proposed order sustaining the Objection.

2. Pursuant to the notice accompanying the Objection [D.I. 1733], responses to the Objection were required to have been filed with the Court and served on the undersigned so as to be received on or before September 4, 2026 at 4:00 p.m. (ET), which deadline was extended for

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

several parties, as described in the Certification (defined below) (collectively, the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Plan Administrator received informal responses to the Objection from, *inter alia*, the Brevard County Tax Collector ("**Brevard County**"), as well as several other parties.

4. In addition, prior to the Objection Deadline, formal responses to the Objection were filed by the Travis County Tax Assessor-Collector [D.I. 1759], the Arlington County Treasurer [D.I. 1761], and the Miami-Dade County Tax Collector [D.I. 1762].

5. A detailed overview of the status and/or resolution of the responses received in connection with the Objection is set forth in the certification of counsel submitted in connection with the Objection, which was filed on September 10, 2026 [D.I. 1767] (the "**Certification**").

6. On September 11, 2026, the Court entered an order sustaining the Objection as to all claims included therein except for certain claims that were excluded for the reasons set forth in the Certification [D.I. 1769]. In particular, as reflected in the Certification, the Debtors and Brevard County agreed to continue such matter while the parties discussed a resolution of the claim.

7. Following discussions, the Plan Administrator and Brevard County have now resolved Brevard County's informal response to the Objection, as reflected in the proposed supplemental order attached hereto as **Exhibit 1** (the "**Proposed Supplemental Order**").

8. The Plan Administrator has confirmed that the Proposed Supplemental Order is acceptable to counsel to Brevard County.

9. The undersigned counsel is available to respond to any questions that Court may have regarding the Proposed Supplemental Order. Otherwise, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: September 17, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*

Monique B. DiSabatino (DE Bar No. 6027)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email: monique.disabatino@saul.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com
creilly@klestadt.com

*Counsel for the Plan Administrator*