**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., *et al.* | Case No. 24-10831 (KBO) |
| Debtor. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Colleen Flansaas of Province, LLC, financial advisor to the Plan Administrator in the above case, hereby depose and say that I directed service of the following documents (i) via first class mail to the parties set forth on Exhibit A attached hereto on September 9, 2026, September 10, 2026 and September 11, 2026; and (ii) via electronic mail on September 8, 2026 to the parties set forth on Exhibit B attached hereto:

- Letter with 2nd Reminder to Submit Tax Information (W-9 or W-8 Forms) Prior to Deadline
- Forms W-8 and W-9 with Instructions

**PROVINCE, LLC**

By *Colleen Flansaas*
Colleen Flansaas, Trust Manager
2360 Corporate Circle
Suite 340
Henderson, NV 8907
(310) 974-6355

Dated: September 19, 2026

State of Nevada )
) SS.
County of Clark )

Subscribed and sworn before me this 19 day of September 2026 by Colleen Flansaas.

*Chris Manolidis*
(Notary's official signature)

Notary Public - State of Nevada
COUNTY OF CLARK
CHRIS MANOLIDIS
My Appointment Expires
April 1, 2028
No. 22-5076-01

# Exhibit A

Served Via Postal Service

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 2.7 August Apparel [Endless Rose and English Factory] | Attn: Terry Jin Rho | 3775 Broadway Pl | | | Los Angeles | CA | 90007 | |
| 23rd Group LLC | Attn: Mike Morelli | 4944 Parkway Plaza Blvd | Ste 400 | | Charlotte | NC | 28217 | |
| 5060 Montclair Plaza Lane Owner, LLC | c/o Kutak Rock LLP | Attn: Lisa M. Peters | 1650 Farnam Street | | Omaha | NE | 68102 | |
| 9stitches | Attn: Brittany Lawson | 1301 Studer Ave | | | Columbus | OH | 43206 | |
| AB Tasty Inc. | c/o Pramex International | Attn: Shamreen Meerun | 1251 Avenue of the Americas | | New York | NY | 10020 | |
| ACS Building Services Inc [ACS Electronic Systems] | Attn: Christopher Kramer | 5251 W 116th Place | | | Leawood | KS | 66211 | |
| Adzerk Inc dba Kevel | Attn: Zach Currie | 505 South Duke Street #500 | | | Durham | NC | 27701 | |
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | c/o Legal Department | Attn: Adam Crickman | 4988 Great America Parkway | Suite 100 | Santa Clara | CA | 95054 | |
| Al-Husseini,Dana | | 9147 Carneros Creek Rd | | | Charlotte | NC | 28214 | |
| Alina Nastase | c/o The Law Offices of Arash Khorsandi | Attn: Arash Khorsandi | 2960 Wilshire Boulevard | Third Floor | Los Angeles | CA | 90010 | |
| Allen & Gledhill LLP | | One Marina Boulevard | #28-00 | | | | 018989 | Singapore |
| Alliance Mechanical Services Inc | | 100 Frontier Way | | | Bensenville | IL | 60106 | |
| American Repair Maintenance [ARM] | Attn: Sarah Ordish | 14520 Cleveland St | | | Spring Lake | MI | 49456-9151 | |
| Andrew Kaszubski | | 5283 Morning Dr | | | Hilliard | OH | 43026 | |
| Andrew Santin | | 1917 Coltman Rd | | | Cleveland | CA | 44106 | |
| Angela Culver | | 4528 Trailane Dr. | | | Hilliard | OH | 43026 | |
| Applied Predictive Technologies, Inc. | c/o Mastercard International Incorporated | Attn: General Counsel | 2000 Purchase Street | | Purchase | | | |
| Arnold Willis & Co LTD | | 10 Station Road | | | Uppingham | Middx. | LE15 9TZ | United Kingdom |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | Plot No 4 & 8, Sector 25, Korangi Industrial Area, | | | Karachi | Sindh | 74900 | Pakistan |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | Plot No 4 & 8, Sector 25, Korangi Industrial Area, | | | Karachi | Sindh | 74900 | Pakistan |
| Atlantic City Associates, LLC | c/o Tanger Management, LLC | Attn: Jennifer Himes | 3200 Northline Avenue | Suite 360 | Greensboro | NC | 27408 | |
| Aurus, Inc. | Attn: Punam Mutha | 1 Edgewater Drive | Suite 200 | | Norwood | MA | 02062 | |
| Bamboo Rose LLC | Attn: Dustin Tacker | 17 Rogers Street | | | Gloucester | MA | 01930 | |
| Bambuser AB | c/o ABC-Amega, Inc. | 500 Seneca St | Ste 503 | | Buffalo | NY | 14204 | |
| Banks,Nicole | | 8984 Rotherham Avenue | | | San Diego | CA | 92129 | |
| Barnes, Deborah | c/o Ashton & Price, LLP | Attn: Sergey Dzhedzhera | 8243 Greenback Lane | | Fair Oaks | CA | 95628 | |
| Beacon Hill Staffing Group, LLC | Attn: Michael Chiappardi | 20 Ashburton Place | | | Boston | MA | 02108 | |
| Belfor USA Group, Inc [Belfor Property Restoration] | | 9121 Centerlinks Commerce Dr | Unit 8 | | Fort Myers | FL | 33912 | |
| Biella Manifatture- Marlane Div | Attn: Paolo Altissimo | Largo Santa Margherita, 1 | | | Valdagno (VICENZA) | VI | 36078 | ITALY |
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | Attn: Kemal Sahin | Ayazaga Mah | Mimar Sinan Sk No:21 | B/34 Sariyer | Istanbul | | 34396 | Turkey |
| Bolotov & Partners LLP | c/o Almaty Residence Business Center | Attn: Damirzhan Amireyev | 60 Auezov Street 4th Floor | | Almaty | | 050008 | Kazakhstan |
| Boss Facility Services, Inc. | | 60 Adams Ave | Ste 109 | | Hauppauge | NY | 11788 | |
| Boston Barricade Company [Boston Retail Solutions] | | 1151 19th Street | | | Vero Beach | FL | 32960 | |
| BrandCycle Inc | c/o Stack Commerce | Attn: Mary Richman | 73 Market Street | | Venice | CA | 90291 | |
| BRE/Pearlridge LLC [Washington Prime Group Inc., WPG Legacy, LLC] | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold | 301 East Fourth Street | Suite 3300 | Cincinnati | OH | 45202 | |
| BRIGHTIME INTERNATIONAL LIMITED | Attn: David Wei | Shunxing Building, No. 2, No.15 Lane | Third floor | Houjie Town, Shuiwei District, Houjie community, | Dongguan | Guangdong | 523000 | China |
| Bryan Bantry Inc | Attn: Katia Goldin | 119 West 57th St | Ste 400 | | New York | NY | 10019 | |
| Buckland Hills LLC [Buckland Hills Mall] | c/o Perkins Coie LLP; | Attn: Brian Audette, Esq. | 110 N. Wacker Dr | Ste 3400 | Chicago | IL | 60606 | |
| BullsEye Telecom Inc | Attn: Alex Valencia | 25925 Telegraph Rd | Ste 210 | | Southfield | MI | 48033 | |
| Bureau of Fire Prevention | Township of Rockaway | Attn: Fire Prevention | 65 Mt Hope Ave | | Rockaway | NJ | 07866 | |
| Camper Atlantic Corp | Attn: Magí Campins & Jaime Estela Somoza | 221 Bowery Street | | | New York | NY | 10002 | |
| Capillary Brierley, Inc (formerly known as Brierley & Partners, Inc.) | Attn: Elisabeth Keller & Sridhar Bollam | 5830 Granite Pkwy | | | Plano | TX | 75024 | |
| Capitol Records, LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| Capstone Law APC | | 1875 Century Park East | Suite 1000 | | Los Angeles | CA | 90067 | |
| Capstone Law APC | | 1875 Century Park East | Suite 1000 | | Los Angeles | CA | 90067 | |
| Cardinal Commerce Corporation | Attn: Ian Mayher | 8100 Tyler Blvd | #100 | | Mentor | OH | 44060 | |
| CARLOS PAEZ | c/o The Morris Law Group | Attn: GEOFF MORRIS | 2900 Bristol Street | #G-108 | Costa Mesa | CA | 92626 | |
| CDW Direct LLC [Sirius Computer Solutions] | Attn: Ronelle Erickson | 200 N Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| Century Overseas | Attn: Rajneesh Gandhi | 37, DLF Industrial Area | | | Kirti Nagar | NCT Delhi | 110015 | India |
| Charter Ventures Ltd | Attn: Irene Chan | 6A/F Chiap Luen Industrial Bldg | 30-32 Kung Yip Street | | Kwai Chung | N.T. | | Hong Kong |
| Checksammy Inc | Attn: Heather Auer | 7801 Alma Dr | Ste 105-281 | | Plano | TX | 75025 | |

