**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED

2026 SEP 28 A 8:53

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
**EXP OldCo Winddown, Inc.,**[1]
Debtor.

Chapter 11
**Case No. 24-10831 (KBO)**

Re: Docket No. 1728

**RESPONSE OF CREDITOR OASIS MALKA LOVE TO THE ELEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS AS TO CLAIM NO. 1870**

Rev. Jeanine Reneé Brown, legally known as Oasis Malka Love, a creditor in the above-captioned chapter 11 case (the "Creditor"), by and through this written Response, hereby responds to the Eleventh Omnibus (Non-Substantive) Objection to Claims [Docket No. 1728] (the "Objection") filed by Tracy L. Klestadt, in his capacity as Plan Administrator (the "Plan Administrator"), insofar as the Objection seeks to disallow and expunge Claim No. 1870 in the amount of $4,750.00 (the "Claim") as both a purported Late-Filed Claim (Exhibit 2) and a purported Insufficient Documentation Claim (Exhibit 4). In support of this Response, the Creditor respectfully states as follows:

**I. Timeliness of the Underlying Claim**

1. The Creditor states, under penalty of perjury, that the claim underlying Claim No. 1870 was originally submitted in a timely manner, prior to the applicable Claims Bar Date of July 10, 2024. Claim No. 1870, filed April 16, 2026, was submitted as an amendment intended to preserve and restate the Creditor's original, timely-asserted claim — not to assert a new, untimely claim. The Creditor requests that the Plan Administrator and the Court treat Claim No. 1870 as relating back to the date of the Creditor's original submission for purposes of the Claims Bar Date.

**II. Sufficiency of Documentation**

2. The Creditor further states, under penalty of perjury, that supporting documentation substantiating the Claim was previously submitted to the Claims Agent and/or the Plan Administrator's advisors in response to a prior objection to this Claim. The basis for the Claim arises from the Creditor's employment with the Debtor in the capacity of General Manager. The Creditor stands ready to resubmit or supplement this documentation upon request by the Plan Administrator or the Court.

**III. Relief Requested**

3. For the reasons set forth above, the Creditor respectfully requests that the Court (a) overrule the Objection as to Claim No. 1870, (b) allow Claim No. 1870 in the amount of $4,750.00, and (c) grant such other and further relief as is just and proper.

**Declaration**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 27, 2026

Respectfully submitted,

/s/ Oasis Malka Love
Rev. Jeanine Reneé Brown, legally known as Oasis Malka Love
Creditor, Pro Se
P.O. Box 1617
Ann Arbor, Michigan 48106
General Delivery
271 Cadman Plaza E, Ste. 2
Brooklyn, New York 11201-9997
12iwillalways@proton.me
734-746-8021

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Go to *www.irs.gov/FormW9* for instructions and the latest information.**

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

*Print or type. See Specific Instructions on page 3.*

1 Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)
Girca
**Oasis Malka Love** birth name) Jeanine Renee Brown

2 Business name/disregarded entity name, if different from above.

3a Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

- ☑ Individual/sole proprietor
- ☐ C corporation
- ☐ S corporation
- ☐ Partnership
- ☐ Trust/estate
- ☐ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . . .
  **Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.
- ☐ Other (see instructions)

3b If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . ☐

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)

*(Applies to accounts maintained outside the United States.)*

5 Address (number, street, and apt. or suite no.). See instructions.
**General Delivery / ~~271 Cadman Plaza E, Ste. 2~~**

Requester's name and address (optional)

6 City, state, and ZIP code
**~~Brooklyn, NY 11201-9997~~** Ann Arbor Michigan 48106

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

[redacted]

**or**

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person /s/ Oasis Malka Love [signature] Date 08/13/2026 9/15/26

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

Oasis Maika Love legal name
Birth record name
Jeanine Renée Brown
General Delivery
Ann Arbor, Michigan
48106




United States Bankruptcy
Attn: Claims
824 Market Street
3rd Floor
Wilmington, DE
19801