**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OLDCO WINDDOWN INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Maxwell Hanamirian, Esq. of Akerman LLP to represent Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") in the above-captioned case.

Dated: September 30, 2026

*/s/ Lucian B. Murley*

Lucian B. Murley, Esq.
**AKERMAN LLP**
222 Delaware Avenue, Ste. 1710
Wilmington, Delaware 19801
Tel: (302) 596-9200
Email: luke.murley@akerman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Dated: September 30, 2026

*/s/ Maxwell Hanamirian*
Maxwell Hanamirian Esq.
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
Tel: (212) 880-3800
Email:maxwell.hanamirian@akerman.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 1st, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**