**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>**Related to Docket Nos. 1239, 1257, 1423, and 1468** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING SECOND STIPULATION RESOLVING THE REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF KOREA TRADE INSURANCE CORPORATION**

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the debtor in the above-captioned chapter 11 case, hereby certifies as follows:

1. On January 29, 2025, the Korea Trade Insurance Corporation ("Korea Trade" or "Claimant") filed its *Motion for Allowance and Immediate Payment of Administrative Expense Claims* [Docket No. 1239], which has been assigned Claim number 1806 by the claims agent, Stretto, Inc. ("Claim 1806"), alleging an administrative expense claim in the total amount of $2,189,806.29 and composed of an administrative expense claim in the amount of $1,698,198.05, which was assigned to Claimant by Molaxtrading Limited ("Molax")[2], an administrative expense

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors"), were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] On January 8, 2025, Claimant filed a *Partial Transfer of Claim Other Than for Security*, providing notice of the transfer of a claim by Molax to Claimant. *See* D.I. 1207.

claim in the amount of $6,624.00, which was assigned to Claimant by Hansoll Textile Ltd. ("Hansoll")[3] and an administrative expense claim in the amount of $484,984.24, which was assigned to Claimant by GG International Manufacturing Co., Ltd. ("GG International").[4]

2. After an exchange of information and arm's length negotiations between Korea Trade and the Plan Administrator, the parties entered the *Stipulation of Partial Resolution of Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation* (the "Partial Resolution"), which was approved by the Court on July 15, 2025. *See* D.I. 1423.

3. Following the Partial Resolution, the *Plan Administrator's Objection to Motion of Korea Trade Insurance Corporation for Payment of Administrative Expenses* was filed in connection with the remainder of Claim 1806.

4. After an exchange of information and arm's length negotiations between Korea Trade, the Plan Administrator, and MGF Sourcing US, LLC (collectively, the "Parties"), the Parties have determined that it is in their best interests to fully and finally resolve the outstanding issues in connection with Claim 1806. The Parties have entered into a stipulation (the "Stipulation") memorializing the agreement between the Parties.

5. A proposed form of order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order") and the Stipulation is attached as **Exhibit 1** to the Proposed Order.

[Remainder of page left intentionally blank]

---

3 On January 8, 2025, Claimant filed a *Partial Transfer of Claim Other Than for Security*, providing notice of the transfer of a claim by Hansoll to. *See* D.I. 1209.

4 On January 8, 2025, Claimant filed a *Partial Transfer of Claim Other Than for Security*, providing notice of the transfer of a claim by GG International to Claimant. *See* D.I. 1206.

**WHEREFORE**, the Plan Administrator respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation and such other and further relief as is just and proper.

Dated: October 2, 2026

**AKERMAN LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
Email: luke.murley@akerman.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: creilly@klestadt.com

*Counsel for the Plan Administrator*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

**CERTIFICATE OF SERVICE**

I, Lucian Murley, Esquire, hereby certify that on October 2, 2026, a copy of the *Certification of Counsel Regarding Order Approving Second Stipulation Resolving the Request for Payment of Administrative Expense Claim of Korea Trade Insurance Corporation* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the following party.

Aaron H. Stulman, Esquire
Maria Kotsiras, Esquire
Ice Miller LLP
500 Delaware Avenue
Wilmington, DE 19801
aaron.stulman@icemiller.com
Maria.kotsiras@icemiller.com

Amy C. Quartarolo, Esquire
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
amy.quartarolo@lw.com

*/s/ Lucian B. Murley*
Lucian B. Murley