**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: | Chapter 11

EXP OldCo Winddown, Inc., et al. | Case No. 24-10831

Debtors.

# NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Phong Phu International Joint Stock Company**, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address

Phong Phu International Joint Stock Company
48 Tang Nhon Phu Street, Tang Nhon Phu Ward,
Ho Chi Minh City 700000, Viet Nam

New Address

re: Hain Capital Holdings, LLC
301 Route 17 North, Suite 816A
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
**Phong Phu International Joint Stock Company**

CÔNG TY CỔ PHẦN QUỐC TẾ PHONG PHÚ

By: DANG VU HUNG
Title: GENERAL DIRECTOR
Date: ______________________