# EXHIBIT B

# ALMEIDA DECLARATION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |

**DECLARATION OF ARTHUR ALMEIDA IN SUPPORT OF PLAN ADMINISTRATOR'S MOTION TO APPROVE (I) THE MAKING OF DISTRIBUTIONS FOR CERTAIN ALLOWED CLAIMS AND (II) THE FORGOING OF DISTRIBUTIONS TO PARTIES THAT FAILED TO PROVIDE TAX FORMS**

I, Arthur Almeida, hereby submit this declaration (the "Declaration") under penalty of perjury:

1. I am a Vice President at Province LLC ("Province"), which acts as financial adviser to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtor (the "Debtor") and certain of its affiliates (collectively, the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Case").

2. I have reviewed and am familiar with the contents of the *Plan Administrator's Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties that Failed to Provide Tax Forms* (the "Motion").[2] I submit

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] Capitalized terms used in this Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

this Declaration in support of the Motion. The information contained in the Motion and the exhibits attached thereto are true and correct to the best of my knowledge, information and belief. I have personal knowledge of the matters set forth therein and, if called as a witness, would testify competently thereto.

3. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, formed after a review of the Debtors' Books and Records and applicable Proofs of Claim filed against the Debtors' estates by myself or others at Province under my supervision. I am over eighteen years of age and I am authorized to submit the Declaration on behalf of the Plan Administrator and Province. If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge, except as otherwise stated above.

4. In compiling the Class 3 Claims, the Plan Administrator and/or his advisors have reviewed, without limitation, the Confirmation Order, the Plan, the Plan Supplement, the Plan Administrator Agreement, the Debtors' Books and Records, and the relevant Claims, as well as the supporting documentation provided by each claimant, if any. Following this review, I believe the proposed distributions set forth in the Motion reflect the Class 3 Claims against the Debtors that are entitled to distributions pursuant to the Confirmation Order, the Plan, and the Plan Administrator Agreement.

5. The claims listed on **Exhibit 1** to the Proposed Order identify the Non-Responding Parties that have failed to timely return the requested tax identification form(s). Following this review, I believe the claims identified on **Exhibit 1** are not entitled to distributions pursuant to the Confirmation Order, the Plan, and the Plan Administrator Agreement.



88619433;4

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Executed on October 15, 2026

By: *<u>/s/ Arthur Almeida</u>*
Arthur Almeida
Province LLC