**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>**Hearing Date: November 19, 2026 at 9:30 a.m. (ET)**<br>**Obj. Deadline: November 5, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF CORRECTED MOTION**

**PLEASE TAKE NOTICE** that on October 15, 2026, Tracy L. Klestadt, in his capacity as Plan Administrator for the above captioned debtors, filed the *Plan Administrator's Corrected Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties that Failed to Provide Tax Forms* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **November 5, 2026 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE THAT** only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the motion will be held on **November 19, 2026 at 9:30 a.m. (ET)** before the Honorable Karen B. Owens, Chief Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) (collectively, with the Debtor, the "Debtors") were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 15, 2026

**AKERMAN LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Ste. 1710
Wilmington, DE 19801
Telephone: (302) 596-9205
Email: luke.murley@akerman.com

-and-

Maxwell M. Hanamirian (Admitted *pro hac vice*)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3832
Email: maxwell.hanamirian@akerman.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com
creilly@klestadt.com

*Counsel for the Plan Administrator*