**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO)<br><br>**Related D.I. 1792** |

**NOTICE OF WITHDRAWAL OF PLAN ADMINISTRATOR'S MOTION TO APPROVE (I) THE MAKING OF DISTRIBUTIONS FOR CERTAIN ALLOWED CLAIMS AND (II) THE FORGOING OF DISTRIBUTIONS TO PARTIES THAT FAILED TO PROVIDE TAX FORMS**

**PLEASE TAKE NOTICE** that Tracy L. Klestadt, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned debtor (the "Debtor"), by and through undersigned counsel, hereby withdraws the *Plan Administrator's Motion to Approve (i) the Making of Distributions for Certain Allowed Claims and (ii) the Forgoing of Distributions to Parties That Failed to Provide Tax Forms* [D.I. 1792]**,** filed in error with the United States Bankruptcy Court for the District of Delaware on October 15, 2026.

Dated: Wilmington, Delaware
October 15, 2026«Complaint_Date»

**AKERMAN LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Ste. 1710
Wilmington, DE 19801
Telephone: (302) 596-9205
Email: luke.murley@akerman.com

-and-

[1] The reorganized debtor (the "Reorganized Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") is Mojo Merger Sub, LLC, the Reorganized Debtor's affiliates include the following debtors (collectively, the "Debtors") whose bankruptcy cases have been closed prior to the date hereof, along with their chapter 11 case numbers: EdgeCast, Inc. (Case No. 24-11994); Edgio, Inc. (Case No. 24-11985); Edgio International, Inc. (Case No. 24-11986); Limelight Networks VPS, Inc. (Case No. 24-11988); Limelight Midco, Inc. (Case No. 24-11990); and Limelight Acquisition Co, Inc. (Case No. 24-11992). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining Chapter 11 Case.

Maxwell M. Hanamirian (Admitted *pro hac vice*)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3832
Email: maxwell.hanamirian@akerman.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com
creilly@klestadt.com

*Counsel for the Plan Administrator*