**In re EXP OldCo Winddown, Inc.**

**Case No 24-10831**

**Notes to Post-Confirmation Report for the Quarter Ending September 30, 2026**

**Part 3**

"Total Anticipated Payments Under Plan" reflects the amounts listed in the *Notice of Filing Exhibit to the Disclosure Statement Relating to the Joint Chapter 11 Plan of Express OldCo Winddown, Inc. and its Debtor Affiliates* [D.I. 961] and is subject to reduction based on, among other things, operating expenses of the Plan Administrator and/or the estate.

The claims reconciliation process is ongoing and reporting with respect to "Allowed Claims" is premature at this time. Accordingly, all of the amounts listed with respect to "Allowed Claims" of all priority levels reflect the estimates set forth in the Disclosure Statement and any and all amounts are subject to change as the reconciliation process evolves. Therefore, the "% Paid of Allowed Claims" represents the percentage paid to date, not the projected percentage from the Disclosure Statement.