# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: Chapter 11

EXP OldCo Winddown, Inc., et al. Case No. 24-10831

Debtors.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Law Offices of Sahag Majarian II, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the datc hcrcof.

| Former Address | New Address |
|---|---|
| Law Offices of Sahag Majarian II | Law Offices of Sahag Majarian II |
| 18250 Ventura Blvd. | re: Hain Capital Holdings, LLC |
| Tarzana, CA 91356 | 301 Route 17 North, Suite 816A |
| | Rutherford, NJ 07070 |

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:

**Law Offices of Sahag Majarian II**

By: [signature]

Title: President

Date: 10/28/26