**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc., et al.,<br><br>Debtors. | Case No. 24-10831<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
Attn: Trade Claims Group
Phone: 203-862-8259
Fax: 203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**DUNDON ADVISERS LLC, AS AGENT FOR EACH CREDITOR SET FORTH BELOW**
Name of Transferor

**Address:**
c/o Contrarian Funds, LLC
411 West Putnam Ave., Suite 425
Greenwich, CT 06830
Email: tradeclaimsgroup@contrariancapital.com

| Claim No./Schedule No. | Creditor Name | Claim Amount | Debtor |
|---|---|---|---|
| 1244 | Capstone Law APC | $1,579,957.41 | EXP OldCo Winddown, Inc. |
| 1261 | Jackson APC | Expunged | EXP OldCo Winddown, Inc. |
| 1277 | Jorge Chacon | $10,000.00 | EXP OldCo Winddown, Inc. |
| 1288 | Christie Carr | Expunged | EXP OldCo Winddown, Inc. |
| 1291 | Jorge Chacon as Class Representative | $4,636,667.00 | EXP OldCo Winddown, Inc. |
| 1271 | Jorge Chacon as PAGA | $260,000.00 | EXP OldCo Winddown, Inc. |
| 1287 | Jorge Chacon as PAGA | $260,000.00 | EXP OldCo Winddown, Inc. |
| 1279 | Lavi & Ebrahimian, LLP | $355,208.28 | EXP OldCo Winddown, Inc. |
| | | | |
| 2636241 | Chacon | $7,750,000.00 | Project Pine OldCo, LLC |
| 2637322 | Christie Carr v. Express Fashion Operations, LLC, No. 19STCV06372 Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 8:19-cv-00564-JLS-DFM (C.D. Cal.) | Unliquidated | Project Pine Operations OldCo, LLC |
| 1310 | Capstone Law APC | $1,579,957.41 | Project Pine Operations OldCo, LLC |
| 1294 | Jackson APC | $968,749.88 | Project Pine Operations OldCo, LLC |
| 1331 | Jorge Chacon | $10,000.00 | Project Pine Operations OldCo, LLC |
| 1332 | Christie Carr | $10,000.00 | Project Pine Operations OldCo, LLC |
| 1333 | Jorge Chacon as Class Representative | $4,636,667.00 | Project Pine Operations OldCo, LLC |

| | | | |
|---|---|---|---|
| 1329 | Jorge Chacon as PAGA | $260,000.00 | Project Pine Operations OldCo, LLC |
| 1295 | Lavi & Ebrahimian, LLP | Expunged | Project Pine Operations OldCo, LLC |
| | | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ***/s/ Keith McCormack***
Transferee/Transferee's Agent

Date: November 3, 2026

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

Dundon Advisers LLC, as Agent for each claim filer set forth below ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, LLC** its successors and assigns ("Assignee") all rights, title and interest in in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court District of Delaware (the "Bankruptcy Court"), Case No. 24-10831(KBO) (Jointly Administered), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

| Claim No./Schedule No. | Creditor Name | Claim Amount | Debtor |
|---|---|---|---|
| 1244 | Capstone Law APC | $1,579,957.41 | EXP OldCo Winddown, Inc. |
| 1261 | Jackson APC | Expunged | EXP OldCo Winddown, Inc. |
| 1277 | Jorge Chacon | $10,000.00 | EXP OldCo Winddown, Inc. |
| 1288 | Christie Carr | Expunged | EXP OldCo Winddown, Inc. |
| 1291 | Jorge Chacon as Class Representative | $4,636,667.00 | EXP OldCo Winddown, Inc. |
| 1271 | Jorge Chacon as PAGA | $260,000.00 | EXP OldCo Winddown, Inc. |
| 1287 | Jorge Chacon as PAGA | $260,000.00 | EXP OldCo Winddown, Inc. |
| 1279 | Lavi & Ebrahimian, LLP | $355,208.28 | EXP OldCo Winddown, Inc. |
| | | | |
| 2636241 | Chacon | $7,750,000.00 | Project Pine OldCo, LLC |
| 2637322 | Christie Carr v. Express Fashion Operations, LLC, No. 19STCV06372 Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 8:19-cv-00564-JLS-DFM (C.D. Cal.) | Unliquidated | Project Pine Operations OldCo, LLC |
| 1310 | Capstone Law APC | $1,579,957.41 | Project Pine Operations OldCo, LLC |
| 1294 | Jackson APC | $968,749.88 | Project Pine Operations OldCo, LLC |
| 1331 | Jorge Chacon | $10,000.00 | Project Pine Operations OldCo, LLC |
| 1332 | Christie Carr | $10,000.00 | Project Pine Operations OldCo, LLC |
| 1333 | Jorge Chacon as Class Representative | $4,636,667.00 | Project Pine Operations OldCo, LLC |
| 1329 | Jorge Chacon as PAGA | $260,000.00 | Project Pine Operations OldCo, LLC |
| 1295 | Lavi & Ebrahimian, LLP | Expunged | Project Pine Operations OldCo, LLC |
| | | | |

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 3, 2026.

DUNDON ADVISERS LLC,
as Agent for each claim filer set forth above

By: ______________________
Name: Matthew Dundon
Title: Principal

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as Manager

By: ______________________
Name: Keith McCormack
Title: Managing Director