**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc., et. al | Case No. 24-10831 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **Dundon Advisers LLC, as Agent for each claim holder set forth below** ("Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

| Claim No./Schedule No. | Creditor Name | Claim Amount | Debtor |
|---|---|---|---|
| 1244 | Capstone Law APC | $1,579,957.41 | EXP OldCo Winddown, Inc. |
| 1261 | Jackson APC | Expunged | EXP OldCo Winddown, Inc. |
| 1277 | Jorge Chacon | $10,000.00 | EXP OldCo Winddown, Inc. |
| 1288 | Christie Carr | Expunged | EXP OldCo Winddown, Inc. |
| 1291 | Jorge Chacon as Class Representative | $4,636,667.00 | EXP OldCo Winddown, Inc. |
| 1271 | Jorge Chacon as PAGA | $260,000.00 | EXP OldCo Winddown, Inc. |
| 1287 | Jorge Chacon as PAGA | $260,000.00 | EXP OldCo Winddown, Inc. |
| 1279 | Lavi & Ebrahimian, LLP | $355,208.28 | EXP OldCo Winddown, Inc. |
| | | | |
| 2636241 | Chacon | $7,750,000.00 | Project Pine OldCo, LLC |
| 2637322 | Christie Carr v. Express Fashion Operations, LLC, No. 19STCV06372 Court); Jorge Chacon v. Express Fashion Operations, LLC, No. 8:19-cv-00564-JLS-DFM (C.D. Cal.) | Unliquidated | Project Pine Operations OldCo, LLC |
| 1310 | Capstone Law APC | $1,579,957.41 | Project Pine Operations OldCo, LLC |
| 1294 | Jackson APC | $968,749.88 | Project Pine Operations OldCo, LLC |
| 1331 | Jorge Chacon | $10,000.00 | Project Pine Operations OldCo, LLC |
| 1332 | Christie Carr | $10,000.00 | Project Pine Operations OldCo, LLC |
| 1333 | Jorge Chacon as Class Representative | $4,636,667.00 | Project Pine Operations OldCo, LLC |
| 1329 | Jorge Chacon as PAGA | $260,000.00 | Project Pine Operations OldCo, LLC |
| 1295 | Lavi & Ebrahimian, LLP | Expunged | Project Pine Operations OldCo, LLC |
| | | | |

**Former Address:**

Dundon Advisers LLC, as Agent for each claim filer set forth above
Ten Bank Street, Suite 1100
White Plains NY 10606
Attn: Matthew Dundon

**New Address:**
**Address for all Notice & Payments/Distributions:**
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830
Attn: Trade Claims Group

Thank you,

DUNDON ADVISERS LLC,
As Agent for each Creditor set forth above

By: */s/ Matthew Dundon*
Name: Matthew Dundon
Title: Principal
Date: November 3, 2026