**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Related to Docket No. 1793** |

# CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S CORRECTED MOTION TO APPROVE (I) THE MAKING OF DISTRIBUTIONS FOR CERTAIN ALLOWED CLAIMS AND (II) THE FORGOING OF DISTRIBUTIONS TO PARTIES THAT FAILED TO PROVIDE TAX FORMS

The undersigned counsel to Tracy L. Klestadt, in his capacity as the Plan Administrator (the "**Plan Administrator**") for the above-captioned debtor in the above-captioned chapter 11 case, hereby certifies as follows:

1. On October 15, 2026, the Plan Administrator filed the *Plan Administrator's Corrected Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties that Failed to Provide Tax Forms* [D.I. 1793] (the "**Motion**").

2. Pursuant to the notice accompanying the Motion [D.I. 1793], objections to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before November 5, 2026 at 4:00 p.m. (ET) (the "**Objection Deadline**").

[1] The debtor in this chapter 11 case, along with the last four digits of the debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

3. Prior to the Objection Deadline, the Plan Administrator received informal responses to the Motion from the following claimants (collectively, the "**Responding Claimants**"):

a. China Pacific Property Insurance Co., who provided the requisite tax information prior to the Objection Deadline;
b. Contrarian Funds, LLC, on behalf of Christie Carr, Lavi & Ebrahimian, LLP, and VaynerMedia, LLC, who provided the requisite tax information prior to the Objection Deadline;
c. Dawar Footwear Industries, who provided the requisite tax information prior to the Objection Deadline;
d. Floreal International Limited, who provided the requisite tax information prior to the Objection Deadline;
e. Ha Hae Corporation, who provided the Plan Administrator with a notice of withdrawal of claim no. 342 prior to the Objection Deadline;
f. Law Offices of Sahag Majarian II, who provided the requisite tax information prior to the Objection Deadline;
g. MagicLinks, Inc., who provided the requisite tax information prior to the Objection Deadline;
h. May Hai Joint Stock Company, who provided the requisite tax information prior to the Objection Deadline;
i. PT. Eratex Djaja Tbk., who provided the requisite tax information prior to the Objection Deadline;
j. Shadow Public Relations, Inc., who provided the requisite tax information prior to the Objection Deadline;
k. Toolsgroup, Inc., on behalf of Onera Inc., who provided the requisite tax information prior to the Objection Deadline;
l. TRC Master Fund LLC, on behalf of E-Teen Company Limited, Indyme Solutions LLC, and LiftLab Analytics Inc., who provided the requisite tax information prior to the Objection Deadline;
m. Truesource LLC, who provided the requisite tax information prior to the Objection Deadline; and
n. Viet Thanh Garment Trading Joint Stock Company, who provided the requisite tax information prior to the Objection Deadline.

4. Upon further review, the Plan Administrator also confirmed that claim no. 1117 ("**Claim No. 1117**") of Molaxtrading Limited was transferred to Korea Trade Insurance Corporation ("**Korea Trade**") and that Korea Trade submitted the requisite tax information prior to the Objection Deadline. *See Partial Transfer of Claim Other Than for Security* [D.I. 1207].



89142779;3

5. The Plan Administrator agreed to make certain modifications to Exhibit 1 annexed to the proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**"), which removes the claims of the Responding Claimants and Claim No. 1117.

6. Attached hereto as **Exhibit "B"** is a comparison version of the Revised Order, showing changes to the original proposed order and exhibit attached to the Motion.

7. The undersigned counsel is available to respond to any questions that the Court may have regarding the Revised Order and the revised exhibit. Otherwise, the undersigned counsel respectfully requests that the Court sign the Revised Order and direct that it be docketed.

Dated: November 9, 2026

**AKERMAN LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
Email: luke.murley@akerman.com

-and-

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Brendan M. Scott (Admitted *pro hac vice*)
Christopher Reilly (Admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com
creilly@klestadt.com

*Counsel for the Plan Administrator*