# EXHIBIT B

# COMPARISON VERSION OF REVISED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EXP OldCo Winddown, Inc.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | **Re: Docket ~~No~~Nos. ~~____~~1793 and ____** |

**ORDER GRANTING PLAN ADMINISTRATOR'S CORRECTED MOTION TO APPROVE (I) THE MAKING OF DISTRIBUTIONS FOR CERTAIN ALLOWED CLAIMS AND (II) THE FORGOING OF DISTRIBUTIONS TO PARTIES THAT FAILED TO PROVIDE TAX FORMS**

Upon the *Plan Administrator's Corrected Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties that Failed to Provide Tax Forms* [D.I. 1793] (the "Motion") and the Almeida Declaration;[2] and upon consideration of the Confirmation Order, the Plan, and the Plan Administrator Agreement; and the Court having reviewed the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

[2] All capitalized terms not herein defined shall have the same meanings as ascribed to them in the Motion.

Motion establish sufficient cause for the relief requested therein; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Plan Administrator is authorized and directed to make the proposed distributions as set forth in the Motion, pursuant to the applicable terms of the Confirmation Order, the Plan, and the terms of the Plan Administrator Agreement.

3. Other than the claims described in the Motion, no other Claims against the Debtors under the Plan shall be entitled to a distribution from the Plan Administrator without further order of the Court or agreement by the Plan Administrator.

4. The Plan Administrator is hereby authorized, but not directed, to forgo any distribution on account of the claims set forth on **Exhibit 1** to this Order. The Non-Responding Party holding each Claim identified on **Exhibit 1** has forfeited their Claim(s) for a distribution and are forever barred and enjoined from asserting any such Claim for a distribution against the post-Effective Date Debtor, the Plan Administrator and his respective agents, attorneys, representatives, employees, or independent contractors, and/or any of his or their property. To the extent any claim is not identified in **Exhibit 1** but is otherwise not entitled to a distribution under the Plan, such claim shall not receive a distribution under the Plan.

5. The failure of any claim to appear on **Exhibit 1** shall not be construed as the Plan Administrator's waiver of the right to make or forgo any distribution on account of such claim in accordance with the Plan.

6. The Plan Administrator has complied with his fiduciary obligations and the terms of the Confirmation Order, the Plan, and the Plan Administrator Agreement in connection with

seeking approval for the relief described in the Motion.

7. The Claims Agent is authorized and directed to modify the Claims Register to comport with the relief granted by this Order.

8. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

# EXHIBIT 1

## NON-RESPONDING PARTIES - CLAIMS NOT ENTITLED TO DISTRIBUTIONS

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
**Exhibit 1 - Non-Responding Parties - Claims Not Entitled to Distributions**

