# EXHIBIT 1

## NON-RESPONDING PARTIES - CLAIMS NOT ENTITLED TO DISTRIBUTIONS

**EXP OLDCO WINDDOWN, INC., et al**
Case Number: 24-10831 (KBO)
**Exhibit 1 - Non-Responding Parties - Claims Not Entitled to Distributions**

| Name of Claimant | Claim Number | Date Filed | Nature of Claim | Claim Amount |
|---|---|---|---|---|
| 23rd Group LLC | 626 | 06/18/2024 | General Unsecured | $13,868.04 |
| 5060 Montclair Plaza Lane Owner, LLC | 1532 | 08/02/2024 | General Unsecured | $138,990.30 |
| 9stitches [Brittany Lawson] | 220 | 05/15/2024 | General Unsecured | $3,203.35 |
| AB Tasty Inc. | 709 | 06/24/2024 | General Unsecured | $18,500.00 |
| ACS Building Services Inc [ACS Electronic Systems] | 1161 | 07/09/2024 | General Unsecured | $7,408.71 |
| Adzerk Inc dba Kevel | 477 | 06/11/2024 | General Unsecured | $17,850.00 |
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | 1159 | 07/09/2024 | General Unsecured | $156,618.70 |
| Allen & Gledhill LLP | 806 | 06/28/2024 | General Unsecured | $2,399.00 |
| Alliance Mechanical Services Inc | 155 | 05/09/2024 | General Unsecured | $32,133.51 |
| American Repair Maintenance [ARM] | 776 | 06/26/2024 | General Unsecured | $6,859.82 |
| Applied Predictive Technologies, Inc. | 1105 | 07/09/2024 | General Unsecured | $729,739.00 |
| Arnold Wills and Company Limited [Arnold Willis & Co LTD] | 1838 | 06/21/2024 | General Unsecured | $419,202.63 |
| Artistic Milliners PVT Ltd | 210 | 05/15/2024 | General Unsecured | $19,716.90 |
| Artistic Milliners PVT Ltd | 209 | 05/15/2024 | General Unsecured | $19,895.42 |
| Belfor USA Group, Inc [Belfor Property Restoration] | 1752 | 12/19/2024 | General Unsecured | $5,385.66 |
| Boss Facility Services, Inc. | 760 | 06/26/2024 | General Unsecured | $17,703.31 |
| Boston Barricade Company [Boston Retail Solutions] | 1517 | 07/31/2024 | General Unsecured | $32,647.39 |
| Bryan Bantry Inc | 751 | 06/25/2024 | General Unsecured | $3,090.96 |
| Buckland Hills LLC [Buckland Hills Mall] | 1177 | 07/09/2024 | General Unsecured | $80,432.40 |
| Camper Atlantic Corp [Camper] | 349 | 05/27/2024 | General Unsecured | $2,688.70 |
| Capillary Brierley, Inc (formerly known as Brierley & Partners, Inc.) | 353 | 05/28/2024 | General Unsecured | $1,558,339.00 |
| Cardinal Commerce Corporation | 287 | 05/22/2024 | General Unsecured | $15,696.25 |
| Century Overseas | 40 | 04/30/2024 | General Unsecured | $51,101.62 |
| Checksammy Inc [Checksammy] | 118 | 05/07/2024 | General Unsecured | $68,662.75 |
| Delmarva Power & Light Company | 64 | 04/29/2024 | General Unsecured | $2,571.61 |
| Deloitte Tax LLP | 351 | 05/28/2024 | General Unsecured | $54,000.00 |
| Dentons Munoz Costa Rica LTDA | 1151 | 07/09/2024 | General Unsecured | $3,020.59 |
| Dhruv Globals Limited | 51 | 05/01/2024 | General Unsecured | $826,393.24 |
| Diaz, Letticia [Perez Law, P.A.] | 1152 | 07/09/2024 | General Unsecured | $1,000,000.00 |
| ELEVATE Hong Kong Holdings Limited | 988 | 07/05/2024 | General Unsecured | $93,620.25 |
| Entrust Corporation | 727 | 06/24/2024 | General Unsecured | $3,118.93 |
| ExlService Holdings, Inc [EXLService (Ireland) Limited] | 824 | 06/28/2024 | General Unsecured | $139,102.00 |
| Fayad, Tarik | 135 | 05/08/2024 | General Unsecured | $12,480.00 |
| Francois Leroy Latelier Inc | 279 | 05/21/2024 | General Unsecured | $4,305.59 |
| Gainesville Regional Utilities | 314 | 05/21/2024 | General Unsecured | $3,655.00 |
| Genesee Mall Realty LLC | 1285 | 07/10/2024 | General Unsecured | $7,898.27 |
| Gerber Technology LLC [Lectra] | 690 | 06/21/2024 | General Unsecured | $131,442.99 |
| Goody Technologies Inc | 1081 | 07/08/2024 | General Unsecured | $7,483.38 |
| Great Bowery Inc. [dba Streeters] | 180 | 05/13/2024 | General Unsecured | $8,021.68 |
| Impact Retail Packaging | 1336 | 07/10/2024 | General Unsecured | $3,981.72 |
| INT SOCIEDAD ANONIMA | 1338 | 07/10/2024 | General Unsecured | $1,164,168.55 |
| Kaiser Consulting LLC | 702 | 06/21/2024 | General Unsecured | $122,868.50 |
| Kaszubski, Andrew | 541 | 06/14/2024 | General Unsecured | $6,400.00 |
| Keter Environmental Services | 904 | 07/02/2024 | General Unsecured | $142,080.34 |
| LANIFICIO SUBALPINO SRL | 1127 | 07/08/2024 | General Unsecured | $2,336.00 |
| Legg, Jessica [Jessica Singh] | 1016 | 07/05/2024 | General Unsecured | $10,240.00 |
| Liberman Law Group [Elena Yugay] | 623 | 06/18/2024 | General Unsecured | $22,500.00 |
| Linea Pelle, Inc. | 1361 | 07/10/2024 | General Unsecured | $151,052.80 |
| Locknet LLC | 1722 | 11/25/2024 | General Unsecured | $74,306.27 |
| Louisville Gas and Electric Company | 984 | 07/05/2024 | General Unsecured | $2,101.00 |
| MaestroQA, Inc. | 492 | 06/12/2024 | General Unsecured | $3,760.54 |
| Mall 1 - Bay Plaza, LLC | 1679 | 10/10/2024 | General Unsecured | $1,149,999.06 |
| Maryland Plaza South LLC | 533 | 06/14/2024 | General Unsecured | $4,056.90 |
| Meenakshi India Limited | 94 | 05/06/2024 | General Unsecured | $93,305.00 |
| Mershops Galleria at Sunset LLC | 1507 | 07/30/2024 | General Unsecured | $88,059.96 |
| Mitchell, Michael Wayne | 397 | 06/03/2024 | General Unsecured | $5,059.50 |
| Namogoo Technologies Inc. | 1556 | 08/07/2024 | General Unsecured | $21,750.00 |
| Nedap, Inc. | 1147 | 07/09/2024 | General Unsecured | $190,347.95 |

