**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP OldCo Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 19, 2026 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**CONTINUED MATTER:**

1. Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1733; filed: 08/14/26]

   Response Deadline: September 4, 2026 at 4:00 p.m.; extended to September 9, 2026 for PT Huddersfield Tex Indo, PT. Mod Indo, Prince George's County, Maryland, Charles County, Maryland and Dana Al-Husseini; extended to September 16, 2026 for Pierce County Finance Department ("**Pierce County**"); extended to September 18, 2026 for TRC Master Fund LLC, as Assignee of Newtimes Development Limited ("**TRC Newtimes**") and extended to October 8, 2026 for Google LLC ("**Google**").

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

Responses Received:

A. Response of Travis County [Docket No. 1759; filed: 09/04/26]

i. Amended Response of Travis County [Docket No. 1764; filed: 09/08/26]

B. Response of Arlington County Treasurer [Docket No. 1761; filed: 09/04/26]

C. Opposition of Miami-Dade County Tax Collector (“**Miami-Dade County**”) [Docket No. 1762; filed: 09/04/26]

D. Informal response from NU Technology Inc. (“**NU Technology**”)

E. Informal response from Brevard County Tax Collector (“**Brevard County**”)

F. Informal response from Sixta Checo

G. Informal response from TRC Newtimes

H. Informal response from Google

I. Informal response from PT Huddersfield Tex Indo

J. Informal response from PT. Mod Indo

K. Informal response from Bazaarvoice, Inc. as Successor-in-Interest to Granify, Inc. (“**Bazaarvoice**”)

L. Informal response from Prince George’s County, Maryland

M. Informal response from Charles County, Maryland (together with Prince George’s County, Maryland, the “**Maryland Counties**”)

N. Informal response from Pierce County

Related Documents:

O. Declaration of Arthur Almeida in Support of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rules 3007-1 [Docket No. 1733-3; filed: 08/14/26]

P. Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1712 of NU Technology Inc. Only [Docket No. 1743; filed: 08/21/26]

Q. Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim No. 1314 of Bazaarvoice, Inc. as successor-in-interest to Granify, Inc. Only [Docket No. 1750; filed: 09/01/26]

R. Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 1665 of Charles County, Maryland, 1627 of Prince George's County, Maryland and 1653 of Arlington County Treasurer Only [Docket No. 1766; filed: 09/09/26]

S. Order Sustaining Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(B), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1769; signed and docketed: 09/11/26]\

T. Notice of Withdrawal of Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 with Respect to Claim Nos. 1847 and 1848 of Pierce County Finance Department Only [Docket No. 1773; filed: 09/15/26]

U. Supplemental Order Sustaining Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim 1692 of Brevard County Tax Collector Only [Docket No. 1776; signed and docketed: 09/18/26]

Status: The Plan Administrator remains in discussions with Miami-Dade County and Travis County and thus such matters have been continued to a date to be determined. The Plan Administrator resolved the claims of Google pursuant to a stipulation dated October 7, 2026. The Plan Administrator resolved the claim of Sixta Checo pursuant to a stipulation dated August 27, 2026. The Plan Administrator further withdrew the objection as to the claims of NU Technology, Bazaarvoice, the Maryland Counties and Pierce County, as reflected in the notices of withdrawal filed at Docket Nos. 1743, 1314, 1766, 1773. On September 18, 2026, the Court entered a supplemental order sustaining Claim 1692. of Brevard County Taxes Collector and on September 11, 2026, the Court entered an order sustaining the remaining claims included in the objection.

**RESOLVED MATTER:**

2. Plan Administrator's Corrected Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties that Failed to Provide Tax Forms [Docket No. 1793; filed: 10/15/26]

Response Deadline: November 5, 2026 at 4:00 p.m.

<u>Responses Received</u>:

A. Informal response from China Pacific Property Insurance Co.

B. Informal response from Contrarian Funds, LLC, on behalf of Christie Carr, Lavi & Ebrahimian, LLP, and VaynerMedia, LLC

C. Informal response from Dawar Footwear Industries

D. Informal response from Floreal International Limited

E. Informal response from Ha Hae Corporation

F. Informal response from Law Offices of Sahag Majarian II

G. Informal response from MagicLinks, Inc.

H. Informal response from May Hai Joint Stock Company

I. Informal response from PT. Eratex Djaja Tbk.

J. Informal response from Shadow Public Relations, Inc.

K. Informal response from Toolsgroup, Inc., on behalf of Onera Inc.

L. Informal response from TRC Master Fund LLC, on behalf of E-Teen Company Limited, Indyme Solutions LLC, and LiftLab Analytics Inc.

M. Informal response from Truesource LLC

N. Informal response from Viet Thanh Garment Trading Joint Stock Company

<u>Related Documents</u>:

O. Certification of Counsel Regarding Plan Administrator's Corrected Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties that Failed to Provide Tax Forms [Docket No. 1801; filed: 11/09/26]

P. Order Granting Plan Administrator's Corrected Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties that Failed to Provide Tax Forms [Docket No. 1802; signed and docketed: 11/10/26]

<u>Status</u>: On November 10, 2026, the Court entered an order approving this motion.

Dated: November 13, 2026

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: monique.disabatino@saul.com

-and-

Lucian B.Murley (DE Bar No. 4892)
**AKERMAN LLP**
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9205
Email: luke.murley@akerman.com

-and-

Brendan M. Scott
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 679-5359
Facsimile: (212) 972-2245
Email: bscott@klestadt.com

*Counsel. for the Plan Administrator*