**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXP Oldco Winddown, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10831 (KBO) |

## AFFIDAVIT OF SERVICE

I, Casandra D. Segura, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 9, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of Counsel Regarding Plan Administrator's Corrected Motion to Approve (I) the Making of Distributions for Certain Allowed Claims and (II) the Forgoing of Distributions to Parties That Failed to Provide Tax Forms** (Docket No. 1801)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: November 13, 2026

Casandra Segura
Casandra D. Segura

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado,
County of Arapahoe

Subscribed and sworn to (or affirmed) before me on this 13th day of November, 2026, by Casandra D. Segura, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: Danielle Harnden

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 10/04/2030

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

# **Exhibit A**

STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 23rd Group LLC | Attn: Mike Morelli | 4944 Parkway Plaza Blvd | Ste 400 | Charlotte | NC | 28217 | |
| 5060 Montclair Plaza Lane Owner, LLC | c/o CIM Group | Attn: Legal Department | 4700 Wilshire Boulevard | Los Angeles | CA | 90010 | |
| 5060 Montclair Plaza Lane Owner, LLC | c/o Kutak Rock LLP | Attn: Lisa M. Peters | 1650 Farnam Street | Omaha | NE | 68102 | |
| 9stitches | Attn: Brittany Lawson | 1301 Studer Ave | | Columbus | OH | 43206 | |
| AB Tasty Inc. | c/o Pramex International | Attn: Shamreen Meerun | 1251 Avenue of the Americas | New York | NY | 10020 | |
| ACS Building Services Inc [ACS Electronic Systems] | Attn: Christopher Kramer | 5251 W 116th Place | | Leawood | KS | 66211 | |
| Adzerk Inc dba Kevel | Attn: Zach Currie | 505 South Duke Street #500 | | Durham | NC | 27701 | |
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | c/o Legal Department | Attn: Adam Crickman | 2755 Great America Way Ste 175 | Santa Clara | CA | 95054-1172 | |
| Allen & Gledhill LLP | | One Marina Boulevard | #28-00 | | | 018989 | Singapore |
| Alliance Mechanical Services Inc | | 100 Frontier Way | | Bensenville | IL | 60106 | |
| American Repair Maintenance [ARM] | Attn: Sarah Ordish | 14520 Cleveland St | | Spring Lake | MI | 49456-9151 | |
| Andrew Kaszubski | | Address Redacted | | | | | |
| Applied Predictive Technologies, Inc. | | 4250 North Fairfax Dr, 11th Floor | | Arlington | | | |
| Applied Predictive Technologies, Inc. | c/o Mastercard International Incorporated | Attn: General Counsel | 2000 Purchase Street | Purchase | | | |
| Arnold Willis & Co LTD | | 10 Station Road | | Uppingham | Middx. | LE15 9TZ | United Kingdom |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | Plot No 4 & 8, Sector 25, Korangi Industrial Area, | | Karachi | Sindh | 74900 | Pakistan |
| Artistic Milliners Pvt Ltd | c/o RTS Financial Group, LLC | Attn: Aaron Reaney | 302 NE 72nd Drive Suite 9-329 | Vancouver | WA | 98661 | |
| Belfor USA Group, Inc [Belfor Property Restoration] | | 9121 Centerlinks Commerce Dr | Unit 8 | Fort Myers | FL | 33912 | |
| Boss Facility Services, Inc. | | 60 Adams Ave | Ste 109 | Hauppauge | NY | 11788 | |
| Boston Barricade Company [Boston Retail Solutions] | | 1151 19th Street | | Vero Beach | FL | 32960 | |