## Exhibit A

Served Via Postal Service

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| China Pacific Property Insurance Co [as Assignee of Lever Style LTD.] | Attn: Adam L Rosen PLLC | 834B Fort Salonga Road | Box 1021 | | Northport | NY | 11768 | |
| Choi & Shin's Co., Ltd. | Attn: David Nealy & Sung Jin Hwang | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 | |
| Christie Carr | c/o Capstone Law, APC | 1875 Century Park E | Ste 1000 | | Los Angeles | CA | 90067 | |
| Commonwealth Joe LLC | Accounting | 5204 Sunnyside Ave | | | Beltsville | MD | 20705 | |
| Compliance Resources Group, Inc. | Attn: Liza Ruiz | PO Box 13669 | | | San Juan | PR | 00908 | |
| Copper Hill, Inc. | Attn: Jenae Ciecko | 33057 Schoolcraft Rd. | | | Livonia | MI | 48150 | |
| CORE Electric Cooperative | Attn: Pam Feuerstein | 5496 North U.S. Highway 85 | | | Sedalia | CO | 80135 | |
| Corey Cale | | 1926 Aschiner Blvd | | | Columbus | OH | 43212 | |
| COROC/Riviera, L.L.C. | c/o Tanger Management LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue, Suite 360 | | Greensboro | NC | 27408 | |
| CoServ Gas | Attn: Claudia Girtz | 7701 S Stemmons | | | Corinth | TX | 76210 | |
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | Attn: Tracy Swan | 4100 MacArthur Blvd. | Suite 100 | | Newport Beach | CA | 92660 | |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | Attn: Tracy Swan | 4100 MacArthur Blvd. | Suite 100 | | Newport Beach | CA | 92660 | |
| Creative Circle, LLC | | PO Box 74008799 | | | Chicago | IL | 60674-8799 | |
| CSC Corporate Domains, Inc. | Attn: Joanne Smith | 251 Little Falls Drive | | | Wilmington | DE | 19808 | |
| Dana Al-Husseini v. Express, LLC | | 9147 Carneros Creek Road | | | Charlotte | NC | 28214 | |
| Dawar Footwear Industries | Sambhav Dawar | Near Bapu Asaram Ashram | 12.5 k.m. Agra-Delhi Road | Sikandra | Agra | Uttar Pradesh | 282007 | India |
| Deborah Yohrling | c/o Hach & Rose, LLP | Attn: John Blyth, Elizabeth Amato | 112 Madison Avenue | 10th Floor | New York | NY | 10016 | |
| DELL/EMC Corporation | c/o Streusand, Landon, Ozburn & Lemmon, LLP | 1801 S MoPac Expressway | Ste 320 | | Austin | TX | 78746 | |
| Delmarva Power & Light Company | c/o Bankruptcy Division | 5 Collins Dr | Ste 2133 Mail Stop 84CP42 | | Carneys Point | NJ | 08069 | |
| Deloitte Tax LLP | | | | | | | | |
| Dentons Munoz Costa Rica LTDA | Attn: Fabian Andres Calvo | Centro Empresarial Forum I | Building B | 2nd floor | Santa Ana | San Jose | | Costa Rica |
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | 14th Milestone | Delhi-Mathura Road | | Faridabad | Haryana | 121003 | India |
| Duke Energy Carolinas | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey, Esq. | PO Box 11889 | | Columbia | SC | 29211 | |
| East Brunswick Fire District 1, Bureau of Fire Safety | Attn: Jaysen Whalen | 680 Old Bridge Turnpike | | | East Brunswick | NJ | 08816 | |
| ELEVATE Hong Kong Holdings Limited | Attn: Pablo Lambea | 2500 CityWest Blvd | Suite 150-101 | | Houston | TX | 77008 | |
| Elmwood Retail Properties, L.L.C. | c/o Lauricella Land Company, L.L.C. | Attn: Louis Lauricella, Kurt Hamlen | 1200 South Clearview Parkway | Suite 1166 | New Orleans | LA | 70123 | |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 155 N Riverview Dr | | Anaheim | CA | 92808-1225 | |
| Eloy Romero vs. Express Fashion Operations, LLC; Tim Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | 5753 East Santa Ana Canyon Road | Suite 210 | Anaheim Hills | CA | 92807 | |
| Emma Albuquerque | | 319 Chatham Road | | | Columbus | OH | 43214 | |
| Enginepoint Marketing Ltd | Attn: Mark Scholl | 752 N State St #253 | | | Westerville | OH | 43082 | |
| Entrust Corporation | | 1187 Park Place | | | Shakopee | MN | 55379 | |
| E-Teen Company Limited | Attn: Kevin Luk | Room 202, 2/F, Sun Cheong Industrial Bldg | No. 2-4 Cheung Yee Street | | Lai Chi Kok | Kowloon | | Hong Kong |
| ExlService Holdings, Inc [EXLService (Ireland) Limited] | Attn: Maurizio Nicolelli | 2 Dublin Landings | North Wall Quay | | Dublin | | D01 V4A3 | Ireland |
| Faces Pictures Ltd. | Attn: Susan Kim | 30-06 29th St | Apt 3D | | Astoria | NY | 11102 | |
| Fallen Timbers Ohio LLC [Fallen Timbers Nassim LLC] | c/o Namco Realty, LLC | Attn: Daniel Giannini | 150 Great Neck Rd | Ste 304 | Great Neck | NY | 11021-3309 | |
| Fashion Outlets at Foxwoods, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue, Suite 360 | | Greensboro | NC | 27408 | |
| Fire Equipment Inc. | Attn: Brett Hubbard | 20 Hall Street | | | Medford | MA | 02155 | |
| Fish Window Cleaning [Tectonic Consulting Group, LTD] | | 6 Haycock Avenue | Ste D | | Riverdale | NJ | 07457 | |
| Five9, Inc. | Attn: Cheryl Mapes | 3001 Bishop Drive | Suite 350 | | San Ramon | CA | 94583 | |
| Floreal International Limited | Attn: Charles Perrier | Royal Road | Forest Side | | Curepipe | | 74439 | Mauritius |
| Francois Leroy Latelier Inc | Attn: Malena Holcomb | 51 bond street | Suite 5 | | New York | NY | 10012 | |
| Gainesville Regional Utilities | Attn: Joshua E. Brown | 301 S.E 4th Ave | | | Gainesville | FL | 32601 | |
| GardaWorld Security Services [Whelans Security Mid-Atlantic, Whelan Security of California, Industrial Security Service] | Attn: George Ulses | 1699 S Hanley Road | Suite 350 | | St. Louis | MO | 63144 | |
| Genesee Mall Realty LLC | c/o Namco Realty LLC | Attn: Daniel Giannini, Anthony Matinale | 150 Great Neck Rd | Ste 304 | Great Neck | NY | 11021 | |
| Gerber Technology LLC [Lectra] | Attn: Kathy Palmer | 34 Industrial Park Road West | | | Tolland | CT | 06084 | |
| GG International Manufacturing Co., Ltd. | Attn: David Nealy & Sung Jin Hwang | 707 Wilshire Blvd | Suite 4600 | | Los Angeles | CA | 90017 | |