| Name of Claimant | Claim Number | Date Filed | Nature of Claim | Claim Amount |
|---|---|---|---|---|
| 23rd Group LLC | 626 | 06/18/2024 | General Unsecured | $13,868.04 |
| 5060 Montclair Plaza Lane Owner, LLC | 1532 | 08/02/2024 | General Unsecured | $138,990.30 |
| 9stitches [Brittany Lawson] | 220 | 05/15/2024 | General Unsecured | $3,203.35 |
| AB Tasty Inc. | 709 | 06/24/2024 | General Unsecured | $18,500.00 |
| ACS Building Services Inc [ACS Electronic Systems] | 1161 | 07/09/2024 | General Unsecured | $7,408.71 |
| Adzerk Inc dba Kevel | 477 | 06/11/2024 | General Unsecured | $17,850.00 |
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | 1159 | 07/09/2024 | General Unsecured | $156,618.70 |
| Allen & Gledhill LLP | 806 | 06/28/2024 | General Unsecured | $2,399.00 |
| Alliance Mechanical Services Inc | 155 | 05/09/2024 | General Unsecured | $32,133.51 |
| American Repair Maintenance [ARM] | 776 | 06/26/2024 | General Unsecured | $6,859.82 |
| Applied Predictive Technologies, Inc. | 1105 | 07/09/2024 | General Unsecured | $729,739.00 |
| Arnold Wills and Company Limited [Arnold Willis & Co LTD] | 1838 | 06/21/2024 | General Unsecured | $419,202.63 |
| Artistic Milliners PVT Ltd | 210 | 05/15/2024 | General Unsecured | $19,716.90 |
| Artistic Milliners PVT Ltd | 209 | 05/15/2024 | General Unsecured | $19,895.42 |
| Belfor USA Group, Inc [Belfor Property Restoration] | 1752 | 12/19/2024 | General Unsecured | $5,385.66 |
| Boss Facility Services, Inc. | 760 | 06/26/2024 | General Unsecured | $17,703.31 |
| Boston Barricade Company [Boston Retail Solutions] | 1517 | 07/31/2024 | General Unsecured | $32,647.39 |
| Bryan Bantry Inc | 751 | 06/25/2024 | General Unsecured | $3,090.96 |
| Buckland Hills LLC [Buckland Hills Mall] | 1177 | 07/09/2024 | General Unsecured | $80,432.40 |
| Camper Atlantic Corp [Camper] | 349 | 05/27/2024 | General Unsecured | $2,688.70 |
| Capillary Brierley, Inc (formerly known as Brierley & Partners, Inc.) | 353 | 05/28/2024 | General Unsecured | $1,558,339.00 |
| Cardinal Commerce Corporation | 287 | 05/22/2024 | General Unsecured | $15,696.25 |
| ~~Carr, Christie~~ | ~~1332~~ | ~~07/10/2024~~ | ~~General Unsecured~~ | ~~$10,000.00~~ |
| Century Overseas | 40 | 04/30/2024 | General Unsecured | $51,101.62 |
| Checksammy Inc [Checksammy] | 118 | 05/07/2024 | General Unsecured | $68,662.75 |
| ~~China Pacific Property Insurance Co [as Assignee of Lever Style LTD~~ | ~~17~~ | ~~04/28/2024~~ | ~~General Unsecured~~ | ~~$15,264,836.00~~ |
| ~~Dawar Footwear Industries~~ | ~~644~~ | ~~06/19/2024~~ | ~~General Unsecured~~ | ~~$664,932.45~~ |