| Name of Claimant | Claim Number | Date Filed | Nature of Claim | Claim Amount |
|---|---|---|---|---|
| Nipsco | 403 | 06/04/2024 | General Unsecured | $4,261.74 |
| O.C. Sweaters LLP | 744 | 06/25/2024 | General Unsecured | $95,511.65 |
| ORIENT CRAFT FASHION INDUSTRIES LIMITED | 745 | 06/25/2024 | General Unsecured | $101,547.16 |
| Partner Hero, Inc. | 480 | 6/11/2024 | General Unsecured | $65,447.27 |
| Pioneer Knitwears BD Ltd [Pioneer] | 447 | 06/10/2024 | General Unsecured | $64,192.56 |
| Plotegher, Valerio | 1036 | 07/08/2024 | General Unsecured | $2,740.66 |
| POLAR GOOSE CLOTHING CO LTD | 736 | 06/25/2024 | General Unsecured | $1,547,683.48 |
| Pool Filati S.R.L. | 1395 | 07/11/2024 | General Unsecured | $2,140.66 |
| PT. Ungaran Sari Garments | 142 | 05/08/2024 | General Unsecured | $609,133.99 |
| Retail Mechanical Services Inc | 1718 | 11/22/2024 | General Unsecured | $3,063.81 |
| San Diego Gas & Electric | 930 | 07/02/2024 | General Unsecured | $14,413.90 |
| Seshin Apparel Co., Ltd. | 890 | 07/01/2024 | General Unsecured | $3,174,355.62 |
| SNA Displays [Sansi North America, LLC] | 350 | 05/28/2024 | General Unsecured | $5,911.22 |
| Southshore Mall Realty LLC, Southshore CH LLC. | 1274 | 07/10/2024 | General Unsecured | $21,829.86 |
| Staples, Inc. | 204 | 05/14/2024 | General Unsecured | $11,521.14 |
| Sterling | 251 | 05/18/2024 | General Unsecured | $2,975.86 |
| Style Girlfriend | 425 | 06/06/2024 | General Unsecured | $2,580.99 |
| Suellentrop, Kathryn [Kathryn Suellentrop Photography] | 974 | 07/03/2024 | General Unsecured | $19,120.63 |
| Tal Global Alliances Limited | 1284 | 07/10/2024 | General Unsecured | $374,411.60 |
| Talent Textiles Company Limited | 1328 | 07/09/2024 | General Unsecured | $12,690.15 |
| Talent Textiles Company Limited | 1330 | 07/09/2024 | General Unsecured | $31,456.60 |
| Tantika Tivorat [Tantika LLC] | 811 | 06/27/2024 | General Unsecured | $8,950.00 |
| TIEN TIEN GARMENT JOINT STOCK COMPANY | 1051 | 07/08/2024 | General Unsecured | $2,048.28 |
| TikTok Inc | 231 | 05/16/2024 | General Unsecured | $227,108.28 |
| TM Northlake Mall, L.P. [Northlake Mall] | 1178 | 07/09/2024 | General Unsecured | $488,010.45 |
| Tory Burch LLC | 1276 | 07/10/2024 | General Unsecured | $131,507.50 |
| Tyco Integrated Security LLC [Sensormatic Solutions, Sensormatic] | 405 | 06/04/2024 | General Unsecured | $21,783.16 |
| Ursula Wiedmann Models Inc | 478 | 06/11/2024 | General Unsecured | $8,400.00 |
| WestRock USC Inc | 688 | 06/21/2024 | Administrative<br>General Unsecured | $194,127.91 |
| Wheatley, Nicholas | 1015 | 07/05/2024 | General Unsecured | $174,784.62 |
| Wilhelmina International Inc | 62 | 05/02/2024 | General Unsecured | $36,673.41 |
| WorkGenius Inc [JBCHoldings] | 368 | 05/29/2024 | General Unsecured | $8,050.00 |
| Zelenak, Tricia | 471 | 06/11/2024 | General Unsecured | $5,200.00 |