| Bradford Capital Holdings, LP [as assignee of Magic Links, Inc.] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO Box 4353 | Clifton | NJ | 07012 | |
| Bradford Capital Holdings, LP [as assignee of Shadow Public Relations Inc.] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO Box 4353 | Clifton | NJ | 07012 | |
| Bryan Bantry Inc | Attn: Katia Goldin | 119 West 57th St | Ste 400 | New York | NY | 10019 | |
| Buckland Hills LLC [Buckland Hills Mall] | Attn: Carmen D Spinoso | 112 Northern Concourse | | North Syracuse | NY | 13212 | |
| Buckland Hills LLC [Buckland Hills Mall] | c/o Perkins Coie LLP; | Attn: Brian Audette, Esq. | 110 N. Wacker Dr Ste 3400 | Chicago | IL | 60606 | |
| Camper Atlantic Corp | Attn: Magí Campins & Jaime Estela Somoza | 221 Bowery Street | | New York | NY | 10002 | |
| Capillary Brierley, Inc (formerly known as Brierley & Partners, Inc.) | Attn: Elisabeth Keller & Sridhar Bollam | 8560 Belleview Dr | Ste 300 | Plano | TX | 75024-0485 | |
| Cardinal Commerce Corporation | Attn: Ian Mayher | 8100 Tyler Blvd | #100 | Mentor | OH | 44060 | |
| Century Overseas | Attn: Rajneesh Gandhi | 37, DLF Industrial Area | | Kirti Nagar | NCT Delhi | 110015 | India |
| Checksammy Inc | Attn: Heather Auer | 7801 Alma Dr | Ste 105-281 | Plano | TX | 75025 | |
| China Pacific Property Insurance Co [as Assignee of Lever Style LTD.] | c/o Adam L. Rosen PLLC | 834B Fort Salonga Road | Box 1021 | Northport | NY | 11768 | |
| Christie Carr | c/o Capstone Law, APC | 1875 Century Park E | Ste 1000 | Los Angeles | CA | 90067 | |
| Christie Carr | c/o Contrarian Funds, LLC | Attn: Trade Claims Group | 411 West Putnam Avenue, Suite - 425 | Greenwich | CT | 06830 | |
| Contrarian Funds, LLC [as assignee of VaynerMedia, LLC] | Attn: Trade Claims Group | 411 West Putnam Avenue | Suite 425 | Greenwich | CT | 06830 | |
| Dawar Footwear Industries | Sambhav Dawar | Near Bapu Asaram Ashram | 12.5 k.m. Agra-Delhi Road Sikandra | Agra | Uttar Pradesh | 282007 | India |
| Delmarva Power & Light Company | | PO Box 13609 | | Philadelphia | PA | 19101 | |
| Delmarva Power & Light Company | c/o Bankruptcy Division | 5 Collins Dr | Ste 2133 Mail Stop 84CP42 | Carneys Point | NJ | 08069 | |
| Deloitte Tax LLP | 30 Rockefeller Plaza | 41st Floor | | New York | NY | 10112-0015 | |
| Dentons Munoz Costa Rica LTDA | Attn: Fabian Andres Calvo | Centro Empresarial Forum I | Building B 2nd floor | Santa Ana | San Jose | | Costa Rica |
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | 14th Milestone | Delhi-Mathura Road | Faridabad | Haryana | 121003 | India |
| ELEVATE Hong Kong Holdings Limited | Attn: Kevin Christopher Franklin | Suite 1401 Dorset House | Taikoo Place 797 King's Rd | Quarry Bay | Hong Kong | | China |
| ELEVATE Hong Kong Holdings Limited | Attn: Pablo Lambea | 2500 CityWest Blvd | Suite 150-101 | Houston | TX | 77008 | |
| Entrust Corporation | | 1187 Park Place | | Shakopee | MN | 55379 | |
| Entrust Corporation | c/o BMO Bank | 36134 Treasuy Center | | Chicago | IL | 60694-6100 | |
| ExlService Holdings, Inc [EXLService (Ireland) Limited] | Attn: Maurizio Nicolelli | 2 Dublin Landings | North Wall Quay | Dublin | | D01 V4A3 | Ireland |
| Floreal International Limited | Attn: Charles Perrier | Royal Road | Forest Side | Curepipe | | 74439 | Mauritius |
| Francois Leroy Latelier Inc | Attn: Malena Holcomb | Address Redacted | | | | | |
| Gainesville Regional Utilities | Attn: Joshua E. Brown | 301 S.E 4th Ave | | Gainesville | FL | 32601 | |