# Exhibit A

Served Via Postal Service

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Goody Technologies Inc | Attn: Monique Martinez | 9450 SW Gemini Dr | PMB 88760 | | Beaverton | OR | 97008-7105 | |
| Great Bowery Inc. [dba Streeters] | Attn: Danielle Willsen | 433 Broadway | Ste 420 | | New York | NY | 10013 | |
| Greer Stacey [Carr v Express Fashion Operations] | Attn: Howard Greer | 7433 Cuvier Street | | | La Jolla | CA | 92037 | |
| Ha Hae Corporation | Attn: Tae-Yon Kim | 173, Digital-ro | Geumcheon-gu | | Seoul | | 08511 | Republic of Korea |
| Halli Bostic | | 5307 Cross River Falls Blvd | | | Dublin | OH | 43016 | |
| HAMILTON MALL REALTY LLC [HAMILTON MALL CH LLC, HAMILTON NASSIM LLC] | C/O NAMDAR REALTY LLC | ATTN: DANIEL GIANNINI | 150 GREAT NECK RD | STE 304 | GREAT NECK | NY | 11021-3309 | |
| Happy Little Treats | Attn: Erin Marie Hall | 1203 N High Street | | | Columbus | OH | 43201 | |
| Heide & Cook LLC | Attn: Ann S. Takamori | 1714 Kanakanui Street | | | Honolulu | HI | 96819 | |
| Hope Star Overseas Limited | | 5/F, Kam Sang Building | 257 Des Voeux Road Central | | Hong Kong | | | China |
| Impact Retail Packaging | Attn: Russell Walker | 1001 Commerce Drive | #100 | | Richardson | TX | 75081 | |
| Indiana Michigan Power Company d/b/a Indiana Michigan Power | Attn: Jason Reid | 1 Riverside Plaza | 13th Floor | | Columbus | OH | 43215 | |
| Indyme Solutions LLC | Accounting | 8295 Aero Place | Ste 260 | | San Diego | CA | 92123 | |
| INT SOCIEDAD ANONIMA | c/o Jacobs PC | Attn: Wayne Greenwald | Calzada Roosevelt 22-43 Zona 11 | Edificio Tikal Futura Torre Luna Nivel 17 | Guatemala | NY | 10022 | Guatemala |
| Intellectual Property Online Ltd [WebTMS] | Attn: Accounts Department | 17 Blagrave Street | Blagrave House | | Reading | Berkshire | RG1 1QB | England |
| International Business Machines Corporation | | 1 NORTH CASTLE DRIVE | | | ARMONK | NY | 10504 | |
| iPromo [Friedmans' Premier System, Inc.] | Attn: Robin Feeney | 25 N High Street | | | Canal Winchester | OH | 43110 | |
| Jackson APC | | 2 Venture Plaza | Ste 400 | | Irvine | CA | 92618 | |
| Johnson Controls Fire Protection LP [Simplex Grinnell] | Attn: Sumit Tomar | 5757 N. Green Bay Avenue | | | Glendale | WI | 53209 | |
| K/BTF Broadway LLC | Attn: Michael Goldstein | 34 S Dean St | Ste 200 | | Englewood | NJ | 07631-3515 | |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | 34 Grace Drive | | | Powell | OH | 43065 | |
| Kaiser,Shelley | | 4119 Front Street | Unit 6 | | San Diego | CA | 92103 | |
| Kanawha Scales and Systems, LLC | Attn: Heidi Keeton | PO Box 569 | | | Poca | WV | 25159 | |
| Kathryn Suellentrop [Kathryn Suellentrop Photography] | | 154A 18th Street, Apt 3 | | | Brooklyn | NY | 11215 | |
| Kelly Lane | | 186 East Moler St | | | Columbus | OH | 43207 | |
| Kentucky Utilities Company | Attn: Katherine Bullock | 820 W. Broadway | | | Louisville | KY | 40202 | |
| Keter Environmental Services | Attn: Ryan Shannon | 7665 Omnitech Pl | | | Victor | NY | 14564 | |
| Laguna Clothing Private Limited | Attn: Ramesh Visweswaran | No 50, 1st Main, 9th Cross | JP Nagar, 3rd Phase | | Bangalore | Karnataka | 560078 | India |
| LANIFICIO FRATELLI TALLIA DI DELFINO | Attn: Paolo Altissimo | Largo Santa Margherita 1 | Regione Valtrucco 9 | | Valdagno | | 36078 | Italy |
| LANIFICIO SUBALPINO SRL | ATTN: ANDREA ROSA | VIA ROMA N1 | | | QUAREGNA | CERRETO (BI) | 13854 | Italy |
| LANIFICIO ZIGNONE SPA | | FRAZ. BOERO MONTI 3 | | | STRONA | ITALY | 13823 | Italy |
| LANIFICO NOVA FIDES SPA | | Via Bisenzio | 88 | | Montemurlo | PO | 59013 | Italy |
| Lavi & Ebrahimian, LLP | | 8889 West Olympic Boulevard | #200 | | Beverly Hills | CA | 90211 | |
| Law Offices of Sahag Majarian II | | 18250 Ventura Blvd | | | Tarzana | CA | 91356 | |
| Leap Services, Inc. | Alexandria Lundberg | One American Square | Suite 2900 | | Indianapolis | IN | 46282 | |
| Legg,Jessica [Jessica Singh] | | 3920 Tennyson St | | | San Diego | CA | 92107-2635 | |
| Lehman Daman Construction Services Inc | Attn: Michael Funk | 975 Eastwind Drive | Ste 130 | | Westerville | OH | 43081 | |
| Letticia Diaz | Attn: Dan Perez | 860 North Orange Ave | Ste #135 | | Orlando | FL | 32801 | |
| Liberman Law Group [Elena Yugay] | Attn: Kane Liberman | 6320 Commodore Sloat Drive | First Floor | | Los Angeles | CA | 90048 | |
| Liberty Place Retail Associations, L.P. | c/o Faegre Drinker Biddle & Reath LLP | Attn: D Alicia Hickok, David A Ebby | One Logan Square, Suite 200 | | Philadelphia | PA | 19103 | |
| LiftLab Analytics Inc. | Attn: Mike DeVries, Kristie Piatt | 1111 Broadway, 5th Floor | | | Oakland | CA | 94607 | |
| Lindy Deal | | 7525 Wolli Creek Drive | | | Blacklick | OH | 43004 | |
| Linea Pelle, Inc. | Attn: Dakota Pearce | 1420 5th Ave | #3100 | | Seattle | WA | 98101 | |
| Locknet LLC | c/o Dinsmore & Shohl LLP | Attn: Tyler Powell | 100 West Main St | Ste 900 | Lexington | KY | 40507 | |
| Louisville Gas and Electric Company | Attn: Katherine Bullock | 820 W Broadway | | | Louisville | KY | 40202 | |
| M & J - Big Waterfront Town Center I, LLC | c/o Neal, Gerber & Eisenberg LLP | Attn: Robert Radasevich | Two N. LaSalle Street, Suite 1700 | | Chicago | IL | 60602 | |
| MaestroQA, Inc. | | 33 West 17th Street | Suite 402 | | New York | NY | 10011 | |
| Magic Links, Inc | Attn: Brian Nickerson | PMB 2047 | 2801 Ocean Park Blvd | | Santa Monica | CA | 90405-2905 | |
| Mall 1 - Bay Plaza, LLC | c/o Ruskin Moscou Faltischek, PC | Attn: M Amato | 1425 RXR Plaza | | Uniondale | NY | 11556 | |
| Maryland Plaza South LLC | Attn: Robert Koplar and Kerry Mohr | 50 Maryland Plaza | Suite 300 | | Saint Louis | MO | 63108 | |
| Mats Inc DBA Matter Surfaces | Attn: Dawn N Dutra | 179 Campanelli Pkwy | | | Stoughton | MA | 02072 | |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | 216 Tran Thanh Ngo Street | Kien An District | | Hai Phong | | 180000 | Viet Nam |
| Meenakshi India Limited | Attn: Amit Bihani | 29/16 Whites Road | Royapettah | | Chennai | Tamil Nadu | 600 014 | India |