| Delmarva Power & Light Company | 64 | 04/29/2024 | General Unsecured | $2,571.61 |
| Deloitte Tax LLP | 351 | 05/28/2024 | General Unsecured | $54,000.00 |
| Dentons Munoz Costa Rica LTDA | 1151 | 07/09/2024 | General Unsecured | $3,020.59 |
| Dhruv Globals Limited | 51 | 05/01/2024 | General Unsecured | $826,393.24 |
| Diaz, Letticia [Perez Law, P.A.] | 1152 | 07/09/2024 | General Unsecured | $1,000,000.00 |
| ELEVATE Hong Kong Holdings Limited | 988 | 07/05/2024 | General Unsecured | $93,620.25 |
| Entrust Corporation | 727 | 06/24/2024 | General Unsecured | $3,118.93 |
| ~~E-Teen Company Limited~~ | ~~445~~ | ~~06/09/2024~~ | ~~General Unsecured~~ | ~~$225,435.60~~ |
| ExlService Holdings, Inc [EXLService (Ireland) Limited] | 824 | 06/28/2024 | General Unsecured | $139,102.00 |
| Fayad, Tarik | 135 | 05/08/2024 | General Unsecured | $12,480.00 |
| ~~Floreal International Limited~~ | ~~215~~ | ~~05/15/2024~~ | ~~General Unsecured~~ | ~~$40,989.95~~ |
| Francois Leroy Latelier Inc | 279 | 05/21/2024 | General Unsecured | $4,305.59 |
| Gainesville Regional Utilities | 314 | 05/21/2024 | General Unsecured | $3,655.00 |
| Genesee Mall Realty LLC | 1285 | 07/10/2024 | General Unsecured | $7,898.27 |
| Gerber Technology LLC [Lectra] | 690 | 06/21/2024 | General Unsecured | $131,442.99 |
| Goody Technologies Inc | 1081 | 07/08/2024 | General Unsecured | $7,483.38 |
| Great Bowery Inc. [dba Streeters] | 180 | 05/13/2024 | General Unsecured | $8,021.68 |
| ~~Ha Hae Corporation~~ | ~~342~~ | ~~05/24/2024~~ | ~~General Unsecured~~ | ~~$2,148,778.33~~ |
| Impact Retail Packaging | 1336 | 07/10/2024 | General Unsecured | $3,981.72 |
| ~~Indyme Solutions LLC~~ | ~~967~~ | ~~07/03/2024~~ | ~~General Unsecured~~ | ~~$21,280.78~~ |
| INT SOCIEDAD ANONIMA | 1338 | 07/10/2024 | General Unsecured | $1,164,168.55 |
| Kaiser Consulting LLC | 702 | 06/21/2024 | General Unsecured | $122,868.50 |
| Kaszubski, Andrew | 541 | 06/14/2024 | General Unsecured | $6,400.00 |
| Keter Environmental Services | 904 | 07/02/2024 | General Unsecured | $142,080.34 |
| LANIFICIO SUBALPINO SRL | 1127 | 07/08/2024 | General Unsecured | $2,336.00 |
| ~~Lavi & Ebrahimian, LLP~~ | ~~1279~~ | ~~07/10/2024~~ | ~~General Unsecured~~ | ~~$355,208.28~~ |
| ~~Law Offices of Sahag Majarian II~~ | ~~1275~~ | ~~07/10/2024~~ | ~~General Unsecured~~ | ~~$290,624.96~~ |
| Legg, Jessica [Jessica Singh] | 1016 | 07/05/2024 | General Unsecured | $10,240.00 |
| Liberman Law Group [Elena Yugay] | 623 | 06/18/2024 | General Unsecured | $22,500.00 |