| Genesee Mall Realty LLC | c/o Namco Realty LLC | Attn: Daniel Giannini, Anthony Matinale | 150 Great Neck Rd Ste 304 | Great Neck | NY | 11021 | |
| Gerber Technology LLC [Lectra] | Attn: Kathy Palmer | 34 Industrial Park Road West | | Tolland | CT | 06084 | |
| Goody Technologies Inc | Attn: Monique Martinez | 9450 SW Gemini Dr | PMB 88760 | Beaverton | OR | 97008-7105 | |
| Great Bowery Inc. [dba Streeters] | Attn: Danielle Willsen | 433 Broadway | Ste 420 | New York | NY | 10013 | |
| Ha Hae Corporation | Attn: Tae-Yon Kim | 173, Digital-ro | Geumcheon-gu | Seoul | | 08511 | Republic of Korea |
| Impact Retail Packaging | Attn: Russell Walker | 1001 Commerce Drive | #100 | Richardson | TX | 75081 | |
| INT SOCIEDAD ANONIMA | c/o Jacobs PC | Attn: Wayne Greenwald | 595 Madison Avenue 39th Floor | New York | NY | 10022 | |
| INT SOCIEDAD ANONIMA | c/o Jacobs PC | Attn: Wayne Greenwald | Calzada Roosevelt 22-43 Zona 11, Edificio Tikal Futura Torre Luna Nivel 17 | Guatemala | NY | 10022 | Guatemala |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | 34 Grace Drive | | Powell | OH | 43065 | |
| Kathryn Suellentrop [Kathryn Suellentrop Photography] | | Address Redacted | | | | | |

STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Keter Environmental Services | Attn: Ryan Shannon | 7665 Omnitech Pl | | Victor | NY | 14564 | |
| Korea Trade Insurance Corporation [as assignee of Ha Hae Corporation] | c/o M. Zachary Bluestone, P.C. | 1717 K Street | Suite 900 | Washington | DC | 20006 | |
| Korea Trade Insurance Corporation [as assignee of Molaxtrading Limited] | c/o M. Zachary Bluestone, P.C. | 1717 K Street | Suite 900 | Washington | DC | 20006 | |
| LANIFICIO SUBALPINO SRL | ATTN: ANDREA ROSA | Address Redacted | | | | | |
| Lavi & Ebrahimian, LLP | | 8889 West Olympic Boulevard | #200 | Beverly Hills | CA | 90211 | |
| Lavi & Ebrahimian, LLP | c/o Contrarian Funds, LLC | Attn: Trade Claims Group | 411 West Putnam Avenue, Suite - 425 | Greenwich | CT | 06830 | |
| Law Offices of Sahag Majarian II | | 5869 Deerhead Rd | | Malibu | CA | 90265 | |
| Law Offices of Sahag Majarian II | c/o Dundon Advisers LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains | NY | 10606 | |
| Law Offices Of Sahag Majarian, Ii | re: Hain Capital Holdings, LLC | Address Redacted | | | | | |
| Legg,Jessica [Jessica Singh] | | Address Redacted | | | | | |
| Letticia Diaz | Attn: Dan Perez | 860 North Orange Ave | Ste #135 | Orlando | FL | 32801 | |
| Liberman Law Group [Elena Yugay] | Attn: Kane Liberman | 6320 Commodore Sloat Drive | First Floor | Los Angeles | CA | 90048 | |
| Linea Pelle, Inc. | Attn: Dakota Pearce | 1420 5th Ave | #3100 | Seattle | WA | 98101 | |
| Locknet LLC | Attn: Justin Tunbridge | 800 John C Watts Dr | | Nicholasville | KY | 40356 | |
| Locknet LLC | c/o Dinsmore & Shohl LLP | Attn: Tyler Powell | 100 West Main St Ste 900 | Lexington | KY | 40507 | |
| Louisville Gas and Electric Company | Attn: Katherine Bullock | 820 W Broadway | | Louisville | KY | 40202 | |
| MaestroQA, Inc. | | 33 West 17th Street | Suite 402 | New York | NY | 10011 | |
| Mall 1 - Bay Plaza, LLC | c/o Prestige Prop & Develop | Attn: Charles Farmer | 546 Fifth Ave 15th Flr | New York | NY | 10036 | |
| Mall 1 - Bay Plaza, LLC | c/o Ruskin Moscou Faltischek, PC | Attn: M Amato | 1425 RXR Plaza | Uniondale | NY | 11556 | |