## Exhibit A

Served Via Postal Service

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Mershops Galleria at Sunset LLC | Attn: Sean C. Kulka | 171 17th Street | | | Atlanta | GA | 30363 | |
| Michael Marquez | | 332 East 4th St | Apt 23 | | New York | NY | 10009 | |
| Michelle Coccia France | DBA Coccia-France Consulting LLC | 215 Saffron Dr | | | Sunbury | OH | 43074 | |
| Michelle Coccia France | DBA Coccia-France Consulting LLC | 215 Saffron Dr | | | Sunbury | OH | 43074 | |
| Mitchell Ramazon | Attn: Bridget McEneaney | 144 East 22nd Street 4F | | | New York | NY | 10010 | |
| Mitchell, Michael Wayne | | 4200 Community Dr #1806 | | | West Palm Beach | FL | 33409 | |
| Monument Consulting, LLC | Attn: Kaplan Legal Services, LLC | Attn: Bryan Kaplan | P.O. Box 11569 | Suite 530 | Atlanta | GA | 30355 | |
| Municipality of Carolina | | PO Box 8 | | | Carolina | | 00984 | Puerto Rico |
| Namogoo Technologies Inc. | Attn: Dana Livvneh Zemer | 8 Hasadnaot Street | | | Herzlia | | | Israel |
| NE Gateway Mall Propco, LLC [Washington Prime Group Inc.; WPG Legacy, LLC] | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Joy Kleisinger | 301 East Fourth Street | Suite 3300 | Cincinnati | OH | 45202 | |
| Nedap, Inc. | c/o Sheehan Phinney Bass & Green, P.A. | Attn: Christopher M. Candon | 1000 Elm Street, 17th Floor | | Manchester | NH | 03101 | |
| New Relic, Inc. | c/o Legal | Attn: Crystal Le | 188 Spear St | Suite 1000 | San Francisco | CA | 94105 | |
| New Relic, Inc. | c/o Legal | Attn: Crystal Le | 188 Spear St | Suite 1000 | San Francisco | CA | 94105 | |
| Nipsco | Attn: Revenue Recovery | 801 E. 86th Ave | | | Merrillville | IN | 46410 | |
| Noah Christian Manacmul | | 1945 Woodland Avenue | | | Santa Clara | CA | 95050 | |
| O.C. Sweaters LLP | Attn: Praveen Narayan Nambiar | Plot No. 80P | Hero Honda Chowk | Sector - 34 | Gurgaon | Haryana | 122001 | India |
| OGE [Oklahoma Gas and Electric] | Attn: Bankruptcy Clerk | PO Box 321 M223 | | | Oklahoma City | OK | 73101 | |
| Ohio Power Company d/b/a AEP Ohio | Attn: Jason Reid | 1 Riverside Plaza | 13th Floor | | Columbus | OH | 43215 | |
| Olimpias Group S.r.l. | Mrs. Lucia Tonon | Via delle Tezze 1 | | | Ponzano Veneto (TV) | | 31050 | Italy |
| Onera Inc. | Attn: Nadia D Antonellis | 75 Federal St | Suite 920 | | Boston | MA | 2110 | |
| ORIENT CRAFT FASHION INDUSTRIES LIMITED | Attn: PRAVEEN NARAYAN NAMBIAR | UNIT-J2, INDUSTRIAL PLOT 1, | HOTWAR INDUSTRIAL AREA, HOTWAR | KHELGAON | RANCHI | JHARKHAND | 835217 | INDIA |
| Palm Beach Mall Holdings, LLC | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Pantone Credit | Attn: Karolina Karolak | 4300 44th St SE | | | Grand Rapids | MI | 49512-4009 | |
| Partner Hero, Inc. | | 250 S 5th Street | Suite 400 | | Boise | ID | 83702 | |
| PeagreenCompany Lmtd | | Peagreen, Hampshire House | 10 Saint Clement St | | Winchester | Hampshire | SO23 9HH | United Kingdom |
| Perkins Coie LLP | Attn: Sara Chenetz | 1888 Century Park East | Suite 1700 | | Los Angeles | CA | 90067 | |
| Phong Phu International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu St | Tang Nhon Phu B Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Vietnam |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | Valuka 34 2240 BD | | | Valuka | Mymenshing h | 2240 | Bangladesh |
| Planet Technology, LLC | | 24651 Center Ridge Rd, Suite 475 | | | Westlake | OH | 44145 | |
| POLAR GOOSE CLOTHING CO LTD | Attn: Zhengfa Shen | Zhenxi 88 | | | Huzhou | Zhejiang | 313012 | China |
| Polygram Publishing, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | 350 Sansome St Suite 800 | | San Francisco | CA | 94104 | |
| Pool Filati S.R.L. | Attn: Valerio Plotegher | Via Croce Rossa, 11-13 | | | Prato | | 59100 | Italy |
| PPF AMLI 421 West 3rd Street, L.P. | c/o Holland & Knight LLP | Attn: Barbra Parlin, Esq. | 787 Seventh Avenue | | New York | NY | 10019 | |
| Promenade Shops - 10220472 LLC | c/o Perkins Coie LLP | Attn: Brian Audette | 110 N. Wacker Dr | Ste 3400 | Chicago | IL | 60606 | |
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | AXA Tower 43rd Floor | Jl. Prof Dr. Satrio | KAV. 18 Karet Kuningan Setiabudi | Jakarta Selatan | Jakarta | 12940 | Indonesia |
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | AXA Tower 43rd Floor | Jl. Prof Dr. Satrio | KAV. 18 Karet Kuningan Setiabudi | Jakarta Selatan | Jakarta | 12940 | Indonesia |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | 235, Jl. P Diponegoro, Genuk, Ungaran Barat, | | | Kab. Semarang | Jawa Tengah | 50512 | Indonesia |
| Quantum Metric, Inc. | Attn: Vandy Johnson & Glenn Trattner | 10807 New Allegiance Drive | Ste. 155 | | Colorado Springs | CO | 80921 | |
| Questar Gas Company DBA Dominion Energy UT | Attn: Bankruptcy DNR 132 | PO Box 3194 | | | Salt Lake City | UT | 84110 | |
| Random Sound Inc | Attn: Jesse Lon Fliatz | 1462 Bushwick Ave | Apt 2R | | Brooklyn | NY | 11207 | |
| Rene Ortado v. Express LLC d/b/a Express Inc | c/o Steinger, Greene and Feiner | Attn: David Mitchel | 507 NW Lake Whitney PL | | Port St. Lucie | FL | 34986 | |
| Retail Mechanical Services Inc | | 5 Orville Dr | Ste 100 | | Bohemia | NY | 11716-2535 | |
| Revtrax | Attn: John Cafiero | 545 Washington Blvd | 8th Floor | | Jersey City | NJ | 07310-1606 | |
| Ricoh-USA, Inc. | | 3920 Arkwright Rd | Ste 400 | | Macon | GA | 31210 | |
| Rose Knitting (Asia) Limited | Attn: Mr. Steve Li | 15/F, Enterprise Square Three | 39 Wang Chiu Road | | Kowloon Bay | Kowloon | | Hong Kong |
| Saba Software, Inc. | Attn: John Tryon Burke | 1601 Cloverfield Blvd | Ste 600 S | | Santa Monica | CA | 90404 | |
| San Diego Gas & Electric | BANKRUPTCY CPEC/CP11W1 | PO Box 129831 | | | San Diego | CA | 92112-9831 | |
| Seshin Apparel Co., Ltd. | | 8 & 9F, 326, Wangsimni-ro, | Seongdong-gu | | Seoul | | 04709 | Korea |
| Shadow Public Relations, Inc | Attn: Erica Larsen | 414 West 14th St | 3rd Fl | | New York | NY | 10014 | |
| Single Source Apparel [Greenwood Mills, Inc.] | Attn: Jason Kelly | 1800 Calhoun Road | | | Greenwood | SC | 29649 | |
| Sixta Checo | c/o Latronica Law Firm, PC | Attn: Robert Latronica, Jr. | 64 Division Avenue | Suite 107 | Levittown | NY | 11756-2995 | |

# Exhibit A

Served Via Postal Service

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SNA Displays | c/o Accounts Receivable Department | Attn: Katie McDermott | 1500 Broadway | Suite 2000 | New York | NY | 10036 | |
| South Asia Enterprises Limited | Attn: Vincent Chang, Jay Lung | 3/F, South Asia Group Building | 108 How Ming Street, Kwun Tong | | Kowloon | | 0000 | Hong Kong |
| South Asia Knitting Factory Ltd. | Attn: Sharon Cheung, Sunny Yeung, Agnes Fong, Leo Yeung | 17/F, South Asia Building | 108 How Ming Street | Kwun Tong | Kowloon | | | Hong Kong |
| Southshore Mall Realty LLC, Southshore CH LLC. | c/o Namco Realty, LLC | Attn: Daniel Giannini | 150 Great Neck Rd | Suite 304 | Great Neck | NY | 11021-3309 | |
| Southwestern Electric Power Company d/b/a AEP SWEPCO | Attn: Jason Reid | 1 Riverside Plaza | 13th Floor | | Columbus | OH | 43215 | |
| Standard Black | Attn: Michael Sharp | 2101 East El Segundo Blvd | Suite 400 | | El Segundo | CA | 90245-4518 | |
| Staples, Inc. | Attn: Tom Riggleman | PO Box 102419 | | | Columbia | SC | 29224 | |
| Sterling | Attn: Christian Cuthbert | 6150 Oak Tree Blvd | Suite 490 | | Independence | OH | 44131 | |
| Stone,Matt | | 5445 Preston Oaks Rd | Apt 1033 | | Dallas | TX | 75254 | |
| Style Girlfriend | Attn: Megan Collins | 65 E 11 St | 2F | | New York | NY | 10003 | |
| Sung Hwa Trading Co.,Ltd | Attn: Sungjoon Jang | 9F Samho-mulsan Bldg | B dong Nonhyeon-ro | 87 Seocho gu | Seoul | | | Korea |
| T.B.I. Refunds Unlimited Company [Taxback International] | | IDA Business Park | Ring Road | | Kilkenny | | | Ireland |
| Tacoma Public Utilities | | 3628 S 35th St | | | Tacoma | WA | 98409 | |
| Tal Global Alliances Limited | Attn: Regina Cheung | Tal Building 3rd Floor | 49 Austin Road | | Kowloon | | | Hong Kong |
| TALENT TEXTILES COMPANY LIMITED | Attn: Susanna Tang & Yuk Ha Tang | 701 7/F, WING MING INDUSTRIAL CENTRE | 15 CHEUNG YUE STREET | LAI CHI KOK | Kowloon | | | HONG KONG |
| Talent Textiles Company Limited | | 7/F, Wing Ming Industrial Centre | 15 Cheung Yue Street, Lai Chi Kok | Kowloon | | | | Hong Kong |
| Talent Textiles Company Limited | | 7/F, Wing Ming Industrial Centre | 15 Cheung Yue Street, Lai Chi Kok | Kowloon | | | | Hong Kong |
| Tanika Thomas | | 41 Clinton St | Apt 2 | | Taunton | MA | 02780 | |
| Tantika Tivorat [Tantika LLC] | | 30 WEST 15 ST, APT 5N | | | New York | NY | 10011 | |
| Tarik Fayad | | 215 E. 80th St. | Apt 9C | | New York | NY | 10075 | |
| Texport Overseas Pvt Ltd | Attn: Ritesh Soni | No. 86, D-1, Yeshwanthpur Industrial Suburb | 2nd Stage | Yeshwanthpur | Bangalore | Karnataka | 560022 | India |
| The Lions Talent Management LLC | Attn: Billing Department | 599 Broadway Suite 10B | | | New York | NY | 10012 | |
| The Metro Group, Inc. | Attn: Mikhail Ratner | 50-23 23rd Street | | | Long Island CIty | NY | 11101-4501 | |
| The Music Bed LLC | DBA MusicBed | Attn: Dana Nichols | 9555 Harmon Rd | | Fort Worth | TX | 76177 | |
| The Only Agency, Inc. | Attn: Kent Belden | 20 W 22nd St. | Ste 905 | | New York | NY | 10010 | |
| The Que Studio | | 9159 Pennington Way | | | Blacklick | Ohio | 43004 | |
| The Rebellion | Attn: Peter Dimitroff | 11012 Ventura Blvd | Ste G | | Studio City | CA | 91604 | |
| The Weeks Lerman Group, LLC | Attn: Monique Deabreu | 58-38 Page Place | | | Maspeth | NY | 11378 | |
| TIEN TIEN GARMENT JOINT STOCK COMPANY | Attn: Tran Van Dung | No 234, Section 6 | Ward 9 | My Tho City | Tien Giang Province | | | Viet Nam |
| TikTok Inc | c/o Finance Dept | Attn: Emely Andino | 5800 Bristol Pkwy | Ste 100 | Culver City | CA | 90230 | |
| TikTok Inc. | c/o Coface North America Insurance Company | Attn: Isabel Lopez | 600 College Road East | Suite 1110 | Princeton | NJ | 08540 | |
| Tim Baxter | | 8 Boxwood Ln | | | Rye | NY | 10580 | |
| TM Northlake Mall, L.P. [Northlake Mall] | c/o Perkins Coie LLP | Attn: Brian Audette, Esq. | 110 N. Wacker Drive | Ste. 3400 | Chicago | IL | 60606 | |
| TOPY TOP S.A | Attn: Gustavo Donato Lopez | Av. Santuario Nro 1323 Urb. Zarate Industrial | San Juan de Lurigancho | | LIMA | LIMA | 15001 | PERU |
| Tory Burch LLC | Attn: Amanda Sachs | 11 West 19th Street | 7th Floor | | New York | NY | 10011 | |
| Tri Thien Trading & Producing Company Limited | Attn: Hue, Vu Thi | 307 Nguyen Thi Lang street, Hamlet 01 | Phuoc Vinh An Commune | Cu Chi District | Ho Chi Minh City | | 700000 | Vietnam |
| Tricia Zelenak | | 2643 Loris Way | | | Grove City | OH | 43123 | |
| Truesource LLC | Attn: Jane M Romano | 2929 Expressway Drive North | Ste 300B | | Islandia | NY | 11749 | |
| TWMB Associates, LLC [Tanger Management, LLC] | Attn: Jennifer P. Himes | 3200 Northline Avenue | Suite 360 | | Greensboro | NC | 27408 | |
| Tyco Integrated Security LLC [Sensormatic Solutions, Sensormatic] | Attn: Zachary Jarrell | 433 West Van Buren, Suite 405S | | | Chicago | IL | 60607 | |
| Ursula Wiedmann Models Inc | Attn: Ursula Wiedmann | 1663 Bent River Dr SW | | | Liburn | GA | 30047 | |
| UserTesting Technologies, Inc. | Attn: Lajoy Knight | 1484 Pollard Road | #271 | | Los Gatos | CA | 95032 | |
| USPS | Attn: Sean Knepper | 475 L'Enfant Plaza SW | | | Washington | DC | 20260-8746 | |
| Valerio Plotegher | Via Croce Rossa 11/13 | | | | Prato | | 59100 | Italy |
| VaynerMedia, LLC | Attn: Marc Yudkin | 10 Hudson Yards | Floor 25 | | New York | NY | 10001 | |
| Velocity Apparelz for Readymade Garments E.S.C. | Attn: Theresia Jantina Van Schaik, Moustafa Abdelazim Mohamed | Public Free Zone | | | Ismailia | Ismailia | | Egypt |