| Name of Claimant | Claim Number | Date Filed | Nature of Claim | Claim Amount |
|---|---|---|---|---|
| ~~LiftLab Analytics Inc.~~ | ~~361~~ | ~~05/28/2024~~ | ~~General Unsecured~~ | ~~$289,200.00~~ |
| Linea Pelle, Inc. | 1361 | 07/10/2024 | General Unsecured | $151,052.80 |
| Locknet LLC | 1722 | 11/25/2024 | General Unsecured | $74,306.27 |
| Louisville Gas and Electric Company | 984 | 07/05/2024 | General Unsecured | $2,101.00 |
| MaestroQA, Inc. | 492 | 06/12/2024 | General Unsecured | $3,760.54 |
| ~~MagicLinks, Inc~~ | ~~726~~ | ~~06/24/2024~~ | ~~General Unsecured~~ | ~~$21,703.67~~ |
| Mall 1 - Bay Plaza, LLC | 1679 | 10/10/2024 | General Unsecured | $1,149,999.06 |
| Maryland Plaza South LLC | 533 | 06/14/2024 | General Unsecured | $4,056.90 |
| ~~May Hai Joint Stock Company~~ | ~~1042~~ | ~~07/08/2024~~ | ~~General Unsecured~~ | ~~$145,712.57~~ |
| Meenakshi India Limited | 94 | 05/06/2024 | General Unsecured | $93,305.00 |
| Mershops Galleria at Sunset LLC | 1507 | 07/30/2024 | General Unsecured | $88,059.96 |
| Mitchell, Michael Wayne | 397 | 06/03/2024 | General Unsecured | $5,059.50 |
| ~~MOLAXTRADING LIMITED~~ | ~~1117~~ | ~~07/08/2024~~ | ~~General Unsecured~~ | ~~$272,638.09~~ |
| Namogoo Technologies Inc. | 1556 | 08/07/2024 | General Unsecured | $21,750.00 |
| Nedap, Inc. | 1147 | 07/09/2024 | General Unsecured | $190,347.95 |
| Nipsco | 403 | 06/04/2024 | General Unsecured | $4,261.74 |
| O.C. Sweaters LLP | 744 | 06/25/2024 | General Unsecured | $95,511.65 |
| ~~Onera Inc.~~ | ~~298~~ | ~~05/22/2024~~ | ~~General Unsecured~~ | ~~$45,000.00~~ |
| ORIENT CRAFT FASHION INDUSTRIES LIMITED | 745 | 06/25/2024 | General Unsecured | $101,547.16 |
| Partner Hero, Inc. | 480 | 6/11/2024 | General Unsecured | $65,447.27 |
| Pioneer Knitwears BD Ltd [Pioneer] | 447 | 06/10/2024 | General Unsecured | $64,192.56 |
| Plotegher, Valerio | 1036 | 07/08/2024 | General Unsecured | $2,740.66 |
| POLAR GOOSE CLOTHING CO LTD | 736 | 06/25/2024 | General Unsecured | $1,547,683.48 |
| Pool Filati S.R.L. | 1395 | 07/11/2024 | General Unsecured | $2,140.66 |
| ~~PT. Eratex Djaja Tbk.~~ | ~~97~~ | ~~05/06/2024~~ | ~~General Unsecured~~ | ~~$61,718.51~~ |
| ~~PT. Eratex Djaja Tbk.~~ | ~~59~~ | ~~05/02/2024~~ | ~~General Unsecured~~ | ~~$137,320.21~~ |
| PT. Ungaran Sari Garments | 142 | 05/08/2024 | General Unsecured | $609,133.99 |
| Retail Mechanical Services Inc | 1718 | 11/22/2024 | General Unsecured | $3,063.81 |
| San Diego Gas & Electric | 930 | 07/02/2024 | General Unsecured | $14,413.90 |
| Seshin Apparel Co., Ltd. | 890 | 07/01/2024 | General Unsecured | $3,174,355.62 |
| ~~Shadow Public Relations, Inc~~ | ~~29~~ | ~~04/29/2024~~ | ~~General Unsecured~~ | ~~$77,500.91~~ |
| SNA Displays [Sansi North America, LLC] | 350 | 05/28/2024 | General Unsecured | $5,911.22 |
| Southshore Mall Realty LLC, Southshore CH LLC. | 1274 | 07/10/2024 | General Unsecured | $21,829.86 |
| Staples, Inc. | 204 | 05/14/2024 | General Unsecured | $11,521.14 |
| Sterling | 251 | 05/18/2024 | General Unsecured | $2,975.86 |
| Style Girlfriend | 425 | 06/06/2024 | General Unsecured | $2,580.99 |
| Suellentrop, Kathryn [Kathryn Suellentrop Photography] | 974 | 07/03/2024 | General Unsecured | $19,120.63 |
| Tal Global Alliances Limited | 1284 | 07/10/2024 | General Unsecured | $374,411.60 |
| Talent Textiles Company Limited | 1328 | 07/09/2024 | General Unsecured | $12,690.15 |
| Talent Textiles Company Limited | 1330 | 07/09/2024 | General Unsecured | $31,456.60 |
| Tantika Tivorat [Tantika LLC] | 811 | 06/27/2024 | General Unsecured | $8,950.00 |
| TIEN TIEN GARMENT JOINT STOCK COMPANY | 1051 | 07/08/2024 | General Unsecured | $2,048.28 |
| TikTok Inc | 231 | 05/16/2024 | General Unsecured | $227,108.28 |
| TM Northlake Mall, L.P. [Northlake Mall] | 1178 | 07/09/2024 | General Unsecured | $488,010.45 |
| Tory Burch LLC | 1276 | 07/10/2024 | General Unsecured | $131,507.50 |
| ~~Truesource LLC [SMI-Solutions Managements Inc]~~ | ~~1558~~ | ~~08/09/2024~~ | ~~General Unsecured~~ | ~~$78,450.59~~ |
| Tyco Integrated Security LLC [Sensormatic Solutions, Sensormatic] | 405 | 06/04/2024 | General Unsecured | $21,783.16 |
| Ursula Wiedmann Models Inc | 478 | 06/11/2024 | General Unsecured | $8,400.00 |
| ~~VaynerMedia, LLC~~ | ~~232~~ | ~~05/16/2024~~ | ~~General Unsecured~~ | ~~$656,466.19~~ |
| ~~Viet Thanh Garment Trading Joint Stock Company~~ | ~~1098~~ | ~~07/08/2024~~ | ~~General Unsecured~~ | ~~$20,364.37~~ |
| WestRock USC Inc | 688 | 06/21/2024 | Administrative<br>General Unsecured | $194,127.91 |
| Wheatley, Nicholas | 1015 | 07/05/2024 | General Unsecured | $174,784.62 |
| Wilhelmina International Inc | 62 | 05/02/2024 | General Unsecured | $36,673.41 |
| WorkGenius Inc [JBCHoldings] | 368 | 05/29/2024 | General Unsecured | $8,050.00 |
| Zelenak, Tricia | 471 | 06/11/2024 | General Unsecured | $5,200.00 |