| Maryland Plaza South LLC | Attn: Robert Koplar and Kerry Mohr | 50 Maryland Plaza | Suite 300 | Saint Louis | MO | 63108 | |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | 216 Tran Thanh Ngo Street | Kien An District | Hai Phong | | 180000 | Viet Nam |
| Meenakshi India Limited | Attn: Amit Bihani | 29/16 Whites Road | Royapettah | Chennai | Tamil Nadu | 600 014 | India |
| Mershops Galleria at Sunset LLC | | 112 Northern Concourse | | Syracuse | NY | 13212 | |
| Mershops Galleria at Sunset LLC | Attn: Bryant Okoroji | 10880 Wilshire Blvd #1280 | | Los Angeles | CA | 90024 | |
| Mershops Galleria at Sunset LLC | Attn: Sean C. Kulka | 171 17th Street | | Atlanta | GA | 30363 | |
| Mitchell, Michael Wayne | | Address Redacted | | | | | |
| MOLAXTRADING LIMITED | | 7,8 FLOOR YOUONE BLDG | 116 SEOSOMUN-RO JUNG-GU | SEOUL | | 04513 | KOREA |
| Namogoo Technologies Inc. | Attn: Dana Livvneh Zemer | 8 Hasadnaot Street | | Herzlia | | | Israel |
| Namogoo Technologies Inc. | | 500 7th Avenue | | New York | NY | 10018-4502 | |
| Nedap, Inc. | Attn: Gaël Gozdek | 25 Corporate Drive, Suite 101 | | Burlington | MA | 01803 | |
| Nedap, Inc. | c/o Sheehan Phinney Bass & Green, P.A. | Attn: Christopher M. Candon | 1000 Elm Street, 17th Floor | Manchester | NH | 03101 | |
| Nipsco | Attn: Revenue Recovery | 801 E. 86th Ave | | Merrillville | IN | 46410 | |
| O.C. Sweaters LLP | Attn: Praveen Narayan Nambiar | Plot No. 80P | Hero Honda Chowk Sector - 34 | Gurgaon | Haryana | 122001 | India |
| Onera Inc. | Attn: Nadia D Antonellis | 75 Federal St | Suite 920 | Boston | MA | 2110 | |
| ORIENT CRAFT FASHION INDUSTRIES LIMITED | Attn: PRAVEEN NARAYAN NAMBIAR | PLOT NO. 80 P | SECTOR -34 | GURUGRAM | HARYANA | 122001 | INDIA |
| ORIENT CRAFT FASHION INDUSTRIES LIMITED | Attn: PRAVEEN NARAYAN NAMBIAR | UNIT-J2, INDUSTRIAL PLOT 1, | HOTWAR INDUSTRIAL AREA, HOTWAR, KHELGAON | RANCHI | JHARKHAND | 835217 | INDIA |
| Partner Hero, Inc. | | PO Box 533 | | Meridian | ID | 83680-0533 | |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | Valuka 34 2240 BD | | Valuka | Mymenshingh | 2240 | Bangladesh |
| POLAR GOOSE CLOTHING CO LTD | Attn: Zhengfa Shen | Zhenxi 88 | | Huzhou | Zhejiang | 313012 | China |
| Pool Filati S.R.L. | Attn: Valerio Plotegher | Via Croce Rossa, 11-13 | | Prato | | 59100 | Italy |
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | AXA Tower 43rd Floor | Jl. Prof Dr. Satrio, KAV. 18 Karet Kuningan Setiabudi | Jakarta Selatan | Jakarta | 12940 | Indonesia |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | 235, Jl. P Diponegoro, Genuk, Ungaran Barat, | | Kab. Semarang | Jawa Tengah | 50512 | Indonesia |
| Retail Mechanical Services Inc | | 5 Orville Dr | Ste 100 | Bohemia | NY | 11716-2535 | |
| San Diego Gas & Electric | Attn: Kelli Davenport | 8326 Century Park Ct | | San Diego | CA | 92123 | |
| San Diego Gas & Electric | BANKRUPTCY CPEC/CP11W1 | PO Box 129831 | | San Diego | CA | 92112-9831 | |
| Seshin Apparel Co., Ltd. | | 8 & 9F, 326, Wangsimni-ro, | Seongdong-gu | Seoul | | 04709 | Korea |
| SNA Displays | c/o Accounts Receivable Department | Attn: Katie McDermott | 1500 Broadway, Suite 2000 | New York | NY | 10036 | |
| Southshore Mall Realty LLC, Southshore CH LLC. | c/o Namco Realty, LLC | Attn: Daniel Giannini | 150 Great Neck Rd Suite 304 | Great Neck | NY | 11021-3309 | |
| Staples, Inc | | PO Box 105748 | | Atlanta | GA | 30348 | |