# Exhibit A

Served Via Postal Service

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Verifone Inc | | Lockbox #774060 | PO Box 854060 | | Minneapolis | MN | 55485-4060 | |
| Veritiv Operating Company | Attn: Marianne Nichols | 6120 South Gilmore Rd | | | Fairfield | OH | 45014 | |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | Lot B3-B4, Giao Long Industrial Zone | An Phuoc Village | Chau Thanh District | Ben Tre Province | | 930000 | Viet Nam |
| Village of Birch Run | Attn: Courtney Damsen | 12060 Heath St | PO Box 371 | | Birch Run | MI | 48415 | |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu St | Tang Nhon Phu Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Vietnam |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | 48 Tang Nhon Phu | Tang Nhon Phu B Ward | Thu Duc City | Ho Chi Minh City | | 70000 | Viet Nam |
| Vitullo,Kelsey | | 8319 Marwithe Place | | | New Albany | OH | 43054 | |
| Viva Knitwear Factory Limited | Attn: Grace Poon, Philip Chu | 5/F Henley Industrial Centre | 9-15 Bute Street | Mongkok | Kowloon | | 999077 | Hong Kong |
| VPV Interactive Inc., d/b/a Verbal+Visual | c/o Davis+Gilbert LLP | 1675 Broadway | | | New York | NY | 10019 | |
| Wagy,Mylijah S | | 11820 Golden Blvd | Apt 808 | | Bellevue | NE | 68123-3134 | |
| Waste Management | | PO BOX 42930 | | | Phoenix | AZ | 85080 | |
| WestRock USC Inc | Attn: Stephanie Westbrooks | 3950 Shackleford Road | | | Duluth | GA | 30096 | |
| Wheatley,Nicholas | | 105 Fifth Avenue | 7A | | New York | NY | 10003-1015 | |
| Wilhelmina International Inc | Attn: Miriam Velasquez | 192 Lexington Avenue 15th Fl | | | New York | NY | 10016 | |
| Wisconsin Public Service | | PO Box19003 | | | Green Bay | WI | 54307-9003 | |
| WorkGenius Inc | Attn: Keith Geller | 108 West 39th Street | 7th floor | | New York | NY | 10018 | |
| Zurich American Insurance Company | Attn: Jessica Melesio | PO Box 68549 | | | Schaumburg | IL | 60196 | |
| Zurich American Insurance Company | Attn: Jessica Melesio | PO Box 68549 | | | Schaumburg | IL | 60196 | |

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| 2.7 August Apparel [Endless Rose and English Factory] | Attn: Terry Jin Rho | | hr@27augustapparel.com |
| 23rd Group LLC | Attn: Mike Morelli | | mikem@23rdgroup.com |
| 5060 Montclair Plaza Lane Owner, LLC | c/o Kutak Rock LLP | Attn: Lisa M. Peters | lisa.peters@kutakrock.com |
| 9stitches | Attn: Brittany Lawson | | onestitchntime@gmail.com |
| AB Tasty Inc. | c/o Pramex International | Attn: Shamreen Meerun | billing@abtasty.com |
| ACS Building Services Inc [ACS Electronic Systems] | Attn: Christopher Kramer | | ckramer@acs-1.com |
| Adzerk Inc dba Kevel | Attn: Zach Currie | | zcurrie@kevel.co |
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | c/o Legal Department | Attn: Adam Crickman | adam.crickman@encora.com |
| Alina Nastase | | | service@arashlaw.com |
| Allen & Gledhill LLP | | | achankh@agasia.law |
| Allen & Gledhill LLP | | | low.peilin@agasia.law |
| Alliance Mechanical Services Inc | | | sdemondo@alliancemech.com |
| American Repair Maintenance [ARM] | Attn: Sarah Ordish | | sarah.ordish@teamarm.com |
| Applied Predictive Technologies, Inc. | | | sarah.thompson@mastercard.com |
| Arnold Willis & Co LTD | | | dawn.wesson@arnoldwills.net |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | | zubair.waheed@artisticmilliners.com |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | | zubair.waheed@artisticmilliners.com |
| Atlantic City Associates, LLC | c/o Tanger Management, LLC | Attn: Jennifer Himes | jennifer.himes@tanger.com |
| Aurus, Inc. | Attn: Punam Mutha | | pmutha@aurusinc.com |
| Bamboo Rose LLC | Attn: Dustin Tacker | | finance@bamboorose.com |
| Bamboo Rose LLC | Attn: Dustin Tacker | | dtacker@bamboorose.com |
| Bambuser AB | Attn: Jonas Lagerström | | tracey.wild@abc-amega.com |
| Barnes, Deborah | c/o Ashton & Price, LLP | Attn: Sergey Dzhedzhera | sergey@ashtonandprice.com |
| Beacon Hill Staffing Group, LLC | Attn: Michael Chiappardi | | collections@beaconhillstaffing.com |
| Beacon Hill Staffing Group, LLC | Attn: Michael Chiappardi | | mchiappardi@beaconhillstaffing.com |
| Belfor USA Group, Inc [Belfor Property Restoration] | | | vincent.idaspe@us.belfor.com |
| Biella Manifatture- Marlane Div | Attn: Paolo Altissimo | | irene_lovato@marzottogroup.it |
| Bilkont Dis Ticaret Ve Tekstil Sanayi A.S. | Attn: Kemal Sahin | | hukuk@sahinlerholding.com.tr |
| Bolotov & Partners LLP | c/o Almaty Residence Business Center | Attn: Damirzhan Amireyev | damireyev@bolotovip.com |
| Boss Facility Services, Inc. | | | bossar@bossfacilityservices.com |
| Boston Barricade Company [Boston Retail Solutions] | | | jjamison@bostonrs.com |
| Boston Barricade Company [Boston Retail Solutions] | | | arpayments@bostonbarricade.com |
| BrandCycle Inc | c/o Stack Commerce | Attn: Mary Richman | mary@brandcycle.com |
| BRE/Pearlridge LLC [Washington Prime Group Inc., WPG Legacy, LLC] | | | jkleisinger@fbtlaw.com |
| BRIGHTIME INTERNATIONAL LIMITED | Attn: David Wei | | david@brightime.net |
| Bryan Bantry Inc | Attn: Katia Goldin | | katia@bryanbantry.com |
| Buckland Hills LLC [Buckland Hills Mall] | c/o Perkins Coie LLP; | Attn: Brian Audette, Esq. | baudette@perkinscoie.com |
| BullsEye Telecom Inc | Attn: Alex Valencia | | tombowers@lingo.com |

# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| BullsEye Telecom Inc | Attn: Alex Valencia | | alex.valencia@lingo.com |
| Bureau of Fire Prevention | Township of Rockaway | Attn: Fire Prevention | jheintzelman@rockawaytownship.org |
| Business Wire, Inc. | Attn: Suzanne Silva | | suzanne.silva@businesswire.com |
| Camper Atlantic Corp | Attn: Magí Campins & Jaime Estela Somoza | | mcampins@camper.com |
| Capillary Brierley, Inc (formerly known as Brierley & Partners, Inc.) | Attn: Elisabeth Keller & Sridhar Bollam | | elisabeth.keller@capillarytech.com |
| Capitol Records, LLC | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| Capstone Law APC | | | bevin.allenpike@capstonelawyers.com |
| Capstone Law APC | | | ak@dundon.com |
| Cardinal Commerce Corporation | Attn: Ian Mayher | | gdlccominvoicing@visa.com |
| CARLOS PAEZ | c/o the Morris Law Group | Attn: Geoff Morris | gabby@themorrislawgroup.com |
| CARLOS PAEZ | c/o the Morris Law Group | Attn: Geoff Morris | geoff@themorrislawgroup.com |
| CDW Direct LLC [Sirius Computer Solutions] | Attn: Ronelle Erickson | | roneeri@cdw.com |
| Century Overseas | Attn: Rajneesh Gandhi | | gsgiri@century-overseas.com |
| Charter Ventures Ltd | Attn: Irene Chan | | irene@cvlhk.com |
| Checksammy Inc | Attn: Heather Auer | | heather@checksammy.com |
| Cheo Waters | c/o Lee, Cossell & Feagley, LLP | Attn: Robert Eugene Feagley II | bfeagley@nleelaw.com |
| China Pacific Property Insurance Co [as Assignee of Lever Style LTD.] | c/o Adam L. Rosen PLLC | | adam.rosen@alrcounsel.com |
| Christie Carr | c/o Capstone Law, APC | | bevin.allenpike@capstonelawyers.com |
| Commonwealth Joe LLC | Accounting | | brittany.brown@commonwealthjoe.com |
| Compliance Resources Group, Inc. | c/o BIO Counselors at Law, LLC | Attn: Efrain Irizarry | efrain.irizarry@bioslawpr.com |
| Copper Hill, Inc. | | | michael.mackenzie@copperhill.com |
| COROC/Riviera, L.L.C. | c/o Tanger Management LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com |
| CoServ Gas | Attn: Claudia Girtz | | revenuerecovery@coserv.com |
| Craig Realty Group - Castle Rock, LLC [Outlets at Castle Rock] | Attn: Tracy Swan | | tswan@craigrealtygroup.com |
| Craig Realty Group - Tulare, LLC [Outlets at Tulare] | Attn: Tracy Swan | | tswan@craigrealtygroup.com |
| Creative Circle, LLC | | | collectionsny@creativecircle.com |
| Creative Circle, LLC | | | arnotices@creativecircle.com |
| CSC Corporate Domains, Inc. | Attn: Joanne Smith | | joanne.smith@cscglobal.com |
| Dawar Footwear Industries | Sambhav Dawar | | shipping@dawargroup.com |
| DDR Urban LP [SITE Centers Corp.] | Attn: Laura Bunjevac, Executive Vice President-Leasing ,Federal I.D. # 34-1861748 | | lbunjevac@sitecenters.com |
| Deborah Yohrling | c/o Hach & Rose, LLP | Attn: John Blyth, Elizabeth Amato | ea@hachroselaw.com |
| Deborah Yohrling | c/o Hach & Rose, LLP | Attn: John Blyth, Elizabeth Amato | jb@hachroselaw.com |
| DELL/EMC Corporation | Attn: Ikram Jabri | | streusand@slollp.com |
| Deloitte Tax LLP | | | deloittetaxar@deloitte.com |
| Dentons Munoz Costa Rica LTDA | Attn: Fabian Andres Calvo | | fabian.calvo@dentons.com |

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | | srgoyal@dhruvglobals.com |
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | | sivadasan@dhruvglobals.com |
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | | chetan@dhruvglobals.com |
| Duke Energy Carolinas | Attn: Lynn Colombo | | mcaskey@hsblawfirm.com |
| East Brunswick Fire District 1, Bureau of Fire Safety | Attn: Jaysen Whalen | | jwhalen@ebfmo.org |
| ELEVATE Hong Kong Holdings Limited | Attn: Kevin Christopher Franklin | | pablo.lambea@lrqa.com |
| Elmwood Retail Properties, L.L.C. | c/o Lauricella Land Company, L.L.C. | Attn: Louis Lauricella, Kurt Hamlen | khamlen@lauricellaland.com |
| Eloy Romero | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | dreddlaw@sbcglobal.net |
| Eloy Romero vs. Express Fashion Operations, LLC; Tim Baxter, CEO; Sidney Burgess; Pualina Chenin: Does 1 through 10 | c/o Law Offices of Gloria Dredd Haney | Attn: Gloria Dredd Haney | dreddlaw@sbcglobal.net |
| Entrust Corporation | | | andrew.carlson@entrust.com |
| ExlService Holdings, Inc [EXLService (Ireland) Limited] | Attn: Maurizio Nicolelli | | maurizio.nicolelli@exlservice.com |
| Faces Pictures Ltd. | Attn: Susan Kim | | susan.ellen.kim@gmail.com |
| Fallen Timbers Ohio LLC [Fallen Timbers Nassim LLC] | c/o Namco Realty, LLC | Attn: Daniel Giannini | danielg@namdarlle.com |
| Fallen Timbers Ohio LLC [Fallen Timbers Nassim LLC] | c/o Namco Realty, LLC | Attn: Daniel Giannini | anthony@namdarlle.com |
| Fashion Outlets at Foxwoods, LLC | c/o Tanger Management, LLC | Attn: Jennifer P. Himes | jennifer.himes@tanger.com |
| Fire Equipment Inc. | Attn: Brett Hubbard | | ar@firefire.com |
| Fish Window Cleaning [Tectonic Consulting Group, LTD] | | | rhewins@fishwindowcleaning.com |
| Five9, Inc. | Attn: Cheryl Mapes | | billing@five9.com |
| Floreal International Limited | Attn: Charles Perrier | | cperrier@floreal.intnet.mu |
| FREEDOM MODELS FLORIDA INC | Attn: Carrie Geisler | | carrie@freedommodels.com |
| Gainesville Regional Utilities | Attn: Joshua E. Brown | | revenueassurance@gru.com |
| GardaWorld Security Services [Whelans Security Mid-Atlantic, Whelan Security of California, Industrial Security Service] | | | george.ulses@garda.com |
| Genesee Mall Realty LLC | c/o Namco Realty LLC | Attn: Daniel Giannini, Anthony Matinale | anthony@namdanelle.com |
| Gerber Technology LLC [Lectra] | Attn: Kathy Palmer | | arelectpayments.gerber@lectra.com |
| Gerber Technology LLC [Lectra] | Attn: Kathy Palmer | | k.palmer@lectra.com |
| Goody Technologies Inc | Attn: Monique Martinez | | monique.martinez@ongoody.com |
| Great Bowery Inc. [dba Streeters] | Attn: Danielle Willsen | | dw@greatbowery.com |
| Ha Hae Corporation | Attn: Tae-Yon Kim | | hahaepay@hahae.co.kr |
| Ha Hae Corporation | Attn: Tae-Yon Kim | | ryujuh@hahae.co.kr |
| HAMILTON MALL REALTY LLC [HAMILTON MALL CH LLC, HAMILTON NASSIM LLC] | | | danielg@namdarllc.com |
| Happy Little Treats | Attn: Erin Marie Hall | | happylittletreats614@gmail.com |