| Staples, Inc. | Attn: Tom Riggleman | PO Box 102419 | | Columbia | SC | 29224 | |
| Staples, Inc. | c/o Staples Business Advantage | Attn: Thomas D Riggleman | 7 Technology Circle | Columbia | SC | 29203 | |
| Sterling | Attn: Christian Cuthbert | 11800 Exit 5 Pkwy | Ste 120 | Fishers | IN | 46037-7989 | |
| Style Girlfriend | Attn: Megan Collins | 65 E 11 St | 2F | New York | NY | 10003 | |
| Tal Global Alliances Limited | Attn: Regina Cheung | Tal Building 3rd Floor | 49 Austin Road | Kowloon | | | Hong Kong |
| Talent Textiles Company Limited | | 7/F, Wing Ming Industrial Centre | 15 Cheung Yue Street, Lai Chi Kok | Kowloon | | | Hong Kong |
| Tantika Tivorat [Tantika LLC] | | Address Redacted | | | | | |
| Tarik Fayad | | Address Redacted | | | | | |
| Tarik Fayad | | Address Redacted | | | | | |
| TIEN TIEN GARMENT JOINT STOCK COMPANY | Attn: Tran Van Dung | No 234, Section 6 | Ward 9 | My Tho City | Tien Giang Province | | Viet Nam |

STRETTO

## Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| TikTok Inc | Attn: Finance | PO Box 894476 | | Los Angeles | CA | 90189-4476 | |
| TikTok Inc | c/o Finance Dept | Attn: Emely Andino | 5800 Bristol Pkwy Ste 100 | Culver City | CA | 90230 | |
| TM Northlake Mall, L.P. [Northlake Mall] | Attn: Carmen D Spinoso | 112 Northern Concourse | | North Syracuse | NY | 13212 | |
| TM Northlake Mall, L.P. [Northlake Mall] | c/o Perkins Coie LLP | Attn: Brian Audette, Esq. | 110 N. Wacker Drive Ste. 3400 | Chicago | IL | 60606 | |
| Tory Burch LLC | Attn: Amanda Sachs | 11 West 19th Street | 7th Floor | New York | NY | 10011 | |
| TRC Master Fund LLC [as assignee of E-Teen Company Limited] | Attn: Terrel Ross | PO Box 633 | | Woodmere | NY | 11598 | |
| TRC Master Fund LLC [as assignee of Indyme Solutions, LLC] | Attn: Terrel Ross | PO Box 633 | | Woodmere | NY | 11598 | |
| TRC Master Fund LLC [as assignee of LiftLab Analytics, Inc.] | Attn: Terrel Ross | PO Box 633 | | Woodmere | NY | 11598 | |
| Tricia Zelenak | | Address Redacted | | | | | |
| Truesource LLC | Attn: Jane M Romano | 2929 Expressway Drive North | Ste 300B | Islandia | NY | 11749 | |
| Tyco Integrated Security LLC [Sensormatic Solutions, Sensormatic] | Attn: Zachary Jarrell | 433 West Van Buren, Suite 405S | | Chicago | IL | 60607 | |
| Ursula Wiedmann Models Inc | Attn: Ursula Wiedmann | 1663 Bent River Dr SW | | Liburn | GA | 30047 | |
| Valerio Plotegher | | Address Redacted | | | | | |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | Lot B3-B4, Giao Long Industrial Zone | An Phuoc Village | Chau Thanh District | Ben Tre Province | 930000 | Viet Nam |
| Viet Thanh Garment Trading Joint Stock Company | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott Lee | 633 West 5th Street Suite 4000 | Los Angeles | CA | 90071 | |
| WestRock USC Inc | Attn: Stephanie Westbrooks | 3950 Shackleford Road | | Duluth | GA | 30096 | |
| Wheatley,Nicholas | | Address Redacted | | | | | |
| Wilhelmina International Inc | Attn: Miriam Velasquez | 192 Lexington Avenue 15th Fl | | New York | NY | 10016 | |
| WorkGenius Inc | Attn: Keith Geller | 108 West 39th Street | 7th floor | New York | NY | 10018 | |

# **Exhibit B**

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 23rd Group LLC | Attn: Mike Morelli | | achpayments@23rdgroup.com<br>mikem@23rdgroup.com |
| 5060 Montclair Plaza Lane Owner, LLC | c/o Kutak Rock LLP | Attn: Lisa M. Peters | lisa.peters@kutakrock.com |