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| Heide & Cook LLC | Attn: Ann S. Takamori | | daisy@heidecook.com |
| Heyman Talent Artist Agency, Inc. | Attn: Suzzanne Thompson | | accounting@heymantalent.com |
| Hope Star Overseas Limited | | | cindycai@h-star.net |
| Impact Retail Packaging | Attn: Russell Walker | | russellw@metropak.com |
| Indiana Michigan Power Company d/b/a Indiana Michigan Power | Attn: Jason Reid | | jereid@aep.com |
| Infor (US), LLC | | | infor.americascollectabilityassessments@infor.com |
| Infor (US), LLC | | | cash.applications@infor.com |
| Infor (US), LLC | | | april.tabaka@infor.com |
| INT SOCIEDAD ANONIMA | c/o Jacobs PC | Attn: Wayne Greenwald | wayne@jacobspc.com |
| Intellectual Property Online Ltd [WebTMS] | Attn: Accounts Department | | accounts@webtms.com |
| International Business Machines Corporation | Attn: Rafael Cardenas | | r.cardenasr@ibm.com |
| International Business Machines Corporation | Attn: Rafael Cardenas | | askusar@ca.ibm.com |
| iPromo [Friedmans' Premier System, Inc.] | Attn: Robin Feeney | | robin.feeney@ipromo.com |
| Jackson APC | | | ajackson@jacksonapc.com |
| Jackson APC | | | ak@dundon.com |
| Johnson Controls Fire Protection LP [Simplex Grinnell] | Attn: Sumit Tomar | | sumit.tomar@jci.com |
| Johnson Controls Fire Protection LP [Simplex Grinnell] | Attn: Sumit Tomar | | nitish.kumarsarkar@jci.com |
| Johnson Controls Fire Protection LP [Simplex Grinnell] | Attn: Sumit Tomar | | nitishkumar.sarkar@jci.com |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | | dkaiser@kaiserconsulting.com |
| Kanawha Scales and Systems, LLC | Attn: Heidi Keeton | | heidi.keeton@kanawhascales.com |
| Kentucky Utilities Company | Attn: Katherine Bullock | | jkleisinger@fbtlaw.com |
| Keter Environmental Services | Attn: Ryan Shannon | | rshannon@wasteharmonics.com |
| KNS International [Journee Collection] | | | ar@knsint.com |
| LANIFICIO ZIGNONE SPA | | | ammfin@zignone.it |
| LANIFICO NOVA FIDES SPA | | | simona@novafides.it |
| Lavi & Ebrahimian, LLP | | | jlavi@lelawfirm.com |
| Law Offices of Sahag Majarian II | | | sahagii@aol.com |
| Leap Services, Inc. | Alexandria Lundberg | | alexandria.lundberg@icemiller.com |
| Lehman Daman Construction Services Inc | Attn: Michael Funk | | mfunk@lehmandaman.com |
| Letticia Diaz | Attn: Dan Perez | | dan@perezlawpa.com |
| Liberman Law Group [Elena Yugay] | Attn: Kane Liberman | | kane@libermanlawgroup.com |
| Liberty Place Retail Associations, L.P. | c/o Faegre Drinker Biddle & Reath LLP | Attn: D Alicia Hickok, David A Ebby | alicia.hickok@faegredrinker.com |
| Liberty Place Retail Associations, L.P. | c/o Faegre Drinker Biddle & Reath LLP | Attn: D Alicia Hickok, David A Ebby | david.ebby@faegredrinker.com |
| Liberty Place Retail Associations, L.P. | c/o Faegre Drinker Biddle & Reath LLP | Attn: D Alicia Hickok, David A Ebby | cathy.greer@faegredrinker.com |
| Linea Pelle, Inc. | Attn: Dakota Pearce | | dpearce@buchalter.com |
| Linea Pelle, Inc. | Attn: Dakota Pearce | | smartin@buchalter.com |
| Locknet LLC | Attn: Justin Tunbridge | | tyler.powell@dinsmore.com |

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| Louisville Gas and Electric Company | Attn: Katherine Bullock | | jkleisinger@fbtlaw.com |
| M & J - Big Waterfront Town Center I, LLC | c/o M&J Wilkow | Attn: David S. Eisen | rradasevich@nge.com |
| MaestroQA, Inc. | | | michael.nucci@maestroqa.com |
| MaestroQA, Inc. | | | finance@maestroqa.com |
| Mall 1 - Bay Plaza, LLC | c/o Prestige Prop & Develop | Attn: Charles Farmer | mamato@rmfpc.com |
| Maryland Plaza South LLC | Attn: Robert Koplar and Kerry Mohr | | kelly@koplar.com |
| Mats Inc DBA Matter Surfaces | Attn: Dawn N Dutra | | kboerboon@matsinc.com |
| Mats Inc DBA Matter Surfaces | Attn: Dawn N Dutra | | ar@mattersurfaces.com |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | | hienpt@mayhai.com |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | | 0911821688.mh@gmail.com |
| Meenakshi India Limited | Attn: Amit Bihani | | amit.bihani@milgroup.in |
| Mershops Galleria at Sunset LLC | Attn: Sean C. Kulka | | sean.kulka@agg.com |
| Millcraft Paper Company | Attn: David Hegeman, CFO | | hegemand@millcraft.com |
| Monument Consulting, LLC | | | bk@kaplanlawga.com |
| Municipality of Carolina | | | lavega@carolina.pr.gov |
| Municipality of Carolina | | | juanmaaponte@yahoo.com |
| Muse Management, Inc. | Attn: Shakira Bethel | | shakira@musenyc.com |
| Nahanco.com the Retail Source [National Hanger Company Inc.] | | | crystalv@nahanco.com |
| Nahanco.com the Retail Source [National Hanger Company Inc.] | | | eerthein@nahanco.com |
| Namogoo Technologies Inc. | Attn: Dana Livvneh Zemer | | dana.l@namogoo.com |
| Namogoo Technologies Inc. | Attn: Dana Livvneh Zemer | | finance@namogoo.com |
| NE Gateway Mall Propco, LLC [Washington Prime Group Inc.; WPG Legacy, LLC] | | | jkleisinger@fbtlaw.com |
| Nedap, Inc. | Attn: Gaël Gozdek | | asrimouksavanh@sheehan.com |
| New Relic, Inc. | | | ar@newrelic.com |
| New Relic, Inc. | | | ar@newrelic.com |
| Nipsco | Attn: Revenue Recovery | | nipscobankruptcymailbox@nisource.com |
| O.C. Sweaters LLP | | | praveen.kk@orientcraft.com |
| OGE [Oklahoma Gas and Electric] | Attn: Bankruptcy Clerk | | kernnd@oge.com |
| Ohio Power Company d/b/a AEP Ohio | Attn: Jason Reid | | jereid@aep.com |
| Onera Inc. | Attn: Nadia D Antonellis | | us-accounting@toolsgroup.com |
| ORIENT CRAFT FASHION INDUSTRIES LIMITED | Attn: Praveen Narayan Nambiar | | praveen.kk@orientcraft.com |
| Palm Beach Mall Holdings, LLC | Attn: Jennifer P. Himes | | jennifer.himes@tanger.com |
| Pantone Credit | Attn: Karolina Karolak | | pantonecredit@xrite.com |
| Partner Hero, Inc. | | | legal@partnerhero.com |
| Partner Hero, Inc. | | | tony.yip@partnerhero.com |
| PeagreenCompany Lmtd | | | admin@peagreen.co.uk |