| 9stitches | Attn: Brittany Lawson | | onestitchntime@gmail.com |
| AB Tasty Inc. | c/o Pramex International | Attn: Shamreen Meerun | billing@abtasty.com |
| ACS Building Services Inc [ACS Electronic Systems] | Attn: Christopher Kramer | | ckramer@acs-1.com |
| Adzerk Inc dba Kevel | Attn: Zach Currie | | zcurrie@kevel.co |
| AI Altius US Bidco, Inc. [Encora, Encora Digital LLC] | c/o Legal Department | Attn: Adam Crickman | adam.crickman@encora.com |
| Allen & Gledhill LLP | | | achankh@agasia.law<br>low.peilin@agasia.law |
| Alliance Mechanical Services Inc | | | sdemondo@alliancemech.com |
| American Repair Maintenance [ARM] | Attn: Sarah Ordish | | sarah.ordish@teamarm.com |
| Andrew Kaszubski | | | Email Address Redacted |
| Applied Predictive Technologies, Inc. | | | alfonso.baez-montero@mastercard.com |
| Applied Predictive Technologies, Inc. | c/o Mastercard International Incorporated | Attn: General Counsel | sarah.thompson@mastercard.com |
| Arnold Willis & Co LTD | | | dawn.wesson@arnoldwills.net |
| Artistic Milliners PVT Ltd | Attn: Zubair Waheed | | zubair.waheed@artisticmilliners.com |
| Artistic Milliners Pvt Ltd | c/o RTS Financial Group, LLC | Attn: Aaron Reaney | aaronr@rtsfg.com |
| Belfor USA Group, Inc [Belfor Property Restoration] | | | vincent.idaspe@us.belfor.com |
| Boss Facility Services, Inc. | | | bossar@bossfacilityservices.com |
| Boston Barricade Company [Boston Retail Solutions] | | | jjamison@bostonrs.com<br>arpayments@bostonbarricade.com |
| Bradford Capital Holdings, LP [as assignee of Magic Links, Inc.] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | bbrager@bradfordcapitalmgmt.com |
| Bradford Capital Holdings, LP [as assignee of Shadow Public Relations Inc.] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | bbrager@bradfordcapitalmgmt.com |
| Bryan Bantry Inc | Attn: Katia Goldin | | katia@bryanbantry.com |
| Buckland Hills LLC [Buckland Hills Mall] | c/o Perkins Coie LLP; | Attn: Brian Audette, Esq. | baudette@perkinscoie.com |
| Camper Atlantic Corp | Attn: Magí Campins & Jaime Estela Somoza | | mcampins@camper.com |
| Capillary Brierley, Inc (formerly known as Brierley & Partners, Inc.) | Attn: Elisabeth Keller & Sridhar Bollam | | elisabeth.keller@capillarytech.com |
| Cardinal Commerce Corporation | Attn: Ian Mayher | | gdlccominvoicing@visa.com |
| Century Overseas | Attn: Rajneesh Gandhi | | gsgiri@century-overseas.com |
| Checksammy Inc | Attn: Heather Auer | | heather@checksammy.com |
| China Pacific Property Insurance Co [as Assignee of Lever Style LTD.] | c/o Adam L. Rosen PLLC | | adam.rosen@alrcounsel.com |
| Christie Carr | c/o Capstone Law, APC | | bevin.allenpike@capstonelawyers.com |
| Christie Carr | c/o Contrarian Funds, LLC | Attn: Trade Claims Group | ak@dundon.com |
| Contrarian Funds, LLC [as assignee of VaynerMedia, LLC] | Attn: Trade Claims Group | | tradeclaimsgroup@contrariancapital.com |
| Dawar Footwear Industries | Sambhav Dawar | | shipping@dawargroup.com |
| Deloitte Tax LLP | 30 Rockefeller Plaza | | deloittetaxar@deloitte.com |
| Dentons Munoz Costa Rica LTDA | Attn: Fabian Andres Calvo | | fabian.calvo@dentons.com |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Dhruv Globals Limited | Attn: Mr. Shri Ram Goyal, Mr. Sivadasan Nambiar, and Chetan Gupta | | srgoyal@dhruvglobals.com sivadasan@dhruvglobals.com chetan@dhruvglobals.com |