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| Peclers | | | desirai.lepore@wpp.com |
| Perkins Coie LLP | | | schenetz@perkinscoie.com |
| Phong Phu International Joint Stock Company | Attn: Hung Vu Dang | | dvhung@ppj-international.com |
| Phong Phu International Joint Stock Company | Attn: Hung Vu Dang | | ptthu@ppj-international.com |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | | tauhid@pkbdl.com |
| Planet Technology, LLC | | | dwalton@theplanetgroup.com |
| Planet Technology, LLC | | | kathleen.gentile@theplanetgroup.com |
| POLAR GOOSE CLOTHING CO LTD | Attn: Zhengfa Shen | | micky@plgsfs.com |
| Polygram Publishing, Inc. | c/o Friedman & Springwater LLP | Attn: Ellen A. Friedman | efriedman@friedmanspring.com |
| Pool Filati S.R.L. | Attn: Valerio Plotegher | | aleleinistrarione@poolfinati.tt |
| PPF AMLI 421 West 3rd Street, L.P. | | | barbra.parlin@hklaw.com |
| Promenade Shops - 10220472 LLC | c/o Perkins Coie LLP | Attn: Brian Audette | baudette@perkinscoie.com |
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | | irianto@eratex.co.id |
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | | bejoy.balakrishnan@busanagroup.com |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | | bejoy.balakrishnan@busanagroup.com |
| Quantum Metric, Inc. | Attn: Vandy Johnson & Glenn Trattner | | ar@quantummetric.com |
| Random Sound Inc | Attn: Jesse Lon Fliatz | | randomsoundny@gmail.com |
| Retail Mechanical Services Inc | | | avalladares@retailmechanical.com |
| Revtrax | Attn: John Cafiero | | jcafiero@neptuneretailsolutions.com |
| Ricoh-USA, Inc. | | | oraclebankruptcyteam@ricoh-usa.com |
| Rose Knitting (Asia) Limited | Attn: Mr. Steve Li | | fan.lee@roseknit.com |
| Rose Knitting (Asia) Limited | Attn: Mr. Steve Li | | steve.li@roseknit.com |
| Saba Software, Inc. | Attn: John Tryon Burke | | jburke@csod.com |
| Saba Software, Inc. | Attn: John Tryon Burke | | collections@finance.csod.com |
| San Diego Gas & Electric | Attn: Kelli Davenport | | kdavenport@sdge.com |
| Seaman Paper Company of Massachusetts Inc | Hollie Richard | | hollie.richard@seamanpaper.com |
| Seshin Apparel Co., Ltd. | | | johncha@seshinap.co.kr |
| Single Source Apparel [Greenwood Mills, Inc.] | Attn: Jason Kelly | | jkelley@gmiholding.com |
| Sixta Checo | c/o Latronica Law Firm, PC | Attn: Robert Latronica, Jr. | info@latronicalaw.com |
| SNA Displays | c/o Accounts Receivable Department | Attn: Katie McDermott | katie.mcdermott@snadisplays.com |
| South Asia Enterprises Limited | Attn: Vincent Chang, Jay Lung | | vincentchang@southasiagroup.com |
| South Asia Enterprises Limited | Attn: Vincent Chang, Jay Lung | | jaylung@southasiagroup.com |
| South Asia Knitting Factory Ltd. | Attn: Sharon Cheung, Sunny Yeung, Agnes Fong, Leo Yeung | | sharoncheung@southasiagroup.com |
| South Asia Knitting Factory Ltd. | Attn: Sharon Cheung, Sunny Yeung, Agnes Fong, Leo Yeung | | sunny@southasiacanada.ca |
| South Asia Knitting Factory Ltd. | Attn: Sharon Cheung, Sunny Yeung, Agnes Fong, Leo Yeung | | agnesfong@southasiagroup.com |

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| South Asia Knitting Factory Ltd. | Attn: Sharon Cheung, Sunny Yeung, Agnes Fong, Leo Yeung | | leoyeung@southasiagroup.com |
| Southshore Mall Realty LLC, Southshore CH LLC. | c/o Namco Realty, LLC | Attn: Daniel Giannini | danielg@namdanllc.com |
| Southshore Mall Realty LLC, Southshore CH LLC. | c/o Namco Realty, LLC | Attn: Daniel Giannini | anthony@namdanllc.com |
| Southwestern Electric Power Company d/b/a AEP SWEPCO | Attn: Jason Reid | | jereid@aep.com |
| Standard Black | Attn: Michael Sharp | | michael@standardblack.com |
| Staples, Inc. | c/o Staples Business Advantage | Attn: Thomas D Riggleman | arremittance@staples.com |
| Staples, Inc. | c/o Staples Business Advantage | Attn: Thomas D Riggleman | thomas.riggleman@staples.com |
| Sterling | Attn: Christian Cuthbert | | samaira.shaw@sterlingcheck.com |
| Style Girlfriend | Attn: Megan Collins | | megan@stylegirlfriend.com |
| Sung Hwa Trading Co.,Ltd | Attn: Sungjoon Jang | | david.jang@sunghwa.com |
| T.B.I. Refunds Unlimited Company [Taxback International] | | | vataccounts@taxbackinternational.com |
| Tacoma Public Utilities | | | tpucsbankruptcy@cityoftacoma.org |
| Tacoma Public Utilities | | | jstogsdill@cityoftacoma.org |
| Tal Global Alliances Limited | Attn: Regina Cheung | | reginacheung@talapparel.com |
| TALENT TEXTILES COMPANY LIMITED | Attn: Susanna Tang & Yuk Ha Tang | | susannatang@talent-textiles.com.hk |
| Talent Textiles Company Limited | Attn: Susanna Tang & Yuk Ha Tang | | susannatang@talent-textiles.com.hk |
| Talent Textiles Company Limited | Attn: Susanna Tang & Yuk Ha Tang | | susannatang@talent-textiles.com.hk |
| TCE Corporation | Attn: Jeon Seop Lim | | jameslim@tcedenim.com |
| Texport Overseas Pvt Ltd | Attn: Ritesh Soni | | ritesh.soni@to-blr.com |
| The Lions Talent Management LLC | Attn: Billing Department | | billing@thelionsmanagement.com |
| The Metro Group, Inc. | Attn: Mikhail Ratner | | mratner@metrogroupinc.com |
| The Music Bed LLC | DBA MusicBed | Attn: Dana Nichols | dana.nichols@fm.co |
| The Only Agency, Inc. | Attn: Kent Belden | | info@theonly.agency |
| The Only Agency, Inc. | Attn: Kent Belden | | sean@theonly.agency |
| The Que Studio | Attn: Jasmine Lawrence | | hello@thequestudio.com |
| The Rebellion | Attn: Peter Dimitroff | | peter@scnetwork.com |
| The Weeks Lerman Group, LLC | Attn: Monique Deabreu | | monique@weekslerman.com |
| The Weeks Lerman Group, LLC | Attn: Monique Deabreu | | ar@weekslerman.com |
| TIEN TIEN GARMENT JOINT STOCK COMPANY | Attn: Tran Van Dung | | trandung@tientien.com.vn |
| TikTok Inc | c/o Finance Dept | Attn: Emely Andino | usbilling@bytedance.com |
| TikTok Inc. | c/o Coface North America Insurance Company | Attn: Isabel Lopez | bankruptcy.legal.nar@coface.com |
| TM Northlake Mall, L.P. [Northlake Mall] | c/o Perkins Coie LLP | Attn: Brian Audette, Esq. | baudette@perkinscoie.com |
| TOPY TOP S.A | Attn: Gustavo Donato Lopez | | cuentasporcobrar@topitop.com.pe |
| Tory Burch LLC | Attn: Amanda Sachs | | asachs@toryburch.com |
| Tri Thien Trading & Producing Company Limited | Attn: Hue, Vu Thi | | sale1@trithien.com |
| Truesource LLC | Attn: Jane M Romano | | truesourcevprr@usbank.com |

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| Truesource LLC | Attn: Jane M Romano | | jane.romano@truesource.com |
| TWMB Associates, LLC [Tanger Management, LLC] | Attn: Jennifer P. Himes | | jennifer.himes@tanger.com |
| Tyco Integrated Security LLC [Sensormatic Solutions, Sensormatic] | Attn: Zachary Jarrell | | zjarrell@shopptertrak.com |
| Ursula Wiedmann Models Inc | Attn: Ursula Wiedmann | | ursula@ursulawiedmannmodels.com |
| UserTesting Technologies, Inc. | | | arteam@usertesting.com |
| UserTesting Technologies, Inc. | | | legal@usertesting.com |
| USPS | Attn: Sean Knepper | | sean.e.knepper@usps.gov |
| USPS | Attn: Sean Knepper | | jkonold@express.com |
| Velocity Apparelz for Readymade Garments E.S.C. | Attn: Theresia Jantina Van Schaik, Moustafa Abdelazim Mohamed | | evanschaik@vogue-intl.com |
| Velocity Apparelz for Readymade Garments E.S.C. | Attn: Theresia Jantina Van Schaik, Moustafa Abdelazim Mohamed | | mabdelalim@vogue-intl.com |
| Verifone Inc | Attn: Jeanine Sterling | | jeanines1@verifone.com |
| Veritiv Operating Company | Attn: Marianne Nichols | | marianne.nichols@veritivcorp.com |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | | dotuan@vietthanhgarment.vn |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | | vynguyen@vietthanhgarment.vn |
| Village of Birch Run | Attn: Courtney Damsen | | cdamsen@villageofbirchrun.com |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | | dvhung@ppj-international.com |
| Vinatex International Joint Stock Company | Attn: Hung Vu Dang | | dvhung@gmail.com |
| Viva Knitwear Factory Limited | Attn: Grace Poon, Philip Chu | | grace.poon@vivaknit.com |
| Viva Knitwear Factory Limited | Attn: Grace Poon, Philip Chu | | philip.chu@vivaknit.com |
| VPV Interactive Inc., d/b/a Verbal+Visual | | | mgiugliano@dglaw.com |
| VPV Interactive Inc., d/b/a Verbal+Visual | | | cdevito@dglaw.com |
| Waste Management | | | rmcbankruptcy@wm.com |
| Wesco Distribution | | | kkraemer@wescodist.com |
| WestRock USC Inc | Attn: Stephanie Westbrooks | | stephanie.westbrooks@westrock.com |
| WGSN LLC [Ascential Inc] | Attn: Junie Milord | | wgsnnamar@wgsn.com |
| Wilhelmina International Inc | Attn: Miriam Velasquez | | miriam.velasquez@wilhelmina.com |
| WorkGenius Inc | | | keith@jbc.team |
| Zurich American Insurance Company | Attn: Jessica Melesio | | jessica.melesio@zurichna.com |
| Zurich American Insurance Company | Attn: Jessica Melesio | | carlota.esmedilla-c@zurichna.com |