| ELEVATE Hong Kong Holdings Limited | Attn: Kevin Christopher Franklin | | kevin.franklin@irqa.com |
| ELEVATE Hong Kong Holdings Limited | Attn: Pablo Lambea | | pablo.lambea@lrqa.com |
| Entrust Corporation | | | andrew.carlson@entrust.com |
| ExlService Holdings, Inc [EXLService (Ireland) Limited] | Attn: Maurizio Nicolelli | | maurizio.nicolelli@exlservice.com |
| Floreal International Limited | Attn: Charles Perrier | | cperrier@floreal.intnet.mu |
| Francois Leroy Latelier Inc | Attn: Malena Holcomb | | Email Address Redacted |
| Gainesville Regional Utilities | Attn: Joshua E. Brown | | revenueassurance@gru.com |
| Genesee Mall Realty LLC | c/o Namco Realty LLC | Attn: Daniel Giannini, Anthony Matinale | anthony@namdanelle.com |
| Gerber Technology LLC [Lectra] | Attn: Kathy Palmer | | arelectpayments.gerber@lectra.com k.palmer@lectra.com |
| Goody Technologies Inc | Attn: Monique Martinez | | monique.martinez@ongoody.com |
| Great Bowery Inc. [dba Streeters] | Attn: Danielle Willsen | | dw@greatbowery.com |
| Ha Hae Corporation | Attn: Tae-Yon Kim | | hahaepay@hahae.co.kr ryujuh@hahae.co.kr |
| Impact Retail Packaging | Attn: Russell Walker | | russellw@metropak.com |
| INT SOCIEDAD ANONIMA | c/o Jacobs PC | Attn: Wayne Greenwald | wayne@jacobspc.com |
| Kaiser Consulting LLC | Attn: Daniel Scott Kaiser | | dkaiser@kaiserconsulting.com |
| Kathryn Suellentrop [Kathryn Suellentrop Photography] | | | Email Address Redacted |
| Keter Environmental Services | Attn: Ryan Shannon | | rshannon@wasteharmonics.com |
| Lavi & Ebrahimian, LLP | | | jlavi@lelawfirm.com |
| Lavi & Ebrahimian, LLP | c/o Contrarian Funds, LLC | Attn: Trade Claims Group | ak@dundon.com |
| Law Offices of Sahag Majarian II | | | sahagii@aol.com |
| Law Offices of Sahag Majarian II | c/o Dundon Advisers LLC | Attn: April Kimm | ak@dundon.com |
| Letticia Diaz | Attn: Dan Perez | | dan@perezlawpa.com |
| Liberman Law Group [Elena Yugay] | Attn: Kane Liberman | | kane@libermanlawgroup.com |
| Linea Pelle, Inc. | Attn: Dakota Pearce | | dpearce@buchalter.com smartin@buchalter.com |
| Locknet LLC | Attn: Justin Tunbridge | | justint@locknet.com |
| Locknet LLC | c/o Dinsmore & Shohl LLP | Attn: Tyler Powell | tyler.powell@dinsmore.com |
| Louisville Gas and Electric Company | Attn: Katherine Bullock | | jkleisinger@fbtlaw.com |
| MaestroQA, Inc. | | | michael.nucci@maestroqa.com finance@maestroqa.com |
| Mall 1 - Bay Plaza, LLC | c/o Prestige Prop & Develop | Attn: Charles Farmer | cfarmer@prestige-nyc.com |
| Mall 1 - Bay Plaza, LLC | c/o Ruskin Moscou Faltischek, PC | Attn: M Amato | mamato@rmfpc.com |
| Maryland Plaza South LLC | Attn: Robert Koplar and Kerry Mohr | | kelly@koplar.com |
| May Hai Joint Stock Company | Attn: Hien Phung Thi, Duyen Thi Sinh Tran | | hienpt@mayhai.com Email Address Redacted |
| Meenakshi India Limited | Attn: Amit Bihani | | amit.bihani@milgroup.in |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Mershops Galleria at Sunset LLC | Attn: Sean C. Kulka | | sean.kulka@agg.com |
| Mitchell, Michael Wayne | | | Email Address Redacted |
| MOLAXTRADING LIMITED | | | yslee@molaxtrading.com<br>peter@molaxtrading.com |
| Namogoo Technologies Inc. | Attn: Dana Livvneh Zemer | | dana.l@namogoo.com<br>finance@namogoo.com |
| Namogoo Technologies Inc. | | | finance@namogoo.com |
| Nedap, Inc. | Attn: Gaël Gozdek | | gael.gozdek@nedap.com |
| Nedap, Inc. | c/o Sheehan Phinney Bass & Green, P.A. | Attn: Christopher M. Candon | asrimouksavanh@sheehan.com |
| Nipsco | Attn: Revenue Recovery | | nipscobankruptcymailbox@nisource.com |
| O.C. Sweaters LLP | Attn: Praveen Narayan Nambiar | | praveen.kk@orientcraft.com |
| Onera Inc. | Attn: Nadia D Antonellis | | us-accounting@toolsgroup.com |
| ORIENT CRAFT FASHION INDUSTRIES LIMITED | Attn: PRAVEEN NARAYAN NAMBIAR | | praveen.kk@orientcraft.com |
| Partner Hero, Inc. | | | legal@partnerhero.com<br>tony.yip@partnerhero.com |
| Pioneer Knitwears BD Ltd | Jamirdia, Habirbari | | tauhid@pkbdl.com |
| POLAR GOOSE CLOTHING CO LTD | Attn: Zhengfa Shen | | micky@plgsfs.com |
| Pool Filati S.R.L. | Attn: Valerio Plotegher | | aleleinistrarione@poolfinati.tt |
| PT. Eratex Djaja Tbk. | Attn: Bejoy Balakrishnan | | irianto@eratex.co.id<br>bejoy.balakrishnan@busanagroup.com |
| PT. Ungaran Sari Garments | Attn: Bejoy Balakrishnan | | bejoy.balakrishnan@busanagroup.com |
| Retail Mechanical Services Inc | | | avalladares@retailmechanical.com |
| San Diego Gas & Electric | Attn: Kelli Davenport | | kdavenport@sdge.com |
| Seshin Apparel Co., Ltd. | | | johncha@seshinap.co.kr |
| SNA Displays | c/o Accounts Receivable Department | Attn: Katie McDermott | katie.mcdermott@snadisplays.com |
| Southshore Mall Realty LLC, Southshore CH LLC. | c/o Namco Realty, LLC | Attn: Daniel Giannini | danielg@namdanllc.com<br>anthony@namdanllc.com |
| Staples, Inc | | | arremittance@staples.com |
| Staples, Inc. | c/o Staples Business Advantage | Attn: Thomas D Riggleman | thomas.riggleman@staples.com |
| Sterling | Attn: Christian Cuthbert | | samaira.shaw@sterlingcheck.com |
| Style Girlfriend | Attn: Megan Collins | | megan@stylegirlfriend.com |
| Tal Global Alliances Limited | Attn: Regina Cheung | | reginacheung@talapparel.com |
| Talent Textiles Company Limited | | | susannatang@talent-textiles.com.hk |
| Tantika Tivorat [Tantika LLC] | | | Email Address Redacted |
| Tarik Fayad | | | Email Address Redacted |
| TIEN TIEN GARMENT JOINT STOCK COMPANY | Attn: Tran Van Dung | | trandung@tientien.com.vn |
| TikTok Inc | c/o Finance Dept | Attn: Emely Andino | usbilling@bytedance.com |
| TM Northlake Mall, L.P. [Northlake Mall] | c/o Perkins Coie LLP | Attn: Brian Audette, Esq. | baudette@perkinscoie.com |
| Tory Burch LLC | Attn: Amanda Sachs | | asachs@toryburch.com |
| Tricia Zelenak | | | Email Address Redacted |
| Truesource LLC | Attn: Jane M Romano | | truesourcevprr@usbank.com<br>jane.romano@truesource.com |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tyco Integrated Security LLC [Sensormatic Solutions, Sensormatic] | Attn: Zachary Jarrell | | zjarrell@shopptertrak.com |
| Ursula Wiedmann Models Inc | Attn: Ursula Wiedmann | | ursula@ursulawiedmannmodels.com |
| Valerio Plotegher | | | Email Address Redacted |
| Viet Thanh Garment Trading Joint Stock Company | Attn: Do Tuan and Flora Nguyen | | dotuan@vietthanhgarment.vn vynguyen@vietthanhgarment.vn |
| Viet Thanh Garment Trading Joint Stock Company | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott Lee | scott.lee@lewisbrisbois.com |
| WestRock USC Inc | Attn: Stephanie Westbrooks | | stephanie.westbrooks@westrock.com |
| Wheatley,Nicholas | | | Email Address Redacted |
| Wilhelmina International Inc | Attn: Miriam Velasquez | | miriam.velasquez@wilhelmina.com |
| WorkGenius Inc | Attn: Keith Geller | | keith@jbc.team |